DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
fred.battista@usdoj.gov
Maryland State Bar Member
Telephone (602) 514-7500

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      v.<br><br>Steven Travis Brawner,<br>a.k.a. Travis Rupard,<br>a.k.a. Patrick Stout,<br><br>            Defendant. | CR08-0814 PHX-DGC<br><br>**MOTION TO SEAL<br>INDICTMENT AND CASE**<br><br>(Under Seal) |

The United States of America, by and through counsel undersigned, moves that this Court, pursuant to Fed. R. Crim. P. 6(e)(4), enter an Order sealing the Indictment and the case along with this motion and order filed in this matter on the grounds that disclosure would not be in the best interest of justice. The government is requesting that these matters be sealed due to the defendant's potential cooperation regarding numerous violations of federal law including offenses relating to: (1) Title 18, United States Code, Section 287 (False Claims Upon the United States); (2) Title 18, United States Code, Section 1028A (Aggravated Identity Theft); (3)Title 18, United States Code, Section 1341 (Mail Fraud); and (4) Title 18, United States Code, Section

1343 (Wire Fraud), within this District and other Districts. The sealing of the case will allow the defendant to cooperate without an immediate threat to his personal safety or notice to his co-conspirators who have yet to be identified or charged. If such cooperation does not materialize, the government will move to unseal the case after receipt of defendant's decision not to cooperate with the government.

It is not expected excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion or an order based thereon.

Respectfully submitted this 23rd day of July, 2008.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney