FILED ☒   ___ LODGED
RECEIVED ___   ___ COPY

JUL 2 3 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Steven Travis Brawner,<br>a.k.a. Travis Rupard,<br>a.k.a. Patrick Stout,<br><br>　　　　　Defendant. | CR 08-0814 PHX<br><br>**ORDER TO SEAL<br>INDICTMENT AND CASE**<br><br>(Under Seal) |

Upon motion of the United States and good cause appearing,

IT IS ORDERED granting the government's Motion to Seal the Indictment and Case, including, but not limited to the actual Case, Indictment, Case Summary, the Motion to Seal Indictment and Case, and the Order to Seal Indictment and Case, and all related documents and Orders of this Court until further Order of this Court.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 20____, for a total of _____ days.

| | |
|---|---|
| 1 | DATED this __23__ day of July, 2008. |
| 2 | |
| 3 | |
| 4 | _____ |
|   | United States Magistrate Judge |