X FILED        ___ LODGED
___ RECEIVED   ___ COPY

JUL 2 3 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Steven Travis Brawner,<br>a.k.a. Travis Rupard,<br>a.k.a. Patrick Stout,<br><br>    Defendant. | NO. **CR08-0814PHX-DGC**<br>       COLD<br><br>**INDICTMENT**<br><br>VIO:<br><br>18 U.S.C. §§ 371 & 2<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 1343 & 2<br>(Wire Fraud)<br>Counts 2 - 25<br><br>18 U.S.C. §§1028A(a)(1) & 2<br>(Aggravated Identity Theft)<br>Counts 26-49<br><br>18 U.S.C. §§ 1341 & 2<br>(Mail Fraud)<br>Count 50<br><br>18 U.S.C. § 981, 21 U.S.C.<br>§ 853 and 28 U.S.C. § 2461<br>(Criminal Forfeiture) |

THE GRAND JURY CHARGES:

## INTRODUCTION

At times material to this Indictment:

   1.  Defendant STEVEN TRAVIS BRAWNER fraudulently prepared and electronically filed false claims with the United States in the form of false income tax returns

filed with the United States Internal Revenue Service (IRS), and worked with fellow co-conspirators who aided defendant STEVEN TRAVIS BRAWNER in the collection of income tax refunds generated from the fraudulent claims and returns via numerous means including automatic teller machine withdrawals through the use of pre-paid debit cards and withdrawals from bank accounts opened in the names of shell accounting and tax preparation entities.

2.     In recent years, the IRS has encouraged taxpayers to prepare and electronically file (e-file) their federal income taxes.  Taxpayers can submit their returns via e-file through authorized IRS e-file providers.  Each authorized IRS e-file provider is assigned one or more Electronic Filing Identification Numbers (EFIN), which the IRS uses to identify and monitor e-file provider activity.  The IRS Electronic Tax Administration (ETA) administers the e-file program.

3.     The Free File program is a free federal tax preparation and electronic filing program for eligible taxpayers developed through a partnership between the IRS and the Free File Alliance LLC, a group of private sector tax software companies. Free File allows taxpayers with an Adjusted Gross Income of $54,000.00 or less in 2007 to e-file their federal tax returns for free.

4.     Many e-file providers offer home use web-based tax preparation software applications.  The application allows the end user to self-prepare a tax return on their home computer and electronically transmit the tax return via the Internet by means of a personal computer and modem.  After the e-file provider receives the information from the end user, the e-file provider electronically files the tax return with the IRS, thereby completing the electronic filing process.  In order for the end user to connect and transmit an e-filed return over the Internet, the end user must have access to the Internet via an Internet Service Provider (ISP).

5.     Any taxpayer who e-files may request that any income tax refund owed be sent directly into a bank account or other financial account, such as a pre-paid debit card, via an electronic funds transfer, by providing a routing transmit number and a bank account number for the subject account on the incoming electronically filed tax return.

2

6.     Once an eligible income tax return is e-filed with an IRS Service Center, such as the Service Centers located in Fresno, California, and Kansas City, Kansas, the returns are processed.  Upon processing, if an income tax refund is owed, the Service Center will instruct a Financial Center, such as the Austin Financial Center, Financial Management Services, Austin, Texas, to pay the income tax refund to the eligible taxpayer, and if requested, the payment will be made via an electronic funds transfer into a bank account or other financial account, such as a pre-paid debit card, designated by the taxpayer on the original return.

## COUNT ONE

### Conspiracy

### (18 U.S.C. §§ 371 and 2)

7.     The factual allegations in paragraphs 1 - 6 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

8.     Beginning at a time unknown to the Grand Jury, but at least as early as on or about January 1, 2005, and continuing through on or about April 15, 2008, in the District of Arizona and elsewhere, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, did knowingly and willfully agree and conspire with each other and others, known and unknown to the Grand Jury, to commit the following offenses against the United States:

(1)     Title 18, United States Code, Section 287 (False Claims Upon the United States);

(2)     Title 18, United States Code, Section 1028A (Aggravated Identity Theft);

(3)     Title 18, United States Code, Section 1341 (Mail Fraud); and

(4)     Title 18, United States Code, Section 1343 (Wire Fraud).

## OVERT ACTS

9.     In furtherance of the aforesaid conspiracy, and to effect the objects of the conspiracy, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, committed and caused to be committed, the following overt acts, among others:

3

(1)     Commencing on a date unknown by the Grand Jury, but at least by March 3, 2008, and continuing through on or about April 15, 2008, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, collected personal information of deceased individuals, including their names and social security numbers, for the purpose of fraudulently preparing and fraudulently filing with the IRS, through electronic means, false claims upon the United States via false income tax returns for the purpose of fraudulently obtaining income tax refunds.

(2)     Commencing on or about an unknown date in January 2008, and continuing through on or about February 12, 2008, a co-conspirator known to the Grand Jury directed a confidential informant working on behalf of the government to open a business checking account, and a shell accounting and tax preparation business entity, in the State of Arizona, on behalf of defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, for the purpose of receiving fraudulently obtained income tax refunds from the IRS via electronic funds transfers.  A government undercover agent, working with a confidential informant working on behalf of the government, subsequently opened Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona, on behalf of, and at the direction of, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, for the subject purpose.

(3)     Commencing on or about March 3, 2008, and continuing until on or about April 15, 2008, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, electronically filed and caused to be electronically filed, approximately 361 false claims upon the United States via fraudulent income tax returns filed with the IRS Service Centers located in Fresno, California, and Kansas City, Kansas, and thereby fraudulently sought the payment of approximately $668,876.00 in income tax refunds on behalf of deceased individuals, via electronic funds transfers, into Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona.

(4)     During the period beginning on or about March 3, 2008, and continuing through on or about April 4, 2008, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, caused the Austin Financial Center, Financial Management Services, Austin, Texas, to transfer, via electronic funds transfers, approximately $447,407.00 in fraudulently generated income tax refunds into Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona.

(5)     On or about March 3, 2008, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised scheme and artifice to defraud the United States, and to obtain money by means of materially false and fraudulent pretenses and representations, electronically filed a false claim with the United States which claimed that Glen Apling, deceased in 1983, Social Security Account No. XXX-XX-8286, earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount of $2,184.00, and requested that the false claim be paid via an electronic funds transfer into Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona.

(6)     On or about March 4, 2008, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised scheme and artifice to defraud the United States, and to obtain money by means of materially false and fraudulent pretenses and representations, electronically filed a false claim with the United States which claimed that Tristan Moreno, deceased in 1992, Social Security Account No. XXX-XX-7781, earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount of $2,303.00, and requested that the false claim be paid via an electronic funds transfer into Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona.

(7)     On or about March 4, 2008, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised scheme and artifice to defraud the United States, and to obtain money by means of materially

1  false and fraudulent pretenses and representations, electronically filed a false claim with the

2  United States which claimed that Nancy Dickinson, deceased in 1979, Social Security Account

3  No. XXX-XX-2048, earned income through wages in 2007, paid income taxes on the wages in

4  2007, and was owed an income tax refund in the amount of $2,505.00, and requested that the

5  false claim be paid via an electronic funds transfer into Meridian Bank business checking

6  account No. XXXXXX0007, in Phoenix, Arizona.

7     (8)  On or about March 4, 2008, defendant STEVEN TRAVIS BRAWNER, and others

8  known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised

9  scheme and artifice to defraud the United States, and to obtain money by means of materially

10  false and fraudulent pretenses and representations, electronically filed a false claim with the

11  United States which claimed that Damon Miles, deceased in 1992, Social Security Account

12  No. XXX-XX-0878, earned income through wages in 2007, paid income taxes on the wages in

13  2007, and was owed an income tax refund in the amount of $2,117.00, and requested that the

14  false claim be paid via an electronic funds transfer into Meridian Bank business checking

15  account No. XXXXXX0007, in Phoenix, Arizona.

16     (9)  On or about March 4, 2008, defendant STEVEN TRAVIS BRAWNER, and others

17  known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised

18  scheme and artifice to defraud the United States, and to obtain money by means of materially

19  false and fraudulent pretenses and representations, electronically filed a false claim with the

20  United States which claimed that David Duick, deceased in 1990, Social Security Account

21  No. XXX-XX-9821, earned income through wages in 2007, paid income taxes on the wages in

22  2007, and was owed an income tax refund in the amount of $2,274.00, and requested that the

23  false claim be paid via an electronic funds transfer into Meridian Bank business checking

24  account No. XXXXXX0007, in Phoenix, Arizona.

25     (10)  On or about March 5, 2008, defendant STEVEN TRAVIS BRAWNER, and others

26  known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised

27  scheme and artifice to defraud the United States, and to obtain money by means of materially

28

1  false and fraudulent pretenses and representations, electronically filed a false claim with the

2  United States which claimed that Dung Diep, deceased in 1996, Social Security Account

3  No. XXX-XX-4531, earned income through wages in 2007, paid income taxes on the wages in

4  2007, and was owed an income tax refund in the amount of $2,204.00, and requested that the

5  false claim be paid via an electronic funds transfer into Meridian Bank business checking

6  account No. XXXXXX0007, in Phoenix, Arizona.

7       (11)   On or about March 5, 2008, defendant STEVEN TRAVIS BRAWNER, and others

8  known and unknown to the Grand Jury, in furtherance of a knowingly and willfully devised

9  scheme and artifice to defraud the United States, and to obtain money by means of materially

10  false and fraudulent pretenses and representations, electronically filed a false claim with the

11  United States which claimed that Mark Appleton, deceased in 1978, Social Security Account

12  No. XXX-XX-8014, earned income through wages in 2007, paid income taxes on the wages in

13  2007, and was owed an income tax refund in the amount of $2,485.00, and requested that the

14  false claim be paid via an electronic funds transfer into Meridian Bank business checking

15  account No. XXXXXX0007, in Phoenix, Arizona.

16      (12)   On about March 14, 2008, defendant STEVEN TRAVIS BRAWNER, and others

17  known and unknown to the Grand Jury, directed a confidential informant working on behalf of

18  the government to ship $9,000.00 of fraudulently obtained income tax refunds, previously

19  deposited in Meridian Bank business checking account No. XXXXXX0007, in Phoenix,

20  Arizona, to a commercial mail receiving agency located in the State of Utah.

21      (13)   On or about March 19, 2008, a co-conspirator known to the Grand Jury picked up

22  a Federal Express package containing $9,000.00 of fraudulently obtained income tax refunds,

23  previously deposited in Meridian Bank business checking account No. XXXXXX0007, in

24  Phoenix, Arizona, from a commercial mail receiving agency located in the State of Utah.

25      (14)   During the week of March 24, 2008, a co-conspirator known to the Grand Jury,

26  and others unknown to the Grand Jury, directed a confidential informant working on behalf of

27  the government to ship $9,000.00 of fraudulently obtained income tax refunds, previously

28

deposited in Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona, to a commercial mail receiving agency located in the State of Utah.

(15)   On or about April 2, 2008, a co-conspirator known to the Grand Jury picked up a Federal Express package containing $9,000.00 of fraudulently obtained income tax refunds, previously deposited in Meridian Bank business checking account No. XXXXXX0007, in Phoenix, Arizona, from a commercial mail receiving agency located in the State of Utah.

In violation of Title 18, United States Code, Sections 371 and 2.


## COUNTS TWO TO TWENTY-FIVE

### Wire Fraud

### (18 U.S.C. §§ 1343 and 2)

10.   The factual allegations in paragraphs 1-9 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

11.   Beginning on or about January 1, 2005, and continuing through on or about April 15, 2008, in the District of Arizona and elsewhere, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises.

12.   On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing said scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, defendant STEVEN TRAVIS BRAWNER, along with others known and unknown to the Grand Jury, did knowingly transmit or cause to be transmitted, by means of wire and radio communications in interstate commerce, certain writings, pictures, signals and sounds (i.e. electronic funds transfers), from the State of Texas to the State of Arizona, as set forth in the chart below, each such instance being a separate Count of this Indictment:

8

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 2 | 3/14/08 | Tristan Moreno – 1992 (XXX-XX-7781) [$2,303.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |
| 3 | 3/14/08 | Salvador Melgar – 1997 (XXX-XX-9778) [$1,778.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |
| 4 | 3/14/08 | Rockkmar McLane – 1994 (XXX-XX-8758) [$1,823.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 3, 2008. |

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 5 | 3/14/08 | Barry A. Dennis – 1981 (XXX-XX-2315) [$2,126.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |
| 6 | 3/14/08 | Glen Apling – 1983 (XXX-XX-8286) [$2,184.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 3, 2008. |
| 7 | 3/14/08 | Garrett C. Dyer – 1986 (XXX-XX-3551) [$2,017.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |

10

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 8 | 3/14/08 | Damon L. Miles – 1992 (XXX-XX-0878) [$2,117.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |
| 9 | 3/14/08 | Nancy Dickinson – 1979 (XXX-XX-2048) [$2,505.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |
| 10 | 3/14/08 | Thomas L. Dixon – 1991 (XXX-XX-3397) [$2,095.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 11 | 3/14/08 | Sunshine M. Mitchell – 1993 (XXX-XX-2563) [$1,712.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 3, 2008. |
| 12 | 3/14/08 | Juan C. Mendez – 1997 (XXX-XX-8328) [$2,030.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 3, 2008. |
| 13 | 3/14/08 | David Duick – 1990 (XXX-XX-9821) [$2,274.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 14 | 3/14/08 | Matthew L. Andres – 1982 (XXX-XX-1831) [$1,860.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 4, 2008. |
| 15 | 3/18/08 | Robert A. De Rose – 1988 (XXX-XX-4605) [$1,799.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 10, 2008. |
| 16 | 3/21/08 | Brian J. Doren-kemper – 1984 (XXX-XX-9841) [1,936.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 5, 2008. |

13

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|----|------|------|------|------|
| 17 | 3/21/08 | Melanie C. Meskimen – 1990 (XXX-XX-2688) [$1,666.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 10, 2008. |
| 18 | 3/21/08 | Martie D. Easley – 1978 (XXX-XX-1206) [$1,693.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 5, 2008. |
| 19 | 3/21/08 | Connie E. Flores – 1980 (XXX-XX-4742) [$1,444.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 5, 2008. |

14

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 20 | 3/21/08 | Randy J. De La Cruz – 1986 (XXX-XX-3039) [$2,158.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 10, 2008. |
| 21 | 3/21/08 | Dung Diep – 1996 (XXX-XX-4531) [$2,204.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 5, 2008. |
| 22 | 3/21/08 | Ramon Montes – 1992 (XXX-XX-3978) [$1,915.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 5, 2008. |

| Ct | Date of Funds Transfer – On or About | Deceased Taxpayer and Year of Death – On or About (SSN) [Refund Amount Claimed and Paid] | Funds Originator (Funds Recipient) [Type of Transaction] | Materially False Representations |
|---|---|---|---|---|
| 23 | 3/21/08 | Mark Appleton – 1978 (XXX-XX-8014) [$2,485.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 5, 2008. |
| 24 | 3/21/08 | Raymond D. Moch – 1993 (XXX-XX-6865) [$2,162.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 10, 2008. |
| 25 | 3/21/08 | Edward E. Dussich – 1987 (XXX-XX-2946) [$1,950.00] | Austin Financial Center, Financial Management Services, Austin, Texas (Meridian Bank, Account No. XXXXXX0007 – Phoenix, Arizona) [Electronic Funds Transfer] | The deceased taxpayer earned income through wages in 2007, paid income taxes on the wages in 2007, and was owed an income tax refund in the amount claimed.  Return containing the materially false representations filed on or about March 10, 2008. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS TWENTY-SIX TO FORTY-NINE

### Aggravated Identity Theft

### (18 U.S.C. §§ 1028A(a)(1) and 2)

13.    The factual allegations in paragraphs 1-12 and Counts 2 through 25 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

14.    Commencing on or about March 5, 2008, and continuing until on or about April 15, 2008, in the District of Arizona and elsewhere, defendant STEVEN TRAVIS BRAWNER, and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, means of identification of other persons, that is, the Social Security Number for each person, who was, in fact, deceased, during and in relation to the Wire Fraud offenses alleged in Counts 2 through 25 of this Indictment, in violation of 18 U.S.C. § 1343, each such instance being a separate Count of this Indictment as set forth in the chart below:

| Ct. | Related Wire Fraud Offense Count | Name of Deceased Person – Year of Death (Social Security Number (SSN) [Date of Submission to Internal Revenue Service] | Result of Knowing Possession and Use Without Proper Authority of Means of Identification |
| --- | --- | --- | --- |
| 26 | 2 | Tristan Moreno – 1992 (XXX-XX-7781) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 27 | 3 | Salvador Melgar – 1997 (XXX-XX-9778) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 28 | 4 | Rockkmar McLane – 1994 (XXX-XX-8758) [March 3, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |

17

| Ct. | Related Wire Fraud Offense Count | Name of Deceased Person – Year of Death (Social Security Number) [Date of Submission to Internal Revenue Service] | Result of Knowing Possession and Use Without Proper Authority of Means of Identification |
|---|---|---|---|
| 29 | 5 | Barry A. Dennis – 1981 (XXX-XX-2315) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 30 | 6 | Glen Apling – 1983 (XXX-XX-8286) [March 3, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 31 | 7 | Garrett C. Dyer – 1986 (XXX-XX-3551) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 32 | 8 | Damon L. Miles – 1992 (XXX-XX-0878) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 33 | 9 | Nancy Dickinson – 1979 (XXX-XX-2048) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 34 | 10 | Thomas L. Dixon – 1991 (XXX-XX-3397) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 35 | 11 | Sunshine M. Mitchell – 1993 (XXX-XX-2563) [March 3, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |

| Ct. | Related Wire Fraud Offense Count | Name of Deceased Person – Year of Death (Social Security Number) [Date of Submission to Internal Revenue Service] | Result of Knowing Possession and Use Without Proper Authority of Means of Identification |
|---|---|---|---|
| 36 | 12 | Juan C. Mendez – 1997 (XXX-XX-8328) [March 3, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 37 | 13 | David Duick – 1990 (XXX-XX-9821) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 38 | 14 | Matthew L. Andres – 1982 (XXX-XX-1831) [March 4, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 14, 2008 |
| 39 | 15 | Robert A. De Rose – 1988 (XXX-XX-4605) [March 10, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 18, 2008 |
| 40 | 16 | Brian J. Dorenkemper – 1984 (XXX-XX-9841) [March 5, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 41 | 17 | Melanie C. Meskimen – 1990 (XXX-XX-2688) [March 10, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 42 | 18 | Martie D. Easley – 1978 (XXX-XX-1206) [March 5, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |

| Ct. | Related Wire Fraud Offense Count | Name of Deceased Person – Year of Death (Social Security Number) [Date of Submission to Internal Revenue Service] | Result of Knowing Possession and Use Without Proper Authority of Means of Identification |
|---|---|---|---|
| 43 | 19 | Connie E. Flores – 1980 (XXX-XX-4742) [March 5, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 44 | 20 | Randy J. De La Cruz – 1986 (XXX-XX-3039) [March 10, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 45 | 21 | Dung Diep – 1996 (XXX-XX-4531) [March 5, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 46 | 22 | Ramon Montes – 1992 (XXX-XX-3978) [March 5, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 47 | 23 | Mark Appleton – 1978 (XXX-XX-8014) [March 5, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 48 | 24 | Raymond D. Moch – 1993 (XXX-XX-6865) [March 10, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |
| 49 | 25 | Edward E. Dussich – 1987 (XXX-XX-2946) [March 10, 2008] | Deposit of Fraudulently Obtained Tax Refund into Meridian Bank, Account No. XXXXXX0007, Phoenix, Arizona, Under the Name and SSN of the Decedent on or about March 21, 2008 |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT FIFTY

## Mail Fraud

## (18 U.S.C. §§ 1341 and 2)

15.     The factual allegations in paragraphs 1-9 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

16.     Beginning on or about a date unknown to the Grand Jury, but at least by as early as on or about January 1, 2005, and continuing through on or about April 15, 2008, in the District of Arizona and elsewhere, defendant STEVEN TRAVIS BRAWNER, along with others known and unknown to the Grand Jury, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises.

17.     On or about the date listed below, in the District of Arizona and elsewhere, for the purpose of executing and attempting to execute said scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises, defendant STEVEN TRAVIS BRAWNER, along with others known and unknown to the Grand Jury, deposited and caused to be deposited for delivery by a private and commercial interstate carrier, from the District of Arizona to the District of Utah, as set forth in the chart below, the instance being a separate Count of this Indictment:

| Ct | Date Sent – On or About | Sent From (Carrier) [State Sent to] | Items Sent (Materially False Representations) |
|----|----|----|----|
| 50 | 4/1/08 | Tempe, Arizona (Federal Express) [Utah] | $9,000.00 in U.S. Currency – Federal Express Package Bearing Tracking No. XXXXXXXXX339 (Deceased taxpayers earned income through wages in 2007, paid income taxes on the wages in 2007, and were owed income tax refunds in various amounts claimed.) |

In violation of Title 18, United States Code, Sections 1341 and 2.

**FORFEITURE ALLEGATIONS**

18.    The factual allegations in paragraphs 1 - 17 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

19.    Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, and as a result of committing one or more of the offenses charged in Counts 1 through 50 of this Indictment, upon conviction, defendant STEVEN TRAVIS BRAWNER, shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the scheme to defraud of which the defendant is convicted, including but not limited to the following:

MONEY JUDGMENT

A sum of money equivalent to the funds wrongfully misappropriated from the United States Department of Treasury, Internal Revenue Service, representing the amount of proceeds wrongfully derived from the scheme to defraud, for which the defendant is liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party;(c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

/
/
/
/
/
/
/

1       All in accordance with Title 18, United States Code, Section 981, Title 21, United States

2   Code, Section 853, Title 28, United States Code, Section 2461, and Rule 32.2(a), Federal Rules

3   of Criminal Procedure.

4

5                                           A TRUE BILL

6                                          /S/

7                          FOREPERSON OF THE GRAND JURY
                       Date: July 23, 2008

8   DIANE J. HUMETEWA
   United States Attorney

9   District of Arizona

10         /S/
   FREDERICK A. BATTISTA

11  Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28