**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

(602) 514-7500
FAX: (602) 514-7650
Civil FAX: (602) 514-7760

_FILED ___ LODGED_
_RECEIVED ___ COPY_

JUL 2 4 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

July 23, 2008

Honorable Michelle H. Burns
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse,
401 W. Washington Street, SPC 12
Phoenix, Arizona 85003-2154

**SEALED**

**CR08-0814 PHX-DGC**

Re:  United States v. Steven Travis Brawner
     USAO No. 2008R05569
     Court Docket No. CR-08-___-PHX-___

Dear Judge Burns:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former position with the United States Attorney's Office for the District of Arizona, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category):

☐    A CONFLICT MAY EXIST

     The case or matter was in this office, assigned to the white collar/public corruption group while you were an Assistant United States Attorney (**September 1, 2003 through January 24, 2007**). My review of the file indicates you had direct involvement in this matter.

☒    NO PROBABLE CONFLICT

     The case or matter was in this office while you were an Assistant United States Attorney (**September 1, 2003 through January 24, 2007**). However, my review of the file indicates you did not have direct involvement in this matter.

Sincerely yours,

DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney