AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| --- | --- |
| v. | DISTRICT |
| Steven Travis Brauner | |

**FILED** — **RECEIVED** — **LODGED** — **COPY**
SEP 18 2008

SEALED BY ORDER OF COURT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
| --- | --- | --- | --- |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-MJ-70487 PVT | CR-08-814-PHX-DGC |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 371 and 2

**DISTRICT OF OFFENSE:** District of Arizona

**DESCRIPTION OF CHARGES:** Conspiracy, Wire fraud

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____ Deputy Clerk
Date District of Offense 9/11/08

FILED SEP 11 2008 CLERK... NORTHERN DISTRICT... SAN JOSE CALIFORNIA

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
| --- | --- | --- | --- | --- |

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

## NORTHERN DISTRICT OF CALIFORNIA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/11/08 _____
Date          United States Judge or Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| --- | --- | --- |
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| --- | --- | --- |
| | | |

**SEALED BY ORDER OF COURT**

**FILED**

AUG 0 4 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                    SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,        )   CRIMINAL NO. 08-MJ-70487 PVT
9           Plaintiff,               )
10                                   )   NOTICE OF PROCEEDINGS ON
      v.                             )   OUT-OF-DISTRICT CRIMINAL
11                                   )   CHARGES PURSUANT TO RULES
   ~~Under seal~~                    )   5(c)(2) AND (3) OF THE FEDERAL RULES
12                                   )   OF CRIMINAL PROCEDURE
           Defendant.                )
13  Steven Travis Brawner - Aka
14  True Name: Daniel David Rigmaiden  9/11/08
        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15
    Procedure that on ___8/3/08___, the above-named defendant was arrested based upon an
16
    arrest warrant (copy attached) issued upon an
17
        [X] Indictment    [ ] Information    [ ] Criminal Complaint    [ ] Other_____
18
    pending in the _____ District of __Arizona__, Case Number CR 08 - 0814 PHX
19
        In that case, the defendant is charged with a violation(s) of Title(s) _X_ United States Code,
20
    Section(s) 371, 1343, 1028A, 1341, 981
21
    Description of Charges: __Conspiracy, Wire Fraud,__
22
    Aggravated ID theft, mail fraud, criminal forfeiture
23
                                         Respectfully Submitted,
24                                       JOSEPH P. RUSSONIELLO
                                         UNITED STATES ATTORNEY
25
    Date: __8/4/08__                     _____
26                                       Assistant U.S. Attorney
27
                                                         DOCUMENT NO.   CSA's
28                                                                      INITIALS
                                                              1
                                                              e
                                                         DISTRICT COURT
                                                         CRIMINAL CASE PROCESSING

1

rev. 9/6/07

| DOCUMENTS UNDER SEAL ☒ | | | TOTAL TIME (mins): 11 min. | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>8/4/08 | | NEW CASE<br>☐ | CASE NUMBER<br>08-mj-70487 PVT |

### APPEARANCES

| DEFENDANT<br>Steven Travis Brawner | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>C. Lie (tentatively appointed) | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Frederick Battista (from Arizona)/ S. Yen | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/7/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Patricia V. Trumbull | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

8/18/08 AT 9:30 AM FOR IDENTITY HEARING BEFORE MAGISTRATE PATRICIA V. TRUMBULL



rev. 9/6/07

| DOCUMENTS UNDER SEAL ☒ | | | | TOTAL TIME (mins): 7 min. | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | | REPORTER/FTR<br>FTR | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>8/7/08 | | NEW CASE<br>☐ | CASE NUMBER<br>08-mj-70487 PVT | |

### APPEARANCES

| DEFENDANT<br>Steven Travis Brawner | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Nick Humy | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Frederick Battista (appt'd special AUSA) | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>P. Mamaril | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/28/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT |
|---|---|---|---|
| AT:<br>1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Patricia V. Trumbull | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

THE IDENTITY HEARING/REMOVAL HEARING PREVIOUSLY SET FOR 8/18/08 AT 9:30 A.M. HAS BEEN VACATED AND RESCHEDULED FOR 8/28/08 AT 1:30 P.M. DEFENSE COUNSEL HAS AGREED FOR CASE TO REMAIN UNDER SEAL.

**SEALED BY ORDER OF COURT**

| DOCUMENTS UNDER SEAL ☒ | | | | | TOTAL TIME (mins): 7 min. | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Corinne Lew | | | REPORTER/FTR FTR | | |
| MAGISTRATE JUDGE Patricia V. Trumbull | | DATE 9/11/08 | | | NEW CASE ☐ | CASE NUMBER 08-mj-70487 PVT | |

**APPEARANCES**

| DEFENDANT Steven Travis Brawner | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Nick Humy | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY S. Yen | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER A. Granados | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: DANIEL DAVID RIGMAIDEN |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF ARIZONA

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

DEFENDANT ORDERED REMOVED TO THE DISTRICT OF ARIZONA AND TO APPEAR IN THE FEDERAL DISTRICT COURT OF ARIZONA BY 9/30/08.

```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)                FILED
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division                          AUG 2 7 2008

4  FREDERICK A. BATTISTA (Maryland State Bar Member)    CLERK U.
   Special Assistant United States Attorney          NORTHERN DIST      COURT
5                                                              SAN JOSE  CALIFORNIA
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION    08-MJ-70487 PVT

12  UNITED STATES OF AMERICA,    )    CR No. 08-814-PHX-DGC
                                  )
13      Plaintiff,                )
                                  )    STIPULATION AND [PROPOSED]
14      v.                        )    ORDER CONTINUING DATE OF
                                  )    REMOVAL HEARING
15  STEVEN TRAVIS BRAWNER,        )
    a.k.a. Travis Rupard,         )    (Under Seal)
16  a.k.a. Patrick Stout,         )
                                  )
17      Defendant.                )
```

18

19   The undersigned parties jointly request that the removal hearing in the above-captioned matter

20   be continued from August 28, 2008 to September 10 or 11, 2008, at 11:00 a.m. The reason for the

21   continuance is that government is in the process of gathering discovery to be released shortly to

22   defendant which may obviate the need for a formal hearing. The parties further stipulate that this

23   motion and any order basis thereon be sealed until further Order of this Court. The reason for this

24   matter to be sealed is that the defendant has been offered the opportunity to cooperate with the

25   government and premature disclosure of such cooperation could jeopardize an ongoing

26   investigation.

27   /

28   /

STIPULATION AND [PROPOSED] ORDER
CR 08-814-PHX-DGC                            1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |
| 3 | DATED: 8/27/08 | /s/ |
| 4 | | FREDERICK . BATTISTA<br>Special Assistant United States Attorney |
| 5 | DATED: 8/27/08 | /s/ |
| 6 | | NICHOLAS P. HUMY<br>Counsel for Mr. Brawner |

### ORDER

Accordingly, the Court HEREBY ORDERS that the removal hearing in <u>United States v. Steven Travis Brawner</u> is continued to September 11, 2008, at 11:00 AM. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 28, 2008 through September 11, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

For good cause shown, the Court FURTHER ORDERS that that the subject stipulation and this Order be sealed until further Order of this Court.

SO ORDERED.

DATED: 8/27/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-814-PHX-DGC                            2

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

September 16, 2008

**Office of the Clerk-USDC**
**Sandra Day O'Connor US. Courthouse**
**Suite 130, 401 W. Washington St., SPC 1**
**Phoenix, ARIZONA 85003-2118**



SEALED BY ORDER OF COURT

| | |
|---|---|
| Case Name: | **USA-v-Daniel David Rigmaiden (Aka Steven Travis Brawner)** |
| Case Number: | **5-08-70487-PVT  (Your Case# CR08-0814-PHX-DGC)** |
| Charges: | **Conspiracy, Wirefraud** |

Dear Clerk:

      The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

        (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

        (X)    The defendant has a court appearance in your court on:
                    9/30/08

Enclosed are the following documents:
             original Rule 5 affidavit
             original minute orders
      certified copy of *AO 94, Commitment to Another District*
             Certified docket sheets

      Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                              Sincerely yours,

                                              RICHARD WIEKING, Clerk

                              by: _____
                                       Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ .

Date: _____

                                                    **CLERK, U.S. DISTRICT COURT**

                                                    By _____
                                                          **Deputy Clerk**

CLOSED, REMOVE

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:08-mj-70487-PVT-1 *SEALED*
## Internal Use Only

Case title: USA v. Brawner

Date Filed: 08/04/2008
Date Terminated: 09/11/2008

Assigned to: Magistrate Judge Patricia V. Trumbull

### Defendant (1)

**Daniel David Rigmaiden**
TERMINATED: 09/11/2008
also known as
Steven Travis Brawner
TERMINATED: 09/11/2008

represented by **Cynthia Chin Young Lie**
Federal Public Defender
Suite 575
160 W. Santa Clara St.
San Jose, CA 95113
408-291-7753
Fax: 408-291-7399
Email: cynthia_lie@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

*[Stamp: I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office. ATTEST FILED: RICHARD W. WIEKING Clerk, U.S. District Court Northern District of California By: [signature] Deputy Clerk Date: ___]*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
18:371

**Disposition**

**Plaintiff**

USA                                             represented by   **Frederick Battista**
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Shawna Yen**
                                                                 US Attorney's Office
                                                                 150 Almaden Blvd., Suite 900
                                                                 San Jose , CA 95113
                                                                 408-535-5054
                                                                 Email: shawna.yen2@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2008 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Steven Travis Brawner (1). (cfeS, COURT STAFF) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/04/2008 | 2 | Minute Entry for proceedings held before Judge Judge Patricia V. Trumbull:Initial Appearance; attorney Cynthia Chin Young Lie present as to Steven Travis Brawner held on 8/4/2008. Detention Hearing set for 8/7/2008 09:30 AM before Magistrate Judge Patricia V. Trumbull. Identity Hearing 09:30 AM before Magistrate Judge Patricia V. Trumbull.(Court Reporter FTR.) (cfeS, COURT STAFF) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/07/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge Patricia V. Trumbull:Detention Hearing as to Steven Travis Brawner held on 8/7/2008. Identity/ Removal Hearing set for 8/18/08 @ 9:30 AM has been vacated and rescheduled for 8/28/2008 01:30 PM Magistrate Judge Patricia V. Trumbull. Defense counsel has agreed for case to remain counsel.(Court Reporter FTR.) (cfeS, COURT STAFF) (Filed on 8/7/2008) (Entered: 08/07/2008) |
| 08/08/2008 | 4 | ORDER OF DETENTION as to Steven Travis Brawner. Signed by Judge Magistrate Judge Patricia V. Trumbull on 8/8/08. (cfeS, COURT STAFF) (Filed on 8/8/2008) (Entered: 08/08/2008) |
| 08/27/2008 | 5 | STIPULATION AND ORDER CONTINUING HEARING DATE OF REMOVAL HEARING as to Steven Travis Brawner. Removal Hearing set for 9/11/2008 11:00 AM. Signed by Judge Magistrate Judge Patricia V. Trumbull on 8/27/08. (cfeS, COURT STAFF) (Filed on 8/27/2008) (Entered: 08/27/2008) |
| 09/11/2008 | 6 | Minute Entry for proceedings held before Judge Magistrate Judge Patricia V. Trumbull:Removal Hearing as to Steven Travis Brawner held on 9/11/2008. TRUE NAME IS DANIEL DAVID RIGMAIDEN. Order Removed to Arizona. To appear in the Federal District Court of Arizona by 9/30/08. (Court |

|  |  |  |
|---|---|---|
|  |  | Reporter FTR.) (cfeS, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/11/2008) |
| 09/11/2008 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Steven Travis Brawner. Defendant committed to District of USDC, Arizona. Signed by Judge Magistrate Judge Patricia V. Trumbull on 9/11/08. (cfeS, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/11/2008) |
| 09/11/2008 | 8 | Mailed Rule 5 documents to USDC, Arizona, Phoenix as to Steven Travis Brawner: (cfeS, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/11/2008) |
| 09/11/2008 |  | (Court only) ***Case Terminated as to Steven Travis Brawner (Entered: 09/11/2008) |
| 09/11/2008 |  | NAME CHANGED from Steven Travis Brawner to Daniel David Rigmaiden as to Daniel David Rigmaiden: (cfeS, COURT STAFF) (Filed on 9/11/2008) (Entered: 09/16/2008) |
| 09/16/2008 |  | Mailed Rule 5 documents to USDC, Phoenix, Arizona as to Steven Travis Brawner: (cfeS, COURT STAFF) (Filed on 9/16/2008) (Entered: 09/16/2008) |