UNITED STATES DISTRICT COURT     MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 9/25/2008     CASE NUMBER: CR 08-00814-001-PHX-DGC
**SEALED**

USA vs. Steven Travis Brawner

U.S. MAGISTRATE JUDGE: EDWARD C. VOSS #: 70BO

A.U.S. Attorney James Morse for Frederick Battista    INTERPRETER_____
LANGUAGE_____
Attorney for Defendant Craig Orent for Susan Anderson (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 8/3/08     ☒ Initial Appearance     ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☐ Defendant Sworn    ☒ Financial Afdvt sealed

☒ Defendant states true name to be DANIEL DAVID RIGMAIDEN. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held ☐ Con't ☒ Submitted ☐ Reset

Set for:
Before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☒ Defendant continued detained pending trial
   ☒ Flight risk ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held ☐ Con't ☐ Reset

Set for:
Before:

Plea of NOT guilty entered to Counts <u>all pending</u>.

DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on 11/19/08 at 9:00 AM in Courtroom 603 before JUDGE CAMPBELL

**STATUS HEARING RE:** Set for    before

---

Other: The Court SEALS the financial affidavit given to the Court for it's review in appointing counsel. The financial affidavit is to remain sealed until further order of the Court. The Court affirms the detention order issued in the arresting district, Northern District of California.

IA = 8 mins
ARR= 2 mins
DH= 2 mins

Recorded by Courtsmart
BY: Phylis Durbin
Deputy Clerk

cc: AUSA, CNSL, PTS