```
        X  FILED        ___ LODGED
        ___ RECEIVED    ___ COPY

            SEP 2 5 2008

        CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. CR-08-814-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| -vs- | |
| Steven Browner, | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: __Fraud__,

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

( ) United States District Judge _____

(X) United States Magistrate Judge __Voss__

**CASE ASSIGNED TO:** __Susan Anderson__
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this __25th__ day of __September__, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

\AppointOrder