# United States District Court
### District of Arizona

**SEALED WARRANT FOR ARREST**

United States of America

V.

Steven Travis Brawner
aka Travis Rupard
aka Patrick Stout

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

OCT 0 2 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CASE NUMBER: CR 08-814-PHX-DGC

**To:** The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  Steven Travis Brawner

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order Court

☐ Violation Notice  ☐ Petition for Probation Violation

☐ Petition for Violation of Pretrial Conditions

charging him or her with (brief description of offense) : Conspiracy; Wire Fraud; Aggravated Identity Theft and Mail Fraud, and Criminal Forfeiture.

In violation of 18:371 & 2; 18:1343 & 2; 18:1028A(a)(1) & 2; 18:1341 & 2. Criminal Forfeiture 18:981, 21: 853 and 28:2461.

| RICHARD H. WEARE | CLERK OF COURT/DCE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July 23, 2008, Phoenix, Arizona |
| Signature of Issuing Officer | Date and Location |

Sally Turner
(By) Deputy Clerk

Bail fixed at $_____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Santa Clara, CA | | |
| Date Received 7-23-08 | Name and Title of Arresting Officer U. S. Probation | Signature of Arresting Officer *[signature]* |
| Date of Arrest 8-3-08 | | |