```
___ FILED      X LODGED
___ RECEIVED   ___ COPY

       OCT 0 1 2008

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____Z DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden,<br>aka Steven Brawner,<br><br>    Defendant. | No. CR-08-814-PHX-DGC<br><br>**O R D E R**<br><br>(Filed Under Seal) |

      Upon motion of the Federal Public Defender, and good cause appearing therefor,

      IT IS HEREBY ORDERED withdrawing Susan E. Anderson, Assistant Federal Public Defender, District of Arizona, as counsel of record in the above-entitled action.

      IT IS FURTHER ORDERED appointing __Thomas Crowe__ as counsel of record for defendant Daniel David Rigmaiden, effective immediately.

      IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h) _____ will commence on _10/1/08_ for a total of _10_ days.

10/11/08

*David G. Campbell* (signature)

CC: AUSA, DFNS, Crowe, AFPD Anderson