**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | No. CR08-814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND MOTION TO CONTINUE TRIAL [FIRST REQUEST]** |
| Daniel David Rigmaiden, aka Steven Brawner | ) | |
| Defendant. | ) | [Filed Under Seal] |

Defendant, Daniel David Rigmaiden aka Steven Brawner, by and through counsel undersigned, moves this Court to extend the pretrial motions deadline of October 9, 2008 and continue the trial herein scheduled for November 19, 2008 for a period of 60 days. Defendant is in custody.

Counsel for Defendant was substituted for the Federal Defender by order dated October 11, 2008, and received on October 21, 2008, and has not had sufficient opportunity to review the discovery that has been provided by the government, determine if additional discovery is outstanding, and otherwise determine what pretrial motions, if any, the Defendant may file. Counsel likewise requires additional time for preparation of the defense.

The government, by and through Assistant U.S. Attorney Frederick A. Battista, does not oppose this motion.

Based on the foregoing, Defendant requests that the pretrial motions deadline be

extended and the trial set for November 19, 2008 be continued for a period of 60 days.

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) will occur as a result of this motion or of an order based thereon.

DATED this 23rd day of October, 2008.

CROWE & SCOTT, P.A.

By _____
Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034-1090
Attorneys for Defendant

COPY of the foregoing mailed this 23rd day of October, 2008, to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

By _Cindy Mahzuc_

2