

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR08-814-PHX-DGC |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Daniel David Rigmaiden, aka Steven Brawner | ) | [Filed Under Seal] |
| Defendant. | ) | |

On motion of counsel for Defendant, Daniel David Rigmaiden aka Steven Brawner, and good cause appearing therefore,

IT IS HEREBY ORDERED that the effective date of this Court's order for withdrawal and substitution of counsel, which was originally lodged on October 1, 2008 and entered on October 11, 2008 (Document No. 13) is amended so as to make the order effective on September 30, 2008 *nunc pro tunc*.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h) _____ will commence on 10/23/08 for a total of 5 days.

DATED this 28 day of October, 2008.

*David G. Campbell* (signature)
David G. Campbell
U.S. District Court

cc: DFNS- Crowe, CJA