```
 ____ FILED        ✓ LODGED
 ____ RECEIVED     ____ COPY

        OCT 2 3 2008

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
 BY                  S  DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,

                     Plaintiff,

v.

Daniel David Rigmaiden,
aka Steven Brawner

                     Defendant.

No.  CR08-814-PHX-DGC

**ORDER**

[Filed Under Seal]

      On motion of counsel for Defendant, Daniel David Rigmaiden aka Steven Brawner, no opposition thereto by the government, and good cause appearing therefore,

      IT IS HEREBY ORDERED that Defendant's motion to extend pretrial motion deadline and continue the trial is granted pursuant to 18 U.S.C. § 3161(h)(8)(A).  The Court specifically finds that the ends of justice served by granting an extension and continuance outweigh the best interests of the public and the Defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such an extension and continuance would deny the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

      IT IS FURTHER ORDERED extending the time for filing of pretrial motions to December 19, 2008 .

      IT IS FURTHER ORDERED vacating the trial set for November 19, 2008 and continuing same to January 13, 2009 at 9:00a.m.

CC: AUSA, DFNS-Crowe

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h) (8) (A)        will commence on 10/23/08 for a total of 83 days.

DATED this 28 day of October , 2008.

David G. Campbell
U.S. District Court

2