1  Daniel David Rigmaiden aka Steven Brawner
   Agency #10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85232

4  In pro se:

FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 0 6 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: LR 5.4
(Rule Number/Section)

5              United States District Court
                   District of Arizona
6

7  United States of America,
                              Plaintiff

8  V.                                          No. CR08-814-PHX-DGC
   Daniel David Rigmaiden,                      Motion requesting court order the
   aka Steven Brawner                           U.S. Marshal service provide the
9                                               defendant a lunch meal while in
                              Defendant         custody and motion for court order
10                                              baring U.S. Marshal retaliation for
                                                filing this motion and motion to
11                                              proceed in forma pauperus in regards
                                                to filing fees for this document.

12         Comes now the defendant, Daniel David Rigmaiden, appearing pro se

13  in this motion only, to humbly request that your Honor order the

14  U.S. Marshal Service provide the defendant a lunch meal any

15  time that they have the defendant in custody between the hours

16  of 10:30am and 12:30pm granted that the defendant has not

17  already received a lunch from a different prisoner holding entity

    such as a jail.
18

19         The defendant humbly requests that your Honor order the
    U.S. Marshal Service give the defendant at least 30 minutes to

1  consume and digest the lunch.

2     The defendant humbly requests that your Honor order the U.S.

3  Marshal service and any and all U.S. Marshals to not seek

4  retaliation against the defendant for filing this motion.

5     Attached is an affidavit of points and authorities to establish

6  this motions factual background and to support its caption clause.

7     Your Honor should also be made aware that I have been

8  denied my right to law library access at CCA-CADC, under

9  the Bounds decision. Furthermore, my court appointed attorney,

10  Thomas Crowe, has decided not to represent or assist me in

11  filing this motion, pursuant to the Criminal Justice Act (18 USC

12  3006A, et seq.). Considering the Bounds violation and lack of

13  representation, the defendant humbly requests that your Honor look

14  past and ignore any procedural or format errors I have made

15  in filing this motion and accept it as is.

16     The attached affidavit is not notarized because having jail

17  staff notarize a document containing misconduct allegations

18  against CCA-CADC's main business client, The U.S. Marshal

19  service, would put me in danger of CCA-CADC staff abuse.

1  The defendant is willing to read the affidavit out loud for your

2  Honor and swear to its accuracy and truth, under penalty of

3  perjury, in court.

4      The defendant is currently a federal pretrial inmate at the

5  CCA-CADC jail and has no income. The defendant humbly

6  requests that your Honor wave all filing fees for this document,

7

Dated this 3rd day of November, 2008

8

9                                    Daniel David Rigmaiden, in pro se

10

       By Daniel Rigmaiden

11

       Daniel Rigmaiden aka Steven Brawner
       Agency # 10966111
12     CCA-CADC
       PO Box 6300
13     Florence AZ 85232

14  A true copy of the foregoing mailed this
    3rd day of November, 2008 to:
15

    Court Clerk US District Court
16  District of Arizona
    401 W. Washington St. SPC-1
17  Phoenix AZ 85003

18

19

On 9-25-2008 I, Daniel David Rigmaiden, was flown from a BOP federal holding facility in OK. to AZ. by the U.S. Marshals. In OK. I was given a breakfast meal at roughly 3:30am OK. time. From an unknown time after breakfast and until roughly 11:30am AZ. time, I was in the custody of U.S. Marshals operating the air lift operation. Most of this time I spent in flight. I was not given a lunch meal during this time or any food or water. At roughly 11:30am I was removed from the plane in AZ. and driven to Phoenix for court at the federal court house. During the drive to the court house the U.S. Marshals stopped at a strip mall to buy themselves food. I arrived at the federal court house at roughly 12:45pm. At roughly 1:10pm some other inmates and I were told by a U.S. Marshal, whom I am unable to identify, that they didn't have any "extra lunches" and that none of us would be able to eat lunch. There were roughly 10 inmates in holding cells that did not receive a lunch or any food at all.

At roughly 3:30pm I had an interview with my attorney for the day, Craig Orent, and then a court session. During the interview and during court I had a diminished mental competency due to low blood sugar and lack of essential nutrients. My brain was starved of glucose and catalyst nutrients required for proper brain function. As previously stated, my last meal was at 3:30am OK. time. Due to the U.S. Marshals not providing me a lunch meal, I was not mentally sound and at risk of not being able to make sound decisions regarding my defense. Looking back, I do not believe I faced any difficult defense decisions on 9-25-2008 but if this mistreatment by the U.S. Marshals continues on future more important court dates then I will certainly not have the legal mental competency to make decisions regarding my defense or stand trial.

I request that the court order the U.S. Marshals to provide me a lunch any time that they have me in custody between the hours of 10:30am and 12:30pm granted that I have not already received a lunch from a different prisoner holding entity such as a jail. I request that the court order the U.S. Marshals to give me at least 30 minutes to consume and digest the lunch. I also request that the U.S. Marshal service and any and all U.S. Marshals be ordered to not seek retaliation against me for filing this motion.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 11-3-2008

        Daniel Rigmaiden

