```
                                              FILED ___  LODGED ___
                                              RECEIVED ___ COPY ___
                                                   NOV 06 2008
                                              CLERK U S DISTRICT COURT
                                                DISTRICT OF ARIZONA
                                              BY_____ S  DEPUTY
```

1  Daniel David Rigmaiden aka Steven Brawner
   Agency #10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85232

4  In pro se:

[Stamp: THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT. REFERENCE LR 5.4 (Rule Number/Section)]

5           United States District Court
6              District of Arizona

7  United States of America,           No. CR08-814-PHX-DGC
                      Plaintiff        Motion requesting court order the
   v.                                  CCA-CADC jail provide the defendant
8  Daniel David Rigmaiden,             five hours of law library access per
   aka Steven Brawner                  week and motion requesting court
9                     Defendant        order the defendant transferred to a
                                       BOP ran facility and motion to
10                                     proceed in forma pauperis in regards to
                                       filing fees for this document.
11

12     Comes now the defendant, Daniel David Rigmaiden, appearing pro se in

13  this motion only, to humbly request that your Honor order the ~~CCA~~

14  Corrections Corporation of America, Central Arizona Detention Center to

15  provide the defendant with five hours of law library access per week

16  for the remainder of incarceration at the Corrections Corporation of

17  America, Central Arizona Detention Center and that your Honor order

18  the defendant transferred to a federal Bureau of Prisons ran facility for

19  the remainder of pretrial.

    Attached is an affidavit of points and authorities to

1  establish this motions factual background and to support its
2  caption clause.
3      Your Honor should also be made aware that my court appointed
4  attorney, Thomas Crowe, has decided not to represent or assist me in
5  filing this motion, pursuant to the Criminal Justice Act (18 USC
6  3006A, et seq.). Considering the Bounds violation, as explained in
7  the attached affidavit, and lack of representation, the defendant
8  humbly requests that your Honor look past and ignore any
9  procedural or format errors I have made in filing this motion
10 and accept it as is.
11     The attached affidavit is not notarized because having
12 jail staff notarize a document containing mistreatment allegations
13 against the jail would put me in danger. The defendant is willing
14 to read the affidavit out loud for your Honor and swear to its
15 accuracy and truth, under penalty of perjury, in court.
16     The defendant is currently a federal pretrial inmate at the
17 CCA-CADC jail and has no income. The defendant humbly requests
18 that your Honor wave all filing fees for this document
19

access on 10-30-2008. On 10-30-2008 Mrs. Clawson informed me that there would be no law library access on 10-30-2008. It is now 11-3-2008 and I have not been given access to the law library or to individuals trained in law.

My public defender, Susan Anderson, was ordered by the court to withdraw as my legal counsel. I was informed in a letter that Thomas Crowe, a private attorney, was appointed to me by the court. This letter was sent by Susan Anderson on 10-2-2008. On 10-5-2008 I sent a letter to Thomas Crowe seeking legal advice. Thomas Crowe sent me a response letter on 10-10-2008 informing me that the court has not yet finalized his assignment and that he is not yet my attorney. He was unable to provide me with legal advice and he informed me that he does not yet represent me. On 10-21-2008 Thomas Crowe sent me a letter informing me that he received a copy of the order substituting him as my counsel on 10-20-2008. From 10-2-2008 to 10-20-2008 my constitutional right to legal counsel was not being met. During this time the United States Government mailed me legal mail stating official legal deadlines, relavent to my criminal case, for the filing of legal documents with the government and the courts. One of the questions I asked in the letter to Thomas Crowe was how to handle these legal deadlines put upon me, personaly, by the government. As previously stated, Thomas Crowe was unable to provide me with legal advice considering his assignment as my attorney was not yet finalized.

I was at a de facto state of pro per status between 10-2-2008 and 10-20-2008 and this emphasized my already existing need to gain access to the law library at CCA. I have been, and continue to be, deprived of my legal right to the law library at CCA under the Bounds decision.

I request that the court order CCA-CADC jail to provide me with five hours of law library access per week for the remainder of my stay. I also request that the court order me removed from CCA-CADC immediately and transfered to a BOP ran facility where there is a higher degree of professionalism and government oversight.

I declare under penalty of perjury that the foregoing is true and correct.

I, Daniel David Rigmaiden, am currently being held at the "Corrections Corporation of America" (CCA) Central Arizona Detention Center as a federal pretrial inmate. My Agency # is 10966111 and I am booked under the name "Steven Brawner". I am currently housed at Q104L in the 900 section of CCA. The CCA jail has not provided me with my legal right to law library access or to individuals trained in law. The Bounds v. Smith (1977) decision entitles me to at least one of these legal resource methods.

On 10-2-2008 I put in an inmate request form (Prisoner Information Request) at CCA asking for law library access for the week of 10-5-2008. I wrote on the "To" line, of the form, "Case Manager or Similar". I placed the form into the designated "inmate request" box outside the door of my housing unit. This request remains unanswered, unaddressed or otherwise ignored.

On 10-11-2008 I put in a second inmate request form (Prisoner Information Request) at CCA asking for law library access for the week of 10-12-2008. I wrote on the "To" line, of the form, "Case Manager or Unit Manager". I placed the form into the designated "inmate request" box outside the door of my housing unit. This request remains unanswered, unaddressed or otherwise ignored.

On 10-15-2008 I put in a third inmate request form (Prisoner Information Request) at CCA asking for law library access for "every week" from 10-15-2008 forward. I filled this form out in front of a woman I believe to be the case manager for the 800 section of the jail, named Mrs. Thomas. I handed her this form and she informed me that I would be given one hour of law library access for the current week. On 10-16-2008 or 10-17-2008 a correctional officer name Mrs. Clawson brought me to the law library, stood me in front of the door, walked away to get the door opened and then came back to tell me I could not go into the law library because the jail was in the middle of a shift change. I was not given law library access on this day.

On 10-19-2008 I put in a fourth inmate request form (Prisoner Information request) at CCA asking for law library access for the week of 10-19-2008 I wrote on the "To" line, of the form, "Case manager or Unit manager". I placed the form into the designated "inmate request" box outside the door of my housing unit. This request was responded to by Mrs Thomas and she gave me a law library pass on 10-28-2008 for law library

1  Dated this 3rd day of November, 2008

2                                    Daniel David Rigmaiden, in pro se

3

4                                    By Daniel Rigmaiden

5                                    Daniel Rigmaiden aka Steven Brawner
                                     Agency # 10966111
                                     CCA-CADC
6                                    PO Box 6300
                                     Florence AZ 85232
7

8  A true copy of the foregoing mailed this 3rd
   day of November, 2008 to:

9  Court Clerk US District Court
   District of Arizona
10 401 W. Washington St. SPC-1
   Phoenix AZ 85003

Executed on 11-3-2008
   Daniel Rigmaiden