1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT
6                          FOR THE DISTRICT OF ARIZONA
7
8   United States of America,            )
                                          )   Date: December 11, 2008
9           Plaintiff,                    )
                                          )
10  vs.                                   )
                                          )   CR 08-814-01-PHX-DGC
11                                        )
    Daniel David Rigmaiden,               )   **MINUTE ORDER**
12                                        )
            Defendant.                    )   **SEALED**
13                                        )
                                          )
14
15
       **TO COUNSEL:**
16
       **THE FOLLOWING CASES HAVE BEEN SET FOR TRIAL ON JANUARY 13,
17  2009 IN PHOENIX/PRESCOTT, ARIZONA:**

18  CR 05-0071-PHX      Hazbun
    CR 08-0266-PHX      Perez-Hernandez
19  CR 08-0340-PHX      Ojeda-Medina, et al
    CR 08-0450-PHX      Roman
20  CR 08-0502-PHX      Machado-Bazua
    CR 08-0572-PHX      Miramontes
21  CR 08-0698-PHX      Gomez-Guilian
    CR 08-0722-PCT      Woodie
22  CR 08-0753-PHX      Antona-Flores
    CR 08-0762-PHX      Velarde
23  CR 08-0794-PHX      Angulo-Angulo
    CR 08-0814-PHX      Rigmaiden (SEALED)
24  CR 08-0932-PHX      Feliciano, et al
    CR 08-1039-PCT      Warner
25  CR 08-1052-PHX      Pena
    CR 08-1079-PCT      Kabinto
26  CR 08-1138-PHX      Roy, et al
    CR 08-1202-PCT      Watchman
27  CR 08-1203-PCT      Begay
    CR 08-1250-PHX      Enos
28  CR 08-1260-PHX      Guerrero

CR 08-1326-PHX    Matias-Martinez
CR 08-1373-PHX    Velarde-Loureiro

**IT IS HEREBY ORDERED** that counsel appear at a **status conference on Monday, December 22, 2008 at 11:00 a.m**. No substitution of counsel will be permitted. Because this is a status conference, it will not be necessary for the defendants to appear in person.

**IT IS FURTHER ORDERED** that prior to attending the status conference, counsel are directed to complete the following tasks:
1. Meet personally and discuss:
   a. Whether the case will proceed to trial or be resolved by a plea.
   b. Whether either party will seek a continuance.
   c. What motions, if any, can be resolved by stipulation of counsel.
   d. What additional motions, if any, will be filed and need to be resolved.
   e. Whether either party has filed or anticipates filing motions in limine.
2. File all 404(b) notices and Rule 4.11 notices prior to the status conference in accordance with applicable rules.
3. Attempt to resolve any discovery disputes.

The topics listed in paragraphs 1 - 3 will be discussed at the status conference.

If a change of plea for a defendant has been scheduled or a motion to continue has been granted before the status conference, the status hearing will be vacated as to that defendant. Counsel are directed to contact the Courtroom Deputy, Lisa Richter, at lisa_richter@azd.uscourts.gov or call (602) 322-7244 to confirm that the hearing has been vacated.

## ATTENTION

**All stipulated motions to continue and change of plea date requests must be received one (2) business days prior to the date set for the status conference.** The proposed order to continue must include language vacating the status conference. If the motion to continue is not received prior to the status conference as ordered above, counsel must bring the written motion to the status conference.

**IT IS FURTHER ORDERED** the Clerk of the Court mail copies of this order to all counsel of record in the above-captioned case.

No excludable delay shall result from the entry of this order.

RICHARD H. WEARE
District Court Executive/
Clerk of Court


By:    <u>s/Lisa Richter</u>
Lisa Richter
Courtroom Deputy for Judge Campbell