**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 7 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | |
| v. | **MOTION TO SEAL MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND MOTION TO CONTINUE TRIAL** |
| Daniel David Rigmaiden, aka Steven Brawner | |
| Defendant. | [Filed Under Seal] |

Defendant, Daniel David Rigmaiden aka Steven Brawner, by and through counsel undersigned, moves this Court to enter an order sealing Defendant's motion to extend pretrial motions deadline and motion to continue trial filed on December 17, 2008 due to the sealed nature of these proceedings.

DATED this 17th day of December, 2008.

CROWE & SCOTT, P.A.

By_____
Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034-1090
Attorneys for Defendant

COPY of the foregoing mailed
this 17th day of December, 2008, to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

By *Cindy Mahyur*

2