___ FILED    X LODGED
___ RECEIVED ___ COPY

DEC 1 7 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

UNITED STATES DISTRICT COURT    **SEALED**

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | [Filed Under Seal] |
| Daniel David Rigmaiden, aka Steven Brawner, | |
| Defendant. | |

Upon motion of the Defendant and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of Court shall file Defendant's motion to extend pretrial motions deadline and motion to continue trial filed on December 17, 2008 under seal.

IT IS FURTHER ORDERED that the Clerk of Court shall file this order under seal.

Dated 12/19/08

David G. Campbell
U.S. District Judge

cc: AUSA, DFNS- Crane