**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

FILED ___ LODGED X
RECEIVED ___ COPY ___
DEC 1 7 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | **MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND MOTION TO CONTINUE TRIAL [SECOND REQUEST]** |
| v. | |
| Daniel David Rigmaiden, aka Steven Brawner | |
| Defendant. | [Filed Under Seal] |

Defendant, Daniel David Rigmaiden aka Steven Brawner, by and through counsel undersigned, moves this Court to extend the pretrial motions deadline of December 19, 2008 and continue the trial herein scheduled for January 13, 2009 for a period of 60 days. Defendant is in custody.

Counsel for Defendant was substituted for the Federal Defender by order dated October 11, 2008, and received on October 21, 2008. This is a complex case consisting of a 50-count sealed indictment alleging conspiracy, wire fraud, aggravated identity theft, mail fraud and criminal forfeiture. The allegations arise out of electronically filed income tax returns for several hundred persons who are or may be deceased.

The government has produced a wide range of discovery in this matter but there remains a significant amount of discovery that has not been produced. The parties have been in contact with one another regarding the methodology to be used in producing the discovery which consists largely of income tax returns and records related thereto without

compromising the sensitive data which is contained therein.

The government, by and through Assistant U.S. Attorney Frederick A. Battista, does not oppose this motion.

Based on the foregoing, Defendant requests that the pretrial motions deadline be extended and the trial set for January 13, 2009 be continued for a period of 60 days.

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) will occur as a result of this motion or of an order based thereon.

DATED this 17th day of December, 2008.

CROWE & SCOTT, P.A.

By /s/ Tom Crowe

Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034-1090
Attorneys for Defendant

COPY of the foregoing mailed this 17th day of December, 2008, to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

By Cindy Malyuc