```
___ FILED       _X_ LODGED
___ RECEIVED    ___ COPY

     DEC 1 7 2008

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ Z DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | [Filed Under Seal] |
| Daniel David Rigmaiden, aka Steven Brawner | |
| Defendant. | |

On motion of counsel for Defendant, Daniel David Rigmaiden aka Steven Brawner, no opposition thereto by the government, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's motion to extend pretrial motion deadline and continue the trial is granted pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court specifically finds that the ends of justice served by granting an extension and continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such an extension and continuance would deny the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED extending the time for filing of pretrial motions to February 20, 2009.

~~IT IS FURTHER ORDERED vacating the status conference set for December 22, 2008.~~

1  IT IS FURTHER ORDERED vacating the trial set for January 13, 2009 and
2  continuing same to  March 10, 2009 at 9:00 a.m.
3  IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)
4  (8)(A)  will commence on 1/13/09  for a total of 57 days.
5  DATED this  19  day of  December , 2008.

*David G. Campbell (signature)*
David G. Campbell
U.S. District Court

2

CC: AUSA, OFNS-Crane