**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

**SEALED**

Phoenix Division

 CR 08 /   814   /   01  PHX/ DGC       DATE: 12/22/08
Year    Case No.   Dft #

HON: DAVID G. CAMPBELL              Judge # 7031

USA v.   Rigmaiden, Daniel David
         Last Name    First Name    Middle Initial
DEFENDANT:   Present  X  Not Present   Released  X Custody   Writ

Deputy Clerk: Lisa Richter      Crt Rptr/ECR Patricia Lyon

U.S Atty: Frederick Battista            Dft counsel:  Tom Crowe
                                         AFPD  X  Appt'd   Retained

Interpreter:        Language:
==============================================================================
**PROCEEDINGS**:   X  Open Court   Chambers    Other


Status hearing held regarding January 13, 2009 trial date.

Pending motions discussed.

Trial to be continued by separate order.


Court time: 13 min