DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Fred.Battista@usdoj.gov
Maryland State Bar Member
Telephone: (602) 514-7500

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Daniel Rigmaiden,
a.k.a. Steven Travis Brawner,
a.k.a. Travis Rupard, and
a.k.a. Patrick Stout,

Defendant.

CR 08-814-PHX-DGC

**SEALED**

**MOTION TO SEAL MOTION FOR ORDER TO CONTINUE TO MAINTAIN CUSTODY OF PROPERTY PURSUANT TO 21 U.S.C. § 853(e)**

(Under Seal)

The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order sealing the government's Motion for Order to Continue to Maintain Custody of Property Pursuant to 21 U.S.C. § 853(e) filed on January 7, 2009. The government is requesting that the subject motion, this Motion to Seal, and any orders based on either motion, be sealed until further order of this Court due to the potential nature of defendant's possible cooperation with the government. Tom Crowe, counsel for the defendant, has no objection to this motion.

/

/

/

It is not expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 8th day of January, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*(signature)*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2009, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant's counsel at the following address:

Tom Crowe
Crowe & Scott, P.A.
1100 East Washington Street, Suite 200
Phoenix, Arizona 85034-1090

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2