DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Fred.Battista@usdoj.gov
Maryland State Bar Member
Telephone: (602) 514-7500

```
        FILED        LODGED
        RECEIVED     COPY

        JAN 1 3 2009

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**SEALED**

| United States of America, | CR 08-814-PHX-DGC |
|---|---|
| Plaintiff, | **MOTION TO SEAL MOTION FOR PROTECTIVE ORDER RE USE OF DISCOVERY** |
| v. | |
| Daniel Rigmaiden, a.k.a. Steven Travis Brawner, a.k.a. Travis Rupard, and a.k.a. Patrick Stout, | **(Under Seal)** |
| Defendant. | |

The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order sealing the government's Motion for Protective Order Re Discovery, filed on January 13, 2009. The government is requesting that the subject motion, this Motion to Seal, and any orders based on either motion, be sealed until further order of this Court due to the potential nature of defendant's possible cooperation with the government. Tom Crowe, counsel for the defendant, has no objection to this motion.

/

/

/

It is not expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 13th day of January, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2009, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant's counsel at the following address:

Tom Crowe
Crowe & Scott, P.A.
1100 East Washington Street, Suite 200
Phoenix, Arizona 85034-1090

FREDERICK A. BATTISTA
Assistant U.S. Attorney