X FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Fred.Battista@usdoj.gov
Maryland State Bar Member
Telephone: (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>        Defendant. | CR 08-814-PHX-DGC<br><br>**MOTION TO SEAL<br>FIRST BILL OF PARTICULARS<br>REGARDING FORFEITURE**<br><br>**(Under Seal)** |

The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order sealing the government's First Bill of Particulars Regarding Forfeiture, filed on January 28, 2009. The government is requesting that the First Bill of Particulars Regarding Forfeiture, this Motion to Seal, and any orders based on this motion, be sealed until further order of this Court due to the potential nature of defendant's possible cooperation with the government. Tom Crowe, counsel for the defendant, has no objection to this motion.

/

/

/

It is not expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 28th day of January, 2009.

    DIANE J. HUMETEWA
    United States Attorney
    District of Arizona

    *[signature]*

    FREDERICK A. BATTISTA
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2009, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant's counsel at the following address:

Tom Crowe
Crowe & Scott, P.A.
1100 East Washington Street, Suite 200
Phoenix, Arizona 85034-1090

S/ Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney