**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| United States of America, | ) | No. CR08-814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | **MOTION TO SEAL** |
| v. | ) | [Filed Under Seal] |
| Daniel David Rigmaiden, aka Steven Brawner | ) | |
| Defendant. | ) | |

Defendant, Daniel David Rigmaiden aka Steven Brawner, by and through counsel undersigned, moves this Court to enter an order sealing Defendant's Notice of Withdrawal of Motion filed on February 3, 2009 due to the sealed nature of these proceedings.

DATED this 3rd day of February, 2009.

CROWE & SCOTT, P.A.

By_____
Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034-1090
Attorneys for Defendant

1  COPY of the foregoing mailed
   this 3rd day of February, 2009, to:
2
3  Frederick A. Battista
   Assistant U.S. Attorney
   40 N. Central Avenue, Suite 1200
4  Phoenix, AZ 85004-4408

5  Steven Brawner
   U.S. Marshal No. 10966111
6  c/o CCA
   P.O. Box 6300
7  Florence, AZ 85232

8  By _Cindy Malyn_

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2