UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>              Defendant. | CR 08-814-PHX-DGC<br><br>**ORDER TO SEAL**<br><br>(Under Seal) |

Upon motion of the United States, good cause appearing and there being no objection by defendant Daniel Rigmaiden,

IT IS ORDERED granting the government's Motion to Seal the Motion for Protective Order Re Discovery filed on January 13, 2009, the Motion to Seal, and this Order until further Order of this Court.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on Jan. 13, 2009, for a total of 22 days.

DATED this 3 day of February, 2009.

DAVID G. CAMPBELL
United States District Judge

cc: AUSA, DFNS