```
       FILED      X  LODGED
       RECEIVED      COPY

         JAN 2 8 2009

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY_____ Z  DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>　　　　Defendant. | CR 08-814-PHX-DGC<br><br>**ORDER TO SEAL**<br><br>(Under Seal) |

Upon motion of the United States, good cause appearing and there being no objection by defendant Daniel Rigmaiden,

IT IS ORDERED granting the government's Motion to Seal Government's First Bill of Particulars Regarding Forfeiture; thus, the government's First Bill of Particulars Regarding Forfeiture, the Motion to Seal the First Bill of Particulars Regarding Forfeiture and this Order shall be sealed until further Order of this Court.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on Jan. 28, 20 09, for a total of 7 days.

DATED this 3 day of February, 20 09.

　　　　　　　　　　　　　　　　　　　　_David G. Campbell_
　　　　　　　　　　　　　　　　　　　　DAVID G. CAMPBELL
　　　　　　　　　　　　　　　　　　　　United States District Judge

CC: AUSA, DFNS