DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney
Maryland State Bar Member
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov

FILED ___ LODGED X
RECEIVED ___ COPY ___

JAN 2 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Daniel Rigmaiden,
a.k.a. Steven Travis Brawner,
a.k.a. Travis Rupard, and
a.k.a. Patrick Stout,

    Defendants.

CR 08-814-PHX-DGC

**FIRST BILL OF PARTICULARS REGARDING FORFEITURE**

**(Under Seal)**

SEALED

    The United States of America, by and through the undersigned attorneys, respectfully gives this Notice in the form of a Bill of Particulars to identify the items set forth below which are to be forfeited as part of the Forfeiture Allegations contained in the Indictment.

    Upon conviction for the offenses alleged in Counts 1 through 50, the court shall order that the defendant so convicted forfeit to the United States any property, real or personal, involved in such offenses, or any property traceable to such property, pursuant to 28 U.S.C. § 2461; 18 U.S.C. § 981; 18 U.S.C. §§ 982(a)(1) and (b)(1)(A); and 21 U.S.C. §§ 853(c), and (e) through (p), as set forth below.

## SEIZED ASSETS TO BE FORFEITED

    The subject seized assets are described in the attached spreadsheet which is incorporated by reference herein. (See attached Exhibit 1.)

## MONEY JUDGMENT

A money judgment will be sought in the amount of the loss suffered by the criminal actions of the defendant, as alleged in the indictment in this action, in the approximate amount of $5,500,000.00. This judgment will be reduced by the net liquidation value at the time of sale or disposition of the seized items above identified.

## SUBSTITUTE ASSETS

In the event the money judgment is not fully satisfied, the government will seek satisfaction of the judgment from Substitute Assets.

Respectfully submitted this 28th day of January, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2009, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant's counsel at the following address:

Tom Crowe
Crowe & Scott, P.A.
1100 East Washington Street, Suite 200
Phoenix, Arizona 85034-1090


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

# EXHIBIT 1

| Seizure Date | AFTRAK* Number | Asset Description | Appraised Value |
|---|---|---|---|
| 8/3/2008 | 86080009 - 01 | MSR206 Magnetic Strip Card Reader/Writer | $ 250.00 |
| 8/3/2008 | 86080009 - 02 | IBM Thinkpad S/N #LV-CA398 with Mouse, Keys, Docking Station & Power Cord | $ 700.00 |
| 8/3/2008 | 86080009 - 03 | Craft External Hard Drive Enclosure | $ 50.00 |
| 8/3/2008 | 86080009 - 04 | Cool Gear External HDD Model TBM120 | $ 100.00 |
| 8/3/2008 | 86080009 - 05 | Garmin 60CS GPS Map, Seagate 250 GB Hard Drive S/N #5QE1W2CP | $ 300.00 |
| 8/3/2008 | 86080009 - 06 | Acer Laptop Aspire 3624WXCI S/N #LXAA6050876090F641KS00 | $ 300.00 |
| 8/3/2008 | 86080009 - 07 | Keyboard | $ 5.00 |
| 8/3/2008 | 86080009 - 08 | Epson Stylus Photo R1900 S/N #KBQE004967 | $ 400.00 |
| 8/3/2008 | 86080009 - 09 | Epson Perfection V750 ProScanner S/N #G77W001673 | $ 650.00 |
| 8/3/2008 | 86080009 - 10 | One (1) Alps printer MD-1000 S/N #B28C0948H; one (1)TAHSIN-HIC-HOP Laminator Model TCC-160 S/N #8800707 | $ 250.00 |
| 8/3/2008 | 86080009 - 11 | Epson Stylus Photo 960 S/N #EPVY024944 Printer | $ 200.00 |
| 8/3/2008 | 86080009 - 12 | Sony CyberShot Camera, 2 GB memory card, cords & battery charger | $ 200.00 |
| 8/4/2008 | 86080009 - 13 | SecuMate Security Recorder, Wireless Camera Hunter, RF Signal Detector, VCD-43 Signal Detector, Parascope viewer, wireless video receiver, light wave detector-"Spy Finder", pocket scope, chipboard & covert video camera, IP Video receiver & converter, and covert camera & microphone kit | $ 1,910.00 |
| 8/3/2008 | 86080009 - 14 | **EVIDENCE**:  U.S. Mint Container "Green" with 25 Containers of 20 Silver Dollars each (500 total coins) | $ 8,685.00 |
| 8/3/2008 | 86080009 - 15 | **EVIDENCE**: One (1) Green U.S. Mint Container with 88 Large Silver Colored Coins, 139 Large Gold Colored Coins, 29 Small Gold Colored Coins | $ 130,054.49 |
| 8/3/2008 | 86080009 - 16 | **EVIDENCE**: Eleven (11) small, four (4) large Assorted Gold Eagle Coins | $ 4,619.33 |
| 8/3/2008 | 86080009 - 17 | U.S. Currency - $46,340.00 | $ 46,340.00 |
| 8/26/2008 | 86080010 | U.S. Currency - Bancorp Bank Treasurer Check No. 43033, dated 8/27/2008, for $19,298.90 -- Proceeds from entire monetary balance of the prepaid cards at The Bancorp Bank (Wilmington, DE) | $ 19,298.90 |
| 8/4/2008 | 86080012-01 | U.S. Currency - $70,000.00 | $ 70,000.00 |
| 8/4/2008 | 86080012-02 | **EVIDENCE**:  One Hundred (100) 1/10-oz. gold coins and seventy-three (73) 1-oz. gold coins | $ 75,177.25 |
| 8/4/2008 | 86080012-03 | Coolgear External HDD Model SCS12B | $ 80.00 |
| 8/26/2008 | 86080014 | U.S. Currency -- Wells Fargo Bank, NA Check No. 68447, dated 9/4/08, for $4,249.12 -- Proceeds from entire monetary balance of the prepaid cards at GE Money Bank (Kettering, OH) | $ 4,249.12 |
| 8/26/2008 | 86080015 | U.S. Currency -- Silicon Valley Bank Check No. 142381, dated 9/5/08, for $303.96 -- Proceeds from entire monetary balance of the prepaid cards at Netspend Corporation (Austin, TX) | $ 303.96 |
| 8/26/2008 | 86080016 | U.S. Currency -- MetaBank Check No. 30095792, dated 9/5/08, for $28,543.79 -- Proceeds from entire monetary balance of the prepaid cards at MetaBank (Sioux Falls, SD) | $ 28,543.79 |
| 8/26/2008 | 86080018 | U.S. Currency -- Zions Bank Check No. 61-131596032, dated 09/12/08, for $44,079.21 -- Proceeds from the entire monetary balance of the prepaid cards at Galileo Processing (Salt Lake City, UT). | $ 44,079.21 |
| 8/3/2008 | 86080019 | Various ATM Withdrawals totalling $17,100.00 (Salt Lake City, UT) - from April to June, 2008 | $ 17,100.00 |
| | | Subtotal | $ 453,846.04 |

| Seizure Date | AFTRAK * Number | Asset Description | Appraised Value |
|---|---|---|---|
| 12/30/2008 | 86090003-01 | Four (4) oz. of Gold (@ $869.75 per oz. as of 12/30/08 - Kitco.com) | $ 3,479.00 |
| 12/30/2008 | 86090003-02 | Voice recorder | $ 534.00 |
| 1/16/2009 | 86090001 | U.S. Currency -- Cathay Bank Check No. 27359, dated 1/21/2009, for $61,692.62 | $ 61,692.62 |
| | | * AFTRAK - IRS Asset Forfeiture Tracking and Retrieval System | |
| | | **TOTAL VALUE OF ALL ITEMS SEIZED** | **$ 519,551.66** |
| | | VALUE OF SEIZED PRECIOUS COINS SET FORTH BELOW - SUBTOTALS OF THE TOTAL VALUE OF ALL ITEMS SEIZED SET FORTH IMMEDIATELY ABOVE | |
| | | | Silver |
| | | 4 Aug 08 - Value/Pricing per Kitco | $ 17.37 |
| | | | Gold |
| | | 4 Aug 08 - Value/Pricing per Kitco | 905.75 |
| | | 30 Dec 08 - Value/Pricing per Kitco | 869.75 |
| | 86080009 - 14 | 1 oz. (500) Silver Coins * $17.37/each | $ 8,685.00 |
| | Total 86080009 - | | $ 8,685.00 |
| | 86080009 - 15 | 1 oz (88) Silver Coins *17.37 | $ 1,528.56 |
| | | 1 oz (139) Gold Coins * 905.75 | $ 125,899.25 |
| | | 1/10 oz. (29) Gold Coins * 905.75 | $ 2,626.68 |
| | Total 86080009-15 | | $ 130,054.49 |
| | 86080009 - 16 | 1/10 oz. (11) Gold Coins * 905.75 | $ 996.33 |
| | | 1 oz. (4) Gold Coins * 905.75 | $ 3,623.00 |
| | Total 86080009 - | | $ 4,619.33 |
| | 86080012-02 | 1/10 oz. (100) * 905.75 | 9,057.50 |
| | | 1 oz. (73) * 905.75 | 66,119.75 |
| | Total 86080012-02 | | $ 75,177.25 |
| | 86090003-01 | 1 oz. (4) Gold Coins * 869.75 | $ 3,479.00 |
| | Total 86090003-01 | | $ 3,479.00 |