


UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Daniel Rigmaiden,
a.k.a. Steven Travis Brawner,
a.k.a. Travis Rupard, and
a.k.a. Patrick Stout,

Defendant.

CR 08-814-PHX-DGC

**PROTECTIVE ORDER RE USE OF DISCOVERY**

**(Filed Under Seal)**

SEALED

THIS MATTER COMING BEFORE THIS COURT upon Motion of the United States for entry of a protective order concerning the disclosure of confidential materials exchanged between the parties in this matter, in light of the confidential and sensitive information which may be disclosed in accordance with Fed. R. Crim. P. 16, General Order 08-11 and other obligations of the parties as provided by law, there being good cause shown and no objection by defendant,

IT IS HEREBY ORDERED:

1. All Confidential Material exchanged between the parties will be handled in accordance with the terms of this Protective Order. The term "Confidential Material" shall be defined for purposes of this order as the following material provided by the United States to the defendant: (i) identifying information of witnesses; third parties; and victims and potential victims of identity theft (both living and deceased); including names, addresses, telephone numbers, social security numbers and driver's license numbers; (ii) financial records relating to

any such persons; (iii) tax records relating to any such persons; and (iv) any other disclosed documents containing personal identifying information, financial information or tax information of any such persons.

2. Confidential Material provided by the United States to the defendant shall be reviewed only by defendant, his attorney of record, employees of such attorney to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter, witnesses or potential witnesses and their counsel, and experts or consultants assisting in the preparation, trial and appeal of this matter. No additional copies of such materials shall be made except as necessary for the preparation, trial and appeal of this matter. Such witnesses, counsel, experts or consultants to whom Confidential Material is disclosed must be served with a copy of this Protective Order prior to disclosures of Confidential Material to them.

3. Confidential Material disclosed by the parties shall be used solely for the preparation, trial and direct appeal of this matter and for no other purpose whatsoever. The contents of the Confidential Material shall not be disclosed to any other individual or entity in any manner except to a photocopy service as agreed by the parties or by further order of this Court.

4. Nothing in this Protective Order limits the defendant or the United States from disclosing Confidential Material in this or related judicial proceedings, including motions, hearings, trial, or appeal, provided such disclosure is in accordance with this Court's General Order 08-11.

5. Within 60 days from the conclusion of these proceedings and any direct appeal from these proceedings, the Confidential Material disclosed by the parties and any duplicates made in the preparation, trial and direct appeal of this matter shall be returned to the United States, unless the Court gives specific permission for an exception to this requirement.

/

/

/

/

Excludable delay under 18 U.S.C. § 3161(h) ___ will commence on Jan. 13, 2009 for a total of 22 days.

DATED this 3 day of Feb, 2009.

DAVID G. CAMPBELL
United States District Judge



cc: AUSA, DFNS - Crane