**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

___ FILED    ✓ LODGED
___ RECEIVED ___ COPY

JAN 2 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | No. CR08-814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S REQUEST FOR CONSIDERATION OF MOTIONS** |
| v. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | [Filed Under Seal] |
| aka Steven Brawner, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Daniel David Rigmaiden aka Steven Brawner,  by and through counsel undersigned, requests this Court to consider and rule on the several motions which the Defendant sought to file herein on or about November 8, 2008.

On or about November 8, 2008, Defendant sought to file certain motions herein. Defendant was represented by counsel and it appears that he did not necessarily comply with the formalities attendant to the filing of motions.

Defendant has requested that his motions be heard, considered and ruled upon by this court. Counsel defers to the court as to the procedures it may choose to follow with respect to same, including the filing of responses, replies and hearings.  This request is submitted pursuant to the directions of the Defendant.

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) will occur as a  result of this motion or of an order based thereon.

1   DATED this 23rd day of January, 2009.

2                                              CROWE & SCOTT, P.A.

3

4

5                                              By _____

6                                                 Tom Crowe
                                                  1100 East Washington, Suite 200
7                                                 Phoenix, Arizona 85034-1090
                                                  Attorneys for Defendant
8

9   COPY of the foregoing mailed this
    23rd day of January, 2009, to:
10

11  Frederick A. Battista
    Assistant U.S. Attorney
    40 N. Central Avenue, Suite 1200
12  Phoenix, AZ 85004-4408

13  Steven Brawner
    U.S. Marshal No. 10966111
14  c/o CCA
    P.O. Box 6300
15  Florence, AZ 85232

16  By _Cindy Malyue_

17

18

19

20

21

22

23

24

25

26

27

28                                    2