```
___ FILED      ___ LODGED
___ RECEIVED   _X_ COPY

       FEB 0 3 2009

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY _____ Z DEPUTY
```

UNITED STATES DISTRICT COURT

**SEALED**

DISTRICT OF ARIZONA

United States of America,   )
                  Plaintiff,   )
v.   )
Daniel David Rigmaiden,   )
aka Steven Brawner,   )
                  Defendant.   )

No. CR08-814-PHX-DGC

**ORDER**

[Filed Under Seal]

Upon motion of the Defendant and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of Court shall file Defendant's Notice of Withdrawal of Motion filed on February 3, 2009 under seal.

IT IS FURTHER ORDERED that the Clerk of Court shall file this order under seal.

Dated 2/11/09

*/s/ David G. Campbell*
David G. Campbell
U.S. District Judge

cc: DFNS-Crone, AUSA