IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Daniel David Rigmaiden,<br><br>        Defendant. | Date: February 12, 2009<br><br>CR 08-814-001-PHX-DGC<br><br>**MINUTE ORDER**<br><br>**SEALED** |

On request of counsel,

IT IS ORDERED vacating hearing on Defendant's Motion to Withdraw as Counsel for Defendant set for February 20, 2009 and resetting same for **February 25, 2009 at 2:30 p.m.** before the Honorable David G. Campbell, 6th Floor, Courtroom 603.

RICHARD H. WEARE
District Court Executive/
Clerk of Court

   s/ Lisa Richter
By: Lisa Richter
Courtroom Deputy for Judge Campbell

cc: DFNS - Crowe, AUSA