FILED ✓   LODGED ___
RECEIVED ___   COPY ___

FEB 2 0 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M  DEPUTY

1 | Daniel David Rigmaiden
  | Aka: Steven Brawner
2 | ID # 10966111
  | CCA-CADC
3 | PO Box 6300
  | Florence, AZ 85232
4 |
5 | In pro se:
6 |            In The United States District Court
  |                   District Of Arizona
7 |
  | United States of America,          No. CR08-814-PHX-DGC
8 |
  |        Plaintiff                    MOTION FOR ORDER GRANTING
9 |                                     THE DEFENDANT GRAND JURY
  | V.                                  TRANSCRIPTS PURSUANT TO
10|                                     FED. R. CRIM. P. 6(e)(3)(E)(ii)
  | Daniel David Rigmaiden,
11| aka Steven Brawner
12|      Defendant.
13|    Defendant, Daniel David Rigmaiden, appearing pro se in this motion
14| only, requests this court to grant the defendant grand jury
15| transcripts pursuant to Fed. R. Crim. P. 6(e)(3)(E)(ii).
16|    This motion is made for the reason that the search affidavit
17| supporting search warrants 08-70502-CBD Indoor Mini, Storage

1  unit No. A-47, 570 Cinnabar Street, San Jose, CA. 95110 and

2  08-70503-Residence of Steven Travis Brawner, 431 El Camino

3  Real, Apartment No. 1122, Santa Clara, CA. 95050 contain

4  sworn statements that clearly contradict allegations in the

5  indictment. There is a prima facie showing of perjurous

6  testimony and prosecutorial misconduct and grounds may exist

7  to dismiss the indictment because of matters that occured

8  before the grand jury.

9      The points and authorities that support this motion are

10 contained in, and incorporated by reference pursuant to

11 LRCiv 7.1(d)(2) when referenced through LRCrim 47.1, defendant's

12 "Motion For In Camera Examination Of Grand Jury Transcripts

13 To Find Perjurous Testimony And Evidence Of Prosecutorial

14 Misconduct Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii)". Defendant

15 supports this motion through the incorporated motion by reference.

16     Although the defendant is currently being represented by Counsel

17 (pending withdrawal) and pursuant to one interpretation of

1  LRCiv 83.3(c)(2) when referenced through LRCrim 57.14 this

2  motion technically can't be filed in pro se, defendant requests

3  this Court to file, accept and rule on this motion based on the

4  points setforth below:

5  1) Pursuant to LRCiv 83.6, "Suspension Of Rules", when referenced

6  through LRCrim 57.17, the defendant requests this court to

7  suspend LRCiv 83.3(c)(2) when referenced through LRCrim 57.14

8  and rule on this motion.

9  2) On January 23, 2009, Counsel for defendant, Tom Crowe ("Counsel"),

10 filed a motion to withdraw; see "Motion To Withdraw As Counsel

11 For Defendant". This motion is currently pending a court ruling

12 and the defendant is still being represented by Counsel. Page 2

13 line 4 through 5 of Counsel's motion to withdraw states,

14 "Defendant's right to receive the effective assistance of counsel

15 under present arrangements will likely be compromised." Counsel

16 made this statement indicating that the defendant's right to

17 effective assistance of counsel will likely be compromised in

1   the future. It has now been several weeks into the future

2   since this statement was made by counsel. The defendant

3   continues to be exposed to the future. In this exposure there

4   lies the future possibility, and it may already be a present

5   certainty, that the defendant will suffer from ineffective

6   assistance of counsel. The defendant requests this court to rule

7   on this motion in lieu of having the defendant suffer from

8   the future possibility, or the present certainty, of ineffective

9   assistance of counsel.

10     The defendant requests this court to file, accept and rule on

11   this motion and the defendant objects if the court refuses this

12   request.

13     LRCrim 12.2 requires the undersigned include the following

14   statement in all motions: "Excludable delay under 18 U.S.C.

15   3161(h) will occur as a result of this motion or of an order

16   based thereon." However, the defendant posits that this motion

17   will not cause any "delay" and objects to any delay as a result

1  of this motion or of an order based thereon,

2    Respectfully submitted this 17th  day of February  , 2009

3

4                              Daniel David Rigmaiden, in pro se

5                        By Daniel Rigmaiden

6                        Daniel Rigmaiden
                         Aka: Steven Brawner #10966111
                         CCA-CADC
7                        PO Box 6300
                         Florence, AZ 85232

8

9

10

11

12

13

14

15

16

17

1 | Certificate of Service

2 |     I hereby certify that on this 17th day of February , 2009 that

3 | the following was placed into the CCA-CADC mailing system

4 | for United States Postal Service delivery:

5 | Original attached document plus 1 copy mailed to:

6 | Clerk of the Court
   U.S. District Court
7 | 401 W. Washington St. Spc-1
   Phoenix, AZ 85003

8 |

   Copy of original document mailed to:
9 |

   Thomas N. Crowe (counsel for defendant)
10 | 1100 E. Washington St., Suite 200
   Phoenix, AZ 85034

11 |

   Frederick A. Battista
12 | Assistant U.S. Attorney
   40 N. Central Avenue, Suite 1200
13 | Phoenix, AZ 85004

14 | By Daniel Rigmaiden

15 |

16 |

17 |