## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CRIMINAL MINUTES

**SEALED**

Phoenix Division

 **CR 08 /   814   /   01  PHX/ DGC**         DATE: 2/25/09
Year     Case No.     Dft #

HON: DAVID G. CAMPBELL            Judge # 7031

USA v.   Rigmaiden, Daniel David
          Last Name     First Name     Middle Initial
DEFENDANT: X    Present_ Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter      Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista            Dft counsel:  Tom Crowe
                                          _ AFPD   X  Appt'd  _ Retained
Interpreter:         Language:
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _Other

Hearing held on Defendant's Motion to Withdraw (doc 46).

Matters discussed outside the presence of the Assistant United States Attorney.

Matters discussed with all counsel present.

IT IS ORDERED granting Defendant's Motion to Withdraw (doc 46).

The Court is advised that a motion to continue the 3/10/2009 trial date is forthcoming.

Excludable delay purs to 18:3161 to commence on February 12, 2009 for a total of 14 days.


L A T E R :  IT IS ORDERED withdrawing Tom Crowe (appointed) as counsel of record and appointing Mark Paige as counsel of record for Defendant, Daniel Rigmaiden.


cc: AUSA, DFNS - Crowe, Paige                                          Court time: 36 min