**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | No. CR08-814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND MOTION TO CONTINUE TRIAL [THIRD REQUEST] |
| Daniel David Rigmaiden, aka Steven Brawner | ) ) ) | |
| Defendant. | ) | [Filed Under Seal] |

Defendant, Daniel David Rigmaiden aka Steven Brawner, by and through counsel undersigned, moves this Court to extend the pretrial motions deadline of February 20, 2009 and continue the trial herein scheduled for March 10, 2009 for a period of 60 days.

The basis for this motion is that the Court is in the process of appointing new counsel for the Defendant and additional time will be necessary for new counsel to review discovery for the purpose of pretrial motions and prepare for trial.

The government, by and through Assistant U.S. Attorney Frederick A. Battista, does not oppose this motion.

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) will occur as a result of this motion or of an order based thereon.

1  DATED this 27th day of February, 2009.

CROWE & SCOTT, P.A.

By_____
Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034-1090
Attorneys for Defendant

COPY of the foregoing mailed this
27th day of February, 2008, to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

By _Cindy Maligy_

2