**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Daniel David Rigmaiden aka
Steven Brawner

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>v.,<br><br>Daniel David Rigmaiden,<br>aka Steven Brawner,<br><br>                 Defendant. | No. CR08-814-PHX-DGC<br><br>**DEFENDANT'S REQUEST FOR COURT DIRECTION REGARDING DEFENDANT'S FILE**<br><br>[Filed Under Seal] |

**SEALED**

Counsel undersigned, on behalf of Defendant, Daniel David Rigmaiden aka Steven Brawner, requests direction from this Court regarding the handling of Defendant's file. The file contains information that is protected both by the attorney work product doctrine and by the attorney-client privilege. The Court is in the process of appointing alternative counsel to represent Defendant in these proceedings pursuant to the motion for withdrawal of counsel filed herein.

By letter dated February 23, 2009, Counsel received written instructions from the Defendant that Counsel was, in turn, directed to await further written instructions from the Defendant prior to providing new counsel with *anything* contained in Defendant's file in order to permit the Defendant to conduct certain inquiries regarding new counsel. Counsel does not want to elaborate further on the communication because it is subject to the attorney-client privilege.

Counsel has reviewed and is familiar with the provisions of ER 1.16 incorporated in Rule 42 of the *Rules of the Arizona Supreme Court* and Ethics Opinion No. 08-02 (December 2008) issued by the Committee on the Rules of Professional Conduct with respect to the handling of a client's file. Neither the rule nor the opinion directly address the issue here presented, especially in the context of a pending criminal case where Counsel has been appointed to represent the client pursuant to the *Criminal Justice Act* and new counsel is anticipated to be substituted for existing Counsel.

In summary, it would be the normal practice of Counsel undersigned to provide the Defendant's complete file to new counsel following his or her appointment. However, Counsel has been specifically instructed by his client not to follow that practice here for certain reasons. Other issues aside, it is clear that, Counsel's first duty is to his client and that he is not at liberty to disclose confidential and other privileged information to new counsel in the face of the client's specific instructions not to do so unless and until this Court specifically orders him to do otherwise. Indeed, Counsel has not researched the implications of such an order, but wanted to file this motion without delay in view of the pending appointment of new counsel.

Accordingly, Counsel requests further direction from the Court.

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) may occur as a result of this motion or of an order based thereon.

DATED this 27th day of February, 2009.

CROWE & SCOTT, P.A.

By /s/ 
Tom Crowe
1100 East Washington, Suite 200
Phoenix, Arizona 85034-1090
Attorneys for Defendant

COPY of the foregoing mailed this
27th day of February, 2009, to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Steven Brawner
U.S. Marshal No. 10966111
c/o CCA
P.O. Box 6300
Florence, AZ 85232

By *Cindy Malynuk* (signature)