FILED ✓ LODGED
___ RECEIVED ___ COPY

FEB 2 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

v.

Daniel David Rigmaiden,
aka Steven Brawner

                Defendant.

No. CR08-814-PHX-DGC

**ORDER**

[Filed Under Seal]

**SEALED**

On motion of counsel for Defendant, Daniel David Rigmaiden aka Steven Brawner, no opposition thereto by the government, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's motion to extend pretrial motion deadline and continue the trial is granted pursuant to 18 U.S.C. § 3161(h)(8)(A). The Court specifically finds that the ends of justice served by granting an extension and continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such an extension and continuance would deny the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED extending the time for filing of pretrial motions to April 17, 2009.

IT IS FURTHER ORDERED vacating the trial set for March 10, 2009 and continuing same to May 12, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h) (8)(A) will commence on 3/10/09 for a total of 64 days.

DATED this 3 day of March, 2009.

*David G. Campbell*
David G. Campbell
U.S. District Court

CC: AUSA, DFNS-Crone, Paige