1
2
3
4
5
6                           IN THE UNITED STATES DISTRICT COURT
7                              FOR THE DISTRICT OF ARIZONA

8
9   United States of America,              )
                                           )
10              Plaintiff,                  )
                                           )
11  vs.                                    )
                                           )        CR 08-814-01-PHX-DGC
12                                          )
    Daniel Rigmaiden,                       )       **ORDER**
13                                          )
                Defendant.                  )       **SEALED**
14                                          )
15  _____ )

16
17          The Court having received a letter dated March 11, 2009 from Tom Crowe,

18          IT IS ORDERED denying Defendant's Request for Court Direction Regarding Defendant's
    File (doc 59) as moot.
19
            DATED this 20th day of March, 2009.
20
21
22                                          _____
23                                                      David G. Campbell
                                                   United States District Judge
24
25
26
27
    cc: AUSA, DFNS - Paige, Crowe
28