

**CROWE & SCOTT**
A Professional Association
Established in 1979

ATTORNEYS AT LAW

1100 East Washington
Suite 200
Phoenix, Arizona 85034-1090
www.crowescott.com

Tom Crowe

Arizona State Bar Certified Specialist
Criminal Law

Telephone
(602) 252-2570
Fax
(602) 252-1939
Voice Mail
(623) 566-5033



March 11, 2009

Honorable David David G. Campbell                    *Hand-Delivered*
United States District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 West Washington Street, SPC 58
Phoenix, AZ 85003-2156

> **Re:   United States v. Daniel Rigmaiden aka Steven Brawner**
> **Case No. CR08-814-PHX-DGC**

Dear Judge Campbell:

On February 27, 2009 we filed Defendant's Request for Court Direction Regarding Defendant's File.

This is to report that on this date we received written authorization from the Defendant to release to new counsel–Mr. Mark A. Paige–the entirety of his file with the exception of certain identified items of correspondence which the Defendant had previously provided to me. As to those documents, the Defendant has requested that they be returned to him directly and we will, of course, comply with his request. We believe that the Defendant clearly has the right to determine which of those documents, if any, he may choose to share with Mr. Paige

Accordingly, we believe that the pending motion requesting direction from the Court regarding the Defendant's file is now moot. Best regards.

Honorable David G. Campbell
March 11, 2009
Page 2

Sincerely,

Tom Crowe

TC/cam

cc:    Mark A. Paige
Attorney at Law
111 W. Monroe St.
Suite 1212
Phoenix, AZ 85003

Frederick A. Battista
Assistant United States Attorney
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Steven Brawner
U.S. Marshal No. 10966111
c/o CCA
P.O. Box 6300
Florence, AZ 85232