**MARK PAIGE**
111 West Monroe St.
Suite #1212
Phoenix, AZ 85003
(602) 254-5457
State Bar #020902
mpaige@paigelawfirm.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| UNITED STATES, | No.: CR-08-814-PHX-DGC |
| Plaintiff, | |
| v. | REQUEST FOR COMPLEX CASE DESIGNATION PURSUANT TO 18 U.S.C. §3161 |
| Daniel Rigmaiden, | |
| Defendant. | |

The defendant, Daniel Rigmaiden, hereby moves the Court to designate the above-entitled case, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Rule - Criminal - 16.4, a complex case due to the following:

1. The discovery in this matter is expected to be extensive and detailed due to the subject matter. The discovery is expected to consist of several thousand pages.

2. This case alleges, among other things, a fraudulent scheme. The fraudulent scheme allegations include a complex scheme to commit the fraud as alleged by means of highly sophisticated technologies and evasive measures. The manner in which the government investigated and apprehended the defendant also involved advanced technologies and a difficult and complex investigation.

Counsel for the government, Fred Battista has no objection to such designation.

Therefore, pursuant to Local Rule - Criminal - 16.4 of the United States District Court, District of Arizona, the defendants request the Court declare this matter a complex case.

1 | Respectfully submitted this 24th day of April, 2009.

S/ Mark A. Paige
MARK PAIGE
Attorney for Defendant

Copy of the foregoing
was electronically delivered
this 24th day of April,
2009 to:

Fred Battista
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue
Suite 1200
Phoenix, AZ 85004-4408

S/ Mark Paige
Mark A. Paige