1  MARK PAIGE
   111 West Monroe
2  Suite #1212
   Phoenix, AZ 85003
3  (602) 254-5457
   State Bar #020902
4  mpaige@paigelawfirm.com
   Attorney for Defendant

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 4 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA                 SEALED

| UNITED STATES, | No.: CR-08-814-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT'S MOTION TO PERMIT ACCESS TO DOCKET SHEET |
| Daniel Rigmaiden, | |
| Defendant. | |

The defendant, Daniel Rigmaiden, hereby moves the court for an order directing that the Clerk's Office for the United States District Court be permitted to provide counsel with access to and copies of the docket sheet and any filings, orders or minute entries in the above-captioned matter.

This request is made necessary by the fact that the case is sealed, which prohibits the Clerk's Office, though being informed that undersigned is counsel of record herein, from providing access or copies of any documents or even the docket sheet itself.

Respectfully submitted this 24th day of April, 2009.

S/ Mark A. Paige
MARK PAIGE
Attorney for Defendant

A copy of the foregoing was
mailed this 24th day of April, 2009 to:

Fred Battista
Assistant U.S. Attorney
Two Renaissance Square

1  40 N. Central Avenue
   Suite 1212
2  Phoenix, AZ 85004-4408

3   S/ Mark A. Paige
4  Mark A. Paige