

**MARK PAIGE**
111 West Monroe
Suite #1212
Phoenix, AZ 85003-2317
mpaige@paigelawfirm.com
(602) 254-5457
State Bar #020902
Attorney for Defendant



FILED ☒   LODGED ___
RECEIVED ___   COPY ___

APR 2 4 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br><br>             Defendant. | No.: CR-08-814-PHX-DGC<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS AND ALL OTHER DEADLINES<br><br>(First Request) |

    The defendant, Daniel RIgmaiden, by and through counsel respectfully moves the Court for a continuance of the presently set trial date of May 12, 2009 and extension of the deadline for pretrial motions on the following grounds:

    1. The defendant is charged by Indictment with wire fraud and conspiracy, and aggravated identity theft. The defendant was Indicted on or about July 23, 2008 and arraigned on September 8, 2008. Counsel was appointed on or about late February 2009. Counsel has received from prior counsel a good deal of discovery material and has received several thousand additional pages of discovery from the government. Counsel expects that there will be additional discovery in the days and weeks ahead.

    2. Counsel is still in the process of evaluating the case to determine the appropriate course for investigation, experts and other matters. Additional time is necessary for this purpose. This case is very complex and involves a complex scheme and complex technology.

    3. Counsel is in need of additional time to receive, review and discuss the discovery with

the client and explore the options available.

4. This defendant is in custody.

At the time of this filing, counsel for the Government, Fred Battista, has no objection to this request.

The defendant requests a continuance of this matter for ninety (90) days to allow undersigned counsel to be prepared and able to render effective assistance of counsel consistent with the Sixth Amendment guarantee for every defendant.

Respectfully submitted this 24th day of April, 2009.

S/ Mark A. Paige
MARK PAIGE
Attorney for Defendant

A copy of the foregoing was mailed this 24th day of April, 2009 to:

Fred Battista
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue
Suite 1212
Phoenix, AZ 85004-4408

S/ Mark A. Paige
Mark A. Paige

//
//