**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

**SEALED**

Phoenix Division

 CR 08 /  814  /  01  PHX/ DGC      DATE: 4/27/09
Year   Case No.   Dft #

HON: DAVID G. CAMPBELL           Judge # 7031

USA v.  Rigmaiden, Daniel David
         Last Name     First Name     Middle Initial
DEFENDANT:  Present  X  Not Present  _ Released  X Custody  __Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR Patricia Lyons

U.S Atty: Gary Restaino for Frederick Battista        Dft counsel:  Mark Paige
                                          _ AFPD   X  Appt'd  _ Retained

Interpreter:_        Language:_
==============================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _Other


Status hearing held regarding May 12, 2009 trial date.

Pending motions discussed.

IT IS ORDERED setting status hearing for **June 12, 2009 at 4:30 p.m.**  The parties are directed to meet and confer regarding a case management schedule prior to status hearing.

Motion to Continue Trial to be granted by separate order.

Motion to Permit Access to Docket Sheet and Request for Complex Case Designation to be granted by separate order.

                                                                          Court time: 8 min