```
___ FILED      _X_ LODGED
___ RECEIVED   ___ COPY

    APR 2 4 2009

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ Z  DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**SEALED**

| UNITED STATES, | No.: CR-08-814-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| Daniel Rigmaiden, | |
| Defendant. | |

Upon motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED defendant's Motion to Permit Access to Docket Sheet is **GRANTED**.

Dated this __27__ day of __April__, 2009.

_____
DAVID G. CAMPBELL
United States District Judge

CC: DFNS-Paige