```
___ FILED      X LODGED
___ RECEIVED   ___ COPY

     APR 2 4 2009

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ Z DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br><br>　　　　　　Defendant. | No.: CR-08-814-PHX-DGC<br><br>ORDER DESIGNATING COMPLEX CASE PURSUANT TO 18 U.S.C. § 3161 AND LOCAL RULE (CRIMINAL) 16.4 |

Upon motion of the defendant, Daniel Rigmaiden, and no objection by the government,

IT IS HEREBY ORDERED **granting** defendant's Request for Complex Case Designation pursuant to 18 U.S.C. § 3161 and Local Rule, District of Arizona, (Criminal) 16.4.

Dated this __27__ day of __April__, 2009.

_____
DAVID G. CAMPBELL
United States District Judge

CC: DFNS-Paige, AUSA