```
___ FILED    X  LODGED
___ RECEIVED  ___ COPY

    APR 2 4 2009

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ Z  DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA    SEALED

| | |
|---|---|
| UNITED STATES, | No.: CR-08-814-PHX-DGC |
| Plaintiff, | |
| v. | ORDER |
| Daniel Rigmaiden, | |
| Defendant. | (First Request) |

Upon motion of the defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED defendant's Motion to Continue Trial and Extend Pretrial Motions Deadline and all other scheduling deadlines is **GRANTED**.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy hearing. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(8)(A).

IT IS FURTHER ORDERED vacating the May 12, 2009 trial date and resetting trial for August 11, 2009 at 9:00 a.m. in Phoenix, Arizona.

IT IS FURTHER ORDERED resetting the time to file pretrial motions to July 10, 2009.

IT IS FURTHER ORDERED setting status hearing for June 12, 2009 at 4:30 p.m.

Excludable delay under 18 U.S.C. §3161(h)(8)(A) will commence on May 12, 2009 for a total of 92 days.

Dated this 27 day of April, 2009.

_____
DAVID G. CAMPBELL
United States District Judge

CC: DFNS- Paige, AUSA