```
                                          ___ FILED      ___ LODGED
                                          ___ RECEIVED   ___ COPY

                                               MAY 27 2009

                                          CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                          BY_____ M  DEPUTY
```

1  DIANE J. HUMETEWA
   United States Attorney
2  District of Arizona

3  FREDERICK A. BATTISTA
   Assistant U.S. Attorney
4  Two Renaissance Square
   40 North Central Avenue, Suite 1200
5  Phoenix, Arizona  85004-4408
   Maryland State Bar Member
6  Fred.Battista@usdoj.gov
   Telephone (602) 514-7500

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | CR 08-814-PHX-DGC |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE STATUS HEARING** |
| v. | |
| Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout, | **(Under Seal)** |
| Defendant. | |

The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order continuing the status hearing for defendant DANIEL RIGMAIDEN, currently set for Friday, June 12, 2009, for a period of at least 7 days due to the fact that the prosecutor assigned to this case will be out of the District on that date. Mark Paige, counsel for defendant DANIEL RIGMAIDEN, has no objection to this motion.

/
/
/
/
/

1  It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of
2  this motion or an order based thereon.

3  Respectfully submitted this 27th day of May, 2009.

DIANE J. HUMETEWA
United States Attorney
District of Arizona

*[signature]*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

A copy of the foregoing was filed under seal and mailed this
27th day of May, 2009, to:

Mark A. Paige
Paige Law Firm
111 West Monroe Street, Suite 1212
Phoenix, Arizona 85003

2