✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY 2 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

1  DIANE J. HUMETEWA
   United States Attorney
2  District of Arizona

3  FREDERICK A. BATTISTA
   Assistant U.S. Attorney
4  Two Renaissance Square
   40 North Central Avenue, Suite 1200
5  Phoenix, Arizona  85004-4408
   Maryland State Bar Member
6  Fred.Battista@usdoj.gov
   Telephone (602) 514-7500

7

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF ARIZONA

11

12  United States of America,

13                        Plaintiff,          CR 08-814-PHX-DGC

14          v.                                **MOTION TO SEAL MOTION TO
                                               CONTINUE STATUS HEARING**
15  Daniel Rigmaiden,
    a.k.a. Steven Travis Brawner,             **(Under Seal)**
16  a.k.a. Travis Rupard, and
    a.k.a. Patrick Stout,
17
                          Defendant.

18

19        The United States, by and through its attorneys undersigned, respecfully requests that this

20  Honorable Court enter an order sealing the government's Motion to Continue Status Hearing,

21  filed on May 27, 2009.  The government is requesting that the Motion to Continue Status

22  Hearing and this motion to seal, and any orders based on either motion, be sealed until further

23  order of this Court due to the fact that the entire case is currently sealed for previously stated

24  reasons. Mark Paige, counsel for the defendant, has no objection to this motion.

25  /

26  /

27  /

28  /

1       It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of

2   this motion or an order based thereon.

3       Respectfully submitted this 27th day of May, 2009.

4

5                                  DIANE J. HUMETEWA
                                 United States Attorney

6                                  District of Arizona

7

8                                  FREDERICK A. BATTISTA
                               Assistant U.S. Attorney

9

10  A copy of the foregoing was filed under seal and mailed this

11  27th day of May, 2009, to:

12  Mark A. Paige
Paige Law Firm

13  111 West Monroe Street, Suite 1212
Phoenix, Arizona 85003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28