UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>　　　　　　Defendant. | CR 08-814-PHX-DGC<br><br>**ORDER TO SEAL**<br><br>(Under Seal) |

　　　　Upon motion of the United States, good cause appearing and there being no objection by defendant Daniel Rigmaiden,

　　　　IT IS ORDERED granting the government's Motion to Seal the government's Motion to Continue Status Hearing filed on May 27, 2009, Motion to Seal, and orders based on either motion until further Order of this Court.

　　　　Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on May 27, 2009, for a total of 1 days.

　　　　DATED this 27 day of May, 2009.

　　　　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　　　　　DAVID G. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC: AUSA, DFNS