UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>　　　　　Defendant. | CR 08-814-PHX-DGC<br><br>**ORDER CONTINUING STATUS HEARING**<br><br>(Under Seal) |

Upon motion of the United States, good cause appearing and there being no objection by defendant,

IT IS ORDERED granting the government's motion to continue the status hearing in this case, currently set for Friday, June 12, 2009, until _June 19, 2009_, at _3:30 p.m._.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _May 27_, 2009, for a total of _1_ days.

DATED this _27_ day of _May_, 20_09_.

_/s/ Daniel G. Campbell_
DAVID G. CAMPBELL
United States District Judge

cc: AUSA, DFNS-Paige