```
Daniel Rigmaiden
Aka: Steven Brawner #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85232
Telephone: none
Email: none

Daniel David Rigmaiden
Defendant as Defendant
```

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR LEAVE TO FILE VARIOUS MOTIONS, ETC. WHILE REPRESENTED BY COUNSEL [FIRST SPECIFIC REQUEST] |
| Daniel David Rigmaiden, | |
| Defendant. | |

Defendant, Daniel David Rigmaiden, appearing as defendant, requests this Court to grant the defendant permission to file and have this Court accept and rule on various motions, etc. personally filed by the defendant while represented by counsel.

The defendant makes this request due to the egregious circumstances surrounding the instant case as outlined in the defendant's "Pretrial Memorandum RE Notice Of Tom Crowe's Ineffective Assistance And Misconduct," "Pretrial Memorandum RE Notice Of Mark Paige's Ineffective Assistance And Misconduct" and "Motion To Dismiss With Prejudice For Violation Of Sixth Amendment Speedy Trial Right" hereby incorporated into this motion by reference, pursuant to LRCiv 7.1(d)(2) when referenced through LRCrim 47.1, including all points, authorities and exhibits therein. The defendant seeks an adequate defense and a speedy

1 | trial. The defendant is the only individual involved in the instant
2 | case who has pursued either.
3 |     The various motions, etc. referenced to in the preceding
4 | paragraph are as follows:
5 | 1) Motion For In Camera Examination Of Grand Jury Transcripts To
6 | Find Perjurous Testimony And Evidence Of Prosecutorial Misconduct
7 | Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii); filed February 17,
8 | 2009.
9 | 2) Motion For Order Granting The Defendant Grand Jury Transcripts
10 | Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii); filed February 17,
11 | 2009.
12 | 3) Motion To Take Judicial Notice Of The Definition Of "Person" As
13 | An Adjudicative Fact Pursuant To Fed. R. Evid. 201; filed March 3,
14 | 2009.
15 | 4) Motion To Compel The Government To Disclose Specific Discovery
16 | As Requested Pursuant To Fed. R. Crim. P. 16 And Other Applicable
17 | Authority; filed March 3, 2009.
18 | 5) Pretrial Memorandum RE Notice Of Tom Crowe's Ineffective
19 | Assistance And Misconduct; filed same date as this motion.
20 | 6) Pretrial Memorandum RE Notice Of Mark Paige's Ineffective
21 | Assistance And Misconduct; filed same date as this motion.
22 |     LRCrim 12.2 requires the undersigned to include the following
23 | in all motions: "Excludable delay under 18 U.S.C. 3161(h) will
24 | occur as a result of this motion or of an order based thereon."
25 | However, the defendant posits that this motion will not cause any
26 | "delay" and objects to any delay as a result of this motion or of
27 | an order based thereon.

1  Respectfully submitted: June 2, 2009

               DANIEL DAVID RIGMAIDEN
               Defendant as Defendant

               *Daniel Rigmaiden*
               Daniel D. Rigmaiden
               Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2009 I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery:

Original attached document plus one copy addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004

Mark A. Paige
111 W. Monroe St., Suite 1212
Phoenix, AZ 85003

BY *Daniel Rigmaiden*