1 | **Daniel Rigmaiden**
Aka: Steven Brawner #10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, AZ 85232
Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
Defendant as Defendant

6 |

7 | UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

8 |

United States of America,

9 |      Plaintiff,      No. CR08-814-PHX-DGC

10 |                      MOTION TO UNSEAL THE PROCEEDINGS

11 | v.

12 | Daniel David Rigmaiden,

      Defendant.

13 |

14 |      Defendant, Daniel David Rigmaiden, appearing as defendant,

15 | requests this Court to unseal the indictment, all motions and

16 | pleadings filed and all proceedings from this point forward unless

17 | otherwise dictated. Since September of 2008, the defendant has

18 | given numerous instructions to his various defense attorneys to

19 | have the instant case unsealed. All of the defendant's instructions

20 | have been refused and met with improper ineffective advice. The

21 | defendant now notifies the Court of his continuous request to have

22 | the instant case unsealed.

23 |      LRCrim 12.2 requires the undersigned to include the following

24 | in all motions: "Excludable delay under 18 U.S.C. 3161(h) will

25 | occur as a result of this motion or of an order based thereon."

26 | However, the defendant posits that this motion will not cause any

27 | "delay" and objects to any delay as a result of this motion or of

1

1 | an order based thereon.
2 | ///
3 | ///
4 | ///
5 | ///
6 | ///
7 | ///
8 | ///
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

1   Respectfully submitted: June 2, 2009

2

3                                    DANIEL DAVID RIGMAIDEN
                                     Defendant as Defendant

4

5

6                                    Daniel Rigmaiden
                                     Daniel D. Rigmaiden

7                                    Defendant

8

9                       CERTIFICATE OF SERVICE

10      I hereby certify that on June 2, 2009      I caused the

11  following to be placed into the CCA-CADC mailing system for United

12  States Postal Service delivery:

13  Original attached document plus one copy addressed to:

14  Clerk, United States District Court
    Sandra Day O'Connor U.S. Courthouse, Suite 130
15  401 W. Washington St., SPC 1
    Phoenix, AZ 85003

16
    One copy each of original document addressed to:
17
    Frederick A. Battista
18  Assistant U.S. Attorney
    40 N. Central Ave., Suite 1200
19  Phoenix, AZ 85004

20  Mark A. Paige
    111 W. Monroe St., Suite 1212
21  Phoenix, AZ 85003

22  BY Daniel Rigmaiden

23

24

25

26

27

                                3