Daniel Rigmaiden
Aka: Steven Brawner #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85232
Telephone: none
Email: none

Daniel David Rigmaiden
Defendant as Defendant

```
                    FILED    ___ LODGED
                ___ RECEIVED ___ COPY

                    JUN 1 2 2009

                 CLERK U S DISTRICT COURT
                   DISTRICT OF ARIZONA
                 BY_____ M DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ADDENDUM TO PRETRIAL MEMORANDUM RE NOTICE OF MARK PAIGE'S INEFFECTIVE ASSISTANCE AND MISCONDUCT |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | [FIRST ADDENDUM] |

Defendant, Daniel David Rigmaiden, appearing as defendant, submits this addendum to "Pretrial Memorandum RE Notice Of Mark Paige's Ineffective Assistance And Misconduct."

Attached are written corespondence between the defendant and the State Bar Of Arizona regarding the Bar complaint filed against Paige by the defendant. **(Ex. [01])** The contents of the letters are relevent to the original pretrial memorandum regarding this matter filed June 2, 2009.

///
///
///
///
///
///

1

1  Respectfully submitted: June 10, 2009

        DANIEL DAVID RIGMAIDEN
        Defendant as Defendant


        *Daniel Rigmaiden*
        Daniel D. Rigmaiden
        Defendant


CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2009 I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery:

Original attached document plus one copy addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004

Mark A. Paige
111 W. Monroe St., Suite 1212
Phoenix, AZ 85003

BY *Daniel Rigmaiden*

EXHIBIT [01]
United States v. Rigmaiden
08CR814



# STATE BAR OF ARIZONA

Direct Line: (602) 340-7354

June 4, 2009

Steven Brawner, #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85232-6300

Re:  File No. 09-0991
     Mark A. Paige, Respondent

Dear Mr. Brawner:

We received your bar charge against Mark A. Paige on May 29, 2009. Your submission was carefully read and considered.

I brought this matter to Mark A. Paige's attention and asked him to contact you as soon as possible. If the attorney fails to contact you within ten (10) days of the date of this letter, please advise us in writing. If we do not receive correspondence from you within 15 days of the date of this letter, we will consider this matter closed and take no further action.

For your information, lawyer conduct in Arizona is governed by the Supreme Court's Rules of Professional Conduct. These rules can be found in Volume 17A of the Arizona Revised Statutes, which are available in public and law libraries. If you have access to the Internet, the Rules of Professional Conduct may also be found under "Ethics" on our website (www.myazbar.org).

Thank you for your interest in promoting the professional responsibility of members of the State Bar of Arizona.

Sincerely,

Ariel I. Worth
Staff Bar Counsel

AIW/bam

c: Mark A. Paige

June 7, 2009
Daniel Rigmaiden/Steven Brawner
RE: File No. 09-0991
Page # 1 of 3

---

Daniel Rigmaiden
Aka: Steven Brawner (detainee booked as) #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85232

State Bar of Arizona
4201 North 24th St., Suite 200
Phoenix, AZ 85016

State Bar of Arizona:

   The purpose of this letter is to clarify my intentions with respect to the complaint/charges I have filed with the Bar against Mark A. Paige ("Paige"). Please be advised that it is not my intention to seek mediation. I have filed a motion to withdraw and substitute Paige as counsel. I will continue pursuing my complaint/charges (for just cause and for the benefit of the public) regardless of whether or not Paige continues to represent me.

   Paige is a dishonest unethical attorney who has violated numerous Arizona Rules of Professional Conduct. Paige's previous and continuing misconduct cannot be erased or remedied. I respectfully request that the Bar consider disbaring Paige. Notwithstanding the charges meriting suspension, censure, etc.-- the following list will clarify for the Bar what I posit as being disbarable misconduct:

1)   Paige refused to accept my decision to remain silent.

2)   Paige refused to follow my instruction to pursue a non cooperation agreement defense strategy and my instruction to pursue unsealing the proceedings.

3)   Paige refused to provide me with information pertaining to my case that was already in his possession.

4)   Paige required that I attend a meeting with the government to learn the witheld information refered to in (3) above.

5)   Paige informed me that the meeting (refered to by Paige as a "show and tell") would be a prerequisite to a cooperation agreement and would not be governed by a written agreement designed to protect my rights, e.g., protection from testimonial verbal reactions, testimonial non verbal reactions, etc. See e.g. U.S. v. Green, 541 F.3d 176, 188 (3rd Cir. 2008) ("non-verbal acts were testimonial and communicative in nature...").

6)   Paige counseled me to the effect that a written agreement,

June 7, 2009
Daniel Rigmaiden/Steven Brawner
RE: File No. 09-0991
Page # 2 of 3

---

refered to in (5) above, would be absolutely unnecessary.

Placing me into a position where attending a "blind" meeting with the government as the only way to learn the information already in Paige's possession is clearly coercion. Paige's attempt at coercion is disbarable misconduct.

Paige's attempt at coercion occured on May 1, 2009. Since that time, Paige has apparently become wise to my dissatisfaction regarding his witholding of information as a means of coercion. I received a letter from Paige on May 27, 2009 wherein Paige stated that he is pursuing my instruction to provide me with copies of discovery. However, Paige's recent decision to provide me with some of the information I seek, without me having to attend a "blind" meeting with the government, does not erase his prior and continuing misconduct.

Paige's recent decision to pursue my instruction to provide me with copies of discovery is a cover for his prior and continuing misconduct. On April 8, 2009, during an attorney-client phone call, Paige read a portion of a letter he received from Assistant U.S. Attorney Frederick A. Battista ("Battista"), the prosecutor assigned to my case, wherein Battista stated that he would provide Paige with copies of affidavits and warrants pertaining to electronic monitoring relevant to my case by "the end of the week." Providing me with copies of the above noted documents would be a simple matter of Paige using a copy machine and mailing me a letter. Paige has failed to provide me with copies of the above noted documents even after having nearly 2 months to complete the task.

It is no secret, to both Paige and the government, that my main interest in information pertains to search and seaizure, electronic monitoring, mobile tracking and other 4th Amendment issues for which I have developed numerous pretrial defense strategies. It is also no secret that the constitutionality of the government's case is in significant jeopardy. It is clear that Paige, while in collusion with the government, is deliberately witholding information from me in an attempt to hinder my efforts to prove to the Court that the government has violated the 4th Amendment.

Please record this letter into File No. 09-0991 as additional information regarding my complaint/charges and notify all relevant parties of the addition.

Please be aware that my name is Daniel Rigmaiden. Please update your organization's records to reflect that name. I was erroneously arrested and booked under "Steven Brawner." CCA-CADC refuses to recognize me under my true name and often times letters sent to my true name get returned. Considering that, all letters sent to me

June 7, 2009
Daniel Rigmaiden/Steven Brawner
RE: File No. 09-0991
Page # 3 of 3

need to be addressed to "Steven Brawner."

    I appreciate your assistance with the matters outlined in this letter. I look forward to receiving a response.

Sincerely,

*Daniel Rigmaiden*

Daniel Rigmaiden