IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                  )<br>         Plaintiff,                          )<br>                                                  )<br> vs.                                            )<br>                                                  )<br>                                                  )<br> Daniel David Rigmaiden,             )<br>                                                  )<br>         Defendant.                       )<br> _____) | CR 08-814-01-PHX-DGC<br><br>**ORDER**<br><br>**SEALED** |

   IT IS ORDERED resetting Status Conference in time only for **June 19, 2009 at 2:00 p.m.** before the Honorable David G. Campbell.

   DATED this 18th day of June, 2009.

_____
David G. Campbell
United States District Judge

cc: AUSA, DFNS - Paige