IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES
SEALED

Phoenix Division

 CR 08 /  814  /  01  PHX/ DGC        DATE: 6/19/09
Year    Case No.    Dft #

HON: DAVID G. CAMPBELL             Judge # 7031

USA v.   Rigmaiden, Daniel David
         Last Name     First Name    Middle Initial
DEFENDANT: X   Present_  Not Present  _ Released X Custody  __Writ

Deputy Clerk:  Lisa Richter       Crt Rptr/ECR Elaine Cropper

U.S Atty: Frederick Battista    Dft counsel:  Mark Paige
Interpreter:           Language:
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _Other

Hearing held on motions regarding appointment of new counsel (docs 96, 104 and not yet numbered  filed 6/8/09).

Matters discussed outside the presence of the Assistant United States Attorney.

Matters discussed with all counsel present.

IT IS ORDERED taking the motions under advisement.

IT IS FURTHER ORDERED affirming trial set for **August 11, 2009 at 9:00 a.m.**

IT IS FURTHER ORDERED that the transcript of this proceeding be sealed.


                                                                Court time: 45 min