IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | CR 08-814-01-PHX-DGC |
| Daniel David Rigmaiden, ) | **ORDER** |
| Defendant. ) | **SEALED** |

IT IS ORDERED setting further hearing on motions for new counsel (docs 96 and 110) for **July 16, 2009 at 3:00 p.m.** before the Honorable David G. Campbell.

DATED this 25th day of June, 2009.

_David G. Campbell_
David G. Campbell
United States District Judge

cc: AUSA, DFNS - Paige