Daniel Rigmaiden
Aka: Steven Brawner #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85232
Telephone: none
Email: none

Daniel David Rigmaiden
Defendant as Defendant

FILED ___ LODGED
RECEIVED ___ COPY
JUL 1 4 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR ORDER REQUIRING MARK PAIGE PROVIDE DEFENDANT WITH ALL AFFIDAVITS, WARRANT APPLICATIONS, RETURNS, ETC. IN HIS POSSESSION |
| Daniel David Rigmaiden, | |
| Defendant. | |

Defendant, Daniel David Rigmaiden, appearing as defendant, requests that this Court order Mark A. Paige ("Paige"), counsel for the defendant, to provide the defendant with all court orders, subpoenas, affidavits, warrant applications, warrants, returns and associated documents that pertain to the instant case and that have been provided to Paige by the government. This request is being made for the reason that the defendant has made repeated requests for the aforementioned documents yet Paige has failed to follow the defendant's instructions. The defendant needs the requested documents so that he may participate intelligently in his defense.

On June 19, 2009, the Honorable David G. Campbell ("Campbell") accused the defendant of refusing to work with his attorneys and positted that the defendant would refuses to work with **any** attorney

that the Court may appoint. See the June 19, 2009 court hearing transcripts. The defendant has made every effort to work with **all** of his attorneys and it is in fact his attorneys that refuse to work with him.

On February 25, 2009, the defendant informed the Court that Tom Crowe ("Crowe"), his attorney at the time, refused to explore the valid defense tactic of challenging various illegal searches on 4th Amendment grounds. See the February 25, 2009 court hearing transcripts. The defendant further informed the Court of his request and need for an expert for the purpose of challenging the illegal searches. Crowe was ordered withdrawn by the Court on February 25, 2009 and the Court later appointed Mark Paige ("Paige") as counsel for the defendant. On April 7, 2009, the Court ordered the approval of funds to hire Lonnie Dworken ("Dworken"), a computer expert, satisfying the defendant's request and need for an expert for the purpose of challenging the illegal searches. Since that time, Paige has refused to utilize Dworken's services for the intended purpose. Instead, Paige has had Dworken "burn CDs" even after Dworken stated, during the May 1, 2009 video teleconference, that he was willing and able to perform the tests needed to challenge the illegal searches. The tests involve an area of academics that Paige has no understanding and Dworken has only limited knowledge. The defendant needs to participate intelligently in that area of the defense; however, **Paige refuses to work with the defendant.**

On April 8, 2009, during a legal phone call, Paige read a portion of a "letter" he received from Frederick A. Battista

("Battista") regarding various warrants and other documents pertaining to "electronic monitoring." The letter in question may have been the April 7, 2009 email sent from Battista to Paige. **(Ex. [01])** The email indicates that Paige should have received the warrants and other documents by roughly April 17, 2009. However, Paige has failed to provide the defendant with copies of the aforementioned documents.

Ariz. R. Prof. Conduct ER 1.4 covers the rules that an attorney is required to follow when establishing communication with a client. Ariz. R. Prof. Conduct ER 1.4 comment n. 5 states in relevent part:

> "The client should have sufficient information to participate intelligently in decisions concerning the objectives of the representation and the means by which they are to be pursued, to the extent the client is willing and able to do so." Id.

The defendant needs the warrants and other documents refered to in the April 7, 2009 email in order to participate intelligently in decisions concerning the challenging of the illegal searches. The defendant needs copies of all court orders, subpoenas, affidavits, warrant applications, warrants, returns and associated documents pertaining to **all** investigative techniques used in the instant case.

Keeping the requested documents from the defendant has become a pattern of misconduct. For example, on August 28, 2008, United States Magistrate Judge Partricia V. Trumbull ("Trumbull") issued a court order authorizing the release of "copies of the Search Warrant Application and accompanying Affidavit and Return to the renter of the subject location," i.e., Storage Unit A-47, CBD Indoor Mini, 570 Cinnabar Street, San Jose, CA 95110. The defendant does not stipulate to being "the renter of the subject location,"

1 however, Trumbull clearly intended to authorize the defendant to
2 have copies of the aforementioned documents. Nearly **1 year later**,
3 and despite repeated requests, the defendant has still not been
4 provided with the **Return** that resulted from the search of the
5 storage unit.
6   It is for the facts, points and authorities setforth herein that
7 the defendant respectfully requests that this Court order Paige to
8 provide the defendant with all court orders, subpoenas, affidavits,
9 warrant applications, warrants, returns and associated documents
10 that pertain to the instant case and that have been provided to
11 Paige by the government.
12   The defendant fears a retaliatory transfer to Maricopa County
13 Jail for filing this document.
14   LRCrim 12.2 requires the undersigned to include the following
15 in all motions: "Excludable delay under 18 U.S.C. 3161(h) will
16 occur as a result of this motion or of an order based thereon."
17 However, the defendant posits that this motion will not cause any
18 "delay" and objects to any delay as a result of this motion or of
19 an order based thereon.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

Respectfully submitted: July 12, 2009

DANIEL DAVID RIGMAIDEN
Defendant as Defendant

*Daniel Rigmaiden*
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2009 I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery:

Original attached document plus one copy addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Assistant U.S. Attorney
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004

Mark A. Paige
111 W. Monroe St., Suite 1212
Phoenix, AZ 85003

BY *Daniel Rigmaiden*

EXHIBIT [01]
United States v. Rigmaiden
08CR814

# Mark Paige

**From:** Battista, Fred (USAAZ) [████████████]
**Sent:** Wednesday, April 08, 2009 8:31 AM
**To:** Mark Paige
**Subject:** RE: Case Discovery

Yes, please call Rose Marie at ███ to make a lunch meeting date next week.

Sent by Good Messaging (www.good.com)

-----Original Message-----
From: Mark Paige [████████████████████████]
Sent: Wednesday, April 08, 2009 10:19 AM Eastern Standard Time
To: Battista, Fred (USAAZ)
Subject:    RE: Case Discovery

Would you have time next week to meet informally and discuss this case a bit? Grab a cup of coffee or a sandwich or something.


Mark



From: Battista, Fred (USAAZ) [mailto:████████████████████]
Sent: Tuesday, April 07, 2009 6:49 PM
To: mpai████████████████
Subject: Case Discovery



I have filed motions and orders for authorization to release all sealed warrants, electronic monitoring documents and seizure warrants to your client.  I anticipate that I will have redacted copies of most if not all of the documents to your office by the end of next week.

4/7/09

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.45/2045 - Release Date: 04/07/09 06:41:00


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.45/2045 - Release Date: 04/08/09 05:53:00

APPENDIX

MOTION FOR ORDER REQUIRING MARK PAIGE
PROVIDE DEFENDANT WITH ALL AFFIDAVITS,
WARRANT APPLICATIONS, RETURNS, ETC. IN
HIS POSSESSION

```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  FREDERICK A. BATTISTA (Maryland State Bar Member)
    Special Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, California 95113-3081
        Telephone: (408) 535-5054
 7      Fax: (408) 535-5066

 8  Attorneys for Plaintiff
```

RECEIVED 2008 AUG 27 PM 3:46 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA S.J.

FILED AUG 28 2008 CLERK NORTHERN DISTRICT SAN JOSE CALIFORNIA

SEALED BY ORDER OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>Storage Unit No. A-47<br>Located at:<br>CBD Indoor Mini<br>570 Cinnabar Street<br>San Jose, California 95110 | CASE NO. 08-70502-PVT<br><br>ORDER AUTHORIZING THE RELEASE OF COPIES OF THE SEARCH WARRANT APPLICATION, AND ACCOMPANYING AFFIDAVIT AND RETURN TO THE TARGET OF THE INVESTIGATION WHILE THE MATTER OTHERWISE REMAINS UNDER SEAL<br><br>(Under Seal) |
|---|---|

Upon the application of the United States, and good cause appearing, IT IS HEREBY ORDERED that the government is authorized to release copies of the Search Warrant Application and accompanying Affidavit and Return to the renter of the subject location, and that the renter and his attorney may not release the documents to any third party without further Order of this Court. IT IS HEREBY FURTHER ORDERED that the government's Motion seeking this Order and this Order, and all other matters

1  relating to the case be kept under seal until further order of this Court.

2

3  DATED: August 28, 2008

4

5  PATRICIA V. TRUMBULL
6  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2