1 | **Daniel Rigmaiden**
Aka: Steven Brawner #10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, AZ 85232
Telephone: none
4 | Email: none

FILED ____ LODGED
____ RECEIVED ____ COPY
JUL 1 4 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

5 | Daniel David Rigmaiden
Defendant as Defendant

6 |

7 | UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA     **SEALED**

8 |
United States of America,

9 |        Plaintiff,

No. CR08-814-PHX-DGC

10 | v.

DEFENDANT'S STATEMENT FOR THE JULY 16, 2009 HEARING

11 |
Daniel David Rigmaiden,

12 |        Defendant.

13 |

14 |        Defendant, Daniel David Rigmaiden, appearing as defendant,

15 | submits this statement for the July 16, 2009 hearing.

16 |        The defendant makes this limited written statement while

17 | wholeheartedly making his best effort to not state facts that may

18 | displease the Court. Likewise, the defendant makes this limited

19 | written statement while focusing on the specific purpose of the

20 | July 16, 2009 hearing:

21 |        "The purpose of the hearing will be to determine whether
following this order, the conflict between Defendant and
22 |        Mr. Paige is so great that it will result "in a total lack
of communication preventing an adequate defense." Schell v.
23 |        Witek, 218 F.3d at 1025." The Court's June 25, 2009 order,
p. 8 at 20-23.

24 |

25 |        On July 10, 2009 from roughly 8:05am to 8:24am, the defendant

26 | attended a video teleconference that was initiated by Mark Paige

27 | ("Paige"). During the video teleconference, Paige, due to his

1

1  aggravation resulting from his poor communication skills,

2  repeatedly attempted to prematurely end the meeting. The defendant

3  expressed his interest in continuing with their discussion, however,

4  Paige eventually muted the sound equipment and walked off camera

5  while the defendant was in mid sentence.

6      The conflict between Paige and the defendant is so great that

7  it has resulted "in a total lack of communication preventing an

8  adequate defense." Schell v. Witek, 218 F.3d 1017, 1025

9  (9th Cir. 1985).

10     The defendant fears a retaliatory transfer to Maricopa County

11 Jail for filing this document.

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

1    Respectfully submitted: July 12, 2009

2

3                       DANIEL DAVID RIGMAIDEN
                      Defendant as Defendant

4

5

6                       Daniel D. Rigmaiden
                      Defendant

7

8

9                 CERTIFICATE OF SERVICE

10      I hereby certify that on July 12, 2009      I caused the

11 following to be placed into the CCA-CADC mailing system for United

12 States Postal Service delivery:

13 Original attached document plus one copy addressed to:

14 Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130

15 401 W. Washington St., SPC 1
Phoenix, AZ 85003

16
One copy each of original document addressed to:

17
Frederick A. Battista

18 Assistant U.S. Attorney
40 N. Central Ave., Suite 1200

19 Phoenix, AZ 85004

20 Mark A. Paige
111 W. Monroe St., Suite 1212

21 Phoenix, AZ 85003

22 BY Daniel Rigmaiden

23

24

25

26

27

                             3