1 | Daniel Rigmaiden
Aka: Steven Brawner #10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, AZ 85232
Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
Defendant as Defendant

FILED          LODGED
RECEIVED       COPY

JUL 1 4 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

6

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF ARIZONA        SEALED

9 | United States of America,

Plaintiff,          No. CR08-814-PHX-DGC

10 | v.                          PRETRIAL MEMORANDUM RE ERRORS IN
DEFENDANT'S CRIMINAL HISTORY AND
11 |                             DEFENDANT'S DESIRE TO HAVE A
Daniel David Rigmaiden,       DETENTION HEARING
12 |
Defendant.
13 |

14    Defedant, Daniel David Rigmaiden, appearing as defendant,

15 submits this pretrial memorandum to notify the Court of the

16 criminal history errors in the defendant's Pretrial Services Report,

17 of the defendant's desire to have a detention hearing and of his

18 attorneys' failure to address the issue despite repeated requests.

19    After reviewing the defendant's Pretrial Services Report,

20 Magistrate Judge Patricia V. Trumbull ("Trumbull") made the

21 following findings:

22    "The United States has proved to a preponderance of the
evidence that no condition or combination of conditions
23    will reasonably assure the appearance of the defendant as
required, AND/OR [] The Court has taken into account the
24    factors set out in 18 U.S.C. 3142(g) and all of the
information submitted at hearing and finds as follows:
25    The defendant is before the court for detention hearing
on a case out of the District of Arizona. He is charged
26    in that district with conspiracy, wire fraud, identity
theft, mail fraud and several criminal forfeiture counts.
27    He has one felony conviction in Monterey Co. and a failure

1

1  to appear bench warrant in San Luis Obispo, CA and an
2  outstanding bench warrant out of Santa Cruz County. He
   has a history of non appearances and is thus a flight
3  risk." Order Of Detention Pending Trial, dated August 8,
   2008.

4  The defendant has no felony convictions. The referenced Monterey

5  County conviction was for a misdemeanor. Attached is a "case print"

6  for that misdemeanor conviction. (Ex. [01]) The defendant is **not a**

7  **convicted felon.** The referenced Santa Cruz County bench warrant was

8  recalled and the case was dismissed. Attached is a "case print" for

9  that warrant and charge. (Ex. [02]) The failure to appear bench

10 warrant in San Luis Obispo County was valid at one time but it is

11 now questionable as to whether it still exists. The defendant

12 notified the San Luis Obispo County Sheriff, the San Luis Obispo

13 County Superior Court and the San Luis Obispo County District

14 Attorney of his location at CCA-CADC, however, no holds have been

15 lodged against the defendant.

16     The defendant notified his attorneys of the criminal history

17 errors in Trumbull's findings and of his desire to have a detention

18 hearing, however, his attorneys did nothing to prepare for a

19 detention hearing. A detention hearing may result in the defendant

20 being released pending trial and a detention hearing is often used

21 by "diligent, creative, and ethical" attorneys to gather impeachment

22 material against government witnesses to be used in later

23 proceedings. For the instant case, there is no conceivable defense

24 strategy that involves avoiding a detention hearing. The defendant's

25 attorneys, Tom Crowe and Mark Paige, exhibited ineffectiveness and

26 misconduct for not pursuing a detention hearing.

27     The defendant fears a retaliatory transfer to Maricopa County

1 | Jail for filing this document.
2 | ///
3 | ///
4 | ///
5 | ///
6 | ///
7 | ///
8 | ///
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

1    Respectfully submitted: July 12, 2009

2

3                                  DANIEL DAVID RIGMAIDEN
                                   Defendant as Defendant

4

5                                  _Daniel Rigmaiden_

6                                  Daniel D. Rigmaiden
                                   Defendant

7

8

9                    CERTIFICATE OF SERVICE

10       I hereby certify that on July 12, 2009          I caused the

11   following to be placed into the CCA-CADC mailing system for United

12   States Postal Service delivery:

13   Original attached document plus one copy addressed to:

14   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
15   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
16
     One copy each of original document addressed to:
17
     Frederick A. Battista
18   Assistant U.S. Attorney
     40 N. Central Ave., Suite 1200
19   Phoenix, AZ 85004

20   Mark A. Paige
     111 W. Monroe St., Suite 1212
21   Phoenix, AZ 85003

22   BY _Daniel Rigmaiden_

23

24

25

26

27

                                   4

EXHIBIT [01]
United States v. Rigmaiden
08CR814

```
J2411H1                      MUNICIPAL COURT MONTEREY              09/03/1999
MONTEREY CJIS         IN AND FOR THE COUNTY OF MONTEREY              14:09
ORGANIZATION: MC
```

CASE NO. MM991476 A     DATE: 09/03/1999     TIME: 09:30 AM     DEPT.: 5

PEOPLE VS. RIGMAIDEN, DANIEL DAVID
BOOKED AS: RICMAIDEN, DANIEL DAVID

JUDGE:    TERRANCE R DUNCAN, JUDGE      CLERK:   TERRY VOGL
REPORTER: STEPHANI CORTOPASSI CSR 1199

NATURE OF PROCEEDINGS: PRELIMINARY HEARING

---

CHARGES, PLEAS AND DISPOSITIONS:

| COUNT NO. | CODE/SECTION | TYPE | LATEST PLEA | DISPOSITION |
|-----------|--------------|------|-------------|-------------|
| 1. | PC 484E(D) | M | NOLO | PLED NOLO CONTENDERE |
| 2. | PC 484E(D) | M | NOLO | PLED NOLO CONTENDERE |
| 3. | PC 484E(D) | M | NOLO | PLED NOLO CONTENDERE |
| 4. | PC 484E(D) | M | NOLO | PLED NOLO CONTENDERE |

DEPUTY DISTRICT ATTORNEY CHRIS HARTER APPEARED.

DEFENDANT APPEARS AND IS IN CUSTODY ON THIS CASE.

DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER ALLEN
     KLEINKOPF.

COMPLAINT AMENDED ORALLY IN OPEN COURT.

COMPLAINT AMENDED AS TO COUNT 1 : MISDEMEANOR, VIOLATION
     OF PC 484E(D)<MISD, ON MOTION OF THE DISTRICT ATTORNEY.

COMPLAINT AMENDED AS TO COUNT 2 : MISDEMEANOR, VIOLATION
     OF PC 484E(D)<MISD, ON MOTION OF THE DISTRICT ATTORNEY.

COMPLAINT AMENDED AS TO COUNT 3 : MISDEMEANOR, VIOLATION
     OF PC 484E(D)<MISD, ON MOTION OF THE DISTRICT ATTORNEY.

COMPLAINT AMENDED AS TO COUNT 4 : MISDEMEANOR, VIOLATION
     OF PC 484E(D)<MISD, ON MOTION OF THE DISTRICT ATTORNEY.

DEFENDANT MOVES TO WITHDRAW PLEA OF NOT GUILTY TO ENTER
     CONDITIONAL PLEA.

DEFENDANT ADVISED THAT ON ENTERING PLEA OF GUILTY OR
     NOLO CONTENDERE THAT HE/SHE WOULD BE GIVING UP THE
     FOLLOWING RIGHTS: THE RIGHTS AGAINST SELF-INCRIMINATION:
     TO CONFRONT AND EXAMINE WITNESSES: TO TRIAL BY JURY OR
     COURT, THE COURT FINDS THE DEFENDANT UNDERSTOOD AND
     KNOWINGLY, VOLUNTARILY AND INTELLIGENTLY WAIVED EACH OF
                    MINUTE ORDER  M6                    PAGE     1

EXHIBIT [02]
United States v. Rigmaiden
08CR814

```
OTSCASPRT      SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
  4/22/09                     CASE PRINT                    Page:    1

-----------------------------------------------------------------------
CASE NUMBER:    F03502              DEFENDANT STATUS: Closed
ARREST NBR :    013238               ARREST DATE ....:  2/23/01
ARREST AGY : SANTA CRUZ SHERIFF
Defendant .: RIGMAIDEN, DANIEL DAVID            Defn :  1 of  1
=======================================================================
          Date Filed : 09/14/01

  District Attorney : G. Brock            Continuances:       4
  Defense  Attorney :                     Age in Days :       0
  Custody Status ...: N/A     - Bail:    10,000.00  Last Trial .: No Arraign

Charge Information
-------------------
Ct                                          Plea      Status Sev
001 ARREST 532(A) PC      OBTAIN MONEY/PROPERTY-BY FRAUD None        F

001 FILED  532(A) PC      OBTAIN MONEY/PROPERTY-BY FRAUD None   Dismiss F

Warrant Information
-------------------                      Bail         Affidavit
     Type          Date Issued  Status   Amount       Date
     Arrest        09/27/01     Recalled $10,000.00  00/00/00

**** No Local DMV data available for this case ****
           **** END OF CASE PRINT ****
```