IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES
SEALED

Phoenix Division

**CR 08 /  814  /  01  PHX/ DGC**     DATE: 7/16/09
Year    Case No.   Dft #

HON: DAVID G. CAMPBELL             Judge # 7031

USA v.   Rigmaiden, Daniel David
           Last Name     First Name    Middle Initial
DEFENDANT: X   Present_  Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter      Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista   Dft counsel: Mark Paige
Interpreter:         Language:
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _Other

Hearing held on motions regarding appointment of new counsel (docs 96, 104 110).

Matters discussed outside the presence of the Assistant United States Attorney.

Motions for new counsel to be granted once new counsel is appointed.

Matters discussed with all counsel present.

IT IS FURTHER ORDERED affirming jury trial set for **August 11, 2009 at 9:00 a.m.**

IT IS FURTHER ORDERED that the transcript of this proceeding be sealed.

Court time: 42 min