IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES
SEALED

Phoenix Division

**CR 08 / 814 / 01 PHX/ DGC**       DATE: 7/27/09
Year   Case No.   Dft #

HON: DAVID G. CAMPBELL          Judge # 7031

USA v.   Rigmaiden, Daniel David
         Last Name    First Name   Middle Initial
DEFENDANT: X  Present_ Not Present _ Released X Custody __Writ

Deputy Clerk: Lisa Richter      Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista   Dft counsel: Joy Bertrand
Interpreter:_       Language:_
================================================================================
**PROCEEDINGS**:   X Open Court   _Chambers    _Other

Status hearing held.

Matters discussed outside the presence of the Assistant United States Attorney.

Defense counsel excused.  New counsel to be appointed by separate order.

Matters discussed with government's counsel and defendant present.

IT IS ORDERED affirming jury trial set for **August 11, 2009 at 9:00 a.m.**

IT IS FURTHER ORDERED that the transcript of this proceeding be sealed.

**L A T E R :** IT IS ORDERED withdrawing Joy Bertrand (appointed), as counsel of record and appointing Philip Seplow (appointed) as counsel of record for Defendant, Daniel David Rigmaiden.

IT IS FURTHER ORDERED setting status hearing for **August 10, 2009 at 3:30 p.m.**

                                                            Court time: 14 min
cc: AUSA, DFNS - Seplow