Philip A. Seplow, Esq.
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817

Attorney for Defendant

```
         FILED      LODGED
         RECEIVED   COPY

         AUG 1 1 2009

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
      BY_____ Z  DEPUTY
```

IN THE UNITED STATES DISTRICT COURT **SEALED**

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through undersigned counsel, and respectfully moves to continue the trial in this matter presently set for the 11th day of August, 2009, for approximately sixty (60) days. Undersigned counsel has just been assigned to this case. There are tens of thousands of discovery documents that must be reviewed and discussed with the defendant, and possible avenues of investigation may need to be pursued. In addition, as discovery is reviewed, counsel must determine whether any pretrial motions might be applicable. Thus, additional time is necessary to accomplish the above in order to be properly prepared for trial.

For the reasons stated above, it is also requested that the Court extend the deadline for filing pretrial motions an equivalent amount of time.

Failure to grant the requested continuance would deny

1

counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)).

Assistant United States Attorney Frederick Battista has no objection to this request. There are no codefendants.

Excludable delay under 18 U.S.C. § 3161(h)(8) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 11th day of August, 2009.

PHILIP A. SEPLOW, ESQ.

By: _____
Philip A. Seplow, Esq.
Attorney for Defendant

A copy of the foregoing mailed/delivered this 11th day of August, 2009, to:

Honorable David G. Campbell
United States District Judge

Frederick Battista, Esq.
Assistant United States Attorney
40 North Central - Suite 1200
Phoenix AZ 85004

Mr. Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ 85232
Defendant

_____