IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES

**SEALED**

Phoenix Division

 CR 08 /   814   /   01  PHX/ DGC      DATE: 8/10/09
Year    Case No.   Dft #

HON: DAVID G. CAMPBELL              Judge # 7031

USA v.   Rigmaiden, Daniel David
          Last Name      First Name    Middle Initial
DEFENDANT: X   Present_ Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR  Patricia Lyons

U.S Atty: Frederick Battista        Dft counsel:  Philip Seplow
                                     _ AFPD  X  Appt'd  _ Retained

Interpreter:_     Language:_
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers    _Other


Status hearing held.

The Court is advised that a motion to continue trial is forthcoming.


Court time: 8 min