```
___ FILED      X  LODGED
___ RECEIVED  ___ COPY

      AUG 1 1 2009

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ Z DEPUTY
```

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, ) | |
| ) | O R D E R |
| vs. ) | |
| Daniel David Rigmaiden, ) | |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 11th day of August, 2009, to the 13th day of October, 2009, at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to the 18th day of September, 2009.

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(7)(B)(i) is found to commence on the 11th day of August, 2009, for a period of 64 days.

DATED THIS 11 day of August, 2009.

*David G. Campbell*
Honorable David G. Campbell
United States District Judge

cc: AUSA, DFNS-Seplan