**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | SEALED |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through undersigned counsel, and respectfully moves to continue the trial in this matter presently set for the 13th day of October, 2009, for a minimum of sixty (60) days. Undersigned counsel was assigned to this case a little over a month ago. There are tens of thousands of discovery documents that must be reviewed and discussed with the defendant, and possible avenues of investigation may need to be pursued. In addition, as discovery is reviewed, counsel must determine whether any pretrial motions might be applicable. Further, undersigned counsel is working diligently to educate himself in a new and evolving area of criminal law which is paramount in this case, namely: electronic discovery and evidence. Thus, additional time is necessary to accomplish the above in order to be properly prepared for trial.

For the reasons stated above, it is also requested that

1

the Court extend the deadline for filing pretrial motions an equivalent amount of time.

It is also requested that the Court vacate the status hearing presently set for September 28, 2009.

Failure to grant the requested continuance would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)).

Assistant United States Attorney Frederick Battista has no objection to this request. There are no codefendants.

Excludable delay under 18 U.S.C. § 3161(h)(8) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 24th day of September, 2009.

PHILIP A. SEPLOW, ESQ.

By: _____
Philip A. Seplow, Esq.
Attorney for Defendant

A copy of the foregoing mailed/delivered this 24th day of September, 2009, to:

Honorable David G. Campbell
United States District Judge

Frederick Battista, Esq.
Assistant United States Attorney
40 North Central - Suite 1200
Phoenix AZ 85004

1  Mr. Daniel Rigmaiden
   Reg# 10966111
2  CCA
   P O Box 6300
3  Florence AZ  85232
   Defendant
4
5
6  _____
7
8
...
28