```
___ FILED      ✓ LODGED
___ RECEIVED   ___ COPY

    SEP 2 4 2009

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | O R D E R |
| vs. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | SEALED |
| | ) | |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 13th day of October, 2009, to the 8th day of December, 2009, at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to the 13th day of November, 2009.

1

1  IT IS FURTHER ORDERED vacating the status hearing set
2 for September 28, 2009.
3  EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(7)(A) is
4 found to commence on the 14th day of October, 2009, for a
5 period of 50 days.
6  DATED THIS 28th day of September, 2009.

*David G. Campbell* (signature)
Honorable David G. Campbell
United States District Judge

CC: AUSA, DFNS- Seplan