1  **Daniel Rigmaiden**
   Aka: Steven Brawner #10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85232
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Defendant as Defendant

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

9  United States of America,

        Plaintiff,                    No. CR08-814-PHX-DGC
10
                                      PRETRIAL MEMORANDUM RE
11 v.                                 DEFENDANT'S AFFIDAVIT SWEARING
                                      AND AFFIRMING TO FACTS CONTAINED
12 Daniel David Rigmaiden,            IN HIS PREVIOUS FILINGS

        Defendant.
13
_____

14     Defendant, Daniel David Rigmaiden, appearing as defendant,

15 submits this pretrial memorandum to swear, under penalty of

16 perjury, that the facts contained in defendant's filings up to the

17 date of this memorandum are true and correct to the best of his

18 knowledge, except as to those matters which are therein stated on

19 information and belief, and, as to those matters, defendant

20 believes to be true. See the attached "Daniel Rigmaiden's Affidavit

21 Swearing And Affirming To Facts Contained In His Previous Filings"

22 hereby incorporated into this memorandum, by reference, pursuant to

23 LRCiv 7.1(d)(2) when referenced through LRCrim 47.1.

24     Defendant advises the Court that if any of his previous filings

25 were not taken seriously because of a lack of affirmation then that

26 issue is now remedied by the attached affidavit. According to

27 common law, and if the Court so chooses, the individuals accused of

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

SEALED

                                1

1  misconduct and/or the individuals associated with certain facts,

2  outlined in defendant's filings, may be required to submit response

3  affidavits and defendant's filings may need to be reconsidered by

4  the Court, i.e., evidentiary hearings.

5      Pursuant to LRCiv 7.1(d)(2) when referenced through LRCrim 47.1,

6  defendant incorporates into this memorandum, by reference, the

7  following listed filings:

8      1. Motion Requesting Court Order The U.S. Marshal Service

9  Provide The Defendant A Lunch Meal While In Custody And Motion For

10 Court Order Baring U.S. Marshal Retaliation For Filing This Motion

11 And Motion To Proceed In Forma Pauperus In Regards To Filing Fees

12 For This Document; filed November 3, 2008;

13     2. Motion Requesting Court Order The CCA-CADC Jail Provide The

14 Defendant Five Hours Of Law Library Access Per Week And Motion

15 Requesting Court Order The Defendant Transfered To A BOP Ran

16 Facility And Motion To Proceed In Forma Pauperus In Regards To

17 Filing Fees For This Document; filed November 3, 2008;

18     3. Motion Requesting Court Order A Remedy For Lost Legal

19 Research Due To Suspected Mail Theft And Motion Requesting Court

20 Order An Investigation Into The Suspected Mail Theft And Motion To

21 Proceed In Forma Pauperus In Regards To Filing Fees For This

22 Document; filed November 3, 2008;

23     4. Motion Requesting Court Order Defendant Case Paperwork Stay

24 In His Possession During Custody And Motion Requesting Court Order

25 U.S. Marshals Wear Visible Identification During Prisoner Transfer

26 And Motion For Court Order Baring U.S. Marshal Retaliation For

27 Filing This Motion And Motion To Proceed In Forma Pauperus In

Regards To Filing Fees For This Document; filed November 3, 2008;

5. Brief In Response To Defense Counsel's "Motion To Withdraw As Counsel For Defendant"; filed February 6, 2009;

6. Motion For Appointment Of Specialized Defense Counsel Admitted To CJA Panel Pro Hac Vice Pursuant To This Court's General Order 07-08; filed February 6, 2009;

7. Ex Parte Order Application For Appointment Of Specialized Defense Counsel Admitted To CJA Panel Pro Hac Vice Pursuant To This Court's General Order 07-08; filed February, 6 2009;

8. Motion For In Camera Examination Of Grand Jury Transcripts To Find Perjurous Testimony And Evidence Of Prosecutorial Misconduct Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii); filed February 17, 2009;

9. Motion For Order Granting The Defendant Grand Jury Transcripts Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii); filed February 17, 2009;

10. Motion For Order Granting Defendant Bill Of Particulars Pertaining To Confidential Informant Identities And Other Information As Required Under Roviaro; filed February 17, 2009;

11. Ex Parte Order Application For Filing, Accepting And Ruling On Recent Pro Se Motions; filed February 17, 2009;

12. Motion To Take Judicial Notice Of The Definition Of "Person" As An Adjudicative Fact Pursuant To Fed. R. Evid. 201; filed March 3, 2009;

13. Motion To Compel The Government To Disclose Specific Discovery As Requested Pursuant To Fed. R. Crim. P. 16 And Other Applicable Authority; filed March 3, 2009;

14. Motion To Withdraw And Substitute Mark Paige As Counsel For Defendant; filed June 2, 2009;

15. Pretrial Memorandum RE Notice Of Mark Paige's Ineffective Assistance And Misconduct; filed June 2, 2009;

16. Pretrial Memorandum RE Notice Of Tom Crowe's Ineffective Assistance And Misconduct; filed June 2, 2009;

17. Motion To Dismiss With Prejudice For Violation Of Sixth Amendment Speedy Trial Right; filed June 2, 2009;

18. Motion To Unseal The Proceedings; filed June 2, 2009;

19. Motion For Leave To File Various Motions, Etc. While Represented By Counsel [First Specific Request]; filed June 2, 2009;

20. Motion For Leave To File Various Motions, Etc. While Represented By Counsel [Second Specific Request]; filed June 2, 2009;

21. Addendum To Pretrial Memorandum RE Notice Of Mark Paige's Ineffective Assistance And Misconduct [First Addendum]; filed June 10, 2009;

22. Motion To Bar Appointment Of Specific Attorneys Due To Current Conflicting Interests (Filed Ex Parte And Under Seal); filed June 16, 2009;

23. Motion For Emergency Order To Ensure Proper Detention Conditions RE CCA-CADC Security Provisions For Defendant's Use Of Discovery (Filed Ex Parte And Under Seal); filed June 17, 2009;

24. Addendum To Pretrial Memorandum RE Notice Of Mark Paige's Ineffective Assistance And Misconduct [Second Addendum]; filed June 17, 2009;

25. Pretrial Memorandum RE Defendant's Objection To Mark Paige

4

Filing Motions Raising Fourth Amendment Issues Without First Confering With The Defendant, Etc. (Filed Ex Parte And Under Seal); filed June 25, 2009;

26. Pretrial Memorandum RE Defendant's Desire To Keep Lonnie Dworken On The Defense Team (Filed Ex Parte And Under Seal); filed June 25, 2009;

27. Pretrial Memorandum RE Errors In Defendant's Criminal History And Defendant's Desire To Have A Detention Hearing; filed July 12, 2009;

28. Pretrial Memorandum RE The Court's Threat Of Retaliatory Transfer To Maricopa County Jail; filed July 9, 2009;

29. Pretrial Memorandum RE Factual Inaccuracies, Etc. In The Court's June 25, 2009 Order; filed July 12, 2009;

30. Defendant's Statement For The July 16, 2009 Hearing; filed July 12, 2009;

31. Motion For Order Requiring Mark Paige Provide Defendant With All Affidavits, Warrant Applications, Returns, Etc. In His Possession; filed July 12, 2009;

32. Motion To Request Copies Of All Payment Vouchers And Other Payment Information For Services Rendered Pursuant To The CJA; filed September 4, 2009;

The above listed filings are all of the filings filed by defendant as of the date of this memorandum.

///

///

///

///

1    Respectfully submitted: October 17, 2009

2

3                                    DANIEL DAVID RIGMAIDEN
                                     Defendant as Defendant
4

5

6                                    Daniel Rigmaiden
                                     Daniel D. Rigmaiden
7                                    Defendant

8

9                    CERTIFICATE OF SERVICE

10    I hereby certify that on October 17, 2009         I caused the

11   following to be placed into the CCA-CADC mailing system for United

12   States Postal Service delivery:

13   Original attached document plus 1 copy(s) addressed to:

14   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
15   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
16

17   One copy each of original document addressed to:

18   Frederick A. Battista

19   Assistant U.S. Attorney

20   40 N. Central Ave., Suite 1200
     Phoenix, AZ 85004
21

22   Philip Seplow

23   2000 North 7th St.
     Phoenix, AZ 85006
24

25

26   By: Daniel Rigmaiden

27

                                 6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

<u>DANIEL RIGMAIDEN'S AFFIDAVIT SWEARING AND AFFIRMING TO</u>

<u>FACTS CONTAINED IN HIS PREVIOUS FILINGS</u>

I have filed the following motions, memorandums, etc. under my personal criminal case pending in United States District Court for the District of Arizona, for which I am the defendant, having case number CR08-814-PHX-DGC:

1. Motion Requesting Court Order The U.S. Marshal Service Provide The Defendant A Lunch Meal While In Custody And Motion For Court Order Baring U.S. Marshal Retaliation For Filing This Motion And Motion To Proceed In Forma Pauperus In Regards To Filing Fees For This Document; filed November 3, 2008;

2. Motion Requesting Court Order The CCA-CADC Jail Provide The Defendant Five Hours Of Law Library Access Per Week And Motion Requesting Court Order The Defendant Transfered To A BOP Ran Facility And Motion To Proceed In Forma Pauperus In Regards To Filing Fees For This Document; filed November 3, 2008;

3. Motion Requesting Court Order A Remedy For Lost Legal Research Due To Suspected Mail Theft And Motion Requesting Court Order An Investigation Into The Suspected Mail Theft And Motion To Proceed In Forma Pauperus In Regards To Filing Fees For This Document; filed November 3, 2008;

4. Motion Requesting Court Order Defendant Case Paperwork Stay In His Possession During Custody And Motion Requesting Court Order U.S. Marshals Wear Visible Identification During Prisoner Transfer And Motion For Court Order Baring U.S. Marshal Retaliation For Filing This Motion And Motion To Proceed In Forma Pauperus In Regards To Filing Fees For This Document; filed November 3, 2008;

1

5. Brief In Response To Defense Counsel's "Motion To Withdraw As Counsel For Defendant"; filed February 6, 2009;

6. Motion For Appointment Of Specialized Defense Counsel Admitted To CJA Panel Pro Hac Vice Pursuant To This Court's General Order 07-08; filed February 6, 2009;

7. Ex Parte Order Application For Appointment Of Specialized Defense Counsel Admitted To CJA Panel Pro Hac Vice Pursuant To This Court's General Order 07-08; filed February 6, 2009;

8. Motion For In Camera Examination Of Grand Jury Transcripts To Find Perjurous Testimony And Evidence Of Prosecutorial Misconduct Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii); filed February 17, 2009;

9. Motion For Order Granting The Defendant Grand Jury Transcripts Pursuant To Fed. R. Crim. P. 6(e)(3)(E)(ii); filed February 17, 2009;

10. Motion For Order Granting Defendant Bill Of Particulars Pertaining To Confidential Informant Identities And Other Information As Required Under Roviaro; filed February 17, 2009;

11. Ex Parte Order Application For Filing, Accepting And Ruling On Recent Pro Se Motions; filed February 17, 2009;

12. Motion To Take Judicial Notice Of The Definition Of "Person" As An Adjudicative Fact Pursuant To Fed. R. Evid. 201; filed March 3, 2009;

13. Motion To Compel The Government To Disclose Specific Discovery As Requested Pursuant To Fed. R. Crim. P. 16 And Other Applicable Authority; filed March 3, 2009;

14. Motion To Withdraw And Substitute Mark Paige As Counsel For

2

1  Defendant; filed June 2, 2009;

2      15. Pretrial Memorandum RE Notice Of Mark Paige's Ineffective
3  Assistance And Misconduct; filed June 2, 2009;

4      16. Pretrial Memorandum RE Notice Of Tom Crowe's Ineffective
5  Assistance And Misconduct; filed June 2, 2009;

6      17. Motion To Dismiss With Prejudice For Violation Of Sixth
7  Amendment Speedy Trial Right; filed June 2, 2009;

8      18. Motion To Unseal The Proceedings; filed June 2, 2009;

9      19. Motion For Leave To File Various Motions, Etc. While
10 Represented By Counsel [First Specific Request]; filed June 2, 2009;

11      20. Motion For Leave To File Various Motions, Etc. While
12 Represented By Counsel [Second Specific Request]; filed June 2,
13 2009;

14      21. Addendum To Pretrial Memorandum RE Notice Of Mark Paige's
15 Ineffective Assistance And Misconduct [First Addendum]; filed June
16 10, 2009;

17      22. Motion To Bar Appointment Of Specific Attorneys Due To
18 Current Conflicting Interests (Filed Ex Parte And Under Seal);
19 filed June 16, 2009;

20      23. Motion For Emergency Order To Ensure Proper Detention
21 Conditions RE CCA-CADC Security Provisions For Defendant's Use Of
22 Discovery (Filed Ex Parte And Under Seal); filed June 17, 2009;

23      24. Addendum To Pretrial Memorandum RE Notice Of Mark Paige's
24 Ineffective Assistance And Misconduct [Second Addendum]; filed
25 June 17, 2009;

26      25. Pretrial Memorandum RE Defendant's Objection To Mark Paige
27 Filing Motions Raising Fourth Amendment Issues Without First

1 | Confering With The Defendant, Etc. (Filed Ex Parte And Under Seal);
2 | filed June 25, 2009;
3 |     26. Pretrial Memorandum RE Defendant's Desire To Keep Lonnie
4 | Dworken On The Defense Team (Filed Ex Parte And Under Seal); filed
5 | June 25, 2009;
6 |     27. Pretrial Memorandum RE Errors In  Defendant's Criminal
7 | History And Defendant's Desire To Have A Detention Hearing; filed
8 | July 12, 2009;
9 |     28. Pretrial Memorandum RE The Court's Threat Of Retaliatory
10 | Transfer To Maricopa County Jail; filed July 9, 2009;
11 |     29. Pretrial Memorandum RE Factual Inaccuracies, Etc. In The
12 | Court's June 25, 2009 Order; filed July 12, 2009;
13 |     30. Defendant's Statement For The July 16, 2009 Hearing; filed
14 | July 12, 2009;
15 |     31. Motion For Order Requiring Mark Paige Provide Defendant
16 | With All Affidavits, Warrant Applications|| Returns, Etc. In His
17 | Possession; filed July 12, 2009;
18 |     32. Motion To Request Copies Of All Payment Vouchers And Other
19 | Payment Information For Services Rendered Pursuant To The CJA;
20 | filed  September 4, 2009;
21 |     I, Daniel David Rigmaiden, being first sworn under oath,
22 | declare, certify, verify, state, swear and affirm under penalty
23 | of perjury under United States laws that the facts contained in the
24 | foregoing and in the above listed 32 filings are true and correct
25 | to the best of my knowledge, except as to those matters which are
26 | therein stated on information and belief, and, as to those matters,
27 | I believe it to be true. (28 U.S.C. 1746; 18 U.S.C. 1621).

October 15, 2009

Executed On

_Daniel Rigmaiden_
Signature of Affiant

Daniel David Rigmaiden
Aka: Steven Brawner
(detainee booked as)
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Subscribed and sworn to before me this 15th day of

October , 2009.

Notary Public

R. H. MILLAS
Notary Public - Arizona
PINAL COUNTY
My Comm. Exp. 08-07-10

My Commission Expires

STATE OF ARIZONA        )
                        ) ss.
COUNTY OF    PINAL      )

///
///
///
///
///
///
///
///
///

5