1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6             FOR THE DISTRICT OF ARIZONA

7

8                                    )
                                     )   Date: November 13, 2009
9                                    )
   In the Matter of Criminal Cases set for)
10  Trial on December 8, 2009,       )
                                     )   **MINUTE ORDER**
11                                   )
   _____)       **SEALED**
12

13

14        **TO COUNSEL:**

15        **THE FOLLOWING CASES HAVE BEEN SET FOR TRIAL ON DECEMBER
   8, 2009 IN PHOENIX/PRESCOTT, ARIZONA:**

16

17  CR 08-0814-PHX      Rigmaiden (SEALED)
   CR 08-1261-PHX      Fletcher
18  CR 09-0131-PHX      Davis
   CR 09-0388-PHX      Perkins, et al
19  CR 09-0823-PHX      Pena
   CR 09-1003-PHX      Burke, et al
20  CR 09-1241-PHX      Antone
   CR 09-1328-PHX      Alcaraz-Martinez
21  CR 09-8111-PCT      Crank, et al

22

23        **IT IS HEREBY ORDERED** that all counsel appear at a **status conference on
   Monday, November 23, 2009 at 1:15 p.m**.  No substitution of counsel will be permitted.

24  Because this is a status conference, it will not be necessary for the defendants to appear in

25  person.

26        **IT IS FURTHER ORDERED** that prior to attending the status conference, counsel

27  are directed to complete the following tasks:

28

1

2      1.     Meet personally and discuss:
             a.     Whether the case will proceed to trial or be resolved by a plea.

3             b.     Whether either party will seek a continuance.
             c.     What motions, if any, can be resolved by stipulation of counsel.

4             d.     What additional motions, if any, will be filed and need to be resolved.
             e.     Whether either party has filed or anticipates filing motions in limine.

5      2.     File all 404(b) notices and Rule 4.11 notices prior to the status conference in accordance with applicable rules.

6      3.     Attempt to resolve any discovery disputes.

7      The topics listed in paragraphs 1 - 3 will be discussed at the status conference.

8

9      If a change of plea for a defendant has been scheduled or a motion to continue has been granted before the status conference, the status hearing will be vacated as to that

10 defendant. Counsel are directed to contact the Courtroom Deputy, Lisa Richter, at lisa_richter@azd.uscourts.gov or call (602) 322-7244 to confirm that the hearing has been

11 vacated.

12      <u>ATTENTION</u>

13      **All stipulated motions to continue and change of plea date requests must be received two (2) business days prior to the date set for the status conference.**  The

14 proposed order to continue must include language vacating the status conference.  If the motion to continue is not received prior to the status conference as ordered above, counsel

15 must bring the written motion to the status conference.

16      **IT IS FURTHER ORDERED** the Clerk of the Court mail copies of this order to all

17 counsel of record in the above-captioned case.

      No excludable delay shall result from the entry of this order.

18

19                   RICHARD H. WEARE
                   District Court Executive/

20                   Clerk of Court

21

22          By:       s/Lisa Richter
                   Lisa Richter

23                   Courtroom Deputy for Judge Campbell

24

25

26

27

28 cc: AUSA, DFNS - Seplow

- 2 -