Philip A. Seplow, Esq.
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| Daniel David Rigmaiden, | ) | **(SEALED CASE)** |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through undersigned counsel, and respectfully moves to continue the trial in this matter presently set for the 8th day of December, 2009, for at least sixty (60) days. There are tens of thousands of discovery documents that must be reviewed and discussed with the defendant, and possible avenues of investigation may need to be pursued. In addition, as discovery is reviewed, counsel must determine whether any pretrial motions might be applicable. In addition, this case involves an evolving area of the law about which undersigned counsel is constantly researching and educating himself. In particular, there is a case pending in the 3rd Circuit Court of Appeals which will be the seminal case in this area and counsel is awaiting the ruling which could directly bear upon pretrial motions in this case. Thus, additional time is necessary to accomplish the above in order to be properly prepared for

1 trial.

2 For the reasons stated above, it is also requested that
3 the Court extend the deadline for filing pretrial motions an
4 equivalent amount of time.

5 Failure to grant the requested continuance would deny
6 counsel for the Defendant the reasonable time necessary for
7 effective preparation, taking into account the exercise of due
8 diligence (18 U.S.C. § 3161(h)(8)(B)(iv)).

9 It is further requested that the Court vacate the status
10 hearing presently set for November 23, 2009, at 1:15 p.m.

11 Assistant United States Attorney Frederick Battista has
12 no objection to this request. There are no codefendants.

13 Excludable delay under 18 U.S.C. § 3161(h)(8) will occur
14 as a result of this Motion or from an Order based thereon.

15 RESPECTFULLY SUBMITTED this 18th day of November, 2009.

16 PHILIP A. SEPLOW, ESQ.

18 By: _____
   Philip A. Seplow, Esq.
19 Attorney for Defendant

A copy of the foregoing mailed/delivered
this 18th day of November, 2009, to:

Honorable David G. Campbell
United States District Judge

Frederick Battista, Esq.
Assistant United States Attorney
40 North Central - Suite 1200
Phoenix AZ 85004

Mr. Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ   85232
Defendant

_____