FILED

DEC 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL DAVID RIGMAIDEN, a.k.a. Steven Brawner, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT OF ARIZONA, <br><br> Respondent, <br><br> ROGER SCHROEDER, <br><br> Real Party in Interest. | No. 09-73336 <br><br> ORDER |

Before: GOODWIN, RYMER and CLIFTON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

lc/MOATT