

| | |
|---|---|
| ca9_ecfnoticing@ca9.uscourts.gov | To |
| 12/10/2009 11:39 AM | cc |
| | bcc |
| | Subject  09-73336 Daniel Rigmaiden v. USDCPX "Dispositive Order Filed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 12/10/2009 at 10:39:28 AM PST and filed on 12/10/2009

| | |
|---|---|
| **Case Name:** | Daniel Rigmaiden v. USDCPX |
| **Case Number:** | 09-73336 |
| **Document(s):** | Document(s) |

**Docket Text:**
Order filed (ALFRED T. GOODWIN, PAMELA ANN RYMER and RICHARD R. CLIFTON) Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. See Bauman v. United States Dist. Court, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied. The motion to proceed in forma pauperis is denied as moot. No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket. [7158792] (SC)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 09-73336.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=12/10/2009] [FileNumber=7158792-0] [24391f1e34c8107fd7a3eb5c6c850f65bd85ff7632794d57c06bf778f3cf97713eab5731a1c379ee856b2ae392b18a7aae6890d547394ad38048dd5136dabc4f]]

**Notice will be electronically mailed to:**

USDC, Phoenix

**Notice will be mailed to:**

Rigmaiden, Daniel David
CADC - CENTRAL ARIZONA DETENTION CENTER (FLORENCE)
P.O. Box 6300
Florence, AZ 85232

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 7158792
**RELIEF(S) DOCKETED:**
  to grant in forma pauperis
  DISMISSED
**DOCKET PART(S) ADDED:** 6688384, 6592026, 6592025, 6688385, 6688386