IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Daniel David Rigmaiden,<br><br>    Defendant. | CR 08-814-01-PHX-DGC<br><br>**ORDER**<br><br>**SEALED** |

IT IS ORDERED setting hearing on Defendant's motion to proceed pro se (doc 159) and motion for determination of counsel (doc 162) for **January 7, 2010 at 2:30 p.m.**

DATED this 15th day of December, 2009.

*David G. Campbell*
United States District Judge

cc: AUSA, DFNS - Seplow