**Daniel Rigmaiden**
Aka: Steven Brawner (detainee booked as)
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 5 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | MOTION FOR LEAVE TO FILE "MOTION FOR COURT ORDER PROHIBITING VINDICTIVE SUPERSEDING INDICTMENT" |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | SEALED |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court grant him permission to file his "Motion For Court Order Prohibiting Vindictive Superseding Indictment" (hereafter "Motion"). The defendant's Motion alleges that the government seeks a vindictive superseding indictment in response to the defendant exercising his Sixth Amendment right to represent himself. Considering the showing of vindictiveness, it is important that the defendant's Motion be filed, and served upon the government, before the January 7, 2009 hearing regarding the defendant's "Motion For Leave To Proceed Pro Se And To Place Philip Seplow Into Advisory Position." AUSA Battista and other government actors may make comments on January 7th, to the Court and to the defendant, regarding the superseding indictment. It

1

would be best if these comments are made under the shadow of the defendant's Motion alleging a vindictive superseding indictment.

This motion is being made because the defendant is currently represented by counsel and local rules prohibit him from filing motions. The defendant posits that the circumstances described herein justifies the defendant filing his Motion.

The defendant is appearing pro se and has no formal legal training whatsoever. The Supreme Court requires that the Court hold the defendant's motion "to less stringent standards than formal pleadings drafted by lawyers." <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972).

Based on the facts, points, and authorities set forth herein, the defendant respectfully requests that this motion be granted.

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon." However, the defendant posits that this motion will not cause any "delay" and objects to any delay as a result of this motion or of an order based thereon.

///
///
///
///
///
///
///
///

1  I, Daniel David Rigmaiden, declare, certify, verify, and
2  state, under penalty of perjury under the laws of the United
3  States of America, that the facts contained in the foregoing
4  motion, and in any attached/incorporated memorandum, are true and
5  correct to the best of my knowledge, except as to those matters
6  which are therein stated on information and belief, and, as to
7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18
8  U.S.C. § 1621.
9
10  January 2, 2010                    Florence
    [Executed On (date)]               [Executed in the City of]
11
    Arizona                            United States of America
12  [Executed in the State of]         [Executed in the Country of]
13
14
            Daniel Rigmaiden
15          Signature of Declarant
16
            Daniel David Rigmaiden
17          Aka: Steven Brawner
            (detainee booked as)
18          Agency # 10966111
            CCA-CADC
19          PO Box 6300
            Florence, AZ 85132
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

3

Respectfully submitted: January 3, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant


*Daniel Rigmaiden*
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on January 3, 2010 at approximately 2:00pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Philip Seplow
2000 North 7th St.
Phoenix, AZ 85006

By: *Daniel Rigmaiden*