**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

**SEALED**

Phoenix Division

 CR 08 /   814   /   01  PHX/ DGC      DATE: 1/07/10
Year    Case No.    Dft #

HON: DAVID G. CAMPBELL            Judge # 7031

USA v.   Rigmaiden, Daniel David
         Last Name     First Name    Middle Initial
DEFENDANT: X   Present_ Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista        Dft counsel: Philip Seplow
                                    _ AFPD  X  Appt'd _ Retained

Interpreter:_    Language:_
==============================================================================
**PROCEEDINGS**:   X Open Court   _Chambers    _Other


Hearing held on pending motions for leave to proceed pro se (doc 159) and for determination of counsel (doc 162).

Ex parte discussion held outside the presence of the AUSA regarding pending motions.

Discussion held with all counsel present.

The Court is advised that a motion to continue trial is forthcoming.

Pending motions ruled on as stated on the record.  Separate order to issue.

Court time: 1 hour, 20 min