**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817



**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| Daniel David Rigmaiden, | ) | **(SEALED CASE)** |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves to continue the trial in this matter presently set for the 10th day of February, 2010, for at least sixty (60) days. On the 7th day of January, 2010, the Court granted Defendant's motion to proceed *pro se* with the assistance of undersigned counsel as shadow counsel. The Defendant received a number of boxes of discovery which the Defendant must review in order to be properly prepared for trial. In addition, as discovery is reviewed, the Defendant must determine whether any pretrial motions might be applicable. In addition, this case involves an evolving area of the law about which the Defendant must educate himself. In particular, there is a case pending in the 3rd Circuit Court of Appeals which will be the seminal case in this area and counsel is awaiting the ruling which could directly bear upon pretrial motions in this case.

1  Thus, additional time is necessary to accomplish the above in
2  order to be properly prepared for trial.
3       For the reasons stated above, it is also requested that
4  the Court extend the deadline for filing pretrial motions an
5  equivalent amount of time.
6       Failure to grant the requested continuance would deny
7  the Defendant the reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence (18
9  U.S.C. § 3161(h)(8)(B)(iv)).
10      Assistant United States Attorney Frederick Battista has
11 no objection to this request.  There are no codefendants.
12      Excludable delay under 18 U.S.C. § 3161(h)(8) will occur
13 as a result of this Motion or from an Order based thereon.
14 RESPECTFULLY SUBMITTED this 13th day of January, 2010.

PHILIP A. SEPLOW, ESQ.

By: _____
Philip A. Seplow, Esq.
Attorney for Defendant

A copy of the foregoing mailed/delivered this 13th day of January, 2010, to:

Honorable David G. Campbell
United States District Judge

Frederick Battista, Esq.
Assistant United States Attorney
40 North Central - Suite 1200
Phoenix AZ 85004

Mr. Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ  85232
Defendant

*[signature]*