FILED ✗ LODGED
___ RECEIVED ___ COPY

JAN 19 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | O R D E R |
| vs. | ) | |
| | ) | **SEALED** |
| Daniel David Rigmaiden, | ) | |
| _____ | ) | |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 10th day of February, 2010, to the 13th day of April, 2010, at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny the Defendant, proceeding *pro se*, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to the 19th day of March, 2010.

1

IT IS FURTHER ORDERED vacating the status hearing set for November 23, 2009.

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(7)(B)(i) is found to commence on the 10th day of February, 2010, for a period of 63 days.

DATED THIS 14 day of January, 2010.

*David G. Campbell*
Honorable David G. Campbell
United States District Judge

CC: AUSA, DFT, DFNS CNSL - Seplow