1 | **Daniel Rigmaiden**
Aka: Steven Brawner (detainee booked as)
2 | Agency # 10966111
CCA-CADC
3 | PO Box 6300
Florence, AZ 85132
4 | Telephone: none
Email: none
5 |
Daniel David Rigmaiden
6 | Pro Se, Defendant

```
/ FILED      ___ LODGED
___ RECEIVED ___ COPY

     JAN 1 9 2010

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF ARIZONA

9 | United States of America,      )   No. CR08-814-PHX-DGC
10 |     Plaintiff,      )   Notice of Appeal
11 | v.      )
12 | Daniel David Rigmaiden,      )
13 |     Defendant.      )

SEALED

14 |

15 |     Notice is hereby given that Daniel David Rigmaiden, defendant

16 | in the above named case, hereby appeals to the United States

17 | Court of Appeals for the Ninth Circuit from an order denying

18 | the defendant's "Motion To Request Copies Of All Payment

19 | Vouchers And Other Payment Information For Services Rendered

20 | Pursuant To The CJA" entered in this action on the 7th day of

January, 2010.

21 |

22 |       (s) *Daniel Rigmaiden*
      Daniel Rigmaiden, Pro Se

23 |       Daniel Rigmaiden #10966111
      CCA-CADC
24 |       PO Box 6300
      Florence, AZ 85132

25 |

26 |

27 |

1

I, Daniel David Rigmaiden, declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America, that the facts contained in the foregoing motion, and in any attached/incorporated memorandum, are true and correct to the best of my knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

January 13, 2010
[Executed On (date)]

Florence
[Executed in the City of]

Arizona
[Executed in the State of]

United States of American
[Executed in the Country of]

Daniel Rigmaiden
Signature of Declarant

Daniel David Rigmaiden
Aka: Steven Brawner
(detainee booked as)
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

/// 
/// 
/// 
/// 
/// 
/// 
/// 
/// 

2

1   Respectfully Submitted: January 14, 2010

2                           DANIEL DAVID RIGMAIDEN
3                           Pro Se, Defendant

4

5                           _Daniel Rigmaiden_
6                           Daniel D. Rigmaiden
7                           Defendant

8                   CERTIFICATE OF SERVICE

9      I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on January 14, 2010            at

12   approximately 7:30pm    I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus 3  copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
26   _____

27   By: _Daniel Rigmaiden_

                           3