1 | Daniel Rigmaiden
Agency # 10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, ZA 85132
Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
Pro Se, Defendant

6 |

FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ R DEPUTY

7 | UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

8 |

9 | United States of America,      )   No. CR08-814-PHX-DGC
                                   )
10 |        Plaintiff,              )   MOTION FOR COURT ORDER
                                   )   PROHIBITING THE GOVERNMENT
       v.                          )   FROM SENDING THE DEFENDANT
11 |                               )   FAXES AT CCA-CADC
   Daniel David Rigmaiden,         )
12 |                               )
          Defendant.               )
13 | _____)

14 |     Defendant, Daniel David Rigmaiden, appearing pro se,

15 | respectfully requests that the Court order the government to

16 | stop sending the defendant faxes at CCA-CADC. This motion is

17 | being made because Frderick A. Battista ("Battista") sent the

18 | defendant a fax at CCA-CADC containing privileged information

19 | that the defendant does not wish to share with others. CCA-CADC

20 | is a detainee ran facility.  CCA-CADC employs detainees for jobs

21 | ranging from pouring concrete to general office work. A fax does

22 | not have the same protections as legal mail which is sealed when

23 | it reaches CCA-CADC and opened in the presence of the defendant.

24 |     The defendant does not want CCA-CADC staff to read his legal

25 | correspondence and then use the contents as the butt of a joke

26 | like what occured with Battista's previous fax. Likewise, the

27 | defendant does not want his legal correspondence to be delivered

1

1   unsealed which increases the chances of CCA-CADC's
2   detainee-employees being able to read the contents.

3       The defendant is appearing pro se and has no formal legal
4   training whatsoever. The Supreme Court requires that this Court
5   hold the defendant's motion "to less stringent standards than
6   formal pleadings drafted by lawyers." Haines v. Kerner, 404 U.S.
7   519, 520 (1972).

8       Based on the facts, points and authorities set forth herein
9   the defendant respectfully requests that this motion be granted.

10      LRCrim 12.2(a) requires that the undersigned include the
11  following statement in all motions: "Excludable delay under
12  18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion
13  or of an order based thereon." However, the defendant posits that
14  this motion will not cause any "delay" and objects to any delay
15  as a result of this motion or of an order based thereon.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

1     I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

9

10  January 18, 2010      Florence

11  [Executed On (date)]     [Executed in the City of]

12  Arizona      United States of America

   [Executed in the State of]   [Executed in the Country of]

13

14     Daniel Rigmaiden

15     Signature of Declarant

16     Daniel David Rigmaiden

17     Aka: Steven Brawner

   (detainee booked as)

18     Agency # 10966111

   CCA-CADC

19     PO Box 6300

   Florence, AZ 85132

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

Respectfully Submitted: January 19, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant

Daniel Rigmaiden
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on January 19, 2010 at approximately 3:00 pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85006

CC: seplow
_____
_____
_____
_____

By: Daniel Rigmaiden

4