**Daniel Rigmaiden**
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 21 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ B DEPUTY

Daniel David Rigmaiden
Pro Se, Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden,<br><br>Defendant. | No. CR08-814-PHX-DGC<br><br>ADDENDUM TO MOTION TO REQUEST COPIES OF ALL PAYMENT VOUCHERS AND OTHER PAYMENT INFORMATION FOR SERVICES RENDERED PURSUANT TO THE CJA |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully submits this addendum to his "Motion To Request Copies Of All Payment Vouchers And Other Payment Information For Services Rendered Pursuant To The CJA" (Dkt. #144). This addendum updates the defendant's motion for vouchers in the following ways:

1) The defendant's motion for vouchers now requests that the defendant be provided with all past and future itemized billing statements and payment vouchers in **unredacted form**.

2) The defendant's motion for vouchers now requests that the motion be granted instead of denied.

///

///

///

///

I, Daniel David Rigmaiden, declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America, that the facts contained in the foregoing motion, and in any attached/incorporated memorandum, are true and correct to the best of my knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

January 18, 2010
[Executed On (date)]

Florence
[Executed in the City of]

Arizona
[Executed in the State of]

United States of America
[Executed in the Country of]

Daniel Rigmaiden
Signature of Declarant

Daniel David Rigmaiden
Aka: Steven Brawner
(detainee booked as)
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///

///

///

///

///

///

///

///

Respectfully Submitted: January 19, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant

Daniel Rigmaiden
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on January 19, 2010 at approximately 3:00pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC: Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85006

cc: Seplow

By: Daniel Rigmaiden