**Daniel Rigmaiden**
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

```
                    FILED        LODGED
                    RECEIVED     COPY

                       JAN 2 1 2010

                  CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                  BY_____  B. DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR08-814-PHX-DGC |
| Plaintiff, ) | |
| ) | MOTION FOR COURT ORDER REQUIRING PHILIP SEPLOW AND LAURIANNE LITZAU TO SUBMIT RESPONSE AFFIDAVITS TO THE DEFENDANT'S AFFIDAVIT ATTACHED TO HIS "MOTION FOR RECONSIDERATION OF MOTION TO REQUEST COPIES OF ALL PAYMENT VOUCHERS AND OTHER PAYMENT INFORMATION FOR SERVICES RENDERED PURSUANT TO THE CJA" |
| v. ) | |
| Daniel David Rigmaiden, ) | |
| Defendant. ) | |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court order Philip Seplow ("Seplow") and Laurianne Litzau ("Litzau") to respond to the defendant's affidavit attached as "Exhibit 01" to his "Motion For Reconsideration Of Motion To Request Copies Of All Payment Vouchers And Other Payment Information For Services Rendered Pursuant To The CJA" ("motion for reconsideration"), hereby incorporated into this motion by reference. Or, in the alternative, accept the defendant's affidavit as setting forth absolute facts. The defendant's affidavit is filed pursuant to Fed. R. Crim. P. 47(d). This motion is being made because response affidavits submitted by Seplow and Litzau will offer

1

1  I, Daniel David Rigmaiden, declare, certify, verify, and
2  state, under penalty of perjury under the laws of the United
3  States of America, that the facts contained in the foregoing
4  motion, and in any attached/incorporated memorandum, are true and
5  correct to the best of my knowledge, except as to those matters
6  which are therein stated on information and belief, and, as to
7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18
8  U.S.C. § 1621.

10  January 18, 2010                    Florence
    [Executed On (date)]                [Executed in the City of]
11
    Arizona                             United States of America
12  [Executed in the State of]          [Executed in the Country of]

14
    Daniel Rigmaiden
15  Signature of Declarant

16  Daniel David Rigmaiden
    Aka: Steven Brawner
17  (detainee booked as)
    Agency # 10966111
18  CCA-CADC
    PO Box 6300
19  Florence, AZ 85132

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

3

1 | Respectfully Submitted: January 19, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant



/s/ Daniel Rigmaiden
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on January 19, 2010 at approximately 3:00 pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85006

Philip Seplow
2000 N. 7th St.
Phoenix, AZ 85006

By: /s/ Daniel Rigmaiden

4