DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     JAN 25 2010

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 08-814-PHX-DGC |
| Plaintiff, | **RESPONSE TO DEFENDANT'S MOTION FOR COURT ORDER PROHIBITING THE GOVERNMENT FROM SENDING THE DEFENDANT FAXES AT CCA-CADC** |
| v. | |
| Daniel Rigmaiden, a.k.a. Steven Travis Brawner, a.k.a. Travis Rupard, and a.k.a. Patrick Stout, | |
| Defendant. | **(Filed Under Seal)** SEALED |

The United States, by and through undersigned counsel, hereby responds to Defendant's Motion for Court Order Prohibiting the Government From Sending the Defendant Faxes at CCA-CADC as follows. Upon receipt of defendant's request in the form of the subject motion, the government will honor defendant's request and not send any further faxes to him at CCA-CADC. Accordingly, this fact renders defendant's motion moot.

Respectfully submitted this 25th day of January, 2010.


DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ F. Battista*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2010, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant and defendant's shadow counsel Philip A. Seplow at the following addresses:

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

Philip A. Seplow
Attorney at Law
2000 North 7th Street
Phoenix, Arizona 85006

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2