1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

```
┌─────────────────────────────┐
│ ✓ FILED      ___ LODGED     │
│ ___ RECEIVED ___ COPY       │
│                             │
│      JAN 25 2010            │
│                             │
│   CLERK U S DISTRICT COURT  │
│    DISTRICT OF ARIZONA      │
│ BY_____ M DEPUTY  │
└─────────────────────────────┘
```

7                UNITED STATES DISTRICT COURT

8                    DISTRICT OF ARIZONA

9   United States of America,      )  No. CR08-814-PHX-DGC
                                   )
10        Plaintiff,               )  MOTION FOR MODIFICATION OF
                                   )  RECORD PURSUANT TO FRAP 10(e)
11  v.                             )
                                   )
12  Daniel David Rigmaiden,        )
                                   )
13        Defendant.               )
    ─────────────────────────────  )

14      Defendant, Daniel David Rigmaiden, appearing pro se,

15  respectfully requests that the Court modify the record, pursuant

16  to FRAP 10(e), for the defendant's interlocutory appeal of the

17  Court's order denying the defendant's "Motion To Request Copies

18  Of All Payment Vouchers And Other Payment Information For

19  Services Rendered Pursuant To The CJA" ("motion for vouchers")

20  (Dkt. #144). The defendant has recently filed an addendum to and

21  a motion for reconsideration of the defendant's motion for

22  vouchers. The defendant requests that the Court promptly rule on

23  the addendum and motion for reconsideration and then include

24  those filings in the record, pursuant to FRAP 10(a)(1), for the

25  defendant's appeal. The district court may correct or modify the

26  record pursuant to FRAP 10(e) et seq.

27      By promptly ruling on the addendum and motion for

                              1

1 | reconsideration of the defendant's motion for vouchers, the
2 | record will be adequate for the defendant to argue his appeal to
3 | the Ninth Circuit. Otherwise, the defendant will be required to
4 | appeal the denial of the addendum and the motion for
5 | reconsideration in a separate appeal. Only the addendum and motion
6 | for reconsideration, when taken together with the original motion
7 | for vouchers, addresses the main issue of the violation of the
8 | defendant's Faretta rights by the Court refusing to provide him
9 | with unredacted itemized billing statements and payment vouchers.

10 | The defendant is appearing pro se and has no formal legal
11 | training whatsoever. The Supreme Court requires that the Court
12 | hold the defendant's motion "to less stringent standards than
13 | formal pleadings drafted by lawyers." <u>Haines v. Kerner</u>, 404 U.S.
14 | 519, 520 (1972).

15 | Based on the facts, points, and authorities set forth herein,
16 | the defendant respectfully requests that this motion be granted.

17 | LRCrim 12.2(a) requires that the undersigned include the
18 | following statement in all motions: "Excludable delay under
19 | 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion
20 | or of an order based thereon." However, the defendant posits that
21 | this motion will not cause any "delay" and objects to any delay
22 | as a result of this motion or of an order based thereon.
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

2

1    I, Daniel David Rigmaiden, declare, certify, verify, and

2   state, under penalty of perjury under the laws of the United

3   States of America, that the facts contained in the foregoing

4   motion, and in any attached/incorporated memorandum, are true and

5   correct to the best of my knowledge, except as to those matters

6   which are therein stated on information and belief, and, as to

7   those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8   U.S.C. § 1621.

9

10   January 19, 2010                    Florence
     [Executed On (date)]                [Executed in the City of]

11   Arizona                             United States of America

12   [Executed in the State of]          [Executed in the Country of]

13

14                                       Daniel Rigmaiden

15                                       Signature of Declarant

16                                       Daniel David Rigmaiden
                                         Aka: Steven Brawner
17                                       (detainee booked as)
                                         Agency # 10966111
18                                       CCA-CADC
                                         PO Box 6300
19                                       Florence, AZ 85132

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

3

1    Respectfully Submitted: *January 20, 2010*

2                            DANIEL DAVID RIGMAIDEN
                             Pro Se, Defendant
3

4

5

6    *Daniel Rigmaiden*
     Daniel D. Rigmaiden
7    Defendant

8                    CERTIFICATE OF SERVICE

9        I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on *January 20, 2010*        at

12   approximately *7:00pm*     I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus *1* copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   *Frederick A. Battista*

     *Two Renaissance Square*
21   *40 North Central Ave., Suite 1200*

22   *Phoenix, AZ 85006*

23   *cc: Seplow*

24

25

26

27   By: *Daniel Rigmaiden*

                          4