Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ) |
| | ) MOTION REQUESTING COPIES OF THE |
| v. | ) EX PARTE PORTION OF THE JANUARY |
| | ) 7, 2010 COURT HEARING |
| Daniel David Rigmaiden, | ) TRANSCRIPT SO THAT THE DEFENDANT |
| | ) MAY MOVE TO UNSEAL THE MINUTES |
| Defendant. | ) TO BE INCLUDED IN THE RECORD FOR |
| | ) HIS INTERLOCUTORY APPEAL |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court provide him with copies of the January 7, 2010 court hearing transcript so that the defendant may move to unseal the minutes to be included in the record for his interlocutory appeal. The defendant has filed a notice of appeal of the Court's ruling denying the defendant's "Motion To Request Copies Of All Payment Vouchers And Other Payment Information For Services Rendered Pursuant To The CJA" (Dkt. #144). The defendant has ordered the transcript for the January 7, 2010 hearing to be included in the record for his appeal pursuant to FRAP 10(a)(2). A portion of the January 7, 2010 hearing was ex parte and is currently sealed. The ex parte portion of the hearing occured while the government was outside the courtroom. Some parts of the sealed transcript need to be included in the

1 record for the defendant's appeal.

2 The defendant requests that he be permitted to designate which parts of the sealed January 7, 2010 transcript will be included in the record pursuant to FRAP 10(a)(2). In order to make this designation, the defendant requests that he be provided with a copy of the sealed portion of the transcript for the January 7, 2010 hearing.

The defendant is appearing pro se and has no formal legal training whatsoever. The Supreme Court requires that the Court hold the defendant's motion "to less stringent standards than formal pleadings drafted by lawyers." <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972).

Based on the facts, points, and authorities set forth herein, the defendant respectfully requests that this motion be granted.

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon." However, the defendant posits that this motion will not cause any "delay" and objects to any delay as a result of this motion or of an order based thereon.

///
///
///
///
///
///
///

1 | I, Daniel David Rigmaiden, declare, certify, verify, and
2 | state, under penalty of perjury under the laws of the United
3 | States of America, that the facts contained in the foregoing
4 | motion, and in any attached/incorporated memorandum, are true and
5 | correct to the best of my knowledge, except as to those matters
6 | which are therein stated on information and belief, and, as to
7 | those matters, I believe it to be true. See 28 U.S.C. § 1746; 18
8 | U.S.C. § 1621.

January 19, 2010
[Executed On (date)]

Arizona
[Executed in the State of]

Florence
[Executed in the City of]

United States of America
[Executed in the Country of]

*Daniel Rigmaiden*
Signature of Declarant

Daniel David Rigmaiden
Aka: Steven Brawner
(detainee booked as)
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///

1  Respectfully Submitted: January 20, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant



_Daniel Rigmaiden_
Daniel D. Rigmaiden
Defendant

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on January 20, 2010 at approximately 7:00pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85006

CC: Seplow

By: _Daniel Rigmaiden_