1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

```
                FILED        LODGED
                RECEIVED     COPY

                JAN 25 2010

            CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
          BY              M DEPUTY
```

6

7                 UNITED STATES DISTRICT COURT

8                      DISTRICT OF ARIZONA

9  United States of America,        )   No. CR08-814-PHX-DGC
                                     )
10       Plaintiff,                  )   COPY OF INTERLOCUTORY APPEAL
                                     )   PARTIAL TRANSCRIPT ORDER FILED
   v.                                )   PURSUANT TO FRAP
11                                   )   10(b)(1)(A)(iii) AND SERVED ON
   Daniel David Rigmaiden,           )   GOVERNMEMT PURSUANT TO FRAP
12                                   )   10(b)(3)(A) AND CIRCUIT RULE
         Defendant.                  )   10-3.2(b)
13 _____  )

14      FRAP 10(b)(1)(A)(iii) requires that the defendant/appellant

15 file with the district clerk a copy of his transcript order to be

16 paid under the Criminal Justice Act. The defendant/appellant's

17 transcript order is for his interlocutory appeal of the Court's

18 order denying his "Motion To Request Copies Of All Payment

19 Vouchers And Other Payment Information For Services Rendered

20 Pursuant To The CJA" (Dkt. #144).

21      FRAP 10(b)(3)(A) and Circuit Rule 10-3.2(b) requires that the

22 defendant/appellant (1) serve on the plaintiff/appellee, i.e.,

23 the government, a copy of his partial transcript order, (2) serve

24 on the plaintiff/appellee a notice listing the portions of the

25 transcripts the defendant/appellant will order from the court

26 reporter, and (3) serve on the plaintiff/appellee a statement of

27 the issues that the defendant/appellant intends to present on the

                                1

1 | appeal.

2 | 1. Attached to this filing is the defendant/appellant's

3 | partial transcript order hereby incorporated by reference.

4 | 2. The defendant/appellant intends to order the January 7,

5 | 2010 court hearing transcript, including the sealed ex parte

6 | portion, for the hearing that occured at the Sandra Day O'Connor

7 | Courthouse in Phoenix, Arizona.

8 | 3. The statement of the issues follows:

9 | 1) Whether the district court violated the defendant/appellant's

10 | Faretta rights in refusing to provide the pro se defendant with

11 | copies of all itemized billing statements and payment vouchers

12 | submitted to the Court by his past attorneys on behalf of

13 | themselves and on behalf of defense service providers such as

14 | paralegal Laurianne Litzau, Computer Specialist Lonnie Dworken,

15 | and the legal document copy and print service, Teris.

16 | 4. This filing, including the incorporated attachment, has

17 | been served on the plaintiff/appellee.

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

1    I, Daniel David Rigmaiden, declare, certify, verify, and

2    state, under penalty of perjury under the laws of the United

3    States of America, that the facts contained in the foregoing

4    motion, and in any attached/incorporated memorandum, are true and

5    correct to the best of my knowledge, except as to those matters

6    which are therein stated on information and belief, and, as to

7    those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8    U.S.C. § 1621.

9

10    January 19, 2010          Florence

     [Executed On (date)]       [Executed in the City of]

11

12    Arizona              United States of America

     [Executed in the State of]   [Executed in the Country of]

13

14    Daniel Rigmaiden

     Signature of Declarant

15

16    Daniel David Rigmaiden

17    Aka: Steven Brawner

     (detainee booked as)

18    Agency # 10966111

     CCA-CADC

19    PO Box 6300

     Florence, AZ 85132

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

3

1  Respectfully Submitted: January 20, 2010

2                         DANIEL DAVID RIGMAIDEN
3                         Pro Se, Defendant

4

5

6                         Daniel Rigmaiden
                          Daniel D. Rigmaiden
7                         Defendant

8              CERTIFICATE OF SERVICE

9      I, Daniel David Rigmaiden, certify under penalty of perjury

10  under the laws of the United States of America (see 28 U.S.C. §

11  1746; 18 U.S.C. § 1621) that on January 20, 2010        at

12  approximately 7:00 pm   I caused the following to be placed into

13  the CCA-CADC mailing system for United States Postal Service

14  delivery with first-class postage prepaid by CCA-CADC:

15  Original attached document plus  1  copy(s) addressed to:

16  Clerk, United States District Court
    Sandra Day O'Connor U.S. Courthouse, Suite 130
17  401 W. Washington St., SPC 1
    Phoenix, AZ 85003
18

19  One copy each of original document addressed to:

20  Frederick A. Battista            CC: Ninth Circuit Clerk
    Two Renaissance Square              Pursuant to Circuit Rule
21  40 North Central Ave., Suite 1200   103.2(d)
    Phoenix, AZ 85006
22

23  CC: Seplow

24

25

26

27  By: Daniel Rigmaiden

                              4

| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|

**TRANSCRIPT ORDER**

*Read Instructions on*  **DUE DATE:**

| 1. NAME Daniel Rigmaiden (aka Steven Brawner) | 2. PHONE NUMBER In custody | 3. DATE January 20, 2010 |
|---|---|---|

| 4. MAILING ADDRESS Steven Brawner Reg# 10966111 - PO Box 6300 | 5. CITY Florence | 6. STATE AZ | 7. ZIP CODE 85132-6300 |
|---|---|---|---|

| 8. CASE NUMBER CR 08-814-PHX-DGC | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS |
|---|---|---|

10. FROM Jan 7, 2010   11.

12. CASE NAME USA v. Daniel David Rigmaiden    LOCATION OF PROCEEDINGS

13. US Dist. Courthouse PHX   14.

**15. ORDER FOR**
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [x] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | Entire hearing | January 7, 2010 |
| [ ] OPINION OF COURT | | Including Sealed Ex Parte Portion ↓ | ↓ |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [x] | NO. OF COPIES | ? | ? |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.) - CSA Pay
By signing below, I certify that I will pay all charges (deposit plus additional)    ESTIMATE TOTAL ?

18. SIGNATURE  Daniel Rigmaiden    PROCESSED BY

19. DATE  January 20, 2010    PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY    COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

**Reset Form**

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| AZX | DANIEL DAVID RIGMAIDEN | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CR 08-814-PHX-DGC | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. RIGMAIDEN | ☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | ☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: | CC - PRO SE DEFENDANT |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18:371; 1343; 1028; 1341; 981

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** *(Describe briefly)*

Interlocutory appeal of court's order denying defendant's "Motion To Request copies of All Payment Vouchers And Other Payment Information For services rendered pursuant to the court" Dkt #144

**13. PROCEEDING TO BE TRANSCRIBED** *(Describe specifically).* NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

The entire January 7, 2010 hearing including the sealed ex parte portion.

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned Cost_____% of transcript with (Give case name and defendant)<br><br>B. ☑ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript<br><br>C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions<br><br>D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated<br>   transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>*Daniel Rigmaiden*                    1-20-2010<br>Signature of Attorney Pro Se              Date<br><br>Daniel Rigmaiden<br>Printed Name<br><br>Telephone Number:_____<br>☐ Panel Attorney  ☐ Retained Attorney  ☑ Pro-Se  ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.<br><br><br>_____<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>_____     _____<br>Date of Order          Nunc Pro Tunc Date |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS |
|---|---|
| ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other | |

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB–TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED : | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____    Date _____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

_____      _____
Signature of Attorney or Clerk                  Date

## APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____  _____<br>Signature of Judicial Officer or Clerk of Court      Date | |