FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 6 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 08-814-PHX-DGC |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO EXTEND TIME IN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR COURT ORDER PROHIBITING VINDICTIVE SUPERSEDING INDICTMENT**<br><br>(Filed Under Seal)<br>**SEALED** |
| v. | |
| Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout, | |
| Defendant. | |

The United States moves for an extension to file its Response to Defendant's Motion for Court Order Prohibiting Vindictive Superseding Indictment until January 26, 2010.

The defendant's motion was ordered filed by the Court on January 7, 2010. Once defendant was authorized to represent himself, the government again attempted to offer to resolve this case via a plea agreement with defendant and offered to any deadlines regarding any potential plea agreement and superseding indictment. These overtures were ultimately rejected by defendant. While attempting to resolve this case without further litigation and a superseding indictment, the prosecutor assigned to the case did not appropriately calendar the due date for its response to defendant's motion. The response was untimely by 5 days. The United States requests that the Court issue an Order extending the due date for the response to the day it was filed, which was January 26, 2010.

Defendant has notified the government, via letter dated January 18, 2010, that he would not agree to an extension of time for the government to file its response to the subject motion.

1  It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of
2  this motion or an order based thereon.
3  Respectfully submitted this 26th day of January, 2010.


Respectfully submitted this 26th day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*(signature)*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2010, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant and defendant's shadow counsel Philip A. Seplow at the following addresses:

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

Philip A. Seplow
Attorney at Law
2000 North 7th Street
Phoenix, Arizona 85006

*(signature)*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2