DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Maryland State Bar Member
Fred.Battista@usdoj.gov
Telephone (602) 514-7500

**SEALED**

FILED _____ LODGED
RECEIVED _____ COPY

JAN 2 7 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | NO. CR-08-814-PHX-DGC |
| Plaintiff, | |
| v. | **MOTION TO SEAL** |
| 1)  Daniel David Rigmaiden, | **SUPERSEDING INDICTMENT** |
| a.k.a. Steven Travis Brawner, | |
| a.k.a. Travis Rupard, | |
| a.k.a. Patrick Stout, | |
| (Counts 1-74); and | |
| 2)  Ransom Carter | |
| (Counts 1-3, 37 & 38); | |
| Defendants. | |

The United States of America, by and through counsel undersigned, moves this Court, pursuant to Fed. R. Crim. P. 6(e)(4), for an Order sealing the Superseding Indictment and this motion and order filed in this matter on the grounds that disclosure would not be in the best interest of justice at this time.  The entire case is presently sealed and defendant DANIEL DAVID RIGMAIDEN has filed a motion requesting that the case be unsealed.  The government has responded that it has no objection to the pending motion to unseal and it anticipates that the motion will be granted shortly.  Therefore, the Superseding Indictment will be unsealed at the time of the unsealing of the entire case.

/

/

/

1    It is not anticipated that excludable delay under 18 U.S.C. § 3161(h) will occur as a result

2  of this motion and order based thereon.

3    Respectfully submitted this 27th day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2