IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 2 8 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| United States of America,  )<br>             Plaintiff,  )<br>                         )<br>v.                        )<br>                         )<br>Daniel David Rigmaiden,   )<br>                         )<br>             Defendant.   )<br>_____) | DATE: 1/28/10<br><br>**SEALED**<br>**NOTICE TO APPEAR**<br><br>CR 08-814-PHX-DGC |

IN THE ABOVE MATTER, notice is hereby issued this date as to Defendant <u>Daniel David Rigmaiden</u> for appearance before U.S. Magistrate Judge <u>David K. Duncan</u> on <u>2/3/10</u> at <u>11:00</u> A.M. in Courtroom No. <u>305</u> to answer to the Superseding Indictment for Arraignment.

RICHARD H. WEARE
CLERK OF COURT/DCE

M. Pruneau, Deputy Clerk

CC: PTS
    Defendant Rigmaiden
    Atty for Defendant
    AUSA