```
___ FILED      ✓ LODGED
___ RECEIVED   ___ COPY

      JAN 26 2010

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ B DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>            Defendant. | CR 08-814-PHX-DGC<br><br>**ORDER TO EXTEND TIME**<br><br>(Under Seal)<br><br>**SEALED** |

Upon motion of the United States, and good cause appearing,

IT IS ORDERED granting the United States' Motion to Extend Time in Which to File Its Response to Defendant's Motion for Court Order Prohibiting Vindictive Superseding Indictment until Jan 26, 2010.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on Jan. 26, 2010, for a total of _____ days.

DATED this 28 day of January, 2010.

*Daniel G. Campbell*
DAVID G. CAMPBELL
United States District Judge

cc: AUSA, DFNS-Seplan, DFT