IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 08-0814-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | **(SEALED)** |
| Daniel David Rigmaiden, ) | |
| Defendant. ) | |

Defendant David Rigmaiden has filed a motion asking the Court to prohibit the government from sending faxes to Defendant at CCA. Dkt. #185. Counsel for the government has responded (Dkt. #190) and stated that he ceased this practice upon receipt of Defendant's motion. As a result, Defendant's motion will be denied as moot.

Defendant's motion, as with all of his other filings, protests the fact that time devoted to his motion will be excluded pursuant to 18 U.S.C. § 316. Defendant's protests will not alter the effect of the statute. Congress has decided that speedy trial computations should not include "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or prompt disposition of, such motion." 18 U.S.C. § 3161(h)(1)(D). Defendant is advised that his protest in the current motion and in any other motions will not result in the Court's disregarding of this statutory requirement. Defendant is advised that any motions filed in the future will result in excludable delay pursuant to the Speedy Trial Act. As always, the Court will seek to rule promptly on Defendant's motions.

**IT IS ORDERED** that Defendant's motion asking the Court to prohibit the

1  government from sending faxes to Defendant at CCA (Dkt. #185) is **denied as moot**.
2  Excludable delay pursuant to U.S.C. § 18:3161(h)(1)(D) is found to commence on
3  January 21, 2010 for a total of 9 days.
4      DATED this 29th day of January, 2010.

*David G. Campbell*
United States District Judge