**UNITED STATES DISTRICT COURT**  
**DISTRICT OF ARIZONA - Phoenix**                           **MAGISTRATE JUDGE'S MINUTES**

DATE: 2/3/2010         CASE NUMBER:  CR 08-00814-001-PHX-DGC
                                      SEALED

USA vs. Daniel David Rigmaiden

U.S. MAGISTRATE JUDGE:  DAVID K. DUNCAN   #: 70BL

A.U.S. Attorney  Frederick A. Battista         INTERPRETER
                                                LANGUAGE
Attorney for Defendant Pro se, Philip A. Seplow (Appointed) appears as shadow counsel

DEFENDANT:  ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

   DOA___            ☐ Initial Appearance          ☐ Appointment of counsel hearing held
   ☐ Financial Afdvt taken  ☐ Defendant Sworn      ☐ Financial Afdvt sealed

   ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**                          **ARRAIGNMENT HEARING:**

☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset           ☒ Held - SS Indictment  ☐ Con't  ☐ Reset

Set for:                                         Set for:
Before:                                          Before:

☐ Defendant ordered temporarily detained in the   Plea of NOT guilty entered to Counts all pending.
  custody of the United States Marshal
                                                  DATE OF MOTION DEADLINE: 3/19/2010
☐ Defendant ordered released _____
                                                  Defendant bound over to U.S.D.C. for trial on
☐ Defendant continued detained pending trial      4/13/2010 at 9:00 AM in Courtroom 603
   ☐ Flight risk  ☐ Danger                        before JUDGE CAMPBELL

**STATUS HEARING RE :** Set for   before

---

Other: _____

ARR: 1 min                                       Recorded by Courtsmart
                                                 BY:  Michele Morgan
                                                 Deputy Clerk

cc: AUSA, Dft, Dfns Cnsl, DGC