DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>        Defendant. | CR 08-814-PHX-DGC<br><br>**RESPONSE TO DEFENDANT'S MOTION FOR STAY PENDING APPEAL OF ORDER DENYING "MOTION FOR COURT ORDER PROHIBITING VINDICTIVE SUPERSEDING INDICTMENT" PURSUANT TO FRAP 8(a)(1)(A)**<br><br>**(Request for Hearing)**<br><br>**(Filed Under Seal)** |

The United States, by and through undersigned counsel, hereby responds to defendant's response to defendant's Motion for Stay Pending Appeal of Order Denying "Motion for Court Order Prohibiting Vindictive Superseding Indictment" Pursuant to FRAP 8(a)(1)(a) as follows. In light of defendant's intent to immediately file an appeal with respect to any denial of his substantive pending motion regarding a superseding indictment, the government requests that the Court set a date and time for a hearing in order for the government, and the defendant if he chooses, to fully document the record leading up to the filing of a superseding indictment in this case and any dispositive Order. In light of the precedent set forth in <u>United States v. Griffin</u>, 617 F.2d 1342 (9th Cir. 1980), it may ultimately be appropriate for the Court to grant a stay of the proceedings in this Court should this Court deny defendant's substantive motion relating to the superseding indictment. As of this date, the motion for a stay is premature as the Court has not

ruled on the pending motion regarding the superseding indictment. To the extent that defendant's substantive motion requested that the government be ordered to not seek a superseding indictment in this case, that request is moot as a superseding indictment was returned on January 27, 2010.

Respectfully submitted this 3rd day of February, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ signature*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2010, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant and defendant's shadow counsel Philip A. Seplow at the following addresses:

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

Philip A. Seplow
Attorney at Law
2000 North 7th Street
Phoenix, Arizona 85006

*/s/ signature*

FREDERICK A. BATTISTA
Assistant U.S. Attorney