1 | **Daniel Rigmaiden**
Agency # 10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, AZ 85132
Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
Pro Se, Defendant

6

```
                                    FILED        LODGED
                                    RECEIVED     COPY

                                    FEB 1 2 2010

                             CLERK U S DISTRICT COURT
                               DISTRICT OF ARIZONA
                             BY              S  DEPUTY
```

7 | **UNITED STATES DISTRICT COURT**

8 | **DISTRICT OF ARIZONA**

9 | United States of America,        )   No. CR08-814-PHX-DGC
                                     )
10 |       Plaintiff,                )   MOTION FOR COURT ORDER
                                     )   REQUIRING PHILIP SEPLOW
11 | v.                              )   AND LAURIANNE LITZAU TO SUBMIT
                                     )   RESPONSE AFFIDAVITS TO THE
12 | Daniel David Rigmaiden,         )   DEFENDANT'S "AFFIDAVIT OF
                                     )   POINTS SUBMITTED IN SUPPORT OF
13 |       Defendant.                )   DEFENDANT'S "MOTION FOR
    | _____   )   RECONSIDERATION OF MOTION TO
14 |                                     REQUEST COPIES OF ALL PAYMENT
                                         VOUCHERS AND OTHER PAYMENT
15 |                                     INFORMATION FOR SERVICES
                                         RENDERED PURSUANT TO THE CJA""

16 |       Defendant, Daniel David Rigmaiden, appearing pro se,

17 | respectfully requests that the Court order Philip Seplow

18 | ("Seplow") and Laurianne Litzau ("Litzau") to respond to the

19 | defendant's affidavit attached to his filing titled "Affidavit Of

20 | Points Submitted In Support Of Defendant's "Motion For

21 | Reconsideration Of Motion To Request Copies Of All Payment

22 | Vouchers And Other Payment Information For Services Rendered

23 | Pursuant To The CJA."" Or, in the alternative, accept the

24 | defendant's affidavit as setting forth absolute truth. The

25 | defendant's affidavit is filed pursuant to Fed. R. Crim. P.

26 | 47(d).  This motion is being made because response affidavits

27 | submitted by Seplow and Litzau will offer insight into their

1

**SEALED**

1  manipulation tactics used to enroach upon the defendant's Faretta
2  rights.
3      The defendant is appearing pro se and has no formal legal
4  training whatsoever. The Supreme Court requires that this Court
5  hold the defendant's motion "to less stringent standards than
6  formal pleadings drafted by lawyers." Haines v. Kerner, 404 U.S.
7  519, 520 (1972).
8      Based on the facts, points, and authorities set forth herein,
9  the defendant respectfully requests that this motion be granted.
10     LRCrim 12.2(a) requires that the undersigned include the
11 following statement in all motions: "Excludable delay under
12 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or
13 of an order based thereon." However, the defendant posits that
14 this motion will not cause any "delay" and objects to any delay as
15 a result of this motion or of an order based thereon.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

1     I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

10  February 6, 2010             Florence

    [Executed On (date)]        [Executed in the City of]

11

12  Arizona                 United States of America

    [Executed in the State of]    [Executed in the Country of]

14  Daniel Rigmaiden

    Signature of Declarant

15

16  Daniel David Rigmaiden

    Agency # 10966111

17  CCA-CADC

    PO Box 6300

18  Florence, AZ 85132

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

3

1    Respectfully Submitted: February 8, 2010

2                              DANIEL DAVID RIGMAIDEN
                              Pro Se, Defendant
3

4

5

6                              _Daniel Rigmaiden_
                              Daniel D. Rigmaiden
7                              Defendant

8                    CERTIFICATE OF SERVICE

9        I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on February 8, 2010          at

12   approximately 2:00pm   I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus 1 copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   Frederick A. Battista
     Two Renaissance Square
21   40 North Central Ave., Suite 1200

22   Phoenix, AZ 85006

23   cc: Seplow

24   _____

25   _____

26

27   By: _Daniel Rigmaiden_

                              4