1  **Daniel Rigmaiden**
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7              **UNITED STATES DISTRICT COURT**

8                 **DISTRICT OF ARIZONA**

   United States of America,          )  No. CR08-814-PHX-DGC
9                                      )
          Plaintiff,                   )  MOTION TO WITHDRAW "MOTION FOR
10                                     )  COURT ORDER REQUIRING PHILIP
   v.                                  )  SEPLOW AND LAURIANNE LITZAU TO
11                                     )  SUBMIT RESPONSE AFFIDAVITS TO
   Daniel David Rigmaiden,             )  THE DEFENDANT'S AFFIDAVIT
12                                     )  ATTACHED TO HIS "MOTION FOR
          Defendant.                   )  RECONSIDERATION OF MOTION TO
13 ----------------------------------  )  REQUEST COPIES OF ALL PAYMENT
                                       )  VOUCHERS AND OTHER PAYMENT
14                                        INFORMATION FOR SERVICES
                                          RENDERED PURSUANT TO THE CJA""
15

16         Defendant, Daniel David Rigmaiden, appearing pro se,

17    respectfully requests that the Court allow him to withdraw his

18    "Motion For Court Order Requiring Philip Seplow And Laurianne

19    Litzau To Submit Response Affidavits To The Defendant's Affidavit

20    Attached To His "Motion For Reconsideration Of Motion To Request

21    Copies Of All Payment Vouchers And Other Payment Information For

22    Services Rendered Pursuant To The CJA"" considering the defendant

23    has replaced the above mentioned affidavit with an updated

24    affidavit submitted to the Court through the defendant's filing

25    titled "Affidavit Of Points Submitted In Support Of Defendant's

26    "Motion For Reconsideration Of Motion To Request Copies Of All

27    Payment Vouchers And Other Payment Information Rendered Pursuant

                                1

**SEALED**

1  To The CJA."" The defendant instead wishes to have Philip Seplow

2  and Laurianne Litzau respond to the above mentioned updated

3  affidavit and the defendant has submitted a separate motion

4  requesting that the Court order those responses.

5      The defendant is appearing pro se and has no formal legal

6  training whatsoever. The Supreme Court requires that this Court

7  hold the defendant's motion "to less stringent standards than

8  formal pleadings drafted by lawyers." Haines v. Kerner, 404 U.S.

9  519, 520 (1972).

10     Based on the facts, points, and authorities set forth herein,

11 the defendant respectfully requests that this motion be granted.

12     LRCrim 12.2(a) requires that the undersigned include the

13 following statement in all motions: "Excludable delay under

14 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion

15 or of an order based thereon." However, the defendant posits that

16 this motion will not cause any "delay" and objects to any delay as

17 a result of this motion or of an order based thereon.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

2

1   I, Daniel David Rigmaiden, declare, certify, verify, and

2   state, under penalty of perjury under the laws of the United

3   States of America, that the facts contained in the foregoing

4   motion, and in any attached/incorporated memorandum, are true and

5   correct to the best of my knowledge, except as to those matters

6   which are therein stated on information and belief, and, as to

7   those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8   U.S.C. § 1621.

9

10  February 6, 2010                Florence
    [Executed On (date)]            [Executed in the City of]

11

12  Arizona                         United States of America
    [Executed in the State of]      [Executed in the Country of]

13

14  Daniel Rigmaiden
    Signature of Declarant

15

16  Daniel David Rigmaiden

17  Agency # 10966111
    CCA-CADC

18  PO Box 6300
    Florence, AZ 85132

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

3

1   Respectfully Submitted: February 8, 2010

2                                DANIEL DAVID RIGMAIDEN
                                 Pro Se, Defendant
3

4

5

6                                Daniel Rigmaiden
                                 Daniel D. Rigmaiden
7                                Defendant

8                        CERTIFICATE OF SERVICE

9       I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on February 8, 2010        at

12   approximately 2:00pm   I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus 1 copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   Frederick A. Battista
     Two Renaissance Square
21   40 North Central Ave., Suite 1200
22   Phoenix, AZ 85006

23   cc: Seplow

24

25

26

27   By: Daniel Rigmaiden

                              4