1 **Daniel Rigmaiden**
Agency # 10966111
2 CCA-CADC
PO Box 6300
3 Florence, AZ 85132
Telephone: none
4 Email: none

5 Daniel David Rigmaiden
Pro Se, Defendant

6

FILED _____ LODGED
RECEIVED _____ COPY

FEB 1 2 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9  United States of America,        )  No. CR08-814-PHX-DGC
                                    )
10        Plaintiff,                 )  MOTION TO STRIKE ALL MOTIONS
                                    )  FILED BY PHILIP SEPLOW AFTER
11  v.                              )  THE JANUARY 13, 2010 MOTION
                                    )  TO CONTINUE TRIAL AND TO ORDER
12  Daniel David Rigmaiden,         )  PHILIP SEPLOW TO FOLLOW
                                    )  SPECIFIC INSTRUCTIONS WHEN
13        Defendant.                 )  FILING MOTIONS

14      Defendant, Daniel David Rigmaiden, appearing pro se, moves to

15  strike all motions filed by his shadow counsel, Philip Seplow

16  ("Seplow"), after the January 13, 2010 "Motion To Continue Trial"

17  which was the only authorized motion. The defendant also

18  respectfully requests that the Court order Seplow to follow the

19  specific instructions indicated in (2) below. This motion is being

20  made because on February 3, 2010 it came to the attention of the

21  defendant that Seplow was still filing motions against the

22  defendant's wishes. When Seplow files unauthorized motions he

23  enroaches upon the defendant's Sixth Amendment right to represent

24  himself as outlined in <u>Faretta v. California</u>, 422 U.S. 806 (1975).

25      The defendant respectfully requests that the Court do the

26  following:

27      1) Strike all motions from the record that were filed by

                                    1


SEALED

1    Seplow after the January 13, 2010 "Motion To Continue

2    Trial."

3  2) Order Seplow to indicate in all future motions he may file,

4    whether or not the defendant or the Court authorized Seplow

5    to file the motion.

6  3) Strike all future motions filed by Seplow that are not

7    authorized by the defendant or authorized by the Court.

8    The defendant is appearing pro se and has no formal legal

9  training whatsoever. The Supreme Court requires that this Court

10  hold the defendant's motion "to less stringent standards than

11  formal pleading drafted by lawyers." Haines v. Kerner, 404 U.S.

12  519, 520 (1972).

13    Based on the facts, points, and authorities set forth herein,

14  the defendant respectfully requests that this motion be granted.

15    LRCrim 12.2(a) requires that the undersigned include the

16  following statement in all motions: "Excludable delay under

17  18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or

18  of an order based thereon." However, the defendant posits that

19  this motion will not cause any "delay" and objects to any delay as

20  a result of this motion or of an order based thereon.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

1      I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

9

10   February 6 2010                    Florence
     [Executed On (date)]               [Executed in the City of]

11

12   Arizona                            United States of America
     [Executed in the State of]         [Executed in the Country of]

13

14                                      Daniel Rigmaiden
                                        Signature of Declarant

15

16                                      Daniel David Rigmaiden
                                        Agency # 10966111
17                                      CCA-CADC
                                        PO Box 6300
18                                      Florence, AZ 85132

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

1    Respectfully Submitted: February 8, 2010

2                          DANIEL DAVID RIGMAIDEN
                           Pro Se, Defendant
3

4

5

6                          Daniel D. Rigmaiden
7                          Defendant

8              CERTIFICATE OF SERVICE

9        I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on February 8, 2010        at

12   approximately 2:00pm    I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus _1_ copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18
     One copy each of original document addressed to:
19

20   Frederick A. Battista
     Two Renaissance Square
21   40 North central Avenue, Suite 1200
22   Phoenix, AZ 85006
     cc:
23   Philip Seplow

24

25

26

27   By: Daniel Rigmaiden

                            4