IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Daniel David Rigmaiden,<br><br>　　　　Defendant. | CR 08-814-01-PHX-DGC<br><br>**ORDER**<br><br>**SEALED** |

　　　IT IS ORDERED setting status hearing/motion hearing for **February 24, 2010 at 2:00 p.m.**

　　　DATED this 18th day of February, 2010.

*David G. Campbell*
_____
David G. Campbell
United States District Judge

cc: AUSA, DFT, DFT CNSL - Seplow