| | |
|---|---|
| 1 | DENNIS K. BURKE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | FREDERICK A. BATTISTA<br>Assistant U.S. Attorney |
| 4 | Two Renaissance Square<br>40 North Central Avenue, Suite 1200 |
| 5 | Phoenix, Arizona 85004-4408<br>Maryland State Bar Member |
| 6 | Fred.Battista@usdoj.gov<br>Telephone (602) 514-7500 |



FILED ___ LODGED
RECEIVED ___ COPY
FEB 22 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br>v.<br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br>  Defendant. | CR 08-814-PHX-DGC<br><br>**MOTION TO CONTINUE MOTION HEARING**<br><br>(Under Seal)<br><br>**SEALED** |

The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order continuing the motion hearing in this case, currently set for Wednesday, February 24, 2010, for a period of at least 9 days for the following reasons: (1) the prosecutor assigned to this case suffered a hand injury on Saturday, February 20, 2010, and is currently in the process of consulting with a hand surgeon; a final diagnosis regarding the extent of the injury and course of treatment, both in the short and long term, is pending; and (2) is in the process of assisting in a trial currently set for March 2, 2010; the case involves a single firearms charge and is not expected to last more than 3 days. Counsel for the government did not have a means to contact defendant for his position prior to the filing of this motion to continue.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 22nd day of February, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*[signature]*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

A copy of the foregoing was filed under seal and mailed this 22nd day of February, 2010, to:

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

Philip A. Seplow
Attorney at Law
2000 North 7th Street
Phoenix, Arizona 85006

*[signature]*

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2