UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>   v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>          Defendant. | CR 08-814-01-PHX-DGC<br><br>**ORDER CONTINUING MOTIONS HEARING**<br><br>**(Under Seal)** |

Upon motion of the United States, good cause appearing,

IT IS ORDERED granting the government's motion to continue the motions hearing in this case, currently set for Wednesday, February 24, 2010, and resetting same for March 5, 2010, at 1:30 p.m.

DATED this 22nd day of February, 2010.

*[signature: Daniel G. Campbell]*

David G. Campbell
United States District Judge

cc: AUSA, DFT, DFT CNSL - Seplow