IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) CR 08-814-01-PHX-DGC |
| Daniel David Rigmaiden, | )<br>) **ORDER** |
| Defendant. | )<br>) **SEALED** |

IT IS ORDERED vacating status hearing/motion hearing set for March 5, 2010 and resetting same for **March 12, 2010 at 1:30 p.m.**

DATED this 2nd day of March, 2010.

David G. Campbell
United States District Judge

cc: AUSA, DFT, DFT CNSL - Seplow