DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov

FILED ___ LODGED
RECEIVED ___ COPY

MAR 0 9 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S  DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**SEALED**

| United States of America, | CR 08-814-PHX-DGC |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO EXTEND TIME IN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISCLOSURE OF GRAND JURY TRANSCRIPTS SO THAT DEFENDANT MAY BRIEF THE ISSUE OF PREJUDICE AND DISMISSAL OF INDICTMENT** |
| v. | |
| Daniel Rigmaiden, a.k.a. Steven Travis Brawner, a.k.a. Travis Rupard, and a.k.a. Patrick Stout, | |
| Defendant. | (Filed Under Seal) |

The United States moves for an extension to file its Response to defendant's Motion for Partial Disclosure of Grand Jury Transcripts So That Defendant May Brief the Issue of Prejudice and Dismissal of Indictment until March 19, 2010.

The defendant's motion was received by the United States Attorney's Office on January 13, 2010. The motion was inadvertently filed with the voluminous pro se materials defendant had submitted to the government prior to the Court's Order allowing him to represent himself. The pleading was discovered in the course of preparing a response to a recent supplemental request for discovery by defendant.

Due to the fact that this matter just came to the attention of the government, the government has not sent a written request to defendant for his position on this motion. On this same date, the government has advised the Court and defendant via this pleading that it has no

objection to defendant's motion to continue the hearing in this case set for Friday, March 12, 2010.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 9th day of March, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I caused the attached document to be filed under seal with the Clerk's Office and a copy to be mailed to defendant and defendant's shadow counsel Philip A. Seplow at the following addresses:

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

Philip A. Seplow
Attorney at Law
2000 North 7th Street
Phoenix, Arizona 85006

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2