```
___ FILED      ✓ LODGED
___ RECEIVED   ___ COPY

   MAR 0 9 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ S DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, ) | |
| ) | O R D E R |
| vs. ) | |
| ) | **SEALED** |
| Daniel David Rigmaiden, ) | |
| ) | |

PURSUANT TO Defendant's Motion to Continue Hearing, and good cause shown,

IT IS HEREBY ORDERED continuing the hearing presently set for March 12, 2010, to the 24th day of March, 2010, at 10:00 a.m.

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is found to commence on the 9th day of March, 2010, for a period of _____ days.

DATED THIS 10 day of March, 2010.

*David G. Campbell* (signature)
Honorable David G. Campbell
United States District Judge

cc: AUSA, DFNS-Seplow, DFT

1