```
___ FILED       ✓ LODGED
___ RECEIVED    ___ COPY

    MAR 0 9 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ S  DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>          Defendant. | CR 08-814-PHX-DGC<br><br>**ORDER TO EXTEND TIME**<br><br>(Under Seal)<br><br><br>**SEALED** |

Upon motion of the United States, and good cause appearing,

IT IS ORDERED granting the United States' Motion to Extend Time in Which to File Its Response to defendant's Motion for Partial Disclosure of Grand Jury Transcripts So That Defendant May Brief the Issue of Prejudice and Dismissal of Indictment until _3/19_, 20_10_.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _March 9_, 20_10_, for a total of _____ days.

DATED this _11_ day of _March_, 20_10_.

_____
DAVID G. CAMPBELL
United States District Judge

cc: AUSA, DFT, DFNS CNSL - Seplow