CR 08-814-PHX-DGC

## DECLARATION UNDER PENALTY OF PERJURY

RE: Charitable Stamp Donations To File Motions

DECLARANT'S NAME: Daniel Rigmaiden

HEREBY DECLARES:

**SEALED**

I authorized David Morales, a detainee at CCA-CADC, to mail out my motions regarding discovery requests that I originally attempted to mail out/file on March 2, 2010. David Morales is paying for the postage because I am indigent and CCA-CADC refuses to send out my indigent legal mail over 5 ounces per week.

I certify under penalty of perjury that the enclosed motions were placed in the CCA-CADC mailing system for United States Postal Service delivery on March 15, 2010 at roughly 2:00pm. The certifications on the enclosed motions on the certificates of service are accurate/truthful, however, my filing attempt failed on March 2, 2010 due to CCA-CADC refusing to pay the postage costs.

This is an "Ex Parte" declaration and was not served on the government. I request that the clerk file this declaration under my case number and mail me a file stamped copy. I did not have time to obtain my own copies. Only the original exists at this time.

Page # 1 of 3

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE 3.2(a) / 5.4 / 7.1(a)(1) / 7.1(a)(2)
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 25 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ B DEPUTY

## DECLARATION UNDER PENALTY OF PERJURY

RE: _Charitable Stamp Donations To File Motions_

DECLARANT'S NAME: _Daniel Rigmaiden_

HEREBY DECLARES:

This "Declaration Under Penalty Of Perjury" was composed for _Daniel Rigmaiden (self)_ and I authorize him/her to use it, or a copy thereof, as an incorporated attachment to any document or filing for any and all purposes that he/she so chooses.

I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. See 28 U.S.C. § 1746 ("Wherever... any matter is required or permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing of the person making the same [], such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration..., in writing of such person which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621 ("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both....").

[ Declarant signature and contact information on following page. ]

DECLARATION UNDER PENALTY OF PERJURY

RE: <u>Charitable Stamp Donations To File Motions</u>

DECLARANT'S NAME: <u>Daniel Rigmaiden</u>

HEREBY DECLARES:

<u>March 15, 2010</u>
[Executed on (date)]

<u>Arizona</u>
[Executed in the State of]

<u>Florence</u>
[Executed in the City of]

<u>United States of America</u>
[Executed in the Country of]

<u>Daniel Rigmaiden</u>
Signature of Declarant

<u>Daniel Rigmaiden</u>
[Full Printed Name]

<u>Agency # 10966111</u>
[Mailing Address Line # 1]

<u>CCA-CADC</u>
[Mailing Address Line # 2]

<u>PO Box 6300</u>
[Mailing Address Line # 3]

<u>Florence, AZ</u>
[Mailing Address Line # 4]

<u>85132</u>
[Mailing Address Line # 5]

[Telephone Number (optional)]

[Email Address (optional)]

///
///
///
///

Page # 3 of 3