IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES

Phoenix Division

 CR 08 /   814   /   01  PHX/ DGC        DATE: 3/24/10
Year    Case No.    Dft #

HON: DAVID G. CAMPBELL            Judge # 7031

USA v.   Rigmaiden, Daniel David
         Last Name     First Name    Middle Initial
DEFENDANT: X   Present_ Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista          Dft counsel:  Philip Seplow
                                       _ AFPD  X  Appt'd  _ Retained

Interpreter:_     Language:_
================================================================================
**PROCEEDINGS**:   X Open Court   _Chambers    _Other


Status hearing held.

Defendant's Motion to Reconsider Motion to Unseal is granted and this case is unsealed.  Separate order to issue.

Briefing schedule set on pending motions as stated on the record.

The following motions are discussed and DENIED: docs 186, 188, 191, 192, 216, 221 and 222.

Defendant's motion to continue trial to be granted by separate order.

Ex parte discussion held outside the presence of counsel for the government regarding pending motions.

The following ex parte motions are discussed and ruled on as follows:  docs 180, 181, 182, 183, 184, 211, 214, 215, 217, 218, 219 and 231 are DENIED; docs 236 and 245 (motions to seal) are GRANTED; the ex parte motion lodged with doc 245 is GRANTED; doc 243 is GRANTED.

Discussion held with all counsel present.

Status Hearing set for **May 28, 2010 at 2:00 p.m.**

IT IS ORDERED sealing the transcript of the ex parte portion of this proceeding.

cc: AUSA, DFT, DFT CNSL                                                                 Court time: 1 hour, 30 min