# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-814-PHX-DGC |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Daniel David Rigmaiden, ) | |
| ) | |
| Defendant. ) | |

The Court held a status conference with the parties on this date. The Court granted Defendant's motion to continue the April 13, 2010 trial date for 60 days, but both sides stated that additional extensions will be required. The Court will hold another status conference on **May 28, 2010, at 2:00 p.m.** The purpose of the status conference will be to receive a report on the status of discovery, determine when Defendant will be prepared to file his substantial motion to suppress, and discuss a firm trial date.

Defendant indicated that he recently has mailed two motions to compel to the Court. After discussion with the parties, the Court ruled that the government's response to the motions shall be due on **April 16, 2010**, and Defendant's reply in support of the motion shall be due on **April 30, 2010**.

DATED this 29th day of March, 2010.

David G. Campbell
United States District Judge