FILED ☒  LODGED ___
RECEIVED ___  COPY ___
MAR 3 0 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RECEIVED
MAR 1 8 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | ORDER |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | |

Pursuant to the defendant's "Motion To Continue Trial," and good cause shown:

**IT IS HEREBY ORDERED** continuing the trial in the above captioned case from the 13th day of April, 2010, to the 8th day of June, 2010, at 9:00 a.m.

For the reasons set forth in the defendant's motion, failure to continue the proceedings would deny the pro se defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1 | **IT IS FURTHER ORDERED** extending the deadline for filing
2 | pretrial motions to the 7th day of May, 2010.
3 | Excludable delay under 18 U.S.C. § 3161(h)(7)(A) is found to
4 | commence on the 14th day of April, 2010, for a total
5 | of 56 days.
6 | DATED this 29 day of March, 2010.

*/s/ David G. Campbell*
DAVID G. CAMPBELL
United States District Judge