**Philip A. Seplow, Esq.**
**Attorney #004859**
**2000 North 7th Street**
**Phoenix, AZ  85006**
**(602) 254-8817**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMO TO THE COURT BY |
| vs. | ) | SHADOW COUNSEL |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Philip A. Seplow, Shadow Counsel to the Defendant, Daniel David Rigmaiden, and with Daniel Rigmaiden's permission, informs the Court of the following: that the section of CCA where Mr. Rigmaiden is housed has recently been placed on lockdown.  When he is on lockdown, it is difficult for him to go to the library, and he cannot get his indigent envelopes out (mailed) as staff members need to stamp the envelope and they have been too busy "doing shakedowns."

According to Mr. Rigmaiden, this lockdown began on March 29, 2010.  He has not brought it to the Court's attention in the past because after he filed a grievance, he was told by staff his legal research, mailings and communications would not be inconvenienced however, obviously this week they were.

/ / /

/ / /

UNITED STATES OF AMERICA vs. DANIEL DAVID RIGMAIDEN
CASE NUMBER CR 08-0814-PHX-DGC
MEMO TO THE COURT BY SHADOW COUNSEL

RESPECTFULLY SUBMITTED this 1st day of April, 2010.

PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant

__X__ I hereby certify that on April 1, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Frederick Battista, Esq.
Assistant United States Attorney

__X__ I hereby certify that on April 1, 2010, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

Daniel David Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ 85232
Defendant *Pro Se*

S/ Philip A. Seplow