Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | No. CR08-814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO EXTEND TIME TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISCLOSURE OF GRAND JURY TRANSCRIPTS SO THAT DEFENDANT MAY BRIEF THE ISSUE OF PREJUDICE AND DISMISSAL OF INDICTMENT |
| v. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court extend the time for him to reply to the government's "Response To Defendant's Motion For Partial Disclosure Of Grand Jury Transcripts So That Defendant May Brief The Issue Of Prejudice And Dismissal Of Indictment" for 5 days for the following reasons:

1) The defendant received the government's response on March 23, 2010, four days after it was officially filed.

2) The defendant appeared in Court on March 24, 2010 for roughly 90 minutes. However, the CCA-CADC transfer process took up roughly 16 hours of the defendant's time and caused him to lose one night of sleep.

3) The defendant needed extra time to retrieve the discovery quoted in the government's response.

1

1 | The defendant was unable to contact Assistant United States
2 | Attorney Frederick A. Battista to obtain his position on this
3 | request for extension of time.
4 | ///
5 | ///
6 | ///
7 | ///
8 | ///
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

1  The defendant is appearing pro se and has no formal legal
2 training whatsoever. The defendant's filings, however inartfully
3 pleaded, must be liberally construed and held to less stringent
4 standards than formal pleadings drafted by lawyers. See <u>Haines v.
5 Kerner</u>, 404 U.S. 519, 520 (1972).
6  Based on the facts, points, and authorities set forth herein,
7 the defendant respectfully requests that this motion be granted.
8  LRCrim 12.2(a) requires that the undersigned include the
9 following statement in all motions: "Excludable delay under
10 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or
11 of an order based thereon." However, the defendant posits that
12 this motion will not cause any "delay" and objects to any delay as
13 a result of this motion or of an order based thereon.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

1  I, Daniel David Rigmaiden, declare, certify, verify, and
2  state, under penalty of perjury under the laws of the United
3  States of America, that the facts contained in the foregoing
4  motion, and in any attached/incorporated memorandum, are true and
5  correct to the best of my knowledge, except as to those matters
6  which are therein stated on information and belief, and, as to
7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18
8  U.S.C. § 1621.

March 28, 2010
[Executed On (date)]

Florence
[Executed in the City of]

Arizona
[Executed in the State of]

United States of America
[Executed in the Country of]

*(signature)*
Signature of Declarant

Daniel David Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///

1 | Respectfully Submitted: March 29, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant

*Daniel Rigmaiden*
Daniel D. Rigmaiden
Defendant

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on March 29, 2010 at approximately 11:00 pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista + Peter Sexton
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004

cc: Seplow

By: *Daniel Rigmaiden*

5