FILED ____ LODGED
____ RECEIVED ____ COPY

APR 0 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S. DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,  )  No. CR08-814-PHX-DGC
　　　Plaintiff,             )
                           )  ORDER
v.                         )
                           )
Daniel David Rigmaiden,    )
　　　Defendant.            )
_____)

　　　Pursuant to the defendant's "Motion To Extend Time To Reply To Government's Response To Defendant's Motion For Partial Disclosure Of Grand Jury Transcripts So That Defendant May Brief The Issue Of Prejudice And Dismissal Of Indictment," and good cause shown:

　　　**IT IS HEREBY ORDERED** extending the time for the defendant to reply to the above noted motion ~~from the _____ day of _____, 20___~~, to the 1st day of April, 20 10.

　　　Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on the 1st day of April, 20 10, for a total of 7 days.

///

1

DATED this ___7___ day of ___April___, 20_10_.

HONORABLE DAVID G. CAMPBELL
United States District Judge