1  **Daniel Rigmaiden**
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6

7            **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF ARIZONA**

9  United States of America,        )  No. CR08-814-PHX-DGC
                                     )
10      Plaintiff,                   )  MOTION TO EXTEND TIME TO REPLY
                                     )  TO GOVERNMENT'S RESPONSES TO
11 v.                               )  DEFENDANT'S RECENT MOTIONS FOR
                                     )  DISCOVERY RE: HIS MOTION(S)
12 Daniel David Rigmaiden,          )  TO SUPPRESS EVIDENCE
                                     )
13      Defendant.                   )
   _____  )

14      Defendant, Daniel David Rigmaiden, appearing pro se,

15 respectfully requests that the Court extend the time for him to

16 reply to "Government's Response To Defendant's Motion To Compel

17 The Government To Disclose All Discovery That May Be Relevant And

18 Material To Defendant's Motion To Suppress The Aircard Location

19 Evidence" and "Government's Response To Motion To Compel

20 Government To Disclose All Discovery That May Be Relevant And

21 Material To Defendant's Motion To Suppress Evidence Seized

22 During Execution Of Search Warrant No. 08-70460-HRL, N.D. CA."

23 The Court required that the defendant reply to the above noted

24 motions by April 30, 2010. The defendant was unable to meet that

25 deadline and now requests the Court extend the time for him to

26 reply for the following reasons:

27      1. The defendant did not receive the above noted motions

1 until April 20, 2010--4 days after he expected to receive them.

2    2. The defendant originally indicated that he could draft

3 replies 14 days after receiving the government's responses. The

4 defendant underestimated the amount of work it would take for him

5 to draft the replies.

6    3. The defendant expected that the government would have

7 disclosed more discovery up to this point. Instead, the

8 government wants the defendant to better articulate his

9 particular need for the requested discovery considering most of

10 it pertains to "sensitive investigative techniques." The

11 defendant needs additional time to articulate for the government.

12    4. There is a magnitude of conflicting government statements

13 and contradicting discovery regarding the "aircard locating

14 mission" and this is causing a need for the defendant to address

15 many highly detailed issues. The defendant needs additional time

16 to address these issues.

17    5. Discovery obligations are of a continuing nature. The

18 defendant has a right to make discovery requests whether they be

19 through the replies in question or through some other future

20 motion. The defendant wishes to address the discovery issue,

21 with respect to his motion(s) to suppress, all in one omnibus

22 reply to the above noted government response motions. The

23 defendant has already completed 30 typed pages of detailed

24 discovery requests. The defendant needs additional time to

25 complete roughly 30 more pages. The defendant's omnibus reply

26 will go into exacting detail as to why the defendant needs what

27 he needs and why the government should be required to provide it.

1 | The bulk of the defendant's omnibus reply is strictly facts with
2 | minimal case law. By going into exacting factual detail, the
3 | defendant intends to show the government and the Court why he
4 | needs full disclosure in order to draft his motion(s) to suppress.

5 |     The defendant estimates that his omnibus reply will be
6 | complete by May 20, 2010.

7 |     The defendant was unable to contact Assistant United States
8 | Attorney Frederick A. Battista to obtain his position on this
9 | request for extension of time.

10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

1  The defendant is appearing pro se and has no formal legal
2  training whatsoever. The defendant's filings, however inartfully
3  pleaded, must be liberally construed and held to less stringent
4  standards than formal pleadings drafted by lawyers. See Haines v.
5  Kerner, 404 U.S. 519, 520 (1972).

6  Based on the facts, points, and authorities set forth herein,
7  the defendant respectfully requests that this motion be granted.

8  LRCrim 12.2(a) requires that the undersigned include the
9  following statement in all motions: "Excludable delay under
10 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or
11 of an order based thereon." However, the defendant posits that
12 this motion will not cause any "delay" and objects to any delay as
13 a result of this motion or of an order based thereon.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

4

1    I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

9

10  May 3, 2010                          Florence
    [Executed On (date)]                 [Executed in the City of]

11

12  Arizona                              United States of America
    [Executed in the State of]           [Executed in the Country of]

13

14                                       Daniel Rigmaiden
                                         Signature of Declarant

15

16                                       Daniel David Rigmaiden
                                         Agency # 10966111
17                                       CCA-CADC
                                         PO Box 6300
18                                       Florence, AZ 85132

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

                                 5

1   Respectfully Submitted: May 5, 2010

2                           DANIEL DAVID RIGMAIDEN
                            Pro Se, Defendant
3

4

5

6                           Daniel Rigmaiden
                            Daniel D. Rigmaiden
7                           Defendant

8               CERTIFICATE OF SERVICE

9       I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on May 5, 2010          at

12   approximately 10:00pm  I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus  1  copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18
19   One copy each of original document addressed to:

20   Frederick A. Battista and Peter S. Sexton

21   Two Renaissance Square

22   40 North First Avenue, Suite 1200

23   Phoenix, AZ 85004

     cc: Sedona
24

25

26

27   By: Daniel Rigmaiden

                              6