```
1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6
```

*[Stamp: MAY 07 2010, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA]*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | ) No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ) MOTION TO CONTINUE TRIAL |
| v. | ) |
| Daniel David Rigmaiden, | ) |
| Defendant. | ) |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully moves to continue the trial in this matter presently set for June 8, 2010, for sixty (60) days for the following reasons:

1. The defendant is yet to be provided with all of his discovery. The government has informed the defendant that additional discovery is forthcoming. There is also certain discovery pertaining to the government's "aircard locating mission" that the government wishes to withold from the defendant. The defendant needs more time to address the issue of the government witholding evidence.

2. The defendant only recently gained effective use of a telephone at CCA-CADC. On April 30, 2010, CCA-CADC gave the defendant the list of phone numbers he is permitted to call and

1

not have recorded/monitored. The defendant needs additional time to utilize his defense service providers.

3. Over the last month and a half, the government has provided the defendant with at least an additional 10,000 pages of discovery. The defendant needs additional time to study his discovery so that he may prepare his defense.

4. The defendant has not viewed any of his digital discovery. The defendant needs additional time to work with his private investigator and the government in order to gain access to the digital discovery. The phone situation at CCA-CADC has delayed the defendant's efforts to make the needed arrangements.

5. The defendant needs additional time to determine whether any pretrial motions might be applicable.

6. The defendant needs additional time to draft his motion(s) to suppress evidence obtained through various searches and seizures, e.g., the aircard location evidence and fruits thereof. The government acted pursuant to at least 4 different court orders during their "aircard locating mission" and the defendant's motion(s) to suppress regarding those orders alone will be extensive.

Thus, additional time is necessary to accomplish the above in order to be properly prepared for trial.

For the reasons stated above, it is also requested that the Court extend the deadline for filing pretrial motions an equivalent amount of time.

Failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation,

2

1 | taking into account the exercise of due diligence (18 U.S.C. §
2 | 3161(h)(7)(B)(iv)).
3 |     The defendant was unable to contact Assistant United States
4 | Attorney Frederick A. Battista to obtain his position on this
5 | continuance.
6 |     The defendant is appearing pro se and has no formal legal
7 | training whatsoever. The defendant's filings, however inartfully
8 | pleaded, must be liberally construed and held to less stringent
9 | standards than formal pleadings drafted by lawyers. See <u>Haines v.
10 | Kerner</u>, 404 U.S. 519, 520 (1972).
11 |     LRCrim 12.2(a) requires that the undersigned include the
12 | following statement in all motions: "Excludable delay under
13 | 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion
14 | or of an order based thereon."
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

1  I, Daniel David Rigmaiden, declare, certify, verify, and
2 state, under penalty of perjury under the laws of the United
3 States of America, that the facts contained in the foregoing
4 motion, and in any attached/incorporated memorandum, are true and
5 correct to the best of my knowledge, except as to those matters
6 which are therein stated on information and belief, and, as to
7 those matters, I believe it to be true. See 28 U.S.C. § 1746; 18
8 U.S.C. § 1621.

10 May 3, 2010
   [Executed On (date)]         Florence
                                 [Executed in the City of]
11
12 Arizona                       United States of America
   [Executed in the State of]    [Executed in the Country of]

14         /s/ Daniel Rigmaiden
           Signature of Declarant

16 Daniel David Rigmaiden
   Agency # 10966111
17 CCA-CADC
   PO Box 6300
18 Florence, AZ 85132

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

4

| | |
|---|---|
| 1 | Respectfully Submitted: May 5, 2010 |
| 2 | DANIEL DAVID RIGMAIDEN |
|   | Pro Se, Defendant |

*Daniel Rigmaiden*
Daniel D. Rigmaiden
Defendant

## CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on May 5, 2010 at approximately 10:00 pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

Frederick A. Battista and Peter S. Sexton
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, AZ 85004

CC: Seplow

By: *Daniel Rigmaiden*