DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>　　　　　Defendant. | CR 08-814-PHX-DGC<br><br>**RESPONSE TO MOTION TO CONTINUE TRIAL** |

　　　The United States, by and through undersigned counsel, hereby advises this Honorable Court that it has no objection to defendant's Motion to Continue Trial.

　　　Respectfully submitted this 12th day of May, 2010.

　　　　　　　　　　　　　　　　　　　DENNIS K. BURKE
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona


　　　　　　　　　　　　　　　　　　　S/Frederick A. Battista

　　　　　　　　　　　　　　　　　　　FREDERICK A. BATTISTA
　　　　　　　　　　　　　　　　　　　PETER S. SEXTON
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on May 12, 2010, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Phil Seplow
Shadow Counsel for Defendant

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

Frederick A. Battista
Assistant U.S. Attorney

2