DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>      v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout,<br><br>              Defendant. | CR 08-814-PHX-DGC<br><br>**RESPONSE TO MOTION TO EXTEND TIME TO REPLY TO GOVERNMENT'S RESPONSES TO DEFENDANT'S RECENT MOTIONS FOR DISCOVERY RE: HIS MOTIONS TO SUPPRESS EVIDENCE** |

The United States, by and through undersigned counsel, hereby advises this Honorable Court that it has no objection to defendant's Motion to Extend Time to Reply to Government's Responses to Defendant's Recent Motions for Discovery Re: His Motions to Suppress Evidence (Defendant's Motion to Compel the Government to Disclose All Discovery That May be Relevant and Material to Defendant's motion to Suppress Evidence Seized During Execution of Search Warrant No. 08-70460-HRL, N.D. CA., and Motion to Compel the Government to Disclose All Discovery that May be Relevant and Material to Defendant's Motion to Suppress

1   the Aircard Location Evidence).

2       Respectfully submitted this 12th day of May, 2010.

3
                                    DENNIS K. BURKE
4                                   United States Attorney
                                    District of Arizona
5

6                                   S/Frederick A. Battista

7                                   FREDERICK A. BATTISTA
                                    PETER S. SEXTON
8                                   Assistant U.S. Attorney

9

10                      **Certificate of Service**

11
            I hereby certify that on May 12, 2010, I caused the attached document to be electronically
12   transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice
     of Electronic Filing to the following CM/ECF registrant:
13
     Phil Seplow
14   Shadow Counsel for Defendant

15   A copy of the attached document was also mailed to:

16   Daniel David Rigmaiden
     Agency No. 10966111
17   CCA-CADC
     PO Box 6300
18   Florence, AZ 85132

19
     S/Frederick A. Battista
20
     Frederick A. Battista
21   Assistant U.S. Attorney

22

23

24

25

26

27

28                          2