MAY 0 7 2010

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | ORDER |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | |

Pursuant to the defendant's "Motion To Extend Time To Reply To Government's Responses To Defendant's Recent Motions For Discovery RE: His Motion(s) To Suppress Evidence," and good cause shown:

IT IS HEREBY ORDERED extending the time for the defendant to reply to above referenced motions from the __30__ day of __April__, 20__10__, to the __20__ day of __May__, 20__10__.

Excludable delay under 18 U.S.C. § 3161(h)__(l)(D)__ is found to commence on the __7__ day of __May__, 20__10__, for a total of __7__ days.

///

///

1

DATED this 13 day of May, 2010.

*David G. Campbell*
HONORABLE DAVID G. CAMPBELL
United States District Judge