[Stamp: LODGED ✓  MAY 07 2010  CLERK U.S. DISTRICT COURT  DISTRICT OF ARIZONA  BY ___ DEPUTY]

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | ORDER |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | |

Pursuant to the defendant's "Motion To Continue Trial," and good cause shown:

IT IS HEREBY ORDERED continuing the trial in the above captioned case from June 8, 2010 to August 10, 2010 at 9:00 a.m. for all defendants.

For the reasons set forth in the defendant's motion, failure to continue the proceedings would deny the pro se defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  IT IS FURTHER ORDERED extending the deadline for filing
2  pretrial motions to July 16, 2010.
3  Excludable delay under 18 U.S.C. § 3161(h)(7)(A) is found to
4  commence on 6/9/10 for a total of 63 days.
5  Defendant Carter's motion to continue (doc 287) is terminated
6  as moot. DATED this 13 day of May, 20 10.

*David G. Campbell*
DAVID G. CAMPBELL
United States District Judge