**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

Phoenix Division

 **CR 08 /   814   /   PHX/ DGC**      DATE: 3/24/10
Year   Case No.   Dft #

HON: DAVID G. CAMPBELL             Judge # 7031

USA v.   Rigmaiden, Daniel David   (01)
        Last Name    First Name    Middle Initial
DEFENDANT: X   Present_ Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista           Dft counsel:  Philip Seplow
                                         _ AFPD  X  Appt'd  _ Retained

Interpreter:__     Language:__
=================================================================
**PROCEEDINGS**:   X Open Court   _Chambers    _Other

Also present: Taylor Fox (appointed) for dft Carter (02); present, in custody

Status hearing held.

Case status and pending motions are discussed.

IT IS ORDERED granting Defendant's Motion to Extend Time to Reply (doc 293).  Defendant's Reply is due 6/14/2010.

Ex parte discussion held with only Defendant Rigmaiden and advisory counsel present regarding ex parte pending motions.  Separate orders to issue.

IT IS ORDERED sealing the transcript of the ex parte portion of this proceeding.

                                                          Court time:   40 min