**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
AMENDED - CRIMINAL MINUTES**
(amended to reflect correct date of hearing)

Phoenix Division

 CR 08 /   814   /   PHX/ DGC      DATE: 5/28/10
Year   Case No.   Dft #

HON: DAVID G. CAMPBELL            Judge # 7031

USA v.   Rigmaiden, Daniel David   (01)
         Last Name     First Name    Middle Initial
DEFENDANT: X   Present_ Not Present   _ Released X Custody   __Writ

Deputy Clerk: Lisa Richter       Crt Rptr/ECR Patricia Lyons

U.S Atty: Frederick Battista          Dft counsel:  Philip Seplow
                                       _ AFPD  X  Appt'd  _ Retained

Interpreter:_      Language:_
================================================================================
**PROCEEDINGS**:   X  Open Court   _Chambers     _Other


Also present: Taylor Fox (appointed) for dft Carter (02); present, in custody

Status hearing held.

Case status and pending motions are discussed.

IT IS ORDERED granting Defendant's Motion to Extend Time to Reply (doc 293).  Defendant's Reply is due 6/14/2010.

Ex parte discussion held with only Defendant Rigmaiden and advisory counsel present regarding ex parte pending motions.  Separate orders to issue.

IT IS ORDERED sealing the transcript of the ex parte portion of this proceeding.

Court time:   40 min