**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | *EX PARTE* MOTION TO ALLOW |
| vs. | ) | INTERIM BILLING FOR COURT APPOINTED |
| | ) | VENDOR SERVICES OF TERIS |
| DANIEL DAVID RIGMAIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, *ex parte,* by and through undersigned counsel, and moves the Court for its order authorizing interim billing for the services of Teris Duplication services.  Defense counsel further requests that this requested order be **retroactive to June 9, 2009** for the following reasons:

Counsel for the defendant previously filed, which this court approved, motions with this Court for the services of Teris. These motions were approved on June 9, 2009 and February 3, 2010. Defense counsel neglected to ask in the motions that Teris be allowed to file interim billing on these orders.  Teris Duplication services is an outside vendor and because of the current economics cannot financially wait until this case is adjudicated for payment of services rendered.

Therefore, it is requested that the Court enter its

1

order allowing Teris Duplication services to submit monthly interim billings. It is further requested that this Court enter its order indicating that Teris Duplication services interim billings be retroactive to June 9, 2009.

RESPECTFULLY SUBMITTED this 7th day of June, 2010.

PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
  Philip A. Seplow, Esq.
  Attorney for Defendant

CERTIFICATE OF SERVICE

__X__ I hereby certify that on June 4, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

NONE

S/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant