IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,    )    Case No. CR 08-814-PHX-DGC
                             )
            Plaintiff,       )
                             )
        vs.                  )    O R D E R
                             )
DANIEL DAVID RIGMAIDEN,      )
                             )
            Defendant.       )
_____)

PURSUANT TO Defendant's *Ex Parte* Motion to Allow Interim Billing by TERIS DUPLICATION SERVICES and the request that this order be retroactive to the date of the order of June 9, 2009, and good cause appearing,

IT IS HEREBY ORDERED authorizing interim billing for TERIS DUPLICATION SERVICES.

IT IS FURTHER ORDERED authorizing that this ORDER be **retroactive to June 9, 2009.**

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(I) is found to commence on the ____ day of _____, 2010, for a period of _____ days.

1