DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       v.<br><br>Daniel Rigmaiden,<br>a.k.a. Steven Travis Brawner,<br>a.k.a. Travis Rupard, and<br>a.k.a. Patrick Stout, et al.,<br><br>            Defendants. | CR 08-814-PHX-DGC<br><br>**NOTICE TO COURT RE: GOVERNMENT'S REVIEW OF DEFENDANT RIGMAIDEN'S DRAFT OMNIBUS REPLY TO GOVERNMENT'S RESPONSES TO DEFENDANT'S TWO MOST RECENT MOTIONS FOR DISCOVERY RE: MOTIONS TO SUPPRESS** |

The United States, by and through undersigned counsel, hereby advises this Honorable Court that is in the process of continuing to review defendant Daniel David Rigmaiden's Draft Omnibus Reply to Government's Responses to Defendant's Two Most Recent Motions for Discovery Re: Motions to Suppress.  The draft pleading is approximately 74 pages long and includes approximately 150 pages of exhibits.  The government has advised defendant Rigmaiden that it now plans to complete its review and provide additional discovery, and/or clarification of discovery to defendant by Friday, June 18, 2010.  In communications with defendant via the office of shadow counsel Philip Seplow, defendant Rigmaiden has advised the government that he plans to file his response in multiple stages and he plans to file a

significantly shorter first stage response on June 14, 2010. The parties have no objection to proceeding in the above-noted fashion.

Respectfully submitted this 11th day of June, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on June 11, 2010, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Phil Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor W. Fox
Counsel for defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

Frederick A. Battista
Assistant U.S. Attorney

2