___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

JUN 15 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

1  **Daniel Rigmaiden**
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6
                    **UNITED STATES DISTRICT COURT**
7
                        **DISTRICT OF ARIZONA**
8
   United States of America,        )  No. CR08-814-PHX-DGC
9                                    )
        Plaintiff                    )  REPLY TO GOVERNMENT'S RESPONSE
10                                   )  TO MOTION TO COMPEL GOVERNMENT
   v.                                )  TO DISCLOSE ALL DISCOVERY THAT
11                                   )  MAY BE RELEVANT AND MATERIAL
   Daniel David Rigmaiden,           )  TO DEFENDANT'S MOTION TO
12                                   )  SUPPRESS EVIDENCE SEIZED
        Defendant.                   )  DURING EXECUTION OF SEARCH
13 _____   )  WARRANT NO. 08-70460-HRL, N.D.
                                        CA
14
15       Defendant, Daniel David Rigmaiden, appearing pro se,

16 respectfully submits this reply to "Government's Response To

17 Motion To Compel Government To Disclose All Discovery That May Be

18 Relevant And Material To Defendant's Motion To Suppress Evidence

19 Seized During Execution Of Search Warrant No. 08-70460-HRL, N.D.

   CA."
20
         As far as the defendant has been able to ascertain, the
21
   government has met its obligations with respect to the following
22
   discovery request addressed in the government's response:
23
         1. All discovery regarding all sworn recorded/unrecorded oral
24          testimony given for use in making probable cause
            determinations for the N.D.Cal. 08-70460HRL warrant.
25
   The defendant requests no further specific discovery under the
26
   above category at this time.
27

                                     1

1    The following discovery request is currently unresolved and

2 is addressed in the defendant's unfiled draft of his "Omnibus

3 Reply To Government's Response To Defendant's Two Most Recent

4 Motions For Discovery RE: Motions To Suppress" that was provided

5 to the government during the May 28, 2010 court hearing (referred

6 to on the record as the defendant's 74 page reply) (hereafter

7 "unfiled 74 page omnibus reply"):

8        1. All discovery showing a sufficient nexus existed
           between the items to be seized and the place to be
9          searched.

10    The defendant is currently awaiting a government response

11 (via letter) regarding the above unresolved discovery request

12 that was addressed in his unfiled 74 page omnibus reply. Note:

13 the defendant has decided to not file his unfiled 74 page

14 omnibus reply. Any remaining unresolved discovery issues (to be

15 determined once the government addresses (via letter) the

16 defendant's unfiled 74 page omnibus reply) will be raised in

17 separate filings 100% in accordance with the following local

18 rules:

19        LRCrim 12.1
           LRCiv 7.2(e)
20         LRCiv 7.2(j)
           LRCiv 7.2(k)
21         LRCiv 37.1 et seq.

22    The government raised in its response the issue of witholding

23 evidence based on a claim of it relating to "sensitive

24 investigative techniques." This is an entirely new issue that the

25 defendant cannot effectively address in this reply given his

26 limit to only eleven (11) pages. See LRCiv 7.2(e) when referenced

27 through LRCrim 12.1. The defendant objects to the government

1 | witholding Brady material based on a claim of it relating to
2 | "sensitive investigative techniques" and will address that issue
3 | in a separate motion. All of the discovery that the defendant has
4 | requested is relevant and material evidence in support of the
5 | defendant's suppression arguments. By witholding the requested
6 | discovery, the government is violating the defendant's Fifth
7 | Amendment due process rights and statutory rights under Rule 16
8 | of the Federal Rules of Criminal Procedure.
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///

1    I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

9

10  June 10, 2010                    Florence
    [Executed On (date)]             [Executed in the City of]

11

12  Arizona                          United States of America
    [Executed in the State of]       [Executed in the Country of]

13

14                                   Daniel Rigmaiden

15                                   Signature of Declarant

16                                   Daniel David Rigmaiden

17                                   Agency # 10966111
                                     CCA-CADC

18                                   PO Box 6300
                                     Florence, AZ 85132

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

4

1   Respectfully Submitted: June 13, 2010

2                              DANIEL DAVID RIGMAIDEN
                               Pro Se, Defendant
3

4

5                              _Daniel Rigmaiden_
6                              Daniel D. Rigmaiden
                               Defendant
7

8                    CERTIFICATE OF SERVICE

9       I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on June 13, 2010          at

12   approximately 9:00pm I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus 1 copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   Frederick Battista + Peter Sexton        CC: Seplow
     Two Renaissance Square
21   40 North Central, Suite 1200
22   Phoenix, AZ 85004

23   Taylor Fox, PC
24   2 North Central Ave, Suite 735
     Phoenix, AZ 85004
25

26

27   By: _Daniel Rigmaiden_

                              5