IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In the Matter of Criminal Cases set for Trial on August 10, 2010, | Date: July 7, 2010<br><br>**MINUTE ORDER** |

**TO COUNSEL:**

**THE FOLLOWING CASES HAVE BEEN SET FOR TRIAL ON AUGUST 10, 2010 IN PHOENIX/PRESCOTT, ARIZONA:**

| | |
|---|---|
| CR 08-0814-PHX | Rigmaiden, et al |
| CR 09-0388-PHX | Perkins |
| CR 10-0074-PHX | Gonzalez-Millan |
| CR 10-0109-PHX | Wellington |
| CR 10-0171-PHX | Leivas |
| CR 10-0323-PHX | Valenzuela-Ramos |
| CR 10-0444-PHX | Gutierrez-Arrellano |
| CR 10-0459-PHX | Olsen |
| CR 10-0477-PHX | Dunn, et al |
| CR 10-0482-PHX | Quintero-Mariscal |
| CR 10-0540-PHX | Molina, et al |
| CR 10-0605-PHX | Fuller |
| CR 10-0631-PHX | Prato |
| CR 10-0720-PHX | Figueroa-Quintero |
| CR 10-0762-PHX | Acosta-Mendoza |
| CR 10-0803-PHX | Lopez-Esteban |
| CR 10-0840-PHX | Marshall |
| CR 10-0848-PHX | Diaz-Matias |
| CR 10-0849-PHX | Alvarez-Alvarez |
| CR 10-8052-PCT | Veach |
| CR 10-8059-PCT | Webster |
| CR 10-8066-PCT | John |
| CR 10-8076-PCT | Quay |
| CR 10-8118-PCT | Black |
| CR 10-8121-PCT | Talker |

**IT IS HEREBY ORDERED** that all counsel appear at a **status conference on Thursday, July 15, 2010 at 10:00 a.m**.  No substitution of counsel will be permitted. Because this is a status conference, it will not be necessary for the defendants to appear in person.

**IT IS FURTHER ORDERED** that prior to attending the status conference, counsel are directed to complete the following tasks:

1. Meet personally and discuss:
    a. Whether the case will proceed to trial or be resolved by a plea.
    b. Whether either party will seek a continuance.
    c. What motions, if any, can be resolved by stipulation of counsel.
    d. What additional motions, if any, will be filed and need to be resolved.
    e. Whether either party has filed or anticipates filing motions in limine.
2. File all 404(b) notices and Rule 4.11 notices prior to the status conference in accordance with applicable rules.
3. Attempt to resolve any discovery disputes.

The topics listed in paragraphs 1 - 3 will be discussed at the status conference.

If a change of plea for a defendant has been scheduled or a motion to continue has been granted before the status conference, the status hearing will be vacated as to that defendant. Counsel are directed to contact the Courtroom Deputy, Lisa Richter, at lisa_richter@azd.uscourts.gov or call (602) 322-7244 to confirm that the hearing has been vacated.

## ATTENTION

**All stipulated motions to continue and change of plea date requests must be received two (2) business days prior to the date set for the status conference.** The proposed order to continue must include language vacating the status conference. If the motion to continue is not received prior to the status conference as ordered above, counsel must bring the written motion to the status conference.

**IT IS FURTHER ORDERED** the Clerk of the Court mail copies of this order to all counsel of record in the above-captioned case.

No excludable delay shall result from the entry of this order.

RICHARD H. WEARE
District Court Executive/
Clerk of Court

By:     s/Lisa Richter
Lisa Richter
Courtroom Deputy for Judge Campbell