1 | Daniel Rigmaiden
Agency # 10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, AZ 85132
Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
Pro Se, Defendant

6

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 09 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF ARIZONA

9 | United States of America,

10 |     Plaintiff,

11 | v.

12 | Daniel David Rigmaiden,

13 |     Defendant.

No. CR08-814-PHX-DGC

MOTION UNDER FED. R. CRIM. P.
12(b)(4)(B) FOR DISCLOSURE OF
EVIDENCE ARGUABLY SUBJECT TO
SUPPRESSION

14 | Defendant, Daniel David Rigmaiden, appearing pro se, and

15 | pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal

16 | Procedure, the principles of Brady v. Maryland, 373 U.S. 83

17 | (1963), and the United States Constitution, moves this Court for

18 | an order directing the government to make inquiry and to serve

19 | and file specific written notice of the following:

20 | 1. A list of any and all evidence in its possession, custody,

21 | or control, or the existence of which is known, or by the

22 | exercise of due diligence could become known to the government

23 | which the government presently or at any time intends,

24 | contemplates, or considers using at trial in its case-in-chief,

25 | in rebuttal or otherwise, and which could arguably be subject to

26 | a motion to suppress at the instance of any person.

27 | 2. The exact location from which all listed evidence was

1

seized.

3. The exact date and time of the searches and/or seizures resulting in the listed seized evidence.

4. The names and addresses of any and all persons making the seizures of each listed piece of evidence.

5. The names and addresses of any and all witnesses to the searches and/or seizures resulting in the listed seized evidence.

6. The names and addresses of any and all persons who since the searches and/or seizures have had any degree of custody, control, or possession of any of the listed seized evidence.

7. Any and all grounds upon or reasons why the aforementioned evidence may be subject to suppression.

This request includes, but is not limited to, any physical/tangible or informational/intangible evidence obtained pursuant to any search and/or seizure whether under the authority of a warrant, court order, subpoena, etc., or no authority at all, including, but not limited to, the following:

1.  D.Ariz. 08-3286MB-LOA court order;
2.  D.Ariz. 08-3298MB-LOA court order;
3.  D.Ariz. 08-7273MB-ECV court order;
4.  N.D.Cal. 08-90330MISC-RS court order;
5.  N.D.Cal. 08-90331MISC-RS court order;
6.  N.D.Cal. 08-70460-HRL search warrant;
7.  N.D.Cal. 08-70460-HRL search warrant (amended via -PVT);
8.  N.D.Cal. 08-70503-PVT search warrant;
9.  N.D.Cal. 08-70502-PVT search warrant;
10. E.D.Cal. 08-SW-0586-EFB search warrant;
11. D.Ariz. 08-3397MB-LOA search warrant;
12. D.Ariz. 08-3399MB-LOA search warrant;
13. D.Ariz. 08-3401MB-LOA search warrant;
14. D.Ariz. 08-3403MB-LOA search warrant;
15. D.Ariz. 08-3402MB-LOA search warrant;
16. D.Ariz. 08-3398MB-LOA search warrant;
17. D.Ariz. 09-6038MB-DKD search warrant;
18. D.Ariz. 09-7124MB-ECV search warrant;

2

1    In order to make a defense, and to protect Constitutional and
2  statutory rights, the defendant must have notice of evidence the
3  government intends to use it its case-in-chief that is
4  discoverable under Fed. R. Crim. P. 16 and may be subject to
5  suppression under Fed. R. Crim. P. 12(b)(3)(C). Fed. R. Crim. P.
6  12(b)(4)(B) gives the defendant the right to request notice of
7  the government's intention to use evidence so that the defendant
8  will have an opportunity to move to suppress the same if a motion
9  to suppression is in order.
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///

1    The defendant is appearing pro se and has no formal legal

2  training whatsoever. The defendant's filings, however inartfully

3  pleaded, must be liberally construed and held to less stringent

4  standards than formal pleadings drafted by lawyers. See Haines v.

5  Kerner, 404 U.S. 519, 520 (1972).

6    Based on the facts, points, and authorities set forth herein,

7  the defendant respectfully requests that this motion be granted.

8    LRCrim 12.2(a) requires that the undersigned include the

9  following statement in all motions: "Excludable delay under

10  18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or

11  of an order based thereon." However, the defendant posits that

12  this motion will not cause any "delay" and objects to any delay as

13  a result of this motion or of an order based thereon.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

4

1    I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

9

10  July 3, 2010                     Florence
    [Executed On (date)]             [Executed in the City of]

11

    Arizona                          United States of America
12  [Executed in the State of]       [Executed in the Country of]

13

14                                   Daniel Rigmaiden
                                     Signature of Declarant
15

16                                   Daniel David Rigmaiden
                                     Agency # 10966111
17                                   CCA-CADC
                                     PO Box 6300
18                                   Florence, AZ 85132

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

5

1   Respectfully Submitted: *July 7, 2010*

2                                DANIEL DAVID RIGMAIDEN
                                 Pro Se, Defendant
3

4

5
                                 *Daniel Rigmaiden*
6                                Daniel D. Rigmaiden
                                 Defendant
7

8                        CERTIFICATE OF SERVICE

9       I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on *July 7, 2010*          at

12   approximately *2:00pm*   I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus *1* copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   *Frederick Battista + Peter Sexton*     *CC; Sexton*

     *Two Renaissance Square*
21   *40 North Central, Suite 1200*

22   *Phoenix, AZ 85004*

23   *Taylor Fox, PC*

24   *2 North Central Ave, Suite 735*

25   *Phoenix, AZ 85004*

26

27   By: *Daniel Rigmaiden*

                              6