```
                                              FILED ✓    LODGED ___
                                              RECEIVED ___ COPY ___

                                              JUL 09 2010

                                              CLERK U S DISTRICT COURT
                                              DISTRICT OF ARIZONA
                                              BY_____ DEPUTY
```

1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

| United States of America, | CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | EX PARTE MEMORANDUM TO INFORM THE COURT THAT THE DEFENDANT NEITHER FILED NOR AUTHORIZED THE MOTION AT DKT. # 307 |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant | |

   Defendant, Daniel David Rigmaiden, appearing pro se, respectfully
submits this "Ex Parte Memorandum To Inform The Court That The
Defendant Neither Filed Nor Authorized The Motion At DKT. #307."
The motion titled "Ex Parte Motion to Allow Interim Billing for Court
Appointed Services of Teris by Daniel David Rigmaiden" (DKT. # 307)

                          1

1  was not by Daniel David Rigmaiden. Dkt. #307 is an
2  unauthorized motion filed by shadow counsel Philip Seplow ("Seplow").
3  Seplow did not (1) ask the defendant's permission to file the
4  motion, (2) inform the defendant that he was filing a motion,
5  (3) discuss the content of the motion with the defendant, or (4)
6  provide the defendant with a copy of the motion.
7       During a July 2, 2010 legal visit, the defendant
8  confronted Seplow about the unauthorized motion. The defendant
9  informed Seplow that filing motions without the defendant's
10 permission, and without even notifying the defendant of the
11 existence of the motion, encroaches upon the defendant's Sixth
12 Amendment right to represent himself and Fifth Amendment right
13 to present his own personal pro se defense. Seplow became
14 irate and belligerent while informing the defendant that he
15 does not care about the defendant's rights because "the
16 Judge" does not care. Seplow then informed the defendant
17 that he does not have time for the defendant's case because
18 he has more important cases of which he is trying to keep

2

1 | people out of jail.
2 |         Although the unauthorized motion may be "trivial," the defendant still does not want Seplow filing any motions at all. In light of Seplow's clearly expressed position that he does not care about the defendant's Fifth and Sixth Amendment rights,[1] the defendant objects to Seplow being permitted to file motions, no matter how trivial, without the defendant's permission.
9 | //
10 | //
11 | //
12 | //
13 | //
14 | //
15 | //

---

1.  Seplow believes he is backed by the Court in not caring about the defendant's Sixth Amendment right to represent himself and Fifth Amendment right to present his own personal pro se defense.

1 | I, Daniel David Rigmaiden, declare, certify, verify, and
2 | state, under penalty of perjury under the laws of the United
3 | States of America, that the facts contained in the foregoing
4 | motion, and in any attached/incorporated memorandum, are true and
5 | correct to the best of my knowledge, except as to those matters
6 | which are therein stated on information and belief, and, as to
7 | those matters, I believe it to be true. See 28 U.S.C. § 1746; 18
8 | U.S.C. § 1621.

July 5, 2010
[Executed On (date)]

Florence
[Executed in the City of]

Arizona
[Executed in the State of]

United States of America
[Executed in the Country of]

*Daniel Rigmaiden*
Signature of Declarant

Daniel David Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///

Respectfully Submitted: July 7, 2010

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant



_/s/ Daniel Rigmaiden_
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on July 7, 2010 at approximately 2:00pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 1 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

cc: Seplow

By: _/s/ Daniel Rigmaiden_