1 | **Daniel Rigmaiden**
Agency # 10966111
2 | CCA-CADC
PO Box 6300
3 | Florence, AZ 85132
Telephone: none
4 | Email: none

5 | Daniel David Rigmaiden
Pro Se, Defendant

6 |

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF ARIZONA

9 | United States of America,                    )   No. CR08-814-PHX-DGC
                                              )
     Plaintiff,                                )   MOTION TO CONTINUE TRIAL
10 |                                            )
v.                                             )
11 |                                            )
Daniel David Rigmaiden,                        )
12 |                                            )
     Defendant.                                )
13 | _____   )

14 | Defendant, Daniel David Rigmaiden, appearing pro se,

15 | respectfully moves to continue the trial in this matter presently

16 | set for August 10, 2010, for sixty (60) days for the following

17 | reasons:

18 | 1. There is certain discovery pertaining to the government's

19 | "aircard locating mission" that the government wishes to withold

20 | from the defendant. The defendant needs more time to address the

21 | issue of the government witholding evidence. See also the

22 | defendant's "Motion Requesting That The Court Reserve Ruling On

23 | Disclosure Of Sensitive Investigative Techniques Until The

24 | Defendant Files His Motion Addressing The Issue" hereby

25 | incorporated into this motion by reference pursuant to LRCiv

26 | 7.1(d)(2) when referenced through LRCrim 12.1.

27 | 2. The defendant has thousands of pages of discovery. The

1

1  defendant needs additional time to study his discovery so that

2  he may prepare his defense.

3      3. The defendant has not viewed any of the data on the seized

4  storage devices. The defendant needs additional time to work with

5  his private investigator and the government in order to gain

6  access to the seized storage devices. The defendant still needs

7  to have the hard drives and computer prepared in accordance with

8  the government's instructions. There has been a delay due to the

9  defendant's private investigator deciding that the possibility of

10 error, while following the government's provisions, exceeds the

11 level of risk that his private investigation firm is willing to

12 incur.

13     4. The defendant needs additional time to draft his motion(s)

14 to suppress evidence obtained through various searches and/or

15 seizures, e.g., the aircard location evidence and fruits thereof.

16 The defendant has isolated 18 different warrants/court orders that

17 may be challenged directly or based on fruits of the poisonous

18 tree. See the defendant's "Memorandum To Advise The Court On

19 When Defendant May Be Ready To File His Motion(s) To Suppress"

20 hereby incorporated into this motion by reference pursuant to

21 LRCiv 7.1(d)(2) when referenced through LRCrim 12.1.

22     5. The defendant needs additional time to determine whether

23 any pretrial motions might be applicable.

24     Thus, additional time is necessary to accomplish the above in

25 order to be properly prepared for trial.

26     For the reasons stated above, it is also requested that the

27 Court extend the deadline for filing pretrial motions an

2

1   equivalent amount of time.

2      Failure to grant the requested continuance would deny the

3   defendant the reasonable time necessary for effective preparation,

4   taking into account the exercise of due diligence (18 U.S.C. §

5   3161(h)(7)(B)(iv)).

6      The defendant was unable to contact any relevant parties to

7   obtain their positions on this request for a continuance.

8      The defendant is appearing pro se and has no formal legal

9   training whatsoever. The defendant's filings, however inartfully

10  pleaded, must be liberally construed and held to less stringent

11  standards than formal pleadings drafted by lawyers. See Haines v.

12  Kerner, 404 U.S. 519, 520 (1972).

13     LRCrim 12.2(a) requires that the undersigned include the

14  following statement in all motions: "Excludable delay under

15  18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion

16  or of an order based thereon."

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

1    I, Daniel David Rigmaiden, declare, certify, verify, and

2  state, under penalty of perjury under the laws of the United

3  States of America, that the facts contained in the foregoing

4  motion, and in any attached/incorporated memorandum, are true and

5  correct to the best of my knowledge, except as to those matters

6  which are therein stated on information and belief, and, as to

7  those matters, I believe it to be true. See 28 U.S.C. § 1746; 18

8  U.S.C. § 1621.

9

10  July 7, 2016                    Florence
    [Executed On (date)]            [Executed in the City of]

11
    Arizona                         United States of America
12  [Executed in the State of]      [Executed in the Country of]

13

14
                                    Daniel Rigmaiden
15                                  Signature of Declarant

16                                  Daniel David Rigmaiden
                                    Agency # 10966111
17                                  CCA-CADC
                                    PO Box 6300
18                                  Florence, AZ 85132

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

                        4

1    Respectfully Submitted: _July 11, 2010_____

2                            DANIEL DAVID RIGMAIDEN
3                            Pro Se, Defendant

4

5
6                            _Daniel Rigmaiden_____
                             Daniel D. Rigmaiden
7                            Defendant

8                    CERTIFICATE OF SERVICE

9        I, Daniel David Rigmaiden, certify under penalty of perjury

10   under the laws of the United States of America (see 28 U.S.C. §

11   1746; 18 U.S.C. § 1621) that on _July 11, 2010_____ at

12   approximately _2:00pm_ I caused the following to be placed into

13   the CCA-CADC mailing system for United States Postal Service

14   delivery with first-class postage prepaid by CCA-CADC:

15   Original attached document plus _1_ copy(s) addressed to:

16   Clerk, United States District Court
     Sandra Day O'Connor U.S. Courthouse, Suite 130
17   401 W. Washington St., SPC 1
     Phoenix, AZ 85003
18

19   One copy each of original document addressed to:

20   _Frederick Battista + Peter Sexton___
     _Two Renaissance Square_____
21   _40 North Central, Suite 1200_____
22   _Phoenix, AZ 85004_____

23   _Taylor Fox, PC_____
24   _2 North Central Ave, Suite 735__
     _Phoenix, AZ 85004_____
25

26   _____

27   By: _Daniel Rigmaiden_____

                        5