# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-814-01 PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Daniel David Rigmaiden (1), Ransom Marion Carter (2) ) | |
| Defendants. ) | |

The Court held a status conference on July 15, 2010. The following matters were resolved:

1. The Court will extent the trial date 120 days to December 14, 2010. This will be done by separate order.

2. Defendant Rigmaiden will endeavor to file two discovery motions, one concerning the government's claim concerning sensitive investigative techniques and the other concerning remaining discovery issues, by July 30, 2010.

3. A status conference will be held on September 2, 2010 at 3:00 p.m.

DATED this 16th day of July, 2010.

_____
David G. Campbell
United States District Judge