```
___ FILED      ✓ LODGED
___ RECEIVED   ___ COPY

     JUL 13 2010

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | ORDER |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | |

Pursuant to the defendant's "Motion To Continue Trial," and good cause shown:

**IT IS HEREBY ORDERED** continuing the trial in the above captioned case from the 10th day of August, 2010, to the 14th day of December, 2010, at 9:00 a.m.

For the reasons set forth in the defendant's motion, failure to continue the proceedings would deny the pro se defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to the 12th day of November, 2010.

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) is found to commence on the 11th day of August, 2010, for a total of 126 days.

DATED this 15 day of July, 2010.

*David G. Campbell*
DAVID G. CAMPBELL
United States District Judge

2