| AO 435 (Rev. 10/05) Read Instructions on Back: | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE DATE: | FILED ___ LODGED ___ RECEIVED ___ COPY |
|---|---|---|---|
| 1. NAME  Philip A. Seplow | 2. PHONE NUMBER  (602) 254-8817 | 3. DATE  7/21/2010 | JUL 3 0 2010 |
| 4. FIRM NAME | | | CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY |
| 5. MAILING ADDRESS  2000 North 7th Street | 6. CITY  Phoenix | 7. STATE  AZ | 8. ZIP CODE  85006 |
| 9. CASE NUMBER  CR 08-814-PHX-DGC | 10. JUDGE  Hon. David G. Campbell | DATES OF PROCEEDINGS  11. 5/28/2010    12. | |
| 13. CASE NAME  USA v. Daniel David Rigmaiden | | LOCATION OF PROCEEDINGS  14. Phoenix    15. STATE  AZ | |

**16. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [x] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING  Status Hearing | May 28, 2010 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | PAPER COPY [ ]  ELECTRONIC COPY:  DISK [ ]  E-MAIL [x] | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS  screenwriter2@earthlink.net | |

| CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges  (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 19. SIGNATURE  /s/ | PROCESSED BY | PHONE NUMBER |
| 20. DATE  7/21/2010 | | |

| TRANSCRIPT TO BE PREPARED BY | | | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| AZX | Daniel David Rigmaiden | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | CR 08-814-001-PHX-DGC | | | |
| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE *(See Instructions)* |
| USA v. RIGMAIDEN | ☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18:371; 18:2; 18:1343; 18:1028(A)(a)(1); 18:1341; 18:1030(a)(4) and (C)(3)(A) and 2 (74 counts total)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

Trial Preparation

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically)*. NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Status Hearing

14. SPECIAL AUTHORIZATIONS    JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_____   7/21/10
Signature of Attorney     Date

Philip A. Seplow
Printed Name
Telephone Number: (602) 254-8817
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____   _____
Date of Order        Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS

☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

18. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED : | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk    Date

### APPROVED FOR PAYMENT - COURT USE ONLY

23. APPROVED FOR PAYMENT

_____   _____
Signature of Judicial Officer or Clerk of Court    Date

24. AMOUNT APPROVED