1  **Philip A. Seplow, Esq.**
   **Attorney #004859**
2  **2000 North 7th Street**
   **Phoenix, AZ  85006**
3  **(602) 254-8817**

4

5  **Attorney for Defendant**

6              IN THE UNITED STATES DISTRICT COURT

7                  DISTRICT OF ARIZONA

8  United States of America,   )   Case No. CR 08-0814-PHX-DGC
                               )
9              Plaintiff,      )
                               )   MOTION TO CONTINUE STATUS HEARING
10          vs.                )
                               )
11 Daniel David Rigmaiden,     )
                               )
12            Defendant.       )
   _____ )
13

14         COMES NOW the Defendant by and through undersigned

15 shadow counsel (who is filing this Motion at the request of Daniel

16 Rigmaiden), respectfully moves to continue for one week the status

17 hearing presently set for the 2nd day of September, 2010, at 3:00

18 p.m.  Defendant is working on an *ex parte* motion regarding his

19 need for an expert and he wishes to have the matter addressed at

20 his next court appearance.  In consideration of the fact that the

21 Court may have questions for the Defendant regarding his *ex parte*

22 motion, the Defendant desires to have the motion addressed at the

23 time of the status conference.

24         Defendant Daniel David Rigmaiden requested and

25 authorized undersigned counsel to file this Motion on August 30,

26 2010, at 11:40 a.m.

27         Assistant United States Attorney Frederick Battista is

28 ill and will not be available on September 2, 2010, and therefore

                              1

joins in this Motion.  Taylor Fox, attorney for codefendant Ransom

Carter, has no objection to this request.

        Excludable delay under 18 U.S.C. § 3161(h)(8) is not

expected to occur as a result of this Motion or from an Order

based thereon.

     RESPECTFULLY SUBMITTED this 30th day of August, 2010.

                  PHILIP A. SEPLOW, ESQ.


              By:_____
                 Philip A. Seplow, Esq.
                 Attorney for Defendant




CERTIFICATE OF SERVICE

  X    I hereby certify that on August 30, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

       Frederick A. Battista, Esq.
       Assistant United States Attorney

       Taylor Fox, Esq.
       Attorney for codefendant Ransom Carter

_____    I hereby certify that on August 30, 2010, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

       Daniel Rigmaiden
       Reg# 10966111
       CCA
       P O Box 6300
       Florence AZ  85132-6300


              S/ Philip A. Seplow
           _____