IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,    )    Case No. CR 08-0814-PHX-DGC
                             )
            Plaintiff,       )
                             )    O R D E R
        vs.                  )
                             )
Daniel David Rigmaiden,      )
                             )
_____  )

        PURSUANT TO Defendant's Motion to Continue Status
Hearing, the government joining in said Motion, codefendant Ransom
Carter having no objection, and good cause shown,

        IT IS HEREBY ORDERED continuing the status hearing in
the above-entitled case from the 2nd day of September, 2010, to the
_____day of _____, 2010, at _____ _____.m.

        EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is
found to commence on the ____ day of _____, 2010, for a
period of _____ days.