1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona

3  JAMES R. KNAPP
   Assistant U.S. Attorney
   Two Renaissance Square
4  40 N. Central Avenue, Suite 1200
   Phoenix, Arizona 85004-4408
   Arizona State Bar No. 021166
5  Telephone (602) 514-7500
   james.knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR 08-0814-PHX-DGC |
|---|---|
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| Daniel David Rigmaiden, | |
| Ransom Marion Carter III, | |
| Defendants. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney James R. Knapp is associated as co-counsel for the United States.

Respectfully submitted this 1st day of September, 2010.

    DENNIS K. BURKE
    United States Attorney
    District of Arizona

    *s/ James Knapp*

    JAMES R. KNAPP
    Assistant U.S. Attorney

Certificate of Service:

I hereby certify that on 9/1/2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Phil Seplow, Taylor Fox

In addition, I mailed a copy of the attached document to:

Daniel David Rigmaiden
# 10966111
AKA: Steven Brawner
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CTR.
P.O. BOX 6300
FLORENCE, AZ 85132

*s/ James Knapp*

2