IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Daniel David Rigmaiden, et al, | Case No. CR 08-0814-PHX-DGC<br><br>O R D E R |

PURSUANT TO Defendant's Motion to Continue Status Hearing, the government joining in said Motion, co-defendant Ransom Carter having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the status hearing in the above-entitled case from September 2, 2010, to September 8, 2010, at 3:30 p.m.

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is found to commence on August 30, 2010, for a period of 5 days.

DATED this 3rd day of September, 2010.

_____
David G. Campbell
United States District Judge

1