Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ. 85132

Daniel Rigmaiden, Defendant
Pro Se

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____5,4_____
(Rule Number/Section)

✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 0 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

United States District Court
District of Arizona

United States of America,

    Plaintiff

v.

Daniel David Rigmaiden, et al.,

    Defendant

CR08-814-PHX-DGC

MOTION TO CONTINUE
STATUS HEARING

    Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the court continue the status hearing set for November 5, 2010, at 3:30pm, for a period of two months. The defendant is making this request considering he has absolutely no new information to provide the court other than what is listed in this motion. In support of this request, the defendant shows as follows:

    1. The defendant has been unable to complete his discovery motions and needs extra time. On September 24, 2010, the government provided

1

The defendant with 295 pages of additional discovery. On October 18, 2010, the ~~defendant~~ government provided the defendant with 134 pages of additional discovery. The majority of the newly provided evidence relates to the aircard locating mission. The defendant has been spending all of his time incorporating the new evidence into his discovery motions and preparing additional discovery requests for the government based off information contained in the new discovery. Taking into consideration certain ~~explanatory~~ technical information recently provided to the defendant by the government, and certain explanatory documents provided to the defendant by members of the defense, the discovery issues are now far more complex than originally anticipated when the defendant made an estimate on when his discovery motions may be complete. The defendant has already prepared roughly 25 pages of additional discovery requests for the government. The defendant has learned some of the details behind the government's "sensitive investigative techniques" and now his discovery requests are highly technical and complex. The defendant expects to prepare roughly 25 additional pages ^(for a total of 50 pages) of discovery requests for the government based off the September 24 and October 18 sets of discovery provided to the defendant by the government. The defendant cannot finish his discovery motions until the government is finished providing evidence to the defendant relating to the aircard locating mission.

2. CCA-CADC has shut down its Law Library and, in the alternative, now provides each housing unit with a "Kiosk" computer having LexisNexis "Books" system installed. Each unit is provided with a

typewriter but the defendant does not have an area with a table where he can go through his case documents and use a typewriter to type his non substantive motions. The defendant's only option is to sit in a chair in a busy hallway with a typewriter in his lap. while holding a source document in one hand and then typing one handed with the other hand. The defendant also has to deal with detainees approaching him every 10 minutes to ask questions such as "what's good for a conspiracy?" or "when is the 65% law going to kick in?" The defendant cannot type under the above noted conditions and it is actually easier and faster for him to hand write motions. This situation is delaying defense preparation (e.g., discovery motions) in light of No. 3 below.

3.  The defendant's private investigation from is aggravated because they have not been paid by the court. The defendant is unable to get a straight answer but he suspects that the delay in payment is due to "people" (other than the defendant) filling out invoices and/or vouchers incorrectly and then forgetting to submit them ~~to~~ the CJA voucher review unit for many months. Due to lack of payment the defendant's private investigator sporadically and randomly decides to stop assisting the defendant without warning --for weeks at a time-- until something causes him to change his mind, at least for awhile. This situation is delaying defense preparation considering the defendant's needs to type motions letters, etc. on a laptop computer brought to him by his private investigator at legal visits.

3

4.  Members of the defendant's court appointed defense team are having difficulty dealing with the complexities of the case and of the defendant's defense. For example, the entire concept of a "non registered signatory" (Electronic Case Filing Procedures) has been very difficult for them to grasp. The process of having to print out the "signature page" of the defendant's motion, having the defendant sign it, & scanning the hard copy "signature page", and then providing that scan to the defendant so that he can insert it into his digitally created motion is an extremely complicated process for members of the defense. All the defendant can do is to continue to explain the process to the defense members until they understand. The defendant has already been waiting 8 days for a single motion to be prepared for filing. The defendant suspects it will take at least 2 more weeks to explain to defense members the process of filing digital motions by a "non registered signatory."

5.  There is no reason to have a status conference considering the defendant has no new information for the court. The CCA-CADC transport process is very oppressive, bordering on torture, and it causes the defendant to ~~xxxxxx~~ want to give up on his case and plead guilty just so that he does not have to be transported to court. Considering the discovery issues will take much longer to resolve before anything can be filed with the court, there is no reason to have

4

the defendant ~~tortured~~ subjected to oppressive court transport procedures. The defendant is not alone in his opinion. Attached as EXHIBIT 01 is a Declaration Under Penalty Of Perjury titled

"CCA-CADC Conditions of Confinement: Court Transport Procedures Deter Detainees From Fighting Their Cases" Signed by 25 CCA-CADC detainees. Note: there were literally hundreds of detainees in line to sign the attached declaration, however, a lack of time and resources, and the fact that there were numerous other declarations covering many other issues in detail ( such as dangerously overcrowded holding cells on court appearance/transport days at CCA-CADC and lack of hot water at CCA-CADC, people living inside plastic tubs on the concrete floor, etc. etc. etc.) resulted in only obtaining 25 signatures for the attached declaration.

6. Considering the defendant's case manager, Peter Gammill, does not make copies, or do much of anything, the defendant is unable to serve this motion on all other relevant parties. The defendant does not even have a copy for himself. The defendant respectfully requests that this motion be served on all relevant parties by the court.

LRcrim 12.2(a) requires the undersigned to include the following statement: "Excludable delay under 18 USC § 161(h)(1)(D) will occur as a result

of this motion or of an order based thereon.—

Respectfully submitted; October 26, 2010

Daniel Rigmaiden

Daniel David Rigmaiden
Defendant Pro Se

Certificate of Service

Mailed to clerk on October 26, 2010 at 10:00pm
via CCA-CADC inmate mail, first class.

Served on no other parties.

By: David Rigmaiden

6

Exhibit  01

## DECLARATION UNDER PENALTY OF PERJURY

### RE: CCA-CADC Conditions Of Confinement: Court Transport Procedures Deter Detainees From Fighting Their Cases;

1.   I hereby declare the following: I am currently detained as a federal pretrial detainee at Corrections Corporation of America, Central Arizona Detention Center (CCA-CADC): 1155 North Pinal Parkway, Florence, AZ 85132. I am making this declaration upon my own true knowledge and of my own free will. If called upon to testify, I would testify as set forth in this declaration.

2.   At least one time while in the custody of CCA-CADC, I have been transported from CCA-CADC to either the Phoenix or Tucson federal Courthouse for a Court appearance and then back to CCA-CADC. On my Court appearance date, CCA-CADC staff subjected me to the following oppressive Court transport procedures:

A) I was instructed to begin getting ready for Court at approximately 11:30pm, the day prior to my Court appearance date, and was moved out of my housing pod at approximately 1:30am for Court transport preparation. Due to this procedure, I was deprived of an entire night's sleep prior to appearing before the Judge.

B) I was placed into excessive restraints, i.e., a lock box over my handcuffs with my arms in a painful position, for a combined amount of time equalling at least 4 hours. The excessive restraints caused me pain and bruising.

C) I was subjected to a group strip search in a small holding cell allowing for less than 12" (inches) between each naked body and while in view of video surveillance cameras.

D) I was deprived of a nutritionally adequate lunch while at

Page # ___ of ___

either the Phoenix or Tucson federal Courthouse. I was only given 4 pieces of "Wonder Bread" style white bread, 2 slices of bologna, 6 "Oreo" style cookies, and 4 ounces of orange juice.

3.   All of the above oppressive Court transport procedures were administered by CCA-CADC staff members.

4.   My desire to avoid the oppressive CCA-CADC Court transport procedures listed above weighed heavily on my decision, or will weigh heavily on my decision, to give up on my defense and accept a deal on a guilty plea for my federal criminal case of which I am currently being detained. I know that the sooner my case is concluded, the sooner I will no longer be required to appear in Court and be subjected to CCA-CADC's oppressive Court transport procedures.

5.   This "Declaration Under Penalty Of Perjury" was composed for Daniel Rigmaiden and I authorize him to use it, or a copy thereof, for any and all purposes that he so chooses.

6.   I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. See 28 U.S.C. § 1746 ("Wherever... any matter is required or permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing of the person making the same [], such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration..., in writing of such person which is subscribed by him, as true under penalty of perjury, and

dated..."); 18 U.S.C. § 1621 ("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both....").

7. Each CCA-CADC detainee who signs below is adopting and subscribing to this declaration as his own truthful statement made under penalty of perjury. All declarant signatures were made in Florence, Arizona, United States of America on the dates indicated. [Declarant signatures and relevant information on following page(s).]

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## DECLARANT SIGNATURES

[1] Brief Description Of Declaration: *Peter Fighting Case*
Date: 9/15/2010   Signature: *Guadalupe Gonzalez*   Age: 52
Printed Name & U.S. Marshal #: *Guadalupe Gonzalez #26697177*
CCA-CADC Housing Unit & Pod: *C-500*   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: *J. Beltran #95239208*

[2] Brief Description Of Declaration: *Peter Fighting Case*
Date: 9-15-10   Signature: *Evelio padilla Ortiz*   Age: 46
Printed Name & U.S. Marshal #: *Evelio padillo Ortiz   88252208*
CCA-CADC Housing Unit & Pod: *500 C*   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: *J. Beltran #95239208*

[3] Brief Description Of Declaration: *Peter Fighting Case*
Date: 9  15  10   Signature: *Jenaro Contreras Garcia*   Age: 39
Printed Name & U.S. Marshal #: *Jenaro Contreras Garcia #1852308*
CCA-CADC Housing Unit & Pod: *500 C*   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[4] Brief Description Of Declaration: *Peter Fighting case*
Date: 9/15/10   Signature: _____   Age: 25
Printed Name & U.S. Marshal #: *Ramone John Leyva #18741·208*
CCA-CADC Housing Unit & Pod: *500 C*   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[5] Brief Description Of Declaration: *Peter Fighting Case*
Date: 9/16/10   Signature: *Carlos Sandoval*   Age: 32
Printed Name & U.S. Marshal #: *Carlos Sandoval #19069008*
CCA-CADC Housing Unit & Pod: *500 - C*   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: *J. Beltran #95239208*

///
///

Page # 4 of 8

## DECLARANT SIGNATURES

[✗] Brief Description Of Declaration: Voter Fighting case
Date: 9/16/19 _____ Signature: Valorgez Jesus _____ Age: 25
Printed Name & U.S. Marshal #: Jesus Manuel Valazacan 14256308
CCA-CADC Housing Unit & Pod: 500 C _____ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G.Beltran #96239208

[✗] Brief Description Of Declaration: Voter Fighting Case
Date: 9/16/10 _____ Signature: Jean Pineda _____ Age: 49
Printed Name & U.S. Marshal #: Gutierrez Pineda Juan 28490208
CCA-CADC Housing Unit & Pod: 500 C _____ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant:

[✗] Brief Description Of Declaration: Voter Fighting Case
Date: 9/18/10 _____ Signature: Delfino Gom H _____ Age: 41
Printed Name & U.S. Marshal #: Delfino Gomez H # 60734198
CCA-CADC Housing Unit & Pod: C-500 _____ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant:

[✗] Brief Description Of Declaration: Voter Fighting Case
Date: 9/18/2010 _____ Signature: Rafael Bojorquez A. _____ Age: 39
Printed Name & U.S. Marshal #: Rafael Bojorquez A. # 92813208
CCA-CADC Housing Unit & Pod: C-500 _____ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G.Beltran 95239208

[✗] Brief Description Of Declaration: Voter Fighting Case
Date: 9/18/10 _____ Signature: Jose mas Vargs _____ Age: 64
Printed Name & U.S. Marshal #: JOSE MERAS VARGAS 90178208
CCA-CADC Housing Unit & Pod: 500-C _____ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G.Beltran #95239208

///
///

Page # 5 of 8

## DECLARANT SIGNATURES

**[11]** Brief Description Of Declaration: _Deter fighting case_
Date: _9/18/10_        Signature: _Jesus Zamudio_ Age: _70_
Printed Name & U.S. Marshal #: _Jesus Zam.llo   96775208_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _J. Beltran #95239208_

**[12]** Brief Description Of Declaration: _Deter fighting case_
Date: _9/18/10_        Signature: _Ago_            Age: _33_
Printed Name & U.S. Marshal #: _Antonio Osado  96869208_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _J. Beltran #95239208_

**[13]** Brief Description Of Declaration: _Deter fighting case_
Date: _9/19/10_        Signature: _Jaime Beltran Jimenez_ Age: _37_
Printed Name & U.S. Marshal #: _Jaime Beltran Jimenez  #95239208_
CCA-CADC Housing Unit & Pod: _500-C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

**[14]** Brief Description Of Declaration: _Deter fighting case_
Date: _9-19-10_        Signature: _Ponce Mario_          Age: _35_
Printed Name & U.S. Marshal #: _Mario Ponce #21400359_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

**[15]** Brief Description Of Declaration: _Deter fighting case_
Date: _9/19/10_        Signature: _Beltran Rondon Juan m_ Age: _41_
Printed Name & U.S. Marshal #: _Juan m Beltran R 5820008_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _J. Beltran #95239208_

///
///

Page # _6_ of _8_

## DECLARANT SIGNATURES

[16.] Brief Description Of Declaration: _Deter Fighting Case_
Date: _9/19/10_     Signature: _Geman Guzman_     Age: _27_
Printed Name & U.S. Marshal #: _Gealaen Guzman Guzman #89151208_
CCA-CADC Housing Unit & Pod: _500c_     If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _J. Beltran #95239208_

[17.] Brief Description Of Declaration: _Deter fighting case_
Date: _9/19/10_     Signature: _Jose Medina_     Age: _25_
Printed Name & U.S. Marshal #: _Jose Medina Soto      #81299218_
CCA-CADC Housing Unit & Pod: _500c_     If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[18.] Brief Description Of Declaration: _Deter Fighting Case_
Date: _9/19/10_     Signature: _____     Age: _39_
Printed Name & U.S. Marshal #: _Vasquez Hernandez Juan #6228208_
CCA-CADC Housing Unit & Pod: _500 C_     If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _J. Beltran #95239208_

[19.] Brief Description Of Declaration: _Deter Fighting Case_
Date: _9/19/10_     Signature: _____     Age: _53_
Printed Name & U.S. Marshal #: _Vincent Ortiz #64845208_
CCA-CADC Housing Unit & Pod: _500 C_     If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[20.] Brief Description Of Declaration: _Deter Fighting Case_
Date: _09/19/10_     Signature: _David Valenzuela_  Age: _32_
Printed Name & U.S. Marshal #: _David Valenzuela  #0861043_
CCA-CADC Housing Unit & Pod: _500 C_     If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _J. Beltran #95239208_

///

///

Page # _7_ of _8_

## DECLARANT SIGNATURES

**[21]** Brief Description Of Declaration: _After fighting case_

Date: _9/19/10_   Signature: _CABRERA ZAVALA ALBERTO_   Age: _36_

Printed Name & U.S. Marshal #: _CABRERA ZAVALA ALBERTO 39575-008_

CCA-CADC Housing Unit & Pod: _500-C_   If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _J. Beltran #95239208_

**[22]** Brief Description Of Declaration: _After fighting case_

Date: _9/19/10_   Signature: _Julio_   Age: _21_

Printed Name & U.S. Marshal #: _Julio Zurate Baspar 55119208_

CCA-CADC Housing Unit & Pod: _500-C_ — If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _____

**[23]** Brief Description Of Declaration: _After fighting case_

Date: _9/19/10_   Signature: _Sergio Gil Poky_   Age: _36_

Printed Name & U.S. Marshal #: _Sergio Gil Poky 38868068_

CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _J. Beltran #95239208_

**[24]** Brief Description Of Declaration: _After fighting case_

Date: _9/19/10_   Signature: _Dilmer Espinoza_   Age: _23_

Printed Name & U.S. Marshal #: _Dilmer Espinoza 8867008_

CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _J. Beltran #95239208_

**[25]** Brief Description Of Declaration: _After fighting case_

Date: _9-19-10_   Signature: _Efrain Herrera Avila_ Age: _43_

Printed Name & U.S. Marshal #: _Efrain Herrera Avila 97315208_

CCA-CADC Housing Unit & Pod: _500.C_   If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _J. Beltran #95239208_

///

///

Page # _8_ of _8_