1 | **Philip A. Seplow, Esq.**
**Attorney #004859**
2 | **2000 North 7th Street**
**Phoenix, AZ  85006**
3 | **(602) 254-8817**

4 |

5 | **Shadow Counsel for Defendant**

6 | IN THE UNITED STATES DISTRICT COURT

7 | DISTRICT OF ARIZONA

8 | United States of America,   )   Case No. CR 08-0814-PHX-DGC
                               )
9 |                Plaintiff,   )
                               )   MOTION TO CONTINUE TRIAL
10 |          vs.                )
                               )
11 | Daniel David Rigmaiden,     )
                               )
12 |                Defendant.   )
    _____    )
13 |

14 | COMES NOW the Defendant, Daniel David Rigmaiden, by and

15 | through his undersigned shadow counsel, and respectfully moves to

16 | continue the trial in this matter presently set for the 14th day of

17 | December, 2010, for at least sixty (60) days. Defendant is in the

18 | process of preparing a 50-page (approximate) discovery letter

19 | detailing specific discovery required in order for Defendant to

20 | prepare and file pretrial motions.  Defendant requires time to

21 | complete the letter and the government will require time to

22 | respond and/or comply with the requests.  Once the government

23 | provides the requested discovery, Defendant will require a

24 | sufficient amount of time to prepare and file his pretrial

25 | motions.

26 | For the reasons stated above, it is also requested that

27 | the Court extend the deadline for filing pretrial motions an

28 | equivalent amount of time.

1

1    Failure to grant the requested continuance would deny

2 the Defendant the reasonable time necessary for effective

3 preparation, taking into account the exercise of due diligence (18

4 U.S.C. § 3161(h)(8)(B)(iv)).

5    Assistant United States Attorney Frederick Battista has

6 no objection to this request.  Codefendant Marion Carter has no

7 objection to this request.

8    This Motion is filed pursuant to Defendant's request and

9 with his authorization.

10    Excludable delay under 18 U.S.C. § 3161(h)(8) will occur

11 as a result of this Motion or from an Order based thereon.

12    RESPECTFULLY SUBMITTED this 10th day of November, 2010.

13                     PHILIP A. SEPLOW, ESQ.

14

15                     By: s/Philip A. Seplow
                          Philip A. Seplow, Esq.
16                        Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

2

1

CERTIFICATE OF SERVICE

2    __X__  I hereby certify that on November 10, 2010, I electronically transmitted the attached document to the Clerk's Office using the
3    CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4
            Frederick Battista, Esq.
5           Assistant United States Attorney

6           Taylor William Fox
            Attorney for codefendant Carter
7
     __X__  I hereby certify that on November 10, 2010, I served the
8    attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

9
            Daniel Rigmaiden
10          Reg# 10966111
            CCA
11          P O Box 6300
            Florence AZ  85132-6300
12          Defendant *pro se*

13                              __S/ Philip A. Seplow__

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3