```
                    IN THE UNITED STATES DISTRICT COURT

                            DISTRICT OF ARIZONA

United States of America,    )    Case No. CR 08-0814-PHX-DGC
                             )
            Plaintiff,       )
                             )    O R D E R
      vs.                    )
                             )
Daniel David Rigmaiden,      )
                             )
_____)
```

PURSUANT TO Defendant's Motion to Continue Trial, the government and codefendant having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 14th day of December, 2010, to the _____day of _____, 20_____, at _____ a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny *pro se* Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing

1

1  pretrial motions to the _____ day of _____, 20_____.
2           EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is
3  found to commence on the ____ day of _____, 200____, for a
4  period of _____ days.