# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,                     ) | CR-08-814-01 PHX-DGC |
| Plaintiff,                     ) | **ORDER** |
| vs.                     ) | |
| Daniel David Rigmaiden (1),                     ) | |
| Defendant.                     ) | |

The Court held a status conference on November 9, 2010. The government and Defendant Carter were represented by counsel. Defendant Rigmaiden represented himself, with shadow counsel present.

The participants discussed the current status of this litigation. Mr. Rigmaiden stated that he is in the process of crafting an additional discovery request. He said the request is largely completed, but that he must obtain access to his investigator's computer before it can actually be mailed to the government. The Court urged Defendant to send the request as soon as possible. Counsel for the government stated he should be able to obtain a response to the request within a week of receiving it. In light of these facts, the Court set another status conference for **December 14, 2010 at 3:00 p.m.** The Court anticipates that Defendant will have a response to his discovery request at that time and should have been able to file the two discovery motions that have been addressed in previous orders. *See* Doc. 335.

The Court stated that it will grant a request from Defendant Rigmaiden to continue the trial date 60 days by separate order. The Court intends to move forward with a prompt ruling on Defendant's discovery motions so that Defendant's anticipated motion to suppress may be resolved in the relatively near future.

   The Court is conscious of the fact that this case has been pending, and Defendant has been in custody, for more than two years. Although the Court understands Defendant's need to obtain information necessary for his motion to suppress, the Court intends to set reasonably prompt deadlines so that this case may be brought to a conclusion. Those deadlines will be discussed at the status conference on **December 14, 2010 at 3:00 p.m.**

   DATED this 10th day of November, 2010.

_____
David G. Campbell
United States District Judge