IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) Case No. CR 08-0814-PHX-DGC |
| Plaintiff, | )<br>) O R D E R |
| vs. | ) |
| Daniel David Rigmaiden, et al, | ) |
| Defendant. | ) |

PURSUANT TO Defendant's Motion to Continue Trial, the government and co-defendant having no objection, and good cause shown,

IT IS HEREBY ORDERED granting the Motion to Continue trial and continuing the trial in the above-entitled case from December 14, 2010, to February 8, 2011 at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny *pro se* Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

1    IT IS FURTHER ORDERED extending the deadline for filing

2  pretrial motions to January 14, 2011.

3    EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is

4  found to commence on December 15, 2010, for a period of 56 days.

5    DATED this 18th day of November, 2010.

_____
David G. Campbell
United States District Judge