# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-814-01 PHX-DGC |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | **(Ex parte)** |
| Daniel David Rigmaiden (01), ) | |
| Defendant. ) | |

For good cause established during the status conference held on January 6, 2011,

**IT IS ORDERED** that the United States Marshal is directed to authorize up to $100 for Defendant Daniel Rigmaiden to receive eye glasses from Correction Corporation of America.

DATED this 7th day of January, 2011.

_____
David G. Campbell
United States District Judge

cc: DFT - Rigmaiden, Seplow, USMS