| AO 435 (Rev. 10/05) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| *Read Instructions on Back:* | **TRANSCRIPT ORDER** | **DUE DATE:** |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| | | |

| 4. FIRM NAME |
|---|
| |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. | 15. STATE |

16. ORDER FOR
　　APPEAL　　　　　　　　　CRIMINAL　　　　　　　　　　CRIMINAL JUSTICE ACT　　　　BANKRUPTCY
　　NON-APPEAL　　　　　　　CIVIL　　　　　　　　　　　　IN FORMA PAUPERIS　　　　　　OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | | | NO. OF COPIES | PAPER COPY | |
| EXPEDITED | | | NO. OF COPIES | ELECTRONIC COPY:　DISK　E-MAIL | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | | | NO. OF COPIES | E-MAIL ADDRESS | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 19. SIGNATURE | PROCESSED BY | PHONE NUMBER |
| 20. DATE | | |

| TRANSCRIPT TO BE PREPARED BY | | | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**　　COURT COPY　　TRANSCRIPTION COPY　　ORDER RECEIPT　　ORDER COPY