1 Daniel Rigmaiden
Agency # 10966111
2 CCA-CADC
PO Box 6300
3 Florence, AZ 85132
Telephone: none
4 Email: none

5 Daniel David Rigmaiden
Pro Se, Defendant
6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF ARIZONA

9

10 United states of America,

11     Plaintiff,

12 v.

13 Daniel David Rigmaiden, et al.,

14     Defendant.

No. CR08-814-PHX-DGC

MOTION TO CONTINUE TRIAL

15

16     Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this
17 *Motion To Continue Trial.*  Through this motion, the defendant requests that the Court
18 continue the trial in this matter presently set for February 8, 2011, for ninety (90) days for the
19 following reasons:
20     As discussed at the January 6, 2011 status conference, there is certain discovery
21 pertaining to the government's aircard locating mission that the USAO is still collecting and
22 of which the defendant still needs to review.  The defendant's December 3, 2010 discovery
23 request letter addresses many new discovery issues that were previously unknown to the
24 defendant prior to the end of September, 2010.  The government is in the process of
25 preparing a response to this letter and has noted that the discovery requests are highly
26 detailed and complex.  The defendant needs substantial additional time to incorporate any
27 newly provided evidence into his motion to compel discovery and motion to suppress
28 evidence.  The defendant also needs additional time to determine if other pretrial motions

*MOTION TO CONTINUE TRIAL*
*CR08-814-PHX-DGC*

- 1 -

might be applicable.

The defendant has not viewed any of the data on the seized storage devices. The defendant needs additional time to work with the defense and the government in order to gain access to the seized storage devices. The defendant still needs to have the hard drives and computer prepared in accordance with the government's instructions. There has been a delay due to the defendant being unable to contact the expert he has found who will likely take on the task. The defendant is still waiting to gain effective use of a phone at CCA-CADC to call his expert.

Thus, additional time is necessary to accomplish the above in order to be properly prepared for trial. For the reasons stated above, it is also requested that the Court extend the deadline for filing pretrial motions an equivalent amount of time. Failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)).

Taylor Fox, defense counsel for defendant Ransom Carter, does not object to this motion and the government made comments during the January 6, 2011 status conference indicating that it does not object to the defendant requesting additional time to prepare his defense.

The defendant is appearing *pro se* and has never attended law school. The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

Based on the facts, points, and authorities set forth herein, the defendant respectfully requests that this motion be granted.

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion of of an order based thereon."

///

*MOTION TO CONTINUE TRIAL*
*CR08-814-PHX-DGC*

| | |
|---|---|
| 1 | Respectfully Submitted: January 13, 2011 |
| 2 | |
| 3 | DANIEL DAVID RIGMAIDEN |
| 4 | |
| 5 | *Daniel Rigmaiden* |
| | Daniel David Rigmaiden |
| 6 | Pro Se Defendant |
| | (Signature of non-registered signatory; *See* ECF Proc. II(C)(2) and (4)) |
| 7 | |
| 8 | /// |
| 9 | /// |
| 10 | /// |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

*MOTION TO CONTINUE TRIAL*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:

I caused the attached document and all attachments thereto to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004


By: s/ Daniel Colmerauer
(Authorize agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION TO CONTINUE TRIAL*
*CR08-814-PHX-DGC*

- 4 -