# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United states of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to the defendant's *Motion To Continue Trial* requesting that the Court continue the trial for ninety (90) days.

There being no objection by counsel for defendant Ransom Carter and no objection by the government, and good cause being shown, the Court finds that failure to continue the proceedings in this case would deny the *pro se* defendant the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)).  The ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT THEREFORE ORDERS that the trial in the above captioned case be continued from February 8, 2011, to _____ at _____.

THE COURT FURTHER ORDERS extending the deadline for filing pretrial motions to _____ at _____.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the

- 1 -

1     \_\_\_\_\_ day of _____, 20\_\_\_\_, for a total of \_\_\_\_ days.

2         DATED this \_\_\_\_ day of _____, 20\_\_\_\_.

3

4                         ***End Proposed Order***

5

6 **[This proposed order was originally created as a .odt file using Sun Microsystems**

7 **OpenOffice.org v. 3.0.1 (the only office software available to the defendant) and**

8 **was automatically converted into Microsoft Office 97/2000/XP .doc format so**

9 **that digital copies can be provided to the Court in compliance with ECF Proc.**

10 **II(G)(1)(c) or for convenience purposes while in compliance with ECF Proc. II(J).**

11 **While all text content is identical, the converted .doc file may have lost some**

12 **formatting when compared to the PDF version created from the original .odt**

13 **file.]**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28