**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO VACATE STATUS HEARING |
| vs. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    COMES NOW the Defendant, *pro se*, and respectfully requests that in the event the Court grants his Motion to Continue Trial (set for February 8, 2011) the Court also enter an order vacating the status hearing presently set for January 24, 2011, at 1:30 p.m.  This Motion is being filed by court-appointed Shadow Counsel for the Defendant at Defendant's request.

    Excludable delay under 18 U.S.C. § 3161(h)(8) may occur as a result of this Motion or from an Order based thereon.

    RESPECTFULLY SUBMITTED this 21st day of January, 2011.

    PHILIP A. SEPLOW, ESQ.


    By: s/Philip A. Seplow
        Philip A. Seplow, Esq.
        Shadow Counsel for Defendant

1

# CERTIFICATE OF SERVICE

__X__  I hereby certify that on January 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick A. Battista, Esq.
    Assistant United States Attorney

    Peter Sexton, Esq.
    Assistant United States Attorney

    Taylor Fox, Esq.
    Attorney for codefendant Carter

__X__  I hereby certify that on January 21, 2011, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel David Rigmaiden
    Defendant *pro se*

                                        S/ Philip A. Seplow