IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>　　　　Plaintiff, )<br>) <br>　　vs. )<br>)<br>Daniel David Rigmaiden, )<br>)<br>_____ ) | Case No. CR 08-0814-PHX-DGC<br><br>O R D E R |

　　　　PURSUANT TO Defendant's Motion to Vacate Status Hearing and good cause shown,

　　　　IT IS HEREBY ORDERED vacating the Status Hearing set for January 24, 2011, at 1:30 p.m.

　　　　EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is found to commence on the ____ day of _____, 200____, for a period of _____ days.

　　　　DATED THIS _____ day of _____, 2011.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable David G. Campbell
　　　　　　　　　　　　　　　　　　United States District Judge

1