IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     vs.<br><br>Daniel David Rigmaiden, et al, | Case No. CR 08-0814-PHX-DGC<br><br>O R D E R |

This matter is before the Court pursuant to the defendant's Motion To Continue Trial requesting that the Court continue the trial for ninety (90) days.

There being no objection by counsel for defendant Ransom Carter and no objection by the government, and good cause being shown, the Court finds that failure to continue the proceedings in this case would deny the *pro se* defendant the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). The ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT THEREFORE ORDERS that the trial in the above captioned case be continued from February 8, 2011, to May 10, 2011 at 9:00 a.m.

THE COURT FURTHER ORDERS extending the deadline for filing pretrial motions to April 15, 2011.

IT IS FURTHER ORDERED granting Defendant's Motion to Vacate Status Hearing (doc. 434) and vacating status hearing set for January 24, 2011.

Excludable delay under 18 U.S.C. § 3161(h)(7)(A) is found to commence on February 9, 2011, for a total of 91 days.

DATED this 21st day of January, 2011.

_____
David G. Campbell
United States District Judge