DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Daniel David Rigmaiden, et al.,<br><br>          Defendants. | CR 08-814-PHX-DGC<br><br>**SUBMISSION OF MATERIALS RELATED TO SEARCH WARRANT NO. 08-70460, AUTHORIZED BY MAGISTRATE JUDGE PATRICIA V. TRUMBULL, NORTHERN DISTRICT OF CALIFORNIA, ON JULY 30, 2008** |

The United States, by and through its attorneys undersigned, respectfully submits for the Court's consideration, and to supplement the record in this District, the Search Warrant Application, Search Warrant and Search Warrant Return, with respect to Search Warrant No. 08-70460, authorized by Magistrate Judge Patricia V. Trumbull, Northern District of California, on July 30, 2008; executed on August 3, 2008 and returned on August 3, 2008 (Attachments A-C). These documents are not under seal and have been provided to all defendants in the course of the discovery process.

It is not expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this submission.

Respectfully submitted this 11th day of March, 2011.

    DENNIS K. BURKE
    United States Attorney
    District of Arizona

S/Frederick A. Battista
FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of this pleading without the attachment was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

(The pleading and attachment were also sent to the above-noted shadow counsel on CD for Defendant Rigmaiden)

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2