# ATTACHMENT  A

# UNITED STATES DISTRICT COURT

## *Northern District of California*

# In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

*AMENDED*

**SEARCH WARRANT**

Residence of Steven Travis Brawner
431 El Camino Real, Apartment No. 1122
Santa Clara, California 95050

SEALED BY ORDER
OF THE COURT

Case Number:

**08-70460** ᴴᴾᴸ

TO: Internal Revenue Service -- Criminal Investigation Special Agent Michael P. Fleischmann and any Authorized Officer of the Internal Revenue Service -- Criminal Investigation. An affidavit having been made before me by affiant, Internal Revenue Service -- Criminal Investigation Special Agent Michael P. Fleischmann, who has reason to believe that on the premises known as:

**SEE ATTACHMENT A -- LOCATION TO BE SEARCHED.**

in the Northern District of California, there is now concealed property namely:

**SEE ATTACHMENT B -- ITEMS AND PERSON TO BE SEIZED**

which is property that constitutes evidence of criminal offenses, or property designed or intended for use, or used as a means to commit criminal offenses, or a person to be arrested (that is, Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stewart), in violation of 18 U.S.C. § 286, Conspiracy to Defraud the Government; 18 U.S.C. § 287, False, Fictitious or Fraudulent Claims;18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028, Identity Fraud; 18 U.S.C. § 1028A, Aggravated Identify Theft; 18 U.S.C. § 1029, Fraud with Access Devices; 18 U.S.C. § 1030, Computer Abuse and Fraud; 18 U.S.C. § 1341, Mail Fraud; and 18 U.S.C. § 1343, Wire Fraud.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is now concealed within the location so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____8/11/08_____
                                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search **at any time** and if the property or person be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Patricia V. Trumbull as required by law.

_July 30, 2008  2:30pm_    at    _San Jose, CA_
Date and Time Issued                               City and State

PATRICIA V. TRUMBULL                          _Patricia V. Trumbull_
United States Magistrate Judge                  Signature of Judicial Officer

**I hereby specifically authorize the execution of a "No-Knock" and night-time search warrant on the subject premises based upon the information provided in Paragraphs 125 and 126 of the sealed affidavit.**

_Patricia V. Trumbull_                          _7/30/08_
PATRICIA V. TRUMBULL                          Date
United States Magistrate Judge

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____

U.S. JUDGE OR MAGISTRATE JUDGE
DATE _____

ATTACHMENT A – LOCATION TO BE SEARCHED

<u>431 EL CAMINO REAL, APARTMENT 1122</u>
<u>SANTA CLARA, CALIFORNIA 95050</u>

The location to be searched is the residence and place of business of a Steven Travis Brawner.  Specifically, Apartment 1122 is located at 431 El Camino Real, Santa Clara, California 95050, within the "domicilio" apartment complex.  The apartment complex consists of a series of buildings.  Apartment 1122 is a first floor unit within the complex. Apartment 1122 is located Southeast of the Santa Clara University Baseball Stadium. The front entrance of the apartment faces the Southeast and the back porch of the unit faces the Santa Clara University Baseball Stadium to the Northwest.  The front door of the apartment is green in color and there is an orange circle on the wall, on the right of the door, bearing the number "1122."  There is only one unit assigned number 1122 in the "domicilio" apartment complex.

ATTACHMENT B – ITEMS AND PERSON TO BE SEIZED

ITEMS AND PERSON TO BE SEIZED related to Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stout, a.k.a. the "Hacker," and other unidentified individuals located at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, for possible violations of the following statutes:

> a.     18 U.S.C. § 286 – Conspiracy to Defraud the Government;
>
> b.     18 U.S.C. § 287 – False, Fictitious or Fraudulent Claims;
>
> c.     18 U.S.C. § 371 – Conspiracy;
>
> d.     18 U.S.C. § 1028 – Fraud Related to Identity Information;
>
> e.     18 U.S.C. § 1028A – Aggravated Identity Theft;
>
> f.     18 U.S.C. § 1029 – Fraud with Access Devices;
>
> g.     18 U.S.C. § 1030 – Computer Abuse and Fraud
>
> h.     18 U.S.C. § 1341 – Mail Fraud; and
>
> i.     18 U.S.C. § 1343 – Wire Fraud;

For the period January 1, 2005, through the present:

1.     All data stored within any and all computer systems, including any related electronic storage media, electronic devices capable of storing data and access devices, found within the location described in Attachment A:

a.     Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them, including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

b.    Computer software, including operating systems, application programs, disk or file encryption programs, compilers, interpreters, and any and all programs or instructions capable of interpretations by a computer and stored in the form of magnetic and/or electronic media.

c.    Records, in printed or electronic format, that contain configuration settings and/or activity logs for computer access devices, to include router and/or DSL modem configuration settings, router settings, analog modem dial up account settings, hardware firewall settings, software based firewall settings, configuration settings for any virtual private network ("VPN") device and configuration settings for any other computer network security device.

d.    Computer hardware system's date and time, operating system, file system, registry information and user's information maintained in the system to include passwords, searches, websites visited and other items that relate to the referenced violations.

e.    Cookie files, which are files that are generated by a web site when a user on a remote computer accesses it.  The cookie is sent to the user's computer and is placed in a directory on that computer, usually labeled "Internet" or "Temporary Internet Files."  The cookie includes information such as user preferences, connection information such as a time and date of use, records of user activity including files accessed or services used, or account information.  The cookie is then accessed by the web-site on subsequent visits by the user, in order to better serve the user's needs.

f.    Log files that contain records about system events and status, the identity and activities of users, and anomalous or unauthorized computer usage.  Names for various log files including: user logs, access logs, audit logs, transactional logs, and apache logs.  Logs can also maintain records regarding the identification of users on a network, as well as Internet sites accessed by the computer.

g.    Computer-related documentation which may consist of written, recorded, printed, or electronically stored material which explains or illustrates how the hardware, software, or other related items are operated, configured or used.

For the purpose of searching for items 2-19 below:

2.    Documents, paper or electronic, identifying the true identity of "the Hacker", for example: Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, passports, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, and wire transfer records;

3.     Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information;

4.     Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts;

5.     Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

6.     Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

7.     Records or correspondence in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, and/or "botnets" including websites, books, manuals, how-to instructions, etc.

8.     Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect;

9.     Receipts or correspondence in handwritten, printed, optical or electronic format for any money order, bank draft, counter check, or deposit to a prepaid debit card;

10.     Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards;

11.     Records or correspondence in handwritten, printed, optical or electronic format detailing telephone and/or voice communications, whether through the public switched telephone network ("PSTN"), cellular or voice over IP ("VOIP"), to include "call logs" contained within software applications capable of initiating or receiving voice communications, for example: Skype, Google Talk, Free World Dialup, Asterisk PBX, etc.;

12.     Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations;

13.     Equipment and materials used to make debit cards and false identifications, including drivers' licenses.

14.     Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems;

15.     Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger;

16.     Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats;

17.     Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats;

18.     Correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, or the use of botnets or any other automated process of filing tax returns.

19. Proceeds from criminal conduct related to the subject violations of federal law including, the 680 $100.00 dollar bills bearing the following serial numbers:

Serial Numbers for $100.00 bills received by the "Hacker" on May 7, 2008:

| | | |
|---|---|---|
| DB18385960A | AC37689779A | DF06816937B |
| BB87587823A | DB06939338B | BH11046992A |
| FB94243279C | AK87165909A | AB21947210P |
| BI47337633A | DG19239879A | AF94764058A |
| FL28041437B | AB19885770Q | DB36401664B |
| CC04358954A | DE39726353A | DL64020058A |
| FB41228293C | FH21533285A | AJ69992262A |
| AB18375943X | AA04816408B | CL04684186B |
| AB50797169W | AB95971060X | AB63907192A |
| DB35837542B | DK27869123A | AG69137888B |
| AB74859325A | DF97694831A | AB73392556L |
| BE28132032A | CB79362372F | CB42385783B |
| CB68995176D | CB06527101E | AB52958983A |
| CE04788444A | DJ28777612A | AB38927784A |
| DE04105683A | AB58003847P | AJ16085906A |
| DE75663092A | AL60805401B | AL85789848B |
| AB41979005S | DL39817264A | AB01830654J |
| FL78550263C | AB97353242R | FK34162342B |
| DB51369255B | AB05244098D | FL81068556B |
| DB24812624D | CB42369306C | FB10992881A |
| FK42534955B | DB65313632B | DF81029418A |
| AB79476233P | AB86069359R | DB13829513C |
| CB58917661C | FL87656580A | AB23661928G |
| DC36198430B | DB35579624B | AB60625954L |
| AG84655007B | AA94152774A | FF46163566A |
| BI38474323A | AB56013763K | CJ18677605A |
| AD66571239B | AE55081764A | CB48968862C |
| DL56873710A | FL30164258C | AB12973728E |
| AB19116978N | BA25588019A | AC15301316A |
| CA24434265A | DB36182855B | AC34066226A |
| AF74559710A | AG07152693B | CD13711986A |
| FL78605687C | AJ32037701A | FJ07606503A |
| AE28373618C | AA00994332B | FE80258615A |
| DL75717085A | FL14513712C | AB39492569H |
| AK26625791B | AB71359064X | AB79393849V |
| AL39220215B | FF10386374A | CH24522614A |
| DJ34119303A | AF61729719A | DE68149607A |
| AD17691552A | CB12227643A | HB09582488B |
| FG38867342A | CB75263042F | DB98183682B |
| BB35854508B | DF44005220B | CG41612278A |
| AL88025385B | AB27976737R | CB91450763A |

5

| | | |
|---|---|---|
| AB26947763U | FG20903689A | FL78809019C |
| DB09216172D | CK42878972A | AB14700021G |
| AB15730166P | AH24613009A | FI06402366A |
| DH15960993A | AJ34418184A | CB02438411E |
| AF74085026A | CL39527299A | FI06818210A |
| CB83031845A | CF82856709A | AB90220541X |
| AD47026903B | HD14657645A | AE27744175B |
| DE58699181A | FK96230362A | AB13016500D |
| AB04342828F | FK73782209A | DB01771236A |
| DB60964014B | FF02843779C | AF49981678A |
| CL74398566A | AB95930252B | AG30668968B |
| AB42489247B | AE86563990B | CL58459216A |
| FF36026850B | AL00654935C | CB77096682F |
| DB34235568C | AB33014630R | AB66203978L |
| AE11378869C | CB45753245A | AB98716553E |
| DG34993900A | AA25652722A | AB16626823J |
| FE47510993A | AF39655433A | FF31099747C |
| AG10409353A | DH00600691A | HB96358363A |
| AE00150302A | FL48362268C | DF53746022B |
| CG33441206A | CB51083679D | DB14643937A |
| AB59561303V | FL05017647B | AB49244965C |
| BI16162862A | CB89960761E | AB30955791E |
| DG59651487A | DB26422312C | FL46070690C |
| AB38270354Q | FB08046223B | FL08625253C |
| AB10351833L | AB78688779A | BI35361471A |
| BB08154871A | FF94829480B | AE68542980B |
| DB05572803C | CL17351812B | FB44380328A |
| FF14502396B | CG43196240A | HB55880293B |
| DL12723197A | FF11072353A | AA13323056A |
| AL62602684A | AB90339649S | DG54459228A |
| DF27714501A | FI06492158A | DB74171287A |
| AF36332808B | FB65348814A | AL77768855B |
| AB44412507W | FB16245473A | BI54972713A |
| AF21573462B | AG12447602C | DB25949964C |
| AG48143730B | AG65749858B | AE27170014B |
| AG31949891C | AB44619794M | HB69806264A |
| FL81193772B | AB81500422L | FG79471871A |
| AL41459497A | DL72701820A | AD63828811A |
| CK03922181A | DB32399903B | AB04058041M |
| DF26926753B | AK53090135A | BG42041064A |
| HE57638571A | AB35963121L | DB57346326B |
| CC17272540A | DG54563860A | DF94736929A |
| CL08553448A | AL28087833D | DB62354192D |

| | | |
|---|---|---|
| FB23176883B | BG49182675A | DG74157869A |
| FL91503056B | DC18233983A | DB17332500A |
| AL93001473A | DB60976456C | AB60324719N |
| AB84119259D | HB11113815D | FL99194153A |
| HD13009865A | FB74095899A | AD75060578A |
| FF10774945C | AG48697785B | AH51625366A |
| FB63150874B | AB31772798M | DF63396263A |
| FF14289525B | FL02509956B | DF63396262A |
| AL27547641D | DG02239680A | CB53257122D |
| FI06673313A | DJ30302001A | DB17096587A |
| FL44156166A | CB72424366C | HE25770873A |
| DL73195931A | AB12152167C | CB30022447D |
| DF03343331A | AB61844925T | CA03961417A |
| DB07977224A | CG04465590A | AB80057196A |
| AB43950113P | AB68868805G | CK12260622A |
| FK29471206B | CB08122059E | DB00806034D |
| FB28416404B | AE49535861C | AB86381831L |
| BB57664753B | AB86767874S | CB91554171B |
| FE57096070A | AB71508590P | AB80944683J |
| BE33802418A | CB73831654C | CB33798017E |
| CB74167446F | AB49473068G | FB18869434A |
| FL47747282A | AD13125341B | AB04032278S |
| CL93057108A | FL30889791C | FH38086330A |
| FK18598211B | FL55238022C | FB03016241B |
| DB64301239C | FK22003057B | AB00596562* |
| DC14131059A | DB08495975D | FF24739221B |
| DG16863637A | CE31328095A | AB05584441X |
| AB82644908G | CA11330389A | FB15060678A |
| AB91961854D | CB31797869B | CG49677094A |
| CL34344893B | DF60735356B | FJ35050673A |
| FH07771364A | FG03414982B | CB35964084E |
| AB54023293N | AB13815569F | DG42201914A |
| CL01309951B | AA93007953A | DF28974414A |
| DH21031575A | AB04301260D | FF94401016B |
| AK91244875A | FE32034625A | CB09003595A |
| DF04562157A | DB19832251D | BF08073621A |
| FL34041066B | AB77463877J | AL28723867A |
| DF23111548A | DB56792778B | FE11160134A |
| AB94524205N | CI02702869A | BI68442321A |
| AB94326663W | FF14561157B | FL35720480B |
| FB03675160A | AB69392246H | AL78605817D |
| AB25147837M | FF72829622A | CB34738744D |
| DB43644736C | BI33946194A | FL47807839B |

7

| | | |
|---|---|---|
| AL48364262A | AB37621723N | HB84870524C |
| AH06073244A | HE01740733A | AB79157644G |
| FD02651855A | AD05002107A | FB77961125A |
| CB48969703B | DC32207041A | FG32713615A |
| AB50696656T | AB83037271V | CB26685786D |
| FL48718098C | CB40337874C | FL88897215A |
| CJ18525081A | DB45531203A | BB31590970B |
| AE44082347A | FL63397543B | AB37023335C |
| CB84104459D | CF66361167A | AE93732088B |
| DE50427434A | AH56916430A | AG91085684A |
| FE71691982A | AB87443362A | AB89984005F |
| FE17233862A | FE49486792A | DE30751696A |
| AF73438221A | AB67285139N | DF11651337B |
| AB68187628S | CF72777238A | AB95200222P |
| AF59897388A | DB15846615B | CB84589326B |
| AD62041029B | CB27224302E | FK41979804B |
| HD13125794A | HD12844630A | CG15591056A |
| FK43033400A | AB30967090J | HB36485827B |
| AB87582473B | AB45655182P | FL25035090B |
| HD13125795A | BJ20312571A | FL69570015B |
| DL56364513A | AD46176718A | CL53564635A |
| AB27566704V | AE27313041A | AB25508686Q |
| DH07856796A | FG96092738A | AE29702171C |
| CB93490954B | AB94649447L | AL32180576D |
| AB18931681G | HE59761184A | DL76636552A |
| AB02865729S | AG86961073B | AE72335341B |
| DB72137383B | AB21768846U | FB75782104A |
| FL64397368A | HB12111959A | AK34254095B |
| CB48780189F | HB10663326A | BI20351547A |
| AC54738609A | CF14057331A | AB80233486Q |
| DG43006136A | CG09116597A | FK62250439A |
| AB81506632C | FL42313531C | CF49248494A |
| AL44558216A | DG79619537A | CG22948461A |
| DL25205924A | AF64290654B | HB60905466A |
| FK68543397B | FB17193438B | CB03963322C |
| BB04257826* | FB40054783B | AB15212026M |
| FB70076302C | DB43117403B | AL16716290A |
| DE27554281A | CL08172922B | DB10216377B |
| AB67242851J | AB64921957M | BI58403299A |
| CK33122844A | AB05206651S | HC29010164A |
| AG23392659C | FL62232169C | HE03781601A |
| FL66440149C | AI16495287A | AB22026281W |
| FL85047494A | AB23295602H | CG27127158A |

| | | |
|---|---|---|
| AB07335122B | AB68286726I | AB18283552R |
| CB42737176C | DF18004111A | FE52594469A |
| AE90669389B | AB22616197D | BI49295699A |
| DB77373061B | AE07549290C | AB54402350V |
| AK14577801B | AL42624933C | DB36123897A |
| DB49153979D | DF00467371B | DB36340212B |
| BB81046868A | AB22136987B | FB37516757C |
| DB22756065D | BI38647055A | FL48648893C |
| AB42638974D | AL48185406C | FL48648892C |
| DF23586633A | AB63396513P | CB34163213B |
| CB92269111B | CA27994545A | FF91004156B |
| AE30577644C | FF06414630C | AB98436549I |
| DF77088816A | BB29044319A | AB23093642J |
| CB74036556D | FL68669857C | AC58427096A |
| DB09248847A | FL68669858C | AE57250789B |
| DB55170018D | FB53231031C | AB15018864R |
| FF34722104A | AG81382890A | DF87708361A |
| AB10796374N | AB60210380L | AC02732247A |
| CA15255670A | FH07143936A | CL78621260A |
| FL15418342A | AL88554170A | CB40505094E |
| FF22438870B | CB23067500F | DH16959727A |
| AB49800013V | DB72614446C | CF67128828A |
| AH84894867A | AG72870614A | DB46844399A |
| DK22890100A | AB91191744R | BB46495300A |
| CB09660788D | AB06186743Y | FG49917029A |
| HD20328530A | AD21095815B | CA23597475A |
| AE98483353B | DB67046556C | CL89269579A |
| AB97371136Q | AD04858240A | AB88129963I |
| AB69785934V | AB70719156U | BE44082893A |
| AA97333929A | FL36923015C | DB80734391B |
| AB36631692R | BE22020543A | DK00900470* |
| CA26772144A | FF27080409B | DD05327835A |
| DL58183333A | FF27080450B | AA04072437B |
| HB73721689A | FF27080408B | AE98156552B |
| DL34924276A | AB15490315Q | FB83003228C |
| AB52528027I | AB06897453H | FE52098322A |
| CD01603110A | AB35304216L | FL37116831C |
| FL95113575B | CL68473188A | FB22510956D |
| FB62009149A | CK30787372A | AB46754839G |
| FL00407377* | DL81838120A | CL20079152B |
| AE7095576C | AB43771122S | BB88017775A |
| DB66262914B | CL35766459B | HB35832592C |
| DI13267407A | AG86391039A | AB49334334J |

| | | |
|---|---|---|
| CB4206132D | AB64858536Q | AB79630373F |
| DF52551867B | AB87870943X | AA47089192A |
| CF72547045A | AB73305043Q | DG15367748A |
| HH23092092A | AE36579472A | AF68755724B |
| FK20829776A | DB48830321C | DB97156327B |
| DB23193692B | DB45534866A | CH18660389A |
| AB75033529B | HB15698196B | HB67312882B |
| AL74115610B | DB36264938B | DB97126980A |
| AB23566242Y | AL88268487D | AE46296534B |
| CA02310134A | DB86345397C | CL37256839A |
| FH13420121A | CB08085867A | CF27601151A |
| AB70325038W | AB36918631X | DB52817551C |
| FE82251384A | AB80750765S | FB07394379A |
| CE41457742A | | |

20. Any additional United States currency over $1,000.
21. Gold, in any amount.
22. The person of StevenTravis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stout.



**ATTACHMENT C**

**COMPUTER SEARCH PROTOCOL**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

1.      In executing this warrant, the government must begin by ascertaining whether all or part of a search of a device or media that stores data electronically (collectively, the "device") that is authorized by this warrant reasonably can be completed at the site within a reasonable time. If the search reasonably cannot be completed on site, the government will remove the device from the site only if authorized by law because removal is (1) necessary to preserve evidence, or (2) if the item is contraband, a forfeitable instrumentality of the crime, or fruit of crime.

2.      If the government determines that a reasonable search as authorized in this warrant cannot be completed at the site within a reasonable period, the government must determine whether all or part of the authorized search can be completed by making a mirror image of, or in some other manner duplicating, the contents of the device and then completing the search of the mirror image off site (e.g., at a computer crime laboratory).

3.      The government may remove from the search location a device only if the device cannot be searched reasonably on site, or by mirror-imaging or otherwise duplicating its contents for off site examination – unless authorized by law to remove the device because (1) removing the device is necessary to preserve evidence, or (2) the device is contraband, a forfeitable instrumentality of the crime, or fruit of crime. The government also may remove from the site any related equipment (e.g., keyboards or printers) or documents (e.g., system operating or software manuals) that reasonably appear to be necessary to conduct an off-site search of a device in which data is stored electronically. The government may also remove and retain the device, equipment, or document if

1

the government determines that the information on the device is encrypted, until such reasonable time as it is determined that it does not contain any information that falls within the scope of the warrant.

4.     If the government removes a device or related equipment or documents from the place they were found in order to complete the search off-site, within ten (10) calendar days of the removal the government must file a return with a magistrate judge that identifies with particularity the removed device or related equipment or documents.

5.     The government must complete an off-site search of a device that agents removed in order to search for evidence of crime as promptly as practicable and no later than thirty (30) calendar days after the initial execution of the warrant.  Within thirty (30) calendar days after completing an off-site search of a device pursuant to this warrant, the government must return any device, as well as any related equipment or document that was removed from the site in order to complete the search, unless, under the law, the government may retain the device, equipment, or document (1) to preserve evidence, (2) because the device, equipment, or document is contraband, a forfeitable instrumentality of the crime, or fruit of crime, or (3) after reasonable efforts at decryption, the government requires additional time in order to attempt to defeat any encryption (the retention of any device, equipment or document for purposes of decryption may only occur for a period of sixty days from the date of seizure without further Order of the Court).  Within a reasonable period, not to exceed sixty calendar days after completing the authorized search of a device, the government also must use reasonable efforts to destroy – and to delete from any devices or storage media or copies that it has retained or made – copies of any data that are outside the scope of the warrant but that were copied or accessed during the search process, unless, under the law, the government may retain

2

the copies (1) to preserve evidence, or (2) because the copies are contraband, a forfeitable instrumentality of the crime, or fruit of crime. The deadlines set forth in this paragraph may be extended by court order for good cause shown.

6.    In conducting the search authorized by this warrant, whether on site or off site, the government must make all reasonable efforts to use methods and procedures that will locate and expose only those categories of files, documents, or other electronically stored information that are identified with particularity in the warrant while, to the extent reasonably practicable, minimizing exposure or examination of irrelevant, privileged, or confidential files.

7.    The terms of this warrant do not limit or displace any person's right to file a motion for return of property under Fed. R. Crim. P. 41(g). Nor does the issuance of this warrant preclude any person with any interest in any seized item from asking the government to return the item or a copy of it.

8.    The government must promptly notify the judge who authorized issuance of the search warrant (or, if that judge is unavailable, to the general duty judge) if a dispute arises about rights or interests in any seized or searched item – or any data contained in any searched or seized item – and that dispute cannot be resolved informally. The government must deliver a copy of this written notification to any person known to assert any such right or interest.

# UNITED STATES DISTRICT COURT
## *Northern District of California*

FILED

2008 AUG   S P 3 13

RICHARD W. WIEKING
U.S. DISTRICT COURT

## In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Residence of Steven Travis Brawner
431 El Camino Real, Apartment No. 1122
Santa Clara, California 95050

**SEALED BY ORDER
OF THE COURT**

## AMENDED
## SEARCH WARRANT

Case Number:
# 08-70460 HRL

TO:  Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann and any Authorized Officer of the Internal Revenue Service – Criminal Investigation. An affidavit having been made before me by affiant, Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann, who has reason to believe that on the premises known as:

### SEE ATTACHMENT A – LOCATION TO BE SEARCHED.

in the Northern District of California, there is now concealed property namely:

### SEE ATTACHMENT B – ITEMS AND PERSON TO BE SEIZED

which is property that constitutes evidence of criminal offenses, or property designed or intended for use, or used as a means to commit criminal offenses, or a person to be arrested (that is, Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stewart), in violation of 18 U.S.C. § 286, Conspiracy to Defraud the Government; 18 U.S.C. § 287, False, Fictitious or Fraudulent Claims;18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028, Identity Fraud; 18 U.S.C. § 1028A, Aggravated Identify Theft; 18 U.S.C. § 1029, Fraud with Access Devices; 18 U.S.C. § 1030, Computer Abuse and Fraud; 18 U.S.C. § 1341, Mail Fraud; and 18 U.S.C. § 1343, Wire Fraud.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is now concealed within the location so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____8/11/08_____
                                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search **at any time** and if the property or person be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Patricia V. Trumbull as required by law.

_July 30, 2008  2:30pm_          at          _San Jose, CA_
Date and Time Issued                                  City and State

PATRICIA V. TRUMBULL
United States Magistrate Judge

_Patricia V. Trumbull_
Signature of Judicial Officer

**I hereby specifically authorize the execution of a "No-Knock" and night-time search warrant on the subject premises based upon the information provided in Paragraphs 125 and 126 of the sealed affidavit.**

_Patricia V. Trumbull_          _7/30/08_
PATRICIA V. TRUMBULL                Date
United States Magistrate Judge

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| July 30, 2008 | August 3, 2008 5:20PM | At residence |

INVENTORY MADE IN THE PRESENCE OF

Robin Neuggren

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

Patricia V. Trumbull

U.S. JUDGE OR MAGISTRATE JUDGE

DATE August 5, 2008

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| Residence | 1000220515 | Monday, August 04, 2008 |
| 431 El Camino Real, #1122 | **Starting Date and Time:** | |
| Santa Clara, CA | | |
| | 08/03/2008 05:20 PM | |
| | **Ending Date and Time:** | |
| | 08/04/2008 08:00 PM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | Living Room | | |
| **Description:** | Seized Per Warrant | 2 Books Detailing Identity Theft Information | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | Living Room | | |
| **Description:** | Seized Per Warrant | CDL #D6870214 - Steven Travis Brawner, CDL #D2944729 - George Allen Miller, CDL #D2117964 - Joshua Allen French, CDL #D3105324 - Patrick Neil Stout, CDL #D2944729 - Jeffrey Allen Killian, CDL #D3720581 - Edward Larry Berner, CA ID #B8951564 - Daniel David Rigmaiden, UC Davis Student ID - Edward Berner, UC Davis Student ID - Patrick Stout, UC Davis Student ID - George Miller, Mastercard #5107-2200-4001-2333 - Steven Brawner, Visa (Only 1 Customer) #4351-9601-0060-3523, and Domicilo Parking Tag #0012 | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Location:** | Living Room Closet | **Locator Code:** | |
| **Found:** | Living Room Closet | | |
| **Description:** | Seized Per Warrant | MSR206 Magnetic Strip Card Reader/Writer - 13, Identification Form/Punch - 13, 5 Books Detailing Techniques for False Identification - 13, One Book Detailing Computer Training | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 3 |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | Living Room | | |
| **Description:** | Seized Per Warrant | Verizon Wireless Card #P/N PC5740VW | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 3 |
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | Living Room | | |
| **Description:** | Seized Per Warrant | IBM Thinkpad S/N #LV-C4398 With Mouse, Keys, Docking Station & Power Cord | |

| Control #: | 6 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Craft External Hard Drive Enclosure. | |

| Control #: | 7 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Sandisk 2.0 GB Compact Flash Card | |

| Control #: | 8 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Nokia Cingular Cell Phone "STB" Scratched On Back, Motorola ATT Cell Phone "S" Scratched On Back, Motorola Cingular Cell Phone "C" Scratched On Back, Motorola ATT Cell Phone "L" Scratched On Back, Motorola ATT Cell Phone, Motorola Charger for Model SSW-1189US, Nokia Charger, Motorola Charger for Model SSW-1189US | |

| Control #: | 9 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Cool Gear External HDD Model TBM120 | |

| Control #: | 10 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Garmin 60CS GPS Map, Windows Vista Upgrade Disks, 5 Unlabeled CDs in Cases, Seagate 250 GB Hard Drive S/N # 5QE1W2CP, Grey CD Sleeve of Assorted CDs, Dane-Elec 1 GB Hard Drive | |

| Control #: | 11 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Acer Laptop Aspire 3624WXCl S/N #LXAA6050876090F641KS00 | |

| Control #: | 12 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Image of Toshiba MK1032GA 100GB HDD External Hard Drive (USB) in XCRAFT Enclosure | |

| Control #: | 13 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | WIN RAR Archive (Partial) of "T" Drive | |

| Control #: | 14 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Image of Hitachi 100 GB HDD S/N #MPCZN7Y0J7N51L | |

| Control #: | 15 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Keyboard | |

| Control #: | 16 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | U.S. Mint Container "Green" with 25 Containers of 20 Silver Dollars each (500 total coins) | |

| Control #: | 17 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | 1 Green U.S. Mint Container with 88 Large Silver Colored Coins, 139 Large Gold Colored Coins, 29 Small Gold Colored Coins | |

| Control #: | 18 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Kitchen | Locator Code: | |
| Found: | Kitchen | | |
| Description: | Seized Per Warrant | 11 Small and 4 Large Assorted Gold Eagle Coins | |

| Control #: | 19 | Evidence Box: | 4 |
|---|---|---|---|
| Location: | Living Room Closet | Locator Code: | |
| Found: | Living Room Closet | | |
| Description: | Seized Per Warrant | Bag of Currency (Sealed in USCS Bag) | |

| Control #: | 20 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Epson Stylus Photo R1900 S/N #KBQE004967 | |

| Control #: | 21 | Evidence Box: | 5 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Epson Perfection V750 ProScanner S/N #G77W001673 | |

| Control #: | 22 | Evidence Box: | 6 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | 1 Alps printer MD-1000 S/N B28C0948H.<br>1 TAHSIN-HIC_HOP Laminator Model TCC-160 S/N 8800707.<br>Misc. Materials and Equipment Consistent with Making/Producing Identification. | |

| Control #: | 23 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | EPSON Stylus Photo 960 S/N EPVY024944 Printer Black and Miscellaneous Ink and Supplies. | |

| Control #: | 24 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Living Room | Locator Code: | |
| Found: | Living Room | | |
| Description: | Seized Per Warrant | Family Tree Maker Manual and CDs including Social Security Death Index<br>CDs for scanner software, Photoshop Elements, and Lasersoft Imaging | |

| Control #: | 25 | Evidence Box: | 3 |
|---|---|---|---|
| Location: | Living Room Closet | Locator Code: | |
| Found: | Living Room Closet | | |
| Description: | Seized Per Warrant | Sony CyberShot Camera and 2GB memory card with cords and battery charger | |

| Control #: | 26 | Evidence Box: | |
|---|---|---|---|
| Location: | | Locator Code: | |
| Found: | | | |
| Description: | | Not Used | |