**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

Phoenix Division

**CR 08 / 814 / 01 / PHX / DGC**     DATE: 3/14/11
Year   Case No.   Dft #

HON: DAVID G. CAMPBELL     Judge # 7031

USA v.   Rigmaiden, Daniel David (pro se)
         Last Name    First Name    Middle Initial
DEFENDANT: X  Present_ Not Present _ Released X Custody __Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR Patricia Lyons

U.S Atty:  Frederick Battista         Dft counsel: Philip Seplow (advisory counsel)
                                      _ AFPD  X Appt'd _ Retained

Interpreter:_    Language:_
==========================================================================
**PROCEEDINGS**:  X Open Court  _Chambers   _Other


Motion hearing held.

Harold Newton is sworn and testifies.

IT IS ORDERED granting Defendant's Motion to Seal (doc. 455) and granting Defendant's Motion for Funding for Laptop Custodian (lodged doc. 456).  IT IS ORDERED denying Defendant's motion (doc. 458) for reasons stated on the record.

Defendant's Response to Government's memorandum is due 3/29/2011.  Hearing to be set on Government's memorandum by separate order.

Ex parte discussion is held outside the presence of the government regarding pending motions.  Separate orders to be issued.

Court time: 55 mins