# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0814-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

The Court held a hearing on March 14, 2011. The Court has entered a separate order regarding Defendant's access to a laptop computer at CCA.

Defendant shall file a response to the government's recent memorandum (Doc. 465) on or before **March 29, 2011**. The Court will hold a hearing on the government's memorandum and Defendant's response on **April 14, 2011 at 2:00 p.m.** The Court will determine at that hearing whether to hold, at a later date, an *ex parte* and *in camera* hearing as suggested by the government.

Dated this 15th day of March, 2011.

David G. Campbell
United States District Judge