IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Daniel David Rigmaiden (1),<br><br>　　　　　Defendant. | No. CR08-0814-PHX-DGC<br><br>**ORDER** |

　　　　On March 14, 2011, the Court held a hearing on how to grant Defendant greater access to a laptop computer to facilitate his preparation of the defense in this case. Harold Newton, Chief of Security at CCA, appeared and testified. During the course of the hearing, Mr. Newton and others worked with the Court to identify a means of providing greater access to a laptop for Defendant. On the basis of that discussion, the Court enters the following order:

　　　　1.　　CCA will retain Defendant's laptop computer, external hard drives, CDs, DVDs, and other computer-related items for Defendant's use in the visitation area of CCA. These materials may be housed in a secure location at CCA's discretion.

　　　　2.　　The computer and related materials will be made available to Defendant in the legal visitation area during the normal operating hours of the visitation area, and may be used daily by Defendant. The intent is to provide Defendant with maximum time with the computer and related materials to prepare his defense in this case. Defendant will be permitted to work with the computer and related materials in a visitation room, under

appropriate CCA security, but without having an actual visit from his defense team.

3. Defendant will not be permitted to take the computer or related materials back to his living area at CCA. They will be available solely in the visitation area.

4. CCA's technology personnel may confirm that the laptop computer does not have the capability to connect to the Internet or CCA's computer systems, but otherwise will not review Defendant's work product.

5. Defendant will seek to obtain the laptop computer from his current investigation firm. If the laptop is not available, the Court will inquire to determine whether a laptop from the Court may be made available for Defendant's use.

6. If CCA finds that this order creates difficulties for CCA, Mr. Newton or his staff may contact the Court's Judicial Assistant, Nancy Outley, for clarification of issues.

7. The Court appreciates CCA's flexibility in accommodating Defendant's defense needs.

Dated this 15th day of March, 2011.

*David G. Campbell*
United States District Judge

cc: USMS