**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   ) | Case No. CR 08-0814-PHX-DGC |
| ) | |
| Plaintiff,  ) | |
| ) | *EX PARTE* MOTION FOR REIMBURSEMENT |
| vs.        ) | OF MONIES PAID TO MICHAEL STOVALL |
| ) | |
| Daniel David Rigmaiden,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

COMES NOW Philip A. Seplow, shadow counsel to *pro se* Defendant Daniel David Rigmaiden, and respectfully moves the Court for its Order authorizing him to bill as an expense $50 paid to Michael Stovall for gas to enable him to travel to CCA to visit with the Defendant with a laptop computer.  Because of the temporary funding problem with CJA payments, Mr. Stovall has not bee paid in some time and cannot afford to make the trip to and from Florence, Arizona.  However, the Defendant required use of the computer in order to meet a filing deadline, so in order to effectuate Michael Stovall traveling to Florence immediately, counsel gave $50.00 (fifty dollars) to Michael Stovall so he could make the trip to Florence.

Undersigned counsel requests that the Court issue its Order authorizing said expense on counsel's next CJA voucher.

/ / /

1

Excludable delay under 18 U.S.C. § 3161(h)(8) is not expected to occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 22nd day of March, 2011.

PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Shadow Counsel for Defendant

CERTIFICATE OF SERVICE

_____ I hereby certify that on March 23, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

NONE – filed *Ex parte*

_____ I hereby certify that on March 23, 2011, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

S/ Philip A. Seplow

2