IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | O R D E R |
| | ) | |
| vs. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| _____ | ) | |

PURSUANT TO Shadow Counsel's *Ex Parte* Motion for Reimbursement of Monies Paid to Michael Stovall, and good cause shown,

IT IS HEREBY ORDERED authorizing Philip A. Seplow to bill as an expense on his next CJA voucher the sum $50.00 (fifty dollars) for monies paid to Michael Stovall.