⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇

*ATTACHED EXHIBITS*
MOTION FOR ADDITIONAL TIME TO RESPOND TO DOCKET NO. 465 OR IN THE ALTERNATIVE DISMISSAL OF INDICTMENT WITH PREJUDICE FOR LACK OF CJA FUNDS
CR08-814-PHX-DGC

*Declaration RE: painting a house,* by Michael Stovall;

**AFFIDAVIT OF MICHAEL STOVALL**

I, Michael Stovall, depose and state as follows:

1. I was hired by F E & E Investigations to take a laptop computer to CCA/CADC and remain with the computer so that Daniel Rigmaiden could use the computer to work on his defense and prepare motions. These visits lasted several hours each day and I often went to CCA/CADC on a daily basis.

2. Due to the current CJA funding situation, I have not been paid for my services for several weeks as F E & E is still awaiting payment via the CJA pursuant to an earlier voucher.

3. In order to sustain myself I had to take a one-time job painting a house to receive an immediate influx of cash.

4. Thus, I have been unable to take the laptop computer to CCA/CADC for Mr. Rigmaiden's use this week (March 14-18).

I have read the following document and know of my own knowledge that the facts and financial information stated below are true and correct, and that any false information may constitute perjury by me.

DATED THIS _17th_ day of March, 2011.

_____
Michael Stovall, Affiant