# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION FOR DEFENDANT TO RESPOND TO GOVERNMENT MEMORANDUM AT DKT. NO. 465 |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to the defendant's *Motion For Additional Time To Respond To Docket No. 465 Or In The Alternative Dismissal Of Indictment With Prejudice For Lack Of CJA Funds*. The defendant requests that the Court grant him additional time to respond to the *Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex Parte And In Camera Hearing If Necessary* (Dkt. #465).

There being good cause shown, the Court will grant the defendant's motion and hereby orders the filing deadline extended to _____.

***End Proposed Order***

**[This proposed order was originally created as a .odt file using Sun Microsystems OpenOffice.org v. 3.0.1 (the only office software available to the defendant) and was automatically converted into Microsoft Office 97/2000/XP .doc format so**

- 1 -

1 | **that digital copies can be provided to the Court in compliance with ECF Proc.**
2 | **II(G)(1)(c) or for convenience purposes while in compliance with ECF Proc. II(J).**
3 | **While all text content is identical, the converted .doc file may have lost some**
4 | **formatting when compared to the PDF version created from the original .odt**
5 | **file.]**