# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR 08-814-01-PHX-DGC<br><br>ORDER GRANTING EXTENSION FOR DEFENDANT TO RESPOND TO GOVERNMENT MEMORANDUM AT DKT. NO. 465 |

This matter is before the Court pursuant to the defendant's *Motion For Additional Time To Respond To Docket No. 465 Or In The Alternative Dismissal Of Indictment With Prejudice For Lack Of CJA Funds*. The defendant requests that the Court grant him additional time to respond to the *Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex Parte And In Camera Hearing If Necessary* (Dkt. #465).

There being good cause shown, the Court will grant the defendant's motion and hereby orders the filing deadline extended to April 4, 2011.

Dated this 29th day of March, 2011.

_____
David G. Campbell
United States District Judge