IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,       )    Case No. CR 08-0814-01-PHX-DGC
                                )
              Plaintiff,        )
                                )    O R D E R
         vs.                    )
                                )    E X   P A R T E
Daniel David Rigmaiden,         )
                                )
_____   )

         IT IS HEREBY ORDERED denying Shadow Counsel's *Ex Parte*
Motion for Reimbursement of Monies Paid to Michael Stovall.  This
request should be made in the form of a claim for mileage.

         DATED this 31st day of March, 2011.

_____
David G. Campbell
United States District Judge

cc: DFNS - Seplow, Rigmaiden, CJA

1