Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>   Defendant. | No. CR08-814-PHX-DGC<br><br>MOTION FOR LEAVE TO FILE NON-STANDARD AND OUT-OF-TIME RESPONSE BRIEF |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion For Leave To File Non-Standard And Out-Of-Time Response Brief* with respect to his *Response To Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex Parte And In Camera Hearing If Necessary* (hereafter "Response Brief").

The defendant is requesting leave to file the above noted *Response Brief* as follows:

1. The defendant requests that the Court permit him to file his *Response Brief* after the deadline of April 4, 2011. The defendant was unable to meet the deadline for very good reasons. For example:

(1) The *Response Brief* has a thorough and detailed factual statement with supporting exhibits and compilation of those sections took more time considering the defendant does not have access to the Adobe Acrobat software for managing, redacting, and compiling PDF documents.[1]

---

1. The facts section and exhibits explain all the public sources of information regarding the Harris StingRay and other related equipment. This is the standard response to the

- 1 -

 (2) It has been difficult for the defendant to prepare his defense at CCA-CADC due to raw sewage flooding living areas on a consistent basis and no running water for entire days at a time.  The defendant has been having to spend more time simply trying to survive in a hostile environment, *e.g.*, trying to avoid parasites and finding water to drink and for flushing toilets.

 (3) The defendant's laptop custodian has been cutting CCA-CADC visits short so that he can spend the rest of the day doing work that he will get paid for in a timely manner.  Having laptop visits shorter than what was previously agreed has resulted in the slower completion of the *Response Brief*.

 (4) The defendant having to print (+1 day), sign (+1 day), scan (+1 day), and then electronically reintegrate the signature pages for his filings adds an extra three days to the completion time.  The defendant has to send out documents for scanning and printing and he must wait at least 24 hours before getting each returned to him.

 2. The defendant requests that the Court permit him to file a brief that is over the allowable page limit.  LRCiv 7.2(e)(1) states:

> "Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, each shall not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts." *Id.*

The combined length of the defendant's *Response Brief* totals 60 pages with 213 pages of exhibits.  The factual statement is approximately 30 pages long.  As indicated in LRCiv 7.2(e)(1), attachments and any required statement of facts are not included when calculating page counts.  The defendant's brief is therefore effectively 13 pages over the allowable 17 page limit.[2]  The issues addressed in the defendant's brief involve very complex common-law spanning the various types of governmental privileges that may be invoked to withhold

---

government invoking a claim of privilege upon evidence that does not meet the legal definition of privileged.

2. The defendant has identified a double standard with respect to filing non-standard briefs.  The government's 27 page brief, minus the 6.5 page facts section, is 3.5 pages over the 17 page limit and no motion to leave was filed or required by the Court.

- 2 -

*MOTION FOR LEAVE TO FILE NON-STANDARD AND OUT-OF-TIME RESPONSE BRIEF*
*CR08-814-PHX-DGC*

1  evidence.  Given the government's attempt to sidestep the rules for invoking claims of
2  privilege, *see Response Brief*, the defendant needed to conduct a thorough analysis and draw
3  from a wide range of case law so that he would be able to answer the Court's questions
4  thoroughly.

5  For the reasons stated above, the defendant respectfully requests that the Court grant
6  the defendant's request for leave to file his non-standard and out-of-time *Response Brief*.

7  Due to the defendant's incarceration and *pro se* status, he was unable to contact any
8  other parties to get their position on this request.

9  The defendant is appearing *pro se* and has never attended law school.  The defendant's
10 filings, however inartfully pleaded, must be liberally construed and held to less stringent
11 standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S. 519, 520
12 (1972).

13 LRCrim 12.2(a) requires that the undersigned include the following statement in all
14 motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
15 motion of of an order based thereon."

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Respectfully Submitted: April 5, 2011

DANIEL DAVID RIGMAIDEN

/s/ Daniel Rigmaiden
Daniel David Rigmaiden
Pro Se Defendant
(Signature of non-registered signatory; See ECF Proc. II(C)(2) and (4))

8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

MOTION FOR LEAVE TO FILE NON-STANDARD AND OUT-OF-TIME RESPONSE BRIEF
CR08-814-PHX-DGC

- 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on:                                   I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorize agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION FOR LEAVE TO FILE NON-STANDARD AND OUT-OF-TIME RESPONSE BRIEF CR08-814-PHX-DGC*