1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>      Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE NON-STANDARD AND OUT-OF-TIME RESPONSE BRIEF |

      This matter is before the Court pursuant to the defendant's *Motion For Leave To File Non-Standard And Out-Of-Time Response Brief* with respect to his *Response To Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex Parte And In Camera Hearing If Necessary.*

      There being good cause shown, the Court will grant the defendant's motion.

      Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

                  ***End Proposed Order***

**[This proposed order was originally created as a .odt file using Sun Microsystems OpenOffice.org v. 3.0.1 (the only office software available to the defendant) and was automatically converted into Microsoft Office  97/2000/XP .doc format so**

that digital copies can be provided to the Court in compliance with ECF Proc. II(G)(1)(c) or for convenience purposes while in compliance with ECF Proc. II(J). While all text content is identical, the converted .doc file may have lost some formatting when compared to the PDF version created from the original .odt file.]