Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Daniel David Rigmaiden, et al.,

Defendant.

No. CR08-814-PHX-DGC

RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE AND REQUEST FOR AN *EX PARTE* AND *IN CAMERA* HEARING IF NECESSARY

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Response To Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex Parte And In Camera Hearing If Necessary.*

In addition to briefing the issue of governmental privileges, through this response motion and memorandum, the defendant respectfully requests that the Court deny the government's request for an *ex parte* and *in camera* hearing considering the request is premature and ultimately unnecessary. Instead, the defendant requests that the Court establish a procedural plan of action for addressing the government's claims of privilege while following well established common-law as outlined in the cases cited by the defendant in the attached memorandum. The conclusion contained in the attached memorandum contains suggestions for said plan.

This motion is supported by the memorandum of points and authorities attached hereto and incorporated by this reference.

Respectfully Submitted: April 5, 2011

DANIEL DAVID RIGMAIDEN

Daniel David Rigmaiden
Pro Se Defendant
(Signature of non-registered signatory; *See* ECF Proc. II(C)(2) and (4))

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

# CERTIFICATE OF SERVICE

I hereby certify that on: Date. I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorize agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY
CR08-814-PHX-DGC

- 3 -