**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**
**↓ EXHIBIT 16 ↓**

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

United States Patent and Trademark Office, Trademark Reg. No. 2,867,227 [KingFish] (registered Jul. 27, 2004), *all associated documents available via search at* <http://tmportal.uspto.gov/external/portal/tow> (last accessed Mar. 11, 2011); (only relevant sections are included in this exhibit);

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,867,227

Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# KINGFISH

HARRIS CORPORATION (DELAWARE COR-
    PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

  FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR TRACKING, LOCATING AND
GATHERING INFORMATION FROM CELLULAR

TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

  FIRST USE 12-10-2003; IN COMMERCE 12-10-2003.

SN 76-303,814, FILED 8-23-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

USPTO KingFish Trademark [all docs.]; Reg. No. 2,867,227 [Jul. 27, 2004]; Page # 10 of 67;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

Ex. Bates No. 000001



USPTO KingFish Trademark [all docs.]; Reg. No. 2,867,227 [Jul. 27, 2004]; Page # 7 of 67;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

Ex. Bates No. 000002

EL677103904US

*TRADEMARK*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:  KINGFISH

International Class: 009

To the Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation (Applicant"), a Delaware corporation, located and doing business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for tracking, locating and gathering information from cellular telephones in International Class 009.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods, pursuant to 15 U.S.C. §1051(b) as amended, by applying the mark to the goods and/or on the packaging for the goods.

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the Applicant; he believes the Applicant to be the owner of the mark sought to be registered, or, if

USPTO KingFish Trademark [all docs.]; Reg. No. 2,867,227 [Jul. 27, 2004]; Page # 59 of 67;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];          Ex. Bates No. 000003

the application is being filed under 15 U.S.C. 1051(b), he believes Applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his own knowledge are true and that all statements made on information and belief are believed to be true.

The undersigned hereby appoints Donald S. Showalter (R. No. 33,033); Thomas L. Kautz (R. No. 28,726); Leslie J. Hart (R. No. 26,462); Harry M. Fleck (R. No. 24,704) and Michael S. Yatsko (R. No. 28,135), its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Boulevard, Suite 1300
> Fort  Lauderdale, Florida 33301
> Phone (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_

Michael S. Yatsko, Esquire
Sr. Intellectual Property Counsel

Date _8/16/01_

FTL1 #554733 v1

2

USPTO KingFish Trademark [all docs.]; Reg. No. 2,867,227 [Jul. 27, 2004]; Page # 60 of 67; Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];                Ex. Bates No. 000004

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓

United States Patent and Trademark Office, Trademark Reg. No. 2,534,253 [TriggerFish] (registered Jan. 29, 2002), *all associated documents available via search at* <http://tmportal.uspto.gov/external/portal/tow> (last accessed Mar. 11, 2011); (only relevant sections are included in this exhibit);

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,534,253**

# United States Patent and Trademark Office

Registered Jan. 29, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TRIGGERFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE RECEI-
VERS FOR INTERCEPTING AND MONITORING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-26-1997; IN COMMERCE 11-26-1997.

SER. NO. 76-284,647, FILED 7-13-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY



07-13-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

TRIGGERFISH™ 4000
PART NUMBER: 3039201-103
SERIAL NUMBER: 0226

Certifies to comply with the Limits for a Class A computing device pursuant to Part 15 of the FCC Rules. See instructions if interference to radio reception is suspected.

76284647

TICRS

USPTO TriggerFish Trademark [all docs.]; Reg. No. 2,534,253 [Jan. 29, 2002]; Page # 6 of 28;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];     Ex. Bates No. 000002

EL677104003US

*TRADEMARK*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE


MARK:  TRIGGERFISH
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida  32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance receivers for intercepting and monitoring cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as November 26, 1997, was first used in interstate commerce at least as early as November 26, 1997, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.  The enclosed specimens are in the form of images, namely digital photographs of the mark affixed to the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

USPTO TriggerFish Trademark [all docs.]; Reg. No. 2,534,253 [Jan. 29, 2002]; Page # 9 of 28;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];          Ex. Bates No. 000003

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith. Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL 33301
> Phone: (954) 468-7879
> Fax: (954) 463-2030
> E-mail: dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_
Michael S. Yatsko
Attorney Intellectual Property Dept.

Date **7/9/01**

2

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅
⬇ **EXHIBIT 18** ⬅

United States Patent and Trademark Office, Trademark Reg. No. 2,555,909 [LoggerHead] (registered Apr. 2, 2002), *all associated documents available via search at* <http://tmportal.uspto.gov/external/portal/tow> (last accessed Mar. 11, 2011); (only relevant sections are included in this exhibit);

**United States Patent and Trademark Office**

# TRADEMARK
## PRINCIPAL REGISTER

# LOGGERHEAD

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR INTERCEPTING, MONITORING
AND GATHERING INFORMATION CONCERNING
CELLULAR NETWORK COMMUNICATIONS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-25-1999; IN COMMERCE 8-25-1999.

SER. NO. 76-284,567, FILED 7-13-2001.

KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY



USPTO LoggerHead Trademark [all docs.]; Reg. No. 2,555,909 [Apr. 2, 2002]; Page # 8 of 40;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];  Ex. Bates No. 000002

EL677104017US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:  LOGGERHEAD
INTERNATIONAL CLASS:  009

To The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Sir:

Harris Corporation ("Applicant"), is a Delaware corporation, having a place of business at 1025 West NASA Boulevard, Melbourne, Florida 32919.

Applicant has adopted, is using in interstate commerce and requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for electronic surveillance transceivers for intercepting, monitoring and gathering information concerning cellular network communications in International Class 009.

The mark was first used in connection with the above goods at least as early as August 25, 1999, was first used in interstate commerce at least as early as August 25, 1999, and is now in use in such commerce.

Three specimens depicting the mark as used in interstate commerce are enclosed.  The mark is used by being affixed to the goods and/or to the packaging for the goods.

The undersigned being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; that Applicant believes it is the owner of the mark sought to be registered; that the mark is in

use in commerce or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes Applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that the specimens or facsimiles show the mark as used on or in connection with the goods or services; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

On behalf of Applicant, the undersigned hereby appoints Donald S. Showalter, Reg. No.: 33,033; Thomas L. Kautz, Reg. No.: 28,726; Leslie J. Hart, Reg. No.: 26,462; Michael S. Yatsko, Reg. No.: 28, 135; and Harry M. Fleck, Reg. No.: 24,704, its attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith.  Please direct all telephone calls and correspondence to:

> Donald S. Showalter, Esquire
> Holland & Knight LLP
> One East Broward Blvd., Suite 1300
> Fort Lauderdale, FL  33301
> Phone:  (954) 468-7879
> Fax:  (954) 463-2030
> E-mail:  dshowalt@hklaw.com

HARRIS CORPORATION

By _Michael S. Yatsko_____

Michael S. Yatsko
Attorney Intellectual Property Dept.

Date_7/9/01_____

2

USPTO LoggerHead Trademark [all docs.]; Reg. No. 2,555,909 [Apr. 2, 2002]; Page # 25 of 40;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];     Ex. Bates No. 000004

⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇
⬇ **EXHIBIT 19** ⬇

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Durham, NC, USA - City Council Agenda No. 7503 (Harris Sole Source Vendor Justification letter) (Jan. 3, 2011), *available at* <http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_342363.pdf> (last accessed Mar. 9, 2011);



**HARRIS CORPORATION**

**Government Communications
Systems Division
Wireless Products Group**
4100 Lafayette Center Drive
Chantilly, VA USA 20151
phone 1-571-246-7450
e-mail: michael.dillon@harris.com
www.harris.com

September 29, 2010

Kisha Ethridge
Grants Manager
Durham Police Department
505 West Chapel Hill St.
Durham, NC 27701

**RE: RayFish® Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of wireless surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG has also developed specialized training courses for the operation and use of the RayFish equipment.

The Harris RayFish® product line includes the StingRay II, StingRay, and KingFish systems, which are compatible with the CDMA2000, GSM, and iDEN (Nextel) protocols. The Harris StingRay and KingFish systems are the only cooperative portable/man-portable standard +12VDC powered/battery powered multi-protocol surveillance systems currently available. When interfaced with the optional Harris AmberJack DF antenna, supported mapping software, laptop PC controller, and the Harris 25-Watt power amplifier kit, the StingRay can perform vehicular-based operations. The transportability and standard +12VDC vehicular power features of the Harris StingRay and AmberJack, and the battery-powered features of the KingFish are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions. These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and protocol software.

Harris also sells training on the use of the RayFish product line and accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students. One-year maintenance agreements are included with all Harris WPG Products. Maintenance agreements include the following:

- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

Harris WPG is your only source and distributor for the StingRay II, StingRay and AmberJack vehicular-based systems, and the KingFish man-portable and dual-mode systems, and compatible accessories, authorized training and maintenance. Harris may provide equipment through a designated vehicle integrator when needed and arranged.

If you require any additional information, please don't hesitate to call me at (571) 246-7450.

Sincerely,

Michael E. Dillon
Major Account Manager Wireless Products Group
Harris Corporation

Durham, NC, USA - City Council Agenda No. 7503 [Harris Sole Source Vendor] [Jan. 3, 2011];
Page # 1 of 1; Download at <http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_342363.pdf>
[last accessed Mar. 9, 2011];

*assured communications™*

ATTACHED EXHIBITS
RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE
AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY
CR08-814-PHX-DGC

↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓

Miami, FL, USA – Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor (Apr. 25, 2007), *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34761.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);

CITY OF MIAMI, FLORIDA

**INTER-OFFICE MEMORANDUM**

| | |
|---|---|
| TO: Pedro G. Hernandez<br>Chief Administrator/City Manager | DATE: April 25, 2007          FILE: |
| | SUBJECT: Purchase of Electronic Software,<br>including Training to operate the<br>Cellular Tracking Surveillance |
| FROM: *(signature)*<br>Glenn Marcos, Director<br>Chief Procurement Officer | REFERENCES: Equipment<br><br>ENCLOSURES: |

An investigation was conducted by staff to determine whether Harris Government Communications Systems Division (GCSD) Wireless Products Groups, located at P.O. Box 9800, Melbourne, Florida 32902, is the sole source provider of the electronic software to operate the Cellular Tracking Surveillance Equipment equipped with two electronic devices known as the StingRay 4-CH, and KingFish 1-CH, including training, warranty, support services, and maintenance, for the Department of Police.

The Police Department will be purchasing two electronic devices known as the StingRay 4-CH and KingFish 1-CH, from Harris GCSD utilizing the GSA IT 70 Schedule Contract #GS-35F-0283J, authorized pursuant to Resolution No. 06-0238. This cellular surveillance equipment is an invaluable tool that will greatly enhance the Criminal Investigations Division, and will give them greater capabilities to carry out their special investigations operations. The StingRay 4-CH is the newest equipment available capable of intercepting and tracking numerous cellular phones including PCS wireless. The KingFish 1-CH is used in conjunction with the StingRay 4-CH to provide investigators with a covert tool for extracting data from a CDMA mobile system.

Harris Government Communications Systems Division, via its Wireless Products Group offers a comprehensive line of cellular surveillance and tracking equipment for exclusive utilization by government and law enforcement agencies. Harris WPG developed and owns the design, but does sub-contract the electronic board assemblies, the functional testing of those assemblies, and the integration into the final equipment chassis. Harris WPG adds application specific software and conducts final testing on this chassis prior to shipping to the end-item customer. Harris GCSD is the exclusive provider for software upgrades, warranty on hardware, and customer support of their cellular surveillance equipment.

Furthermore, the Florida Department of Law Enforcement and Miami-Dade County have both determined the Harris Wireless Products Group is the only source for the StingRay, KingFish, StingRay/KingFish GSM and software upgrade.

Accordingly, I am recommending that the requirements for competitive bidding be waived, and these findings be approved: Harris Government Communications Systems Division (GCSD) Wireless Products Groups, located at P.O. Box 9800, Melbourne, Florida 32902, is the sole source provider of the electronic software to operate the Cellular Tracking Surveillance Equipment equipped with two electronic devices known as the StingRay 4-CH, and KingFish 1-CH, including training, warranty, support services, and maintenance, for the Department of Police, in an amount not to exceed $75,800. Funding is to be provided from the Edward Byrnes Memorial Justice Assistance Grant, Account No. 12000.191602.664000.

**APPROVED BY:** _____ on behalf of          **DATE:** _____
                 Pedro G. Hernandez
                 Chief Administrator/City Manager

Miami, FL, USA - Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor [Apr. 25, 2007];
Page # 1 of 2; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34761.pdf>
[last accessed Mar. 9, 2011];

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**
**↓ EXHIBIT 21 ↓**

Miami, FL, USA – Legislative Files, Notice of Public Hearing RE: Harris, *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34765.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);

CITY OF MIAMI, FLORIDA
NOTICE OF PUBLIC HEARING

A public hearing will be held by the City Commission of the City of Miami, Florida on May 24, 2007, at 9:00 a.m., in the City Commission Chambers at City Hall, 3500 Pan American Drive, Miami, Florida, for the purpose of waiving the requirements of obtaining sealed bids for the sole source purchase of electronic software (including training) to operate the Cellular Tracking Surveillance Equipment equipped with two electronic devices known as the Sting-Ray 4-CH and Kingfish 1-CH, from Harris GCSD Wireless Products Group, for the Department of Police, at an amount not to exceed $75,800.

Inquiries from other potential sources of such a package who feel that they might be able to satisfy the City's requirements for this item may contact Maritza Suarez, Sr. Procurement Specialist, at the City of Miami Purchasing Department at (305) 416-1907.

(City Seal)                                    Priscilla A. Thompson, CMC
(#16235)                                      City Clerk

Miami, FL, USA – Legislative Files, Notice of Public Hearing RE: Harris; Page # 1 of 2;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34765.pdf>
[last accessed Mar. 9, 2011];

⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, Harris Sole Source Vendor Letter (Nov. 29, 2006), *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);

**HARRIS**

HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
Post Office Box 9800
Melbourne, FL USA 32902-9800
phone 1-800-358-5297
fax 1-321-309-7437

www.harris.com

Date:   29 November 2006

To:     City of Miami PD – Manuel Diaz

From:   Harris Wireless Products Group

REF:    <u>KingFish, KingFish GSM S/W, Pocket PC GSM S/W & Training Sole Source Justification</u>

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of cellular surveillance and tracking equipment for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the design, but does sub-contract the electronic board assemblies, the functional testing of those assemblies, and the integration into the final equipment chassis. Harris WPG adds application specific S/W and conducts final testing on this chassis prior to shipping to the end-item customer.

The KingFish system is the only man-portable battery powered CDMA & GSM Interrogation, Active Location, and Signal Information Collection system currently available. KingFish is compatible with CDMA commercial standards IS-95A, IS-95-B, TSB74, and J-STD-008 in the U.S. 800 and 1900 MHz bands. A GSM S/W upgrade package (for the KingFish and its Pocket PC) is available for purchase that will allow operation against the GSM standard in the U.S. 800 and 1900 MHz bands (as well as the overseas 900 MHz E-GSM and DCS 1800 MHz bands). KingFish can also be powered via standard automotive +12V DC or standard 110VAC. The man-portability and battery power features of the Harris KingFish product are unique for tactical mission needs, allowing the user to perform passive collection, active interrogation and active location while on foot (i.e., inside a multi-story building, or outside in rough terrain).

The KingFish is delivered with all the accessories necessary to perform man-portable active location, interrogation and passive collection technical investigations on the CDMA & GSM cellular formats. Harris also sells training on the use of the KingFish. Training sessions are 2 days per class with a maximum class size of 4 students. One training class is required per product, and per cellular protocol.

Harris WPG is your only source for the KingFish, KingFish GSM S/W, KingFish Pocket PC GSM S/W and associated training.

One-year maintenance agreements are included with all Harris WPG Products. A Maintenance Agreement includes:
- Customer Telephone Support (8AM – 6PM EST) @ 1-800-358-5297
- Warranty on hardware
- Notification of and free access to S/W upgrades as they are released (applies to purchased protocols only)

Upon expiration of the first-year Maintenance Agreement, customers may extend their coverage another 12 months by purchasing an Extended Annual Maintenance Agreement at 15% of the original purchase price of their cellular product. These can then be renewed annually thereafter for the same 15% fee.

If you require any additional information, please feel free to contact our office at (800) 358-5297 or you can call my direct line at (321) 309-7430.

Sincerely,

Richard F. Roosa
Manager Advanced Programs
Harris Corporation
Wireless Products Group

Miami, FL, USA - Legislative Files, Harris Sole Source Vendor Letter [Nov. 29, 2006];
Page # 1 of 2; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf>
[last accessed Mar. 9, 2011];

assured communications



*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor (Nov. 13, 2008), *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/47993.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);

CITY OF MIAMI, FLORIDA

## INTER-OFFICE MEMORANDUM

TO : Pedro G. Hernandez
Chief Administrator/City Manager

FROM : Glenn Marcos, Director
Chief Procurement Officer

DATE : November 13, 2008            FILE :

SUBJECT : Purchase of Upgrades for the
StingRay and KingFish Cellular
Tracking Surveillance Equipment

REFERENCES :

ENCLOSURES:

An investigation was conducted by staff to determine whether Harris Government Communications Systems Division (GCSD) Wireless Products Groups, located at P.O. Box 9800, Melbourne, Florida 32902, is the sole source provider to upgrade the current cellular tracking surveillance equipment known as the StingRay 4-CH and KingFish 1-CH, for the Department of Police.

The Police Department will be purchasing a Dual Band High Powered 30W Filtered Amplifier, a 2100 MHz Converter and an Amberjack Wideband Direction Finder to upgrade the StingRay 4-CH and KingFish 1-CH, from Harris GCSD, which was purchased utilizing GSA IT 70 Schedule Contract #GS-35F-0283J, authorized pursuant to Resolution No. 06-0238. The electronic software (including training and a one-year maintenance agreement) to operate the cellular tracking devices was purchased as a sole source from Harris GCSD, as authorized by Resolution No. 07-0287.

The upgrade is necessary to operate both the StingRay 4-CH and the KingFish 1-CH given the continuous change in technology. The amplifier will allow an increase in wattage that will greatly heighten the ability of tracking phones from an increased distance and reducing the time utilized; the converter is a high performance converter that enables the StingRay and the KingFish to operate in the 2100 MHz band, which is the new cellular phone technology being introduced to the Miami market and already being utilized around the country; the Amberjack Wideband will enable the StingRay to use its added capabilities with the current iDEN software to pinpoint push-to-talk cellular phones more effectively, a feature that the current equipment does not have. This will enable the investigators to carry out their duties and responsibilities in a more effective and efficient manner.

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) offers a comprehensive line of cellular surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by government and law enforcement agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG is the only source and distributor of the StingRay vehicular-based and KingFish man-portable systems plus compatible accessories, training and maintenance.

Accordingly, I am recommending that the requirements for competitive bidding be waived, and these findings be approved: Harris Government Communications Systems Division (GCSD) Wireless Products Groups, located at P.O. Box 9800, Melbourne, Florida 32902, is the sole source provider of the Dual Band High Powered 30W Filtered Amplifier, a 2100 MHz Converter and an Amberjack Wideband Direction Finder to upgrade StingRay 4-CH and KingFish 1-CH cellular surveillance equipment, for the Department of Police, in an amount not to exceed $51,500. Funding is to be provided from the Law Enforcement Trust Fund, Award No. 1171, Project No. 19-690003, and Account Code No. 12500.191602.896000.0000.00000.

APPROVED BY: _____          DATE: ___12/23/08___

Pedro G. Hernandez
Chief Administrator/City Manager

Miami, FL, USA - Legislative Files, Inter-Office Memo RE: Harris Sole Source Vendor [Nov. 13, 2008];
Page # 1 of 2; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/47993.pdf>
[last accessed Mar. 9, 2011];



*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**
**EXHIBIT 24**

Miami, FL, USA – Legislative Files, Notice of Public Hearing RE: Harris, *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/47997.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);

**CITY OF MIAMI**

**NOTICE TO THE PUBLIC**

A public hearing will be held by the City Commission of the City of Miami, Florida on January 15, 2009 at 9:00 a.m., in the City Commission Chambers at City Hall, 3500 Pan American Drive, Miami, Florida, for the purpose of waiving the requirements of obtaining sealed bids for the sole source purchase of Dual Band High Powered 30W Filtered Amplifier, a 2100 MHz Converter and an Amberjack Wideband Direction Finder to upgrade the current cellular tracking surveillance equipment, known as the StingRay 4-CH and KingFish 1-CH, from Harris GCSD Wireless Products Group, for the department of police, at an amount not to exceed $51,500.

Inquiries from other potential sources of such a package who feel that they might be able to satisfy the City's requirements for this item may contact Lourdes Rodriguez, Procurement Supervisor, at the City of Miami Purchasing Department at (305) 416-1904.

All interested persons are invited to appear and may be heard concerning such proposed acquisition. Should any person desire to appeal any decision of the City Commission with respect to any matter considered at this hearing, that person shall ensure that a verbatim record of the proceedings is made, including all testimony and evidence upon which any appeal may be based (F.S.286.0105).

In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodations to participate in this proceeding may contact the Office of the City Clerk at (305) 250-5360 (Voice) no later than two (2) business days prior to the proceeding or at (305) 250-5472 (TTY) no later than three (3) business days prior to the proceeding.

City Seal                                             Priscilla A. Thompson, CMC
(#003196)                                            City Clerk

Miami, FL, USA - Legislative Files, Notice of Public Hearing RE: Harris; Page # 1 of 2;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/47997.pdf>
[last accessed Mar. 9, 2011];

⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, Harris Sole Source Letter [Attachment B] (Aug. 25, 2008), *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/40003.pdf> (last accessed Mar. 9, 2011);



# Attachment B



# Law Enforcement Trust Fund
## *Sole Source Vendor Letter*

Miami, FL, USA - Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 1 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000001



HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
P.O. Box 9800
Melbourne, FL USA 32902-9800
phone 1-321-309-7773

www.harris.com

**August 25, 2008**

**To: Raul Perez, City of Miami PD**

**RE: StingRay and KingFish Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of cellular surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG has also developed specialized training courses for the operation and use of the StingRay and KingFish equipment.

The Harris StingRay and KingFish systems are compatible with the CDMA standard in the 800 MHz and 1900 MHz frequency bands, the GSM standard in the 800 MHz, 900 MHz, 1800 MHz, and 1900MHz frequency bands, the iDEN (Nextel) standard in the 800 MHz and 850 MHz frequency bands, the UMTS standard in the 800 MHz and 1900 MHz frequency bands, and, with optional converter equipment, the UMTS standard in the 2100 MHz frequency band.

The Harris StingRay and KingFish vehicular-based systems are the only portable standard +12VDC powered CDMA, GSM, UMTS, and iDEN interrogation, tracking and location, and signal information collection system currently available. When interfaced with the optional Harris AmberJack direction-finding (DF) antenna(s) (or handheld DF antenna for iDEN and UMTS), Tarpon software, laptop PC controller, and Harpoon amplifier kits, the StingRay can perform vehicular-based DF operations on the CDMA, GSM, UMTS, and iDEN cellular formats. The transportability and standard +12VDC vehicular power features of the Harris StingRay and KingFish products are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions on the CDMA, GSM, UMTS, and iDEN cellular formats. These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and cellular format software (CDMA, GSM, UMTS, and iDEN).

Harris also sells training on the use of the StingRay, KingFish and its accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students. One-year maintenance agreements are included with all Harris WPG Products. Maintenance agreements include the following:
- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

Harris WPG is your only source and distributor of the StingRay vehicular-based and KingFish man-portable systems plus compatible accessories, training and maintenance.

If you require any additional information, please feel free to my direct line at 321-309-7773 or my mobile at 321-258-2583.

Sincerely,

8/25/08

Lin Vinson
Major Account Manager, Wireless Products Group
Harris Corporation

Miami, FL, USA – Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 2 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>   *assuredcommunications™*
[last accessed Mar. 9, 2011];                                                    Ex. Bates No. 000002



| Quote | QTE6779-01751 |
|-------|---------------|
| Date | 7/31/2008 |
| Page: | 1 |

## Quotation

**Bill To:**

City of Miami Police Department
Detective Raul Perez
raul.perez@miami-police.org
305-321-7655

**Ship To:**

Detective Raul Perez
raul.perez@miami-police.org
305-321-7655

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| | MDPD-MIAFL-001 | | BEST WAY | Net 30 | 0/0/0000 | 2,211 |

| Quantity | Item Number | Description | UOM | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | PA-KIT-30W DUAL-BAND | PA-KIT-30W Dual-Band CONUS 850/1900 | EA | | $17,500.00 | $17,500.00 |
| 1 | UMTS-B4-CONV | UMTS 2100 MHz Converter | EA | | $16,000.00 | $16,000.00 |
| 1 | AJ-W-UG | AmberJack-X or G to AmberJack-W Upgrade (WideB | EA | | $18,000.00 | $18,000.00 |
| | NOTE | | * | | | $0.00 |
| | Delivery will be 120 days ARO unless otherwise stated. Please see attached Terms and Conditions. | | | | | |

HARRIS CORP - WIRELESS PRODUCTS GROUP
P.O. BOX 9800, M/S R5-11A
MELBOURNE, FL 32902-9800
PH: 800-358-5297, FAX: 321-309-7437,wpg@harris.com

Approved By:

_____

| Subtotal | $51,500.00 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| **Purchase Price** | $51,500.00 |

Miami, FL, USA - Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 3 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000003



# Harpoon™

## Software-Controlled, High-Power Filtered Amplifier

### Product Description

Harpoon™ is a software-controlled, high-power filtered amplifier that maximizes the multichannel transmit capability of the StingRay II® and significantly improves the performance of the single-channel StingRay® and KingFish® systems by providing high-gain, wide dynamic range, and excellent linearity along with 30 watts of filtered output power. System status indication alerts the user during fault conditions including problems with the RF connections.

- Four Versions Available
  - Harpoon 850/1900 (Dual Band)
  - Harpoon 900/1800 (Dual Band)
  - Harpoon 2100 (Single Band)
  - Harpoon i800 (Single Band)

### Features

- Automatic Level Control
  - Maximizes total output power up to 30 W per band
  - Maintains constant output power
  - Improves power level accuracy
- Filtered Output
  - Improves transmit signal quality
  - Improves receiver sensitivity



### Operations Supported

- Maximizes the multichannel transmit capability of the StingRay II
- Significantly improves the performance of the single-channel StingRay and KingFish systems



# *Harpoon*™
## *Software-Controlled, High-Power Filtered Amplifier*

**WIRELESS products group**

### *Standards Supported*

- GSM
- CDMA2000®
- iDEN
- UMTS

### *Frequency Coverage*

- 850/1900: 869–894 MHz/1930–1990 MHz
- 900/1800: 925–960 MHz/1805–1880 MHz
- iDEN 800: 851–870 MHz
- 2100: 2110–2170 MHz

### *Physical Characteristics*

- Dual Band
  - Size: 10.5" x 14.75" x 5"
  - Weight: 24 lbs
- Single Band
  - Size: 10.5" x 10.5" x 5"
  - Weight: 15 lbs

### *Power Specifications*

- Input: 10–33 Vdc
- Power Consumption
  - Dual Band: 440 W max
  - Single Band: 280 W max

### *Optional Accessories*

- Diplexer for dual-band operation with StingRay and KingFish

### *Catalog Part Number*

- Harpoon 850/1900
- Harpoon 900/1800
- Harpoon i800
- Harpoon 2100



Improves Transmit Signal Quality and Receiver Sensitivity

Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. KingFish, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. CDMA2000 is a registered trademark of the Telecommunications Industry Association in the United States (TIA-USA). iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



**HARRIS**

*assuredcommunications*®

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176m VPB d0341

Miami, FL, USA – Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 5 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];                                    Ex. Bates No. 000005



*HARRIS*

*assuredcommunications®*

*Wireless Products Group*

# *AmberJack®*
## *Direction-Finding System*

### *Product Description*

AmberJack® is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations. The DF antenna array is designed to operate with Harris' Gossamer®, KingFish®, StingRay®, and StingRay II® products, enabling tracking and location of targeted mobile phones, as well as base stations. AmberJack-X operates in the U.S. cellular 850 and PCS 1900 bands, and AmberJack-G operates in the EGSM 900 and DCS 1800 bands. AmberJack-W operates in all the bands above as well as iDEN™ and UMTS bands I and IV.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation on the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a target is engaged, information on the direction to the target is dynamically updated for display on the PC.



### *Operations Supported*

- Locating mobile phones and base stations

- Tracking mobile phones



Ex. Bates No. 000006

# AmberJack®
## Direction-Finding System

**WIRELESS products group**

### Features

- Determines direction of arrival and received signal strength of a targeted mobile phone's transmission
- Determines direction of arrival and received signal strength of a targeted base station's transmission
- Provides real-time display of direction to the target
- Low power and portable
- User-friendly Graphical User Interface (GUI) for the PC

### Frequency Coverage

- AmberJack-X (U.S. Cellular/PCS 1900)
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  - iDEN reverse: 806–825 MHz
  - iDEN forward: 851–870 MHz
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz
  - UMTS IV reverse: 1710–1755 MHz
  - UMTS IV forward: 2110–2155 MHz
  - UMTS I reverse: 1920–1980 MHz
  - UMTS I forward: 2110–2170 MHz

### External Control

- Laptop PC (Windows® XP Professional)

### Power source

- 12 Vdc at 0.5 A

### Physical Characteristics

- Size: D = 17", H = 4.2"
- Weight: <14 lbs

### Required Accessories (sold separately)

Gossamer with PC Controller, StingRay system, StingRay II, or KingFish with PC Controller

### Optional Accessories

Harpoon™ for DF range extension

### Catalog Part Number

- AJ-X (AmberJack-X)
- AJ-G (AmberJack-G)
- AJ-W (AmberJack-W)

### Authorized Federal Supply Service Information Technology Schedule

- SIN: 132-8 Purchase of Equipment
- SIN: 132-12 Maintenance, Repair Services and Repair Parts/Spare Parts

GSA Contract Number: GS-35F-0293J

General Services Administration Federal Supply Service products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA Advantage! System. Agencies can browse GSA Advantage! by accessing the GSA's home page via the Internet at www.gsa.gov.



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, KingFish, Gossamer, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. Windows XP Professional is a registered trademark of Microsoft Corporation. iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

### DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).



**HARRIS**
assuredcommunications®

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176k VPB d0105

Miami, FL, USA - Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 7 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];                                                    Ex. Bates No. 000007





# UMTS IV Converter

## Overview

**UMTS IV Converter** is a high performance Frequency Converter that enables the StingRay® or KingFish® to operate in the CONUS UMTS IV (2100 MHz DL, 1700MHz UL) band. Its high stability and extremely low phase noise performance enables stand-alone-capability; which allows the StingRay/KingFish and Converter to operate with independent references. Its excellent channel-pair rejection enables operation with high-power PAs.

**UMTS IV Converter** enables the StingRay/KingFish to transmit on the UMTS IV downlink band and to receive on both the uplink and downlink bands. It automatically shuts down the downlink receive path during transmit mode, improving system isolation and reducing power consumption.

Active gain compensation guarantees constant gain over temperature, frequency, aging, and other environmental effects during transmit mode and guarantees constant gain over temperature during receive mode.

## Features

**Transmit**
- TX conversion from 1842.5 to 2140 MHz
- 60 MHz low ripple bandwidth
- Circuitry turns off during receive only mode
- Active gain compensation over temp and freq
- Active TX LED status indicator

**Receive**
- RX 1 conversion from 2140 to 1842.5 MHz
- RX 2 conversion bypass
- RX 1 circuitry turns off during transmit mode
- 11dB gain is temperature compensated
- Attenuators are activated from the front panel

**Local Oscillators**
- 0.5° Integrated Phase Noise (100Hz – 1MHz)
- 0.2ppb over temperature, ±25ppb/year aging
- LED status indicator

**Mechanical Housing**
- Rugged welded metal case
- Formed lid for convenient transceiver mounting
- Front panel connectors, controls, and indicators

**UMTS IV Converter**



**StingRay and UMTS IV Converter**



**Accessories included:**
- Transit Case
- AC/DC converter
- DC/DC converter for vehicular operation
- RF cables for StingRay/KingFish connections
- RF cable for PA connection
- Brackets for KingFish installation

*assuredcommunications®*

**HARRIS PROPRIETARY INFORMATION**

Miami, FL, USA – Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 8 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];

**Perez, Raul**

| | |
|---|---|
| **From:** | Vinson, Lin [wvinson@harris.com] |
| **Sent:** | Thursday, July 31, 2008 10:51 AM |
| **To:** | Perez, Raul |
| **Subject:** | t-mobile 2100 network rollout |

Raul,

Here is the info we received on T-Mobile's UMTS (2100 AWS) rollout plans. Also I have attached copies of our UMTS converter and AmberJack data sheets for your reference.

Thanks,
Lin

From: Engadget
URL: http://www.engadget.com/2008/07/30/t-mobile-3g-service-coming-october-1-to-27-markets/
Sent from: adam harder (aharder@harris.com)
Sent to: aharder@harris.com
Comments:

---

# T-Mobile 3G service coming October 1 to 27 markets

## 07-30-2008



We were already pretty sure this would be happening, but it's looking real now, if 8.5 x 11-inch pieces of paper taped to a window is any indication: T-Mobile is rolling out its 3G service on October 1 to 27 select cities. The above poster was spotted by TmoNews "outside a meeting" and, as you can see, it says,

Miami, FL, USA – Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 9 of 10; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000009

"10.1.08 3G is Coming." As far as those launch cities, we have a handy little list for you after the break. By the way, it's entirely possible T-Mobile 3G is already live in your market, though, so don't let this confuse you too much. It could just mean you're next, or, at least by October 1.

- New York City
- Austin
- NJ and Long Island
- Las Vagas
- Minneapolis
- Miami
- Dallas
- Chicago
- Houston
- Philadelphia
- Denver
- Detroit
- Orlando
- Kansas city
- Atlanta
- Los Angeles
- New England (whatever that means)
- Portland
- Sacramento
- San Diego
- Seattle
- Washington DC
- San Francisco
- Birmingham
- Memphis
- Tampa
- Phoenix

Miami, FL, USA - Legislative Files, Harris Sole Source Letter [Attachment B] [Aug. 25, 2008];
Page # 19 of 19; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48003.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000010



**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

**EXHIBIT 26**

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, Police Legal Advisors Review [Attachment C], *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48004.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);



# Attachment C 

# Law Enforcement Trust Fund
## *Police Legal Advisors Review*

Miami, FL, USA – Legislative Files, Police Legal Advisors Review [Attachment C] [Sep. 3, 2008];
Page # 1 of 4; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48004.pdf>
[last accessed Mar. 9, 2011];                                    Ex. Bates No. 000001

# Law Enforcement Trust Fund
# Budgetary Impact Analysis

1. **Affidavit No:** Pending Approval     **Amount of Expenditure:** $ 51, 500.00

2. **Division:** CID     **Unit:** TECHNICAL ASSISTANCE SQUAD
   **Section:** SPECIAL INVESTIGATIONS SECTION

3. **Contact:** DETECTIVE RAUL PEREZ     **Contact No:** (305) 579-6176

4. **Title and brief description of attached Affidavit:**

   CELLULAR TRACKING SYSTEM-UPGRADE
   The Technical Assistance Support Detail is requesting Law Enforcement Trust
   Funds to upgrade the department's cellular tracking system. This Equipment has
   become an integral part of investigation in the relatively short time the department
   has had it. To date it has been successfully utilized to track 24 cellular phones
   successfully capturing nine phones. The rapid changes in technology require a
   continuous upgrade to ensure it does not become obsolete.

5. Budgeted Under General Fund?     YES:_____     **NO:** X
   Comments: _____
         Initials/Verification: ___/ymm___

6. **Are there sufficient funds in Line Item?**

   YES: X     NO:_____     **Source of Funding:** TREASURY

---

*Verified Approval of Law Enforcement Trust Funds, Approved/Reviewed by:*

*George K. Wysong*
Police Legal Advisor

9-3-2008
Date

Comments: *While the package indicates that this is an
"upgrade", it is really more in the form of new equipment
to work with new technology, thus it appears to
me the Treasury Dept. guidelines. State funding
should not be used however.*
GKW
9-03-08

Miami, FL, USA - Legislative Files, Police Legal Advisors Review [Attachment C] [Sep. 3, 2008];
Page # 2 of 4; Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48004.pdf>
[last accessed Mar. 9, 2011];                              Ex. Bates No. 000002

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

**↓ EXHIBIT 27 ↓**

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, Harris Product Datasheets, *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf> (last accessed Mar. 9, 2011);



**WIRELESS**
**products grou**

# StingRay™

*Transportable CDMA Interrogation, Tracking and Location, and Signal Information Collection System*

## Product Description

StingRay™ is Harris' latest offering in a long line of advanced wireless surveillance products. StingRay is a multichannel software defined radio that performs network base station surveys, Dialed Number and registration collection, mobile interrogation, and target tracking and location with Harris' Amber-Jack™ Direction-Finding Antenna. This low-power transportable surveillance system is designed with the future in mind—its reconfigurable architecture lends itself to upgrades of new capabilities and wireless standards, while preserving the initial investment in hardware.

## Features

- Software Defined Radio (SDR) enables simultaneous monitoring of up to eight CDMA Paging/Access channel pairs

- Active interrogation capability emulates base station to collect MINs and ESNs through forced registration; external PA output available for higher power requirements

- Interfaces with AmberJack antenna to form a complete target tracking and location solution using active direction-finding and ranging techniques (active approach does not require the target phone to be engaged in a call)

- Optional geolocation software overlays target tracks and tracking vehicle location on a digital map

- Wideband RF front-end provides simultaneous operation in the U.S. cellular 800 and PCS 1900 MHz bands and is preconfigured to support iDEN (low band), GSM 900, and DCS 1800 bands

- PC-based controller running Windows® XP provides an intuitive Graphical User Interface (GUI)

- Industry-standard USB interface enables plug-n-play networking of multiple StingRay surveillance systems if the user requires more channel capacity

- Supports targeting and real-time searching of mobile identification numbers (MINs), dialed numbers, and electronic serial numbers (ESN)

- Low-power system designed for vehicular operations

*next level solutions*

Miami, FL, USA Legal Solutions Files, Harris Product D
Download at <http://egov.ci.miami.fl.us/Legistarwe
[last accessed Mar. 9, 2011];



## AmberJack™

**Dual-Band Direction Finding System**

### Product Description

AmberJack™ is a phased array direction finding (DF) antenna system capable of tracking and locating mobile phone users. The DF antenna array is designed to operate with Harris' Loggerhead™ and StingRay™ products enabling tracking and location of AMPS, TDMA and CDMA phones. AmberJack operates in both the cellular and PCS bands.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction finding system. Beam forming technology offers a universal DF antenna for existing as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the Amberjack system and its companion receiver from a single interface. Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC.

### Features

- Determines direction of arrival and received signal strength of phone's transmission
- Provides real-time display of direction to the target
- Low power, small size
- User-friendly graphical user interface for the PC or Pocket PC (optional)

*next level solutions*

Miami, FL, USA – Legislative Files, Harris...
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000002

↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓
↓ **EXHIBIT 28** ↓

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, Harris Product Datasheets, *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf> (last accessed Mar. 9, 2011);





WIRELESS
products group

## Geolocation
## (Preliminary)

### PC-Based Intelligent
### AMPS/TDMA and CDMA
### Tracking and Location

## Product Description

Geolocation is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or ~~...~~ cellular phones in the 800 and ~~...~~ ~~...~~ bands. Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead™ Interrogator plus the PC Controller™ and the AmberJack™ DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay™ system plus the AmberJack™ DF Antenna.

Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen the exact location of the tracking vehicle, plus Direction of Arrival (DOA) information and/or estimated range/location information on the targeted phone.

Providing a visual screen of an accurate local map, the exact location of the tracking vehicle, and the approximate location of the targeted phone, allows for a much more intelligent and expedient method for tracking and location.

## Features

- User-friendly application running on Windows® 98/2000/XP provides an intuitive Graphical User Interface (GUI)

- AMPS/TDMA: Interfaces with the LoggerHead™ Handheld Interrogator plus the PC Controller™ and the AmberJack™ Direction-Finding (DF) Antenna
- CDMA: Interfaces with the StingRay™ plus the AmberJack™ Direction-Finding (DF) Antenna
- Provided GPS receiver integrates with PC running the application
- Real-time viewing of tracking vehicle location
- Real-time viewing of approximate targeted cellular phone location
- Tracking missions can be stored for post-mission analysis
- Migration path to GSM and future cellular standards[1]



*The next level solutions*

Miami, Fla. (2010). Exhibit to files, Harris Product
Download at <http://egov.ci.miami.fl.us/Legista...
[last accessed Mar. 9, 2011];



**HARRIS**

**WIRELESS products group**

# KingFish™
# (Preliminary)

Portable
CDMA Interrogation,
Direction-Finding, and
Collection System

## Product Description

KingFish™ provides investigators with a tool that extracts the telephone number (MIN) and Electronic Serial Number (ESN) from a CDMA mobile telephone. The Active Direction-Finding (DF) capability enables location of a powered-on phone without depending on the suspect to be involved on a call. Additionally, KingFish provides passive Dialed Number Recorder (DNR) and Registration Collection capabilities. Passive operations identify calling patterns and provide information on the suspect's area of operation.

KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. As initially offered, KingFish provides CDMA operation in both the Cellular and PCS bands.

## Features

### Covert Packaging
■ Concealed radio, antennas, and battery power supply
■ Wireless remote control from commercially available Pocket PC

### Intuitive Application Software
■ Windows® interface
■ Identifies active CDMA channels and catalogs base station parameters
■ Provides real-time display of Interrogation and Passive Collection results
■ Dynamically updates received signal strength to enable precise location of a target phone

*next level solutions*

Miami, FL, USA - Legislative Files, Harris
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000002

⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅
⬇ **EXHIBIT 29** ⬅

Miami, FL, USA – Legislative Files, Harris GCSD Price List (Sep. 2008), *available at* <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf> (last accessed Mar. 9, 2011);



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



**HARRIS GCSD**
**PRICE LIST**
*Effective September 2008*
*All price quotes are in USD ($)*

*\*\*\*This price list supersedes all previous price lists. Prices and products are subject to change without notice. Products are subject to discontinuation without notice.\*\*\**

Miami, FL, USA – Harris GCSD Price List [Sep. 2008]; Page # 1 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000001



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-FL8-LAWS (1-800-358-5297) Fax: 321-309-7437

Miami, FL, USA – Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 2 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000002



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## AmberJack®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| AJ-G | The AmberJack-G DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 900 and 1800 MHz Bands.* | $  24,300 | $  23,100 |
| AJ-X | The AmberJack-X DF Antenna is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 800 and 1900 MHz Bands.* | $  24,300 | $  23,100 |
| AJ-W | The AmberJack-W DF Antenna is a wideband phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the frequency bands from 800MHz to 2100 MHz* | $  38,400 | $  36,500 |
| AJ-GUP | AmberJack-G DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-G antenna. | $  13,000 | $  12,400 |
| AJ-XUP | AmberJack-X DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna to the AJ-X antenna. | $  9,000 | $  8,600 |
| AJ-WUG | AmberJack-W DF Antenna Upgrade. Upgrades the legacy AJ-DF antenna, AJ-X or AJ-G antenna to the AJ-W antenna. | $  18,000 | $  17,100 |
| | *Requires PC Controller Software for Gossamer Operations.* | | |

| *AmberJack Accessories* | | PRICE | |
|---|---|---|---|
| 3088596-101 | Cable Assembly, DBDF Antenna, Loggerhead (12') | $  650 | |
| 3120038-101 | Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the 3088596-101 for both LH and Gossamer) | $  650 | |
| KCII/1660 | Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) | $  800 | |
| RE0512HA-2 | Carrying Case | $  890 | |
| DC15A-3J1 | Cable Assembly, 3-Way Splitter | $  170 | |
| 47621 | Eyebolt, Swivel | $  54 | |
| 3087877-101 | Power Cable Internal | $  73 | |
| 47641/94882 | Tool, Eyebolt | $  15 | |
| 8834T561 | Webbing Assembly, 12ft. | $  35 | |
| 3087882-101 | Radome Assembly | $  1,800 | |
| KCII/1672 | Cable Assembly, DBDF Antenna, StingRay (25') | $  975 | |
| KCII/1684 | Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: 3099547-103) | $  825 | |
| KCII/1696 | Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | $  1,000 | |

Miami, FL, USA – Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 3 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000003



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## StingRay®

| MODEL NUMBER | DESCRIPTION | PRICE | |
|---|---|---|---|
| | | 1 to 15 Units | 16+ Units |
| STINGRAY | StingRay (4 module) – 1-CH Xmit Interrogation and Direction Finding Transportable Unit. | $ 75,100 | $ 71,300 |
| SRAY-GSM-SW | StingRay – GSM Software Package | $ 22,000 | $ 20,900 |
| SRAY-CDMA-SW | StingRay – CDMA Software Package | $ 22,000 | $ 20,900 |
| SRAY-IDEN-SW | StingRay – IDEN Software Package | $ 22,000 | $ 20,900 |
| SRAY-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |
| SRAY-GSM-SW-INTCP | StingRay -- GSM Intercept Software Package without S/C | $ 27,400 | $ 26,000 |
| SRAY-GSM-SW-INTCP-SC | StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $ 50,000 | $ 25,000 |
| UMTS-B1-CONV | StingRay 2100/1900MHz Down Converter | $ 16,000 | $ 15,200 |
| UMTS-B4-CONV | StingRay 2100/1700MHz Down Converter | $ 16,000 | $ 15,200 |
| AIRBRN-KIT-CONUS | Airborne DF Kit CONUS | $ 9,000 | $ 8,550 |

## StingRay II®

| | | 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY II | StingRay II – 4-CH Multi-Xmit Interrogattion and Direction Finding Transportable Unit. | $ 148,000 | $ 140,600 |
| STINGRAY II-UP | StingRay II – StingRay to StingRay II Upgrade | $ 65,000 | $ 61,800 |
| SRAY II-GSM-SW | StingRay – GSM Software Package | $ 22,000 | $ 20,900 |
| SRAY II-CDMA-SW | StingRay – CDMA Software Package | $ 22,000 | $ 20,900 |
| SRAY II-IDEN-SW | StingRay – IDEN Software Package | $ 22,000 | $ 20,900 |
| SRAY II-GSM-SW-INTCP | StingRay -- GSM Intercept Software Package | $ 27,400 | $ 26,000 |
| SRAY II-GSM-SW-INTCP-SC | StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer) | $ 50,000 | $ 25,000 |
| SRAY II-UMTS-SW | StingRay – UMTS Software Package | N/C | N/C |

| *StingRay Accessories* | | PRICE |
|---|---|---|
| 3092524-102 | Cable Assembly PC/USB - 6' Cable | $ 196 |
| 3092524-103 | Cable Assembly PC/USB - 12' Cable | $ 220 |
| 3092525-101 | Cable DC Power | $ 171 |
| RE1017HA | Carrying Case | $ 925 |
| 17250 | 115V Power Cord | $ 8 |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| DE2035-803 | Adapter, DC (Laptop) (non- Charging) | $ 226 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |
| OSMM-SA-20 | Mobile Mast 20' | $ 2,990 |
| PE3665-144 | 12' Extension Cable (TNC to N) | $ 80 |
| PE3414-144 | 12' Extension Cable (TNC to TNC) | $ 85 |
| PE9131 | N-F to TNC-F Adapter | $ 48 |
| PE9099 | TNC-F to TNC-F Adapter | $ 28 |
| PE9090 | N-M to TNC-F Adapter | $ 30 |
| PE9089 | N-F to TNC-M Adapter | $ 28 |

Miami, FL, USA - Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 4 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000004



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| *StingRay Accessories continued...* | | PRICE | |
|---|---|---|---|
| Y2287A-66 | Directional Antenna, Yagi (GSM) Pole Mount | $ | 100 |
| FPPA-400 | Field Portable Power Adapter (Military Vehicles) | $ | 2,900 |
| FPPS-375 | Field Portable Power Source (Battery Pack) | $ | 1,700 |
| FPACPS | Field Portable AC Power Source | $ | 900 |
| 3092527-201 | SDR Radio Slice | $ | 15,000 |
| 3092577-101 | DC-DC Power Supply Module (SR & KF) | $ | 1,400 |
| WSA-00045 | Duplex Filter (AMPS/PCS) Stand Alone | $ | 1,970 |
| WSA-00100 | Duplex Filter (EGSM/DCS) Stand Alone | $ | 2,310 |
| 3174173-101 | Quad Band Mag Mount Antenex Antenna (TNC) | $ | 125 |

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-FLB-LAWS (1-800-358-5297) Fax: 321-309-7437

Miami, FL, USA – Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 5 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000005



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| KingFish® | | | | | |
|---|---|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | | | |
| | | | 1 to 15 Units | | 16+ Units |
| KINGFISH | KingFish – Man Portable Interrogation and Direction Finding Unit for the CDMA waveform | $ | 27,800 | $ | 26,400 |
| KF-GSM-SW | **KingFish** – GSM Software Package | $ | 18,100 | $ | 17,200 |
| KF-CDMA-SW | **KingFish** – CDMA Software Package | $ | 18,100 | $ | 17,200 |
| KF-IDEN-SW | **KingFish** – iDEN Software Package | $ | 18,100 | $ | 17,200 |
| KF-UMTS-SW | **KingFish** – UMTS Software Package | | N/C | | N/C |
| ***KingFish Accessories*** | | **PRICE** | | | |
| 3100242-101 | Tote Bag Assembly | $ | 570 | | |
| RE0513HA | Carrying Case, KingFish | $ | 950 | | |
| 3092524-102 | Cable Assembly, W102 (PC USB Type A) 6' cable | $ | 196 | | |
| 3092525-101 | Cable DC Power | $ | 171 | | |
| 2014068-101 | Battery Pack (11.1V) | $ | 256 | | |
| 2014068-102 | Lithium-Ion Battery Charger | $ | 426 | | |
| VA2524 | Battery, Adapter, Lighter (24V, 1.5A) | $ | 140 | | |
| ACHA-12501 | Power Supply (12V, 5A) | $ | 190 | | |
| 3118694-201 | Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | $ | 1,300 | | |
| PE3076-72 | Cable Assembly, RF (SMA-M to RTANGM-M) 6' | $ | 104 | | |
| PE3076-144 | Cable Assembly, RF (SMA-M to RTANGM-M) 12' | $ | 108 | | |
| 2014620-001 | Antenna Device, Wave, PCS/Cell (Green) | $ | 22 | | |
| 2014628-001 | Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | $ | 18 | | |
| 2014629-002 | Antenna Device, Wave, GSM  (Orange) | $ | 22 | | |
| 3100242-103 | Backpack Carrying Case Custom (Blue) | $ | 660 | | |
| 3100242-104 | Backpack Carrying Case Custom (Army Digi-Camo) | $ | 660 | | |
| 3174173-102 | Quad Band Mag Mount Antenex Antenna (SMA) | $ | 125 | | |

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-FL8-LAWS (1-800-358-5297) Fax: 321-309-7437

Miami, FL, USA - Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 6 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000006



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| PC Controllers | | |
|---|---|---|
| MODEL NUMBER | DESCRIPTION | PRICE |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2015651-101 | Mini PC Controller (OQO) | $ 3,200 |
| 2014069-101 | Rugged Mini PC Controller (GD Go Book) | $ 4,900 |
| 3084625-101 | Laptop Computer, Lightweight, Low Power, 12" Screen | $ 3,000 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| *PC Controller Accessories* | | PRICE |
| 3058870-101 | Serial Cable | $ 40 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |

| Harpoon High Powered Amp 30 Watt Filtered | | | |
|---|---|---|---|
| MODEL NUMBER | DESCRIPTION | PRICE | |
| | | 1 to 15 Units | 16+ Units |
| PA-KIT-30W iDEN 800 | High Powered Filtered 30W PA Kit - Single Band iDEN 800 | $ 14,000 | $ 13,300 |
| PA-KIT-30W 2100 | High Powered Filtered 30W PA Kit - Single Band UMTS 2100 | $ 16,000 | $ 15,200 |
| PA-KIT-30W Dual-Band CONUS | High Powered Filtered 30W PA Kit - Dual Band 850/1900 | $ 17,500 | $ 16,600 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 900/1800 | $ 17,500 | $ 16,600 |
| 3184472-101 | Harpoon Diplexer Kit (Use w/SR I) | $ 650 | $ 650 |
| | Need Mag Mount Antenna Specified | | |

| UMTS Band Converters | | | |
|---|---|---|---|
| MODEL NUMBER | DESCRIPTION | PRICE | |
| | | 1 to 15 Units | 16+ Units |
| CONV-2100/1700 | UMTS Band IV - AWS Converter | $ 16,000 | $ 15,200 |
| CONV-2100/1900 | UMTS Band I Converter | $ 16,000 | $ 15,200 |

HARRIS Wireless Products Group
PO Box 8800
Melbourne, Florida 32902
1-800-FL8-LAWS (1-800-358-5297) Fax: 321-309-7437

Miami, FL, USA - Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 7 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000007



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-FL8-LAWS (1-800-358-5297) Fax: 321-309-7437

Miami, FL, USA - Legislative Files, Harris GCSD Price List [Sep. 2008]; Page # 8 of 8;
Download at <http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf>
[last accessed Mar. 9, 2011];

Ex. Bates No. 000008

*ATTACHED EXHIBITS*
*RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇
⬇ **EXHIBIT 30** ⬇

Maricopa County, FL, USA – Harris Contract, Serial No. 09041-SS (May 27, 2010), *available at* <http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf> (last accessed Mar. 9, 2011); (only relevant sections are included in this exhibit);

**SERIAL 09041  SS        KING FISH DUAL-MODE SYSTEM**

**DATE OF LAST REVISION: May 27, 2010        CONTRACT END DATE: May 19, 2011**

**CONTRACT PERIOD BEGINNING MAY 20, 2009**
**ENDING MAY 19, ~~2010~~ 2011**

TO:                     All Departments

FROM:                   Department of Materials Management

SUBJECT:                Contract for **KING FISH DUAL-MODE SYSTEM**

Attached to this letter is a listing of vendors available to Maricopa County Agencies utilizing the Sheriff's Office Contract C-50-09-073-3-00.   The using agency and other interested parties may access and electronic version of this contract from the Materials Management Web site at: http://www.maricopa.gov/materials/Awarded_Contracts/search.asp.

**Please note:  Price Agreement Purchase Orders (PG documents) may be generated using the information from this list.  Use NIGP CODE 6808701.**

All purchases of product(s) listed on the attached pages of this letter are to be obtained from the listed contractor(s).

# EXHIBIT A
## PRICING

SERIAL 09041-SS
NIGP CODE: 72500
RESPONDENT NAME:     Lin Vinson
VENDOR NUMBER :

ADDRESS:
     Harris Corporation, GCSD
     Attn: Mailstop R5/11A
     PO Box 9800
     Melbourne, FL 32902

P.O. ADDRESS:
     Harris Corporation, GCSD
     Attn: Mailstop R5/11A
     PO Box 9800
     Melbourne, FL 32902
TELEPHONE NUMBER:     321-309-7333
FACSIMILY NUMBER:     321-309-7437
WEB SITE:
REPRESENTATIVE:     Lin Vinson
REPRESENTATIVE E-MAIL:     wvinson@harris.com

|  | YES | NO | REBATE |
|---|---|---|---|
| WILL ALLOW OTHER GOVERNMENTAL ENTITIES TO PURCHASE FROM THIS CONTRACT: | [ ] | [X] | |
| WILL ACCEPT PROCUREMENT CARD FOR PAYMENT: | [X] | [] | |
| WILL OFFER REBATE (CASH OR CREDIT) FOR UTILIZING PROCUREMENT CARD: <br> (Payment shall be made within 48 hours of utilizing the Purchasing Card) | [ ] | [] | 0% |

PAYMENT TERMS: RESPONDENT IS REQUIRED TO PICK ONE OF THE FOLLOWING.
PAYMENT TERMS WILL BE CONSIDERED IN DETERMINING LOW BID. FAILURE TO
CHOOSE PAYMENT TERMS WILL RESULT IN A DEFAULT TO NET 30 DAYS.

| | | |
|---|---|---|
| [] NET 10 DAYS | [ ] NET 45 DAYS | [ ] 1% 10 DAYS NET 30 DAYS |
| [ ] NET 15 DAYS | [ ] NET 60 DAYS | [ ] 2% 30 DAYS NET 31 DAYS |
| [ ] NET 20 DAYS | [ ] NET 90 DAYS | [ ] 1% 30 DAYS NET 31 DAYS |
| [X] NET 30 DAYS | [ ] 2% 10 DAYS NET 30 DAYS | [ ] 5% 30 DAYS NET 31 DAYS |

Maricopa County, AZ, USA - Harris Contract, Serial No. 09041-SS  [May 27, 2010]; Page # 13 of 25;
Download at <http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf>
[last accessed Feb. 1, 2011];
     Ex. Bates No. 000002

**KingFish Dual-Mode System**
**Vehicular/Man-Portable Configuration**
**CDMA, GSM, & iDEN**

| Technology | Part Number | Description | Unit Price | Qty (ea.) | Total Price |
|---|---|---|---|---|---|
| **KingFish Dual-Mode System:** | KINGFISH | KingFish System | $ 27,800 | 1 | $ 27,800 |
| **Vehicular and Man-Portable Operation** | KF-CDMA-SW | CDMA Controller Software | $ 18,100 | 1 | $ 18,100 |
| **CDMA/GSM/iDEN** | KF-GSM-SW | GSM Controller Software | $ 18,100 | 1 | $ 18,100 |
| Interrogation, Direction Finding, Denial | KF-iDEN-SW | iDEN Controller Software | $ 18,100 | 1 | $ 18,100 |
| of Service & Passive Collection | MINI PC (2015657) | OQO Mini-PC Controller | $ 3,200 | 1 | $ 3,200 |
| | | | **KingFish Price** | | **$ 85,300** |
| | | | | | |
| **Training Classes** | TRAIN-MLB | Training-Melbourne, FL (KingFish) | $ 4,000 | 1 | $ 4,000 |
| **KingFish System** | | | **Training Price** | | **$ 4,000** |
| | | | **Total System Price** | | **$ 89,300** |

NOTES
Standard Delivery is 90 Days ARO
StingRay and KingFish Hardware platform comes standard without Software.  Protocol Software (CDMA, GSM, or iDEN) must be purchased separately (includes SDR and Controller Software)
StingRay and KingFish Hardware platform comes standard without a controller computer.  A Laptop or Mini PC must be purchased separately
StingRay and Kingfish support 3 technologies simultaneously, additional technologies can be swapped through a hardware flash process (software provided).
The unit prices above include 1 year Hardware warranty and 1 year access to Software upgrades for the protocol(s) purchased
1 Year extended Maintenance Agreements are available for 15% of the line item prices for the KingFish or AmberJack systems
Maintenance Agreements provide for an additional 12 months of extended Hardware warranty and Software upgrades
Training classes are 12 hours (2 days) per product per protocol (unless stated otherwise) with 4 students maximum per class

Maricopa County, AZ, USA - Harris Contract, Serial No. 09041-SS  [May 27, 2010]; Page # 14 of 25;
Download at <http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf>
[last accessed Feb. 1, 2011];

Ex. Bates No. 000003



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| Product Description | Part # | Domestic Pricing | | GSA Pricing | |
|---|---|---|---|---|---|
| | | 1 - 15 | 16+ | 1 - 15 | 16+ |
| **StingRay** | | | | | |
| StingRay | STINGRAY | 75,100 | 71,300 | 68,479 | |
| StingRay GSM Software | SRAY-GSM-SW | 22,000 | 20,900 | | |
| StingRay CDMA Software | SRAY-CDMA-SW | 22,000 | 20,900 | | |
| StingRay iDEN Software | SRAY-IDEN-SW | 22,000 | 20,900 | | |
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 | |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 | |
| **StingRay Accessories** | | | | | |
| StingRay Replacement Kit | SR-REPLACEMENT KIT | 500 | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Cable DC Power | 3092525-101 | 171 | | | |
| StingRay Carrying Case | RE1017HA | 925 | | | |
| 115V Power Cord | 17250 | 8 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 226 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Auto Power Adapter (8500 & D600) | 2009523-002 | 128 | | | |
| Mobile Mast 20' | OSMM-SA-20 | 2,990 | | | |
| 12' Extension Cable (TNC to N) | PE3665-144 | 80 | | | |
| 12' Extension Cable (TNC to TNC) | PE3414-144 | 85 | | | |
| N-F to TNC-F Adapter | PE9131 | 48 | | | |
| TNC-F to TNC-F Adapter | PE9099 | 28 | | | |
| N-M to TNC-F Adapter | PE9090 | 30 | | | |
| N-F to TNC-M Adapter | PE9089 | 28 | | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |
| DC-DC Power Supply Module (SR & KF) | 3092577-101 | 1,400 | | | |
| Duplex Filter (AMPS/PCS) Stand Alone | WSA-00045 | 1,970 | | | |
| Duplex Filter (EGSM/DCS) Stand Alone | WSA-00100 | 2,310 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | | |
| **Sting Ray II** | | | | | |
| StingRay II | STINGRAY II | 148,000 | 140,600 | 134,952 | |
| StingRay II Upgrade | STINGRAY II-UP | 71,300 | 67,700 | 65,014 | |
| StingRay II GSM Software | SRAY-II-GSM-SW | 22,000 | 20,900 | | |
| StingRay II CDMA Software | SRAY-II-CDMA-SW | 22,000 | 20,900 | | |
| StingRay II iDEN Software | SRAY-II-IDEN-SW | 22,000 | 20,900 | | |
| **StingRay II Accessories** | | | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 226 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 | | | |
| GPS Antenna | ANT-GPS-SH-SMA | 50 | | | |
| AC/DC Converter | ACHA1224-1936 | 800 | | | |
| Volt Converter (Universal Plug Kit) | 3142757-101 | 100 | | | |
| StingRay II Case | RE041908HA | 750 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |

Maricopa County, AZ, USA - Harris Contract, Serial No. 09041-SS [May 27, 2010]; Page # 21 of 25; Download at <http://www.maricopa.gov/materials/Awards/Proprietary/HARRIS/09041-c.pdf> [last accessed on...]

Harris Proprietary Information
For Internal Company Use Only

Prices Subject To Change Without Notice



# WPG Product Pricing

**Effective Date: 12/7/09**
**Update: 2/24/10**

Version S&L 2010

## KingFish

| | | | | |
|---|---|---|---|---|
| KingFish | KINGFISH | 27,800 | 26,400 | 25,349 |
| KingFish N-Connector Upgrade | KF-N-UP | 2,800 | 2,700 | |
| KingFish GSM Software | KF-GSM-SW | 18,100 | 17,200 | |
| KingFish CDMA Software | KF-CDMA-SW | 18,100 | 17,200 | |
| KingFish iDEN Software | KF-IDEN-SW | 18,100 | 17,200 | |

### KingFish Accessories

| | | |
|---|---|---|
| Kingfish Replacement Kit | KF-REPLACEMENT KIT | 1,678 |
| Tote Bag Assembly | 3100242-101 | 570 |
| Carrying Case, KingFish | RE0513HA | 950 |
| Cable Assembly, W102 (PC USB Type A) 6' cable | 3092524-102 | 196 |
| Cable DC Power | 3092525-101 | 171 |
| Battery Pack (11.1V) | 2014068-101 | 256 |
| Lithium-Ion Battery Charger | 2014068-102 | 426 |
| Battery, Adapter, Lighter (24V, 1.5A) | VA2524 | 140 |
| Power Supply (12V, 5A) | ACHA-12501 | 190 |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 |
| Antenna Device, Wave, PCS/Cell (Green) | 2014620-001 | 22 |
| Antenna Device, Wave, GSM (Orange) | 2014620-002 | 22 |
| Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | 2014628-001 | 18 |
| Backpack Carrying Case Custom (Blue) | 3100242-103 | 450 |
| Backpack Carrying Case Custom (Army Digi-Camo) | 3100242-104 | 450 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |

## AmberJack

| | | | | |
|---|---|---|---|---|
| AmberJack G | AJ-G | 24,300 | 23,100 | 22,158 |
| AmberJack X | AJ-X | 24,300 | 23,100 | 22,158 |
| AmberJack W | AJ-W | 38,400 | 36,500 | 35,015 |
| AmberJack Legacy to W Upgrade | AJL-W-UP | 19,750 | 18,800 | 18,009 |
| AmberJack X & G to W Upgrade | AJXG-W-UP | 21,650 | 20,600 | 19,741 |

### AmberJack Accessories

| | | |
|---|---|---|
| Cable Assembly, DBDF Antenna, Loggerhead (12') | 3088596-101 | 650 |
| Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the | 3120038-101 | 650 |
| Carrying Case | RE0512HA-2 | 890 |
| Cable Assembly, 3-Way Splitter | DC15A-3J1 | 170 |
| Eyebolt, Swivel | 47621 | 54 |
| Power Cable Internal | 3087877-101 | 73 |
| Tool, Eyebolt | 47641/94882 | 15 |
| Webbing Assembly, 12ft. | 8834T535 | 35 |
| Radome Assembly | 3087882-101 | 1,800 |
| Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) Three | KCII/1660 | 800 |
| Cable Assembly, (35') | KCII/1672-1 | 1,200 |
| Cable Assembly, DBDF Antenna, StingRay (25') | KCII/1672 | 975 |
| Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: | KCII/1684 | 825 |
| Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | KCII/1696 | 1,300 |
| CASE,CARRYING;AMBERJACK-W | RE022608HA | 1,020 |

## 4 Watt PA Kit

| | | | |
|---|---|---|---|
| Power Amp Kit | PA-KIT | 3,500 | 3,300 |

### 4 Watt PA Kit Accessories

| | | |
|---|---|---|
| Power Amp | SM0520-36HH | 2,150 |
| Carrying Case | RE0602HA | 700 |
| Adapter Cable - SMA Male to SMA Male (12") | PE3377-12 | 58 |
| 3 Way DC Splitter | DC15A-3J1 | 170 |
| DC Power Cable | CBLIO-00390 | 100 |
| Right Angle SMA Coax Adapter | PE9068 | 32 |
| Mounting Plate | 3102393-101 | 52 |
| Adapter Cable - SMA Male to SMA Male (72") | PE3377-72 | 60 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |

Prices Subject To Change Without Notice                    Harris Proprietary Information
For Internal Company Use Only                                Ex. Bates No.

Page 22 of 25

000005



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| 10 Watt PA Kit | | | | |
|---|---|---|---|---|
| Power Amp Kit - 10 Watt | PA-KIT-10W | 4,500 | 4,300 | |
| | | | | |
| **10 Watt PA Kit Accessories** | | | | |
| | | | | |
| Amplifier 10Watt | SM0822-3906 | 2,390 | | |
| Carrying Case | RE0118HA | 700 | | |
| Adapter Cable - SMA / TNC  (18") w/ Attenuator | 3147080-101 | 108 | | |
| 3 Way DC Splitter | DC15A-3J1 | 170 | | |
| Adapter Cable - SMA / TNC  (72") w/ Attenuator | 3147080-102 | 110 | | |
| DC Power Cable for 10-Watt PA | 180-8045-66 | 62 | | |
| AC to DC Power Supply for 10 Watt PA | ACHA1270-1465 | 218 | | |
| AC to DC Power Supply for 10 Watt PA - 25 feet | CBLMS-F00416 | 120 | | |
| Quad Band Mag Mount Antenna Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Attenuator, FXD; 5DB (SMA to SMA) | BW-S5W2 | 50 | | |
| | | | | |
| **25 Watt PA Kits** | | | | |
| | | | | |
| High Power Filtered 25W PA Kit - (800/850/1900/2100 B4) | PA-KIT-25W CONUS | 11,500 | 10,900 | 10,486 |
| High Power Filtered 25W PA Kit - (9001800/2100 B1) | PA-KIT-25W OCONUS | 11,500 | 10,900 | 10,486 |
| | | | | |
| **25 Watt PA Kit Accessories** | | | | |
| | | | | |
| High Power antenna | VBC-822-M-1 | 800 | | |
| DC Powr Cable (CLA) | 3092525-101 | 120 | | |
| AC/DC Power Converter | ACHA1224-2651 | 1,000 | | |
| DC / DC Power Cable | CBLIO-00640 | 200 | | |
| RF Cable | 920-10027-012 | 250 | | |
| Carry Case | RE052809HA | 900 | | |
| | | | | |
| **30 Watt PA Kits - Harpoons** | | | | |
| | | | | |
| High Power Filtered 30W PA Kit- Single Band iDEN 800 | PA-KIT-30W iDEN 800 | 16,400 | 15,600 | 14,954 |
| High Power Filtered 30W PA Kit- Single Band 2100 | PA-KIT-30W 2100 | 18,550 | 17,600 | 16,915 |
| High Power Filtered 30W PA Kit- Dual Band 850/1900 | PA-KIT-30W Dual-Band CONUS | 20,200 | 19,200 | 18,419 |
| High Power Filtered 30W PA Kit- Dual Band 900/1800 | PA-KIT-30W Dual-Band OCONUS | 20,200 | 19,200 | 18,419 |
| | | | | |
| | | | | |
| | | | | |
| **30 Watt PA Kits - Harpoons Accessories** | | | | |
| | | | | |
| Harpoon AC/DC Converter | ACHA2816-2597 | 1,200 | | |
| USB Cable Assembly | 3092524-102 | 196 | | |
| USB to AUX Cable Assembly (Beige) | 3181099-101 | 210 | | |
| RF Cable Assembly (Blue) | 920-10027-012 | 210 | | |
| Harpoon Mounting Tray Assembly | 3182503-101 | 700 | | |
| Antenna: 806-2200 MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Coax Adapter; SMA Male to TNC Female | PE9078 | 60 | | |
| Aux to Primary (Harpoon to SR) Cable Assy | 3186799-101 | 210 | | |
| Aux to Primary (Harpoon to SR II) Cable Assy | 3186800-101 | 180 | | |
| | | | | |
| **OCTOPUS** | | | | |
| | | | | |
| Tactical Power Kit | OCTOPUS | 20,000 | 19,000 | 18,237 |
| | | | | |
| **OCTOPUS Accessories** | | | | |
| | | | | |
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3662-72) | 3118694-101 | 1,300 | | |

Maricopa County, AZ, USA - Harris Contract, Serial No. 09041-SS  [May 27, 2010]; Page # 23 of 25;
Download at <http://www.maricopa.gov/materials/Awards/Proprietary/Harris/09041-c.pdf>
[last accessed: XX]

Prices Subject To Change Without Notice

Harris Proprietary Information
For Internal Company Use Only

Ex. Bates No 5 000006



# WPG Product Pricing

**Effective Date: 12/7/09**
**Update: 2/24/10**

Version S&L 2010

## Converters

| | | | | |
|---|---|---|---|---|
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 |

## Converter Accessories

| | | | |
|---|---|---|---|
| HA1225-1937 | Adapter | 210 | |

## Controller Descriptions

| | | | |
|---|---|---|---|
| Laptop PC | 2009523 | 3,500 | |
| Toughbook PC | 2009525 | 6,500 | |
| Rugged Mini-PC | 2014069 | 5,500 | |

## Optional Antenna

| | | | |
|---|---|---|---|
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3662-72) | 3118694-101 | 1,300 | |

## Repairs

| | | | |
|---|---|---|---|
| Repair for all WPG products not covered by warranty. Charges are $85.00/hr plus | REPAIR | TBD | |

## Maintenance Descriptions

| Maintenance Descriptions | Part # | Domestic & Int'l | GSA |
|---|---|---|---|
| Maintenance 4W PA Kit | MT-4W | 500 | |
| Maintenance 10W PA Kit | MT-10W | 500 | |
| Maintenance 25W PA Kit CONUS | MT-25WC | 1,500 | 1,436 |
| Maintenance 25W PA Kit OCONUS | MT-25WO | 1,500 | 1,436 |
| Maintenance AmberJack X | MT-AJX | 3,000 | 2,872 |
| Maintenance AmberJack G | MT-AJG | 3,000 | 2,872 |
| Maintenance AmberJack W | MT-AJW | 5,000 | 4,786 |
| Maintenance Converter Band 1 OCONUS w/ BP | MT-CONV1O | 2,700 | 2,584 |
| Maintenance Converter Band 4 CONUS w/ BP | MT-CONV4C | 2,700 | 2,584 |
| Maintenance Harpoon 2100 | MT-HARP21 | 2,000 | 1,914 |
| Maintenance Harpoon CONUS | MT-HARPC | 2,000 | 1,914 |
| Maintenance Harpoon iDEN | MT-HARPI | 2,000 | 1,914 |
| Maintenance Harpoon OCONUS | MT-HARPO | 2,000 | 1,914 |
| Maintenance KingFish | MT-KF | 4,000 | 3,829 |
| Maintenance Octopus | MT-OCT | 2,700 | 2,584 |
| Maintenance StingRay | MT-SR | 11,000 | 10,529 |
| Maintenance StingRay II | MT-SRII | 22,000 | 21,058 |

## Training Descriptions

| Training Descriptions | Part # | Per Description | |
|---|---|---|---|
| Training - Melbourne | TRAIN-MLB | 4,000 | |
| Training - Melbourne 1-Day Course | TRAIN-MLB-1 | 2,500 | |
| Training - Florida | TRAIN-FL | 4,300 | |
| Training - East Coast | TRAIN-EC | 6,000 | |
| Training - East Coast 1-Day Course | TRAIN-EC-1 | 3,750 | |
| Training - West Coast | TRAIN-WC | 9,000 | |
| Training - West Coast 1-Day Ciurse | TRAIN-WC-1 | 6,000 | |

Prices Subject To Change Without Notice     Harris Proprietary Information     For Internal Company Use Only

Ex. Bates No. 5 000007



# WPG Product Pricing

Version S&L 2010

**Effective Date: 12/7/09**
**Update: 2/24/10**

---

**WPG Contact Information:**

**Michael Dillon**
Federal, State and Local Law Enforcement
(571) 246-7450
michael.dillon@harris.com

**Rich Roosa**
DoD, SOCOM, International, Federal Intelligence
Ph: (321) 309-7430
Cell: (321) 223-9551
richard.roosa@harris.com

**Lin Vinson**
ARMY, National Security, Federal Intelligence
(321) 258-2583
lin.vinson@harris.com

**Susan McCreery**
Sales/Support
321-309-7459 (Office)
321-258-9631 (BlkBry)
321-409-6975 (fax)
www.wpg.harris.com
www.premier.harris.com/wpg
susan.mccreery@harris.com

---

Maricopa County, AZ, USA - Harris Contract, Serial No. 09041-SS  [May 27, 2010]; Page # 25 of 25;
Download at <http://www.maricopa.gov/materials/Awards/Documents/09041-c.pdf>
[last accessed ...]
Prices Subject To Change Without Notice
Harris Proprietary Information
For Internal Company Use Only
Ex. Bates No. Page No 5
000008