DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden, et al,<br><br>　　　　　Defendants. | CR-08-814-PHX-DGC<br><br>**MOTION TO CONTINUE HEARING** |

　　　The United States, by and through its attorneys undersigned, respectfully requests that this Honorable Court enter an order continuing the hearing set to address issues related to the law enforcement privilege raised by the United States in this case and its request for an ex parte and in camera hearing if necessary, currently set for Thursday, April 14, 2011, for a period of at least 14 days. This request is based upon the following facts: (1) defendant DANIEL DAVID RIGMAIDEN was unable to file his required response until Monday, April 11, 2011, and the response is 60 pages and includes 213 pages of attachments; and (2) the United States is still in the process of finalizing its response to defendant RIGMAIDEN's latest detailed discovery request which contains 22 pages, 18 parts, numerous sub-parts and 16 attachments.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 12th day of April, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney