UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Daniel David Rigmaiden, et al.,<br><br>　　　　　　Defendant. | CR-08-814-PHX-DGC<br><br>**ORDER CONTINUING HEARING** |

　　　Upon motion of the United States, good cause appearing and there being ___ objection by defendants,

　　　IT IS ORDERED granting the government's motion to continue the hearing related to the law enforcement privilege raised by the United States and its request for an ex parte and in camera hearing if necessary, currently set for Thursday, April 14, 2011, until _____, at _____.

　　　Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 2011, for a total of _____ days.

　　　DATED this _____ day of _____, 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DAVID G. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　United States District Judge