UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Daniel David Rigmaiden,<br><br>        Defendant. | CR 08-814-01-PHX-DGC<br><br>**ORDER CONTINUING HEARING** |

Upon motion of the United States, good cause appearing,

IT IS ORDERED granting the government's motion to continue the hearing related to the law enforcement privilege raised by the United States and its request for an ex parte and in camera hearing if necessary, currently set for Thursday, April 14, 2011, until May 5, 2011 at 1:00 p.m.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on April 12, 2011, for a total of 1 day.

DATED this 12th day of April, 2011.

_____
David G. Campbell
United States District Judge