IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,    )    Case No. CR 08-0814-PHX-DGC
                             )
             Plaintiff,      )
                             )    O R D E R
        vs.                  )
                             )
Daniel David Rigmaiden,      )
                             )
_____ )

PURSUANT TO Defendant's Motion to Strike Sections of Government Memo at Dkt. #465 and good cause shown,

IT IS HEREBY ORDERED striking sections II(D), p. 14, ll. 1-23; II(D)(1); II(D)(1)(a); II(D)(1)(b); II(D)(1)(c); II(D)(1)(d); II(D)(2); II(D)(3); and III of Dkt. #465, "Government's memorandum Regarding Law Enforcement Privilege and Request for an *Ex Parte* and In Camera Hearing if Necessary."