IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,    ) | Case No. CR 08-0814-PHX-DGC |
|                 ) | |
|          Plaintiff,   ) | |
|                 ) | O R D E R |
|         vs.             ) | |
|                 ) | |
| Daniel David Rigmaiden,    ) | |
|                 ) | |
| _____ ) | |

PURSUANT TO Defendant's Motion to Strike Sections of Government Memo at Dkt. #465 and good cause shown,

IT IS HEREBY ORDERED striking sections II(D), p. 14, ln. 10-23; II(D)(1); II(D)(1)(a); II(D)(1)(b); II(D)(1)(c); II(D)(1)(d); II(D)(2); II(D)(3); and III of Dkt. #465, "Government's memorandum Regarding Law Enforcement Privilege and Request for an *Ex Parte* and In Camera Hearing if Necessary."

1