1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona

3  FREDERICK A. BATTISTA
   Maryland State Bar Member
4  PETER S. SEXTON
   Arizona State Bar No. 011089
5  JAMES R. KNAPP
   Arizona State Bar No. 021166
6  Assistant U.S. Attorneys
   Two Renaissance Square
7  40 North First Avenue, Suite 1200
   Phoenix, Arizona 85004
8  Telephone: (602) 514-7500
   Fred.Battista@usdoj.gov
   Peter.Sexton@usdoj.gov
9  James.Knapp2@usdoj.gov

10

11                 UNITED STATES DISTRICT COURT

12                     DISTRICT OF ARIZONA

13

14  United States of America,                    CR-08-814-PHX-DGC

              Plaintiff,
15                                     **RESPONSE TO DEFENDANT
       v.                               RIGMAIDEN'S AMENDED
16                                     MOTION TO STRIKE SECTIONS
    Daniel David Rigmaiden, et al,       OF GOVERNMENT MEMO AT
17                                          DOCKET NO. 465**
              Defendants.
18

19

20        The United States, by and through its attorneys undersigned, respectfully responds to

21  defendant Daniel David Rigmaiden's Amended Motion to Strike Sections of Government Memo

22  at Docket No. 465 as follows.  The United States requests that the motion be denied.  The

23  government's memorandum sets forth information and authorities which it believes will assist

24  the Court in determining the questions at issue with respect to a law enforcement privilege.  In

25  a case such as this, the Court cannot decide the pending issues in a vacuum.  It is important for

26  the Court to be aware of the context of the pending issues and the basic facts of the case.  In this

27  case, a critical issue is whether defendant's alleged need for certain law enforcement sensitive

28  materials is outweighed by the danger the release of the materials may cause to other criminal

1 investigations and national security interests. In addition, the government believes it is

2 important to be aware of what defendant Rigmaiden has already received in the form of

3 discovery in relation to the narrow category of privileged materials that are being withheld. The

4 Court is clearly capable of determining what it deems relevant to the subject issues and,

5 therefore, defendant's motion to strike should be denied.

6         Respectfully submitted this 2nd day of May, 2011.

7
                                           DENNIS K. BURKE
8                                          United States Attorney
                                           District of Arizona
9

10                                         S/Frederick A. Battista

11                                         FREDERICK A. BATTISTA
                                           PETER S. SEXTON
12                                         JAMES R. KNAPP
                                           Assistant U.S. Attorneys
13

14                         **CERTIFICATE OF SERVICE**

15         I hereby certify that on May 2, 2011, I caused the attached document to be electronically
transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of
16 Electronic Filing to the following ECF registrants:

17 Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden
18
Taylor Fox
19 Counsel for Defendant Ransom Carter

20 A copy of the attached document was also mailed to:

21 Daniel David Rigmaiden
Agency No. 10966111
22 CCA-CADC
PO Box 6300
23 Florence, AZ 85132

24
S/Frederick A. Battista
25
FREDERICK A. BATTISTA
26 Assistant U.S. Attorney

27

28                                           2