DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>       v.<br><br>Daniel David Rigmaiden, et al,<br><br>                    Defendants. | CR-08-814-PHX-DGC<br><br>**RESPONSE TO DEFENDANT RIGMAIDEN'S REQUEST FOR JUDICIAL NOTICE OF FACTS RELEVANT TO THE ISSUE OF GOVERNMENTAL PRIVILEGES** |

The United States, by and through its attorneys undersigned, respectfully responds to defendant Daniel David Rigmaiden's Request for Judicial Notice of Facts Relevant to the Issue of Governmental Privileges as follows. The United States requests that the motion be denied. Defendant's request pertains to the testimony of a FBI Special Agent in a federal criminal case in the District of Utah. In particular, the testimony pertained to the simulation of historical cellular telephone activity of a defendant charged with multiple offenses related to robberies in the area of Salt Lake City. United States v. James E. Allums, Docket No. 2:08-CR-30 TS, D. Utah. In the course of his testimony, the agent very briefly discussed FBI equipment he used to simulate the activity along with a standard cellular telephone and related training. A review

of the transcript of the agent's testimony submitted by the defendant indicates that the primary issue in the Utah case was the simulation of prior cellular telephone activity and not the proactive detection of an active cellular telephone. The fact that the agent tangentially mentioned information that may or may not apply to the issues in this case should not give rise to facts worthy of judicial notice in this case.

Respectfully submitted this 4th day of May, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2