IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>   vs.<br><br>Daniel David Rigmaiden, | Case No. CR 08-0814-01-PHX-DGC<br><br>O R D E R |

This matter is before the Court pursuant to the defendant's Motion For Leave To File Non-Standard And Out-Of-Time Response Brief with respect to his Response To Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex Parte And In Camera Hearing If Necessary.

There being good cause shown, the Court will grant the defendant's motion.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on April 11, 2011, for a total of 25 days.

DATED this 5th day of May, 2011.

_____
David G. Campbell
United States District Judge