**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

Phoenix Division

 **CR 08 /  814  /   01 / PHX / DGC**     DATE: 5/5/11
Year   Case No.   Dft #

HON: DAVID G. CAMPBELL          Judge # 7031

USA v.   Rigmaiden, Daniel David (pro se)
         Last Name     First Name    Middle Initial
DEFENDANT: X   Present_ Not Present  _ Released X Custody  _Writ

Deputy Clerk: Lisa Richter     Crt Rptr/ECR Patricia Lyons

U.S Atty:   Frederick Battista and James Knapp        Dft counsel:  Philip Seplow (advisory counsel)
                                                       _ AFPD  X  Appt'd _ Retained
Interpreter:_     Language:_
==========================================================================
**PROCEEDINGS**:  X Open Court   _Chambers    _Other

Hearing held regarding Government's Memorandum and pending motions.

Defendant's Amended Motion to Strike Sections of Government's Memo (doc 504) is denied.

Defendant's Request for Judicial Notice (doc. 501) is denied to the extent that it is a motion. No ruling is entered on the request itself. Document 501 is terminated and should be docketed as a request and not a motion.

Discussion is held with all parties present.

Ex parte discussion is held outside the presence of the government. Pending motions are ruled on as stated on the record. Separate orders to issue.

Discussion is held with all parties present.

Briefing schedule and further hearing to be set by separate order.

The ex parte portion of the transcript of this proceeding is sealed.

Court time: 1 hour, 17 mins