**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, ) | |
| vs. ) | MOTION TO CONTINUE TRIAL |
| Daniel David Rigmaiden, ) | |
| Defendant. ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves to continue the trial in this matter presently set for the 10th day of May, 2011, for at least ninety (90) days.  Defendant requires additional time to prepare a detailed discovery request and once the requested material is received, Defendant will need sufficient time to prepare his anticipated motion to suppress.  Defendant estimates that it will take at least 90 days for the discovery request, review of material received in response to said request and to file his motion to suppress and for a response and reply.

For the reasons stated above, it is also requested that the Court extend the deadline for filing pretrial motions an equivalent amount of time.

Failure to grant the requested continuance would deny the Defendant the reasonable time necessary for effective

1

preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)).

Assistant United States Attorney Frederick Battista has no objection to this request.  Codefendant Marion Carter has entered into a plea agreement with the government and thus is not affected by this Motion.

This Motion is filed pursuant to Defendant's request and with his authorization.

Excludable delay under 18 U.S.C. § 3161(h)(8) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 6th day of May, 2011.

PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
   Philip A. Seplow, Esq.
   Attorney for Defendant

CERTIFICATE OF SERVICE

\_\_X\_\_   I hereby certify that on May 6, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

\_X\_  I hereby certify that on May 6, 2011, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

                                            S/ Philip A. Seplow

3