1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8    United States of America,    )   Case No. CR 08-0814-PHX-DGC
                                   )
9                     Plaintiff,   )
                                   )   O R D E R
10              vs.                )
                                   )
11   Daniel David Rigmaiden,       )
                                   )
12   _____   )

13

14          PURSUANT TO Defendant's Motion to Continue Trial, the

15   government having no objection, and good cause shown,

16          IT IS HEREBY ORDERED continuing the trial in the above-

17   entitled case from the 10th day of May, 2011, to the _____day of

18   _____, 2011, at _____ a.m.

19          For the reasons set forth in the Motion, to wit: failure

20   to continue the proceeding would the Defendant, proceeding *pro se*,

21   the reasonable time necessary for effective preparation, taking

22   into account the exercise of due diligence (18 U.S.C. §

23   3161(h)(8)(B)(iv)). In light of the above, the Court specifically

24   finds that the ends of justice served by granting a continuance

25   outweigh the best interests of the public and the Defendant in a

26   speedy trial.

27          IT IS FURTHER ORDERED extending the deadline for filing

28   pretrial motions to the _____ day of _____, 2011.

1

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is found to commence on the _____ day of _____, 2011, for a period of _____ days.