# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 08-0814-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

The Court held a hearing on May 5, 2011. Counsel for the government and Defendant Daniel Rigmaiden, accompanied by shadow counsel Philip Seplow, were present for the hearing. On the basis of the hearing, the Court enters the following orders:

1. On or before **July 8, 2011**, Defendant shall file his motion to compel the government to produce specific information related to the government's location of the air card in this case.

2. On or before **July 29, 2011**, the government shall file a response to Defendant's motion to compel.

3. The Court will hold a hearing on **August 12, 2011 at 3:00 p.m.** The purpose of the hearing will be to decide Defendant's motion, if possible, and, if the Court determines that an *ex parte* hearing of the government's sensitive law enforcement information is necessary, to set a schedule for completion of the hearing and a ruling on

Defendant's motion. The Court will endeavor to complete these steps promptly so that a schedule may be set for Defendant to prepare and file his motion to suppress.

Dated this 16th day of May, 2011.

_David G. Campbell_
United States District Judge