IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-01-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| vs. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| _____ | ) | |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from May 10, 2011, to August 9, 2011, at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would the Defendant, proceeding *pro se*, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

1

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to July 15, 2011.

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(7)(A) is found to commence on May 11, 2011, for a period of 91 days.

DATED this 20th day of May, 2011.

_____
David G. Campbell
United States District Judge