Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Daniel David Rigmaiden, et al.,

Defendant.

No. CR08-814-PHX-DGC

SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENAS 07-03-609 AND 07-03-615 OBTAINED TO FACILITATE LOCATING THE AIRCARD

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the record in this case the subpoenas and returns related to the District of Arizona 07-03-609 and 07-03-615 Grand Jury Subpoenas obtained by the government to facilitate locating the aircard. The attached documents[1] are as follows:

1. Verizon Wireless subpoena response materials (incorporating the original filed subpoena) for District of Arizona Grand Jury Subpoena No. 07-03-609; Attached materials are sans the 411,264+ aircard destination IP addresses accessed by the aircard from May 11, 2008 through June 5, 2008; Note: the government used this subpoena to obtain aircard destination IP addresses illegally; (Originator: FBI Agent Richard J. Murray; Subpoena service date: June 6, 2008; Verizon Wireless response date: June 13, 2008); (ITEM No. 1 of July 13, 2010 discovery set); ATTACHMENT 01.

1. The attachments attached to this submission have been redacted pursuant to Fed. R. Crim. P. 49.1(a).

- 1 -

SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENAS 07-03-609 AND 07-03-615 OBTAINED TO FACILITATE LOCATING THE AIRCARD
CR08-814-PHX-DGC

2. Verizon Wireless subpoena response materials (incorporating the original filed subpoena) for District of Arizona Grand Jury Subpoena No. 07-03-615; Attached materials include 111 aircard destination IP addresses accessed by the aircard from May 19, 2008 through June 12, 2008; Note: the government used this subpoena to obtain aircard destination IP addresses illegally; (Originator: FBI Agent Richard J. Murray; Subpoena service date: June 16, 2008; Verizon Wireless response date: June 18, 2008); (2/12/09 BATES Nos. 263-278 of February 17, 2009 discovery set); ATTACHMENT 02.

The above listed documents are being placed on the record considering they are relevant to the defendant's future motion to suppress.

This submission was drafted and prepared by the *pro se* defendant and he authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF system. The defendant is appearing *pro se* and has never attended law school. The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this submission.

///

///

///

///

///

///

///

///

///

///

///

Respectfully Submitted: June 23, 2011

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow

Philip Seplow
Shadow Counsel for Defendant.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**CERTIFICATE OF SERVICE**

I hereby certify that on: June 23, 2011 I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))