*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENAS*
*07-03-609 AND 07-03-615 OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇

Verizon Wireless subpoena response materials (incorporating the original filed subpoena) for District of Arizona Grand Jury Subpoena No. 07-03-609; Attached materials are sans the 411,264+ aircard destination IP addresses accessed by the aircard from May 11, 2008 through June 5, 2008; Note: the government used this subpoena to obtain aircard destination IP addresses illegally; (Originator: FBI Agent Richard J. Murray; Subpoena service date: June 6, 2008; Verizon Wireless response date: June 13, 2008); (ITEM No. 1 of July 13, 2010 discovery set);

[White square with black border redactions added by defendant pursuant to Fed. R. Crim. P. 49.1(a).]



**180 Washington Valley Road**
**Bedminster**
**New Jersey**
**07921**
**Fax: 888-667-0028**
**Phone: 800/451-5242**

| **To:** | Frederick A Battista, AUSA | **From:** | Paulette Bartholomew |
|---|---|---|---|
| | 40 N. Central Avenue | | Legal Department |
| | Suite 1200 | | Law Enforcement Resource Team |
| | Phoenix, Arizona 85004-4408 | | |

| **Fax:** | | **Date:** | **06/13/2008** |
|---|---|---|---|
| **Phone:** | | **Pages:** | |
| **Your File:** 07-03-609/2008R05569 | | **Our Case#** | **430749 WA** |

☐ Urgent       ☐ For Review       ☐ Please Comment       Please Reply       ☐ Please Recycle

•Comments:

All records requested are enclosed.  Should you have any questions or concerns, please feel free to contact me at the number listed above.

Thank you.

*Please note that the time frame reflected on any call detail report or bill copy is reflective of the switch that processed the call, which may not be the same as the clock time at the cell site where the call was initiated. The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof.  Thank you.*

AO110 (Rev. 04/07) Subpoena to Testify Before Grand Jury

|  | Complied | |
|---|---|---|
| # UNITED STATES DISTRICT COURT | Appeared | |
| DISTRICT OF  **ARIZONA** | Read In | |

TO:
Cellco Partnership DBA Verizon Wireless
180 Washington Valley Road
Bedminster, NJ 07039
FAX: 888-667-0028

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON      ☐ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| Sandra Day O'Connor U.S. Courthouse | Room 306 |
| 401 W. Washington Street, 3rd Floor | DATE AND TIME |
| Phoenix, Arizona 85003-2151 | July 1, 2008 |
|  | 8:45 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

See Attachment

☐  *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| RICHARD H. WEARE | June 5, 2008 |
| (By) Deputy Clerk | |
| Marilyn Harris | |

| | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY |
|---|---|
| This subpoena is issued on application | **FREDERICK A. BATTISTA**, AUSA |
| of Financial Privacy Restrictions Apply | 40 N. Central Avenue, Suite 1200 |
| Yes ☐ No ☐ | Phoenix, Arizona 85004-4408 |
| 6(e) filed _____ | (602) 514-7500 or 1-800-800-2570 |

* If not applicable, enter "none".

CELLCO PARTNERSHIP DBA VERIZON WIRELESS ATTACHMENT

Subscriber Transactional Records for account assigned
to the following IP address on the date and time listed :

| IP Address | Date | Time (24 hour) | Time Zone |
|---|---|---|---|
| 75.209.101.132 | 3/26/2008 | 18:28:37 | PD |
| 75.208.105.186 | 3/1/2008 | 00:18:36 | PS |
| 75.209.41.104 | 3/5/2008 | 17:40:25 | PS |

to include:

- Subscriber's account and login name(s)
- Subscriber's address(es)
- Subscriber's telephone number(s)
- Subscriber's e-mail address(es)
- Any other information pertaining to the identity of the subscriber including but not limited to billing information (including type and number of credit cards, length of service, types of service utilized, or other identifying information)

Transactional logs and other traffic data  for the time periods March 1, 2008 through and including the date of this subpoena, for any connections to or from computer systems, to include:

- Connection time, date, source IP address, source port and destination port
- Disconnect time and date
- Method of connection to system (e.g., SLIP, PPP, Shell)
- Data transfer volume
- Connection information for other systems to which user connection via, including:
  - Connection database
  - Connection time and date
  - Disconnect time and date
  - Method of connection to system (telnet, ftp, http)
  - Data transfer volume (e.g. bytes)

Type of device assigned to this account (mobile phone, PDA, aircard, etc.)

Electronic Serial Number of the device(s) utilized by this account.

Information on other accounts owned or controlled by the subscriber

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena #   07-03-609 | Our Reference# |
|---|---|
| Agency Case #:   2008R05569 | Date Served: |
| Company Name: | Address: |

I, _____, declare that I am employed by _____, I am the duly authorized Custodian of Records for documents and/or information produced under the above reference legal order. The company reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the records produced herewith are a duplicate of the original(s) and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted business activity.

C)   Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith are identified as follows:

◻ Signature Cards(s)  ◻Statement(s)  ◻Cashiers' Check(s)  ◻Deposit(s)/Credit(s)/Memos
◻ Check(s)/Withdrawal(s) ◻ Wire Transfer(s) Forms
◻ Other:_____

Records necessary for compliance may have been limited as indicated below:

◻ The company **does not possess any of the records** as described in the above reference legal order.
◻ The enclosed records are true copies of the company records in the custodian's possession as described in the above referenced legal order. This constitutes a ◻ **final** or ◻ **partial** production.
◻ The company received notification that **no further production is required**. File closed.
◻ Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party: _____
◻ The company is **unable to provide the following records** as described in the above referenced legal order because of the following: _____

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746) Executed on this _____day of _____, 20____, at _____.

_____, Custodian of Records, Telephone #_____

| NET_ELEM_NM | CALL_START_DT_TM | EVNT_STOP_DT_TM | MBL_IP_ADDR | SESS_DURN_CNT | MDN |
|---|---|---|---|---|---|
| AAA04ROCA | 3/26/2008 18:17 | 3/26/2008 18:29 | 75.209.101.132 | 729 | (415) 264-9596 |

| NET_ELEM_NM | CALL_START_DT_TM | EVNT_STOP_DT_TM | MBL_IP_ADDR | SESS_DURN_CNT | MDN |
|---|---|---|---|---|---|
| AAA01ROCA | 3/1/2008 0:10 | 3/1/2008 0:18 | 75.208.105.186 | 450 | (415) 264-9596 |
| AAA01ROCA | 3/1/2008 0:18 | 3/1/2008 0:19 | 75.208.105.186 | 73 | (415) 264-9596 |

| NET_ELEM_NM | CALL_START_DT_TM | EVNT_STOP_DT_TM | MBL_IP_ADDR | SESS_DURN_CNT | MDN |
|---|---|---|---|---|---|
| AAA01ROCA | 3/5/2008 17:39 | 3/5/2008 17:45 | 75.209.41.104 | 385 | (415) 264-9596 |



**VISION WEST** Contact Customer/Account Summary  View

File   Edit   Show   Options   Help

*verizon*wireless                                        Exit  |  Print  |  Help

```
        Customer Information              Billing Account Information
ID  :  270691733  CST CNST:      ID   :  [   1]  Group ID:    -
Type : [PE]        SSN: [      |7884]    Converted Acct Num: [0000000000]
Name : [TRAVIS RUPARD]                   Name : [TRAVIS RUPARD]
Addr : [PO BOX 730031]                   Addr : [PO BOX 730031]

City : [SAN JOSE]                        City : [SAN JOSE]
State: [CA] Zip: [95173][0031]           State: [CA] Zip: [95173][0031] Remit: [Y]
                                         Lang: [E-ENGLISH]  Lang DT: [05/23/2006]
Status: [A]    Eff Date: [05/23/2006]    Status: [A]     Eff Date: [05/23/2006]
           End Date:                     VZ VALUE: [MERITS]  End Date:
Num of MTNs : [      1] ONSTAR MTN(s): [N]  Num of MTNs     : [      1] SB  : [N]
Num of Accts: [   1]                     Num of Bill Types: [  1] OBPP: [S/PO]
Archive status: [N|NOT ARCHIVED]         Retention Code/Date:
Minutes        :                         Main CBR: [TRAVIS RUPARD]
Revenue        :                         Work No.:    -    -      Ext:
Customer Class:                          Home No.: [206|666|3620] Ext:
Main CBR: [TRAVIS RUPARD]                Class Action: [N]
Work No.:    -    -      Ext:            Bill Type : [C|CELLULAR SERVICE]
Home No.: [206|666|3620] Ext:            Num of MTNs: [      1]
                    Hot Remarks
```

File  Show  Options  Help

 wireless

Exit | Print | Help

Cust/Acct Id: 270691733      1   Name: TRAVIS RUPARD
     Mobile TN: 415-264-9596                    Today's Date: 06/10/2008

Offer/Pkg Id Offering and Features        Eff Date  End Date   Allowance

| Offer/Pkg Id | | Offering and Features | Eff Date | End Date | Allowance |
|---|---|---|---|---|---|
| 59899 | 51 | HOTLINE COLLECTIONS - $0 | 04/10/2008 | 04/10/2008 | |
| | | HOTLINE COLL | | | |
| 48526 | 73 | TXT MSG W PER MSG CHARGES | 05/23/2006 | | |
| | | TXT MSG W PER MSG CHARGES | | | |
| 48553 | 783 | STREAMLINED BILLING - $0 | 05/23/2006 | | |
| | | STREAMLINE BILLING | | | |
| 66332 | 769 | DECLINE INSURANCE - $0 | 05/23/2006 | | |
| | | DECLINED INSURANCE | | | |
| 68418 | 1371 | BROADBANDACCESS - $0 | 05/23/2006 | | |
| | | 1XEVDO | | | |
| 68869 | 74 | CALLER ID | 05/23/2006 | | |
| | | CALLER ID | | | |
| 68870 | 8 | BUSY TRANSFER | 05/23/2006 | | |
| | | BUSY TRANSFER | | | |

File   Show   Options   Help

 verizon wireless          Exit  |  Print  |  Help

Cust/Acct Id:  270691733     1   Name: TRAVIS RUPARD
     Mobile TN: 415-264-9596          Today's Date: 06/10/2008

Offer/Pkg Id Offering and Features          Eff Date  End Date   Allowance

| Offer/Pkg Id | Offering and Features | Eff Date | End Date | Allowance |
|---|---|---|---|---|
| 68871  6 | 3-WAY CALLING | 05/23/2006 | | |
| | 3-WAY CALLING | | | |
| 68872  16 | CALL DELIVERY | 05/23/2006 | | |
| | CALL DELIVERY | | | |
| 68873  10 | CALL WAITING | 05/23/2006 | | |
| | CALL WAITING | | | |
| 68874  23 | NO ANSWER TRANSFER | 05/23/2006 | | |
| | NO ANSWER TRANSFER | | | |
| 68876  9 | CALL FORWARDING | 05/23/2006 | | |
| | CALL FORWARDING | | | |
| 71116 1402 | NATIONALACCESS - $0 | 05/23/2006 | | |
| | UNLIMITED MB ALLOWANCE | | | |
| 71774 2018 | NATIONAL ACCESS ROAMING | 05/23/2006 | | |
| | NATIONALACCESS ROAM | | | |



**VISION WEST** Calling Features History for a Mobile TN - View

File   Show   Options   Help

*veri**z**on*wireless          Exit  |  Print  |  Help

```
Cust/Acct Id:  [270691733    ]  1  Name: [TRAVIS RUPARD              ]
     Mobile TN: [415-264-9596]              Today's Date: [06/10/2008]

Offer/Pkg Id Offering and Features        Eff Date  End Date   Allowance

                    CALL DELIVERY
68873   10   CALL WAITING                 05/23/2006
                    CALL WAITING
68874   23   NO ANSWER TRANSFER           05/23/2006
                    NO ANSWER TRANSFER
68876    9   CALL FORWARDING              05/23/2006
                    CALL FORWARDING
71116 1402   NATIONALACCESS - $0          05/23/2006
                    UNLIMITED MB ALLOWANCE
71774 2018   NATIONAL ACCESS ROAMING      05/23/2006
                    NATIONALACCESS ROAM
                    CDMA ROAMING/KBU
72313 1890   NEW EVERY TWO MULTI TIER     05/23/2006
                    NEW EVERY TWO MULTI TIER
```



VISION WEST Mobile Telephone Number ESN/MEID History - Review

File   Options   Help

*verizon*wireless                                   Exit   |   Print   |   Help

Cust/Acct Id: 270691733      1  Name: TRAVIS RUPARD
Mobile TN: 415-264-9596  ESN/MEID: 005-00717190   Today's Date: 06/10/2008
                 Activate    Disconnect Phone                        Term'l
ESN/MEID         Date        Date       Typ Equipment Code           Opt Cd

005-00717190     05/23/2006             P   3629 UTSTARCOM PC5740        P