ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

ATTACHMENT 02

*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENAS*
*07-03-609 AND 07-03-615 OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

Verizon Wireless subpoena response materials (incorporating the original filed subpoena) for District of Arizona Grand Jury Subpoena No. 07-03-615; Attached materials include 111 aircard destination IP addresses accessed by the aircard from May 19, 2008 through June 12, 2008; Note: the government used this subpoena to obtain aircard destination IP addresses illegally; (Originator: FBI Agent Richard J. Murray; Subpoena service date: June 16, 2008; Verizon Wireless response date: June 18, 2008); (2/12/09 BATES Nos. 263-278 of February 17, 2009 discovery set);

[White square with black border redactions added by defendant pursuant to Fed. R. Crim. P. 49.1(a).]

FD-340 (Rev. 4-11-03)

File Number __284A-PX-82001__ _1A (6)_

Field Office Acquiring Evidence __PX__

Serial # of Originating Document __4__

Date Received __6/19/08__

From __Verizon Wireless__
(Name of Contributor/Interviewee)

__180 Washington Valley Rd__
(Address)

__Bedminster NJ 07921__
(City and State)

By __Richard J Murray__

To Be Returned    ☐ Yes          ☐ No
Receipt Given     ☐ Yes          ☐ No
Grand Jury Material – Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                  ☐ Yes          ☐ No
Federal Taxpayer Information (FTI)
                  ☐ Yes          ☐ No

Title:

Reference: _____
(Communication Enclosing Material)

Description:   ☐   Original notes re interview of
__Travis Rupard__

_____

_____

_____

2/12/09 263



**Custodian of Records**
**180 Washington Valley Rd**
**Bedminster, NJ 07921**

# FAX COVER PAGE

Number of Pages (including cover page): 14

| To | Richard Murray |
|---|---|
| To Fax Number | 16022944055 |
| From | Jason Forman, case # 433050 |
| From Phone Number | 800 451 5242 Option 2 |
| From Fax Number | 888 667 0028 |

## Comments:

The CSG report that shows websites visited is only available for the last 30 days back from todays date. The DESTINATION IP is the website visited. Use www.arin.net and put the IP address in the search whois field and click search, this will tell you the address. Any questions give me a call.

The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.

*Red*
*6/19/2008.*
*RM*



# FBI FACSIMILE

# COVER SHEET

| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: _Iasopm_ |
| ☒ Priority | ☐ Secret | Sender's Initials: _rjm_ |
| ☐ Routine | ☐ Confidential | Number of Pages: _5_ |
| | ☒ Sensitive | (Including cover sheet) |
| | ☐ Unclassified | |

To: Cellco Partnership DBA Verizon Wireless                   Date: 06/16/2008
        Name of Office

Facsimile Number: 868-667-0028

    Attn: Custodian of Records
            Name                    Room        Telephone

From:   FBI Phoenix
            Name of Office

Subject: Federal Grand Jury subpoena 07-03-615

_____

_____

Special Handling Instructions: Return contact information:
    FBI, Attn: SA Richard Murray, 201 E Indianola Ave., Phoenix
    Arizona, 85012, Email: richard.murray@ic.fbi.gov

Originator's Name: SA Richard Murray                 Telephone: 602-650-3092

Originator's Facsimile Number: 602-294-4055

Approved: _____

Brief Description of Communication Faxed: _____

_____

_____

## WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC, § 641). Please notify the originator or the local FBI Office immediately to arrange for proper disposition.

JUN 18,2008 12:54                              VZW                              Page 2

2/12/09 265

# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

Complied/
Appeared
Read In

TO:
Cellco Partnership DBA Verizon Wireless
180 Washington Valley Road
Bedminster, NJ 07039
Fax: 888-667-0028

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON  ☑ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| Sandra Day O'Connor U.S. Courthouse 401 W. Washington Street, 3rd Floor Phoenix, Arizona 85003-2151 | Room 306 DATE AND TIME July 1, 2008 8:45 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

See Attachment

☐ Please see additional information on reverse.

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| RICHARD H. WEARE (By) Deputy Clerk | June 11, 2008 |

This subpoena is issued on application of the United States of America.
Financial Privacy Restrictions Apply.
Yes ☐ No ☐
6(e) filed

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
FREDERICK A. BATTISTA, AUSA
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
(602) 514-7500 or 1-800-800-2570

*"if not applicable, enter "none"."

JUN 18, 2008 12:54    VZW    Page 3

2/12/09 266

File   Show   Options   Help

verizonwireless                                              Exit  |  Print  |  Help

Cust/Acct Id: 270691733   1  Name: TRAVIS RUPARD
   Mobile TN: 415-264-9596                      Today's Date: 06/18/2008

Offer/Pkg Id Offering and Features          Eff Date  End Date  Allowance

| | | |
|---|---|---|
| | CALL DELIVERY | |
| 68873 10 | CALL WAITING | 05/23/2006 |
| | CALL WAITING | |
| 68874 23 | NO ANSWER TRANSFER | 05/23/2006 |
| | NO ANSWER TRANSFER | |
| 68876 9 | CALL FORWARDING | 05/23/2006 |
| | CALL FORWARDING | |
| 71116 1482 | NATIONALACCESS - $0 | 05/23/2006 |
| | UNLIMITED MB ALLOWANCE | |
| 71774 2018 | NATIONAL ACCESS ROAMING | 05/23/2006 |
| | NATIONALACCESS ROAM | |
| | CDMA ROAMING/KBU | |
| 72313 1898 | NEW EVERY TWO MULTI TIER | 05/23/2006 |
| | NEW EVERY TWO MULTI TIER | |

JUN 18,2008 12:55                      VZW                      Page 4

2/12/09 267

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Mobile IP Address | Conn Start Date/Time | Conn Stop Date/Time | Duration | Dest IP Address | Ip Stats Upload Cnt | Ip Stats Download Cnt |
| 2 | 75.208.52.52 | 5/19/2008 21:36 | 5/19/2008 21:41 | 300 | 66.174.92.14 | 59 | 178 |
| 3 | 75.208.52.52 | 5/19/2008 21:36 | 5/19/2008 21:36 | 14 | 69.78.128.12 | 6739 | 45921 |
| 4 | 75.208.52.52 | 5/19/2008 21:36 | 5/19/2008 21:37 | 28 | 69.78.128.12 | 5534 | 14249 |
| 5 | 75.208.52.52 | 5/19/2008 21:37 | 5/19/2008 21:37 | 13 | 69.78.128.12 | 2514 | 7752 |
| 6 | 70.212.184.18 | 5/21/2008 22:16 | 5/21/2008 22:21 | 300 | 66.174.92.14 | 59 | 178 |
| 7 | 70.212.184.18 | 5/21/2008 22:16 | 5/21/2008 22:17 | 13 | 66.174.93.6 | 6739 | 44431 |
| 8 | 70.212.184.18 | 5/21/2008 22:17 | 5/21/2008 22:17 | 35 | 66.174.93.6 | 6981 | 16717 |
| 9 | 75.211.102.73 | 5/22/2008 22:49 | 5/23/2008 4:50 | 21656 | 69.78.128.12 | 6659 | 44761 |
| 10 | 75.211.102.73 | 5/22/2008 22:49 | 5/22/2008 22:54 | 301 | 66.174.92.14 | 59 | 178 |
| 11 | 75.211.102.73 | 5/22/2008 22:49 | 5/22/2008 22:50 | 14 | 69.78.128.12 | 2598 | 6278 |
| 12 | 75.211.247.78 | 5/22/2008 23:32 | 5/22/2008 23:37 | 301 | 66.174.92.14 | 59 | 178 |
| 13 | 75.211.247.78 | 5/22/2008 23:32 | 5/22/2008 23:32 | 12 | 66.174.93.6 | 6739 | 44435 |
| 14 | 75.208.149.1 | 5/27/2008 23:19 | 5/27/2008 23:19 | 19 | 69.78.128.12 | 6779 | 58552 |
| 15 | 75.208.149.1 | 5/27/2008 23:19 | 5/27/2008 23:24 | 301 | 66.174.92.14 | 59 | 178 |
| 16 | 75.208.149.1 | 5/27/2008 23:19 | 5/27/2008 23:20 | 40 | 69.78.128.12 | 7450 | 19301 |
| 17 | 75.208.149.1 | 5/27/2008 23:20 | 5/27/2008 23:20 | 14 | 69.78.128.12 | 2366 | 3928 |
| 18 | 75.208.149.1 | 5/27/2008 23:20 | 5/27/2008 23:20 | 14 | 69.78.128.12 | 2716 | 11999 |
| 19 | 75.208.149.1 | 5/27/2008 23:20 | 5/27/2008 23:21 | 20 | 69.78.128.12 | 4208 | 13517 |
| 20 | 75.208.149.1 | 5/27/2008 23:21 | 5/27/2008 23:21 | 20 | 69.78.128.12 | 4521 | 7154 |
| 21 | 75.208.149.1 | 5/27/2008 23:21 | 5/27/2008 23:22 | 41 | 69.78.128.12 | 4199 | 7729 |
| 22 | 75.208.149.1 | 5/27/2008 23:22 | 5/27/2008 23:22 | 31 | 75.208.149.1 | 92 | 92 |
| 23 | 75.208.149.1 | 5/27/2008 23:22 | 5/27/2008 23:27 | 301 | 66.174.92.14 | 60 | 180 |
| 24 | 75.208.149.1 | 5/27/2008 23:22 | 5/27/2008 23:23 | 33 | 69.78.128.12 | 5908 | 15152 |
| 25 | 75.208.149.1 | 5/27/2008 23:24 | 5/27/2008 23:24 | 15 | 69.78.128.12 | 4237 | 4026 |
| 26 | 75.208.149.1 | 5/27/2008 23:24 | 5/27/2008 23:24 | 20 | 69.78.128.12 | 4181 | 6823 |
| 27 | 70.212.147.180 | 6/2/2008 19:34 | 6/2/2008 19:35 | 30 | 66.174.92.14 | 3068 | 13942 |
| 28 | 70.212.147.180 | 6/2/2008 19:34 | 6/2/2008 19:39 | 301 | 66.174.92.14 | 59 | 178 |
| 29 | 70.212.147.180 | 6/2/2008 19:35 | 6/2/2008 19:35 | 13 | 66.174.93.6 | 7960 | 30697 |
| 30 | 70.212.147.180 | 6/2/2008 19:35 | 6/2/2008 19:35 | 25 | 66.174.93.6 | 5534 | 14241 |
| 31 | 70.212.147.180 | 6/2/2008 19:35 | 6/2/2008 19:36 | 12 | 66.174.93.6 | 2514 | 7750 |
| 32 | 75.211.29.69 | 6/3/2008 2:18 | 6/3/2008 2:18 | 4 | 66.174.93.6 | 4208 | 11664 |
| 33 | 75.211.29.69 | 6/3/2008 2:18 | 6/3/2008 2:23 | 302 | 66.174.92.14 | 59 | 178 |
| 34 | 75.210.249.161 | 6/4/2008 0:27 | 6/4/2008 0:32 | 300 | 66.174.92.14 | 59 | 178 |
| 35 | 75.210.249.161 | 6/4/2008 0:27 | 6/4/2008 0:27 | 13 | 66.174.93.6 | 5204 | 6914 |
| 36 | 75.210.249.161 | 6/4/2008 0:27 | 6/4/2008 0:27 | 12 | 66.174.93.6 | 2401 | 6568 |
| 37 | 75.210.249.161 | 6/4/2008 0:28 | 6/4/2008 0:28 | 13 | 66.174.93.6 | 2558 | 6435 |
| 38 | 75.210.65.239 | 6/4/2008 14:57 | 6/4/2008 14:58 | 29 | 66.174.93.6 | 13788 | 73111 |

2/12/09 268

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Mobile IP Address | Conn Start Date/Time | Conn Stop Date/Time | Duration | Dest IP Address | Ip Stats Upload Cnt | Ip Stats Download Cnt |
| 39 | 75.210.65.239 | 6/4/2008 14:57 | 6/4/2008 15:02 | 301 | 66.174.92.14 | 59 | 178 |
| 40 | 75.210.65.239 | 6/4/2008 14:58 | 6/4/2008 14:58 | 4 | 66.174.93.6 | 4233 | 9125 |
| 41 | 75.210.65.239 | 6/4/2008 14:58 | 6/4/2008 14:58 | 43 | 66.174.93.6 | 2505 | 4938 |
| 42 | 75.210.65.239 | 6/4/2008 14:58 | 6/4/2008 14:58 | 4 | 66.174.93.6 | 3048 | 5233 |
| 43 | 75.210.65.239 | 6/4/2008 14:58 | 6/4/2008 14:59 | 38 | 66.174.93.6 | 32310 | 24520 |
| 44 | 75.210.65.239 | 6/4/2008 14:59 | 6/4/2008 15:00 | 75 | 66.174.93.6 | 31471 | 23701 |
| 45 | 75.210.65.239 | 6/4/2008 15:00 | 6/4/2008 15:01 | 32 | 66.174.93.6 | 5387 | 5795 |
| 46 | 75.210.65.239 | 6/4/2008 15:01 | 6/4/2008 15:02 | 46 | 66.174.93.6 | 5467 | 8731 |
| 47 | 75.210.65.239 | 6/4/2008 15:02 | 6/4/2008 15:03 | 68 | 66.174.93.6 | 6947 | 7494 |
| 48 | 75.210.65.239 | 6/4/2008 15:03 | 6/4/2008 15:04 | 28 | 66.174.93.6 | 5418 | 12088 |
| 49 | 75.210.65.239 | 6/4/2008 15:04 | 6/4/2008 15:05 | 46 | 66.174.93.6 | 5371 | 9369 |
| 50 | 75.210.65.239 | 6/4/2008 15:05 | 6/4/2008 15:06 | 62 | 66.174.93.6 | 8127 | 19598 |
| 51 | 75.210.65.239 | 6/4/2008 15:06 | 6/4/2008 15:07 | 55 | 66.174.93.6 | 5671 | 12402 |
| 52 | 75.210.65.239 | 6/4/2008 15:07 | 6/4/2008 15:08 | 63 | 66.174.93.6 | 25096 | 33762 |
| 53 | 75.211.206.147 | 6/5/2008 16:11 | 6/5/2008 16:16 | 301 | 66.174.92.14 | 59 | 178 |
| 54 | 75.211.206.147 | 6/5/2008 16:11 | 6/5/2008 16:11 | 21 | 66.174.93.6 | 6739 | 45631 |
| 55 | 75.211.206.147 | 6/5/2008 16:11 | 6/5/2008 16:12 | 32 | 66.174.93.6 | 5534 | 14240 |
| 56 | 75.211.206.147 | 6/5/2008 16:12 | 6/5/2008 16:12 | 10 | 66.174.93.6 | 2295 | 4963 |
| 57 | 75.208.214.16 | 6/6/2008 20:09 | 6/6/2008 20:09 | 11 | 66.174.93.6 | 6779 | 44539 |
| 58 | 75.208.214.16 | 6/6/2008 20:09 | 6/6/2008 20:14 | 301 | 66.174.92.14 | 59 | 178 |
| 59 | 75.208.214.16 | 6/6/2008 20:09 | 6/6/2008 20:10 | 25 | 66.174.93.6 | 5534 | 14210 |
| 60 | 75.211.120.209 | 6/9/2008 21:50 | 6/9/2008 21:50 | 11 | 66.174.93.6 | 6779 | 44474 |
| 61 | 75.211.120.209 | 6/9/2008 21:50 | 6/9/2008 21:55 | 300 | 66.174.92.14 | 59 | 178 |
| 62 | 75.211.120.209 | 6/9/2008 21:50 | 6/9/2008 21:50 | 43 | 66.174.93.6 | 4071 | 9909 |
| 63 | 75.211.33.34 | 6/9/2008 21:51 | 6/9/2008 21:56 | 300 | 66.174.92.14 | 59 | 178 |
| 64 | 75.211.33.34 | 6/9/2008 21:51 | 6/9/2008 21:51 | 10 | 66.174.93.6 | 6779 | 44541 |
| 65 | 75.211.33.34 | 6/9/2008 21:51 | 6/9/2008 21:51 | 33 | 66.174.93.6 | 6794 | 15569 |
| 66 | 70.212.188.242 | 6/10/2008 16:13 | 6/10/2008 16:18 | 301 | 66.174.92.14 | 59 | 178 |
| 67 | 70.212.188.242 | 6/10/2008 16:13 | 6/10/2008 16:13 | 6 | 69.78.128.12 | 3068 | 15422 |
| 68 | 70.212.188.242 | 6/10/2008 16:13 | 6/10/2008 16:14 | 19 | 69.78.128.12 | 4096 | 12913 |
| 69 | 70.212.188.242 | 6/10/2008 16:14 | 6/10/2008 16:14 | 11 | 69.78.128.12 | 2339 | 3689 |
| 70 | 70.212.145.70 | 6/10/2008 16:16 | 6/10/2008 16:21 | 301 | 66.174.92.14 | 59 | 178 |
| 71 | 70.212.145.70 | 6/10/2008 16:16 | 6/10/2008 16:16 | 13 | 66.174.93.6 | 7229 | 21882 |
| 72 | 70.212.145.70 | 6/10/2008 16:16 | 6/10/2008 16:16 | 5 | 66.174.93.6 | 4233 | 10381 |
| 73 | 70.212.145.70 | 6/10/2008 16:16 | 6/10/2008 16:17 | 4 | 66.174.93.6 | 2590 | 4977 |
| 74 | 70.212.145.70 | 6/10/2008 16:18 | 6/10/2008 16:18 | 3 | 66.174.93.6 | 3132 | 5269 |
| 75 | 70.212.145.70 | 6/10/2008 16:18 | 6/10/2008 16:19 | 68 | 66.174.93.6 | 24942 | 20894 |

2/12/09 269

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Mobile IP Address | Conn Start Date/Time | Conn Stop Date/Time | Duration | Dest IP Address | Ip Stats Upload Cnt | Ip Stats Download Cnt |
| 76 | 70.212.145.70 | 6/10/2008 16:19 | 6/10/2008 16:20 | 57 | 66.174.93.6 | 32264 | 24354 |
| 77 | 70.212.145.70 | 6/10/2008 16:20 | 6/10/2008 16:21 | 35 | 66.174.93.6 | 5451 | 8233 |
| 78 | 70.212.145.70 | 6/10/2008 16:21 | 6/10/2008 16:22 | 65 | 66.174.93.6 | 10782 | 17227 |
| 79 | 70.212.145.70 | 6/10/2008 16:22 | 6/10/2008 16:23 | 36 | 66.174.93.6 | 5491 | 9298 |
| 80 | 70.212.145.70 | 6/10/2008 16:23 | 6/10/2008 16:23 | 34 | 66.174.93.6 | 6417 | 7424 |
| 81 | 70.212.145.70 | 6/10/2008 16:23 | 6/10/2008 16:24 | 53 | 66.174.93.6 | 10658 | 13201 |
| 82 | 70.212.145.70 | 6/10/2008 16:24 | 6/10/2008 16:25 | 38 | 66.174.93.6 | 6851 | 5979 |
| 83 | 70.212.145.70 | 6/10/2008 16:25 | 6/10/2008 16:25 | 28 | 66.174.93.6 | 7823 | 12933 |
| 84 | 70.212.145.70 | 6/10/2008 16:25 | 6/10/2008 22:26 | 21652 | 66.174.93.6 | 2762 | 9466 |
| 85 | 75.210.96.181 | 6/10/2008 17:34 | 6/10/2008 17:36 | 104 | 66.174.93.6 | 18655 | 41118 |
| 86 | 75.210.96.181 | 6/10/2008 17:34 | 6/10/2008 17:39 | 300 | 66.174.92.14 | 59 | 178 |
| 87 | 75.211.201.165 | 6/10/2008 17:52 | 6/10/2008 17:57 | 302 | 66.174.92.14 | 59 | 178 |
| 88 | 75.211.201.165 | 6/10/2008 17:52 | 6/10/2008 17:53 | 36 | 69.78.128.12 | 7621 | 35101 |
| 89 | 75.211.201.165 | 6/10/2008 17:53 | 6/10/2008 17:54 | 79 | 69.78.128.12 | 10692 | 24718 |
| 90 | 75.211.201.165 | 6/10/2008 17:54 | 6/10/2008 17:55 | 69 | 69.78.128.12 | 3451 | 8827 |
| 91 | 75.211.201.165 | 6/10/2008 17:56 | 6/10/2008 23:57 | 21657 | 69.78.128.12 | 3545 | 9198 |
| 92 | 70.210.166.10 | 6/10/2008 23:58 | 6/10/2008 23:58 | 6 | 66.174.93.6 | 4819 | 31186 |
| 93 | 70.210.166.10 | 6/10/2008 23:58 | 6/11/2008 0:03 | 301 | 66.174.92.14 | 59 | 178 |
| 94 | 70.210.166.10 | 6/10/2008 23:58 | 6/10/2008 23:58 | 30 | 66.174.93.6 | 7359 | 14371 |
| 95 | 70.210.166.10 | 6/10/2008 23:58 | 6/10/2008 23:59 | 20 | 66.174.93.6 | 5780 | 14004 |
| 96 | 70.210.166.10 | 6/10/2008 23:59 | 6/10/2008 23:59 | 13 | 66.174.93.6 | 2518 | 7517 |
| 97 | 75.208.119.136 | 6/10/2008 23:59 | 6/11/2008 0:04 | 300 | 66.174.92.14 | 59 | 178 |
| 98 | 75.208.119.136 | 6/10/2008 23:59 | 6/10/2008 23:59 | 14 | 66.174.93.6 | 5219 | 45626 |
| 99 | 75.208.119.136 | 6/10/2008 23:59 | 6/11/2008 0:00 | 20 | 66.174.93.6 | 4103 | 9910 |
| 100 | 75.208.56.137 | 6/11/2008 0:00 | 6/11/2008 0:05 | 300 | 66.174.92.14 | 59 | 178 |
| 101 | 75.208.56.137 | 6/11/2008 0:00 | 6/11/2008 0:01 | 59 | 69.78.128.12 | 14941 | 46298 |
| 102 | 75.208.56.137 | 6/11/2008 0:01 | 6/11/2008 0:02 | 59 | 69.78.128.12 | 26326 | 44450 |
| 103 | 75.208.56.137 | 6/11/2008 0:02 | 6/11/2008 0:04 | 100 | 69.78.128.12 | 7290 | 11814 |
| 104 | 75.208.56.137 | 6/11/2008 0:04 | 6/11/2008 0:05 | 67 | 69.78.128.12 | 7083 | 12875 |
| 105 | 75.208.56.137 | 6/11/2008 0:05 | 6/11/2008 0:06 | 59 | 69.78.128.12 | 10274 | 15061 |
| 106 | 75.208.56.137 | 6/11/2008 0:06 | 6/11/2008 0:08 | 109 | 69.78.128.12 | 21079 | 43885 |
| 107 | 75.208.56.137 | 6/11/2008 0:11 | 6/11/2008 0:12 | 43 | 69.78.128.12 | 12379 | 22910 |
| 108 | 70.210.229.164 | 6/12/2008 2:47 | 6/12/2008 2:48 | 11 | 66.174.93.6 | 6739 | 44434 |
| 109 | 70.210.229.164 | 6/12/2008 2:47 | 6/12/2008 2:52 | 300 | 66.174.92.14 | 59 | 178 |
| 110 | 70.210.229.164 | 6/12/2008 2:48 | 6/12/2008 2:48 | 26 | 66.174.93.6 | 5566 | 14238 |
| 111 | 70.210.229.164 | 6/12/2008 2:48 | 6/12/2008 2:48 | 11 | 66.174.93.6 | 3582 | 4680 |

JUN 18,2008 12:57                              V2W                              Page 7

2/12/09 270

SUBPOENA ATTACHMENT -- CELLCO PARTNERSHIP DBA VERIZON WIRELESS

Subscriber Transactional Records for accounts assigned to the following IP addresses on the dates and times listed:

| IP Address | Date | Time (24 hour) | Time Zone |
|---|---|---|---|
| 75.209.41.104 | 3/5/2008 | 17:40 | Pacific Standard |

to include:

- Subscriber's account and login name(s):
- Subscriber's address(es)
- Subscriber's telephone number(s):
- Subscriber's e-mail address(es).
- Any other information pertaining to the identity of the subscriber including but not limited to billing information (including type and number of credit cards, length of service, types of service utilized, or other identifying information):

Transactional logs and other traffic data for the time periods March 1, 2008 through and including the date of this subpoena, for any connections to or from computer systems, to include:

- Connection time, date, source IP address, source port and destination port:
- Disconnect time and date
- Method of connection to system (e.g., SLIP, PPP, Shell).
- Data transfer volume
- Connection information for other systems to which user connection via, including:
    Connection database
    Connection time and date;
    Disconnect time and date.
    Method of connection to system (telnet, ftp, http)
    Data transfer volume (e.g, bytes)

2/12/09 271

Two Renaissance Square                                    (602) 514-7500
40 N. Central Avenue, Suite 1200                          FAX: (602) 514-7693
Phoenix, Arizona 85004-4408
June 11, 2008

Cellco Partnership DBA Verizon Wireless
180 Washington Valley Road
Bedminster, NJ 07039
Fax: 888-667-0028

        Re:    Grand Jury Subpoena No: 07-06-615
               Our file: 2008R05569

Dear Custodian of Records:

        You have been subpoenaed to appear before the federal grand jury to produce certain documents on
July 1, 2008.

        While you are not required to do so, for your convenience you may, prior to the appearance date, turn
the subpoenaed documents over to Richard Murray, Special Agent with the FBI, or any special agent of the FBI.
If mailed, please mail the documents to the Special Agent in care of, or directly to the undersigned Assistant
U.S. Attorney, at Two Renaissance Square, 40 N. Central Ave., Suite 1200, Phoenix, Arizona 85004-4408. The
grand jury will be notified that these documents have been produced pursuant to a grand jury subpoena. If you
elect to do this, you need not appear personally at the appointed time. **However, in that case, please complete
and return the enclosed certification or one from your company and attach it to the requested records.**
Questions concerning the subpoena should be directed to the aforementioned agent at (602) 279-5511 or the
undersigned Assistant U.S. Attorney.

        This subpoena has been issued pursuant to a criminal investigation being conducted by the federal
grand jury. Although you are not prohibited from doing so, it is requested that your company not disclose the
fact of the subpoena or your production of the information described in the subpoena to your customer or any
other individual. Any such disclosure could impede the investigation being conducted and thereby interfere with
the enforcement of the law.

        Your cooperation and courtesy are appreciated.

                                        Sincerely yours,

                                        DIANE J. HUMETEWA
                                        United States Attorney
                                        District of Arizona

                                        FREDERICK A. BATTISTA
                                        Assistant United States Attorney

FAB/mt
Enclosures

2/12/09 272

| Agency Case #:   2008R03569 | Date Served:   6/16/08 |
|---|---|
| Company Name:  Verizon Wireless | Address: 180 Washington Valley Rd, Bedminster NJ 07921 |

I, ___Jason Forman___ ; declare that I am employed by ___Verizon Wireless___ . I am the duly authorized Custodian of Records for documents and/or information produced under the above referenced legal order. The company reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the records produced herewith are a duplicate of the original(s) and that they were:

A)  Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)  Kept in the course of regularly conducted business activity.

C)  Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith are identified as follows:

☐ Signature Cards(s)  ☐ Statement(s)  ☐ Cashiers' Check(s) ☐ Deposit(s)/Credit(s)/Memos
☐ Check(s)/Withdrawal(s)  ☐ Wire Transfer(s) Forms
☐ Other: ___IP records requested___

Records necessary for compliance may have been limited as indicated below:

☐ The company __does not possess any of the records__ as described in the above reference legal order.
☐ The enclosed records are true copies of the company records in the custodian's possession as described in the above referenced legal order. This constitutes a ☐ __final__ or ☐ __partial__ production.
☐ The company received notification that __no further production is required__. File closed.
☐ Compliance with the above referenced legal order was __limited to the following__ through agreement with the requesting party: _____
☐ The company is __unable to provide the following records__ as described in the above referenced legal order because of the following: _____

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746).
Executed on this  18th   day of   June   , 20  08 , at  Verizon Wireless  .

Bedminster NJ 07921  , Custodian of Records; Telephone #   800-451-5242 option #2

TOTAL P. 06

2/12/09 273

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | NET_ELEM_NM | CALL_START_DT_TM | EVNT_STOP_DT_TM | MBL_IP_ADDR | SESS_DURN_CNT | MDN | GMT_START_DT_TM | GMT_STOP_DT_TM |
| 2 | AAA01ROCA | 3/5/2008 17:39 | 3/5/2008 17:45 | 75.209.41.104 | 385 | (415) 264-9596 | 3/6/2008 1:39 | 3/6/2008 1:45 |

JUN 18,2008 14:52                    VZW                         Page 11

2/12/09 274

File   Options   Help

verizon wireless                                    Exit      Print      Help

Mobile TN :  815-264-9596                    Today's Date : 06/18/2008

Cust/Acct ID        Account Name              Status    Effective Period

278691733/      1 TRAVIS RUPARD                    A      05/23/2006

2/12/09 275

File   Edit   Show   Options   Help

verizonwireless                                          Exit   |   Print   |   Help

**Customer Information**                    **Billing Account Information**

ID     :  270691733   CST CNST:              ID   :        1   Group ID :
Type   :  PE   SSN :              7884       Converted Acct Num: 0000000000
Name   :  TRAVIS RUPARD                      Name :  TRAVIS RUPARD
Addr   :  PO BOX 730031                      Addr :  PO BOX 730031

City   :  SAN JOSE                           City :  SAN JOSE
State  :  CA   Zip :  95173  0031            State :  CA   Zip :  95173  0031   Remit : Y
                                             Lang E-ENGLISH   Lang DT : 05/23/2006
Status :  A     Eff Date : 05/23/2006        Status :  A     Eff Date : 05/23/2006
              End Date :                     U2 VALUE: MERITS   End Date :
Num of MTNs :        1   ONSTAR MTN(S): N    Num of MTNs   :        1   SB   : N
Num of Accts:        1                       Num of Bill Types:        1   OBPP : S/PO
Archive status : N NOT ARCHIVED              Retention Code/Date:
Minutes   :                                  Main CBR : TRAVIS RUPARD
Revenue   :                                  Work No. :          Ext :
Customer Class:                              Home No. : 206 666 3620   Ext :
Main CBR : TRAVIS RUPARD                      Class Action : N
Work No. :          Ext:                     Bill Type : C  CELLULAR SERVICE
Home No. : 206 666 3620   Ext:               Num of MTNs :        1

**Hot Remarks**

2/12/09 276

File   Show   Options   Help

*verizon*wireless                                    Exit  |  Print  |  Help

Cust/Acct Id: [ 270691733 ]  1  Name: [ TRAVIS RUPARD ]
Mobile TN: [ 415-264-9596 ]            Today's Date: [ 06/18/2008 ]

Offer/Pkg Id Offering and Features         Eff Date  End Date  Allowance

| 59899 | 51 | HOTLINE COLLECTIONS - $0 | 06/12/2008 | 06/12/2008 | |
| | | HOTLINE COLL | | | |
| 59899 | 51 | HOTLINE COLLECTIONS - $0 | 04/10/2008 | 04/10/2008 | |
| | | HOTLINE COLL | | | |
| 48526 | 73 | TXT MSG W PER MSG CHARGES | 05/23/2006 | | |
| | | TXT MSG W PER MSG CHARGES | | | |
| 48553 | 783 | STREAMLINED BILLING - $0 | 05/23/2006 | | |
| | | STREAMLINE BILLING | | | |
| 66332 | 769 | DECLINE INSURANCE - $0 | 05/23/2006 | | |
| | | DECLINED INSURANCE | | | |
| 68418 | 1371 | BROADBANDACCESS - $0 | 05/23/2006 | | |
| | | 1XEVDO | | | |
| 68869 | 74 | CALLER ID | 05/23/2006 | | |
| | | CALLER ID | | | |

2/12/09 277

File  Show  Options  Help

veri on wireless                    Exit    Print    Help

Cust/Acct Id:  270691733    1  Name: TRAVIS RUPARD
    Mobile TN: 415-264-9596              Today's Date: 06/18/2008

Offer/Pkg Id Offering and Features        Eff Date  End Date   Allowance

68870    8   BUSY TRANSFER               05/23/2006
             BUSY TRANSFER
68871    6   3-WAY CALLING               05/23/2006
             3-WAY CALLING
68872   16   CALL DELIVERY               05/23/2006
             CALL DELIVERY
68873   10   CALL WAITING                05/23/2006
             CALL WAITING
68874   23   NO ANSWER TRANSFER          05/23/2006
             NO ANSWER TRANSFER
68876    9   CALL FORWARDING             05/23/2006
             CALL FORWARDING
71116 1402   NATIONALACCESS - $0         05/23/2006
             UNLIMITED MB ALLOWANCE

JUN 18,2008 14:54          VZW                    Page 15

2/12/09 278