Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Daniel David Rigmaiden, et al.,

Defendant.

No. CR08-814-PHX-DGC

SUBMISSION OF DOCUMENTS RELATED TO ORIGINAL NORTHERN DISTRICT OF CALIFORNIA 08-70460-HRL SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the record in this case the search warrant application, search warrant, and search warrant return related to the **original** Northern District of California 08-70460-HRL search warrant obtained by the government to physically search apartment No. 1122. The attached documents[1] are as follows:

1. Northern District of California 08-70460-HRL search warrant application **(original)**; Location to be searched: 431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050; (Affiant: Michael P. Fleischmann; Signature Date: July 22, 2008); (ITEM No. 1 of April 14, 2009 discovery set); ATTACHMENT 01.

2. Northern District of California 08-70460-HRL search warrant **(original)**; Location to be searched: 431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050;

1. The attachments attached to this submission have been redacted pursuant to Fed. R. Crim. P. 49.1(a).

(Magistrate Judge: Howard R. Lloyd; Signature Date: July 22, 2008); (ITEM No. 1 of April 14, 2009 discovery set); ATTACHMENT 02.

3. Northern District of California 08-70460-HRL search warrant return **(original)**; Note: warrant not executed; (Magistrate Judge: Patricia V. Trumbull; Signature Date: July 30, 2008); (ITEM No. 1 of April 14, 2009 discovery set); ATTACHMENT 03.

The above listed documents are being placed on the record considering they are relevant to the defendant's future motion to suppress. The government previously submitted for the record relevant documents related to the Northern District of California 08-70460-HRL **amended** search warrant (Dkt. #464) but neglected to submit relevant documents related to the Northern District of California 08-70460-HRL **original** search warrant. It holds relevance to the defendant's suppression arguments that the government obtained the N.D.Cal. 08-70460-HRL warrant on July 22, 2008, returned the warrant unexecuted on July 30, 2008, renewed the same warrant on July 30, 2008, and then executed the warrant on August 3, 2008.

This submission was drafted and prepared by the *pro se* defendant and he authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF system. The defendant is appearing *pro se* and has never attended law school. The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this submission.

///

///

///

///

///

///

Respectfully Submitted: June 23, 2011

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

SUBMISSION OF DOCUMENTS RELATED TO ORIGINAL NORTHERN DISTRICT OF CALIFORNIA 08-70460-HRL SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122 CR08-814-PHX-DGC

- 3 -

SUBMISSION OF DOCUMENTS RELATED TO ORIGINAL NORTHERN DISTRICT OF CALIFORNIA 08-70460-HRL SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122 CR08-814-PHX-DGC

# CERTIFICATE OF SERVICE

I hereby certify that on: June 23, 2011 I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))