↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓

*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO ORIGINAL NORTHERN DISTRICT OF CALIFORNIA*
*08-70460-HRL SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122*
*CR08-814-PHX-DGC*

Northern District of California 08-70460-HRL search warrant return **(original)**; Note: warrant not executed; (Magistrate Judge: Patricia V. Trumbull; Signature Date: July 30, 2008); (ITEM No. 1 of April 14, 2009 discovery set);

# UNITED STATES DISTRICT COURT
## *Northern District of California*  FILED

### In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEALED BY ORDER OF THE COURT**

Residence of Steven Travis Brawner
431 El Camino Real, Apartment No. 1122
Santa Clara, California 95050

2008 JUL 30 P 2: 38

**SEARCH WARRANT**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

Case Number:

# 08-70460 HRL

TO: Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann and any Authorized Officer of the Internal Revenue Service – Criminal Investigation. An affidavit having been made before me by affiant, Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann, who has reason to believe that on the premises known as:

### SEE ATTACHMENT A – LOCATION TO BE SEARCHED.

in the Northern District of California, there is now concealed property namely:

### SEE ATTACHMENT B – ITEMS TO BE SEIZED

which is property that constitutes evidence of criminal offenses, or property designed or intended for use, or used as a means to commit criminal offenses, in violation of 18 U.S.C. § 286, Conspiracy to Defraud the Government; 18 U.S.C. § 287, False, Fictitious or Fraudulent Claims; 18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028, Identity Fraud; 18 U.S.C. § 1028A, Aggravated Identify Theft; 18 U.S.C. § 1029, Fraud with Access Devices; 18 U.S.C. § 1030, Computer Abuse and Fraud; 18 U.S.C. § 1341, Mail Fraud; and 18 U.S.C. § 1343, Wire Fraud.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is now concealed within the location so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___7/31/08___
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search **in the daytime – 6:00 a.m. to 10:00 p.m.** and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Howard R. Lloyd as required by law.

___7/22/08 at 3:40 PM___    at    ___San Jose CA.___
Date and Time Issued                     City and State

HOWARD R. LLOYD                          Signature of Judicial Officer
United States Magistrate Judge

I hereby specifically authorize the execution of a "No-Knock" search warrant on the subject premises based upon the information provided in Paragraph 125 of the accompanying affidavit.

HOWARD R. LLOYD                          ___7/22/08___
United States Magistrate Judge           Date

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/22/08 | Not executed | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. JUDGE OR MAGISTRATE JUDGE
DATE  7/30/08