1   Daniel Rigmaiden
    Agency # 10966111
2   CCA-CADC
    PO Box 6300
3   Florence, AZ 85132
    Telephone: none
4   Email: none

5   Daniel David Rigmaiden
    Pro Se, Defendant

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

9

10  United States of America,              No. CR08-814-PHX-DGC

11            Plaintiff,                    SUBMISSION OF DOCUMENTS
                                            RELATED TO DISTRICT OF ARIZONA
12  v.                                      COURT ORDERS 08-3286MB-LOA, 08-
                                            3298MB-LOA, AND 08-7273MB-ECV
13  Daniel David Rigmaiden, et al.,         OBTAINED TO FACILITATE LOCATING
                                            THE AIRCARD
14            Defendant.
                                            (UNDER SEAL)
15

16        Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the

17  record in this case the applications and orders relating to the District of Arizona 08-3286MB-

18  LOA, 08-3298MB-LOA, and 08-7273MB-ECV court orders obtained by the government to

19  facilitate locating the aircard.  The attached documents[1] are as follows:

20        1.      District of Arizona 08-3286MB-LOA order application: "Ex Parte Application

21  Of The United States For A Retroactive Order Pursuant To 18 § U.S.C. 2703(d)"; Note: the

22  government applied for and obtained a retroactive order allowing it to obtain the aircard

23  destination IP addresses that were previously obtained illegally via District of Arizona Grand

24  Jury Subpoena Nos. 07-03-609 and 07-03-615; (Applicant: AUSA Frederick A. Battista;

25  Signature Date: July 9, 2008); (ITEM No. 1 of April 14, 2009 discovery set);

26  ATTACHMENT 01.

27  _____

28  1.      In preparation of a future unsealing, the attachments attached to this submission have
    been redacted pursuant to Fed. R. Crim. P. 49.1(a).

                                        - 1 -

2.      District of Arizona 08-3286MB-LOA order: "Ex Parte Order Pursuant To § 18 U.S.C. 2703(d)"; (Magistrate Judge: Lawrence O. Anderson; Signature Date: July 9, 2008); (ITEM No. 1 of April 14, 2009 discovery set); <u>ATTACHMENT 02</u>.

3.      District of Arizona 08-3298MB-LOA order application: "Ex Parte Order Application Of The United States For A Order Pursuant To 18 U.S.C. 2703(d)"; Note: application for historical cell site information order; (Applicant: AUSA Frederick A. Battista; Signature Date: July 10, 2008); (ITEM No. 2 of April 14, 2009 discovery set); <u>ATTACHMENT 03</u>.

4.      District of Arizona 08-3298MB-LOA order "Ex Parte Order Pursuant To 18 U.S.C. § 2703(d)"; Note: covers historical cell site information from June 10, 2008 to July 10, 2008; (Magistrate Judge: Lawrence O. Anderson; Signature Date: July 10, 2008); (ITEM No. 2 of April 14, 2009 discovery set); <u>ATTACHMENT 04</u>.

5.      District of Arizona 08-7273MB-ECV order application: "Ex Parte Application Of The United States For A Order Pursuant To 18 U.S.C. § 2703(d)"; Note: application for historical cell site information order; (Applicant: AUSA Frederick A. Battista; Signature Date: July 16, 2008); (ITEM No. 3 of April 14, 2009 discovery set); <u>ATTACHMENT 05</u>.

6.      District of Arizona 08-7273MB-ECV order: "Ex Parte Order Pursuant To 18 U.S.C. § 2703(d)"; Note: covers historical cell site information from July 11, 2008 to July 16, 2008; (Magistrate Judge: Edward C. Voss; Signature Date: July 10, 2008); (ITEM No. 3 of April 14, 2009 discovery set); <u>ATTACHMENT 06</u>.

As far as the defendant is aware, the above listed documents are currently sealed under the noted miscellaneous case numbers and are therefore being filed under seal on the docket in this case.[2]   The above listed documents are being placed on the record considering they are relevant to the defendant's future motion to suppress.

---

2.      The defendant does not see a need for the attached documents to remain sealed and has the position that having the documents sealed violates his Six Amendment right to public pretrial court proceedings.  The defendant will file a motion to unseal this submission and all attachments on a later date. The noted motion to unseal will also request that the government's submission of the N.D.Cal. 08-90330MISC-RS and 08-90331MISC-RS applications and orders (Dkt. #463) be unsealed as well.

1        This submission was drafted and prepared by the *pro se* defendant and he authorizes

2   his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF

3   system.  The defendant is appearing *pro se* and has never attended law school.  The

4   defendant's filings, however inartfully pleaded, must be liberally construed and held to less

5   stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S.

6   519, 520 (1972).

7        It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

8   result of this submission.

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA COURT ORDERS*
*08-3286MB-LOA, 08-3298MB-LOA, AND 08-7273MB-ECV OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on
behalf of DANIEL DAVID RIGMAIDEN,
Pro Se Defendant:


s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA COURT ORDERS
08-3286MB-LOA, 08-3298MB-LOA, AND 08-7273MB-ECV OBTAINED TO FACILITATE LOCATING THE AIRCARD
CR08-814-PHX-DGC

**CERTIFICATE OF SERVICE**

I hereby certify that on:                              I caused the attached document to be

electronically transmitted to the Clerk's Office, using the ECF system for filing UNDER SEAL, and mailed digital versions to the following parties involved in this case:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA COURT ORDERS 08-3286MB-LOA, 08-3298MB-LOA, AND 08-7273MB-ECV OBTAINED TO FACILITATE LOCATING THE AIRCARD CR08-814-PHX-DGC*