⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇

*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA COURT ORDERS*
*08-3286MB-LOA, 08-3298MB-LOA, AND 08-7273MB-ECV OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

District of Arizona 08-3286MB-LOA order: "Ex Parte Order Pursuant To § 18 U.S.C. 2703(d)"; (Magistrate Judge: Lawrence O. Anderson; Signature Date: July 9, 2008); (ITEM No. 1 of April 14, 2009 discovery set);

[White square with black border redactions added by defendant pursuant to Fed. R. Crim. P. 49.1(a).]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION OF THE | Misc. No. 08 - 3286mB |
| UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO | **EX PARTE ORDER PURSUANT TO 18 U.S.C. § 2703(d)** |
| 18 U.S.C. § 2703(d) | **(Under Seal)** |

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703, which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Verizon Wireless, an electronic communications service provider and/or a remote computing service, located in Bedminster, New Jersey, to disclose certain records and other information, as set forth in Attachment A to this Order, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Verizon Wireless will, within three days of the date of this Order, turn over to the United States the records and other information as set forth in Attachment A to this Order.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States

2  Attorney's Office with three (3) certified copies of this application and Order.

3    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4  ordered by the Court, and that Verizon Wireless shall not disclose the existence of the application

5  or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any

6  other person, unless and until authorized to do so by the Court.

7    IT IS FURTHER ORDERED that this Order is effective as of June 6, 2008.

8  Dated this _____ day of July, 2008.

LAWRENCE O. ANDERSON
United States Magistrate Judge

A TRUE COPY
Certified _____ day of _____, 20__
DAVID K. DUNCAN
U.S. Magistrate Judge
By: _____
Deputy Clerk

2

## ATTACHMENT A

You are to provide the following information, if available, as data files on CD-ROM or other electronic media or by facsimile, for the period of March 1, 2008 to the date of this Order:

### PART A

The following customer or subscriber account information for each account registered to or associated with customer account number 270691733 in the subscriber name of Travis Rupard, subscriber SSN [        ]7884, for the time period of March 1, 2008 GMT, to the date of this Order.

1.  name(s) and email address(es);
2.  address(es);
3.  local and long distance telephone connection records, or records of session times and durations;
4.  length of service (including start date) and types of service utilized;
5.  telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and
6.  the means and source of payment for such service (including any credit card or bank account number).

### PART B

B.   User connection and transaction logs for the account(s) for the time period of March 1, 2008 to the date of this Order, including:

1.  connection source IP address (IP address leased for that connection);
2.  connection time and date;
3.  disconnect time and date;
4.  data transfer volume (e.g., bytes);
5.  connection information for other systems to which user connected, including:

    a.   connection IP destination;
    b.   connection time and date;
    c.   disconnect time and date;
    d.   method of connection to system (e.g., telnet, ftp, http);
    e.   data transfer volume (e.g., bytes);
    f.   any other relevant routing information.