⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇
⬇ ATTACHMENT 04 ⬇

*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA COURT ORDERS 08-3286MB-LOA, 08-3298MB-LOA, AND 08-273MB-ECV OBTAINED TO FACILITATE LOCATING THE AIRCARD CR08-814-PHX-DGC*

District of Arizona 08-3298MB-LOA order: "Ex Parte Order Pursuant To 18 U.S.C. § 2703(d)"; Note: covers historical cell site information from June 10, 2008 to July 10, 2008; (Magistrate Judge: Lawrence O. Anderson; Signature Date: July 10, 2008); (ITEM No. 2 of April 14, 2009 discovery set);

[White square with black border redactions added by defendant pursuant to Fed. R. Crim. P. 49.1(a).]

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE APPLICATION OF THE | Misc. No. ○8 - 3298 ᴍᴿᴮ |
| UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO | **EX PARTE ORDER PURSUANT TO** |
| 18 U.S.C. § 2703(d) | **18 U.S.C. § 2703(d)** |
| | **(Under Seal)** |

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703, which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Verizon Wireless, an electronic communications service provider and/or a remote computing service, located in Bedminster, New Jersey, to disclose certain records and other information, as set forth in Attachment A to this Order, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Verizon Wireless will, within three days of the date of this Order, turn over to the United States the records and other information as set forth in Attachment A to this Order.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States

2    Attorney's Office with three (3) certified copies of this application and Order.

3    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4    ordered by the Court, and that Verizon Wireless shall not disclose the existence of the application

5    or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any

6    other person, unless and until authorized to do so by the Court.

7    Dated this ___10th___ day of July, 2008.

8

9

10   LAWRENCE O. ANDERSON
     United States Magistrate Judge

11

12

13   A TRUE COPY
14   Certified this _____ day of _____, 2008
     DAVID K. DUNCAN
15   U.S. Magistrate Judge
     By: _____
16
17   Deputy Clerk

18

19

20

21

22

23

24

25

26

27

28

2

<u>ATTACHMENT A</u>

You are to provide the following information, if available, as data files on CD-ROM or other

electronic media:

<u>Cell Site and Sector/Distance Information</u>

Cell site and sector/distance information for each account registered to or associated with

customer account number 270691733 in the subscriber name of Travis Rupard, subscriber SSN

7884, as follows:

Cell site information and sector/distance information to determine the cellular/data
network's registration of the assigned broadband access card(s) associated with data
transmissions or connections for 30 days prior to the date of this Order.