```
 1
 2
 3
 4
 5
 6                  IN THE UNITED STATES DISTRICT COURT
 7                          DISTRICT OF ARIZONA
 8  United States of America,   )   Case No. CR 08-0814-PHX-DGC
                                )
 9              Plaintiff,      )
                                )   O R D E R
10         vs.                  )
                                )
11  Daniel David Rigmaiden,     )
                                )
12  _____   )
13
```

14        PURSUANT TO Defendant's Motion to Continue Trial, the
15 government having no objection, and good cause shown,
16        IT IS HEREBY ORDERED continuing the trial in the above-
17 entitled case from the 9th day of August, 2011, to the _____day
18 of _____, 2011, at _____ a.m.
19        For the reasons set forth in the Motion, to wit: failure
20 to continue the proceeding would the Defendant, proceeding *pro se*,
21 the reasonable time necessary for effective preparation, taking
22 into account the exercise of due diligence (18 U.S.C. §
23 3161(h)(8)(B)(iv)). In light of the above, the Court specifically
24 finds that the ends of justice served by granting a continuance
25 outweigh the best interests of the public and the Defendant in a
26 speedy trial.
27        IT IS FURTHER ORDERED extending the deadline for filing
28 pretrial motions to the _____ day of _____, 2011.

1       EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is
2  found to commence on the ____ day of _____, 2011, for a
3  period of _____ days.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28