# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0814-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

The Court held a status conference with the parties on July 20, 2011, and entered the following revised schedule:

**IT IS ORDERED:**

1. Defendant's motion to extend time to file motion to compel (Doc. 570) is **granted**. Defendant Rigmaiden shall file his motion to compel additional production by the government on or before **July 29, 2011.**

2. The government shall file a response on or before **August 26, 2011**.

3. Defendant shall file a reply on or before **September 9, 2011**.

4. A hearing on the motion to compel will be held on **September 22, 2011 at 2:00 p.m.** The purpose of the September 22, 2011 hearing will be to decide Defendant's motion to compel and, if the Court determines that an *ex parte* hearing of the government's sensitive law enforcement information is necessary, to set a schedule for completion of the hearing and a ruling on Defendant's motion. The Court will endeavor to complete these steps promptly so that a schedule may be set for Defendant to prepare

and file his motion to suppress.

5. Defendant stated that he would file a motion to continue the August 9, 2011 trial date for 90 days. The Court will grant the motion upon its filing. The Court also indicated that it would be willing to sign an order authorizing the government to purchase certain computer equipment for Defendant, to be reimbursed with court funds. Counsel for the government should submit the proposed order for the Court's signature.

Excludable delay pursuant to U.S.C. § 18:3161(h)(1)(D) is found to commence on July 7, 2011 for a total of 16 days.

Dated this 22nd day of July, 2011.

_____
David G. Campbell
United States District Judge