IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Daniel David Rigmaiden,<br><br>_____ | Case No. CR 08-0814-01-PHX-DGC<br><br>O R D E R |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from August 9, 2011, to November 8, 2011 at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny the Defendant, proceeding *pro se*, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to October 14, 2011.

EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(8)(B)(i) is found to commence on August 10, 2011, for a period of 91 days.

DATED this 26th day of July, 2011.

_____
David G. Campbell
United States District Judge