1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9

10  United States of America,                No. CR08-814-PHX-DGC

11          Plaintiff,                        FIRST SUBMISSION OF
                                              CONSOLIDATED EXHIBITS RELATING
12  v.                                        TO DISCOVERY AND SUPPRESSION
                                              ISSUES
13  Daniel David Rigmaiden, et al.,

14          Defendant.

15

16          Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits his *First*

17  *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*.

18          The defendant will be filing multiple motions that will refer to many of the same

19  exhibits.  LRCiv 7.1(d)(1), when referenced through LRCrim 12.1, prohibits the defendant

20  from attaching an exhibit to a filing that has already been attached to a previous filing.  *See*

21  *id*.  Pursuant to LRCiv 7.1(d)(2), when referenced through LRCrim 12.1, the defendant is

22  required to incorporate by reference any exhibit that is already on the record.  *See id*.  The

23  defendant is filing this submission in order to place numerous exhibits on the record in one

24  convenient filing.  Each exhibit attached to this submission is relevant to the defendant's

25  defense and will be incorporated into future filings by reference, *e.g.*, the defendant's motion

26  to compel disclosure of discovery and the defendant's motion to suppress.  The exhibits

27  attached to this submission have been redacted pursuant to Fed. R. Crim. P. 49.1(a).

28          This submission was drafted and prepared by the *pro se* defendant and he authorizes

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF system.  The defendant is appearing *pro se* and has never attended law school.  The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers.  *See* <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972).

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this submission.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on
behalf of DANIEL DAVID RIGMAIDEN,
Pro Se Defendant:


s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                    I caused the attached document to be

electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*