# EXHIBIT INDEX

## FIRST SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES

EXHIBIT 01: Verizon Wireless response materials for District of Arizona 08-3286MB-LOA order, provided to FBI Agent Richard J. Murray; Attached materials are sans (1) copies of the 411,264+ aircard destination IP addresses accessed by the aircard from May 11, 2008 through June 5, 2008 that were already obtained via District of Arizona Grand Jury Subpoena No. 07-03-609, and (2) the 1,424,773+ aircard destination IP addresses accessed by the aircard from June 5, 2008 through July 9, 2008; (Date provided by Verizon Wireless: July 9, 2008); (2/12/09 BATES No. 121 of February 17, 2009 discovery set; ITEM No. 1 of May 12, 2009 discovery set);

[White square with black border redactions added by defendant for relevance.]

EXHIBIT 02: Verizon Wireless response materials **(first set)** for District of Arizona 08-3298MB-LOA order, sent to FBI Agent Richard J. Murray and Robert Byrne, LEO; Note: emails are scanned paper print-outs and historical cell site information chart is Excel file to PDF file conversion; (Date provided by Verizon Wireless: July 12, 2008); (ATTACHMENT No. 2 of January 28, 2011 discovery set [p. 4]; File from CD named "Aircard Response - 4152649596 - Verizon Response - 08-3298 - 7-12-08 605 AM.xls" of January 28, 2011 discovery set);

EXHIBIT 03: Verizon Wireless response materials **(second set)** for District of Arizona 08-3298MB-LOA order, sent to Robert Byrne, LEO and CC'd to FBI Agent Richard J. Murray; Note: emails are scanned paper print-outs and historical cell site information chart is Excel file to PDF file conversion; (Date provided by Verizon Wireless: August 1, 2008); (2/12/09 BATES No. 288-298 of February 17, 2009 discovery set; File from CD named "Aircard Response - 4152649596 - Verizon Response - 08-3298 - 8-1-08 902 PM.xls" of January 28, 2011 discovery set);

EXHIBIT 04: Paper print-out of emails sent between John I. Profaca (Verizon Wireless) and  FBI Agent Richard J. Murray RE: (1) On August 1, 2008, FBI Agent Murray was seeking additional data pursuant to the 08-3298MB-LOA court order (which only covered records between June 10, 2008 and July 10, 2008 and was already effectively returned on July 12, 2008); and (2) Verizon Wireless indicates that only the cell tower the aircard was hitting is available; (Email sent dates: August 1, 2008 – various times); (ITEM No. 4 of September 24, 2010 discovery set [p. 254-55]);

EXHIBIT 05: Verizon Wireless response materials for District of Arizona 08-7273MB-ECV order, sent to Robert Byrne, LEO and provided to FBI Agent Richard J. Murray; Note: email is scanned paper print-out and historical cell site information chart is Excel file to PDF file conversion; (Date provided by Verizon Wireless: July 31, 2008); (2/12/09 BATES No. 292-293 of February 17, 2009 discovery set; Files from CD named "Aircard Response - 4152649596 - Verizon Response - 08-7273 - 7-31-08 622 AM - Cell # Site.xls" and "Aircard Response - 4152649596 - Verizon Response - 08-7273 - 7-31-08 622 AM.xls" of January 28, 2011 discovery set);

EXHIBIT 06:     Text file to PDF file conversion of Verizon Wireless response materials for Northern District of California 08-90331MISC-RS order; Note: the file contains the raw LAESP messages sent to the SF-Martinez DCS-3000 server (Pen/Trap device) by Verizon Wireless IAPs; (Record date: July 16, 2008 through August 1, 2008) (ATTACHMENT No. 1 of January 28, 2011 discovery set);

EXHIBIT 07:     Document referencing "FBI - Compact Disc Containing Real Time Cellular Tracking Data"; Note: the referenced CD contains the CDNRS files created by the SF-Martinez DCS-3000 server (Pen/Trap device) from Verizon Wireless LAESP messages provided to the government pursuant to the N.D.Cal. 08-90331MISC-RS order; (Author: FBI Agent William T. Ng; Date: July 16, 2008); (ITEM No. 11 of September 11, 2009 discovery set);

EXHIBIT 08:     Excel file to PDF file conversion of [CD]\4152649596\Cdnrs\130735.062.cdnrs on CD referenced in FBI Agent William T. Ng's FD-340 form; (Record date: July 16, 2008); (ITEM No. 11 of September 9, 2009 discovery set);

EXHIBIT 09:     Text file to PDF file conversion of [CD]\4152649596\Log\130735.062.log on CD referenced in FBI Agent William T. Ng's FD-340 form; (Record date: July 16, 2008 through August 1, 2008); (ITEM No. 11 of September 9, 2009 discovery set);

EXHIBIT 10:     Text file to PDF file conversion of [CD]\4152649596\Sum\130735.062.sum on CD referenced in FBI Agent William T. Ng's FD-340 form; (Record date: July 16, 2008); (ITEM No. 11 of September 9, 2009 discovery set);

EXHIBIT 11:     Government web research on aircard (UTStarcom PC 5740 Broadband Connection Card For Verizon Wireless); (Dates: June 26, 2008; July 2, 2008); (4/6/09 BATES Nos. 9989-9991 and 9993-9994 of April 6, 2009 discovery set);

EXHIBIT 12:     *See* Telecommunications Industry Association, ANSI/TIA-2000.1-D-1[E], *Introduction to cdma2000 Spread Spectrum Systems – Addendum* 1 (relevant sections), (Arlington, VA: Jan. 2006), §§ 1.1.2, Fig. 2 (p. 1.4-1.6) (listing the physical layer cdma2000 network architecture with data and voice services having different network paths) and 2.2.2, Tab. 2 (showing the 27 physical channels used by cdma2000 wireless devices and cell sites);

EXHIBIT 13:     FBI FD-302 Report by FBI Agent Richard J. Murray RE: Verizon Wireless indicates that the aircard does not have telephone service; (Investigation date: June 26, 2008); (2/12/09 BATES No. 468 of February 17, 2009 discovery set);

EXHIBIT 14:     Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to Nathan A. Watt RE: the government is working on getting court orders to ping and triangulate the aircard; (Email sent date: July 1, 2008 10:18am); (ITEM No. 3 of September 24, 2010 discovery set [p. 57]);

EXHIBIT 15:    Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Constance M. Davis (CI-FDC) and CC'd to Andy (Andrea) Chavez (CI-FDC), and IRS-CI Agent Michael P. Fleischmann RE: the government is in the process of setting up a "device to be used to locate the aircard" (prosecution 9/20/2010 label of redacted material) on the Verizon Wireless aircard account; (Email sent date: July 7, 2008 2:39pm); (ITEM No. 3 of September 24, 2010 discovery set) [p. 66-67];

EXHIBIT 16:    Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Jeffrey H. Willert RE: the government prepared court orders to do a Trap & Trace/Pen Register and Warrant so that the FBI can use its "device to locate the aircard" (prosecution 9/20/2010 label of redacted material) to triangulate down on the aircard; (Email sent date: July 7, 2008 9:35am); (ITEM No. 3 of September 24, 2010 discovery set [p. 68-69]);

EXHIBIT 17:    Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Jeff N. Nedrow (N.D.Cal.) RE: there is a problem considering the illegally obtained aircard destination IP addresses are being relied upon by the government to seek authority to use "equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material) and nothing should be filed until the matter is resolved; (Email sent date: July 7, 2008 5:52pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 7]);

EXHIBIT 18:    Paper print-out of email sent from AUSA Frederick A. Battista to FBI Agent Richard J. Murray, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, and IRS-CI Agent Tracy L. Daun RE: instructions to place all aircard destination IP addresses (illegally obtained via subpoenas) into a sealed envelope; (Email sent date: July 8, 2008 2:40pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 127]);

EXHIBIT 19:    Paper print-out of email sent from Albert A. Childress to Brad Taylor – CI and CC'd to Dawn N. Mertz, IRS-CI Agent Denise L. Medrano, and IRS-CI Agent Michael P. Fleischmann RE: (1) "Redacted materials are discussions of future search warrant or warrants, planned investigative efforts, and a matter pending approval" (prosecution 9/20/2010 label of redacted material); and (2) The FBI will be able to triangulate the aircard location through "generic term for device used to Locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 11, 2008 10:30am); (ITEM No. 3 of September 24, 2010 discovery set [p. 132-33]);

EXHIBIT 20:    Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) and AUSA Jeff Nedrow (N.D.Cal.) RE: (1) the initial cell site data spawned a search around San Jose International Airport and Santa Clara University; and (2) "All redacted materials relate to internal communications regarding investigation plans and court documents re the aircard mission & search warrant." (prosecution 9/20/2010 label of redacted material); (Email sent date: July 14, 2008 10:41am); (ITEM No. 2 of September 24, 2010 discovery set [p. 9-10]);

EXHIBIT 21:    Cell Tower Range Charts/Maps with shaded area showing triangulation calculation result; (Creation date: morning of July 14, 2008; Created by: FBI Agent Kevin F. Killigrew); (ITEM No. 2 of May 12, 2009 discovery

set);

EXHIBIT 22:     Cell Tower Range Charts/Maps with shaded area showing triangulation calculation result (ITEM No. 2 of May 12, 2009 discovery set) with additional labels added by the defendant: (1) cell sites labeled, (2) triangulated location area shade lines colored in red, and (3) apartment No. 1122 marked with a star;

EXHIBIT 23:     Mathematical equation information for calculating the square footage of overlapping signal coverage areas of multiple cell sites and cell site sectors;

EXHIBIT 24:     Paper print-out of email sent from FBI Agent Kevin F. Killgrew to FBI Agent Richard J. Murray RE: the government used Project Pinpoint to locate the aircard as depicted on the cell tower range chart/map [(the term Project Pinpoint was redacted by the prosecution on 11/24/2010 and then revealed with the May 2, 2011 discovery set)]; Also includes notation by prosecution explaining how FBI Agent Killgrew indicated he created the cell tower range chart/map; (Email sent date: April 16, 2010 10:47am); (ITEM No. 1 of November 24, 2010 discovery set [p. 2-3]);

EXHIBIT 25:     Paper print-out of email sent from FBI Agent Kevin F. Killgrew to FBI Agent Richard J. Murray RE: (1) the steps taken by FBI Agent Killgrew to create the cell tower range chart/map, and (2) FBI Agent Killgrew did not use "internal FBI programs" (prosecution 1/28/2011 label of redacted material) data for his analysis; (Email sent date: January 7, 2011 4:53pm); (Attachment No. 4 of January 28, 2011 discovery set [p. 30]);

EXHIBIT 26:     USPIS Investigation Details Report entries by USPIS Inspector James L. Wilson (relevant sections) RE: triangulating the aircard location and using a StingRay to pinpoint the location of the aircard; (Entry dates: (1) July 23, 2008; (2) August 7, 2008); (ITEM No. 5 of July 31, 2009 discovery set [p. 393-94]);

EXHIBIT 27:     Page No. 1 of rough notes prepared by FBI Agent Richard J. Murray RE: (1) no cell site data for aircard via Pen/Trap device unless you call into the card; (2) no capability to separate data communications from call-identifying information for an aircard (prosecution added 9/20/2010 notation reading "Incorrect"); (2) "contact information for personnel related to the device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (3) "Contact info for a data intercept representative FBI" (prosecution 9/20/2010 label of redacted material); and (4) "Generic term for device used to locate air card" (prosecution 9/20/2010 label of redacted material); (Notes date: June 27, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 290]);

EXHIBIT 28:     Paper print-out of emails sent between FBI Agent Richard J. Murray, FBI Agent Kevin F. Killgrew, and FBI Agent Lance Leising RE: (1) Verizon Wireless cannot separate tower data from content for an aircard; and (2) FBI Agent Murray plans to call "non-Agent personnel" (prosecution 9/24/2010 label of redacted material) to see if there are any options without using an "investigative technique not used" (prosecution 9/24/2010 label of redacted material); (Email sent dates: (1) June 27, 2008 9:21:47am; (2) June

27, 2008 9:09am); (ITEM No. 4 of September 24, 2010 discovery set [p. 244]);

EXHIBIT 29:    Domicilio apartment complex, 431 El Camino Real, Santa Clara, CA 95050, apartment floor plans with square footage; (Document date: July 22, 2008); (2/12/09 BATES No. 281-282 of February 17, 2009 discovery set);

EXHIBIT 30:    Domicilio (website), *Domicilio apartment complex site plan* (March 10, 2011), *available at* http://www.domicilio.net/img/siteplan_lg.gif (last accessed March 10, 2011) (apartment Nos. 1120, 1122, 1124, and 1126 are labeled by the defense for clarity);

EXHIBIT 31:    Brochure for Domicilio apartment complex (relevant section) indicating that apartments have 9 foot ceilings; (2/20/09 BATES No. 6231 of May 20, 2009 discovery set [p. 204]);

EXHIBIT 32:    Google Maps (website screenshot), *431 El Camino Real, Apartment No. 1122, Santa Clara, CA*, *available at* http://maps.google.com (last accessed August 3, 2010) (distances in feet from apartment No. 1122 to the nearest road vehicle access areas are labeled by the defense);

EXHIBIT 33:    Discovery request letter from Daniel Rigmaiden to AUSA Frederick A. Battista RE: the date and time at which the data obtained via the N.D.Cal. 08-90330MISC-RS order was destroyed by the government, *i.e.*, shortly after the defendant's arrest; (Letter date: September 8, 2010);

[White square with black border redactions added by defendant for relevance.]

EXHIBIT 34:    Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Albert A. Childress and CC'd to Toni D. Stewart and IRS-CI Agent Michael P. Fleischmann RE: (1) the device used to locate the aircard was able to narrow the signal to three apartments; (2) the government needs to develop independent probable cause to facilitate withholding information about the FBI's device; (3) "(tracking device)" (prosecution 6/23/2010 label of redacted material); (Email sent date: July 17, 2008 6:01am); (ITEM No. 4 of June 23, 2010 discovery set);

EXHIBIT 35:    Page No. 6 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) aircard connecting on one cell tower 90% of the time and remaining two cell towers 10% of the time; (2) cell tower circles intercept and aircard appears to be not moving; (3) Trap & Trace/Pen register and Search Warrant for "Device used to locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (4) identified block of four apartments – two empty, one 80 year old guy, and one rented by 20 something year old; and (5) started surveillance and trying to find a way to go in; (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 266]);

EXHIBIT 36:    IRS-CI Case Report for Ransom Carter, IRS-CI Agent Denise L. Medrano (relevant sections) indicating that the FBI technical agents located the aircard inside apartment No. 1122; (Report date: July 16, 2009); (ITEM No.

*EXHIBIT INDEX*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

4 of April 22, 2010 discovery set);

[White square with black border redactions added by defendant for relevance.]

EXHIBIT 37:    Paper print-out of email sent from AUSA Frederick A. Battista to Michelle Guardino Swaney (CRM) [(USDOJ Office of Enforcement Operations, Criminal Division)] and Mark Eckenwiler (CRM) [(USDOJ Office of Enforcement Operations, Criminal Division)] RE: the historical and real time tracking information has located the aircard to an area the size of four specific apartment units; (Email sent date: July 17, 2008 11:06am); (ITEM No. 2 of September 24, 2010 discovery set [p. 24]);

EXHIBIT 38:    Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) RE: the team in San Jose narrowed the search to an occupant of a single apartment and the main effort may be to tie the target to the case without emphasis on "Device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 3:56pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 27]);

EXHIBIT 39:    Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) RE: computers in "the" apartment may be operated remotely and the government has confirmed that the aircard is transmitting from "this apartment"; (Email sent date: July 22, 2008 9:50am); (ITEM No. 2 of September 24, 2010 discovery set [p. 32]);

EXHIBIT 40:    Paper print-out of email sent from Albert A. Childress to Brad Taylor – CI and CC'd to Denise L. Medrano RE: although the aircard was tracked to apartment No. 1122, the government has not identified the true identity of the filer; (Email sent date: July 22, 2008 8:43am); (ITEM No. 3 of September 24, 2010 discovery set [p. 183]);

EXHIBIT 41:    FBI Internal Document Summary, drafted by FBI Agent William T. Ng RE: agents were able to locate the apartment unit where the subject is located; [(the prosecution made a redaction on 11/29/2010 labeled as "equipment used to locate the subject aircard")]; (Document date: July 22, 2008); (ITEM No. 4 of November 29, 2010 discovery set [p. 69]);

EXHIBIT 42:    Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent Henry Huntsberry and CC'd to FBI Agent John G. Iannarelli RE: (1) the FBI and "operators of equipment used to locate the subject aircard" (prosecution 11/8/2010 label of redacted material) successfully located the aircard in one of four apartments, and (2) "Reference to a behavioral analysis prepared prior to arrest when defendant Rigmaiden was unidentified" (prosecution 11/8/2010 label of redacted material); (Email sent date: August 13, 2008 3:44pm); (ITEM No. 19 of November 8, 2010 [November 15, 2008 discovery letter] discovery set [p. 170-71]);

EXHIBIT 43:    Page No. 3 of rough notes prepared by FBI Agent Richard J. Murray RE: list of four apartments identified at Domicilio apartment complex (1120, 1122, 1124, and 1126) (Notes date: not indicated); (ITEM No. 8 of September 24, 2010 discovery set [p. 292]);

**EXHIBIT 44:**   IRS-CI Supplemental Report by IRS-CI Agent Denise L. Medrano regarding the investigations conducted by USPIS Inspector James L. Wilson and IRS-CI Agent Denise L. Medrano in an attempt to establish independent probable cause to physically search apartment No. 1122; (Document date: June 8, 2010); (ITEM No. 2 of July 21, 2010 discovery set);

**EXHIBIT 45:**   Paper print-out of email sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista RE: (1) no one answered when a ruse was conducted on apartment No. 1122 and neighbors do not know the resident; and (2) Cut power option - "Investigative techniques not used and internal communication." (prosecution 9/20/2010 label of redacted material); (Email sent date: July 22, 2008 8:22pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 38]);

**EXHIBIT 46:**   Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Jeffrey H. Willert RE: (1) no one answered the door while the FBI conducted a ruse at apartment No. 1122 on July 22, 2010, and (2) "the subject" still has not been seen; (Email sent date: July 23, 2008 6:58pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 213]);

**EXHIBIT 47:**   Page No. 7 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) Domicilio apartment complex provided empty apartment next door to apartment No. 1122, and (2) "Internal deliberations Re characterization of device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 267]);

**EXHIBIT 48:**   Paper print-out of email sent from USPIS Inspector James L. Wilson to FBI Agent Richard J. Murray RE: investigators have been given an apartment to use at the Domicilio apartment complex for the purpose of conducting surveillance; (Email sent date: July 17, 2008 3:16pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 173]);

**EXHIBIT 49:**   FBI FD-302 Report by FBI Agent Richard J. Murray RE: returning the keys to Manager Mona Chen for apartment No. 1124 at the Domicilo apartment complex; (Investigation date: August 4, 2008); (2/12/09 BATES No. 251 of February 17, 2009 discovery set);

**EXHIBIT 50:**   Paper print-out of email sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, USPIS Inspector James L. Wilson, and IRS-CI Agent Tracy L. Daun RE: "personnel who operated the equipment to locate the aircard" (prosecution 9/20/2010 label of redacted material) were asked to verify the aircard on either July 25, 2008 or July 28, 2008; (Email sent date: July 24, 2008 6:15pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 49]);

**EXHIBIT 51:**   Summary of the contents of an FBI folder containing communications between the FBI and Verizon Wireless relating to the aircard locating

mission; (ITEM No. 2 of June 29, 2011 discovery set);

EXHIBIT 52:    McPherson, Rodney (Palm Bay, FL, US) *et al.*, Harris Corp., U.S. Patent No. 7,592,956 (Sep. 22, 2009), *available at* http://www.freepatentsonline.com/7592956.html (last accessed Feb. 22, 2011), Figure No. 8 showing a portable/transportable wireless device locator aboard an airplane triangulating a cell phone;

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

*ATTACHED EXHIBITS*

⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

Verizon Wireless response materials for District of Arizona 08-3286MB-LOA order, provided to FBI Agent Richard J. Murray; Attached materials are sans (1) copies of the 411,264+ aircard destination IP addresses accessed by the aircard from May 11, 2008 through June 5, 2008 that were already obtained via District of Arizona Grand Jury Subpoena No. 07-03-609, and (2) the 1,424,773+ aircard destination IP addresses accessed by the aircard from June 5, 2008 through July 9, 2008; (Date provided by Verizon Wireless: July 9, 2008); (2/12/09 BATES No. 121 of February 17, 2009 discovery set; ITEM No. 1 of May 12, 2009 discovery set);

[White square with black border redactions added by defendant for relevance.]

FD-302 (Rev. 10-6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/12/2008

     Pursuant to a 2703(d) order dated July 9, 2008, served on Verizon Wireless, Paulette Bartholomew, Legal Department, Law Enforcement Resources, Verizon Wireless, 180 Washington Valley Road, Bedminster, New Jersey, 07921, telephone number 800-451-5242, provided information on the following account:

          Mobile Telephone Number:  415-264-9596
          Account Name:  Travis Rupard
          Customer ID:  270691733

     Bartholomew provided two compact discs labeled as follows:  May 11 - June 05, 2008 and June 06 - July 09, 2008.  The information provided by Bartholomew will be maintained in the file.

Investigation on    07/16/2008    at  Phoenix, Arizona

File #  288A-PX-82001 -73                                    Date dictated

by    SA Richard J. Murray

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

2/12/09 121




FD-340 (Rev. 4-11-03)

File Number _____ 288A-PX-82001 _____ 1A10

Field Office Acquiring Evidence _____ PX _____

Serial # of Originating Document _____

Date Received _____ 7/16/08. _____

From _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

By _____ Richard J Murray _____

To Be Returned ☐ Yes    ☐ No
Receipt Given ☐ Yes    ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
    ☐ Yes    ☐ No
Federal Taxpayer Information (FTI)
    ☐ Yes    ☐ No

Title:

Reference: _____ FD 302 dated 7/16/08 _____
(Communication Enclosing Material)

_____

Description:    ☐ Original notes re interview of

2703(d) order return
May 11 - June 05, 2008
June 06 - July 09, 2008.

**verizon**wireless

180 Washington Valley Road
Bedminster
New Jersey
07921
Fax: 888-667-0028
Phone: 800/451-5242

| **To:** | SA Richard Murray | **From:** | Paulette Bartholomew |
|---|---|---|---|
| | FBI | | Legal Department |
| | 201 E Indianola Ave | | Law Enforcement Resource Team |
| | Phoenix, Arizona 85012 | | |

| **Fax:** | | **Date:** | **07/15/2008** |
|---|---|---|---|
| **Phone:** | | **Pages:** | |
| **Your File:** | | **Our Case#** | **438502 WA** |

☐ Urgent    ☐ For Review    ☐ Please Comment    Please Reply    ☐ Please Recycle

•Comments:

All records requested are enclosed.  Should you have any questions or concerns, please feel free to contact me at the number listed above.

Thank you.

*Please note that the time frame reflected on any call detail report or bill copy is reflective of the switch that processed the call, which may not be the same as the clock time at the cell site where the call was initiated. The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof.  Thank you.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

IN RE APPLICATION OF THE                 Misc. No. 08 - 3286mtg
UNITED STATES OF AMERICA FOR
AN ORDER PURSUANT TO                     EX PARTE ORDER PURSUANT TO
                                              18 U.S.C. § 2703(d)
18 U.S.C. § 2703(d)
                                              (Under Seal)

     This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703, which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Verizon Wireless, an electronic communications service provider and/or a remote computing service, located in Bedminster, New Jersey, to disclose certain records and other information, as set forth in Attachment A to this Order, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

     IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

     IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Verizon Wireless will, within three days of the date of this Order, turn over to the United States the records and other information as set forth in Attachment A to this Order.

JUL. 9. 2008  7:54PM                                                   NO. 6219   P. 3

1        IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States

2   Attorney's Office with three (3) certified copies of this application and Order.

3        IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4   ordered by the Court, and that Verizon Wireless shall not disclose the existence of the application

5   or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any

6   other person, unless and until authorized to do so by the Court.

7        IT IS FURTHER ORDERED that this Order is effective as of June 6, 2008.

8   Dated this _____ day of July, 2008.

9

10  

11       LAWRENCE O. ANDERSON

      United States Magistrate Judge

12

13

14

15  A TRUE COPY

   Certified this _____ day of _____

16  DAVID K. DUNCAN

   U.S. Magistrate Judge

17  By: _____

          Deputy Clerk

18

19

20

21

22

23

24

25

26

27

28

               2

ATTACHMENT A

You are to provide the following information, if available, as data files on CD-ROM or other

electronic media or by facsimile, for the period of March 1, 2008 to the date of this Order:

## PART A

The following customer or subscriber account information for each account registered to or

associated with customer account number 270691733 in the subscriber name of Travis Rupard,

subscriber SSN 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, for the time period of March 1, 2008 GMT, to the date of this Order.

1.  name(s) and email address(es);
2.  address(es);
3.  local and long distance telephone connection records, or records of session times and
    durations;
4.  length of service (including start date) and types of service utilized;
5.  telephone or instrument number or other subscriber number or identity, including any
    temporarily assigned network address; and
6.  the means and source of payment for such service (including any credit card or bank
    account number).

## PART B

B.    User connection and transaction logs for the account(s) for the time period of March 1, 2008

to the date of this Order, including:

1.  connection source IP address (IP address leased for that connection);
2.  connection time and date;
3.  disconnect time and date;
4.  data transfer volume (e.g., bytes);
5.  connection information for other systems to which user connected, including:

    a.  connection IP destination;
    b.  connection time and date;
    c.  disconnect time and date;
    d.  method of connection to system (e.g., telnet, ftp, http);
    e.  data transfer volume (e.g., bytes);
    f.  any other relevant routing information.



Case 2:08-cr-00814-DGC   Document 587-1   Filed 07/27/11   Page 17 of 167



VISION WEST Contact Customer/Account Summary View

File  Edit  Show  Options  Help

**veri on** wireless                                        Exit    Print    Help

### Customer Information

| | |
|---|---|
| ID    : | 270691733   CST CNST: |
| Type  : | PE            SSN: |
| Name  : | TRAVIS RUPARD |
| Addr  : | PO BOX 730031 |

City  : SAN JOSE
State: CA  Zip: 95173 0031

Status: A       Eff Date: 05/23/2006
              End Date:
Num of MTNs :       1  ONSTAR MTN(s): N
Num of Accts:       1
Archive status: N NOT ARCHIVED
Minutes    :
Revenue    :
Customer Class:
Main CBR: TRAVIS RUPARD
Work No.:   -   -    Ext:
Home No.: 206 666 3620  Ext:

### Billing Account Information

| | |
|---|---|
| ID    : | 1   Group ID: |
| Converted Acct Num: | 0000000000 |
| Name  : | TRAVIS RUPARD |
| Addr  : | PO BOX 730031 |

City  : SAN JOSE
State: CA  Zip: 95173 0031  Remit: Y
Lang: E-ENGLISH  Lang DT: 05/23/2006
Status: A       Eff Date: 05/23/2006
VZ VALUE: MERITS  End Date:
Num of MTNs    :       1  SB  : N
Num of Bill Types:      1  OBPP: S/PO
Retention Code/Date:
Main CBR: TRAVIS RUPARD
Work No.:   -   -    Ext:
Home No.: 206 666 3620  Ext:
Class Action: N
Bill Type  : C CELLULAR SERVICE
Num of MTNs:       1

Hot Remarks

VISION WEST Calling Features History for a Mobile TN  View

File  Show  Options  Help

*veri on* wireless                                          Exit    Print    Help

Cust/Acct Id:  270691733    1  Name: TRAVIS RUPARD
   Mobile TN: 415-264-9596                  Today's Date: 06/10/2008

Offer/Pkg Id Offering and Features          Eff Date  End Date   Allowance

| Offer | Pkg Id | Offering and Features | Eff Date | End Date | Allowance |
|-------|--------|------------------------|----------|----------|-----------|
| 59899 | 51 | HOTLINE COLLECTIONS - $0 | 04/10/2008 | 04/10/2008 | |
| | | HOTLINE COLL | | | |
| 48526 | 73 | TXT MSG W PER MSG CHARGES | 05/23/2006 | | |
| | | TXT MSG W PER MSG CHARGES | | | |
| 48553 | 783 | STREAMLINED BILLING - $0 | 05/23/2006 | | |
| | | STREAMLINE BILLING | | | |
| 66332 | 769 | DECLINE INSURANCE - $0 | 05/23/2006 | | |
| | | DECLINED INSURANCE | | | |
| 68418 | 1371 | BROADBANDACCESS - $0 | 05/23/2006 | | |
| | | 1XEVDO | | | |
| 68869 | 74 | CALLER ID | 05/23/2006 | | |
| | | CALLER ID | | | |
| 68870 | 8 | BUSY TRANSFER | 05/23/2006 | | |
| | | BUSY TRANSFER | | | |

**VISION WEST Calling Features History for a Mobile TN - View**

File   Show   Options   Help

**veri on** wireless                                    Exit    Print    Help

Cust/Acct Id: `270691733`   `1` Name: `TRAVIS RUPARD`
   Mobile TN: `415-264-9596`           Today's Date: `06/10/2008`

| Offer/Pkg Id | Offering and Features | Eff Date | End Date | Allowance |
|---|---|---|---|---|
| 68871   6 | 3-WAY CALLING<br>3-WAY CALLING | 05/23/2006 | | |
| 68872  16 | CALL DELIVERY<br>CALL DELIVERY | 05/23/2006 | | |
| 68873  10 | CALL WAITING<br>CALL WAITING | 05/23/2006 | | |
| 68874  23 | NO ANSWER TRANSFER<br>NO ANSWER TRANSFER | 05/23/2006 | | |
| 68876   9 | CALL FORWARDING<br>CALL FORWARDING | 05/23/2006 | | |
| 71116 1402 | NATIONALACCESS – $0<br>UNLIMITED MB ALLOWANCE | 05/23/2006 | | |
| 71774 2018 | NATIONAL ACCESS ROAMING<br>NATIONALACCESS ROAM | 05/23/2006 | | |

VISION WEST Calling Features History for a Mobile TN  View

File  Show  Options  Help

**veri on** wireless                                   Exit    Print    Help

Cust/Acct Id: 270691733   1  Name: TRAVIS RUPARD
   Mobile TN: 415-264-9596                    Today's Date: 06/10/2008

Offer/Pkg Id Offering and Features        Eff Date  End Date   Allowance

| Offer/Pkg Id | Offering and Features | Eff Date | End Date | Allowance |
|---|---|---|---|---|
| | CALL DELIVERY | | | |
| 68873   10 | CALL WAITING | 05/23/2006 | | |
| | CALL WAITING | | | |
| 68874   23 | NO ANSWER TRANSFER | 05/23/2006 | | |
| | NO ANSWER TRANSFER | | | |
| 68876    9 | CALL FORWARDING | 05/23/2006 | | |
| | CALL FORWARDING | | | |
| 71116 1402 | NATIONALACCESS – $0 | 05/23/2006 | | |
| | UNLIMITED MB ALLOWANCE | | | |
| 71774 2018 | NATIONAL ACCESS ROAMING | 05/23/2006 | | |
| | NATIONALACCESS ROAM | | | |
| | CDMA ROAMING/KBU | | | |
| 72313 1890 | NEW EVERY TWO MULTI TIER | 05/23/2006 | | |
| | NEW EVERY TWO MULTI TIER | | | |



VISION WEST Customer Account Payment Activity - View

File   Show   Options   Help

veri on wireless                                    Exit      Print      Help

Customer/Account ID  270691733     1          Today's Date  06/26/2008
RUPARD                        RUPARD
Start Date 03/01/2008   End Date 06/25/2008

| Action Date | Payment Source | Pmt Venue | Pmt Media | Serial # | Applied Amount | Credit Balance | Action Code | NSF Ind |
|---|---|---|---|---|---|---|---|---|
| 06/24/2008 | AMPC | | CA | LOC CD: 2967501 | | 95.45- | CA | |
| 06/12/2008 | AMPC | | CA | LOC CD: 2967501 | 270.00 | 98.88 | 0 | |
| 04/24/2008 | AMPC | | CA | LOC CD: 2967501 | | 10.40- | CA | |
| 04/10/2008 | AMPC | | CA | LOC CD: 2967501 | 160.00 | 10.40 | 0 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**verizon**wireless

180 Washington Valley Road
Bedminster
New Jersey
07921
Fax: 888-667-0028
Phone: 800/451-5242

| **To:** | SA Richard Murray | **From:** | Paulette Bartholomew |
|---|---|---|---|
| | FBI | | Legal Department |
| | 201 E Indianola Ave | | Law Enforcement Resource Team |
| | Phoenix, Arizona 85012 | | |

| **Fax:** | | **Date:** | **07/15/2008** |
|---|---|---|---|
| **Phone:** | | **Pages:** | |
| **Your File:** | | **Our Case#** | **438502 WA** |

☐ Urgent    ☐ For Review    ☐ Please Comment    Please Reply    ☐ Please Recycle

•Comments:

All records requested are enclosed.  Should you have any questions or concerns, please feel free to contact me at the number listed above.

Thank you.

*Please note that the time frame reflected on any call detail report or bill copy is reflective of the switch that processed the call, which may not be the same as the clock time at the cell site where the call was initiated. The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof.  Thank you.*

1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF ARIZONA

9 Misc. No. 08 - 3286mB

10 IN RE APPLICATION OF THE

11 UNITED STATES OF AMERICA FOR     EX PARTE ORDER PURSUANT TO
   AN ORDER PURSUANT TO                    18 U.S.C. § 2703(d)

12 18 U.S.C. § 2703(d)                        (Under Seal)

13

14

15     This matter having come before the Court pursuant to an application under Title 18, United

16 States Code, Section 2703, which application requests the issuance of an order under Title 18,

17 United States Code, Section 2703(d) directing Verizon Wireless, an electronic communications

18 service provider and/or a remote computing service, located in Bedminster, New Jersey, to disclose

19 certain records and other information, as set forth in Attachment A to this Order, the Court finds that

20 the applicant has offered specific and articulable facts showing that there are reasonable grounds

21 to believe that the records or other information sought are relevant and material to an ongoing

22 criminal investigation.

23     IT APPEARING that the information sought is relevant and material to an ongoing criminal

24 investigation, and that prior notice of this Order to any person of this investigation or this application

25 and Order entered in connection therewith would seriously jeopardize the investigation;

26     IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Verizon

27 Wireless will, within three days of the date of this Order, turn over to the United States the records

28 and other information as set forth in Attachment A to this Order.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States

2  Attorney's Office with three (3) certified copies of this application and Order.

3    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

4  ordered by the Court, and that Verizon Wireless shall not disclose the existence of the application

5  or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any

6  other person, unless and until authorized to do so by the Court.

7    IT IS FURTHER ORDERED that this Order is effective as of June 6, 2008.

8  Dated this _____ day of July, 2008.

9

10

11                                    LAWRENCE O. ANDERSON
                                      United States Magistrate Judge
12

13

14

15  A TRUE COPY
    Certified this ____ day of ____
16  DAVID K. DUNCAN
    U.S. Magistrate Judge
17  By:_____
                Deputy Clerk
18

19

20

21

22

23

24

25

26

27

28

                                2

## ATTACHMENT A

You are to provide the following information, if available, as data files on CD-ROM or other

electronic media or by facsimile, for the period of March 1, 2008 to the date of this Order:

### PART A

The following customer or subscriber account information for each account registered to or

associated with customer account number 270691733 in the subscriber name of Travis Rupard,

subscriber SSN 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, for the time period of March 1, 2008 GMT, to the date of this Order.

1. name(s) and email address(es);
2. address(es);
3. local and long distance telephone connection records, or records of session times and durations;
4. length of service (including start date) and types of service utilized;
5. telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and
6. the means and source of payment for such service (including any credit card or bank account number).

### PART B

B.  User connection and transaction logs for the account(s) for the time period of March 1, 2008

to the date of this Order, including:

1. connection source IP address (IP address leased for that connection);
2. connection time and date;
3. disconnect time and date;
4. data transfer volume (e.g., bytes);
5. connection information for other systems to which user connected, including:

   a. connection IP destination;
   b. connection time and date;
   c. disconnect time and date;
   d. method of connection to system (e.g., telnet, ftp, http);
   e. data transfer volume (e.g., bytes);
   f. any other relevant routing information.

Case 2:08-cr-00614-DGC   Document 987   Filed 02/27/11   Page 26 of 167



**VISION WEST Customer Accounts Associated with MTN — View**

File   Options   Help

**veri on**wireless                                    Exit    Print    Help

Mobile TN : 415-264-9596                Today's Date: 06/10/2008

Cust/Acct ID      Account Name            Status   Effective Period

270691733/    1 TRAVIS RUPARD             A      05/23/2006-

Case 5:16-cr-00614-DDC   Document 587-4   Filed 02/27/19   Page 27 of 167



**VISION WEST Contact Customer/Account Summary - View**

File   Edit   Show   Options   Help

**veri on**wireless                                    Exit    Print    Help

| Customer Information | Billing Account Information |
|---|---|

**Customer Information**

ID : 270091733   GST GHST:

Type : PE        SSN:

Name : TRAVIS RUPARD

Addr : PO BOX 730031

City : SAN JOSE

State: CA   Zip: 95173 0031

Status: A   Eff Date: 05/23/2006

End Date:

Num of MTNs : 1   ONSTAR MTH(s): N

Num of Accts: 1

Archive status: N NOT ARCHIVED

Minutes :

Revenue :

Customer Class:

Main CBR: TRAVIS RUPARD

Work No.: _ _ Ext:

Home No.: 206 666 3620 Ext:

**Billing Account Information**

ID : 1   Group ID:

Converted Acct Num: 0000000000

Name : TRAVIS RUPARD

Addr : PO BOX 730031

City : SAN JOSE

State: CA   Zip: 95173 0031   Remit: Y

Lang: E-ENGLISH   Lang DT: 05/23/2006

Status: A   Eff Date: 05/23/2006

UZ VALUE: MERITS   End Date:

Num of MTNs : 1   SB : N

Num of Bill Types: 1   OBPP: S/PO

Retention Code/Date:

Main CBR: TRAVIS RUPARD

Work No.: _ _ Ext:

Home No.: 206 666 3620 Ext:

Class Action: N

Bill Type : C CELLULAR SERVICE

Num of MTNs: 1

**Hot Remarks**

VISION WESTE Calling Feature DOC - Data membB62 TN  Filed 07/27/11  Page 28 of 167

File   Show   Options   Help

**veri on** wireless                                    Exit      Print      Help

Cust/Acct Id:  270691733        1  Name:  TRAVIS RUPARD
    Mobile TN:  415-264-9596                    Today's Date:  06/10/2008

Offer/Pkg Id Offering and Features          Eff Date  End Date   Allowance

| Offer/Pkg Id | Offering and Features | Eff Date | End Date | Allowance |
|---|---|---|---|---|
| 59899  51 | HOTLINE COLLECTIONS - $0 | 04/10/2008 | 04/10/2008 | |
| | HOTLINE COLL | | | |
| 48526  73 | TXT MSG W PER MSG CHARGES | 05/23/2006 | | |
| | TXT MSG W PER MSG CHARGES | | | |
| 48553  783 | STREAMLINED BILLING - $0 | 05/23/2006 | | |
| | STREAMLINE BILLING | | | |
| 66332  769 | DECLINE INSURANCE - $0 | 05/23/2006 | | |
| | DECLINED INSURANCE | | | |
| 68418 1371 | BROADBANDACCESS - $0 | 05/23/2006 | | |
| | 1XEUDO | | | |
| 68869  74 | CALLER ID | 05/23/2006 | | |
| | CALLER ID | | | |
| 68870  8 | BUSY TRANSFER | 05/23/2006 | | |
| | BUSY TRANSFER | | | |

**veri on**wireless

Exit    Print    Help

Cust/Acct Id: 270691733        Name: TRAVIS RUPARD
Mobile TN: 415-264-9596               Today's Date: 06/10/2008

| Offer/Pkg Id | Offering and Features | Eff Date | End Date | Allowance |
|---|---|---|---|---|
| 68871 | 6 | 3-WAY CALLING | 05/23/2006 | | |
| | | 3-WAY CALLING | | | |
| 68872 | 16 | CALL DELIVERY | 05/23/2006 | | |
| | | CALL DELIVERY | | | |
| 68873 | 10 | CALL WAITING | 05/23/2006 | | |
| | | CALL WAITING | | | |
| 68874 | 23 | NO ANSWER TRANSFER | 05/23/2006 | | |
| | | NO ANSWER TRANSFER | | | |
| 68876 | 9 | CALL FORWARDING | 05/23/2006 | | |
| | | CALL FORWARDING | | | |
| 71116 | 1402 | NATIONALACCESS - $0 | 05/23/2006 | | |
| | | UNLIMITED MB ALLOWANCE | | | |
| 71774 | 2018 | NATIONAL ACCESS ROAMING | 05/23/2006 | | |
| | | NATIONALACCESS ROAM | | | |

Case 2:08-cr-00814-DGC  Document 887-1  Filed 07/27/11  Page 30 of 167

VISION WEST Calling Features History for a Mobile TN  View

File  Show  Options  Help

**veri on**wireless                                          Exit    Print    Help

Cust/Acct Id:  270691733    1  Name:  TRAVIS RUPARD
Mobile TN:  415-264-9596                    Today's Date:  06/10/2008

Offer/Pkg Id Offering and Features          Eff Date  End Date  Allowance

| | | | Eff Date | End Date | Allowance |
|---|---|---|---|---|---|
| | | CALL DELIVERY | | | |
| 68873 | 10 | CALL WAITING | 05/23/2006 | | |
| | | CALL WAITING | | | |
| 68874 | 23 | NO ANSWER TRANSFER | 05/23/2006 | | |
| | | NO ANSWER TRANSFER | | | |
| 68876 | 9 | CALL FORWARDING | 05/23/2006 | | |
| | | CALL FORWARDING | | | |
| 71116 | 1402 | NATIONALACCESS – $0 | 05/23/2006 | | |
| | | UNLIMITED MB ALLOWANCE | | | |
| 71774 | 2018 | NATIONAL ACCESS ROAMING | 05/23/2006 | | |
| | | NATIONALACCESS ROAM | | | |
| | | CDMA ROAMING/KBU | | | |
| 72313 | 1890 | NEW EVERY TWO MULTI TIER | 05/23/2006 | | |
| | | NEW EVERY TWO MULTI TIER | | | |

Case 2:09-cv-09474-GAF-C Document 367-1 Filed 07/07/11 Page 31 of 167



File   Show   Options   Help

veri on wireless                                          Exit      Print      Help

Customer/Account ID    270691733    1              Today's Date  06/26/2008
RUPARD                              RUPARD
Start Date  03/01/2008   End Date  06/25/2008

| Action Date | Payment Source | Pmt Venue | Pmt Media | Serial # | Applied Amount | Credit Balance | Action Code | NSF Ind |
|---|---|---|---|---|---|---|---|---|
| 06/24/2008 | AMPC | | CA | LOC CD: 2967501 | | 95.45- | CA | |
| 06/12/2008 | AMPC | | CA | LOC CD: 2967501 | 270.00 | 98.88 | O | |
| 04/24/2008 | AMPC | | CA | LOC CD: 2967501 | | 10.40- | CA | |
| 04/10/2008 | AMPC | | CA | LOC CD: 2967501 | 160.00 | 10.40 | O | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

From:   Origin ID: JVIA   (800) 451-5242
Paulette Bartholomew
Verizon Wireless
180 Washington Valley Road
Legal Department, 3rd Floor
Bedminster, NJ 07921


FedEx
Express

Ship Date: 15JUL08
ActWgt: 1.0 LB
System#: 1258205/INET8061
Account#: S *********

Delivery Address Bar Code

SHIP TO:   (602) 650-3092        BILL SENDER
**SA Richard Murray**
**FBI**
**201 E INDIANOLA AVE**

**PHOENIX, AZ 85012**

Ref #
Invoice #
PO #
Dept #



TRK#
0201   7970 2671 5107

WED - 16JUL        A1
**STANDARD OVERNIGHT**

85012
AZ-US
PHX

# XH DGLA



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Verizon Wireless response materials **(first set)** for District of Arizona 08-3298MB-LOA order, sent to FBI Agent Richard J. Murray and Robert Byrne, LEO; Note: emails are scanned paper print-outs and historical cell site information chart is Excel file to PDF file conversion; (Date provided by Verizon Wireless: July 12, 2008); (ATTACHMENT No. 2 of January 28, 2011 discovery set [p. 4]; File from CD named "Aircard Response - 4152649596 - Verizon Response - 08-3298 - 7-12-08 605 AM.xls" of January 28, 2011 discovery set);

**From:** Mark.Denton@VerizonWireless.com
**Sent:** Saturday, July 12, 2008 6:05 AM
**To:** RICHARD.MURRAY███████████, Byrne, Robert (LEO)
**Cc:** Mark.Denton@███████████
**Subject:** aIRCARD
**Attachments:** aircard 4152649596.xls.sda.ex-

*Attachment to* ‾‾ *7/13/08*
*2:08 PM*
*E mail*

Attached you will find the information for your Court Order / Search Warrant dated 2008. The last four digits of the first number on the Court Order / Search Warrant are 9596 .

The directions to open the attached file are:

Save the file and change the ex_ to exe
Double click on the saved file
Enter the password
The readable file will be created in the current directory
Go to directory and double click on file

Your password is: Verizon +the first phone number listed on the Court Order / Search Warrant. (Verizon+2221231234)

***Marko Denton***
***Lead Analyst***

***Law Enforcement Resource Team***
***email: mark.denton***███████████

███████████

***Verizon Wireless***
***Legal & External Affairs Department***
███████████

███████████

The information contained in this message and any attachment may be proprietary, confidential, and privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.

| Switch | MDN | Call Start Date/Time | Event Stop Date/Time | Duration (seconds) | Sid | Mscid | Cell |
|---|---|---|---|---|---|---|---|
| AAA11ROCA | 4152649596 | 7/10/2008 14:01 | 7/11/2008 13:56 | 86104 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/9/2008 14:06 | 7/10/2008 14:01 | 86101 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/9/2008 7:32 | 7/9/2008 14:06 | 23637 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/8/2008 14:22 | 7/9/2008 7:32 | 61815 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/8/2008 14:07 | 7/8/2008 14:22 | 895 | 40 | 2 | 5 |
| AAA14ROCA | 4152649596 | 7/7/2008 17:22 | 7/8/2008 14:07 | 74685 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/7/2008 16:56 | 7/7/2008 17:22 | 1545 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/7/2008 1:29 | 7/7/2008 16:56 | 55608 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/7/2008 1:29 | 7/7/2008 1:29 | 28 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/7/2008 1:19 | 7/7/2008 1:28 | 580 | 40 | 2 | 139 |
| AAA04ROCA | 4152649596 | 7/7/2008 1:18 | 7/7/2008 1:19 | 11 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/7/2008 1:18 | 7/7/2008 1:18 | 25 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/7/2008 1:17 | 7/7/2008 1:17 | 34 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 7/7/2008 1:16 | 7/7/2008 1:17 | 21 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/7/2008 1:09 | 7/7/2008 1:09 | 10 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/7/2008 1:06 | 7/7/2008 1:09 | 174 | 40 | 2 | 139 |
| AAA04ROCA | 4152649596 | 7/7/2008 1:06 | 7/7/2008 1:06 | 15 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/6/2008 9:32 | 7/7/2008 1:05 | 55996 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/6/2008 9:24 | 7/6/2008 9:32 | 482 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/6/2008 8:47 | 7/6/2008 9:24 | 2233 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/5/2008 18:31 | 7/6/2008 8:46 | 51351 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/4/2008 18:36 | 7/5/2008 18:31 | 86100 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 7/3/2008 18:40 | 7/4/2008 18:35 | 86100 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/3/2008 5:09 | 7/3/2008 18:36 | 48423 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/3/2008 2:09 | 7/3/2008 5:09 | 10807 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/2/2008 23:09 | 7/3/2008 2:09 | 10807 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/2/2008 20:09 | 7/2/2008 23:09 | 10807 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/2/2008 17:09 | 7/2/2008 20:09 | 10807 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/2/2008 14:09 | 7/2/2008 17:09 | 10807 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/2/2008 11:09 | 7/2/2008 14:09 | 10796 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/2/2008 5:14 | 7/2/2008 11:09 | 21252 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 7/1/2008 16:59 | 7/2/2008 5:14 | 44144 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/30/2008 17:03 | 7/1/2008 16:58 | 86103 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 19:31 | 6/29/2008 0:09 | 16706 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 19:23 | 6/28/2008 19:31 | 444 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 19:20 | 6/28/2008 19:23 | 201 | 40 | 2 | 139 |
| AAA14ROCA | 4152649596 | 6/28/2008 19:17 | 6/28/2008 19:20 | 194 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 19:15 | 6/28/2008 19:17 | 125 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 19:10 | 6/28/2008 19:15 | 266 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 18:51 | 6/28/2008 19:10 | 1121 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 18:50 | 6/28/2008 18:51 | 66 | 40 | 2 | 139 |
| AAA14ROCA | 4152649596 | 6/28/2008 18:47 | 6/28/2008 18:50 | 196 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 18:45 | 6/28/2008 18:47 | 129 | 40 | 2 | 139 |
| AAA14ROCA | 4152649596 | 6/28/2008 14:46 | 6/28/2008 18:45 | 14329 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 14:21 | 6/28/2008 14:46 | 1462 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 14:19 | 6/28/2008 14:21 | 126 | 40 | 2 | 139 |
| AAA14ROCA | 4152649596 | 6/28/2008 14:07 | 6/28/2008 14:19 | 726 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 14:04 | 6/28/2008 14:07 | 194 | 40 | 2 | 139 |
| AAA14ROCA | 4152649596 | 6/28/2008 3:14 | 6/28/2008 14:04 | 38977 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 2:11 | 6/28/2008 3:14 | 3768 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 1:26 | 6/28/2008 2:11 | 2716 | 40 | 2 | 139 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAA04ROCA | 4152649596 | 6/28/2008 1:22 | 6/28/2008 1:26 | 235 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:21 | 6/28/2008 1:22 | 44 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:20 | 6/28/2008 1:21 | 11 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:19 | 6/28/2008 1:20 | 52 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:19 | 6/28/2008 1:19 | 12 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/28/2008 1:18 | 6/28/2008 1:18 | 10 | 40 | 2 | 139 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:18 | 6/28/2008 1:18 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:17 | 6/28/2008 1:17 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:17 | 6/28/2008 1:17 | 12 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:16 | 6/28/2008 1:17 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:16 | 6/28/2008 1:16 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:16 | 6/28/2008 1:16 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/28/2008 1:13 | 6/28/2008 1:15 | 136 | 40 | 2 | 5 |
| AAA14ROCA | 4152649596 | 6/28/2008 1:12 | 6/28/2008 1:13 | 38 | 40 | 2 | 139 |
| AAA14ROCA | 4152649596 | 6/27/2008 20:54 | 6/28/2008 1:12 | 15478 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/27/2008 20:41 | 6/27/2008 20:54 | 765 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/27/2008 20:31 | 6/27/2008 20:41 | 600 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/27/2008 4:24 | 6/27/2008 20:31 | 58026 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/27/2008 4:22 | 6/27/2008 4:24 | 93 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/27/2008 1:28 | 6/27/2008 4:22 | 10442 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/27/2008 1:13 | 6/27/2008 1:28 | 871 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/27/2008 1:08 | 6/27/2008 1:13 | 287 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/27/2008 1:02 | 6/27/2008 1:08 | 329 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/27/2008 1:02 | 6/27/2008 1:02 | 19 | 40 | 2 | 5 |
| AAA14ROCA | 4152649596 | 6/27/2008 1:01 | 6/27/2008 1:02 | 58 | 40 | 2 | 153 |
| AAA14ROCA | 4152649596 | 6/26/2008 17:33 | 6/27/2008 1:01 | 26870 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/25/2008 17:38 | 6/26/2008 17:33 | 86100 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/24/2008 18:05 | 6/25/2008 17:38 | 84740 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/24/2008 17:43 | 6/24/2008 18:05 | 1354 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/23/2008 12:40 | 6/24/2008 8:13 | 70382 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/22/2008 19:21 | 6/23/2008 10:58 | 56258 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/21/2008 19:25 | 6/22/2008 19:20 | 86104 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/21/2008 18:32 | 6/21/2008 19:25 | 3220 | 40 | 2 | 5 |
| AAA14ROCA | 4152649596 | 6/21/2008 6:41 | 6/21/2008 18:32 | 42609 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/20/2008 6:46 | 6/21/2008 6:41 | 86101 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/20/2008 0:21 | 6/20/2008 6:46 | 23099 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/19/2008 0:26 | 6/20/2008 0:21 | 86100 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/18/2008 19:29 | 6/18/2008 21:05 | 5768 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/18/2008 17:22 | 6/18/2008 19:28 | 7568 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/17/2008 17:27 | 6/18/2008 17:22 | 86101 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/16/2008 23:54 | 6/17/2008 17:27 | 63195 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/16/2008 21:33 | 6/16/2008 23:54 | 8447 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/16/2008 16:01 | 6/16/2008 21:33 | 19915 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/15/2008 16:06 | 6/16/2008 16:01 | 86100 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/15/2008 14:01 | 6/15/2008 16:05 | 7482 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/15/2008 1:23 | 6/15/2008 14:01 | 45437 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/15/2008 1:06 | 6/15/2008 1:23 | 1059 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/15/2008 1:05 | 6/15/2008 1:05 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/15/2008 1:05 | 6/15/2008 1:05 | 12 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/15/2008 1:04 | 6/15/2008 1:05 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/15/2008 1:04 | 6/15/2008 1:04 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/15/2008 1:03 | 6/15/2008 1:04 | 18 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/15/2008 0:55 | 6/15/2008 1:03 | 482 | 40 | 2 | 5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AAA11ROCA | 4152649596 | 6/14/2008 22:01 | 6/15/2008 0:54 | 10395 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/14/2008 20:02 | 6/14/2008 22:01 | 7131 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/14/2008 1:22 | 6/14/2008 15:23 | 50453 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/14/2008 1:12 | 6/14/2008 1:22 | 594 | 40 | 2 | 139 |
| AAA04ROCA | 4152649596 | 6/14/2008 1:12 | 6/14/2008 1:12 | 19 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/14/2008 1:11 | 6/14/2008 1:11 | 25 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/14/2008 1:10 | 6/14/2008 1:11 | 11 | 40 | 2 | 5 |
| AAA04ROCA | 4152649596 | 6/14/2008 1:10 | 6/14/2008 1:10 | 26 | 40 | 2 | 5 |
| AAA14ROCA | 4152649596 | 6/13/2008 23:00 | 6/14/2008 0:59 | 7159 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/12/2008 12:37 | 6/12/2008 12:38 | 61 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/12/2008 1:55 | 6/12/2008 4:05 | 7793 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/12/2008 1:54 | 6/12/2008 1:54 | 15 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/12/2008 1:50 | 6/12/2008 1:54 | 211 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/12/2008 1:11 | 6/12/2008 1:50 | 2368 | 40 | 2 | 279 |
| AAA11ROCA | 4152649596 | 6/11/2008 17:38 | 6/12/2008 1:11 | 27145 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/11/2008 2:02 | 6/11/2008 5:36 | 12860 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/11/2008 0:57 | 6/11/2008 1:20 | 1383 | 40 | 2 | 268 |
| AAA11ROCA | 4152649596 | 6/10/2008 18:05 | 6/10/2008 19:34 | 5303 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/10/2008 1:30 | 6/10/2008 5:49 | 15552 | 40 | 2 | 268 |
| AAA04ROCA | 4152649596 | 6/10/2008 1:30 | 6/10/2008 1:30 | 26 | 40 | 2 | 5 |
| AAA14ROCA | 4152649596 | 6/10/2008 1:22 | 6/10/2008 1:25 | 130 | 40 | 2 | 279 |
| AAA04ROCA | 4152649596 | 6/10/2008 1:18 | 6/10/2008 1:22 | 240 | 40 | 2 | 268 |
| AAA14ROCA | 4152649596 | 6/10/2008 0:24 | 6/10/2008 1:18 | 3226 | 40 | 2 | 268 |

| | | | | | | |
|---|---|---|---|---|---|---|
| STC (ECP 2) | 268 | 37.346481 | -121.923164 | 1070 ELM ST | SAN JOSE | CA | 95126 |
| STC (ECP 2) | 5 | 37.369733 | -121.923442 | 2001 Gateway Place | San Jose | CA | |
| STC (ECP 2) | 139 | 37.34955 | -121.943435 | 900 Lafayette St | Santa Clara | CA | 95050 |
| STC (ECP 2) | 279 | 37.3416 | -121.947941 | 490 LINCOLN ST | SANTA CLA | CA | 95050 |

↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Verizon Wireless response materials **(second set)** for District of Arizona 08-3298MB-LOA order, sent to Robert Byrne, LEO and CC'd to FBI Agent Richard J. Murray; Note: emails are scanned paper print-outs and historical cell site information chart is Excel file to PDF file conversion; (Date provided by Verizon Wireless: August 1, 2008); (2/12/09 BATES No. 288-298 of February 17, 2009 discovery set; File from CD named "Aircard Response - 4152649596 - Verizon Response - 08-3298 - 8-1-08 902 PM.xls" of January 28, 2011 discovery set);

FD-340 (Rev. 4-11-03)

File Number ___Z88A-PX-82001___   1820

Field Office Acquiring Evidence ___PX___

Serial # of Originating Document _____

Date Received ___8/1/08___

From _____
                    (Name of Contributor/Interviewee)

_____
                        (Address)

___Verizon Wireless, Bedminster, N.J.___
                        (City and State)

By ___Richard J. Murray___

To Be Returned ☐ Yes          ☐ No
Receipt Given ☐ Yes          ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                    ☐ Yes          ☐ No
Federal Taxpayer Information (FTI)
                    ☐ Yes          ☐ No

Title:

Reference: ___FD 302 dated 8/1/08.___
                    (Communication Enclosing Material)

_____

Description: ☐ Original notes re interview of
___Cell Tower data___
___MDN: (415) 264 9596.___

_____
_____

John.Profaca@VerizonWireless.com [John.Profaca@VerizonWireless.com]

| | |
|---|---|
| **Sent:** | Friday, August 01, 2008 8:01 PM |
| **To:** | Byrne, Robert (LEO) |
| **Cc:** | Murray, Richard J. |
| **Attachments:** | 9596.xls.sda.ex_e (117 KB) |

---

**Subject: The records you requested**

Dear Richard Murray:

Attached you will find the information for your Court Order / Search Warrant dated 7/10/2008. The last four digits of the first number on the Court Order / Search Warrant are 9596.

The directions to open the attached file are:

Save the file and change the ex_e to exe
Double click on the saved file
Enter the password
The readable file will be created in the current directory
Go to directory and double click on file


**Your password is:   Verizon+the first phone number listed on the Court Order / Search Warrant**

**ie: Verizon+1234567890**

*John Profaca - Lead Analyst*
*Law Enforcement Resource Team*
*Phone: 800-451-5242*
*Fax: 908-306-7491*
*E-mail: john.profaca@verizonwireless.com*

*Verizon Wireless*
*Legal & External Affairs Department*
*180 Washington Valley Road*
*Bedminster, NJ 07920*


*The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

| Details | MDN | MSID | Call Start Date/Time | Event Stop Date/Time | Duration (seconds) | MOU | KBU | SID | Mscid | Cell |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | (415) 264-9596 | 1223716027 | 7/10/2008 14:01 | 7/11/2008 13:56 | 86104 | 1436 | 1713434.4 | 40 | 2 | 268 |
| 2 | (415) 264-9596 | 1223716027 | 7/9/2008 14:06 | 7/10/2008 14:01 | 86101 | 1436 | 1790834.4 | 40 | 2 | 268 |
| 3 | (415) 264-9596 | 4157308558 | 7/9/2008 7:32 | 7/9/2008 14:06 | 23637 | 394 | 639583.76 | 40 | 2 | 268 |
| 4 | (415) 264-9596 | 1202218012 | 7/8/2008 14:22 | 7/9/2008 7:32 | 61815 | 1031 | 1417555.8 | 40 | 2 | 268 |
| 5 | (415) 264-9596 | 4157308558 | 7/8/2008 14:07 | 7/8/2008 14:22 | 895 | 15 | 1759.5 | 40 | 2 | 5 |
| 6 | (415) 264-9596 | 1202218012 | 7/7/2008 17:22 | 7/8/2008 14:07 | 74685 | 1245 | 1738855.4 | 40 | 2 | 268 |
| 7 | (415) 264-9596 | 4157308558 | 7/7/2008 16:56 | 7/7/2008 17:22 | 1545 | 26 | 4612.99 | 40 | 2 | 268 |
| 8 | (415) 264-9596 | 1202218012 | 7/7/2008 1:29 | 7/7/2008 16:56 | 55608 | 927 | 657744.34 | 40 | 2 | 268 |
| 9 | (415) 264-9596 | 4157308558 | 7/7/2008 1:29 | 7/7/2008 1:29 | 28 | 1 | 5.84 | 40 | 2 | 268 |
| 10 | (415) 264-9596 | 1879674544 | 7/7/2008 1:19 | 7/7/2008 1:28 | 580 | 10 | 51.95 | 40 | 2 | 139 |
| 11 | (415) 264-9596 | 4157308558 | 7/7/2008 1:18 | 7/7/2008 1:19 | 11 | 1 | 0 | 40 | 2 | 268 |
| 12 | (415) 264-9596 | 4157308558 | 7/7/2008 1:18 | 7/7/2008 1:18 | 25 | 1 | 3.15 | 40 | 2 | 268 |
| 13 | (415) 264-9596 | 4157308558 | 7/7/2008 1:17 | 7/7/2008 1:17 | 34 | 1 | 3 | 40 | 2 | 268 |
| 14 | (415) 264-9596 | 4157308558 | 7/7/2008 1:16 | 7/7/2008 1:17 | 21 | 1 | 1.69 | 40 | 2 | 268 |
| 15 | (415) 264-9596 | 1879674544 | 7/7/2008 1:09 | 7/7/2008 1:09 | 10 | 1 | 0 | 40 | 2 | 268 |
| 16 | (415) 264-9596 | 1879674544 | 7/7/2008 1:06 | 7/7/2008 1:09 | 174 | 3 | 0.33 | 40 | 2 | 139 |
| 17 | (415) 264-9596 | 4157308558 | 7/7/2008 1:06 | 7/7/2008 1:06 | 15 | 1 | 0.64 | 40 | 2 | 268 |
| 18 | (415) 264-9596 | 1208444817 | 7/6/2008 9:32 | 7/7/2008 1:05 | 55996 | 934 | 549080.76 | 40 | 2 | 268 |
| 19 | (415) 264-9596 | 1208444817 | 7/6/2008 9:24 | 7/6/2008 9:32 | 482 | 9 | 1614.65 | 40 | 2 | 268 |
| 20 | (415) 264-9596 | 1208444817 | 7/6/2008 8:47 | 7/6/2008 9:24 | 2233 | 38 | 2523.5 | 40 | 2 | 268 |
| 21 | (415) 264-9596 | 1208444817 | 7/5/2008 18:31 | 7/6/2008 8:46 | 51351 | 856 | 1161460.2 | 40 | 2 | 268 |
| 22 | (415) 264-9596 | 1208444817 | 7/4/2008 18:36 | 7/5/2008 18:31 | 86100 | 1435 | 1457460 | 40 | 2 | 268 |
| 23 | (415) 264-9596 | 1208444817 | 7/3/2008 18:40 | 7/4/2008 18:35 | 86100 | 1435 | 2078200.1 | 40 | 2 | 268 |
| 24 | (415) 264-9596 | 1015638736 | 7/3/2008 5:09 | 7/3/2008 18:36 | 48423 | 808 | 1326534.7 | 40 | 2 | 268 |
| 25 | (415) 264-9596 | 1015638736 | 7/3/2008 2:09 | 7/3/2008 5:09 | 10807 | 181 | 299906.99 | 40 | 2 | 268 |
| 26 | (415) 264-9596 | 1015638736 | 7/2/2008 23:09 | 7/3/2008 2:09 | 10807 | 181 | 355059.53 | 40 | 2 | 268 |
| 27 | (415) 264-9596 | 1015638736 | 7/2/2008 20:09 | 7/2/2008 23:09 | 10807 | 181 | 370523.09 | 40 | 2 | 268 |
| 28 | (415) 264-9596 | 1015638736 | 7/2/2008 17:09 | 7/2/2008 20:09 | 10807 | 181 | 355544.71 | 40 | 2 | 268 |
| 29 | (415) 264-9596 | 1015638736 | 7/2/2008 14:09 | 7/2/2008 17:09 | 10807 | 181 | 338693.84 | 40 | 2 | 268 |
| 30 | (415) 264-9596 | 1015638736 | 7/2/2008 11:09 | 7/2/2008 14:09 | 10796 | 180 | 363509.4 | 40 | 2 | 268 |
| 31 | (415) 264-9596 | 1015638736 | 7/2/2008 5:14 | 7/2/2008 11:09 | 21252 | 355 | 291569.18 | 40 | 2 | 268 |
| 32 | (415) 264-9596 | 1015638736 | 7/1/2008 16:59 | 7/2/2008 5:14 | 44144 | 736 | 85852.21 | 40 | 2 | 268 |
| 33 | (415) 264-9596 | 1015638736 | 6/30/2008 17:03 | 7/1/2008 16:58 | 86103 | 1436 | 1523050.7 | 40 | 2 | 268 |
| 34 | (415) 264-9596 | 1015638736 | 6/28/2008 19:31 | 6/29/2008 0:09 | 16706 | 279 | 201248.22 | 40 | 2 | 268 |
| 35 | (415) 264-9596 | 1015638736 | 6/28/2008 19:23 | 6/28/2008 19:31 | 444 | 8 | 20.29 | 40 | 2 | 268 |
| 36 | (415) 264-9596 | 1015638736 | 6/28/2008 19:20 | 6/28/2008 19:23 | 201 | 4 | 1.33 | 40 | 2 | 139 |
| 37 | (415) 264-9596 | 1015638736 | 6/28/2008 19:17 | 6/28/2008 19:20 | 194 | 4 | 1.31 | 40 | 2 | 268 |
| 38 | (415) 264-9596 | 1015638736 | 6/28/2008 19:15 | 6/28/2008 19:17 | 125 | 3 | 0.13 | 40 | 2 | 268 |
| 39 | (415) 264-9596 | 1015638736 | 6/28/2008 19:10 | 6/28/2008 19:15 | 266 | 5 | 2.49 | 40 | 2 | 268 |
| 40 | (415) 264-9596 | 1015638736 | 6/28/2008 18:51 | 6/28/2008 19:10 | 1121 | 19 | 6.72 | 40 | 2 | 268 |
| 41 | (415) 264-9596 | 1015638736 | 6/28/2008 18:50 | 6/28/2008 18:51 | 66 | 2 | 1.14 | 40 | 2 | 139 |
| 42 | (415) 264-9596 | 1015638736 | 6/28/2008 18:47 | 6/28/2008 18:50 | 196 | 4 | 3.09 | 40 | 2 | 268 |
| 43 | (415) 264-9596 | 1015638736 | 6/28/2008 18:45 | 6/28/2008 18:47 | 129 | 3 | 0.09 | 40 | 2 | 139 |
| 44 | (415) 264-9596 | 1015638736 | 6/28/2008 14:46 | 6/28/2008 18:45 | 14329 | 239 | 1997.63 | 40 | 2 | 268 |
| 45 | (415) 264-9596 | 1015638736 | 6/28/2008 14:21 | 6/28/2008 14:46 | 1462 | 25 | 10.42 | 40 | 2 | 268 |
| 46 | (415) 264-9596 | 1015638736 | 6/28/2008 14:19 | 6/28/2008 14:21 | 126 | 3 | 0.18 | 40 | 2 | 139 |
| 47 | (415) 264-9596 | 1015638736 | 6/28/2008 14:07 | 6/28/2008 14:07 | 726 | 13 | 8.33 | 40 | 2 | 268 |
| 48 | (415) 264-9596 | 1015638736 | 6/28/2008 14:04 | 6/28/2008 14:07 | 194 | 4 | 2.6 | 40 | 2 | 268 |
| 49 | (415) 264-9596 | 1015638736 | 6/28/2008 3:14 | 6/28/2008 14:04 | 38977 | 650 | 24758.64 | 40 | 2 | 268 |
| 50 | (415) 264-9596 | 1015638736 | 6/28/2008 2:11 | 6/28/2008 3:14 | 3768 | 63 | 1708.67 | 40 | 2 | 268 |
| 51 | (415) 264-9596 | 1015638736 | 6/28/2008 1:26 | 6/28/2008 2:11 | 2716 | 46 | 22758.47 | 40 | 2 | 139 |
| 52 | (415) 264-9596 | 4157308558 | 6/28/2008 1:22 | 6/28/2008 1:26 | 235 | 4 | 1288.12 | 40 | 2 | 268 |
| 53 | (415) 264-9596 | 4157308558 | 6/28/2008 1:21 | 6/28/2008 1:22 | 44 | 1 | 39.7 | 40 | 2 | 268 |
| 54 | (415) 264-9596 | 4157308558 | 6/28/2008 1:20 | 6/28/2008 1:21 | 11 | 1 | 0.04 | 40 | 2 | 268 |
| 55 | (415) 264-9596 | 4157308558 | 6/28/2008 1:19 | 6/28/2008 1:20 | 52 | 1 | 55.15 | 40 | 2 | 268 |
| 56 | (415) 264-9596 | 4157308558 | 6/28/2008 1:19 | 6/28/2008 1:19 | 12 | 1 | 0.34 | 40 | 2 | 268 |

| Details | MDN | MSID | Call Start Date/Time | Event Stop Date/Time | Duration (seconds) | MOU | KBU | SID | Mscid | Cell |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | (415) 264-9596 | 1015638736 | 6/28/2008 1:18 | 6/28/2008 1:18 | 10 | 1 | 0 | 40 | 2 | 139 |
| 58 | (415) 264-9596 | 4157308558 | 6/28/2008 1:18 | 6/28/2008 1:18 | 11 | 1 | 0 | 40 | 2 | 5 |
| 59 | (415) 264-9596 | 4157308558 | 6/28/2008 1:17 | 6/28/2008 1:17 | 11 | 1 | 0 | 40 | 2 | 5 |
| 60 | (415) 264-9596 | 4157308558 | 6/28/2008 1:17 | 6/28/2008 1:17 | 12 | 1 | 0 | 40 | 2 | 5 |
| 61 | (415) 264-9596 | 4157308558 | 6/28/2008 1:16 | 6/28/2008 1:17 | 11 | 1 | 0 | 40 | 2 | 5 |
| 62 | (415) 264-9596 | 4157308558 | 6/28/2008 1:16 | 6/28/2008 1:16 | 11 | 1 | 0 | 40 | 2 | 5 |
| 63 | (415) 264-9596 | 4157308558 | 6/28/2008 1:16 | 6/28/2008 1:16 | 11 | 1 | 0 | 40 | 2 | 5 |
| 64 | (415) 264-9596 | 4157308558 | 6/28/2008 1:13 | 6/28/2008 1:15 | 136 | 3 | 62.04 | 40 | 2 | 5 |
| 65 | (415) 264-9596 | 1015638736 | 6/28/2008 1:12 | 6/28/2008 1:13 | 38 | 1 | 266.58 | 40 | 2 | 139 |
| 66 | (415) 264-9596 | 1015638736 | 6/27/2008 20:54 | 6/28/2008 1:12 | 15478 | 258 | 7183.57 | 40 | 2 | 268 |
| 67 | (415) 264-9596 | 1458258255 | 6/27/2008 20:41 | 6/27/2008 20:54 | 765 | 13 | 0.95 | 40 | 2 | 268 |
| 68 | (415) 264-9596 | 1458258255 | 6/27/2008 20:31 | 6/27/2008 20:41 | 600 | 10 | 0 | 40 | 2 | 268 |
| 69 | (415) 264-9596 | 1458258255 | 6/27/2008 4:24 | 6/27/2008 20:31 | 58026 | 968 | 128942.64 | 40 | 2 | 268 |
| 70 | (415) 264-9596 | 1887839719 | 6/27/2008 4:22 | 6/27/2008 4:24 | 93 | 2 | 21.15 | 40 | 2 | 268 |
| 71 | (415) 264-9596 | 1844642686 | 6/27/2008 1:28 | 6/27/2008 4:22 | 10442 | 175 | 22072.6 | 40 | 2 | 268 |
| 72 | (415) 264-9596 | 4157308558 | 6/27/2008 1:13 | 6/27/2008 1:28 | 871 | 15 | 8603.63 | 40 | 2 | 268 |
| 73 | (415) 264-9596 | 4157308558 | 6/27/2008 1:08 | 6/27/2008 1:13 | 287 | 5 | 4581.76 | 40 | 2 | 268 |
| 74 | (415) 264-9596 | 1844642686 | 6/27/2008 1:02 | 6/27/2008 1:08 | 329 | 6 | 9485.9 | 40 | 2 | 268 |
| 75 | (415) 264-9596 | 4157308558 | 6/27/2008 1:02 | 6/27/2008 1:02 | 19 | 1 | 1.91 | 40 | 2 | 5 |
| 76 | (415) 264-9596 | 1844642686 | 6/27/2008 1:01 | 6/27/2008 1:02 | 58 | 1 | 94.66 | 40 | 2 | 153 |
| 77 | (415) 264-9596 | 1844642686 | 6/26/2008 17:33 | 6/27/2008 1:01 | 26870 | 448 | 1.71 | 40 | 2 | 268 |
| 78 | (415) 264-9596 | 1844642686 | 6/25/2008 17:38 | 6/26/2008 17:33 | 86100 | 1435 | 2514829.1 | 40 | 2 | 268 |
| 79 | (415) 264-9596 | 1844642686 | 6/24/2008 18:05 | 6/25/2008 17:38 | 84740 | 1413 | 1584798.2 | 40 | 2 | 268 |
| 80 | (415) 264-9596 | 1844642686 | 6/24/2008 17:43 | 6/24/2008 18:05 | 1354 | 23 | 468.06 | 40 | 2 | 268 |
| 81 | (415) 264-9596 | 1687704910 | 6/23/2008 12:40 | 6/24/2008 8:13 | 70382 | 1174 | 3292790.2 | 40 | 2 | 268 |
| 82 | (415) 264-9596 | 1687704910 | 6/22/2008 19:21 | 6/23/2008 10:58 | 56258 | 938 | 2182500.1 | 40 | 2 | 268 |
| 83 | (415) 264-9596 | 1687704910 | 6/21/2008 19:25 | 6/22/2008 19:20 | 86104 | 1436 | 2833414.8 | 40 | 2 | 268 |
| 84 | (415) 264-9596 | 4157308558 | 6/21/2008 18:32 | 6/21/2008 19:25 | 3220 | 54 | 69717.86 | 40 | 2 | 5 |
| 85 | (415) 264-9596 | 1687704910 | 6/21/2008 6:41 | 6/21/2008 18:32 | 42609 | 711 | 1451247.8 | 40 | 2 | 268 |
| 86 | (415) 264-9596 | 1687704910 | 6/20/2008 6:46 | 6/21/2008 6:41 | 86101 | 1436 | 2670189.1 | 40 | 2 | 268 |
| 87 | (415) 264-9596 | 1687704910 | 6/20/2008 0:21 | 6/20/2008 6:46 | 23099 | 385 | 547886.3 | 40 | 2 | 268 |
| 88 | (415) 264-9596 | 1687704910 | 6/19/2008 0:26 | 6/20/2008 0:21 | 86100 | 1435 | 1582132.3 | 40 | 2 | 268 |
| 89 | (415) 264-9596 | 1687704910 | 6/18/2008 19:29 | 6/18/2008 21:05 | 5768 | 97 | 690629.47 | 40 | 2 | 268 |
| 90 | (415) 264-9596 | 1687704910 | 6/18/2008 17:22 | 6/18/2008 19:28 | 7568 | 127 | 292018.62 | 40 | 2 | 268 |
| 91 | (415) 264-9596 | 1687704910 | 6/17/2008 17:27 | 6/18/2008 17:22 | 86101 | 1436 | 2411242.7 | 40 | 2 | 268 |
| 92 | (415) 264-9596 | 4157308558 | 6/16/2008 23:54 | 6/17/2008 17:27 | 63195 | 1054 | 1486500.8 | 40 | 2 | 268 |
| 93 | (415) 264-9596 | 1256601911 | 6/16/2008 21:33 | 6/16/2008 23:54 | 8447 | 141 | 330474.48 | 40 | 2 | 268 |
| 94 | (415) 264-9596 | 1256601911 | 6/16/2008 16:01 | 6/16/2008 21:33 | 19915 | 332 | 2073181.9 | 40 | 2 | 268 |
| 95 | (415) 264-9596 | 1256601911 | 6/15/2008 16:06 | 6/16/2008 16:01 | 86100 | 1435 | 3523571.2 | 40 | 2 | 268 |
| 96 | (415) 264-9596 | 4157308558 | 6/15/2008 14:01 | 6/15/2008 16:05 | 7482 | 125 | 133817.64 | 40 | 2 | 268 |
| 97 | (415) 264-9596 | 1256601911 | 6/15/2008 1:23 | 6/15/2008 14:01 | 45437 | 758 | 1223979.2 | 40 | 2 | 268 |
| 98 | (415) 264-9596 | 4157308558 | 6/15/2008 1:06 | 6/15/2008 1:23 | 1059 | 18 | 10550.05 | 40 | 2 | 5 |
| 99 | (415) 264-9596 | 4157308558 | 6/15/2008 1:05 | 6/15/2008 1:05 | 11 | 1 | 0 | 40 | 2 | 5 |
| 100 | (415) 264-9596 | 4157308558 | 6/15/2008 1:05 | 6/15/2008 1:05 | 12 | 1 | 0 | 40 | 2 | 5 |
| 101 | (415) 264-9596 | 4157308558 | 6/15/2008 1:04 | 6/15/2008 1:05 | 11 | 1 | 0 | 40 | 2 | 5 |
| 102 | (415) 264-9596 | 4157308558 | 6/15/2008 1:04 | 6/15/2008 1:04 | 11 | 1 | 0 | 40 | 2 | 5 |
| 103 | (415) 264-9596 | 4157308558 | 6/15/2008 1:03 | 6/15/2008 1:04 | 18 | 1 | 0.08 | 40 | 2 | 5 |
| 104 | (415) 264-9596 | 4157308558 | 6/15/2008 0:55 | 6/15/2008 1:03 | 482 | 9 | 315.98 | 40 | 2 | 5 |
| 105 | (415) 264-9596 | 1256601911 | 6/14/2008 22:01 | 6/15/2008 0:54 | 10395 | 174 | 258564.19 | 40 | 2 | 268 |
| 106 | (415) 264-9596 | 1256601911 | 6/14/2008 20:02 | 6/14/2008 22:01 | 7131 | 119 | 21701.16 | 40 | 2 | 268 |
| 107 | (415) 264-9596 | 1256601911 | 6/14/2008 1:22 | 6/14/2008 15:23 | 50453 | 841 | 334096.71 | 40 | 2 | 268 |
| 108 | (415) 264-9596 | 1256601911 | 6/14/2008 1:12 | 6/14/2008 1:22 | 594 | 10 | 688.33 | 40 | 2 | 139 |
| 109 | (415) 264-9596 | 4157308558 | 6/14/2008 1:12 | 6/14/2008 1:12 | 19 | 1 | 0.05 | 40 | 2 | 5 |
| 110 | (415) 264-9596 | 4157308558 | 6/14/2008 1:11 | 6/14/2008 1:11 | 25 | 1 | 2.72 | 40 | 2 | 5 |
| 111 | (415) 264-9596 | 4157308558 | 6/14/2008 1:10 | 6/14/2008 1:11 | 11 | 1 | 0.05 | 40 | 2 | 5 |
| 112 | (415) 264-9596 | 4157308558 | 6/14/2008 1:10 | 6/14/2008 1:10 | 26 | 1 | 7.3 | 40 | 2 | 5 |

| Details | MDN | MSID | Call Start Date/Time | Event Stop Date/Time | Duration (seconds) | MOU | KBU | SID | Mscid | Cell |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | (415) 264-9596 | 1874318012 | 6/13/2008 23:00 | 6/14/2008 0:59 | 7159 | 120 | 85284.29 | 40 | 2 | 268 |
| 114 | (415) 264-9596 | 1692411682 | 6/12/2008 12:37 | 6/12/2008 12:38 | 61 | 2 | 156.44 | 40 | 2 | 268 |
| 115 | (415) 264-9596 | 1061240446 | 6/12/2008 1:55 | 6/12/2008 4:05 | 7793 | 130 | 37205.73 | 40 | 2 | 268 |
| 116 | (415) 264-9596 | 1061240446 | 6/12/2008 1:54 | 6/12/2008 1:54 | 15 | 1 | 0.66 | 40 | 2 | 268 |
| 117 | (415) 264-9596 | 4157308558 | 6/12/2008 1:50 | 6/12/2008 1:54 | 211 | 4 | 444.36 | 40 | 2 | 268 |
| 118 | (415) 264-9596 | 1828270283 | 6/12/2008 1:11 | 6/12/2008 1:50 | 2368 | 40 | 1564.69 | 40 | 2 | 279 |
| 119 | (415) 264-9596 | 1828270283 | 6/11/2008 17:38 | 6/12/2008 1:11 | 27145 | 453 | 9764.75 | 40 | 2 | 268 |
| 120 | (415) 264-9596 | 1217252675 | 6/11/2008 2:02 | 6/11/2008 5:36 | 12860 | 215 | 179156.43 | 40 | 2 | 268 |
| 121 | (415) 264-9596 | 1630028335 | 6/11/2008 0:57 | 6/11/2008 1:20 | 1383 | 24 | 81.7 | 40 | 2 | 268 |
| 122 | (415) 264-9596 | 1630028335 | 6/10/2008 18:05 | 6/10/2008 19:34 | 5303 | 89 | 22120.14 | 40 | 2 | 268 |
| 123 | (415) 264-9596 | 1007716636 | 6/10/2008 1:30 | 6/10/2008 5:49 | 15552 | 260 | 762301.09 | 40 | 2 | 268 |
| 124 | (415) 264-9596 | 4157308558 | 6/10/2008 1:30 | 6/10/2008 1:30 | 26 | 1 | 36.22 | 40 | 2 | 5 |
| 125 | (415) 264-9596 | 1007716636 | 6/10/2008 1:22 | 6/10/2008 1:25 | 130 | 3 | 11.93 | 40 | 2 | 279 |
| 126 | (415) 264-9596 | 4157308558 | 6/10/2008 1:18 | 6/10/2008 1:22 | 240 | 4 | 178.25 | 40 | 2 | 268 |
| 127 | (415) 264-9596 | 1007716636 | 6/10/2008 0:24 | 6/10/2008 1:18 | 3226 | 54 | 1128.9 | 40 | 2 | 268 |

| SWITCH | Cell # | LAT | LONG | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| SANTA CLARA | 5 | 37.369733 | -121.923442 | 2001 Gateway Place | San Jose | CA | 95110 |
| SANTA CLARA | 139 | 37.34955 | -121.943435 | 900 Lafayette St | Santa Clara | CA | 95050 |
| SANTA CLARA | 153 | 37.418053 | -121.851978 | 10000 Old Piedmont Rd | San Jose | CA | 95132 |
| SANTA CLARA | 268 | 37.346481 | -121.923164 | 1070 ELM ST | SAN JOSE | CA | 95126 |
| SANTA CLARA | 279 | 37.3416 | -121.947941 | 490 LINCOLN ST | SANTA CLARA | CA | 95050 |

⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

Paper print-out of emails sent between John I. Profaca (Verizon Wireless) and FBI Agent Richard J. Murray RE: (1) On August 1, 2008, FBI Agent Murray was seeking additional data pursuant to the 08-3298MB-LOA court order (which only covered records between June 10, 2008 and July 10, 2008 and was already effectively returned on July 12, 2008); and (2) Verizon Wireless indicates that only the cell tower the aircard was hitting is available; (Email sent dates: August 1, 2008 – various times); (ITEM No. 4 of September 24, 2010 discovery set [p. 254-55]);

## Unknown

| | |
|---|---|
| **From:** | John.Profaca ▓▓▓▓▓▓▓▓ |
| **Sent:** | Friday, August 01, 2008 9:03 PM |
| **To:** | Murray, Richard J. |
| **Subject:** | RE: Misc. No. 08-3298MB |

You'll need this mobile number to open the file 4152649596.

-----Original Message-----
**From:** Murray, Richard J. [mailto: ▓▓▓▓▓▓
**Sent:** Friday, August 01, 2008 10:55 PM[Profaca, John I.]
**To:** Profaca, John I.
**Subject:** Re: Misc. No. 08-3298MB

Thanks. I did not anticipate more than the tower data.

**From:** John.Profaca ▓▓▓▓▓▓▓▓
**To:** Murray, Richard J.
**Sent:** Fri Aug 01 22:53:02 2008
**Subject:** RE: Misc. No. 08-3298MB
Sorry, I did not know this was a broadband card.  The only thing I can do for the specified time frame is get you the Cell Tower it was hitting.  The sector and distance has been purged.

-----Original Message-----
**From:** Murray, Richard J. [mailto: ▓▓▓▓▓▓▓▓
**Sent:** Friday, August 01, 2008 10:08 PM
**To:** Profaca, John I.
**Subject:** Re: Misc. No. 08-3298MB

Mr Profaca- I received tower location on this broadband card previously based on Internet connections. Could you please verify whether additional records can be provided? Marco assisted me with the previous request that I submitted.

Thank you
Richard Murray
FBI Phoenix
▓▓▓▓▓▓▓▓

**From:** John.Profaca ▓▓▓▓▓▓▓▓
**To:** Byrne, Robert (LEO)
**Cc:** Murray, Richard J.
**Sent:** Fri Aug 01 21:49:57 2008
**Subject:** Misc. No. 08-3298MB

8/1/2008


# Re: Account # 270691733


Richard J. Murray

There are no call records on account number 270691733 for Travis Rupard between the dates of 6/10/08 – 7/10/08.  Because there are no calls we are not able to get sector or distance on the above-mentioned account.

John Profaca
Lead Analyst

*John Profaca - Lead Analyst*
*Law Enforcement Resource Team*
*Phone:* ▮▮▮▮▮▮
*Fax:* ▮▮▮▮
*E-mail:* ▮▮▮▮▮▮▮▮▮

*Verizon Wireless*
*Legal & External Affairs Department*
*180 Washington Valley Road*
*Bedminster, NJ 07920*

*The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.*

↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Verizon Wireless response materials for District of Arizona 08-7273MB-ECV order, sent to Robert Byrne, LEO and provided to FBI Agent Richard J. Murray; Note: email is scanned paper print-out and historical cell site information chart is Excel file to PDF file conversion; (Date provided by Verizon Wireless: July 31, 2008); (2/12/09 BATES No. 292-293 of February 17, 2009 discovery set; Files from CD named "Aircard Response - 4152649596 - Verizon Response - 08-7273 - 7-31-08 622 AM - Cell # Site.xls" and "Aircard Response - 4152649596 - Verizon Response - 08-7273 - 7-31-08 622 AM.xls" of January 28, 2011 discovery set);

FD-340 (Rev. 4-11-03)

**File Number** 288A-PX-82001 . 1A19

**Field Office Acquiring Evidence** PX

**Serial # of Originating Document** _____

**Date Received** 7/31/08

**From** _____
(Name of Contributor/Interviewee)

_____
(Address)

Verizon Wireless Bedminster NJ
(City and State)

**By** Richard J. Murray

To Be Returned  ☐ Yes        ☐ No

Receipt Given  ☐ Yes        ☐ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes        ☐ No

Federal Taxpayer Information (FTI)

☐ Yes        ☐ No

Title:

Reference: FD 302 dated 7/31/08 .
(Communication Enclosing Material)

_____

**Description:**  ☐  Original notes re interview of

Cell tower data

MDN: (415) 264 9596

_____

_____

## FW: Cell Site

Grant.Fields@VerizonWireless.com [Grant.Fields@VerizonWireless.com]

**Sent:** .     Thursday, July 31, 2008 6:22 AM

**To:**        Byrne, Robert (LEO)

**Attachments:** Cell# site xls.xls (25 KB) ; 9596.xls (27 KB)

<<Cell# site xls.xls>> <<9596.xls>>

Grant Fields
Analyst - Law Enforcement Resource Team
Phone: 800-451-5242
Fax: 908-306-7492

Verizon Wireless
Legal & External Affairs Department
180 Washington Valley Road
Bedminster, NJ 07921

The information contained in this message and any attachment may be proprietary, confidential and privileged or subject to the work product doctrine and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it and all copies and backups thereof. Thank you.

| Cell# | E 911 Lat | E 911Long | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 5 | 37.36959 | -121.9232 | 2001 Gateway Place | San Jose | CA | 95110 |
| 268 | 37.34648 | -121.92316 | 1070 ELM ST | SAN JOSE | CA | 95126 |

| Switch | MDN | Call Start Date/Time | Event Stop Date/Time | Duration (seconds) | Cell |
|--------|-----|----------------------|----------------------|--------------------|------|
| AAA14ROCA | (415) 264-9596 | 7/16/2008 12:04 | 7/17/2008 11:59 | 86101 | 268 |
| AAA14ROCA | (415) 264-9596 | 7/15/2008 2:03 | 7/15/2008 14:49 | 45952 | 268 |
| AAA14ROCA | (415) 264-9596 | 7/14/2008 22:43 | 7/15/2008 1:04 | 8457 | 268 |
| AAA14ROCA | (415) 264-9596 | 7/14/2008 21:30 | 7/14/2008 22:40 | 4233 | 268 |
| AAA04ROCA | (415) 264-9596 | 7/14/2008 13:32 | 7/14/2008 21:30 | 28664 | 5 |
| AAA11ROCA | (415) 264-9596 | 7/14/2008 4:42 | 7/14/2008 13:32 | 31795 | 268 |
| AAA11ROCA | (415) 264-9596 | 7/13/2008 20:20 | 7/13/2008 20:55 | 2117 | 268 |
| AAA11ROCA | (415) 264-9596 | 7/13/2008 13:12 | 7/13/2008 16:37 | 12302 | 268 |
| AAA04ROCA | (415) 264-9596 | 7/13/2008 1:17 | 7/13/2008 13:12 | 42873 | 5 |
| AAA11ROCA | (415) 264-9596 | 7/12/2008 10:43 | 7/13/2008 1:17 | 52422 | 268 |
| AAA11ROCA | (415) 264-9596 | 7/12/2008 3:18 | 7/12/2008 7:10 | 13868 | 268 |
| AAA04ROCA | (415) 264-9596 | 7/12/2008 0:36 | 7/12/2008 3:17 | 9648 | 5 |
| AAA11ROCA | (415) 264-9596 | 7/11/2008 22:08 | 7/12/2008 0:36 | 8872 | 268 |
| AAA11ROCA | (415) 264-9596 | 7/11/2008 13:57 | 7/11/2008 19:04 | 18466 | 268 |

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*ATTACHED EXHIBITS*
*CR08-814-PHX-DGC*

**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**
**↓ EXHIBIT 06 ↓**

Text file to PDF file conversion of Verizon Wireless response materials for Northern District of California 08-90331MISC-RS order; Note: the file contains the raw LAESP messages sent to the SF-Martinez DCS-3000 server (Pen/Trap device) by Verizon Wireless IAPs; (Record date: July 16, 2008 through August 1, 2008); (ATTACHMENT No. 1 of January 28, 2011 discovery set);

The following information was generated by ASN1VE 1.5.2, a commercial software application from Objective Systems, Inc. (http://www.obj-sys.com), using the original Abstract Syntax Notation One (ASN.1) data received from Verizon Wireless pursuant to court order N.D.Cal. 08-90331MISC-RS.

```
-- message 1 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716110258.595-0700
        callIdentity {
            sequenceNumber = 459882
        }
        calling {
            dn = 9253485566
            trunkId = 3138302D363630
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 2 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716110258.595-0700
        callIdentity {
            sequenceNumber = 459882
        }
        location = Not available
    }
}
-- message 3 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
```

```
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716110844.913-0700
        callIdentity {
            sequenceNumber = 197779
        }
        calling {
            dn = 9253485566
            trunkId = 3138302D363036
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 4 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716110844.913-0700
        callIdentity {
            sequenceNumber = 197779
        }
        location = Not available
    }
}
-- message 5 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716112019.125-0700
        callIdentity {
            sequenceNumber = 459885
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D363439
        }
```

```
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 6 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716112019.125-0700
        callIdentity {
            sequenceNumber = 459885
        }
        location = Not available
    }
}
-- message 7 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716115915.059-0700
        callIdentity {
            sequenceNumber = 394421
        }
        location = Not available
    }
}
-- message 8 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716115915.059-0700
        callIdentity {
            sequenceNumber = 394421
        }
        calling {
```

```
            dn = 9253485566
            trunkId = 3138302D343631
         }
         called {
            min = 4157308558
            dn = 4152649596
         }
         bearerCapability {
            speech = NULL
         }
      }
   }
}
-- message 9 --
LAESMessage {
   servingSystem {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716120324.016-0700
   }
}
-- message 10 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716122301.288-0700
      callIdentity {
         sequenceNumber = 525457
      }
      calling {
         dn = 9253485566
         trunkId = 3138302D383733
      }
      called {
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 11 --
```

```
LAESMessage {
  termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716122302.134-0700
      callIdentity {
         sequenceNumber = 526164
      }
      calling {
         dn = 9253485566
         trunkId = 34382D31353131
      }
      called {
         esn = 050AF186
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 12 --
LAESMessage {
  redirection {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716122302.048-0700
      callIdentity {
         sequenceNumber = 525457
      }
      redirectedTo {
         genericDigits {
            element = 4087819608
         }
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 13 --
LAESMessage {
```

```
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716122306.225-0700
        callIdentity {
            sequenceNumber = 526164
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 14 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716122420.854-0700
        callIdentity {
            sequenceNumber = 526164
        }
        location = 5-3
    }
}
-- message 15 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716122420.308-0700
        callIdentity {
            sequenceNumber = 525457
        }
        location = Not available
    }
}
-- message 16 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716124905.706-0700
        callIdentity {
            sequenceNumber = 198656
```

```
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31353832
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 17 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716124905.194-0700
        callIdentity {
            sequenceNumber = 263275
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D31353135
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 18 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716124905.633-0700
```

```
            callIdentity {
                sequenceNumber = 263275
            }
            redirectedTo {
                genericDigits {
                    element = 4087819888
                }
            }
            bearerCapability {
                speech = NULL
            }
        }
    }
}
-- message 19 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716124908.246-0700
        callIdentity {
            sequenceNumber = 198656
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 20 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716125020.874-0700
        callIdentity {
            sequenceNumber = 198656
        }
        location = 5-3
    }
}
-- message 21 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
```

```
         timeStamp = 20080716125020.433-0700
         callIdentity {
            sequenceNumber = 263275
         }
         location = Not available
      }
}
-- message 22 --
LAESMessage {
   termAttempt {
         caseIdentity = 4152649596
         iAPSystemIdentity = 40-2-5
         timeStamp = 20080716133605.91-0700
         callIdentity {
            sequenceNumber = 264039
         }
         calling {
            dn = 9253485566
            trunkId = 34382D31363130
         }
         called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
         }
         bearerCapability {
            speech = NULL
         }
      }
}
-- message 23 --
LAESMessage {
   termAttempt {
         caseIdentity = 4152649596
         iAPSystemIdentity = 40-3-1
         timeStamp = 20080716133605.063-0700
         callIdentity {
            sequenceNumber = 263282
         }
         calling {
            dn = 9253485566
            trunkId = 3232372D373930
         }
```

```
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
  }
}
-- message 24 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716133605.824-0700
        callIdentity {
            sequenceNumber = 263282
        }
        redirectedTo {
            genericDigits {
                element = 4087819907
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 25 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716133608.431-0700
        callIdentity {
            sequenceNumber = 264039
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 26 --
LAESMessage {
```

```
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716133736.78-0700
        callIdentity {
            sequenceNumber = 264039
        }
        location = 5-3
    }
}
-- message 27 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716133736.113-0700
        callIdentity {
            sequenceNumber = 263282
        }
        location = Not available
    }
}
-- message 28 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716135240.068-0700
        callIdentity {
            sequenceNumber = 197795
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D393736
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
```

```
}
-- message 29 --
LAESMessage {
   redirection {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716135240.729-0700
      callIdentity {
         sequenceNumber = 197795
      }
      redirectedTo {
         genericDigits {
            element = 4087819964
         }
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 30 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716135241.086-0700
      callIdentity {
         sequenceNumber = 329686
      }
      calling {
         dn = 9253485566
         trunkId = 34382D31333734
      }
      called {
         esn = 050AF186
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
```

```
-- message 31 --
LAESMessage {
   networkSignal {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716135244.405-0700
      callIdentity {
         sequenceNumber = 329686
      }
      alertingSignal = alertingPattern0
      other = 50726976617465
   }
}
-- message 32 --
LAESMessage {
   release {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716135355.849-0700
      callIdentity {
         sequenceNumber = 197795
      }
      location = Not available
   }
}
-- message 33 --
LAESMessage {
   release {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716135356.625-0700
      callIdentity {
         sequenceNumber = 329686
      }
      location = 5-3
   }
}
-- message 34 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716135744.81-0700
```

```
        callIdentity {
            sequenceNumber = 66745
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D31313936
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 35 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716135745.295-0700
        callIdentity {
            sequenceNumber = 526176
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31363635
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 36 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
```

```
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716135745.46-0700
        callIdentity {
            sequenceNumber = 66745
        }
        redirectedTo {
            genericDigits {
                element = 4087819830
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 37 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716135748.365-0700
        callIdentity {
            sequenceNumber = 526176
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 38 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716135857.8-0700
        callIdentity {
            sequenceNumber = 66745
        }
        location = Not available
    }
}
-- message 39 --
LAESMessage {
    release {
```

```
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716135859.395-0700
            callIdentity {
                sequenceNumber = 526176
            }
            location = 5-3
        }
    }
-- message 40 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716142633.461-0700
        callIdentity {
            sequenceNumber = 525461
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D31313030
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 41 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716142634.27-0700
        callIdentity {
            sequenceNumber = 264047
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31333430
```

```
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 42 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716142634.111-0700
        callIdentity {
            sequenceNumber = 525461
        }
        redirectedTo {
            genericDigits {
                element = 4087819839
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 43 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716142636.739-0700
        callIdentity {
            sequenceNumber = 264047
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
```

```
-- message 44 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716142751.611-0700
        callIdentity {
            sequenceNumber = 525461
        }
        location = Not available
    }
}
-- message 45 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716142752.18-0700
        callIdentity {
            sequenceNumber = 264047
        }
        location = 5-3
    }
}
-- message 46 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716145741.67-0700
        callIdentity {
            sequenceNumber = 263291
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D3632
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
```

```
            }
        }
}
-- message 47 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716145742.715-0700
        callIdentity {
            sequenceNumber = 460649
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31363830
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 48 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716145742.35-0700
        callIdentity {
            sequenceNumber = 263291
        }
        redirectedTo {
            genericDigits {
                element = 4087819881
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
```

```
    }
}
-- message 49 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716145745.697-0700
        callIdentity {
            sequenceNumber = 460649
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 50 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716145811.6-0700
        callIdentity {
            sequenceNumber = 263291
        }
        location = Not available
    }
}
-- message 51 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716145813.285-0700
        callIdentity {
            sequenceNumber = 460649
        }
        location = 5-3
    }
}
-- message 52 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
```

```
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716152737.25-0700
      callIdentity {
         sequenceNumber = 263301
      }
      calling {
         dn = 9253485566
         trunkId = 3232372D31373234
      }
      called {
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 53 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716152738.082-0700
      callIdentity {
         sequenceNumber = 133066
      }
      calling {
         dn = 9253485566
         trunkId = 34382D31313732
      }
      called {
         esn = 050AF186
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 54 --
LAESMessage {
```

```
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716152738.019-0700
        callIdentity {
            sequenceNumber = 263301
        }
        redirectedTo {
            genericDigits {
                element = 4087819685
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 55 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716152739.972-0700
        callIdentity {
            sequenceNumber = 133066
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 56 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716152814.609-0700
        callIdentity {
            sequenceNumber = 263301
        }
        location = Not available
    }
}
-- message 57 --
```

```
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716152816.152-0700
        callIdentity {
            sequenceNumber = 133066
        }
        location = 5-3
    }
}
-- message 58 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716153231.87-0700
        callIdentity {
            sequenceNumber = 329700
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31343934
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 59 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716153231.08-0700
        callIdentity {
            sequenceNumber = 459919
        }
```

```
      calling {
         dn = 9253485566
         trunkId = 3232372D373538
      }
      called {
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 60 --
LAESMessage {
   redirection {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716153231.76-0700
      callIdentity {
         sequenceNumber = 459919
      }
      redirectedTo {
         genericDigits {
            element = 4087819793
         }
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 61 --
LAESMessage {
   networkSignal {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716153234.43-0700
      callIdentity {
         sequenceNumber = 329700
      }
      alertingSignal = alertingPattern0
      other = 50726976617465
```

```
        }
    }
-- message 62 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716153318.509-0700
        callIdentity {
            sequenceNumber = 459919
        }
        location = Not available
    }
}
-- message 63 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716153319.92-0700
        callIdentity {
            sequenceNumber = 329700
        }
        location = 5-3
    }
}
-- message 64 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716155024.827-0700
    }
}
-- message 65 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716155819.939-0700
        callIdentity {
            sequenceNumber = 66768
        }
```

```
      calling {
          dn = 9253485566
          trunkId = 3232372D353936
      }
      called {
          min = 4157308558
          dn = 4152649596
      }
      bearerCapability {
          speech = NULL
      }
    }
  }
}
-- message 66 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716155820.716-0700
        callIdentity {
            sequenceNumber = 460654
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31323230
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 67 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716155820.699-0700
        callIdentity {
```

```
            sequenceNumber = 66768
          }
        redirectedTo {
          genericDigits {
              element = 4087819654
          }
        }
        bearerCapability {
          speech = NULL
        }
      }
    }
  }
-- message 68 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716155824.177-0700
        callIdentity {
            sequenceNumber = 460654
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 69 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716155923.3-0700
        callIdentity {
            sequenceNumber = 66768
        }
        location = Not available
    }
}
-- message 70 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716155924.636-0700
```

```
        callIdentity {
            sequenceNumber = 460654
        }
        location = 5-3
    }
}
-- message 71 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716162026.657-0700
        callIdentity {
            sequenceNumber = 328935
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D31313636
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 72 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716162027.819-0700
        callIdentity {
            sequenceNumber = 198683
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31353438
        }
        called {
            esn = 050AF186
```

```
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 73 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716162027.537-0700
        callIdentity {
            sequenceNumber = 328935
        }
        redirectedTo {
            genericDigits {
                element = 4087819624
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 74 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716162029.567-0700
        callIdentity {
            sequenceNumber = 198683
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 75 --
LAESMessage {
    release {
```

```
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716162119.717-0700
        callIdentity {
            sequenceNumber = 328935
        }
        location = Not available
    }
}
-- message 76 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716162121.427-0700
        callIdentity {
            sequenceNumber = 198683
        }
        location = 5-3
    }
}
-- message 77 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716162235.278-0700
        callIdentity {
            sequenceNumber = 394465
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D3339
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
```

```
-- message 78 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716162236.192-0700
      callIdentity {
         sequenceNumber = 133069
      }
      calling {
         dn = 9253485566
         trunkId = 34382D31353138
      }
      called {
         esn = 050AF186
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 79 --
LAESMessage {
   redirection {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716162236.048-0700
      callIdentity {
         sequenceNumber = 394465
      }
      redirectedTo {
         genericDigits {
            element = 4087819789
         }
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 80 --
```

```
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716162240.692-0700
        callIdentity {
            sequenceNumber = 133069
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 81 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716162255.658-0700
        callIdentity {
            sequenceNumber = 394465
        }
        location = Not available
    }
}
-- message 82 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716162257.202-0700
        callIdentity {
            sequenceNumber = 133069
        }
        location = 5-3
    }
}
-- message 83 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716162524.557-0700
    }
```

```
}
-- message 84 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-3-1
      timeStamp = 20080716164104.98-0700
      callIdentity {
         sequenceNumber = 525468
      }
      calling {
         dn = 9253485566
         trunkId = 3232372D31383039
      }
      called {
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
      }
   }
}
-- message 85 --
LAESMessage {
   termAttempt {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080716164105.587-0700
      callIdentity {
         sequenceNumber = 395172
      }
      calling {
         dn = 9253485566
         trunkId = 34382D31333333
      }
      called {
         esn = 050AF186
         min = 4157308558
         dn = 4152649596
      }
      bearerCapability {
         speech = NULL
```

```
        }
      }
    }
-- message 86 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716164105.741-0700
        callIdentity {
            sequenceNumber = 525468
        }
        redirectedTo {
            genericDigits {
                element = 4087819632
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 87 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716164108.767-0700
        callIdentity {
            sequenceNumber = 395172
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 88 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716164141.781-0700
        callIdentity {
            sequenceNumber = 525468
```

```
        }
        location = Not available
    }
}
-- message 89 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716164143.097-0700
        callIdentity {
            sequenceNumber = 395172
        }
        location = 5-3
    }
}
-- message 90 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716170330.054-0700
        callIdentity {
            sequenceNumber = 263326
        }
        calling {
            dn = 9253485566
            trunkId = 3232372D31303632
        }
        called {
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 91 --
LAESMessage {
    redirection {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
```

```
        timeStamp = 20080716170330.704-0700
        callIdentity {
            sequenceNumber = 263326
        }
        redirectedTo {
            genericDigits {
                element = 4087819766
            }
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 92 --
LAESMessage {
    termAttempt {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716170331.186-0700
        callIdentity {
            sequenceNumber = 329710
        }
        calling {
            dn = 9253485566
            trunkId = 34382D31373334
        }
        called {
            esn = 050AF186
            min = 4157308558
            dn = 4152649596
        }
        bearerCapability {
            speech = NULL
        }
    }
}
-- message 93 --
LAESMessage {
    networkSignal {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716170335.737-0700
```

```
        callIdentity {
            sequenceNumber = 329710
        }
        alertingSignal = alertingPattern0
        other = 50726976617465
    }
}
-- message 94 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-3-1
        timeStamp = 20080716170403.364-0700
        callIdentity {
            sequenceNumber = 263326
        }
        location = Not available
    }
}
-- message 95 --
LAESMessage {
    release {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716170405.157-0700
        callIdentity {
            sequenceNumber = 329710
        }
        location = 5-3
    }
}
-- message 96 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716175025.31-0700
    }
}
-- message 97 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
```

```
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716175226.98-0700
        }
    }
-- message 98 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716175553.12-0700
    }
}
-- message 99 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716175806.11-0700
    }
}
-- message 100 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716180033.98-0700
    }
}
-- message 101 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716180700.75-0700
    }
}
-- message 102 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716180805.909-0700
    }
```

```
}
-- message 103 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716181008.53-0700
    }
}
-- message 104 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716181139.55-0700
    }
}
-- message 105 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716181246.3-0700
    }
}
-- message 106 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716181652.67-0700
    }
}
-- message 107 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080716181855.74-0700
    }
}
-- message 108 --
LAESMessage {
```

```
        servingSystem {
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716182016.52-0700
        }
    }
-- message 109 --
LAESMessage {
        servingSystem {
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716182409.04-0700
        }
    }
-- message 110 --
LAESMessage {
        servingSystem {
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716182849.11-0700
        }
    }
-- message 111 --
LAESMessage {
        servingSystem {
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716183117.249-0700
        }
    }
-- message 112 --
LAESMessage {
        servingSystem {
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
            timeStamp = 20080716183641.89-0700
        }
    }
-- message 113 --
LAESMessage {
        servingSystem {
            caseIdentity = 4152649596
            iAPSystemIdentity = 40-2-5
```

```
      timeStamp = 20080716184701.096-0700
   }
}
-- message 114 --
LAESMessage {
   servingSystem {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080718104638.794-0700
   }
}
-- message 115 --
LAESMessage {
   servingSystem {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080719202154.067-0700
   }
}
-- message 116 --
LAESMessage {
   servingSystem {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080721165945.544-0700
   }
}
-- message 117 --
LAESMessage {
   servingSystem {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080724181725.04-0700
   }
}
-- message 118 --
LAESMessage {
   servingSystem {
      caseIdentity = 4152649596
      iAPSystemIdentity = 40-2-5
      timeStamp = 20080725183541.425-0700
   }
}
```

-- message 119 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080727212114.016-0700
    }
}
-- message 120 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080728005314.833-0700
    }
}
-- message 121 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080729012837.539-0700
    }
}
-- message 122 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080731183307.306-0700
    }
}
-- message 123 --
LAESMessage {
    servingSystem {
        caseIdentity = 4152649596
        iAPSystemIdentity = 40-2-5
        timeStamp = 20080801012137.779-0700
    }
}

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

**↓ EXHIBIT 07 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Document referencing "FBI - Compact Disc Containing Real Time Cellular Tracking Data"; Note: the referenced CD contains the CDNRS files created by the SF-Martinez DCS-3000 server (Pen/Trap device) from Verizon Wireless LAESP messages provided to the government pursuant to the N.D.Cal. 08-90331MISC-RS order; (Author: FBI Agent William T. Ng; Date: July 16, 2008); (ITEM No. 11 of September 11, 2009 discovery set);

# 11

## 9/11/09

**FBI - Compact Disc Containing Real Time Cellular Tracking Data - No. 415-264-9596 - Dates 7/16/08 - Contains 3 Folders - Open Folder "CDNRS" With Microsoft Excel - Open Folders "Log" and "Sum" With Microsoft Notepad**

FD-340 (Rev. 4-11-03)

File Number _____ 288A-PX-82001 - 1A (94)

**Field Office Acquiring Evidence** _____ SF/SJRA

Serial # of Originating Document _____ 228

Date Received _____ 4/2009

From _____ SF Tech Unit

(Name of Contributor/Interviewee)

_____

(Address)

_____

(City and State)

**By** _____ SA William Ng

To Be Returned ☐ Yes ☑ No

Receipt Given ☐ Yes ☑ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes ☑ No

Federal Taxpayer Information (FTI)

☐ Yes ☐ No

Title: PLAZACABLE@SAFE-MAIL.NET;
IRS- VICTIM;
COMPUTER INTRUSION - CRIMINAL MATTER)

Reference: _____

(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of

1 CD-ROM containing Real time cellular tracking
data of telephone # (415) 264-9596 on
7/26/2008

↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

Excel file to PDF file conversion of
[CD]\4152649596\Cdnrs\130735.062.cdnrs on CD referenced in FBI
Agent William T. Ng's FD-340 form; (Record date: July 16, 2008);
(ITEM No. 11 of September 9, 2009 discovery set);

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCSPE | R | 4152649596 | 07/16/08 | 11:02:58 AM | 11:02:58 AM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 11:08:44 AM | 11:08:44 AM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 11:20:19 AM | 11:20:19 AM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 12:23:01 PM | 12:24:20 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819608 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 12:23:02 PM | 12:24:20 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819888 | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 12:49:05 PM | 12:50:20 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 12:49:05 PM | 12:50:20 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819907 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 01:36:05 PM | 01:37:36 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 01:52:40 PM | 01:53:55 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819964 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 01:52:41 PM | 01:53:56 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 01:57:44 PM | 01:58:57 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819830 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 01:57:45 PM | 01:58:59 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819839 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 02:26:33 PM | 02:27:51 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 02:26:34 PM | 02:27:52 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819881 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 02:57:41 PM | 02:58:11 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 02:57:42 PM | 02:58:13 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819685 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 03:27:37 PM | 03:28:14 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 03:27:38 PM | 03:28:16 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819793 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 03:32:31 PM | 03:33:18 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 03:32:31 PM | 03:33:19 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819654 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 03:58:19 PM | 03:59:23 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 03:58:20 PM | 03:59:24 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819624 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 04:20:26 PM | 04:21:19 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 04:20:27 PM | 04:21:21 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819789 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 04:22:35 PM | 04:22:55 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 04:22:36 PM | 04:22:57 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819632 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 04:41:04 PM | 04:41:41 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 04:41:05 PM | 04:41:43 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | 4087819766 | Verizon Wireless (SF | SA WILLIAM NG | 03/01/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 05:03:30 PM | 05:04:03 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |
| DCSPE | R | 4152649596 | 07/16/08 | 05:03:31 PM | 05:04:05 PM | 12:00:00 AM | 12:00:00 AM | N | | -9253485566 | | | 4152649596 | N | | | | | Verizon Wireless (SF | SA WILLIAM NG | 02/05/40 | 4152649596 | 156.80.51.8 |

↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Text file to PDF file conversion of
[CD]\4152649596\Log\130735.062.log on CD referenced in FBI
Agent William T. Ng's FD-340 form; (Record date: July 16, 2008
through August 1, 2008); (ITEM No. 11 of September 9, 2009
discovery set);

```
                          130735.062.log
Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        1
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

      CALL TERMINATION ATTEMPT
      MSC Call Number:          459882
      Date:                     07/16/2008
      Time:                     11:02:58.595
      Called number:            4152649596
      Calling number:           9253485566
      Called Trunk Id:
      Calling Trunk Id:         180-660
      Called Esn:
      IAPSystemIdentity:        40-3-1
      IMSI:
      IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        1
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

      CALL RELEASE      MSC Call Number: 459882
      Date:                     07/16/2008
      Time:                     11:02:58.595
      Location Area Code:       Not available
      IAPSystemIdentity:        40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        2
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

      CALL TERMINATION ATTEMPT
      MSC Call Number:          197779
      Date:                     07/16/2008
      Time:                     11:08:44.913
      Called number:            4152649596
      Calling number:           9253485566
      Called Trunk Id:
      Calling Trunk Id:         180-606
      Called Esn:
      IAPSystemIdentity:        40-3-1
      IMSI:
      IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        2
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

      CALL RELEASE      MSC Call Number: 197779
      Date:                     07/16/2008
      Time:                     11:08:44.913
      Location Area Code:       Not available
```

```
                                    130735.062.log
        IAPSystemIdentity:          40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        3
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        459885
        Date:                   07/16/2008
        Time:                   11:20:19.125
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       227-649
        Called Esn:
        IAPSystemIdentity:      40-3-1
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        3
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  459885
        Date:                   07/16/2008
        Time:                   11:20:19.125
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  394421
        Date:                   07/16/2008
        Time:                   11:59:15.59
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        4
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        394421
        Date:                   07/16/2008
        Time:                   11:59:15.59
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       180-461
```

```
                              130735.062.log
      Called Esn:
      IAPSystemIdentity:          40-3-1
      IMSI:
      IMEI:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       4
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

      CALL SERVING SYSTEM
      Date:                       07/16/2008
      Time:                       12:03:24.16
      SystemIdentity:
      IAPSystemIdentity:          40-2-5
      Reason:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       5
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

      CALL TERMINATION ATTEMPT
      MSC Call Number:            525457
      Date:                       07/16/2008
      Time:                       12:23:01.288
      Called number:             4152649596
      Calling number:            9253485566
      Called Trunk Id:
      Calling Trunk Id:           180-873
      Called Esn:
      IAPSystemIdentity:          40-3-1
      IMSI:
      IMEI:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       6
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

      CALL TERMINATION ATTEMPT
      MSC Call Number:            526164
      Date:                       07/16/2008
      Time:                       12:23:02.134
      Called number:             4152649596
      Calling number:            9253485566
      Called Trunk Id:
      Calling Trunk Id:           48-1511
      Called Esn:                 050AF186
      IAPSystemIdentity:          40-2-5
      IMSI:
      IMEI:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       5
```

```
                            130735.062.log
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

    CALL REDIRECTION
    MSC Call Number:        525457
    Redirected To:          4087819608
    Date:                   07/16/2008
    Time:                   12:23:02.48
    IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        6
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

    NETWORK SIGNAL
    Date:                   07/16/2008
    Time:                   12:23:06.225
    Call ID:                526164
    IAPSystemIdentity:      40-2-5
    Alerting Signal:        Alerting Pattern 0
    Audible Signal:
    General Display:
    Called Number:
    Calling Number:
    Original Called Number:
    Last Redirecting Number:
    Redirecting Name:
    Redirecting Reason:
    Message Waiting Notif:
    Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        5
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

    CALL RELEASE    MSC Call Number:  525457
    Date:                   07/16/2008
    Time:                   12:24:20.308
    Location Area Code:     Not available
    IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        6
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

    CALL RELEASE    MSC Call Number:  526164
    Date:                   07/16/2008
    Time:                   12:24:20.854
    Location Area Code:     5-3
    IAPSystemIdentity:      40-2-5


Target Name:            VERIZON
Target Number:          4152649596
```

```
                              130735.062.log
DCS Call Number:        7
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:          263275
        Date:                     07/16/2008
        Time:                     12:49:05.194
        Called number:            4152649596
        Calling number:           9253485566
        Called Trunk Id:
        Calling Trunk Id:         227-1515
        Called Esn:
        IAPSystemIdentity:        40-3-1
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        8
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:          198656
        Date:                     07/16/2008
        Time:                     12:49:05.706
        Called number:            4152649596
        Calling number:           9253485566
        Called Trunk Id:
        Calling Trunk Id:         48-1582
        Called Esn:               050AF186
        IAPSystemIdentity:        40-2-5
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        7
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:          263275
        Redirected To:            4087819888
        Date:                     07/16/2008
        Time:                     12:49:05.633
        IAPSystemIdentity:        40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        8
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                     07/16/2008
        Time:                     12:49:08.246
        Call ID:                  198656
        IAPSystemIdentity:        40-2-5
```

```
                                    130735.062.log
        Alerting Signal:            Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                      Private


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           7
DCS Server Name:           SF-Martinez Multiserver
DCS Connection Name:       Verizon Wireless (SF)

        CALL RELEASE       MSC Call Number:  263275
        Date:                       07/16/2008
        Time:                       12:50:20.433
        Location Area Code:         Not available
        IAPSystemIdentity:          40-3-1


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           8
DCS Server Name:           SF-Martinez Multiserver
DCS Connection Name:       Verizon Wireless (SF)

        CALL RELEASE       MSC Call Number:  198656
        Date:                       07/16/2008
        Time:                       12:50:20.874
        Location Area Code:         5-3
        IAPSystemIdentity:          40-2-5


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           9
DCS Server Name:           SF-Martinez Multiserver
DCS Connection Name:       Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:            263282
        Date:                       07/16/2008
        Time:                       13:36:05.63
        Called number:             4152649596
        Calling number:            9253485566
        Called Trunk Id:
        Calling Trunk Id:          227-790
        Called Esn:
        IAPSystemIdentity:          40-3-1
        IMSI:
        IMEI:


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           10
DCS Server Name:           SF-Martinez Multiserver
```

```
                                    130735.062.log
DCS Connection Name:  Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        264039
        Date:                   07/16/2008
        Time:                   13:36:05.910
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       48-1610
        Called Esn:             050AF186
        IAPSystemIdentity:      40-2-5
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        9
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:        263282
        Redirected To:          4087819907
        Date:                   07/16/2008
        Time:                   13:36:05.824
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        10
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                   07/16/2008
        Time:                   13:36:08.431
        Call ID:                264039
        IAPSystemIdentity:      40-2-5
        Alerting Signal:        Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        9
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  263282
        Date:                   07/16/2008
        Time:                   13:37:36.113
                                    Page 7
```

```
                                        130735.062.log
        Location Area Code:          Not available
        IAPSystemIdentity:          40-3-1


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          10
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

        CALL RELEASE      MSC Call Number:  264039
        Date:                       07/16/2008
        Time:                       13:37:36.780
        Location Area Code:         5-3
        IAPSystemIdentity:          40-2-5


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          11
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:            197795
        Date:                       07/16/2008
        Time:                       13:52:40.68
        Called number:              4152649596
        Calling number:             9253485566
        Called Trunk Id:
        Calling Trunk Id:           227-976
        Called Esn:
        IAPSystemIdentity:          40-3-1
        IMSI:
        IMEI:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          12
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:            329686
        Date:                       07/16/2008
        Time:                       13:52:41.86
        Called number:              4152649596
        Calling number:             9253485566
        Called Trunk Id:
        Calling Trunk Id:           48-1374
        Called Esn:                 050AF186
        IAPSystemIdentity:          40-2-5
        IMSI:
        IMEI:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          11
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)
```

```
                              130735.062.log
        CALL REDIRECTION
        MSC Call Number:        197795
        Redirected To:          4087819964
        Date:                   07/16/2008
        Time:                   13:52:40.729
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        12
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                   07/16/2008
        Time:                   13:52:44.405
        Call ID:                329686
        IAPSystemIdentity:      40-2-5
        Alerting Signal:        Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        11
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  197795
        Date:                   07/16/2008
        Time:                   13:53:55.849
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        12
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  329686
        Date:                   07/16/2008
        Time:                   13:53:56.625
        Location Area Code:     5-3
        IAPSystemIdentity:      40-2-5


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        13
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)
                              Page 9
```

```
                            130735.062.log

        CALL TERMINATION ATTEMPT
        MSC Call Number:        66745
        Date:                   07/16/2008
        Time:                   13:57:44.810
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       227-1196
        Called Esn:
        IAPSystemIdentity:      40-3-1
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        14
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        526176
        Date:                   07/16/2008
        Time:                   13:57:45.295
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       48-1665
        Called Esn:             050AF186
        IAPSystemIdentity:      40-2-5
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        13
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:        66745
        Redirected To:          4087819830
        Date:                   07/16/2008
        Time:                   13:57:45.460
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        14
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                   07/16/2008
        Time:                   13:57:48.365
        Call ID:                526176
        IAPSystemIdentity:      40-2-5
        Alerting Signal:        Alerting Pattern 0
        Audible Signal:
        General Display:
                            Page 10
```

```
                              130735.062.log
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                    Private


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          13
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL RELEASE      MSC Call Number:  66745
          Date:                   07/16/2008
          Time:                   13:58:57.800
          Location Area Code:     Not available
          IAPSystemIdentity:      40-3-1


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          14
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL RELEASE      MSC Call Number:  526176
          Date:                   07/16/2008
          Time:                   13:58:59.395
          Location Area Code:     5-3
          IAPSystemIdentity:      40-2-5


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          15
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
          MSC Call Number:        525461
          Date:                   07/16/2008
          Time:                   14:26:33.461
          Called number:          4152649596
          Calling number:         9253485566
          Called Trunk Id:
          Calling Trunk Id:       227-1100
          Called Esn:
          IAPSystemIdentity:      40-3-1
          IMSI:
          IMEI:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          16
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
```

```
                                130735.062.log
         MSC Call Number:        264047
         Date:                   07/16/2008
         Time:                   14:26:34.270
         Called number:          4152649596
         Calling number:         9253485566
         Called Trunk Id:
         Calling Trunk Id:       48-1340
         Called Esn:             050AF186
         IAPSystemIdentity:      40-2-5
         IMSI:
         IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        15
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

         CALL REDIRECTION
         MSC Call Number:        525461
         Redirected To:          4087819839
         Date:                   07/16/2008
         Time:                   14:26:34.111
         IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        16
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

         NETWORK SIGNAL
         Date:                   07/16/2008
         Time:                   14:26:36.739
         Call ID:                264047
         IAPSystemIdentity:      40-2-5
         Alerting Signal:        Alerting Pattern 0
         Audible Signal:
         General Display:
         Called Number:
         Calling Number:
         Original Called Number:
         Last Redirecting Number:
         Redirecting Name:
         Redirecting Reason:
         Message Waiting Notif:
         Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        15
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

         CALL RELEASE     MSC Call Number:  525461
         Date:                   07/16/2008
         Time:                   14:27:51.611
         Location Area Code:     Not available
         IAPSystemIdentity:      40-3-1


                                Page 12
```

130735.062.log

```
Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      16
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL RELEASE     MSC Call Number:  264047
          Date:                 07/16/2008
          Time:                 14:27:52.180
          Location Area Code:   5-3
          IAPSystemIdentity:    40-2-5


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      17
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
          MSC Call Number:      263291
          Date:                 07/16/2008
          Time:                 14:57:41.670
          Called number:        4152649596
          Calling number:       9253485566
          Called Trunk Id:
          Calling Trunk Id:     227-62
          Called Esn:
          IAPSystemIdentity:    40-3-1
          IMSI:
          IMEI:


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      18
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
          MSC Call Number:      460649
          Date:                 07/16/2008
          Time:                 14:57:42.715
          Called number:        4152649596
          Calling number:       9253485566
          Called Trunk Id:
          Calling Trunk Id:     48-1680
          Called Esn:           050AF186
          IAPSystemIdentity:    40-2-5
          IMSI:
          IMEI:


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      17
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL REDIRECTION
          MSC Call Number:      263291
          Redirected To:        4087819881
```

```
                                    130735.062.log
            Date:                   07/16/2008
            Time:                   14:57:42.350
            IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        18
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                   07/16/2008
        Time:                   14:57:45.697
        Call ID:                460649
        IAPSystemIdentity:      40-2-5
        Alerting Signal:        Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        17
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  263291
        Date:                   07/16/2008
        Time:                   14:58:11.600
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        18
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number:  460649
        Date:                   07/16/2008
        Time:                   14:58:13.285
        Location Area Code:     5-3
        IAPSystemIdentity:      40-2-5


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        19
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        263301
                                    Page 14
```

```
                              130735.062.log
        Date:                 07/16/2008
        Time:                 15:27:37.250
        Called number:        4152649596
        Calling number:       9253485566
        Called Trunk Id:
        Calling Trunk Id:     227-1724
        Called Esn:
        IAPSystemIdentity:    40-3-1
        IMSI:
        IMEI:


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      20
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:      133066
        Date:                 07/16/2008
        Time:                 15:27:38.82
        Called number:        4152649596
        Calling number:       9253485566
        Called Trunk Id:
        Calling Trunk Id:     48-1172
        Called Esn:           050AF186
        IAPSystemIdentity:    40-2-5
        IMSI:
        IMEI:


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      19
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:      263301
        Redirected To:        4087819685
        Date:                 07/16/2008
        Time:                 15:27:38.19
        IAPSystemIdentity:    40-3-1


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      20
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                 07/16/2008
        Time:                 15:27:39.972
        Call ID:              133066
        IAPSystemIdentity:    40-2-5
        Alerting Signal:      Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
```

```
                              130735.062.log
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        19
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number:  263301
        Date:                   07/16/2008
        Time:                   15:28:14.609
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        20
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number:  133066
        Date:                   07/16/2008
        Time:                   15:28:16.152
        Location Area Code:     5-3
        IAPSystemIdentity:      40-2-5


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        21
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        459919
        Date:                   07/16/2008
        Time:                   15:32:31.80
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       227-758
        Called Esn:
        IAPSystemIdentity:      40-3-1
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        22
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        329700
        Date:                   07/16/2008
        Time:                   15:32:31.870
                              Page 16
```

```
                                   130735.062.log
        Called number:             4152649596
        Calling number:            9253485566
        Called Trunk Id:
        Calling Trunk Id:          48-1494
        Called Esn:                050AF186
        IAPSystemIdentity:         40-2-5
        IMSI:
        IMEI:


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           21
DCS Server Name:           SF-Martinez Multiserver
DCS Connection Name:       Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:           459919
        Redirected To:             4087819793
        Date:                      07/16/2008
        Time:                      15:32:31.760
        IAPSystemIdentity:         40-3-1


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           22
DCS Server Name:           SF-Martinez Multiserver
DCS Connection Name:       Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                      07/16/2008
        Time:                      15:32:34.430
        Call ID:                   329700
        IAPSystemIdentity:         40-2-5
        Alerting Signal:           Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                     Private


Target Name:               VERIZON
Target Number:             4152649596
DCS Call Number:           21
DCS Server Name:           SF-Martinez Multiserver
DCS Connection Name:       Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number: 459919
        Date:                      07/16/2008
        Time:                      15:33:18.509
        Location Area Code:        Not available
        IAPSystemIdentity:         40-3-1


Target Name:               VERIZON
Target Number:             4152649596
                                   Page 17
```

```
                         130735.062.log
DCS Call Number:         22
DCS Server Name:         SF-Martinez Multiserver
DCS Connection Name:     Verizon Wireless (SF)

     CALL RELEASE     MSC Call Number:  329700
          Date:                    07/16/2008
          Time:                    15:33:19.920
          Location Area Code:      5-3
          IAPSystemIdentity:       40-2-5


Target Name:             VERIZON
Target Number:           4152649596
DCS Call Number:         22
DCS Server Name:         SF-Martinez Multiserver
DCS Connection Name:     Verizon Wireless (SF)

     CALL SERVING SYSTEM
          Date:                    07/16/2008
          Time:                    15:50:24.827
          SystemIdentity:
          IAPSystemIdentity:       40-2-5
          Reason:


Target Name:             VERIZON
Target Number:           4152649596
DCS Call Number:         23
DCS Server Name:         SF-Martinez Multiserver
DCS Connection Name:     Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
          MSC Call Number:         66768
          Date:                    07/16/2008
          Time:                    15:58:19.939
          Called number:          4152649596
          Calling number:         9253485566
          Called Trunk Id:
          Calling Trunk Id:        227-596
          Called Esn:
          IAPSystemIdentity:       40-3-1
          IMSI:
          IMEI:


Target Name:             VERIZON
Target Number:           4152649596
DCS Call Number:         24
DCS Server Name:         SF-Martinez Multiserver
DCS Connection Name:     Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
          MSC Call Number:         460654
          Date:                    07/16/2008
          Time:                    15:58:20.716
          Called number:          4152649596
          Calling number:         9253485566
          Called Trunk Id:
          Calling Trunk Id:        48-1220
          Called Esn:              050AF186
          IAPSystemIdentity:       40-2-5
          IMSI:
          IMEI:
                         Page 18
```

130735.062.log

```
Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        23
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:        66768
        Redirected To:          4087819654
        Date:                   07/16/2008
        Time:                   15:58:20.699
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        24
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                   07/16/2008
        Time:                   15:58:24.177
        Call ID:                460654
        IAPSystemIdentity:      40-2-5
        Alerting Signal:        Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        23
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number: 66768
        Date:                   07/16/2008
        Time:                   15:59:23.300
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        24
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE    MSC Call Number: 460654
        Date:                   07/16/2008
        Time:                   15:59:24.636
        Location Area Code:     5-3
```

Page 19

```
                                    130735.062.log
        IAPSystemIdentity:          40-2-5


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        25
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        328935
        Date:                   07/16/2008
        Time:                   16:20:26.657
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       227-1166
        Called Esn:
        IAPSystemIdentity:      40-3-1
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        26
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:        198683
        Date:                   07/16/2008
        Time:                   16:20:27.819
        Called number:          4152649596
        Calling number:         9253485566
        Called Trunk Id:
        Calling Trunk Id:       48-1548
        Called Esn:             050AF186
        IAPSystemIdentity:      40-2-5
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        25
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL REDIRECTION
        MSC Call Number:        328935
        Redirected To:          4087819624
        Date:                   07/16/2008
        Time:                   16:20:27.537
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        26
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)
```

```
                            130735.062.log
        NETWORK SIGNAL
          Date:                   07/16/2008
          Time:                   16:20:29.567
          Call ID:                198683
          IAPSystemIdentity:      40-2-5
          Alerting Signal:        Alerting Pattern 0
          Audible Signal:
          General Display:
          Called Number:
          Calling Number:
          Original Called Number:
          Last Redirecting Number:
          Redirecting Name:
          Redirecting Reason:
          Message Waiting Notif:
          Other:                  Private


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      25
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL RELEASE     MSC Call Number:  328935
       Date:                  07/16/2008
       Time:                  16:21:19.717
       Location Area Code:    Not available
       IAPSystemIdentity:     40-3-1


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      26
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL RELEASE     MSC Call Number:  198683
       Date:                  07/16/2008
       Time:                  16:21:21.427
       Location Area Code:    5-3
       IAPSystemIdentity:     40-2-5


Target Name:          VERIZON
Target Number:        4152649596
DCS Call Number:      27
DCS Server Name:      SF-Martinez Multiserver
DCS Connection Name:  Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
       MSC Call Number:       394465
       Date:                  07/16/2008
       Time:                  16:22:35.278
       Called number:         4152649596
       Calling number:        9253485566
       Called Trunk Id:
       Calling Trunk Id:      227-39
       Called Esn:
       IAPSystemIdentity:     40-3-1
       IMSI:
       IMEI:
```

130735.062.log

```
Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        28
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
     MSC Call Number:        133069
     Date:                   07/16/2008
     Time:                   16:22:36.192
     Called number:          4152649596
     Calling number:         9253485566
     Called Trunk Id:
     Calling Trunk Id:       48-1518
     Called Esn:             050AF186
     IAPSystemIdentity:      40-2-5
     IMSI:
     IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        27
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

     CALL REDIRECTION
     MSC Call Number:        394465
     Redirected To:          4087819789
     Date:                   07/16/2008
     Time:                   16:22:36.48
     IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        28
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

     NETWORK SIGNAL
     Date:                   07/16/2008
     Time:                   16:22:40.692
     Call ID:                133069
     IAPSystemIdentity:      40-2-5
     Alerting Signal:        Alerting Pattern 0
     Audible Signal:
     General Display:
     Called Number:
     Calling Number:
     Original Called Number:
     Last Redirecting Number:
     Redirecting Name:
     Redirecting Reason:
     Message Waiting Notif:
     Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        27
DCS Server Name:        SF-Martinez Multiserver
```

```
                              130735.062.log
DCS Connection Name:  Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number:  394465
        Date:                    07/16/2008
        Time:                    16:22:55.658
        Location Area Code:      Not available
        IAPSystemIdentity:       40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        28
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number:  133069
        Date:                    07/16/2008
        Time:                    16:22:57.202
        Location Area Code:      5-3
        IAPSystemIdentity:       40-2-5


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        28
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                    07/16/2008
        Time:                    16:25:24.557
        SystemIdentity:
        IAPSystemIdentity:       40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        29
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
        MSC Call Number:         525468
        Date:                    07/16/2008
        Time:                    16:41:04.980
        Called number:           4152649596
        Calling number:          9253485566
        Called Trunk Id:
        Calling Trunk Id:        227-1809
        Called Esn:
        IAPSystemIdentity:       40-3-1
        IMSI:
        IMEI:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        30
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL TERMINATION ATTEMPT
```

```
                                    130735.062.log
          MSC Call Number:          395172
          Date:                     07/16/2008
          Time:                     16:41:05.587
          Called number:            4152649596
          Calling number:           9253485566
          Called Trunk Id:
          Calling Trunk Id:         48-1333
          Called Esn:               050AF186
          IAPSystemIdentity:        40-2-5
          IMSI:
          IMEI:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          29
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          CALL REDIRECTION
          MSC Call Number:          525468
          Redirected To:            4087819632
          Date:                     07/16/2008
          Time:                     16:41:05.741
          IAPSystemIdentity:        40-3-1


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          30
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          NETWORK SIGNAL
          Date:                     07/16/2008
          Time:                     16:41:08.767
          Call ID:                  395172
          IAPSystemIdentity:        40-2-5
          Alerting Signal:          Alerting Pattern 0
          Audible Signal:
          General Display:
          Called Number:
          Calling Number:
          Original Called Number:
          Last Redirecting Number:
          Redirecting Name:
          Redirecting Reason:
          Message Waiting Notif:
          Other:                    Private


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          29
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          CALL RELEASE    MSC Call Number:  525468
          Date:                     07/16/2008
          Time:                     16:41:41.781
          Location Area Code:       Not available
          IAPSystemIdentity:        40-3-1


                                    Page 24
```

130735.062.log

```
Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       30
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

     CALL RELEASE     MSC Call Number:  395172
          Date:                   07/16/2008
          Time:                   16:41:43.97
          Location Area Code:     5-3
          IAPSystemIdentity:      40-2-5


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       31
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
          MSC Call Number:        263326
          Date:                   07/16/2008
          Time:                   17:03:30.54
          Called number:          4152649596
          Calling number:         9253485566
          Called Trunk Id:
          Calling Trunk Id:       227-1062
          Called Esn:
          IAPSystemIdentity:      40-3-1
          IMSI:
          IMEI:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       32
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

     CALL TERMINATION ATTEMPT
          MSC Call Number:        329710
          Date:                   07/16/2008
          Time:                   17:03:31.186
          Called number:          4152649596
          Calling number:         9253485566
          Called Trunk Id:
          Calling Trunk Id:       48-1734
          Called Esn:             050AF186
          IAPSystemIdentity:      40-2-5
          IMSI:
          IMEI:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       31
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

     CALL REDIRECTION
          MSC Call Number:        263326
          Redirected To:          4087819766
```

```
                                    130735.062.log
            Date:                   07/16/2008
            Time:                   17:03:30.704
            IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        NETWORK SIGNAL
        Date:                   07/16/2008
        Time:                   17:03:35.737
        Call ID:                329710
        IAPSystemIdentity:      40-2-5
        Alerting Signal:        Alerting Pattern 0
        Audible Signal:
        General Display:
        Called Number:
        Calling Number:
        Original Called Number:
        Last Redirecting Number:
        Redirecting Name:
        Redirecting Reason:
        Message Waiting Notif:
        Other:                  Private


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        31
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number:  263326
        Date:                   07/16/2008
        Time:                   17:04:03.364
        Location Area Code:     Not available
        IAPSystemIdentity:      40-3-1


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL RELEASE     MSC Call Number:  329710
        Date:                   07/16/2008
        Time:                   17:04:05.157
        Location Area Code:     5-3
        IAPSystemIdentity:      40-2-5


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
                                    Page 26
```

```
                                    130735.062.log
          Time:                     17:50:25.310
          SystemIdentity:
          IAPSystemIdentity:        40-2-5
          Reason:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          32
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          CALL SERVING SYSTEM
          Date:                     07/16/2008
          Time:                     17:52:26.980
          SystemIdentity:
          IAPSystemIdentity:        40-2-5
          Reason:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          32
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          CALL SERVING SYSTEM
          Date:                     07/16/2008
          Time:                     17:55:53.120
          SystemIdentity:
          IAPSystemIdentity:        40-2-5
          Reason:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          32
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          CALL SERVING SYSTEM
          Date:                     07/16/2008
          Time:                     17:58:06.110
          SystemIdentity:
          IAPSystemIdentity:        40-2-5
          Reason:


Target Name:              VERIZON
Target Number:            4152649596
DCS Call Number:          32
DCS Server Name:          SF-Martinez Multiserver
DCS Connection Name:      Verizon Wireless (SF)

          CALL SERVING SYSTEM
          Date:                     07/16/2008
          Time:                     18:00:33.980
          SystemIdentity:
          IAPSystemIdentity:        40-2-5
          Reason:


Target Name:              VERIZON
```

```
                              130735.062.log
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:07:00.750
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:08:05.909
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:10:08.530
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:11:39.550
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
```

```
                             130735.062.log
        Time:                18:12:46.300
        SystemIdentity:
        IAPSystemIdentity:   40-2-5
        Reason:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       32
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)


        CALL SERVING SYSTEM
        Date:                07/16/2008
        Time:                18:16:52.670
        SystemIdentity:
        IAPSystemIdentity:   40-2-5
        Reason:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       32
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)


        CALL SERVING SYSTEM
        Date:                07/16/2008
        Time:                18:18:55.740
        SystemIdentity:
        IAPSystemIdentity:   40-2-5
        Reason:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       32
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)


        CALL SERVING SYSTEM
        Date:                07/16/2008
        Time:                18:20:16.520
        SystemIdentity:
        IAPSystemIdentity:   40-2-5
        Reason:


Target Name:           VERIZON
Target Number:         4152649596
DCS Call Number:       32
DCS Server Name:       SF-Martinez Multiserver
DCS Connection Name:   Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                07/16/2008
        Time:                18:24:09.40
        SystemIdentity:
        IAPSystemIdentity:   40-2-5
        Reason:


Target Name:           VERIZON
```

```
                              130735.062.log
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:28:49.110
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:31:17.249
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:36:41.890
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        32
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/16/2008
        Time:                   18:47:01.96
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/18/2008
```

```
                                  130735.062.log
        Time:                     10:46:38.794
        SystemIdentity:
        IAPSystemIdentity:        40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                     07/19/2008
        Time:                     20:21:54.67
        SystemIdentity:
        IAPSystemIdentity:        40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                     07/21/2008
        Time:                     16:59:45.544
        SystemIdentity:
        IAPSystemIdentity:        40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                     07/24/2008
        Time:                     18:17:25.40
        SystemIdentity:
        IAPSystemIdentity:        40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                     07/25/2008
        Time:                     18:35:41.425
        SystemIdentity:
        IAPSystemIdentity:        40-2-5
        Reason:


Target Name:            VERIZON
```

```
                             130735.062.log
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/27/2008
        Time:                   21:21:14.16
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/28/2008
        Time:                   00:53:14.833
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/29/2008
        Time:                   01:28:37.539
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   07/31/2008
        Time:                   18:33:07.306
        SystemIdentity:
        IAPSystemIdentity:      40-2-5
        Reason:


Target Name:            VERIZON
Target Number:          4152649596
DCS Call Number:        0
DCS Server Name:        SF-Martinez Multiserver
DCS Connection Name:    Verizon Wireless (SF)

        CALL SERVING SYSTEM
        Date:                   08/01/2008
```

```
                              130735.062.log
Time:                         01:21:37.779
SystemIdentity:
IAPSystemIdentity:            40-2-5
Reason:
```

↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓
↓ **EXHIBIT 10** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Text file to PDF file conversion of [CD]\4152649596\Sum\130735.062.sum on CD referenced in FBI Agent William T. Ng's FD-340 form; (Record date: July 16, 2008); (ITEM No. 11 of September 9, 2009 discovery set);

```
                              130735.062.sum
DCS CALL NUMBER: 1
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 11:02:58
    Subscriber DN: 4152649596            Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 11:02:58         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To:
    Other:
    IMSI:
    IMEI:


DCS CALL NUMBER: 2
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 11:08:44
    Subscriber DN: 4152649596            Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 11:08:44         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To:
    Other:
    IMSI:
    IMEI:


DCS CALL NUMBER: 3
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 11:20:19
    Subscriber DN: 4152649596            Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 11:20:19         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To:
    Other:
    IMSI:
    IMEI:


DCS CALL NUMBER: 5
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 12:23:01
    Subscriber DN: 4152649596            Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 12:24:20         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
```

```
                              130735.062.sum
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-3-1
        Forwarded To: 4087819608
        Other:
        IMSI:
        IMEI:


DCS CALL NUMBER: 6
        Target Name: VERIZON
        Date:07/16/08                    Start Time: 12:23:02
        Subscriber DN: 4152649596              Associate DN: (9253485566)
        Direction: Incoming              Call Answer Time:
        Call Stop Time: 12:24:20         Call Duration: 00:00:00
        Begin Call Location:
        Begin Call Area Code:
        End Call Location: 5-3
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-2-5
        Forwarded To:
        Other: Private
        IMSI:
        IMEI:


DCS CALL NUMBER: 7
        Target Name: VERIZON
        Date:07/16/08                    Start Time: 12:49:05
        Subscriber DN: 4152649596              Associate DN: (9253485566)
        Direction: Incoming              Call Answer Time:
        Call Stop Time: 12:50:20         Call Duration: 00:00:00
        Begin Call Location:
        Begin Call Area Code:
        End Call Location: Not available
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-3-1
        Forwarded To: 4087819888
        Other:
        IMSI:
        IMEI:


DCS CALL NUMBER: 8
        Target Name: VERIZON
        Date:07/16/08                    Start Time: 12:49:05
        Subscriber DN: 4152649596              Associate DN: (9253485566)
        Direction: Incoming              Call Answer Time:
        Call Stop Time: 12:50:20         Call Duration: 00:00:00
        Begin Call Location:
        Begin Call Area Code:
        End Call Location: 5-3
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-2-5
        Forwarded To:
        Other: Private
        IMSI:
        IMEI:
```

```
                              130735.062.sum
DCS CALL NUMBER: 9
     Target Name: VERIZON
     Date:07/16/08                Start Time: 13:36:05
     Subscriber DN: 4152649596           Associate DN: (9253485566)
     Direction: Incoming          Call Answer Time:
     Call Stop Time: 13:37:36     Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: Not available
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-3-1
     Forwarded To: 4087819907
     Other:
     IMSI:
     IMEI:


DCS CALL NUMBER: 10
     Target Name: VERIZON
     Date:07/16/08                Start Time: 13:36:05
     Subscriber DN: 4152649596           Associate DN: (9253485566)
     Direction: Incoming          Call Answer Time:
     Call Stop Time: 13:37:36     Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: 5-3
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-2-5
     Forwarded To:
     Other: Private
     IMSI:
     IMEI:


DCS CALL NUMBER: 11
     Target Name: VERIZON
     Date:07/16/08                Start Time: 13:52:40
     Subscriber DN: 4152649596           Associate DN: (9253485566)
     Direction: Incoming          Call Answer Time:
     Call Stop Time: 13:53:55     Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: Not available
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-3-1
     Forwarded To: 4087819964
     Other:
     IMSI:
     IMEI:


DCS CALL NUMBER: 12
     Target Name: VERIZON
     Date:07/16/08                Start Time: 13:52:41
     Subscriber DN: 4152649596           Associate DN: (9253485566)
     Direction: Incoming          Call Answer Time:
     Call Stop Time: 13:53:56     Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: 5-3
```

```
                          130735.062.sum
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-2-5
        Forwarded To:
        Other: Private
        IMSI:
        IMEI:


DCS CALL NUMBER: 13
        Target Name: VERIZON
        Date:07/16/08                 Start Time: 13:57:44
        Subscriber DN: 4152649596          Associate DN: (9253485566)
        Direction: Incoming           Call Answer Time:
        Call Stop Time: 13:58:57      Call Duration: 00:00:00
        Begin Call Location:
        Begin Call Area Code:
        End Call Location: Not available
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-3-1
        Forwarded To: 4087819830
        Other:
        IMSI:
        IMEI:


DCS CALL NUMBER: 14
        Target Name: VERIZON
        Date:07/16/08                 Start Time: 13:57:45
        Subscriber DN: 4152649596          Associate DN: (9253485566)
        Direction: Incoming           Call Answer Time:
        Call Stop Time: 13:58:59      Call Duration: 00:00:00
        Begin Call Location:
        Begin Call Area Code:
        End Call Location: 5-3
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-2-5
        Forwarded To:
        Other: Private
        IMSI:
        IMEI:


DCS CALL NUMBER: 15
        Target Name: VERIZON
        Date:07/16/08                 Start Time: 14:26:33
        Subscriber DN: 4152649596          Associate DN: (9253485566)
        Direction: Incoming           Call Answer Time:
        Call Stop Time: 14:27:51      Call Duration: 00:00:00
        Begin Call Location:
        Begin Call Area Code:
        End Call Location: Not available
        End Call Area Code:
        DTMF Digits:
        IAP System Identity: 40-3-1
        Forwarded To: 4087819839
        Other:
        IMSI:
        IMEI:
```

```
                              130735.062.sum
DCS CALL NUMBER: 16
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 14:26:34
    Subscriber DN: 4152649596               Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 14:27:52         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: 5-3
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-2-5
    Forwarded To:
    Other: Private
    IMSI:
    IMEI:


DCS CALL NUMBER: 17
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 14:57:41
    Subscriber DN: 4152649596               Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 14:58:11         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To: 4087819881
    Other:
    IMSI:
    IMEI:


DCS CALL NUMBER: 18
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 14:57:42
    Subscriber DN: 4152649596               Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 14:58:13         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: 5-3
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-2-5
    Forwarded To:
    Other: Private
    IMSI:
    IMEI:


DCS CALL NUMBER: 19
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 15:27:37
    Subscriber DN: 4152649596               Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 15:28:14         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
```

```
                          130735.062.sum
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-3-1
     Forwarded To: 4087819685
     Other:
     IMSI:
     IMEI:


DCS CALL NUMBER: 20
     Target Name: VERIZON
     Date:07/16/08                    Start Time: 15:27:38
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming              Call Answer Time:
     Call Stop Time: 15:28:16         Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: 5-3
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-2-5
     Forwarded To:
     Other: Private
     IMSI:
     IMEI:


DCS CALL NUMBER: 21
     Target Name: VERIZON
     Date:07/16/08                    Start Time: 15:32:31
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming              Call Answer Time:
     Call Stop Time: 15:33:18         Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: Not available
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-3-1
     Forwarded To: 4087819793
     Other:
     IMSI:
     IMEI:


DCS CALL NUMBER: 22
     Target Name: VERIZON
     Date:07/16/08                    Start Time: 15:32:31
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming              Call Answer Time:
     Call Stop Time: 15:33:19         Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: 5-3
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-2-5
     Forwarded To:
     Other: Private
     IMSI:
     IMEI:
```

```
                               130735.062.sum
DCS CALL NUMBER: 23
     Target Name: VERIZON
     Date:07/16/08                   Start Time: 15:58:19
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming             Call Answer Time:
     Call Stop Time: 15:59:23        Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: Not available
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-3-1
     Forwarded To: 4087819654
     Other:
     IMSI:
     IMEI:


DCS CALL NUMBER: 24
     Target Name: VERIZON
     Date:07/16/08                   Start Time: 15:58:20
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming             Call Answer Time:
     Call Stop Time: 15:59:24        Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: 5-3
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-2-5
     Forwarded To:
     Other: Private
     IMSI:
     IMEI:


DCS CALL NUMBER: 25
     Target Name: VERIZON
     Date:07/16/08                   Start Time: 16:20:26
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming             Call Answer Time:
     Call Stop Time: 16:21:19        Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: Not available
     End Call Area Code:
     DTMF Digits:
     IAP System Identity: 40-3-1
     Forwarded To: 4087819624
     Other:
     IMSI:
     IMEI:


DCS CALL NUMBER: 26
     Target Name: VERIZON
     Date:07/16/08                   Start Time: 16:20:27
     Subscriber DN: 4152649596            Associate DN: (9253485566)
     Direction: Incoming             Call Answer Time:
     Call Stop Time: 16:21:21        Call Duration: 00:00:00
     Begin Call Location:
     Begin Call Area Code:
     End Call Location: 5-3
```

```
                            130735.062.sum
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-2-5
    Forwarded To:
    Other: Private
    IMSI:
    IMEI:


DCS CALL NUMBER: 27
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 16:22:35
    Subscriber DN: 4152649596           Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 16:22:55         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To: 4087819789
    Other:
    IMSI:
    IMEI:


DCS CALL NUMBER: 28
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 16:22:36
    Subscriber DN: 4152649596           Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 16:22:57         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: 5-3
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-2-5
    Forwarded To:
    Other: Private
    IMSI:
    IMEI:


DCS CALL NUMBER: 29
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 16:41:04
    Subscriber DN: 4152649596           Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 16:41:41         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To: 4087819632
    Other:
    IMSI:
    IMEI:
```

130735.062.sum

```
DCS CALL NUMBER: 30
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 16:41:05
    Subscriber DN: 4152649596             Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 16:41:43         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: 5-3
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-2-5
    Forwarded To:
    Other: Private
    IMSI:
    IMEI:


DCS CALL NUMBER: 31
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 17:03:30
    Subscriber DN: 4152649596             Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 17:04:03         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: Not available
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-3-1
    Forwarded To: 4087819766
    Other:
    IMSI:
    IMEI:


DCS CALL NUMBER: 32
    Target Name: VERIZON
    Date:07/16/08                    Start Time: 17:03:31
    Subscriber DN: 4152649596             Associate DN: (9253485566)
    Direction: Incoming              Call Answer Time:
    Call Stop Time: 17:04:05         Call Duration: 00:00:00
    Begin Call Location:
    Begin Call Area Code:
    End Call Location: 5-3
    End Call Area Code:
    DTMF Digits:
    IAP System Identity: 40-2-5
    Forwarded To:
    Other: Private
    IMSI:
    IMEI:
```

↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓
↓ **EXHIBIT 11** ↓

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

Government web research on aircard (UTStarcom PC 5740 Broadband Connection Card For Verizon Wireless); (Dates: June 26, 2008; July 2, 2008); (4/6/09 BATES Nos. 9989-9991 and 9993-9994 of April 6, 2009 discovery set);



advanced search  |  register  |  sign in  |  purc



Your Cart Is Empty

UTStarcom

### Category

Mobile Phones
Mobile Phone Accessories
Bluetooth Technology
Cellular Amplifiers
Fixed Cellular Terminals
Mobile Broadband Routers
Mobile Phone Docking
Wilson Cellular Amplifiers
GPS Navigation
Sirius Satellite Radio
XM Satellite Radio
Laptop Bags
Paging Devices







Advanced Search



—Select—



Enter Email Here!







Network
Solutions

CALL US 888.270.2337

**Email this to a friend**

**Utstarcom PC5740 Broadband Connection Card For Verizon Wireless - N**

Slip the UTStarcom 5740 from Verizon into your laptop, and you've got instant, wireles
communication tools.

| | List Price | Your Price | Qty |
|---|---|---|---|
| | $299.99 | $89.99 | 1 |

### Detailed Description

Slip the **UTStarcom 5740** from Verizon into your laptop, and you've got inst
to your communication tools. Whether you're waiting in an airport lounge, re
or at a customer meeting doesn't really matter. You're just as connected as i
BroadbandAccess the 5740 operates with typical download speeds of 400-7(
up to 2.0 Mbps. Wire-free and cable-free the PC5740 transforms your la
powerhouse.

**The PC5740 features:**
- BroadbandAccess - high-speed wireless data access of up to 2.0 Mbps
- Dual color LEDs indicate service availability and data transfer

- VZAccess Manager software for easy connection management
- 32-bit CardBus interface(3.3V) for lower power consumption
- Includes Jewel case

      

© 2008 anything4wireless.com. All rights reserved.

>Browse All Products

Close Window



# BroadbandAccess/NationalAccess

Now you can get the broadband speed you require to work efficiently outside the office. Using one of our wireless devices or BroadbandAccess Connect capable wireless devices with your laptop, you can connect to the Internet, corporate intranet, check your email and download attachments with average download speeds of 600 Kbps - 1.4 Mbps[1].

BroadbandAccess will give you the freedom to stay productive and connected whether you're on the road or in a meeting across town. You will also receive NationalAccess service when outside the BroadbandAccess Rate and Coverage Area [2,3]. NationalAccess is available in thousands of cities and towns and allows download speeds of 60-80 Kbps and burst up to 144 Kbps.[4]

**Rev. 0 capable devices**

- Download: typical download speeds of 400-700 Kbps with a maximum download speeds burst to 2 Mbps[1].
- Upload: typical upload speeds of 60-80 Kbps with peak speeds bursts to 144 Kbps.

**Rev. A capable devices**

- Download: typical download speeds of 600 Kbps - 1.4 Mbps.
- Upload: typical upload speeds of 500-800 Kbps.

Subject to Customer Agreement, Calling Plan, credit approval & [other service] terms.

[1]BroadbandAccess is available in 254 major metropolitan areas covering over 245 million people, and is expanding coast to coast. BroadbandAccess is also available in 233 primary airports in the U.S. BroadbandAccess speed claims based on our network tests with 5 MB FTP data files without compression. Actual speed and coverage may vary. If usage exceeds 5 GB/line/month, we reserve the right to reduce throughput speeds to a maximum of approximately 200 Kbps.

[2]BroadbandAccess Connect service is available for BlackBerry/PDA's in our National Enhanced Services Rate and Coverage Area and Extended National Enhanced Services Rate and Coverage Area. Microsoft Windows required.

[3]BroadbandAccess Connect service on capable handsets is only available in our National Enhanced Services Rate and Coverage Area and not in the Extended National Enhanced Services Rate and Coverage Area. Microsoft Windows and Mobile Office Kit required and sold separately. BroadbandAccess Connect devices are not currently EV-DO Rev. A capable, so you can expect download speeds of 400-700 Kbps and upload speeds of 60-80 Kbps. Actual speed and coverage may vary. If usage exceeds 5 GB/line/month, we reserve the right to reduce throughput speeds to a maximum of approximately 200 Kbps.

[4]Speed claim based on our network test with 101 KB FTP data files, without compression. Actual throughout speed and coverage may vary. Speed claim not applicable when roaming.

© 2008 Verizon Wireless



**Location:** <u>San Jose, CA</u> | Co

# Verizon Wireless PC5750 PC Card

■ View Front
■ View 360°
■ View Size







|                        | 2-yr contract |
|------------------------|---------------|
| 2-yr Contract Price    | $99.99        |
| Online Discount        | -50.00        |
| **Your Price**         | **$49.99**    |

0 ▼

<u>Upgrade Your Phone</u>

<u>Back to all phones</u>

 **BroadbandAccess**
Stay productive and
connected whether you're on
the road or in a meeting
across town

 **NationalAccess**
With NationalAccess, you're
never out of the loop, even
when you're out of the office

4/6/09 9993

- **VZAccess Manager™ software for easy connection management**
- **Easy to install and use**
- **High performance, hinged antenna for increased speed and coverage**
- **Intuitive user interface**
- **32–bit CardBus interface(3.3V) for lower power consumption**
- **External Antenna Connector (External antenna sold separately)**

- – CD–Rom drive
- 32 MB memory
- 14 MB free hard disk space

**Specifications**
- **Dimensions: Size: 4.6" (H) x 2.1" (W) x 0.2" (D)**
- **Weight: 1.8 oz**

**Features**

- BroadbandAccess and NationalAccess compatible
- 32–bit CardBus interface (3.3V) for lower power consumption
- Messaging – Text (SMS)
- **VZ Access Manager** software for easy connection management
- Meets FCC SAR limit. Manufacturer's highest FCC reported SAR 0.33 W/kg CDMA body. Actual SAR may vary.
  *For more information on Radio Frequency Emissions, see About Us — Wireless Issues.*

Phones & Devices Support

**Accessories**

- **VZAccess Manager CD**
- Quick Reference Guide

**Capabilities**

- BroadbandAccess and NationalAccess Capable
- **VZAccess Manager**

⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇

*See* Telecommunications Industry Association, ANSI/TIA-2000.1-D-1[E], *Introduction to cdma2000 Spread Spectrum Systems – Addendum* 1 (relevant sections), (Arlington, VA: Jan. 2006), §§ 1.1.2, Fig. 2 (p. 1.4-1.6) (listing the physical layer cdma2000 network architecture with data and voice services having different network paths) and 2.2.2, Tab. 2 (showing the 27 physical channels used by cdma2000 wireless devices and cell sites);

TIA-2000.1-D-1

1   Figure 2 shows the logical and physical channel relationships from the mobile station
2   perspective.

3



1

TIA-2000.1-D-1



**Figure 2 cdma2000 Architecture (Mobile Station)**

TIA-2000.1-D-1

1

2

**Table 2.  Physical Channel Names**

| Channel Name [1] | Physical Channel |
|---|---|
| F/R-FCH | Forward/Reverse Fundamental Channel |
| F/R-DCCH | Forward/Reverse Dedicated Control Channel |
| F/R-SCCH | Forward/Reverse Supplemental Code Channel |
| F/R-SCH | Forward/Reverse Supplemental Channel |
| F-PCH | Paging Channel |
| F-QPCH | Quick Paging Channel |
| R-ACH | Access Channel |
| F/R-CCCH | Forward/Reverse Common Control Channel |
| F/R-PICH | Forward/Reverse Pilot Channel |
| F-APICH | Dedicated Auxiliary Pilot Channel |
| F-TDPICH | Transmit Diversity Pilot Channel |
| F-ATDPICH | Auxiliary Transmit Diversity Pilot Channel |
| F-SYNCH | Sync Channel |
| F-CPCCH | Common Power Control Channel |
| F-CACH | Common Assignment Channel |
| R-EACH | Enhanced Access Channel |
| F-BCCH | Broadcast Control Channel |
| F-PDCH | Forward Packet Date Channel |
| F-PDCCH | Forward Packet Data Control Channel |
| R-ACKCH | Reverse Acknowledgement Channel |
| R-CQICH | Reverse Channel Quality Indicator Channel |
| F-ACKCH | Forward Acknowledgement Channel |
| F-GCH | Forward Grant Channel |
| F-RCCH | Forward Rate Control Channel |
| R-PDCH | Reverse Packet Data Channel |
| F-PDCCH | Reverse Packet Data Control Channel |
| R-REQCH | Reverse Request Channel |

2-2

↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓
↓ **EXHIBIT 13** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI FD-302 Report by FBI Agent Richard J. Murray RE: Verizon Wireless indicates that the aircard does not have telephone service; (Investigation date: June 26, 2008); (2/12/09 BATES No. 468 of February 17, 2009 discovery set);

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription ____07/01/2008____

      Paulette Bartholomew, Verizon Wireless Legal Department, Law Enforcement Resource Team, Telephone number █████████████ Option 2, provided the following information pursuant:

      Bartholomew advised that the time zone of a communication device such as an air card corresponds to the location of the communication device and can vary.

      The reference to Hotline Collections is an internal flag which indicates that the customer has stopped paying his/her bill.

      Bartholomew advised that the aircard assigned to the Travis Rupard account, account identification number 270691733, does not have telephone service.  All communication devices have a mobile number associated with the device for tracking purposes.

---

Investigation on ___06/26/2008___ at  Phoenix, Arizona        (telephonically)

File # 288A-PX-82001-GJ                          Date dictated _____

by  SA Richard J. Murray *MM*

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Scn 13
2/12/09 468

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

**⬇ EXHIBIT 14 ⬇**

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to Nathan A. Watt RE: the government is working on getting court orders to ping and triangulate the aircard; (Email sent date: July 1, 2008 10:18am); (ITEM No. 3 of September 24, 2010 discovery set [p. 57]);

**Daun Tracy L**

**From:**     Watt Nathan A
**Sent:**      Tuesday, July 01, 2008 10:50 AM
**To:**         Daun Tracy L
**Subject:** RE: Availability

*Redacted materials are internal & logistical communications.*



N

---

**From:** Daun Tracy L
**Sent:** Tuesday, July 01, 2008 10:18 AM
**To:** Watt Nathan A
**Subject:** RE: Availability

*nontechnical Terms similar to the language in the "wilson Report"*

We are working right now on getting the appropriate court orders to ping and triangulate on a cellular broadband card we are 99% sure is him. We have correlated returns being filed from specific Proxy IPs, that this guy was also connected to at the same time.



Tracy L. Daun
Special Agent, CIS
IRS-CI

Phoenix AZ  85012

---

**From:** Watt Nathan A
**Sent:** Friday, June 20, 2008 2:45 PM
**To:** Daun Tracy L
**Subject:** RE: Availability

⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇
⬇ **EXHIBIT 15** ⬇

Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Constance M. Davis (CI-FDC) and CC'd to Andy (Andrea) Chavez (CI-FDC), and IRS-CI Agent Michael P. Fleischmann RE: the government is in the process of setting up a "device to be used to locate the aircard" (prosecution 9/20/2010 label of redacted material) on the Verizon Wireless aircard account; (Email sent date: July 7, 2008 2:39pm); (ITEM No. 3 of September 24, 2010 discovery set) [p. 66-67];

## Fleischmann Michael P

| | |
|---|---|
| **From:** | Davis Constance M (CI-FDC) |
| **Sent:** | Monday, July 07, 2008 7:58 PM |
| **To:** | Medrano Denise L |
| **Cc:** | Chavez Andy (Andrea) (CI-FDC); Fleischmann Michael P |
| **Subject:** | RE: Update & Request |
| **Attachments:** | Blank Bkgrd.gif |

Denise, per my response earlier to you today, no new returns filed.

I'm using your spreadsheet to maybe identify something new.

*Constance M Davis*
*Investigative Analyst*
███████████████

---

**From:** Medrano Denise L
**Sent:** Monday, July 07, 2008 2:39 PM
**To:** Davis Constance M (CI-FDC)
**Cc:** Chavez Andy (Andrea) (CI-FDC); Fleischmann Michael P
**Subject:** Update & Request

Connie,

1. can you please verify if the hacker has filed any tax returns since June 23, 2008? This information I need as soon as possible. This will help in us in obtaining a court order for the hacker's IP Address.

2. Attached is a spreadsheet of the account holder information for all of the accounts that I have received subpoenaed information. It is not complete, as I am still receiving information. However, I thought you may be able to play around with some of the information. Hopefully it will lead to indentifying other returns and/or accounts.

Where we are at....

We strongly believe that we have identified the "Hacker." The AFDC identified 4 returns with IP addresses leased to an individual using the name "Travis Rupard." The IP addresses are owned by Verizon Wireless. We have followed up on the subscriber information and it appears that "Travis Rupard" used a fake DL to open a PO Box located in San Jose, California. It also appears that the real Travis Rupard lives in Texas.

We are in the process of trying to set up a ███████████████ on the Rupard Verizon account. Hopefully this will lead us right to our Hacker.

*device to be used to locate the aircard.*

03/02/2010



*Internal communications/ Logistics*

Denise L Medrano
Special Agent
Phoenix Field Office

03/02/2010

↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Jeffrey H. Willert RE: the government prepared court orders to do a Trap & Trace/Pen Register and Warrant so that the FBI can use its "device to locate the aircard" (prosecution 9/20/2010 label of redacted material) to triangulate down on the aircard; (Email sent date: July 7, 2008 9:35am); (ITEM No. 3 of September 24, 2010 discovery set [p. 68-69]);

## Daun Tracy L

**From:** Willert Jeffrey H
**Sent:** Monday, July 07, 2008 11:37 AM
**To:** Daun Tracy L
**Subject:** RE: AMAT & Case Update



Jeff

**Jeffrey H. Willert**
**SSA - CIS, Southern Pacific Area**
**Laguna Niguel, CA**
**IRS - CI - Electronic Crimes Program**

*non-technical term*
*similar to the*
*language in the*
*"Wilson Report"*

**From:** Daun Tracy L
**Sent:** Monday, July 07, 2008 9:35 AM
**To:** Willert Jeffrey H
**Subject:** AMAT & Case Update

Jeff,

*device to locate*
*the air card*

The case agents ▮▮▮▮▮ FBI, and AUSA worked all weekend to get the court orders prepared to do a Trap & Trace/Pen Register and Warrant. Both of these will allow FBI to use their ▮▮▮▮▮ to triangulate down on the hacker's broadband access card with Verizon in San Jose.

Please let me know if you have any questions!

Thanks!

Tracy L. Daun
Special Agent, CIS

01/19/2010

IRS-CI



Phoenix AZ  85012

↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓
↓ **EXHIBIT 17** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Jeff N. Nedrow (N.D.Cal.) RE: there is a problem considering the illegally obtained aircard destination IP addresses are being relied upon by the government to seek authority to use "equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material) and nothing should be filed until the matter is resolved; (Email sent date: July 7, 2008 5:52pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 7]);

**Battista, Fred (USAAZ)**

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) |
| **Sent:** | Monday, July 07, 2008 5:52 PM |
| **To:** | Nedrow, Jeff (USACAN) |
| **Subject:** | RE: Latest From Arizona |

*[handwritten: relates to matter addressed by 2703 retroactive order.]*

OEO just advised us that there is an issue with the information we are relying on to seek the
~~██████~~     Please do not file anything until we can get this cleared up.  The challenges in
this case never seem to end.

7/7/08   *[handwritten: → equipment used to locate the aircard.]*

-----Original Message-----
From: Nedrow, Jeff (USACAN)
Sent: Monday, July 07, 2008 2:44 PM
To: Battista, Fred (USAAZ)
Subject: RE: From Arizona - Just Checking . . .

~~████████████████████████████████████████████████~~

Thanks Jeff N.

Sent by Good Messaging (www.good.com)

-----Original Message-----
From: Battista, Fred ~~████~~
Sent: Monday, July 07, 2008 05:16 PM Eastern Standard Time
To:   Nedrow, Jeff ~~████~~
Subject:   From Arizona - Just Checking . . .

~~████████████████████████████████████████████████~~

*[handwritten: → internal privileged communications. no factual material.]*

1