*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇

Paper print-out of email sent from AUSA Frederick A. Battista to FBI Agent Richard J. Murray, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, and IRS-CI Agent Tracy L. Daun RE: instructions to place all aircard destination IP addresses (illegally obtained via subpoenas) into a sealed envelope; (Email sent date: July 8, 2008 2:40pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 127]);

## Fleischmann Michael P

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) [Fred.Battist~~████████~~ |
| **Sent:** | Tuesday, July 08, 2008 2:40 PM |
| **To:** | Murray, Richard J. (FBI); Medrano Denise L; Fleischmann Michael P; Daun Tracy L |
| **Subject:** | Verizon Destination IP Addresses Recieved via GJ Subpoena |

Please placed in a sealed envelope all copies of destination IP addresses and related materials received from Verizon Wireless via subpoenas served on the company on June 6 and 16, 2008. In addition, please discontinue any use of the information in furtherance of the subject investigation. If you have shared the information with anyone else on the investigation team, please forward these instructions to them immediately.

7/8/08

**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from Albert A. Childress to Brad Taylor – CI and CC'd to Dawn N. Mertz, IRS-CI Agent Denise L. Medrano, and IRS-CI Agent Michael P. Fleischmann RE: (1) "Redacted materials are discussions of future search warrant or warrants, planned investigative efforts, and a matter pending approval" (prosecution 9/20/2010 label of redacted material); and (2) The FBI will be able to triangulate the aircard location through "generic term for device used to Locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 11, 2008 10:30am); (ITEM No. 3 of September 24, 2010 discovery set [p. 132-33]);

**Fleischmann Michael P**

| | |
|---|---|
| **From:** | Childress Albert A |
| **Sent:** | Friday, July 11, 2008 10:30 AM |
| **To:** | Taylor Brad - CI |
| **Cc:** | Mertz Dawn N; Medrano Denise L; Fleischmann Michael P |
| **Subject:** | FW: ▓▓▓▓▓▓▓▓▓ |
| **Attachments:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

*Redacted materials are discussions of a future search warrant or warrants, and planned investigative efforts, and a matter pending approval*

Brad,                                    CI-2

As you probably know, our investigation on ▓▓▓▓▓▓▓▓▓▓ and the yet unidentified "Hacker" is moving rather quickly. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ With this order, the FBI will be able to triangulate the "Hacker" location through the use of a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*generic term similar to the use in the Wilson report.*

*generic term for device*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At this point, we do not know where the warrant is going to be executed and we don't have the final details of the triangulation of the Hacker. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*used to Locate the subject aircard.*

---

| | |
|---|---|
| **From:** | Fleischmann Michael P |
| **Sent:** | Friday, July 11, 2008 9:22 AM |
| **To:** | Childress Albert A |
| **Cc:** | Medrano Denise L |
| **Subject:** | ▓▓▓▓▓▓▓▓▓▓▓ |

*Redacted items Relate to draft Document - Final*

*has been Released.*

03/02/2010



↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓
↓ **EXHIBIT 20** ↓

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) and AUSA Jeff Nedrow (N.D.Cal.) RE: (1) the initial cell site data spawned a search around San Jose International Airport and Santa Clara University; and (2) "All redacted materials relate to internal communications regarding investigation plans and court documents re the aircard mission & search warrant." (prosecution 9/20/2010 label of redacted material); (Email sent date: July 14, 2008 10:41am); (ITEM No. 2 of September 24, 2010 discovery set [p. 9-10]);

**Battista, Fred (USAAZ)**

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) |
| **Sent:** | Monday, July 14, 2008 10:41 AM |
| **To:** | Yen, Shawna (USACAN); Nedrow, Jeff (USACAN) |
| **Subject:** | RE: PHX Update |

*Based on cell tower map w/ circles.*

The initial Cell Site data is in, we are now looking at the area around San Jose International Airport and Santa Clara University. We will keep you posted.

*investigation plans and count documents re the second mission & search warrant*

**From:** Yen, Shawna (USACAN)
**Sent:** Friday, July 11, 2008 4:40 PM
**To:** Battista, Fred (USAAZ)
**Subject:** RE: Signed Documents

*All redacted materials relate to internal communications regarding*



Thanks and good luck!   Shawna

**From:** Battista, Fred (USAAZ)
**Sent:** Friday, July 11, 2008 4:18 PM
**To:** Yen, Shawna (USACAN); Nedrow, Jeff (USACAN)
**Cc:** Murray, Richard J. (FBI); Denise Medrano (            ); Fleischmann Michael P; Daun Tracy L
**Subject:** RE: Signed Documents

*Same as above*

1



7/11/08

**From:** Yen, Shawna (USACAN)
**Sent:** Friday, July 11, 2008 12:31 PM
**To:** Battista, Fred (USAAZ)
**Subject:** last versions

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇
⬇ **EXHIBIT 21** ⬇

Cell Tower Range Charts/Maps with shaded area showing triangulation calculation result; (Creation date: morning of July 14, 2008; Created by: FBI Agent Kevin F. Killigrew); (ITEM No. 2 of May 12, 2009 discovery set);



Copyright © and (P) 1988–2006 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Portions © 1990–2006 InstallShield Software Corporation. All rights reserved. Certain mapping and direction data © 2005 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities,
including: © Her Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2005 Tele Atlas North America, Inc. All rights reserved. Tele Atlas and Tele Atlas North America are
trademarks of Tele Atlas, Inc.

SANJOSE.UNSUB



Copyright © and (P) 1988–2006 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Portions © 1990–2006 InstallShield Software Corporation. All rights reserved. Certain mapping and direction data © 2005 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities,
including: © Her Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2005 Tele Atlas North America, Inc. All rights reserved. Tele Atlas and Tele Atlas North America are
trademarks of Tele Atlas, Inc.

ATTACHED EXHIBITS
FIRST SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC

↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓
↓ **EXHIBIT 22** ↓

Cell Tower Range Charts/Maps with shaded area showing triangulation calculation result (ITEM No. 2 of May 12, 2009 discovery set) with additional labels added by the defendant: (1) cell sites labeled, (2) triangulated location area shade lines colored in red, and (3) apartment No. 1122 marked with a star;



ATM Pull

SANJOSE.UNSUB

Train Stop

Cell Site No. 139

Apt # 1122

Cell Site No. 268

Cell Site No. 279

Copyright © and (P) 1988–2006 Microsoft Corporation and/or its suppliers. All rights reserved. http://www.microsoft.com/streets/
Portions © 1990–2006 InstallShield Software Corporation. All rights reserved. Certain mapping and direction data © 2005 NAVTEQ. All rights reserved. The Data for areas of Canada includes information taken with permission from Canadian authorities, including: © Her Majesty the Queen in Right of Canada, © Queen's Printer for Ontario. NAVTEQ and NAVTEQ ON BOARD are trademarks of NAVTEQ. © 2005 Tele Atlas North America, Inc. All rights reserved. Tele Atlas and Tele Atlas North America are trademarks of Tele Atlas, Inc.

↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓
↓ **EXHIBIT 23** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Mathematical equation information for calculating the square footage of overlapping signal coverage areas of multiple cell sites and cell site sectors;

ewo
8-9-10

SEGMENTS MADE BY
2 DIFFERENT SIZED
CIRCLES



THE INTERSECTION POINTS
CREATE THE CHORDS

TO FIND THE AREA OF THE SEGMENT OF A CIRCLE

SOLUTION BY
E. W. OSBORNE
8-5-10



SECTOR

$\theta$

.TO FIND THE AREA OF THE SEGMENT
(RED PART)

SOLUTION
PART 1
AREA OF SECTOR (PIE SLICE)

$$A = \frac{\theta}{360°}\left(\pi R^2\right) \text{ (where } \pi R^2 = \text{area of the circle)}$$

need to know Radius & the angle
as it is a part of the whole circle

IE: if $\theta = \frac{1}{4} \frac{360}{1}$ or $90°$

then $\frac{90°}{360°} = .25$ of the area of the whole circle .

let's suppose R (the radius) is
10 cm - then the
area of the sector (pie shape) is:

$A = .25(\pi)(R^2)$  (IE = $\frac{1}{4}$ of the whole circles area.)

$= .25(\pi)(10^2)$

$= .25(\pi)(100)$

$= 25(\pi)$

$= 25(3.14)$

$= \boxed{78.5 \text{ cm}^2}$

3

4

In order to find the area of the segment of a circle (the area bounded by the chord + the arc) you have to find the area of the triangle (the area between the area of the segment and the rest of the circle) and subtract the area of the triangle from the sector (pie shape) which we already found in part 1.



SEGMENT = 1

SECTOR (1+2) = 3

TRIANGLE = 2

SO THEN: $A_{SEGMENT} = A_{SECTOR} - A_{TRIANGLE}$

$A_{SEGMENT} = \frac{\theta}{360} (\pi R^2)$
$_{SECTOR}$

AND THE
$A_{TRIANGLE} = \frac{1}{2} bh$



OR, ALSO



OR ALSO



5.

USING CENTRAL ANGLE OF 60° the △ becomes



$A_T = \frac{1}{2} bh$

$h = SINE\ \Theta\ (HY)$

$h = SINE\ 60°(10cm) = .866\ cm$



$b = COS\ \Theta\ (HY)$

$b = COS\ 60°(10cm)$

$= \sqrt{.5000}(10)cm = 5\ cm$

SO; $A_T = \frac{1}{2}(5cm)(.866\ cm) \times (2\ TRIANGLES)$

$= \frac{1}{2}(5cm)(.866)cm \times \frac{2}{1} = (5cm).866\ cm\left(\frac{2}{2}\right)$

$= 43.3\ cm^2$

$43.3\ cm^2$

then lastly $A_{SEGM} = A_{SECT} - A_{TRI}$

$= 78.5\ cm^2 - 43.3\ cm^2 = \boxed{35.2\ cm^2}$

THE AREA
OF THE
SEGMENT

Table VII

TABLE OF NATURAL TRIGONOMETRIC FUNCTIONS

For explanation of the use of this table see following page.

| Angle | Sin | Cos | Tan | Cot | Sec | Csc | |
|---|---|---|---|---|---|---|---|
| 0° | .0000 | 1.0000 | .0000 | ∞ | 1.0000 | ∞ | 90° |
| 1 | .0175 | .9998 | .0175 | 57.2900 | 1.0002 | 57.2987 | 89 |
| 2 | .0349 | .9994 | .0349 | 28.6363 | 1.0006 | 28.6537 | 88 |
| 3 | .0523 | .9986 | .0524 | 19.0811 | 1.0014 | 19.1073 | 87 |
| 4 | .0698 | .9976 | .0699 | 14.3007 | 1.0024 | 14.3356 | 86 |
| 5° | .0872 | .9962 | .0875 | 11.4301 | 1.0038 | 11.4737 | 85° |
| 6 | .1045 | .9945 | .1051 | 9.5144 | 1.0055 | 9.5668 | 84 |
| 7 | .1219 | .9925 | .1228 | 8.1443 | 1.0075 | 8.2055 | 83 |
| 8 | .1392 | .9903 | .1405 | 7.1154 | 1.0098 | 7.1853 | 82 |
| 9 | .1564 | .9877 | .1584 | 6.3138 | 1.0125 | 6.3925 | 81 |
| 10° | .1736 | .9848 | .1763 | 5.6713 | 1.0154 | 5.7588 | 80° |
| 11 | .1908 | .9816 | .1944 | 5.1446 | 1.0187 | 5.2408 | 79 |
| 12 | .2079 | .9781 | .2126 | 4.7046 | 1.0223 | 4.8097 | 78 |
| 13 | .2250 | .9744 | .2309 | 4.3315 | 1.0263 | 4.4454 | 77 |
| 14 | .2419 | .9703 | .2493 | 4.0108 | 1.0306 | 4.1336 | 76 |
| 15° | .2588 | .9659 | .2679 | 3.7321 | 1.0353 | 3.8637 | 75° |
| 16 | .2756 | .9613 | .2867 | 3.4874 | 1.0403 | 3.6280 | 74 |
| 17 | .2924 | .9563 | .3057 | 3.2709 | 1.0457 | 3.4203 | 73 |
| 18 | .3090 | .9511 | .3249 | 3.0777 | 1.0515 | 3.2361 | 72 |
| 19 | .3256 | .9455 | .3443 | 2.9042 | 1.0576 | 3.0716 | 71 |
| 20° | .3420 | .9397 | .3640 | 2.7475 | 1.0642 | 2.9238 | 70° |
| 21 | .3584 | .9336 | .3839 | 2.6051 | 1.0711 | 2.7904 | 69 |
| 22 | .3746 | .9272 | .4040 | 2.4751 | 1.0785 | 2.6695 | 68 |
| 23 | .3907 | .9205 | .4245 | 2.3559 | 1.0864 | 2.5593 | 67 |
| 24 | .4067 | .9135 | .4452 | 2.2460 | 1.0946 | 2.4586 | 66 |
| 25° | .4226 | .9063 | .4663 | 2.1445 | 1.1034 | 2.3662 | 65° |
| 26 | .4384 | .8988 | .4877 | 2.0503 | 1.1126 | 2.2812 | 64 |
| 27 | .4540 | .8910 | .5095 | 1.9626 | 1.1223 | 2.2027 | 63 |
| 28 | .4695 | .8829 | .5317 | 1.8807 | 1.1326 | 2.1301 | 62 |
| 29 | .4848 | .8746 | .5543 | 1.8040 | 1.1434 | 2.0627 | 61 |
| 30° | .5000 | .8660 | .5774 | 1.7321 | 1.1547 | 2.0000 | 60° |
| 31 | .5150 | .8572 | .6009 | 1.6643 | 1.1666 | 1.9416 | 59 |
| 32 | .5299 | .8480 | .6249 | 1.6003 | 1.1792 | 1.8871 | 58 |
| 33 | .5446 | .8387 | .6494 | 1.5399 | 1.1924 | 1.8361 | 57 |
| 34 | .5592 | .8290 | .6745 | 1.4826 | 1.2062 | 1.7883 | 56 |
| 35° | .5736 | .8192 | .7002 | 1.4281 | 1.2208 | 1.7434 | 55° |
| 36 | .5878 | .8090 | .7265 | 1.3764 | 1.2361 | 1.7013 | 54 |
| 37 | .6018 | .7986 | .7536 | 1.3270 | 1.2521 | 1.6616 | 53 |
| 38 | .6157 | .7880 | .7813 | 1.2799 | 1.2690 | 1.6243 | 52 |
| 39 | .6293 | .7771 | .8098 | 1.2349 | 1.2868 | 1.5890 | 51 |
| 40° | .6428 | .7660 | .8391 | 1.1918 | 1.3054 | 1.5557 | 50° |
| 41 | .6561 | .7547 | .8693 | 1.1504 | 1.3250 | 1.5243 | 49 |
| 42 | .6691 | .7431 | .9004 | 1.1106 | 1.3456 | 1.4945 | 48 |
| 43 | .6820 | .7314 | .9325 | 1.0724 | 1.3673 | 1.4663 | 47 |
| 44 | .6947 | .7193 | .9657 | 1.0355 | 1.3902 | 1.4396 | 46 |
| 45° | .7071 | .7071 | 1.0000 | 1.0000 | 1.4142 | 1.4142 | 45° |
| | Cos | Sin | Cot | Tan | Csc | Sec | Angle |

HOW TO USE A TABLE OF TRIGONOMETRIC FUNCTIONS

From the foregoing it becomes apparent that you can easily compute the functions of any angle greater than 45° if you know the functions of all angles between 0° and 45°. Therefore in a table of trigonometric functions, such as appears on the preceding page, it is only necessary to have a direct table of functions for angles from 0° to 45°, since the function of any angle above 45° is equal to the co-function of its complement.

*To find the functions of angles from 0° to 45° read the table from the top down, using the values of angles at the left and the headings at the top of the table. To find the functions of angles from 45° to 90° read from the bottom up, using the values of angles at the right and the function designations at the bottom of the table.*

*If you know the value of the function of an angle and wish to find the angle, look in the body of the table in the proper column and then read the magnitude of the angle in the corresponding row of one or the other of the angle columns.*

For example, you are told that the sine of a certain angle is .5000 and wish to find the angle. Look in the *Sin* column, locate .5000 and read the angle value (30°) from the left *Angle* column. If this value had been given to you as a cosine, you would have noted that it does not appear in the column headed *Cos* at the top but does appear in the column that has *Cos* at the bottom. Hence you would then use the *Angle* column at the right and find .5000 to be the cosine of 60°.

You should become thoroughly familiar with the use of the table. To this end you can supplement the following exercise by making up your own examples.

## Practice Exercise No. 75

From the table of trigonometric functions find the values required in examples 1–15:

| | | | |
|---|---|---|---|
| 1 | sin 8° | 6 | cos 25° | 11 | cos 62° |
| 2 | sin 42° | 7 | csc 14° | 12 | tan 56° |
| 3 | tan 40° | 8 | sin 78° | 13 | sin 58° |
| 4 | cot 63° | 9 | cot 69° | 14 | cos 45° |
| 5 | sec 22° | 10 | sec 81° | 15 | sin 30° |

16   Find the angle whose sine is .2588.

17   Find the angle whose tangent is .7002.

# Measuring Angles

A protractor is used to measure angles in degrees from 0° to 180°.



∠a = 150°, obtuse
∠b = 30°, acute

∠x = 20°, acute
∠y = 160°, obtuse

**Find the measure of each angle. Identify each angle as acute, obtuse, or right.**

**1.**



∠a = 145°, obtuse
∠b = 35°, acute

∠p =
∠q =

**2.**

∠x =
∠y =

∠R =
∠S =

**3.**



∠l =
∠m =



∠U =
∠V =

26

# THE
# WORLD B
# ENCYCLOPE
# C

## Volume 3



IN NINETEEN VOLUMES AND
READING AND STUDY GUIDE

FIELD ENTERPRISES EDUCATIONAL CORPORATION
Merchandise Mart Plaza · Chicago 54 · Illinois



# ᴿLD BOOK ENCYCLOPEDIA

COPYRIGHT © 1962, U.S.A.

ʙy FIELD ENTERPRISES EDUCATIONAL CORPORATION

*All rights reserved. This volume may not be repro-*
*duced in whole or in part in any form without*
*written permission from the publishers.*

Copyright © 1961, 1960, 1959, 1958, 1957 by Field Enterprises Educational Corporation. Copyright©
1957, 1956, 1955, 1954, 1953, 1952, 1951, 1950, 1949, 1948 by Field Enterprises, Inc. Copyright
1948, 1947, 1946, 1945, 1944, 1943, 1942, 1941, 1940, 1939, 1938 by The Quarrie Corporation.
Copyright 1937, 1936, 1935, 1934, 1933, 1931, 1930, 1929 by W. F. Quarrie & Company.
THE WORLD BOOK, Copyright 1928, 1927, 1926, 1925, 1923, 1922, 1921, 1919, 1918, 1917 by
W. F. Quarrie & Company. Copyrights renewed 1962, 1961, 1960, 1958 by Field Enterprises Educational
Corporation. Copyrights renewed 1957, 1956, 1955, 1954, 1953, 1952, 1950 by Field Enterprises, Inc.
*International Copyright © 1962, 1961, 1960, 1959, 1958, 1957 by Field Enterprises Educational Corpo-*
*ration. International Copyright © 1957, 1956, 1955, 1954, 1953, 1952, 1951, 1950, 1949, 1948 by*
*Field Enterprises, Inc. International Copyright 1948, 1947 by The Quarrie Corporation.*

Printed in the United States of America
FBB

LIBRARY OF CONGRESS CATALOG NUMBER 62-7000

# CIRCLE

...white, with dark centers, ... from seed. They make fine ... be grown at a temperature ...

Cinerarias belong to the fam-... s cineraria is genus *Senecio*, DONALD WYMAN

...BILY.

...*ah* (chemical formula, HgS), ... of mercury. It is a heavy com-... fur. Cinnabar is usually found ...es, and sometimes in crystals, ... California, and China. Artifi-...ned by purifying a mixture of ... brighter red than the native ...d in paint is called *vermilion*, ...tent); MINERAL (color picture, ...ION. A. PABST



*Tree must be carefully peeled of ...* rolls when it dries, *right*.

...re used in cooking and in flavor ... leasant taste and odor. Cinnamon ... bark of branches of the cinnamon ...ws in Ceylon, Malabar, and other ...rows as high as 20 to 30 feet, and ...iny pale-yellow flowers. The fruit ...t is shaped like an acorn.

...men for their bark are usually kept ...s is done by cutting the tree down ...he bark of the lower branches in ...namon. In Ceylon, the bark is cut ...and November. As the bark dries ...s light brown. The bark is divided ...by people who taste samples. Then ...-pound bundles for sale.

...ined from the leaves, fruit, and ...n plant. The thick, fragrant oil is ...sed to make candles for the church ...he cassia plant is often used in ...assia bark sometimes replaces ...

...ication. The cinnamon tree ...oceae. It is genus *Cinnamomum*. HAROLD NORMAN

...LAUREL.

... ME foil, is any one of a ...n the rose family. About ... in most cool and cold ...ild. These herblike plants ...

erect, or close to the ground in creeping fashion. The leaves have three, five, or more leaflets. Because of the shape of their leaves, the plants are sometimes called *five-finger* or *false strawberry*. The bright yellow or white blossoms of the cinquefoil grow in loose clusters. Some of the American kinds of cinquefoil are troublesome weeds to gardeners and farmers.

**Scientific Classification.** The cinquefoils are members of the rose family, *Rosaceae*. They make up the genus *Potentilla*. EARL L. CORE

**CIO.** See CONGRESS OF INDUSTRIAL ORGANIZATIONS.

**CION.** See GRAFTING.

**CIPANGO.** See JAPAN (Foreign Relations).

**CIPHER.** See CODES AND CIPHERS.

**CIRCASSIAN,** *sir KASH un*, is the name of a people living on the northeast shores of the Black Sea. They are called *Cherkesses* by the Russians and Turks, but their word for themselves is *Adighe*. The Circassians are less round-headed than other Caucasians, and are the tallest and darkest of the peoples of Caucasia. They are related to the Bulgarians, Romanians, and Ukrainians. The Circassians have always been noted for the fierce-ness of their warriors and the beauty of their women, who are often called "Circassian belles." Circassian women were once sold into Turkish and Persian harems by their fathers. Upper-class Circassians are Moslems. The lower classes practice a mixture of paganism and Christianity. WILTON MARION KROGMAN

See also CAUCASIA.

**CIRCE,** *SIR see*, a beautiful enchantress in Greek mythology, had the power to turn men into beasts. She lived on an island in the Mediterranean Sea. When Ulysses landed on her island, Circe turned most of his men into pigs and drove them into a pigsty. But the god Mercury had given Ulysses a magic herb which protected him from Circe's power (see MERCURY; ULYS-SES). Ulysses forced Circe to give his men their human form again.

After that, Circe became friendly. She loved Ulysses, and persuaded him to stay with her on the island for a year. When he prepared to leave, she warned him about the dangers that awaited him, and told him how to overcome them. For example, Circe told Ulysses how to pass the island where the Sirens lived by stopping his companions' ears with wax. JOSEPH FONTENROSE

See also ODYSSEY; SCYLLA.



**Circe, a Character in Greek Mythology,** is said to have had magic powers which enabled her to change men into animals. From the painting by Burne-Jones

**CIRCLE** is a closed curve on a plane. All points of the curve are the same distance from a point within called the *center*. Many common objects have a circular shape, including rings, hoops, and wheels. Artists often use circles in designs and ornaments. You can easily draw a circle with an instrument called a *compass*. A compass looks like a pair of scissors with a pencil where one point should be. To draw a circle, place one point of the compass at the point chosen as the center, and rotate the pencil around it.

**Parts of a Circle.** Sometimes people use the word *circle* to mean the area inside the curve. They call the

## PARTS OF A CIRCLE



curve itself the *circumference*. The length of the curve is also called the circumference. An *arc* forms part of the circumference. It may be of any size.

A *chord* is a straight line between two points on the circumference of a circle. If a chord goes through the center, it forms a *diameter*. A diameter is the longest chord of a circle, and divides the circle into two equal parts called *semicircles*.

The *radius* is the distance from the center to the cir-cumference. It equals half the length of a diameter. The word *radius* is also used to mean any line that joins the center to the circumference.

A *secant* is a straight line that intersects a circle at two points. A line that just touches the circle, or meets the

433

Case 2:08-cr-00814-DGC   Document 587-2   Filed 07/27/11   Page 24 of 51

## CIRCLE ROUTE

circle at just one point, is called a *tangent*. If you move a secant away from the center of the circle so that it always lies parallel to its previous position, the two points at which it touches the circle will get closer to each other. When the points come together, the secant has reached the position of a tangent. The point where the tangent touches the circle is the *point of tangency*. The radius at the point of tangency makes a right angle with the tangent.

**The Use of Pi.** The Greek letter *pi* (written $\pi$) stands for the number by which the diameter of a circle (*d*) must be multiplied to obtain the circumference (*c*). That is, $c = \pi d$ or $2\pi r$, where *r* is the radius. The area of a circle (*A*) is given by the formula $A = \pi r^2$.

You cannot write $\pi$ exactly as a decimal. But by increasing the number of digits, you can get a number as near to it as you want. Common values used for $\pi$ include $\frac{22}{7}$, 3.14, 3.1416, and 3.14159.

**History.** The ancient Chinese used 3 as the value of $\pi$. About 1650 B.C., the Egyptians improved on the approximation. The Greek mathematician Ptolemy calculated a value for $\pi$ that was the equivalent of 3.1416. After decimals came into use in the 1600's, men labored to find an exact value in decimals for $\pi$. Mathematicians now know that this is impossible. ROTHWELL STEPHENS

See also DEGREE.

**CIRCLE ROUTE.** See GREAT-CIRCLE ROUTE.

**CIRCUIT, ELECTRIC.** See ELECTRIC CURRENT.

**CIRCUIT BREAKER,** *SUR kit*, is an instrument that breaks an electric current automatically. It is used when the power becomes too great in the line, or too low, or when the current is reversed.

A circuit breaker has two rods of carbon in a small chamber. The carbon rods are connected by a strip of metal called a *contact*, which rests against the ends of the carbon. The current comes in one carbon rod, through the contact, and out the other rod. When the current is too strong, it activates an *electromagnet* that pulls the contact away from the carbon and breaks the circuit.

The space between the carbon rods is filled with some substance that keeps the current from *arcing*, or leaping, from one rod to the other. *Oil circuit breakers* are filled with oil which stops the arc. *Air circuit breakers* use a blast of air or carbon dioxide. If lightning strikes a telephone wire, its current would cause tremendous damage if the circuit breaker did not act immediately. The circuit breaker protects cross-country power lines from such sudden increases in electric power. GEORGE L. BUSH

See also ELECTRIC CURRENT; ELECTROMAGNET; SAINT LAWRENCE SEAWAY (picture).

**CIRCUIT COURT OF APPEALS.** See COURT OF APPEALS.

**CIRCUIT RIDER** was an important figure in pioneer times in America. There were two kinds of circuit riders. One was a preacher who rode a regular route, called a *circuit*, delivering sermons. The other was a judge who rode a circuit hearing cases.

*Preachers* began riding circuits in what is now the United States during the 1760's. John Wesley, founder of the Methodist movement in Great Britain, sent several *lay preachers*, or persons who were not ordained as ministers, to preach the gospel in America. Two of the most famous early circuit riders were Francis Asbury,

the first Methodist bishop in the United States, and Peter Cartwright, a pioneer preacher in Illinois.

*Judges* began riding circuits in 1790. Congress passed a law dividing the 13 states into three circuits, and appointing two justices of the Supreme Court to hear cases in each circuit. This system was changed in later years, when more states joined the Union and the Supreme Court had more work to do. Many states also had judges who rode on circuits. In most of these states, lawyers would travel with the judges and would argue any case that was brought to the court. Abraham Lincoln spent several years riding the circuit as a lawyer in Illinois.

**Related Articles** in WORLD BOOK include:

| | |
|---|---|
| Asbury, Francis | Pioneer Life (Religion) |
| Cartwright, Peter | Wesley |
| Lincoln, Abraham (Riding the Circuit) | Western Frontier Life (Religion) |

**CIRCULAR MEASURE.** See WEIGHTS AND MEASURES (Circular and Angular Measure).

**CIRCULATION** is the means by which food is carried to the tissues of plants and animals, and wastes are carried away. All except the simplest plants and animals have some sort of a circulatory system.

In man, the circulatory system consists of the heart, which pumps the blood through the body, and the arteries, veins, and tinier blood vessels called *capillaries* through which the blood travels. The human circulatory system has two main parts. One part, called *pulmonary circulation*, carries the blood from the heart to the lungs and back again. When the blood passes to the lungs it gives off the waste gas, carbon dioxide, and takes in oxygen which it carries to the other parts of the body. The system that carries the blood from the heart to the other parts of the body is called *systemic circulation*.

The *portal circulation* is a part of the systemic circulation. It carries blood from the stomach, pancreas, small intestine, and spleen to the liver. The blood obtains the food it carries from the digestive system. Many wastes obtained from the body tissues are carried to the kidneys or to the lungs to be given off as wastes.

The human body also has another system called the *lymph system*. The fluid called *lymph* circulates between the tissues and cells that make up the body. It carries food to the cells, and carries wastes away from them. The lymph receives its food from the blood, and gives the body wastes into the blood. It also picks up fats from the small intestine.

The human heart has four chambers, two on each side. The blood enters the heart at the upper right-hand chamber, called the *right atrium* (auricle), and flows into the lower right-hand chamber, called the *right ventricle*. From here it flows to the lungs, and returns to the left atrium. It then passes into the left ventricle and out into the rest of the body through a large artery called the *aorta*. JOHN B. MIALE

**Related Articles** in WORLD BOOK include:

| | | |
|---|---|---|
| Artery | Human Body | Lymph |
| Blood (color picture) | (Transvision three-dimensional color picture) | Vein |
| Capillary | | |
| Heart | | |

**CIRCUMFERENCE.** See CIRCLE.

**CIRCUMNAVIGATION.** See EXPLORATION AND DISCOVERY (Ferdinand Magellan); DRAKE, SIR FRANCIS.

**CIRCUMSTANTIAL EVIDENCE.** See EVIDENCE.

**CIRCUS** day is different from any other. When the circus comes to town, gaily colored, waving clowns, lions, tigers, and elephants appear on billboards and buildings and in newspapers. The posters promise that the "greatest show on earth" and tell about it. Newspapers, radio, and television announce that the circus is coming.

The circus comes to town on its own train. Workmen begin to unload the cars, and an occasional noisy trumpeting of a distant elephant mingles with the roaring of lions and the puffing of the tractors that pull the heavy wagons through the streets to the show grounds. Mammoth trucks unload great sheets of canvas and poles to be spread on the ground by men with sledge hammers.

Soon a small town of big and little tents appears. The circus people call these tents *the lot*. Largest of all is called *the Big Top*. Clustered around it are the smaller tents. These include the *menagerie*, the tents for the side shows, the *big top* where the circus performers put on their show, the kitchen and dining hall, and other tents for other purposes. In large cities, great stadiums or auditoriums to handle the crowds serve as the tents may not be unloaded. But there is much work for the circus workmen, even here.

**Under the Big Top.** Before the show begins, seats for spectators must be put into place and prepared for the performance, and many details attended to. As the time for the parade draws near, the performers give last-minute attention to their gaudy costumes that help make the circus a success.

When the audience has assembled, "the show is on" starts the parade. The *ringmaster*, wearing bright velvet or satin riding clothes and an elephant has a pretty girl perched on its back in a large canopied saddle, and several beautiful horses, their coats groomed until they shine, prance by with pride in every move. Clowns hurry to keep in line with the procession, and the clowns go through all their comic antics. Dozens of them may pile out of a small car, or set a small house on fire and "put it out" with a miniature fire truck.

If the circus is a small one, it has only one ring. But larger circuses have two or three rings. The exciting shows go on at the same time, so the dance with as much grace as circus performers at their huge feet. Horses waltz and do other dances. Trained seals play simple tunes on rubber horns, and are rewarded with fish. A lion tamer enters a cage and cracks his whip at the beasts on pedestals or shelves at his command. They may snarl defiance at the animal trainer, but they usually do as they have been taught. Trapeze artists perform their high-flying feats. Acrobats do their stunts, while nimble riders leap about on a galloping horse. Sometimes a family of acrobats ride one on top of the other on the backs of horses as they dash side in the ring.

There is so much to see that one hardly knows what to watch. There is so much to see and so much that happens. Overhead, trapeze artists whirl through the air or risk their lives riding on a high wire.

⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇
⬇ **EXHIBIT 24** ⬇

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

Paper print-out of email sent from FBI Agent Kevin F. Killigrew to FBI Agent Richard J. Murray RE: the government used Project Pinpoint to locate the aircard as depicted on the cell tower range chart/map [(the term Project Pinpoint was redacted by the prosecution on 11/24/2010 and then revealed with the May 2, 2011 discovery set)]; Also includes notation by prosecution explaining how FBI Agent Killigrew indicated he created the cell tower range chart/map; (Email sent date: April 16, 2010 10:47am); (ITEM No. 1 of November 24, 2010 discovery set [p. 2-3]);

**Unknown**

| | |
|---|---|
| **From:** | Killigrew, Kevin F. |
| **Sent:** | Friday, April 16, 2010 10:47 AM |
| **To:** | Murray, Richard J. |
| **Subject:** | Re: Contact request |

Yoyoyo,

*→ See attached Note

I did some research and, Technically we did use ▓▓▓▓▓▓▓▓ for this.  If you want to
avoid it, we can probably argue that we did not...

Kilo

----- Original Message -----
From: Murray, Richard J.
To: Killigrew, Kevin F.
Sent: Fri Apr 16 12:00:00 2010
Subject: Contact request

Hi Kevin-  I have a question for you that I need answered today if possible. Could you please
call me? ▓▓▓▓▓▓▓  Thanks

74

Ree-mail
Dated
4/16/10

With Respect to the diagram
regarding cell tower ranges
released May 12, 2009

✱

a method of analysis
other than the equipment
used to locate the
subject aircard.

On 11/18/10 —
The writer was asked to explain this
e-mail. In response he noted that
he used a very minor element of
the much larger analysis to
create the diagram. The analysis
used took into consideration
the actual towers, historical
records for the subject aircard
and his training and experience
to estimate the range
of the three towers and
the potential location of
the aircard.

**ATTACHED EXHIBITS**
**FIRST SUBMISSION OF CONSOLIDATED EXHIBITS**
**RELATING TO DISCOVERY AND SUPPRESSION ISSUES**
**CR08-814-PHX-DGC**

⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇
⬇ **EXHIBIT 25** ⬇

Paper print-out of email sent from FBI Agent Kevin F. Killigrew to FBI Agent Richard J. Murray RE: (1) the steps taken by FBI Agent Killigrew to create the cell tower range chart/map, and (2) FBI Agent Killigrew did not use "internal FBI programs" (prosecution 1/28/2011 label of redacted material) data for his analysis; (Email sent date: January 7, 2011 4:53pm); (Attachment No. 4 of January 28, 2011 discovery set [p. 30]);

**MURRAY, RICHARD J. (AQ) (FBI)**

| | |
|---|---|
| **From:** | KILLIGREW, KEVIN F. (PX) (FBI) |
| **Sent:** | Friday, January 07, 2011 4:53 PM |
| **To:** | MURRAY, RICHARD J. (AQ) (FBI) |
| **Cc:** | KILLIGREW, KEVIN F. (PX) (FBI) |
| **Subject:** | Discovery for Tower Map |

Ricardo,

In response to the fax you sent me for the discovery request from the subject Daniel Rigmaiden – CR08-814-PHX-DGC, pages 16-19 of 30 dated December 3, 2010 I actually have very little to say. I did not use any FBI databases or software to craft the map. I used Microsoft Streets and Trips (2006 or 2007). My intent on reviewing this information was to try to narrow down the search area for the target of an FBI investigation using historical data provided by the subject's cellular service provider. I took the historical cell site data that the cellular provider provided to you. You gave it to me in paper format, and I reviewed the information. The historical data provided several cell towers with their latitude and longitude. I plotted these on the map by the lat/lon. The tower data provided by the wireless company showed that three towers were hit most often, with one of the three hit significantly more often than the other two. After the towers were plotted, using my past experience and training in dealing with cellular networks, I drew circles around the towers that provided for overlapping areas of cellular coverage. This overlap area was not created by some FBI program or calculation. It was simply an estimate of the area I believed, based on my experience and training, that the towers would cover based on what I could see on the map. I could just as easily made the overlap area larger or smaller. I did not use ▓▓▓▓▓▓▓▓▓▓▓▓▓data for my analysis. The map I drew for you was not a finished product, it was a rough estimate based on a quick review of the information you provided. The entire process took 10-15 minutes.

I will review the discovery request again on Monday.

Kilo

→ internal FBI programs

1

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇
⬇ **EXHIBIT 26** ⬇

USPIS Investigation Details Report entries by USPIS Inspector James L. Wilson (relevant sections) RE: triangulating the aircard location and using a StingRay to pinpoint the location of the aircard; (Entry dates: (1) July 23, 2008; (2) August 7, 2008); (ITEM No. 5 of July 31, 2009 discovery set [p. 393-94]);



United States Postal Inspection Service
Restricted Information

Investigation Details Report
Case Number: 1672940-IT

During the course of the investigation, we were able to identify an IP address (75.209.41.104) that was used to file a fraudulent
return into the undercover BOA bank account.  Through a subpoena, were we able to identify the IP address  to a Verizon wireless
account in the name of Travis Rupard with an address of P.O. Box 730031, San Jose, Ca.  The Verizon wireless card has been
used since 2006
I notified the San Jose Post Office and they provided me a copy of the PO Box application for Travis Rupard.  The box was closed on
8/31/06.  I ran the California Driver's License on the application (#D2740168) and it came back to an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
Furthermore, when I checked the physical address on the application (1780 Oakland Road, #17, San Jose, CA), the Post Office
informed me that the address was not valid.  We were able to ascertain that the real Travis Rupard (who lives in Texas) filed a
Suspicious Activity Reprt (SAR) with EBay informing them that person(s) unknown stole his identity.
Verizon was able to provide us with connection times when the wireless card was used.  Agent Murray with FBI, Agent Fleischmann
with IRS and I reviewed connection reports with Verizon and IRS' Fraud Detection Center Return reports and compared connection
times when returns were filed to the undercover account.   We were able to solidify dates and times on May 22, May 25, May 26, May
27, May 28, June 1, June 3, and June 5 (all 2008).
The suspect would "Spoof", "Proxy" and/or "Botnet" the original IP so numerous other IPs would show up.  However we were able
to track the bogus IPs to the original IP of 75.209.41.104.  Based on this information, we are in the process of securing a Title 3 so
we can monitor the content of the computer that the card is being used in so we can possibly triangulate the signal.

| | |
|---|---|
| Event ID: 5560190 | FY: 2008 |
| Credited Inspector: USPIS\JLWilson | Nick Name: FY2008 |
| Entered By :  USPIS\JLWilson | Entered Date: 07/23/2008 |



**United States Postal Inspection Service**
**Restricted Information**

Print Date: 02/20/09
Print Time: 17:10.26

**Investigation Details Report**
**Case Number: 1672940-IT**

Page 7 of 9

Requestor: USPIS\JLWilson

During the course of this investigation and conferring with TSD agents with the FBI and USPIS, we determined that doing a normal "Trap and Trace" on the aircard would suffice ▮▮▮▮▮▮▮▮. Essentially we would ping the number associated to the card instead of collecting data from the aircard's connection.

On 7/10/08, an order was signed for a Trap and Trace on the suspect's aircard.  On 7/14/08, Verizon provided historical tower data (the data was provided in compliance with a "2703D Order").  Tower data indicated that the suspect's aircard was hitting on four specific towers within the Santa Clara/San Jose area.

Based on this information, on 7/15/08, Agent Murray (FBI), Agent Medrano (IRS), Agent Fleischmann (IRS), Agent Daun (IRS) and I flew to Santa Clara/San Jose to start triangulating the suspect's position.   Upon our arrival, we met with Agent William Ng at the San Jose FBI Office.

While at the San Jose Office, we met with several FBI agents with their Technical Service Division assigned to help use track the suspect's aircard.  According to the TSD Agents, Verizon had a set-up problem with "Provisions" for the PEN data.  Therefore, we were not able to get a signal on 7/15/08.

On 7/16/08, we were informed that they were able to track a signal and were using a "Stingray" to pinpoint the location of the aircard.  After numerous of hours on surveillance, we were able to get a positive signal at an apartment complex in Santa Clara. The name of the complex is the "Domicilio" Apartments located at 431 El Camino Real, Santa Clara, CA 95050.  We were able to narrow down the signal to three possible apartments: #1120, #1122 and #1124.  This apartment complex is across the street from Santa Clara University.

On 7/17/08, Agent Medrano and I went to the carrier annex while the other agents did other tasks.  The carrier was able to provide the names of all the occupants of the perspective units.  At that time, I notified Inspector Quan Howard (T/L, San Jose Office). Inspector Howard met me at a location near campus.  He notified a Santa Clara PD contact who was able to provide us with utilities (The utilities for the complex are provided by the city of Santa Clara) for each apartment.  Each occupant had a California Driver's License number with their name.

When I ran the occupants' names through the CA DMV and the DL number for the occupant of #1122 did not match.  The occupant's name for #1122 is Steven Travis Brawner (the DL number given comes back to a female).  I went to the Domicilio Apartments and met with the apartment manager, Mona Chen.  I served a subpoena on the Domicilio Apartments for the rental agreement/file for unit #1122 (and the other two units too so I would not arise suspicion for that specific unit.  And because we weren't completely sure which unit it was at the time).

When I received the application for unit #1122, the handwriting on the rental agreement of the occupant looked very similar to the handwriting on the fraudulent PO Box applications in the name of Patrick Stout and Edward Berner.  A copy of the occupant's driver's license was in the file too.  The subject in the photo was a white male in his twenties.  It was also determined that the social security number that the suspect  provided on the application (SSN #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) does belong to a Steven Travis Brawner who has been deceased for over 10 years!

Over the next two days we were out there trying to establish if anyone actually lives in that unit.  Due to the intelligence and paranoia of our suspect, we had/have real concerns if the suspect lives there or this location is a drop/stage location.  On 7/22/08, we were able to secure a Search Warrant in the Northern District of California for 431 El Camino Real, #1122, Santa Clara, Ca 95050.  To this date, we have not served it yet because it may be necessary to do another controlled delivery of money from the CI to the suspect next week.

It should be noted that while out in San Jose/Santa Clara, I received subpoenaed information from Bullion Direct.  Back in May 08', our suspect opened an account with Bullion Direct in the name of Patrick Stout (the same name that was used to pick up the 68K package we sent to the suspect on May 7, 2008).  Bullion Direct is an "Egold" exchange company.

I was able to identify this Bullion Direct account because the suspect used a fraudulent debit card to purchase Postal money orders in southern California.  When I retrieved the money order images, they were made payable to Bullion Direct.  Bullion Direct provided me with payment history and shipment history.  Interestingly enough, right after our suspect received his $68,000.00, he left the Santa Clara/San Jose area, went to southern California and purchased numerous Postal money Orders (indicated by the dates on the money order copies provided by Bullion Direct) to purchase gold.  Furthermore, Bullion Direct mailed two gold shipments (via FedEx) in late May/June to a Patrick Stout to the same FedEx/Kinkos (249 S. California Ave., Palo Alto, Ca) that we sent the original $68,000.

On 7/23/08, the suspect was Indicted on a 50 count Indictment in the District of Arizona for Mail fraud, Aggravated ID Theft, Access Devices, Wire Fraud, Tax Fraud and Conspiracy to Defraud the Government.  Due to the suspect's anonymity, I will be unable to enter the suspect into ISIIS until he is arrested.

| | |
|---|---|
| Event ID: 5560190 | FY: 2008 |
| Credited Inspector: USPIS\JLWilson | Nick Name: surveillance and arrest of suspect |
| Entered By : USPIS\JLWilson | Entered Date: 08/07/2008 |

EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27
EXHIBIT 27

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Page No. 1 of rough notes prepared by FBI Agent Richard J. Murray RE: (1) no cell site data for aircard via Pen/Trap device unless you call into the card; (2) no capability to separate data communications from call-identifying information for an aircard (prosecution added 9/20/2010 notation reading "Incorrect"); (2) "contact information for personnel related to the device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (3) "Contact info for a data intercept representative FBI" (prosecution 9/20/2010 label of redacted material); and (4) "Generic term for device used to locate air card" (prosecution 9/20/2010 label of redacted material); (Notes date: June 27, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 290]);

→ Related to unused
investigation technique

device used to locate
air card

800-
451 5242

Court orders.

6/27

Pen trap trace
no cell site data.

contact info for
a data intercept
representative
↑ FBI

(Incorrect) You have to call into the card.

No capability to split data.

MARCO DENTON. #3  7-4 M-F. EASTERN.

Grant.

contact information
for personnel related
to the device used
to locate the air
card.

Phone
number

Evez Lieberman — AUSA.

EREZ.

TONY   DICLEMENTE →
                        SECTION

(FBI Section Chief)

⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇
⬇ **EXHIBIT 28** ⬇

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*ATTACHED EXHIBITS*
*CR08-814-PHX-DGC*

Paper print-out of emails sent between FBI Agent Richard J. Murray, FBI Agent Kevin F. Killigrew, and FBI Agent Lance Leising RE: (1) Verizon Wireless cannot separate tower data from content for an aircard; and (2) FBI Agent Murray plans to call "non-Agent personnel" (prosecution 9/24/2010 label of redacted material) to see if there are any options without using an "investigative technique not used" (prosecution 9/24/2010 label of redacted material); (Email sent dates: (1) June 27, 2008 9:21:47am; (2) June 27, 2008 9:09am); (ITEM No. 4 of September 24, 2010 discovery set [p. 244]);

**Murray, Richard J.**

| | |
|---|---|
| **From:** | Killigrew, Kevin F. |
| **Sent:** | Friday, June 27, 2008 9:09 AM |
| **To:** | Murray, Richard J.; Leising, Lance |
| **Subject:** | Fw: Erf contact |

*"Engineering Research Facility"* [handwritten]

Call ~~████████~~ at ~~████████████~~ or ~~████████~~ at ~~████████~~. Or email them at their ic
address

*Non-Agent personnel* [handwritten]

----- Original Message -----
From: Leising, Lance
To: Killigrew, Kevin F.
Sent: Fri Jun 27 10:42:29 2008
Subject: Fw: Erf contact

See Murray's email below. Do you have an erf contact for him? Thanks. -Lance


SA Lance Leising
FBI
201 E Indianola Ave
Phoenix, AZ 85012
~~████████~~


----- Original Message -----
From: Murray, Richard J.
To: Leising, Lance
Sent: Fri Jun 27 09:21:47 2008
Subject: Erf contact

*Note:*
*Incorrect information -*
*tower data was available*
*separate from content.* [handwritten]

The denver agent told me yesterday that verizon wireless can't separate tower data from
content for a broadband card. I'd like to call the erf expert and see if there are any
options for us without ~~████~~. Could pls email his name and number if you have it. Thanks for
helping me on this.

*investigative technique not used.* [handwritten]

1

↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓
↓ **EXHIBIT 29** ↓

Domicilio apartment complex, 431 El Camino Real, Santa Clara, CA 95050, apartment floor plans with square footage; (Document date: July 22, 2008); (2/12/09 BATES No. 281-282 of February 17, 2009 discovery set);

FD-340 (Rev. 4-11-03)

**File Number** _ZSSA PX 82001_ _1A13_

**Field Office Acquiring Evidence** _Px_

**Serial # of Originating Document** _____

**Date Received** _7/22/08_

**From** _Mona Chen_
(Name of Contributor/Interviewee)

_431 El Camino Real_
(Address)

_Santa Clara CA._
(City and State)

**By** _Richard J. Murray_

To Be Returned ☐ Yes   ☐ No

Receipt Given ☐ Yes   ☐ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes   ☐ No

Federal Taxpayer Information (FTI)

☐ Yes   ☐ No

Title:

**Reference:** _FD 302 dated 7/22/08_
(Communication Enclosing Material)

**Description:** ☐ Original notes re interview of
_domicilio apts floor plan_

# DYNAMIC STYLE & ATTENTION TO DETAIL

become one at this exceptional Santa Clara location.



**GIRARD**
2 BEDROOM/2 BATH
1207-1216 SQ. FT.



**BERTERO**
3 BEDROOM/2 BATH
1279-1467 SQ. FT.



**MOLLINO**
2 BEDROOM/2 BATH
1157-1255 SQ. FT.



**ALBINI**
STUDIO
489 SQ. FT.



**PONTI**
1 BEDROOM/1 BATH
804-839 SQ. FT.



431 El Camino Real
Santa Clara, CA 95050
Phone: 408.345.3333
www.domicilio.net

7/22/08
RM

2/12/09 282

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

**EXHIBIT 30**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Domicilio (website), *Domicilio apartment complex site plan* (March 10, 2011), *available at* http://www.domicilio.net/img/siteplan_lg.gif (last accessed March 10, 2011) (apartment Nos. 1120, 1122, 1124, and 1126 are labeled by the defense for clarity);



*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

↓ **EXHIBIT 31** ↓

Brochure for Domicilio apartment complex (relevant section) indicating that apartments have 9 foot ceilings; (2/20/09 BATES No. 6231 of May 20, 2009 discovery set [p. 204]);



## ATTENTION TO DETAIL

- Gourmet kitchens featuring solid granite countertops and sleek wood cabinets.

- High-end black appliances including frost-free refrigerator with icemaker, range, dishwasher, microwave and disposal. Stainless appliances available in select homes.

- Kitchen pantries, linen closets and sit-down vanities available.

- Full-size washers and dryers.

- Wood grain flooring in kitchens and entries.

- Designer track lighting in dining areas.

- Luxury baths with cultured marble surrounds and countertops.

- Central air conditioning.

- Pre-wired for high-speed data and built-in intrusion alarms.

- Expansive windows for territorial views and natural light, with tall 9-foot ceilings, as well as vaulted ceilings on the top floor.

- Spacious walk-in closets.

- Private decks and patios.



↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓
↓ **EXHIBIT 32** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Google Maps (website screenshot), *431 El Camino Real, Apartment No. 1122, Santa Clara, CA, available at* http://maps.google.com (last accessed August 3, 2010) (distances in feet from apartment No. 1122 to the nearest road vehicle access areas are labeled by the defense);



⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇
⬇ **EXHIBIT 33** ⬇

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

*ATTACHED EXHIBITS*

Discovery request letter from Daniel Rigmaiden to AUSA Frederick A. Battista RE: the date and time at which the data obtained via the N.D.Cal. 08-90330MISC-RS order was destroyed by the government, *i.e.*, shortly after the defendant's arrest; (Letter date: September 8, 2010);

[White square with black border redactions added by defendant for relevance.]



**U.S. Department of Justice**

United States Attorney
District of Arizona

*Two Renaissance Square*                    *Main: (602) 514-7500*
*40 North Central Avenue, Suite 1200*   *Main Fax: (602) 514-7693*
*Phoenix, Arizona 85004-4408*

September 8, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

        Re:     United States v. Daniel David Rigmaiden
                CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

        Enclosed please find additional discovery for your consideration in the above-cited case.  This
discovery relates to the following matters:

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

 

2.      With respect to your request for information regarding the date and time of
the destruction of records obtained pursuant to the Order in CR-08-90330,
there is no record of the actual date and time the subject records were
destroyed but one of the personnel who operated the subject equipment
believes that they were destroyed shortly after your arrest on August 3, 2008.

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 5

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Enclosures

cc:    Philip Seplow
       Shadow Counsel for Defendant Daniel David Rigmaiden

       Taylor Fox
       Counsel for Defendant Ransom Carter

⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇
⬇ **EXHIBIT 34** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Albert A. Childress and CC'd to Toni D. Stewart and IRS-CI Agent Michael P. Fleischmann RE: (1) the device used to locate the aircard was able to narrow the signal to three apartments; (2) the government needs to develop independent probable cause to facilitate withholding information about the FBI's device; (3) "(tracking device)" (prosecution 6/23/2010 label of redacted material); (Email sent date: July 17, 2008 6:01am); (ITEM No. 4 of June 23, 2010 discovery set);

Stewart Toni D

| From: | Childress Albert A |
|---|---|
| Sent: | Thursday, July 17, 2008 8:10 AM |
| To: | Stewart Toni D; Medrano Denise L |
| Cc: | Mertz Dawn N |
| Subject: | Research Request - Expedite |

Toni,

Approved for action.

Dawn - FYI.

Thanks,
Al

*(handwritten, diagonal):* Note → (Non-Domicilio Address) "Redacted"

*(handwritten):* CF returns

*(handwritten):* Clinton Maples 1120

*(handwritten):* Santa Clara 96050

*(handwritten):* Jesse Hoch Apt 1005

---

From: Medrano Denise L
Sent: Thursday, July 17, 2008 6:01 AM
To: Childress Albert A
Cc: Stewart Toni D; Fleischmann Michael P
Subject: Update and Research Request

Al,

The tech guys were able to narrow the signal to 3 apartments. Today, we will be doing as much follow up research as we can. We need to develop independent probable cause of the search warrant...FBI does not want to disclose the ▮▮▮▮ (understandably so). *(handwritten: ← (Tracking Device))*

we need as much info (Accurint, IDRS, etc) on the individuals living in apartments 1120, 1122, and 1124 at the Domicilio Apartments at 431 El Camino Real, Santa Clara, CA 95050. If you have any questions please call me.

Thanks,

We will keep you updated on our progress.

*Denise L Medrano*
*Special Agent*
*Phoenix Field Office*

*(handwritten):* 1) too many results on Accurint

07/17/2008