⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇
⬇ **EXHIBIT 35** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Page No. 6 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) aircard connecting on one cell tower 90% of the time and remaining two cell towers 10% of the time; (2) cell tower circles intercept and aircard appears to be not moving; (3) Trap & Trace/Pen register and Search Warrant for "Device used to locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (4) identified block of four apartments – two empty, one 80 year old guy, and one rented by 20 something year old; and (5) started surveillance and trying to find a way to go in; (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 266]);

# DISCOVERY

## September 24, 2010

## ITEM NO. 5

**Redacted Notes from IRS-CI Special Agents Medrano and Daun prepared jointly after the arrest of Daniel David Rigmaiden.  (8 Pages.)**

IP addresses he connected to
which showed him connecting
to identified proxies @ same
time rtns file from the
IP addresses.
(7 hr. diff)
GMT

2703 (d) Order to get historic
Cell Data

Same tower in San Jose
90% - remaining 10% same
2 towers.
Circles intersected
appears not moving

Trap & Trace / Pen Register + SW for
~~██████████~~ (Device used to locate the
subject Aircard)
identified block of 4 apartments.
2 empty
1 80 yo guy
1 20 something

Started surveillance + trying to
find way to go in

↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓
↓ **EXHIBIT 36** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

IRS-CI Case Report for Ransom Carter, IRS-CI Agent Denise L. Medrano (relevant sections) indicating that the FBI technical agents located the aircard inside apartment No. 1122; (Report date: July 16, 2009); (ITEM No. 4 of April 22, 2010 discovery set);

[White square with black border redactions added by defendant for relevance.]

**CAUTION: THIS PAGE CONTAINS SECRET GRAND JURY INFORMATION. DISSEMINATE ONLY PURSUANT TO RULE 6(e), FED.R, CRIM.P.**

RANSOM MARION CARTER III

SSN ~~████████████~~

1000213176

Years: 2006

Violation(s): Title 18, United States Code, Section 371
Title 18, United States Code, Section 1343

Special Agent:    Denise L Medrano
Revenue Agent:    None

CAUTION: THIS PAGE CONTAINS SECRET GRAND JURY INFORMATION.
DISSEMINATE ONLY PURSUANT TO RULE 6(e), FED.R, CRIM.P.

# Table of Contents

Introduction ................................................................................................................ 1
   Recommended Charges And Prosecution Years ..................................................... 1
   Returns Filed And Statute Of Limitations ............................................................... 2
   Venue ....................................................................................................................... 2
   Investigative Contact(s) With Subject(s) And/Or Representative(s) ....................... 2
   Other Pertinent Data................................................................................................ 3

Theory Of The Investigation .................................................................................... 4

Books And Records And Preparation Of Tax Return(s) ........................................... 7

Elements Of The Offense(s)..................................................................................... 7

List Of Appendices ................................................................................................ 10

Disposition Of Proceeds ....................................................................................... 10

Relevant Conduct .................................................................................................. 10

Current Lifestyle .................................................................................................... 11

Explanation And Defense Of Subject .................................................................... 11

Conclusions And Recommendations...................................................................... 11

List Of Witnesses And Exhibits

CAUTION: THIS PAGE CONTAINS SECRET GRAND JURY INFORMATION.
DISSEMINATE ONLY PURSUANT TO RULE 6(e), FED.R, CRIM.P.

**Internal Revenue Service**

Department of the Treasury
Criminal Investigation

Andrea D Whelan
Special Agent in Charge

Person to Contact:
Denise L Medrano
Telephone Number:

Refer Reply to:
SE:CI:FO:P:PHX:03
Date:
June 16, 2009

IN RE:   RANSOM MARION CARTER III



1000213176

REPRESENTATIVE:   NOT REPRESENTED

Ph.

FINAL:   Prosecution

**INTRODUCTION**

CAUTION: THIS PAGE CONTAINS SECRET GRAND JURY INFORMATION.
DISSEMINATE ONLY PURSUANT TO RULE 6(e), FED.R, CRIM.P.

Verizon Wireless broadband access card connection records for the Rupard account showed connections to the same IP addresses on the same date and similar times that fraudulent tax returns were filed with the IRS.  It was concluded that the Rupard wireless broadband access card was used to file each of the fraudulent returns.

Historical cell tower information and investigative techniques employed by FBI technical agents led the investigative team to the location of the Travis Rupard Broadband Access Card:  apartment 1122 at 431 El Camino Real, Santa Clara, California 95050. The apartment was rented in the name Steven Travis Brawner (an alias used by the "Hacker").

The evidence developed during the investigation led to the arrest of the "Hacker" and a search of his apartment.  The "Hacker" was arrested after leaving the apartment on August 3, 2008.

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

**↓ EXHIBIT 37 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from AUSA Frederick A. Battista to Michelle Guardino Swaney (CRM) [(USDOJ Office of Enforcement Operations, Criminal Division)] and Mark Eckenwiler (CRM) [(USDOJ Office of Enforcement Operations, Criminal Division)] RE: the historical and real time tracking information has located the aircard to an area the size of four specific apartment units; (Email sent date: July 17, 2008 11:06am); (ITEM No. 2 of September 24, 2010 discovery set [p. 24]);

Tricker

**Battista, Fred (USAAZ)**

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) |
| **Sent:** | Thursday, July 17, 2008 11:06 AM |
| **To:** | Swaney, Michelle Guardino (CRM); Eckenwiler, Mark (CRM) |
| **Subject:** | From AUSA Fred Battista - Phoenix |

The historical and real time tracking information for our Target Broadband Access Card has lead us to an area the size of 4 specific apartment units in a very large apartment complex in a location that is within a short distance of a prior ATM pull with a pre-paid debit card and walking distance from a stop on the train line that was used to evade surveillance after a pick-up of $68,000.

7/17/08    Internal communication regarding an
           investigative technique not used.

⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇
⬇ **EXHIBIT 38** ⬇

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) RE: the team in San Jose narrowed the search to an occupant of a single apartment and the main effort may be to tie the target to the case without emphasis on "Device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 3:56pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 27]);

Battista, Fred (USAAZ)

**From:**        Yen, Shawna (USACAN)
**Sent:**        Thursday, July 17, 2008 4:03 PM
**To:**          Battista, Fred (USAAZ)
**Subject:**     RE: From Fred Battista

Thanks for the update Fred ~~████████████████~~     *Internal communication.*

---

**From:** Battista, Fred (USAAZ)
**Sent:** Thursday, July 17, 2008 3:56 PM
**To:** Yen, Shawna (USACAN)
**Subject:** RE: From Fred Battista

The team has narrowed the search down to the occupant of a single apartment that was leased by a white male using a false CA Driver's License. We have the rental company's rental file and are now back checking all of the information in the file. The tenant also provided a copy of a tax return to the rental company as proof of employment and means to pay rent that was never filed with the IRS. The main effort now may be to tie the target to the case without emphasis on the ~~████████~~     *(Device used to locate the aircard)*

7/17/08

---

**From:** Yen, Shawna (USACAN)
**Sent:** Thursday, July 17, 2008 2:03 PM
**To:** Battista, Fred (USAAZ)
**Subject:** RE: From Fred Battista

~~█████████████████████████████████~~     *(Internal communicatio)*

---

**From:** Battista, Fred (USAAZ)
**Sent:** Thursday, July 17, 2008 2:00 PM
**To:** Yen, Shawna (USACAN)
**Subject:** From Fred Battista

Thank you for the update. The team (at least 6 members) is working furiously in the area to ID the target and which apartment is the target's apartment. I will give you an update by 4:45 PM today as to if we have to go to the MJ on Monday. ~~██████████~~     *(Internal discussion re , available personnel)*

7/17/08

1

⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇
⬇ **EXHIBIT 39** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) RE: computers in "the" apartment may be operated remotely and the government has confirmed that the aircard is transmitting from "this apartment"; (Email sent date: July 22, 2008 9:50am); (ITEM No. 2 of September 24, 2010 discovery set [p. 32]);

## Battista, Fred (USAAZ)

**From:** Battista, Fred (USAAZ)
**Sent:** Tuesday, July 22, 2008 9:50 AM
**To:** Yen, Shawna (USACAN)
**Subject:** RE: Search Warrant Materials

~~[redacted]~~

It has been suggested that the target may be operating computers in the apartment remotely. We have confirmed that the Target Broadband Access Card is transmitting from this apartment.

**From:** Yen, Shawna (USACAN)
**Sent:** Tuesday, July 22, 2008 9:35 AM
**To:** Battista, Fred (USAAZ)
**Subject:** RE: Search Warrant Materials

~~[redacted]~~

**From:** Battista, Fred (USAAZ)
**Sent:** Monday, July 21, 2008 7:02 PM
**To:** Yen, Shawna (USACAN)
**Subject:** Search Warrant Materials

~~[redacted]~~

7/21/08



Internal communication Re Search warrant Documents.
not zircard mission court orders.
& prospective investigative conduct.

1

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

**↓ EXHIBIT 40 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from Albert A. Childress to Brad Taylor – CI and CC'd to Denise L. Medrano RE: although the aircard was tracked to apartment No. 1122, the government has not identified the true identity of the filer; (Email sent date: July 22, 2008 8:43am); (ITEM No. 3 of September 24, 2010 discovery set [p. 183]);

## Medrano Denise L

**From:** Childress Albert A
**Sent:** Tuesday, July 22, 2008 9:19 AM
**To:** Medrano Denise L
**Subject:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Al

**From:** Taylor Brad - CI
**Sent:** Tuesday, July 22, 2008 9:18 AM
**To:** Childress Albert A
**Subject:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Thanks

Brad Taylor
Criminal Tax Attorney

FAX ▬▬▬▬▬▬▬▬▬

*Note— All redacted materials relate to internal communications regarding protective legal el investigative conduct.*

**From:** Childress Albert A
**Sent:** Tuesday, July 22, 2008 8:43 AM
**To:** Taylor Brad - CI
**Cc:** Medrano Denise L
**Subject:** ▬▬▬▬▬▬▬▬▬▬

Brad,

*No other facts regarding the air card mission are present.*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

However the articulation is that while we have tracked the AirCard being used for the false returns to that apartment, we still have not identified the true identity of the filer. We know that the AirCard is in the false stolen identity of Travis Rupard and that the apartment was rented using the identity of a believed deceased individual BRAWNER. The filer (whom we are referring to as BRAWNER) has used every effort available to disguise his identity and location. ▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Thanks,
Al

⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇
⬇ **EXHIBIT 41** ⬇

*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

FBI Internal Document Summary, drafted by FBI Agent William T. Ng RE: agents were able to locate the apartment unit where the subject is located; [(the prosecution made a redaction on 11/29/2010 labeled as "equipment used to locate the subject aircard")]; (Document date: July 22, 2008); (ITEM No. 4 of November 29, 2010 discovery set [p. 69]);

The analyst who extracted the Internet histories noted that There was a definite switch to using Firefox during the dates 2/12/08 - 3/3/08. Internet Explorer was used from 1/4/08 - 2/5/08 and from 3/12/08 -3/27/08.

The complete results of the analysis are documented in the enclosed IAU Technical Analysis Report.  Based on this information, this lead is considered covered.

The information contained within was derived using reverse engineering techniques, analytical methods, scripts and/or tools which **may not** be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel before any information contained herein is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery or trial.

**[Note: The disc attached to this report contains the personal internet history of the victim and is being withheld.  The IAU Technical Analysis Report is produced and is not being withheld. ]** — Serial #245 Item #7

Date: 7/22/2008
Drafted by: William Ng
Subject: Using **[equipment used to locate the subject aircard]**, agents were able to locate the apartment unit where the subject is located.  However, surveillance at this location has been unsuccessful in confirming whether the subject is physically located at this apartment unit; and thus prohibiting agents from establishing the subject's true identity.

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

**↓ EXHIBIT 42 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent Henry Huntsberry and CC'd to FBI Agent John G. Iannarelli RE: (1) the FBI and "operators of equipment used to locate the subject aircard" (prosecution 11/8/2010 label of redacted material) successfully located the aircard in one of four apartments, and (2) "Reference to a behavioral analysis prepared prior to arrest when defendant Rigmaiden was unidentified" (prosecution 11/8/2010 label of redacted material); (Email sent date: August 13, 2008 3:44pm); (ITEM No. 19 of November 8, 2010 [November 15, 2008 discovery letter] discovery set [p. 170-71]);

## MURRAY, RICHARD J. (AQ) (FBI)

| | |
|---|---|
| **From:** | HUNTSBERRY, HENRY  (CyD)(FBI) |
| **Sent:** | Wednesday, August 13, 2008 1:46 PM |
| **To:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Subject:** | RE: Case update:  288A-PX-82001 |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**


Thanks a ton.  Good work.

SSA Scot Huntsberry
CyD/CIS/CIU-2

---

| | |
|---|---|
| **From:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Sent:** | Wednesday, August 13, 2008 3:44 PM |
| **To:** | HUNTSBERRY, HENRY  (CyD)(FBI) |
| **Cc:** | IANNARELLI, JOHN G. (PX) (FBI) |
| **Subject:** | Case update:  288A-PX-82001 |

*operators of equipment used to locate the subject aircard*

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Scot- Per your request, here is an update on 288A-PX-82001, a joint FBI, IRS-CI and USPIS Phoenix investigation.

This case involves individuals perpetrating a fraudulent bulk tax filing scheme in the millions of dollars against the Internal Revenue Service.  The primary subject is a sophisticated cyber criminal who was indicted in July 2008 in the District of Arizona and arrested on August 3, 2008.  The indictment remains sealed.

In June 2008, investigators identified a Verizon Wireless aircard that the subject was utilizing to submit the fraudulent tax returns and communicate with a CI.  The aircard was subscribed by an individual using a closed box address and a fraudulent identity.

In July 2008, FBI served a 2703(d) order for historical tower data for the aircard.  It was determined that the aircard was primarily used in the San Jose, CA area.

In July 2008, FBI obtained a tracking warrant for the aircard.  FBI ▓ and ▓▓▓▓▓▓▓▓ successfully located the aircard in one of four apartments in an upscale apartment complex in Santa Clara, CA near Santa Clara University.  Traditional investigation determined which apartment was being rented by the subject using a fraudulent ID.

In July 2008, surveillance and investigation was unable to place an occupant in the apartment.  No occupant was ever seen, electricity use was minimal and subject only entered the secured access gates every 4 days (approx).  Since the identity of the subject was unknown, agents did not proceed with a search warrant of the apartment in case the subject used the apt only as an off-site to house his computer.

At end of July, a controlled delivery of bulk currency was arranged and shipped to the subject for pickup at a FedEx/Kinkos 24 hour store in Palo Alto, CA.  24 hour surveillance was initiated by FBI, USPIS and IRS-CI on 7/31/2008 on the store and apartment.  On 8/3/2008, an FBI and IRS-CI surveillance team spotted

an individual matching the subject's description near the apartment.  After a brief foot surveillance, the subject hid from agents.  After assistance was solicited from a nearby Santa Clara PD marked unit, the subject attempted to flee on foot.  He was detained and arrested.  The subject did not have any ID but was found with keys to the apartment where the aircard was located.  The subject refused to identify himself and refused to talk.

A search warrant executed at the apartment found fraudulent IDs, money "walked" to him in May 2008, a computer, surveillance equipment, clothing worn by the subject in surveillance videos, etc.  A subsequent search warrant executed at a San Jose private storage facility found more fraudulent ID's, gold coins, 70K in cash, etc.  The subject was fully identified by his prints as Daniel David Rigmaiden, dob 9/8/80, who has a criminal history of fraud and drugs.  Subject had two outstanding warrants.  An identity hearing will be held for subject in San Jose later this month.

The SF Division provided extraordinary assistance to FBI Phoenix in this investigation.  This case has been a very high profile matter for IRS-CI. ████████████████████████████████████████████████
████████

The extent of his cyber background, capabilities and techniques has not yet been determined.  Analysis of his computer is underway.  The subject's personal history and training are still largely unknown.  Investigation is continuing.

Rich Murray
Phoenix

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

(Reference to a behavioral analysis prepared prior to arrest when defendant Rigmaiden was unidentified)

2

⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇
⬇ **EXHIBIT 43** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Page No. 3 of rough notes prepared by FBI Agent Richard J. Murray RE: list of four apartments identified at Domicilio apartment complex (1120, 1122, 1124, and 1126) (Notes date: not indicated); (ITEM No. 8 of September 24, 2010 discovery set [p. 292]);

~ 2 bdrm

Studio
1 Bdrm    ~ 2 bdrm

SC

[ Possibly santa
Clara Police
Records Dept. ]

C. CALDWELL, 601 EL CAMINO
#2074                    REAL

431 CAMINO REAL
1120   1122   1124  1126.

A                DEATH

PARTY
DISTURBANCE
NO REPORT

—Phone number

SECURITY OFC.

CHARLIE ROLA.

500 EL CAMINO REAL

→ POSSibly Santa Clara University
            contact

**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**
**↓ EXHIBIT 44 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

IRS-CI Supplemental Report by IRS-CI Agent Denise L. Medrano regarding the investigations conducted by USPIS Inspector James L. Wilson and IRS-CI Agent Denise L. Medrano in an attempt to establish independent probable cause to physically search apartment No. 1122; (Document date: June 8, 2010); (ITEM No. 2 of July 21, 2010 discovery set);

# DISCOVERY

# July 21, 2010

# ITEM NO. 3

**IRS-CI – Notations of which law enforcement officials assisted with the location of the subject aircard as initially discussed in a letter dated May 27, 2010.**

B.     Number of Apartments Initially Identified (Omnibus Draft Response, Page 6)

The use of the withheld sensitive investigative techniques led the investigative team to an area that included apartments 1120, 1122 and 1124. As a result of our receipt of your draft response, Special Agent Denise Medrano is in the process of preparing a detailed summary of her contemporaneous notes concerning the agents' activities upon the initial identification of the three potential units. A copy of the report will be included in the next discovery package. Postal Inspector Wilson's report and Special Agent Medrano's notes clearly indicate that the agents then made multiple efforts to determine which of multiple apartments your access card was located in. In the course of the investigation, the agents did the following: **(1)** traveled to a local post office facility (the "carrier annex") and obtained the names of persons possibly receiving mail in five units in Building 1 including units 1120, 1122, 1123, 1124 and 1126 **(IRS-CI Special Agent Denise Medrano and Postal Inspector James Wilson)**; **(2)** obtaining utility information for the possible occupants of units numbered 1120, 1122, 1124 and 1126 along with the occupants' driver's license numbers **(Santa Clara Police Department Officer Kiet Nguyen)**; **(3)** running possible occupants' driver's license numbers through the California Department of Motor Vehicles for units 1120, 1122 and 1124 **(Postal Inspector Quan Howard)** ; **(4)** running a query with an IRS data base for tax records for possible occupant of units 1120, 1122, 1124 and 1126 **(IRS-CI Investigative Analyst Toni Stewart at the request of Agent Medrano)**; **(5)** running an Accurint query for possible occupants of units 1120, 1122, 1124 and 1126 **(IRS-CI Investigative Analyst Toni Stewart at the request of Agent Medrano)**; and **(6)** serving a Grand Jury subpoena on the rental agency for resident information for units 1120, 1122, 1124 and 1126 **(Postal Inspector James Wilson)**.

↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓
↓ **EXHIBIT 45** ↓

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista RE: (1) no one answered when a ruse was conducted on apartment No. 1122 and neighbors do not know the resident; and (2) Cut power option - "Investigative techniques not used and internal communication." (prosecution 9/20/2010 label of redacted material); (Email sent date: July 22, 2008 8:22pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 38]);

Battista, Fred (USAAZ)

| | |
|---|---|
| From: | Murray, Richard J. (FBI) |
| Sent: | Tuesday, July 22, 2008 8:22 PM |
| To: | Battista, Fred (USAAZ) |
| Subject: | Cut power option |

Ruse tonight has been run. No one answered. Neighbors don't know the resident.

*Investigative technique not used & internal communication.*

1

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

⬇ **EXHIBIT 46** ⬇

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Jeffrey H. Willert RE: (1) no one answered the door while the FBI conducted a ruse at apartment No. 1122 on July 22, 2010, and (2) "the subject" still has not been seen; (Email sent date: July 23, 2008 6:58pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 213]);

**Daun Tracy L**

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Wednesday, July 23, 2008 6:58 PM |
| **To:** | Willert Jeffrey H |
| **Subject:** | RE: Hacker update |

**Tracking:** **Recipient**    **Read**

Willert Jeffrey H Read: 07/24/2008 10:05 AM

Jeff,

They received a "true bill" today.  The subject did not answer his door when they attempted to deliver food last night and he still hasn't been seen.



Thanks!

Tracy L. Daun
Special Agent, CIS
IRS-CI



Phoenix, AZ 85012

*Redacted materials relate to internal communications regarding logistics & prospective investigative techniques. No Facts Related to the aircard mission.*

**From:** Willert Jeffrey H
**Sent:** Wednesday, July 23, 2008 10:52 AM
**To:** Daun Tracy L
**Subject:** RE: Hacker update

Hey Tracy,

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

**↓ EXHIBIT 47 ↓**

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Page No. 7 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) Domicilio apartment complex provided empty apartment next door to apartment No. 1122, and (2) "Internal deliberations Re characterization of device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 267]);

# DISCOVERY

# September 24, 2010

# ITEM NO. 5

**Redacted Notes from IRS-CI Special Agents Medrano and Daun prepared jointly after the arrest of Daniel David Rigmaiden.  (8 Pages.)**

Apt complex
  gate access
  trash
  provided empty appt next door

[redacted]

the zircord →

Internal deliberations
Re characterization of
device used to locate

There was a
Delayed of 3-wks in getting $ shipment
  some him / some us   that
  allowed research

2nd Ship
  ≈ 360,000
  new set of directions

provided address on Tuesday night
shipped Wed arrived Thursday very early.
  ↳ Assumed plu on Fri  but still
nothing by Sun.

Arrested after foot chase.

ATTACHED EXHIBITS
FIRST SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC

**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**
**↓ EXHIBIT 48 ↓**

Paper print-out of email sent from USPIS Inspector James L. Wilson to FBI Agent Richard J. Murray RE: investigators have been given an apartment to use at the Domicilio apartment complex for the purpose of conducting surveillance; (Email sent date: July 17, 2008 3:16pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 173]);

**Unknown**

| | |
|---|---|
| **From:** | Wilson, James L - Phoenix, AZ [̶J̶W̶i̶l̶s̶o̶n̶@̶u̶s̶p̶.̶o̶r̶g̶.̶a̶z̶] |
| **Sent:** | Thursday, July 17, 2008 3:16 PM |
| **To:** | Murray, Richard J. |
| **Subject:** | Re: Room available |

Yes and I got your answers. Yes, mangement knows it's le related, they voluntary let us have the room and they will let us have it for a couple of days.

----- Original Message -----
From: Murray, Richard J. <̶R̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶>
To: Wilson, James L - Phoenix, AZ
Sent: Thu Jul 17 16:11:46 2008
Subject: Re: Room available

Did it arrive?

----- Original Message -----
From: Wilson, James L - Phoenix, AZ <̶J̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶>
To: Murray, Richard J.
Sent: Thu Jul 17 16:55:03 2008
Subject: Re: Room available

Subpoena will be faxed over in 5 minutes

----- Original Message -----
From: Murray, Richard J. <̶R̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶>
To: Wilson, James L - Phoenix, AZ
Sent: Thu Jul 17 15:44:09 2008
Subject: Room available

Some questions have come up about room.  Has a manager approved our occupying the room? Is the manager informed that the room is being used by law enforcement and they are voluntarily cooperating? How long will the room be available for us?

Call or text me when you can.

⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇
⬇ **EXHIBIT 49** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI FD-302 Report by FBI Agent Richard J. Murray RE: returning the keys to Manager Mona Chen for apartment No. 1124 at the Domicilo apartment complex; (Investigation date: August 4, 2008); (2/12/09 BATES No. 251 of February 17, 2009 discovery set);

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   09/11/2008

On August 4, 2008, Special Agent Richard J. Murray and United States Postal Service Inspector James Wilson returned the keys for Apartment 1124, 431 El Camino Real, Santa Clara, California, to Domicilio Apartments Property Manager Mona Chen, which was previously provided to Inspector Wilson by consent for use by investigating agents.

Investigation on   08/04/2008   at Santa Clara, California

File # 288A-PX-82001-127                         Date dictated

by   SA Richard J. Murray

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

➡ **EXHIBIT 50** ⬅

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, USPIS Inspector James L. Wilson, and IRS-CI Agent Tracy L. Daun RE: "personnel who operated the equipment to locate the aircard" (prosecution 9/20/2010 label of redacted material) were asked to verify the aircard on either July 25, 2008 or July 28, 2008; (Email sent date: July 24, 2008 6:15pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 49]);



Battista, Fred (USAAZ)

*personnel who operated*

*the [redacted] to locate the aircraft*

**From:**      Murray, Richard J. (FBI)
**Sent:**      Thursday, July 24, 2008 6:15 PM
**To:**        Battista, Fred (USAAZ); 'denise.medrano@[redacted]  Michael.Fleischmann@[redacted]
              'JLWilson@[redacted]  'Tracy.Daun@[redacted]
**Subject:**   Re: Pending Investigation

*Remaining Redacted items are internal communications*

Rent is due at first of month.

The [redacted]      have not returned to verify card. I have asked if they can check tomorrow or
Monday.

[redacted]

----- Original Message -----
From: Battista, Fred (USAAZ) <Fred.Battista@[redacted]  ; Murray, Richard J.;
To: Medrano Denise L <Denise.Medrano@[redacted]  ; Wilson, James L - Phoenix,
Michael.Fleischmann@[redacted]  <Michael.Fleischmann@[redacted]
AZ <JLWilson@[redacted]  ; Daun Tracy L <Tracy.Daun@[redacted]
Sent: Thu Jul 24 19:44:48 2008
Subject: RE: Pending Investigation

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇
⬇ **EXHIBIT 51** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Summary of the contents of an FBI folder containing communications between the FBI and Verizon Wireless relating to the aircard locating mission; (ITEM No. 2 of June 29, 2011 discovery set);

**MISCELLANEOUS SUPPLEMENTAL DISCOVERY**

June 29, 2011

Item No. 2

Item 2 - Request for any communications between the operators of the equipment used to locate the subject aircard and Verizon Wireless. - Enclosed please find a summary provided by the FBI regarding additional information regarding this request.  (2 Pages.)

In summary, the FBI Notes as follows:

First, the following information is not contained within a "file" within the definition of the FBI's standard system of records.  The information is contained in an unofficial folder that one of the FBI employees who supported the team who operated the subject equipment used to locate the subject aircard.  The file was kept by the support staff in order to kept to assist her in handling the court Order with Verizon.  The FBI advises that the folder contains a series of fax cover sheets which are summarized as follows:

08/25/2008: From FBI staff member to Verizon; note section asked Verizon to cancel target (415) 264-9596

07/14/2008: From FBI staff member to Verizon; note section states the fax is an amended list of contact Tech Agents.

07/11/2008: From FBI staff member to Verizon; note section asked Verizon to provide current subscriber info.  This fax cover was re-sent a second time.

07/11/2008: From FBI staff member to Verizon; note section indicates the Court Order CR-08-90331 for target (415) 264-9596 is attached and to call if there were questions.  This fax was re-sent a second time.

There are two hand-written notes in the folder.  One dated 07/14/2008 states the FBI staff member called Verizon employee "Chris" to confirm the Order is for pen register information and not content.  The second, also dated 07/14/2008, notes a telephone call to Verizon employee "Venetta" who first said the Order was entered on 07/12/2008, and then said she didn't receive it (the Court Order).

The folder contains a copy of the court order.

The folder contains copies of the target number subscriber information Verizon provided pursuant to the Court Order.  This information is proprietary information and law enforcement sensitive, and will not be released.

Finally, the folder  contains Verizon's CALEA form titled, "Electronic Surveillance Worksheet." At the bottom, a disclaimer states, "VZW Proprietary.  Use Pursuant to Conpany [sic] Policies and Procedures Ver1.07.02."   The CALEA document must accompany any court order submitted to Verizon.  It contains the FBI's contact personnel and billing information, the target number, and states that the order is a pen register/trap & trace.   This document contains information which is classified and cannot be released or made public.

The FBI is asserting the law enforcement privilege over the unclassified portion of the information withheld as noted above.  Additionally, some of the information that may be responsive is classified, and therefore, cannot be produced absent a CIPA proceeding.

⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇
⬇ **EXHIBIT 52** ⬇

*ATTACHED EXHIBITS*
*FIRST SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

McPherson, Rodney (Palm Bay, FL, US) *et al.*, Harris Corp., U.S. Patent No. 7,592,956 (Sep. 22, 2009), *available at* http://www.freepatentsonline.com/7592956.html (last accessed Feb. 22, 2011), Figure No. 8 showing a portable/transportable wireless device locator aboard an airplane triangulating a cell phone;



*FIG. 8*