1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9

10  United States of America,            No. CR08-814-PHX-DGC

11         Plaintiff,                    FIRST SUBMISSION OF REDACTED
                                         AND SUMMARIZED DOCUMENTS FOR
12  v.                                   REQUESTED IN CAMERA INSPECTION

13  Daniel David Rigmaiden, et al.,

14         Defendant.

15

16         Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits his *First

17  Submission Of Redacted And Summarized Documents For Requested In Camera Inspection*.

18  The defendant filed (or will be filing) a *Motion For Disclosure Of All Relevant And Helpful*

19  *Evidence Withheld By The Government Based On A Claim Of Privilege* (hereafter "Motion

20  For Discovery") wherein he requested that the Court conduct an in camera inspection of the

21  unredacted and/or unsummarized versions of various redacted/summarized documents he

22  believes are relevant to his suppression arguments. Through this submission, the defendant

23  is placing on the record the redacted/summarized versions of the various documents

24  addressed in his *Motion For Discovery.*

25         This submission was drafted and prepared by the *pro se* defendant and he authorizes

26  his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF

27  system. The defendant is appearing *pro se* and has never attended law school. The

28  defendant's filings, however inartfully pleaded, must be liberally construed and held to less

                                      - 1 -

1  stringent standards than formal pleadings drafted by lawyers.  See Haines v. Kerner, 404 U.S.
2  519, 520 (1972).
3       It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
4  result of this submission.
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS FOR REQUESTED IN CAMERA INSPECTION CR08-814-PHX-DGC*

1  Respectfully Submitted:

3  PHILP SEPLOW, Shadow Counsel, on
   behalf of DANIEL DAVID RIGMAIDEN,
4  Pro Se Defendant:

6  s/ Philip Seplow
   Philip Seplow
7  Shadow Counsel for Defendant.

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on: _____ I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

- 4 -