**REDACTED DOCUMENT INDEX**

**FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS
FOR REQUESTED IN CAMERA INSPECTION**

REDACTED DOC. 01: USPIS Investigation Details Report entries by USPIS Inspector James L. Wilson (relevant sections) RE: triangulating the aircard location and using a StingRay to pinpoint the location of the aircard; (Entry dates: (1) July 23, 2008; (2) August 7, 2008); (ITEM No. 5 of July 31, 2009 discovery set [p. 393-94]);

REDACTED DOC. 02: Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Albert A. Childress and CC'd to Toni D. Stewart and IRS-CI Agent Michael P. Fleischmann RE: (1) the device used to locate the aircard  was able to narrow the signal to three apartments; (2) the government needs to develop independent probable cause to facilitate withholding information about the FBI's device; (3) "(tracking device)" (prosecution 6/23/2010 label of redacted material); (Email sent date: July 17, 2008 6:01am); (ITEM No. 4 of June 23, 2010 discovery set);

REDACTED DOC. 03: Summary of rough notes by AUSA Frederick A. Battista taken while he was involved in the investigation to locate the aircard: **(1)** "T. Daun - Got the materials she sent me working on Hacker XXX (pleadings requesting authority to use equipment to located the subject aircard)." (Date: June 26, 2008; mistakenly dated June 26, 2010); **(2)** *(a)* "Jeff Nedrow to me R 41 applies to XXX (equipment to located the subject aircard) in NDCA."; *(b)* "Verizon Re Hacker XXX (matters related to pleadings requesting authority to use equipment to located the subject aircard and/or the actual procedures) / Photos of Payment of Acct."; and *(c)* "Verizon Sub for Hacker Surv. Photos of payment of account." (Date: June 27, 2008; mistakenly dated June 27, 2010)."; **(3)** *(a)* "Logan (Immediate Supervisor Steve Logan) Re Hacker Case and 2703 issue. (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(b)* "Sukenic Re Hacker Case & 2703 issue (This relates to the matter noted in the retroactive 2703(d) application and order.)"; and *(c)* "Eckenweiler (Mark Eckenwiler) re 2703 issue. (This relates to the matter noted in the retroactive 2703(d) application and order.)" (Date: July 7, 2008); **(4)** "R. Murray - To me XXX (draft document). Need 2nd order 2703(d) for additional data." (Date: July 10, 2008); **(5)** *(a)* "2703(d) order & app Final & Signed by LOA - Hacker (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(b)* "R. Murray Re 2703(d) App & order. (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(c)* "D. Medrano Re 2703(d) App & order. (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(d)* "S. Logan (Immediate Supervisor Steve Logan) - OK to file Hacker 2703(d) Retroactive App & order."; *(e)* "Hacker 2703(d) order sent to Susan Stuart w/ AZ MJ ct. Advance copy for MJ's review. (Retroactive order) LOA. Also sent to Vickie Guidas w/ LOA. (MJ - Magistrate Judge)"; *(f)* "H. Sukenic - Please call me. (This relates to the matter noted in the retroactive 2703(d) application and order.)" (Date: July 9, 2008); **(6)** "R. Murray to me - Historical Cell Data Received on 7/13 EM (e-mail) to me." (Date: July 13, 2008); **(7)** "D.

Medrano - Cell Site Info Rec'd." (Date: July 14, 2008); **(8)** "T. Daun - any word from AT&T Re XXX (type of equipment to located the subject aircard) for phone on Rental App? Resp. - no word." (Date: July 25, 2008); (ITEM No. 1 of September 24, 2010 discovery set [p. 2-5]);

REDACTED DOC. 04:   Page No. 1 of rough notes prepared by FBI Agent Richard J. Murray RE: (1) no cell site data for aircard via Pen/Trap device unless you call into the card; (2) no capability to separate data communications from call-identifying information for an aircard (prosecution added 9/20/2010 notation reading "Incorrect"); (2) "contact information for personnel related to the device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (3) "Contact info for a data intercept representative FBI" (prosecution 9/20/2010 label of redacted material); and (4) "Generic term for device used to locate air card" (prosecution 9/20/2010 label of redacted material); (Notes date: June 27, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 290]);

REDACTED DOC. 05:   Page No. 4 of rough notes prepared by FBI Agent Richard J. Murray RE: "Privileged material RE the location of the aircard mission" (prosecution 9/20/2010 label of redacted material); (Notes date: June 30, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 293]);

REDACTED DOC. 06:   Page No. 5 of rough notes prepared by FBI Agent Richard J. Murray RE: telephone call discussing "Privileged material Re the mission to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Notes date: July 5, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 294]);

REDACTED DOC. 07:   Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Jeffrey H. Willert RE: the government prepared court orders to do a Trap & Trace/Pen Register and Warrant so that the FBI can use its "device to locate the aircard" (prosecution 9/20/2010 label of redacted material) to triangulate down on the aircard; (Email sent date: July 7, 2008 9:35am); (ITEM No. 3 of September 24, 2010 discovery set [p. 68-69]);

REDACTED DOC. 08:   Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Constance M. Davis (CI-FDC) and CC'd to Andy (Andrea) Chavez (CI-FDC), and IRS-CI Agent Michael P. Fleischmann RE: the government is in the process of setting up a "device to be used to locate the aircard" (prosecution 9/20/2010 label of redacted material) on the Verizon Wireless aircard account; (Email sent date: July 7, 2008 2:39pm); (ITEM No. 3 of September 24, 2010 discovery set) [p. 66-67];

REDACTED DOC. 09:   Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Jeff N. Nedrow (N.D.Cal.) RE: there is a problem considering the illegally obtained aircard destination IP addresses are being relied upon by the government to seek authority to use "equipment used to locate the aircard" (prosecution 9/20/2010 label

of redacted material) and nothing should be filed until the matter is resolved; (Email sent date: July 7, 2008 5:52pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 7]);

REDACTED DOC. 10:  Paper print-out of email sent from Albert A. Childress to Brad Taylor – CI and CC'd to Dawn N. Mertz, IRS-CI Agent Denise L. Medrano, and IRS-CI Agent Michael P. Fleischmann RE: (1) "Redacted materials are discussions of future search warrant or warrants, planned investigative efforts, and a matter pending approval" (prosecution 9/20/2010 label of redacted material); and (2) The FBI will be able to triangulate the aircard location through "generic term for device used to Locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 11, 2008 10:30am); (ITEM No. 3 of September 24, 2010 discovery set [p. 132-33]);

REDACTED DOC. 11:  Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Albert A. Childress and CC'd to Toni D. Stewart and IRS-CI Agent Michael P. Fleischmann RE: (1) the device used to locate the aircard  was able to narrow the signal to 3 apartments; (2) the government needs to develop independent probable cause to facilitate withholding information about the FBI's device; (3) "operators of the equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material); and (4) "generic description of the equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 6:01am); (ITEM No. 3 of September 24, 2010 discovery set [p. 172]);

REDACTED DOC. 12:  Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) RE: the team in San Jose narrowed the search to an occupant of a single apartment and the main effort may be to tie the target to the case without emphasis on "Device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 3:56pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 27]);

REDACTED DOC. 13:  Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Steven Logan (N.D.Cal.) RE: the team in San Jose narrowed the search to an occupant of a single apartment and the main effort may be to tie the target to the case without emphasis on "equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 3:58pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 21]);

REDACTED DOC. 14:  Paper print-out of emails sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista RE: "Internal discussions re how to characterize the device used to locate the aircard in pleadings" (prosecution label of redacted material); (Email sent dates: (1) July 18, 2008 8:35am; (2) July 21, 2008 10:36am); (ITEM No. 2 of September 24, 2010 discovery set [p. 29]);

REDACTED DOC. 15:  Paper print-out of email sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista, IRS-CI Agent Denise L. Medrano, IRS-

CI Agent Michael P. Fleischmann, USPIS Inspector James L. Wilson, and IRS-CI Agent Tracy L. Daun RE: "personnel who operated the equipment to locate the aircard" (prosecution 9/20/2010 label of redacted material) were asked to verify the aircard on either July 25, 2008 or July 28, 2008; (Email sent date: July 24, 2008 6:15pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 49]);

REDACTED DOC. 16:   Page No. 6 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) aircard connecting on one cell tower 90% of the time and remaining two cell towers 10% of the time; (2) cell tower circles intercept and aircard appears to be not moving; (3) Trap & Trace/Pen register and Search Warrant for "Device used to locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (4) identified block of four apartments – two empty, one 80 year old guy, and one rented by 20 something year old; and (5) started surveillance and trying to find a way to go in; (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 266]);

REDACTED DOC. 17:   Page No. 7 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) Domicilio apartment complex provided empty apartment next door to apartment No. 1122, and (2) "Internal deliberations Re characterization of device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 267]);

REDACTED DOC. 18:   Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent Henry Huntsberry and CC'd to FBI Agent John G. Iannarelli RE: (1) the FBI and "operators of equipment used to locate the subject aircard" (prosecution 11/8/2010 label of redacted material) successfully located the aircard in one of four apartments, and (2) "Reference to a behavioral analysis prepared prior to arrest when defendant Rigmaiden was unidentified" (prosecution 11/8/2010 label of redacted material); (Email sent date: August 13, 2008 3:44pm); (ITEM No. 19 of November 8, 2010 [November 15, 2008 discovery letter] discovery set [p. 170-71]);

REDACTED DOC. 19:   Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent Manuel J. Johnson and CC'd to FBI Agent Jimmie J. Daniels, and FBI Agent John G. Iannarelli RE: Brief outline of FBI involvement in this case and "Relates to equipment used to locate the subject aircard" (prosecution 11/8/2010 label of redacted material); (Email sent date: March 22, 2010 12:03pm); (ITEM No. 60 of November 8, 2010 [November 15, 2008 discovery letter] discovery set [p. 343]);

REDACTED DOC. 20:   Paper print-out of emails sent between FBI Agent Richard J. Murray, FBI Agent Kevin F. Killigrew, and FBI Agent Lance Leising RE: (1) Verizon Wireless cannot separate tower data from content for an aircard; and (2) FBI Agent Murray plans to call "non-Agent personnel" (prosecution 9/24/2010 label of redacted material) to see if there are any options without using an "investigative technique not

used" (prosecution 9/24/2010 label of redacted material); (Email sent dates: (1) June 27, 2008 9:21:47am; (2) June 27, 2008 9:09am); (ITEM No. 4 of September 24, 2010 discovery set [p. 244]);

REDACTED DOC. 21: Paper print-out of email sent from FBI Agent William T. Ng to FBI Agent Richard J. Murray RE: an award for the FBI Technically Trained Agent (TTA) who guided the primary case agents from the beginning of the investigation [(the TTA name was redacted by the prosecution on 11/24/2010)]; (Email sent date: September 17, 2008 4:34pm); (ITEM No. 15 of November 24, 2010 discovery set [p. 44-46]);

REDACTED DOC. 22: Paper print-out of email sent from FBI Agent William T. Ng to FBI Agent Richard J. Murray RE: the number of "warrant/order authorizing the use of the equipment used to locate the subject air card" (prosecution 11/24/2010 label of redacted material); (Email sent date: March 27, 2009 6:19pm); (ITEM No. 18 of November 24, 2010 discovery set);

REDACTED DOC. 23: IRS-CI Internal Memorandum (relevant sections) by an unknown author RE: the investigation [(the prosecution made redactions on 10/18/2010 labeled as follows: (1) "the physical location of the hacker," and (2) "Authorization for equipment used to locate the subject air card.  Discussion of prospective investigation")]; (Document date: July 5, 2008); (ITEM No. 3 of October 18, 2010 discovery set [p. 61, 65]);

REDACTED DOC. 24: Prosecution memo RE: "FBI E-Mails, dated July 12, 2010 through August 9, 2010, concerning whether or not the operators of the equipment used to locate the subject aircard have notes. (1 Summary Page Released and 5 Pages Withheld)"; (Email sent dates: July 12, 2010 through August 9, 2010); (ITEM No. 21 of November 24, 2010 discovery set);

REDACTED DOC. 25: FBI Internal Document Summary, drafted by FBI Agent William T. Ng RE: agents were able to locate the apartment unit where the subject is located; [(the prosecution made a redaction on 11/29/2010 labeled as "equipment used to locate the subject aircard")]; (Document date: July 22, 2008); (ITEM No. 4 of November 29, 2010 discovery set [p. 69]);

REDACTED DOC. 26: FBI Internal Document Summary, drafted by FBI Agent William T. Ng, Serial: 228 RE: providing FBI Agent Richard J. Murray with a CD containing data relating to the aircard locating mission; [(the prosecution made redactions on 11/29/2010 labeled as follows: (1) "[the mission to locate the subject aircard)]"; (2) "[the mission to locate the subject aircard)]"; (3) "[the individuals who operated the equipment used to locate the subject aircard]"; (4) "[an operation to locate the subject aircard]"; (5) "[the individuals who operated the equipment used to locate the subject aircard]"; (6) "[operation to locate the subject aircard]"; and (7) "[the mission to locate the subject aircard]"]; (Document date: July 26, 2009); (ITEM No. 4 of November 29, 2010 discovery set [p. 65]);

REDACTED DOC. 27: Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) and AUSA Jeff Nedrow (N.D.Cal.) RE: (1) the initial cell site data spawned a search around San Jose International Airport and Santa Clara University; and (2) "All redacted materials relate to internal communications regarding investigation plans and court documents re the aircard mission & search warrant." (prosecution 9/20/2010 label of redacted material); (Email sent date: July 14, 2008 10:41am); (ITEM No. 2 of September 24, 2010 discovery set [p. 9-10]);

REDACTED DOC. 28: Summary of the contents of an FBI folder containing communications between the FBI and Verizon Wireless relating to the aircard locating mission; (ITEM No. 2 of June 29, 2011 discovery set);

⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇
⬇ <u>REDACTED DOC. 01</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

USPIS Investigation Details Report entries by USPIS Inspector James L. Wilson (relevant sections) RE: triangulating the aircard location and using a StingRay to pinpoint the location of the aircard; (Entry dates: (1) July 23, 2008; (2) August 7, 2008); (ITEM No. 5 of July 31, 2009 discovery set [p. 393-94]);



United States Postal Inspection Service
Restricted Information

Investigation Details Report
Case Number: 1672940-IT

During the course of the investigation, we were able to identify an IP address (75.209.41.104) that was used to file a fraudulent return into the undercover BOA bank account.  Through a subpoena, were we able to identify the IP address  to a Verizon wireless account in the name of Travis Rupard with an address of P.O. Box 730031, San Jose, Ca.  The Verizon wireless card has been used since 2006

I notified the San Jose Post Office and they provided me a copy of the PO Box application for Travis Rupard.  The box was closed on 8/31/06.  I ran the California Driver's License on the application (#D2740168) and it came back to an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Furthermore, when I checked the physical address on the application (1780 Oakland Road, #17, San Jose, CA), the Post Office informed me that the address was not valid.  We were able to ascertain that the real Travis Rupard (who lives in Texas) filed a Suspicious Activity Reprt (SAR) with EBay informing them that person(s) unknown stole his identity.

Verizon was able to provide us with connection times when the wireless card was used.  Agent Murray with FBI, Agent Fleischmann with IRS and I reviewed connection reports with Verizon and IRS' Fraud Detection Center Return reports and compared connection times when returns were filed to the undercover account.   We were able to solidify dates and times on May 22, May 25, May 26, May 27, May 28, June 1, June 3, and June 5 (all 2008).

The suspect would "Spoof", "Proxy" and/or "Botnet" the original IP so numerous other IPs would show up.  However we were able to track the bogus IPs to the original IP of 75.209.41.104.  Based on this information, we are in the process of securing a Title 3 so we can monitor the content of the computer that the card is being used in so we can possibly triangulate the signal.

| | |
|---|---|
| Event ID: 5560190 | FY: 2008 |
| Credited Inspector: USPIS\JLWilson | Nick Name: FY2008 |
| Entered By : USPIS\JLWilson | Entered Date: 07/23/2008 |



**United States Postal Inspection Service**
**Restricted Information**

Print Date: 02/20/09
Print Time: 17:10.26

**Investigation Details Report**
**Case Number: 1672940-IT**

Page 7 of 9

Requestor: USPIS\JLWilson

During the course of this investigation and conferring with TSD agents with the FBI and USPIS, we determined that doing a normal "Trap and Trace" on the aircard would suffice ▮▮▮▮▮▮▮.   Essentially we would ping the number associated to the card instead of collecting data from the aircard's connection.

On 7/10/08, an order was signed for a Trap and Trace on the suspect's aircard.  On 7/14/08, Verizon provided historical tower data (the data was provided in compliance with a "2703D Order").  Tower data indicated that the suspect's aircard was hitting on four specific towers within the Santa Clara/San Jose area.

Based on this information, on 7/15/08, Agent Murray (FBI), Agent Medrano (IRS), Agent Fleischmann (IRS), Agent Daun (IRS) and I flew to Santa Clara/San Jose to start triangulating the suspect's position.   Upon our arrival, we met with Agent William Ng at the San Jose FBI Office.

While at the San Jose Office, we met with several FBI agents with their Technical Service Division assigned to help use track the suspect's aircard.  According to the TSD Agents, Verizon had a set-up problem with "Provisions" for the PEN data.  Therefore, we were not able to get a signal on 7/15/08.

On 7/16/08, we were informed that they were able to track a signal and were using a "Stingray" to pinpoint the location of the aircard.  After numerous of hours on surveillance, we were able to get a positive signal at an apartment complex in Santa Clara.  The name of the complex is the "Domicilio" Apartments located at 431 El Camino Real, Santa Clara, CA 95050.  We were able to narrow down the signal to three possible apartments: #1120, #1122 and #1124.  This apartment complex is across the street from Santa Clara University.

On 7/17/08, Agent Medrano and I went to the carrier annex while the other agents did other tasks.  The carrier was able to provide the names of all the occupants of the perspective units.  At that time, I notified Inspector Quan Howard (T/L, San Jose Office).  Inspector Howard met me at a location near campus.  He notified a Santa Clara PD contact who was able to provide us with utilities (The utilities for the complex are provided by the city of Santa Clara) for each apartment.  Each occupant had a California Driver's License number with their name.

When I ran the occupants' names through the CA DMV and the DL number for the occupant of #1122 did not match.  The occupant's name for #1122 is Steven Travis Brawner (the DL number given comes back to a female).  I went to the Domicilio Apartments and met with the apartment manager, Mona Chen.  I served a subpoena on the Domicilio Apartments for the rental agreement/file for unit #1122 (and the other two units too so I would not arise suspicion for that specific unit. And because we weren't completely sure which unit it was at the time).

When I received the application for unit #1122, the handwriting on the rental agreement of the occupant looked very similar to the handwriting on the fraudulent PO Box applications in the name of Patrick Stout and Edward Berner.  A copy of the occupant's driver's license was in the file too.  The subject in the photo was a white male in his twenties.  It was also determined that the social security number that the suspect  provided on the application (SSN #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) does belong to a Steven Travis Brawner who has been deceased for over 10 years!

Over the next two days we were out there trying to establish if anyone actually lives in that unit.  Due to the intelligence and paranoia of our suspect, we had/have real concerns if the suspect lives there or this location is a drop/stage location.  On 7/22/08, we were able to secure a Search Warrant in the Northern District of California for 431 El Camino Real, #1122, Santa Clara, Ca 95050.  To this date, we have not served it yet because it may be necessary to do another controlled delivery of money from the CI to the suspect next week.

It should be noted that while out in San Jose/Santa Clara, I received subpoenaed information from Bullion Direct.  Back in May 08', our suspect opened an account with Bullion Direct in the name of Patrick Stout (the same name that was used to pick up the 68K package we sent to the suspect on May 7, 2008). Bullion Direct is an "Egold" exchange company.

I was able to identify this Bullion Direct account because the suspect used a fraudulent debit card to purchase Postal money orders in southern California.  When I retrieved the money order images, they were made payable to Bullion Direct.  Bullion Direct provided me with payment history and shipment history.  Interestingly enough, right after our suspect received his $68,000.00, he left the Santa Clara/San Jose area, went to southern California and purchased numerous Postal money Orders (indicated by the dates on the money order copies provided by Bullion Direct) to purchase gold.  Furthermore, Bullion Direct mailed two gold shipments (via FedEx) in late May/June to a Patrick Stout to the same FedEx/Kinkos (249 S. California Ave., Palo Alto, Ca) that we sent the original $68,000.

On 7/23/08, the suspect was indicted on a 50 count Indictment in the District of Arizona for Mail fraud, Aggravated ID Theft, Access Devices, Wire Fraud, Tax Fraud and Conspiracy to Defraud the Government.  Due to the suspect's anonymity, I will be unable to enter the suspect into ISIIS until he is arrested.

| | |
|---|---|
| Event ID: 5560190 | FY: 2008 |
| Credited Inspector: USPIS\JLWilson | Nick Name: surveillance and arrest of suspect |
| Entered By :  USPIS\JLWilson | Entered Date: 08/07/2008 |

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇
⬇ REDACTED DOC. 02 ⬇

Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Albert A. Childress and CC'd to Toni D. Stewart and IRS-CI Agent Michael P. Fleischmann RE: (1) the device used to locate the aircard  was able to narrow the signal to three apartments; (2) the government needs to develop independent probable cause to facilitate withholding information about the FBI's device; (3) "(tracking device)" (prosecution 6/23/2010 label of redacted material); (Email sent date: July 17, 2008 6:01am); (ITEM No. 4 of June 23, 2010 discovery set);

**Stewart Toni D**

| | |
|---|---|
| **From:** | Childress Albert A |
| **Sent:** | Thursday, July 17, 2008 8:10 AM |
| **To:** | Stewart Toni D; Medrano Denise L |
| **Cc:** | Mertz Dawn N |
| **Subject:** | Research Request - Expedite |

Toni,

Approved for action.

Dawn - FYI.

Thanks,
Al

*[handwritten notes overlaid: "Note 2 (Non-Domicilio Address) Redacted", "CK returns", "Clinton Maples 1120", "Santa Clara 96050", "Jesse Hoch apt 1205"]*

---

**From:** Medrano Denise L
**Sent:** Thursday, July 17, 2008 6:01 AM
**To:** Childress Albert A
**Cc:** Stewart Toni D; Fleischmann Michael P
**Subject:** Update and Research Request

Al,

The tech guys were able to narrow the signal to 3 apartments.  Today, we will be doing as much follow up research as we can.  We need to develop independent probable cause of the search warrant...FBI does not want to disclose the ▉▉▉▉ (understandably so). *[handwritten: "(Tracking Device)"]*

we need as much info (Accurint, IDRS, etc) on the individuals living in apartments 1120, 1122, and 1124 at the Domicilio Apartments at 431 El Camino Real, Santa Clara, CA 95050.  If you have any questions please call me.

Thanks,

We will keep you updated on our progress.

*Denise L Medrano*
*Special Agent*
*Phoenix Field Office*
▉▉▉▉▉▉▉

*[handwritten: "1) too many results on Accurint"]*

REDACTED DOCUMENT
FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS
FOR REQUESTED IN CAMERA INSPECTION
CR08-814-PHX-DGC

⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇
⬇ <u>REDACTED DOC. 03</u> ⬇

Summary of rough notes by AUSA Frederick A. Battista taken while he was involved in the investigation to locate the aircard: **(1)** "T. Daun - Got the materials she sent me working on Hacker XXX (pleadings requesting authority to use equipment to located the subject aircard)." (Date: June 26, 2008; mistakenly dated June 26, 2010); **(2)** *(a)* "Jeff Nedrow to me R 41 applies to XXX (equipment to located the subject aircard) in NDCA."; *(b)* "Verizon Re Hacker XXX (matters related to pleadings requesting authority to use equipment to located the subject aircard and/or the actual procedures) / Photos of Payment of Acct."; and *(c)* "Verizon Sub for Hacker Surv. Photos of payment of account." (Date: June 27, 2008; mistakenly dated June 27, 2010)."; **(3)** *(a)* "Logan (Immediate Supervisor Steve Logan) Re Hacker Case and 2703 issue. (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(b)* "Sukenic Re Hacker Case & 2703 issue (This relates to the matter noted in the retroactive 2703(d) application and order.)"; and *(c)* "Eckenweiler (Mark Eckenwiler) re 2703 issue. (This relates to the matter noted in the retroactive 2703(d) application and order.)" (Date: July 7, 2008); **(4)** "R. Murray - To me XXX (draft document). Need 2nd order 2703(d) for additional data." (Date: July 10, 2008); **(5)** *(a)* "2703(d) order & app Final & Signed by LOA - Hacker (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(b)* "R. Murray Re 2703(d) App & order. (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(c)* "D. Medrano Re 2703(d) App & order. (This relates to the matter noted in the retroactive 2703(d) application and order.)"; *(d)* "S. Logan (Immediate Supervisor Steve Logan) - OK to file Hacker 2703(d) Retroactive App & order."; *(e)* "Hacker 2703(d) order sent to Susan Stuart w/ AZ MJ ct. Advance copy for MJ's review. (Retroactive order) LOA. Also sent to Vickie Guidas w/ LOA. (MJ - Magistrate Judge.)"; *(f)* "H. Sukenic - Please call me. (This relates to the matter noted in the retroactive 2703(d) application and order.)" (Date: July 9, 2008); **(6)** "R. Murray to me - Historical Cell Data Received on 7/13 EM (e-mail) to me." (Date: July 13, 2008); **(7)** "D. Medrano - Cell Site Info Rec'd." (Date: July 14, 2008); **(8)** "T. Daun - any word from AT&T Re XXX (type of equipment to located the subject aircard) for phone on Rental App? Resp. - no word." (Date: July 25, 2008); (ITEM No. 1 of September 24, 2010 discovery set [p. 2-5]);

Redacted Summary of Personal Notes for AUSA Fred Battista From June 20, 2008 to August 4, 2008, Re: <u>United States v. Daniel David Rigmaiden, et al.</u>, CR-08-814-PHX-DGC.

6/20/08

J. Wilson to me Re Hacker case - Print Results pending.  A Debit card has been connected to Bullion Direct.  Working on Sub. Req.  ATM pull and P.O. money orders lead to req.

6/24/08

D. Medrano - Thanks for new ATM photos in Rigmaiden.  (Notation made after the arrest and identification of Rigmaiden.)

R. Murray - if you're at the 3:00 Hacker mtg I can bring the latest Verizon subpoena to him.

USAO Support Staff - New Sub. Req to Verizon in Rigmaiden (notation made after the arrest and identification of Rigmaiden).

J. Wilson - will you be at the next Hacker meeting and will you have the fingerprint results?

6/26/10

T. Daun - Got the materials she sent me working on Hacker XXX (pleadings requesting authority to use equipment to located the subject aircard).

6/27/10

Jeff Nedrow to me R 41 applies to XXX (equipment to located the subject aircard) in NDCA.

Verizon Re Hacker XXX (matters related to pleadings requesting authority to use equipment to located the subject aircard and/or the actual procedures) / Photos of Payment of Acct.

Verizon Sub for Hacker Surv. Photos of payment of account.

R. Patrick (AUSA Rich Patrick) - Request for me to appear in State Ct in order to appear on behalf of CI (insert CI-1) in Hacker case.

R. Patrick - no sub req's for my appearance in State Ct.  Just Diane's (United States Attorney) or Ann Harwood's (First Assistant) approval.

7/7/08

Logan (Immediate Supervisor Steve Logan) Re Hacker Case and 2703 issue.  (This relates to the matter noted in the retroactive 2703(d) application and order.)

Sukenic Re Hacker Case & 2703 issue  (This relates to the matter noted in the retroactive 2703(d) application and order.)

Eckenwiler (Mark Eckenwiler) re 2703 issue.  (This relates to the matter noted in the retroactive 2703(d) application and order.)

Medrano Re Hacker case.

Murray Re Hacker case.

USA Support Staff - Please process this urgent Sub. Req. To Verizon Wireless in the Hacker case.  T. Rupard SSN 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.

7/9/08

2703(d) order & app Final & Signed by LOA - Hacker  (This relates to the matter noted in the retroactive 2703(d) application and order.)

R. Murray Re 2703(d) App & order.  (This relates to the matter noted in the retroactive 2703(d) application and order.)

D. Medrano Re 2703(d) App & order.  (This relates to the matter noted in the retroactive 2703(d) application and order.)

S. Logan (Immediate Supervisor Steve Logan) - OK to file Hacker 2703(d) Retroactive App & order.

Hacker 2703(d) order sent to Susan Stuart w/ AZ MJ ct.   Advance copy for MJ's review.  (Retroactive order) LOA.  Also sent to Vickie Guidas w/ LOA.  (MJ - Magistrate Judge.)

H. Sukenic - Please call me.  (This relates to the matter noted in the retroactive 2703(d) application and order.)

7/10/08

R. Murray - To me XXX (draft document).  Need 2nd order 2703(d) for additional data.

7/11/08

Defense Counsel for CI-1 - I am working on approval to allow me to speak at CI-1's sent. in Hacker case - we'll speak on Monday.

7/13/08

R. Murray to me - Historical Cell Data Received on 7/13 EM (e-mail) to me.

7/14/08

D. Medrano - Cell Site Info Rec'd.

Medrano, Murray, Fleischmann & Daun - Santa Clara U + (unintelligible).

Rec'd Approval to Appear in CI-1 case in State Court.

7/16/08

To Prosecutor Re CI-1 case - Just to confirm - same Ct, Same Time, but now on XXX (CI-1) Rigmaiden (Prosecutor w/ XXX).  (Notation made after the arrest and identification of Rigmaiden.)

7/17/08

Murray to me - Courier & Brawner look like the same guy.

Murray to me - Male in Verizon store at 9:30 AM looks like Hacker target.

Murray to me - Maples near Brawner checks out.  Looks like Brawner w/fake DL is the one. (Hacker) Next E-M (e-mail) Brawner has a parking spot but appears no car.  No storage in complex.

USAO Support Staff to me. Fed Ex Pkg From USAO to SA William Ng in Campbell, CA - Hacker case.  79935340060.  Also sent to SA R, Murray as an FYI.

Medrano to me - a Sub Req. For cable /internet service to Hacker's Santa Clara Apt. & Req can it still be done?

7/24/08

T. Daun Re AT&T sub - Re Hacker Cell.

J. Wilson Re Hacker prints from UC del. & Apt. Rental Apl.

3

R. Murray to me - Thanks for Apt. Door use analysis in Rigmaiden.   (Notation made after the arrest and identification of Rigmaiden.)

Team Hacker & W. Ng - Gate analysis for Hacker Apt complex sent to team via e-mail.  (Team Hacker is Law Enforcement officers Medrano, Fleischmann, Murray, Daun and Wilson.)
7/25/08

T. Daun - any word from AT&T Re XXX (type of equipment to located the subject aircard) for phone on Rental App?  Resp. - no word.

Daun - No Resp w/ AT&T Sub.

Defense counsel for CI-2 - I'll talk to you about return of CI-2's computers on 8/4 or after.

8/1/08

Hacker Case Campbell CA

8/3/08

Travel to Campbell CA.

8/4/08

Hacker IA in San Jose.

3rd SW for Hacker Apt. (Pkg).

SW Pkg for Storage Unit & cover letter to ct.

⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇
⬇ <u>REDACTED DOC. 04</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Page No. 1 of rough notes prepared by FBI Agent Richard J. Murray RE: (1) no cell site data for aircard via Pen/Trap device unless you call into the card; (2) no capability to separate data communications from call-identifying information for an aircard (prosecution added 9/20/2010 notation reading "Incorrect"); (2) "contact information for personnel related to the device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (3) "Contact info for a data intercept representative FBI" (prosecution 9/20/2010 label of redacted material); and (4) "Generic term for device used to locate air card" (prosecution 9/20/2010 label of redacted material); (Notes date: June 27, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 290]);

→ Related to unused
investigation technique

device used to locate
air card

800-
451 5242

Court orders.

6/27

Pen trap trace
no cell site data.

contact info for
a data intercept
representative
FBI

(Incorrect) You have to call into the card.

No capability to split data.

MARCO DENTON. #3  7-4 M-F. EASTERN.

Grant-

Contact information
for personnel related
to the device used
to locate the air
card.

Phone
number

Erez Lieberman — AUSA.

TONY   DICLEMENTE →
                    SECTION

(FBI Section Chief)

EREZ.

⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇
⬇ <u>REDACTED DOC. 05</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Page No. 4 of rough notes prepared by FBI Agent Richard J. Murray RE: "Privileged material RE the location of the aircard mission" (prosecution 9/20/2010 label of redacted material); (Notes date: June 30, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 293]);

~~[illegible]~~ [Phone # w/ 602 Area code]

SUBPOENA.
75.209.101.132     3/26/08
75.208.105.186     3/1/08
75.209.41.104      3/5/08.

UTS PC 5750 ▰▰ DIG.

Privileged material Re
the location of
the aircard
mission.

↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓
↓ REDACTED DOC. 06 ↓

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Page No. 5 of rough notes prepared by FBI Agent Richard J. Murray RE: telephone call discussing "Privileged material Re the mission to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Notes date: July 5, 2008); (ITEM No. 8 of September 24, 2010 discovery set [p. 294]);

430749. — MAILED OUT JUNE 16TH. — OUT TODAY

PAULETTE.
MATT—   RETURNS ON MONDAY - SHOULD BE DONE.

270691733         NOT DONE
            TRAV
    CASE# 435,476—         Left msg.

Privileged material
Re the mission
to locate
the
aircard.

Investigative Technique
   not used                    7/3/08 - Tel call.

MARCO DENTON.
FBI EQUIPMENT IN PLACE?

CELLPHONE TRAP/TRACE
AIRCARD TRAP/TRACE - WHAT RESULTS ARE PRODUCED?
TOWER DATA - HOW IS THIS REQUESTED.

NEXT WK - MARCO NOT IN.

9 AM - BRIAN MARCUS

unrelated to this case.

⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇
⬇ <u>REDACTED DOC. 07</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Jeffrey H. Willert RE: the government prepared court orders to do a Trap & Trace/Pen Register and Warrant so that the FBI can use its "device to locate the aircard" (prosecution 9/20/2010 label of redacted material) to triangulate down on the aircard; (Email sent date: July 7, 2008 9:35am); (ITEM No. 3 of September 24, 2010 discovery set [p. 68-69]);

## Daun Tracy L

**From:** Willert Jeffrey H
**Sent:** Monday, July 07, 2008 11:37 AM
**To:** Daun Tracy L
**Subject:** RE: AMAT & Case Update



Jeff

**Jeffrey H. Willert**
**SSA - CIS, Southern Pacific Area**
**Laguna Niguel, CA**
**IRS - CI - Electronic Crimes Program**

*non-technical term*
*similar to the*
*language in the*
*"Wilson Report"*

*device to locate*
*the air card*

**From:** Daun Tracy L
**Sent:** Monday, July 07, 2008 9:35 AM
**To:** Willert Jeffrey H
**Subject:** AMAT & Case Update

Jeff,

The case agents [redacted] FBI, and AUSA worked all weekend to get the court orders prepared to do a Trap & Trace/Pen Register and Warrant.  Both of these will allow FBI to use their [redacted] to triangulate down on the hacker's broadband access card with Verizon in San Jose.

Please let me know if you have any questions!

Thanks!

Tracy L. Daun
Special Agent, CIS

01/19/2010

IRS-CI



Phoenix AZ  85012

01/19/2010

⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇
⬇ <u>REDACTED DOC. 08</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Constance M. Davis (CI-FDC) and CC'd to Andy (Andrea) Chavez (CI-FDC), and IRS-CI Agent Michael P. Fleischmann RE: the government is in the process of setting up a "device to be used to locate the aircard" (prosecution 9/20/2010 label of redacted material) on the Verizon Wireless aircard account; (Email sent date: July 7, 2008 2:39pm); (ITEM No. 3 of September 24, 2010 discovery set) [p. 66-67];

**Fleischmann Michael P**

| | |
|---|---|
| **From:** | Davis Constance M (CI-FDC) |
| **Sent:** | Monday, July 07, 2008 7:58 PM |
| **To:** | Medrano Denise L |
| **Cc:** | Chavez Andy (Andrea) (CI-FDC); Fleischmann Michael P |
| **Subject:** | RE: Update & Request |
| **Attachments:** | Blank Bkgrd.gif |

Denise, per my response earlier to you today, no new returns filed.

I'm using your spreadsheet to maybe identify something new.

*Constance M Davis*
*Investigative Analyst*

████████████████████

---

**From:** Medrano Denise L
**Sent:** Monday, July 07, 2008 2:39 PM
**To:** Davis Constance M (CI-FDC)
**Cc:** Chavez Andy (Andrea) (CI-FDC); Fleischmann Michael P
**Subject:** Update & Request

Connie,

1. can you please verify if the hacker has filed any tax returns since June 23, 2008?  This information I need as soon as possible.  This will help in us in obtaining a court order for the hacker's IP Address.

2. Attached is a spreadsheet of the account holder information for all of the accounts that I have received subpoenaed information.  It is not complete, as I am still receiving information.  However, I thought you may be able to play around with some of the information.  Hopefully it will lead to indentifying other returns and/or accounts.

Where we are at....

We strongly believe that we have identified the "Hacker."  The AFDC identified 4 returns with IP addresses leased to an individual using the name "Travis Rupard."  The IP addresses are owned by Verizon Wireless.  We have followed up on the subscriber information and it appears that "Travis Rupard" used a fake DL to open a PO Box located in San Jose, California.  It also appears that the real Travis Rupard lives in Texas.

We are in the process of trying to set up a ████████████████
on the Rupard Verizon account.  Hopefully this will lead us right
to our Hacker.

*device to be used to locate the aircard.*

03/02/2010



*Internal communications/
Logistics*

Denise L Medrano
Special Agent
Phoenix Field Office

03/02/2010

⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇
⬇ <u>REDACTED DOC. 09</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Jeff N. Nedrow (N.D.Cal.) RE: there is a problem considering the illegally obtained aircard destination IP addresses are being relied upon by the government to seek authority to use "equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material) and nothing should be filed until the matter is resolved; (Email sent date: July 7, 2008 5:52pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 7]);

**Battista, Fred (USAAZ)**

| | |
|---|---|
| From: | Battista, Fred (USAAZ) |
| Sent: | Monday, July 07, 2008 5:52 PM |
| To: | Nedrow, Jeff (USACAN) |
| Subject: | RE: Latest From Arizona |

*[handwritten: relates to matter addressed by 2703 retroactive order.]*

OEO just advised us that there is an issue with the information we are relying on to seek the ~~█████~~ Please do not file anything until we can get this cleared up. The challenges in this case never seem to end.

7/7/08   *[handwritten arrow: equipment used to locate the aircard.]*

-----Original Message-----
From: Nedrow, Jeff (USACAN)
Sent: Monday, July 07, 2008 2:44 PM
To: Battista, Fred (USAAZ)
Subject: RE: From Arizona - Just Checking . . .

~~████████████████████████████████████████████~~

Thanks Jeff N.

Sent by Good Messaging (www.good.com)

-----Original Message-----
From: Battista, Fred ~~████~~
Sent: Monday, July 07, 2008 05:16 PM Eastern Standard Time
To: Nedrow, Jeff ~~████~~
Subject:   From Arizona - Just Checking . . .

~~████████████████████████████████████████████~~

*[handwritten: internal privileged communications. no factual material.]*

↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓
↓ <u>REDACTED DOC. 10</u> ↓

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from Albert A. Childress to Brad Taylor – CI and CC'd to Dawn N. Mertz, IRS-CI Agent Denise L. Medrano, and IRS-CI Agent Michael P. Fleischmann RE: (1) "Redacted materials are discussions of future search warrant or warrants, planned investigative efforts, and a matter pending approval" (prosecution 9/20/2010 label of redacted material); and (2) The FBI will be able to triangulate the aircard location through "generic term for device used to Locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 11, 2008 10:30am); (ITEM No. 3 of September 24, 2010 discovery set [p. 132-33]);

**Fleischmann Michael P**

| | |
|---|---|
| **From:** | Childress Albert A |
| **Sent:** | Friday, July 11, 2008 10:30 AM |
| **To:** | Taylor Brad - CI |
| **Cc:** | Mertz Dawn N; Medrano Denise L; Fleischmann Michael P |
| **Subject:** | FW: ▓▓▓▓▓▓▓▓▓ |
| **Attachments:** | ▓▓▓▓▓▓▓▓▓ |

*Redacted materials are discussions of a future search warrant or warrants, and planned investigative efforts, and a matter pending approval*

Brad,                                                    CI-2

*generic term similar to the use in the wilson report.*

As you probably know, our investigation on ▓▓▓▓▓▓▓▓▓ and the yet unidentified
"Hacker" is moving rather quickly. ▓▓▓▓▓▓▓▓▓ With this order, the FBI will be able to triangulate
the "Hacker" location through the use of a ▓▓▓▓▓▓▓▓▓

*generic term for device*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At this point, we do not know where the warrant is going to be
executed and we don't have the final details of the triangulation of the Hacker. ▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓

*used to Locate the subject aircard.*

| | |
|---|---|
| **From:** | Fleischmann Michael P |
| **Sent:** | Friday, July 11, 2008 9:22 AM |
| **To:** | Childress Albert A |
| **Cc:** | Medrano Denise L |
| **Subject:** | S ▓▓▓▓▓▓▓▓▓ |

*Redacted items Relate to draft Document - final*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

*has been Released.*

03/02/2010



03/02/2010

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇
⬇ <u>REDACTED DOC. 11</u> ⬇

Paper print-out of email sent from IRS-CI Agent Denise L. Medrano to Albert A. Childress and CC'd to Toni D. Stewart and IRS-CI Agent Michael P. Fleischmann RE: (1) the device used to locate the aircard  was able to narrow the signal to 3 apartments; (2) the government needs to develop independent probable cause to facilitate withholding information about the FBI's device; (3) "operators of the equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material); and (4) "generic description of the equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 6:01am); (ITEM No. 3 of September 24, 2010 discovery set [p. 172]);

## Medrano Denise L

| | |
|---|---|
| **From:** | Childress Albert A |
| **Sent:** | Thursday, July 17, 2008 8:10 AM |
| **To:** | Stewart Toni D; Medrano Denise L |
| **Cc:** | Mertz Dawn N |
| **Subject:** | Research Request - Expedite |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Toni,

Approved for action.

Dawn - FYI.

Thanks,
Al

---

**From:** Medrano Denise L
**Sent:** Thursday, July 17, 2008 6:01 AM
**To:** Childress Albert A
**Cc:** Stewart Toni D; Fleischmann Michael P
**Subject:** Update and Research Request

Al,

*→ operators of the equipment used to locate the aircard*

The ▓▓▓▓▓▓▓ were able to narrow the signal to 3 apartments.  Today, we will be doing as much follow up research as we can.  We need to develop independent probable cause of the search warrant...FBI does not want to disclose the ▓▓▓▓▓▓ (understandably so).

we need as much info (Accurint, IDRS, etc) on the individuals living in apartments 1120, 1122, and 1124 at the Domicilio Apartments at 431 El Camino Real, Santa Clara, CA 95050.  If you have any questions please call me.

Thanks,

We will keep you updated on our progress.

*Denise L Medrano*
*Special Agent*
*Phoenix Field Office*

*↓ generic description of the equipment used to locate the aircard*

REDACTED DOCUMENT
FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS
FOR REQUESTED IN CAMERA INSPECTION
CR08-814-PHX-DGC

⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇
⬇ REDACTED DOC. 12 ⬇

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) RE: the team in San Jose narrowed the search to an occupant of a single apartment and the main effort may be to tie the target to the case without emphasis on "Device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 3:56pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 27]);

Battista, Fred (USAAZ)

**From:** Yen, Shawna (USACAN)
**Sent:** Thursday, July 17, 2008 4:03 PM
**To:** Battista, Fred (USAAZ)
**Subject:** RE: From Fred Battista

Thanks for the update Fred ~~[redacted]~~   *Internal communication.*

---

**From:** Battista, Fred (USAAZ)
**Sent:** Thursday, July 17, 2008 3:56 PM
**To:** Yen, Shawna (USACAN)
**Subject:** RE: From Fred Battista

The team has narrowed the search down to the occupant of a single apartment that was leased by a white male using a false CA Driver's License. We have the rental company's rental file and are now back checking all of the information in the file. The tenant also provided a copy of a tax return to the rental company as proof of employment and means to pay rent that was never filed with the IRS. The main effort now may be to tie the target to the case without emphasis on the ~~[redacted]~~   *(Device used to locate the aircard)*

7/17/08

---

**From:** Yen, Shawna (USACAN)
**Sent:** Thursday, July 17, 2008 2:03 PM
**To:** Battista, Fred (USAAZ)
**Subject:** RE: From Fred Battista

~~[redacted]~~   *(Internal communicatio)*

---

**From:** Battista, Fred (USAAZ)
**Sent:** Thursday, July 17, 2008 2:00 PM
**To:** Yen, Shawna (USACAN)
**Subject:** From Fred Battista

Thank you for the update. The team (at least 6 members) is working furiously in the area to ID the target and which apartment is the target's apartment. I will give you an update by 4:45 PM today as to if we have to go to the MJ on Monday. ~~[redacted]~~   *(Internal discussion re available personnel)*

7/17/08

1

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇
⬇ REDACTED DOC. 13 ⬇

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Steven Logan (N.D.Cal.) RE: the team in San Jose narrowed the search to an occupant of a single apartment and the main effort may be to tie the target to the case without emphasis on "equipment used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Email sent date: July 17, 2008 3:58pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 21]);

**Battista, Fred (USAAZ)**

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) |
| **Sent:** | Thursday, July 17, 2008 3:58 PM |
| **To:** | Logan, Steven (USAAZ) |
| **Subject:** | Hacker Update |

FYI,

The team in San Jose has narrowed the search down to the occupant of a single apartment that was leased by a white male using a false CA Driver's License. We have the rental company's rental file and are now back checking all of the information in the file. The tenant also provided a copy of a tax return to the rental company as proof of employment and means to pay rent that was never filed with the IRS. The main effort now may be to tie the target to the case without emphasis on the █████████

*↳ equipment used to locate the aircard.*

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇
⬇ REDACTED DOC. 14 ⬇

Paper print-out of emails sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista RE: "Internal discussions re how to characterize the device used to locate the aircard in pleadings" (prosecution label of redacted material); (Email sent dates: (1) July 18, 2008 8:35am; (2) July 21, 2008 10:36am); (ITEM No. 2 of September 24, 2010 discovery set [p. 29]);

Battista, Fred (USAAZ)

| | |
|---|---|
| From: | Murray, Richard J. (FBI) |
| Sent: | Monday, July 21, 2008 10:36 AM |
| To: | Battista, Fred (USAAZ) |
| Subject: | Search warrant affidavit language |



-----Original Message-----
From: Murray, Richard J. (FBI)
Sent: Friday, July 18, 2008 8:35 AM
To: Battista, Fred (USAAZ)
Subject: Tracker

Internal discussions re how to
Characterize the device
used to locate the
air card in
pleadings)

1

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇
⬇ <u>REDACTED DOC. 15</u> ⬇

Paper print-out of email sent from FBI Agent Richard J. Murray to AUSA Frederick A. Battista, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, USPIS Inspector James L. Wilson, and IRS-CI Agent Tracy L. Daun RE: "personnel who operated the equipment to locate the aircard" (prosecution 9/20/2010 label of redacted material) were asked to verify the aircard on either July 25, 2008 or July 28, 2008; (Email sent date: July 24, 2008 6:15pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 49]);

Battista, Fred (USAAZ)

*all personnel who operated*

*the [redacted] to locate the aircraft*

Michael.Fleischmann@[redacted]

| | |
|---|---|
| From: | Murray, Richard J. (FBI) |
| Sent: | Thursday, July 24, 2008 6:15 PM |
| To: | Battista, Fred (USAAZ); 'denise.medrano@[redacted] 'JLWilson@[redacted] 'Tracy.Daun@[redacted] |
| Subject: | Re: Pending Investigation |

*Remaining Redacted items are internal communications*

Rent is due at first of month.

The [redacted] have not returned to verify card. I have asked if they can check tomorrow or Monday.

[redacted]

----- Original Message -----
From: Battista, Fred (USAAZ) <Fred.Battista@[redacted]; Murray, Richard J.;
To: Medrano Denise L <Denise.Medrano@[redacted]; Wilson, James L - Phoenix,
Michael.Fleischmann@[redacted]   <Michael.Fleischmann@[redacted]
AZ <JLWilson@[redacted]; Daun Tracy L <Tracy.Daun@[redacted]
Sent: Thu Jul 24 19:44:48 2008
Subject: RE: Pending Investigation

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇
⬇ <u>REDACTED DOC. 16</u> ⬇

Page No. 6 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) aircard connecting on one cell tower 90% of the time and remaining two cell towers 10% of the time; (2) cell tower circles intercept and aircard appears to be not moving; (3) Trap & Trace/Pen register and Search Warrant for "Device used to locate the subject aircard" (prosecution 9/20/2010 label of redacted material); (4) identified block of four apartments – two empty, one 80 year old guy, and one rented by 20 something year old; and (5) started surveillance and trying to find a way to go in; (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 266]);

# DISCOVERY

# September 24, 2010

# ITEM NO. 5

**Redacted Notes from IRS-CI Special Agents Medrano and Daun prepared jointly after the arrest of Daniel David Rigmaiden.  (8 Pages.)**

IP addresses he connected to
which showed him connecting
to identified proxies @ same
time rtns file from the
IP addresses.
(7 hr. diff)
GMT


2703 (d) Order to get historic

Cell Data

Same tower in San Jose
90% - remaining 10% same
2 towers.
Circles intersected
appears not moving

Trap & Trace / Pen Register + SW for
~~[redacted]~~ (& Device used to locate the
subject Aircard)
identified block of 4 apartments.
2 empty
1 80 yo guy
1 20 something

Started surveillance + trying to
find way to go in

⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇
⬇ <u>REDACTED DOC. 17</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Page No. 7 of rough notes prepared by IRS-CI Agent Denise L. Medrano and IRS-CI Agent Tracy L. Daun RE: (1) Domicilio apartment complex provided empty apartment next door to apartment No. 1122, and (2) "Internal deliberations Re characterization of device used to locate the aircard" (prosecution 9/20/2010 label of redacted material); (Notes date: not indicated); (ITEM No. 5 of September 24, 2010 discovery set [p. 260 and 267]);

# DISCOVERY

# September 24, 2010

# ITEM NO. 5

**Redacted Notes from IRS-CI Special Agents Medrano and Daun prepared jointly after the arrest of Daniel David Rigmaiden.  (8 Pages.)**

Apt complex
gate access
trash
provided empty appt next door

[redacted]

the
zircued

Internal deliberations
Re characterization of
device used to locate

There was a
Delayed of 3-wks in getting $ shipment
some him / some us that
allowed research

2nd Ship
≈ 360,000
new set of directions

provided address on Tuesday night
shipped Wed arrived Thursday very early.
→ Assumed plu on Fri  but still
nothing by Sun.

Arrested after foot chase.

⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇
⬇ <u>REDACTED DOC. 18</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent Henry Huntsberry and CC'd to FBI Agent John G. Iannarelli RE: (1) the FBI and "operators of equipment used to locate the subject aircard" (prosecution 11/8/2010 label of redacted material) successfully located the aircard in one of four apartments, and (2) "Reference to a behavioral analysis prepared prior to arrest when defendant Rigmaiden was unidentified" (prosecution 11/8/2010 label of redacted material); (Email sent date: August 13, 2008 3:44pm); (ITEM No. 19 of November 8, 2010 [November 15, 2008 discovery letter] discovery set [p. 170-71]);

**MURRAY, RICHARD J. (AQ) (FBI)**

| From: | HUNTSBERRY, HENRY  (CyD)(FBI) |
| Sent: | Wednesday, August 13, 2008 1:46 PM |
| To: | MURRAY, RICHARD J. (PX) (FBI) |
| Subject: | RE: Case update:  288A-PX-82001 |

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Thanks a ton.  Good work.

SSA Scot Huntsberry
CyD/CIS/CIU-2

| From: | MURRAY, RICHARD J. (PX) (FBI) |
| Sent: | Wednesday, August 13, 2008 3:44 PM |
| To: | HUNTSBERRY, HENRY  (CyD)(FBI) |
| Cc: | IANNARELLI, JOHN G. (PX) (FBI) |
| Subject: | Case update:  288A-PX-82001 |

*operators of equipment used to locate the subject aircard*

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

Scot- Per your request, here is an update on 288A-PX-82001, a joint FBI, IRS-CI and USPIS Phoenix investigation.

This case involves individuals perpetrating a fraudulent bulk tax filing scheme in the millions of dollars against the Internal Revenue Service.  The primary subject is a sophisticated cyber criminal who was indicted in July 2008 in the District of Arizona and arrested on August 3, 2008.  The indictment remains sealed.

In June 2008, investigators identified a Verizon Wireless aircard that the subject was utilizing to submit the fraudulent tax returns and communicate with a CI.  The aircard was subscribed by an individual using a closed box address and a fraudulent identity.

In July 2008, FBI served a 2703(d) order for historical tower data for the aircard.  It was determined that the aircard was primarily used in the San Jose, CA area.

In July 2008, FBI obtained a tracking warrant for the aircard.  FBI ▓ and ▓▓▓▓▓▓▓▓▓▓▓▓ successfully located the aircard in one of four apartments in an upscale apartment complex in Santa Clara, CA near Santa Clara University.  Traditional investigation determined which apartment was being rented by the subject using a fraudulent ID.

In July 2008, surveillance and investigation was unable to place an occupant in the apartment.  No occupant was ever seen, electricity use was minimal and subject only entered the secured access gates every 4 days (approx).  Since the identity of the subject was unknown, agents did not proceed with a search warrant of the apartment in case the subject used the apt only as an off-site to house his computer.

At end of July, a controlled delivery of bulk currency was arranged and shipped to the subject for pickup at a FedEx/Kinkos 24 hour store in Palo Alto, CA.  24 hour surveillance was initiated by FBI, USPIS and IRS-CI on 7/31/2008 on the store and apartment.  On 8/3/2008, an FBI and IRS-CI surveillance team spotted

1

an individual matching the subject's description near the apartment.  After a brief foot surveillance, the subject hid from agents.  After assistance was solicited from a nearby Santa Clara PD marked unit, the subject attempted to flee on foot.  He was detained and arrested.  The subject did not have any ID but was found with keys to the apartment where the aircard was located.  The subject refused to identify himself and refused to talk.

A search warrant executed at the apartment found fraudulent IDs, money "walked" to him in May 2008, a computer, surveillance equipment, clothing worn by the subject in surveillance videos, etc.  A subsequent search warrant executed at a San Jose private storage facility found more fraudulent ID's, gold coins, 70K in cash, etc.  The subject was fully identified by his prints as Daniel David Rigmaiden, dob 9/8/80, who has a criminal history of fraud and drugs.  Subject had two outstanding warrants.  An identity hearing will be held for subject in San Jose later this month.

The SF Division provided extraordinary assistance to FBI Phoenix in this investigation.  This case has been a very high profile matter for IRS-CI. ████████████████████████████████████████
████████

The extent of his cyber background, capabilities and techniques has not yet been determined.  Analysis of his computer is underway.  The subject's personal history and training are still largely unknown.  Investigation is continuing.

Rich Murray
Phoenix

*(handwritten note:)* (Reference to a behavioral analysis prepared prior to arrest when defendant Rigmaiden was unidentified)

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇
⬇ <u>REDACTED DOC. 19</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent Manuel J. Johnson and CC'd to FBI Agent Jimmie J. Daniels, and FBI Agent John G. Iannarelli RE: Brief outline of FBI involvement in this case and "Relates to equipment used to locate the subject aircard" (prosecution 11/8/2010 label of redacted material); (Email sent date: March 22, 2010 12:03pm); (ITEM No. 60 of November 8, 2010 [November 15, 2008 discovery letter] discovery set [p. 343]);

**MURRAY, RICHARD J. (AQ) (FBI)**

| | |
|---|---|
| **From:** | MURRAY, RICHARD J. (AQ) (FBI) |
| **Sent:** | Monday, March 22, 2010 12:03 PM |
| **To:** | JOHNSON, MANUEL J. (PX) (FBI) |
| **Cc:** | DANIELS, JIMMIE J (PX)(FBI); IANNARELLI, JOHN G. (PX) (FBI); MURRAY, RICHARD J. (AQ) (FBI) |
| **Subject:** | Summary of FBI involvement - 288A-PX-82001 |

**UNCLASSIFIED**
**NON-RECORD**

Manuel-  In follow up to our conversation last week, here's a brief outline of FBI involvement in this case.

288A-PX-82001 CASE SUMMARY:  This matter is a joint investigation in conjunction with Internal Revenue Service-Criminal Investigation and the United States Postal Inspection Service into individuals who perpetrated a computerized bulk filing scheme to fraudulently obtain income tax refunds.  Investigation indicates that this group was responsible for the fraudulent filing of 2591 tax returns from 2005 to 2008 claiming approximately $5.5M dollars in returns.  The IRS was successful in stopping more than half of the money claimed in the fraudulent returns.  The FBI opened a computer intrusion case based on suspected violations of 18 U.S.C. 1030 on account of the primary subject's use of proxy computers to submit fraudulent tax returns.  Investigation confirmed that the subject used compromised computers of other individuals without consent in furtherance of his scheme.   Daniel Rigmaiden was identified as the primary subject and leader in this case.  On 08/03/2008, Rigmaiden was identified, located and arrested in Santa Clara, California.  He remains in custody.  The trial date is currently scheduled for April 2010 although this date is likely to be pushed back.

FBI involvement:
- PX Cyber SA assigned to assist in investigation of IP addresses used by the subject and contribute to cyber aspects of the investigation.
- PX Cyber SA conducted IP address analysis with IRS and USPIS agents to link IP addresses used on the fraudulent tax returns to the aircard used by subject.
- Extensive surveillance conducted by Phoenix Cyber SA and numerous SF Division agents in San Jose and Santa Clara CA.
- FBI SF SA observed subject on foot, conducted surveillance with IRS SA and sought assistance from Santa Clara California Police Department officers who arrested subject.
- Analytical support and research by SF support employee.
- FBI PX SA conducted interviews of computer intrusion victims and collected compromised computers with other agents.
- FBI STAO conducted technical analysis of malicious computer scripts found on the subject's computer(s) obtained during search warrant.
- FBI STAO conducted intrusion analysis of compromised computers illegally used by the subject in furtherance of his scheme.  One of the counts of the superseding indictment was for illegally accessing one of the victim's computers.

The subject was located and arrested in Santa Clara California.  San Francisco division provided extensive surveillance assistance in this investigation.  SF ASAC Tom Ravenelle is familiar with the case.

Richard


*Relates to equipment used to locate the subject aircard.*

**UNCLASSIFIED**

1

↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓
↓ <u>REDACTED DOC. 20</u> ↓

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of emails sent between FBI Agent Richard J. Murray, FBI Agent Kevin F. Killigrew, and FBI Agent Lance Leising RE: (1) Verizon Wireless cannot separate tower data from content for an aircard; and (2) FBI Agent Murray plans to call "non-Agent personnel" (prosecution 9/24/2010 label of redacted material) to see if there are any options without using an "investigative technique not used" (prosecution 9/24/2010 label of redacted material); (Email sent dates: (1) June 27, 2008 9:21:47am; (2) June 27, 2008 9:09am); (ITEM No. 4 of September 24, 2010 discovery set [p. 244]);

**Murray, Richard J.**

| | |
|---|---|
| **From:** | Killigrew, Kevin F. |
| **Sent:** | Friday, June 27, 2008 9:09 AM |
| **To:** | Murray, Richard J.; Leising, Lance |
| **Subject:** | Fw: Erf contact |

*"Engineering Research Facility"*

Call ~~██████~~ at ~~████████~~ or ~~████████~~ at ~~██████~~. Or email them at their ic address

*← Non-Agent personnel →*

----- Original Message -----
From: Leising, Lance
To: Killigrew, Kevin F.
Sent: Fri Jun 27 10:42:29 2008
Subject: Fw: Erf contact

See Murray's email below. Do you have an erf contact for him? Thanks. -Lance

SA Lance Leising
FBI
201 E Indianola Ave
Phoenix, AZ 85012
~~██████~~

----- Original Message -----
From: Murray, Richard J.
To: Leising, Lance
Sent: Fri Jun 27 09:21:47 2008
Subject: Erf contact

*Note:*
*→ Incorrect information - tower data was available separate from content.*

The denver agent told me yesterday that verizon wireless can't separate tower data from content for a broadband card. I'd like to call the erf expert and see if there are any options for us without ~~████~~. Could pls email his name and number if you have it. Thanks for helping me on this.

*→ investigative technique not used.*

1

⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇
⬇ REDACTED DOC. 21 ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent William T. Ng to FBI Agent Richard J. Murray RE: an award for the FBI Technically Trained Agent (TTA) who guided the primary case agents from the beginning of the investigation [(the TTA name was redacted by the prosecution on 11/24/2010)]; (Email sent date: September 17, 2008 4:34pm); (ITEM No. 15 of November 24, 2010 discovery set [p. 44-46]);

## MURRAY, RICHARD J. (AQ) (FBI)

| | |
|---|---|
| **From:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Sent:** | Wednesday, October 15, 2008 11:26 AM |
| **To:** | NG, WILLIAM T. (SF) (FBI) |
| **Subject:** | RE: Certificates for SCPD |

**UNCLASSIFIED**
**NON-RECORD**

Will-  They are in the mail.  I'm attaching the narrative summarizing the assistance provided by the officers.  Thanks.



Names for
certificates.doc

| | |
|---|---|
| **From:** | NG, WILLIAM T. (SF) (FBI) |
| **Sent:** | Wednesday, October 15, 2008 10:19 AM |
| **To:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Subject:** | RE: Certificates for SCPD |

**UNCLASSIFIED**
**NON-RECORD**

Thanks Rich.

| | |
|---|---|
| **From:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Sent:** | Tuesday, October 14, 2008 12:16 PM |
| **To:** | NG, WILLIAM T. (SF) (FBI) |
| **Subject:** | RE: Certificates for SCPD |

**UNCLASSIFIED**
**NON-RECORD**

Will-  I have the certificates and will send them to you today or tomorrow.  Thanks for handling this.

I got your voicemail about Rigmaiden.  Hopefully his voluntary transfer is indicative of a willingness to cooperate.  We'll
see.

| | |
|---|---|
| **From:** | NG, WILLIAM T. (SF) (FBI) |
| **Sent:** | Wednesday, September 17, 2008 4:34 PM |
| **To:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Subject:** | RE: Certificates for SCPD |

**UNCLASSIFIED**
**NON-RECORD**

Sure.  Send them to me and I'll ask the ASAC to present them.  I put in a Time-Off award for Karla who helped us with the
various data check already.  I think I'll do one for ▮▮▮▮▮▮ the ▮▮▮▮ TTA, who guided us on Day 1 as well.  Are we
missing anybody?

1

| | |
|---|---|
| **From:** | MURRAY, RICHARD J. (PX) (FBI) |
| **Sent:** | Wednesday, September 17, 2008 4:29 PM |
| **To:** | NG, WILLIAM T. (SF) (FBI) |
| **Subject:** | Certificates for SCPD |

**UNCLASSIFIED**
**NON-RECORD**

Will-  I am going to request Director's Certificates of Appreciation for the officers that assisted in the arrest of Brawner/Rigmaiden.  Once the certificates are completed and sent, would you mind helping me on your end in having the certificates presented by either your SSA or if possible the ASAC?  Thanks.

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

```
Date:  9/23/2008
Case:  288A-PX-82001
```

Names for certificates:

Officer Thuy Luong, Santa Clara Police Department
Officer Dominic Sandoval, Santa Clara Police Department
Officer Nathan Crescini, Santa Clara Police Department
Officer Stephanie Blass, Santa Clara Police Department
Officer Steve Selberg, Santa Clara Police Department

Justification:

FBI, IRS-CI and USPIS Agents had been conducting round-the-
clock surveillance for 4 days in Palo Alto, California and
Santa Clara, California in an attempt to arrest an
individual considered "Armed and Dangerous."  An FBI Agent
on surveillance observed an individual matching the
description of the subject and followed the individual on
foot.  The subject noticed that he was being followed and
attempted to lose the FBI Agent by hiding near a Starbucks
restaurant.  After losing sight of the individual, the FBI
Agent flagged down a Santa Clara Police Department marked
unit in the area and sought PD assistance in locating the
individual.  The PD successfully located the individual who
fled from police on foot.  Santa Clara PD officers pursued
the subject and took him into custody.  The timely and
immediate response by the Officers listed above was
critical to the success of this operation.

⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇
⬇ <u>REDACTED DOC. 22</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Paper print-out of email sent from FBI Agent William T. Ng to FBI Agent Richard J. Murray RE: the number of "warrant/order authorizing the use of the equipment used to locate the subject air card" (prosecution 11/24/2010 label of redacted material); (Email sent date: March 27, 2009 6:19pm); (ITEM No. 18 of November 24, 2010 discovery set);

## Unknown

**From:**           Ng, William T.
**Sent:**           Friday, March 27, 2009 6:19 PM
**To:**             Murray, Richard J.
**Subject:**        RE: Quick Question From Fred Battista

Rich,

Sorry for the late reply - just finished attending the OPD officers' funeral.

We did one for the ▓▓▓▓▓▓▓ and one for the pen register.   So I am thinking two total.

Will

**From:** Murray, Richard J.
**Sent:** Friday, March 27, 2009 12:58 PM
**To:** Ng, William T.
**Subject:** Fw: Quick Question From Fred Battista

Hey Will - Do you recall how many electronic orders you assisted us with in San Jose? I'm thinking the pen register and
▓▓▓▓▓▓▓▓▓▓▓...

**From:** Battista, Fred (USAAZ) <Fred.Battista@usdoj.gov>
**To:** Murray, Richard J.
**Sent:** Fri Mar 27 15:50:01 2009
**Subject:** Quick Question From Fred Battista
How many electronic orders did we obtain in CA?  I have copies of the 1 trap and trace, is that all we did?

warrant/order authorizing the use of the equipment used to locate the subject air card.

2

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇
⬇ <u>REDACTED DOC. 23</u> ⬇

IRS-CI Internal Memorandum (relevant sections) by an unknown author RE: the investigation [(the prosecution made redactions on 10/18/2010 labeled as follows: (1) "the physical location of the hacker," and (2) "Authorization for equipment used to locate the subject air card.  Discussion of prospective investigation")]; (Document date: July 5, 2008); (ITEM No. 3 of October 18, 2010 discovery set [p. 61, 65]);

# DISCOVERY

## October 18, 2010

## ITEM NO. 3

**IRS-CI - Internal Memorandum Dated July 5, 2008.  (5 Pages)**

Since we believe we have identified "the hacker's" true IP address, the FBI is in the process of pursuing

*the physical location of the hacker* (handwritten annotation with arrow)

As discussed above, "the hacker" sent an email to ▮▮▮▮▮ on June 25, 2008, regarding the shipment of a second package.  It ▮▮▮▮▮▮▮▮▮▮ has stated repeatedly that if "the hacker's" instructions are not met, he could disappear at any time.

The identity of "the hacker," the individual responsible for the preparation and filing of the fraudulent tax returns, is still unknown at this time.

4

*→ Authorization for equipment used to locate the subject air card. Discussion of prospective investigation* (handwritten annotation)

REDACTED DOCUMENT
FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS
FOR REQUESTED IN CAMERA INSPECTION
CR08-814-PHX-DGC

⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇
⬇ REDACTED DOC. 24 ⬇

Prosecution memo RE: "FBI E-Mails, dated July 12, 2010 through August 9, 2010, concerning whether or not the operators of the equipment used to locate the subject aircard have notes. (1 Summary Page Released and 5 Pages Withheld)"; (Email sent dates: July 12, 2010 through August 9, 2010); (ITEM No. 21 of November 24, 2010 discovery set);

# DISCOVERY

## November 24, 2010

## ITEM NO. 21

**FBI E-Mails, dated July 12, 2010 through August 9, 2010, concerning whether or not the operators of the equipment used to locate the subject aircard have notes.  (1 Summary Page Released and 5 Pages Withheld)**

Internal e-mail communication — FBI

7/12-7/22/2010 — E-mail Date Range

On 7/12/2010, FBI SA William T. Ng advised FBI SA Richard J. Murray that one of the operators of the equipment used to locate the subject aircard does not have any notes and is required to expunge the database upon completion of the work.

Internal e-mail communication — FBI

8/9/2010 — Date of E-mail

On 8/09/2001, one of the operators of the equipment used to locate the subject aircard advised SA Richard J. Murray that he did not believe he had any notes or a file regarding his work in this case and would check for him. Via a subsequent phone call, the operator advised there were no notes.

Internal e-mail communication — FBI

8/8-8/9/2010 — E-mail date range

On August 9, 2010, one of the operators of the equipment used to locate the subject aircard noted in the July 22, 2010 e-mail who operated the equipment used to locate the subject aircard reconfirmed that he had no notes in this case.

Factual materials contained in
FBI internal e-mails set forth
above.

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇
⬇ <u>REDACTED DOC. 25</u> ⬇

FBI Internal Document Summary, drafted by FBI Agent William T. Ng RE: agents were able to locate the apartment unit where the subject is located; [(the prosecution made a redaction on 11/29/2010 labeled as "equipment used to locate the subject aircard")]; (Document date: July 22, 2008); (ITEM No. 4 of November 29, 2010 discovery set [p. 69]);

The analyst who extracted the Internet histories noted that There was a definite switch to using Firefox during the dates 2/12/08 - 3/3/08. Internet Explorer was used from 1/4/08 - 2/5/08 and from 3/12/08 -3/27/08.

The complete results of the analysis are documented in the enclosed IAU Technical Analysis Report.  Based on this information, this lead is considered covered.

The information contained within was derived using reverse engineering techniques, analytical methods, scripts and/or tools which **may not** be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel before any information contained herein is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery or trial.

**[Note: The disc attached to this report contains the personal internet history of the victim and is being withheld.  The IAU Technical Analysis Report is produced and is not being withheld. ]** — Serial #245 Item #7

Date: 7/22/2008
Drafted by: William Ng
Subject: Using **[equipment used to locate the subject aircard]**, agents were able to locate the apartment unit where the subject is located.  However, surveillance at this location has been unsuccessful in confirming whether the subject is physically located at this apartment unit; and thus prohibiting agents from establishing the subject's true identity.

⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇
⬇ REDACTED DOC. 26 ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

FBI Internal Document Summary, drafted by FBI Agent William T. Ng, Serial: 228 RE: providing FBI Agent Richard J. Murray with a CD containing data relating to the aircard locating mission; [(the prosecution made redactions on 11/29/2010 labeled as follows: (1) "[the mission to locate the subject aircard)]"; (2) "[the mission to locate the subject aircard)]"; (3) "[the individuals who operated the equipment used to locate the subject aircard"; (4) "[an operation to locate the subject aircard]"; (5) "[the individuals who operated the equipment used to locate the subject aircard]"; (6) "[operation to locate the subject aircard]"; and (7) "[the mission to locate the subject aircard]"]; (Document date: July 26, 2009); (ITEM No. 4 of November 29, 2010 discovery set [p. 65]);

818-359-6515
Used by subject to call Ian, David, Giacomo
562-618-6799
Used by subject to call Ian, David and Giacomo.  Note: The mobile telephone
with this number was found in the subject's apartment on 08/03/2008 when the
subject was arrested and his apartment searched.

**[REDACTED: Prospective Investigation materials]**

Known aliases used by Rigmaiden include Christopher Scott Graham, Steven
Travis Brawner, Patrick Stout, Travis Rupard and Daniel Aldrich.  **[REDACTED: Prospective
Investigation materials]**

The best known address for Gomiero comes from his California Driver's
License **[REDACTED]** and is **[REDACTED]**.  This is also the most current address per
Choicepoint records.  No telephone number was located at that address.

Date: 07/26/2009
Drafted by: William Ng
Serial: 228

**Synopsis:**  To provide Special Agent (SA) Richard Murray with a Compact Disc (CD) which
contains relevant data for **[the mission to locate the subject aircard]** of telephone number (415)
264-9596.

**Enclosure(s):**  An FD-340 envelope with one CD containing relevant data for **[the mission to
locate the subject aircard]** of telephone number (415) 264-9596.

**Details:**  On July 16, 2008, **[the individuals who operated the equipment used to locate the
subject aircard]** assisted Phoenix with conducting **[an operation to locate the subject aircard]**
a real-time cellular tracking operation, for the captioned case.

In or about April 2009, **[the individuals who operated the equipment used to locate the
subject aircard]** provided SA William Ng with a CD which contains relevant data for
the above **[operation to locate the subject aircard]**.  Therefore, this CD is being forwarded to
SA Murray for permanent storage or whatever action deemed appropriate.

<u>PHOENIX</u>
<u>AT PHOENIX, ARIZONA</u>

Enclosed for Phoenix is one CD containing relevant data for [the mission to locate the subject
aircard] of telephone number (415) 264-9596.  This CD is being provided for permanent storage
or whatever action deemed appropriate.

REDACTED DOCUMENT
FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS
FOR REQUESTED IN CAMERA INSPECTION
CR08-814-PHX-DGC

↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓
↓ REDACTED DOC. 27 ↓

Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen (N.D.Cal.) and AUSA Jeff Nedrow (N.D.Cal.) RE: (1) the initial cell site data spawned a search around San Jose International Airport and Santa Clara University; and (2) "All redacted materials relate to internal communications regarding investigation plans and court documents re the aircard mission & search warrant." (prosecution 9/20/2010 label of redacted material); (Email sent date: July 14, 2008 10:41am); (ITEM No. 2 of September 24, 2010 discovery set [p. 9-10]);

**Battista, Fred (USAAZ)**

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) |
| **Sent:** | Monday, July 14, 2008 10:41 AM |
| **To:** | Yen, Shawna (USACAN); Nedrow, Jeff (USACAN) |
| **Subject:** | RE: PHX Update |

*[handwritten:]* Based on cell tower map w/ circles.

The initial Cell Site data is in, we are now looking at the area around San Jose International Airport and Santa Clara University. We will keep you posted.

*[handwritten:]* investigation Plans and court documents re the execution of search warrant.

All redacted materials relate to internal communications regarding

**From:** Yen, Shawna (USACAN)
**Sent:** Friday, July 11, 2008 4:40 PM
**To:** Battista, Fred (USAAZ)
**Subject:** RE: Signed Documents

*[redacted]*

Thanks and good luck!   Shawna

**From:** Battista, Fred (USAAZ)
**Sent:** Friday, July 11, 2008 4:18 PM
**To:** Yen, Shawna (USACAN); Nedrow, Jeff (USACAN)
**Cc:** Murray, Richard J. (FBI); Denise Medrano (*[redacted]*); Fleischmann Michael P; Daun Tracy L
**Subject:** RE: Signed Documents

*[handwritten:]* Same as above

*[redacted]*

1





7/11/08

**From:** Yen, Shawna (USACAN)
**Sent:** Friday, July 11, 2008 12:31 PM
**To:** Battista, Fred (USAAZ)
**Subject:** last versions

⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇
⬇ <u>REDACTED DOC. 28</u> ⬇

*REDACTED DOCUMENT*
*FIRST SUBMISSION OF REDACTED AND SUMMARIZED DOCUMENTS*
*FOR REQUESTED IN CAMERA INSPECTION*
*CR08-814-PHX-DGC*

Summary of the contents of an FBI folder containing communications between the FBI and Verizon Wireless relating to the aircard locating mission; (ITEM No. 2 of June 29, 2011 discovery set);

## MISCELLANEOUS SUPPLEMENTAL DISCOVERY

June 29, 2011

Item No. 2

Item 2 - Request for any communications between the operators of the equipment used to locate the subject aircard and Verizon Wireless. - Enclosed please find a summary provided by the FBI regarding additional information regarding this request.  (2 Pages.)

In summary, the FBI Notes as follows:

First, the following information is not contained within a "file" within the definition of the FBI's standard system of records.  The information is contained in an unofficial folder that one of the FBI employees who supported the team who operated the subject equipment used to locate the subject aircard.  The file was kept by the support staff in order to kept to assist her in handling the court Order with Verizon.  The FBI advises that the folder contains a series of fax cover sheets which are summarized as follows:

08/25/2008: From FBI staff member to Verizon; note section asked Verizon to cancel target (415) 264-9596

07/14/2008: From FBI staff member to Verizon; note section states the fax is an amended list of contact Tech Agents.

07/11/2008: From FBI staff member to Verizon; note section asked Verizon to provide current subscriber info.  This fax cover was re-sent a second time.

07/11/2008: From FBI staff member to Verizon; note section indicates the Court Order CR-08-90331 for target (415) 264-9596 is attached and to call if there were questions.  This fax was re-sent a second time.

There are two hand-written notes in the folder.  One dated 07/14/2008 states the FBI staff member called Verizon employee "Chris" to confirm the Order is for pen register information and not content.  The second, also dated 07/14/2008, notes a telephone call to Verizon employee "Venetta" who first said the Order was entered on 07/12/2008, and then said she didn't receive it (the Court Order).

The folder contains a copy of the court order.

The folder contains copies of the target number subscriber information Verizon provided pursuant to the Court Order.  This information is proprietary information and law enforcement sensitive, and will not be released.

Finally, the folder  contains Verizon's CALEA form titled, "Electronic Surveillance Worksheet." At the bottom, a disclaimer states, "VZW Proprietary.  Use Pursuant to Conpany [sic] Policies and Procedures Ver1.07.02."   The CALEA document must accompany any court order submitted to Verizon.  It contains the FBI's contact personnel and billing information, the target number, and states that the order is a pen register/trap & trace.   This document contains information which is classified and cannot be released or made public.

The FBI is asserting the law enforcement privilege over the unclassified portion of the information withheld as noted above.  Additionally, some of the information that may be responsive is classified, and therefore, cannot be produced absent a CIPA proceeding.