# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>  Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE NON-STANDARD MOTION FOR DISCOVERY |

This matter is before the Court pursuant to the defendant's *Motion For Leave To File Non-Standard Motion For Discovery* with respect to his *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The Government Based On A Claim Of Privilege.*

There being good cause shown, the Court will grant the defendant's motion.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this ____ day of _____, 20____.

- 1 -