United States of America

vs.

Daniel David Rigmaiden, et al.

Case Number CR 08-814-PHX-GGC

Lodged Proposed

MOTION FOR DISCLOSURE OF ALL
RELEVANT AND HELPFUL EVIDENCE
WITHHELD BY THE GOVERNMENT
BASED ON A CLAIM OF PRIVILEGE

```
Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | MOTION FOR DISCLOSURE OF ALL |
|  | ) | RELEVANT AND HELPFUL EVIDENCE |
| vs. | ) | WITHHELD BY THE GOVERNMENT |
|  | ) | BASED ON A CLAIM OF PRIVILEGE |
| Daniel David Rigmaiden, | ) |  |
|  | ) | ORAL ARGUMENT REQUESTED |
| Defendant. | ) |  |
| _____ | ) |  |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully submits this *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The Government Based On A Claim Of Privilege* (hereafter "Motion For Discovery"). Through this motion, the defendant respectfully requests that the Court **(1)** order the government to disclose all evidence listed in the attached *Submission Pursuant To LRCiv 37.1* and all other evidence that may be relevant and helpful to the issues of suppression and dismissal for destruction of evidence, **(2)** perform an *in camera* inspection of the unredacted/unsummarized versions of the 28 redacted/summarized documents attached to the defendant's *First Submission Of Redacted And Summarized Documents For Requested In Camera Inspection* (Dkt. #588), and **(3)** perform an in camera inspection of all other evidence being requested through this filing that the Court may not order the government to disclose based off of this filing alone.  In lieu of disclosure of the requested evidence, the defendant respectfully requests that the Court order the government to either **(1)** provide substitute evidence or summaries of evidence that will prove the facts and satisfy the waivers contained in the attached *Submission Of Proposed Stipulations*, or **(2)** alleviate the defendant's need for the withheld

-1-

evidence by exercising its option to stipulate to all facts and waivers contained in the attached *Submission Of Proposed Stipulations*.

This motion is supported by the memorandum of points and authorities, *Submission Of Proposed Stipulations*, *Submission Pursuant To LRCiv 37.1*, and *Statement Pursuant To LRCiv 7.2(j)* attached hereto and incorporated by this reference.

This motion and all attachments were drafted and prepared by the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all attachments on his behalf using the ECF system. The defendant is appearing pro se and has never attended law school. The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S. 519, 520 (1972).

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion of of an order based thereon."

RESPECTFULLY SUBMITTED July 29, 2011

>PHILIP A. SEPLOW, ESQ., Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:
>
>By: s/Philip A. Seplow
>Philip A. Seplow, Esq.
>Shadow Counsel for Defendant

CERTIFICATE OF SERVICE

I certify that on July 29, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By:s/Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant, See ECF prooc. I(D) and II(D)(3))