**STATEMENT PURSUANT TO LRCiv 7.2(j)**

**MOTION FOR DISCLOSURE OF ALL RELEVANT AND HELPFUL EVIDENCE WITHHELD BY THE GOVERNMENT BASED ON A CLAIM OF PRIVILEGE**

I, Daniel David Rigmaiden, hereby certify that after personal consultation (via written correspondence) and sincere effort, the parties were unable to satisfactorily resolve the discovery issues addressed in the accompanying memorandum.  The discovery process and communications were lengthy as outlined in the accompanying *Submission Pursuant To LRCiv 37.1*.  I also provided the government with proposed stipulations, listed in the accompanying *Submission Of Proposed Stipulations*, that would alleviate my need for the requested evidence—other than evidence relating to the specific wireless device locators used to locate the aircard.  The government failed to provide the requested evidence and did not agree to any of the proposed stipulations.

Date: July 26, 2011

s/ Daniel Rigmaiden
Daniel David Rigmaiden
Pro Se, Defendant.

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///

- 1 -

STATEMENT PURSUANT TO LRCiv 7.2(j) MOTION FOR DISCLOSURE OF ALL RELEVANT AND HELPFUL EVIDENCE WITHHELD BY THE GOVERNMENT BASED ON A CLAIM OF PRIVILEGE CR08-814-PHX-DGC