# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-01-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE NONSTANDARD MOTION FOR DISCOVERY |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to the defendant's *Motion For Leave To File Non-Standard Motion For Discovery* with respect to his *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The Government Based On A Claim Of Privilege*.

There being good cause shown, the Court will grant the defendant's motion.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on July 29, 2011, for a total of 14 days.

DATED this 11th day of August, 2011.

_____
David G. Campbell
United States District Judge

-1-