1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF ARIZONA**

9  United States of America,        )   Case No. CR 08-0814-PHX-DGC
                                     )
10           Plaintiff,              )   MOTION FOR DISCLOSURE OF ALL
                                     )   RELEVANT AND HELPFUL EVIDENCE
11     vs.                           )   WITHHELD BY THE GOVERNMENT
                                     )   BASED ON A CLAIM OF PRIVILEGE
12 Daniel David Rigmaiden,           )
                                     )   ORAL ARGUMENT REQUESTED
13           Defendant.              )
   _____   )
14

15         Defendant, Daniel David Rigmaiden, appearing pro se, respectfully submits this

16 *Motion For Disclosure Of All Relevant And Helpful Evidence Withheld By The Government Based*

17 *On A Claim Of Privilege* (hereafter "Motion For Discovery"). Through this motion, the defendant

18 respectfully requests that the Court **(1)** order the government to disclose all evidence listed in the

19 attached *Submission Pursuant To LRCiv 37.1* and all other evidence that may be relevant and

20 helpful to the issues of suppression and dismissal for destruction of evidence, **(2)** perform an *in*

21 *camera* inspection of the unredacted/unsummarized versions of the 28 redacted/summarized

22 documents attached to the defendant's *First Submission Of Redacted And Summarized Documents*

23 *For Requested In Camera Inspection* (Dkt. #588), and **(3)** perform an in camera inspection of all

24 other evidence being requested through this filing that the Court may not order the government to

25 disclose based off of this filing alone.  In lieu of disclosure of the requested evidence, the defendant

26 respectfully requests that the Court order the government to either **(1)** provide substitute evidence

27 or summaries of evidence that will prove the facts and satisfy the waivers contained in the attached

28 *Submission Of Proposed Stipulations*, or **(2)** alleviate the defendant's need for the withheld

                                          -1-

1  evidence by exercising its option to stipulate to all facts and waivers contained in the attached
2  *Submission Of Proposed Stipulations*.

3  This motion is supported by the memorandum of points and authorities, *Submission Of*
4  *Proposed Stipulations*, *Submission Pursuant To LRCiv 37.1*, and *Statement Pursuant To*
5  *LRCiv 7.2(j)* attached hereto and incorporated by this reference.

6  This motion and all attachments were drafted and prepared by the *pro se* defendant,
7  however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all attachments
8  on his behalf using the ECF system. The defendant is appearing pro se and has never attended law
9  school. The defendant's filings, however inartfully pleaded, must be liberally construed and held to
10 less stringent standards than formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S.
11 519, 520 (1972).

12 LRCrim 12.2(a) requires that the undersigned include the following statement in all
13 motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
14 motion of of an order based thereon."

15 RESPECTFULLY SUBMITTED July 29, 2011

16 　　　　　　　　　　　　　　　　　　PHILIP A. SEPLOW, ESQ., Shadow Counsel, on
　　　　　　　　　　　　　　　　　　　behalf of DANIEL DAVID RIGMAIDEN,
17 　　　　　　　　　　　　　　　　　　Pro Se Defendant:

19 　　　　　　　　　　　　　　　　　　By: s/Philip A. Seplow
　　　　　　　　　　　　　　　　　　　Philip A. Seplow, Esq.
20 　　　　　　　　　　　　　　　　　　Shadow Counsel for Defendant

CERTIFICATE OF SERVICE

I certify that on July 29, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By:s/Daniel Colmerauer

(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant, See ECF prooc. I(D) and II(D)(3))