**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL DOCKET #470 AND #576 |

Pursuant to the defendant's *Motion To Unseal Docket #470 And #576* and good cause being shown:

IT IS HEREBY ORDERED unsealing Docket No. 576, *Submission Of Documents Related To District Of Arizona Court Orders 08-3286MB-LOA, 08-3298MB-LOA, and 08-7273MB-ECV Obtained To Facilitate Locating The Aircard.*

IT IS FURTHER ORDERED that the government shall file an unsealed version of Docket No. 470, *Submission Of Materials Related To Applications And Court Orders Numbered 08-90330 And 08-90331, Authorized By Magistrate Judge Richard Seeborg, Northern District Of California, On July 11, 2008*, with all documents therein having personal identifiers redacted pursuant to Fed. R. Crim. P. 49.1(a).

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

1  DATED this _____ day of _____, 20_____.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -