**EXHIBIT INDEX**

**SUPPLEMENT TO RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE AND REQUEST FOR AN *EX PARTE* AND *IN CAMERA* HEARING IF NECESSARY**

<u>EXHIBIT 01</u>:     Screenshot of the CatFish in action, *from* TNT, Dramavision, Video Clip: *The Closer*, "To Serve With Love," *clip available at* http://www.tnt.tv/dramavision (last accessed Aug. 2, 2011);

<u>EXHIBIT 02</u>:     Screenshot of the two corrupt law enforcement officials and the civilian technical employee, *from* TNT, Dramavision, Video Clip: *The Closer*, "To Serve With Love," *clip available at* http://www.tnt.tv/dramavision (last accessed Aug. 2, 2011);

[Yellow labels added by defense.]

*ATTACHED EXHIBITS*
*SUPPLEMENT TO RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE*
*AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

Screenshot of the CatFish in action, *from* TNT, Dramavision, Video Clip: *The Closer*, "To Serve With Love," *clip available at* http://www.tnt.tv/dramavision (last accessed Aug. 2, 2011);



**Orig. Series - The Closer: To Serve With Love**

*(TV-14)* Flynn and Provenza decide to make easy money by serving court papers for a lawyer. But they once again find themselves in hot water when a man is killed minutes after being served by the pair. As is usual with Flynn and Provenza, things just go downhill from there. Adam Arkin guest stars.

Visit the Orig. Series - The Closer website >>

***ATTACHED EXHIBITS***
*SUPPLEMENT TO RESPONSE TO GOVERNMENT'S MEMORANDUM REGARDING LAW ENFORCEMENT PRIVILEGE AND REQUEST FOR AN EX PARTE AND IN CAMERA HEARING IF NECESSARY*
*CR08-814-PHX-DGC*

↓ **EXHIBIT 02** ↓

↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓

Screenshot of the two corrupt law enforcement officials and the civilian technical employee, *from* TNT, Dramavision, Video Clip: *The Closer*, "To Serve With Love," *clip available at* http://www.tnt.tv/dramavision (last accessed Aug. 2, 2011);

[Yellow labels added by defense.]

