DECLARATION UNDER PENALTY OF PERJURY

RE: Indigent Status Of Daniel Rigmaiden For Prometheus Real Estate Group, Inc. Subpoena
By: Daniel David Rigmaiden

---

I, Daniel David Rigmaiden, declare the following:

1. I am currently detained at Corrections Corporation of America, Central Arizona Detention Center (CCA-CADC), in Florence, AZ. The last time I checked, I had $0.03 in my inmate trust account and since that time no one has sent any money to my account. I do not have any assets other than trivial belonging contained in my cell at CCA-CADC.

2. The Court previously found that I was indigent for the purposes of the Criminal Justice Act. The factual findings would be the same today as my financial situation has not changed other than now owing money for court filing fees in another case. I am not possessed of sufficient means and am financially unable to pay the fees of Prometheus Real Estate Group, Inc. and the costs of summoning Prometheus Real Estate Group, Inc. and the items and information in the possession of Prometheus Real Estate Group, Inc. The items and information I wish to subpoena are necessary to an adequate defense in this case.

3. I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. See 28 U.S.C. § 1746 ("Wherever... any matter is required or permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing of the person making the same [], such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration..., in writing of such person which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621 ("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of

DECLARATION UNDER PENALTY OF PERJURY

RE: Indigent Status Of Daniel Rigmaiden For Prometheus Real Estate Group, Inc. Subpoena
By: Daniel David Rigmaiden

---

title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both....").

Executed on August 10, 2011, in Florence, Arizona, United States of America.

Daniel David Rigmaiden

Daniel Rigmaiden

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132