IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>Daniel David Rigmaiden,<br><br>_____ | Case No. CR 08-0814-PHX-DGC<br><br>ORDER REQUIRING THE GOVERNMENT TO COVER THE COSTS INCURRED BY THE PROMETHEUS REAL ESTATE GROUP SUBPOENA |

Pursuant to the defendant's *Motion/Application For Subpoena Duces Tecum Pursuant To Fed.R.Crim.P. 17(c) For Prometheus Real Estate Group*, and good cause being shown:

IT IS HEREBY ORDERED that the costs incurred by the process and the fees of Prometheus Real Estate Group so sobpoenaed shall be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the government (Rule 179b), FRCrP, 28 U.S.C. § 1825(a), *et seq.*)

Excludable delay under 18 U.S.C. § 3161(h) _____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

1