AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | )     Case No. |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: |
|---|---|
|  | Date and Time: |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

United States v. Daniel David Rigmaiden, *et al.*, – CR08-814-PHX-DGC
RE: Attachment A *for* Subpoena To Prometheus Real Estate Group, Inc.
Page # 1 of 2

---

## SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c)

### Attachment A

This subpoena requests production of books, papers, documents, data and other objects relating to blueprints for a section of the Domicilio apartment complex and limited apartment rental/occupancy records for select units.  This attachment first describes key terms and then describes in detail the books, papers, documents, data and other objects being subpoenaed.  A sub-attachment is attached in support of this attachment.

I.      **KEY TERMS**

      A.      **Domicilio apartment complex.**

The Domicilio apartment complex is a multi-unit residential structure located at 431 El Camino Real, Santa Clara, CA.

      B.      **Relevant Domicilio apartments.**

When this subpoena attachment refers to "relevant Domicilio apartments,"  it is referring to all of the following apartments at the Domicilio apartment complex:  1112, 1212, 1312, 1412, 1114, 1214, 1314, 1414, 1116, 1216, 1316, 1416, 1118, 1218, 1318, 1418, 1120, 1220, 1320, 1420, 1122, 1222, 1322, 1422, 1124, 1224, 1324, 1424, 1126, 1226, 1326, 1426, 1119, 1219, 1319, 1419, 1121, 1221, 1321, 1421, 1123, 1223, 1323, 1423, 1125, 1225, 1325, and 1425.

II.     **Description of books, papers, documents, data and other objects being subpoenaed.**

1.      Complete three dimensional blueprints for the two buildings at the Domicilio apartment complex that are outlined in red on the site map attached as SUB-ATTACHMENT A.  The blueprints must cover all relevant apartments (as defined in Section I(B) above) and the hallway/walkway separating the two buildings (containing the relevant apartments), stairwells, porches/balconies, *etc.*

2.      All books, papers, documents, data and other objects detailing which apartment units were rented out of all of the relevant apartments (as defined in Section I(B) above) between June 1, 2008 and August 4, 2008.  The responsive material should not contain identifying information (*e.g.*, names, *etc.*) for renters, tenants and/or occupants of the subject

United States v. Daniel David Rigmaiden, *et al.*, – CR08-814-PHX-DGC
RE: Attachment A *for* Subpoena To Prometheus Real Estate Group, Inc.
Page # 2 of 2

_____

apartments.  The responsive materials should only include information on (1) which units were rented and which units were vacant during the noted time frame, and (2) the move in and move out dates within the noted time frame if  renters, tenants and/or occupants moved in or out of the relevant apartments during the noted time frame.

**SUB-ATTACHMENT A**

