## EXHIBIT INDEX

**MOTION FOR ORDER REQUIRING GOVERNMENT TO RELEASE THE PHYSICAL AIRCARD TO THE DEFENSE**

EXHIBIT 01:   Defendant letter, dated  July 26, 2011, RE: request for physical aircard.

[White box redaction added by defendant (redacted for relevance).]

EXHIBIT 02:   Government letter, dated  July 29, 2011, RE: request for physical aircard.

*EXHIBIT INDEX*
*MOTION FOR ORDER REQUIRING GOVERNMENT TO RELEASE THE PHYSICAL AIRCARD TO THE DEFENSE*
*CR08-814-PHX-DGC*



⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING GOVERNMENT TO RELEASE THE PHYSICAL AIRCARD TO THE DEFENSE*
*CR08-814-PHX-DGC*

Defendant letter, dated  July 26, 2011, RE: request for physical aircard.

[White box redaction added by defendant (redacted for relevance).]

July 26, 2011
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: discovery request for aircard itself, *etc.*;
Page # 1 of 2

_____

_Delivered in Electronic Format Via_:                                     *to:*

*on:*                    *by:*                        *under the instruction of Daniel Rigmaiden.*

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Dear Fred:

      I am writing this letter to make some minor additional discovery requests:

      1.     Please provide me with instructions on how my mobile telecommunications expert can take possession of the aircard seized in this case. The defense needs to examine the aircard, therefore, I need the government to provide it immediately. Through this letter, I am putting the government on notice that the aircard should not be powered on else my defense may be ruined. If the aircard has been powered on since it was seized, I need all documentation and evidence regarding those actions. Please also provide me with full chain of custody for the aircard from August 3, 2008 forward.

```

```

\* \* \* \* \*

      I appreciate your prompt compliance with this discovery request.

July 26, 2011
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: discovery request for aircard itself, *etc.*;
Page # 2 of 2

Sincerely,


s/ Daniel Rigmaiden
Daniel Rigmaiden
Pro Se, Defendant

➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅
➡ **EXHIBIT 02** ⬅

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING GOVERNMENT TO RELEASE THE PHYSICAL AIRCARD TO THE DEFENSE*
*CR08-814-PHX-DGC*

Government letter, dated  July 29, 2011, RE: request for physical aircard.

**U.S. Department of Justice**

United States Attorney
District of Arizona

---

*Two Renaissance Square*                          *Main: (602) 514-7500*
*40 North Central Avenue, Suite 1200*        *Main Fax: (602) 514-7693*
*Phoenix, Arizona 85004-4408*

July 29, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

   Re: <u>United States v. Daniel David Rigmaiden</u>
      CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

   This is a preliminary response to your recent letter dated July 27, 2011, with respect to your request to have access to the subject aircard and FBI texts during the aircard mission. With respect to the actual aircard, please be advised: (1) we are in the process of documenting the chain of custody for the aircard and will provide it to you upon completion; (2) IRS-CI Special Agent Tracy Daun advises that after the aircard was removed from your computer, it was ultimately placed in a sealed container and has not been powered on since it was removed from the computer; (3) the prosecution will not agree to turn over the aircard to your investigator, we may be willing to produce it for examination and testing in our presence and under our supervision - please provide us with a summary of what examination and testing you wish to conduct so that we may consider your request; and (4) the aircard will not be powered on without prior notice to you. With respect to your request for FBI texts, we are in the process of determining what may be available.

      Sincerely yours,

      DENNIS K BURKE
      United States Attorney
      District of Arizona

      FREDERICK A. BATTISTA
      Assistant United States Attorney

cc: Phillip Seplow
  Shadow Counsel for Defendant Daniel David Rigmaiden