# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER REQUIRING GOVERNMENT TO RELEASE THE PHYSICAL AIRCARD TO THE DEFENSE |

Pursuant to the defendant's *Motion For Order Requiring Government To Release The Physical Aircard To The Defense* and good cause being shown:

IT IS HEREBY ORDERED that the government is required to immediately provide the defendant's shadow counsel, Philip Seplow, the aircard in the possession of the government, *i.e.*, the "UTStarcom PC5740 Broadband Connection Card For Verizon Wireless" with mobile number 415-264-9596 and ESN/MEID 005-00717190. The purpose of the transfer is so that the defense may conduct needed testing relevant and material to the defendant's *Motion To Suppress*.

IT IS FURTHER ORDERED that the defense maintain and document a chain of custody for the aircard while it is in the possession of the defense.

IT IS FURTHER ORDERED that the defendant shall instruct his defense members to return the aircard and full chain of custody documentation to the government once the defendant determines that defense testing is complete. Once the defendant gives the

- 1 -

1 instruction, members of his defense shall follow the defendant's instruction and provide the
2 items to the prosecution.
3      Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the
4 _____ day of _____, 20_____, for a total of _____ days.
5
6      DATED this ____ day of _____, 20____.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28