1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America,

      Plaintiff,

v.

Daniel David Rigmaiden, et al.,

      Defendant.

No. CR08-814-PHX-DGC

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS FOR LACK OF
ACCESS TO SEIZED STORAGE DEVICE
DRIVE IMAGES

Pursuant to the defendant's *Motion To Dismiss For Lack Of Access To Seized Storage Device Drive Images* and good cause being shown:

IT IS HEREBY ORDERED dismissing the case with prejudice considering the defendant was unable to gain access to the seized storage device drive images after waiting more than three years and despite personal failed attempts to gain access beginning in January of 2009.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this _____ day of _____, 20_____.