DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Daniel David Rigmaiden, et al,<br><br>          Defendants. | CR-08-814-001-PHX-DGC<br><br>**MOTION FOR ENLARGEMENT OF TIME** |

The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to respond to the following motions filed by defendant Daniel David Rigmaiden, (1) Motion to Unseal Docket Nos. 470 and 576 (Docket No. 593); (2) Motion to Dismiss Indictment for Destruction of Evidence (Docket No. 595); (3) Motion/Application for Subpoena Duces Tecum, (Docket No. 596); (4) Motion for Order Requiring Government to Release the Physical Aircard to Defense (Docket No. 597); and (5) Motion to Dismiss for Lack of Access to Seized Storage Device Drive Images (Docket No. 603), until Friday, September 23, 2008. The government recently completed its response to defendant's 102 page motion seeking additional discovery (Docket No. 592). The government

must now turn its attention to responding to defendant's five new motions set forth above. The government needs additional time to investigate, research and coordinate its responses for all of these new motions. The prosecutors assigned to this case have many other cases assigned to them which also require their regular attention. The additional time will permit the government to respond to defendant's numerous motions in a reasonable amount of time and simultaneously handle to other cases currently assigned to them.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 30th day of August, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

2