UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>Daniel David Rigmaiden, et al,<br><br>              Defendants. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

    Upon motion of the United States, good cause appearing as stated in the government's motion, and there being ___ objection by the defendant Daniel David Rigmaiden,

    IT IS ORDERED granting the government's Motion for Enlargement of Time to respond to the following motions filed by the defendant: (1) Motion to Unseal Docket Nos. 470 and 576 (Docket No. 593); (2) Motion to Dismiss Indictment for Destruction of Evidence (Docket No. 595); (3) Motion/Application for Subpoena Duces Tecum, (Docket No. 596); (4) Motion for Order Requiring Government to Release the Physical Aircard to Defense (Docket No. 597); and (5) Motion to Dismiss for Lack of Access to Seized Storage Device Drive Images (Docket No. 603), until _____, 2011.

/

/

/

/

1 | Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on
2 | _____, 2011, for a total of _____ days.
3 | DATED this _____ day of _____, 2011.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28