ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden, et al,<br><br>　　　　　Defendants. | CR-08-814-001-PHX-DGC<br><br>**RESPONSE TO DEFENDANT RIGMAIDEN'S MOTION/APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) FOR PROMETHEUS REAL ESTATE GROUP - DOCKET NO. 596** |

　　　The United States, by and through its attorneys undersigned, respectfully responds to defendant Daniel David Rigmaiden's Motion/Application for Subpoena Duces Tecum Pursuant to Fed. R. Crim. P. 17(c) for Prometheus Real Estate Group at Docket No. 596 as follows. The government has no objection to the issuance of the subject subpoena. Erring on the side of caution with respect to who will bear the costs associated with the subpoena, the "government" as noted in the motion and proposed order in this case, should not be the prosecution.

Respectfully submitted this 20th day of September, 2011.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney