ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Daniel David Rigmaiden, et al,<br><br>  Defendants. | CR-08-814-001-PHX-DGC<br><br>**RESPONSE TO DEFENDANT RIGMAIDEN'S MOTION TO DISMISS FOR LACK OF ACCESS TO SEIZED STORAGE DEVISE DRIVE IMAGES - DOCKET NO. 603** |

The United States, by and through its attorneys undersigned, hereby respectfully responds to defendant Daniel David Rigmaiden's Motion to Dismiss for Lack of Access to Seized Storage Device Drive Images at Docket No. 603. The government has been engaged in a lengthy and ongoing process to provide defendant with access to the digital storage devices that were seized in this case. Initially, the parties worked toward defendant hiring a reliable computer expert who could safely and securely store mirrored images of the subject devices. Unfortunately, it appears that defendant was unable to obtain one. In the interim, defendant has been provided with a detailed index of the contents of the storage devices and the government has been willing to respond to defendant's innumerable, varied and complex individual discovery requests during

this same time period. If there are any individual items that defendant needs that are located on the devices, arrangements could have, and can be made, to produce them for defendant. In the interest of keeping this case moving forward, the government offered to assist defendant and the Court with handling the costs of modifying defendant's computer in order to allow him to access the devices while in custody. The assistance was temporarily delayed while the government focused its attention on defendant's recent 110 page motion for discovery. The government's offer appears to be unprecedented in this District. In light of this fact, the lead prosecutor assigned to the case has been required to request approval from his legal management team, his Administrative Office and the Executive Office for United States Attorneys in Washington, DC. The apparent final approval was just received on September 19, 2011.

    Clearly, a motion to dismiss is inappropriate at this time. The evidence remains secure and available for defendant's examination once he has the proper computer equipment to examine it. Defendant has suffered no prejudice by this delay. Moreover, the government is unaware of any materials located on the devices that will aid defendant in his defense in this case. It also appears from the government's perspective any significant delay was not caused by the government. Now that the final approval to permit the subject assistance has been obtained, the government is attaching a proposed form of Order so that the parties and the Court can continue moving forward with this endeavor. (See Exhibit 1, Proposed Order.) In addition, for the Court's information, the government has decided to bear the expense for any required hard drive(s) and encryption software that will allow defendant access to the contents of the devices.

    For the above stated reasons, the United States respectfully requests that defendant's Motion to Dismiss for Lack of Access to Seized Storage Device Drive Images be denied.

/
/
/
/

2

Respectfully submitted this 22nd day of September, 2011.

        ANN BIRMINGHAM SCHEEL
        Acting United States Attorney
        District of Arizona


        S/Frederick A. Battista

        FREDERICK A. BATTISTA
        PETER S. SEXTON
        JAMES R. KNAPP
        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9    **EXHIBIT 1 - PROPOSED ORDER**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al,<br><br>                Defendants. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR REPAYMENT OF EXPENSES BY THE PROSECUTION** |

Upon motion of the United States, good cause appearing, and there being no objection by defendant Daniel David Rigmaiden,

IT IS ORDERED granting the government's request for reimbursement of the following estimated litigation expenses to be incurred on behalf of defendant by the government, in a final amount not to exceed $1,000:

1.      Description: 3.5 inch USB3 Hard Drive Enclosure - WRITEBLOCKER
          Quantity: 1
          Estimated Cost: $199.00

2.      Description: Rosewill RC-600 4 Port USB2.0 PCMCIA Card
         Quantity: 1
         Estimated Cost: $19.99 + $2.99 Shipping

3.      Description:  Crucial 2GB (2 x 1GB) 200-Pin DDR2 SO-DIMM DDR2 667 (PC2 5300) Dual Channel Kit Laptop Memory Model CT2KIT12864AC667
         Quantity:  1
         Estimated Cost:  $29.99 + .99 Shipping

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 2011, for a total of _____ days.

DATED this _____ day of _____, 2011.