ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al,<br><br>Defendants. | CR-08-814-001-PHX-DGC<br><br>**RESPONSE TO DEFENDANT RIGMAIDEN'S MOTION TO UNSEAL DOCKET NO. 470 AND NO. 576 - DOCKET NO. 593** |

The United States, by and through its attorneys undersigned, hereby respectfully responds to defendant Daniel David Rigmaiden's Motion to Unseal Docket No. 470 (Submission of Materials Related to Applications and Court Orders Numbered 08-90330 and 08090331, authorized by Magistrate Judge Richard Seeborg, Northern District of California, on July 11, 2008 (redacted copies filed by the government)) and Docket No. 576 (Submission of Documents Related to District of Arizona Court Orders 08-3286MB-LOA, 08-3298MB-LOA, and 08-7273MB-EVC Obtained to Facilitate Locating the Aircard (filed by defendant)). As of this date, the government has no objection to the unsealing of the materials submitted in Docket No. 576. The materials contained in Docket No. 470 relate to the government's request for authorization

for use of the equipment used to locate the subject aircard. At this time, defendant has access to these otherwise sealed documents; the documents contain minimal redactions. Due to the fact that the parties are presently in litigation regarding how much information regarding the application process and the actual use of the subject equipment is privileged or subject to disclosure, the government believes that the best course of action is for these documents to remain sealed pending the resolution of defendant's Motion for Disclosure or All Relevant and Helpful Evidence by the Government Based on a Claim of Privilege - Docket No. 592. In support of this response, the government relies on the arguments related to privilege and the sensitivity of the subject materials contained in its response to defendant's motion - Docket No. 592, that being the government's response at Docket No. 602.

Respectfully submitted this 22nd day of September, 2011.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

3