THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVLR 5.4
(Rule Number/Section)

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132



Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, v. Daniel David Rigmaiden, et al., Defendant. | No CR08-814-PHX-DGC<br><br>Motion To Continue Trial (15th Request) |

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the trial presently set for November 8, 2011 be continued for ninety (90) days and that pretrial motions filing deadline be extended an equal amount of time. The defendant is making this request because the pending discovery and suppression issues will not be resolved in time for trial. Failure to grant this request for a continuance would deny the defendant the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence (18 U.S.C § 3161(h)(7)(B)(iv)).

For the reasons stated above, the defendant respectfully requests that this motion be granted. The defendant has not attached a proposed order because it would be handwritten, illegible and not used nevertheless. The defendant has not served any other party or obtained positions on this request because the defendant has no way of doing either. CCA-CADC no longer provides copies for the defendant and he has no way to contact the other parties in time for this filing.

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon."

///
///
///
///
///
///
///
///

2 of 3

Respectfully Submitted: October 19, 2011

DANIEL DAVID RIGMAIDEN
Pro Se, Defendant

*Daniel Rigmaiden*
Daniel D. Rigmaiden
Defendant

CERTIFICATE OF SERVICE

I, Daniel David Rigmaiden, certify under penalty of perjury under the laws of the United States of America (see 28 U.S.C. § 1746; 18 U.S.C. § 1621) that on October 19, 2011 at approximately 7:45pm I caused the following to be placed into the CCA-CADC mailing system for United States Postal Service delivery with first-class postage prepaid by CCA-CADC:

Original attached document plus 0 copy(s) addressed to:

Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003

One copy each of original document addressed to:

_____
_____
_____
_____
_____
_____
_____

By: *Daniel Rigmaiden*