**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | SUPPLEMENT TO DEFENDANT'S MOTION TO RESCHEDULE OCTOBER 28 HEARING |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and pursuant Mr. Rigmaiden's request, files this Supplement to his Motion to Reschedule October 28 Hearing.

Undersigned counsel's office has been overwhelmed with work for the past several weeks and counsel's legal assistant has been unable to keep up with Mr. Rigmaiden's numerous requests for materials that he believes he needs in order to be properly prepared for the hearing scheduled for October 28, 2011.

In addition, under information and belief, undersigned counsel understands that as of the date of the filing of this Supplement, the government and Mr. Rigmaiden have been unable to come to terms on a meeting as ordered by the Court.

/ / /

/ / /

1

Excludable delay under 18 U.S.C. § 3161(h)(7) may occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 24th day of October, 2011.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant


CERTIFICATE OF SERVICE

__X__ I hereby certify that on October 24, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

_X_ I hereby certify that on October 24, 2011, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*


                        S/ Philip A. Seplow

2