# EXHIBIT INDEX

## MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE

EXHIBIT 01:    USMS/CCA-CADC Award/Contract No. MS-99-D-0057, p. 1-2.

EXHIBIT 02:    Declaration by Daniel Rigmaiden RE: CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances; Signature date: September 15, 2010.

EXHIBIT 03:    Declaration by Daniel Rigmaiden RE: CCA-CADC Court Transport Experience; Signature date: January 9, 2010.

EXHIBIT 04:    Group Declaration by a total of 30 different CCA-CADC detainees RE: CCA-CADC Deprives Detainees Of A Full Night's Sleep Prior To Court Appearances; Signature dates: September 15-19, 2010.

EXHIBIT 05:    Declaration by Daniel Rigmaiden RE: CCA-CADC's 31 Hour Sleep Deprivation Prior To Sept. 22, 2011 Court Appearance; Signature date: September 25, 2011.

EXHIBIT 06:    Group Declaration by a total of 25 different CCA-CADC detainees RE: CCA-CADC Conditions Of Confinement: Court Transport Procedures Deter Detainees From Fighting Their Cases; Signature dates: September 15-19, 2010.

EXHIBIT 07:    Grievance/Declaration by Daniel Rigmaiden RE: CCA-CADC's 24+ hour sleep deprivation that I am subjected to before I appear in court to put forth my pro se defense;  Warden signature date: April 28, 2010.

EXHIBIT 08:    Hermann, William, Jail officer accused of abuse, The Arizona Republic, p. B1 (November 30, 2010).

ATTACHED EXHIBITS
MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE
SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE
CR08-814-PHX-DGC

⬇ **EXHIBIT 01** ⬇   USMS/CCA-CADC Award/Contract No. MS-99-D-0057, p. 1-2.
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

# AWARD/CONTRACT

THIS CONTRACT IS A RATED ORDER
UNDER DPAS (15 CFR 350)

| RATING | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. CONTRACT (Proc. Inst. Ident.) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| MS-99-D-0057 | Nov 4, 1999 | 0 |

| 5. ISSUED BY | CODE | | 6. ADMINISTERED (If other than Item 5) | CODE |
|---|---|---|---|---|

UNITED STATES MARSHALS SERVICE
Procurment Office
600 ARMY NAVY DRIVE, CS#3, 1121
ARLINGTON, VIRGINIA  22202-4210

| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code) | 8. DELIVERY |
|---|---|

Corrections Corporation of America
Attn: Brent Turner
10 Burtons Hills Boulevard
Nashville, TN 37215

8. DELIVERY
☐ FOB ORIGIN   [x] OTHER   (See below)

9. DISCOUNT FOR PROMPT PAYMENT

NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specif) TO THE ADDRESS SHOWN IN: ►
ITEM
Section G

| CODE | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR | COD | 12. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|

AS SPECIFIED ON INDIVIDUAL TASK ORDERS

U.S. Marshals Service
111 W. Monroe, Suite 1020
Phoenix, AZ 85003-1798

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

☐ 10 U.S.C. 2304(c) ( )   [x] 41 U.S.C. 253(c) ( )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANITY | 15D. UNI | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | PRE-TRIAL DETENTION SERVICES FOR HOUSING OF AN ESTIMATED 2,000 PRE-TRIAL ADULT DETAINEES WITHIN 100 MILES OF THE FEDERAL COURT CITIES OF PHOENIX AND TUCSON, ARIZONA | | | | |

Total over 3 years

15G. TOTAL AMOUNT OF CONTRAC ► $147,964,287

## 16. TABLE OF CONTENTS

| (X) | sec. | PART I - THE SCHEDULE | | (X) | SEC. | PART II - CONTRACT CLAUSES | PAGE(S) |
|---|---|---|---|---|---|---|---|
| X | A | SOLICIATION/CONTRACT FORM | 2 | X | I | CONTRACT CLAUSES | 6 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 51 | X | J | LIST OF ATTACHMENTS | 1 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 2 | X | K | REPRESENTATIONS, CERTIFICATIONS AND | 12 |
| X | F | DELIVERIES OR PERFORMANCE | 3 | | | OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 4 | | L | INSTRS. CONDS. AND NOTICES TO OFFEROR | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 8 | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___3___ copies to issuing office Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. ( Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number
including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

| 19A. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| Linda G. Cooper, V.P. Legal Affairs | Peter Reese |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY | 4-15-99 | BY | 9-17-99 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

nsn 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA

A revised Department of Labor Service Contract Act wage rate determination has been requested but not been received. Therefore, the wage rate determination from solicitation MS-99-R-0003, 94-2023 rev 12 dated July 16, 1998 is hereby incorporated into the contract provisionally. When the proper wage determination is received it will be incorporated into the contract. This new wage rate determination will be effective November 4, 1999. If any adjustments are required to the contract prices/rates as a result of the revised wage rage determination, the resulting adjustment will be done in accordance with clause 29. FAR 52.222-43 Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts), i.e. the contract price will be adjusted as if an option were being exercised and a new wage rate determination was incorporated into the contract.

2. Contract performance starts on the effective date of this contract, November 4, 1999 and will continue through November 3, 2000  Any further performance beyond that date will be in accordance with clause F-3 Option to Extend the Term of the Contract

3. Minimum Guarantee - The minimum guarantee under this contract obligates the amount necessary to house 1,000 prisoners per day over the period of performance. The minimum guarantee calculation is as follows:

    1,000 prisoners/day X 365 days X $65.95 = $24,071,750

    The funding for this initial period is made using FY 2000 funds and is therefore subject to the provisions of clause 49. Availability of Funds (Apr 1984), FAR 52.232-18

4. This contract incorporates by reference the contractor's technical proposal, including all addendum thereto in response to solicitation MS-99-R-0003 (including all amendments) together with the contractor's executed representations and certification (section K to solicitation MS-99-R-0003)

↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓
↓ **EXHIBIT 02** ↓

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE*
*SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

Declaration by Daniel Rigmaiden RE: CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances; Signature date: September 15, 2010.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

**RE:** <u>CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances;</u>

**DECLARANT'S NAME:** <u>Daniel David Rigmaiden</u>

**HEREBY DECLARES:**

1. I am currently detained as a federal pretrial detainee at Corrections Corporation of America, Central Arizona Detention Center (CCA-CADC): 1155 North Pinal Parkway, Florence, AZ 85132. I am currently housed in 500 Unit, "C" pod. I am making this declaration upon my own true knowledge and of my own free will. If called upon to testify, I would testify as set forth in this declaration.

2. This declaration pertains to Court appearances occuring at the Phoenix federal Courthouse on the following dates: January 7, 2010; February 3, 2010; March 24, 2010; May 28, 2010; July 15, 2010; September 8, 2010. Prior to all of the above noted Court appearances, I was deprived of a full night's sleep before appearing in Court, i.e., I was awake over 24 hours before being brought to see the Judge. During the above noted Court appearances, I was proceeding pro se while fully representing myself in Court. Details regarding my most recent sleep deprived Court appearance (September 8, 2010) are outlined below. The events pertaining to CCA-CADC staff subjecting me to sleep deprivation on my September 8, 2010 Court appearance date are typical for all of the above listed Court appearance dates.

3. On the morning of September 7, 2010, I woke up at approximately 7:00am. Later than night, at approximately

Page # 1 of 5

## DECLARATION UNDER PENALTY OF PERJURY

**RE:** CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances;

**DECLARANT'S NAME:** Daniel David Rigmaiden

**HEREBY DECLARES:**

11:30pm, I was informed by a CCA-CADC staff member that I have Court on September 8, 2010 and that I need to be ready to leave my housing pod at 1:30am. At approximately 1:30am, I was moved out of my housing pod and into a holding cell located in "visitation 3." After roughly one hour of being in the "vistation 3" holding cell, I was moved into the "Receiving and Discharge" section of CCA-CADC. After an additional roghly 1.5 hours, CCA-CADC staff finished strip searching me and placing me into restraints. After waiting in a holding cell for roughly another 1.5 hours, I was loaded onto a bus to be transported to the Phoenix federal Courthouse. After a bus ride lasting roughly 1.5 hours, I arrived at the Phoenix federal Courthouse (approximately 7:00am) and was placed into a holding cell. I sat and waited for roughly 8.5 hours while in shackles, a belly chain, and with my right wrist handcuffed to the belly chain. Note: at unknown time, I was moved from the holding cell to a visitation room for a legal visit (lasting roughly 30 minutes) and then taken back to the holding cell. At approximately 3:30pm, I was taken to a courtroom for my Court appearance.

4.    While before the Judge, my ability to think clearly was diminished. I had a diminished ability to think due to CCA-CADC staff depriving me of sleep which caused me to be awake for roughly 32.5 hours. While in Court, I felt extremely tired and

Page #  2  of  5

1   **DECLARATION UNDER PENALTY OF PERJURY**

2   **RE:** CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances;

3   **DECLARANT'S NAME:** Daniel David Rigmaiden

4   **HEREBY DECLARES:**

5   it was difficult to pay attention. My ability to argue

6   effectively and my overall pro se defense suffered due to the

7   sleep deprivation treatment administered by CCA-CADC.

8       5.    Upon information and belief based on my own

9   observations and/or based on information provided to me by

10  detainees who made their own observations, CCA-CADC deprives

11  nearly all detainees of a night's sleep prior to them having to

12  appear in Court at either the Phoenix or Tucson federal

13  Courthouse.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

Page # 3 of 5

1

## DECLARATION UNDER PENALTY OF PERJURY

2      **RE:** CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances;

3      **DECLARANT'S NAME:** Daniel David Rigmaiden

4      **HEREBY DECLARES:**

5      This "Declaration Under Penalty Of Perjury" was composed for

6  Daniel Rigmaiden (self)      and I authorize him/her to use it,

7  or a copy thereof, as an incorporated attachment to any document

8  or filing for any and all purposes that he/she so chooses.

9      I declare, certify, verify, and state under penalty of

10 perjury under the laws of the United States of America that the

11 foregoing is true and correct to the best of my knowledge, except

12 as to those matters which are therein stated on information and

13 belief, and, as to those matters, I believe it to be true. See

14 28 U.S.C. § 1746 ("Wherever... any matter is required or permitted

15 to be supported, evidenced, established, or proved by the sworn...

16 affidavit, in writing of the person making the same [], such

17 matter may, with like force and effect, be supported, evidenced,

18 established, or proved by the unsworn declaration..., in writing

19 of such person which is subscribed by him, as true under penalty

20 of perjury, and dated..."); 18 U.S.C. § 1621 ("Whoever... in any

21 declaration... under penalty of perjury as permitted under

22 section 1746 of title 28, United States Code, willfully

23 subscribes as true any material matter which he does not believe

24 to be true... is guilty of perjury and shall, except as otherwise

25 expressly provided by law, be fined under this title or

26 imprisoned not more than five years, or both....").

27 [ Declarant signature and contact information on following page. ]

Page #  4  of  5

1  ## DECLARATION UNDER PENALTY OF PERJURY

2  **RE:** CCA-CADC's 24+ Hour Sleep Deprivation Prior To Court Appearances;

3  **DECLARANT'S NAME:** Daniel David Rigmaiden

4  **HEREBY DECLARES:**

5

6  September 15, 2010                    Florence
   [Executed on (date)]                  [Executed in the City of]

7  Arizona                               United States of America
   [Executed in the State of]            [Executed in the Country of]

8

9

10 _____
   Signature of Declarant

11

12 Daniel David Rigmaiden
   [Full Printed Name]

13 Angency # 10966111
   [Mailing Address Line # 1]

14

15 CCA-CADC
   [Mailing Address Line # 2]

16 PO Box 6300
   [Mailing Address Line # 3]

17

18 Florence, AZ 85132
   [Mailing Address Line # 4]

19

20 [Mailing Address Line # 5]

21

22 [Telephone Number (optional)]

23 [Email Address (optional)]

24 ///

25 ///

26 ///

27 ///

Page #  5  of  5

⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE*
*SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

Declaration by Daniel Rigmaiden RE: CCA-CADC Court Transport Experience; Signature date: January 9, 2010.

1
DECLARATION UNDER PENALTY OF PERJURY

2
RE: CCA-CADC Court Transport Experience

3
DECLARANT'S NAME: Daniel David Rigmaiden

4
HEREBY DECLARES:

5
I am currently detained at Corrections Corporation of

6
America, Central Arizona Detention Center (CCA-CADC)

7
as a federal pretrial detainee. I am currently housed in

8
500 unit, pod Y. I was erroneously booked under the name

9
"Steven Brawner" and my United States Marshal number is

10
10966111.

11
On the morning of January 6, 2010, I woke up at

12
roughly 7:00am. Later that night, at roughly 11:20pm,

13
I was informed by a CCA-CADC "correctional officer"

14
("C.O.") that I have court on January 7, 2010 and that

15
I need to be ready to leave my pod by 1:30am. At

16
roughly 1:20am, I was moved out of my pod and into

17
another pod across the hall along with roughly 9 other

18
detainees. At roughly 2:00am, the C.O. on duty moved me

19
and the other detainees out of 500 unit and into the

20
"Receiving and Discharge" department at CCA-CADC. I

21
was placed in a cell where I was forced to stand for

22
roughly 4 hours as there was insufficient seating to

23
handle all occupants. During the roughly 4 hours, there

24
were various interruptions such as "pill call," breakfast, and

25
ending with strip searches. I was strip searched alone

26
in a privacy stall by a CCA-CADC C.O. I was then

27
shackled at my ankles, a "belly chain" was locked

Page # 1 of 6

1   DECLARATION UNDER PENALTY OF PERJURY

2   RE: CCA-CADC Court Transport Experience

3   DECLARANT'S NAME: Daniel David Rigmaiden

4   HEREBY DECLARES:

5   around my abdomen, and my wrists were handcuffed to

6   the belly chain using a "lock box." A CCA-CADC C.O.

7   handcuffed my wrists into a position, using a lock box,

8   with my palms facing each other parallel to my

9   waistline. The lock box formation used by CCA-CADC

10  caused my elbows to be in a forced bent position

11  with the sides of my wrists pinned against my

12  abdomen. The formation used by CCA-CADC placed my

13  arms into a position similar to the standard arm

14  formation used by runningbacks when receiving a

15  handoff from a quarterback in the game of football.

16  Having my arms and wrists locked in this position

17  caused pain and demobilized me from my shoulders to

18  my wrists. After being handcuffed, lock boxed, chained,

19  and shackled, a soiled jacket was draped over my

20  shoulders and I was loaded onto a bus. The bus had

21  no working heater and cold air blew on me for the

22  entire ride to the Phoenix Courthouse. It was very

23  cold considering my jacket was left open by a

24  CCA-CADC C.O. and my hands and wrists were too

25  demobilized to zip it up.

26      After a roughly 90 minute bus ride, I arrived at

27  the Phoenix Courthouse. The soiled jacket was then

Page # 2 of 6

1   **DECLARATION UNDER PENALTY OF PERJURY**

2   RE: CCA-CADC Court Transport Experience

3   DECLARANT'S NAME: Daniel David Rigmaiden

4   HEREBY DECLARES:

5   taken back by CCA-CADC as I exited the bus. After

6   having the lock box removed and one wrist uncuffed, I

7   was placed in a holding cell at the Phoenix Courthouse.

8   I went to Court at roughly 2:30pm. I had been

9   awake and deprived of sleep for 31 hours and 30

10   minutes before having to put forth all of my own

11   personal pro se arguments in Court. My Court

12   appearance concluded at roughly 4:00pm. After Court, I

13   was taken out of all restraints, and then strip searched

14   in a group of 5 other detainees in a holding cell

15   having a 4 foot by 6 foot standing floor area (rough

16   estimate). The 6 of us were ordered to strip

17   completely naked as a group in an area providing less

18   than 12 inches between each detainee. We were all

19   forced to stand in a circle facing each other, side by

20   side, for roughly 2 minutes while the CCA-CADC C.O.

21   searched our clothing and performed visual cavity

22   searches. Note: anuses were not subject to visual cavity

23   searches and we were instead required to "squat and

24   cough." The holding cell where we were all strip

25   searched as a group had a surveillance video camera

26   recording the group strip search.

27       At roughly 5:30pm, I was shackled at my

Page # 3 of 6

1    **DECLARATION UNDER PENALTY OF PERJURY**

2    RE: CCA-CADC Court Transport Experience

3    DECLARANT'S NAME: Daniel David Rigmaiden

4    HEREBY DECLARES:

5    ankles, a "belly chain" was locked around my

6    abdomen, and my wrists were handcuffed to the

7    belly chain using a "lock box." I was then loaded

8    onto a bus to be taken back to CCA-CADC. I arrived

9    back at CCA-CADC at roughly 7:30pm, all restraints

10   were removed, and I was back in pod Y at roughly

11   7:50pm. The lock box restraints caused my fingers

12   and hands to go partially numb until roughly 5:00pm

13   the next day.

14        The events outlined in this declaration are

15   generally the same for all of my previous court

16   experiences while detained at CCA-CADC except

17   that it usually takes at least 2 hours to be

18   brought back to my housing unit once I arrive

19   back at CCA-CADC from the Courthouse.

20

21

22

23

24

25

26

27

Page # 4 of 6

1 | <u>DECLARATION UNDER PENALTY OF PERJURY</u>

2 | RE: _CCA-CADC Court Transport Experience_

3 | DECLARANT'S NAME: _Daniel David Rigmaiden_

4 | HEREBY DECLARES:

5 | This "Declaration Under Penalty Of Perjury" was composed for

6 | _Daniel David Rigmaiden_ and I authorize him/her to use it,

7 | or a copy thereof, as an incorporated attachment to any document

8 | or filing for any and all purposes that he/she so chooses.

9 | I declare, certify, verify, and state under penalty of

10 | perjury under the laws of the United States of America that the

11 | foregoing is true and correct to the best of my knowledge, except

12 | as to those matters which are therein stated on information and

13 | belief, and, as to those matters, I believe it to be true. See

14 | 28 U.S.C. § 1746 ("Wherever... any matter is required or permitted

15 | to be supported, evidenced, established, or proved by the sworn...

16 | affidavit, in writing of the person making the same [], such

17 | matter may, with like force and effect, be supported, evidenced,

18 | established, or proved by the unsworn declaration..., in writing

19 | of such person which is subscribed by him, as true under penalty

20 | of perjury, and dated..."); 18 U.S.C. § 1621 ("Whoever... in any

21 | declaration... under penalty of perjury as permitted under

22 | section 1746 of title 28, United States Code, willfully

23 | subscribes as true any material matter which he does not believe

24 | to be true... is guilty of perjury and shall, except as otherwise

25 | expressly provided by law, be fined under this title or

26 | imprisoned not more than five years, or both...."}.

27 | [ Declarant signature and contact information on following page. ]

Page # _5_ of _6_

## DECLARATION UNDER PENALTY OF PERJURY

RE: _CCA-CADC Court Transport Experience_

DECLARANT'S NAME: _Daniel David Rigmaiden_

HEREBY DECLARES:

_January 9, 2010_
[Executed on (date)]

_Florence_
[Executed in the City of]

_Arizona_
[Executed in the State of]

_United States of America_
[Executed in the Country of]

_Daniel Rigmaiden_
Signature of Declarant

_Daniel David Rigmaiden_
[Full Printed Name]

_Aka: Steven Brawner # 10966111_
[Mailing Address Line # 1]

_(detainee booked as)_
[Mailing Address Line # 2]

_CCA-CADC_
[Mailing Address Line # 3]

_Po Box 6300_
[Mailing Address Line # 4]

_Florence, AZ 85132_
[Mailing Address Line # 5]

[Telephone Number (optional)]

[Email Address (optional)]

///
///
///
///

Page # _6_ of _6_

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE*
*SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓

Group Declaration by a total of 30 different CCA-CADC detainees RE: *CCA-CADC Deprives Detainees Of A Full Night's Sleep Prior To Court Appearances*; Signature dates: September 15-19, 2010.

## DECLARATION UNDER PENALTY OF PERJURY

### RE: CCA-CADC Deprives Detainees Of A Full Night's Sleep Prior To Court Appearances;

1.    I hereby declare the following: I am currently detained as a federal pretrial detainee at Corrections Corporation of America, Central Arizona Detention Center (CCA-CADC): 1155 North Pinal Parkway, Florence, AZ 85132. I am making this declaration upon my own true knowledge and of my own free will. If called upon to testify, I would testify as set forth in this declaration.

2.    At least one time while in the custody of CCA-CADC, I have been transported from CCA-CADC to either the Phoenix or Tucson federal Courthouse for a Court appearance. On the day before my scheduled Court appearance, at approximately 11:30pm, I was informed by a CCA-CADC staff member that I have Court on the following day and that I need to be ready to leave my housing pod at 1:30am. At approximately 1:30am, I was moved out of my housing pod and CCA-CADC staff began to prepare me for transport to the Courthouse. At approximately 5:30am, I was loaded onto a vehicle and transported to the Courthouse arriving at approximately 7:00am. I was then placed into a holding cell where I sat and waited while in shackles, a belly chain, and with my right wrist handcuffed to the belly chain. At some point during the day, I was taken to a courtroom for my Court appearance.

3.    Considering I was required to begin getting ready for Court at approximately 11:30pm the day before my Court appearance, I was deprived of an entire night's sleep before being brought to see the Judge. While in Court, my ability to think clearly was diminished

due to being very tired. I had a diminished ability to think and to make decisions due to CCA-CADC's sleep deprivation treatment.

4.    Upon information and belief based on my own observations and/or based on information provided to me by detainees who made their own observations, CCA-CADC deprives nearly all detainees of a night's sleep prior to them having to appear in Court at either the Phoenix or Tucson federal Courthouse.

5.    This "Declaration Under Penalty Of Perjury" was composed for Daniel Rigmaiden and I authorize him to use it, or a copy thereof, for any and all purposes that he so chooses.

6.    I declare, certify, verify, and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. See 28 U.S.C. § 1746 ("Wherever... any matter is required or permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing of the person making the same [], such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration..., in writing of such person which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621 ("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both....").

Page # 2 of 9

7.    Each CCA-CADC detainee who signs below is adopting and
subscribing to this declaration as his own truthful statement made
under penalty of perjury. All declarant signatures were made in
Florence, Arizona, United States of America on the dates indicated.
[Declarant signatures and relevant information on following page(s).]

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Page # _3_ of _9_

## DECLARANT SIGNATURES

[ **1** ] Brief Description Of Declaration: sleep Deprivation for Court
Date: 9/15/2010   Signature: *Guadalupe Gonzalez*   Age: 32
Printed Name & U.S. Marshal #: Guadalupe Gonzalez #26697179
CCA-CADC Housing Unit & Pod: C 560   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G Beltran #95239208

[ **2** ] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9-15-10   Signature: *Evelio Padilla Ortega*   Age: 48
Printed Name & U.S. Marshal #: Evelio Padilla Ortega 82252208
CCA-CADC Housing Unit & Pod: 500 C.   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G Beltran #95239208

[ **3** ] Brief Description Of Declaration: No Sleep before Court
Date: 9 15 10   Signature: *Jenaro Contreras Garcia* Age: 59
Printed Name & U.S. Marshal #: Jenaro Contreras Garcia #11852308
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ **4** ] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9/15/10   Signature: _____   Age: 25
Printed Name & U.S. Marshal #: Ramone John Leyva #18741-208
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ **5** ] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9/16/10   Signature: Carlos Sandoval   Age: 32
Printed Name & U.S. Marshal #: Carlos Sandoval # 14069008
CCA-CADC Housing Unit & Pod: 500-C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G. Beltran #95239208

///

///

Page # 4 of 9

## DECLARANT SIGNATURES

[ 6 ] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9/16/10          Signature: Sesus Manual          Age: 25
Printed Name & U.S. Marshal #: Sesus Manual Valazqual 14756308
CCA-CADC Housing Unit & Pod: 500 C    If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: A. Beltran #95239 208

[ 7 ] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9/16/10          Signature: Juan Pineh          Age: 49
Printed Name & U.S. Marshal #: Gutierrez Pineda Juan 28490208
CCA-CADC Housing Unit & Pod: 500 C    If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: ~~Sleep Deprivation for court~~

[ 8 ] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9-18-10          Signature: Ostualdo yper          Age: 30
Printed Name & U.S. Marshal #: Ostualdo Yeper 1475B308
CCA-CADC Housing Unit & Pod: 500 CP    If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ 9 ] Brief Description Of Declaration: Woken up at 11:30 p.m.
Date: 9/18/10          Signature: Cesar Saad... M.          Age: 27
Printed Name & U.S. Marshal #: Cesar Saavedra Meroz 82447208
CCA-CADC Housing Unit & Pod: 500 C    If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ 10 ] Brief Description Of Declaration: Sleep Deprivation For court
Date: 9/18/10          Signature: Delfino Gomez H.          Age: 41
Printed Name & U.S. Marshal #: Delfino Gomez H # 60734198
CCA-CADC Housing Unit & Pod: C-500    If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

///

///

Page # 5 of 9

## DECLARANT SIGNATURES

[11] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9/18/2010    Signature: _Francisco Quintero_    Age: 27
Printed Name & U.S. Marshal #: Francisco Quintero  96868 208
CCA-CADC Housing Unit & Pod: C-500  If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[12] Brief Description Of Declaration: Sleep Deprivation For Court
Date: 9/18/2010  Signature: Rafael Boorquez A  Age: 39
Printed Name & U.S. Marshal #: Rafael Boorquez A. # 92813208
CCA-CADC Housing Unit & Pod: C-500  If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: V. Beltran #95239208

[13] Brief Description Of Declaration: sleep Deprivation for court
Date: 9/18/10  Signature: Jose Mira Vargas  Age: 64
Printed Name & U.S. Marshal #: JOSE MERAZ VARGAS 90/78208
CCA-CADC Housing Unit & Pod: 500-C  If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: V. Beltran II 95239208

[14] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9/18/10  Signature: Jesus Zamud.?  Age: 25
Printed Name & U.S. Marshal #: _Jesus Zamud. P  96775208_
CCA-CADC Housing Unit & Pod: 500 C  If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: V. Beltran # 95239208

[15] Brief Description Of Declaration: Sleep Deprivation in Court
Date: 9/18/10  Signature: _Prado_  Age: 33
Printed Name & U.S. Marshal #: Antonio Prado 96869 208
CCA-CADC Housing Unit & Pod: 500 C  If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: V. Beltran # 95239208

///

///

Page #  6  of  9

## DECLARANT SIGNATURES

[16] Brief Description Of Declaration: Sleep Deprivation For Court

Date: 9/19/10          Signature: _Jaime Beltran Jimenez_  Age: 37

Printed Name & U.S. Marshal #: Jaime Beltran Jimenez #95239208

CCA-CADC Housing Unit & Pod: 500-C     If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _____

[17] Brief Description Of Declaration: Sleep Deprivation for Court

Date: 9-19-10          Signature: Ponce Mario     Age: 25

Printed Name & U.S. Marshal #: _Mario Ponce #21405359_

CCA-CADC Housing Unit & Pod: 500·C     If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _____

[18] Brief Description Of Declaration: Sleep Deprivation For Court

Date: 9/19/10          Signature: Beltran Rendon Juan   Age: 41

Printed Name & U.S. Marshal #: ·Juan M Beltran Rendon 5820/008

CCA-CADC Housing Unit & Pod: 500 C     If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: J. Beltran #95239208

[19] Brief Description Of Declaration: Sleep Deprivation for Court

Date: 9/19/10          Signature: Genaro Guzmán    Age: 27

Printed Name & U.S. Marshal #: Genaro Guzmán Guzmán #82151208

CCA-CADC Housing Unit & Pod: 500 c     If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: J. Beltran #95239208

[20] Brief Description Of Declaration: SLEEP PREPARATION FOR COURT

Date: 9/19/10          Signature: Jose Medina     Age: 25

Printed Name & U.S. Marshal #: JOSE MEDINA SOTO   #82299208

CCA-CADC Housing Unit & Pod: 500 c     If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _____

///

///

Page # 7 of 9

## DECLARANT SIGNATURES

[**21**] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9/19/10 _____ Signature: _____ Age: 33
Printed Name & U.S. Marshal #: Vasquez Hernandez Juan 16224208
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: C. Beltran #95239208

[**22**] Brief Description Of Declaration: Sleep Deprivation For Court
Date: 9/19/10 _____ Signature: _____ Age: 53
Printed Name & U.S. Marshal #: Vincent Ortiz 64845208
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[**23**] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 09/19/10 _____ Signature: DAVID VALENCUELA   Age: 32
Printed Name & U.S. Marshal #: DAVID VALENCUELA #08661043
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: C. Beltran #95239708

[**24**] Brief Description Of Declaration: Sleep Deprivation for Court
Date: 9/19/10 _____ Signature: CABRERA ZAVALA ALBERTO   Age: 36
Printed Name & U.S. Marshal #: CABRERA ZAVALA ALBERTO 30575-008
CCA-CADC Housing Unit & Pod: 500 - C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: C. Beltran #95239208

[**25**] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9/19/10 _____ Signature: _____ Age: 21
Printed Name & U.S. Marshal #: Julio Zarate Daspar 55119208
CCA-CADC Housing Unit & Pod: 500 - C -   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

///

///

Page # 8 of 9

## DECLARANT SIGNATURES

[26] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9/19/10 ___ Signature: Sergio Gil Paxi ___ Age: 36
Printed Name & U.S. Marshal #: Sergio Gil Paxi 38868008
CCA-CADC Housing Unit & Pod: 500 C ___ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: U. Beltran #95239208

[27] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9/19/10 ___ Signature: Dilmer Espinoza ___ Age: 23
Printed Name & U.S. Marshal #: Dilmer Espinoza 88679008
CCA-CADC Housing Unit & Pod: 500 C ___ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: U. Beltran #95239208

[28] Brief Description Of Declaration: Sleep Deprivation For court
Date: 9-19-10 ___ Signature: Efrain Herrera Avila Age: 43
Printed Name & U.S. Marshal #: Efrain Herrera Avila 97315208
CCA-CADC Housing Unit & Pod: 500, C ___ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: U. Beltran #95239208

[29] Brief Description Of Declaration: Sleep Deprivation For court
Date: 9/19/2010 ___ Signature: Nuñez Gamio Jose ___ Age: 29
Printed Name & U.S. Marshal #: Nuñez Gamio Jose #54327208
CCA-CADC Housing Unit & Pod: 500 C ___ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: U. Beltran #95239208

[30] Brief Description Of Declaration: Sleep Deprivation for court
Date: 9/19/10 ___ Signature: ___ Age: 27
Printed Name & U.S. Marshal #: Arturo Espinoza Mendoza 11404308
CCA-CADC Housing Unit & Pod: 500 -C ___ If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: U. Beltran #95239208

///

///

Page # 9 of 9

↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

Declaration by Daniel Rigmaiden RE: CCA-CADC's 31 Hour Sleep Deprivation Prior To Sept. 22, 2011 Court Appearance; Signature date: September 25, 2011.

## DECLARATION UNDER PENALTY OF PERJURY

RE: CCA-CADC's 31 Hour Sleep Deprivation Prior To Sept. 22, 2011 Court Appearance;
By: Daniel David Rigmaiden

---

I, Daniel David Rigmaiden, declare the following:

1.      I am currently detained at Corrections Corporation of America, Central Arizona Detention Center ("CCA-CADC"), 1155 North Pinal Parkway, Florence, AZ 85132. I am over the age of 21 and I am mentally competent. I am making this declaration upon my own true knowledge and of my own free will. If called upon to testify, I would testify as set forth in this declaration.

2.      At CCA-CADC, I have been recently and consistently going to sleep between approximately 11:00pm and 11:30pm and am required to wake up between 6:30am and 7:00am. On September 21, 2011, I was woken up by CCA-CADC staff at approximately 7:00am. At approximately 11:30pm that night while I was laying in my sleeping area, CCA-CADC staff informed me that I needed to get ready for court and be by my housing pod door by 1:00am. I did as instructed and was subsequently moved down to the CCA-CADC receiving and discharge department. I then went through the approximate 4.5 hour strip search/ chaining/cuffing/lock boxing/shackling process and was transported to the federal courthouse in Phoenix for my 2:00pm September 22, 2011 court appearance for CR08-814-PHX-DGC. Once at the Phoenix courthouse, I sat shackled, chained, and cuffed until my court appearance at 2:00pm. By the time I was brought into the courtroom, I was awake for approximately 31 hours since the last time I was permitted sleep.

3.      My natural sleeping patterns, as well as the excessive noise/activity in my housing pod, prevented me from forcing myself to sleep in the middle of the day or at any time prior to 11:30pm on September 21, 2011. Due to my natural sleeping patterns and the

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: CCA-CADC's 31 Hour Sleep Deprivation Prior To Sept. 22, 2011 Court Appearance;
By: Daniel David Rigmaiden

---

environment at CCA-CADC, I was not able to sleep during the day on September 21, 2011.

4.      The United States Marshal service ("USMS") holding cells at the Phoenix

courthouse are kept very cold, I am not permitted to wear long sleeves unless it is winter time,

and everyone must sit upright on a metal bench so that there is room for everyone to sit.  Even

if I could somehow fall asleep while in chains and sitting upright on a metal bench (impossible

for me), the cold temperatures would prevent me from doing so.  I am also not willing to lay on

the holding cell floor with my head around the toilet or while using the soles of my shoes as a

pillow for my face, like some of the more adventurous detainees may be willing to do, in order

to catch some substandard sleep.

5.      While I was in court on September 22, 2011, I was insufficiently alert, unable to

think clearly and effectively, and unable to effectively and properly put forth my *pro se* defense

due to the 31 hour sleep deprivation treatment.  For example, after the government claimed that

the term "StingRay" was a generic law enforcement term, in the way someone may refer to

nose tissue as "Kleenex," I failed to assimilate this new information into previously known

information noted in my "Motion Requesting Remedies To Cure Continuing Prejudice To The

Defense RE Discovery" (sealed but not *ex parte*, CR08-814-PHX-DGC) and in my "Response

To Government's Memorandum Regarding Law Enforcement Privilege And Request For An Ex

Parte And In Camera Hearing If Necessary" (Dkt. #536, CR08-814-PHX-DGC).  The two cited

motions explain how Harris Corporation is the sole source vendor for any type of

portable/transportable wireless device locator and this renders moot any prosecution claim that

"StingRay" is a generic term.

6.      My defense was also effected negatively considering I found it very difficult to

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: CCA-CADC's 31 Hour Sleep Deprivation Prior To Sept. 22, 2011 Court Appearance;
By: Daniel David Rigmaiden

listen, communicate verbally, update strategies, assess risk, recall what was said minutes prior,
and make decisions.  For example, it was very difficult for me to apply new information I
learned at the hearing to my thought process while deciding whether to make further attempts
to work out additional factual stipulations for the pending discovery issues.  As a result, I was
indecisive and extremely hesitant while making my final decision.  These are all follies that I
do not suffer from when I am permitted a full night's sleep prior to having to engage in decision
making, problem solving, memory recall, and creative thinking.

      7.     CCA-CADC is capable of transporting me and other detainees to the Phoenix and
Tucson federal courthouses without depriving us of sleep and without an undue burden upon
CCA-CADC or the United States Marshal Service.  On two previous occasions, CCA-CADC
transported me to outside medical appointments that were scheduled in the afternoon, just like
the majority of my court appearances, and on both occasions CCA-CADC saw no need to wake
me up the night before.  Additionally, when I first arrived at CCA-CADC in 2008 and
continuing into 2009, CCA-CADC would run two transport trips to the Phoenix and Tucson
courthouses every court day.  Back then, anyone having court in the afternoon was permitted to
sleep and would get transported to the courthouse between 8:00am and 9:00am.

      8.     I declare, certify, verify, and state under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct to the best of my knowledge,
except as to those matters which are therein stated on information and belief, and, as to those
matters, I believe it to be true.  *See* 28 U.S.C. § 1746 ("Wherever... any matter is required or
permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing
of the person making the same [], such matter may, with like force and effect, be supported,

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: CCA-CADC's 31 Hour Sleep Deprivation Prior To Sept. 22, 2011 Court Appearance;
By: Daniel David Rigmaiden

evidenced, established, or proved by the unsworn declaration..., in writing of such person

which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621

("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of

title 28, United States Code, willfully subscribes as true any material matter which he does not

believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by

law, be fined under this title or imprisoned not more than five years, or both....").


Executed on September 25, 2011, in Florence, Arizona, United States of America.


Daniel David Rigmaiden

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE*
*SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

Group Declaration by a total of 25 different CCA-CADC detainees RE: CCA-CADC Conditions Of Confinement: Court Transport Procedures Deter Detainees From Fighting Their Cases; Signature dates: September 15-19, 2010.

## DECLARATION UNDER PENALTY OF PERJURY

### RE: CCA-CADC Conditions Of Confinement: Court Transport Procedures Deter Detainees From Fighting Their Cases;

1.    I hereby declare the following: I am currently detained as a federal pretrial detainee at Corrections Corporation of America, Central Arizona Detention Center (CCA-CADC): 1155 North Pinal Parkway, Florence, AZ 85132. I am making this declaration upon my own true knowledge and of my own free will. If called upon to testify, I would testify as set forth in this declaration.

2.    At least one time while in the custody of CCA-CADC, I have been transported from CCA-CADC to either the Phoenix or Tucson federal Courthouse for a Court appearance and then back to CCA-CADC. On my Court appearance date, CCA-CADC staff subjected me to the following oppressive Court transport procedures:

A) I was instructed to begin getting ready for Court at approximately 11:30pm, the day prior to my Court appearance date, and was moved out of my housing pod at approximately 1:30am for Court transport preparation. Due to this procedure, I was deprived of an entire night's sleep prior to appearing before the Judge.

B) I was placed into excessive restraints, i.e., a lock box over my handcuffs with my arms in a painful position, for a combined amount of time equalling at least 4 hours. The excessive restraints caused me pain and bruising.

C) I was subjected to a group strip search in a small holding cell allowing for less than 12" (inches) between each naked body and while in view of video surveillance cameras.

D) I was deprived of a nutritionally adequate lunch while at

Page # 1 of 3

either the Phoenix or Tucson federal Courthouse. I was only given
4 pieces of "Wonder Bread" style white bread, 2 slices of bologna,
6 "Oreo" style cookies, and 4 ounces of orange juice.

3. All of the above oppressive Court transport procedures
were administered by CCA-CADC staff members.

4. My desire to avoid the oppressive CCA-CADC Court transport
procedures listed above weighed heavily on my decision, or will
weigh heavily on my decision, to give up on my defense and accept
a deal on a guilty plea for my federal criminal case of which I am
currently being detained. I know that the sooner my case is
concluded, the sooner I will no longer be required to appear in
Court and be subjected to CCA-CADC's oppressive Court transport
procedures.

5. This "Declaration Under Penalty Of Perjury" was composed
for Daniel Rigmaiden and I authorize him to use it, or a copy thereof,
for any and all purposes that he so chooses.

6. I declare, certify, verify, and state under penalty of
perjury under the laws of the United States of America that the
foregoing is true and correct to the best of my knowledge, except
as to those matters which are therein stated on information and
belief, and, as to those matters, I believe it to be true. See 28
U.S.C. § 1746 ("Wherever... any matter is required or permitted to
be supported, evidenced, established, or proved by the sworn...
affidavit, in writing of the person making the same [], such matter
may, with like force and effect, be supported, evidenced, established,
or proved by the unsworn declaration..., in writing of such person
which is subscribed by him, as true under penalty of perjury, and

Page # _2_ of _8_

dated..."); 18 U.S.C. § 1621 ("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both....").

      7.    Each CCA-CADC detainee who signs below is adopting and subscribing to this declaration as his own truthful statement made under penalty of perjury. All declarant signatures were made in Florence, Arizona, United States of America on the dates indicated. [Declarant signatures and relevant information on following page(s).]

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Page # __3__ of __8__

## DECLARANT SIGNATURES

[ **1.** ] Brief Description Of Declaration: _Deter Fighting Case_

Date: _9\15\2010_    Signature: _Guadalupe Gonzales_    Age: _52_

Printed Name & U.S. Marshal #: _Guadalupe Gonzalez #16697179_

CCA-CADC Housing Unit & Pod: _C-500_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _O Beltran #95239208_

[ **2** ] Brief Description Of Declaration: _Deter Fighting Case_

Date: _9-15-10_    Signature: _Evelo padilla Ortega_    Age: _46_

Printed Name & U.S. Marshal #: _Evelo padilla Ortega    82252208_

CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _O. Beltran #95239208_

[ **3** ] Brief Description Of Declaration: _Deter fighting Case_

Date: _9  15  10_    Signature: _Jenaro Contreras Garcia_    Age: _39_

Printed Name & U.S. Marshal #: _Jenaro Contreras Garcia #1852308_

CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ **4** ] Brief Description Of Declaration: _Deter fighting case_

Date: _9/15/10_    Signature: _____    Age: _25_

Printed Name & U.S. Marshal #: _Ramone John Leyva #18741-208_

CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ **5** ] Brief Description Of Declaration: _Deter Fighting Case_

Date: _9/16/10_    Signature: _Carlos Samour_    Age: _32_

Printed Name & U.S. Marshal #: _Carlos Samour # 14069008_

CCA-CADC Housing Unit & Pod: _500 ~ C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _Q. Beltran #95239208_

///

///

Page # _4_ of _8_

## DECLARANT SIGNATURES

[ 6 ] Brief Description Of Declaration: Deter Fighting case
Date: 9/16/19        Signature: Valarquez Jesus        Age: 25
Printed Name & U.S. Marshal #: Jesus Manuel Valazcan 14756308
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G. Beltran #95239208

[ 7 ] Brief Description Of Declaration: Deter Fighting CASe
Date: 9/16/10        Signature: Juan Pineda        Age: 49
Printed Name & U.S. Marshal #: Gutierrez Pineda Juan 28490208
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ 8 ] Brief Description Of Declaration: Deter Fighting Case
Date: 9/18/10        Signature: Delfino Gomez H        Age: 41
Printed Name & U.S. Marshal #: DELFINO Gomez H # 60734198
CCA-CADC Housing Unit & Pod: C-500   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ 9 ] Brief Description Of Declaration: Deter Fighting Case
Date: 9/18/2010      Signature: Rafael Bojorquez A.        Age: 39
Printed Name & U.S. Marshal #: Rafael Bojorquez A. # 92813208
CCA-CADC Housing Unit & Pod: C-500   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G. Beltran 95239208

[ 10 ] Brief Description Of Declaration: Deter Fighting Case
Date: 9/18/10        Signature: Jose Mesa Vargas        Age: 64
Printed Name & U.S. Marshal #: JOSE MERAS VARGAS 90178208
CCA-CADC Housing Unit & Pod: 500-C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: G. Beltran #95239208

///
///

Page # 5 of 8

## DECLARANT SIGNATURES

[ 11 ] Brief Description Of Declaration: _Deter fighting Case_
Date: _9/18/10_   Signature: _Jesus Zamudio Ye_ Age: _25_
Printed Name & U.S. Marshal #: _Jesus Zamudio  96 79520S_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _L. Beltran #95239208_

[ 12 ] Brief Description Of Declaration: _Deter fighting Case_
Date: _9 / 18 / 10_   Signature: _Ant_ Age: _33_
Printed Name & U.S. Marshal #: _Antonio Prado  96869 208_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _L. Beltran #95239208_

[ 13 ] Brief Description Of Declaration: _Deter fighting Case_
Date: _9/19/10_   Signature: _Jaime Beltran Jimenez_ Age: _37_
Printed Name & U.S. Marshal #: _Jaime Beltran Jimenez  #95239208_
CCA-CADC Housing Unit & Pod: _500-C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ 14 ] Brief Description Of Declaration: _Deter fighting Case_
Date: _9 - 19 - 10_   Signature: _Roman Maria_ Age: _35_
Printed Name & U.S. Marshal #: _Maria Peace #21400359_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[ 15 ] Brief Description Of Declaration: _Deter fighting Case_
Date: _9 / 19 / 10_   Signature: _Beltran Rendon Juan m_ Age: _41_
Printed Name & U.S. Marshal #: _Juan m Beltran R  5820 1008_
CCA-CADC Housing Unit & Pod: _500 C_   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _L. Beltran #95239208_

///
///

## DECLARANT SIGNATURES

[16] Brief Description Of Declaration: Deter Fighting Case

Date: 9/19/10          Signature: Genum Guzma          Age: 27

Printed Name & U.S. Marshal #: Gealaon Guzman Guzman # 89151208

CCA-CADC Housing Unit & Pod: 500c      If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: J. Beltran #95239208

[17] Brief Description Of Declaration: DETER FIGHTING CASE

Date:      9/19/10      Signature: Jose Medina          Age: 25

Printed Name & U.S. Marshal #:      Jose Medina Soto          #82299268

CCA-CADC Housing Unit & Pod: 502c      If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _____

[18] Brief Description Of Declaration: Deter Fighting Case

Date: 9/19/10          Signature: ____          Age: 39

Printed Name & U.S. Marshal #: Vasquez Hernandez Juan 16229208

CCA-CADC Housing Unit & Pod: 500    C    If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: J. Beltran #95239208

[19] Brief Description Of Declaration: Deter Fighting Case

Date: 9/19/10      Signature: Rei          Age: 53

Printed Name & U.S. Marshal #: Vigilent Ortiz #E48465208

CCA-CADC Housing Unit & Pod: 500 C    If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: _____

[20] Brief Description Of Declaration: Deter Fighting Case

Date: 09/19/10          Signature: DAVID VALENZUELA Age: 32

Printed Name & U.S. Marshal #: DAVID VALENZUELA # 08611047

CCA-CADC Housing Unit & Pod: 500  C    If declarant does not read english,

print the name and U.S. Marshal # of the detainee who translated (if applicable)

and read this declaration to declarant: J. Beltran # 95239208

///

///

Page # 7 of 8

## DECLARANT SIGNATURES

[**21**] Brief Description Of Declaration: Deter Fighting case
Date: 9/19/10 _____ Signature: CARRERA ZAVALA ALBERTO Age: 30
Printed Name & U.S. Marshal #: CARRERA ZAVALA ALBERTO 39575-008
CCA-CADC Housing Unit & Pod: 500-C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: J. BeltraN #95239208

[**22**] Brief Description Of Declaration: Deter Fighting case
Date: 9/19/10 _____ Signature: _____ Age: 21
Printed Name & U.S. Marshal #: Julio Zurate Baspar 55/19208
CCA-CADC Housing Unit & Pod: 500-C — If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: _____

[**23**] Brief Description Of Declaration: Deter Fighting case
Date: 9/19/10 _____ Signature: Sergio Gil Pokyi Age: 36
Printed Name & U.S. Marshal #: Sergio Gil Pokyi 38863068
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: J. BeltraN #95239208

[**24**] Brief Description Of Declaration: Deter Fighting case
Date: 9/19/10 _____ Signature: Dilmer Espinoza Age: 23
Printed Name & U.S. Marshal #: Dilmer Espinoza 88679008
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: J. Beltran #95239208

[**25**] Brief Description Of Declaration: Deter Fighting case
Date: 9-19-10 _____ Signature: Efrain Herrera Avila Age: 43
Printed Name & U.S. Marshal #: Efrain Herrera Avila 97315208
CCA-CADC Housing Unit & Pod: 500 C   If declarant does not read english,
print the name and U.S. Marshal # of the detainee who translated (if applicable)
and read this declaration to declarant: J. Beltran #95239208

///

///

Page # 8 of 8

↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE*
*SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

Grievance/Declaration by Daniel Rigmaiden RE: CCA-CADC's 24+ hour sleep deprivation that I am subjected to before I appear in court to put forth my pro se defense;  Warden signature date: April 28, 2010.

**CORRECTIONS CORPORATION OF AMERICA**
**CENTRAL ARIZONA DETENTION CENTER**

## PRISONER INFORMATION REQUEST
## SOLICITUD DE INFORMACION

TO/PARA _Case Manager Bornweber; Regarding Grievance #4_

SUBJECT/ASUNTO _This is my request for an informal resolution of the following grievance: I am_
_forced to be awake over 24 hours before I appear in court to put forth my defense; Remedy_
_requested: Warden Keeton to sign a statement indicating that CCA-CADC will wake me up the morning_
_before court, and no earlier than 6:00am, from this point forward. Note: I was sleep deprived over_
_30 hours for my January 7, 2010 court hearing and my performance in court suffered. I have_
_already been "injured" and therefore need to exhaust admin. remedies using a formal grievance._
_See PLRA._

_Daniel Rigmaiden_                                          10966111
PRISONER'S NAME (PRINTED)                          PRISONER'S NUMBER

_Daniel Rigmaiden_                      C-500-208
PRISONER'S SIGNATURE                   CELL/CELDA                  DATE/FECHA
PRIMA DEL PRISONERO

RESPONSE/CONTESTACION _This issue was addressed with Shift_
_Supervisor R. Hendricks (Operations Movement Coordinator)_
_upon the start of your trial he can contact the_

OFFICIAL'S SIGNATURE/FIRMA DE OFFICIALES                    DATE/FECHA

IF RESPONSE IS UNSATISFACTORY, CHECK BELOW AND RESUBMIT THIS FORM FOR REVIEW BY THE FACILITY ADMINISTRA-
TOR. SI LA RESPUESTA NO ES SATISFACTORIA PONGA UNA CRUZ ABAJO Y VUELVA A SOMETER ESTA FORMA PART QUE EL
ADMINSTRADOR DE ESTA INSTITUCION LO REVISE.

(   ) PLEASE REVIEW/REVISE POR FAVOR
                                                        SIGNATURE/FIRMA

RESPONSE/CONTESTACION: _USMS to verify and if needed to_
_accommodate your request._

WARDEN'S SIGNATURE/FIRMA DEL WARDEN          1335          3-23-2010
                                                            DATE/FECHA

FORM SEC112-P                                              600901-3201

**CORRECTION CORPORATION OF AMERICA**
**CENTRAL ARIZONA DETENTION CENTER**

## PRISONER INFORMATION REQUEST
## SOLICITUD DE INFORMACION

TO/PARA *Case Manager Romweber*

SUBJECT/ASUNTO *I would like to escalate the following grievance to an actual "informal resolution" form: Grievance RE: CCA-CADC's 24+ hour sleep deprivation that I am subjected to before I appear in court to put forth my pro se defense. Your March 23, 2010 resolution (Attached) is rejected. Attached is my 3 page factual statement for the grievance.*

*Daniel Rigmaiden*                                      *1096111*
PRISONER'S NAME (PRINTED)                      PRISONER'S NUMBER

*Daniel Rigmaiden*              *C-500-208*      *3/31/2010*
PRISONER'S SIGNATURE / PRIMA DEL PRISONERO   CELL/CELDA      DATE / FECHA

RESPONSE/CONTESTACION _____

_____

_____

_____   _____
OFFICIAL'S SIGNATURE/FIRMA DE OFFICIALES                    DATE/FECHA

IF RESPONSE IS UNSATISFACTORY, CHECK BELOW AND RESUBMIT THIS FORM FOR REVIEW BY THE FACILITY ADMINISTRATOR. SI LA RESPUESTA NO ES SATISFACTORIA PONGA UNA CRUZ ABAJOY VUELVA A SOMETER ESTA FORMA PART QUE EL ADMINISTRATOR DE ESTA INSTITUCION LO REVISE.

( ) PLEASE REVIEW /REVISE POR FAVOR          _____
                                             SIGNATURE/FIRMA

RESPONSE/CONTESTACION: _____

_____

_____

_____

_____   _____
WARDEN'S SIGNATURE/FIRMA DE WARDEN                          DATE/FECHA

FORM SEC112-P                                              600901-3201

March 23, 2010
Daniel Rigmaiden # 10966111
Grievance RE: CCA-CADC's 24+ hour sleep deprivation that I am
subjected to before I appear in court to put forth my pro se defense;
Page # 1 of **3**

## I.  BACKGROUND INFORMATION

I am a pro se detainee at CCA-CADC. I am pro se on my
federal criminal case (CR08-814-PHX-DGC, out of the District of
Arizona), on an Arizona Supreme Court civil case (Rigmaiden v.
The State Bar of Arizona, M-09-0040), and on a civil complaint
against the United States government for civil rights violations
stemming from my federal criminal case.

## II.  ISSUE

For my federal criminal case, I am always instructed to get
ready for court at 11:30pm the night before I have to appear in
court. I am then pulled out of my cell at roughly 1:00am to begin
the CCA-CADC court transportation process. The court transportation
process takes roughly 5 hours before I am even loaded onto a bus.
Most of that 5 hour time is spent sitting around waiting -- time
that could be used for sleeping. I always end up being awake over
24 hours before being brought before the judge. I am unable to
effectively present my pro se defense in court after being awake for
over 24 hours. For example, on January 7, 2010, I was kept up by
CCA-CADC for 33 hours before I appeared in court for a motions
hearing where I had to argue numerous pretrial issues. Pretrial
hearings are just as important as trial. If CCA-CADC arranges
"non sleep deprivation treatment" for people who go to trial then it
can be done for me for my pretrial hearings.

## III.  REMEDY

In order to remedy this situation, I need (1) Warden

March 23, 2010
Daniel Rigmaiden #10966111
Grievance RE: CCA-CADC's 24+ hour sleep deprivation that I am
subjected to before I appear in court to put forth my pro se defense;
Page #2 of 3

Charles Keeton (or his equivalent) to sign my formal grievance
acknowledging this issue, and (2) Warden Charles Keeton (or his
equivalent) to sign a written statement indicating that CCA-CADC
will wake me up the morning of court, and no earlier than four
(4) hours before I am to appear before the court or other
entity at the courthouse, from this point forward. I also need
all CCA-CADC staff members to follow the Warden's written
statement.

     IV. CONCLUSION

     Under "Chapter 14 Inmate/Resident Grievance Procedure," in the
section pertaining to protection from reprisals, the CCA-CADC policy
states in relevant part:

     "Inmates/residents shall not be subject to retaliation, reprisals,
     harassment, or discipline for use or participation in the informal
     resolution process or grievance process." CCA-CADC Policy
     Statement 14-5.4(E).

     I, Daniel David Rigmaiden, declare under penalty of perjury under
the laws of the United States of America, that the facts
contained in the foregoing are true and correct to the best of
my knowledge, except as to those matters which are therein
stated on information and belief, and, as to those matters, I believe
it to be true. See 28 U.S.C. § 1746; 18 U.S.C. § 1621. This
document was signed on March 23, 2010 in Florence, AZ,
United States of America.

[See page #3 for declarant signature]

March 23, 2010
Daniel Rigmaiden # 10966111
Grievance RE: CCA-CADC's 24+ hour sleep deprivation that I am subjected
to before I appear in Court to put forth my pro se defense;
Page # 3 of 3

Daniel Rigmaiden

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

## INFORMAL RESOLUTION

**To be completed by inmate/resident:**

Date: April 4, 2010

Name (Print): Rigmaiden          Daniel          D
             Last Name          First Name      Middle Initial

Number: 1096611     HOUSING ASSIGNMENT: 500-C-208

Description of issue, problem, and solution you suggest:

Grievance RE: CCA-CADC's 24+ hour sleep deprivation that I am subjected to before I appear in court to put forth my pro se defense. 3 additional necessary pages are attached and a copy of Romweber's 3/23/2010 "pre-informal resolution" to this grievance. Note: I have been trying to submit this "actual informal resolution" since March 23, 2010, however, court on 3/24, religious holidays on 3/29, 3/30, unavailability of staff and CCA-CADC 500 unit lockdown from 3/29 to the night of 4/1 has prevented me from doing so. Furthermore, an "actual informal resolution" form was first requested on March 11, 2010.

**Attach additional pages, if necessary.**

**FOR STAFF USE ONLY:**

Date received from inmate/resident: 4/4/2010

Name of staff member completing informal resolution process: CMRomweber

Date response due to inmate/resident: 4-5-2010

Date and time initial meeting held with the inmate/resident: 4-5-2010  1403 hr

**Additional information received from initial meeting:**

Nothing

**Names of staff members involved with the inmate/resident's issue:**

Distribution:
Original: Facility
Copy: Inmate/Resident

03/07

**Dates and times of contact with staff members concerning the inmate/resident's issue:**

4-5-2010    0720 hours  Executive Assistant
M. Rolfsmeier and Warden C. Keeton.

**Additional information received from meetings with staff members:**

No additional information.

**STAFF RESPONSE:**

The response given on 3-23-2010 remains the official response. Upon the start of your trail Shift supervisor R Hendricks (Operations Movement Coordinator) can contact the USMS to verify and if needed accommodate your request. A written statement from Warden C. Keeton on this matter is not forthcoming.

**Tentative completion date if remedy suggested:** 4-5-2010

**Completion of Informal Resolution Process:**

By signing below, the inmate/resident verifies agreement with the remedy suggested above. If the inmate/resident is not satisfied with the remedy suggested above, the inmate/resident is not required to sign below and may choose to file a formal grievance with the Facility Grievance Officer. In either case, the inmate/resident will receive a copy of this form on the day the final resolution process is completed.

Inmate Signature:_____  Date:_____

Designated Staff Signature: M Romwer  Date: 4-5-2010

*Witness Signature:_____  Date:_____

*In the event the inmate/resident refuses to sign this form, a witness signature must be obtained to verify that the inmate/resident was offered the opportunity for informal resolution.

**Informal Resolution Outcome:**  ☐ RESOLVED  ☒ UNRESOLVED

Distribution:
Original: Facility
Copy: Inmate/Resident

03/07

Grievance No.:_____                                                                    14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Daniel D. Rigmaiden | | |
|---|---|---|---|
| NUMBER: | 1096611 | HOUSING ASSIGNMENT: | 500-C-208 |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☒ YES   ☐ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | ⑳ Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) 5th Amend. Due |
| 7. Medical Services | 14. Intake | 21. Other      Process |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

The attached Informal Resolution containing the 3 additional necessary pages RE: "24+ hour sleep deprivation that I am subjected to before I appear in Court to put forth my pro se defense" filed April 4, 2010 and the March 23, 2010 "pre-informal resolution" outline the facts of this grievance. Note: Romweber will have to attach copies of the above documents as I only have the originals. This matter is not resolved because CCA-CADC did not provide any of the requested remedies contained in the above noted attachments.

**Requested Action:** (Attach additional pages if necessary)

In order to remedy this situation, I need (1) Warden Charles Keeton (or his equivalent) to sign my formal grievance acknowledging this issue, and (2) Warden Charles Keeton (or his equivalent) to sign a written statement indicating that CCA-CADC will wake me up the morning of Court, and no earlier than four (4) hours before I am to appear before the Court or other entity at the courthouse, from this point forward. I also need all CCA-CADC staff members to follow the Warden's written statement.

Inmate/Resident's Signature: Daniel Rigmaiden                    Date Submitted: April 7, 2010

Grievance No.: #10-05                                                    14-5B

**RESPONDING STAFF MEMBER'S REPORT: (Attach additional pages if necessary. All pages must include the grievance number.)**

Spoke to the inmate regarding his concerns dealt
with the CCA Policy + Procedure surrounding
this issue. And also talked through the d
Marshall Contract explained to the Inmate the (CCA)
obligations to ensure he is to court on time +
Safety

**RESPONDING STAFF MEMBER'S DECISION: (Attach additional pages if necessary. All pages must include the grievance number.)**

The Decision is to Keep policy + procedures that
are currently implemented + being followed as they
are. The inmate will continue to go to court
with the other general population inmates + the procedure
will remain the same.

Responding Staff Member's Printed Name: J. Armstrong         Title: Unit Manager

Responding Staff Member's Signature: _____         Date: 4-22-10

Inmate/Resident's Signature (upon receipt): Daniel Rigmaiden   Date: April 22, 2010

**INMATE/RESIDENT APPEAL: (Attach additional pages if necessary. All pages must include the grievance number.)**

I am appealing this grievance. The requested solution was not provided. I have to
argue in court at every appearance and need more sleep.

**WARDEN/ADMINISTRATOR'S DECISION: (Attach additional pages if necessary. All pages must include the grievance number.)**

Your scheduled movement will be handled as with any other
detainee. No further action required.

Warden/Administrator's Signature: _____              Date: 4/28/2010

Inmate/Resident's Signature (upon receipt): Daniel Rigmaiden    Date: April 30, 2010

⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇

*ATTACHED EXHIBITS*
*MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE*
*SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE*
*CR08-814-PHX-DGC*

Hermann, William, Jail officer accused of abuse, The Arizona Republic, p. B1 (November 30, 2010).

# Jail officer accused of abuse

## He's arrested, co-worker questioned; videos show inmates punched

**By William Hermann**
THE ARIZONA REPUBLIC



**Officer Kevin Gerster**



**Officer Alan Keesee**

Maricopa County Sheriff Joe Arpaio scowled and shook his head as he watched a Nov. 11 video showing one of his jail detention officers put his foot on the neck of an inmate held bent over a table, and later repeatedly punch and kick the restrained inmate.

While Arpaio scowled, the audience of media representatives gasped at the brutality of the incident.

"We would get blistered for this if we didn't come out with it," Arpaio said. "We have to get out in front right away when we find problems in our organization."

The video that had caused Arpaio to scowl also prompted him to order the arrest and jailing of detention Officer Kevin Gerster, 31.

Inmate William Hughes, 24, was shown in a jail surveillance video being led by three escort officers into a room in the psychiatric ward of the Lower Buckeye Jail. After the officers bend Hughes — who is manacled and handcuffed and wearing a "spit mask" — over the table, Gerster is seen walking almost casually up to the table, stepping lightly onto it, then placing a foot onto Hughes' neck and evidently leaning onto his foot.

After Gerster takes his foot off Hughes' neck, another detention officer, Alan Keesee, walks up to the table and slams Hughes' head against the surface. Keesee, 32, was detained Monday for questioning and released.

Charges against both officers are pending.

Later in the video, Hughes is seen being led by deputies toward a cell, and Gerster is seen punching Hughes four times in the back of the head and kicking him in the left leg.

In another video, made on June 5, inmate Michael Flores, 28, who was being restrained on a psychiatric-ward bed but evidently using abusive language, is apparently struck in the

See JAIL Page B9

# Jail videos show inmates being kicked and punched

**JAIL**
*Continued from B1*

jaw by Gerster, who was under orders to supervise the inmate during his time under restraint.

While Arpaio didn't try to hide his dismay at the videos, he also said that "being a detention officer is a difficult job."

"Most of our officers, 99.9 percent of them, follow policy and don't do this sort of thing," Arpaio said. "But we want people to know that when something like this happens, we take action."

Arpaio's interim chief deputy, Jerry Sheridan, said that the earlier incident, with Flores, "has been under investigation for some time." He said that after Flores was released, he went to a hospital and was found to have a broken jaw, which he claimed was caused by Gerster's punch. Hospital personnel notified the Sheriff's Office, and an investigation was started.

"There were more than 14 hours of videotape to be reviewed, and Mr. Flores was not always available to talk to," Sheridan said. "Also, there was the matter of due process. But when

the November incident took place, we went back to the June incident."

Gerster is also under arrest for using the jail's computer system to get the home address of an inmate, then giving the address to



**William Hughes**

a friend whose estranged wife was dating the inmate, Sheridan said.

Authorities allege that Gerster's friend used the information to locate the former inmate, then assault him and the estranged wife. Gerster's friend, Dennis McCarty, was arrested by Tempe police Sept. 19 and charged with aggravated assault, burglary and criminal damage.

Arpaio and Sheridan said an investigation is under way into the actions of officers who witnessed the actions of Gerster and Keesee.

Arpaio said he is also reviewing how detention officers are assigned to the "extremely demanding" psychiatric ward duty.

"I will look at having volunteer officers in the psych ward," Arpaio said. "Perhaps we can find people who will be best suited to work in that environment."

**Michael Flores**