# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>        Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ORDER REQUIRING THAT DEFENDANT NOT BE SUBJECTED TO SLEEP DEPRIVATION PRIOR TO EACH COURT APPEARANCE |

This matter is before the Court pursuant to the defendant's *Motion For Order Requiring That Defendant Not Be Subjected To Sleep Deprivation Prior To Each Court Appearance*. The defendant requests that the Court order the United States Marshal Service ("USMS") to (1) ensure that the defendant not be woken up by Corrections Corporation of America, Central Arizona Detention Center ("CCA-CADC") prior to 6:45am or no later than three hours prior to his scheduled court appearance time (whichever is earlier) on the dates the defendant is to attend court, and (2) effectuate No. 1 above by either arranging for a USMS transport from CCA-CADC to the Phoenix courthouse or by requiring that CCA-CADC transport the defendant to the Phoenix courthouse in the same way that it transports the defendant to outside medical appointments, *i.e.*, without sleep deprivation.

There being good cause shown, the Court will grant the defendant's motion and hereby orders the following:

   1.   The USMS _____

- 1 -

1

2    Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the

3  _____ day of _____, 20____, for a total of ____ days.

4

5    DATED this ____ day of _____, 20____.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -