Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>        Defendant. | No. CR08-814-PHX-DGC<br><br>NOTICE OF STIPULATION MEETING FAILURE |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Notice Of Stipulation Meeting Failure*. The Court previously stated that it "encourages Defendant and the government to discuss [][the pending discovery] issues when they meet in advance of the October 28, 2011 hearing[.]" Dkt. #644, p. 3. The defendant is filing this notice to notify the Court and to establish a record of the defendant's and government's failed attempt to meet to further discuss factual stipulations regarding the pending discovery issues. The defendant sees a need to file this notice and exhibits considering, going by the tone of the government's recent letter, he suspects that the government will attempt to spin the situation to paint the defendant in a negative light. The defendant made reasonable conditions requests for the planned meeting such as protecting his Constitutional rights, not being deprived of sleep, having access to drinking water, and maintaining his dignity prior to the meeting so that he would be in a proper emotional state. In response, the government once again made a wholesale rejection of the defendant's requests without suggestions or any

1 effort to reach an agreement. The defendant will explain no more and will let the attached
2 exhibits speak for themselves. Attached are four letters detailing the
3 defendant's/government's attempt to arrange a meeting under acceptable terms.
4 　　　　　　　　　　　　　　　* * * * *
5 　　　　This filing was drafted by the *pro se* defendant and all attachments were prepared and/
6 or assembled by the *pro se* defendant, however, he authorizes his shadow counsel, Philip
7 Seplow, to file this filing and all attachments on his behalf using the ECF system. The
8 defendant is appearing *pro se* and has never attended law school. The defendant's filings,
9 however inartfully pleaded, must be liberally construed and held to less stringent standards
10 than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*NOTICE OF STIPULATION MEETING FAILURE*
*CR08-814-PHX-DGC*

1  Respectfully Submitted:

3  PHILP SEPLOW, Shadow Counsel, on
   behalf of DANIEL DAVID RIGMAIDEN,
4  Pro Se Defendant:

6  s/ Philip Seplow
   Philip Seplow
7  Shadow Counsel for Defendant.

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*NOTICE OF STIPULATION MEETING FAILURE*
*CR08-814-PHX-DGC*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on: _____ I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*NOTICE OF STIPULATION MEETING FAILURE*
*CR08-814-PHX-DGC*