IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                            )<br>          Plaintiff,                      )<br>                                            )<br> vs.                                       )<br>                                            )<br>                                            )<br> Daniel David Rigmaiden,          )<br>                                            )<br>          Defendant.                   )<br>_____) | CR 08-814-01-PHX-DGC<br><br>**ORDER** |

The Court has received Defendant's motion to reschedule the hearing set for October 28, 2011. The motion raises a number of issues about Defendant's current defense situation that the Court desires to resolve sooner rather than later. As a result, the Court will hold the hearing on October 28, 2011 at 2:30 p.m. as scheduled. In addition to discussing what if any progress can be made on the stipulations the parties were to discuss, the Court will hold ex parte discussions with Mr. Rigmaiden about defense issues raised in his motion.

IT IS ORDERED that Defendant's Motion Requesting Rescheduling of October 28, 2011 Court Hearing (doc. 660) is denied.

DATED this 25th day of October, 2011.

*David G. Campbell*
David G. Campbell
United States District Judge