1  **Philip A. Seplow, Esq.**
   **Attorney #004859**
2  **2000 North 7th Street**
   **Phoenix, AZ 85006**
3  **(602) 254-8817**

4

5  **Shadow Counsel for Defendant**

6               IN THE UNITED STATES DISTRICT COURT

7                       DISTRICT OF ARIZONA

8  United States of America,    )    Case No. CR 08-0814-PHX-DGC
                                )
9                 Plaintiff,    )
                                )    NOTICE OF DEFENDANT'S INTENT
10         vs.                  )    TO RESPOND TO DOCKET ITEM #674
                                )
11  Daniel David Rigmaiden,     )
                                )
12                Defendant.    )
   _____ )
13

14          COMES NOW the Defendant, Daniel David Rigmaiden, by and

15  through undersigned shadow counsel, and gives notice to the Court

16  as follows:

17          The Defendant intends to respond to the Government's

18  Memorandum re: Motion for Discovery (Docket #674).  Defendant

19  requests that the Court read his response prior to ruling on the

20  pending discovery issues.  Defendant's response is short but

21  addresses extremely important matters that arise from the

22  government's filing at Docket # 674.  The government's Memorandum

23  (filed on October 27, 2011) was addressed and discussed one day

24  later at the October 28, 2011, court hearing without the Defendant

25  having had an opportunity to read it.  Therefore, the Defendant

26  has been unable to effectively respond to the government's

27  Memorandum either verbally or in writing.  Defendant's response is

28  already complete and only needs to be retrieved from CCA/CADC so

                                    1

1  it can be filed.   This expected to happen on Wednesday, November

2  2, 2011.

3         RESPECTFULLY SUBMITTED this 1st day of November, 2011.

4                    PHILIP A. SEPLOW, ESQ.

5

6                    By: s/Philip A. Seplow
                         Philip A. Seplow, Esq.
7                        Attorney for Defendant

8

9

10

11

12

13              CERTIFICATE OF SERVICE

14    X    I hereby certify that on November 1, 2011, I electronically
   transmitted the attached document to the Clerk's Office using the
   CM/ECF System for filing and transmittal of a Notice of Electronic
15  Filing to the following CM/ECF registrants:

16         Frederick Battista, Esq.
           Assistant United States Attorney
17
           Attorneys for all codefendants of record
18
     X  I hereby certify that on November 1, 2011, I served the attached
19  document by First Class Mail on the following, who are not registered
   participants of the CM/ECF System:
20
           Daniel Rigmaiden
21         Reg# 10966111
           CCA
22         P O Box 6300
           Florence AZ  85132-6300
23         Defendant pro se

24
                         S/ Philip A. Seplow
25

26

27

28

                         2