| ✎AO 435<br>(Rev. 10/05) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|
| *Read Instructions on Back:* | | | |

| 1. NAME | | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|---|
| 4. FIRM NAME | | | | |
| 5. MAILING ADDRESS | | 6. CITY | 7. STATE | 8. ZIP CODE |
| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | | |
| | | 11. | 12. | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 14. | 15. STATE | |

16. ORDER FOR

| APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
|---|---|---|---|
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

18. ORDER

| **CATEGORY** | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | **DELIVERY INSTRUCTIONS**<br>(check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | | | | | |
| 14 DAYS | | | | PAPER COPY | |
| 7 DAYS | | | | E-MAIL | |
| DAILY | | | | DISK | |
| HOURLY | | | | PDF FORMAT | |
| REALTIME | | | | ASCII FORMAT | |

| CERTIFICATION (19. & 20.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS |
|---|---|
| 19. SIGNATURE | **NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY