**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

Phoenix Division

 **CR 08 /  814   /   01 / PHX / DGC**      DATE: 10/28/11
Year    Case No.    Dft #

HON: DAVID G. CAMPBELL           Judge # 7031

USA v.   Rigmaiden, Daniel David (pro se)
         Last Name     First Name    Middle Initial
DEFENDANT: X   Present_ Not Present  _ Released X Custody  __Writ

Deputy Clerk: Lisa Richter      Crt Rptr/ECR Patricia Lyons

U.S Atty:   Frederick Battista and James Knapp          Dft counsel:   Philip Seplow (stand by counsel)
                                                         _ AFPD  X  Appointed _ Retained

Interpreter:_     Language:_
=======================================================================
**PROCEEDINGS**:   X Open Court   _Chambers    _Other


Status Hearing held.

Case status and pending motions are discussed.

Defendant's Motion to Continue Trial (doc. 659) is granted.  Jury Trial is reset for **February 7, 2012 at 9:00 a.m.**

Ex parte discussion held outside the presence of the Government.  Ex parte motions are discussed.  Ex parte motion to seal (doc. 661) and the related lodged motion are denied as moot.  Additional ex parte motions are ruled on as stated on the record.  Separate orders are issued.

Excludable delay pursuant to 18:3161(h)(7)(A) and (h)(7)(B)(iv) is found to commence on November 9, 2011 for a total of 91 days.

Court time: 1 hour, 31 minutes