## STATEMENT PURSUANT TO LRCiv 7.2(j)

### MOTION FOR ADDITIONAL DISCOVERY DUE TO GOVERNMENT IGNORING DEFENDANT'S RECENT DISCOVERY REQUESTS

I, Daniel David Rigmaiden, hereby certify that after personal consultation (via written correspondence) and sincere effort, the parties were unable to satisfactorily resolve the discovery issues addressed in the accompanying motion.

Date: October 31, 2011

s/ Daniel Rigmaiden
Daniel David Rigmaiden
Pro Se, Defendant.

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

- 1 -