1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8
9

United States of America,

10
                                                    CR-08-814-001-PHX-DGC
                          Plaintiff,
11
                                                    **ORDER FOR ENLARGEMENT OF**
12            v.                                    **TIME**

13    Daniel David Rigmaiden, et al,

14                        Defendants.

15            Upon motion of the United States, good cause appearing as stated in the government's

16    motion, and there being ___ objection by the defendant Daniel David Rigmaiden,

17            IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond

18    to defendant Daniel David Rigmaiden's Motion For Additional Discovery Due to Government

19    Ignoring Defendant's Recent Discovery Requests (Docket No. 697), until _____

20    _____, 2011.

21            Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on

22    _____, 2011, for a total of _____ days.

23            DATED this _____ day of _____, 2011.

24
25
26
27
28