UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>  v.<br><br>Daniel David Rigmaiden, et al,<br><br>            Defendants. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

Upon motion of the United States, good cause appearing as stated in the government's motion,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond to defendant Daniel David Rigmaiden's Motion For Additional Discovery Due to Government Ignoring Defendant's Recent Discovery Requests (Docket No. 697), until  December 16, 2011

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on 11/21/2011, for a total of 8 days.

DATED this 28th day of November, 2011.

*David G. Campbell* (signature)

David G. Campbell
United States District Judge