ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        v.<br><br>Daniel David Rigmaiden, et al,<br><br>                Defendants. | CR-08-814-001-PHX-DGC<br><br>**MOTION FOR ENLARGEMENT OF TIME**<br><br>**(Second Request)** |

        The United States, by and through its attorneys undersigned, respectfully requests that this Court enter a second order enlarging the time for the government to respond to the remaining issues set forth in defendant Daniel David Rigmaiden's Motion For Additional Discovery Due to Government Ignoring Defendant's Recent Discovery Requests (Docket No. 697) until Friday, January 6, 2012. As of this date, the prosecution has responded to all of defendant's outstanding request set forth in the motion except the following request in defendant's Motion Section II(A) – All text (SMS) messages sent to/from FBI agents regarding the aircard locating mission. The defendant has been provided redacted text messages for one FBI special agent and advised that a second FBI special who worked closely with the first FBI special agent has none. Further,

defendant has been advised that two of the three tech agents who participated in the aircard mission do not have any text messages.  The text messages for a third tech agent have been located and the prosecution is in the process of preparing redacted copies for release to defendant.  Defendant has also been advised that the FBI is in the process of attempting to determine whether the tech agents produced any e-mails pertaining to the subject aircard mission.  A redacted one page report prepared by a tech agent was also recently released to defendant.

With respect to the outstanding matters, the prosecution needs additional time to coordinate with the FBI case agent and FBI counsel its ongoing attempts to locate, process and determine whether to disclose the items requested by defendant.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 16th day of December, 2011.

ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney