|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|                                  |                                              |
|----------------------------------|----------------------------------------------|
| United States of America,        |                                              |
|     Plaintiff, | CR-08-814-001-PHX-DGC                      |
| v.                               | **SECOND ORDER FOR ENLARGEMENT OF TIME**     |
| Daniel David Rigmaiden, et al,   |                                              |
|     Defendants. |                                           |

Upon motion of the United States, good cause appearing as stated in the government's motion, and there being ___ objection by the defendant Daniel David Rigmaiden,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond to defendant Daniel David Rigmaiden's Motion For Additional Discovery Due to Government Ignoring Defendant's Recent Discovery Requests (Docket No. 697) (Second Request), until _____, 20____.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 20____, for a total of _____ days.

DATED this _____ day of _____, 20___.