ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Daniel David Rigmaiden, et al,<br><br>　　　　　Defendants. | CR-08-814-001-PHX-DGC<br><br>**SUPPLEMENTAL CASE CITATION RE BALANCING PURSUANT TO <u>UNITED STATES V. ROVIARO</u>, 353 U.S. 53 (1957)** |

The United States, by and through its attorneys undersigned, respectfully submits the following case citation relevant to the issue of balancing pursuant to <u>United States v. Roviaro</u>, 353 U.S. 53 (1957). On December 14, 2011, this court held an ex parte hearing in accordance with its November 16, 2011 written Order to determine whether the FBI technology used to locate the defendant's aircard constitutes sensitive law enforcement information entitled to a law enforcement privilege in accordance with <u>United States v. Roviaro</u>, and its progeny.  At the conclusion of the hearing, the United States advised the Court that it may file a supplemental pleading with respect to the application of <u>Roviaro</u>.  The United States has decided to not file

a supplemental pleading but simply provide the following citation for the Court's consideration.

See <u>United States v. Garey</u>, 2004 WL 2663023 (Nov. 15, 2004, M.D.Ga.),

    Respectfully submitted this 16th day of December, 2011.

                       ANN BIRMINGHAM SCHEEL
                       United States Attorney
                       District of Arizona

                       <u>S/Frederick A. Battista</u>

                       FREDERICK A. BATTISTA
                       PETER S. SEXTON
                       JAMES R. KNAPP
                       Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 16, 2011, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


<u>S/Frederick A. Battista</u>

FREDERICK A. BATTISTA
Assistant U.S. Attorney