UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>          v.<br><br>Daniel David Rigmaiden, et al,<br><br>                              Defendants. | CR-08-814-001-PHX-DGC<br><br>**SECOND ORDER FOR<br>ENLARGEMENT OF TIME** |

Upon motion of the United States, good cause appearing as stated in the government's motion,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond to defendant Daniel David Rigmaiden's Motion For Additional Discovery Due to Government Ignoring Defendant's Recent Discovery Requests (Docket No. 697) (Second Request), until January 6, 2012.

DATED this 16th day of December, 2011.

David G. Campbell
United States District Judge