Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Daniel David Rigmaiden, et al.,

Defendant.

No. CR08-814-PHX-DGC

MOTION TO WITHDRAW MOTION/APPLICATION FOR PROMETHEUS SUBPOENA DKT. #596

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion To Withdraw Motion/Application For Prometheus Subpoena Dkt. #596*. The defendant is filing this motion to withdraw Dkt. #596 because the prosecution has conceded, for the purposes of litigating the suppression issue, that the FBI's surveillance equipment located the aircard directly inside apartment No. 1122.[1] Due to the prosecution's concession, the defendant no longer has a need for the evidence he previously sought to subpoena from Prometheus Real Estate Group.

This motion and all attachments were drafted and prepared by the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to file this motion on his behalf using the ECF system. The defendant is appearing *pro se* and has never attended law school.

1. *See Government's Memorandum RE Motion For Discovery*, p. 2 (Dkt. #674) ("[T]he United States will agree to allow the Court to factually assume, that, at the conclusion of the July 16, 2008, aircard tracking operation, the FBI located the aircard within Unit 1122 of the Domocilio [sic] Apartments." (footnote omitted)).

The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon."

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

MOTION TO WITHDRAW MOTION/APPLICATION FOR PROMETHEUS SUBPOENA DKT.#596
CR08-814-PHX-DGC

- 2 -

Respectfully Submitted: January 6, 2012

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

MOTION TO WITHDRAW MOTION/APPLICATION FOR PROMETHEUS SUBPOENA DKT.#596
CR08-814-PHX-DGC

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on: January 6, 2012 I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))