# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION/APPLICATION FOR PROMETHEUS SUBPOENA DKT. #596 |

Pursuant to the defendant's *Motion To Withdraw Motion/Application For Prometheus Subpoena Dkt. #596* and good cause being shown:

IT IS HEREBY ORDERED that the defendant's *Motion/Application For Subpoena Duces Tecum Pursuant To Fed. R. Crim. P. 17(c) For Prometheus Real Estate Group* (Dkt. #596) is withdrawn as requested by the defendant.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this _____ day of _____, 20_____.