DENNIS K. BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al,<br><br>Defendants. | CR-08-814-001-PHX-DGC<br><br>**MOTION FOR ENLARGEMENT OF TIME** |

The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to complete its response to defendant Daniel David Rigmaiden's Motion For Additional Discovery Due to Government Ignoring Defendant's Recent Discovery Requests (Docket No. 697) until Friday, January 27, 2012. The prosecution needs additional time in order to coordinate with the FBI case agents and FBI counsel ongoing attempts to locate, process and determine whether to disclose outstanding text messages (a number of text messages have been located and are being processed) and e-mails (a search for any such e-mails is ongoing) prepared by the tech agents during the subject aircard

mission. Leave schedules and demands of other work for personnel involved in this endeavor have played a role in the ongoing process of preparing this final response.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 6th day of January, 2012.

ANN BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney