**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF NO OBJECTION TO |
| vs. | ) | GOVERNMENT'S MOTION FOR EXTENSION |
| | ) | OF TIME TO FILE RESPONSE/REPLY |
| Daniel David Rigmaiden, | ) | (DOC# 726) |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, gives notice to the Court that he has no objection to the Government's Motion for Extension of Time to File Response/Reply filed on or about January 6, 2012(Doc #726).

This Notice is filed by Shadow Counsel as the request of the *pro se* Defendant, Daniel David Rigmaiden.

RESPECTFULLY SUBMITTED this 11th day of January, 2012.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant

1

CERTIFICATE OF SERVICE

__X__ I hereby certify that on January 11, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

_X_ I hereby certify that on January 11, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

                                        S/ Philip A. Seplow