IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-814-1-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | |

    Upon motion of the United States, good cause appearing as stated in the government's motion, and there being no objection by the defendant Daniel David Rigmaiden,

    IT IS ORDERED granting the United States' Motion for Enlargement of Time ( Filed on January 6, 2012) to respond to defendant Daniel David Rigmaiden's Motion for Additional Discovery due to Government Ignoring Defendant's Recent Discovery Requests (doc. 697) , until January 27, 2012.

    DATED this 19th day of January, 2012.

_David G. Campbell_
David G. Campbell
United States District Judge