# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE NON-STANDARD MOTION FOR RECONSIDERATION OF COURT'S ORDER AT DKT. #723 |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to the defendant's *Motion For Leave To File Non-Standard Motion For Reconsideration Of Court's Order At Dkt. #723* with respect to his *Motion For Reconsideration And Clarification Of The Court's Order At Dkt. #723*.

There being good cause shown, the Court will grant the defendant's motion.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this _____ day of _____, 20_____.

- 1 -