```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ARIZONA
                  CRIMINAL MINUTES-STATUS HEARING
```

Phoenix Division


<u>**CR 08-814-1 PHX DGC**</u>         DATE: <u>1/27/2012</u>
Year    Case No.     Dft #

HON: <u>DAVID G. CAMPBELL</u>                         Judge # <u>7036</u>

USA v. <u>RIGMAIDEN, DANIEL DAVID</u>
         Last name       First Name              Middle
DEFENDANT TRUE NAME: _____

DEFENDANT: <u>X</u> Present__ Not Present __Released <u>X</u> Custody ____Wr
Deputy
Clerk: <u>Traci C. Abraham</u>       CtRptr <u>Merilyn Sanchez</u>
U.S Atty: <u>Frederick Battista</u>     Dft Atty: <u>Philip Seplow</u>
Interpreter:_____Language:_____
================================================================
____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.
**PROCEEDINGS**:    <u>X</u>   Open Court _____Chambers _____Other

Status Hearing held.

Defendant's motion for reconsideration re: motion for order requiring Government to release the physical aircard to the defense (doc. 735) is denied without prejudice.

Defendant's motion for leave to file non-standard motion for reconsideration of Court's order (doc. 744) is taken under advisement. Court will issue an order.

Defendant requests additional time to file a motion to suppress. Defendant will have an extension until 4/27/2012 to file a motion to suppress. The motion to be no more than 75 pages in length.

Defendant will be filing a motion to continue the February 7, 2012 trial date.

Ex Parte hearing held with defendant and defense counsel only.

Orders to issue.