IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>        vs.<br><br>Daniel David Rigmaiden,<br>_____ | Case No. CR 08-0814-PHX-DGC<br><br>O R D E R |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 7th day of February, 2012, to the _____day of _____, 2012, at _____ a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would the Defendant, proceeding *pro se*, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to the _____ day of _____, 2012.

1

1        EXCLUDABLE DELAY under 18 U.S.C. § 3161(h)(7)_____ is
2  found to commence on the ____ day of _____, 2012, for a
3  period of _____ days.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28