IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Daniel David Rigmaiden,<br><br>    Defendant. | CR 08-814-001-PHX-DGC<br><br>**ORDER** GRANTING MOTION TO CONTINUE TRIAL<br>(16th Request) |

Upon motion of Defendant and no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial for the reasons stated in Defendant's motion, including that defendant needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from February 7, 2012 to **June 12, 2012 at 9:00 a.m.**

1 **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and
2 served in this matter, that they remain in effect and are answerable at the new trial date and
3 the party who served the subpoena should advise the witnesses of the trial date.
4 **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.
5 §3161(h)(7)(A) and (B) will commence from February 7, 2012 to June 12, 2012 .

DATED this 13th day of February, 2012.

_____
David G. Campbell
United States District Judge