1   **WO**

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9   United States of America,            No. CR08-0814-01-PHX-DGC

10            Plaintiff,          **ORDER**

11   v.

12   Daniel David Rigmaiden (1),

13            Defendant.

14       This matter is before the Court pursuant to Defendant's motion for leave to file

15   non-standard motion for reconsideration of the Court's Order at Dkt. #723.  Doc. 744.

16       **IT IS ORDERED** that Defendant's motion for leave (Doc. 744) is **granted**.  The

17   Clerk is directed to file the motion for reconsideration lodged as Doc. 745.

18       Excludable delay under 18 U.S.C. § 3161(h)(1)(D) is found to commence on

19   January 19, 2012 through March 28, 2012.

20       Dated this 28th day of March, 2012.

21

22

23                               David G. Campbell
                                 United States District Judge

24

25

26

27

28