**EXHIBIT INDEX**

**MOTION FOR RECONSIDERATION AND CLARIFICATION
OF THE COURT'S ORDER AT DKT. #723**

**EXHIBIT 01:** Case write ups by FBI Agent Richard J. Murray; Note: indicates that FBI Agent Murray "ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject."; (10/6/11 BATES Nos. 000009-000010 of October 6, 2011 discovery set).

**EXHIBIT 02:** (1) Two page chart of text messages sent and received by FBI Agent Richard J. Murray while the aircard was being located on July 16-17, 2008; Note: created by the defense using ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2, 3, 9, and 10 of original chart of text messages provided by the government; (ITEM No. 6 of December 9, 2011 discovery set).

[Redacted by the defendant (for relevance ) using white squares with black borders.]

**EXHIBIT 03:** Summary of an internal FBI memorandum prepared by one of the FBI technical agents that operated the equipment used to locate the aircard; Note: states that "Verizon gave a distance from the tower to the target."; (ITEM No. 4 of December 9, 2011 discovery set).

*ATTACHED EXHIBITS
MOTION FOR RECONSIDERATION AND CLARIFICATION OF THE COURT'S ORDER AT DKT #723
CR08-814-PHX-DGC*

*MOTION FOR RECONSIDERATION AND CLARIFICATION OF THE COURT'S ORDER AT DKT #723*
*ATTACHED EXHIBITS*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

Case write ups by FBI Agent Richard J. Murray; Note: indicates that FBI Agent Murray "ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject."; (10/6/11 BATES Nos. 000009-000010 of October 6, 2011 discovery set).

*Additional case write up by*
*FBI SA Richard Murray*

Job Number 20090684 HQ SSA

*Investigative technique not employed.*

~6/30/2009 - Withdrawn

The objective was to defeat a cyber subject's efforts to hide his identity while submitting approximately 2500 fraudulent tax returns claiming $5.5 million dollars. The primary subject hid himself by using fraudulent identities and compromised computers. ~~[redacted]~~

~~[redacted]~~

~~[redacted]~~, through separate investigative means, I and other agents analyzed ISP IP records and identified the Internet aircard used by the subject to commit his illegal activity. I then redirected my investigation to physically locate the Internet aircard on an account with a false identity and PO Box address. I worked with the AUSA and the FBI SF to obtain a ~~[redacted]~~ court order to locate the aircard with TTA assistance. I ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject. FBI TTA's successfully tracked the aircard to an area in a large apartment building. We continued the investigation in the apartment building and several days later arrested the subject who had been indicted under an alias.

The objective was to identify and arrest a computer intrusion subject who, with other individuals, was submitting bulk fraudulent tax returns using a sophisticated cyber scheme. The primary subject, whose identity and location was unknown to the IRS and USPIS, was the ringleader and provided the cyber expertise for the fraud using compromised computers to submit the returns. I obtained IP connection records from the subject's ISP and queried this data against IRS records to conclusively identify the aircard account which filed the false returns. Since the aircard account had false identifiers, I worked effectively with FBI SF to conduct surveillances and obtain court orders necessary to identify and locate the subject. In preparation for a round the clock surveillance operation of two separate locations, I worked with IRS, USPIS and FBI SF to determine how many agents were needed. We planned a multi-day operation involving more than 40 SF FBI Agents, approximately 8 US Postal Inspectors and approximately 20 IRS SAs. I coordinated assessment of the subject from the Behavioral Analysis Unit during the investigation. I worked closely with the IRS and USPIS case agents to make case decisions and overcome challenges. Our investigation led to the subject's arrest on a 50 count federal indictment. Since the arrest, I have furthered the intrusion investigation by conducting interviews of intrusion victims and submitting hard drives for analysis. Discovery is ongoing.

→ *related to equipment used to locate the subject aircard*

*Additional case write-up*
*by FBI SA Richard*
*Murray*

Job Number 20090329 ALAT

~2/28/2009 – Not Selected

The objective was to defeat a cyber subject's efforts to hide his identity while submitting approximately 2500 fraudulent tax returns claiming $5.5 million dollars. The primary subject hid himself by using fraudulent identities and compromised computers. ~~████████████████████████████~~
~~████████████████████████████████████████████████████████~~
~~████████████████████████████████████████████████████████~~ , through separate investigative means, I and other agents analyzed ISP IP records and identified the Internet aircard used by the subject to commit his illegal activity. I then redirected my investigation to physically locate the Internet aircard on an account with a false identity and PO Box address. I worked with the AUSA and the FBI SF to obtain a pen register and tracking court order to locate the aircard with TTA assistance. I ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject. FBI TTA's successfully tracked the aircard to an area in a large apartment building. We continued the investigation in the apartment building and several days later arrested the subject who had been indicted under an alias.

The objective was to identify and arrest a computer intrusion subject who, with other individuals, was submitting bulk fraudulent tax returns using a sophisticated cyber scheme. The primary subject, whose identity and location was unknown to the IRS and USPIS, was the ringleader and provided the cyber expertise for the fraud using compromised computers to submit the returns. I obtained IP connection records from the subject's ISP and queried this data against IRS records to conclusively identify the aircard account which filed the false returns. Since the aircard account had false identifiers, I worked effectively with FBI SF to conduct surveillances and obtain court orders necessary to identify and locate the subject. In preparation for a round the clock surveillance operation of two separate locations, I worked with IRS, USPIS and FBI SF to determine how many agents were needed. We planned a multi-day operation involving more than 40 SF FBI Agents, approximately 8 US Postal Inspectors and approximately 20 IRS SAs. I coordinated assessment of the subject from the Behavioral Analysis Unit during the investigation. I worked closely with the IRS and USPIS case agents to make case decisions and overcome challenges. Our investigation led to the subject's arrest on a 50 count federal indictment. Since the arrest, I have furthered the intrusion investigation by conducting interviews of intrusion victims and submitting hard drives for analysis. Discovery is ongoing.

→ *The Technique not used.*



*ATTACHED EXHIBITS*
MOTION FOR RECONSIDERATION AND CLARIFICATION OF THE COURT'S ORDER AT DKT #723
CR08-814-PHX-DGC

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

**EXHIBIT 02**

(1) Two page chart of text messages sent and received by FBI Agent Richard J. Murray while the aircard was being located on July 16-17, 2008; Note: created by the defense using ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2, 3, 9, and 10 of original chart of text messages provided by the government; (ITEM No. 6 of December 9, 2011 discovery set).

[Redacted by the defendant (for relevance ) using white squares with black borders.]

**Chart Of Text Messages Sent And Received By FBI Agent Richard J. Murray**
**While the Aircard Was Being Located on July 16-17, 2008**
**(created from ITEM No. 6 of December 9, 2011 discovery set)**

| Gov. Chart Index No. | Text Message Content | Text Message Sent or Received Indicator | Name of Text Message Recipient or Sender | Sent or Received Date/Time |
|---|---|---|---|---|
| 49 | [[REDACTED] LES] | [Sent To] ▸▸ | FBI Agent Kevin Killgrew | 07/16/08 01:34 AM |
| 50 | R u hitting the card near the area we mapped out? | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/16/08 01:34 AM |
| 51 | We have confirmed that the tech agents can grab card. If we can now only find it! Trying some tonite, full press manana. | [Sent To] ▸▸ | FBI Agent Kevin Killgrew | 07/16/08 01:37 AM |
| 52 | Outstanding!!! Fyi, if they keep [[REDACTED] LES] they are close, but that means he is [[REDACTED] LES] [[REDACTED] LES] | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/16/08 01:42 AM |
| 53 | [[REDACTED] LES] | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/16/08 01:42 AM |
| 54 | We verified the ability to pull the card over through testing on an irs verizon card. Atech agent from [REDACTED: TTA First Name], is here helping out and he has top game. | [Sent To] ▸▸ | FBI Agent Kevin Killgrew | 07/16/08 01:46 AM |
| 55 | [[REDACTED] Location Of Tech Agent Office] came and caught their guy today. With our guy, san jose will be 2 for 2 this week. | [Sent To] ▸▸ | FBI Agent Kevin Killgrew | 07/16/08 01:46 AM |
| 56 | U da man Money! Good luck | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/16/08 01:47 AM |
| 57 | Tru dat. Cdma is [[REDACTED] LES] but u Da MAN!!! Remember err on the side of tower 268 | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/16/08 02:12 AM |
| 58 | Still waiting for word back from tech agets. Just hanging out here. | [Sent To] ▸▸ | IRS-CI Agent Michael Flieschmann | 07/16/08 02:30 AM |
| 62 | Verizon said our boys card was not on yesterday. | [Sent To] ▸▸ | FBI Agent Kevin Killgrew | 07/16/08 05:56 PM |
| 63 | Interesting, check the historical records u have and see how often, if ever, he was off for a whole day? | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/16/08 06:00 PM |
| 64 | We are down to an apt complex. Trying to pin the exact number. Location right next to santa clara university. | [Sent To] ▸▸ | FBI Agent Kevin Killgrew | 07/17/08 12:53 AM |
| 65 | Outstanding. U r a great warrior!!! | [Received From] ◂◂ | FBI Agent Kevin Killgrew | 07/17/08 12:54 AM |

| 66 | Only bcse there are super hound dogs who know how to do this tracking stuff!!! | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/17/08 12:55 AM |
|---|---|---|---|---|
| 67 | U r the spark that lit the fire and the wind that fanned it! W/o u there is nothing. U in for hoops tomoro? | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 01:00 AM |
| 68 | Ricardo, When u get a chance will u send me the address of the apartment complex u b targeting. I want to plot it on map Thx | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 01:50 AM |
| 69 | 431 camino real, santa clara, ca. Name of place is domicilio. Google search on domicilio in santa clara, ca and you will see their website. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/17/08 01:55 AM |
| 70 | Muchas gracias! | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 02:06 AM |

Key for Text Messages for FBI SA Richard Murray

MF – Mike Flieschmann -- IRS-CI

KK – Kevin Killigrew – FBI

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Non-pertinent texts and duplicate pertinent texts removed on 10/12/2011.  rjm | | | | | | |
| 2 | | | | | | | |
| 3 | App | Name/ID | Email | Message_Type | To | From | Callback_Number |



LES —

| 49 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 50 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 51 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |

LES

| 52 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 53 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 54 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 55 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 56 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 57 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 58 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 62 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 63 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 64 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 65 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 66 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 67 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 68 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| 69 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| 70 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |

| | H | I | J | K | L | M |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | Body | Send/Received_Date | Server_Log_Date | Message_Status | Command | UID |

LES —                                                                                                                                    M

| # | Message | | | |
|---|---------|---|---|---|
| 49 | | 7/16/2008 1:34 | 7/15/2008 21:50 Tx_Delivered | Add |
| 50 | R u hitting the card near the area we mapped out? | 7/16/2008 1:34 | 7/15/2008 21:50 Rx_Received | Add |
| 51 | We have confirmed that the tech agents can grab card. If we can now only find it! Trying some tonite, full press manana.    LES | 7/16/2008 1:37 | 7/15/2008 21:37 Tx_Delivered | Add |
| 52 | Outstanding!!! Fyi, if they keep ; ———— they are close, but that means he is    LES    LES | 7/16/2008 1:42 | 7/15/2008 21:50 Rx_Received | Add |
| 53 | LES | 7/16/2008 1:42 | 7/15/2008 21:50 Rx_Received | Add |
| 54 | We verified the ability to pull the card over through testing on an irs verizon card. A tech agent from [REDACTED: OFFICE of Location of Tech Agent] | 7/16/2008 1:46 | 7/15/2008 21:50 Tx_Delivered | Add |
| 55 | [TTA First Name], is here helping out and he has top game. came and caught their guy today. With our guy, san jose will be 2 for 2 this week. | 7/16/2008 1:46 | 7/15/2008 21:50 Tx_Delivered | Add |
| 56 | U da man Money! Good luck | 7/16/2008 1:47 | 7/15/2008 21:50 Rx_Received | Add |
| 57 | Tru dat. Cdma is ——— LES ———— but u Da MAN!!! Remember err on the side of tower 268 | 7/16/2008 2:12 | 7/15/2008 22:15 Rx_Received | Add |
| 58 | Still waiting for word back from tech agets. Just hanging out here. | 7/16/2008 2:30 | 7/15/2008 22:28 Tx_Sent | Add |
| 62 | Verizon said our boys card was not on yesterday. | 7/16/2008 17:56 | 7/16/2008 13:55 Tx_Delivered | Add |
| 63 | Interesting, check the historical records u have and see how often, if ever, he was off for a whole day? | 7/16/2008 18:00 | 7/16/2008 14:25 Rx_Received | Update |
| 64 | We are down to an apt complex. Trying to pin the exact number. Location right next to santa clara university. | 7/17/2008 0:53 | 7/16/2008 21:01 Tx_Delivered | Add |
| 65 | Oustanding. U r a great warrior!!! | 7/17/2008 0:54 | 7/16/2008 21:01 Rx_Received | Add |
| 66 | Only bcse there are super hound dogs who know how to do this tracking stuff!!! | 7/17/2008 0:55 | 7/16/2008 21:01 Tx_Delivered | Add |
| 67 | U r the spark that lit the fire and the wind that fanned it! W/o u there is nothing. U in for hoops tomoro? | 7/17/2008 1:00 | 7/16/2008 21:01 Rx_Received | Add |
| 68 | Ricardo, When u get a chance will u send me the address of the apartment complex u b targeting. I want to plot it on map Thx | 7/17/2008 1:50 | 7/16/2008 21:58 Rx_Received | Add |
| 69 | 431 camino real, santa clara, ca. Name of place is domicilio. Google search on domicilio in santa clara, ca and you will see their website. | 7/17/2008 1:55 | 7/16/2008 21:58 Tx_Delivered | Add |
| 70 | Muchas gracias! | 7/17/2008 2:06 | 7/16/2008 22:08 Rx_Received | Add |

**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**
**EXHIBIT 03**

*ATTACHED EXHIBITS*
*MOTION FOR RECONSIDERATION AND CLARIFICATION OF THE COURT'S ORDER AT DKT #723*
*CR08-814-PHX-DGC*

Summary of an internal FBI memorandum prepared by one of the FBI technical agents that operated the equipment used to locate the aircard; Note: states that "Verizon gave a distance from the tower to the target."; (ITEM No. 4 of December 9, 2011 discovery set).

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Field Office:  Phoenix

Case Number:  82001

Carrier:  Verizon Wireless/SBC

**Operation Begin Date:**  07/14/2008

**Operation End Date:**  07/17/2008

## Synopsis

Phoenix Division requested assistance from San Francisco in locating a target wireless aircard.  [LES – Tech Agent Name] was present for instructing and assisted.  [LES - Tech Agent Name] also assisted in tracking.  A Pen Register/Trap Trace order was obtained for targets telephone number associated with the aircard.  [LES – Re efforts to locate the subject aircard].  Assistance from Verizon gave a distance from the tower for the target.  Analysis from both the [LES – Equipment used to locate the subject aircard] (prior to) and the [LES – Equipment used to locate the subject aircard] (during op) and the distance from the tower info, assisted techs in obtaining a start location for the search.  Initially, the [LES – equipment used to locate the subject aircard] was used, [LES – Re efforts to locate the subject aircard].  Also note that during the prior day, further instructions were being obtained from ERF regarding the correct configuration of the [LES – Equipment used to locate the subject aircard] for CDMA interrogation.  [LES – re multiple pieces of equipment used to locate the subject aircard].  An apartment building was identified, so the [LES – equipment used to locate the subject aircard] was used to narrow down the location to 3 apartments.  [LES – Re efforts to locate the subject aircard].

## Tech Agent

[LES – Tech Agent Name]

**Field Office:**  San Francisco

**Personnel Performing Mission:**  TTA-WITT

**Technology Addressed:**  CDMA

**Disposition:**  Successful

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE