ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Daniel David Rigmaiden, et al.,<br><br>　　　　　　Defendant. | No. CR-08-0814-PHX-DGC<br><br>**MEMORANDUM RE STATUS OF DISCOVERY REQUESTS RESTATED IN DEFENDANT'S MOTION FOR ADDITIONAL DISCOVERY DUE TO GOVERNMENT IGNORING DEFENDANT'S DISCOVERY REQUESTS**<br>**(Docket No. 697)** |

　　　　The United States, through undersigned counsel, hereby advises the Court of the status of the discovery requests set forth in Defendant's Motion for Additional Discovery Due to Government Ignoring Defendant's Discovery Requests (Docket No. 697). As of this date, the government has responded to all of the subject requests. Therefore, the motion is moot.

　　　　In particular, with respect to defendant's request for "All text messages to/from FBI agents regarding the aircard locating mission," all known text messages and related e-mails by the FBI case agents and tech agents have been processed, redacted and sent to defendant. The final group of these materials was sent to defendant via letter dated March 22, 2012.

　　　　With respect to defendant's request for "A full and unredacted of the FBI "destroy the evidence" policy being relied upon by the government to justify its destruction of aircard

realtime geolocation data," via letter dated December 2, 2011, the United States provided defendant a response to his request via an excerpt from the appropriate FBI manual.

With respect to defendant's request for "Copies of the N.D. Cal. 08-90330MISC-RS and 08-90331MISC-RS proposed orders as they were drafted by the government and placed on the record in the Northern District of California," via letter dated December 16, 2011, the United States advised defendant as follows:

> Copies of the N.D.Cal. 08-90330MISC-RS and 08-90331MISC-RS proposed orders as they were drafted by the government and placed on the record in the Northern District of California. Status – you have been advised that there are no known changes to the documents presented to the Court and ultimately signed.

With respect to defendant's request for "Evidence regarding the FBI's need to call the aircard over a 6 hour period while using its portable/transportable wireless device locators and evidence regarding a man-in-the-middle attack," the United States responded to the first portion of this request, via letter dated December 9, 2011, as to why calls were made, and via letter dated December 2, 2011, the United States advised defendant that there was no "man-in-the-middle attack" in this case.

Accordingly, as stated above, defendant's motion is moot and should be denied.

Respectfully submitted this 30th of March, 2012.

          ANN BIRMINGHAM SCHEEL
          United States Attorney
          District of Arizona

          S/Frederick A. Battista

          FREDERICK A. BATTISTA
          PETER S. SEXTON
          JAMES R. KNAPP
          Assistant U.S. Attorneys

/
/
/
/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

Taylor Fox
Counsel for Defendant Ransom Carter

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney

3