**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR08-0814-01-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

The Court's Order of January 5, 2012 (Doc. 723) ruled on a number of Defendant's discovery requests.  In its discussion of Defendant's motion (Doc. 697), the Court requested a response from the government on Defendant's requests for text messages and copies of proposed orders (Doc. 723 at 28-29).  The Court noted that it would await the government's response and Defendant's reply before ruling on these issues.  *Id*.

On January 6, 2012, the government requested an extension of time to respond to Doc. 697.  Doc. 726.  Defendant advised the Court that he did not oppose an extension.  Doc. 728.  On January 19, 2012, the Court extended the government's response time to January 27, 2012.  Doc. 739.  The government never filed a response.

Because the government did not respond by January 27, 2012, the Court's staff recently inquired as to whether the government intended to respond.  On March 30, 2012, the government filed a memorandum stating that it had responded to the discovery requests still at issue in Doc. 697, and the issues Defendant raised concerning those

requests were therefore moot.  Specifically, the government stated that it had produced all text messages to Defendant, after processing and redaction, and that draft copies of the orders entered by the Northern District of California were the same as the final orders entered by that Court.  Doc. 794.

On the basis of the government's recent memorandum, the Court need not rule on Defendant's requests for text messages or copies of proposed orders.  Doc. 723 at 28-29.

**IT IS ORDERED** that the remaining portions of Doc. 697 are **denied as moot**. Excludable delay pursuant to U.S.C. § 18:3161(h)(1)(D) is found to run from 11/10/2011 to 4/5/2012.

Dated this 5th day of April, 2012.

_____

David G. Campbell
United States District Judge

- 2 -