**EXHIBIT INDEX**

**MEMORANDUM REGARDING IMAGING THE AIRCARD**

**EXHIBIT 01:**  Oxygen Software, *Mobile forensic analysis for smartphones*, PDF presentation provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/34_200810-ISS-PRG-OXYGEN.pdf (last accessed: Mar. 5, 2012).

1

**ATTACHED EXHIBITS**
**MEMORANDUM REGARDING IMAGING THE AIRCARD**
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

Oxygen Software, *Mobile forensic analysis for smartphones*, PDF presentation provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/34_200810-ISS-PRG-OXYGEN.pdf (last accessed: Mar. 5, 2012).





# Mobile forensic analysis for smartphones

ISS World Europe 2008

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Purposes of phone forensics

- Extracting complete and unaltered information from cell phones, smartphones, PDA etc.

- Analyzing extracted information and finding evidences.

- Preparing forensic reports that can be presented in a court.

- Proving data authenticity.

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Smartphones market growth

### Devices shipped, M
### Total growth Q4 2006/2007 is 71.9%



Source: Canalys estimates , © canalys.com ltd, 2008

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Cell phones evolution



(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Communication protocols evolution



**2000**

### AT+
- Contacts (simple), calls, SMS, files*, settings*
- Very slow
- Depends on implementation
- Developed for synchronization

### Nokia FBUS
- Almost all information
- Undocumented
- Not for smartphones
- Depends on implementation
- Developed for synchronization

### OBEX
- Contacts, calendar, files
- Depends on implementation
- Developed for files and objects exchange

### SyncML
- Contacts, organizer, settings, messages*
- Developed for synchronization



**2008**

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Smartphones and standard protocols

The striking discrepancy between data extracted by standard logical forensic tools and protocols and data which is stored in the devices and can be used for forensic investigations is quite obvious.



(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# How to extract information?

There are 3 ways to get forensic information from smartphones: logical analysis, physical analysis and using a special agent application working inside smartphone OS



(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Agent application usage

We at Oxygen Software use an agent application approach. The Agent works inside a smartphone, has access to all device API's and implements custom communication protocol to extract almost all forensic information needed



General phone information

Phonebook

Tasks

Calendar

Caller groups

Notes

Event log

Speed dials

Profiles

Gallery files

Java applications and games

Personal settings for contacts

Multiple contact fields of the same type

Messages

Standard message folders

Custom message folders

LifeBlog activity

Deleted messages information

Full memory dump

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Data authenticity and other concerns

**Does putting agent into smartphone change its information?**
No. Smartphones have different memory areas for data and applications.

**Are there another way to extract full information from smartphones?**
Yes, with restrictions – physical analysis.

**What information can be extracted by agent application?**
All the information available for native OS applications.

**What information cannot be extracted by agent application?**
Memory dumps and protected system files – usually this information scarcely useful for forensic analysis.

**What are the main advantages of using agent application approach?**
Extracting complete information and presenting it in a structured and easy to analyze way. All this – using standard cables/adapters and with affordable price.

**Is agent application able to read deleted information?**
If this information is stored by operating system – yes. For example, Oxygen Forensic Suite reads information about SMS messages recently deleted from phone memory.

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com

# Interested in more details?



Oxygen Software

Feodosiyskaya st. 1, Moscow, 117216, Russia

Phones:

+1 (877) 9-OXYGEN (USA)

+44 020 8133 8450 (UK)

+7-495-222-9278 (Russia)

www.oxygensoftware.com

www.oxygen-forensic.com

(C) Oxygen Software, 2000-2008
http://www.oxygen-forensic.com