1 Daniel Rigmaiden
Agency # 10966111
2 CCA-CADC
PO Box 6300
3 Florence, AZ 85132
Telephone: none
4 Email: none

5 Daniel David Rigmaiden
Pro Se, Defendant

6

7                    UNITED STATES DISTRICT COURT

8                           DISTRICT OF ARIZONA

9

10 United States of America,              No. CR08-814-PHX-DGC

11        Plaintiff,                       SUBMISSION OF DOCUMENTS
                                           RELATED TO DISTRICT OF ARIZONA
12 v.                                      GRAND JURY SUBPOENA 07-03-709
                                           OBTAINED TO FACILITATE LOCATING
13 Daniel David Rigmaiden, et al.,         THE AIRCARD

14        Defendant.

15

16        Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the

17 record in this case the subpoena and subpoena response related to the District of Arizona 07-

18 03-709 Grand Jury Subpoena obtained by the government to facilitate locating the aircard.

19 The attached documents are as follows:

20        1.     Quality Alarm Service District of Arizona Grand Jury Subpoena No. 07-03-

21 709; requesting Domicilio apartment complex, apartment No. 1122, electronic gate access

22 key (fob No. 58261) records; (Originator: AUSA Frederick A. Battista; Subpoena service

23 date: July 23, 2008); (ITEM No. 1 of November 30, 2011 discovery set); <u>ATTACHMENT

24 01</u>.

25        2.     Quality Alarm Service District of Arizona Grand Jury Subpoena No. 07-03-709

26 response materials; containing Domicilio apartment complex, apartment No. 1122, electronic

27 gate access key (fob No. 58261) records showing date range of June 5, 2008 to July 24,

28 2008; (Originator: FBI Agent Richard J. Murray; Quality Alarm Service response date: July

- 1 -

1  24, 2008); (2/12/09 BATES Nos. 263-278 of February 17, 2009 discovery set);
2  ATTACHMENT 02.

3      The above listed documents are being placed on the record considering they are
4  relevant to the defendant's future motion to suppress.

5      \* \* \* \* \*

6      This filing and all attachments were drafted and/or prepared by the *pro se* defendant,
7  however, he authorizes his shadow counsel, Philip Seplow, to file this filing and all
8  attachments on his behalf using the ECF system.  The defendant is appearing *pro se* and has
9  never attended law school.  The defendant's filings, however inartfully pleaded, must be
10 liberally construed and held to less stringent standards than formal pleadings drafted by
11 lawyers.  *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

12     It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
13 result of this memorandum.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENA 07-03-709 OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

1  Respectfully Submitted:

3  PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

6  s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENA 07-03-709 OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

# CERTIFICATE OF SERVICE

I hereby certify that on:                          I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENA 07-03-709 OBTAINED TO FACILITATE LOCATING THE AIRCARD CR08-814-PHX-DGC*