*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENA*
*07-03-709 OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇
⬇ ATTACHMENT 01 ⬇

Quality Alarm Service District of Arizona Grand Jury Subpoena No. 07-03-709; requesting Domicilio apartment complex, apartment No. 1122, electronic gate access key (fob No. 58261) records; (Originator: AUSA Frederick A. Battista; Subpoena service date: July 23, 2008); (ITEM No. 1 of November 30, 2011 discovery set);

07-03-709/2008R05569/FAB

AO110  (Rev. 04/07) Subpoena to Testify Before Grand Jury

|  | Complied | _____ |
|---|---|---|
|  | Appeared | _____ |
|  | Read In | _____ |

# UNITED STATES DISTRICT COURT
### ARIZONA

### DISTRICT OF _____

TO:  Quality Alarm Service
     3523 Haven Ave.
     Menlo Park, CA 94025

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON     ☑ DOCUMENT(S) OR OBJECT(S)

     YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| Sandra Day O'Connor U.S. Courthouse<br>401 W. Washington Street, 3rd Floor<br>Phoenix, Arizona 85003-2151 | Room 306 |
| | DATE AND TIME<br>July 29, 2008<br>8:45 a.m. |

     YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

     See Attachment

☐  *Please see additional information on reverse.*

     This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| **RICHARD H. WEARE**<br>(By) Deputy Clerk | July 23, 2008 |

This subpoena is issued on application of the United States of America.
**Financial Privacy Restrictions Apply**
Yes ☐ No ☑
6(e) filed

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
**FREDERICK A. BATTISTA, AUSA**
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
(602) 514-7500 or 1-800-800-2570

* If not applicable, enter "none".

ATTACHMENT TO GRAND JURY SUBPOENA ISSUED TO: Quality Alarm Service

   All secure access gate records, including but not limited to, access date, access time and gate accessed, pertaining to Domicilio Resident: Steven Brawner, Address: 431 El Camino Real, Apartment 1122, Santa Clara, California, 95050, Assigned "fob" Number: 58261, for the time period January 1, 2008 to July 23, 2008.



**U.S. Department of       ffice**

*United States Attorney*
*District of Arizona*

---

*Two Renaissance Square*                                    *(602) 514-7500*
*40 N. Central Avenue, Suite 1200*                    *FAX: (602) 514-7450*
*Phoenix, Arizona 85004-4408*
July 23, 2008

Quality Alarm Service
3523 Haven Ave.
Menlo Park, CA 94025

      Re:    Grand Jury Subpoena No: 07-03-709
              Our file: 2008R05569

Dear Custodian of Records:

        You have been subpoenaed to appear before the federal grand jury to produce certain documents on July 29, 2008.

        While you are not required to do so, for your convenience you may, prior to the appearance date, turn the subpoenaed documents over to Denise Medrano, Special Agent with the IRS, or any special agent of the IRS. **If mailed, please mail the documents directly to the undersigned Assistant U.S. Attorney**, at Two Renaissance Square, 40 N. Central Ave., Suite 1200, Phoenix, Arizona 85004-4408. The grand jury will be notified that these documents have been produced pursuant to a grand jury subpoena. If you elect to do this, you need not appear personally at the appointed time. **However, in that case, please complete and return the enclosed certification or one from your company and attach it to the requested records.** Questions concerning the subpoena should be directed to the aforementioned agent at (480) 503-7341 or the undersigned Assistant U.S. Attorney.

        This subpoena has been issued pursuant to a criminal investigation being conducted by the federal grand jury. Although you are not prohibited from doing so, it is requested that your company not disclose the fact of the subpoena or your production of the information described in the subpoena to your customer or any other individual. Any such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

        Your cooperation and courtesy are appreciated.

        Sincerely yours,

        DIANE J. HUMETEWA
        United States Attorney
        District of Arizona

        FREDERICK A. BATTISTA
        Assistant United States Attorney

FAB/rmt
Enclosures

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena #   07-03-709 | Our Reference# |
|---|---|
| Agency Case #:   2008R05569 | Date Served: |
| Company Name: | Address: |

I, _____, declare that I am employed by _____. I am the duly authorized Custodian of Records for documents and/or information produced under the above reference legal order. The company reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the records produced herewith are a duplicate of the original(s) and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted business activity.

C)   Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith are identified as follows:

☐ Signature Cards(s)  ☐ Statement(s)  ☐ Cashiers' Check(s)  ☐ Deposit(s)/Credit(s)/Memos
☐ Check(s)/Withdrawal(s)  ☐ Wire Transfer(s) Forms
☐ Other:_____

Records necessary for compliance may have been limited as indicated below:

☐ The company **does not possess any of the records** as described in the above reference legal order.
☐ The enclosed records are true copies of the company records in the custodian's possession as described in the above referenced legal order. This constitutes a ☐ **final** or ☐ **partial** production.
☐ The company received notification that **no further production is required**. File closed.
☐ Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party: _____
☐ The company is **unable to provide the following records** as described in the above referenced legal order because of the following: _____
_____.

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)
Executed on this _____ day of _____, 20____, at _____.

_____, Custodian of Records, Telephone #_____