⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇

*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO DISTRICT OF ARIZONA GRAND JURY SUBPOENA*
*07-03-709 OBTAINED TO FACILITATE LOCATING THE AIRCARD*
*CR08-814-PHX-DGC*

Quality Alarm Service District of Arizona Grand Jury Subpoena No. 07-03-709 response materials; containing Domicilio apartment complex, apartment No. 1122, electronic gate access key (fob No. 58261) records showing date range of June 5, 2008 to July 24, 2008; (Originator: FBI Agent Richard J. Murray; Quality Alarm Service response date: July 24, 2008); (2/12/09 BATES Nos. 263-278 of February 17, 2009 discovery set);

FD-340 (Rev. 4-11-03)

File Number _____ 288A- PX-82001 (A (7)

Field Office Acquiring Evidence _____ PX

Serial # of Originating Document _____

Date Received _____ 8   7/24/08

From _____ Larry Kravitz
(Name of Contributor/Interviewee)

3523 Haven Ave   Unit F
(Address)

Menlo Park CA.
(City and State)

By _____ Richard J. Murray

To Be Returned ☐ Yes          ☐ No

Receipt Given ☐ Yes          ☐ No

Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure

☐ Yes          ☐ No

Federal Taxpayer Information (FTI)

☐ Yes          ☐ No

Title:

Reference: _____ FD 302 dated   7/24/08
(Communication Enclosing Material)

Description:     ☐     Original notes re interview of
BRAWNER ACCESS RECORDS.

# CHAMBERLAIN
# SENTEX.

**Transactions Detail Report**

July 24, 2008

### Unit Name: Bldg 1 Elevator Lobby at Stair Podium

| Unit Name/ Description | | | |
|---|---|---|---|
| Bldg 1 Elevator Lobb | Multi-Link | Unit #3 in New Domiclio Apts | |
| Bldg 1 Elevator Lobby at Stair Podium | | | |

| Date | Timestamp | Source | Code | Name | Result |
|---|---|---|---|---|---|
| 7/19/2008 | 2:56:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 7/19/2008 | 2:56:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 7/19/2008 | 2:55:00AM | CARD READER 2 | 58261 | BRAWNER | GRANTED |
| 7/19/2008 | 2:55:00AM | CARD READER 2 | 58261 | BRAWNER | GRANTED |
| 7/6/2008 | 2:25:00PM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 7/6/2008 | 2:25:00PM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/26/2008 | 7:50:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/26/2008 | 7:49:00AM | CARD READER 2 | 58261 | BRAWNER | GRANTED |
| 6/25/2008 | 6:45:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/25/2008 | 4:53:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/25/2008 | 4:51:00AM | CARD READER 2 | 58261 | BRAWNER | GRANTED |

2/12/09 283

SENTEX

**Transactions Detail Report**

July 24, 2008

### Unit Name: Podium Level gate Bldg 4 and 2

| Unit Name / Description | | |
|---|---|---|
| Podium Level gate B | Multi-Link | Unit #10 in New Domicilo Apts |
| Podium Level Gate Bldg 4 and 2 | | |

| Date | Timestamp | Source | Code | Name | Result |
|---|---|---|---|---|---|
| 6/9/2008 | 12:58:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |

2/12/09 284

# SENTEX.

**Transactions Detail Report**

July 24, 2008

## Unit Name: Podium Level Gateby Leasing

| Unit Name / Description | | |
|---|---|---|
| Podium Level Gateby | Multi-Link | Unit #8 in New Domiclio Apts |
| Podium Level Gateby Leasing | | |

| Date | Timestamp | Source | Code | Name | Result |
|---|---|---|---|---|---|
| 7/24/2008 | 9:12:00PM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 7/14/2008 | 11:13:00PM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 7/5/2008 | 9:09:00PM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 7/2/2008 | 12:45:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/22/2008 | 6:35:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/21/2008 | 7:41:00AM | CARD READER 1 | 58261 | | DENIED INVALID CARD |
| 6/14/2008 | 12:34:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/8/2008 | 2:26:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |
| 6/5/2008 | 2:36:00AM | CARD READER 1 | 58261 | BRAWNER | GRANTED |

2/12/09 285