IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, | |
| | O R D E R |
| vs. | |
| Daniel David Rigmaiden, | |

Pursuant to the defendant's Motion for Extension of Time to File Motion to Suppress, and good cause being shown:

IT IS HEREBY ORDERED extending defendant's deadline for filing his Motion to Suppress from April 27, 2012, to the _____ day of _____, 2012.

1