ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Daniel David Rigmaiden,<br><br>          Defendant. | CR 08-814-PHX-DGC<br><br>**RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SUPPRESS - DOCKET NO. 806** |

The United States, by and through undersigned counsel, hereby advises this Honorable Court that it takes no position on defendant's Motion For Extension of Time to File Motion to Suppress (Docket No. 806), and leaves this request to the Court's discretion.

Respectfully submitted this 23rd day of April, 2012.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that on April 23, 2012, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Phil Seplow
Shadow Counsel for Defendant

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

Frederick A. Battista
Assistant U.S. Attorney

2