**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | Case No. CR 08-0814-PHX-DGC |
|                            )  Plaintiff,   ) | |
|                            ) | FIRST NOTICE OF FILING OF DOCUMENTS |
| vs.                        ) | IN SUPPORT OF DEFENDANT'S MOTION |
|                            ) | FOR RECONSIDERATION RE: DOCUMENT |
| Daniel David Rigmaiden,    ) | NUMBER 810 |
|                            ) | |
|                            Defendant.  ) | |
| _____ ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and hereby gives notice of the filing of the following documents in support of his Motion for Reconsideration re: Document number 810:

(1)   Telecommunications Industry Association, TIA-2000.2-C-1[E], Physical Layer Standard for cdma2000® Spread Spectrum Systems – Addendum 1 (Arlington, VA: Jun. 2005);

(2)   Telecommunications Industry Association, TIA-2000.3-D-1[E], Medium Access Control (MAC) Standard for cdma2000 Spread Spectrum Systems – Addendum 1 (Arlington, VA: Jan. 2006);

(3)   Telecommunications Industry Association, TIA-2000.4-D-1[E], Signaling Link Access Control (LAC) Standard for cdma2000 Spread Spectrum Systems – Addendum 1 (Arlington, VA: Jan. 2006);

/ / /

/ / /

/ / /

/ / /

1

1  This Notice and attachments are being filed at the request
2  and direction of Daniel Rigmaiden, Defendant *pro se*.
3       RESPECTFULLY SUBMITTED this 9th day of May, 2012.

                                    PHILIP A. SEPLOW, ESQ.


                              By: s/Philip A. Seplow
                                  Philip A. Seplow, Esq.
                                  Attorney for Defendant

CERTIFICATE OF SERVICE

__X__  I hereby certify that on May 9, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

__X__  I hereby certify that on May 9, 2012, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

                                                    S/ Philip A. Seplow