Submission Of Documents In Support Of
Motion For Reconsideration Of Doc. No. 810.

Attachment No. 01

# TIA
# STANDARD

## Physical Layer Standard for cdma2000® Spread Spectrum Systems – Addendum 1

## TIA-2000.2-C-1[E]

**June 2005**

**TELECOMMUNICATIONS INDUSTRY ASSOCIATION**



The Telecommunications Industry Association
represents the communications sector of



NOTICE

TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for their particular need.  The existence of such Standards and Publications shall not in any respect preclude any member or non-member of TIA from manufacturing or selling products not conforming to such Standards and Publications. Neither shall the existence of such Standards and Publications preclude their voluntary use by Non-TIA members, either domestically or internationally.

Standards and Publications are adopted by TIA in accordance with the American National Standards Institute (ANSI) patent policy.  By such action, TIA does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the Standard or Publication.

This Standard does not purport to address all safety problems associated with its use or all applicable regulatory requirements.  It is the responsibility of the user of this Standard to establish appropriate safety and health practices and to determine the applicability of regulatory limitations before its use.

(From Standards Proposal No. 3-4694-RV3-AD1, formulated under the cognizance of the TIA TR-45.5 Subcommittee on Spread Spectrum Digital Technology).

Published by

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION
Standards and Technology Department
2500 Wilson Boulevard
Arlington, VA 22201 U.S.A.

**PRICE:  Please refer to current Catalog of**
**TIA TELECOMMUNICATIONS INDUSTRY ASSOCIATION STANDARDS**
**AND ENGINEERING PUBLICATIONS**
**or call Global Engineering Documents, USA and Canada**
**(1-800-854-7179) International (303-397-7956)**
**or search online at  http://www.tiaonline.org/standards/search_n_order.cfm**

All rights reserved
Printed in U.S.A.

# NOTICE OF COPYRIGHT

# This document is copyrighted by the TIA.

**Reproduction of these documents either in hard copy or soft copy (including posting on the web) is prohibited without copyright permission.** For copyright permission to reproduce portions of this document, please contact TIA Standards Department or go to the TIA website (www.tiaonline.org) for details on how to request permission.  Details are located at:

http://www.tiaonline.org/about/faqDetail.cfm?id=18

OR

Telecommunications Industry Association
Standards & Technology Department
2500 Wilson Boulevard, Suite 300
Arlington, VA 22201  USA
+1(703)907-7700

Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information, contact:

Global Engineering Documents
15 Inverness Way East
Englewood, CO 80112-5704 or call
U.S.A. and Canada (1-800-854-7179)
International (303) 397-7956

## NOTICE OF DISCLAIMER AND LIMITATION OF LIABILITY

The document to which this Notice is affixed (the "Document") has been prepared by one or more Engineering Committees or Formulating Groups of the Telecommunications Industry Association ("TIA"). TIA is not the author of the Document contents, but publishes and claims copyright to the Document pursuant to licenses and permission granted by the authors of the contents.

TIA Engineering Committees and Formulating Groups are expected to conduct their affairs in accordance with the TIA Engineering Manual ("Manual"), the current and predecessor versions of which are available at http://www.tiaonline.org/standards/sfg/engineering_manual.cfm. TIA's function is to administer the process, but not the content, of document preparation in accordance with the Manual and, when appropriate, the policies and procedures of the American National Standards Institute ("ANSI"). TIA does not evaluate, test, verify or investigate the information, accuracy, soundness, or credibility of the contents of the Document. In publishing the Document, TIA disclaims any undertaking to perform any duty owed to or for anyone.

If the Document is identified or marked as a project number (PN) document, or as a standards proposal (SP) document, persons or parties reading or in any way interested in the Document are cautioned that: (a) the Document is a proposal; (b) there is no assurance that the Document will be approved by any Committee of TIA or any other body in its present or any other form; (c) the Document may be amended, modified or changed in the standards development or any editing process.

The use or practice of contents of this Document may involve the use of intellectual property rights ("IPR"), including pending or issued patents, or copyrights, owned by one or more parties. TIA makes no search or investigation for IPR. When IPR consisting of patents and published pending patent applications are claimed and called to TIA's attention, a statement from the holder thereof is requested, all in accordance with the Manual. TIA takes no position with reference to, and disclaims any obligation to investigate or inquire into, the scope or validity of any claims of IPR. TIA will neither be a party to discussions of any licensing terms or conditions, which are instead left to the parties involved, nor will TIA opine or judge whether proposed licensing terms or conditions are reasonable or non-discriminatory. TIA does not warrant or represent that procedures or practices suggested or provided in the Manual have been complied with as respects the Document or its contents.

TIA does not enforce or monitor compliance with the contents of the Document. TIA does not certify, inspect, test or otherwise investigate products, designs or services or any claims of compliance with the contents of the Document.

ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING WITHOUT LIMITATION, ANY AND ALL WARRANTIES CONCERNING THE ACCURACY OF THE CONTENTS, ITS FITNESS OR APPROPRIATENESS FOR A PARTICULAR PURPOSE OR USE, ITS MERCHANTABILITY AND ITS NON-INFRINGEMENT OF ANY THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. TIA EXPRESSLY DISCLAIMS ANY AND ALL RESPONSIBILITIES FOR THE ACCURACY OF THE CONTENTS AND MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE CONTENT'S COMPLIANCE WITH ANY APPLICABLE STATUTE, RULE OR REGULATION, OR THE SAFETY OR HEALTH EFFECTS OF THE CONTENTS OR ANY PRODUCT OR SERVICE REFERRED TO IN THE DOCUMENT OR PRODUCED OR RENDERED TO COMPLY WITH THE CONTENTS.

TIA SHALL NOT BE LIABLE FOR ANY AND ALL DAMAGES, DIRECT OR INDIRECT, ARISING FROM OR RELATING TO ANY USE OF THE CONTENTS CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION ANY AND ALL INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING NEGATION OF DAMAGES IS A FUNDAMENTAL ELEMENT OF THE USE OF THE CONTENTS HEREOF, AND THESE CONTENTS WOULD NOT BE PUBLISHED BY TIA WITHOUT SUCH LIMITATIONS.

# CONTENTS

1    FOREWORD ............................................................................................... xliii

2    NOTES ...................................................................................................... xliv

3    REFERENCES ........................................................................................... xlvii

4    1 GENERAL ............................................................................................. 1-1

5    1.1 Terms .................................................................................................. 1-1

6    1.2 Numeric Information ............................................................................ 1-14

7    1.2.1 Mobile Station Stored Parameters .................................................. 1-14

8    1.2.2 Base Station Parameters ............................................................... 1-18

9    1.2.3 MAC Interface ............................................................................. 1-18

10    1.2.3.1 Service Interfaces .................................................................... 1-18

11    1.2.3.2 MAC Interface Parameters ........................................................ 1-19

12    1.2.3.3 Service Interface Primitives Received by the Physical Layer .................... 1-21

13    1.2.3.4 Service Interface Primitives Sent from the Physical Layer ...................... 1-23

14    1.3 CDMA System Time .............................................................................. 1-24

15    1.4 Tolerances ........................................................................................... 1-27

16    1.5 Reserved Bits ....................................................................................... 1-27

17    2 REQUIREMENTS FOR MOBILE STATION CDMA OPERATION .................................... 2-1

18    2.1 Transmitter .......................................................................................... 2-1

19    2.1.1 Frequency Parameters .................................................................. 2-1

20    2.1.1.1 Channel Spacing and Designation ............................................... 2-1

21    2.1.1.1.1 Band Class 0 (800 MHz Band) ................................................. 2-1

22    2.1.1.1.2 Band Class 1 (1900 MHz Band) ............................................... 2-5

23    2.1.1.1.3 Band Class 2 (TACS Band) ..................................................... 2-9

24    2.1.1.1.4 Band Class 3 (JTACS Band) .................................................... 2-14

25    2.1.1.1.5 Band Class 4 (Korean PCS Band) ............................................. 2-16

26    2.1.1.1.6 Band Class 5 (450 MHz Band) ................................................. 2-19

27    2.1.1.1.7 Band Class 6 (2 GHz Band) ..................................................... 2-23

28    2.1.1.1.8 Band Class 7 (700 MHz Band) ................................................. 2-25

29    2.1.1.1.9 Band Class 8 (1800 MHz Band) ............................................... 2-28

30    2.1.1.1.10 Band Class 9 (900 MHz Band) ............................................... 2-30

31    2.1.1.1.11 Band Class 10 (Secondary 800 MHz Band) ................................ 2-32

TIA-2000.2-C-1

**CONTENTS**

2.1.1.1.12 Band Class 11 (400 MHz European PAMR Band) ............................ 2-36

2.1.1.1.13 Band Class 12 (800 MHz PAMR Band) ............................................ 2-40

2.1.1.2 Frequency Tolerance.................................................................................. 2-44

2.1.2 Power Output Characteristics........................................................................ 2-44

2.1.2.1 Maximum Output Power............................................................................ 2-44

2.1.2.2 Output Power Limits.................................................................................. 2-44

2.1.2.2.1 Minimum Controlled Output Power ...................................................... 2-44

2.1.2.2.2 Gated Output Power .............................................................................. 2-44

2.1.2.2.2.1 Gated Output Power Except During a Serving Frequency PUF
Probe ................................................................................................................. 2-44

2.1.2.2.2.2 Gated Output Power During a Serving Frequency PUF Probe ....... 2-45

2.1.2.2.3 Standby Output Power........................................................................... 2-45

2.1.2.3 Controlled Output Power .......................................................................... 2-46

2.1.2.3.1 Estimated Open Loop Output Power ..................................................... 2-46

2.1.2.3.1.1 Open Loop Output Power When Transmitting on the Access
Channel ............................................................................................................. 2-48

2.1.2.3.1.2 Open Loop Output Power When Transmitting on the Enhanced
Access Channel.................................................................................................. 2-49

2.1.2.3.1.3 Open Loop Output Power When Transmitting on the Reverse
Common Control Channel.................................................................................. 2-51

2.1.2.3.1.4 Open Loop Output Power When Transmitting on the Reverse
Traffic Channel with Radio Configuration 1 or 2........................................ 2-53

2.1.2.3.1.5 Open Loop Output Power When Transmitting on the Reverse
Traffic Channel with Radio Configuration 3, 4, 5, or 6.............................. 2-55

2.1.2.3.2 Closed Loop Output Power.................................................................... 2-56

2.1.2.3.3 Code Channel Output Power for Other than the Reverse Pilot
Channel.............................................................................................................. 2-58

2.1.2.3.3.1 Code Channel Output Power for the Enhanced Access Channel
Header, Enhanced Access Channel Data, and Reverse Common
Control Channel Data ....................................................................................... 2-58

2.1.2.3.3.2 Code Channel Output Power for the Reverse Acknowledgment
Channel.............................................................................................................. 2-59

2.1.2.3.3.3 Code Channel Output Power for the Reverse Channel Quality
Indicator Channel ............................................................................................. 2-61

ii

# CONTENTS

2.1.2.3.3.4 Code Channel Output Power for the Reverse Traffic Channel with Radio Configuration 3, 4, 5, or 6 ......................................................2-63

2.1.2.4 Power Transition Characteristics................................................................2-69

2.1.2.4.1 Open Loop Estimation.............................................................................2-69

2.1.2.4.2 Closed Loop Correction ..........................................................................2-70

2.1.2.4.3 Phase Continuity Requirements for Radio Configurations 3 through 6 .........................................................................................................................2-70

2.1.3 Modulation Characteristics ...........................................................................2-70

2.1.3.1 Reverse CDMA Channel Signals ..............................................................2-70

2.1.3.1.1 Channel Structures ..................................................................................2-72

2.1.3.1.1.1 Spreading Rate 1 ..................................................................................2-73

2.1.3.1.1.2 Spreading Rate 3 ..................................................................................2-82

2.1.3.1.2 Modulation Parameters ...........................................................................2-88

2.1.3.1.2.1 Spreading Rate 1 ..................................................................................2-88

2.1.3.1.2.2 Spreading Rate 3 ..................................................................................2-102

2.1.3.1.3 Data Rates ................................................................................................2-112

2.1.3.1.4 Forward Error Correction .......................................................................2-114

2.1.3.1.4.1 Convolutional Encoding .......................................................................2-116

2.1.3.1.4.1.1 Rate 1/4 Convolutional Code............................................................2-116

2.1.3.1.4.1.2 Rate 1/3 Convolutional Code............................................................2-117

2.1.3.1.4.1.3 Rate 1/2 Convolutional Code............................................................2-118

2.1.3.1.4.2 Turbo Encoding.....................................................................................2-118

2.1.3.1.4.2.1 Rate 1/2, 1/3, 1/4, and 1/5 Turbo Encoders.......................2-119

2.1.3.1.4.2.2 Turbo Code Termination ..................................................................2-121

2.1.3.1.4.2.3 Turbo Interleavers .............................................................................2-122

2.1.3.1.4.3 Block Encoding .....................................................................................2-126

2.1.3.1.5 Code Symbol Repetition ..........................................................................2-126

2.1.3.1.6 Puncturing...............................................................................................2-129

2.1.3.1.6.1 Convolutional Code Symbol Puncturing ............................................2-129

2.1.3.1.6.2 Turbo Code Symbol Puncturing...........................................................2-129

2.1.3.1.6.3 Flexible and Variable Rate Puncturing........................................2-130

2.1.3.1.7 Block Interleaving ..................................................................................2-131

iii

TIA-2000.2-C-1

# CONTENTS

2.1.3.1.7.1 Interleaving for the Reverse Traffic Channel with Radio Configurations 1 and 2 ...................................................................... 2-131

2.1.3.1.7.2 Bit-Reversal Interleaving ............................................................ 2-131

2.1.3.1.8 Orthogonal Modulation and Spreading ........................................... 2-132

2.1.3.1.8.1 Orthogonal Modulation .............................................................. 2-132

2.1.3.1.8.2 Orthogonal Spreading ................................................................ 2-135

2.1.3.1.9 Gated Transmission ......................................................................... 2-138

2.1.3.1.9.1 Rates and Gating for Radio Configurations 1 and 2 ................... 2-138

2.1.3.1.9.2 Data Burst Randomizing Algorithm for Radio Configurations 1 and 2 ......................................................................................... 2-141

2.1.3.1.9.3 Gating During a PUF Probe ........................................................ 2-142

2.1.3.1.9.4 Reverse Pilot Channel Gating .................................................... 2-142

2.1.3.1.9.5 Enhanced Access Channel Preamble Gating .............................. 2-143

2.1.3.1.9.6 Reverse Common Control Channel Preamble Gating .................. 2-143

2.1.3.1.9.7 Reverse Channel Quality Indicator Channel Gating.................... 2-143

2.1.3.1.9.8 Reverse Fundamental Channel Gating ....................................... 2-143

2.1.3.1.10 Reverse Power Control Subchannel.............................................. 2-143

2.1.3.1.10.1 Reverse Power Control Subchannel Structure .......................... 2-144

2.1.3.1.10.2 Outer Power Control Loop ....................................................... 2-149

2.1.3.1.10.3 Inner Power Control Loop ........................................................ 2-151

2.1.3.1.11 Direct Sequence Spreading ........................................................ 2-151

2.1.3.1.12 Quadrature Spreading ................................................................. 2-154

2.1.3.1.12.1 Spreading Rate 1 ..................................................................... 2-160

2.1.3.1.12.2 Spreading Rate 3 ..................................................................... 2-160

2.1.3.1.13 Baseband Filtering...................................................................... 2-161

2.1.3.1.13.1 Spreading Rate 1 ..................................................................... 2-161

2.1.3.1.13.2 Spreading Rate 3 ..................................................................... 2-163

2.1.3.1.14 Carrier Phase Offset for Radio Configurations 1 and 2 ................ 2-166

2.1.3.2 Reverse Pilot Channel............................................................................ 2-166

2.1.3.2.1 Reverse Power Control Subchannel................................................. 2-167

2.1.3.2.2 Reverse Pilot Channel Spreading .................................................... 2-167

2.1.3.2.3 Reverse Pilot Channel Gating......................................................... 2-167

**CONTENTS**

2.1.3.2.4 Reverse Pilot Channel Operation during Reverse Traffic Channel Preamble ......................................................................................................2-170

2.1.3.2.5 Reverse Pilot Channel Quadrature Spreading...................................2-171

2.1.3.2.6 Reverse Pilot Channel Baseband Filtering .......................................2-171

2.1.3.2.7 Reverse Pilot Channel Transmission Processing ..............................2-171

2.1.3.3 Access Channel ...............................................................................2-171

2.1.3.3.1 Access Channel Time Alignment and Modulation Rate ....................2-171

2.1.3.3.2 Access Channel Frame Structure .....................................................2-172

2.1.3.3.2.1 Access Channel Preamble.............................................................2-172

2.1.3.3.3 Access Channel Convolutional Encoding..........................................2-172

2.1.3.3.4 Access Channel Code Symbol Repetition .........................................2-173

2.1.3.3.5 Access Channel Interleaving.............................................................2-173

2.1.3.3.6 Access Channel Modulation .............................................................2-173

2.1.3.3.7 Access Channel Gating .....................................................................2-173

2.1.3.3.8 Access Channel Direct Sequence Spreading ....................................2-173

2.1.3.3.9 Access Channel Quadrature Spreading ............................................2-173

2.1.3.3.10 Access Channel Baseband Filtering................................................2-173

2.1.3.3.11 Access Channel Transmission Processing ......................................2-173

2.1.3.4 Enhanced Access Channel ................................................................2-173

2.1.3.4.1 Enhanced Access Channel Time Alignment and Modulation Rate.....2-174

2.1.3.4.2 Enhanced Access Channel Frame Structure .....................................2-175

2.1.3.4.2.1 Enhanced Access Channel Frame Quality Indicator ...................2-176

2.1.3.4.2.2 Enhanced Access Channel Encoder Tail Bits..............................2-177

2.1.3.4.2.3 Enhanced Access Channel Preamble ...........................................2-177

2.1.3.4.3 Enhanced Access Channel Convolutional Encoding .........................2-179

2.1.3.4.4 Enhanced Access Channel Code Symbol Repetition .........................2-179

2.1.3.4.5 Enhanced Access Channel Interleaving............................................2-179

2.1.3.4.6 Enhanced Access Channel Modulation and Orthogonal Spreading...2-180

2.1.3.4.7 Enhanced Access Channel Quadrature Spreading ...........................2-180

2.1.3.4.8 Enhanced Access Channel Baseband Filtering.................................2-180

2.1.3.4.9 Enhanced Access Channel Transmission Processing........................2-180

2.1.3.5 Reverse Common Control Channel.......................................................2-181

TIA-2000.2-C-1

# CONTENTS

2.1.3.5.1 Reverse Common Control Channel Time Alignment and Modulation Rate ............................................................................................ 2-181

2.1.3.5.2 Reverse Common Control Channel Frame Structure ........................ 2-182

2.1.3.5.2.1 Reverse Common Control Channel Frame Quality Indicator ....... 2-182

2.1.3.5.2.2 Reverse Common Control Channel Encoder Tail Bits ................. 2-184

2.1.3.5.2.3 Reverse Common Control Channel Preamble ............................. 2-184

2.1.3.5.2.4 Reverse Common Control Channel Data ................................... 2-185

2.1.3.5.3 Reverse Common Control Channel Convolutional Encoding............. 2-185

2.1.3.5.4 Reverse Common Control Channel Code Symbol Repetition............. 2-185

2.1.3.5.5 Reverse Common Control Channel Interleaving ............................... 2-185

2.1.3.5.6 Reverse Common Control Channel Modulation and Orthogonal Spreading ............................................................................................ 2-186

2.1.3.5.7 Reverse Common Control Channel Quadrature Spreading............... 2-186

2.1.3.5.8 Reverse Common Control Channel Baseband Filtering .................... 2-186

2.1.3.5.9 Reverse Common Control Channel Transmission Processing .......... 2-186

2.1.3.6 Reverse Dedicated Control Channel .................................................... 2-186

2.1.3.6.1 Reverse Dedicated Control Channel Time Alignment and Modulation Rates ............................................................................... 2-186

2.1.3.6.2 Reverse Dedicated Control Channel Frame Structure ..................... 2-187

2.1.3.6.2.1 Reverse Dedicated Control Channel Frame Quality Indicator ..... 2-188

2.1.3.6.2.2 Reverse Dedicated Control Channel Encoder Tail Bits............... 2-190

2.1.3.6.2.3 Reverse Traffic Channel Preamble ............................................. 2-190

2.1.3.6.3 Reverse Dedicated Control Channel Convolutional Encoding .......... 2-190

2.1.3.6.4 Reverse Dedicated Control Channel Code Symbol Repetition .......... 2-190

2.1.3.6.5 Reverse Dedicated Control Channel Code Symbol Puncturing.......... 2-190

2.1.3.6.6 Reverse Dedicated Control Channel Interleaving............................. 2-190

2.1.3.6.7 Reverse Dedicated Control Channel Modulation and Orthogonal Spreading ............................................................................................ 2-190

2.1.3.6.8 Reverse Dedicated Control Channel Quadrature Spreading ............ 2-190

2.1.3.6.9 Reverse Dedicated Control Channel Baseband Filtering.................. 2-190

2.1.3.6.10 Reverse Dedicated Control Channel Transmission Processing........ 2-190

2.1.3.7 Reverse Acknowledgment Channel ..................................................... 2-191

2.1.3.7.1 Reverse Acknowledgment Channel Structure and Time Alignment... 2-191

**CONTENTS**

1   2.1.3.7.2 Reverse Acknowledgment Channel Modulation ................................2-191

2   2.1.3.7.3 Reverse Acknowledgment Channel Quadrature Spreading ..............2-191

3   2.1.3.7.4 Reverse Acknowledgment Channel Baseband Filtering....................2-191

4   2.1.3.7.5 Reverse Acknowledgment Channel Transmission Processing...........2-191

5   2.1.3.8 Reverse Channel Quality Indicator Channel..........................................2-192

6   2.1.3.8.1 Reverse Channel Quality Indicator Channel Structure ....................2-193

7   2.1.3.8.2 Reverse Channel Quality Indicator Channel Modulation .................2-194

8   2.1.3.8.3 Reverse Channel Quality Indicator Channel Gating.........................2-194

9   2.1.3.8.4 Reverse Channel Quality Indicator Channel Quadrature Spreading .2-194

10  2.1.3.8.5 Reverse Channel Quality Indicator Channel Baseband Filtering.......2-194

11  2.1.3.8.6 Reverse Channel Quality Indicator Channel Transmission
12      Processing...................................................................................................2-194

13  2.1.3.9 Reverse Fundamental Channel .............................................................2-194

14  2.1.3.9.1 Reverse Fundamental Channel Time Alignment and Modulation
15      Rates...........................................................................................................2-194

16  2.1.3.9.2 Reverse Fundamental Channel Frame Structure..............................2-195

17  2.1.3.9.2.1 Reverse Fundamental Channel Frame Quality Indicator............2-198

18  2.1.3.9.2.2 Reverse Fundamental Channel Encoder Tail Bits ......................2-201

19  2.1.3.9.2.3 Reverse Traffic Channel Preambles...........................................2-201

20  2.1.3.9.2.3.1 Radio Configurations 1 and 2 ................................................2-202

21  2.1.3.9.2.3.2 Radio Configurations 3 through 6..........................................2-202

22  2.1.3.9.3 Reverse Fundamental Channel Convolutional Encoding..................2-202

23  2.1.3.9.4 Reverse Fundamental Channel Code Symbol Repetition..................2-202

24  2.1.3.9.5 Reverse Fundamental Channel Code Symbol Puncturing ................2-202

25  2.1.3.9.6 Reverse Fundamental Channel Interleaving ....................................2-202

26  2.1.3.9.7 Reverse Fundamental Channel Modulation and Orthogonal
27      Spreading....................................................................................................2-202

28  2.1.3.9.8 Reverse Fundamental Channel Gating .............................................2-202

29  2.1.3.9.9 Reverse Fundamental Channel Direct Sequence Spreading..............2-203

30  2.1.3.9.10 Reverse Fundamental Channel Quadrature Spreading....................2-203

31  2.1.3.9.11 Reverse Fundamental Channel Baseband Filtering ........................2-203

32  2.1.3.9.12 Reverse Fundamental Channel Transmission Processing ...............2-204

33  2.1.3.10 Reverse Supplemental Channel...........................................................2-204

# CONTENTS

2.1.3.10.1 Reverse Supplemental Channel Time Alignment and Modulation Rates ....................................................................................... 2-204

2.1.3.10.2 Reverse Supplemental Channel Frame Structure........................... 2-207

2.1.3.10.2.1 Reverse Supplemental Channel Frame Quality Indicator.......... 2-216

2.1.3.10.2.2 Reverse Supplemental Channel Encoder Tail Bits ................... 2-218

2.1.3.10.3 Reverse Supplemental Channel Forward Error Correction Encoding ....................................................................................... 2-219

2.1.3.10.4 Reverse Supplemental Channel Code Symbol Repetition............... 2-219

2.1.3.10.5 Reverse Supplemental Channel Code Symbol Puncturing ............. 2-219

2.1.3.10.6 Reverse Supplemental Channel Interleaving ................................. 2-219

2.1.3.10.7 Reverse Supplemental Channel Modulation and Orthogonal Spreading ..................................................................................... 2-219

2.1.3.10.8 Reverse Supplemental Channel Quadrature Spreading.................. 2-219

2.1.3.10.9 Reverse Supplemental Channel Baseband Filtering ...................... 2-219

2.1.3.10.10 Reverse Supplemental Channel Transmission Processing ............ 2-219

2.1.3.11 Reverse Supplemental Code Channel.................................................. 2-219

2.1.3.11.1 Reverse Supplemental Code Channel Time Alignment and Modulation Rates........................................................................... 2-220

2.1.3.11.2 Reverse Supplemental Code Channel Frame Structure .................. 2-220

2.1.3.11.2.1 Reverse Supplemental Code Channel Frame Quality Indicator . 2-221

2.1.3.11.2.2 Reverse Supplemental Code Channel Encoder Tail Bits .......... 2-222

2.1.3.11.2.3 Reverse Supplemental Code Channel Preambles ..................... 2-222

2.1.3.11.2.3.1 Reverse Supplemental Code Channel Preamble................. 2-222

2.1.3.11.2.3.2 Reverse Supplemental Code Channel Discontinuous Transmission Preamble ................................................................ 2-222

2.1.3.11.3 Reverse Supplemental Code Channel Convolutional Encoding....... 2-222

2.1.3.11.4 Reverse Supplemental Code Channel Code Symbol Repetition ...... 2-222

2.1.3.11.5 Reverse Supplemental Code Channel Interleaving......................... 2-223

2.1.3.11.6 Reverse Supplemental Code Channel Modulation ......................... 2-223

2.1.3.11.7 Reverse Supplemental Code Channel Direct Sequence Spreading .. 2-223

2.1.3.11.8 Reverse Supplemental Code Channel Quadrature Spreading ......... 2-223

2.1.3.11.9 Reverse Supplemental Code Channel Baseband Filtering............... 2-223

2.1.3.11.10 Reverse Supplemental Code Channel Transmission Processing.... 2-223

## CONTENTS

1   2.1.4 Limitations on Emissions....................................................................2-223

2       2.1.4.1 Conducted Spurious Emissions ...............................................2-223

3       2.1.4.2 Radiated Spurious Emissions ................................................2-223

4   2.1.5 Synchronization and Timing ..........................................................2-224

5       2.1.5.1 Pilot to Walsh Cover Time Tolerance ......................................2-224

6       2.1.5.2 Pilot to Walsh Cover Phase Tolerance....................................2-225

7   2.1.6 Transmitter Performance Requirements........................................2-225

8   2.2 Receiver.............................................................................................2-225

9   2.2.1 Channel Spacing and Designation .................................................2-225

10  2.2.2 Demodulation Characteristics........................................................2-225

11      2.2.2.1 Processing ..............................................................................2-225

12      2.2.2.2 Erasure Indicator Bit and Quality Indicator Bit......................2-226

13      2.2.2.3 Forward Traffic Channel Time Alignment ...............................2-228

14      2.2.2.4 Interface to the MAC Layer....................................................2-229

15          2.2.2.4.1 Sync Channel Reception Processing .................................2-229

16          2.2.2.4.2 Paging Channel Reception Processing ..............................2-229

17          2.2.2.4.3 Broadcast Control Channel Reception Processing ............2-229

18          2.2.2.4.4 Quick Paging Channel Reception Processing ...................2-229

19          2.2.2.4.5 Common Power Control Channel Reception Processing....2-229

20          2.2.2.4.6 Common Assignment Channel Reception Processing........2-229

21          2.2.2.4.7 Forward Common Control Channel Reception Processing ...2-230

22          2.2.2.4.8 Forward Packet Data Control Channel Reception Processing...........2-230

23              2.2.2.4.8.1 8-bit Frame Quality Indicator Calculation ...................2-231

24          2.2.2.4.9 Forward Dedicated Control Channel Reception Processing...............2-232

25          2.2.2.4.10 Forward Fundamental Channel Reception Processing ...................2-232

26          2.2.2.4.11 Forward Supplemental Channel Reception Processing ...................2-233

27          2.2.2.4.12 Forward Supplemental Code Channel Reception Processing...........2-233

28          2.2.2.4.13 Forward Packet Data Channel Reception Processing .....................2-233

29  2.2.3 Limitations on Emissions...............................................................2-234

30  2.2.4 Receiver Performance Requirements ............................................2-234

31  2.3 Malfunction Detection ........................................................................2-234

32  2.3.1 Malfunction Timer ..........................................................................2-234

## CONTENTS

2.3.2 False Transmission ................................................................. 2-234

3 REQUIREMENTS FOR BASE STATION CDMA OPERATION ........................... 3-1

3.1 Transmitter ....................................................................................... 3-1

3.1.1 Frequency Parameters ................................................................. 3-1

3.1.1.1 Channel Spacing and Designation .......................................... 3-1

3.1.1.1.1 Band Class 0 (800 MHz Band) ....................................... 3-1

3.1.1.1.2 Band Class 1 (1900 MHz Band) ..................................... 3-1

3.1.1.1.3 Band Class 2 (TACS Band) ........................................... 3-1

3.1.1.1.4 Band Class 3 (JTACS Band) .......................................... 3-1

3.1.1.1.5 Band Class 4 (Korean PCS Band) ................................... 3-2

3.1.1.1.6 Band Class 5 (450 MHz Band) ....................................... 3-2

3.1.1.1.7 Band Class 6 (2 GHz Band) ........................................... 3-2

3.1.1.1.8 Band Class 7 (700 MHz Band) ....................................... 3-2

3.1.1.1.9 Band Class 8 (1800 MHz Band) ..................................... 3-3

3.1.1.1.10 Band Class 9 (900 MHz Band) ..................................... 3-3

3.1.1.1.11 Band Class 10 (Secondary 800 MHz Band) ...................... 3-3

3.1.1.1.12 Band Class 11 (400 MHz European PAMR Band) .............. 3-3

3.1.1.1.13 Band Class 12 (800 MHz European PAMR Band) .............. 3-4

3.1.1.2 Frequency Tolerance ............................................................ 3-4

3.1.2 Power Output Characteristics ....................................................... 3-4

3.1.3 Modulation Characteristics .......................................................... 3-4

3.1.3.1 Forward CDMA Channel Signals ............................................ 3-4

3.1.3.1.1 Channel Structures ...................................................... 3-7

3.1.3.1.1.1 Spreading Rate 1 ................................................... 3-8

3.1.3.1.1.2 Spreading Rate 3 ................................................... 3-27

3.1.3.1.2 Modulation Parameters ................................................. 3-43

3.1.3.1.2.1 Spreading Rate 1 ................................................... 3-43

3.1.3.1.2.2 Spreading Rate 3 ................................................... 3-62

3.1.3.1.3 Data Rates ................................................................. 3-81

3.1.3.1.4 Forward Error Correction .............................................. 3-85

3.1.3.1.4.1 Convolutional Encoding ........................................... 3-88

3.1.3.1.4.1.1 Rate 1/6 Convolutional Code ................................ 3-88

**CONTENTS**

1   3.1.3.1.4.1.2 Rate 1/4 Convolutional Code....................................................3-89

2   3.1.3.1.4.1.3 Rate 1/3 Convolutional Code....................................................3-90

3   3.1.3.1.4.1.4 Rate 1/2 Convolutional Code....................................................3-91

4   3.1.3.1.4.2 Turbo Encoding.............................................................................3-92

5   3.1.3.1.4.2.1 Rate 1/2, 1/3, 1/4, and 1/5 Turbo Encoders.........................3-92

6   3.1.3.1.4.2.2 Turbo Code Termination.........................................................3-95

7   3.1.3.1.4.2.3 Turbo Interleavers .................................................................3-97

8   3.1.3.1.5 Code Symbol Repetition ...................................................................3-100

9   3.1.3.1.6 Puncturing........................................................................................3-102

10   3.1.3.1.6.1 Convolutional Code Symbol Puncturing ....................................3-102

11   3.1.3.1.6.2 Turbo Code Symbol Puncturing.................................................3-102

12   3.1.3.1.6.3 Flexible and Variable Rate Puncturing.......................................3-103

13   3.1.3.1.6.4 Forward Packet Data Control Channel Puncturing....................3-104

14   3.1.3.1.7 Block Interleaving ............................................................................3-104

15   3.1.3.1.7.1 Spreading Rate 1 Interleaving....................................................3-106

16   3.1.3.1.7.1.1 Bit-Reversal Order Interleaver ...............................................3-106

17   3.1.3.1.7.1.2 Forward-Backwards Bit-Reversal Order Interleaver .............3-106

18   3.1.3.1.7.1.3 Interleaving for the Forward Packet Data Channel...............3-107

19   3.1.3.1.7.1.3.1 Symbol Separation...............................................................3-107

20   3.1.3.1.7.1.3.2 Subblock Interleaving..........................................................3-107

21   3.1.3.1.7.1.3.3 Symbol Grouping..................................................................3-108

22   3.1.3.1.7.2 Spreading Rate 3 Interleaving....................................................3-109

23   3.1.3.1.8 Sequence Repetition.........................................................................3-110

24   3.1.3.1.9 Data Scrambling ..............................................................................3-110

25   3.1.3.1.10 Data Scrambling for the Forward Packet Data Channel.................3-111

26   3.1.3.1.11 Forward Power Control Subchannel ................................................3-111

27   3.1.3.1.12 Subpacket Symbol Selection for the Forward Packet Data
28   Channel ...................................................................................................3-116

29   3.1.3.1.13 Modulation for the Forward Packet Data Channel..........................3-116

30   3.1.3.1.13.1 QPSK Modulation ........................................................................3-116

31   3.1.3.1.13.2 8-PSK Modulation .......................................................................3-117

32   3.1.3.1.13.3 16-QAM Modulation .....................................................................3-118

TIA-2000.2-C-1

## CONTENTS

3.1.3.1.13.4 Modulation Order.................................................................3-120

3.1.3.1.14 Symbol Demultiplexing and Repetition ...........................................3-125

3.1.3.1.14.1 Spreading Rate 1 Symbol Demultiplexing..................................3-125

3.1.3.1.14.2 Spreading Rate 1 Symbol Repetition for Transmit Diversity......3-126

3.1.3.1.14.3 Spreading Rate 3 Symbol Demultiplexing..................................3-127

3.1.3.1.14.4 Symbol Demultiplexing and Walsh Channel Processing for the
Forward Packet Data Channel.......................................................3-127

3.1.3.1.15 Orthogonal and Quasi-Orthogonal Spreading ...............................3-127

3.1.3.1.16 Quadrature Spreading ..................................................................3-132

3.1.3.1.17 Filtering..........................................................................................3-133

3.1.3.1.17.1 Baseband Filtering....................................................................3-133

3.1.3.1.17.2 Phase Characteristics ...............................................................3-135

3.1.3.2 Pilot Channels .....................................................................................3-135

3.1.3.2.1 Pilot PN Sequence Offset...................................................................3-136

3.1.3.2.2 Pilot Channel Orthogonal and Quasi-Orthogonal Spreading............3-137

3.1.3.2.2.1 Forward Pilot Channel ...............................................................3-137

3.1.3.2.2.2 Forward Transmit Diversity Pilot Channel.................................3-137

3.1.3.2.2.3 Auxiliary Pilot Channel ..............................................................3-138

3.1.3.2.2.4 Auxiliary Transmit Diversity Pilot Channel................................3-138

3.1.3.2.3 Pilot Channel Quadrature Spreading ................................................3-139

3.1.3.2.4 Pilot Channel Filtering ......................................................................3-139

3.1.3.2.5 Hopping Pilot Beacon Timing ...........................................................3-139

3.1.3.3 Sync Channel.......................................................................................3-139

3.1.3.3.1 Sync Channel Time Alignment and Modulation Rates .....................3-139

3.1.3.3.2 Sync Channel Structure ...................................................................3-140

3.1.3.3.3 Sync Channel Convolutional Encoding .............................................3-140

3.1.3.3.4 Sync Channel Code Symbol Repetition .............................................3-140

3.1.3.3.5 Sync Channel Interleaving ...............................................................3-140

3.1.3.3.6 Sync Channel Orthogonal Spreading ................................................3-140

3.1.3.3.7 Sync Channel Quadrature Spreading................................................3-140

3.1.3.3.8 Sync Channel Filtering .....................................................................3-140

3.1.3.3.9 Sync Channel Transmission Processing ...........................................3-141

xii

**CONTENTS**

1    3.1.3.4 Paging Channel.............................................................................3-141

2    3.1.3.4.1 Paging Channel Time Alignment and Modulation Rates....................3-141

3    3.1.3.4.2 Paging Channel Structure ..............................................................3-141

4    3.1.3.4.3 Paging Channel Convolutional Encoding .........................................3-141

5    3.1.3.4.4 Paging Channel Code Symbol Repetition .........................................3-141

6    3.1.3.4.5 Paging Channel Interleaving...........................................................3-141

7    3.1.3.4.6 Paging Channel Data Scrambling ....................................................3-142

8    3.1.3.4.7 Paging Channel Orthogonal Spreading .............................................3-142

9    3.1.3.4.8 Paging Channel Quadrature Spreading .............................................3-142

10   3.1.3.4.9 Paging Channel Filtering ...............................................................3-142

11   3.1.3.4.10 Paging Channel Transmission Processing........................................3-142

12   3.1.3.5 Broadcast Control Channel................................................................3-142

13   3.1.3.5.1 Broadcast Control Channel Time Alignment and Modulation Rates..3-143

14   3.1.3.5.2 Broadcast Control Channel Structure ..............................................3-143

15   3.1.3.5.2.1 Broadcast Control Channel Frame Quality Indicator .................3-143

16   3.1.3.5.2.2 Broadcast Control Channel Encoder Tail Bits............................3-144

17   3.1.3.5.3 Broadcast Control Channel Convolutional Encoding .......................3-144

18   3.1.3.5.4 Broadcast Control Channel Interleaving...........................................3-144

19   3.1.3.5.5 Broadcast Control Channel Sequence Repetition..............................3-145

20   3.1.3.5.6 Broadcast Control Channel Data Scrambling ...................................3-145

21   3.1.3.5.7 Broadcast Control Channel Orthogonal Spreading ...........................3-145

22   3.1.3.5.8 Broadcast Control Channel Quadrature Spreading ...........................3-145

23   3.1.3.5.9 Broadcast Control Channel Filtering ...............................................3-145

24   3.1.3.5.10 Broadcast Control Channel Transmission Processing.....................3-145

25   3.1.3.6 Quick Paging Channel ....................................................................3-145

26   3.1.3.6.1 Quick Paging Channel Time Alignment and Modulation Rates .........3-146

27   3.1.3.6.2 Quick Paging Channel Structure.....................................................3-146

28   3.1.3.6.3 Quick Paging Channel Paging Indicator Enabling............................3-146

29   3.1.3.6.4 Quick Paging Channel Configuration Change Indicator Enabling .....3-146

30   3.1.3.6.5 Quick Paging Channel Broadcast Indicator Enabling ......................3-147

31   3.1.3.6.6 Quick Paging Channel Paging Indicator, Configuration Change
32        Indicator, and Broadcast Indicator Repetition ...........................................3-147

TIA-2000.2-C-1

**CONTENTS**

3.1.3.6.7 Quick Paging Channel Spreading.....................................................3-147

3.1.3.6.8 Quick Paging Channel Quadrature Spreading..................................3-147

3.1.3.6.9 Quick Paging Channel Filtering .....................................................3-147

3.1.3.6.10 Quick Paging Channel Transmit Power Level ................................3-147

3.1.3.6.11 Quick Paging Channel Transmission Processing ...........................3-148

3.1.3.7 Common Power Control Channel ....................................................3-148

3.1.3.7.1 Common Power Control Channel Time Alignment and Modulation Rates .....................................................................................................3-148

3.1.3.7.2 Common Power Control Channel Structure ....................................3-149

3.1.3.7.3 Pseudo-Randomization of Power Control Bit Positions ...................3-150

3.1.3.7.4 Common Power Control Channel Orthogonal Spreading .................3-151

3.1.3.7.5 Common Power Control Channel Quadrature Spreading..................3-151

3.1.3.7.6 Common Power Control Channel Filtering .......................................3-151

3.1.3.7.7 Common Power Control Channel Transmission Processing.............3-151

3.1.3.8 Common Assignment Channel................................................................3-152

3.1.3.8.1 Common Assignment Channel Time Alignment and Modulation Rates .....................................................................................................3-152

3.1.3.8.2 Common Assignment Channel Structure ........................................3-152

3.1.3.8.2.1 Common Assignment Channel Frame Quality Indicator .............3-153

3.1.3.8.2.2 Common Assignment Channel Encoder Tail Bits........................3-154

3.1.3.8.3 Common Assignment Channel Convolutional Encoding...................3-154

3.1.3.8.4 Common Assignment Channel Interleaving......................................3-154

3.1.3.8.5 Common Assignment Channel Data Scrambling ............................3-154

3.1.3.8.6 Common Assignment Channel Orthogonal Spreading.....................3-154

3.1.3.8.7 Common Assignment Channel Quadrature Spreading .....................3-154

3.1.3.8.8 Common Assignment Channel Filtering............................................3-154

3.1.3.8.9 Common Assignment Channel Transmission Processing.................3-154

3.1.3.9 Forward Common Control Channel .......................................................3-155

3.1.3.9.1 Forward Common Control Channel Time Alignment and Modulation Rates........................................................................................3-155

3.1.3.9.2 Forward Common Control Channel Structure..................................3-155

3.1.3.9.2.1 Forward Common Control Channel Frame Quality Indicator......3-156

3.1.3.9.2.2 Forward Common Control Channel Encoder Tail Bits ...............3-157

**CONTENTS**

3.1.3.9.3 Forward Common Control Channel Encoding ...................................3-157

3.1.3.9.4 Forward Common Control Channel Interleaving.............................3-158

3.1.3.9.5 Forward Common Control Channel Data Scrambling.......................3-158

3.1.3.9.6 Forward Common Control Channel Orthogonal Spreading. ..............3-158

3.1.3.9.7 Forward Common Control Channel Quadrature Spreading ..............3-158

3.1.3.9.8 Forward Common Control Channel Filtering ...................................3-158

3.1.3.9.9 Forward Common Control Channel Transmission Processing...........3-158

3.1.3.10 Forward Packet Data Control Channel ..................................................3-158

3.1.3.10.1 Forward Packet Data Control Channel Time Alignment, and Modulation Rates ........................................................................3-159

3.1.3.10.2 Forward Packet Data Control Channel Frame Structure................3-159

3.1.3.10.2.1 Forward Packet Data Control Channel Scrambling...................3-160

3.1.3.10.2.2 Frame Quality Indicator-Covered SDU[0...7] for the Forward Packet Data Control Channel ...............................................3-160

3.1.3.10.2.3 Forward Packet Data Control Channel Inner Frame Quality Indicator...................................................................................3-161

3.1.3.10.3 Forward Packet Data Control Channel Encoder Tail Bits...............3-162

3.1.3.10.4 Forward Packet Data Control Channel Convolutional Encoding .....3-162

3.1.3.10.5 Forward Packet Data Control Channel Code Symbol Repetition .....3-162

3.1.3.10.6 Forward Packet Data Control Channel Puncturing........................3-162

3.1.3.10.7 Forward Packet Data Control Channel Interleaving .......................3-162

3.1.3.10.8 Forward Packet Data Control Channel Orthogonal Spreading ........3-162

3.1.3.10.9 Forward Packet Data Control Channel Quadrature Spreading........3-163

3.1.3.10.10 Forward Packet Data Control Channel Filtering ...........................3-163

3.1.3.10.11 Forward Packet Data Control Channel Transmission Processing...3-163

3.1.3.11 Forward Dedicated Control Channel .....................................................3-163

3.1.3.11.1 Forward Dedicated Control Channel Time Alignment and Modulation Rates ........................................................................3-163

3.1.3.11.2 Forward Dedicated Control Channel Frame Structure....................3-164

3.1.3.11.2.1 Forward Dedicated Control Channel Frame Quality Indicator...3-165

3.1.3.11.2.2 Forward Dedicated Control Channel Encoder Tail Bits .............3-166

3.1.3.11.2.3 Forward Dedicated Control Channel Reserved Bit ....................3-166

3.1.3.11.3 Forward Dedicated Control Channel Convolutional Encoding.........3-166

TIA-2000.2-C-1

**CONTENTS**

3.1.3.11.4 Forward Dedicated Control Channel Code Symbol Repetition ........ 3-167

3.1.3.11.5 Forward Dedicated Control Channel Puncturing ........................... 3-167

3.1.3.11.6 Forward Dedicated Control Channel Interleaving .......................... 3-167

3.1.3.11.7 Forward Dedicated Control Channel Data Scrambling .................. 3-167

3.1.3.11.8 Forward Dedicated Control Channel Power Control Subchannel .... 3-167

3.1.3.11.9 Forward Dedicated Control Channel Orthogonal and Quasi-Orthogonal Spreading ............................................................................ 3-167

3.1.3.11.10 Forward Dedicated Control Channel Quadrature Spreading ......... 3-167

3.1.3.11.11 Forward Dedicated Control Channel Filtering ............................ 3-167

3.1.3.11.12 Forward Dedicated Control Channel Transmission Processing ..... 3-168

3.1.3.12 Forward Fundamental Channel ................................................... 3-168

3.1.3.12.1 Forward Fundamental Channel Time Alignment and Modulation Rates ............................................................................................ 3-168

3.1.3.12.2 Forward Fundamental Channel Frame Structure ........................... 3-169

3.1.3.12.2.1 Forward Fundamental Channel Frame Quality Indicator ......... 3-173

3.1.3.12.2.2 Forward Fundamental Channel Encoder Tail Bits .................. 3-176

3.1.3.12.2.3 Forward Fundamental Channel Reserved/Flag Bit ................. 3-176

3.1.3.12.3 Forward Fundamental Channel Convolutional Encoding .............. 3-177

3.1.3.12.4 Forward Fundamental Channel Code Symbol Repetition .............. 3-177

3.1.3.12.5 Forward Fundamental Channel Puncturing ................................... 3-177

3.1.3.12.6 Forward Fundamental Channel Interleaving ................................. 3-177

3.1.3.12.7 Forward Fundamental Channel Data Scrambling ......................... 3-177

3.1.3.12.8 Forward Fundamental Channel Power Control Subchannel ........... 3-177

3.1.3.12.9 Forward Fundamental Channel Orthogonal and Quasi-Orthogonal Spreading ............................................................................ 3-177

3.1.3.12.10 Forward Fundamental Channel Quadrature Spreading ................ 3-178

3.1.3.12.11 Forward Fundamental Channel Filtering ..................................... 3-178

3.1.3.12.12 Forward Fundamental Channel Transmission Processing ............ 3-178

3.1.3.13 Forward Supplemental Channel ................................................... 3-178

3.1.3.13.1 Forward Supplemental Channel Time Alignment and Modulation Rates ............................................................................................ 3-178

3.1.3.13.2 Forward Supplemental Channel Frame Structure ......................... 3-182

3.1.3.13.2.1 Forward Supplemental Channel Frame Quality Indicator ......... 3-192

xvi

## CONTENTS

3.1.3.13.2.2 Forward Supplemental Channel Encoder Tail Bits....................3-194

3.1.3.13.2.3 Forward Supplemental Channel Reserved Bit...........................3-195

3.1.3.13.3 Forward Supplemental Channel Forward Error Correction Encoding...................................................................................................3-195

3.1.3.13.4 Forward Supplemental Channel Code Symbol Repetition...............3-195

3.1.3.13.5 Forward Supplemental Channel Puncturing.....................................3-195

3.1.3.13.6 Forward Supplemental Channel Interleaving...................................3-195

3.1.3.13.7 Forward Supplemental Channel Data Scrambling...........................3-195

3.1.3.13.8 Forward Supplemental Channel Orthogonal and Quasi-Orthogonal Spreading...............................................................................3-195

3.1.3.13.9 Forward Supplemental Channel Quadrature Spreading..................3-195

3.1.3.13.10 Forward Supplemental Channel Filtering......................................3-196

3.1.3.13.11 Forward Supplemental Channel Transmission Processing............3-196

3.1.3.14 Forward Supplemental Code Channel....................................................3-196

3.1.3.14.1 Forward Supplemental Code Channel Time Alignment and Modulation Rates....................................................................................3-196

3.1.3.14.2 Forward Supplemental Code Channel Frame Structure..................3-196

3.1.3.14.2.1 Forward Supplemental Code Channel Frame Quality Indicator 3-197

3.1.3.14.2.2 Forward Supplemental Code Channel Encoder Tail Bits...........3-198

3.1.3.14.2.3 Forward Supplemental Code Channel Reserved Bit..................3-198

3.1.3.14.3 Forward Supplemental Code Channel Convolutional Encoding......3-198

3.1.3.14.4 Forward Supplemental Code Channel Code Symbol Repetition......3-198

3.1.3.14.5 Forward Supplemental Code Channel Puncturing..........................3-198

3.1.3.14.6 Forward Supplemental Code Channel Interleaving........................3-198

3.1.3.14.7 Forward Supplemental Code Channel Data Scrambling.................3-198

3.1.3.14.8 Forward Supplemental Code Channel Orthogonal Spreading.........3-199

3.1.3.14.9 Forward Supplemental Code Channel Quadrature Spreading.........3-199

3.1.3.14.10 Forward Supplemental Code Channel Filtering............................3-199

3.1.3.14.11 Forward Supplemental Code Channel Transmission Processing...3-199

3.1.3.15 Forward Packet Data Channel...............................................................3-199

3.1.3.15.1 Forward Packet Data Channel Structure, Time Alignment, and Subpacket Data Rates.............................................................................3-199

3.1.3.15.2 Forward Packet Data Channel Encoder Packet Structure...............3-200

TIA-2000.2-C-1

**CONTENTS**

1  3.1.3.15.2.1 Forward Packet Data Channel Frame Quality Indicator............3-201

2  3.1.3.15.2.2 Forward Packet Data Channel Turbo Encoder Tail Allowance...3-201

3  3.1.3.15.3 Forward Packet Data Channel Turbo Encoding..............................3-202

4  3.1.3.15.4 Forward Packet Data Channel Interleaving ...................................3-202

5  3.1.3.15.5 Forward Packet Data Channel Packet Data Scrambling ................3-202

6  3.1.3.15.6 Forward Packet Data Channel Subpacket Symbol Selection...........3-202

7  3.1.3.15.7 Forward Packet Data Channel Modulation....................................3-202

8  3.1.3.15.8 Forward Packet Data Channel Walsh Channel Processing .............3-202

9  3.1.3.15.9 Forward Packet Data Channel Quadrature Spreading....................3-202

10  3.1.3.15.10 Forward Packet Data Channel Filtering......................................3-202

11  3.1.3.15.11 Forward Packet Data Channel Transmission Processing .............3-202

12  3.1.4 Limitations on Emissions .....................................................................3-203

13  3.1.4.1 Conducted Spurious Emissions..........................................................3-203

14  3.1.4.2 Radiated Spurious Emissions .............................................................3-203

15  3.1.4.3 Intermodulation Products .................................................................3-203

16  3.1.5 Synchronization, Timing, and Phase....................................................3-203

17  3.1.5.1 Timing Reference Source ...................................................................3-203

18  3.1.5.2 Base Station Transmission Time.........................................................3-204

19  3.1.5.3 Pilot to Walsh Cover Time Tolerance .................................................3-204

20  3.1.5.4 Pilot to Walsh Cover Phase Tolerance ................................................3-204

21  3.1.6 Transmitter Performance Requirements .................................................3-204

22  3.2 Receiver .....................................................................................................3-204

23  3.2.1 Channel Spacing and Designation.........................................................3-204

24  3.2.2 Demodulation Characteristics ...............................................................3-205

25  3.2.2.1 Interface to the MAC Layer ...............................................................3-205

26  3.2.2.1.1 Reverse Pilot Channel Reception Processing ...................................3-205

27  3.2.2.1.2 Access Channel Reception Processing..............................................3-205

28  3.2.2.1.3 Enhanced Access Channel Reception Processing ............................3-205

29  3.2.2.1.4 Reverse Common Control Channel Reception Processing................3-206

30  3.2.2.1.5 Reverse Dedicated Control Channel Reception Processing ..............3-206

31  3.2.2.1.6 Reverse Acknowledgment Channel Reception Processing................3-206

32  3.2.2.1.7 Reverse Channel Quality Indicator Channel Reception Processing...3-207

xviii

### CONTENTS

1    3.2.2.1.8 Reverse Fundamental Channel Reception Processing.......................3-207

2    3.2.2.1.9 Reverse Supplemental Channel Reception Processing .....................3-207

3    3.2.2.1.10 Reverse Supplemental Code Channel Reception Processing ...........3-208

4    3.2.3 Limitations on Emissions..........................................................................3-208

5    3.2.4 Receiver Performance Requirements .........................................................3-208

6

7

TIA-2000.2-C-1

## CONTENTS

[1] No text.

# FIGURES

Figure 1.3-1. System Time Line ................................................................................1-26

Figure 2.1.2.2.2.1-1. Transmission Envelope Mask (Average Gated-on Power Control Group)..........................................................................................................2-45

Figure 2.1.2.3.1.4-1. Power Up Function Transmission Envelope Mask.......................2-55

Figure 2.1.2.3.3.4-1. Increased Reverse Traffic Channel Power for Inter-frequency Hard Handoff.................................................................................................2-69

Figure 2.1.3.1.1-1. Reverse CDMA Channels Received at the Base Station .................2-73

Figure 2.1.3.1.1.1-1. Access Channel Structure for Spreading Rate 1..........................2-75

Figure 2.1.3.1.1.1-2. Enhanced Access Channel Header Sturcture for Spreading Rate 1............................................................................................................2-75

Figure 2.1.3.1.1.1-3. Enhanced Access Channel Data and Reverse Common Control Channel Structure for Spreading Rate 1 ................................................2-76

Figure 2.1.3.1.1.1-4. Reverse Dedicated Control Channel Structure for Radio Configuration 3 ..............................................................................................2-76

Figure 2.1.3.1.1.1-5. Reverse Dedicated Control Channel Structure for Radio Configuration 4 ..............................................................................................2-77

Figure 2.1.3.1.1.1-6. Reverse Acknowledgment Channel Structure .............................2-77

Figure 2.1.3.1.1.1-7. Reverse Channel Quality Indicator Channel Structure................2-77

Figure 2.1.3.1.1.1-8. Reverse Fundamental Channel and Reverse Supplemental Code Channel Structure for Radio Configuration 1 ...................................2-78

Figure 2.1.3.1.1.1-9. Reverse Fundamental Channel and Reverse Supplemental Code Channel Structure for Radio Configuration 2 ...................................2-79

Figure 2.1.3.1.1.1-10. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 3 ..........................................2-80

Figure 2.1.3.1.1.1-11. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 4 ..........................................2-81

Figure 2.1.3.1.1.1-12. I and Q Mapping for Reverse Pilot Channel, Enhanced Access Channel, Reverse Common Control Channel, Reverse Acknowledgment Channel, Reverse Channel Quality Indicator Channel, and Reverse Traffic Channel with Radio Configurations 3 and 4 ..................................................................2-82

Figure 2.1.3.1.1.2-1. Enhanced Access Channel Header Structure for Spreading Rate 3............................................................................................................2-83

Figure 2.1.3.1.1.2-2. Enhanced Access Channel Data and Reverse Common Control Channel Structure for Spreading Rate 3 ................................................2-84

Figure 2.1.3.1.1.2-3. Reverse Dedicated Control Channel Structure for Radio Configuration 5 ..............................................................................................2-84

TIA-2000.2-C-1

## FIGURES

Figure 2.1.3.1.1.2-4. Reverse Dedicated Control Channel Structure for Radio Configuration 6 ................................................................................................. 2-85

Figure 2.1.3.1.1.2-5. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 5 ........................................................ 2-86

Figure 2.1.3.1.1.2-6. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 6 ........................................................ 2-87

Figure 2.1.3.1.1.2-7. I and Q Mapping for Spreading Rate 3 ........................................ 2-88

Figure 2.1.3.1.4.1.1-1. K = 9, Rate 1/4 Convolutional Encoder ................................. 2-117

Figure 2.1.3.1.4.1.2-1. K = 9, Rate 1/3 Convolutional Encoder ................................. 2-118

Figure 2.1.3.1.4.1.3-1. K = 9, Rate 1/2 Convolutional Encoder ................................. 2-118

Figure 2.1.3.1.4.2.1-1. Turbo Encoder ....................................................................... 2-120

Figure 2.1.3.1.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure ....... 2-123

Figure 2.1.3.1.9.1-1. Reverse CDMA Channel Variable Data Rate Transmission for Radio Configurations 1 and 2 Example ............................................................... 2-140

Figure 2.1.3.1.9.1-2. Access Channel Transmission Structure ................................... 2-141

Figure 2.1.3.1.10.1-1. Reverse Pilot Channel Showing the Power Control Subchannel Structure ........................................................................................... 2-144

Figure 2.1.3.1.10.1-2. Reverse Power Control Subchannel ........................................ 2-145

Figure 2.1.3.1.10.1-3. Forward and Reverse Power Control Subchannel Transmission Timing ........................................................................................... 2-146

Figure 2.1.3.1.10.1-4. Primary Reverse Power Control Subchannel Transmission Timing for FPC_MODE$_s$ = '011', '100', and '101' ................................................... 2-149

Figure 2.1.3.1.10.1-5. Secondary Reverse Power Control Subchannel Transmission Timing for FPC_MODE$_s$ = '101' and '110' .............................................................. 2-149

Figure 2.1.3.1.10.2-1. Increased Outer Power Control Loop Set Point for Interfrequency Hard Handoff ............................................................................... 2-150

Figure 2.1.3.1.11-1. Long Code Generator ................................................................. 2-153

Figure 2.1.3.1.11-2. Access Channel Long Code Mask Format for Direct Sequence Spreading ............................................................................................................ 2-154

Figure 2.1.3.1.12-1. Long Code Generator for Spreading Rate 3 ................................ 2-156

Figure 2.1.3.1.12-2. Long Code Mask Format for Quadrature Spreading of the Enhanced Access Channel and the Reverse Common Control Channel ................. 2-159

Figure 2.1.3.1.13.1-1. Baseband Filters Frequency Response Limits .......................... 2-162

Figure 2.1.3.2.3-1. Reverse Pilot Channel Gating ...................................................... 2-168

**FIGURES**

Figure 2.1.3.2.3-2. Reverse Pilot Channel Gating during Reverse Dedicated Control Channel Transmission with 5 ms Frame Duration .................................................2-169

Figure 2.1.3.2.3-3. Reverse Pilot Channel Gating during Reverse Dedicated Control Channel Transmission with 20 ms Frame Duration ...............................................2-170

Figure 2.1.3.2.4-1. Reverse Traffic Channel Preamble during Hard Handoff for the Reverse Dedicated Control Channel and the Reverse Fundamental Channel with Radio Configurations 3 through 6 ........................................................................2-171

Figure 2.1.3.3.2-1. Access Channel Frame Structure ................................................2-172

Figure 2.1.3.4-1. Enhanced Access Channel Probe Structure ...................................2-174

Figure 2.1.3.4.2-1. Enhanced Access Channel Frame Structure ................................2-176

Figure 2.1.3.4.2.1-1. Enhanced Access Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator ...............................................2-177

Figure 2.1.3.4.2.1-2. Enhanced Access Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator ...............................................2-177

Figure 2.1.3.4.2.1-3. Enhanced Access Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator .................................................2-177

Figure 2.1.3.4.2.3-1. Preamble for the Enhanced Access Channel .............................2-179

Figure 2.1.3.5-1. Preamble and Data Transmission for the Reverse Common Control Channel..................................................................................................................2-181

Figure 2.1.3.5.2-1. Reverse Common Control Channel Frame Structure ...................2-182

Figure 2.1.3.5.2.1-1. Reverse Common Control Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator ...............................................2-183

Figure 2.1.3.5.2.1-2. Reverse Common Control Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator ...............................................2-184

Figure 2.1.3.5.2.3-1. Preamble for the Reverse Common Control Channel..................2-185

Figure 2.1.3.6.2-1. Reverse Dedicated Control Channel Frame Structure ...................2-188

Figure 2.1.3.6.2.1-1. Reverse Dedicated Control Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator ...............................................2-189

Figure 2.1.3.6.2.1-2. Reverse Dedicated Control Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator ...............................................2-189

Figure 2.1.3.9.2-1. Reverse Fundamental Channel Frame Structure .........................2-198

Figure 2.1.3.9.2.1-1. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator ...............................................2-200

Figure 2.1.3.9.2.1-2. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator ...............................................2-200

TIA-2000.2-C-1

**FIGURES**

Figure 2.1.3.9.2.1-3. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 10-Bit Frame Quality Indicator ................................................. 2-200

Figure 2.1.3.9.2.1-4. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator ................................................. 2-200

Figure 2.1.3.9.2.1-5. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator for Radio Configuration 2 ......... 2-201

Figure 2.1.3.9.2.1-6. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator for Radio Configurations 3 through 6 ................................................................................................... 2-201

Figure 2.1.3.9.8-1. Gating Operation When the Reverse Fundamental Channel Data Rate is 1500 bps for Radio Configuration 3 and 5 or 1800 bps for Radio Configuration 4 and 6 ................................................................................... 2-203

Figure 2.1.3.10.2-1. Reverse Supplemental Channel Frame Structure ...................... 2-216

Figure 2.1.3.10.2.1-1. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator ................................................. 2-217

Figure 2.1.3.10.2.1-2. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator ................................................. 2-217

Figure 2.1.3.10.2.1-3. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 10-Bit Frame Quality Indicator ................................................. 2-218

Figure 2.1.3.10.2.1-4. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator ................................................. 2-218

Figure 2.1.3.10.2.1-5. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator ................................................. 2-218

Figure 2.1.3.11.2-1. Reverse Supplemental Code Channel Frame Structure ............. 2-221

Figure 2.1.3.11.2.1-1. Reverse Supplemental Code Channel Frame Quality Indicator Calculation ................................................................................................... 2-221

Figure 2.2.2.2-1. Erasure Indicator Bit/Quality Indicator Bit Timing ........................ 2-228

Figure 2.2.2.2-2. Erasure Indicator Bit Timing for the Forward Supplemental Channel ....................................................................................................... 2-228

Figure 2.2.2.4.8.1-1. Generation of the 8-bit Frame Quality Indicator ...................... 2-232

Figure 3.1.3.1.1-1. Forward CDMA Channel Transmitted by a Base Station ................. 3-8

Figure 3.1.3.1.1.1-1. Pilot Channels, Sync Channel, and Paging Channels for Spreading Rate 1 ............................................................................................. 3-11

Figure 3.1.3.1.1.1-2. Broadcast Control Channel Structure for Spreading Rate 1 with R = 1/4 Mode ............................................................................................. 3-11

Figure 3.1.3.1.1.1-3. Broadcast Control Channel Structure for Spreading Rate 1 with R = 1/2 Mode ............................................................................................. 3-12

**FIGURES**

Figure 3.1.3.1.1.1-4. Quick Paging Channel Structure for Spreading Rate 1.................3-12

Figure 3.1.3.1.1.1-5. Common Power Control Channel Structure for Spreading Rate
        1.............................................................................................................................3-13

Figure 3.1.3.1.1.1-6. Common Assignment Channel Structure for Spreading Rate 1
        with R = 1/4 Mode.................................................................................................3-14

Figure 3.1.3.1.1.1-7. Common Assignment Channel Structure for Spreading Rate 1
        with R = 1/2 Mode.................................................................................................3-14

Figure 3.1.3.1.1.1-8. Forward Common Control Channel Structure for Spreading
        Rate 1 with R = 1/4 Mode....................................................................................3-15

Figure 3.1.3.1.1.1-9. Forward Common Control Channel Structure for Spreading
        Rate 1 with R = 1/2 Mode....................................................................................3-16

Figure 3.1.3.1.1.1-10. Forward Packet Data Control Channel Structure......................3-16

Figure 3.1.3.1.1.1-11. Forward Dedicated Control Channel Structure for Radio
        Configuration 3 ...................................................................................................3-17

Figure 3.1.3.1.1.1-12. Forward Dedicated Control Channel Structure for Radio
        Configuration 4 ...................................................................................................3-17

Figure 3.1.3.1.1.1-13. Forward Dedicated Control Channel Structure for Radio
        Configuration 5 ...................................................................................................3-18

Figure 3.1.3.1.1.1-14. Forward Traffic Channel Structure for Radio Configuration 1 ....3-18

Figure 3.1.3.1.1.1-15. Forward Traffic Channel Structure for Radio Configuration 2....3-19

Figure 3.1.3.1.1.1-16. Forward Fundamental Channel and Forward Supplemental
        Channel Structure for Radio Configuration 3...........................................................3-20

Figure 3.1.3.1.1.1-17. Forward Fundamental Channel and Forward Supplemental
        Channel Structure for Radio Configuration 4...........................................................3-21

Figure 3.1.3.1.1.1-18. Forward Fundamental Channel and Forward Supplemental
        Channel Structure for Radio Configuration 5...........................................................3-22

Figure 3.1.3.1.1.1-19. Forward Packet Data Channel Structure for Radio
        Configuration 10 ..................................................................................................3-23

Figure 3.1.3.1.1.1-20. Long Code Scrambling, Power Control, and Signal Point
        Mapping for Forward Traffic Channels with Radio Configurations 3, 4, and 5.........3-24

Figure 3.1.3.1.1.1-21. Demultiplexer Structure for Spreading Rate 1 ..........................3-24

Figure 3.1.3.1.1.1-22. I and Q Mapping (Non-TD Mode) for Spreading Rate 1..............3-25

Figure 3.1.3.1.1.1-23. I and Q Mapping (OTD Mode) for Spreading Rate 1...................3-26

Figure 3.1.3.1.1.1-24. I and Q Mapping (STS Mode) for Spreading Rate 1....................3-27

Figure 3.1.3.1.1.2-1. Forward Pilot Channel, Auxiliary Pilot Channels, and Sync
        Channel for Spreading Rate 3 ..............................................................................3-29

TIA-2000.2-C-1

## FIGURES

Figure 3.1.3.1.1.2-2. Broadcast Control Channel Structure for Spreading Rate 3 ......... 3-30

Figure 3.1.3.1.1.2-3. Quick Paging Channel Structure for Spreading Rate 3 ............... 3-30

Figure 3.1.3.1.1.2-4. Common Power Control Channel Structure for Spreading Rate 3 ................................................................................................... 3-31

Figure 3.1.3.1.1.2-5. Common Assignment Channel Structure for Spreading Rate 3 .... 3-32

Figure 3.1.3.1.1.2-6. Forward Common Control Channel Structure for Spreading Rate 3 ......................................................................................................... 3-33

Figure 3.1.3.1.1.2-7. Forward Dedicated Control Channel Structure for Radio Configuration 6 ................................................................................. 3-34

Figure 3.1.3.1.1.2-8. Forward Dedicated Control Channel Structure for Radio Configuration 7 ................................................................................. 3-35

Figure 3.1.3.1.1.2-9. Forward Dedicated Control Channel Structure for Radio Configuration 8 ................................................................................. 3-35

Figure 3.1.3.1.1.2-10. Forward Dedicated Control Channel Structure for Radio Configuration 9 ................................................................................. 3-36

Figure 3.1.3.1.1.2-11. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 6 ...................................... 3-37

Figure 3.1.3.1.1.2-12. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 7 ...................................... 3-38

Figure 3.1.3.1.1.2-13. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 8 ...................................... 3-39

Figure 3.1.3.1.1.2-14. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 9 ...................................... 3-40

Figure 3.1.3.1.1.2-15. Long Code Scrambling, Power Control, and Signal Point Mapping for Forward Traffic Channels with Radio Configurations 6 through 9 ....... 3-41

Figure 3.1.3.1.1.2-16. Demultiplexer Structure for Spreading Rate 3 .......................... 3-41

Figure 3.1.3.1.1.2-17. I and Q Mapping for Spreading Rate 3 ..................................... 3-42

Figure 3.1.3.1.4.1.1-1. K = 9, Rate 1/6 Convolutional Encoder ................................... 3-89

Figure 3.1.3.1.4.1.2-1. K = 9, Rate 1/4 Convolutional Encoder ................................... 3-90

Figure 3.1.3.1.4.1.3-1. K = 9, Rate 1/3 Convolutional Encoder ................................... 3-91

Figure 3.1.3.1.4.1.4-1. K = 9, Rate 1/2 Convolutional Encoder ................................... 3-91

Figure 3.1.3.1.4.2.1-1. Turbo Encoder ...................................................................... 3-94

Figure 3.1.3.1.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure ......... 3-98

Figure 3.1.3.1.7-1. Structure for the N-Symbol Block Interleavers ............................. 3-106

Figure 3.1.3.1.7.1.3.3-1. Subblock Symbol Grouping ................................................ 3-109

**FIGURES**

Figure 3.1.3.1.10-1. Symbol Scrambler .................................................................3-111

Figure 3.1.3.1.11-1. Forward and Reverse Power Control Subchannel Transmission
    Timing ...............................................................................................3-113

Figure 3.1.3.1.11-2. Randomization of Power Control Bit Starting Positions ..............3-115

Figure 3.1.3.1.13.1-1. Signal Constellation for QPSK Modulation ...............................3-117

Figure 3.1.3.1.13.2-1. Signal Constellation for 8-PSK Modulation ..............................3-118

Figure 3.1.3.1.13.3-1. Signal Constellation for 16-QAM Modulation ...........................3-120

Figure 3.1.3.1.17.1-1. Baseband Filters Frequency Response Limits .........................3-133

Figure 3.1.3.2.1-1. Forward CDMA Channel Pilot PN Sequence Offset........................3-137

Figure 3.1.3.2.5-1. Hopping Pilot Beacon Timing.......................................................3-139

Figure 3.1.3.4.6-1. Paging Channel Long Code Mask..................................................3-142

Figure 3.1.3.5.2-1. Broadcast Control Channel Frame Structure.................................3-143

Figure 3.1.3.5.2.1-1. Broadcast Control Channel Frame Quality Indicator
    Calculation ........................................................................................3-144

Figure 3.1.3.5.6-1. Broadcast Control Channel Long Code Mask.................................3-145

Figure 3.1.3.7.3-1. Power Control Bit Randomization Long Code Mask.......................3-150

Figure 3.1.3.8.2-1. Common Assignment Channel Frame Structure............................3-153

Figure 3.1.3.8.2.1-1. Common Assignment Channel Frame Quality Indicator
    Calculation for the 8-Bit Frame Quality Indicator ................................3-153

Figure 3.1.3.8.5-1. Common Assignment Channel Long Code Mask............................3-154

Figure 3.1.3.9.2-1. Forward Common Control Channel Frame Structure....................3-156

Figure 3.1.3.9.2.1-1. Forward Common Control Channel Frame Quality Indicator
    Calculation for the 16-Bit Frame Quality Indicator ..............................3-157

Figure 3.1.3.9.2.1-2. Forward Common Control Channel Frame Quality Indicator
    Calculation for the 12-Bit Frame Quality Indicator ..............................3-157

Figure 3.1.3.9.5-1. Forward Common Control Channel Long Code Mask....................3-158

Figure 3.1.3.10.2-1. Forward Packet Data Control Channel Frame Structure.............3-160

Figure 3.1.3.10.2.2-1. Generation of the Frame Quality Indicator-Covered
    SDU[20:13] for the Forward Packet Data Control Channel.....................3-161

Figure 3.1.3.10.2.3-1. Forward Packet Data Control Channel Inner Frame Quality
    Indicator Calculation ........................................................................3-162

Figure 3.1.3.11.2-1. Forward Dedicated Control Channel Frame Structure ...............3-165

Figure 3.1.3.11.2.1-1. Forward Dedicated Control Channel Frame Quality Indicator
    Calculation for the 16-Bit Frame Quality Indicator ..............................3-166

# FIGURES

Figure 3.1.3.11.2.1-2. Forward Dedicated Control Channel Frame Quality Indicator
Calculation for the 12-Bit Frame Quality Indicator ................................................. 3-166

Figure 3.1.3.12.2-1. Forward Fundamental Channel Frame Structure ...................... 3-172

Figure 3.1.3.12.2.1-1. Forward Fundamental Channel Frame Quality Indicator
Calculation for the 16-Bit Frame Quality Indicator ................................................. 3-174

Figure 3.1.3.12.2.1-2. Forward Fundamental Channel Frame Quality Indicator
Calculation for the 12-Bit Frame Quality Indicator ................................................. 3-175

Figure 3.1.3.12.2.1-3. Forward Fundamental Channel Frame Quality Indicator
Calculation for the 10-Bit Frame Quality Indicator ................................................. 3-175

Figure 3.1.3.12.2.1-4. Forward Fundamental Channel Frame Quality Indicator
Calculation for the 8-Bit Frame Quality Indicator ................................................... 3-175

Figure 3.1.3.12.2.1-5. Forward Fundamental Channel Frame Quality Indicator
Calculation for the 6-Bit Frame Quality Indicator for Radio Configuration 2 ......... 3-176

Figure 3.1.3.12.2.1-6. Forward Fundamental Channel Frame Quality Indicator
Calculation for the 6-Bit Frame Quality Indicator for Radio Configurations 3
through 9 .................................................................................................................. 3-176

Figure 3.1.3.13.2-1. Forward Supplemental Channel Frame Structure ...................... 3-192

Figure 3.1.3.13.2.1-1. Forward Supplemental Channel Frame Quality Indicator
Calculation for the 16-Bit Frame Quality Indicator ................................................. 3-193

Figure 3.1.3.13.2.1-2. Forward Supplemental Channel Frame Quality Indicator
Calculation for the 12-Bit Frame Quality Indicator ................................................. 3-193

Figure 3.1.3.13.2.1-3. Forward Supplemental Channel Frame Quality Indicator
Calculation for the 10-Bit Frame Quality Indicator ................................................. 3-194

Figure 3.1.3.13.2.1-4. Forward Supplemental Channel Frame Quality Indicator
Calculation for the 8-Bit Frame Quality Indicator ................................................... 3-194

Figure 3.1.3.13.2.1-5. Forward Supplemental Channel Frame Quality Indicator
Calculation for the 6-Bit Frame Quality Indicator ................................................... 3-194

Figure 3.1.3.14.2-1. Forward Supplemental Code Channel Frame Structure ............. 3-197

Figure 3.1.3.14.2.1-1. Forward Supplemental Code Channel Frame Quality
Indicator Calculation ............................................................................................... 3-198

Figure 3.1.3.14.2.3-1. Forward Packet Data Channel Encoder Packet Structure ........ 3-201

Figure 3.1.3.15.2.1-1. Forward Packet Data Channel Frame Quality Indicator ........... 3-201

TIA-2000.2-C-1

**FIGURES**

1    No text.

**TABLES**

1    Table 1.2.3.1-1. Service Interface Primitive Types .......................................................1-19

2    Table 1.2.3.3-1. Service Interface Primitives Received by the Physical Layer ................1-22

3    Table 1.2.3.4-1. Service interface Primitives Sent from the Physical Layer ...................1-24

4    Table 2.1.1.1.1-1. Band Class 0 System Frequency Correspondence .............................2-2

5    Table 2.1.1.1.1-2. CDMA Channel Number to CDMA Frequency Assignment
6       Correspondence for Band Class 0 ...............................................................................2-2

7    Table 2.1.1.1.1-3. CDMA Channel Numbers and Corresponding Frequencies for
8       Band Class 0 and Spreading Rate 1 ............................................................................2-3

9    Table 2.1.1.1.1-4. CDMA Channel Numbers and Corresponding Frequencies for
10       Band Class 0 and Spreading Rate 3 ............................................................................2-4

11    Table 2.1.1.1.1-5. CDMA Preferred Set of Frequency Assignments for Band Class 0 .......2-5

12    Table 2.1.1.1.1-6. Sync Channel Preferred Set of Frequency Assignments for
13       Spreading Rate 3 for Band Class 0 .............................................................................2-5

14    Table 2.1.1.1.2-1. Band Class 1 Block Frequency Correspondence.................................2-6

15    Table 2.1.1.1.2-2. CDMA Channel Number to CDMA Frequency Assignment
16       Correspondence for Band Class 1 ...............................................................................2-7

17    Table 2.1.1.1.2-3. CDMA Channel Numbers and Corresponding Frequencies for
18       Band Class 1 and Spreading Rate 1 ............................................................................2-7

19    Table 2.1.1.1.2-4. CDMA Channel Numbers and Corresponding Frequencies for
20       Band Class 1 and Spreading Rate 3 ............................................................................2-8

21    Table 2.1.1.1.2-5. CDMA Preferred Set of Frequency Assignments for Band Class 1 .......2-9

22    Table 2.1.1.1.2-6. Sync Channel Preferred Set of Frequency Assignments for
23       Spreading Rate 3 for Band Class 1 .............................................................................2-9

24    Table 2.1.1.1.3-1. Band Class 2 Block Frequency Correspondence...............................2-10

25    Table 2.1.1.1.3-2. Band Class 2 Band Subclasses ......................................................2-11

26    Table 2.1.1.1.3-3. CDMA Channel Number to CDMA Frequency Assignment
27       Correspondence for Band Class 2 .............................................................................2-11

28    Table 2.1.1.1.3-4. CDMA Channel Numbers and Corresponding Frequencies for
29       Band Class 2 and Spreading Rate 1 ..........................................................................2-12

30    Table 2.1.1.1.3-5. CDMA Channel Numbers and Corresponding Frequencies for
31       Band Class 2 and Spreading Rate 3 ..........................................................................2-13

32    Table 2.1.1.1.3-6. CDMA Preferred Set of Frequency Assignments for Band Class 2 .....2-13

33    Table 2.1.1.1.4-1. Band Class 3 System Frequency Correspondence ...........................2-14

34    Table 2.1.1.1.4-2. CDMA Channel Number to CDMA Frequency Assignment
35       Correspondence for Band Class 3 .............................................................................2-15

TIA-2000.2-C-1

## TABLES

Table 2.1.1.1.4-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 3 and Spreading Rate 1 ....................................................................... 2-15

Table 2.1.1.1.4-4. CDMA Preferred Set of Frequency Assignments for Band Class 3 .... 2-16

Table 2.1.1.1.5-1. Band Class 4 Block Frequency Correspondence ............................. 2-17

Table 2.1.1.1.5-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 4 ............................................................................. 2-17

Table 2.1.1.1.5-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 4 and Spreading Rate 1 ....................................................................... 2-17

Table 2.1.1.1.5-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 4 and Spreading Rate 3 ....................................................................... 2-18

Table 2.1.1.1.5-5. CDMA Preferred Set of Frequency Assignments for Band Class 4 .... 2-18

Table 2.1.1.1.5-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 4 ................................................................ 2-18

Table 2.1.1.1.6-1. Band Class 5 Block Frequency Correspondence and Band Subclasses ....................................................................................................... 2-20

Table 2.1.1.1.6-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 5 ............................................................................. 2-20

Table 2.1.1.1.6-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 5 and Spreading Rate 1 ....................................................................... 2-21

Table 2.1.1.1.6-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 5 and Spreading Rate 3 ....................................................................... 2-22

Table 2.1.1.1.6-5. CDMA Preferred Set of Frequency Assignments for Band Class 5 .... 2-23

Table 2.1.1.1.6-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 5 ................................................................ 2-23

Table 2.1.1.1.7-1. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 6 ............................................................................. 2-24

Table 2.1.1.1.7-2. CDMA Channel Numbers and Corresponding Frequencies for Band Class 6 and Spreading Rate 1 ....................................................................... 2-24

Table 2.1.1.1.7-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 6 and Spreading Rate 3 ....................................................................... 2-25

Table 2.1.1.1.7-4. CDMA Preferred Set of Frequency Assignments for Band Class 6 .... 2-25

Table 2.1.1.1.8-1. Band Class 7 Block Frequency Correspondence ............................. 2-26

Table 2.1.1.1.8-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 7 ............................................................................. 2-26

Table 2.1.1.1.8-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 7 and Spreading Rate 1 ....................................................................... 2-27

## TABLES

Table 2.1.1.1.8-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 7 and Spreading Rate 3 ...................................................................2-27

Table 2.1.1.1.8-5. CDMA Preferred Set of Frequency Assignments for Band Class 7 .....2-28

Table 2.1.1.1.8-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 7 ...........................................................................2-28

Table 2.1.1.1.9-1. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 8 ...............................................................................2-29

Table 2.1.1.1.9-2. CDMA Channel Numbers and Corresponding Frequencies for Band Class 8 and Spreading Rate 1 ...................................................................2-29

Table 2.1.1.1.9-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 8 and Spreading Rate 3 ...................................................................2-29

Table 2.1.1.1.9-4. CDMA Preferred Set of Frequency Assignments for Band Class 8 .....2-30

Table 2.1.1.1.10-1. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 9 ...............................................................................2-31

Table 2.1.1.1.10-2. CDMA Channel Numbers and Corresponding Frequencies for Band Class 9 and Spreading Rate 1 ...................................................................2-31

Table 2.1.1.1.10-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 9 and Spreading Rate 3 ...................................................................2-31

Table 2.1.1.1.10-4. CDMA Preferred Set of Frequency Assignments for Band Class 9 ...2-31

Table 2.1.1.1.11-1. Band Class 10 System Frequency Correspondence ........................2-33

Table 2.1.1.1.11-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 10 .............................................................................2-33

Table 2.1.1.1.11-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 10 and Spreading Rate 1 ...................................................................2-34

Table 2.1.1.1.11-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 10 and Spreading Rate 3 ...................................................................2-35

Table 2.1.1.1.11-5. CDMA Preferred Set of Frequency Assignments for Band Class 10 ......................................................................................................................2-35

Table 2.1.1.1.11-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 10 .........................................................................2-36

Table 2.1.1.1.12-1. Band Class 11 Block Frequency Correspondence  and Band Subclasses .....................................................................................................................2-37

Table 2.1.1.1.12-2.  CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 11 .............................................................................2-37

Table 2.1.1.1.12-3.  CDMA Channel Numbers and Corresponding Frequencies for Band Class 11 and Spreading Rate 1 ...................................................................2-38

TIA-2000.2-C-1

## TABLES

Table 2.1.1.1.12-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 11 and Spreading Rate 3 ................................................................ 2-39

Table 2.1.1.1.12-5.  CDMA Preferred Set of Frequency Assignments for Band Class 11 ............................................................................................................ 2-39

Table 2.1.1.1.12-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 1 ...................................................................... 2-40

Table 2.1.1.1.13-1. Band Class 12 Block Frequency Correspondence and Band Subclasses ........................................................................................................ 2-41

Table 2.1.1.1.13-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 12.................................................................... 2-41

Table 2.1.1.1.13-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 12 and Spreading Rate 1 ................................................................ 2-42

Table 2.1.1.1.13-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 12 and Spreading Rate 3 ................................................................ 2-43

Table 2.1.2.3.1-1. Open Loop Power Offsets ................................................................ 2-47

Table 2.1.2.3.2-1. Closed Loop Power Control Step Size ............................................. 2-57

Table 2.1.2.3.3.1-1. Nominal Reverse Common Channel Attribute Gain Table ............. 2-59

Table 2.1.2.3.3.2-1. Nominal Reverse Acknowledgment Channel Attribute Gain Table ................................................................................................................ 2-60

Table 2.1.2.3.3.3-1. Nominal Reverse Channel Quality Indicator Channel Attribute Gain Table........................................................................................................ 2-62

Table 2.1.2.3.3.4-1. Reverse Link Nominal Attribute Gain Table (Part 1 of 2) ............... 2-66

Table 2.1.2.3.3.4-2. Reverse Link Nominal Attribute Gain Table (Part 2 of 2) ............... 2-67

Table 2.1.2.3.3.4-3. Reverse Link Nominal Attribute Gain Values for the Reverse Fundamental Channel at the 1500 bps or 1800 bps Data Rate during Gated Transmission ..................................................................................................... 2-68

Table 2.1.3.1-1. Radio Configuration Characteristics for the Reverse CDMA Channel .. 2-72

Table 2.1.3.1.1.1-1. Channel Types per Mobile Station on the Reverse CDMA Channel for Spreading Rate 1...................................................................................... 2-74

Table 2.1.3.1.1.2-1. Channel Types per Mobile Station on the Reverse CDMA Channel for Spreading Rate 3...................................................................................... 2-83

Table 2.1.3.1.2.1-1. Access Channel Modulation Parameters for Spreading Rate 1 ...... 2-89

Table 2.1.3.1.2.1-2. Enhanced Access Channel Modulation Parameters for Spreading Rate 1................................................................................................ 2-90

Table 2.1.3.1.2.1-3. Reverse Common Control Channel Modulation Parameters for Spreading Rate 1................................................................................................ 2-91

**TABLES**

Table 2.1.3.1.2.1-4. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 3 ...................................................................................2-91

Table 2.1.3.1.2.1-5. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 4 ...................................................................................2-92

Table 2.1.3.1.2.1-6. Reverse Acknowledgment Channel Modulation Parameters...........2-93

Table 2.1.3.1.2.1-7. Reverse Channel Quality Indicator Channel Modulation Parameters ..............................................................................................2-93

Table 2.1.3.1.2.1-8. Reverse Fundamental Channel and Reverse Supplemental Code Channel Modulation Parameters for Radio Configuration 1 ....................................2-94

Table 2.1.3.1.2.1-9. Reverse Fundamental Channel and Reverse Supplemental Code Channel Modulation Parameters for Radio Configuration 2 ....................................2-95

Table 2.1.3.1.2.1-10. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 3 ........2-96

Table 2.1.3.1.2.1-11. Reverse Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 3 ...................................................................2-97

Table 2.1.3.1.2.1-12. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 3 ...................................................................2-98

Table 2.1.3.1.2.1-13. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 4 ........2-99

Table 2.1.3.1.2.1-14. Reverse Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 4 .................................................................2-100

Table 2.1.3.1.2.1-15. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 4 .................................................................2-101

Table 2.1.3.1.2.1-16. Reverse Fundamental Channel Modulation Parameters for 5 ms Frames for Radio Configurations 3 and 4 .......................................................2-102

Table 2.1.3.1.2.2-1. Enhanced Access Channel Modulation Parameters for Spreading Rate 3 ...................................................................................2-103

Table 2.1.3.1.2.2-2. Reverse Common Control Channel Modulation Parameters for Spreading Rate 3 ...................................................................................2-104

Table 2.1.3.1.2.2-3. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 5...................................................................................2-104

Table 2.1.3.1.2.2-4. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 6 .................................................................................2-105

Table 2.1.3.1.2.2-5. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 5 ......2-106

Table 2.1.3.1.2.2-6. Reverse Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 5 .................................................................2-107

TIA-2000.2-C-1

**TABLES**

Table 2.1.3.1.2.2-7. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 5 ................................................................. 2-108

Table 2.1.3.1.2.2-8. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 6 ...... 2-109

Table 2.1.3.1.2.2-9. Reverse Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 6 ................................................................. 2-110

Table 2.1.3.1.2.2-10. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 6 ................................................................. 2-111

Table 2.1.3.1.2.2-11. Reverse Fundamental Channel Modulation Parameters for 5 ms Frames for Radio Configurations 5 and 6 ..................................................... 2-112

Table 2.1.3.1.3-1. Data Rates for Spreading Rate 1 ................................................... 2-113

Table 2.1.3.1.3-2. Data Rates for Spreading Rate 3 ................................................... 2-114

Table 2.1.3.1.4-1. Forward Error Correction for Spreading Rate 1 ............................ 2-115

Table 2.1.3.1.4-2. Forward Error Correction for Spreading Rate 3 ............................ 2-116

Table 2.1.3.1.4.2.1-1. Puncturing Patterns for the Data Bit Periods .......................... 2-121

Table 2.1.3.1.4.2.2-1. Puncturing and Symbol Repetition Patterns for the Tail Bit Periods ....................................................................................................................... 2-122

Table 2.1.3.1.4.2.3-1. Turbo Interleaver Parameter .................................................... 2-124

Table 2.1.3.1.4.2.3-2. Turbo Interleaver Lookup Table Definition ............................. 2-125

Table 2.1.3.1.4.3-1. Codewords for the Reverse Channel Quality Indicator Channel (12, 4) Block Code ................................................................................................... 2-126

Table 2.1.3.1.5-1. Code Symbol Repetition ................................................................ 2-128

Table 2.1.3.1.6.1-1. Punctured Codes Used with Convolutional Codes ...................... 2-129

Table 2.1.3.1.6.2-1. Punctured Codes Used with Turbo Codes .................................. 2-130

Table 2.1.3.1.6.3-1. Puncturing Pattern for Turbo Codes with ERAM Enabled .......... 2-131

Table 2.1.3.1.7-1. Interleaver Parameters .................................................................... 2-132

Table 2.1.3.1.8.1-1. 64-ary Orthogonal Symbol Set .................................................. 2-134

Table 2.1.3.1.8.2-1. Walsh Functions for Reverse CDMA Channels ........................... 2-135

Table 2.1.3.1.8.2-2. Reverse Supplemental Channel Walsh Functions with Spreading Rate 1 when Only One Reverse Supplemental Channel Is Assigned ..... 2-136

Table 2.1.3.1.8.2-3. Reverse Supplemental Channel Walsh Functions with Spreading Rate 1 when Two Reverse Supplemental Channels Are Assigned ......... 2-136

Table 2.1.3.1.8.2-4. Reverse Supplemental Channel Walsh Functions with Spreading Rate 3 when Only One Reverse Supplemental Channel Is Assigned ..... 2-137

**TABLES**

Table 2.1.3.1.8.2-5. Reverse Supplemental Channel Walsh Functions with
Spreading Rate 3 when Two Reverse Supplemental Channels Are Assigned..........2-138

Table 2.1.3.1.10.1-1. Reverse Power Control Subchannel Configurations ...................2-148

Table 2.1.3.1.13.1-1. Coefficients of h(k) for Spreading Rate 1 ...................................2-163

Table 2.1.3.1.13.2-1. Coefficients of h(k) for Spreading Rate 3 ...................................2-165

Table 2.1.3.1.14-1. Reverse Supplemental Code Channel Carrier Phase Offsets for
Radio Configurations 1 and 2 .......................................................................2-166

Table 2.1.3.4.2-1. Enhanced Access Channel Frame Structure Summary ..................2-175

Table 2.1.3.5.2-1. Reverse Common Control Channel Frame Structure Summary ......2-182

Table 2.1.3.6.2-1. Reverse Dedicated Control Channel Frame Structure Summary
for Non-flexible Data Rates ..........................................................................2-188

Table 2.1.3.6.2-2. Reverse Dedicated Control Channel Frame Structure Summary
for Flexible Data Rates..................................................................................2-188

Table 2.1.3.8.1-1. Walsh Function Selection for the Channel Quality Indicator
Channel...........................................................................................................2-193

Table 2.1.3.9.2-1. Reverse Fundamental Channel Frame Structure Summary for
Non-flexible Data Rates ................................................................................2-196

Table 2.1.3.9.2-2. Reverse Fundamental Channel Frame Structure Summary for
Flexible Data Rates........................................................................................2-197

Table 2.1.3.10.2-1. Reverse Supplemental Channel Frame Structure Summary for
20 ms Frames for Non-flexible Data Rates ...............................................2-208

Table 2.1.3.10.2-2. Reverse Supplemental Channel Frame Structure Summary for
40 ms Frames for Non-flexible Data Rates ...............................................2-209

Table 2.1.3.10.2-3. Reverse Supplemental Channel Frame Structure Summary for
80 ms Frames for Non-flexible Data Rates ...............................................2-210

Table 2.1.3.10.2-4. Reverse Supplemental Channel Frame Structure Summary for
20 ms Frames for Flexible Data Rates (Part 1 of 2)..................................2-211

Table 2.1.3.10.2-5. Reverse Supplemental Channel Frame Structure Summary for
20 ms Frames for Flexible Data Rates (Part 2 of 2)..................................2-212

Table 2.1.3.10.2-6. Reverse Supplemental Channel Frame Structure Summary for
40 ms Frames for Flexible Data Rates (Part 1 of 2)..................................2-213

Table 2.1.3.10.2-7. Reverse Supplemental Channel Frame Structure Summary for
40 ms Frames for Flexible Data Rates (Part 2 of 2)..................................2-214

Table 2.1.3.10.2-8. Reverse Supplemental Channel Frame Structure Summary for
80 ms Frames for Flexible Data Rates.........................................................2-215

Table 2.1.3.11.2-1. Reverse Supplemental Code Channel Frame Structure Summary 2-220

**TABLES**

Table 3.1.3.1-1. Radio Configuration Characteristics for the Forward Traffic Channel ....................................................................................................................... 3-6

Table 3.1.3.1.1.1-1. Channel Types on the Forward CDMA Channel for Spreading Rate 1 .......................................................................................................... 3-9

Table 3.1.3.1.1.2-1. Channel Types for the Forward CDMA Channel for Spreading Rate 3 ........................................................................................................ 3-28

Table 3.1.3.1.2.1-1. Sync Channel Modulation Parameters for Spreading Rate 1 ......... 3-43

Table 3.1.3.1.2.1-2. Paging Channel Modulation Parameters for Spreading Rate 1....... 3-43

Table 3.1.3.1.2.1-3. Broadcast Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/4 ............................................................... 3-44

Table 3.1.3.1.2.1-4. Broadcast Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/2 ............................................................... 3-44

Table 3.1.3.1.2.1-5. Quick Paging Channel Modulation Parameters for Spreading Rate 1 .......................................................................................................... 3-45

Table 3.1.3.1.2.1-6. Common Power Control Channel Modulation Parameters for Spreading Rate 1 .................................................................................... 3-45

Table 3.1.3.1.2.1-7. Common Assignment Channel Modulation Parameters for Spreading Rate 1 with R = 1/4 ............................................................... 3-46

Table 3.1.3.1.2.1-8. Common Assignment Channel Modulation Parameters for Spreading Rate 1 with R = 1/2 ............................................................... 3-46

Table 3.1.3.1.2.1-9. Forward Common Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/4 ............................................................... 3-47

Table 3.1.3.1.2.1-10. Forward Common Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/2 ............................................................... 3-47

Table 3.1.3.1.2.1-11. Forward Packet Data Control Channel Parameters .................... 3-48

Table 3.1.3.1.2.1-12. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 3 ....................................................................... 3-49

Table 3.1.3.1.2.1-13. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 4 ....................................................................... 3-49

Table 3.1.3.1.2.1-14. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 5 ....................................................................... 3-50

Table 3.1.3.1.2.1-15. Forward Fundamental Channel and Forward Supplemental Code Channel Modulation Parameters for Radio Configuration 1 .......................... 3-51

Table 3.1.3.1.2.1-16. Forward Fundamental Channel and Forward Supplemental Code Channel Modulation Parameters for Radio Configuration 2 .......................... 3-52

**TABLES**

Table 3.1.3.1.2.1-17. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 3 ................................................................................................................3-53

Table 3.1.3.1.2.1-18. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 3 ....................................................3-54

Table 3.1.3.1.2.1-19. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 3 ....................................................3-55

Table 3.1.3.1.2.1-20. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 4 ................................................................................................................3-56

Table 3.1.3.1.2.1-21. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 4 ....................................................3-57

Table 3.1.3.1.2.1-22. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 4 ....................................................3-58

Table 3.1.3.1.2.1-23. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 5 ........3-59

Table 3.1.3.1.2.1-24. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 5 ....................................................3-60

Table 3.1.3.1.2.1-25. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 5 ....................................................3-61

Table 3.1.3.1.2.1-26. Forward Fundamental Channel Modulation Parameters for 5 ms Frames for Radio Configuration 5 ....................................................3-62

Table 3.1.3.1.2.2-1. Sync Channel Modulation Parameters for Spreading Rate 3 ..........3-63

Table 3.1.3.1.2.2-2. Broadcast Control Channel Modulation Parameters for Spreading Rate 3 ...............................................................................3-63

Table 3.1.3.1.2.2-3. Quick Paging Channel Modulation Parameters for Spreading Rate 3 ...............................................................................3-64

Table 3.1.3.1.2.2-4. Common Power Control Channel Modulation Parameters for Spreading Rate 3 ...............................................................................3-64

Table 3.1.3.1.2.2-5. Common Assignment Channel Modulation Parameters for Spreading Rate 3 ...............................................................................3-65

Table 3.1.3.1.2.2-6. Forward Common Control Channel Modulation Parameters for Spreading Rate 3 ...............................................................................3-65

Table 3.1.3.1.2.2-7. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 6 .............................................................3-66

Table 3.1.3.1.2.2-8. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 7 .............................................................3-66

TIA-2000.2-C-1

**TABLES**

Table 3.1.3.1.2.2-9. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 8 ....................................................................................... 3-67

Table 3.1.3.1.2.2-10. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 9 ..................................................................................... 3-68

Table 3.1.3.1.2.2-11. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 6 ........................................................................................................... 3-69

Table 3.1.3.1.2.2-12. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 6 ................................................................... 3-70

Table 3.1.3.1.2.2-13. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 6 ................................................................... 3-71

Table 3.1.3.1.2.2-14. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 7 ........................................................................................................... 3-72

Table 3.1.3.1.2.2-15. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 7 ................................................................... 3-73

Table 3.1.3.1.2.2-16. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 7 ................................................................... 3-74

Table 3.1.3.1.2.2-17. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 8 ........ 3-75

Table 3.1.3.1.2.2-18. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 8 ................................................................... 3-76

Table 3.1.3.1.2.2-19. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 8 ................................................................... 3-77

Table 3.1.3.1.2.2-20. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 9 ........ 3-78

Table 3.1.3.1.2.2-21. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 9 ................................................................... 3-79

Table 3.1.3.1.2.2-22. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 9 ................................................................... 3-80

Table 3.1.3.1.2.2-23. Forward Fundamental Channel Modulation Parameters for 5 ms Frames for Radio Configurations 8 and 9 .......................................................... 3-81

Table 3.1.3.1.3-1. Data Rates for Spreading Rate 1 (Part 1 of 2) .................................. 3-82

Table 3.1.3.1.3-2. Data Rates for Spreading Rate 1 (Part 2 of 2) .................................. 3-83

Table 3.1.3.1.3-3. Data Rates for Spreading Rate 3 (Part 1 of 2) .................................. 3-84

Table 3.1.3.1.3-4. Data Rates for Spreading Rate 3 (Part 2 of 2) .................................. 3-85

Table 3.1.3.1.4-1. Forward Error Correction for Spreading Rate 1 ............................... 3-87

**TABLES**

1   Table 3.1.3.1.4-2. Forward Error Correction for Spreading Rate 3 ................................3-88

2   Table 3.1.3.1.4.2.1-1. Puncturing Patterns for the Default Turbo Encoder During

3       the Data Bit Periods ............................................................................3-95

4   Table 3.1.3.1.4.2.1-2. Puncturing Patterns for the Complementary Turbo Encoder

5       During the Data Bit Periods.............................................................3-95

6   Table 3.1.3.1.4.2.2-1. Puncturing and Symbol Repetition Patterns for the Default

7       and Complementary Turbo Encoders During the Tail Bit Periods..........................3-96

8   Table 3.1.3.1.4.2.3-1. Turbo Interleaver Parameters.......................................................3-98

9   Table 3.1.3.1.4.2.3-2. Turbo Interleaver Lookup Table Definition ................................3-99

10  Table 3.1.3.1.5-1. Code Symbol Repetition ..................................................................3-101

11  Table 3.1.3.1.6.1-1. Punctured Codes Used with Convolutional Codes ......................3-102

12  Table 3.1.3.1.6.2-1. Punctured Codes Used with Turbo Codes ...................................3-103

13  Table 3.1.3.1.6.3-1. Puncturing Pattern for Turbo Codes with ERAM Enabled............3-104

14  Table 3.1.3.1.7-1. Interleaver Parameters ....................................................................3-105

15  Table 3.1.3.1.7.1.3.2-1. Subblock Interleaver Parameters...........................................3-108

16  Table 3.1.3.1.11-1. Power Control Bit Duration and Power Level ................................3-115

17  Table 3.1.3.1.13.1-1. QPSK Modulation Table .............................................................3-117

18  Table 3.1.3.1.13.2-1.  8-PSK Modulation Table............................................................3-118

19  Table 3.1.3.1.13.3-1.  16-QAM Modulation Table ........................................................3-119

20  Table 3.1.3.1.13.4-1. Forward Packet Data Channel Parameters with Radio

21      Configuration 10 ..............................................................................3-121

22  Table 3.1.3.1.15-1. Maximum Walsh Function Length for Code Channels on the

23      Forward CDMA Channel Except the Auxiliary Pilot Channel and Auxiliary

24      Transmit Diversity Pilot Channel .......................................................3-128

25  Table 3.1.3.1.15-2. Masking Functions for Quasi-Orthogonal Functions with Length

26      256....................................................................................................3-129

27  Table 3.1.3.1.17.1-1. Coefficients of h(k) ....................................................................3-134

28  Table 3.1.3.7.2-1. Common Power Control Subchannels  ...........................................3-149

29  Table 3.1.3.7.3-1. Parameters for Relative Offset Computation ..................................3-151

30  Table 3.1.3.9.2-1. Forward Common Control Channel Frame Structure Summary .....3-156

31  Table 3.1.3.11.2-1. Forward Dedicated Control Channel Frame Structure Summary

32      for Non-flexible Data Rates ..............................................................3-164

33  Table 3.1.3.11.2-2. Forward Dedicated Control Channel Frame Structure Summary

34      for Flexible Data Rates......................................................................3-165

TIA-2000.2-C-1

## TABLES

1  Table 3.1.3.12.2-1. Forward Fundamental Channel Frame Structure Summary for
2      Non-flexible Data Rates ............................................................................ 3-170

3  Table 3.1.3.12.2-2. Forward Fundamental Channel Frame Structure Summary for
4      Flexible Data Rates (Part 1 of 2) ............................................................. 3-171

5  Table 3.1.3.12.2-3. Forward Fundamental Channel Frame Structure Summary for
6      Flexible Data Rates (Part 2 of 2) ............................................................. 3-172

7  Table 3.1.3.13.2-1. Forward Supplemental Channel Frame Structure Summary for
8      20 ms Frames for Non-flexible Data Rates ........................................... 3-183

9  Table 3.1.3.13.2-2. Forward Supplemental Channel Frame Structure Summary for
10     40 ms Frames for Non-flexible Data Rates ........................................... 3-184

11  Table 3.1.3.13.2-3. Forward Supplemental Channel Frame Structure Summary for
12     80 ms Frames for Non-flexible Data Rates ........................................... 3-185

13  Table 3.1.3.13.2-4. Forward Supplemental Channel Frame Structure Summary for
14     20 ms Frames for Flexible Data Rates (Part 1 and 2) .......................... 3-186

15  Table 3.1.3.13.2-5. Forward Supplemental Channel Frame Structure Summary for
16     20 ms Frames for Flexible Data Rates (Part 2 and 2) .......................... 3-187

17  Table 3.1.3.13.2-6. Forward Supplemental Channel Frame Structure Summary for
18     40 ms Frames for Flexible Data Rates (Part 1 of 2) ............................. 3-188

19  Table 3.1.3.13.2-7. Forward Supplemental Channel Frame Structure Summary for
20     40 ms Frames for Flexible Data Rates (Part 2 of 2) ............................. 3-189

21  Table 3.1.3.13.2-8. Forward Supplemental Channel Frame Structure Summary for
22     80 ms Frames for Flexible Data Rates (Part 1 of 2) ............................. 3-190

23  Table 3.1.3.13.2-9. Forward Supplemental Channel Frame Structure Summary for
24     80 ms Frames for Flexible Data Rates (Part 2 of 2) ............................. 3-191

25  Table 3.1.3.14.2-1. Forward Supplemental Code Channel Frame Structure
26     Summary .................................................................................................. 3-197

27

## FOREWORD

1   **(This foreword is not part of this Standard)**

2   This Standard was prepared by Technical Specification Group C of the Third Generation
3   Partnership Project 2 (3GPP2). This Standard contains the physical layer of the IMT-2000
4   CDMA Multi-Carrier Mode, IMT-2000 CDMA MC, <u>also known as cdma2000®[1]. The</u>
5   <u>standard provides a specification</u> for land mobile wireless systems based upon cellular
6   principles. This Standard includes the capabilities of Telecommunications Industry
7   Association Standard TIA/EIA-95-B. ~~This Standard does not replace TIA/EIA-95-B.~~

8   This Standard provides the physical layer of the IMT-2000 CDMA MC air interface;
9   however, other specifications are required to complete the air interface and the rest of the
10  system. These specifications are listed in the References section.

11  Ten different operating bands have been specified. Equipment built to this Standard can be
12  used in a band subject to allocation of the band and the rules and regulations of the
13  country to which the allocated band has been assigned.

---

[1]cdma2000® is the trademark for the technical nomenclature for certain
specifications and standards of the Organizational Partners (OPs) of 3GPP2.
Geographically (and as of the date of publication), cdma2000® is a registered
trademark of the Telecommunications Industry Association (TIA-USA) in the United
States.

TIA-2000.2-C-1

## NOTES~~FOREWORD~~

1 This volume defines the physical layer of the CDMA Spreading Rate 1 and Spreading Rate 3
2 multi-carrier air interface standard. This volume consists of the following sections:

3 **1. General.** This section defines the terms and numeric indications used in this document.
4 This section also describes the time reference used in the CDMA system and the tolerances
5 used throughout the document.

6 **2. Requirements for Mobile Station CDMA Operation.** This section describes the
7 physical layer requirements for mobile stations operating in the CDMA mode. A mobile
8 station complying with these requirements will be able to operate with CDMA base stations
9 complying with this Standard.

10 **3. Requirements for Base Station CDMA Operation.** This section describes the physical
11 layer requirements for CDMA base stations. A base station complying with these
12 requirements will be able to operate with mobile stations complying with this Standard.

13

## NOTES

1. Compatibility, as used in connection with this Standard, is understood to mean: Any mobile station is able to place and receive calls. Conversely all base stations are able to place and receive calls for any mobile station.

2. This compatibility Standard is based upon spectrum allocations that have been defined by various governmental administrations.

3. Standards [10] and [11] provide specifications and measurement methods for base stations and mobile stations.

4. Those wishing to deploy systems compliant with this standard should also take notice of the requirement to be compliant with the applicable rules and regulations of local administrations.

5. Those wishing to deploy systems compliant with this Standard should also take notice of the electromagnetic exposure criteria for the general public and for radio frequency carriers with low frequency amplitude modulation.

6. "Base station" refers to the functions performed on the land side, which are typically distributed among a cell, a sector of a cell, and a mobile switching center.

7. "Shall" and "shall not" identify requirements to be followed strictly to conform to the standard and from which no deviation is permitted. "Should" and "should not" indicate that one of several possibilities is recommended as particularly suitable, without mentioning or excluding others, that a certain course of action is preferred but not necessarily required, or that (in the negative form) a certain possibility or course of action is discouraged but not prohibited. "May" and "need not" indicate a course of action permissible within the limits of the standard. "Can" and "cannot" are used for statements of possibility and capability, whether material, physical, or causal.

8. Footnotes appear at various points in this Standard to elaborate and further clarify items discussed in the body of the Standard.

9. Unless indicated otherwise, this Standard presents numbers in decimal form. Binary numbers are distinguished in the text by the use of single quotation marks.

10. While communication between the Medium Access Control Layer and the Physical Layer is specified, there is no requirement to implement layering and the use of the word "shall" does not identify requirements to be followed strictly in order to conform to the standard.

11. The following operators define mathematical operations:

    - $\times$ indicates multiplication.

    - $\lfloor x \rfloor$ indicates the largest integer less than or equal to x: $\lfloor 1.1 \rfloor = 1$, $\lfloor 1.0 \rfloor = 1$.

    - $\lceil x \rceil$ indicates the smallest integer greater or equal to x: $\lceil 1.1 \rceil = 2$, $\lceil 2.0 \rceil = 2$.

    - $|x|$ indicates the absolute value of x: $|-17| = 17$, $|17| = 17$.

    - $\oplus$ indicates exclusive OR (modulo-2 addition).

TIA-2000.2-C-1

## NOTES

1      -    min (x, y) indicates the minimum of x and y.

2      -    max (x, y) indicates the maximum of x and y.

3      -    x mod y indicates the remainder after dividing x by y: x mod y = x $-$ (y × $\lfloor x/y \rfloor$).

4   12. Rounding to the nearest integer indicates the nearest integer: 1 for 1.4, −1 for −1.4,
5       2 for 1.5, and −2 for −1.5.13.

6   13. ~~PAR[y:x] denotes bit x to bit y of the binary value PAR with bit 0 as the least~~
7       ~~significant bit of PAR.~~PAR[i...j] denotes the sequence of bits from the i-th bit position
8       to the j-th bit position of the binary value PAR, where the bit in position 0
9       represents the most significant bit.

10   14. PAR[i] denotes the bit in position i of the binary value PAR, where the bit in position
11       0 represents the most significant bit.

TIA-2000.2-C-1

## REFERENCES

The following standards contain provisions which, through reference in this text, constitute provisions of this Standard. At the time of publication, the editions indicated were valid. All standards are subject to revision, and parties to agreements based on this Standard are encouraged to investigate the possibility of applying the most recent editions of the standards indicated below.

—*Standards:*

1. Reserved.

2. Reserved

3. *C.S0003-C v2.0, Medium Access Control (MAC) Standard for cdma2000 Spread Spectrum Systems,* July~~May~~ 200~~1~~2.

4. Reserved.

5. *C.S0005-C v2.0, Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread Spectrum Systems,* July~~May~~ 200~~1~~2.

6. Reserved.

7. Reserved

8. Reserved

9. Reserved

10. *C.S0010-B v2.0A, Recommended Minimum Performance Standards for Base Stations Supporting Dual-Mode Spread Spectrum Mobile Stations,* March~~April~~ 200~~1~~1.

11. *C.S0011-B v1.0A, Recommended Minimum Performance Standards for Dual-Mode Spread Spectrum Mobile Stations,* December~~April~~ 200~~1~~2.

12. ~~ANSI C.95.1-1991, IEEE Standard for Safety Levels with Respect to Human Exposure to Radio Frequency Electromagnetic Fields, 3 kHz to 300 GHz.~~

—*Other Documents:*

TIA-2000.2-C-1

# REFERENCES

13.     S.S0055 v1.0, *Enhanced Cryptographic Algorithms,* January 2002

14.     NCRP Report 86, *Biological Effects and Exposure Criteria for Radiofrequency Electromagnetic Fields,* National Council on Radiation Protection and Measurements, 1986.

12~~5~~.   *Global Positioning System Standard Positioning Service Signal Specification,* 2nd Edition, June 1995~~ICS-GPS-200, *Navstar GPS Space Segment / Navigation User Interfaces*~~.

16.     ~~C.R1001-C, *Administration of Parameter Value Assignments for cdma2000 Spread Spectrum Standards,* Release C, January 2002.~~

**REFERENCES**

1   No text.

# 1 GENERAL

## 1.1 Terms

**16-QAM.** 16-ary quadrature amplitude modulation.

**8-PSK.** 8-ary phase shift keying.

**Access Channel.** A Reverse CDMA Channel used by mobile stations for communicating with~~to~~ the base station. The Access Channel is used for short signaling message exchanges, such as call originations, responses to pages, and registrations. The Access Channel is a slotted random access channel.

**Access Channel Preamble.** The preamble of an access probe consisting of a sequence of all-zero frames that is sent at the 4800 bps rate.

**Access Probe.** One Access Channel transmission consisting of a preamble and a message. The transmission is an integer number of frames in length and transmits one Access Channel message. See also Access Probe Sequence.

**Access Probe Sequence.** A sequence of one or more access probes on the Access Channel. See also Access Probe.

**Additional Preamble.** A preamble sent after the last fractional preamble on the Reverse Pilot Channel prior to transmitting on the Enhanced Access Channel or the Reverse Common Control Channel.

**AWGN.** Additive White Gaussian Noise.

**Auxiliary Pilot Channel.** An unmodulated, direct-sequence spread spectrum signal transmitted continuously by a CDMA base station. An auxiliary pilot channel is required for forward link spot beam and antenna beam forming applications, and provides a phase reference for coherent demodulation of those forward link CDMA channels associated with the auxiliary pilot.

**Auxiliary Transmit Diversity Pilot Channel.** A transmit diversity pilot channel associated with an auxiliary pilot channel. The auxiliary pilot channel and the auxiliary transmit diversity pilot channel provide phase references for coherent demodulation of those forward link CDMA channels associated with the auxiliary pilot and that employ transmit diversity.

**Bad Frame.** A frame classified with insufficient frame quality, or, for Radio Configuration 1, a 9600 bps primary traffic only frame with bit errors. See also Good Frame.

**Band Class.** A set of frequency channels and a numbering scheme for these channels.

**Base Station.** A fixed station used for communicating with mobile stations. Depending upon the context, the term base station may refer to a cell, a sector within a cell, an MSC, or other part of the wireless system. See also MSC.

**Basic Access Mode.** A mode used on the Enhanced Access Channel where a mobile station transmits an Enhanced Access Channel preamble and Enhanced Access data in a method similar to that used on the Access Channel.

TIA-2000.2-C-1

**Block Code.** A class of error-correcting codes.  A block of input bits is coded to form the output codewords.  Examples include Hadamard codes, Reed-Solomon codes, etc.

**bps.** Bits per second.

**BPSK.** Binary phase shift keying.

**Broadcast Control Channel.** A code channel in a Forward CDMA Channel used for transmission of control information from a base station to a mobile station.

**Candidate Frequency.** The frequency for which the base station specifies a search set, when searching on other frequencies while performing mobile-assisted handoffs.

**CCSH.** See Code Combining Soft Handoff

**CDMA.** See Code Division Multiple Access.

**CDMA Cellular System.** The entire system supporting Domestic Public Cellular Service operation as embraced by this Standard.

**CDMA Channel.** The set of channels transmitted between the base station and the mobile stations within a given CDMA frequency assignment. See also Forward CDMA Channel and Reverse CDMA Channel.

**CDMA Channel Number.** An 11-bit number corresponding to the center of the CDMA frequency assignment.

**CDMA Frequency Assignment.** A 1.23 or 3.69 MHz segment of spectrum. The center of a CDMA frequency assignment is given by a CDMA Channel Number.

**CDMA PCS System.** The entire system supporting Personal Communications Services as embraced by this Standard.

**CDMA Preferred Set.** The set of CDMA channel numbers in a CDMA system corresponding to frequency assignments that a mobile station will normally search to acquire a CDMA Pilot Channel. For CDMA cellular systems, the primary and secondary channels comprise the CDMA Preferred Set.

**Cell Switch.** The act of selecting a member of the Forward Packet Data Channel active set from which the Forward Packet Data Channel is to be transmitted for a mobile station assigned to the Forward Packet Data Channel.

**Chip Rate.** Equivalent to the spreading rate of the channel. It is either 1.2288 Mcps or 3.6864 Mcps.

**Code Channel.** A subchannel of a Forward CDMA Channel or Reverse CDMA Channel. Each subchannel uses an orthogonal Walsh function or quasi-orthogonal function.

**Code Combining Soft Handoff (CCSH).** A soft handoff method for Supplemental Channels on the forward link in Radio Configurations 4 and 5. In this mode certain base stations encode and transmit the data with the default turbo encoder, whereas others use the complementary turbo encoder. Mobile stations in soft handoff can then combine both codes to achieve lower code rates.

**Code Division Multiple Access (CDMA).** A technique for spread-spectrum multiple-access digital communications that creates channels through the use of unique code sequences.

**Code Symbol.** The output of an error-correcting encoder. ~~Information bits are I~~input to the encoder are information bits while~~and code symbols are~~ output from the encoder are code symbols. See Convolutional Code and Turbo Code.

**Common Assignment Channel.** A forward common channel used by the base station to acknowledge a mobile station accessing the Enhanced Access Channel, and in the case of Reservation Access Mode, to transmit the address of a Reverse Common Control Channel and associated c~~C~~ommon p~~P~~ower c~~C~~ontrol s~~S~~ubchannel.

**Common Power Control Channel.** A forward common channel which transmits power control bits (i.e., common power control subchannels) to multiple mobile stations. The Common Power Control Channel is used by mobile stations when operating in the Reservation Access Mode or when the Forward Packet Data Channel is assigned without a Forward Fundamental Channel or a Forward Dedicated Control Channel.

**Common Power Control Group.** A 1.25, 2.5, or 5 ms interval on the Common Power Control Channel, which carries power control information for multiple mobile stations.

**Common Power Control Subchannel.** A subchannel on the Common Power Control Channel used by the base station to control the power of a mobile station when operating in the Reservation Access Mode on the Reverse Common Control Channel or when the Forward Packet Data Channel is assigned without a Forward Fundamental Channel or a Forward Dedicated Control Channel.

**Complementary Turbo Code.** A forward error correction code generated by the turbo encoder with a puncturing pattern different from the default turbo encoder. The puncturing pattern for the complementary turbo code is chosen to reduce the effective code rate after combining with the default turbo code.

**Continuous Transmission.** A mode of operation in which Discontinuous Transmission is not permitted.

**Convolutional Code.** A type of error-correcting code. A code symbol can be considered as the convolution of the input data sequence with the impulse response of a generator function.

**Coordinated Universal Time (UTC).** An internationally agreed upon time scale maintained by the Bureau International des Poids et Mesures (BIPM) used as the time reference by nearly all commonly available time and frequency distribution systems (e.g., WWV, WWVH, LORAN-C, Transit, Omega, and GPS).

**CRC.** See Cyclic Redundancy Code.

**Cyclic Redundancy Code (CRC).** A class of linear error detecting codes, which generate parity check bits by finding the remainder of a polynomial division. See also Frame Quality Indicator.

**Data Burst Randomizer.** The function that determines which power control groups within a frame are transmitted on the Reverse Fundamental Channel with Radio Configurations 1 and 2 when the data rate is lower than the maximum rate for the radio configuration. The data burst randomizer determines, for each mobile station, the pseudorandom position of

TIA-2000.2-C-1

1   the transmitted power control groups in the frame while guaranteeing that every
2   modulation symbol is transmitted exactly once.

3   **dBm.** A measure of power expressed in terms of its ratio (in dB) to one milliwatt.

4   **dBm/Hz.** A measure of power spectral density. The ratio, dBm/Hz, is the power in one
5   Hertz of bandwidth, where power is expressed in units of dBm.

6   **Deinterleaving.** The process of unpermuting the symbols that were permuted by the
7   interleaver. Deinterleaving is performed on received symbols prior to decoding.

8   **Direct Spread.** A CDMA mode in the International Telecommunications Union IMT-2000
9   family of standards.

10  **Discontinuous Transmission (DTX).** A mode of operation in which a base station or a
11  mobile station switches its transmitter or a particular code channel on and off
12  autonomously. For the case of DTX operation on the Forward Dedicated Control Channel,
13  the fForward pPower cControl sSubchannel is still transmitted.

14  **DS.** See Direct Spread.

15  **$E_b$.** The energy of an information bit.

16  **$E_b/N_t$.** The ratio in dB of the combined received energy per bit to the effective noise power
17  spectral density.

18  **$E_c/I_0$.** The ratio in dB between the pilot energy accumulated over one PN chip period ($E_c$)
19  to the total power spectral density ($I_0$) in the received bandwidth.

20  **Effective Isotropically Radiated Power (EIRP).** The product of the power supplied to the
21  antenna and the antenna gain in a direction relative to an isotropic antenna.

22  **Effective Radiated Power (ERP).** The product of the power supplied to the antenna and its
23  gain relative to a half-wave dipole in a given direction.

24  **EIB.** See Erasure Indicator Bit.

25  **EIRP.** See Effective Isotropically Radiated Power.

26  **Electronic Serial Number (ESN).** A 32-bit number assigned by the mobile station
27  manufacturer, uniquely identifying the mobile station equipment.

28  **Encoder Packet.** The encoder packet contains the input bits to the turbo encoder on the
29  Forward Packet Data Channel. The encoder packet consists of the bits of a Forward Packet
30  Data Channel information bits, the Frame Quality Indicator bits, and the turbo encoder tail
31  allowance bits.

32  **Encoder Tail Bits.** A fixed sequence of bits added to the end of a block of data to reset the
33  convolutional encoder to a known state.

34  **Enhanced Access Channel.** A reverse channel used by the mobile for communicating to
35  the base station. The Enhanced Access Channel operates in the Basic Access Mode and the
36  Reservation Access Mode. It is used for transmission of short messages, such as signaling,
37  MAC messages, response to pages, and call originations. It can also be used to transmit
38  moderate-sized data packets.

**Enhanced Access Channel Preamble.** A non-data bearing portion of the Enhanced Access probe sent by the mobile station to assist the base station in initial acquisition and channel estimation.

**Enhanced Access Data.** The data transmitted while in the Basic Access Mode on the Enhanced Access Channel or while in the Reservation Access Mode on a Reverse Common Control Channel.

**Enhanced Access Header.** A frame containing access origination information transmitted immediately after the Enhanced Access Channel preamble while in the Reservation Access Mode.

**Enhanced Access Probe.** One Enhanced Access Channel transmission consisting of an Enhanced Access Channel preamble, optionally an Enhanced Access header, and optionally Enhanced Access data. See also Enhanced Access Probe Sequence.

**Enhanced Access Probe Sequence.** A sequence of one or more Enhanced Access probes on the Enhanced Access Channel. See also Enhanced Access Probe.

**Enhanced Rate Adaptation Mode (ERAM).** A flexible and variable data rate mode for the Supplemental Channel operation with turbo codes. ERAM is defined on the forward link for Radio Configurations 4 and 5 and on the reverse link for Radio Configuration 4. In this mode, puncturing or repetition is performed on the code symbol output of the lower code rate turbo encoder to match the desired channel interleaver block size.

**ERAM.** See Enhanced Rate Adaptation Mode.

**Erasure Indicator Bit (EIB).** A bit used in the Radio Configuration 2 Reverse Traffic Channel frame structure to indicate an erased Forward Fundamental Channel frame and in the Radio Configurations 3, 4, 5, and 6 Reverse Power Control Subchannel to indicate frame erasure(s) and/or non-transmission on the Forward Fundamental Channel, Forward Dedicated Control Channel, or Forward Supplemental Channel.

**ERP.** See Effective Radiated Power.

**ESN.** See Electronic Serial Number.

**Fixed Data Rate.** The operation of a Traffic Channel where the data rate does not change from frame to frame. See Variable Data Rates.

**Flexible Data Rate.** The operation of a Traffic Channel with Radio Configuration 3 or above, where the frame format, including the number of information bits, the number of reserved bits, and the number of frame quality indicator bits, is configurable.

**Forward CDMA Channel.** A CDMA Channel from a base station to mobile stations. The Forward CDMA Channel contains one or more code channels that are transmitted on a CDMA frequency assignment using a particular pilot PN offset.

**Forward Common Control Channel.** A control channel used for the transmission of digital control information from a base station to one or more mobile stations.

**Forward Dedicated Control Channel.** A portion of a Radio Configuration 3 through 9 Forward Traffic Channel used for the transmission of higher-level data, control information, and power control information from a base station to a mobile station.

TIA-2000.2-C-1

**Forward Error Correction.** A process whereby data is encoded with convolutional or turbo codes to assist in error correction of the link.

**Forward Fundamental Channel.** A portion of a Forward Traffic Channel which carries a combination of higher-level data and power control information.

**Forward Packet Data Channel.** A portion of a Forward Traffic Channel which carries higher-level data.

**Forward Packet Data Control Channel.** A control channel used for the transmission of the control information for the subpacket being transmitted on the Forward Packet Data Channel or to transmit control information.

**Forward Pilot Channel.** An unmodulated, direct-sequence spread spectrum signal transmitted continuously by each CDMA base station. The Pilot Channel allows a mobile station to acquire the timing of the Forward CDMA Channel, provides a phase reference for coherent demodulation, and provides a means for signal strength comparisons between base stations for determining when to handoff and for forward link signal strength measurement.

**Forward Power Control Subchannel.** A subchannel on the Forward Fundamental Channel or the Forward Dedicated Control Channel used by the base station to control the power of a mobile station when operating on the Reverse Traffic Channel.

**Forward Supplemental Channel.** A portion of a Radio Configuration 3 through 9 Forward Traffic Channel which operates in conjunction with a Forward Fundamental Channel or a Forward Dedicated Control Channel in that Forward Traffic Channel to provide higher data rate services, and on which higher-level data is transmitted.

**Forward Supplemental Code Channel.** A portion of a Radio Configuration 1 and 2 Forward Traffic Channel which operates in conjunction with a Forward Fundamental Channel in that Forward Traffic Channel to provide higher data rate services, and on which higher-level data is transmitted.

**Forward Traffic Channel.** One or more code channels used to transport user and signaling traffic from the base station to the mobile station. See Forward Fundamental Channel, Forward Dedicated Control Channel, Forward Supplemental Channel, Forward Supplemental Code Channel, and Forward Packet Data Channel.

**Fractional Preamble.** A preamble in a sequence sent on the Reverse Pilot Channel prior to transmitting on the Enhanced Access Channel or the Reverse Common Control Channel.

**Frame.** A basic timing interval in the system. For the Sync Channel, a frame is 26.666... ms long. For the Access Channel, the Paging Channel, the Forward Supplemental Code Channel, and the Reverse Supplemental Code Channel, a frame is 20 ms long. For the Forward Supplemental Channel and the Reverse Supplemental Channel, a frame is 20, 40, or 80 ms long. For the Enhanced Access Channel, the Forward Common Control Channel, and the Reverse Common Control Channel, a frame is 5, 10, or 20 ms long. For the Forward Fundamental Channel, Forward Dedicated Control Channel, Reverse Fundamental Channel, and Reverse Dedicated Control Channel, a frame is 5 or 20 ms long. For the Common Assignment Channel, a frame is 5 ms long. For the Broadcast Control Channel, a frame is 40 ms long; the frame may be transmitted once, twice, or four

1 times. For the Forward Packet Data Control Channel and ~~the  Forward~~the Forward Packet
2 Data Channel, a frame could be 1.25, 2.5, or 5 ms long. For the Reverse Acknowledgment
3 Channel and the Reverse Channel Quality Indicator Channel, a frame is 1.25 ms long.

4 **Frame Offset.** A time skewing of Forward Traffic Channel or Reverse Traffic Channel
5 frames from System Time in integer multiples of 1.25 ms.

6 **Frame Quality Indicator.** The CRC check applied to 9.6 and 4.8 kbps Traffic Channel
7 frames of Radio Configuration 1, all Forward Traffic Channel frames for Radio
8 Configurations 2 through 10, all Forward Packet Data Control Channel frames, all Reverse
9 Traffic Channel frames for Radio Configurations 2 through 6, the Broadcast Control
10 Channel, the Common Assignment Channel, the Forward Common Control Channel, the
11 Enhanced Access Channel, and the Reverse Common Control Channel.

12 **Gated Transmission.** A mode of operation in which the mobile station transmitter is gated
13 on and off during specific power control groups.

14 **GHz.** Gigahertz ($10^9$ Hertz).

15 **Global Positioning System (GPS).** A US government satellite system that provides location
16 and time information to users. See [12~~5~~] for specifications.

17 **Good Frame.** A frame not classified as a bad frame. See also Bad Frame.

18 **GPS.** See Global Positioning System.

19 **Hard Handoff.** A handoff characterized by a temporary disconnection of the Traffic
20 Channel. Hard handoffs occur when the mobile station is transferred between disjoint
21 Active Sets, the CDMA frequency assignment changes, the frame offset changes, or the
22 mobile station is directed from a CDMA Traffic Channel to an analog voice channel. See
23 also Soft Handoff.

24 **Interleaving.** The process of permuting a sequence of symbols.

25 **kHz.** Kilohertz ($10^3$ Hertz).

26 **ksps.** Kilo-symbols per second ($10^3$ symbols per second).

27 **Long Code.** A PN sequence that is used for scrambling on the Forward CDMA Channel (the
28 Forward Traffic Channel except the Forward Packet Data Channel, the Paging Channel, the
29 Broadcast Control Channel, the Common Assignment Channel, the Common Power Control
30 Channel, and the Forward Common Control Channel) and spreading on the Reverse CDMA
31 Channel (the Reverse Pilot Channel, the Reverse Traffic Channel, the Access Channel, the
32 Enhanced Access Channel, the Reverse Common Control Channel, the Reverse Channel
33 Quality Indicator Channel, and the Reverse Acknowledgment Channel). On the Forward
34 Traffic Channel and the Reverse Traffic Channel, the long code provides limited privacy. On
35 the Reverse Traffic Channel, the long code uniquely identifies a mobile station. See also
36 Public Long Code and Private Long Code. On the Common Power Control Channel, the long
37 code is used to determine the location of the common power control subchannel.

38 **Long Code Mask.** A 42-bit binary number that creates the unique identity of the long code.
39 See also Public Long Code, Private Long Code, Public Long Code Mask, and Private Long
40 Code Mask.

TIA-2000.2-C-1

**LSB.** Least significant bit.

**MAC Layer.** Medium Access Control Layer.

**Maximal Length Sequence (m-Sequence).** A binary sequence of period $2^n - 1$, n being a positive integer, with no internal periodicities. A maximal length sequence can be generated by a tapped n-bit shift register with linear feedback.

**MC.** See Multi-Carrier.

**Mcps.** Megachips per second ($10^6$ chips per second).

**Mean Input Power.** The total received calorimetric power measured in a specified bandwidth at the antenna connector, including all internal and external signal and noise sources.

**Mean Output Power.** The total transmitted calorimetric power measured in a specified bandwidth at the antenna connector when the transmitter is active.

**MHz.** Megahertz ($10^6$ Hertz).

**Mobile Station.** A station that communicates with the base station.

**Mobile Station Class.** Mobile station classes define mobile station characteristics such as slotted operation and transmission power.

**Mobile Switching Center (MSC).** A configuration of equipment that provides cellular radiotelephone service.

**Modulation Symbol.** For the Forward Packet Data Channel, a modulation symbol is defined as the output of the QPSK/8-PSK/16-QAM modulator. For all other channels, a modulation symbol is defined as the input to the signal point mapping block and the output of the interleaver or the sequence repetition block, if present.

**Multi-Carrier.** A CDMA mode in the International Telecommunications Union IMT-2000 family of standards. The mode uses N (N ≥ 1) adjacent 1.2288 Mcps direct-sequence spread RF carriers on the Forward CDMA Channel and a single direct-sequence spread RF carrier on the Reverse CDMA Channel.

**ms.** Millisecond ($10^{-3}$ second).

**MSB.** Most significant bit.

**ns.** Nanosecond ($10^{-9}$ second).

**Orthogonal Transmit Diversity (OTD).** A forward link transmission method which distributes forward link channel symbols among multiple antennas and spreads the symbols with a unique Walsh or quasi-orthogonal function associated with each antenna.

**OTD.** See Orthogonal Transmit Diversity.

**Paging Channel.** A code channel in a Forward CDMA Channel used for transmission of control information and pages from a base station to a mobile station.

**Paging Channel Slot.** An 80 ms interval on the Paging Channel. Mobile stations operating in the slotted mode are assigned specific slots in which they monitor messages from the base station.

1  **PCS.** See Personal Communications Services.

2  **PCS System.** See Personal Communications Services System.

3  **Personal Communications Services System.** A configuration of equipment that provides
4  PCS radiotelephone services.

5  **Personal Communications Services (PCS).** A family of mobile and portable radio
6  communications services for individuals and businesses that may be integrated with a
7  variety of competing networks. Broadcasting is prohibited and fixed operations are to be
8  ancillary to mobile operations.

9  **Physical Layer.** The part of the communication protocol between the mobile station and
10  the base station that is responsible for the transmission and reception of data. The physical
11  layer in the transmitting station is presented a frame and transforms it into an over-the-air
12  waveform. The physical layer in the receiving station transforms the waveform back into a
13  frame.

14  **Pilot Channel.** An unmodulated, direct-sequence spread spectrum signal transmitted by a
15  CDMA base station or mobile station. A pilot channel provides a phase reference for
16  coherent demodulation and may provide a means for signal strength comparisons between
17  base stations for determining when to handoff.

18  **Pilot PN Sequence.** A pair of modified maximal length PN sequences used to spread the
19  Forward CDMA Channel and the Reverse CDMA Channel. Different base stations are
20  identified by different pilot PN sequence offsets.

21  **Pilot PN Sequence Offset Index.** The PN offset in units of 64 PN chips of a pilot, relative to
22  the zero offset pilot PN sequence.

23  **PN.** Pseudonoise.

24  **PN Chip.** One bit in the PN sequence.

25  **PN Sequence.** Pseudonoise sequence. A periodic binary sequence.

26  **Power Control Bit.** A bit sent on the fForward pPower cControl sSubchannel, rReverse
27  pPower cControl sSubchannel, or cCommon pPower cControl sSubchannel to signal the
28  mobile station or base station to increase or decrease its transmit power.

29  **Power Control Group.** A 1.25 ms interval on the Forward Traffic Channel except the
30  Forward Packet Data Channel, the Reverse Traffic Channel, and the Reverse Pilot Channel.
31  See also Power Control Bit.

32  **Power Up Function.** A method by which the mobile station increases its output power to
33  support location services.

34  **Preamble**. See Access Channel preamble, Enhanced Access Channel preamble, Reverse
35  Common Control Channel preamble, and Reverse Traffic Channel Preamble.

36  **Primary CDMA Channel.** A pre-assigned channel in a CDMA Cellular System for
37  Spreading Rate 1 used by the mobile station for initial acquisition. See also Secondary
38  CDMA Channel.

TIA-2000.2-C-1

**Primary Paging Channel.** The default code channel (code channel 1) assigned for paging on a CDMA Channel.

**Primary Reverse Power Control Subchannel.** A ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel used to control the Forward Dedicated Control Channel or the Forward Fundamental Channel.

**Private Long Code.** The long code characterized by the private long code mask. See also Long Code.

**Private Long Code Mask.** The long code mask used to form the private long code. See also Public Long Code Mask and Long Code.

**Public Long Code.** The long code characterized by the public long code mask. See also Long Code.

**Public Long Code Mask.** The long code mask used to form the public long code. The mask contains a permutation of the bits of the mobile station's ESN or the particular mask specified by the base station. The mask also includes the channel number when used for a Supplemental Code Channel. See also Private Long Code Mask and Long Code.

**PUF.** See Power Up Function.

**PUF Probe.** One or more consecutive frames on the Reverse Traffic Channel within which the mobile station transmits the PUF pulse.

**PUF Pulse.** Portion of PUF probe which may be transmitted at elevated output power.

**PUF Target Frequency.** The CDMA frequency to which the base station directs a mobile station for transmitting the PUF probe.

**Punctured Code.** An error-correcting code generated from another error-correcting code by deleting (i.e., puncturing) code symbols from the encoder output.

**QIB.** See Quality Indicator Bit.

**QPSK.** Quadrature phase shift keying.

**Quality Indicator Bit (QIB).** A bit used in the Radio Configurations 3, 4, 5, and 6 ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel to indicate signal quality on the Forward Dedicated Control Channel. When the Forward Fundamental Channel is present, this bit is set the same as the Erasure Indicator Bits.

**Quasi-Orthogonal Function.** A function created by applying a quasi-orthogonal masking function to an orthogonal Walsh function.

**Quick Paging Channel.** An uncoded, spread, and On-Off-Keying (OOK) modulated spread spectrum signal sent by a base station to inform mobile stations operating in the slotted mode during the idle state whether to receive the Forward Common Control Channel or the Paging Channel starting in the next Forward Common Control Channel or Paging Channel frame.

**Radio Configuration.** A set of Forward Traffic Channel and Reverse Traffic Channel transmission formats that are characterized by physical layer parameters such as data rates, modulation characteristics, and spreading rate.

**RC.** See Radio Configuration.

**Reservation Access Mode.** A mode used on the Enhanced Access Channel and Reverse Common Control Channel where a mobile station transmits an Enhanced Access preamble and an Enhanced Access header in the Enhanced Access probe. The Enhanced Access data is transmitted on a Reverse Common Control Channel using closed loop power control.

**Reverse Acknowledgment Channel.** A portion of a Reverse CDMA Channel used for the transmission of acknowledgments from the mobile station to the base station in response to the data received on the Forward Packet Data Channel and the Forward Packet Data Control Channel.

**Reverse CDMA Channel.** The CDMA Channel from the mobile station to the base station. From the base station's perspective, the Reverse CDMA Channel is the sum of all mobile station transmissions on a CDMA frequency assignment.

**Reverse Channel Quality Indicator Channel.** A portion of a Reverse CDMA Channel used by the mobile station to indicate to the base station the quality of the Forward ~~Link~~ Pilot Channel received at the mobile station, and to indicate switching between base stations.

**Reverse Common Control Channel.** A portion of a Reverse CDMA Channel used for the transmission of digital control information from one or more mobile stations to a base station. The Reverse Common Control Channel can operate in the Reservation Access Mode. It can be power controlled and may support soft handoff.

**Reverse Common Control Channel Preamble.** A non-data bearing portion of the Reverse Common Control Channel sent by the mobile station to assist the base station in initial acquisition and channel estimation.

**Reverse Dedicated Control Channel.** A portion of a Radio Configuration 3 through 6 Reverse Traffic Channel used for the transmission of higher-level data and control information from a mobile station to a base station.

**Reverse Fundamental Channel.** A portion of a Reverse Traffic Channel which carries higher-level data and control information from a mobile station to a base station.

**Reverse Pilot Channel.** An unmodulated, direct-sequence spread spectrum signal transmitted ~~continuously~~ by a CDMA mobile station. A reverse pilot channel provides a phase reference for coherent demodulation and may provide a means for signal strength measurement.

**Reverse Power Control Subchannel.** A subchannel on the Reverse Pilot Channel used by the mobile station to control the power of a base station when operating on the Forward Traffic Channel with Radio Configurations 3 through 9.

**Reverse Supplemental Channel.** A portion of a Radio Configuration 3 through 6 Reverse Traffic Channel which operates in conjunction with the Reverse Fundamental Channel or the Reverse Dedicated Control Channel in that Reverse Traffic Channel to provide higher data rate services, and on which higher-level data is transmitted.

**Reverse Supplemental Code Channel.** A portion of a Radio Configuration 1 and 2 Reverse Traffic Channel which operates in conjunction with the Reverse Fundamental Channel in that Reverse Traffic Channel, and (optionally) with other Reverse Supplemental Code

1  Channels to provide higher data rate services, and on which higher-level data is
2  transmitted.

3  **Reverse Supplemental Code Channel Preamble.** A sequence of all-zero frames that is
4  sent by the mobile station on the Reverse Supplemental Code Channel as an aid to Traffic
5  Channel acquisition.

6  **Reverse Traffic Channel.** A traffic channel on which data and signaling are transmitted
7  from a mobile station to a base station. For Radio Configurations 1 and 2, the Reverse
8  Traffic Channel is composed of a Reverse Fundamental Channel and up to seven Reverse
9  Supplemental Code Channels. For Radio Configurations 3 through 6, the Reverse Traffic
10 Channel is composed of a Reverse Fundamental Channel, a Reverse Dedicated Control
11 Channel, or both and up to two Reverse Supplemental Channels.

12 **Reverse Traffic Channel Preamble.** A non-data bearing portion of the Reverse Pilot
13 Channel sent by the mobile station to aid the base station in initial acquisition and channel
14 estimation for the Reverse Dedicated Control Channel and the Reverse Fundamental
15 Channel.

16 **RF Carrier.** A direct-sequence spread RF channel. For the Forward CDMA Channel, the
17 number of RF carriers is equal to the Spreading Rate; for the Reverse CDMA Channel, there
18 is one RF carrier.

19 **Secondary CDMA Channel.** A pre-assigned channel in a CDMA Cellular System for
20 Spreading Rate 1 used by the mobile station for initial acquisition. See also Primary CDMA
21 Channel.

22 **Secondary Reverse Power Control Subchannel.** A Reverse Power Control
23 Subchannel used to control a Forward Supplemental Channel.

24 **Serving Frequency.** The CDMA frequency on which a mobile station is currently
25 communicating with one or more base stations.

26 **Slot.** A 1.25 ms interval on the Forward Packet Data Control Channel and the Forward
27 Packet Data Channel. See also Frames.

28 **Slotted Mode.** An operation mode of the mobile station in which the mobile station
29 monitors only selected slots on the Paging Channel.

30 ***Soft Handoff.*** A handoff occurring while the mobile station is in the *Mobile Station Control
31 on the Traffic Channel State.* This handoff is characterized by commencing communications
32 with a new base station on the same CDMA Frequency Assignment before terminating
33 communications with an old base station. See also Hard Handoff.

34 **Space Time Spreading (STS).** A forward link transmission method which transmits all
35 forward link channel symbols on multiple antennas and spreads the symbols with
36 complementary Walsh or quasi-orthogonal functions.

37 **Spreading Rate.** The PN chip rate of the Forward CDMA Channel or the Reverse CDMA
38 Channel, defined as a multiple of 1.2288 Mcps.

39 **Spreading Rate 1.** Spreading Rate 1 is often referred to as "1X." A Spreading Rate 1
40 Forward CDMA Channel uses a single direct-sequence spread carrier with a chip rate of

1.2288 Mcps. A Spreading Rate 1 Reverse CDMA Channel uses a single direct-sequence spread carrier with a chip rate of 1.2288 Mcps.

**Spreading Rate 3.** Spreading Rate 3 is often referred to as "3X." A Spreading Rate 3 Forward CDMA Channel uses three direct-sequence spread carriers (see Multiple-Carrier Forward Channel) each with a chip rate of 1.2288 Mcps. A Spreading Rate 3 Reverse CDMA Channel uses a single direct-sequence spread carrier with a chip rate of 3.6864 Mcps.

**sSPS.** Symbols per second.

**SR.** See Spreading Rate.

**STS.** See Space Time Spreading.

**Subpacket Data Rate.** The data rate for a subpacket transmission of the Forward Packet Data Channel. The subpacket data rate is equal to the number of bits in the encoder packet divided by the duration of the subpacket transmission.

**Symbol.** See Code Symbol and Modulation Symbol.

**Sync Channel.** A code channel in the Forward CDMA Channel which transports the synchronization message to the mobile station.

**Sync Channel Superframe.** An 80 ms interval consisting of three Sync Channel frames (each 26.666… ms in length).

**System Time.** The time reference used by the system. System Time is synchronous to UTC time (except for leap seconds) and uses the same time origin as GPS time. All base stations use the same System Time (within a small error tolerance). Mobile stations use the same System Time, offset by the propagation delay from the base station to the mobile station. See also Universal Coordinated Time.

**TD.** Transmit Diversity schemes, including OTD and STS.

**Time Reference.** A reference established by the mobile station that is synchronous with the earliest arriving multipath component used for demodulation.

**Transmit Diversity Pilot Channel.** An unmodulated, direct-sequence spread spectrum signal transmitted continuously by a CDMA base station to support forward link transmit diversity. The pilot channel and the transmit diversity pilot channel provide phase references for coherent demodulation of forward link CDMA channels which employ transmit diversity.

**Turbo Code.** A type of error-correcting code. A code symbol is based on the outputs of the two recursive convolutional codes (constituent codes) of the Turbo code.

**Universal Coordinated Time (UTC).** An internationally agreed-upon time scale maintained by the Bureau International de l'Heure (BIH) used as the time reference by nearly all commonly available time and frequency distribution systems, i.e., WWV, WWVH, LORAN-C, Transit, Omega, and GPS.

**UTC**. Coordinated Universal Time or Temps Universal Temps Coordiné. See Universal Coordinated Universal Time.

1-13

**Variable Data Rates.** The operation of a Traffic Channel where the transmitter can change the data rate among a set of possible choices on a frame-by-frame basis.

**Variable-rate Supplemental Channel.** The operation of the Forward Supplemental Channel and the Reverse Supplemental Channel where the transmitter can change the data rate among a set of possible choices on a frame-by-frame basis.

**Walsh Chip.** The shortest identifiable component of a Walsh or quasi-orthogonal function. There are $2^N$ Walsh chips in one Walsh function where N is the order of the Walsh function.

**Walsh Function.** One of $2^N$ time orthogonal binary functions (note that the functions are orthogonal after mapping '0' to 1 and '1' to −1).

**μs.** Microsecond ($10^{-6}$ second).

## 1.2 Numeric Information

1.2.1 Mobile Station Stored Parameters

**1XRL_FREQ_OFFSET$_s$** – A 2-bit parameter indicating the offset between the reverse link carrier frequency and the forward link carrier frequency when a Reverse Traffic Channel with Radio Configuration 3 or 4 is used with a Forward Traffic Channel with Radio Configuration 6, 7, 8, or 9.

**BASE_ID$_s$** – Base station identification of the current base station.

**CDMACH$_s$** – CDMA Channel number. The CDMA Channel number currently used by the mobile station.

**CURRENT_PUF_PROBE$_s$** – Number of the next PUF probe to be transmitted within the PUF attempt.

**EACH_INIT_PWR$_s$** – Initial power offset for the Enhanced Access Channel.

**EACH_PREAMBLE_ADD_DURATION$_s$** – Length, in units of 1.25 ms, of the additional preamble sent prior to initializing the Enhanced Access Channel.

**EACH_PREAMBLE_FRAC_DURATION$_s$** – Length less one, in units of 1.25 ms, of each fractional preamble sent prior to initializing the Enhanced Access Channel.

**EACH_PREAMBLE_ENABLED$_s$** – Indicat~~iones~~ that a preamble will be sent on the Enhanced Access Channel.

**EACH_PREAMBLE_NUM_FRAC$_s$** – Number of fractional preambles less one sent prior to initializing the Enhanced Access Channel.

**EACH_PREAMBLE_OFF_DURATION$_s$** – Length, in units of 1.25 ms, of the off duration after each fractional preamble sent prior to initializing the Enhanced Access Channel.

**EACH_PWR_STEP$_s$** – Power increment for successive Enhanced Access probes on the Enhanced Access Channel, in units of 1.0 dB.

**EACH_SLOT$_s$** – Enhanced Access Channel slot duration, in units of 1.25 ms.

**EACH_SLOT_OFFSET1$_s$** – Enhanced Access Channel first slot offset, in units of 1.25 ms. One of the slot offset values used to calculate the Enhanced Access Channel slot offset. The Enhanced Access Channel slot offset is derived from EACH_SLOT_OFFSET1$_s$ and EACH_SLOT OFFSET2$_s$.

**EACH_SLOT_OFFSET2$_s$** – Enhanced Access Channel second slot offset, in units of 1.25 ms. One of the slot offset values used to calculate the Enhanced Access Channel slot offset. The Enhanced Access Channel slot offset is derived from EACH_SLOT_OFFSET1$_s$ and EACH_SLOT OFFSET2$_s$.

**FPC_DCCH_CURR_SETPT$_s$** – Current power control subchannel outer loop setpoint for the Forward Dedicated Control Channel.

**FPC_DCCH_MAX_SETPT$_s$** – Maximum value of the power control subchannel outer loop setpoint for the Forward Dedicated Control Channel.

**FPC_DCCH_MIN_SETPT$_s$** – Minimum value of the power control subchannel outer loop setpoint for the Forward Dedicated Control Channel.

**FPC_FCH_CURR_SETPT$_s$** – Current power control subchannel outer loop setpoint for the Forward Fundamental Channel.

**FPC_FCH_MAX_SETPT$_s$** – Maximum value of the power control subchannel outer loop setpoint for the Forward Fundamental Channel.

**FPC_FCH_MIN_SETPT$_s$** – Minimum value of the power control subchannel outer loop setpoint for the Forward Fundamental Channel.

**FPC_MODE$_s$** – Forward power control operating mode.

**FPC_PRI_CHAN$_s$** – Indication of the channel that is associated with the Primary Reverse Power Control Subchannel, i.e., the channel (either the Forward Dedicated Control Channel or the Forward Fundamental Channel) that includes a Forward Power Control Subchannel.

**FPC_SCH_CURR_SETPT$_s$[i]$_s$** – Current power control subchannel outer loop setpoint for the i-th Forward Supplemental Channel.

**FPC_SCH_MAX_SETPT$_s$[i]$_s$** – Maximum value of the power control subchannel outer loop setpoint for the i-th Forward Supplemental Channel.

**FPC_SCH_MIN_SETPT$_s$[i]$_s$** – Minimum value of the power control subchannel outer loop setpoint for the i-th Forward Supplemental Channel.

**FPC_SEC_CHAN$_s$** – Index of Forward Supplemental Channel that is associated with the secondary power control subchannel.

**FRAME_OFFSET$_s$** – Current Forward Traffic Channel and Reverse Traffic Channel frame offset, in units of 1.25 ms.

**IC_MAX$_s$** – The maximum interference correction that can be applied.

**IC_THRESH$_s$** – The threshold level at which the interference correction begins to be applied.

**INIT_PWR$_s$** – Initial power offset for Access Channel probes.

TIA-2000.2-C-1

**NOM_PWR$_s$** – Nominal transmit power offset. A correction factor to be used by mobile stations in the open loop power estimate, initially applied on the Access Channel.

**NOM_PWR_EXT$_s$** – Extended nominal transmit power offset. A correction factor to be used by mobile stations in the open loop power estimate.

**NUM_PREAMBLE$_s$** – Duration of Reverse Traffic Channel preamble during handoff in multiples of 20 ms when operating in Radio Configuration 1 or 2 or the duration of the Reverse Traffic Channel preamble during hard handoff in multiples of 1.25 ms when operating in Radio Configurations 3, 4, 5, or 6.

**NUM_REV_CODES$_s$** – A storage variable in the mobile station which contains the number of Reverse Supplemental Code Channels which will be utilized in the next Reverse Supplemental Code Channel transmission beginning at time REV_START_TIME$_s$. A value of 0 indicates no Reverse Supplemental Code Channel transmission will be permitted (i.e., there is no pending Reverse Supplemental Code Channel transmission).

**PAGECH$_s$** – The Paging Channel number.

**PILOT_GATING_RATE$_s$** – The rate at which the Reverse Pilot Channel is gated on and off.

**PILOT_GATING_USE_RATE$_s$** – Indication whether or not the Reverse Pilot Channel is gated.

**PILOT_PN$_s$** – Pilot Channel PN sequence offset, in units of 64 PN chips, for a base station.

**PUF_INIT_PWR$_s$** – Power increase (in dB) of the first PUF pulse in a PUF attempt.

**PUF_PWR_STEP$_s$** – Amount (in dB) by which the mobile station is to increment the power of a PUF pulse above nominal power from one PUF pulse to the next.

**PWR_CNTL_STEP$_s$** – Power control step size assigned by the base station that the mobile station is to use for closed loop power control.

**PWR_STEP$_s$** – Power increment for successive Access probes on the Access Channel, in units of 1.0 dB.

**RCCCH_INIT_PWR$_s$** – Initial power offset for the Reverse Common Control Channel.

**RCCCH_NOM_PWR$_s$** – Nominal transmit power offset for the Reverse Commom Control Channel. A correction factor to be used by mobile stations in the open loop power estimate, initially applied on the Reverse Common Control Channel.

**RCCCH_PREAMBLE_ADD_DURATION$_s$** – Length, in units of 1.25 ms, of the additional preamble sent prior to initializing the Reverse Common Control Channel in Reservation Access Mode.

**RCCCH_PREAMBLE_FRAC_DURATION$_s$** – Length, less one, in units of 1.25 ms, of each fractional preamble sent prior to initializing the Reverse Common Control Channel in Reservation Access Mode.

**RCCCH_PREAMBLE_ENABLED$_s$** – Indication that a preamble will be sent on Reverse Common Control Channel in Reservation Access Mode.

**RCCCH_PREAMBLE_NUM_FRAC$_s$** – Number of fractional preambles, less one, sent prior to initializing the Reverse Common Control Channel in Reservation Access Mode.

**RCCCH_PREAMBLE_OFF_DURATION$_s$** – Length, in units of 1.25 ms, of the off duration after each fractional preamble sent prior to initializing the Reverse Common Control Channel in Reservation Access Mode.

**RCCCH_SLOT$_s$** – Reverse Common Control Channel slot duration, in units of 1.25 ms.

**RCCCH_SLOT_OFFSET1$_s$** – Reverse Common Control Channel first slot offset, in units of 1.25 ms. One of the slot offset values used to calculate the Reverse Common Control Channel slot offset. The Reverse Common Control Channel slot offset is derived from RCCCH_SLOT_OFFSET1$_s$ and RCCCH_SLOT OFFSET2$_s$.

**RCCCH_SLOT_OFFSET2$_s$** – Reverse Common Control Channel second slot offset, in units of 1.25 ms. One of the slot offset values used to calculate the Reverse Common Control Channel slot offset. The Reverse Common Control Channel slot offset is derived from RCCCH_SLOT_OFFSET1$_s$ and RCCCH_SLOT OFFSET2$_s$.

**RESUME_PREAMBLE$_s$** – ~~A storage variable in the mobile station which contains T~~the size of the preamble ~~to~~~~which shall~~ be transmitted on a Reverse Supplemental Code Channel. This preamble is transmitted at the beginning of the transmission on a Reverse Supplemental Code Channel when resuming transmission following an interruption of~~when~~ discontinuous transmission ~~is occurring~~.

**REV_FCH_GATING_MODE$_s$** – A parameter that enables gating of the Reverse Fundamental Channel with Radio Configuration 3, 4, 5, or 6.

**REV_PWR_CNTL_DELAY$_s$** – Reverse link power control loop delay when the Reverse Fundamental Channel with Radio Configuration 3, 4, 5, or 6 is gated or when the Reverse Common Control Channel preamble is gated.

**REV_SCH_FRAME_OFFSET$_s$[i]$_s$** – Frame offset, in units of 20 ms, applied to the i-th Reverse Supplemental Channel ~~i~~.

**RLGAIN_ACKCH_PILOT$_s$** – Gain adjustment for the Reverse Acknowledgment Channel relative to the Reverse Pilot Channel.

**RLGAIN_ADJ$_s$** – Gain adjustment applied to the Traffic Channel output power relative to the transmission power on the Access Channel, the Enhanced Access Channel, or the Reverse Common Control Channel.

**RLGAIN_COMMON_PILOT$_s$** – Gain adjustment of the Reverse Common Control Channel d~~D~~ata relative to the Reverse Pilot Channel.

**RLGAIN_CQICH_PILOT$_s$** – Gain adjustment for the Reverse Channel Quality Indicator Channel relative to the Reverse Pilot Channel.

**RLGAIN_TRAFFIC_PILOT$_s$** – Gain adjustment of the Reverse Traffic Channel with Radio Configurations 3 through 6 relative to the Reverse Pilot Channel.

**RLGAIN_SCH_PILOT$_s$[i]$_s$** – Gain adjustment of the i-th Reverse Supplemental Channel ~~i~~ relative to the Reverse Pilot Channel.

TIA-2000.2-C-1

1.2.2 Base Station Parameters

Since many mobile stations are in communication with each base station, many of these parameters will have multiple instantiations, with different values.

**BCN** – Index number of the Broadcast Control Channel.

**ESN** – Electronic serial number of the mobile station with which the base station is communicating.

**FOR_CPCSCH** – The Forward Common Power Control Subchannel.

**FOR_SCH_FRAME_OFFSET[i]** – Frame offset, in units of 20 ms, applied to the i-th Forward Supplemental Channel i.

**FPC_PRI_CHAN** – Indication of es the channel that is associated with the pPrimary rReverse pPower cControl sSubchannel, i.e., and the channel (either the Forward Dedicated Control Channel or the Forward Fundamental Channel) that includes a fForward pPower cControl sSubchannel.

**FRAME_OFFSET** – Frame offset, in units of 1.25 ms, applied to the Forward Traffic Channel and Reverse Traffic Channel.

**IFHHO_SRCH_CORR** – The optional inter-frequency hard handoff correction to the Nominal Attribute Gain, usually set to 0.

**NGHBR_TX_DURATION** – Transmit duration, in units of 80 ms, of the transmit window for the hopping pilot beacon base station.

**NGHBR_TX_OFFSET** – Time offset, in units of 80 ms, of the transmit window for the hopping pilot beacon base station.

**NGHBR_TX_PERIOD** – Period between subsequent windows, in units of 80 ms, of the transmit window for the hopping pilot beacon base station.

**PCN** – Index number of the Paging Channel.

**PILOT_PN** – Pilot PN sequence offset index for the Forward CDMA Channel.

**QPCH_POWER_LEVEL_PAGE** – Power level of the transmitted Quick Paging Channel Paging Indicator modulation symbols, relative to the Forward Pilot Channel.

**QPCH_POWER_LEVEL_CONFIG** – Power level of the transmitted Quick Paging Channel Configuration Change Indicator modulation symbols, relative to the Forward Pilot Channel.

**QPCH_POWER_LEVEL_BCAST** – Power level of the transmitted Quick Paging Channel Broadcast Indicator modulation symbols, relative to the Forward Pilot Channel.

1.2.3 MAC Interface

1.2.3.1 Service Interfaces

This section describes the service interface primitives (or primitives in short) to and from the MAC Layer. Service interface primitives are abstract, atomic, implementation-independent representations of interactions between a service user and its service provider.

1 No requirement is placed on the mobile station or the base station to implement specific
2 service primitives. See ITU-T Recommendation X.210.

3 The following sections contain a summary of the service interface primitive definitions. The
4 conventions that are used for service interface primitives are shown in Table 1.2.3.1-1, and
5 conform to ITU-T Recommendation X.210.

6

7 **Table 1.2.3.1-1. Service Interface Primitive Types**

| Primitive Type | Source | Destination | Purpose |
|---|---|---|---|
| *Request* | service user | service provider | Request a service, resource, etc. |
| *Indication* | service provider | service user | Indicates that data has arrived or an event for the service user has occurred. |
| *Response* | service user | service provider | Acknowledgment of an indication. |

8

9 The invocation of service interface primitives is notated as follows:

10 *RX-Primitive.Primitive_Type*(parameters)

11 where:

| | |
|---|---|
| *RX* - | An abbreviation for the service provider entity (e.g., PHY for the Physical Layer); |
| *Primitive* - | The name of the specific primitive to or from the service provider (e.g., FCH) |
| *Primitive_Type* - | The specific Primitive Type as defined in Table 1.2.3.1-1, (e.g., Request) |
| parameters - | A list of parameters for the primitive (e.g., NUM_BITS) |

12 For example, a request from the MAC Layer to the Physical Layer to transmit a Forward or
13 Reverse Fundamental Channel frame with frame duration specified by FRAME_DURATION,
14 information bits specified by SDU, and number of bits in a frame specified by NUM_BITS, is
15 notated as follows:

16 PHY-FCH.Request(SDU, FRAME_DURATION, NUM_BITS)

17 1.2.3.2 MAC Interface Parameters

18 This section describes the parameters of the service interface primitives.

19 **ACID** – The ARQ Channel identifier for the encoder packet to be decoded on the Forward
20 Packet Data Channel.

**ACK_OR_NAK** – This parameter is set to NAK to indicate that the physical layer is to send a NAK on the Reverse Acknowledgment Channel or is set to ACK to indicate that the physical layer is to send an ACK on the Reverse Acknowledgment Channel.

**BASE_ID** – Base station identification.

**CACH_ID** – Common Assignment Channel number.

**CPCCH_ID** – Common Power Control Channel number.

**CQI_GAIN** – An indicator for the relative gain of the Reverse Channel Quality Indicator Channel with respect to the Reverse Pilot Channel.

**CQI_VALUE** – The value of the channel quality indicator, the increment or decrement of the channel quality indicator, or the indication that the channel quality indicator is not to be transmitted.

**EACH_ID** – Enhanced Access Channel number.

**EP_NEW** – Indicates if a new encoder packet is being transmitted on the Forward Packet Data Channel.

**EP_SIZE** – The size (in bits) of the encoder packet on the Forward Packet Data Channel to be decoded.

**FCCCH_ID** – Forward Common Control Channel number.

**FRAME_QUALITY** – An indication of the quality of the frame.

**FRAME_DURATION** – The duration of the frame.

**HEADER** – Enhanced Access Header, sent in the PHY-EACHHeader.Request primitive.

**NUM_BITS** – The number of bits in the frame.

**NUM_PREAMBLE_FRAMES** – The number of Access Channel preamble frames, sent in the PHY-ACHPreamble.Request primitive; the number of Enhanced Access Channel preamble frames sent in the PHY-EACHPreamble.Request primitive; or the number of Reverse Supplemental Code Channel preamble frames sent in the PHY-SCCHPreamble.Request primitive.

**NUM_SLOTS** – The number of 1.25 ms slots in the Forward Packet Data Control Channel or the Forward Packet Data Channel.

**PDCCH_ID** – Forward Packet Data Control Channel number.

**PILOT_PN** – Pilot PN sequence offset index for the Forward CDMA Channel.

**PN** – Pilot PN sequence offset index for the Forward CDMA channel.

**PWR_LVL** – Power level adjustment of the Access probe, in units of PWR_STEP$_s$, sent in the PHY-ACHPreamble.Request primitive and PHY-ACH.Request primitive; or the power level adjustment of the Enhanced Access probe, in units of EACH_PWR_STEP$_s$, sent in the PHY-EACHPreamble.Request primitive, the PHY-EACHHeader.Request primitive, and the PHY-EACH.Request primitive.

**RA** – The Access Channel number.

**RES_SCH_ADDR** – The cCommon pPower cControl sSubchannel iIndex.

**RCCCH_ID** – Reverse Common Control Channel number.

**RN** – The pseudo-random offset of the Access probe from a zero-offset Access Channel frame.

**SDU** – Service data unit.

**SLOT_OFFSET** – Slot offset associated with the Enhanced Access Channel.

**SPID** – Subpacket identifier for the encoder packet to be decoded.

**SYS_TIME** – The system time, in units of 1.25 ms, for the first slot of the received subpacket.

**WALSH_COVER** – The Walsh cover associated with the pilot in the packet data active set to which the Reverse Channel Quality Indicator Channel is to be transmitted.

**WALSH_INDEX –** Walsh code (or Walsh channel) for the Forward CDMA Channel.

**WCI_SET** – The Walsh cCode iIndices to be used in decoding the encoder packet.

1.2.3.3 Service Interface Primitives Received by the Physical Layer

The primitives sent from the MAC Layer to the Physical Layer are summarized in Table 1.2.3.3-1 (see [3]).

TIA-2000.2-C-1

1       **Table 1.2.3.3-1. Service Interface Primitives Received by the Physical Layer**

| Primitive Type | Primitive | Parameters |
|---|---|---|
| Request | PHY-ACHPreamble | RA, PWR_LVL, RN, NUM_PREAMBLE_FRAMES |
| | PHY-ACH | RA, PWR_LVL, RN, SDU |
| | PHY-DecodeFPDCCH | PDCCH_ID, PILOT_PN, WALSH_INDEX, SYS_TIME, NUM_SLOTS |
| | PHY-DecodeFPDCH | PILOT_PN, ACID, SPID, EP_SIZE, WCI_SET, EP_NEW, SYS_TIME, NUM_SLOTS |
| | PHY-EACHPreamble | PWR_LVL, FCCCH_ID, EACH_ID, BASE_ID, SLOT_OFFSET |
| | PHY-EACHHeader | PWR_LVL, FCCCH_ID, EACH_ID, BASE_ID, SLOT_OFFSET, SDU |
| | PHY-EACH | PWR_LVL, FCCCH_ID, EACH_ID, BASE_ID, SLOT_OFFSET, SDU, FRAME_DURATION, NUM_BITS |
| | PHY-RCCCHPreamble | FCCCH_ID, RCCCH_ID, BASE_ID |
| | PHY-RCCCH | FCCCH_ID, RCCCH_ID, BASE_ID, SDU, FRAME_DURATION, NUM_BITS |
| | PHY-DCCH | SDU, FRAME_DURATION, NUM_BITS |
| | PHY-RACKCH | ACK_OR_NAK |
| | PHY-RCQICH | WALSH_COVER, CQI_VALUE, CQI_GAIN |
| | PHY-FCH | SDU, FRAME_DURATION, NUM_BITS |
| | PHY-RPICH | |
| | PHY-SCH | SDU, FRAME_DURATION, NUM_BITS |
| | PHY-SCCHPreamble | NUM_PREAMBLE_ FRAMES |
| | PHY-SCCH | SDU, FRAME_DURATION, NUM_BITS |
| | PHY-SYNCH | SDU |
| | PHY-PCH | SDU |

TIA-2000.2-C-1

| Primitive Type | Primitive | Parameters |
|---|---|---|
| | PHY-BCCH | SDU, NUM_BITS |
| | PHY-CPCCH | PN, CPCCH_ID, RES_SCH_ADDR |
| | PHY-CACH | SDU, CACH_ID, NUM_BITS |
| | PHY-FCCCH | SDU, FCCCH_ID, FRAME_DURATION, NUM_BITS |
| | PHY-FPDCCH | PDCCH_ID, SDU, NUM_SLOTS, SYS_TIME |
| | PHY-FPDCH | EP, SPID, NUM_SLOTS, WCI_SET, SYS_TIME |

1

2   1.2.3.4 Service Interface Primitives Sent from the Physical Layer

3   The primitives sent from the Physical Layer to the MAC Layer are summarized in Table
4   1.2.3.4-1.

5

TIA-2000.2-C-1

1

**Table 1.2.3.4-1. Service interface Primitives Sent from the Physical Layer**

| Primitive-Type | Primitive | Parameters |
|---|---|---|
| Indication | PHY-DecodeFPDCCH | PDCCH_ID, SDU, SYS_TIME, NUM_SLOTS |
| | PHY-SYNCH | SDU |
| | PHY-PCH | SDU |
| | PHY-BCCH | SDU, NUM_BITS, FRAME_QUALITY |
| | PHY-CACH | SDU, FRAME_QUALITY |
| | PHY-FCCCH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| | PHY-DCCH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| | PHY-RACKCH | ACK_OR_NAK |
| | PHY-RCQICH | CQI_VALUE, WALSH_COVER |
| | PHY-FCH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| | PHY-SCH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| | PHY-SCCH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| | PHY-ACH | SDU, FRAME_QUALITY |
| | PHY-EACHPreamble | |
| | PHY-EACHHeader | SDU, FRAME_QUALITY |
| | PHY-EACH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| | PHY-RCCCHPreamble | |
| | PHY-RCCCH | SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY |
| Response | PHY-DecodeFPDCH | ACID, EP, SYS_TIME, NUM_SLOTS |

2

## 1.3 CDMA System Time

All base station digital transmissions are referenced to a common CDMA system-wide time scale that uses the Global Positioning System (GPS) time scale, which is traceable to, and synchronous with, ~~Universal~~ Coordinated Universal Time (UTC). GPS and UTC differ by an

TIA-2000.2-C-1

1  integer number of seconds, specifically the number of leap second corrections added to
2  UTC since January 6, 1980. The start of CDMA System Time is January 6, 1980 00:00:00
3  UTC, which coincides with the start of GPS time.

4  System Time keeps track of leap second corrections to UTC but does not use these
5  corrections for physical adjustments to the System Time clocks.

6  Figure 1.3-1 shows the relation of System Time at various points in the CDMA system. The
7  long code and the zero offset PN sequences for the I and Q channels (see 2.1.3.1.11,
8  2.1.3.1.12, and 3.1.3.1.16) are shown in their initial states at the start of System Time. The
9  initial state of the long code is that state in which the output of the long code generator is
10 the first '1' output following 41 consecutive '0' outputs, with the binary mask consisting of
11 '1' in the MSB followed by 41 '0's. Referring to the shift register in Figure 2.1.3.1.11-1
12 Figure 2.1.3.1.12-1, this implies that the 42nd bit in the shift register equals '1' and that
13 all other bits in the shift register are equal to '0'.

14 A pair of $2^{15}$ length PN sequences are used for the Forward CDMA Channel and the
15 Spreading Rate 1 Reverse CDMA Channel. The initial state of the $2^{15}$ PN sequence, for both
16 I and Q channels, is the state in which the output of the PN sequence generator is the first
17 '1' output following 15 consecutive '0' outputs. A pair of $3 \times 2^{15}$ length PN sequences are
18 used for the Spreading Rate 3 Reverse CDMA Channel. The initial state of the $3 \times 2^{15}$ PN
19 sequence for the I channel is the state in which the first 20 outputs of the I PN sequence
20 generator are '1000 0000 0001 0001 0100'. The initial state of the $3 \times 2^{15}$ PN sequence for
21 the Q channel is the state in which the first 20 outputs of the Q PN sequence generator are
22 '1001 0000 0010 0100 0101'.

23 From Figure 1.3-1, note that the System Time at various points in the transmission and
24 reception processes is the absolute time referenced at the base station antenna offset by
25 the one-way or round-trip delay of the transmission, as appropriate. Time measurements
26 are referenced to the transmit and receive antennas of the base station and the RF
27 connector of the mobile station. The precise zero instant of System Time is the midpoint
28 between the last '0' of the 41 consecutive '0' outputs and the succeeding '1' of the long code
29 using the binary mask consisting of '1' in the MSB followed by 41 '0's.

30 Wherever this document refers to CDMA System time in 20 ms frames, it is taken to mean
31 an integer value t such that: $t = \lfloor s/0.02 \rfloor$, where s represents System Time in seconds.

32

1-25

TIA-2000.2-C-1

**Base Tx** (Jan 6, 1980 00:00:00 UTC)
- $'...10^{(41)}'$ '1...' Long Code Mask = $'10^{(41)}'$
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset I Pilot PN Sequence
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset Q Pilot PN Sequence

Jan 6, 1980 00:00:00 UTC

**Mobile Rx**
- $'...10^{(41)}'$ '1...' Long Code Mask = $'10^{(41)}'$
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset I Pilot PN Sequence
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset Q Pilot PN Sequence

**Mobile Tx**
- $'...10^{(41)}'$ '1...' Long Code Mask = $'10^{(41)}'$
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset I Pilot PN Sequence
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset Q Pilot PN Sequence
- '..........' $J_I$ Spreading Rate 3 I PN Sequence
- '..........' $J_Q$ Spreading Rate 3 Q PN Sequence

Jan 6, 1980 00:00:00 UTC

**Base Rx**
- $'...10^{(41)}'$ '1...' Long Code Mask = $'10^{(41)}'$
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset I Pilot PN Sequence
- $'...10^{(15)}'$ '1...' Spreading Rate 1 Zero Offset Q Pilot PN Sequence
- '..........' $J_I$ Spreading Rate 3 I PN Sequence
- '..........' $J_Q$ Spreading Rate 3 Q PN Sequence

One-Way Delay   One-Way Delay
~ 3 μs/km
~ 5 μs/mi

**Note**: Time measurements are made at the antennas of base stations
and the RF connectors of the mobile stations.
$0^{(n)}$ denotes a sequence of n consecutive zeroes.
$J_I$ = '1000, 0000, 0001, 0001, 0100'.
$J_Q$ = '1001, 0000, 0010, 0100, 0101'.

**Figure 1.3-1. System Time Line**

1-26

**1.4 Tolerances**

Unless otherwise specified, all values indicated are exact unless an explicit tolerance is stated. Also refer to [10] and [11].

**1.5 Reserved Bits**

Some bits are marked as reserved bits in the frame structure of some channels. Some or all of these reserved bits may be used in the future. The mobile station and the base station shall set all bits that are marked as reserved bits to '0' in all frames that they transmit. The mobile station and the base station shall ignore the state of all bits that are marked as reserved bits in all frames that they receive.

**2 REQUIREMENTS FOR MOBILE STATION CDMA OPERATION**

This section defines requirements that are specific to CDMA mobile station equipment and operation. A CDMA mobile station may support operation in one or more band classes and spreading rates.

**2.1 Transmitter**

2.1.1 Frequency Parameters

2.1.1.1 Channel Spacing and Designation

2.1.1.1.1 Band Class 0 (800 MHz Band)

The Band Class 0 system designators for the mobile station and base station shall be as specified in Table 2.1.1.1.1-1.

There are two band subclasses specified for Band Class 0. Mobile stations supporting Band Class 0 shall support at least one band subclass belonging to Band Class 0.

Mobile stations supporting Band Class 0 shall be capable of transmitting in Band Class 0.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 0 shall be as specified in Table 2.1.1.1.1-2. Mobile stations supporting Band Class 0 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.1-3.[2] Mobile stations supporting Band Class 0 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.1-4.[3]

Channel numbers for the Primary CDMA Channels and the Secondary CDMA Channels are given in Table 2.1.1.1.1-5.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.1-6.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s - 41$ if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s + 41$ if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 45.0 MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If

---

[2,2 3] Note that the Korean Cellular Band uses Band Subclass 1 and has additional valid channels that a Band Class 0 mobile station should support to permit roaming to Korea.

TIA-2000.2-C-1

the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be 45.0 − 1.23 × (1XRL_FREQ_OFFSET$_s$ − 1) MHz lower than the carrier frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.1-1. Band Class 0 System Frequency Correspondence**

| System Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| A | 0 | 824.025–835.005 844.995–846.495 | 869.025–880.005 889.995–891.495 |
| | 1 | 824.025–835.005 844.995–848.985 | 869.025–880.005 889.995–893.985 |
| B | 0 | 835.005–844.995 846.495–848.985 | 880.005–889.995 891.495–893.985 |
| | 1 | 835.005–844.995 | 880.005–889.995 |

**Table 2.1.1.1.1-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 0**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $1 \le N \le 799$ | 0.030 N + 825.000 |
| | $991 \le N \le 1023$ | 0.030 (N − 1023) + 825.000 |
| Base Station | $1 \le N \le 799$ | 0.030 N + 870.000 |
| | $991 \le N \le 1023$ | 0.030 (N − 1023) + 870.000 |

TIA-2000.2-C-1

1    **Table 2.1.1.1.1-3. CDMA Channel Numbers and Corresponding Frequencies for**
2    **Band Class 0 and Spreading Rate 1**

| Band Subclass | System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|---|
| | | | | Mobile Station | Base Station |
| 0 | A″ (1 MHz) | Not Valid | 991–1012 | 824.040–824.670 | 869.040–869.670 |
| | | Valid | 1013–1023 | 824.700–825.000 | 869.700–870.000 |
| | A (10 MHz) | Valid | 1–311 | 825.030–834.330 | 870.030–879.330 |
| | | Not Valid | 312–333 | 834.360–834.990 | 879.360–879.990 |
| | B (10 MHz) | Not Valid | 334–355 | 835.020–835.650 | 880.020–880.650 |
| | | Valid | 356–644 | 835.680–844.320 | 880.680–889.320 |
| | | Not Valid | 645–666 | 844.350–844.980 | 889.350–889.980 |
| | A′ (1.5 MHz) | Not Valid | 667–688 | 845.010–845.640 | 890.010–890.640 |
| | | Valid | 689–694 | 845.670–845.820 | 890.670–890.820 |
| | | Not Valid | 695–716 | 845.850–846.480 | 890.850–891.480 |
| | B′ (2.5 MHz) | Not Valid | 717–738 | 846.510–847.140 | 891.510–892.140 |
| | | Valid | 739–777 | 847.170–848.310 | 892.170–893.310 |
| | | Not Valid | 778–799 | 848.340–848.970 | 893.340–893.970 |
| 1 | A″ (1 MHz) | Not Valid | 991–1012 | 824.040–824.670 | 869.040–869.670 |
| | | Valid | 1013–1023 | 824.700–825.000 | 869.700–870.000 |
| | A (10 MHz) | Valid | 1–311 | 825.030–834.330 | 870.030–879.330 |
| | | Not Valid | 312–333 | 834.360–834.990 | 879.360–879.990 |
| | B (10 MHz) | Not Valid | 334–355 | 835.020–835.650 | 880.020–880.650 |
| | | Valid | 356–644 | 835.680–844.320 | 880.680–889.320 |
| | | Not Valid | 645–666 | 844.350–844.980 | 889.350–889.980 |
| | A′ (1.5 MHz) | Not Valid | 667–688 | 845.010–845.640 | 890.010–890.640 |
| | | Valid | 689–716 | 845.670–846.480 | 890.670–891.480 |
| | A‴ (2.5 MHz) | Valid | 717–779 | 846.510–848.370 | 891.510–893.370 |
| | | Not Valid | 780–799 | 848.400–848.970 | 893.400–893.970 |

3

2-3

TIA-2000.2-C-1

**Table 2.1.1.1.1-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 0 and Spreading Rate 3**

| Band Subclass | System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|---|
| | | | | **Mobile Station** | **Base Station** |
| 0 | A″ (1 MHz) | Not Valid | 991–1023 | 824.040–825.000 | 869.040–870.000 |
| | A (10 MHz) | Not Valid<br>Valid<br>Not Valid | 1–36<br>37–262<br>263–333 | 825.030–826.080<br>826.110–832.860<br>832.890–834.990 | 870.030–871.080<br>871.110–877.860<br>877.890–879.990 |
| | B (10 MHz) | Not Valid<br>Valid<br>Not Valid | 334–404<br>405–595<br>596–666 | 835.020–837.120<br>837.150–842.850<br>842.880–844.980 | 880.020–882.120<br>882.150–887.850<br>887.880–889.980 |
| | A′ (1.5 MHz) | Not Valid | 667–716 | 845.010–846.480 | 890.010–891.480 |
| | B′ (2.5 MHz) | Not Valid | 717–799 | 846.510–848.970 | 891.510–893.970 |
| 1 | A″ (1 MHz) | Not Valid | 991–1023 | 824.040–825.000 | 869.040–870.000 |
| | A (10 MHz) | Not Valid<br>Valid<br>Not Valid | 1–36<br>37–262<br>263–333 | 825.030–826.080<br>826.110–832.860<br>832.890–834.990 | 870.030–871.080<br>871.110–877.860<br>877.890–879.990 |
| | B (10 MHz) | Not Valid<br>Valid<br>Not Valid | 334–403<br>404–595<br>596–666 | 835.020–837.090<br>837.120–842.850<br>842.880–844.980 | 880.020–882.090<br>882.120–887.850<br>887.880–889.980 |
| | A′ (1.5 MHz) | Not Valid | 667–716 | 845.010–846.480 | 890.010–891.480 |
| | A‴ (2.5 MHz) | Not Valid<br>Valid<br>Not Valid | 717–737<br>738<br>739–799 | 846.510–847.110<br>847.140<br>847.170–848.970 | 891.510–892.110<br>892.140<br>892.170–893.970 |

Table 2.1.1.1.1-5. CDMA Preferred Set of Frequency Assignments for Band Class 0

| Band Subclass | System Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|---|
| 0 | A | 1 | 283 (Primary) and 691 (Secondary) |
| | | 3 | 37, 78, 119, 160, 201, 242[4] |
| | B | 1 | 384 (Primary) and 777 (Secondary) |
| | | 3 | 425[3], 466, 507, 548, 589 |
| 1 | A | 1 | 779 (Primary) and 738 (Secondary) |
| | | 3 | 37, 78, 119, 160, 201, 242, 738[5] |
| | B | 1 | 486 (Primary) and 568 (Secondary) |
| | | 3 | 404, 445, 486, 527, 568[4] |

Table 2.1.1.1.1-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 0

| Band Subclass | System Designator | Preferred Set of Channel Numbers |
|---|---|---|
| 0 | A | 37, 160, 283 |
| | B | 384, 507, 630 |
| 1 | A | 37, 160, 283, 779 |
| | B | 363, 486, 609 |

2.1.1.1.2 Band Class 1 (1900 MHz Band)

The Band Class 1 block designators for the mobile station and base station shall be as specified in Table 2.1.1.1.2-1.

Mobile stations supporting Band Class 1 shall be capable of transmitting in Band Class 1.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 1 shall be as specified in Table 2.1.1.1.2-2. Mobile stations supporting Band Class 1 and Spreading Rate 1 shall support transmission on the valid and conditionally

---

[4] The use of preferred channel numbers 242 or 425 for Spreading Rate 3 ensures that overlaid multi-channel forward link systems with 1.23 MHz inter-channel spacing will contain a Spreading Rate 1 Forward CDMA Channel that aligns with one of the Spreading Rate 1 preferred channel numbers.

[5] The use of preferred channel numbers 738, 445, 486, 527, or 568 for Spreading Rate 3 ensures that overlaid multi-channel forward link systems with 1.23 MHz inter-channel spacing will contain a Spreading Rate 1 Forward CDMA Channel that aligns with one of the Spreading Rate 1 preferred channel numbers.

TIA-2000.2-C-1

valid channel numbers shown in Table 2.1.1.1.2-3. Mobile stations supporting Band Class 1 and Spreading Rate 3 shall support transmission on the valid and conditionally valid channel numbers shown in Table 2.1.1.1.2-4. Note that certain channel assignments are not valid and others are conditionally valid. Transmission on conditionally valid channels is permissible if the adjacent block is allocated to the same licensee or if other valid authorization has been obtained.

A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.2-5.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.2-6.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s - 25$ if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s + 25$ if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 80.0 MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be $80.0 - 1.25 \times (1XRL\_FREQ\_OFFSET_s - 1)$ MHz lower than the center frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.2-1. Band Class 1 Block Frequency Correspondence**

| Block Designator | Transmit Frequency Band (MHz) | |
|---|---|---|
| | Mobile Station | Base Station |
| A | 1850–1865 | 1930–1945 |
| D | 1865–1870 | 1945–1950 |
| B | 1870–1885 | 1950–1965 |
| E | 1885–1890 | 1965–1970 |
| F | 1890–1895 | 1970–1975 |
| C | 1895–1910 | 1975–1990 |

**Table 2.1.1.1.2-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 1**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | 0 ≤ N ≤ 1199 | 1850.000 + 0.050 N |
| Base Station | 0 ≤ N ≤ 1199 | 1930.000 + 0.050 N |

**Table 2.1.1.1.2-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 1 and Spreading Rate 1**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (15 MHz) | Not Valid<br>Valid<br>Cond. Valid | 0–24<br>25–275<br>276–299 | 1850.000–1851.200<br>1851.250–1863.750<br>1863.800–1864.950 | 1930.000–1931.200<br>1931.250–1943.750<br>1943.800–1944.950 |
| D (5 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 300–324<br>325–375<br>376–399 | 1865.000–1866.200<br>1866.250–1868.750<br>1868.800–1869.950 | 1945.000–1946.200<br>1946.250–1948.750<br>1948.800–1949.950 |
| B (15 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 400–424<br>425–675<br>676–699 | 1870.000–1871.200<br>1871.250–1883.750<br>1883.800–1884.950 | 1950.000–1951.200<br>1951.250–1963.750<br>1963.800–1964.950 |
| E (5 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 700–724<br>725–775<br>776–799 | 1885.000–1886.200<br>1886.250–1888.750<br>1888.800–1889.950 | 1965.000–1966.200<br>1966.250–1968.750<br>1968.800–1969.950 |
| F (5 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 800–824<br>825–875<br>876–899 | 1890.000–1891.200<br>1891.250–1893.750<br>1893.800–1894.950 | 1970.000–1971.200<br>1971.250–1973.750<br>1973.800–1974.950 |
| C (15 MHz) | Cond. Valid<br>Valid<br>Not Valid | 900–924<br>925–1175<br>1176–1199 | 1895.000–1896.200<br>1896.250–1908.750<br>1908.800–1909.950 | 1975.000–1976.200<br>1976.250–1988.750<br>1988.800–1989.950 |

TIA-2000.2-C-1

1    **Table 2.1.1.1.2-4. CDMA Channel Numbers and Corresponding Frequencies for**
2    **Band Class 1 and Spreading Rate 3**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (15 MHz) | Not Valid<br>Valid<br>Cond. Valid | 0–49<br>50–250<br>251–299 | 1850.000–1852.450<br>1852.500–1862.500<br>1862.550–1864.950 | 1930.000–1932.450<br>1932.500–1942.500<br>1942.550–1944.950 |
| D (5 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 300–349<br>350<br>351–399 | 1865.000–1867.450<br>1867.500<br>1867.550–1869.950 | 1945.000–1947.450<br>1947.500<br>1947.550–1949.950 |
| B (15 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 400–449<br>450–650<br>651–699 | 1870.000–1872.450<br>1872.500–1882.500<br>1882.550–1884.950 | 1950.000–1952.450<br>1952.500–1962.500<br>1962.550–1964.950 |
| E (5 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 700–749<br>750<br>751–799 | 1885.000–1887.450<br>1887.500<br>1887.550–1889.950 | 1965.000–1967.450<br>1967.500<br>1967.550–1969.950 |
| F (5 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 800–849<br>850<br>851–899 | 1890.000–1892.450<br>1892.500<br>1892.550–1894.950 | 1970.000–1972.450<br>1972.500<br>1972.550–1974.950 |
| C (15 MHz) | Cond. Valid<br>Valid<br>Not Valid | 900–949<br>950–1150<br>1151–1199 | 1895.000–1897.450<br>1897.500–1907.500<br>1907.550–1909.950 | 1975.000–1977.450<br>1977.500–1987.500<br>1987.550–1989.950 |

3

**Table 2.1.1.1.2-5. CDMA Preferred Set of Frequency Assignments for Band Class 1**

| Block Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|
| A | 1 | 25, 50, 75, 100, 125, 150, 175, 200, 225, 250, 275 |
| | 3 | 50, 75, 100, 125, 150, 175, 200, 225, 250 |
| D | 1 | 325, 350, 375 |
| | 3 | 350 |
| B | 1 | 425, 450, 475, 500, 525, 550, 575, 600, 625, 650, 675 |
| | 3 | 450, 475, 500, 525, 550, 575, 600, 625, 650 |
| E | 1 | 725, 750, 775 |
| | 3 | 750 |
| F | 1 | 825, 850, 875 |
| | 3 | 850 |
| C | 1 | 925, 950, 975, 1000, 1025, 1050, 1075, 1100, 1125, 1150, 1175 |
| | 3 | 950, 975, 1000, 1025, 1050, 1075, 1100, 1125, 1150 |

**Table 2.1.1.1.2-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 1**

| Block Designator | Preferred Set of Channel Numbers |
|---|---|
| A | 75, 150, 225 |
| D | 350 |
| B | 475, 550, 625 |
| E | 750 |
| F | 850 |
| C | 975, 1050, 1125 |

2.1.1.1.3 Band Class 2 (TACS Band)

The Band Class 2 block designators for the mobile station and base station shall be as specified in Table 2.1.1.1.3-1.

Mobile stations supporting Band Class 2 shall be capable of transmitting in Band Class 2 using at least one band subclass. The band subclasses for Band Class 2 are specified in Table 2.1.1.1.3-2.

TIA-2000.2-C-1

1 The channel spacing, CDMA channel designations, and transmitter center frequencies of
2 Band Class 2 shall be as specified in Table 2.1.1.1.3-3. Mobile stations supporting Band
3 Class 2 and Spreading Rate 1 shall support transmission on the valid channel numbers
4 shown in Table 2.1.1.1.3-4. Mobile stations supporting Band Class 2 and Spreading Rate 3
5 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.3-5.

6 A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.3-6.

7 If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and
8 the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the
9 CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for
10 the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel,
11 then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by
12 $CDMACH_s - 50$ if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by
13 $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by
14 $CDMACH_s + 50$ if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

15 If the mobile station is transmitting and receiving using the same spreading rate, the
16 nominal mobile station transmit carrier frequency shall be 45.0 MHz lower than the
17 frequency of the base station transmit signal as measured at the mobile station receiver. If
18 the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3,
19 the nominal mobile station transmit carrier frequency shall be $45.0 - 1.25 \times$
20 $(1XRL\_FREQ\_OFFSET_s - 1)$ MHz lower than the center frequency of the center CDMA
21 channel transmitted by the base station as measured at the mobile station receiver.

22

23 **Table 2.1.1.1.3-1. Band Class 2 Block Frequency Correspondence**

| Block Designator | Transmit Frequency Band (MHz) | |
|---|---|---|
| | Mobile Station | Base Station |
| A | 872.0125–879.9875<br>890.0125–897.4875<br>905.0125–908.9875 | 917.0125–924.9875<br>935.0125–942.4875<br>950.0125–953.9875 |
| B | 880.0125–887.9875<br>897.5125–904.9875<br>909.0125–914.9875 | 925.0125–932.9875<br>942.5125–949.9875<br>954.0125–959.9875 |

24

**Table 2.1.1.1.3-2. Band Class 2 Band Subclasses**

| Channels Covered | Band Subclass |
|---|---|
| 600 | 0 |
| 1000 | 1 |
| 1320 | 2 |

**Table 2.1.1.1.3-3. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 2**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $0 \le N \le 1000$ | $0.025\,N + 889.9875$ |
| | $1329 \le N \le 2047$ | $0.025\,(N - 1328) + 871.9875$ |
| Base Station | $0 \le N \le 1000$ | $0.025\,N + 934.9875$ |
| | $1329 \le N \le 2047$ | $0.025\,(N - 1328) + 916.9875$ |

TIA-2000.2-C-1

**Table 2.1.1.1.3-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 2 and Spreading Rate 1**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | **Mobile Station** | **Base Station** |
| A ETACS (8 MHz) | Not Valid | 1329–1355 | 872.0125–872.6625 | 917.0125–917.6625 |
| | Valid-1320 | 1356–1648 | 872.6875–879.9875 | 917.6875–924.9875 |
| B ETACS (8 MHz) | Valid-1320 | 1649–1941 | 880.0125–887.3125 | 925.0125–932.3125 |
| Unassigned (2 MHz) | Cond. Valid-1320 | 1969–2047 0 | 888.0125–889.9625 889.9875 | 933.0125–934.9625 934.9875 |
| A (7.5 MHz) | Cond. Valid-1320 Valid | 1–28 29–300 | 890.0125–890.6875 890.7125–897.4875 | 935.0125–935.6875 935.7125–942.4875 |
| B (7.5 MHz) | Valid Cond. Valid-1000 | 301–573 574–600 | 897.5125–904.3125 904.3375–904.9875 | 942.5125–949.3125 949.3375–949.9875 |
| A′ (4 MHz) | Valid-1000 | 601–760 | 905.0125–908.9875 | 950.0125–953.9875 |
| B′ (6 MHz) | Valid-1000 Not Valid | 761–973 974–1000 | 909.0125–914.3125 914.3375–914.9875 | 954.0125–959.3125 959.3375–959.9875 |

Valid refers to 600, 1000, and 1320 channel mobile stations. Valid-1000 refers to 1000 channel mobile stations. Valid-1320 refers to 1320 channel mobile stations.

TIA-2000.2-C-1

Table 2.1.1.1.3-5. CDMA Channel Numbers and Corresponding Frequencies for Band Class 2 and Spreading Rate 3

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A ETACS (8 MHz) | Not Valid | 1329-Not specified | 872.0125-Not specified | 917.0125-Not specified |
| | Valid-1320 | Not specified-1648 | Not specified-879.9875 | Not specified-924.9875 |
| B ETACS (8 MHz) | Valid-1320 | 1649–1941 | 880.0125–887.3125 | 925.0125–932.3125 |
| Unassigned (2 MHz) | Cond. Valid-1320 | 1969–2047 0 | 888.0125–889.9625 889.9875 | 933.0125–934.9625 934.9875 |
| A (7.5 MHz) | Cond. Valid-1320 | 1-Not specified | 890.0125-Not specified | 935.0125-Not specified |
| | Valid | Not specified-300 | Not specified-897.4875 | Not specified-942.4875 |
| B (7.5 MHz) | Valid | 301–573 | 897.5125–904.3125 | 942.5125–949.3125 |
| | Cond. Valid-1000 | Not specified-600 | Not specified-904.9875 | Not specified-949.9875 |
| A′ (4 MHz) | Valid-1000 | 601–760 | 905.0125–908.9875 | 950.0125–953.9875 |
| B′ (6 MHz) | Valid-1000 | 761-Not specified | 909.0125-Not specified | 954.0125-Not specified |
| | Not Valid | Not specified-1000 | Not specified-914.9875 | Not specified-959.9875 |

Valid refers to 600, 1000, and 1320 channel mobile stations. Valid-1000 refers to 1000 channel mobile stations. Valid-1320 refers to 1320 channel mobile stations.

Table 2.1.1.1.3-6. CDMA Preferred Set of Frequency Assignments for Band Class 2

| Block Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|
| A | 1 | 79, 679, or 1365 |
| | 3 | Not specified |
| B | 1 | 379, 947, or 1932 |
| | 3 | Not specified |

TIA-2000.2-C-1

1   2.1.1.1.4 Band Class 3 (JTACS Band)

2   The Band Class 3 system designators for the mobile station and base station shall be as
3   specified in Table 2.1.1.1.4-1.

4   Mobile stations supporting Band Class 3 shall be capable of transmitting in Band Class 3.

5   The channel spacing, CDMA channel designations, and transmitter center frequencies of
6   Band Class 3 shall be as specified in Table 2.1.1.1.4-2. Mobile stations supporting Band
7   Class 3 and Spreading Rate 1 shall support transmission on the valid and conditionally
8   valid channel numbers shown in Table 2.1.1.1.4-3. Note that certain channel assignments
9   are not valid and others are conditionally valid. Transmission on conditionally valid
10  channels is permissible if the adjacent block is allocated to the same licensee or if other
11  valid authorization has been obtained.

12  Channel numbers for the Primary CDMA Channels and the Secondary CDMA Channels are
13  given in Table 2.1.1.1.4-4.

14  If the mobile station uses Spreading Rate 1 for both the Forward and the Reverse Traffic
15  Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel
16  designated by CDMACH$_s$.

17  If the mobile station is transmitting and receiving using the same spreading rate, the
18  nominal mobile station transmit carrier frequency shall be 55.0 MHz higher than the
19  frequency of the base station transmit signal as measured at the mobile station receiver.

20

21  **Table 2.1.1.1.4-1. Band Class 3 System Frequency Correspondence**

| System Designator | Transmit Frequency Band (MHz) | |
| --- | --- | --- |
| | Mobile Station | Base Station |
| A | 887.0125–888.9875 893.0125–898.0000 898.0125–900.9875 915.0125–924.9875 | 832.0125–833.9875 838.0125–843.0000 843.0125–845.9875 860.0125–869.9875 |
| B | Not specified | Not specified |

22

2-14

TIA-2000.2-C-1

**Table 2.1.1.1.4-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 3**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $1 \leq N \leq 799$ | 0.0125 N + 915.000 |
| | $801 \leq N \leq 1039$ | 0.0125 (N − 800) + 898.000 |
| | $1041 \leq N \leq 1199$ | 0.0125 (N − 1040) + 887.000 |
| | $1201 \leq N \leq 1600$ | 0.0125 (N − 1200) + 893.000 |
| Base Station | $1 \leq N \leq 799$ | 0.0125 N + 860.000 |
| | $801 \leq N \leq 1039$ | 0.0125 (N − 800) + 843.000 |
| | $1041 \leq N \leq 1199$ | 0.0125 (N − 1040) + 832.000 |
| | $1201 \leq N \leq 1600$ | 0.0125 (N − 1200) + 838.000 |

In this table, only even-valued N values are valid.

**Table 2.1.1.1.4-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 3 and Spreading Rate 1**

| System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A1 (2 MHz) | Not Valid | 1041–1099 | 887.0125–887.7375 | 832.0125–832.7375 |
| | Valid | 1100–1140 | 887.7500–888.2500 | 832.7500–833.2500 |
| | Not Valid | 1141–1199 | 888.2625–888.9875 | 833.2625–833.9875 |
| A3 (5 MHz) | Not Valid | 1201–1259 | 893.0125–893.7375 | 838.0125–838.7375 |
| | Valid | 1260–1540 | 893.7500–897.2500 | 838.7500–842.2500 |
| | Cond. Valid | 1541–1600 | 897.2625–898.0000 | 842.2625–843.0000 |
| A2 (3 MHz) | Cond. Valid | 801–859 | 898.0125–898.7375 | 843.0125–843.7375 |
| | Valid | 860–980 | 898.7500–900.2500 | 843.7500–845.2500 |
| | Not Valid | 981–1039 | 900.2625–900.9875 | 845.2625–845.9875 |
| A (10 MHz) | Not Valid | 1–59 | 915.0125–915.7375 | 860.0125–860.7375 |
| | Valid | 60–740 | 915.7500–924.2500 | 860.7500–869.2500 |
| | Not Valid | 741–799 | 924.2625–924.9875 | 869.2625–869.9875 |
| B | Not specified | Not specified | Not specified | Not specified |

TIA-2000.2-C-1

**Table 2.1.1.1.4-4. CDMA Preferred Set of Frequency Assignments for Band Class 3**

| System Designator | Spreading Rate | Preferred Set Channel Numbers |
|:---:|:---:|:---:|
| A | 1 | 76 (Primary) and 872 (Secondary) |
| B | 1 | Not specified |

2.1.1.1.5 Band Class 4 (Korean PCS Band)

The Band Class 4 block designators for the mobile station and base station shall be as specified in Table 2.1.1.1.5-1.

Mobile stations supporting Band Class 4 shall be capable of transmitting in Band Class 4.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 4 shall be as specified in Table 2.1.1.1.5-2. Mobile stations supporting Band Class 4 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.5-3. Mobile stations supporting Band Class 4 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.5-4.

Channel numbers for the Primary CDMA Channels and the Secondary CDMA Channels are given in Table 2.1.1.1.5-5.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.5-6.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $\text{CDMACH}_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $\text{CDMACH}_s - 25$ if $\text{1XRL\_FREQ\_OFFSET}_s$ equals '00', on the CDMA Channel designated by $\text{CDMACH}_s$ if $\text{1XRL\_FREQ\_OFFSET}_s$ equals '01', or on the CDMA Channel designated by $\text{CDMACH}_s + 25$ if $\text{1XRL\_FREQ\_OFFSET}_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 90.0 MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be $90.0 - 1.25 \times (\text{1XRL\_FREQ\_OFFSET}_s - 1)$ MHz lower than the center frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.5-1. Band Class 4 Block Frequency Correspondence**

| Block Designator | Transmit Frequency Band (MHz) | |
|---|---|---|
| | Mobile Station | Base Station |
| A | 1750–1760 | 1840–1850 |
| B | 1760–1770 | 1850–1860 |
| C | 1770–1780 | 1860–1870 |

**Table 2.1.1.1.5-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 4**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $0 \leq N \leq 599$ | $0.050\ N + 1750.000$ |
| Base Station | $0 \leq N \leq 599$ | $0.050\ N + 1840.000$ |

**Table 2.1.1.1.5-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 4 and Spreading Rate 1**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (10 MHz) | Not Valid<br>Valid<br>Cond. Valid | 0–24<br>25–175<br>176–199 | 1750.000–1751.200<br>1751.250–1758.750<br>1758.800–1759.950 | 1840.000–1841.200<br>1841.250–1848.750<br>1848.800–1849.950 |
| B (10 MHz) | Cond. Valid<br>Valid<br>Cond. Valid | 200–224<br>225–375<br>376–399 | 1760.000–1761.200<br>1761.250–1768.750<br>1768.800–1769.950 | 1850.000–1851.200<br>1851.250–1858.750<br>1858.800–1859.950 |
| C (10 MHz) | Cond. Valid<br>Valid<br>Not Valid | 400–424<br>425–575<br>576–599 | 1770.000–1771.200<br>1771.250–1778.750<br>1778.800–1779.950 | 1860.000–1861.200<br>1861.250–1868.750<br>1868.800–1869.950 |

TIA-2000.2-C-1

1  **Table 2.1.1.1.5-4. CDMA Channel Numbers and Corresponding Frequencies for Band
2  Class 4 and Spreading Rate 3**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (10 MHz) | Not Valid | 0–49 | 1750.000–1752.450 | 1840.000–1842.450 |
| | Valid | 50–150 | 1752.500–1757.500 | 1842.500–1847.500 |
| | Cond. Valid | 151–199 | 1757.550–1759.950 | 1847.550–1849.950 |
| B (10 MHz) | Cond. Valid | 200–249 | 1760.000–1762.450 | 1850.000–1852.450 |
| | Valid | 250–350 | 1762.500–1767.500 | 1852.500–1857.500 |
| | Cond. Valid | 351–399 | 1767.550–1769.950 | 1857.550–1859.950 |
| C (10 MHz) | Cond. Valid | 400–449 | 1770.000–1772.450 | 1860.000–1862.450 |
| | Valid | 450–550 | 1772.500–1777.500 | 1862.500–1867.500 |
| | Not Valid | 551–599 | 1777.550–1779.950 | 1867.550–1869.950 |

3

4  **Table 2.1.1.1.5-5. CDMA Preferred Set of Frequency Assignments for Band Class 4**

| Block Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|
| A | 1 | 25, 50, 75, 100, 125, 150, 175 |
| | 3 | 50, 75, 100, 125, 150 |
| B | 1 | 225, 250, 275, 300, 325, 350, 375 |
| | 3 | 250, 275, 300, 325, 350 |
| C | 1 | 425, 450, 475, 500, 525, 550, 575 |
| | 3 | 450, 475, 500, 525, 550 |

5

6  **Table 2.1.1.1.5-6. Sync Channel Preferred Set of Frequency Assignments for
7  Spreading Rate 3 for Band Class 4**

| Block Designator | Preferred Set of Channel Numbers |
|---|---|
| A | 75, 150 |
| B | 275, 350 |
| C | 475, 550 |

8

2.1.1.1.6 Band Class 5 (450 MHz Band)

The Band Class 5 block designators for the mobile station and base station shall be as specified in Table 2.1.1.1.6-1.

There are eight band subclasses specified for Band Class 5. Each band subclass corresponds to a specific block designator (see Table 2.1.1.1.6-1). Each band subclass includes all the channels designated for that block. Mobile stations supporting Band Class 5 shall be capable of transmitting in at least one band subclass belonging to Band Class 5. For mobiles capable of transmitting in more than one band subclass belonging to Band Class 5, one band subclass shall be designated as the Primary Band Subclass, which is the band subclass used by the mobile's home system.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 5 shall be as specified in Table 2.1.1.1.6-2. Mobile stations supporting Band Class 5 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.6-3, depending on the Band Subclass of mobile station. Mobile stations supporting Band Class 5 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.6-4, depending on the Band Subclass of mobile station.

Channel numbers for the Primary CDMA Channels and the Secondary CDMA Channels and the band subclasses are given in Table 2.1.1.1.6-5.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.6-6.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel and is operating in Band Subclass A, B, C, or E; then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s - 50$ if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s + 50$ if $1XRL\_FREQ\_OFFSET_s$ equals '10'. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel and is operating in Band Subclass F, G, or H; then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s - 62$ if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s + 62$ if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 10.0 MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3 and is operating in Band Subclass A, B, C, or E, the nominal mobile station transmit carrier frequency shall be $10.0 - 1.25 \times (1XRL\_FREQ\_OFFSET_s - 1)$ MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3

TIA-2000.2-C-1

and is operating in Band Subclass F, G, or H, the nominal mobile station transmit carrier frequency shall be $10.0 - 1.24 \times (1XRL\_FREQ\_OFFSET_s - 1)$ MHz lower than the center frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.6-1. Band Class 5 Block Frequency Correspondence and Band Subclasses**

| Block Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| A | 0 | 452.500–457.475 | 462.500–467.475 |
| B | 1 | 452.000–456.475 | 462.000–466.475 |
| C | 2 | 450.000–454.800 | 460.000–464.800 |
| D | 3 | 411.675–415.850 | 421.675–425.850 |
| E | 4 | 415.500–419.975 | 425.500–429.975 |
| F | 5 | 479.000–483.480 | 489.000–493.480 |
| G | 6 | 455.230–459.990 | 465.230–469.990 |
| H | 7 | 451.310–455.730 | 461.310–465.730 |

**Table 2.1.1.1.6-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 5**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $1 \leq N \leq 300$ | $0.025 (N - 1) + 450.000$ |
| | $539 \leq N \leq 871$ | $0.025 (N - 512) + 411.000$ |
| | $1039 \leq N \leq 1473$ | $0.020 (N - 1024) + 451.010$ |
| | $1792 \leq N \leq 2016$ | $0.020 (N - 1792) + 479.000$ |
| Base Station | $1 \leq N \leq 300$ | $0.025 (N - 1) + 460.000$ |
| | $539 \leq N \leq 871$ | $0.025 (N - 512) + 421.000$ |
| | $1039 \leq N \leq 1473$ | $0.020 (N - 1024) + 461.010$ |
| | $1792 \leq N \leq 2016$ | $0.020 (N - 1792) + 489.000$ |

**Table 2.1.1.1.6-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 5 and Spreading Rate 1**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (4.5 MHz) | Not Valid | 121–125 | 453.000–453.100 | 463.000–463.100 |
| | Cond. Valid | 126–145 | 453.125–453.600 | 463.125–463.600 |
| | Valid | 146–275 | 453.625–456.850 | 463.625–466.850 |
| | Not Valid | 276–300 | 456.875–457.475 | 466.875–467.475 |
| A′ (0.5 MHz) | Not Valid | 101–120 | 452.500–452.975 | 462.500–462.975 |
| B (4.5 MHz) | Not Valid | 81–105 | 452.000–452.600 | 462.000–462.600 |
| | Valid | 106–235 | 452.625–455.850 | 462.625–465.850 |
| | Not Valid | 236–260 | 455.875–456.475 | 465.875–466.475 |
| C (4.8 MHz) | Not Valid | 1–25 | 450.000–450.600 | 460.000–460.600 |
| | Valid | 26–168 | 450.625–454.175 | 460.625–464.175 |
| | Not Valid | 169–193 | 454.200–454.800 | 464.200–464.800 |
| D (4.2 MHz) | Not Valid | 539–563 | 411.675–412.275 | 421.675–422.275 |
| | Valid | 564–681 | 412.300–415.225 | 422.300–425.225 |
| | Not Valid | 682–706 | 415.250–415.850 | 425.250–425.850 |
| E (4.5 MHz) | Not Valid | 692–716 | 415.500–416.100 | 425.500–426.100 |
| | Valid | 717–846 | 416.125–419.350 | 426.125–429.350 |
| | Not Valid | 847–871 | 419.375–419.975 | 429.375–429.975 |
| F (4.5 MHz) | Not Valid | 1792–1822 | 479.000–479.600 | 489.000–489.600 |
| | Valid | 1823–1985 | 479.620–482.860 | 489.620–492.860 |
| | Not Valid | 1986–2016 | 482.880–483.480 | 492.880–493.480 |
| G (4.76 MHz) | Not Valid | 1235–1265 | 455.230–455.830 | 465.230–465.830 |
| | Valid | 1266–1442 | 455.850–459.370 | 465.850–469.370 |
| | Not Valid | 1443–1473 | 459.390–459.990 | 469.390–469.990 |
| H (4.42 MHz) | Not Valid | 1039–1069 | 451.310–451.910 | 461.310–461.910 |
| | Valid | 1070–1229 | 451.930–455.110 | 461.930–465.110 |
| | Not Valid | 1230–1260 | 455.130–455.730 | 465.130–465.730 |

**Table 2.1.1.1.6-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 5 and Spreading Rate 3**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A<br>(4.5 MHz) | Not Valid<br>Valid<br>Not Valid | 121–200<br>201<br>202–300 | 453.000–454.975<br>455.000<br>455.025–457.475 | 463.000–464.975<br>465.000<br>465.025–467.475 |
| A′<br>(0.5 MHz) | Not Valid | 101–120 | 452.500–452.975 | 462.500–462.975 |
| B<br>(4.5 MHz) | Not Valid<br>Valid<br>Not Valid | 81–170<br>171<br>172–260 | 452.000–454.225<br>454.250<br>454.275–456.475 | 462.000–464.225<br>464.250<br>464.275–466.475 |
| C<br>(4.8 MHz) | Not Valid<br>Valid<br>Not Valid | 1–96<br>97<br>98–193 | 450.000–452.375<br>452.400<br>452.425–454.800 | 460.000–462.375<br>462.400<br>462.425–464.800 |
| D<br>(4.2 MHz) | Not Valid | 539–706 | 411.675–415.850 | 421.675–425.850 |
| E<br>(4.5 MHz) | Not Valid<br>Valid<br>Not Valid | 692–781<br>782<br>783–871 | 415.500–417.725<br>417.750<br>417.775–419.975 | 425.500–427.725<br>427.750<br>427.775–429.975 |
| F<br>(4.5 MHz) | Not Valid<br>Valid<br>Not Valid | 1792–1903<br>1904<br>1905–2016 | 479.000–481.220<br>481.240<br>481.260–483.480 | 489.000–491.220<br>491.240<br>491.260–493.480 |
| G<br>(4.76 MHz) | Not Valid<br>Valid<br>Not Valid | 1235–1353<br>1354<br>1355–1473 | 455.230–457.590<br>457.610<br>457.630–459.990 | 465.230–467.590<br>467.610<br>467.630–469.990 |
| H<br>(4.42 MHz) | Not Valid<br>Valid<br>Not Valid | 1039–1149<br>1150<br>1151–1260 | 451.310–453.510<br>453.530<br>453.550–455.730 | 461.310–463.510<br>463.530<br>463.550–465.730 |

**Table 2.1.1.1.6-5. CDMA Preferred Set of Frequency Assignments for Band Class 5**

| Block Designator | Preferred Set Channel Numbers |
|---|---|
| A | 160, 210*, 260 |
| B | 120, 170, 220* |
| C | 47, 97, 147* |
| D | 573, 623, 673* |
| E | 731˚, 781, 831 |
| F | 1841˚, 1903, 1965 |
| G | 1291˚, 1353, 1415 |
| H | 1089, 1151, 1213* |

* CDMA frequency assignments that support inter-block roaming

**Table 2.1.1.1.6-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 5**

| Block Designator | Preferred Set Channel Numbers |
|---|---|
| A | 210 |
| B | 220 |
| C | 147 |
| E | 731 |
| F | 1841 |
| G | 1291 |
| H | 1213 |

2.1.1.1.7 Band Class 6 (2 GHz Band)

The Band Class 6 block designators for the mobile station and base station are not specified, since licensee allocations vary by regulatory body.

Mobile stations supporting Band Class 6 shall be capable of transmitting in Band Class 6.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 6 shall be as specified in Table 2.1.1.1.7-1. Mobile stations supporting Band Class 6 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.7-2. Mobile stations supporting Band Class 6 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.7-3.

A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.7-4.

TIA-2000.2-C-1

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$ – 25 if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s$ + 25 if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 190.0 MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be 190.0 – 1.25 × ($1XRL\_FREQ\_OFFSET_s$ – 1) MHz lower than the center frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.7-1. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 6**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $0 \leq N \leq 1199$ | 1920.000 + 0.050 N |
| Base Station | $0 \leq N \leq 1199$ | 2110.000 + 0.050 N |

**Table 2.1.1.1.7-2. CDMA Channel Numbers and Corresponding Frequencies for Band Class 6 and Spreading Rate 1**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–24 | 1920.000–1921.200 | 2110.000–2111.200 |
| Valid | 25–1175 | 1921.250–1978.750 | 2111.250–2168.750 |
| Not Valid | 1176–1199 | 1978.800–1979.950 | 2168.800–2169.950 |

Channel numbers less than 1.25 MHz from the licensee's band edge are not valid.

TIA-2000.2-C-1

**Table 2.1.1.1.7-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 6 and Spreading Rate 3**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–49 | 1920.000–1922.450 | 2110.000–2112.450 |
| Valid | 50–1150 | 1922.500–1977.500 | 2112.500–2167.500 |
| Not Valid | 1151–1199 | 1977.550–1979.950 | 2167.550–2169.950 |

Channel numbers less than 2.5 MHz from the licensee's band edge are not valid.

**Table 2.1.1.1.7-4. CDMA Preferred Set of Frequency Assignments for Band Class 6**

| Spreading Rate | Preferred Set Channel Numbers |
|---|---|
| 1 | 25, 50,…, 1150, 1175 |
| 3 | 50, 75,…, 1125, 1150 |

2.1.1.1.8 Band Class 7 (700 MHz Band)

The Band Class 7 block designators for the mobile station and base station shall be as specified in Table 2.1.1.1.8-1.

Mobile stations supporting Band Class 7 shall be capable of transmitting in Band Class 7.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 7 shall be as specified in Table 2.1.1.1.8-2. Mobile stations supporting Band Class 7 and Spreading Rate 1 shall support operations on the valid and conditionally valid channel numbers shown in Table 2.1.1.1.8-3. Mobile stations supporting Band Class 7 and Spreading Rate 3 shall support operations on the valid and conditionally valid channel numbers shown in Table 2.1.1.1.8-4. Note that certain channel assignments are not valid and others are conditionally valid. Transmission on conditionally valid channels is permissible if the adjacent block is allocated to the same licensee or if other valid authorization has been obtained.

A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.8-5.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.8-6.

TIA-2000.2-C-1

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channels, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$ – 25 if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s$ + 25 if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 30.0 MHz higher than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be 30.0 + 1.25 × ($1XRL\_FREQ\_OFFSET_s$ – 1) MHz higher than the center frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.8-1. Band Class 7 Block Frequency Correspondence**

| Block Designator | Transmit Frequency Band (MHz) | |
|:---:|:---:|:---:|
| | Mobile Station | Base Station |
| A | 776–777 | 746–747 |
| C | 777–782 | 747–752 |
| D | 782–792 | 752–762 |
| B | 792–794 | 762–764 |

**Table 2.1.1.1.8-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 7**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|:---:|:---:|:---:|
| Mobile Station | 0 ≤ N ≤ 359 | 776.000 + 0.050 N |
| Base Station | 0 ≤ N ≤ 359 | 746.000 + 0.050 N |

**Table 2.1.1.1.8-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 7 and Spreading Rate 1**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (1 MHz) | Not Valid | 0–19 | 776.000–776.950 | 746.000–746.950 |
| C (5 MHz) | Not Valid<br>Valid<br>Cond. Valid | 20–44<br>45–95<br>96–119 | 777.000–778.200<br>778.250–780.750<br>780.800–781.950 | 747.000–748.200<br>748.250–750.750<br>750.800–751.950 |
| D (10 MHz) | Cond. Valid<br>Valid<br>Not Valid | 120–144<br>145–295<br>296–319 | 782.000–783.200<br>783.250–790.750<br>790.800–791.950 | 752.000–753.200<br>753.250–760.750<br>760.800–761.950 |
| B (2 MHz) | Not Valid | 320–359 | 792.000–793.950 | 762.000–763.950 |

**Table 2.1.1.1.8-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 7 and Spreading Rate 3**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (1 MHz) | Not Valid | 0–19 | 776.000–776.950 | 746.000–746.950 |
| C (5 MHz) | Not Valid<br>Valid<br>Cond. Valid | 20–69<br>70<br>71–119 | 777.000–779.450<br>779.500<br>779.550–781.950 | 747.000–749.450<br>749.500<br>749.550–751.950 |
| D (10 MHz) | Cond. Valid<br>Valid<br>Not Valid | 120–169<br>170–270<br>271–319 | 782.000–784.450<br>784.500–789.500<br>789.550–791.950 | 752.000–754.450<br>754.500–759.500<br>759.550–761.950 |
| B (2 MHz) | Not Valid | 320–359 | 792.000–793.950 | 762.000–763.950 |

**Table 2.1.1.1.8-5. CDMA Preferred Set of Frequency Assignments for Band Class 7**

| Block Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|
| A | N/A | None |
| C | 1 | 45, 70, 95 |
| | 3 | 70 |
| D | 1 | 145, 170, 195, 220, 245, 270, 295 |
| | 3 | 170, 195, 220, 245, 270 |
| B | N/A | None |

**Table 2.1.1.1.8-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 7**

| Block Designator | Preferred Set of Channel Numbers |
|---|---|
| A | None |
| C | 70 |
| D | 170, 245 |
| B | None |

2.1.1.1.9 Band Class 8 (1800 MHz Band)

The Band Class 8 block designators for the mobile station and base station are not specified.

Mobile stations supporting Band Class 8 shall be capable of transmitting in Band Class 8.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 8 shall be as specified in Table 2.1.1.1.9-1. Mobile stations supporting Band Class 8 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.9-2. Mobile stations supporting Band Class 8 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.9-3.

A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.9-4.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$ – 25 if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s$ + 25 if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

1  If the mobile station is transmitting and receiving using the same spreading rate, the
2  nominal mobile station transmit carrier frequency shall be 95.0 MHz lower than the
3  frequency of the base station transmit signal as measured at the mobile station receiver. If
4  the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3,
5  the nominal mobile station transmit carrier frequency shall be 95.0 − 1.25 ×
6  (1XRL_FREQ_OFFSET$_s$ − 1) MHz lower than the center frequency of the center CDMA
7  channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.9-1. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 8**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | 0 ≤ N ≤ 1499 | 1710.000 + 0.050 N |
| Base Station | 0 ≤ N ≤ 1499 | 1805.000 + 0.050 N |

**Table 2.1.1.1.9-2. CDMA Channel Numbers and Corresponding Frequencies for Band Class 8 and Spreading Rate 1**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–24 | 1710.000–1711.200 | 1805.000–1806.200 |
| Valid | 25–1475 | 1711.250–1783.750 | 1806.250–1878.750 |
| Not Valid | 1476–1499 | 1783.800–1784.950 | 1878.800–1879.950 |

Channel numbers less than 1.25 MHz from the licensee's band edge are not valid.

**Table 2.1.1.1.9-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 8 and Spreading Rate 3**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–49 | 1710.000–1712.450 | 1805.000–1807.450 |
| Valid | 50–1450 | 1712.500–1782.500 | 1807.500–1877.500 |
| Not Valid | 1451–1499 | 1782.550–1784.950 | 1877.550–1879.950 |

Channel numbers less than 2.5 MHz from the licensee's band edge are not valid.

TIA-2000.2-C-1

**Table 2.1.1.1.9-4. CDMA Preferred Set of Frequency Assignments for Band Class 8**

| Spreading Rate | Preferred Set Channel Numbers |
|---|---|
| 1 | 25, 50,..., 1450, 1475 |
| 3 | 50, 75,..., 1425, 1450 |

2.1.1.1.10 Band Class 9 (900 MHz Band)

The Band Class 9 block designators for the mobile station and base station are not specified.

Mobile stations supporting Band Class 9 shall be capable of transmitting in Band Class 9.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 9 shall be as specified in Table 2.1.1.1.10-1. Mobile stations supporting Band Class 9 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.10-2. Mobile stations supporting Band Class 9 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.10-3.

A preferred set of CDMA frequency assignments is given in

Table 2.1.1.1.10-4.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by CDMACH$_S$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by CDMACH$_S$ – 25 if 1XRL_FREQ_OFFSET$_S$ equals '00', on the CDMA Channel designated by CDMACH$_S$ if 1XRL_FREQ_OFFSET$_S$ equals '01', or on the CDMA Channel designated by CDMACH$_S$ + 25 if 1XRL_FREQ_OFFSET$_S$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 45.0 MHz lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be 45.0 – 1.25 × (1XRL_FREQ_OFFSET$_S$ – 1) MHz lower than the center frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.10-1. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 9**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | 0 ≤ N ≤ 699 | 880.000 + 0.050 N |
| Base Station | 0 ≤ N ≤ 699 | 925.000 + 0.050 N |

**Table 2.1.1.1.10-2. CDMA Channel Numbers and Corresponding Frequencies for Band Class 9 and Spreading Rate 1**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–24 | 880.000–881.200 | 925.000–926.200 |
| Valid | 25–675 | 881.250–913.750 | 926.250–958.750 |
| Not Valid | 676–699 | 913.800–914.950 | 958.800–959.950 |

Channel numbers less than 1.25 MHz from the licensee's band edge are not valid.

**Table 2.1.1.1.10-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 9 and Spreading Rate 3**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–49 | 880.000–882.450 | 925.000–927.450 |
| Valid | 50–650 | 882.500–912.500 | 927.500–957.500 |
| Not Valid | 651–699 | 912.550–914.950 | 957.550–959.950 |

Channel numbers less than 2.5 MHz from the licensee's band edge are not valid.

**Table 2.1.1.1.10-4. CDMA Preferred Set of Frequency Assignments for Band Class 9**

| Spreading Rate | Preferred Set Channel Numbers |
|---|---|
| 1 | 25, 50,..., 650, 675 |
| 3 | 50, 75,..., 625, 650 |

TIA-2000.2-C-1

2.1.1.1.11 Band Class 10 (Secondary 800 MHz Band)

The Band Class 10 system designators for the mobile station and base station shall be as specified in Table 2.1.1.1.11-1.

There are five band subclasses specified for Band Class 10. Mobile stations supporting Band Class 10 shall support at least one band subclass belonging to Band Class 10.

Mobile stations supporting Band Class 10 shall be capable of transmitting in Band Class 10.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 10 shall be as specified in Table 2.1.1.1.11-2. Mobile stations supporting Band Class 10 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.11-3. Mobile stations supporting Band Class 10 and Spreading Rate 3 shall support operations on the valid channel numbers shown in Table 2.1.1.1.11-4.

A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.11-5.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.11-6.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s - 50$ if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s + 50$ if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

If the mobile station is transmitting and receiving using the same spreading rate, the nominal mobile station transmit carrier frequency shall be 45.0 MHz (Band Subclasses 0, 1, 2, and 3) or 39.0 MHz (Band Subclass 4) lower than the frequency of the base station transmit signal as measured at the mobile station receiver. If the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3, the nominal mobile station transmit carrier frequency shall be $45.0 - 1.25 \times (1XRL\_FREQ\_OFFSET_s - 1)$ MHz (Band Subclass 0, 1, and 2) or $39.0 - 1.25 \times (1XRL\_FREQ\_OFFSET_s - 1)$ MHz (Band Subclass 3) lower than the carrier frequency of the center CDMA channel transmitted by the base station as measured at the mobile station receiver.

**Table 2.1.1.1.11-1. Band Class 10 System Frequency Correspondence**

| System Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| A | 0 | 806.000–810.975 | 851.000–855.975 |
| B | 1 | 811.000–815.975 | 856.000–860.975 |
| C | 2 | 816.000–820.975 | 861.000–865.975 |
| D | 3 | 821.000–823.975 | 866.000–868.975 |
| E | 4 | 896.000–900.975 | 935.000–939.975 |

**Table 2.1.1.1.11-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 10**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | $0 \leq N \leq 719$ | $0.025\,N + 806.000$ |
| | $720 \leq N \leq 919$ | $0.025\,(N - 720) + 896.000$ |
| Base Station | $0 \leq N \leq 719$ | $0.025\,N + 851.000$ |
| | $720 \leq N \leq 919$ | $0.025\,(N - 720) + 935.000$ |

TIA-2000.2-C-1

**Table 2.1.1.1.11-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 10 and Spreading Rate 1**

| Band Subclass | System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|---|
| | | | | **Mobile Station** | **Base Station** |
| 0 | A | Not Valid<br>Valid<br>Cond. Valid | 0–49<br>50–150<br>151–199 | 806.000–807.225<br>807.250–809.750<br>809.775–810.975 | 851.000–852.225<br>852.250–854.750<br>854.775–855.975 |
| 1 | B | Cond. Valid<br>Valid<br>Cond. Valid | 200–249<br>250–350<br>351–399 | 811.000–812.225<br>812.250–814.750<br>814.775–815.975 | 856.000–857.225<br>857.250–859.750<br>859.775–860.975 |
| 2 | C | Cond. Valid<br>Valid<br>Cond. Valid | 400–449<br>450–550<br>551–599 | 816.000–817.225<br>817.250–819.750<br>819.775–820.975 | 861.000–862.225<br>862.250–864.750<br>864.775–865.975 |
| 3 | D | Cond. Valid<br>Valid<br>Not Valid | 600–649<br>650–670<br>671–719 | 821.000–822.225<br>822.250–822.750<br>822.775–823.975 | 866.000–867.225<br>867.250–867.750<br>867.775–868.975 |
| 4 | E | Not Valid<br>Valid<br>Not Valid | 720–769<br>770–870<br>871–919 | 896.000–897.225<br>897.250–899.750<br>899.775–900.975 | 935.000–936.225<br>936.250–938.750<br>938.775–939.975 |

TIA-2000.2-C-1

**Table 2.1.1.1.11-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 10 and Spreading Rate 3**

| Band Subclass | System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|---|
| | | | | Mobile Station | Base Station |
| 0 | A | Not Valid<br>Valid<br>Cond. Valid | 0–99<br>100<br>101–199 | 806.000–808.475<br>808.500<br>808.525–810.975 | 851.000–853.475<br>853.500<br>853.525–855.975 |
| 1 | B | Cond. Valid<br>Valid<br>Cond. Valid | 200–299<br>300<br>301–399 | 811.000–813.475<br>813.500<br>813.525–815.975 | 856.000–858.475<br>858.500<br>858.525–860.975 |
| 2 | C | Cond. Valid<br>Valid<br>Cond. Valid | 400–499<br>500<br>501–599 | 816.000–818.475<br>818.500<br>818.525–820.975 | 861.000–863.475<br>863.500<br>863.525–865.975 |
| 3 | D | Cond. Valid<br>Not Valid | 600–620<br>621–719 | 821.000–821.500<br>821.525–823.975 | 866.000–866.500<br>866.525–868.975 |
| 4 | E | Not Valid<br>Valid<br>Not Valid | 720–769<br>770–870<br>871–919 | 896.000–897.225<br>897.250–99.750<br>899.775–900.975 | 935.000–936.225<br>936.250–938.750<br>938.775–939.975 |

**Table 2.1.1.1.11-5. CDMA Preferred Set of Frequency Assignments for Band Class 10**

| Band Subclass | System Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|---|
| 0 | A | 1 | 50, 100, 150, |
| | | 3 | 100 |
| 1 | B | 1 | 250, 300, 350 |
| | | 3 | 300 |
| 2 | C | 1 | 450, 500, 550 |
| | | 3 | 500 |
| 3 | D | 1 | 650, 670 |
| | | 3 | Not applicable |
| 4 | E | 1 | 770, 820, 870 |
| | | 3 | 820 |

TIA-2000.2-C-1

**Table 2.1.1.1.11-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 10**

| Band Subclass | System Designator | Preferred Set of Channel Numbers |
|:---:|:---:|:---:|
| 0 | A | 150 |
| 1 | B | 300 |
| 2 | C | 450, 500 |
| 3 | D | Not applicable |
| 4 | E | 820 |

2.1.1.1.12 Band Class 11 (400 MHz European PAMR Band)

The Band Class 11 block designators for the mobile station and base station shall be as specified in Table 2.1.1.1.12-1.

There are six~~four~~ band subclasses specified for Band Class 11. Each band subclass corresponds to a specific block designator (see Table 2.1.1.1.12-1). Each band subclass includes all the channels designated for that block. Mobile stations supporting Band Class 11 shall be capable of transmitting in at least one band subclass belonging to Band Class 11. For mobiles capable of transmitting in more than one band subclass belonging to Band Class 11, one band subclass shall be designated as the Primary Band Subclass, which is the band subclass used by the mobile's home system.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 11 shall be as specified in Table 2.1.1.1.12-2. Mobile stations supporting Band Class 11 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.12-3, depending on the Band Subclass of mobile station. Mobile stations supporting Band Class 11 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.12-4 ~~Table 2.1.1.1.11-4~~, depending on the Band Subclass of the mobile station.

Channel numbers for the Primary CDMA Channels and the Secondary CDMA Channels and the band subclasses are given in Table 2.1.1.1.12-5 ~~Table 2.1.1.1.11-5~~.

A preferred set of Sync Channel frequency assignments for the multi-carrier mode is given in Table 2.1.1.1.12-6 ~~Table 2.1.1.1.11-6~~.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$. If the mobile station uses Spreading Rate 3 for the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by $CDMACH_s$ - 50 if $1XRL\_FREQ\_OFFSET_s$ equals '00', on the CDMA Channel designated by $CDMACH_s$ if $1XRL\_FREQ\_OFFSET_s$ equals '01', or on the CDMA Channel designated by $CDMACH_s$ + 50 if $1XRL\_FREQ\_OFFSET_s$ equals '10'.

1  If the mobile station is transmitting and receiving using the same spreading rate, the
2  nominal mobile station transmit carrier frequency shall be 10.0 MHz lower than the
3  frequency of the base station transmit signal as measured at the mobile station receiver. If
4  the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3,
5  the nominal mobile station transmit carrier frequency shall be 10.0 - 1.25 ×
6  (1XRL_FREQ_OFFSET$_s$ - 1) MHz lower than the frequency of the base station transmit
7  signal as measured at the mobile station receiver.

8

9  **Table 2.1.1.1.12-1.  Band Class 11 Block Frequency Correspondence**
10  **and Band Subclasses**

| Block Designator | Band Subclass | Transmit Frequency Band (MHz) | |
| --- | --- | --- | --- |
| | | Mobile Station | Base Station |
| A | 0 | 452.500-457.475 | 462.500-467.475 |
| B | 1 | 410.000-414.975 | 420.000-424.975 |
| C | 2 | 415.000-419.975 | 425.000-429.975 |
| D | 3 | 451.000-455.975 | 461.000-465.975 |
| E | 4 | 415.000-417.975 | 425.000-427.975 |
| F | 5 | 452.500-455.475 | 462.500-465.475 |

11

12  **Table 2.1.1.1.12-2.  CDMA Channel Number to CDMA Frequency Assignment**
13  **Correspondence for Band Class 11**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
| --- | --- | --- |
| Mobile Station | $1 \leq N \leq 400$ | 0.025 (N - 1) + 450.000 |
| | $1001 \leq N \leq 1400$ | 0.025 (N - 1001) + 410.000 |
| Base Station | $1 \leq N \leq 400$ | 0.025 (N - 1) + 460.000 |
| | $1001 \leq N \leq 1400$ | 0.025 (N - 1001) + 420.000 |

14

TIA-2000.2-C-1

**Table 2.1.1.1.12-3.  CDMA Channel Numbers and Corresponding Frequencies for Band Class 11 and Spreading Rate 1**

| Block Designator | Valid CDMA Frequency Assignments | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (5 MHz) | Not Valid | 101–125 | 452.500–453.100 | 462.500–463.100 |
| | Valid | 126–275 | 453.125–456.850 | 463.125–466.850 |
| | Not Valid | 276–300 | 456.875–457.475 | 466.875–467.475 |
| B (5 MHz) | Not Valid | 1001–1025 | 410.000–410.600 | 420.000–420.600 |
| | Valid | 1026–1175 | 410.625–414.350 | 420.625–424.350 |
| | Not Valid | 1176–1200 | 414.375–414.975 | 424.375–424.975 |
| C (5 MHz) | Not Valid | 1201–1225 | 415.000–415.600 | 425.000–425.600 |
| | Valid | 1226–1375 | 415.625–419.350 | 425.625–429.350 |
| | Not Valid | 1376–1400 | 419.375–419.975 | 429.375–429.975 |
| D (5 MHz) | Not Valid | 41–65 | 451.000–451.600 | 461.000–461.600 |
| | Valid | 66–215 | 451.625–455.350 | 461.625–465.350 |
| | Not Valid | 216–240 | 455.375–455.975 | 465.375–465.975 |
| E (3 MHz) | Not Valid | 1201-1234 | 415.000–415.825 | 425.000–425.825 |
| | Valid | 1235-1285 | 415.850-417.100 | 425.850-427.100 |
| | Not Valid | 1286-1320 | 417.125-417.975 | 427.125-427.975 |
| F (3 MHz) | Not Valid | 101–134 | 452.500–453.325 | 462.500–463.325 |
| | Valid | 135–185 | 453.350–454.600 | 463.350–464.600 |
| | Not Valid | 186–220 | 454.625–455.475 | 464.625–465.475 |

**Table 2.1.1.1.12-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 11 and Spreading Rate 3**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (5 MHz) | Not Valid<br>Valid<br>Not Valid | 101-200<br>201<br>202-300 | 452.500-454.975<br>455.000<br>455.025–457.475 | 462.500-464.975<br>465.000<br>465.025-467.475 |
| B (5 MHz) | Not Valid<br>Valid<br>Not Valid | 1001–1100<br>1101<br>1102–1200 | 410.000–412.475<br>412.500<br>412.525–414.975 | 420.000–422.475<br>422.500<br>422.525–424.975 |
| C (5 MHz) | Not Valid<br>Valid<br>Not Valid | 1201–1300<br>1301<br>1302–1400 | 415.000–417.475<br>417.500<br>417.525–419.975 | 425.000–427.475<br>427.500<br>427.525–429.975 |
| D (5 MHz) | Not Valid<br>Valid<br>Not Valid | 41–140<br>141<br>142–240 | 451.000–453.475<br>453.500<br>453.525–455.975 | 461.000–463.475<br>463.500<br>463.525–465.975 |
| E (3 MHz) | Not Valid | 1201-1320 | 415.000–417.975 | 425.000–427.975 |
| F (3 MHz) | Not Valid | 101-220 | 452.500–455.475 | 462.500–465.475 |

**Table 2.1.1.1.12-5.  CDMA Preferred Set of Frequency Assignments for Band Class 11 and Spreading Rate1**

| Block Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|
| A | 1 | 151, 201, 251 |
| | 3 | 201 |
| B | 1 | 1051, 1101, and 1151 |
| | 3 | 1101 |
| C | 1 | 1251, 1301, and 1351 |
| | 3 | 1301 |
| D | 1 | 91, 141, 191 |
| | 3 | 141 |
| E | 1 | 1235, 1285 |
| F | 1 | 135, 185 |

**Table 2.1.1.1.12-6. Sync Channel Preferred Set of Frequency Assignments for Spreading Rate 3 for Band Class 1**

| Block Designator | Preferred Set Channel Numbers |
|---|---|
| A | 201 |
| B | 1101 |
| C | 1301 |
| D | 141 |
| E | None |
| F | None |

2.1.1.1.13 Band Class 12 (800 MHz PAMR Band)

The Band Class 12 block designators for the mobile station and base station are not specified.

Mobile stations supporting Band Class 12 shall be capable of transmitting in Band Class 12.

The Band Class 12 block designators for the CDMA equipment shall be as specified in Table 2.1.1.1.13-1. There are two band subclasses specified for Band Class 12. Each band subclass corresponds to a specific block designator (see Table 2.1.1.1.13-1). Each band subclass includes all the channels designated for that block. CDMA equipments supporting Band Class 12 shall be capable of transmitting in at least one band subclass belonging to Band Class 12. For CDMA equipments capable of transmitting in more than one band subclass belonging to Band Class 12, one band subclass shall be designated as the Primary Band Subclass, which is the band subclass used by the mobile's home system.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 12 shall be as specified in Table 2.1.1.1.13-2 Table 2.1.1.1.13-1. Mobile stations supporting Band Class 12 and Spreading Rate 1 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.13-3 Table 2.1.1.1.13-2. Mobile stations supporting Band Class 12 and Spreading Rate 3 shall support transmission on the valid channel numbers shown in Table 2.1.1.1.13-4 Table 2.1.1.1.13-3.

A preferred set of CDMA frequency assignments is given in Table 2.1.1.1.13-5 Table 2.1.1.1.13-4.

If the mobile station uses Spreading Rate 1 or Spreading Rate 3 for both the Forward and the Reverse Traffic Channel, then it shall transmit the Reverse Traffic Channel on the

1 CDMA Channel designated by CDMACH$_s$. If the mobile station uses Spreading Rate 3 for
2 the Forward Traffic Channel and uses Spreading Rate 1 for the Reverse Traffic Channel,
3 then it shall transmit the Reverse Traffic Channel on the CDMA Channel designated by
4 CDMACH$_s$ - 50 if 1XRL_FREQ_OFFSET$_s$ equals '00', on the CDMA Channel designated by
5 CDMACH$_s$ if 1XRL_FREQ_OFFSET$_s$ equals '01', or on the CDMA Channel designated by
6 CDMACH$_s$ + 50 if 1XRL_FREQ_OFFSET$_s$ equals '10'.

7 If the mobile station is transmitting and receiving using the same spreading rate, the
8 nominal mobile station transmit carrier frequency shall be 45.0 MHz lower than the
9 frequency of the base station transmit signal as measured at the mobile station receiver. If
10 the mobile station is transmitting on Spreading Rate 1 and receiving on Spreading Rate 3,
11 the nominal mobile station transmit carrier frequency shall be 45.0 - 1.25 ×
12 (1XRL_FREQ_OFFSET$_s$ - 1) MHz lower than the center frequency of the center CDMA
13 channel transmitted by the base station as measured at the mobile station receiver.

14 At the base station, if a Band Class 12 carrier operates with Spreading Rate 3, then all
15 three carriers shall be separated by 50 CDMA Channels (1.25 MHz separation).

16

17 **Table 2.1.1.1.13-1. Band Class 12 Block Frequency Correspondence and Band**
18 **Subclasses**

| Block Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| A | 0 | 870.0125–875.9875 | 915.0125–920.9875 |
| B | 1 | 871.5125–874.4875 | 916.5125–919.4875 |

19

20 **Table 2.1.1.1.13-2. CDMA Channel Number to CDMA Frequency Assignment**
21 **Correspondence for Band Class 12**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Mobile Station | 0 ≤ N ≤ 239 | 870.0125 + 0.025 N |
| Base Station | 0 ≤ N ≤ 239 | 915.0125 + 0.025 N |

TIA-2000.2-C-1

1

2  **Table 2.1.1.1.13-3. CDMA Channel Numbers and Corresponding Frequencies for Band**
3  **Class 12 and Spreading Rate 1**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| Not Valid | 0–64 | 870.0125–871.6125 | 915.0125–916.6125 |
| Valid | 65–214 | 871.6375–875.3625 | 916.6375–875.3625 |
| Not Valid | 215–239 | 875.3875–875.9875 | 920.3875–920.9875 |

| Block Designator | Valid CDMA Frequency Assignment | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (6MHz) | Not Valid | 0–64 | 870.0125–871.6125 | 915.0125–916.6125 |
| | Valid | 65–214 | 871.6375–875.3625 | 916.6375–920.3625 |
| | Not Valid | 215–239 | 875.3875–875.9875 | 920.3875–920.9875 |
| B (3 MHz) | Not Valid | 60–93 | 871.5125–872.3375 | 916.5125–917.3375 |
| | Valid | 94–144 | 872.3625–873.6125 | 917.3625–918.6125 |
| | Not Valid | 145–179 | 873.6375–874.4875 | 918.6375–919.4875 |

4

**Table 2.1.1.1.13-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 12 and Spreading Rate 3**

| Block Designator | Valid CDMA Frequency Assignment | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (6MHz) | Not Valid<br>Valid<br>Not Valid | 0–138<br>139<br>140–239 | 870.0125–873.4625<br>873.4875<br>873.5125–875.9875 | 915.0125–918.4625<br>918.4875<br>918.5125–920.9875 |
| B (3 MHz) | Not Valid | 60–179 | 871.5125–874.4875 | 916.5125–919.4875 |

| ~~CDMA Channel Validity~~ | ~~CDMA Channel Number~~ | ~~Transmit Frequency Band (MHz)~~ | |
|---|---|---|---|
| | | ~~Mobile Station~~ | ~~Base Station~~ |
| ~~Not Valid~~<br>~~Valid~~<br>~~Not Valid~~ | ~~0–138~~<br>~~139~~<br>~~140–239~~ | ~~870.0125–873.4625~~<br>~~873.4875~~<br>~~873.5125–875.9875~~ | ~~915.0125–918.4625~~<br>~~918.4875~~<br>~~918.5125–920.9875~~ |

**Table 2.1.1.1.13-5. CDMA Preferred Set of Frequency Assignments for Band Class 12**

| Block Designator | Spreading Rate | Preferred Set Channel Numbers |
|---|---|---|
| A | 1 | 89, 139, 189 |
| | 3 | 139 |
| B | 1 | 94, 144 |
| | 3 | None |

| ~~Spreading Rate~~ | ~~Preferred Set Channel Numbers~~ |
|---|---|
| ~~1~~ | ~~94, 144, 194~~ |
| ~~3~~ | ~~144~~ |

TIA-2000.2-C-1

2.1.1.2 Frequency Tolerance

The mobile station shall meet the requirements in Section 4.1.1 of the current version of [11].

2.1.2 Power Output Characteristics

All power levels are referenced to the mobile station antenna connector unless otherwise specified.

2.1.2.1 Maximum Output Power

The mobile station shall meet the requirements in Sections 4.4.5 and 5.1 of the current version of [11].

The mobile station shall be capable of transmitting at the minimum specified power level when transmitting only on the Access Channel, Enhanced Access Channel, Reverse Common Control Channel, or Reverse Fundamental Channel and when commanded to maximum output power. The output power may be lower when transmitting on more than one of the following: Reverse Dedicated Control Channel, Reverse Fundamental Channel, Reverse Supplemental Channel, Reverse Supplemental Code Channel, Reverse Acknowledgment Channel, or Reverse Channel Quality Indicator Channel. The mobile station shall not exceed the maximum specified power levels under any circumstances.

2.1.2.2 Output Power Limits

2.1.2.2.1 Minimum Controlled Output Power

The mobile station shall meet the requirements in Section 4.4.6 of the current version of [11].

2.1.2.2.2 Gated Output Power

2.1.2.2.2.1 Gated Output Power Except During a Serving Frequency PUF Probe

The transmitter noise floor should be less than –60 dBm/1.23 MHz and shall be less than –54 dBm/1.23 MHz.

The mobile station transmits at nominal controlled power levels only during gated-on periods, which are defined as a power control group.

During gated-off periods, between the transmissions of power control groups, the mobile station shall reduce its mean output power, either by at least 20 dB with respect to the mean output power of the most recent gated-on power control group or to the transmitter noise floor, whichever is the greater power.

Given an ensemble of K gated-on power control groups, all with the same mean output power, the time response of the ensemble average shall be within the limits shown in Figure 2.1.2.2.2.1-1.

This section applies to the following cases:

- When operating with Radio Configuration 1 or 2 in variable data rate transmission mode (see 2.1.3.1.9.1),

- When operating with Reverse Pilot Channel gating (see 2.1.3.2.3),

- When transmitting the Enhanced Access Channel preamble or the Reverse Common Control Channel preamble (see 2.1.3.4.2.3 and 2.1.3.5.2.3),

- When operating the Reverse Fundamental Channel ~~gating~~ with Reverse Radio Configurations 3, 4, 5, or~~and~~ 6 and gating is used.

- When operating with Reverse Channel Quality Indicator Channel gating.



**Figure 2.1.2.2.2.1-1. Transmission Envelope Mask (Average Gated-on Power Control Group)**

2.1.2.2.2.2 Gated Output Power During a Serving Frequency PUF Probe

If the mobile station transmits gated-off power control groups during the PUF recovery time, the mobile station shall reduce its mean output power, either by at least 20 dB with respect to the mean output power of the power control group prior to the final power control group of the PUF Setup time, or to the transmitter noise floor, whichever is the greater power.

2.1.2.2.3 Standby Output Power

The mobile station shall disable its transmitter except when transmitting on the Reverse CDMA Channel.

TIA-2000.2-C-1

1  When the transmitter of a mobile station is disabled, the output noise power spectral
2  density of the mobile station shall be less than –61 dBm/1 MHz for all frequencies within
3  the transmit bands that the mobile station supports.

4  2.1.2.3 Controlled Output Power

5  The mobile station shall provide three independent means for output power adjustment: an
6  open loop estimation performed by the mobile station, a closed loop correction involving
7  both the mobile station and the base station, and, for Radio Configurations 3 through 6, a
8  code channel attribute adjustment performed by the mobile station and the base station.

9  Accuracy requirements on the controlled range of mean output power (see 2.1.2.4) need not
10 apply for the following three cases: mean output power levels exceeding the minimum EIRP
11 at the maximum output power for the corresponding mobile station class (see 2.1.2.1);
12 mean output power levels less than the minimum controlled output power (see 2.1.2.2.1);
13 or mean input power levels exceeding -25 dBm within the 1.23 MHz CDMA bandwidth for
14 Spreading Rate 1 or –20 dBm within the 3.69 MHz CDMA bandwidth for Spreading Rate 3.

15 2.1.2.3.1 Estimated Open Loop Output Power

16 In the following equations, mean power is referenced to the nominal CDMA Channel
17 bandwidth of 1.23 MHz for Spreading Rate 1 or 3.69 MHz for Spreading Rate 3. The offset
18 power is summarized in Table 2.1.2.3.1-1.

19

TIA-2000.2-C-1

Table 2.1.2.3.1-1. Open Loop Power Offsets

| Band Class | Forward Spreading Rate | Reverse Spreading Rate | Reverse Channels | Offset Power[6] |
|---|---|---|---|---|
| 0, 2, 3, 5, 7, 9, 10, 11, and 12 | 1 | 1 | Access Channel<br>Reverse Traffic Channel (RC = 1 or 2) | −73 |
| | | | Enhanced Access Channel<br>Reverse Common Control Channel<br>Reverse Traffic Channel (RC = 3 or 4)<br>~~Enhanced Access Channel~~<br>~~Reverse Common Control Channel~~<br>~~Reverse Traffic Channel (RC = 3 or 4)~~ | −81.5 |
| | 3 | 1 | Reverse Traffic Channel (RC = 3 or 4) | −76.5 |
| | | 3 | Enhanced Access Channel<br>Reverse Common Control Channel<br>Reverse Traffic Channel (RC = 5 or 6) | −76.5 |
| 1, 4, 6, and 8 | 1 | 1 | Access Channel<br>Reverse Traffic Channel (RC = 1 or 2) | −76 |
| | | | Enhanced Access Channel<br>Reverse Common Control Channel<br>Reverse Traffic Channel (RC = 3 or 4)<br>~~Enhanced Access Channel~~<br>~~Reverse Common Control Channel~~<br>~~Reverse Traffic Channel (RC = 3 or 4)~~ | −84.5 |
| | 3 | 1 | Reverse Traffic Channel (RC = 3 or 4) | −79.5 |
| | | 3 | Enhanced Access Channel<br>Reverse Common Control Channel<br>Reverse Traffic Channel (RC = 5 or 6) | −79.5 |

2.1.2.3.1.1 Open Loop Output Power When Transmitting on the Access Channel

The mobile station shall transmit each Access probe at a mean output power level defined by[7]

---

[6]For simplicity, the Offset Power constants are expressed without units. For example, −73 is equal to $10 \times \log_{10} (10^{-7.3} \text{ mW}^2)$.

[7]The purpose of having both an INIT_PWR$_S$ and a NOM_PWR_EXT$_S$ value is to distinguish between their use. If INIT_PWR$_S$ were 0, then NOM_PWR$_S$ − 16 × NOM_PWR_EXT$_S$ would be the correction that should provide the correct received power at the base station. NOM_PWR$_S$ − 16 × NOM_PWR_EXT$_S$ allows the open loop estimation process to be adjusted for different operating environments.

TIA-2000.2-C-1

mean output power (dBm) =

$\qquad$ – mean input power (dBm)

$\qquad$ + offset power (from Table 2.1.2.3.1-1)

$\qquad$ + interference correction

$\qquad$ + $\text{NOM\_PWR}_s$ – 16 × $\text{NOM\_PWR\_EXT}_s$

$\qquad$ + $\text{INIT\_PWR}_s$

$\qquad$ + $\text{PWR\_LVL}$ × $\text{PWR\_STEP}_s$,

where interference correction = min(max(–7 – ECIO, 0), 7), ECIO is the $E_c/I_0$ (dB) per carrier of the strongest active set pilot, measured within the previous 500 ms, and PWR_LVL is a non-negative integer which is the power level adjustment step.

The mobile station shall determine $E_c/I_0$ (dB) by taking the ratio of the received pilot energy per chip, $E_c$, to the total received power spectral density (noise and signals), of at most k usable multipath components, where k is the number of demodulating elements supported by the mobile station. The mobile station shall determine the total received power spectral density, $I_0$, over 1.23 MHz.

During an Access probe transmission, the mobile station shall update the mean output power in response to changes in the mean input power. For subsequent Access probes in an Access probe sequence, the mobile station shall update the mean output power in response to changes in the mean input power, the interference correction, and PWR_LVL.

For Band Classes 0 and 3, $\text{NOM\_PWR\_EXT}_s$ is set to 0 and the range of the $\text{NOM\_PWR}_s$ – 16 × $\text{NOM\_PWR\_EXT}_s$ correction is from –8 to +7 dB. For Band Classes 1, 2, 4, 5, 6, 7, 8, 9, and 10, the range of the $\text{NOM\_PWR}_s$ – 16 × $\text{NOM\_PWR\_EXT}_s$ correction is from –24 to +7 dB. The range of the $\text{INIT\_PWR}_s$ parameter is –16 to +15 dB, with a nominal value of 0 dB. The range of the $\text{PWR\_STEP}_s$ parameter is 0 to 7 dB. The accuracy of the adjustment to the mean output power due to $\text{NOM\_PWR}_s$, $\text{NOM\_PWR\_EXT}_s$, $\text{INIT\_PWR}_s$, or a single Access probe correction of $\text{PWR\_STEP}_s$ shall be ±0.5 dB or ±20% of the value in dB, whichever is greater.

The mobile station shall support a total combined range of interference correction, $\text{NOM\_PWR}_s$, $\text{NOM\_PWR\_EXT}_s$, $\text{INIT\_PWR}_s$, and $\text{PWR\_LVL}$ × $\text{PWR\_STEP}_s$ of at least ±32 dB for mobile stations operating in Band Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12, and ±40 dB for mobile stations operating in Band Classes 1, 4, 6, and 8.

Prior to application of corrections from $\text{PWR\_LVL}$ × $\text{PWR\_STEP}_s$, closed loop power control corrections, and with $\text{INIT\_PWR}_s$ set to zero, the mobile station's estimated open loop mean output power should be within ±6 dB and shall be within ±9 dB of the value determined by the following relationship:

---

$\text{INIT\_PWR}_s$ is the adjustment that is made to the first Access Channel probe so that it should be received at somewhat less than the required signal power. This conservatism partially compensates for occasional, partially decorrelated path losses between the Forward CDMA Channel and the Reverse CDMA Channel.

mean output power (dBm) =
         – mean input power (dBm)
         + offset power (from Table 2.1.2.3.1-1)
         + interference correction
         + $NOM\_PWR_s - 16 \times NOM\_PWR\_EXT_s$.

This requirement shall be met over the full range of $NOM\_PWR_s - 16 \times NOM\_PWR\_EXT_s$ (from –8 to +7 dB for Band Classes 0 and 3, and from –24 to +7 dB for Band Classes 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, and 12).

2.1.2.3.1.2 Open Loop Output Power When Transmitting on the Enhanced Access Channel

The mobile station shall transmit the Enhanced Access preamble (see 2.1.3.4.2.3) at a mean output power defined by

mean pilot channel output power (dBm) =
         – mean input power (dBm)
         + offset power (from Table 2.1.2.3.1-1)
         + interference correction
         + $EACH\_NOM\_PWR_s$
         + $EACH\_INIT\_PWR_s$
         + 6
         + $PWR\_LVL \times EACH\_PWR\_STEP_s$,

where interference correction = $\min(\max(IC\_THRESH_s - ECIO, 0), IC\_MAX_s)$, ECIO is the $E_c/I_0$ (dB) per carrier of the strongest active set pilot, measured within the previous 500 ms, and PWR_LVL is a non-negative integer which is the power level adjustment step.

The mobile station shall determine $E_c/I_0$ (dB) by taking the ratio of the received pilot energy per chip, $E_c$, to the total received power spectral density (noise and signals), of at most k usable multipath components, where k is the number of demodulating elements supported by the mobile station. While receiving Spreading Rate 1, the mobile station shall determine the total received power spectral density, $I_0$, over 1.23 MHz; while receiving Spreading Rate 3, the mobile station shall determine the total received power spectral density, $I_0$, over 3.69 MHz. While receiving Spreading Rate 3, the mobile station shall determine $E_c/I_0$ by summing the $E_c$ from each multipath component for all three carriers and normalizing by $I_0$.

During an initial Enhanced Access probe transmission, the mobile station shall update the mean output power in response to changes in the mean input power. For subsequent Enhanced Access probes in an Enhanced Access probe sequence, the mobile station shall update the mean output power in response to changes in the mean input power, the interference correction, and PWR_LVL.

After transmitting the Enhanced Access Channel preamble, and before receiving the first valid power control bit, the mobile station shall transmit the Reverse Pilot Channel at a mean output power defined by

mean pilot channel output power (dBm) =

– mean input power (dBm)

+ offset power (from Table 2.1.2.3.1-1)

+ interference correction

+ EACH_NOM_PWR$_s$

+ EACH_INIT_PWR$_s$

+ PWR_LVL × EACH_PWR_STEP$_s$.

~~If closed loop power control is enabled for the Enhanced Access Channel, then after the first valid power control bit is received, the mobile station shall transmit the Reverse Pilot Channel during the Enhanced Access header and Enhanced Access data transmission at a mean output power defined by~~

~~mean pilot channel output power (dBm) =~~

~~– mean input power (dBm)~~

~~+ offset power (from Table 2.1.2.3.1-1)~~

~~+ interference correction~~

~~+ EACH_NOM_PWR$_s$~~

~~+ EACH_INIT_PWR$_s$~~

~~+ PWR_LVL × EACH_PWR_STEP$_s$~~

~~+ the sum of all closed loop power control corrections (dB).~~

~~The mobile station shall not update the interference correction after the first valid power control bit is received.~~

The range of the EACH_NOM_PWR$_s$ correction is –16 to +15 dB. The range of the EACH_INIT_PWR$_s$ parameter is –16 to +15 dB, with a nominal value of 0 dB. The range of the EACH_PWR_STEP$_s$ parameter is 0 to 7 dB. The accuracy of the adjustment to the mean output power due to EACH_NOM_PWR$_s$, EACH_INIT_PWR$_s$, or a single Enhanced Access probe correction of EACH_PWR_STEP$_s$ shall be ±0.5 dB or ±20% of the value in dB, whichever is greater.

The mobile station shall support a total combined range of interference correction, EACH_NOM_PWR$_s$, EACH_INIT_PWR$_s$, and PWR_LVL × EACH_PWR_STEP$_s$~~, and closed loop power control corrections (if applicable)~~ of at least ±32 dB for mobile stations operating in Band Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12, and of at least ±40 dB for mobile stations operating in Band Classes 1, 4, 6, and 8.

Prior to application of corrections from PWR_LVL × EACH_PWR_STEP$_s$, ~~closed loop power control corrections,~~ with EACH_INIT_PWR$_s$ set to zero, and with the mobile station only transmitting on the Reverse Pilot Channel, the mobile station's estimated open loop mean output power should be within ±6 dB and shall be within ±9 dB of the value determined by the following relationship:

mean pilot channel output power (dBm) =

– mean input power (dBm)

+ offset power (from Table 2.1.2.3.1-1)

+ interference correction

+ EACH_NOM_PWR$_s$.

This requirement shall be met over the full range of EACH_NOM_PWR$_s$ (from –16 to +15 dB).

### 2.1.2.3.1.3 Open Loop Output Power When Transmitting on the Reverse Common Control Channel

When operating in the Reservation Access Mode, the mobile station shall transmit the Reverse Common Control Channel preamble (see 2.1.3.5.2.3) at a mean output power defined by

mean pilot channel output power (dBm) =
$$– \text{ mean input power (dBm)}$$
$$+ \text{ offset power (from Table 2.1.2.3.1-1)}$$
$$+ \text{ interference correction}$$
$$+ \text{RCCCH\_NOM\_PWR}_s$$
$$+ \text{RCCCH\_INIT\_PWR}_s$$
$$+ \text{PREV\_CORRECTIONS}$$
$$+ 6,$$

where interference correction = min(max(IC_THRESH$_s$ – ECIO, 0), IC_MAX$_s$), and ECIO is the $E_c/I_0$ (dB) per carrier of the strongest active set pilot, measured within the previous 500 ms.

The mobile station shall determine $E_c/I_0$ (dB) by taking the ratio of the received pilot energy per chip, $E_c$, to the total received power spectral density (noise and signals), of at most k usable multipath components, where k is the number of demodulating elements supported by the mobile station. While receiving Spreading Rate 1, the mobile station shall determine the total received power spectral density, $I_0$, over 1.23 MHz; while receiving Spreading Rate 3, the mobile station shall determine the total received power spectral density, $I_0$, over 3.69 MHz. While receiving Spreading Rate 3, the mobile station shall determine $E_c/I_0$ by summing the $E_c$ from each multipath component for all three carriers and normalizing by $I_0$.

The mobile station shall set PREV_CORRECTIONS to PWR_LVL × EACH_PWR_STEP$_s$ + sum of all closed loop power control corrections, if applicable, from operation on the Enhanced Access Channel.

After transmitting the Reverse Common Control Channel preamble while in the Reservation Access Mode, and before receiving the first valid power control bit, the mobile station shall transmit the Reverse Pilot Channel at a mean output power defined by

mean pilot channel output power (dBm) =
$$– \text{ mean input power (dBm)}$$
$$+ \text{ offset power (from Table 2.1.2.3.1-1)}$$
$$+ \text{ interference correction}$$
$$+ \text{RCCCH\_NOM\_PWR}_s$$
$$+ \text{RCCCH\_INIT\_PWR}_s$$
$$+ \text{PREV\_CORRECTIONS.}$$

TIA-2000.2-C-1

After the first valid power control bit is received while in the Reservation Access Mode, the mobile station shall transmit the Reverse Pilot Channel at a mean output power defined by

> mean pilot channel output power (dBm) =
> > – mean input power (dBm)
> > + offset power (from Table 2.1.2.3.1-1)
> > + interference correction
> > + RCCCH_NOM_PWR$_S$
> > + RCCCH_INIT_PWR$_S$
> > + PREV_CORRECTIONS
> > + the sum of all closed loop power control corrections (dB).

The mobile station shall not update the interference correction after the first power control bit is received.

The range of the RCCCH_NOM_PWR$_S$ correction is –16 to +15 dB. The range of the RCCCH_INIT_PWR$_S$ parameter is –16 to +15 dB, with a nominal value of 0 dB. The accuracy of the adjustment to the mean output power due to RCCCH_NOM_PWR$_S$ or RCCCH_INIT_PWR$_S$ shall be ±0.5 dB or ±20% of the value in dB, whichever is greater.

The mobile station shall support a total combined range of interference correction, RCCCH_NOM_PWR$_S$, RCCCH_INIT_PWR$_S$, PREV_CORRECTIONS, and closed loop power control corrections of at least ±32 dB for mobile stations operating in Band Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12, and ±40 dB for mobile stations operating in Band Classes 1, 4, 6, and 8.

Prior to application of closed loop power control corrections, with RCCCH_INIT_PWR$_S$ set to zero, and with the mobile station only transmitting on the Reverse Pilot Channel, the mobile station's estimated open loop mean output power should be within ±6 dB and shall be within ±9 dB of the value determined by the following relationship:

> mean pilot channel output power (dBm) =
> > – mean input power (dBm)
> > + offset power (from Table 2.1.2.3.1-1)
> > + interference correction
> > + RCCCH_NOM_PWR$_S$
> > + PREV_CORRECTIONS.

This requirement shall be met over the full range of RCCCH_NOM_PWR$_S$ (from –16 to +15 dB).

2.1.2.3.1.4 Open Loop Output Power When Transmitting on the Reverse Traffic Channel with Radio Configuration 1 or 2

The initial transmission on the Reverse Fundamental Channel with Radio Configurations 1 or 2 shall be at a mean output power defined by

mean output power (dBm) =

        − mean input power (dBm)

        + offset power (from Table 2.1.2.3.1-1)

        + interference correction

        + ACC_CORRECTIONS

        + RLGAIN_ADJ$_s$,

where interference correction = min(max(−7 − ECIO, 0), 7), and ECIO is the $E_c/I_0$ (dB) per carrier of the strongest active set pilot, measured within the previous 500 ms.

The mobile station shall determine $E_c/I_0$ (dB) by taking the ratio of the received pilot energy per chip, $E_c$, to the total received power spectral density (noise and signals), of at most k usable multipath components, where k is the number of demodulating elements supported by the mobile station. The mobile station shall determine the total received power spectral density, $I_0$, over 1.23 MHz.

If the last channel used prior to operation on the Reverse Traffic Channel was the Access Channel, the mobile station shall set ACC_CORRECTIONS to NOM_PWR$_s$ − 16 × NOM_PWR_EXT$_s$ + INIT_PWR$_s$ + PWR_LVL × PWR_STEP$_s$.

If the last channel used prior to operation on the Reverse Traffic Channel was the Enhanced Access Channel, the mobile station shall set ACC_CORRECTIONS to EACH_NOM_PWR$_s$ + EACH_INIT_PWR$_s$ + PWR_LVL × EACH_PWR_STEP$_s$ ~~+ sum of all closed loop power control corrections (dB), if applicable~~.

If the last channel used prior to operation on the Reverse Traffic Channel was the Reverse Common Control Channel, the mobile station shall set ACC_CORRECTIONS to RCCCH_NOM_PWR$_s$ + RCCCH_INIT_PWR$_s$ + PREV_CORRECTIONS + sum of all closed loop power control corrections (dB), if applicable.

After the first power control bit is received, the mean output power shall be defined by

mean output power (dBm) =

        − mean input power (dBm)

        + offset power (from Table 2.1.2.3.2-1)

        + interference correction

        + ACC_CORRECTIONS

        + RLGAIN_ADJ$_s$

        + the sum of all closed loop power control corrections (dB)

        + $10 \times \log_{10}$ (1 + NUM_RSCCH) (dB),

where NUM_RSCCH is the number of Reverse Supplemental Code Channels on which the mobile station is transmitting. The range of NUM_RSCCH is from 0 to 7.

The mobile station shall not update the interference correction after the first power control bit is received.

The mobile station shall support a total combined range of interference correction, ACC_CORRECTIONS, RLGAIN_ADJ$_s$, and closed loop power control corrections of at least ±32 dB for mobile stations operating in Band Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12, and ±40 dB for mobile stations operating in Band Classes 1, 4, 6, and 8.

TIA-2000.2-C-1

During a PUF pulse, the mean output power shall be defined by

mean output power (dBm) =
  − mean input power (dBm)
  + offset power (from Table 2.1.2.3.1-1)
  + interference correction
  + ACC_CORRECTIONS
  + RLGAIN_ADJ$_s$
  + the sum of all closed loop power control corrections (dB)
  + PUF_INIT_PWR$_s$
  + CURRENT_PUF_PROBE$_s$ × PUF_PWR_STEP$_s$.

The mobile station shall not begin to increase power for a PUF pulse earlier than one power control group before the beginning of the PUF pulse. The mean output power should reach the PUF pulse power by the beginning of the PUF pulse, and shall reach the PUF pulse power by the end of the first power control group of the PUF pulse. After the end of a PUF pulse transmitted on the serving frequency, the mean output power shall return to either the gated-on or gated-off level by the end of the first power control group of the PUF recovery time. After the end of a PUF pulse transmitted on a PUF target frequency, the mobile station shall disable the transmitter by the end of the first power control group of the PUF recovery time.

During a PUF pulse, the mobile station shall support power increases from the nominal up to the maximum output power. Immediately following the PUF pulse, the mobile station shall decrement its output power to the nominal power or to the gated-off power level with respect to the nominal output power.

The range of PUF_INIT_PWR$_s$ is 0 to 63 dB. The range of PUF_PWR_STEP$_s$ is 0 to 31 dB. The range of CURRENT_PUF_PROBE$_s$ is 1 to 16. The accuracy of the adjustment to the mean output power due to PUF_INIT_PWR$_s$ + (CURRENT_PUF_PROBE$_s$ × PUF_PWR_STEP$_s$) shall be ±1/3 of that value (in dB), or ±3 dB, whichever is greater, unless the resulting mean output power exceeds the mobile station's maximum output power. If the output power exceeds the mobile station's maximum output power, the mean output power shall be within 3 dB of the maximum output power. See Figure 2.1.2.3.1.4-1.



Note: X = PUF_INIT_PWR$_S$ + (CURRENT_PUF_PROBE$_S$ x PUF_PWR_STEP$_S$)

**Figure 2.1.2.3.1.4-1. Power Up Function Transmission Envelope Mask**

2.1.2.3.1.5 Open Loop Output Power When Transmitting on the Reverse Traffic Channel with Radio Configuration 3, 4, 5, or 6

The initial transmission on the Reverse Pilot Channel when transmitting a Reverse Traffic Channel with Radio Configuration 3, 4, 5, or 6 shall be at a mean output power defined by

mean pilot channel output power (dBm) =
    – mean input power (dBm)
    + offset power (from Table 2.1.2.3.1-1)
    + interference correction
    + ACC_CORRECTIONS
    + RLGAIN_ADJ$_S$,

where interference correction = min(max(IC_THRESH$_S$ – ECIO, 0), 7), and ECIO is the $E_c/I_0$ (dB) per carrier of the strongest active set pilot, measured within the previous 500 ms.

The mobile station shall determine $E_c/I_0$ (dB) by taking the ratio of the received pilot energy per chip, $E_c$, to the total received power spectral density (noise and signals), of at most k usable multipath components, where k is the number of demodulating elements supported by the mobile station. While receiving Spreading Rate 1, the mobile station shall determine the total received power spectral density, $I_0$, over 1.23 MHz; while receiving Spreading Rate 3, the mobile station shall determine the total received power spectral density, $I_0$, over 3.69 MHz. While receiving Spreading Rate 3 operation, the mobile station shall determine $E_c/I_0$ by summing the $E_c$ from each multipath component for all three carriers and normalizing by $I_0$.

If the last channel used prior to operation on the Reverse Traffic Channel was the Access Channel, the mobile station shall set ACC_CORRECTIONS to NOM_PWR$_s$ – 16 × NOM_PWR_EXT$_s$ + INIT_PWR$_s$ + PWR_LVL × PWR_STEP$_s$.

If the last channel used prior to operation on the Reverse Traffic Channel was the Enhanced Access Channel, the mobile station shall set ACC_CORRECTIONS to EACH_NOM_PWR$_s$ + EACH_INIT_PWR$_s$ + PWR_LVL × PWR_STEP$_s$ ~~+ sum of all closed loop power control corrections (dB), if applicable~~.

If the last channel used prior to operation on the Reverse Traffic Channel was the Reverse Common Control Channel, the mobile station shall set ACC_CORRECTIONS to RCCCH_NOM_PWR$_s$ + RCCCH_INIT_PWR$_s$ + PREV_CORRECTIONS + sum of all closed loop power control corrections (dB), if applicable.

After the first valid power control bit is received, the mean output power shall be defined by

mean pilot channel output power (dBm) =

- mean input power (dBm)

+ offset power (from Table 2.1.2.3.1-1)

+ interference correction

+ ACC_CORRECTIONS

+ RLGAIN_ADJ$_s$

+ the sum of all closed loop power control corrections.

The mobile station shall not update the interference correction after the first power control bit is received.

The mobile station shall support a total combined range of interference correction, ACC_CORRECTIONS, RLGAIN_ADJ$_s$, and closed loop power control corrections of at least ±32 dB for mobile stations operating in Band Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12, and ±40 dB for mobile stations operating in Band Classes 1, 4, 6, and 8.

2.1.2.3.2 Closed Loop Output Power

For closed loop correction on the Reverse Common Control Channel (with respect to the open loop estimate), the mobile station shall adjust its mean output power level in response to each valid power control bit (see 3.1.3.7) received on the ~~Forward~~ Common Power Control Channel. The nominal change in mean output power per single power control bit shall be 1 dB.

For closed loop correction on the Reverse Traffic Channel, Reverse Acknowledgment Channel, and Reverse Channel Quality Indicator Channel (with respect to the open loop estimate), the mobile station shall adjust its mean output power level in response to each valid power control bit (see 3.1.3.1.11) received on the Forward Fundamental Channel, the Forward Dedicated Control Channel, or the ~~Forward~~ Common Power Control Channel.

For Radio Configuration 1 and 2, a power control bit shall be considered valid if it is received in the second 1.25 ms time slot following a time slot in which the mobile station transmitted (see 3.1.3.1.11), except during a PUF probe. During a PUF probe, the mobile station shall consider a power control bit to be valid if it is received on the serving frequency in the second 1.25 ms time slot following a time slot in which the mobile station

transmitted at the nominal power on the serving frequency. A power control bit received on the fForward pPower cControl sSubchannel is considered invalid if it is received in the second 1.25 ms time slot following a time slot in which the mobile station transmitter was gated off, was changing power levels to increase power for the PUF pulse, was transmitting at the PUF pulse power level, or was changing power levels to decrease power after the PUF pulse.

For Reverse Pilot Channel gating (see 2.1.3.2.3) with Radio Configurations 3 through 6, a power control bit shall be considered valid if it is received during a power control group in which the fForward pPower cControl sSubchannel was transmitted (see 3.1.3.1.11). Otherwise, it shall be considered invalid. For gated transmission other than the Reverse Pilot Channel gating mode with Radio Configurations 3 through 6, a power control bit shall be considered valid if it is received in the 1.25 ms time slot that starts $(\text{REV\_PWR\_CNTL\_DELAY}_s + 1) \times 1.25$ ms following the end of a time slot in which the mobile station transmitted (see 3.1.3.1.11). For gated transmission other than the Reverse Pilot Channel gating mode with Radio Configurations 3 through 6, a power control bit received on the fForward pPower cControl sSubchannel or on the assigned subchannel of the Common Power Control Channel is considered invalid if it is received in the 1.25 ms time slot that starts $(\text{REV\_PWR\_CNTL\_DELAY}_s + 1) \times 1.25$ ms following the end of a time slot in which the mobile station transmitter was gated off.

If the mobile station does not support operation on the Reverse Supplemental Channel or the Reverse Supplemental Code Channel, then the mobile station shall support a 1 dB step size. Otherwise, the mobile station shall support 0.5 dB and 1 dB step sizes. The mobile station may also support any additional step sizes in Table 2.1.2.3.2-1. If a 0.25 dB step size is supported, then the 0.5 dB and 1 dB step sizes shall be supported. The nominal change in mean output power per single power control bit shall be as specified in Table 2.1.2.3.2-1 for the corresponding power control step size ($\text{PWR\_CNTL\_STEP}_s$). The total change in the closed loop mean output power shall be the accumulation of the valid level changes. The mobile station shall lock the accumulation of valid level changes and shall ignore received power control bits when the transmitter is disabled. The total changed closed loop mean output power shall be applied to the total transmit power of the mobile station.

**Table 2.1.2.3.2-1. Closed Loop Power Control Step Size**

| $\text{PWR\_CNTL\_STEP}_s$ | Power Control Step Size (dB nominal) | Tolerance (dB) |
|---|---|---|
| 0 | 1 | ±0.5 |
| 1 | 0.5 | ±0.3 |
| 2 | 0.25 | ±0.2 |

The change in mean output power per single power control bit shall be within the tolerance specified in Table 2.1.2.3.2-1 for the corresponding power control step size. For the 1.0 dB

TIA-2000.2-C-1

step size, the change in mean output power level per 10 valid power control bits of the same sign shall be within ±2.0 dB of 10 times the nominal change (10 dB). For the 0.5 dB step size, the change in mean output power level per 20 valid power control bits of the same sign shall be within ±2.5 dB of 20 times the nominal change (10 dB). For the 0.25 dB step size, the change in mean output power level per 40 valid power control bits of the same sign shall be within ±3.0 dB of 40 times the nominal change (10 dB). A '0' power control bit implies an increase in transmit power; and a '1' power control bit implies a decrease in transmit power.

The mobile station shall provide a closed loop adjustment range greater than ±24 dB around its open loop estimate.

For the Reverse Traffic Channel with Radio Configuration 1 or 2, if the mobile station is unable to transmit at the requested output power level, it shall discontinue~~terminate~~ transmission on at least one active Reverse Supplemental Code Channel, not later than the transmission of the next 20 ms frame to maintain the requested output power on the Reverse Fundamental Channel.

For the Reverse Traffic Channel with Radio Configuration 3 through 6, if the mobile station is unable to transmit at the requested output power level, it shall reduce the data rate on the Reverse Fundamental Channel, or reduce the transmission power or discontinue~~terminate~~ transmission on at least one of the following code channels that are active: the Reverse Fundamental Channel, the Reverse Supplemental Channels, ~~or~~ the Reverse Dedicated Control Channel, the Reverse Channel Quality Indicator Channel, or the Reverse Acknowledgment Channel. The mobile station should not discontinue the transmission on the Reverse Channel Quality Indicator Channel while switching to a target base station. The mobile station shall perform this action not later than the 20 ms frame boundary occurring no later than 40 ms after determining that the mobile station is unable to transmit at the requested output power level. The mobile station should attempt to reduce the transmission power, the data rate, or discontinue~~terminate~~ transmission first on the code channel with the lowest priority. The mobile station shall transmit at the commanded output power level on the Reverse Pilot Channel.

2.1.2.3.3 Code Channel Output Power for Other than the Reverse Pilot Channel

2.1.2.3.3.1 Code Channel Output Power for the Enhanced Access Channel Header, Enhanced Access Channel Data, and Reverse Common Control Channel Data

The mobile station shall set the output power of the Enhanced Access Channel Header, Enhanced Access Channel Data, and the Reverse Common Control Channel Data relative to the output power of the Reverse Pilot Channel. The mobile station shall transmit the Enhanced Access Channel Header, Enhanced Access Channel Data, and Reverse Common Control Channel Data at an output power given by[8]

---

[8] The values of

Nominal_Reverse_Common_Channel_Attribute_Gain[Rate, Frame Duration] and RLGAIN_COMMON~~TRAFFIC~~_PILOT$_s$

mean code channel output power (dBm) =

mean pilot channel output power (dBm)

+ 0.125 × Nominal_Reverse_Common_Channel_Attribute_Gain

[Rate, Frame Duration]

+ 0.125 × RLGAIN_COMMON_PILOT$_s$.

The mobile station shall maintain a nNominal rReverse cCommon cChannel aAttribute gGain tTable providing the values for Nominal_Reverse_Common_Channel_Attribute_Gain, which is containing the relative header gain for the Enhanced Access Channel Header, or and the relative data gain for the Enhanced Access Channel Data orand Reverse Common Channel Data for each data rate and frame duration supported by the mobile station. The mobile station shall use the values given in Table 2.1.2.3.3.1-1.

**Table 2.1.2.3.3.1-1. Nominal Reverse Common Channel Attribute Gain Table**

| Data Rate (bps) | Frame Length (ms) | Nominal_Reverse _Common_Channel _Attribute_Gain |
|---|---|---|
| 9,600 | 5 (Header) | 54 |
| 9,600 | 20 | 30 |
| 19,200 | 10 | 64 |
| 19,200 | 20 | 50 |
| 38,400 | 5 | 88 |
| 38,400 | 10 | 80 |
| 38,400 | 20 | 72 |

The mobile station shall maintain the ratio

$$\frac{\text{mean code channel output power}}{\text{mean pilot channel output power}}$$

within ±0.25 dB of the number specified by

0.125 × {Nominal_Reverse_Common_Channel_Attribute_Gain

[Rate, Frame Duration]}

+ 0.125 × RLGAIN_COMMON_PILOT$_s$.

---

are integers, specified in units of 0.125 dB.

TIA-2000.2-C-1

2.1.2.3.3.2 Code Channel Output Power for the Reverse Acknowledgment Channel

The mobile station shall set the output power of the Reverse Acknowledgment Channel relative to the output power of the Reverse Pilot Channel. The mobile station shall transmit the Reverse Acknowledgment Channel at an output power given by[9]

mean code channel output power (dBm) =

mean pilot channel output power (dBm)

$+ 0.125 \times$ (Nominal_Reverse_Acknowledgment_Channel_Attribute_Gain

$+$ Reverse_Channel_Adjustment_Gain[Channel]

$-$ Multiple_Channel_Adjustment_Gain[Channel]

$+$ RLGAIN_~~ACK~~~~CQI~~CH_PILOT$_s$),

where Channel identifies the Reverse Acknowledgment Channel. The definitions for the terms in the above equation can be found in 2.1.2.3.3.4.

The mobile station shall maintain a n~~N~~ominal Reverse Acknowledgment Channel a~~A~~ttribute g~~G~~ain t~~T~~able providing the value for Nominal_Reverse_Acknowledgment_Channel_Attribute_Gain, which is ~~containing~~ the relative gain for the Reverse Acknowledgment Channel given in Table 2.1.2.3.3.2-1.

**Table 2.1.2.3.3.2-1. Nominal Reverse Acknowledgment Channel Attribute Gain Table**

| Nominal_Reverse_Acknowledgment_Channel_ Attribute_Gain | Pilot_Reference_Level |
|---|---|
| 0 ~~24~~ | 0 |

The mobile station shall maintain the ratio

$$\frac{\text{mean code channel output power}}{\text{mean pilot channel output power}}$$

within ±0.25 dB of the number specified by

---

[9] The values of

Nominal_Reverse_Acknowledgment_Channel_Attribute_Gain,

Reverse_Channel_Adjustment_Gain[Channel],

Multiple_Channel_Adjustment_Gain[Channel],

and RLGAIN_ ACK~~CQI~~CH_PILOT$_s$

are integers, specified in units of 0.125 dB.

2-60

$$0.125 \times (\text{Nominal\_Reverse\_Acknowledgment\_Channel\_Attribute\_Gain}$$
$$+ \text{Reverse\_Channel\_Adjustment\_Gain[Channel]}$$
$$- \text{Multiple\_Channel\_Adjustment\_Gain[Channel]}$$
$$+ \text{RLGAIN\_ACK}~~\text{CQI}~~\text{CH\_PILOT}_s),$$

if the Reverse Acknowledgment Channel has an output power greater than 1/30 of the total output power of the mobile station. The mobile station shall maintain the above ratio to within ±0.35 dB if the Reverse Acknowledgment Channel has an output power greater than 1/60 and less than 1/30 of the total output power of the mobile station. The mobile station shall maintain the above ratio to within ±0.6 dB for the Reverse Acknowledgment Channel having an output power less than 1/60 of the total output power of the mobile station.

The mobile station shall support a total range of at least −(0.125 × Maximum\_Pilot\_Reference\_Level + 4) dB to +4 dB for adjustment to the nominal mean code channel output power given by

mean code channel output power (dBm) =
$$\text{mean pilot channel output power (dBm)}$$
$$+ 0.125 \times \text{Nominal\_Reverse\_Acknowledgment\_Channel\_Attribute\_Gain.}$$

The adjustment to the mean code channel output power (dB) is given by:

$$0.125 \times (\text{Reverse\_Channel\_Adjustment\_Gain[Channel]}$$
$$- \text{Multiple\_Channel\_Adjustment\_Gain[Channel]}$$
$$+ \text{RLGAIN\_ACK}~~\text{CQI}~~\text{CH\_PILOT}_s).$$

Maximum\_Pilot\_Reference\_Level is the Nominal Pilot\_Reference\_Level given in Table 2.1.2.3.3.4-1 and Table 2.1.2.3.3.4-2 for the highest data rate transmitted by the mobile station.

2.1.2.3.3.3 Code Channel Output Power for the Reverse Channel Quality Indicator Channel

The mobile station shall set the output power of the Reverse Channel Quality Indicator Channel relative to the output power of the Reverse Pilot Channel. The mobile station shall transmit the Reverse Channel Quality Indicator Channel at an output power given by[10]

---

[10] The values of

Nominal\_ Reverse\_Channel\_Quality\_Indicator\_Channel\_Attribute\_Gain[CQI\_GAIN],

Reverse\_Channel\_Quality\_Indicator\_Channel\_Attribute\_Adjustment\_Gain[CQI\_GAIN],

Reverse\_Channel\_Adjustment\_Gain[Channel],

Multiple\_Channel\_Adjustment\_Gain[Channel],

and RLGAIN\_~~ACK~~CQICH\_PILOT$_s$

are integers, specified in units of 0.125 dB.

TIA-2000.2-C-1

mean code channel output power (dBm) =

mean pilot channel output power (dBm)

$+ 0.125 \times$ (Nominal_Reverse_Channel_Quality_Indicator_

Channel_Attribute_Gain[CQI_GAIN]

$+$ Reverse_Channel_Quality_Indicator_Channel_Attribute_

Adjustment_Gain[CQI_GAIN]

$+$ Reverse_Channel_Adjustment_Gain[Channel]

$-$ Multiple_Channel_Adjustment_Gain[Channel]

$+$ RLGAIN_TRAFFIC_PILOT$_s$),

where Channel identifies the Reverse Channel Quality Indicator Channel. The definitions for the terms in the above equation can be found in 2.1.2.3.3.4.

The mobile station shall maintain a nNominal Reverse Channel Quality Indicator Channel aAttribute gGain tTable providing the values for Nominal_Reverse_Channel_Quality_Indicator_Channel_Attribute_Adjustment_Gain, which is containing the relative gain for the Reverse Channel Quality Indicator Channel for each value of CQI_GAIN as indicated by the MAC Layer. The mobile station shall use the values given in Table 2.1.2.3.3.3-1.

The mobile station shall maintain a Reverse Channel Quality Indicator Channel Link aAttribute aAdjustment gGain tTable providing the values of Reverse_Channel_Quality_Indicator_Channel_Attribute_Adjustment_Gain, which iscontaining an offset relative to the Reverse Pilot Channel power for each value of CQI_GAIN as indicated by the MAC Layer. The mobile station shall initialize each entry in this table to 0.

**Table 2.1.2.3.3.3-1. Nominal Reverse Channel Quality Indicator Channel Attribute Gain Table**

| CQI_GAIN | Nominal_Reverse_Channel_Quality_Indicator_Channel_Attribute_Gain | Pilot_Reference_Level |
|---|---|---|
| LOW | −56 | 0 |
| HIGH | 16 | 0 |

The mobile station shall maintain the ratio

$$\frac{\text{mean code channel output power}}{\text{mean pilot channel output power}}$$

within ±0.25 dB of the number specified by

2-62

0.125 × (Nominal_Reverse_Channel_Quality_Indicator_Channel_
Attribute_Gain[CQI_GAIN]
+ Reverse_Channel_Quality_Indicator_Channel_Attribute_
Adjustment_Gain[CQI_GAIN]
+ Reverse_Channel_Adjustment_Gain[Channel]
− Multiple_Channel_Adjustment_Gain[Channel]
+ RLGAIN_ACKCQICH_PILOT$_s$),

if the Reverse Channel Quality Indicator Channel has an output power greater than 1/30 of the total output power of the mobile station. The mobile station shall maintain the above ratio to within ±0.35 dB if the Reverse Channel Quality Indicator Channel has an output power greater than 1/60 and less than 1/30 of the total output power of the mobile station. The mobile station shall maintain the above ratio to within ±0.6 dB for the Reverse Channel Quality Indicator Channel having an output power less than 1/60 of the total output power of the mobile station.

The mobile station shall support a total range of at least −(0.125 × Maximum_Pilot_ Reference_Level + 5) dB to +2 dB for adjustment to the nominal mean code channel output power given by

mean code channel output power (dBm) =
mean pilot channel output power (dBm)
+ 0.125 × Nominal_Reverse_Channel_Quality_Indicator_Channel_
Attribute_Gain[CQI_GAIN]

for each value of CQI_GAIN.  The adjustment to the mean code channel output power (dB) is given by:

0.125 × (Reverse_Channel_Quality_Indicator_Channel_
Attribute_Adjustment_Gain[CQI_GAIN]
+ Reverse_Channel_Adjustment_Gain[Channel]
− Multiple_Channel_Adjustment_Gain[Channel]
+ RLGAIN_ACKCQICH_PILOT$_s$).

Maximum_Pilot_Reference_Level is the Nominal Pilot_Reference_Level given in Table 2.1.2.3.3.4-1 and Table 2.1.2.3.3.4-2 for the highest data rate transmitted by the mobile station.

2.1.2.3.3.4 Code Channel Output Power for the Reverse Traffic Channel with Radio Configuration 3, 4, 5, or 6

The mobile station shall set the output power of the Reverse Fundamental Channel, the Reverse Supplemental Channel, and the Reverse Dedicated Control Channel relative to the output power of the Reverse Pilot Channel. The mobile station shall transmit each of the Reverse Fundamental Channel, Reverse Supplemental Channel, and Reverse Dedicated Control Channel at an output power given by[11]

---

[11] The values of

TIA-2000.2-C-1

mean code channel output power (dBm) =

        mean pilot channel output power (dBm)

        + 0.125 × (Nominal_Attribute_Gain[Rate, Frame Duration, Coding]

        + Attribute_Adjustment_Gain[Rate, Frame Duration, Coding]

        + Reverse_Channel_Adjustment_Gain[Channel]

        − Multiple_Channel_Adjustment_Gain[Rate, Channel]

        − Variable_Supplemental_Adjustment_Gain[Rate, Channel]

        + $RLGAIN\_TRAFFIC\_PILOT_s$

        + $RLGAIN\_SCH\_PILOT_s[Channel]_s)$

        + IFHHO_SRCH_CORR,

where Channel identifies the Fundamental Channel, the Dedicated Control Channel, and each Supplemental Channel.

The mobile station shall maintain a Reverse Link Nominal Attribute Gain Table provding the values for Nominal_Attribute_Gain, which is the nominal Reverse Fundamental Channel, Reverse Supplemental Channel, or Reverse Dedicated Control Channel power relative to the Reverse Pilot Channel power for each data rate listed in Table 2.1.2.3.3.4-1 and Table 2.1.2.3.3.4-2, frame duration, and type of coding supported by the mobile station. The mobile station shall use the values given in Table 2.1.2.3.3.4-1 and Table 2.1.2.3.3.4-2.

If flexible data rates are supported, and if the specified data rate, coding, and frame length are not specified in the Reverse Link Attribute Gain Table, the gain shall be determined by linearly interpolating the values of Nominal_Attribute_Gain and the Nominal_Pilot_Reference_Level to the nearest integer from the nearest data rates above and below the specified data rate with the same frame length and coding. If the specified data rate is below the lowest listed data rate with the same frame length and coding, the gain shall be determined by linearly extrapolating the values of Nominal_Attribute_Gain and the Nominal_Pilot_Reference_Level to the nearest integer from the two lowest data rates with the same frame length and coding in the Reverse Link Attribute Gain Table. If variable-rate Reverse Supplemental Channel is supported and the mobile station is transmitting using these rates, Pilot_Reference_Level of the highest assigned data rate shall be used for all the data rates on the Reverse Supplemental Channel.

When the transmission on the Reverse Fundamental Channel is gated at the 1500 bps data rate in Radio Configuration 3 or 5, or at the 1800 bps data rate in Radio Configuration 4 or 6, the mobile station shall use the Reverse Link Nominal Attribute Gain values given in Table 2.1.2.3.3.4-3.

---

Nominal_Attribute_Gain[Rate, Frame Duration, Coding],

Attribute_Adjustment_Gain[Rate, Frame Duration, Coding],

Reverse_Channel_Adjustment_Gain[Channel],

Multiple_Channel_Adjustment_Gain[Channel], and

$RLGAIN\_TRAFFIC\_PILOT_s$, and $RLGAIN\_SCH\_PILOT_s[Channel]_s$

are integers, specified in units of 0.125 dB.

The mobile station shall maintain a rReverse lLink aAttribute aAdjustment gGain tTable providing the values for Attribute_Adjustment_Gain, which is containing an offset relative to the Reverse Pilot Channel power for each data rate, frame duration, and type of coding rate supported by the mobile station.

The mobile station shall maintain a reverse link pilot attribute adjustment gain table providing the values for Pilot_Attribute_Adjustment_Gain, which is an adjustment to the reverse pilot reference level for each data rate, frame duration, and type of coding supported by the mobile station. The mobile station shall initialize each entry in theseis two tables to 0.[12]

The mobile station shall maintain a rReverse cChannel aAdjustment gGain tTable providing the values for Reverse_Channel_Adjustment_Gain, which is containing an offset relative to Reverse Pilot Channel power for each reverse link code channel supported by the mobile station. The mobile station shall initialize each entry in this table to 0.

The adjustment RLGAIN_SCH_PILOT$_s$[Channel]$_s$ is valid for the Reverse Supplemental Channel.

The mobile station shall adjust the mean code channel output power for each of the Reverse Fundamental Channel, Reverse Supplemental Channel, and Reverse Dedicated Control Channel by $0.125 \times$ RLGAIN_TRAFFIC_PILOT$_s$ (dB).

If the mobile station is assigned only one code channel in addition to the Reverse Pilot Channel, then the mobile station shall set Multiple_Channel_Adjustment_Gain [Rate, Channel] to 0 for all assigned data rates on the code channels. If the mobile station is assigned two or more code channels in addition to the Reverse Pilot Channel, then the mobile shall set Multiple_Channel_Adjustment_Gain[Rate, Channel] for each assigned data rate on each channel as follows[13]:

- Set Pilot_Reference_Level[Rate, Channel] to Nominal_Pilot_Reference_Level[Rate, Channel] + Pilot_Attribute_Adjustment_Gain[Rate, Channel].

- Let Max_Channel identify the code channel with the assigned data rate that has the highest Pilot_Reference_Level among the code channels on which the mobile station is assigned.

- Set Multiple_Channel_Adjustment_Gain[Rate, Max_Channel] to 0 for all assigned data rates on Max_Channel.

---

[12] The format of these twois tables areis similar to that of the rReverse lLink nNominal aAttribute gGain tTable.

[13] Multiple_Channel_Adjustment_Gain, Nominal_Pilot_Reference_Level and Pilot_Reference_Level can be referred without the parameter 'Rate' for certain channels where the rate information is not available, or Pilot_Reference_Level is not a function of data rate.

TIA-2000.2-C-1

- For all assigned data rates on other code channels, set
  Multiple_Channel_Adjustment_Gain-[Rate, Channel] to
  Pilot_Reference_Level[Max_Rate, Max_Channel] — Pilot_Reference_Level[Rate,
  Channel], where Max_Rate is the data rate on the Max_Channel with the highest
  Pilot_Reference_Level among all assigned data rates.

If variable-rate Reverse Supplemental Channel operation is supported and the mobile
station is assigned to transmit using these rates on a Reverse Supplemental Channel, then
the mobile station shall set Variable_Supplemental_Adjustment_Gain[Rate, Channel] for
each assigned data rate on each channel as follows:

- Let Max_Channel identify the code channel with the assigned data rate that has the
  highest Pilot_Reference_Level among the code channels on which the mobile station
  is assigned.

- If Max_Channel is not a Reverse Supplemental Channel with variable data rates, set
  all Variable_Supplemental_Adjustment_Gain[Rate, Channel] to 0.

- Otherwise, set Variable_Supplemental_Adjustment_Gain[Rate, Max_Channel] to
  Pilot_Reference_Level[Max_Rate, Max_Channel] — Pilot_Reference_Level[Rate,
  Max_Channel] for all rates on the Max_Channel except Max_Rate the maximum
  assigned rate on that channel, where Max_Rate is the data rate on the
  Max_Channel with the highest Pilot_Reference_Level among all assigned data rates.
  Set Variable_Supplemental_Adjustment_Gain[Rate, Channel] to 0 for Max_Rate on
  Max_Channel and all assigned data rates on other channels.

1        **Table 2.1.2.3.3.4-1. Reverse Link Nominal Attribute Gain Table (Part 1 of 2)**

| Data Rate (bps) | Frame Length (ms) | Coding | Nominal_ Attribute _Gain | Nominal_Pilot_ Reference _Level | Target Error Rate[14] |
|---|---|---|---|---|---|
| 1,200 | 80 | Convolutional | −56 | 0 | 0.05 |
| 1,350 | 40 | Convolutional | −54 | 0 | 0.05 |
| 1,500 | 20 | Convolutional | −47 | 0 | 0.01 |
| 1,800 | 20 | Convolutional | −42 | 3 | 0.01 |
| 1,800 | 40 or 80 | Convolutional | −45 | 3 | 0.05 |
| 2,400 | 40 or 80 | Convolutional | −30 | 0 | 0.05 |
| 2,700 | 20 | Convolutional | −22 | 0 | 0.01 |
| 3,600 | 20 | Convolutional | −13 | 3 | 0.01 |
| 3,600 | 40 or 80 | Convolutional | −17 | 3 | 0.05 |
| 4,800 | 20 | Convolutional | −2 | 0 | 0.01 |
| 4,800 | 40 or 80 | Convolutional | −3 | 0 | 0.05 |
| 7,200 | 20 | Convolutional | 15 | 3 | 0.01 |
| 7,200 | 40 or 80 | Convolutional | 10 | 3 | 0.05 |
| 9,600 | 20 | Convolutional | 30 | 0 | 0.01 |
| 9,600 | 40 or 80 | Convolutional | 24 | 0 | 0.05 |
| 9,600 (RC 3 and 5) | 5 | Convolutional | 58 | 0 | 0.01 |
| 9,600 (RC 4 and 6) | 5 | Convolutional | 54 | 3 | 0.01 |
| 14,400 | 20 | Convolutional | 44 | 3 | 0.01 |
| 14,400 | 40 or 80 | Convolutional | 40 | 3 | 0.05 |
| 19,200 | 20, 40, or 80 | Convolutional | 50 | 1 | 0.05 |
| 28,800 | 20, 40, or 80 | Convolutional | 56 | 11 | 0.05 |
| 38,400 | 20, 40, or 80 | Convolutional | 60 | 11 | 0.05 |
| 57,600 | 20, 40, or 80 | Convolutional | 72 | 18 | 0.05 |
| 76,800 | 20, 40, or 80 | Convolutional | 72 | 21 | 0.05 |

---

[14] The error rate is the frame error rate when a single transmission unit is used; otherwise, the Logical Transmission Unit (LTU) error rate is used. This applies to the cases in which the Target Error Rate is 0.05.

TIA-2000.2-C-1

| | | | | | |
|---|---|---|---|---|---|
| 115,200 | 20, 40, or 80 | Convolutional | 80 | 32 | 0.05 |

1

2 **Table 2.1.2.3.3.4-2. Reverse Link Nominal Attribute Gain Table (Part 2 of 2)**

| Data Rate (bps) | Frame Length (ms) | Coding | Nominal_ Attribute _Gain | Nominal_Pilot _ Reference _Level | Target Error Rate |
|---|---|---|---|---|---|
| 153,600 | 20, 40, or 80 | Convolutional | 84 | 36 | 0.05 |
| 230,400 | 20 or 40 | Convolutional | 88 | 46 | 0.05 |
| 259,200 | 80 | Convolutional | 96 | 50 | 0.05 |
| 307,200 | 20 or 40 | Convolutional | 96 | 54 | 0.05 |
| 460,800 | 20 | Convolutional | 104 | 61 | 0.05 |
| 518,400 | 40 | Convolutional | 104 | 64 | 0.05 |
| 614,400 | 20 | Convolutional | 112 | 68 | 0.05 |
| 1,036,800 | 20 | Convolutional | 128 | 83 | 0.05 |
| 4,800 | 80 | Turbo | 2 | 0 | 0.05 |
| 7,200 | 80 | Turbo | 24 | 0 | 0.05 |
| 9,600 | 40 or 80 | Turbo | 34 | 0 | 0.05 |
| 14,400 | 40 or 80 | Turbo | 42 | 0 | 0.05 |
| 19,200 | 20, 40, or 80 | Turbo | 44 | 2 | 0.05 |
| 28,800 | 20, 40, or 80 | Turbo | 52 | 9 | 0.05 |
| 38,400 | 20, 40, or 80 | Turbo | 56 | 10 | 0.05 |
| 57,600 | 20, 40, or 80 | Turbo | 64 | 19 | 0.05 |
| 76,800 | 20, 40, or 80 | Turbo | 68 | 19 | 0.05 |
| 115,200 | 20, 40, or 80 | Turbo | 76 | 29 | 0.05 |
| 153,600 | 20, 40, or 80 | Turbo | 76 | 33 | 0.05 |
| 230,400 | 20 or 40 | Turbo | 88 | 39 | 0.05 |
| 259,200 | 80 | Turbo | 88 | 48 | 0.05 |
| 307,200 | 20 or 40 | Turbo | 88 | 50 | 0.05 |
| 460,800 | 20 | Turbo | 104 | 54 | 0.05 |
| 518,400 | 40 | Turbo | 108 | 56 | 0.05 |
| 614,400 | 20 | Turbo | 112 | 58 | 0.05 |
| 1,036,800 | 20 | Turbo | 125 | 78 | 0.05 |

3

**Table 2.1.2.3.3.4-3. Reverse Link Nominal Attribute Gain Values for the Reverse Fundamental Channel at the 1500 bps or 1800 bps Data Rate during Gated Transmission**

| Data Rate (bps) | Frame Length (ms) | Coding | Nominal_ Attribute _Gain | Nominal_ Pilot _ Reference _Level | Target Error Rate |
|---|---|---|---|---|---|
| 1,500 | 20 | Convolutional | −10 | 0 | 0.01 |
| 1,800 | 20 | Convolutional | −2 | 3 | 0.01 |

The mobile station shall maintain the ratio

$$\frac{\text{mean code channel output power}}{\text{mean pilot channel output power}}$$

within ±0.25 dB of the number specified by:

$0.125 \times$ (Nominal_Attribute_Gain[Rate, Frame Duration, Coding]

+ Attribute_Adjustment_Gain[Rate, Frame Duration, Coding]

+ Reverse_Channel_Adjustment_Gain[Channel]

− Multiple_Channel_Adjustment_Gain[Channel]

− Variable_Supplemental_Adjustment_Gain[Channel]

+ RLGAIN_TRAFFIC_PILOT$_s$

+ RLGAIN_SCH_PILOT$_s$[Channel]$_s$)

+ IFHHO_SRCH_CORR

for every code channel (i.e., the Reverse Fundamental Channel, Reverse Supplemental Channel, or Reverse Dedicated Control Channel) having an output power greater than 1/30 of the total output power of the mobile station. The mobile station shall maintain the above ratio to within ±0.35 dB for every code channel having an output power greater than 1/60 and less than 1/30 of the total output power of the mobile station. The mobile station shall maintain the above ratio to within ±0.6 dB for code channel having an output power less than 1/60 of the total output power of the mobile station.

If the mobile station reduces the data rate or terminates transmission on a code channel for any other reason than being commanded by the base station or reaching the end of an allowed transmission period, the mobile station shall not change Multiple_Channel_Adjustment_Gain for any code channel.

The mobile station shall support a total range of at least −(0.125 × Maximum_Pilot_ Reference_Level + 4) dB to +6 dB for adjustment to the nominal mean code channel output power given by:

mean code channel output power (dBm) =

mean pilot channel output power (dBm)

+ 0.125 × Nominal_Attribute_Gain[Rate, Frame Duration, Coding].

The adjustment to the mean code channel output power (dB) is given by:

0.125 × (Attribute_Adjustment_Gain[Rate, Frame Duration, Coding]

+ Reverse_Channel_Adjustment_Gain[Channel]

− Multiple_Channel_Adjustment_Gain[Channel]

− Variable_Supplemental_Adjustment_Gain[Channel]

+ RLGAIN_TRAFFIC_PILOT$_s$

+ RLGAIN_SCH_PILOT**s**[Channel]$_s$)

+ IFHHO_SRCH_CORR.

Maximum_Pilot_Reference_Level is the Nominal Pilot_Reference_Level given in Table 2.1.2.3.3.4-1 and Table 2.1.2.3.3.4-2 for the highest data rate transmitted by the mobile station.

The mobile station may suspend its current Reverse Traffic Channel processing in order to tune to a Candidate Frequency for possible hard handoff, and re-tune to the Serving Frequency. If the mobile station transmission is suspended for d ms in a frame of length T ms, and if d is less than T/2, the mobile station may set IFHHO_SRCH_CORR to an amount no greater than (1 + 10log (T/(T − d))) dB (rounded to the nearest 0.125 dB) for the remainder of the frame that is transmitted. Otherwise, the mobile station shall set IFHHO_SRCH_CORR to zero. See Figure 2.1.2.3.3.4-1.



**Figure 2.1.2.3.3.4-1. Increased Reverse Traffic Channel Power for Inter-frequency Hard Handoff**

2.1.2.4 Power Transition Characteristics

2.1.2.4.1 Open Loop Estimation

Following a step change in mean input power, $\Delta P_{in}$, the mean output power of the mobile station shall transition to its final value in a direction opposite in sign to $\Delta P_{in}$, with magnitude contained between mask limits defined by:

1    upper limit:

2        for 0 < t < 24 ms: max [1.2 × |$\Delta P_{in}$| × (t/24), |$\Delta P_{in}$| × (t/24) + 2.0 dB] + 1.5 dB,[15]

3        for t ≥ 24 ms: max [1.2 × |$\Delta P_{in}$|, |$\Delta P_{in}$| + 0.5 dB] + 1.5 dB;

4    lower limit:

5        for t > 0: max [0.8 × |$\Delta P_{in}$| × [1 − $e^{(1.25 − t)/36}$] − 2.0 dB, 0] − 1 dB;

6    where t is expressed in units of milliseconds and $\Delta P_{in}$ is expressed in units of dB.

7    These limits shall apply for a step change $\Delta P_{in}$ of ±20 dB or less. The absolute value of the
8    change in mean output power due to open loop power control shall be a monotonically
9    increasing function of time. If the change in mean output power consists of discrete
10   increments, no single increment shall exceed 1.2 dB. See 2.1.2.3 for the valid range of the
11   mobile station's mean output power.

12   2.1.2.4.2 Closed Loop Correction

13   Following the reception of a valid closed loop power control bit on the ~~fF~~orward ~~pP~~ower
14   ~~cC~~ontrol ~~sS~~ubchannel or the ~~Forward~~ ~~cC~~ommon ~~pP~~ower ~~cC~~ontrol ~~subcC~~hannel, the mean
15   output power of the mobile station shall be within 0.3 dB of the final value in less than 500
16   μs. For power control step sizes of 0.5 dB and 0.25 dB, the mean output power of the
17   mobile station should be within 0.15 dB of the final value in less than 500 μs.

18   2.1.2.4.3 Phase Continuity Requirements for Radio Configurations 3 through 6

19   When operating with Radio Configurations 3 through 6, the mobile station may have
20   transmitted phase discontinuities. The mobile station shall meet the requirements set forth
21   in the current version of [11].

22   2.1.3 Modulation Characteristics

23   2.1.3.1 Reverse CDMA Channel Signals

24   Signals transmitted on the Reverse Traffic Channel (i.e., Reverse Dedicated Control
25   Channel, Reverse Fundamental Channel, Reverse Supplemental Channel, or Reverse
26   Supplemental Code Channel) are specified by radio configurations. There are six radio
27   configurations for the Reverse Traffic Channel (see Table 2.1.3.1-1).

28   A mobile station shall support operation in Radio Configuration 1, 3, or 5. A mobile station
29   may support operation on Radio Configuration 2, 4, or 6. A mobile station supporting
30   operation in Radio Configuration 2 shall support Radio Configuration 1. A mobile station
31   supporting operation in Radio Configuration 4 shall support Radio Configuration 3. A
32   mobile station supporting operation in Radio Configuration 6 shall support Radio
33   Configuration 5.

34   A mobile station shall not use Radio Configuration 1 or 2 simultaneously with Radio
35   Configuration 3, 4, 5, or 6 on the Reverse Traffic Channel.

---

[15]The mask limits allow for the effect of alternating closed loop power control bits.

TIA-2000.2-C-1

If the mobile station supports the Forward Fundamental Channel with Radio Configuration 1, then it shall support the Reverse Fundamental Channel with Radio Configuration 1. If the mobile station supports the Forward Fundamental Channel with Radio Configuration 2, then it shall support the Reverse Fundamental Channel with Radio Configuration 2. If the mobile station supports the Forward Fundamental Channel with Radio Configuration 3 or 4, then it shall support the Reverse Fundamental Channel with Radio Configuration 3. If the mobile station supports the Forward Fundamental Channel with Radio Configuration 5, then it shall support the Reverse Fundamental Channel with Radio Configuration 4.

If the mobile station supports the Forward Fundamental Channel with Radio Configuration 6 or 7, then it shall support the Reverse Fundamental Channel with Radio Configuration 3 or 5. If the mobile station supports the Forward Fundamental Channel with Radio Configuration 8 or 9, then it shall support the Reverse Fundamental Channel with Radio Configuration 4 or 6.

If the mobile station supports the Forward Dedicated Control Channel with Radio Configuration 3 or 4, then it shall support the Reverse Dedicated Control Channel with Radio Configuration 3. If the mobile station supports the Forward Dedicated Control Channel with Radio Configuration 5, then it shall support the Reverse Dedicated Control Channel with Radio Configuration 4. If the mobile station supports the Forward Dedicated Control Channel with Radio Configuration 6 or 7, then it shall support the Reverse Dedicated Control Channel with Radio Configuration 3 or 5. If the mobile station supports the Forward Dedicated Control Channel with Radio Configuration 8 or 9, then it shall support the Reverse Dedicated Control Channel with Radio Configuration 4 or 6.

If the mobile station supports the Forward Packet Data Channel with Radio Configuration 10, then it shall support either the Reverse Fundamental Channel, the Reverse Dedicated Control Channel, or both, with Radio Configuration 3. If the mobile station supports the Forward Packet Data Channel with Radio Configuration 10, then it may support either the Reverse Fundamental Channel, the Reverse Dedicated Control Channel, or both, with Radio Configuration 4. If the mobile station supports the Forward Packet Data Channel with Radio Configuration 10, then it shall support the reverse Acknowledgment Channel and the Reverse Channel Quality Indicator Channel.

1    **Table 2.1.3.1-1. Radio Configuration Characteristics for the Reverse CDMA Channel**

| Radio Config. | Associated Spreading Rate | Data Rates, Forward Error Correction, and General Characteristics |
|---|---|---|
| 1 | 1 | 1200, 2400, 4800, and 9600 bps data rates with R = 1/3, 64-ary orthogonal modulation |
| 2 | 1 | 1800, 3600, 7200, and 14400 bps data rates with R = 1/2, 64-ary orthogonal modulation |
| 3 | 1 | 1200, 1350, 1500, 2400, 2700, 4800, 9600, 19200, 38400, 76800, and 153600 bps data rates with R = 1/4, 307200 bps data rate with R = 1/2, BPSK modulation with a pilot |
| 4 | 1 | 1800, 3600, 7200, 14400, 28800, 57600, 115200, and 230400 bps data rates with R = 1/4, BPSK modulation with a pilot |
| 5 | 3 | 1200, 1350, 1500, 2400, 2700, 4800, 9600, 19200, 38400, 76800, and 153600 bps data rates with R = 1/4, 307200 and 614400 bps data rate with R = 1/3, BPSK modulation with a pilot |
| 6 | 3 | 1800, 3600, 7200, 14400, 28800, 57600, 115200, 230400, and 460800 bps data rates with R = 1/4, 1036800 bps data rate with R = 1/2, BPSK modulation with a pilot |

Note: For Radio Configurations 3 through 6, the Reverse Dedicated Control Channel and Reverse Fundamental Channel also allow a 9600 bps, 5 ms format.

2

3    2.1.3.1.1 Channel Structures

4    The structure of the code channels transmitted by a mobile station is shown in Figure

5    2.1.3.1.1-1.

6

TIA-2000.2-C-1



1

2      **Figure 2.1.3.1.1-1. Reverse CDMA Channels Received at the Base Station**

3

4      2.1.3.1.1.1 Spreading Rate 1

5      The Reverse CDMA Channel consists of the channels specified in Table 2.1.3.1.1.1-1.

6      Table 2.1.3.1.1.1-1 states the maximum number of channels that can be transmitted by

7      each mobile station for each channel type.

8

**Table 2.1.3.1.1.1-1. Channel Types per Mobile Station on the Reverse CDMA Channel for Spreading Rate 1**

| Channel Type | Maximum Number |
|---|---|
| Reverse Pilot Channel | 1 |
| Access Channel | 1 |
| Enhanced Access Channel | 1 |
| Reverse Common Control Channel | 1 |
| Reverse Dedicated Control Channel | 1 |
| Reverse Acknowledgment Channel | 1 |
| Reverse Channel Quality Indicator Channel | 1 |
| Reverse Fundamental Channel | 1 |
| Reverse Supplemental Code Channel (RC 1 and 2 only) | 7 |
| Reverse Supplemental Channel (RC 3 and 4 only) | 2 |

The structure of the Access Channel for Spreading Rate 1 is shown in Figure 2.1.3.1.1.1-1. The structure of the Enhanced Access Channel for Spreading Rate 1 is shown in Figure 2.1.3.1.1.1-2 and Figure 2.1.3.1.1.1-3. The structure of the Reverse Common Control Channel for Spreading Rate 1 is shown in Figure 2.1.3.1.1.1-3. The structure of the Reverse Dedicated Control Channel for Spreading Rate 1 is shown in Figure 2.1.3.1.1.1-4 and Figure 2.1.3.1.1.1-5. The structure of the Reverse Acknowledgment Channel is shown in Figure 2.1.3.1.1.1-6. The structure of the Reverse Channel Quality Indicator Channel is shown in Figure 2.1.3.1.1.1-7.

The Reverse Fundamental Channel and Reverse Supplemental Code Channel for Radio Configuration 1 have the overall structure shown in Figure 2.1.3.1.1.1-8. The Reverse Fundamental Channel and Reverse Supplemental Code Channel for Radio Configuration 2 have the overall structure shown in Figure 2.1.3.1.1.1-9. The Reverse Fundamental Channel and Reverse Supplemental Channel for Radio Configuration 3 have the overall structure shown in Figure 2.1.3.1.1.1-10. The Reverse Fundamental Channel and Reverse Supplemental Channel for Radio Configuration 4 have the overall structure shown in Figure 2.1.3.1.1.1-11.

The Reverse Pilot Channel and the Reverse Power Control Subchannel are shown in Figure 2.1.3.1.10.1-1.

The I and Q mapping for the Reverse Pilot Channel, the Enhanced Access Channel, the Reverse Common Control Channel, the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the Reverse Traffic Channel with Radio Configurations 3 and 4 is shown in Figure 2.1.3.1.1.1-12.

TIA-2000.2-C-1



**Figure 2.1.3.1.1.1-1.** ~~Channel Structure for the~~ Access Channel **Structure** for Spreading Rate 1



**Figure 2.1.3.1.1.1-2.** ~~Channel Structure for the Header~~ ~~on the~~ Enhanced Access Channel **Header Sturcture** for Spreading Rate 1



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 172 Bits/5 ms | 12 | 38.4 | 1× | 768 | 153.6 |
| 360 Bits/10 ms | 16 | 38.4 | 1× | 1,536 | 153.6 |
| 172 Bits/10 ms | 12 | 19.2 | 2× | 1,536 | 153.6 |
| 744 Bits/20 ms | 16 | 38.4 | 1× | 3,072 | 153.6 |
| 360 Bits/20 ms | 16 | 19.2 | 2× | 3,072 | 153.6 |
| 172 Bits/20 ms | 12 | 9.6 | 4× | 3,072 | 153.6 |

**Figure 2.1.3.1.1.1-3. ~~Channel Structure for the Data on the~~ Enhanced Access Channel Data and ~~the~~ Reverse Common Control Channel Structure for Spreading Rate 1**



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 2× | 384 | 76.8 |
| 172 Bits/20 ms | 12 | 9.6 | 2× | 1,536 | 76.8 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | | 1,536 | 76.8 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 1,536.



| Bits/Frame | Bits | Data Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 384 | 76.8 |
| 172 Bits/20 ms | 12 | 9.6 | 1,536 | 76.8 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | 1,536 | 76.8 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame and the encoded symbols will be repeated and then punctured to provide a 76.8 ksps modulation symbol rate.

**Figure 2.1.3.1.1.1-4. Reverse Dedicated Control Channel Structure for Radio Configuration 3**

TIA-2000.2-C-1



| Bits/Frame | Bits | Bits | Data Rate (kbps) | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 2× | None | 384 | 76.8 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 2× | 8 of 24 | 1,536 | 76.8 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | | | 1,536 | 76.8 |

Notes: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame. Symbol repetition factor and puncturing are calculated to achieve the interleaver block size of 1,536.

| Bits/Frame | Bits | Bits | Data Rate (kbps) | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | None | 384 | 76.8 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | | 1,536 | 76.8 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | | 1,536 | 76.8 |

Notes: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame and the encoded symbols will be repeated and then punctured to provide a 76.8 ksps modulation symbol rate.

**Figure 2.1.3.1.1.1-5. Reverse Dedicated Control Channel Structure
for Radio Configuration 4**

**Figure 2.1.3.1.1.1-6. Reverse Acknowledgment Channel Structure**

**Figure 2.1.3.1.1.1-7. Reverse Channel Quality Indicator Channel Structure**



**Figure 2.1.3.1.1.1-8.** ~~Channel Structure for the~~ Reverse Fundamental Channel and Reverse Supplemental Code Channel **Structure for** ~~with~~ Radio Configuration 1

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | Factor |
|---|---|---|---|
| 21 Bits/20 ms | 6 | 1.8 | 8× |
| 55 Bits/20 ms | 8 | 3.6 | 4× |
| 125 Bits/20 ms | 10 | 7.2 | 2× |
| 267 Bits/20 ms | 12 | 14.4 | 1× |

1

2  **Figure 2.1.3.1.1.1-9.** ~~Channel Structure for the~~ **Reverse Fundamental Channel and**

3  **Reverse Supplemental Code Channel** <u>Structure for</u>~~with~~ **Radio Configuration 2**

4

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1/4 | 2× | None | 384 | 76.8 |
| 16 Bits/20 ms | 6 | 1.5 | 1/4 | 16× | 1 of 5 | 1,536 | 76.8 |
| 40 Bits/20 ms | 6 | 2.7/n | 1/4 | 8× | 1 of 9 | 1,536 | 76.8/n |
| 80 Bits/20 ms | 8 | 4.8/n | 1/4 | 4× | None | 1,536 | 76.8/n |
| 172 Bits/20 ms | 12 | 9.6/n | 1/4 | 2× | None | 1,536 | 76.8/n |
| 360 Bits/20 ms | 16 | 19.2/n | 1/4 | 1× | None | 1,536 | 76.8/n |
| 744 Bits/20 ms | 16 | 38.4/n | 1/4 | 1× | None | 3,072 | 153.6/n |
| 1,512 Bits/20 ms | 16 | 76.8/n | 1/4 | 1× | None | 6,144 | 307.2/n |
| 3,048 Bits/20 ms | 16 | 153.6/n | 1/4 | 1× | None | 12,288 | 614.4/n |
| 6,120 Bits/20 ms | 16 | 307.2/n | 1/2 | 1× | None | 12,288 | 614.4/n |

1 to 6,119 Bits/20 ms

Notes:

1. n is the length of the frame in multiples of 20 ms. For 31 to 54 encoder input bits per frame, n = 1 or 2. For more than 54 encoder input bits per frame, n = 1, 2, or 4.

2. The 5 ms frame is only used for the Reverse Fundamental Channel.

3. Reverse Fundamental Channel only uses 15 to 192 encoder input bits per frame with n = 1.

4. Turbo coding may be used for the Reverse Supplemental Channels with 384 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.

5. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.

6. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.

   - The frame quality indicator length is 16 for more than 192 encoder input bits per frame; 12 or 16 for 97 to 192 encoder input bits per frame; 8, 12, or 16 for 55 to 96 encoder input bits per frame; and 6, 8, 12, or 16 otherwise.
   - The code rate is 1/2 for more than 3,072 encoder input bits per frame; otherwise, it is 1/4. If the number of encoder input bits per frame is less than 384, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

**Figure 2.1.3.1.1.1-10. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 3**

TIA-2000.2-C-1



| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/4 | 2× | None | 384 | 76.8 |
| 21 Bits/20 ms | 1 | 6 | 1.8 | 1/4 | 16× | 8 of 24 | 1,536 | 76.8/n |
| 55 Bits/20 ms | 1 | 8 | 3.6/n | 1/4 | 8× | 8 of 24 | 1,536 | 76.8/n |
| 125 Bits/20 ms | 1 | 10 | 7.2/n | 1/4 | 4× | 8 of 24 | 1,536 | 76.8/n |
| 267 Bits/20 ms | 1 | 12 | 14.4/n | 1/4 | 2× | 8 of 24 | 1,536 | 76.8/n |
| 552 Bits/20 ms | 0 | 16 | 28.8/n | 1/4 | 1× | 4 of 12 | 1,536 | 76.8/n |
| 1,128 Bits/20n ms | 0 | 16 | 57.6/n | 1/4 | 1× | 4 of 12 | 3,072 | 153.6/n |
| 2,280 Bits/20n ms | 0 | 16 | 115.2/n | 1/4 | 1× | 4 of 12 | 6,144 | 307.2/n |
| 4,584 Bits/20n ms | 0 | 16 | 230.4/n | 1/4 | 1× | 4 of 12 | 12,288 | 614.4/n |

1 to 4,583 Bits/20ms

Notes:
1. n is the length of the frame in multiples of 20 ms. For 37 to 72 encoder input bits per frame, n = 1 or 2. For more than 72 encoder input bits per frame, n = 1, 2, or 4.
2. The 5 ms frame is only used for the Reverse Fundamental Channel.
3. Reverse Fundamental Channel only uses 15 to 288 encoder input bits per frame with n = 1.
4. Turbo coding may be used for the Reverse Supplemental Channels with 576 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.
5. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.
6. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.
  - When the number of channel bits per frame is 21, 55, 125, or 267 and the corresponding number of frame quality indicator bits is 6, 8, 10, and 12, an initial reserved bit is used; otherwise, no initial reserved bits are used.
  - The frame quality indicator length is 16 for more than 288 encoder input bits per frame; 12 or 16 for 145 to 288 encoder input bits per frame; 10, 12, or 16 for 73 to 144 encoder input bits per frame; 8, 10, 12, or 16 for 37 to 72 encoder input bits per frame; and 6, 8, 10, 12, or 16 otherwise.
  - If the number of encoder input bits per frame is less than 576, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
  - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
  - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.
  - If ERAM is disabled, the code rate is 1/4. If ERAM is enabled, the code rate of the turbo encoder shall be selected as follows: R = 1/3, if 8/3 < N/I ≤ 3; R = 1/4, if 3 < N/I ≤ 4 or N/I = 8/3; R = 1/5, if N/I > 4 where I denotes the number of encoder input bits per frame, and N denotes the interleaver block size.

**Figure 2.1.3.1.1.1-11. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 4**

1



2

**Figure 2.1.3.1.1.1-12. I and Q Mapping for Reverse Pilot Channel, Enhanced Access Channel, Reverse Common Control Channel, Reverse Acknowledgment Channel, Reverse Channel Quality Indicator Channel, and Reverse Traffic Channel with Radio Configurations 3 and 4**

7

8    2.1.3.1.1.2 Spreading Rate 3

9    The Reverse CDMA Channel consists of the channels specified in Table 2.1.3.1.1.2-1. Table

10   2.1.3.1.1.2-1 states the maximum number of channels that can be transmitted by each

11   mobile station for each channel type.

12

**Table 2.1.3.1.1.2-1. Channel Types per Mobile Station on the Reverse CDMA Channel for Spreading Rate 3**

| Channel Type | Maximum Number |
|---|---|
| Reverse Pilot Channel | 1 |
| Enhanced Access Channel | 1 |
| Reverse Common Control Channel | 1 |
| Reverse Dedicated Control Channel | 1 |
| Reverse Fundamental Channel | 1 |
| Reverse Supplemental Channel | 2 |

The structure of the Enhanced Access Channel for Spreading Rate 3 is shown in Figure 2.1.3.1.1.2-1 and Figure 2.1.3.1.1.2-2. The structure of the Reverse Common Control Channel for Spreading Rate 3 is shown in Figure 2.1.3.1.1.2-2. The structure of the Reverse Dedicated Control Channel for Spreading Rate 3 is shown in Figure 2.1.3.1.1.2-3 and Figure 2.1.3.1.1.2-4.

The Reverse Fundamental Channel and Reverse Supplemental Channel for Radio Configuration 5 have the overall structure shown in Figure 2.1.3.1.1.2-5. The Reverse Fundamental Channel and Reverse Supplemental Channel for Radio Configuration 6 has the overall structure shown in Figure 2.1.3.1.1.2-6.

The Reverse Pilot Channel and the ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel are shown in Figure 2.1.3.1.10.1-1.

The I and Q mapping for Spreading Rate 3 is shown in Figure 2.1.3.1.1.2-7.



**Figure 2.1.3.1.1.2-1. ~~Channel Structure for the Header on the~~ Enhanced Access Channel Header Structure for Spreading Rate 3**



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 172 Bits/5 ms | 12 | 38.4 | 1× | 768 | 153.6 |
| 360 Bits/10 ms | 16 | 38.4 | 1× | 1,536 | 153.6 |
| 172 Bits/10 ms | 12 | 19.2 | 2× | 1,536 | 153.6 |
| 744 Bits/20 ms | 16 | 38.4 | 1× | 3,072 | 153.6 |
| 360 Bits/20 ms | 16 | 19.2 | 2× | 3,072 | 153.6 |
| 172 Bits/20 ms | 12 | 9.6 | 4× | 3,072 | 153.6 |

**Figure 2.1.3.1.1.2-2.** ~~Channel Structure for the Data on the~~ **Enhanced Access Channel Data and ~~the~~ Reverse Common Control Channel Structure for Spreading Rate 3**



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 2× | 384 | 76.8 |
| 172 Bits/20 ms | 12 | 9.6 | 2× | 1,536 | 76.8 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | | 1,536 | 76.8 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 1,536.



| Bits/Frame | Bits | Data Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 384 | 76.8 |
| 172 Bits/20 ms | 12 | 9.6 | 1,536 | 76.8 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | 1,536 | 76.8 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame and the encoded symbols will be repeated then punctured to provide a 76.8 ksps modulation symbol rate.

**Figure 2.1.3.1.1.2-3. Reverse Dedicated Control Channel Structure for Radio Configuration 5**

TIA-2000.2-C-1



| Bits/Frame | Bits | Bits | Data Rate (kbps) | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 2× | None | 384 | 76.8 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 2× | 8 of 24 | 1,536 | 76.8 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | | | 1,536 | 76.8 |

Notes: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame. Symbol repetition factor and puncturing are calculated to achieve the interleaver block size of 1,536.

| Bits/Frame | Bits | Bits | Data Rate Rate (kbps) | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | None | 384 | 76.8 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 8 of 24 | 1,536 | 76.8 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | | 1,536 | 76.8 |

Note: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame and the encoded symbols will be additionally repeated and then punctured to provide a 76.8 ksps modulation symbol rate.

**Figure 2.1.3.1.1.2-4. Reverse Dedicated Control Channel Structure
for Radio Configuration 6**

TIA-2000.2-C-1

Channel Bits → Add Frame Quality Indicator → Add 8 Reserved/Encoder Tail Bits → Convolutional or Turbo Encoder → Symbol Repetition → Symbol Puncture → Block Interleaver → (C) Modulation Symbol

| Bits/Frame | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1/4 | 2× | None | 384 | 76.8 |
| 16 Bits/20 ms | 6 | 1.5 | 1/4 | 16× | 1 of 5 | 1,536 | 76.8 |
| 40 Bits/20n ms | 6 | 2.7/n | 1/4 | 8× | 1 of 9 | 1,536 | 76.8/n |
| 80 Bits/20n ms | 8 | 4.8/n | 1/4 | 4× | None | 1,536 | 76.8/n |
| 172 Bits/20n ms | 12 | 9.6/n | 1/4 | 2× | None | 1,536 | 76.8/n |
| 360 Bits/20n ms | 16 | 19.2/n | 1/4 | 1× | None | 1,536 | 76.8/n |
| 744 Bits/20n ms | 16 | 38.4/n | 1/4 | 1× | None | 3,072 | 153.6/n |
| 1,512 Bits/20n ms | 16 | 76.8/n | 1/4 | 1× | None | 6,144 | 307.2/n |
| 3,048 Bits/20n ms | 16 | 153.6/n | 1/4 | 1× | None | 12,288 | 614.4/n |
| 6,120 Bits/20n ms | 16 | 307.2/n | 1/3 | 1× | None | 18,432 | 921.6/n |
| 12,264 Bits/20n ms | 16 | 614.4/n | 1/3 | 1× | None | 36,864 | 1,843.2/n |

1 to 12,263 Bits/20n ms

Notes:

1. n is the length of the frame in multiples of 20 ms. For 31 to 54 encoder input bits per frame, n = 1 or 2. For more than 54 encoder input bits per frame, n = 1, 2, or 4.
2. The 5 ms frame is only used for the Reverse Fundamental Channel.
3. Reverse Fundamental Channel only uses from 15 to 192 encoder input bits per frame with n = 1.
4. Turbo coding may be used for the Reverse Supplemental Channels with 384 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.
5. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.
6. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.
   - The frame quality indicator length is 16 for more than 192 encoder input bits per frame; 12 or 16 for 97 to 192 encoder input bits per frame; 8, 12, or 16 for 55 to 96 encoder input bits per frame; and 6, 8, 12, or 16 otherwise.
   - The code rate is 1/3 for more than 3,072 encoder input bits per frame; otherwise, it is 1/4. If the number of encoder input bits per frame is less than 384, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

1

2 **Figure 2.1.3.1.1.2-5. Reverse Fundamental Channel and Reverse Supplemental**

3 **Channel Structure for Radio Configuration 5**

4

2-87

TIA-2000.2-C-1



| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/4 | 2× | None | 384 | 76.8 |
| 21 Bits/20 ms | 1 | 6 | 1.8 | 1/4 | 16× | 8 of 24 | 1,536 | 76.8 |
| 55 Bits/20n ms | 1 | 8 | 3.6/n | 1/4 | 8× | 8 of 24 | 1,536 | 76.8/n |
| 125 Bits/20n ms | 1 | 10 | 7.2/n | 1/4 | 4× | 8 of 24 | 1,536 | 76.8/n |
| 267 Bits/20n ms | 1 | 12 | 14.4/n | 1/4 | 2× | 8 of 24 | 1,536 | 76.8/n |
| 552 Bits/20n ms | 0 | 16 | 28.8/n | 1/4 | 1× | None | 2,304 | 115.2/n |
| 1,128 Bits/20n ms | 0 | 16 | 57.6/n | 1/4 | 1× | None | 4,608 | 230.4/n |
| 2,280 Bits/20n ms | 0 | 16 | 115.2/n | 1/4 | 1× | None | 9,216 | 460.8/n |
| 4,584 Bits/20n ms | 0 | 16 | 230.4/n | 1/4 | 1× | None | 18,432 | 921.6/n |
| 9,192 Bits/20n ms | 0 | 16 | 460.8/n | 1/4 | 1× | None | 36,864 | 1,843.2/n |
| 20,712 Bits/20n ms | 0 | 16 | 1,036.8/n | 1/2 | 1× | 2 of 18 | 36,864 | 1,843.2/n |
| 1 to 20,711 Bits/20n ms | | | | | | | | |

Notes:

1. n is the length of the frame in multiples of 20 ms. For 37 to 72 encoder input bits per frame, n = 1 or 2. For more than 72 encoder input bits per frame, n = 1, 2, or 4.

2. The 5 ms frame is only used for the Reverse Fundamental Channel.

3. Reverse Fundamental Channel only uses from 15 to 288 encoder input  bits per frame with n = 1.

4. Turbo coding may be used for the Reverse Supplemental Channels with 576 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.

5. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.

6. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.

   - When the number of channel bits per frame is 21, 55, 125, or 267 and the corresponding frame quality indicator length is 6, 8, 10, and 12, an initial reserved bit is used; otherwise, no initial reserved bits are used.

   - The frame quality indicator length is 16 for more than 288 encoder input bits per frame; 12 or 16 for 145 to 288 encoder input bits per frame; 10, 12, or 16 for 73 to 144 encoder input bits per frame; 8, 10, 12, or 16 for 37 to 72 encoder input bits per frame; and 6, 8, 10, 12, or 16 otherwise.

   - The code rate is 1/2 for more than 9216 encoder input bits; otherwise, it is 1/4. If the number of encoder input bits per frame is less than 576, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.

   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.

   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

**Figure 2.1.3.1.1.2-6. Reverse Fundamental Channel and Reverse Supplemental Channel Structure for Radio Configuration 6**



1

2    **Figure 2.1.3.1.1.2-7. I and Q Mapping for Spreading Rate 3**

3

4    2.1.3.1.2 Modulation Parameters

5    2.1.3.1.2.1 Spreading Rate 1

6    The modulation parameters for the Reverse CDMA Channel operating in Spreading Rate 1

7    are shown in Table 2.1.3.1.2.1-1 through Table 2.1.3.1.2.1-16.

8

TIA-2000.2-C-1

1       **Table 2.1.3.1.2.1-1. Access Channel Modulation Parameters for Spreading Rate 1**

| Parameter | Data Rate (bps) 4,800 | Units |
|---|---|---|
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/3 | bits/code symbol |
| Code Symbol Repetition | 2 | repeated code symbols/code symbol |
| Repeated Code Symbol Rate | 28,800 | sps |
| Modulation | 6 | repeated code symbols/modulation symbol |
| Modulation Symbol Rate | 4800 | sps |
| Walsh Chip Rate | 307.20 | kcps |
| Modulation Symbol Duration | 208.33 | µs |
| PN Chips/Repeated Code Symbol | 42.67 | PN chips/repeated code symbol |
| PN Chips/Modulation Symbol | 256 | PN chips/modulation symbol |
| Transmit Duty Cycle | 100.0 | % |
| PN Chips/Walsh Chip | 4 | PN chips/Walsh chip |

2

1

2

**Table 2.1.3.1.2.1-2. Enhanced Access Channel Modulation Parameters for Spreading Rate 1**

| Parameter | Data Rate (bps) | | | Units |
|---|---|---|---|---|
| | **9,600** | **19,200** | **38,400** | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 4 | 2 | 1 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 153,600 | 153,600 | 153,600 | sps |
| Walsh Length | 8 | 8 | 8 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | 1 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 128 | 64 | 32 | PN chips/bit |

Note: The Enhanced Access header uses the 9600 bps data rate only, while the Enhanced Access data uses 9600, 19200, and 38400 bps data rates.

3

TIA-2000.2-C-1

**Table 2.1.3.1.2.1-3. Reverse Common Control Channel Modulation Parameters for Spreading Rate 1**

| Parameter | Data Rate (bps) | | | Units |
|---|---|---|---|---|
| | 9,600 | 19,200 | 38,400 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 4 | 2 | 1 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 153,600 | 153,600 | 153,600 | sps |
| Walsh Length | 8 | 8 | 8 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | 1 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 128 | 64 | 32 | PN chips/bit |

**Table 2.1.3.1.2.1-4. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 3**

| Parameter | Data Rate (bps) | Units |
|---|---|---|
| | 9,600 | |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 76,800 | sps |
| Walsh Length | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | % |
| Processing Gain | 128 | PN chips/bit |

Note: If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

**Table 2.1.3.1.2.1-5. Reverse Dedicated Control Channel Modulation Parameters
for Radio Configuration 4**

| Parameter | Data Rate (bps) | | Units |
|---|---|---|---|
| | **9,600** | **14,400** | **Units** |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | 2 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 16/24 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | 76,800 | 76,800 | sps |
| Walsh Length | 16 | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | % |
| Processing Gain | 128 | 85.33 | PN chips/bit |

Notes:

1. The 9600 bps data rate is used for 5 ms frames and the 14400 bps data rate is used for 20 ms frames.

2. If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

TIA-2000.2-C-1

**Table 2.1.3.1.2.1-6. Reverse Acknowledgment Channel Modulation Parameters**

|  | Data Rate (bps) |  |
|---|---|---|
| **Parameter** | **800** | **Units** |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/1 | bits/code symbol |
| Code Symbol Repetition | 24 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 19,200 | sps |
| Walsh Length | 64 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | Walsh functions/ modulation symbol |
| Processing Gain | 1,536 | PN chips/bit |

Note: The code symbol repetition and processing gain are multiplied by a factor of 1, 2, or 4, and the data rate is divided by the same factor (see [3]).

**Table 2.1.3.1.2.1-7. Reverse Channel Quality Indicator Channel Modulation Parameters**

|  | Data Rate (bps) |  |  |
|---|---|---|---|
| **Parameter** | **800** | **3,200** | **Units** |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/1 | 4/12 | bits/code symbol |
| Code Symbol Repetition | 12 | 1 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 76,800 | 76,800 | sps |
| Walsh Length | 16 | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | Walsh functions/ modulation symbol |
| Processing Gain | 1,536 | 384 | PN chips/bit |

Note: The code symbol repetition and processing gain is actually multiplied by a factor of 1, 2, or 4, and the data rate is divided by the same factor (see [3]).

**Table 2.1.3.1.2.1-8. Reverse Fundamental Channel and Reverse Supplemental Code Channel Modulation Parameters for Radio Configuration 1**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/3 | 1/3 | 1/3 | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Repeated Code Symbol Rate | 28,800 | 28,800 | 28,800 | 28,800 | sps |
| Modulation | 6 | 6 | 6 | 6 | repeated code symbols/modulation symbol |
| Modulation Symbol Rate | 4,800 | 4,800 | 4,800 | 4,800 | sps |
| Walsh Chip Rate | 307.20 | 307.20 | 307.20 | 307.20 | kcps |
| Modulation Symbol Duration | 208.33 | 208.33 | 208.33 | 208.33 | µs |
| PN Chips/Repeated Code Symbol | 42.67 | 42.67 | 42.67 | 42.67 | PN chips/repeated code symbol |
| PN Chips/Modulation Symbol | 256 | 256 | 256 | 256 | PN chips/modulation symbol |
| PN Chips/Walsh Chip | 4 | 4 | 4 | 4 | PN chips/Walsh chip |
| Transmit Duty Cycle | 100.0 | 50.0 | 25.0 | 12.5 | % |
| Processing Gain | 128 | 128 | 128 | 128 | PN chips/bit |

Note: The 1200, 2400, and 4800 bps data rates are applicable to the Reverse Fundamental Channel only.

TIA-2000.2-C-1

**Table 2.1.3.1.2.1-9. Reverse Fundamental Channel and Reverse Supplemental Code
Channel Modulation Parameters for Radio Configuration 2**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Repeated Code Symbol Rate | 28,800 | 28,800 | 28,800 | 28,800 | sps |
| Modulation | 6 | 6 | 6 | 6 | repeated code symbols/modulation symbol |
| Modulation Symbol Rate | 4,800 | 4,800 | 4,800 | 4,800 | sps |
| Walsh Chip Rate | 307.20 | 307.20 | 307.20 | 307.20 | kcps |
| Modulation Symbol Duration | 208.33 | 208.33 | 208.33 | 208.33 | μs |
| PN Chips/Repeated Code Symbol | 42.67 | 42.67 | 42.67 | 42.67 | PN chips/repeated code symbol |
| PN Chips/Modulation Symbol | 256 | 256 | 256 | 256 | PN chips/modulation symbol |
| PN Chips/Walsh Chip | 4 | 4 | 4 | 4 | PN chips/Walsh chip |
| Transmit Duty Cycle | 100.0 | 50.0 | 25.0 | 12.5 | % |
| Processing Gain | 85.33 | 85.33 | 85.33 | 85.33 | PN chips/bit |

Note: The 1800, 3600, and 7200 bps data rates are applicable to the Reverse
Fundamental Channel only.

TIA-2000.2-C-1

**Table 2.1.3.1.2.1-10. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 3**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,700 | 1,500 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 (N < 32)<br>1/2 (N = 32) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 (N = 1)<br>1 (N > 1) | 4 | 8 | 16 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 8/9 | 4/5 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 76,800 (N ≤ 2)<br>38,400 × N<br>(N = 4 or 8)<br>614,400 (N ≥ 16) | 76,800 | 76,800 | 76,800 | sps |
| Walsh Length | For Reverse Fundamental Channel: 16<br>For Reverse Supplemental Channel:<br>8, 4, or 2 (N ≤ 4)<br>4 or 2 (N = 8)<br>2 (N ≥ 16) | 16 (Reverse Fundamental Channel)<br>8, 4, or 2 (Reverse Supplemental Channel) | | | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | For Reverse Fundamental Channel: 1<br>For Reverse Supplemental Channel:<br>2, 4, or 8 (N ≤ 2)<br>1, 2, or 4 (N = 4)<br>1 or 2 (N = 8)<br>1 (N ≥ 16) | 1 (Reverse Fundamental Channel)<br>2, 4, or 8 (Reverse Supplemental Channel) | | | Walsh functions/modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 or 50.0 | % |
| Processing Gain | 128/N | 256 | 455.1 | 819.2 | PN chips/bit |

Notes:

1.  N = 1, 2, 4, 8, 16, or 32, which yields data rates of 9600, 19200, 38400, 76800, 153600, or 307200 bps, respectively.

2.  If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.

3.  3. The 50% transmit duty cycle at 1500 bps data rate corresponds to the Reverse Fundamental Channel gating.

TIA-2000.2-C-1

**Table 2.1.3.1.2.1-11. Reverse Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 3**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | **9,600 × N** | **4,800** | **2,400** | **1,350** | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 (N < 16)<br>1/2 (N = 16) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 1 | 8/9 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 38,400 × N (N < 8)<br>307,200 (N ≥ 8) | 38,400 | 38,400 | 38,400 | sps |
| Walsh Length | 8, 4, or 2 (N < 8)<br>4 or 2 (N ≥ 8) | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 4, 8, or 16 (N = 1)<br>2, 4, or 8 (N = 2)<br>1, 2, or 4 (N = 4)<br>1 or 2 (N ≥ 8) | 4, 8, or 16 | 4, 8, or 16 | 4, 8, or 16 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 128/N | 256 | 512 | 910.22 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 9600, 19200, 38400, 76800, or 153600 bps, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

**Table 2.1.3.1.2.1-12. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 3**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | $9{,}600 \times N$ | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 (N < 8) <br> 1/2 (N = 8) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Modulation Symbol Rate | $38{,}400 \times N$ (N < 4) <br> $153{,}600$ (N ≥ 4) | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 4, 8, or 16 (N = 1) <br> 2, 4, or 8 (N = 2) <br> 1, 2, or 4 (N ≥ 4) | 8, 16, or 32 | 8, 16, or 32 | 8, 16, or 32 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 128/N | 256 | 512 | 1024 | PN chips/bit |

Notes:

1. N = 1, 2, 4, or 8, which yields data rates of 9600, 19200, 38400, or 76800 bps, respectively.
2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 2.1.3.1.2.1-13. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 4**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 (N = 1)<br>1 (N > 1) | 4 | 8 | 16 | repeated code symbols/code symbol |
| Puncturing Rate | 16/24 (N = 1)<br>8/12 (N > 1) | 16/24 | 16/24 | 16/24 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 76,800 (N = 1)<br>38,400 × N (N ≥ 2) | 76,800 | 76,800 | 76,800 | sps |
| Walsh Length | For Reverse Fundamental Channel: 16<br>For Reverse Supplemental Channel:<br>8, 4, or 2 (N ≤ 4)<br>4 or 2 (N = 8)<br>2 (N = 16) | 16 (Reverse Fundamental Channel)<br>8, 4, or 2 (Reverse Supplemental Channel) | | | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | For Reverse Fundamental Channel: 1<br>For Reverse Supplemental Channel:<br>2, 4, or 8 (N ≤ 2)<br>1, 2, or 4 (N = 4)<br>1 or 2 (N = 8)<br>1 (N = 16) | 1 (Reverse Fundamental Channel)<br>2, 4, or 8 (Reverse Supplemental Channel) | | | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 or 50.0 | % |
| Processing Gain | 85.33/N | 170.67 | 341.33 | 682.67 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 14400, 28800, 57600, 115200, or 230400 bps, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.

3. The 50% transmit duty cycle at 1800 bps data rate corresponds to the Reverse Fundamental Channel gating.

1 **Table 2.1.3.1.2.1-14. Reverse Supplemental Channel Modulation Parameters for**
2 **40 ms Frames for Radio Configuration 4**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 8/12 | 16/24 | 16/24 | 16/24 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 38,400 × N | 38,400 | 38,400 | 38,400 | sps |
| Walsh Length | 8, 4, or 2 (N ≤ 4)<br>4 or 2 (N = 8) | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 4, 8, or 16 (N = 1)<br>2, 4, or 8 (N = 2)<br>1, 2, or 4 (N = 4)<br>1 or 2 (N = 8) | 4, 8, or 16 | 4, 8, or 16 | 4, 8, or 16 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 85.33/N | 170.67 | 341.33 | 682.67 | PN chips/bit |

Notes:

1. N = 1, 2, 4, or 8, which yields data rates of 14400, 28800, 57600, or 115200 bps, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

3

2d226e84ae358bb0

TIA-2000.2-C-1

1   **Table 2.1.3.1.2.1-15. Reverse Supplemental Channel Modulation Parameters for**
2   **80 ms Frames for Radio Configuration 4**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Puncturing Rate | 8/12 | 8/12 | 16/24 | 16/24 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 38,400 × N | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 4, 8, or 16 (N = 1) 2, 4, or 8 (N = 2) 1, 2, or 4 (N = 4) | 8, 16, or 32 | 8, 16, or 32 | 8, 16, or 32 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 85.33/N | 170.67 | 341.33 | 682.67 | PN chips/bit |

Notes:

1.  N = 1, 2, or 4, which yields data rates of 14400, 28800, or 57600 bps, respectively.

2.  If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

3

1  **Table 2.1.3.1.2.1-16. Reverse Fundamental Channel Modulation Parameters for 5 ms**
2  **Frames for Radio Configurations 3 and 4**

|  | Data Rate (bps) |  |
| --- | --- | --- |
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 76,800 | sps |
| Walsh Length | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | % |
| Processing Gain | 128 | PN chips/bit |

4  2.1.3.1.2.2 Spreading Rate 3

5  The modulation parameters for the Reverse CDMA Channel operating in Spreading Rate 3
6  are shown in Table 2.1.3.1.2.2-1 through Table 2.1.3.1.2.2-11.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-1. Enhanced Access Channel Modulation Parameters for Spreading Rate 3**

| Parameter | Data Rate (bps) | | | Units |
|---|---|---|---|---|
| | 9,600 | 19,200 | 38,400 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 4 | 2 | 1 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 153,600 | 153,600 | 153,600 | sps |
| Walsh Length | 8 | 8 | 8 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 3 | 3 | 3 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 384 | 192 | 96 | PN chips/bit |

Note: The Enhanced Access header uses the 9600 bps data rate only, while the Enhanced Access data uses 9600, 19200, and 38400 bps data rates.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-2. Reverse Common Control Channel Modulation Parameters for Spreading Rate 3**

| Parameter | Data Rate (bps) | | | Units |
|---|---|---|---|---|
| | 9,600 | 19,200 | 38,400 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 4 | 2 | 1 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 153,600 | 153,600 | 153,600 | sps |
| Walsh Length | 8 | 8 | 8 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 3 | 3 | 3 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 384 | 192 | 96 | PN chips/bit |

**Table 2.1.3.1.2.2-3. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 5**

| Parameter | Data Rate (bps) | Units |
|---|---|---|
| | 9,600 | |
| PN Chip Rate | 3.6864 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 76,800 | sps |
| Walsh Length | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 3 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | % |
| Processing Gain | 384 | PN chips/bit |

Note: If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-4. Reverse Dedicated Control Channel Modulation Parameters for Radio Configuration 6**

| Parameter | Data Rate (bps) | | Units |
|---|---|---|---|
| | 9,600 | 14,400 | |
| PN Chip Rate | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | 2 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 16/24 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | 76,800 | 76,800 | sps |
| Walsh Length | 16 | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 3 | 3 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | % |
| Processing Gain | 384 | 256 | PN chips/bit |

Note: The 9600 bps data rate is used for 5 ms frames and the 14400 bps data rate is used for 20 ms frames. If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-5. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 5**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,700 | 1,500 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 (N ≤ 16) <br> 1/3 (N ≥ 32) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 (N = 1) <br> 1 (N > 1) | 4 | 8 | 16 | repeated code symbols/ code symbol |
| Puncturing Rate | 1 | 1 | 8/9 | 4/5 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 76,800 (N ≤ 2) <br> 38,400 × N <br> (4 ≤ N ≤ 16) <br> 28,800 × N (N ≥ 32) | 76,800 | 76,800 | 76,800 | sps |
| Walsh Length | For Reverse Fundamental Channel: 16 <br> For Reverse Supplemental Channel: <br> 8, 4, or 2 (N ≤ 4) <br> 4 or 2 (N = 8 or 32) <br> 2 (N = 16 or 64) | 16 (Reverse Fundamental Channel) <br> 8, 4, or 2 (Reverse Supplemental Channel) | | | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | For Reverse Fundamental Channel: 3 <br> For Reverse Supplemental Channel: <br> 6, 12, or 24 (N ≤ 2) <br> 3, 6, or 12 (N = 4) <br> 3 or 6 (N = 8) <br> 3 (N = 16) <br> 1 or 2 (N = 32) <br> 1 (N = 64) | 3 (Reverse Fundamental Channel) <br> 6, 12, or 24 (Reverse Supplemental Channel) | | | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 or 50.0 | % |
| Processing Gain | 384/N | 768 | 1,365.33 | 2,457.60 | PN chips/bit |

Notes:
1. N = 1, 2, 4, 8, 16, 32, or 64, which yields data rates of 9600, 19200, 38400, 76800, 153600, 307200, or 614400 bps, respectively.
2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.
3. The 50% transmit duty cycle at 1500 bps data rate corresponds to the Reverse Fundamental Channel gating.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-6. Reverse Supplemental Channel Modulation Parameters for
40 ms Frames for Radio Configuration 5**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,350 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 (N ≤ 8)<br>1/3 (N ≥ 16) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 1 | 8/9 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 38,400 × N (N ≤ 8)<br>28,800 × N (N ≥ 16) | 38,400 | 38,400 | 38,400 | sps |
| Walsh Length | 8, 4, or 2<br>(N = 1, 2, 4, or 16)<br>4 or 2<br>(N = 8 or 32) | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 12, 24, or 48 (N = 1)<br>6, 12, or 24 (N = 2)<br>3, 6, or 12 (N = 4)<br>3 or 6 (N = 8)<br>1, 2, or 4 (N = 16)<br>1 or 2 (N = 32) | 12, 24, or 48 | 12, 24, or 48 | 12, 24, or 48 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 384/N | 768 | 1,536 | 2,730.67 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 32, which yields data rates of 9600, 19200, 38400, 76800, 153600, or 307200, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

**Table 2.1.3.1.2.2-7. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 5**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 (N ≤ 4)<br>1/3 (N ≥ 8) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 38,400 × N (N ≤ 4)<br>28,800 × N (N ≥ 8) | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 12, 24, or 48 (N = 1)<br>6, 12, or 24 (N = 2)<br>3, 6, or 12 (N = 4)<br>2, 4, or 8 (N = 8)<br>1, 2, or 4 (N = 16) | 24, 48, or 96 | 24, 48, or 96 | 24, 48, or 96 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 384/N | 768 | 1,536 | 3,072 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 9600, 19200, 38400, 76800, or 153600, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-8. Reverse Fundamental Channel and Reverse Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 6**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 (N ≤ 32) 1/2 (N = 72) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 (N = 1) 1 (N > 1) | 4 | 8 | 16 | repeated code symbols/code symbol |
| Puncturing Rate | 16/24 (N = 1) 1 (2 ≤ N ≤ 32) 16/18 (N = 72) | 16/24 | 16/24 | 16/24 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 76,800 (N = 1) 57,600 × N (2 ≤ N ≤ 16) 1,843,200 (N ≥ 32) | 76,800 | 76,800 | 76,800 | sps |
| Walsh Length | For Reverse Fundamental Channel: 16 For Reverse Supplemental Channel: 8, 4, or 2 (N ≤ 8) 4 or 2 (N = 16) 2 (N ≥ 32) | 16 (Reverse Fundamental Channel) 8, 4, or 2 (Reverse Supplemental Channel) | | | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | For Reverse Fundamental Channel: 3 For Reverse Supplemental Channel: 6, 12, or 24 (N = 1) 4, 8, or 16 (N = 2) 2, 4, or 8 (N = 4) 1, 2, or 4 (N = 8) 1 or 2 (N = 16) 1 (N ≥ 32) | 3 (Reverse Fundamental Channel) 6, 12, or 24 (Reverse Supplemental Channel) | | | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 or 50.0 | % |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, 32, or 72, which yields data rates of 14400, 28800, 57600, 115200, 230400, 460800, or 1036800 bps, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Fundamental Channel or the Reverse Supplemental Channel, and the specified frame quality indicator length.

3. The 50% transmit duty cycle at 1800 bps data rate corresponds to the Reverse Fundamental Channel gating.

**Table 2.1.3.1.2.2-9. Reverse Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 6**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 (N ≤ 16)<br>1/2 (N = 36) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 (N ≤ 16)<br>16/18 (N = 36) | 16/24 | 16/24 | 16/24 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 57,600 × N (N ≤ 8)<br>921,600 (N ≥ 16) | 38,400 | 38,400 | 38,400 | sps |
| Walsh Length | 8, 4, or 2 (N ≤ 8)<br>4 or 2 (N ≥ 16) | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 8, 16, or 32 (N = 1)<br>4, 8, or 16 (N = 2)<br>2, 4, or 8 (N = 4)<br>1, 2, or 4 (N = 8)<br>1 or 2 (N ≥ 16) | 12, 24, or 48 | 12, 24, or 48 | 12, 24, or 48 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 36, which yields data rates of 14400, 28800, 57600, 115200, 230400, or 518400 bps, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 2.1.3.1.2.2-10. Reverse Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 6**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | $14{,}400 \times N$ | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 3.6864 | 3.6864 | 3.6864 | 3.6864 | Mcps |
| Code Rate | 1/4 (N ≤ 8)<br>1/2 (N = 18) | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Puncturing Rate | 1 (N ≤ 8)<br>16/18 (N = 18) | 1 | 16/24 | 16/24 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 57,600 × N (N < 8)<br>460,800 (N ≥ 8) | 28,800 | 19,200 | 19,200 | sps |
| Walsh Length | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | 8, 4, or 2 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 8, 16, or 32 (N = 1)<br>4, 8, or 16 (N = 2)<br>2, 4, or 8 (N = 4)<br>1, 2, or 4 (N ≥ 8) | 16, 32, or 64 | 24, 48, or 96 | 24, 48, or 96 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | 100.0 | 100.0 | 100.0 | % |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 18, which yields data rates of 14400, 28800, 57600, 115200, or 259200 bps, respectively.

2. If variable-rate Reverse Supplemental Channel operation, flexible reverse link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Reverse Supplemental Channel, and the specified frame quality indicator length.

**Table 2.1.3.1.2.2-11. Reverse Fundamental Channel Modulation Parameters for 5 ms Frames for Radio Configurations 5 and 6**

| | Data Rate (bps) | |
|---|---|---|
| Parameter | 9,600 | Units |
| PN Chip Rate | 3.6864 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | modulation symbols/repeated symbol |
| Modulation Symbol Rate | 76,800 | sps |
| Walsh Length | 16 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 3 | Walsh functions/ modulation symbol |
| Transmit Duty Cycle | 100.0 | % |
| Processing Gain | 384 | PN chips/bit |

2.1.3.1.3 Data Rates

The data rates for channels operating with Spreading Rate 1 shall be as specified in Table 2.1.3.1.3-1. The data rates for channels operating with Spreading Rate 3 shall be as specified in Table 2.1.3.1.3-2.

Flexible data rates may be supported with Radio Configurations 3, 4, 5, and 6. If flexible data rates are supported, frame formats that do not match those listed in Table 2.1.3.6.2-1 for the Reverse Dedicated Control Channel, Table 2.1.3.9.2-1 for the Reverse Fundamental Channel, or Table 2.1.3.10.2-1, Table 2.1.3.10.2-2, and Table 2.1.3.10.2-3 for the Reverse Supplemental Channel may be supported in Radio Configurations 3, 4, 5, and 6. These frame formats correspond to a range of data rates up to the highest dedicated channel data rate listed in Table 2.1.3.1.3-1 and Table 2.1.3.1.3-2. These non-listed data rates are called flexible data rates.

TIA-2000.2-C-1

1

**Table 2.1.3.1.3-1. Data Rates for Spreading Rate 1**

| Channel Type | | Data Rates (bps) |
|---|---|---|
| Access Channel | | 4800 |
| Enhanced Access Channel | Header | 9600 |
| | Data | 38400 (5, 10, or 20 ms frames), 19200 (10 or 20 ms frames), or 9600 (20 ms frames) |
| Reverse Common Control Channel | | 38400 (5, 10, or 20 ms frames), 19200 (10 or 20 ms frames), or 9600 (20 ms frames) |
| Reverse Dedicated Control Channel | RC 3 | 9600 |
| | RC 4 | 14400 (20 ms frames) or 9600 (5 ms frames) |
| Reverse Acknowledgment Channel | | 800 |
| Reverse Channel Quality Indicator Channel | | 3200 or 800 |
| Reverse Fundamental Channel | RC 1 | 9600, 4800, 2400, or 1200 |
| | RC 2 | 14400, 7200, 3600, or 1800 |
| | RC 3 | 9600, 4800, 2700, or 1500 (20 ms frames) or 9600 (5 ms frames) |
| | RC 4 | 14400, 7200, 3600, or 1800 (20 ms frames) or 9600 (5 ms frames) |
| Reverse Supplemental Code Channel | RC 1 | 9600 |
| | RC 2 | 14400 |
| Reverse Supplemental Channel | RC 3 | 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, or 1500 (20 ms frames) |
| | | 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1350 (40 ms frames) |
| | | 76800, 38400, 19200, 9600, 4800, 2400, or 1200 (80 ms frames) |
| | RC 4 | 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (20 ms frames) |
| | | 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (40 ms frames) |
| | | 57600, 28800, 14400, 7200, 3600, or 1800 (80 ms frames) |

2

1

**Table 2.1.3.1.3-2. Data Rates for Spreading Rate 3**

| Channel Type | | Data Rates (bps) |
|---|---|---|
| Enhanced Access Channel | Header | 9600 |
| | Data | 38400 (5, 10, or 20 ms frames), 19200 (10 or 20 ms frames), or 9600 (20 ms frames) |
| Reverse Common Control Channel | | 38400 (5, 10, or 20 ms frames), 19200 (10 or 20 ms frames), or 9600 (20 ms frames) |
| Reverse Dedicated Control Channel | RC 5 | 9600 |
| | RC 6 | 14400 (20 ms frames) or 9600 (5 ms frames) |
| Reverse Fundamental Channel | RC 5 | 9600, 4800, 2700, or 1500 (20 ms frames) or 9600 (5 ms frames) |
| | RC 6 | 14400, 7200, 3600, or 1800 (20 ms frames) or 9600 (5 ms frames) |
| Reverse Supplemental Channel | RC 5 | 614400, 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, or 1500 (20 ms frames) |
| | | 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1350 (40 ms frames) |
| | | 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1200 (80 ms frames) |
| | RC 6 | 1036800, 460800, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (20 ms frames) |
| | | 518400, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (40 ms frames) |
| | | 259200, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (80 ms frames) |

2

3   2.1.3.1.4 Forward Error Correction

4   The forward error correction types for channels with Spreading Rate 1 shall be as specified
5   in Table 2.1.3.1.4-1. The forward error correction types for channels with Spreading Rate 3
6   shall be as specified in Table 2.1.3.1.4-2.

7   If the mobile station supports variable-rate Reverse Supplemental Channel operation,
8   flexible data rates, or both, and the specified number of reserved bits, information bits and
9   frame quality indicator bits per frame do not match one of those listed in Table 2.1.3.10.2-
10  1, Table 2.1.3.1.8.2-2, or Table 2.1.3.10.2-3 for the Reverse Supplemental Channel, the
11  forward error correction type of the Reverse Supplemental Channel shall be the same as

that of the maximum assigned data rate for that channel if, ~~unless~~ turbo coding is ~~not~~ available for the specified data rate, otherwise ~~in which case~~ convolutional coding shall be used. The forward error correction code rate of a specified frame format, not listed in Table 2.1.3.10.2-1, Table 2.1.3.10.2-2, or Table 2.1.3.1.8.2-3 for the Reverse Supplemental Channel, shall be the same as that of the lowest listed data rate in the same radio configuration that is higher than the specified data rate.

If ERAM is enabled for Radio Configuration 4, the code rate of the turbo encoder shall be selected as follows:

$$R = \begin{cases} 1/3, \text{ if } 8/3 < N/I \le 3 \\ 1/4, \text{ if } 3 < N/I \le 4 \text{ or } N/I = 8/3 \\ 1/5, \text{ if } N/I > 4 \end{cases}$$

where I denotes the number of encoder input bits per frame and N denotes the interleaver block size.

**Table 2.1.3.1.4-1. Forward Error Correction for Spreading Rate 1**

| Channel Type | Forward Error Correction | R |
|---|---|---|
| Access Channel | Convolutional | 1/3 |
| Enhanced Access Channel | Convolutional | 1/4 |
| Reverse Common Control Channel | Convolutional | 1/4 |
| Reverse Dedicated Control Channel | Convolutional | 1/4 |
| Reverse Channel Quality Indicator Channel | Block | 4/12 |
| | None | - |
| Reverse Fundamental Channel | Convolutional | 1/3 (RC 1)<br>1/2 (RC 2)<br>1/4 (RC 3 and 4) |
| Reverse Supplemental Code Channel | Convolutional | 1/3 (RC 1)<br>1/2 (RC 2) |
| Reverse Supplemental Channel | Convolutional | 1/4 (RC 3, N ≤ 3048)<br>1/2 (RC 3, N > 3048)<br>1/4 (RC 4) |
| | Turbo (N ≥ 360 for RC 3 or N ≥ 552 for RC 4) | 1/4 (RC 3, N ≤ 3048)<br>1/2 (RC 3, N > 3048)<br>1/3, 1/4, or 1/5 (RC 4) |

Note: N is the number of channel bits per frame.

TIA-2000.2-C-1

1

**Table 2.1.3.1.4-2. Forward Error Correction for Spreading Rate 3**

| Channel Type | Forward Error Correction | R |
|---|---|---|
| Enhanced Access Channel | Convolutional | 1/4 |
| Reverse Common Control Channel | Convolutional | 1/4 |
| Reverse Dedicated Control Channel | Convolutional | 1/4 |
| Reverse Fundamental Channel | Convolutional | 1/4 |
| Reverse Supplemental Channel | Convolutional or Turbo ($N \geq 360$ for RC 5 or $N \geq 552$ for RC 6) | 1/4 (RC 5, $N \leq 3048$)<br>1/3 (RC 5, $N > 3048$)<br>1/4 (RC 6, $N \leq 9192$)<br>1/2 (RC 6, $N > 9192$) |

Note: N is the number of channel bits per frame.

2

3   2.1.3.1.4.1 Convolutional Encoding

4   All convolutional codes shall have a constraint length of 9.

5   Convolutional encoding involves the modulo-2 addition of selected taps of a serially time-
6   delayed data sequence. The length of the data sequence delay is equal to K-1, where K is
7   the constraint length of the code.

8   2.1.3.1.4.1.1 Rate 1/4 Convolutional Code

9   The generator functions for the rate 1/4 code shall be $g_0$ equals 765 (octal), $g_1$ equals 671
10  (octal), $g_2$ equals 513 (octal), and $g_3$ equals 473 (octal). This code generates four code
11  symbols for each data bit input to the encoder. These code symbols shall be output so that
12  the code symbol ($c_0$) encoded with generator function $g_0$ is output first, the code symbol
13  ($c_1$) encoded with generator function $g_1$ is output second, the code symbol ($c_2$) encoded
14  with generator function $g_2$ is output third, and the code symbol ($c_3$) encoded with generator
15  function $g_3$ is output last. The state of the convolutional encoder, upon initialization, shall
16  be the all-zero state. The first code symbol that is output after initialization shall be a code
17  symbol encoded with generator function $g_0$. The encoder for this code is illustrated in
18  Figure 2.1.3.1.4.1.1-1.

19



**Figure 2.1.3.1.4.1.1-1. K = 9, Rate 1/4 Convolutional Encoder**

2.1.3.1.4.1.2 Rate 1/3 Convolutional Code

The generator functions for this code shall be $g_0$ equals 557 (octal), $g_1$ equals 663 (octal), and $g_2$ equals 711 (octal). This code generates three code symbols for each data bit input to the encoder. These code symbols shall be output so that the code symbol ($c_0$) encoded with generator function $g_0$ shall be output first, the code symbol ($c_1$) encoded with generator function $g_1$ shall be output second, and the code symbol ($c_2$) encoded with generator function $g_2$ shall be output last. The state of the convolutional encoder, upon initialization, shall be the all-zero state. The first code symbol output after initialization shall be a code symbol encoded with generator function $g_0$. The encoder for this code is illustrated in Figure 2.1.3.1.4.1.2-1.



**Figure 2.1.3.1.4.1.2-1. K = 9, Rate 1/3 Convolutional Encoder**

2.1.3.1.4.1.3 Rate 1/2 Convolutional Code

The generator functions for this code shall be $g_0$ equals 753 (octal) and $g_1$ equals 561 (octal). This code generates two code symbols for each data bit input to the encoder. These code symbols shall be output so that the code symbol ($c_0$) encoded with generator function $g_0$ shall be output first and the code symbol ($c_1$) encoded with generator function $g_1$ shall be output last. The state of the convolutional encoder, upon initialization, shall be the all-zero state. The first code symbol output after initialization shall be a code symbol encoded with generator function $g_0$. The encoder for this code is illustrated in Figure 2.1.3.1.4.1.3-1.



**Figure 2.1.3.1.4.1.3-1. K = 9, Rate 1/2 Convolutional Encoder**

2.1.3.1.4.2 Turbo Encoding

The turbo encoder encodes the data, frame quality indicator (CRC), and two reserved bits. During encoding, an encoder output tail sequence is added. If the total number of data,

TIA-2000.2-C-1

1   frame quality, and reserved input bits is $N_{turbo}$, the turbo encoder generates $N_{turbo}/R$
2   encoded data output symbols followed by 6/R tail output symbols, where R is the code rate
3   of 1/2, 1/3, 1/4, or 1/5. The turbo encoder employs two systematic, recursive,
4   convolutional encoders connected in parallel, with an interleaver, the turbo interleaver,
5   preceding the second recursive convolutional encoder.

6   The two recursive convolutional codes are called the constituent codes of the turbo code.
7   The outputs of the constituent encoders are punctured and repeated to achieve the ($N_{turbo}$
8   + 6)/R output symbols.

9   2.1.3.1.4.2.1 Rate 1/2, 1/3, 1/4, and 1/5 Turbo Encoders

10   A common constituent code shall be used for the turbo codes of rate 1/2, 1/3, 1/4, and
11   1/5. The transfer function for the constituent code shall be

12
$$G(D) \;=\; \left[ 1 \quad \frac{n_0(D)}{d(D)} \quad \frac{n_1(D)}{d(D)} \right]$$

13   where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

14   The turbo encoder shall generate an output symbol sequence that is identical to the one
15   generated by the encoder shown in Figure 2.1.3.1.4.2.1-1. Initially, the states of the
16   constituent encoder registers in this figure are set to zero. Then, the constituent encoders
17   are clocked with the switches in the positions noted.

18   The encoded data output symbols are generated by clocking the constituent encoders
19   $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified
20   in Table 2.1.3.1.4.2.1-1. Within a puncturing pattern, a '0' means that the symbol shall be
21   deleted and a '1' means that a symbol shall be passed. The constituent encoder outputs for
22   each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output
23   first. Symbol repetition is not used in generating the encoded data output symbols.

24

TIA-2000.2-C-1



**Figure 2.1.3.1.4.2.1-1. Turbo Encoder**

2-121

TIA-2000.2-C-1

**Table 2.1.3.1.4.2.1-1. Puncturing Patterns for the Data Bit Periods**

| Output | Code Rate | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 1/2 | 1/3 | 1/4 | 1/5 |
| X | 11 | 11 | 11 | 11 |
| $Y_0$ | 10 | 11 | 11 | 11 |
| $Y_1$ | 00 | 00 | 10 | 11 |
| X' | 00 | 00 | 00 | 00 |
| $Y'_0$ | 01 | 11 | 01 | 11 |
| $Y'_1$ | 00 | 00 | 11 | 11 |

Note: For each rate, the puncturing table shall be read first from top to bottom and then from left to right.

2.1.3.1.4.2.2 Turbo Code Termination

The turbo encoder shall generate 6/R tail output symbols following the encoded data output symbols. This tail output symbol sequence shall be identical to the one generated by the encoder shown in Figure 2.1.3.1.4.2.1-1. The tail output symbols are generated after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1 three times with its switch in the down position while Constituent Encoder 2 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The last 3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with its switch in the down position while Constituent Encoder 1 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first.

The tail output symbol puncturing and symbol repetition shall be as specified in Table 2.1.3.1.4.2.2-1. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that a symbol shall be passed. A 2 or a 3 means that two or three copies of the symbol shall be passed. For rate 1/2 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'Y'_0$. For rate 1/3 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0$.

For rate 1/4 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0Y_1$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0Y'_1$. For rate 1/5 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXXY_0Y_1$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'X'Y'_0Y'_1$.

**Table 2.1.3.1.4.2.2-1. Puncturing and Symbol Repetition Patterns for the Tail Bit Periods**

| Output | Code Rate | | | |
|---|---|---|---|---|
| | 1/2 | 1/3 | 1/4 | 1/5 |
| X | 111 000 | 222 000 | 222 000 | 333 000 |
| $Y_0$ | 111 000 | 111 000 | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 000 000 | 111 000 | 111 000 |
| X′ | 000 111 | 000 222 | 000 222 | 000 333 |
| $Y'_0$ | 000 111 | 000 111 | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 000 | 000 111 | 000 111 |

Note: The puncturing table shall be read first from top to bottom and then from left to right with the number of repetitions for each symbol indicated by the number in the table.

2.1.3.1.4.2.3 Turbo Interleavers

The turbo interleaver, which is part of the turbo encoder, shall block interleave the data, frame quality indicator (CRC), and reserved bits input to the turbo encoder.

The turbo interleaver shall be functionally equivalent to an approach where the entire sequence of turbo interleaver input bits are written sequentially into an array at a sequence of addresses, and then the entire sequence is read out from a sequence of addresses that are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$, where $N_{turbo}$ is the total number of information bits, frame quality indicator bits, and reserved bits in the turbo interleaver. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 2.1.3.1.4.2.3-1 and described below.[16]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 2.1.3.1.4.2.3-1 gives this parameter for the numbers of bits per frame that are available without flexible data rates.

2. Initialize an (n + 5)-bit counter to 0.

---

[16] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. For i = 0, 1, ..., $2^n$-1, t̶The linear congruential sequence rule is x(i + 1̶) = (x̶(̶i̶)̶ +̶ (i+1)c) mod $2^n$, where x̶(̶0̶)̶ =̶ c̶ a̶n̶d̶ c is a row-specific value from a table lookup.

TIA-2000.2-C-1

3.  Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4.  Obtain the n-bit output of the table lookup defined in Table 2.1.3.1.4.2.3-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5.  Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6.  Bit-reverse the five LSBs of the counter.

7.  Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8.  Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9.  Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 2.1.3.1.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure**

1

**Table 2.1.3.1.4.2.3-1. Turbo Interleaver Parameter**

| Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|---|---|
| 378 | 4 |
| 570 | 5 |
| 762 | 5 |
| 1,146 | 6 |
| 1,530 | 6 |
| 2,298 | 7 |
| 3,066 | 7 |
| 4,602 | 8 |
| 6,138 | 8 |
| 9,210 | 9 |
| 12,282 | 9 |
| 20,730 | 10 |

2

3

TIA-2000.2-C-1

**Table 2.1.3.1.4.2.3-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries | n = 8 Entries | n = 9 Entries | n = 10 Entries |
|---|---|---|---|---|---|---|---|
| 0 | 5 | 27 | 3 | 15 | 3 | 13 | 1 |
| 1 | 15 | 3 | 27 | 127 | 1 | 335 | 349 |
| 2 | 5 | 1 | 15 | 89 | 5 | 87 | 303 |
| 3 | 15 | 15 | 13 | 1 | 83 | 15 | 721 |
| 4 | 1 | 13 | 29 | 31 | 19 | 15 | 973 |
| 5 | 9 | 17 | 5 | 15 | 179 | 1 | 703 |
| 6 | 9 | 23 | 1 | 61 | 19 | 333 | 761 |
| 7 | 15 | 13 | 31 | 47 | 99 | 11 | 327 |
| 8 | 13 | 9 | 3 | 127 | 23 | 13 | 453 |
| 9 | 15 | 3 | 9 | 17 | 1 | 1 | 95 |
| 10 | 7 | 15 | 15 | 119 | 3 | 121 | 241 |
| 11 | 11 | 3 | 31 | 15 | 13 | 155 | 187 |
| 12 | 15 | 13 | 17 | 57 | 13 | 1 | 497 |
| 13 | 3 | 1 | 5 | 123 | 3 | 175 | 909 |
| 14 | 15 | 13 | 39 | 95 | 17 | 421 | 769 |
| 15 | 5 | 29 | 1 | 5 | 1 | 5 | 349 |
| 16 | 13 | 21 | 19 | 85 | 63 | 509 | 71 |
| 17 | 15 | 19 | 27 | 17 | 131 | 215 | 557 |
| 18 | 9 | 1 | 15 | 55 | 17 | 47 | 197 |
| 19 | 3 | 3 | 13 | 57 | 131 | 425 | 499 |
| 20 | 1 | 29 | 45 | 15 | 211 | 295 | 409 |
| 21 | 3 | 17 | 5 | 41 | 173 | 229 | 259 |
| 22 | 15 | 25 | 33 | 93 | 231 | 427 | 335 |
| 23 | 1 | 29 | 15 | 87 | 171 | 83 | 253 |
| 24 | 13 | 9 | 13 | 63 | 23 | 409 | 677 |
| 25 | 1 | 13 | 9 | 15 | 147 | 387 | 717 |
| 26 | 9 | 23 | 15 | 13 | 243 | 193 | 313 |
| 27 | 15 | 13 | 31 | 15 | 213 | 57 | 757 |
| 28 | 11 | 13 | 17 | 81 | 189 | 501 | 189 |
| 29 | 3 | 1 | 5 | 57 | 51 | 313 | 15 |
| 30 | 15 | 13 | 15 | 31 | 15 | 489 | 75 |
| 31 | 5 | 13 | 33 | 69 | 67 | 391 | 163 |

1  2.1.3.1.4.3 Block Encoding

2  The (12, 4) block code for the Reverse Channel Quality Indicator Channel shall consist of
3  the last 12 symbols of each of the 16-symbol Walsh functions as shown in Table
4  2.1.3.1.4.3-1. The encoder output symbols shown in Table 2.1.3.1.4.3-1 shall be provided
5  in the order from the left-most symbol to the right-most symbol.

6

7  **Table 2.1.3.1.4.3-1. Codewords for the Reverse Channel Quality Indicator Channel**
8  **(12, 4) Block Code**

| Input | Output |
|-------|--------|
| '0000' | '0000 0000 0000' |
| '0001' | '0101 0101 0101' |
| '0010' | '0011 0011 0011' |
| '0011' | '0110 0110 0110' |
| '0100' | '1111 0000 1111' |
| '0101' | 1010 0101 1010' |
| '0110' | '1100 0011 1100' |
| '0111' | '1001 0110 1001' |
| '1000' | '0000 1111 1111' |
| '1001' | '0101 1010 1010' |
| '1010' | '0011 1100 1100' |
| '1011' | '0110 1001 1001' |
| '1100' | '1111 1111 0000' |
| '1101' | '1010 1010 0101' |
| '1110' | '1100 1100 0011' |
| '1111' | '1001 1001 0110' |

9

10  2.1.3.1.5 Code Symbol Repetition

11  Code symbols output from the forward error correction encoder shall be repeated as
12  specified in Table 2.1.3.1.5-1, except for the cases listed below. Since the Reverse
13  Acknowledgment Channel is not coded, the code symbol repetition is with respect to the
14  Reverse Acknowledgment Channel bits.

15  If variable-rate Reverse Supplemental Channel operation is supported and the specified
16  data rate on the Reverse Supplemental Channel is not the maximum assigned data rate,
17  the symbol repetition factor for the specified data rate is the ratio of the interleaver block
18  size of the maximum assigned data rate and the specified number of encoded symbols per
19  frame. See N_FSCH_BITS_SET[FOR_SCH_ID][SCCL_INDEX] in [5].

TIA-2000.2-C-1

If flexible data rates are used, the repetition factor is calculated as follows:

- If the specified data rate is the maximum assigned, the repetition factor is the ratio of the interleaver block size of the next higher listed rate and the specified number of encoded symbols per frame on the Reverse Dedicated Control Channel, the Reverse Fundamental Channel, and the Reverse Supplemental Channel.

- Otherwise, the repetition factor is the ratio of the interleaver block size of the maximum assigned data rate and the specified number of encoded symbols per frame.

If the repetition factor is less than 1, then code symbol repetition shall be disabled. Otherwise, the symbol repetition[17] shall be performed as follows:

The k-th output symbol from the repetition block shall be the $\lfloor kL/N \rfloor$-th input symbol where

$$k = 0 \text{ to } N - 1,$$

$$L = \text{Number of specified encoded symbols per frame at encoder output, and}$$

$$N = \text{Desired channel interleaver block size } (N \geq L).$$

---

[17] The symbol repetition factor is N/L.

TIA-2000.2-C-1

**Table 2.1.3.1.5-1. Code Symbol Repetition**

| Channel Type | | Number of Repeated Code Symbols/Code Symbol |
|---|---|---|
| Access Channel (Spreading Rate 1 only) | | 2 |
| Enhanced Access Channel | | 4 (9600 bps)<br>2 (19200 bps)<br>1 (38400 bps) |
| Reverse Common Control Channel | | 4 (9600 bps)<br>2 (19200 bps)<br>1 (38400 bps) |
| Reverse Acknowledgment Channel | | 24 |
| Reverse Channel Quality Indicator Channel | | 1 (3200 bps)<br>12 (800 bps) |
| Reverse Dedicated Control Channel | | 2 |
| Reverse Fundamental Channel | RC 1 or 2 | 8 (1200 or 1800 bps)<br>4 (2400 or 3600 bps)<br>2 (4800 or 7200 bps)<br>1 (9600 or 14400 bps) |
| | RC 3, 4, 5, or 6 | 16 (1500 or 1800 bps)<br>8 (2700 or 3600 bps)<br>4 (4800 or 7200 bps)<br>2 (9600 or 14400 bps) |
| Reverse Supplemental Code Channel (RC 1 or 2) | | 1 |
| Reverse Supplemental Channel | 20 ms frames | 16 (1500 or 1800 bps)<br>8 (2700 or 3600 bps)<br>4 (4800 or 7200 bps)<br>2 (9600 or 14400 bps)<br>1 (> 14400 bps) |
| | 40 ms frames | 8 (1350 or 1800 bps)<br>4 (2400 or 3600 bps)<br>2 (4800 or 7200 bps)<br>1 (> 7200 bps) |
| | 80 ms frames | 4 (1200 or 1800 bps)<br>2 (2400 or 3600 bps)<br>1 (> 3600 bps) |

TIA-2000.2-C-1

1   2.1.3.1.6 Puncturing

2   2.1.3.1.6.1 Convolutional Code Symbol Puncturing

3   Table 2.1.3.1.6.1-1 includes the base code rate, puncturing ratio, and puncturing patterns
4   that shall be used for different radio configurations. Within a puncturing pattern, a '0'
5   means that the symbol shall be deleted and '1' means that a symbol shall be passed. The
6   most significant bit in the pattern corresponds to the first symbol in the symbol group
7   corresponding to the length of the puncturing pattern. The puncture pattern shall be
8   repeated for all remaining symbols in the frame.

9

10   **Table 2.1.3.1.6.1-1. Punctured Codes Used with Convolutional Codes**

| Base Code Rate | Puncturing Ratio | Puncturing Pattern | Associated Radio Configurations |
|---|---|---|---|
| 1/4 | 8 of 24 | '111010111011 101011101010' | 4 and 6 |
| 1/4 | 4 of 12 | '110110011011' | 4 |
| 1/4 | 1 of 5 | '11110' | 3 and 5 |
| 1/4 | 1 of 9 | '111111110' | 3 and 5 |
| 1/2 | 2 of 18 | '111011111 111111110' | 6 |

11

12   For example, the 5-symbol puncturing pattern for Radio Configuration 3 is '11110',
13   meaning that the first, second, third, and fourth symbols are passed, while the fifth symbol
14   of each consecutive group of five symbols is removed.

15   2.1.3.1.6.2 Turbo Code Symbol Puncturing

16   Table 2.1.3.1.6.2-1 includes the base code rate, puncturing ratio, and puncturing patterns
17   that shall be used for different radio configurations. Within a puncturing pattern, a '0'
18   means that the symbol shall be deleted and a '1' means that a symbol shall be passed. The
19   most significant bit in the pattern corresponds to the first symbol in the symbol group
20   corresponding to the length of the puncturing pattern. The puncture pattern shall be
21   repeated for all remaining symbols in the frame.

22

**Table 2.1.3.1.6.2-1. Punctured Codes Used with Turbo Codes**

| Base Code Rate | Puncturing Ratio | Puncturing Pattern | Associated Radio Configurations |
|:---:|:---:|:---:|:---:|
| 1/2 | 2 of 18 | '111110101 111111111' | 6 |
| 1/4 | 4 of 12 | '110111011010' | 4 |

2.1.3.1.6.3 Flexible and Variable Rate Puncturing

If variable-rate Reverse Supplemental Channel operation, flexible data rates, or both are supported, puncturing after symbol repetition is calculated as described here. However, note that the puncturing in 2.1.3.1.6.1 and 2.1.3.1.6.2 is used for the frame formats listed in Table 2.1.3.6.2-1 for the Reverse Dedicated Control Channel, Table 2.1.3.9.2-1 for the Reverse Fundamental Channel, or Table 2.1.3.10.2-1, Table 2.1.3.10.2-2, or Table 2.1.3.10.2-3 for the Reverse Supplemental Channel.

If the number of specified encoded symbols per frame at the encoder output, L, is less than or equal to the desired channel interleaver block size, N, puncturing after symbol repetition shall be disabled.

Otherwise, code symbol puncturing shall be applied to the encoder output as follows.

- For turbo codes with ERAM disabled or for convolutional codes, the k-th output symbol from the puncturing block shall be the $\lfloor kL/N \rfloor$-th input symbol, where k = 0 to N − 1.

- For turbo codes with ERAM enabled for Radio Configuration 4, puncturing shall be as follows:

  - Let I denote the number of information bits per frame, including reserved and tail bits.

  - If N/I = 8/3, puncturing as specified in 2.1.3.1.6.2 shall be used.

  - Otherwise, let

    J = $\lfloor I/2 \rfloor$ and

    K = $\lfloor (L - N)/2 \rfloor$.

    All symbols for a frame shall be sequentially grouped into groups of L/I symbols each so that the first symbol at the encoder output is in symbol group 0 and the last symbol at the encoder output is in symbol group I − 1. Symbol puncturing shall be enabled for symbol groups with indices 2j and 2j + 1 if (j·K) mod J < K where j = 0 to J − 1. The pattern used to puncture symbol group i shall be $P_{(i \bmod 2)}$, as defined in Table 2.1.3.1.6.3-1. Symbol groups corresponding to data bit periods of the turbo encoded frame shall be punctured with the data puncturing pattern, whereas symbol groups corresponding to tail bit periods shall be punctured with the tail puncturing pattern. If L is odd, the (I − 1)-th symbol group shall also be punctured.

2-131

**Table 2.1.3.1.6.3-1. Puncturing Pattern for Turbo Codes with ERAM Enabled**

| | $8/3 < N/I \leq 3$ $R = 1/3$ | | $3 < N/I \leq 4$ $R = 1/4$ | | $4 < N/I < 5$ $R = 1/5$ | |
|---|---|---|---|---|---|---|
| | $P_0$ | $P_1$ | $P_0$ | $P_1$ | $P_0$ | $P_1$ |
| **Data Puncturing Pattern** | '110' | '101' | '1011' | '1110' | '11101' | '11011' |
| **Tail Puncturing Pattern** | '101' | '101' | '1011' | '1011' | '11011' | '11011' |

2.1.3.1.7 Block Interleaving

The mobile station shall interleave all repeated code symbols and subsequent puncturing, if used, on the Access Channel, the Enhanced Access Channel, the Reverse Common Control Channel, and the Reverse Traffic Channel prior to modulation and transmission.

2.1.3.1.7.1 Interleaving for the Reverse Traffic Channel with Radio Configurations 1 and 2

For the Reverse Traffic Channel with Radio Configurations 1 and 2, the interleaver shall be an array with 32 rows and 18 columns (i.e., 576 cells). Repeated code symbols shall be written into the interleaver by columns from the first column to the eighteenth column filling the complete $32 \times 18$ matrix. Reverse Traffic Channel repeated code symbols shall be output from the interleaver by rows. For Radio Configuration 1 and 2, the interleaver rows shall be output in the following order:

At 9600 or 14400 bps:

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32

At 4800 or 7200 bps:

1 3 2 4 5 7 6 8 9 11 10 12 13 15 14 16 17 19 18 20 21 23 22 24 25 27 26 28 29 31 30 32

At 2400 or 3600 bps:

1 5 2 6 3 7 4 8 9 13 10 14 11 15 12 16 17 21 18 22 19 23 20 24 25 29 26 30 27 31 28 32

At 1200 or 1800 bps:

1 9 2 10 3 11 4 12 5 13 6 14 7 15 8 16 17 25 18 26 19 27 20 28 21 29 22 30 23 31 24 32

2.1.3.1.7.2 Bit-Reversal Interleaving

The Access Channel, the Enhanced Access Channel, the Reverse Common Control Channel, and the Reverse Traffic Channel with Radio Configurations 3, 4, 5, and 6 shall use a bit-reversal interleaver, where the symbols input to the interleaver are written sequentially at addresses 0 to the block size (N) minus one, and the interleaved symbols are read out in a permuted order with the i-th symbol being read from address $A_i$, as follows:

1 $$A_i = 2^m (i \bmod J) + BRO_m \left( \lfloor i / J \rfloor \right)$$

2 where

3       i = 0 to N − 1,

4       $\lfloor x \rfloor$ indicates the largest integer less than or equal to x, and

5       $BRO_m(y)$ indicates the bit-reversed m-bit value of y (i.e., $BRO_3(6) = 3$).

6 The interleaver parameters m and J are specified in Table 2.1.3.1.7-1.

7

8 **Table 2.1.3.1.7-1. Interleaver Parameters**

| Interleaver Block Size | m | J |
|:---:|:---:|:---:|
| 384 | 6 | 6 |
| 768 | 6 | 12 |
| 1,536 | 6 | 24 |
| 3,072 | 6 | 48 |
| 6,144 | 7 | 48 |
| 12,288 | 7 | 96 |
| 576 | 5 | 18 |
| 2,304 | 6 | 36 |
| 4,608 | 7 | 36 |
| 9,216 | 7 | 72 |
| 18,432 | 8 | 72 |
| 36,864 | 8 | 144 |

9

10 2.1.3.1.8 Orthogonal Modulation and Spreading

11 When transmitting on the Access Channel or the Reverse Traffic Channel with Radio
12 Configurations 1 and 2, the mobile station uses orthogonal modulation. When transmitting
13 on the Reverse Pilot Channel, the Enhanced Access Channel, the Reverse Common Control
14 Channel, the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator
15 Channel, or the Reverse Traffic Channel in Radio Configuration 3 through 6, the mobile
16 station uses orthogonal spreading.

17 2.1.3.1.8.1 Orthogonal Modulation

18 When transmitting on the Access Channel or the Reverse Traffic Channel in Radio
19 Configuration 1 or 2, modulation for the Reverse CDMA Channel shall be 64-ary orthogonal
20 modulation. One of 64 possible modulation symbols is transmitted for each six repeated
21 code symbols. The modulation symbol shall be one of 64 mutually orthogonal waveforms

TIA-2000.2-C-1

1 generated using Walsh functions. These modulation symbols are given in Table 2.1.3.1.8.1-
2 1 and are numbered 0 through 63. The modulation symbols shall be selected according to
3 the following formula:

4 $$\text{Modulation symbol index} = c_0 + 2c_1 + 4c_2 + 8c_3 + 16c_4 + 32c_5,$$

5 where $c_5$ shall represent the last (or most recent) and $c_0$ the first (or oldest) binary valued
6 ('0' and '1') repeated code symbol of each group of six repeated code symbols that form a
7 modulation symbol index.

8 The 64 by 64 matrix shown in Table 2.1.3.1.8.1-1 can be generated by means of the
9 following recursive procedure:

10 $$\mathbf{H_1} = 0, \qquad \mathbf{H_2} = \begin{matrix} 0 & 0 \\ 0 & 1 \end{matrix}, \qquad \mathbf{H_4} = \begin{matrix} 0 & 0 & 0 & 0 \\ 0 & 1 & 0 & 1 \\ 0 & 0 & 1 & 1 \\ 0 & 1 & 1 & 0 \end{matrix}, \qquad \mathbf{H_{2N}} = \begin{matrix} \mathbf{H_N} & \mathbf{H_N} \\ \mathbf{H_N} & \overline{\mathbf{H_N}} \end{matrix};$$

11 where N is a power of 2 and $\overline{\mathbf{H_N}}$ denotes the binary complement of $\mathbf{H_N}$.

12 Walsh function time alignment shall be such that the first Walsh chip begins at the first
13 chip of a frame.

14 The period of time required to transmit a single modulation symbol shall be equal to
15 1/4800 second (208.333... μs). The period of time associated with one sixty-fourth of the
16 modulation symbol is referred to as a Walsh chip and shall be equal to 1/307200 second
17 (3.255... μs).

18 Within a modulation symbol, Walsh chips shall be transmitted in the order of 0, 1, 2,..., 63.
19

**Table 2.1.3.1.8.1-1. 64-ary Orthogonal Symbol Set**

Walsh Chip within Symbol

MODULATION SYMBOL INDEX

| Index | 0 1 2 3 | 4 5 6 7 | 8 9 10 11 | 12 13 14 15 | 16 17 18 19 | 20 21 22 23 | 24 25 26 27 | 28 29 30 31 | 32 33 34 35 | 36 37 38 39 | 40 41 42 43 | 44 45 46 47 | 48 49 50 51 | 52 53 54 55 | 56 57 58 59 | 60 61 62 63 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 |
| 1 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 |
| 2 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 |
| 3 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 |
| 4 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 |
| 5 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 |
| 6 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 |
| 7 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 |
| 8 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 |
| 9 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 |
| 10 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 |
| 11 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 |
| 12 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 |
| 13 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 |
| 14 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 |
| 15 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 |
| 16 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 |
| 17 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 |
| 18 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 |
| 19 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 |
| 20 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 |
| 21 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 |
| 22 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 |
| 23 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 |
| 24 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 |
| 25 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 |
| 26 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 |
| 27 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 |
| 28 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 |
| 29 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 |
| 30 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 |
| 31 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 |
| 32 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 |
| 33 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 |
| 34 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 |
| 35 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 |
| 36 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 |
| 37 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 |
| 38 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 |
| 39 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 |
| 40 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 |
| 41 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 |
| 42 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 |
| 43 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 |
| 44 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 |
| 45 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 |
| 46 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 |
| 47 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 |
| 48 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 0000 | 0000 |
| 49 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 0101 | 0101 |
| 50 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 0011 | 0011 |
| 51 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 0110 | 0110 |
| 52 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 |
| 53 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 |
| 54 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 |
| 55 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 |
| 56 | 0000 | 0000 | 1111 | 1111 | 1111 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 0000 | 0000 | 1111 | 1111 |
| 57 | 0101 | 0101 | 1010 | 1010 | 1010 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 0101 | 0101 | 1010 | 1010 |
| 58 | 0011 | 0011 | 1100 | 1100 | 1100 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 0011 | 0011 | 1100 | 1100 |
| 59 | 0110 | 0110 | 1001 | 1001 | 1001 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 0110 | 0110 | 1001 | 1001 |
| 60 | 0000 | 1111 | 1111 | 0000 | 1111 | 0000 | 0000 | 1111 | 1111 | 0000 | 0000 | 1111 | 0000 | 1111 | 1111 | 0000 |
| 61 | 0101 | 1010 | 1010 | 0101 | 1010 | 0101 | 0101 | 1010 | 1010 | 0101 | 0101 | 1010 | 0101 | 1010 | 1010 | 0101 |
| 62 | 0011 | 1100 | 1100 | 0011 | 1100 | 0011 | 0011 | 1100 | 1100 | 0011 | 0011 | 1100 | 0011 | 1100 | 1100 | 0011 |
| 63 | 0110 | 1001 | 1001 | 0110 | 1001 | 0110 | 0110 | 1001 | 1001 | 0110 | 0110 | 1001 | 0110 | 1001 | 1001 | 0110 |

TIA-2000.2-C-1

2.1.3.1.8.2 Orthogonal Spreading

When transmitting on the Reverse Pilot Channel, the Enhanced Access Channel, the Reverse Common Control Channel, the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, or the Reverse Traffic Channel with Radio Configuration 3 through 6, the mobile station shall use orthogonal spreading. Table 2.1.3.1.8.2-1 specifies the Walsh functions that are applied to the Reverse CDMA Channels.

**Table 2.1.3.1.8.2-1. Walsh Functions for Reverse CDMA Channels**

| Channel Type | Walsh Function |
|---|:---:|
| Reverse Pilot Channel | $W_0^{32}$ |
| Enhanced Access Channel | $W_2^8$ |
| Reverse Common Control Channel | $W_2^8$ |
| Reverse Dedicated Control Channel | $W_8^{16}$ |
| Reverse Acknowledgment Channel | $W_{16}^{64}$ |
| Reverse Channel Quality Indicator Channel | $W_{12}^{16}$ |
| Reverse Fundamental Channel | $W_4^{16}$ |
| Reverse Supplemental Channel 1 | $W_1^2$ or $W_2^4$ |
| Reverse Supplemental Channel 2 | $W_2^4$ or $W_6^8$ |

Walsh function $W_n^N$ represents a Walsh function of length N that is serially constructed from the n-th row of an N × N Hadamard matrix with the zeroth row being Walsh function 0, the first row being Walsh function 1, etc. Within Walsh function n, Walsh chips shall be transmitted serially from the n-th row from left to right. Hadamard matrices can be generated by means of the following recursive procedure:

$$\mathbf{H_1} = 0 \,, \qquad \mathbf{H_2} = \begin{matrix} 0 & 0 \\ 0 & 1 \end{matrix}, \qquad \mathbf{H_4} = \begin{matrix} 0 & 0 & 0 & 0 \\ 0 & 1 & 0 & 1 \\ 0 & 0 & 1 & 1 \\ 0 & 1 & 1 & 0 \end{matrix}, \qquad \mathbf{H_{2N}} = \begin{matrix} \mathbf{H_N} & \mathbf{H_N} \\ \mathbf{H_N} & \mathbf{\overline{H_N}} \end{matrix} \,;$$

where N is a power of 2 and $\mathbf{\overline{H_N}}$ denotes the binary complement of $\mathbf{H_N}$.

A code channel that is spread using Walsh function n from the N-ary orthogonal set ($0 \le n \le N - 1$) shall be assigned to Walsh function $W_n^N$. Walsh function time alignment shall be such that the first Walsh chip begins at the first chip of a frame. The Walsh function spreading sequence shall repeat with a period of N/1.2288 μs for Spreading Rate 1 and with a period of N/3.6864 μs for Spreading Rate 3.

2-136

1 Table 2.1.3.1.8.2-2 through Table 2.1.3.1.8.2-5 specify the Walsh functions that are
2 applied to the Reverse Supplemental Channels. This Walsh function repetition factor is the
3 number of Walsh function sequence repetitions per interleaver output symbol.

4 When a mobile station only supports one Reverse Supplemental Channel, it should support
5 Reverse Supplemental Channel 1. Reverse Supplemental Channel 1 should use Walsh
6 Function $W_2^4$ when possible.

7

8 **Table 2.1.3.1.8.2-2. Reverse Supplemental Channel Walsh Functions**
9 **with Spreading Rate 1 when Only One Reverse Supplemental Channel Is Assigned**

| Reverse Supplemental Channel 1 | | | Reverse Supplemental Channel 2 | | |
|---|---|---|---|---|---|
| Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor | Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor |
| $W_1^2 =$ <br> $(+ -)$ | 614.4/M | M = 1, 2, 4, 8, 16, and 32 | Not Supported | | |
| $W_2^4 =$ <br> $(+ + - -)$ | 307.2/M | M = 1, 2, 4, 8, and 16 | Not Supported | | |
| Not Supported | | | $W_2^4 =$ <br> $(+ + - -)$ | 307.2/M | M = 1, 2, 4, 8, and 16 |
| Not Supported | | | $W_6^8 =$ <br> $(+ + - - - - + +)$ | 153.6/M | M = 1, 2, 4, and 8 |

10

11 **Table 2.1.3.1.8.2-3. Reverse Supplemental Channel Walsh Functions**
12 **with Spreading Rate 1 when Two Reverse Supplemental Channels Are Assigned**

| Reverse Supplemental Channel 1 | | | Reverse Supplemental Channel 2 | | |
|---|---|---|---|---|---|
| Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor | Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor |
| $W_1^2 =$ <br> $(+ -)$ | 614.4/M | M = 1, 2, 4, 8, 16, and 32 | $W_2^4 =$ <br> $(+ + - -)$ | 307.2/M | M = 1, 2, 4, 8, and 16 |
| $W_1^2 =$ <br> $(+ -)$ | 614.4/M | M = 1, 2, 4, 8, 16, and 32 | $W_6^8 =$ <br> $(+ + - - - - + +)$ | 153.6/M | M = 1, 2, 4, and 8 |
| $W_2^4 =$ <br> $(+ + - -)$ | 307.2/M | M = 2, 4, 8, and 16 | $W_6^8 =$ <br> $(+ + - - - - + +)$ | 153.6/M | M = 1, 2, 4, and 8 |

13

TIA-2000.2-C-1

1    **Table 2.1.3.1.8.2-4. Reverse Supplemental Channel Walsh Functions**
2    **with Spreading Rate 3 when Only One Reverse Supplemental Channel Is Assigned**

| Reverse Supplemental Channel 1 | | | Reverse Supplemental Channel 2 | | |
|---|---|---|---|---|---|
| Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor | Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor |
| $W_1^2 =$ $(+-)$ | 1,843.2/M | M = 1, 2, 3, 4, 6, 8, 12, 16, 24, 32, 48, 64, and 96 | Not Supported | | |
| $W_2^4 =$ $(++--)$ | 921.6/M | M = 1, 2, 3, 4, 6, 8, 12, 16, 24, 32, and 48 | Not Supported | | |
| Not Supported | | | $W_2^4 =$ $(++--)$ | 921.6/M | M = 1, 2, 3, 4, 6, 8, 12, 16, 24, 32, and 48 |
| Not Supported | | | $W_6^8 =$ $(++----++)$ | 460.8/M | M = 1, 2, 3, 4, 6, 8, 12, 16, and 24 |

3

TIA-2000.2-C-1

1  **Table 2.1.3.1.8.2-5. Reverse Supplemental Channel Walsh Functions**
2  **with Spreading Rate 3 when Two Reverse Supplemental Channels Are Assigned**

| Reverse Supplemental Channel 1 | | | Reverse Supplemental Channel 2 | | |
|---|---|---|---|---|---|
| Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor | Walsh Function | Interleaver Output Symbol Rate (ksps) | Walsh Function Repetition Factor |
| $W_1{}^2 =$ $(+ -)$ | 1,843.2/M | M = 1, 2, 3, 4, 6, 8, 12, 16, 24, 32, 48, 64, and 96 | $W_2{}^4 =$ $(+ + - -)$ | 921.6/M | M = 1, 2, 3, 4, 6, 8, 12, 16, 24, 32, and 48 |
| $W_1{}^2 =$ $(+ -)$ | 1,843.2/M | M = 1, 2, 3, 4, 6, 8, 12, 16, 24, 32, 48, 64, and 96 | $W_6{}^8 =$ $(+ + - - - - + +)$ | 460.8/M | M = 1, 2, 3, 4, 6, 8, 12, 16, and 24 |
| $W_2{}^4 =$ $(+ + - -)$ | 921.6/M | M = 2, 4, 6, 8, 12, 16, 24, 32, and 48 | $W_6{}^8 =$ $(+ + - - - - + +)$ | 460.8/M | M = 1, 2, 3, 4, 6, 8, 12, 16, and 24 |

3

4  2.1.3.1.9 Gated Transmission

5  Several types of gated transmission are used, depending on the mode of operation. These
6  include:

7  • Variable data rate transmission on the Reverse Fundamental Channel with Radio
8    Configurations 1 and 2.

9  • PUF operation on the Reverse Traffic Channel with Radio Configurations 1 and 2.

10  • Gated operation on the Reverse Pilot Channel.

11  • Gated operation of the Enhanced Access Channel preamble.

12  • Gated operation of the Reverse Common Control Channel preamble.

13  • Gated operation of the Reverse Fundamental Channel and the Reverse Pilot
14    Channel with Radio Configuration 3, 4, 5, and 6.

15  • Gated operation of the Reverse Channel Quality Indicator Channel.

16  2.1.3.1.9.1 Rates and Gating for Radio Configurations 1 and 2

17  When operating with Radio Configuration 1 or 2, the Reverse Fundamental Channel
18  interleaver output stream is time-gated to allow transmission of certain interleaver output
19  symbols and deletion of others. This process is illustrated in Figure 2.1.3.1.9.1-1. As
20  shown in the figure, the duty cycle of the transmission gate varies with the transmit data
21  rate. When the transmit data rate is 9600 or 14400 bps, the transmission gate allows all
22  interleaver output symbols to be transmitted. When the transmit data rate is 4800 or 7200

TIA-2000.2-C-1

1  bps, the transmission gate allows one-half of the interleaver output symbols to be
2  transmitted, and so forth. The gating process operates by dividing the 20 ms frame into 16
3  equal length (i.e., 1.25 ms) periods, called power control groups (PCG). Certain power
4  control groups are gated-on (i.e., transmitted), while other groups are gated-off (i.e., not
5  transmitted).

6  The assignment of gated-on and gated-off groups, referred to as the data burst randomizing
7  function, is specified in 2.1.3.1.9.2. The gated-on power control groups are pseudo
8  randomized in their positions within the frame. The data burst randomizer ensures that
9  every code symbol input to the repetition process is transmitted exactly once. During the
10 gated-off periods, the mobile station shall comply with the requirement in 2.1.2.2.2, thus
11 reducing the interference to other mobile stations operating on the same Reverse CDMA
12 Channel.

13 The data burst randomizer is not used during a PUF probe (see 2.1.3.1.9.3).

14 When transmitting on the Access Channel, the code symbols are repeated once (each
15 symbol occurs twice) prior to transmission. The data burst randomizer is not used when
16 the mobile station transmits on the Access Channel. Therefore, both copies of the repeated
17 code symbols are transmitted as shown in Figure 2.1.3.1.9.1-2
18



**Figure 2.1.3.1.9.1-1. Reverse CDMA Channel Variable Data Rate Transmission for Radio Configurations 1 and 2 Example**

TIA-2000.2-C-1



1

2 **Figure 2.1.3.1.9.1-2. Access Channel Transmission Structure**

3

4 2.1.3.1.9.2 Data Burst Randomizing Algorithm for Radio Configurations 1 and 2

5 The data burst randomizer generates a masking pattern of '0's and '1's that randomly
6 masks out the redundant data generated by the code repetition. The masking pattern is
7 determined by the data rate of the frame and by a block of 14 bits taken from the long
8 code. These 14 bits shall be the last 14 bits of the long code used for spreading in the next
9 to last power control group of the previous frame (see Figure 2.1.3.1.9.1-1). In other words,
10 these are the 14 bits that occur exactly one power control group (1.25 ms) before each
11 Reverse Fundamental Channel frame boundary. These 14 bits are denoted as

12 $$b_0 \ b_1 \ b_2 \ b_3 \ b_4 \ b_5 \ b_6 \ b_7 \ b_8 \ b_9 \ b_{10} \ b_{11} \ b_{12} \ b_{13},$$

13 where $b_0$ represents the oldest bit and $b_{13}$ represents the latest bit.[18]

14 Each 20 ms Reverse Fundamental Channel frame shall be divided into 16 equal length (i.e.,
15 1.25 ms) power control groups numbered from 0 to 15 as shown in Figure 2.1.3.1.9.1-1.
16 The data burst randomizer algorithm shall be as follows:

17 Data Rate Selected: 9600 or 14400 bps

18 Transmission shall occur on power control groups numbered

19 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

20 Data Rate Selected: 4800 or 7200 bps

---

[18]In order to randomize the position of the data bursts, only 8 bits are strictly necessary. The
algorithm described here uses 14 bits to ensure that the slots used for data transmission at the
quarter rate are a subset of the slots used at the half rate and that the slots used at the one-eighth
rate are a subset of the slots used at the quarter rate.

Transmission shall occur on power control groups numbered

$b_0$, $2 + b_1$, $4 + b_2$, $6 + b_3$, $8 + b_4$, $10 + b_5$, $12 + b_6$, $14 + b_7$.

Data Rate Selected: 2400 or 3600 bps

Transmission shall occur on power control groups numbered

$b_0$ if $b_8$ = '0',     or  $2 + b_1$ if $b_8$ = '1';

$4 + b_2$ if $b_9$ = '0',     or  $6 + b_3$ if $b_9$ = '1';

$8 + b_4$ if $b_{10}$ = '0',   or  $10 + b_5$ if $b_{10}$ = '1';

$12 + b_6$ if $b_{11}$ = '0',  or  $14 + b_7$ if $b_{11}$ = '1'.

Data Rate Selected: 1200 or 1800 bps

Transmission shall occur on power control groups numbered

$b_0$        if ($b_8$, $b_{12}$)  =  ('0', '0'), or

$2 + b_1$      if ($b_8$, $b_{12}$)  =  ('1', '0'), or

$4 + b_2$      if ($b_9$, $b_{12}$)  =  ('0', '1'), or

$6 + b_3$      if ($b_9$, $b_{12}$)  =  ('1', '1');

$8 + b_4$      if ($b_{10}$, $b_{13}$)  =  ('0', '0'), or

$10 + b_5$     if ($b_{10}$, $b_{13}$)  =  ('1', '0'), or

$12 + b_6$     if ($b_{11}$, $b_{13}$)  =  ('0', '1'), or

$14 + b_7$     if ($b_{11}$, $b_{13}$)  =  ('1', '1').

2.1.3.1.9.3 Gating During a PUF Probe

While operating in Radio Configuration 1 or 2, the mobile station shall transmit all power control groups as gated-on during the PUF setup and PUF pulse portions of a PUF probe, except when the transmitter is disabled.

If the transmitter is enabled during the PUF recovery portion of a PUF probe, the mobile station shall transmit all power control groups as gated-on; otherwise, the mobile station shall not transmit any power control groups.

2.1.3.1.9.4 Reverse Pilot Channel Gating

The mobile station may support Reverse Pilot Channel gating when operating in Reverse Radio Configuration 3, 4, 5, or 6 and when none of the following channels is assigned: the Reverse Fundamental Channel, the Reverse Supplemental Channel, the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, the Forward Fundamental Channel, the Forward Supplemental Channel, and the Forward Packet Data Channel.  If the mobile station supports Reverse Pilot Channel gating, it shall perform the gating as specified in 2.1.3.2.3.

If the Reverse Acknowledgment Channel or the Reverse Channel Quality Indicator Channel is present, these channels and the Reverse Pilot Channel shall be gated off unless directed

TIA-2000.2-C-1

1 by a MAC Layer primitive that can be received by the Physical Layer at every 1.25 ms
2 Reverse Channel Quality Indicator Channel or Reverse Acknowledgment Channel frame
3 boundary.

4 2.1.3.1.9.5 Enhanced Access Channel Preamble Gating

5 The mobile station shall perform Enhanced Access Channel preamble gating as specified in
6 2.1.3.4.2.3.

7 2.1.3.1.9.6 Reverse Common Control Channel Preamble Gating

8 The mobile station shall perform Reverse Common Control Channel preamble gating as
9 specified in 2.1.3.5.2.3.

10 2.1.3.1.9.7 Reverse Channel Quality Indicator Channel Gating

11 The mobile station may support Reverse Channel Quality Indicator Channel gating when
12 operating in Forward Radio Configuration 10. If the mobile station supports Reverse
13 Channel Quality Indicator Channel gating, the mobile station shall perform gating as
14 instructed by the MAC Layer at every 1.25 ms Reverse Channel Quality Indicator Channel
15 frame boundary.

16 2.1.3.1.9.8 Reverse Fundamental Channel Gating

17 The mobile station may support Reverse Fundamental Channel gating when operating in
18 Reverse Radio Configuration 3, 4, 5, or 6. If the mobile station supports Reverse
19 Fundamental Channel gating, the mobile station shall perform gating as specified in
20 2.1.3.9.8.

21 2.1.3.1.10 Reverse Power Control Subchannel

22 The Reverse Power Control Subchannel applies to Radio Configurations 3 through 6
23 only. The mobile station shall maintain both the inner power control loop and the outer
24 power control loop for Forward Traffic Channel power control on the Forward Fundamental
25 Channel, the Forward Dedicated Control Channel, and the Forward Supplemental
26 Channel, when assigned. The mobile station does not maintain an inner and outer power
27 control loop for the Forward Packet Data Channel.

28 The outer power control loop estimates the setpoint value based on $E_b/N_t$ to achieve the
29 target frame error rate (FER) on each assigned Forward Traffic Channel, except the Forward
30 Packet Data Channel. These setpoints are communicated to the base station, either
31 implicitly through the inner loop, or explicitly through signaling messages. The differences
32 between setpoints help the base station derive the appropriate transmit levels for the
33 Forward Traffic Channels that do not have inner loops.

34 The inner power control loop compares the $E_b/N_t$ of the received Forward Traffic Channel
35 with the corresponding outer power control loop setpoint, if one is maintained for that
36 channel, to determine the value of the power control bit to be sent to the base station on
37 the Reverse Power Control Subchannel. The mobile station shall transmit the Erasure
38 Indicator Bits (EIB) or the Quality Indicator Bits (QIB) on the Reverse Power Control
39 Subchannel upon the command of the base station.

2-144

1  If the Forward Packet Data Channel is assigned, and neither the Forward Fundamental
2  Channel nor the Forward Dedicated Control Channel is assigned, the mobile station shall
3  not puncture power control bits on the Reverse Pilot Channel.

4  2.1.3.1.10.1 Reverse Power Control Subchannel Structure

5  Each 1.25 ms power control group on the Reverse Pilot Channel contains 1536 × N PN
6  chips, where N is the spreading rate number (N = 1 for Spreading Rate 1 and N = 3 for
7  Spreading Rate 3).

8  The mobile station shall transmit the pilot signal in the first 1152 × N PN chips, and
9  transmit the Reverse Power Control Subchannel in the following 384 × N PN chips in
10 each power control group on the Reverse Pilot Channel (see Figure 2.1.3.1.10.1-1).

11 For FPC_MODE$_s$ = '000', '001', and '010', each of the 384 × N PN chips on the Reverse
12 Power Control Subchannel is a repetition of the forward power control bit generated by
13 the mobile station. For FPC_MODE$_s$ = '011', '100', or '101', each of the 384 × N PN chips on
14 the Reverse Power Control Subchannel is a repetition of the Erasure Indicator Bit (EIB)
15 or the Quality Indicator Bit (QIB) generated by the mobile station (see 2.2.2.2). For
16 FPC_MODE$_s$ = '110', each of the 384 × N PN chips on the Primary Reverse Power
17 Control Subchannel is a repetition of the forward power control bit generated by the
18 mobile station and each of the 384 × N PN chips on the Secondary Reverse Power
19 Control Subchannel is a repetition of the Erasure Indicator Bit (EIB) generated by the
20 mobile station (see 2.2.2.2).

21 All PN chips sent on the Reverse Pilot Channel within a power control group shall be
22 transmitted at the same power level. The structure of the Reverse Power Control
23 Subchannel is illustrated in Figure 2.1.3.1.10.1-1.

24



N is the Spreading Rate number

26 **Figure 2.1.3.1.10.1-1. Reverse Pilot Channel Showing the Power Control Subchannel**
27 **Structure**

28

TIA-2000.2-C-1

The Reverse Pilot Channel can be transmitted with the gated transmission mode enabled or disabled as described in 2.1.3.2.3. If the Forward Packet Data Channel is not assigned, and the gated transmission mode is disabled (PILOT_GATING_USE_RATE$_s$ = '0'), the mobile station shall transmit the rReverse pPower cControl sSubchannel in every power control group as shown in Figure 2.1.3.1.10.1-2. If the Forward Packet Data Channel is not assigned and the gated transmission mode is enabled (PILOT_GATING_USE_RATE$_s$ = '1'), the mobile station shall transmit the rReverse pPower cControl sSubchannel only in the power control groups that are gated on as specified in 2.1.3.2.3. The relative timing of the fForward pPower cControl sSubchannel and rReverse pPower cControl sSubchannel transmissions when the gated transmission mode is enabled and disabled is depicted in Figure 2.1.3.1.10.1-3.



**Figure 2.1.3.1.10.1-2. Reverse Power Control Subchannel**



1    ▢ power control subchannel transmission as specified in Table 3.1.3.1.11-1 and Figure 3.1.3.1.11-2

2    **Figure 2.1.3.1.10.1-3. Forward and Reverse Power Control Subchannel Transmission**
3    **Timing**

4

5    If the Reverse Pilot Channel is not gated (PILOT_GATING_USE_RATE$_s$ = '0'), the mobile
6    station shall transmit one ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel when FPC_MODE$_s$ =
7    '000', '011', or '100'. If the mobile station supports the Forward Supplemental Channel and
8    at least one Forward Supplemental Channel is assigned to the mobile station, the mobile
9    station shall transmit two ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannels when FPC_MODE$_s$ =
10   '001', '010', '101', or '110'. If the Reverse Pilot Channel is in gated mode
11   (PILOT_GATING_USE_RATE$_s$ = '1'), the mobile station shall transmit one ~~r~~Reverse ~~p~~Power
12   ~~c~~Control ~~s~~Subchannel. Therefore, when the Reverse Pilot Channel is in the gated mode,
13   FPC_MODE$_s$ shall be '000', '011', or '100'.

14   The configurations of the ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel when the Reverse Pilot
15   Channel is not in gated mode are shown in Table 2.1.3.1.10.1-1 and described as follows:

16   When FPC_MODE$_s$ = '000', the mobile station shall transmit the ~~p~~Primary ~~r~~Reverse ~~p~~Power
17   ~~c~~Control ~~s~~Subchannel (see 2.1.3.1.10.3) at an 800 bps data rate.

TIA-2000.2-C-1

When FPC_MODE$_S$ = '001', the mobile station shall transmit the primary reverse power control subchannel at a 400 bps data rate, and the secondary reverse power control subchannel (see 2.1.3.1.10.3) at a 400 bps data rate.

When FPC_MODE$_S$ = '010', the mobile station shall transmit the primary reverse power control subchannel at a 200 bps data rate, and the secondary reverse power control subchannel (see 2.1.3.1.10.3) at a 600 bps data rate.

When FPC_MODE$_S$ = '011', the mobile station shall transmit the Erasure Indicator Bit (EIB) on the reverse power control subchannel. The transmission of the Erasure Indicator Bit shall occur at the second frame (20 ms frame) of the Reverse Traffic Channel following the corresponding Forward Traffic Channel frame in which the Erasure Indicator Bit is determined (see 2.2.2.2 and Figure 2.1.3.1.10.1-4).

When FPC_MODE$_S$ = '100', the mobile station shall transmit the Quality Indicator Bit (QIB) on the reverse power control subchannel. The transmission of the Quality Indicator Bit shall occur at the second frame (20 ms frame) of the Reverse Traffic Channel following the corresponding Forward Traffic Channel frame in which the Quality Indicator Bit is determined (see 2.2.2.2 and Figure 2.1.3.1.10.1-4).

When FPC_MODE$_S$ = '101', the mobile station shall transmit the Quality Indicator Bit (QIB) derived from the Forward Fundamental Channel (FPC_PRI_CHAN$_S$ = '0'), or the Forward Dedicated Control Channel (FPC_PRI_CHAN$_S$ = '1'), on the primary reverse power control subchannel and shall transmit the Erasure Indicator Bit (EIB) derived from Forward Supplemental Channel 0 (FPC_SEC_CHAN$_S$ = '0') or Forward Supplemental Channel 1 (FPC_SEC_CHAN$_S$ = '1'), on the secondary reverse power control subchannel. The transmission of the Erasure Indicator Bit and the Quality Indicator Bit shall start at the second frame (20 ms frame) of the Reverse Traffic Channel following the corresponding Forward Traffic Channel frame in which the Quality Indicator Bit or Erasure Indicator Bit is determined (see 2.2.2.2, and Figure 2.1.3.1.10.1-5, and Figure 2.1.3.1.10.1-4).

When FPC_MODE$_S$ = '110', the mobile station shall transmit the primary reverse power control subchannel at a 400 bps data rate, and shall transmit the Erasure Indicator Bit derived from Forward Supplemental Channel 0 (FPC_SEC_CHAN$_S$ = '0') or Forward Supplemental Channel 1 (FPC_SEC_CHAN$_S$ = '1') on the secondary reverse power control subchannel (see 2.1.3.1.10.3 and Figure 2.1.3.1.10.1-5). The transmission of the Erasure Indicator Bit shall start at the second frame (20 ms frame) of the Reverse Traffic Channel following the end of the corresponding Forward Supplemental Channel frame in which the Erasure Indicator Bit is determined.

1

**Table 2.1.3.1.10.1-1. Reverse Power Control Subchannel Configurations**

| FPC_MODE$_s$ | Reverse Power Control Subchannel Allocations (Power Control Group Numbers 0-15) | |
| --- | --- | --- |
| | **Primary Reverse Power Control Subchannel** | **Secondary Reverse Power Control Subchannel** |
| '000' | 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 | Not supported |
| '001' | 0, 2, 4, 6, 8, 10, 12, 14 | 1, 3, 5, 7, 9, 11, 13, 15 |
| '010' | 1, 5, 9, 13 | 0, 2, 3, 4, 6, 7, 8, 10, 11, 12, 14, 15 |
| '011' | 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 | Not supported |
| '100' | 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 | Not supported |
| '101' | 0, 2, 4, 6, 8, 10, 12, 14 | 1, 3, 5, 7, 9, 11, 13, 15 |
| '110' | 0, 2, 4, 6, 8, 10, 12, 14 | 1, 3, 5, 7, 9, 11, 13, 15 |
| All other values | Reserved | Reserved |

Notes:

1. When FPC_MODE$_s$ is equal to '011' or '100', the 16 power control bits on the Primary Reverse Power Control Subchannel are all set to the Erasure Indicator Bit or the Quality Indicator Bit, respectively, so the effective feedback rate is 50 bps.

2. When FPC_MODE$_s$ is equal to '101', the eight power control bits on the Primary Reverse Power Control Subchannel are all set to the Quality Indicator Bit, so the effective feedback rate is 50 bps.

3. When FPC_MODE$_s$ is equal to '101' or '110', the power control bits on the Secondary Reverse Power Control Subchannel corresponding to a Forward Supplemental Channel frame duration are all set to the Erasure Indicator Bit, so the effective feedback rate is 50 bps for 20 ms frames, 25 bps for 40 ms frames, or 12.5 bps for 80 ms frames.

2

TIA-2000.2-C-1



**Figure 2.1.3.1.10.1-4. Primary Reverse Power Control Subchannel Transmission Timing for FPC_MODE$_s$ = '011', '100', and '101'**



**Figure 2.1.3.1.10.1-5. Secondary Reverse Power Control Subchannel Transmission Timing for FPC_MODE$_s$ = '101' and '110'**

2.1.3.1.10.2 Outer Power Control Loop

For FPC_MODE$_s$ = '000', '001', and '010', the mobile station shall support an outer power control loop on all Forward Traffic Channels assigned to the mobile station, including the Forward Dedicated Control Channel, the Forward Fundamental Channel, and the Forward Supplemental Channels.

For FPC_MODE$_s$ = '110', the mobile station shall support an outer power control loop on each of the following channels assigned to the mobile station: the Forward Dedicated Control Channel and the Forward Fundamental Channel.

If the mobile station is monitoring the Forward Fundamental Channel which is assigned, the mobile station shall adjust FPC_FCH_CURR_SETPT$_s$ ($E_b/N_t$) to achieve the target FER for the 9600 bps or the 14400 bps data rate on the Forward Fundamental Channel for 20 ms frames. When the value of FPC_FCH_CURR_SETPT$_s$ is greater than FPC_FCH_MAX_SETPT$_s$, the mobile station shall set FPC_FCH_CURR_SETPT$_s$ to FPC_FCH_MAX_SETPT$_s$. When the value of FPC_FCH_CURR_SETPT$_s$ is less than

$FPC\_FCH\_MIN\_SETPT_s$, the mobile station shall set $FPC\_FCH\_CURR\_SETPT_s$ to $FPC\_FCH\_MIN\_SETPT_s$.

If the mobile station is monitoring the Forward Dedicated Control Channel, the mobile station shall adjust $FPC\_DCCH\_CURR\_SETPT_s$ ($E_b/N_t$) to achieve the target FER for the 9600 bps or the 14400 bps data rate on the Forward Dedicated Control Channel for 20 ms frames. When the value of $FPC\_DCCH\_CURR\_SETPT_s$ is greater than $FPC\_DCCH\_MAX\_SETPT_s$, the mobile station shall set $FPC\_DCCH\_CURR\_SETPT_s$ to $FPC\_DCCH\_MAX\_SETPT_s$. When the value of $FPC\_DCCH\_CURR\_SETPT_s$ is less than $FPC\_DCCH\_MIN\_SETPT_s$, the mobile station shall set $FPC\_DCCH\_CURR\_SETPT_s$ to $FPC\_DCCH\_MIN\_SETPT_s$.

If the mobile station is monitoring Forward Supplemental Channel i, the mobile station shall adjust $FPC\_SCH\_CURR\_SETPT_s[i]_s$ ($E_b/N_t$) to achieve the target FER for the maximum assigned data rate on the Forward Supplemental Channel i. When the value of $FPC\_SCH\_CURR\_SETPT_s[i]_s$ is greater than $FPC\_SCH\_MAX\_SETPT_s[i]_s$, the mobile station shall set $FPC\_SCH\_CURR\_SETPT_s[i]_s$ to $FPC\_SCH\_MAX\_SETPT_s[i]_s$. When the value of $FPC\_SCH\_CURR\_SETPT_s[i]_s$ is less than $FPC\_SCH\_MIN\_SETPT_s[i]_s$, the mobile station shall set $FPC\_SCH\_CURR\_SETPT_s[i]_s$ to $FPC\_SCH\_MIN\_SETPT_s[i]_s$.

The mobile station may suspend its current Forward Traffic Channel processing in order to tune to a Candidate Frequency for possible hard handoff, and re-tune to the Serving Frequency. If the mobile station reception is suspended for d ms in a frame of length T ms, and if d is less than T/2, the mobile station may increase its setpoint value by an amount no greater than $(1 + 10\log(T/(T - d)))$ dB (rounded to the nearest 0.125 dB) for the remainder of the frame that is received. The mobile station shall resume its original setpoint value at the beginning of the next frame. See Figure 2.1.3.1.10.2-1.



**Figure 2.1.3.1.10.2-1. Increased Outer Power Control Loop Set Point for Interfrequency Hard Handoff**

TIA-2000.2-C-1

2.1.3.1.10.3 Inner Power Control Loop

When FPC_MODE$_s$ is set to '000', '001', '010', or '110' the mobile station shall support a primary inner power control loop for the received Forward Fundamental Channel (FPC_PRI_CHAN$_s$ = '0'), or for the received Forward Dedicated Control Channel (FPC_PRI_CHAN$_s$ = '1').

If FPC_MODE$_s$ is equal to '001'or '010', the mobile station shall also support the secondary inner power control loop for the Supplemental Channel specified by FPC_SEC_CHAN$_s$.

The mobile station receiver shall compare the E$_b$/N$_t$ (dB) value provided by the inner power control loop with the corresponding outer power control loop setpoint to determine the power control bits ('0' or '1') to be sent on the Reverse Power Control Subchannel.

If FPC_PRI_CHAN$_s$ = '0' and if FPC_MODE$_s$ is equal to '000', '001', '010', or '110', the mobile station shall compare the E$_b$/N$_t$ (dB) value provided by the primary inner power control loop with FPC_FCH_CURR_SETPT$_s$ to determine the power control bit sent on the Primary Reverse Power Control Subchannel. If FPC_MODE$_s$ is equal to '001' or '010', the mobile station shall also compare the E$_b$/N$_t$ (dB) value provided by the secondary inner power control loop with FPC_SCH_CURR_SETPT[FPC_SEC_CHAN$_s$]$_s$ to determine the power control bit sent on the Secondary Reverse Power Control Subchannel.

If FPC_PRI_CHAN$_s$ = '1' and if FPC_MODE$_s$ is equal to '000', '001', '010', or '110', the mobile station shall compare the E$_b$/N$_t$ (dB) value provided by the primary inner power control loop with FPC_DCCH_CURR_SETPT$_s$ to determine the power control bit sent on the Primary Reverse Power Control Subchannel. If FPC_MODE$_s$ is equal to '001' or '010', the mobile station shall also compare the E$_b$/N$_t$ (dB) value provided by the secondary inner power control loop with FPC_SCH_CURR_SETPT[FPC_SEC_CHAN$_s$]$_s$ to determine the power control bit sent on the Secondary Reverse Power Control Subchannel.

A power control bit shall be set to '0' when the E$_b$/N$_t$ (dB) value provided by the inner power control loop is less than the corresponding setpoint value. A power control bit shall be set to '1' when the E$_b$/N$_t$ (dB) value provided by the inner power control loop is greater than or equal to the corresponding setpoint value.

2.1.3.1.11 Direct Sequence Spreading

Direct sequence spreading using the long code shall be applied to the Access Channel and the Reverse Traffic Channel with Radio Configurations 1 and 2.

For the Access Channel, this spreading operation involves modulo-2 addition of the 64-ary orthogonal modulator output stream and the long code. For the Reverse Traffic Channel with Radio Configurations 1 and 2, this spreading operation involves modulo-2 addition of the data burst randomizer output stream and the long code.

The long code shall be periodic with period $2^{42} - 1$ chips and shall satisfy the linear recursion specified by the following characteristic polynomial:

$$p(x) = x^{42} + x^{35} + x^{33} + x^{31} + x^{27} + x^{26} + x^{25} + x^{22} + x^{21} + x^{19} +$$
$$x^{18} + x^{17} + x^{16} + x^{10} + x^7 + x^6 + x^5 + x^3 + x^2 + x^1 + 1.$$

1 Each PN chip of the long code shall be generated by the modulo-2 inner product of a 42-bit
2 mask and the 42-bit state vector of the sequence generator as shown in Figure 2.1.3.1.11-
3 1. The time alignment of the long code generator shall be as shown in Figure 1.3-1.

4 The mask used for the long code varies depending upon the channel type on which the
5 mobile station is transmitting. See Figure 2.1.3.1.11-2.

6 When transmitting on the Access Channel, the mask shall be as follows: $M_{41}$ through $M_{33}$
7 shall be set to '110001111'; $M_{32}$ through $M_{28}$ shall be set to chosen to the Access Channel
8 number (RA); $M_{27}$ through $M_{25}$ shall be set to the code channel number for the associated
9 Paging Channel ($PAGECH_s$); $M_{24}$ through $M_9$ shall be set to $BASE\_ID_s$ for the current base
10 station; and $M_8$ through $M_0$ shall be set to $PILOT\_PN_s$ for the current CDMA Channel (see
11 Figure 2.1.3.1.11-2).

12 For the public long code mask, bits $M_{36}$ through $M_0$ shall be specified by PLCM_37 (see
13 2.3.6 in [5]). Bits $M_{41}$ through $M_{37}$ shall be set to '11000'. The resulting public long code
14 mask is shown in Figure 2.1.3.1.11-2 bits $M_{41}$ through $M_0$ shall be specified by PLCM_42
15 (see 2.3.6 in [5]).

16 The private long code mask (see Figure 2.1.3.1.11-3) shall be as follows: $M_{41}$ through $M_{40}$
17 shall be set to '01'. $M_{39}$ through $M_0$ shall be the 40 least significant bits of the Voice
18 Privacy Mask (VPM) generated by the Key_VPM_Generation procedure. $M_0$ of the private
19 long code mask shall be the least significant bit of the VPM. The private long code mask is
20 not to be changed during a call. See [13] for details of the Key_VPM_Generation procedure.
21 For the private long code mask, bits $M_{41}$ through $M_0$ shall be specified by PVTLCM_42 (see
22 2.3.6 in [5]).

23 When a mobile station is transmitting on the Reverse Fundamental Channel or the Reverse
24 Supplemental Code Channel, the mobile station shall use one of the following two long
25 code masks unique to each channel: a public long code mask or a private long code mask.
26 The Reverse Fundamental Channel shall be assigned the channel number 0. Each of the n
27 − 1 Reverse Supplemental Code Channels shall be assigned the numbers 1 through n − 1.
28 Bits $M_{39}$ through $M_{37}$ of the public or private long code mask for assigned code channel i,
29 $0 \leq i \leq n - 1 \leq NUM\_REV\_CODES_s$, shall be bit by bit EOR'd   with the binary
30 representation of i.

31

2-153

TIA-2000.2-C-1



**Figure 2.1.3.1.11-1. Long Code Generator**

TIA-2000.2-C-1



| 41 ... 33 | 32 ... 28 | 27 ... 25 | 24 ... 9 | 8 ... 0 |
|---|---|---|---|---|
| 110001111 | ACN | PCN | BASE_ID | PILOT_PN |

ACN - Access Channel Number
PCN - Paging Channel Number
BASE_ID - Base station identification
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

| 41 ... 33 | 32 ... 28 | 27 ... 25 | 24 ... 9 | 8 ... 0 |
|---|---|---|---|---|
| 110001111 | ACN | PCN | BASE_ID | PILOT_PN |

ACN - Access Channel Number
PCN - Paging Channel Number
BASE_ID - Base station identification
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

a) Access Channel Long Code Mask

| 41 40 | 39 ... 37 | 36 ... 0 |
|---|---|---|
| 11 | Code Channel Index (i) | PLCM_37 |

Code Channel Index (i):
      '000':      Reverse Fundamental Channel,
      '001' - '111': Reverse Supplemental Code Channel i, (i = 1,...,7)

b) Public Long Code Mask for the Reverse Fundamental Channel and the Reverse
Supplemental Code Channels with Radio Configurations 1 and 2

**Figure 2.1.3.1.11-2. Access Channel Long Code Mask Format for Direct Sequence
Spreading**



| 41 40 | 39 ... 0 |
|---|---|
| 01 | 40 LSBs of VPM |

**Figure 2.1.3.1.11-3. Private Long Code Mask**

2.1.3.1.12 Quadrature Spreading

The Access Channel and the Reverse Traffic Channel with Radio Configurations 1 and 2 are
spread in quadrature as shown in Figure 2.1.3.1.1.1-1, Figure 2.1.3.1.1.1-8, and Figure
2.1.3.1.1.1-9. The direct sequence spreading output is modulo-2 added to an in-phase and
quadrature-phase sequence. The in-phase and quadrature-phase components of this

TIA-2000.2-C-1

spreading sequence are specified in 2.1.3.1.12.1. These sequences are periodic with a period of $2^{15}$ chips. After quadrature spreading, the Q-channel data shall be delayed by half a PN chip time (406.901 ns) with respect to the I-channel data.

For the Reverse Pilot Channel, the Enhanced Access Channel, the Reverse Common Control Channel, the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the Reverse Traffic Channel with Radio Configurations 3 through 6, the I-channel data and Q-channel data shall be multiplied by a complex spreading sequence before baseband filtering as shown in Figure 2.1.3.1.1.1-12 and Figure 2.1.3.1.1.2-7.

The in-phase spreading sequence shall be formed by a modulo-2 addition of the I-channel PN sequence and the I long code sequence. The quadrature-phase spreading sequence shall be formed by the modulo-2 addition of the following three terms: the $W_1^2$ Walsh function, the modulo-2 addition of the I-channel PN sequence and the I long code sequence, and the decimated-by-2 output of the modulo-2 addition of the Q-channel PN sequence and the Q long code sequence. The decimator shall provide an output that is constant for the two chips corresponding to the two symbols of the $W_1^2$ Walsh function, and the value of the decimator output for the $W_1^2$ Walsh function period shall be equal to the first of the two symbols into the decimator in that period. The $W_1^2$ Walsh function time alignment shall be such that the first Walsh chip begins at the first chip of a frame.

The I long code for Spreading Rate 1 shall be the long code sequence specified in 2.1.3.1.11. The I long code for Spreading Rate 1 shall have a chip rate of 1.2288 MHz. The Q long code for Spreading Rate 1 shall be the I long code delayed by one chip.

The I long code for Spreading Rate 3 shall consist of three multiplexed component sequences, each having a chip rate of 1.2288 Mcps, as shown in Figure 2.1.3.1.12-1. The first component sequence shall be the I long code for Spreading Rate 1. The second component sequence shall be the modulo-2 addition of the I long code for Spreading Rate 1 and the I long code for Spreading Rate 1 delayed by 1/1.2288 μs. The third component sequence shall be the modulo-2 addition of the I long code for Spreading Rate 1 and the I long code for Spreading Rate 1 delayed by 2/1.2288 μs. The three component sequences shall be multiplexed such that the I long code value at the beginning of every 1/1.2288 μs interval, starting from the beginning of the System Time, corresponds to the first component sequence. The I long code for Spreading Rate 3 shall have a chip rate of 3.6864 Mcps. The Q long code for Spreading Rate 3 shall be the I long code delayed by one chip.



**Figure 2.1.3.1.12-1. Long Code Generator for Spreading Rate 3**

The mask used for generating the I long code for Spreading Rate 1 (or equivalently, the first component sequence of the I long code for Spreading Rate 3) varies depending on the channel type on which the mobile station is transmitting. See Figure 2.1.3.1.11-2.

When transmitting on the Enhanced Access Channel using the common long code, the mask shall be as follows: bits $M_{41}$ through $M_{33}$ shall be set to '110001110'; bits $M_{32}$ through $M_{28}$ shall be set to the Enhanced Access Channel number; bits $M_{27}$ through $M_{25}$ shall be set to the Forward Common Control Channel number; bits $M_{24}$ through $M_9$ shall be set to BASE_ID$_s$ for the current base station; and bits $M_8$ through $M_0$ shall be set to the time dependent field, SLOT_OFFSET (see Figure 2.1.3.1.12-2).

When transmitting on the Reverse Common Control Channel while in Reservation Access Mode, the mask shall be as follows: bits $M_{41}$ through $M_{33}$ shall be set to '110001101'; bits $M_{32}$ through $M_{28}$ shall be set to the Reverse Common Control Channel number chosen; bits $M_{27}$ through $M_{25}$ shall be set to the code channel number for the associated Forward Common Control Channel (the range is 1 through 7); bits $M_{24}$ through $M_9$ shall be set to BASE_ID$_s$ for the current base station; and bits $M_8$ through $M_0$ shall be set to PILOT_PN$_s$ for the current CDMA Channel (see Figure 2.1.3.1.12-2).

When transmitting on the Reverse Traffic Channel, the Reverse Acknowledgment Channel, or the Reverse Channel Quality Indicator Channel, the mobile station shall use one of the following two long code masks: a public long code mask or a private long code mask ~~(see Figure 2.1.3.1.12-2)~~.

For the public long code mask, bits $M_{41}$ through $M_0$ shall be specified by PLCM_42 (see 2.3.6 in [5]) ~~bits $M_{36}$ through $M_0$ shall be specified by PLCM_37 (see 2.3.6 in [5]). Bits $M_{41}$ through $M_{37}$ shall be set to '11000'. The resulting public long code mask is shown in Figure 2.1.3.1.12-2~~.

~~The private long code mask (see Figure 2.1.3.1.12-2) shall be as follows: $M_{41}$ through $M_{40}$ shall be set to '01'. $M_{39}$ through $M_0$ shall be the 40 least significant bits of the Voice Privacy Mask (VPM) generated by the Key_VPM_Generation procedure. $M_0$ of the private long code mask shall be the least significant bit of the VPM. The private long code mask is not to be changed during a call. See [13] for details of the Key_VPM_Generation procedure.~~ The private long code mask shall be as follows: $M_{41}$ through $M_0$ shall be specified by PVTLCM_42 (see 2.3.6 in [5]).

TIA-2000.2-C-1

~~The scheduled common~~ For the Reverse Common Control Channel, the long code mask shall be as follows: bits $M_{41}$ through $M_{33}$ shall be set to '110001101'; bits $M_{32}$ through $M_{28}$ shall be set to the Reverse Common Control Channel number chosen; bits $M_{27}$ through $M_{25}$ shall be set to the code channel number for the associated Forward Common Control Channel (the range is 1 through 7); bits $M_{24}$ through $M_9$ shall be set to BASE_ID$_s$ for the current base station; and bits $M_8$ through $M_0$ shall be set to PILOT_PN$_s$ for the current CDMA Channel (see Figure 2.1.3.1.12-2).

TIA-2000.2-C-1

| 41        ...        33 | 32   ...   28 | 27   ...   25 | 24        ...        9 | 8        ...        0 |
|---|---|---|---|---|
| 110001110 | EACH_ID | FCCCH_ID | BASE_ID | SLOT_OFFSET |

EACH_ID - Enhanced Access Channel Number
FCCCH_ID - Forward Common Control Channel Number
BASE_ID - Base station identification
SLOT_OFFSET - Slot offset associated with the Enhanced Access Channel

a) Enhanced Access Channel Long Code Mask

| 41        ...        33 | 32   ...   28 | 27   ...   25 | 24        ...        9 | 8        ...        0 |
|---|---|---|---|---|
| 110001101 | RCCCH_ID | FCCCH_ID | BASE_ID | PILOT_PN |

RCCCH_ID - Reverse Common Control Channel Number
FCCCH_ID - Forward Common Control Channel Number
BASE_ID - Base station identification
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

b) Reverse Common Control Channel Long Code Mask in the Reservation Access Mode

1

TIA-2000.2-C-1

| 41 ... 33 | 32 ... 28 | 27 ... 25 | 24 ... 9 | 8 ... 0 |
|---|---|---|---|---|
| 110001110 | EACH_ID | FCCCH_ID | BASE_ID | SLOT_OFFSET |

EACH_ID - Enhanced Access Channel Number
FCCCH_ID - Forward Common Control Channel Number
BASE_ID - Base station identification
SLOT_OFFSET - Slot offset associated with the Enhanced Access Channel

a) Enhanced Access Channel Long Code Mask

| 41 ... 33 | 32 ... 28 | 27 ... 25 | 24 ... 9 | 8 ... 0 |
|---|---|---|---|---|
| 110001101 | RCCCH_ID | FCCCH_ID | BASE_ID | PILOT_PN |

RCCCH_ID - Reverse Common Control Channel Number
FCCCH_ID - Forward Common Control Channel Number
BASE_ID - Base station identification
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

b) Reverse Common Control Channel Long Code Mask in the Reservation Access Mode

| 41 40 | 39 ... 37 | 36 ... 0 |
|---|---|---|
| 11 | 000 | PLCM_37 |

c) Public Long Code Mask for the Reverse Fundamental Channel with Radio
Configurations 3, 4, 5, and 6, the Reverse Supplemental Channels,
and the Reverse Dedicated Control Channel

| 41 40 | 39 ... 0 |
|---|---|
| 01 | 40 LSBs of VPM |

d) Private Long Code Mask for the Reverse Fundamental Channel with Radio
Configurations 3, 4, 5, and 6, the Reverse Supplemental Channels,
and the Reverse Dedicated Control Channel

**Figure 2.1.3.1.12-2. Long Code Mask Format for Quadrature Spreading of the
Enhanced Access Channel and the Reverse Common Control Channel**

1

2 The I and Q PN sequences used for quadrature spreading shall be as specified in
3 2.1.3.1.12.1 and 2.1.3.1.12.2. These sequences are periodic with a period of $2^{15}$ chips for
4 Spreading Rate 1 and with a period of $3 \times 2^{15}$ chips for Spreading Rate 3.

5 **2.1.3.1.12.1 Spreading Rate 1**

6 The PN sequences shall be based upon the following characteristic polynomials:

7 $P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1$

8 (for the in-phase (I) sequence)

9 and

10 $P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1$

11 (for the quadrature-phase (Q) sequence).

12 The maximal length linear feedback shift register sequences i(n) and q(n) based upon the
13 above polynomials are of length $2^{15} - 1$ and can be generated by the following linear
14 recursions:

15 $i(n) = i(n - 15) \oplus i(n - 10) \oplus i(n - 8) \oplus i(n - 7) \oplus i(n - 6) \oplus i(n - 2)$

16 (based upon $P_I(x)$ as the characteristic polynomial)

17 and

18 $q(n) = q(n - 15) \oplus q(n - 12) \oplus q(n - 11) \oplus q(n - 10) \oplus q(n - 9)$

19 $\oplus q(n - 5) \oplus q(n - 4) \oplus q(n - 3)$

20 (based upon $P_Q(x)$ as the characteristic polynomial),

21 where i(n) and q(n) are binary-valued ('0' and '1') and the additions are modulo-2. In order
22 to obtain the I and Q PN sequences (of period $2^{15}$), a '0' is inserted in i(n) and q(n) after 14
23 consecutive '0' outputs (this occurs only once in each period); therefore, the PN sequences
24 have one run of 15 consecutive '0' outputs instead of 14.

25 The mobile station shall align the I and Q PN sequences such that the first chip on every
26 even second mark as referenced to the transmit time reference (see 2.1.5) is the '1' after the
27 15 consecutive '0's (see Figure 1.3-1).

28 The chip rate shall be 1.2288 Mcps. The PN sequence period is 32768 / 1228800 = 26.666...
29 ms, and exactly 75 PN sequence repetitions occur every 2 seconds.

30 For the Access Channel and the Reverse Traffic Channel with Radio Configurations 1 and
31 2, the data spread by the Q PN sequence shall be delayed by half a PN chip time
32 (406.901 ns) with respect to the data spread by the I PN sequence.

33 **2.1.3.1.12.2 Spreading Rate 3**

34 The PN sequences shall be truncated sequences of a maximal length linear feedback shift
35 register sequence based upon the following characteristic polynomial:

TIA-2000.2-C-1

1    $P(x) = x^{20} + x^9 + x^5 + x^3 + 1$

2    The maximal length linear feedback shift register sequence based upon the above
3    polynomial is of length $2^{20} - 1$ and can be generated by the following recursion:

4    $b(n) = b(n - 20) \oplus b(n - 17) \oplus b(n - 15) \oplus b(n - 11)$

5    where $b(n)$ is binary-valued ('0' and '1') and the additions are modulo-2. The I and Q PN
6    sequences are both formed from this maximal length sequence of length $2^{20} - 1$ using
7    different starting positions and truncating the sequences after $3 \times 2^{15}$ chips. The starting
8    position of the I PN sequence is such that the first 20 chips are '1000 0000 0001 0001
9    0100'. The starting position of the Q PN sequence is the starting position of the I PN
10   sequence delayed by $2^{19}$ chips in the untruncated maximal length sequence of length $2^{20} -$
11   1. The mobile station shall align the I and Q PN sequences such that the first 20 chips of
12   the I and Q PN sequences on every even second mark as referenced to the transmit time
13   reference (see 2.1.5) are '1000 0000 0001 0001 0100' and '1001 0000 0010 0100 0101'
14   (see Figure 1.3-1).

15   The chip rate shall be 3.6864 Mcps. The PN sequence period is $3 \times 32768/3686400 =$
16   26.666… ms, and exactly 75 pilot PN sequence repetitions occur every 2 seconds.

17   2.1.3.1.13 Baseband Filtering

18   2.1.3.1.13.1 Spreading Rate 1

19   Following the spreading operation when operating in Spreading Rate 1, the I and Q
20   impulses are applied to the inputs of the I and Q baseband filters as described in
21   2.1.3.1.1.1. The baseband filters shall have a frequency response S(f) that satisfies the
22   limits given in Figure 2.1.3.1.13.1-1. Specifically, the normalized frequency response of the
23   filter shall be contained within $\pm\delta_1$ in the passband $0 \leq f \leq f_p$, and shall be less than or
24   equal to $-\delta_2$ in the stopband $f \geq f_s$. The numerical values for the parameters are
25   $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$ kHz.

26



1

2 **Figure 2.1.3.1.13.1-1. Baseband Filters Frequency Response Limits**

3

4 Let s(t) be the impulse response of the baseband filter. Then s(t) should satisfy the following
5 equation:

6
$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} \left[ \alpha s(kT_s - \tau) - h(k) \right]^2 \ \leq 0.03,$$

7 where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$
8 is equal to 203.451... ns. $T_s$ equals one quarter of the duration of a PN chip. The values of
9 the coefficients h(k), for k < 48, are given in Table 2.1.3.1.13.1-1; h(k) = 0 for k ≥ 48. Note
10 that h(k) equals h(47 − k).

11

TIA-2000.2-C-1

**Table 2.1.3.1.13.1-1. Coefficients of h(k) for Spreading Rate 1**

| k | h(k) |
|---|---|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

2.1.3.1.13.2 Spreading Rate 3

Following the spreading operation when operating in Spreading Rate 3, the I and Q impulses are applied to the inputs of the I and Q baseband filters as described in 2.1.3.1.1.2. The baseband filters shall have a frequency response S(f) that satisfies the limits given in Figure 2.1.3.1.13.1-1. Specifically, the normalized frequency response of the filter shall be contained within $\pm\delta_1$ in the passband $0 \leq f \leq f_p$, and shall be less than or equal to $-\delta_2$ in the stopband $f \geq f_s$. The numerical values for the parameters are $\delta_1$ = 1.5 dB, $\delta_2$ = 40 dB, $f_p$ = 1.7164 MHz, and $f_s$ = 1.97 MHz.

2-164

1  Let s(t) be the impulse response of the baseband filter. Then s(t) should satisfy the following
2  equation:

$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} \left[ \alpha s(kT_s - \tau) - h(k) \right]^2 \ \leq 0.03,$$

4  where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$
5  is equal to 67.81684027... ns. $T_s$ equals one quarter of a PN chip. The values of the
6  coefficients h(k), for k < 108, are given in Table 2.1.3.1.13.2-1; h(k) = 0 for k ≥ 108. Note
7  that h(k) equals h(107 − k).
8

TIA-2000.2-C-1

**Table 2.1.3.1.13.2-1. Coefficients of h(k) for Spreading Rate 3**

| k | h(k) | k | h(k) |
|---|---|---|---|
| 0, 107 | 0.005907324 | 27, 80 | 0.036864993 |
| 1, 106 | 0.021114345 | 28, 79 | 0.032225981 |
| 2, 105 | 0.017930022 | 29, 78 | 0.007370446 |
| 3, 104 | 0.019703955 | 30, 77 | −0.025081919 |
| 4, 103 | 0.011747086 | 31, 76 | −0.046339352 |
| 5, 102 | 0.001239201 | 32, 75 | −0.042011421 |
| 6, 101 | −0.008925787 | 33, 74 | −0.011379513 |
| 7, 100 | −0.013339137 | 34, 73 | 0.030401507 |
| 8, 99 | −0.009868192 | 35, 72 | 0.059332552 |
| 9, 98 | −0.000190463 | 36, 71 | 0.055879297 |
| 10, 97 | 0.010347710 | 37, 70 | 0.017393708 |
| 11, 96 | 0.015531711 | 38, 69 | −0.037885556 |
| 12, 95 | 0.011756251 | 39, 68 | −0.078639005 |
| 13, 94 | 0.000409244 | 40, 67 | −0.077310571 |
| 14, 93 | −0.012439542 | 41, 66 | −0.027229017 |
| 15, 92 | −0.019169850 | 42, 65 | 0.049780118 |
| 16, 91 | −0.015006530 | 43, 64 | 0.111330557 |
| 17, 90 | −0.001245650 | 44, 63 | 0.115580285 |
| 18, 89 | 0.014862732 | 45, 62 | 0.046037444 |
| 19, 88 | 0.023810108 | 46, 61 | −0.073329573 |
| 20, 87 | 0.019342903 | 47, 60 | −0.182125302 |
| 21, 86 | 0.002612151 | 48, 59 | −0.207349170 |
| 22, 85 | −0.017662720 | 49, 58 | −0.097600349 |
| 23, 84 | −0.029588008 | 50, 57 | 0.148424686 |
| 24, 83 | −0.024933958 | 51, 56 | 0.473501031 |
| 25, 82 | −0.004575322 | 52, 55 | 0.779445702 |
| 26, 81 | 0.020992966 | 53, 54 | 0.964512513 |

1    2.1.3.1.14 Carrier Phase Offset for Radio Configurations 1 and 2

2    When operating in Radio Configuration 1 or 2, the phase offset $\phi_i$ represents the angular
3    offset between the i$^{th}$ Supplemental Code Channel and the Reverse Fundamental Channel
4    as shown in Figure 2.1.3.1.1-8 and Figure 2.1.3.1.1-9. The phase offset $\phi_i$ of Reverse
5    Supplemental Code Channel $i$ shall take on the values given in Table 2.1.3.1.14-1.

6

7    **Table 2.1.3.1.14-1. Reverse Supplemental Code Channel Carrier Phase Offsets**
8    **for Radio Configurations 1 and 2**

| Reverse Supplemental Code Channel (i) | Carrier Phase Offset $\phi_i$ (radians) |
|---|---|
| 1 | $\pi/2$ |
| 2 | $\pi/4$ |
| 3 | $3\pi/4$ |
| 4 | 0 |
| 5 | $\pi/2$ |
| 6 | $\pi/4$ |
| 7 | $3\pi/4$ |

9

10    2.1.3.2 Reverse Pilot Channel

11    The Reverse Pilot Channel is an unmodulated spread spectrum signal used to assist the
12    base station in detecting a mobile station transmission. When the rReverse pPower
13    cControl sSubchannel is not inserted, the Reverse Pilot Channel is continuous. When the
14    rReverse pPower cControl sSubchannel is inserted, the Reverse Pilot Channel is as shown
15    in Figure 2.1.3.1.10.1-1.

16

17

18

19

20    The Reverse Pilot Channel shall be transmitted when the Enhanced Access Channel,
21    Reverse Common Control Channel, or the Reverse Traffic Channel with Radio
22    Configurations 3 through 6 is enabled. The Reverse Pilot Channel shall also be transmitted
23    during the Enhanced Access Channel preamble, the Reverse Common Control Channel
24    preamble, and the Reverse Traffic Channel preamble.

2.1.3.2.1 Reverse Power Control Subchannel

The mobile station shall insert a rReverse pPower cControl sSubchannel on the Reverse Pilot Channel as specified in 2.1.3.1.10 when transmitting the Reverse Traffic Channel preamble and when operating on the Reverse Traffic Channel with Radio Configurations 3 through 6, except for the case where the Forward Packet Data Channel is assigned, and neither the Forward Fundamental Channel nor the Forward Dedicated Control Channel is assigned. When neither the Forward Fundamental Channel , nor the Forward Dedicated Control Channel is assigned, the mobile station shall transmit a continuous Reverse Pilot Channel.

2.1.3.2.2 Reverse Pilot Channel Spreading

The Reverse Pilot Channel data shall be orthogonally spread with $W_0^{32}$ as specified in 2.1.3.1.8.

2.1.3.2.3 Reverse Pilot Channel Gating

When transmitting on the Reverse Pilot Channel in gated mode (PILOT_GATING_USE_RATE$_S$ = '1'), the mobile station shall periodically gate off certain power control groups of the Reverse Pilot Channel at a rate specified by PILOT_GATING_RATE$_S$, which may be continuous (PILOT_GATING_RATE$_S$ = '00'), 1/2 rate (PILOT_GATING_RATE$_S$ = '01'), or 1/4 rate (PILOT_GATING_RATE$_S$ = '10'). Reverse Pilot Channel gating may be used when none of the following channels is assigned: the Forward Fundamental Channel, the Forward Supplemental Channel, the Forward Packet Data Control Channel, the Forward Packet Data Channel, the Reverse Fundamental Channel, the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the Reverse Supplemental Channel.The power control groups within a 20 ms frame are numbered from 0 to 15. When 1/2 rate gating is used, only the odd numbered power control groups shall be transmitted. When 1/4 rate gating is used, only power control groups 3, 7, 11, and 15 shall be transmitted. The gated-on and gated-off periods are arranged so that the gated-on period always comes immediately before the 5 ms frame boundary.

Gating patterns for the Reverse Pilot Channel with gating rates of 1, 1/2, and 1/4 are shown in Figure 2.1.3.2.3-1. When there is transmission on the Reverse Dedicated Control Channel, the Reverse Pilot Channel shall be gated on for the duration of the active frame as shown in Figure 2.1.3.2.3-2 and Figure 2.1.3.2.3-3.

If the Forward Packet Data Channel is not assigned and the Reverse Fundamental Channel with Radio Configuration 3, 4, 5, or 6 is operated in the gated mode (see 2.1.3.9.8) at a data rate of 1500 bps for Radio Configurations 3 and 5, or 1800 bps for Radio Configurations 4 and 6, the Reverse Pilot Channel shall have a transmission duty cycle of 50%. The Reverse Pilot Channel shall be transmitted in power control groups 2, 3, 6, 7, 10, 11, 14, and 15, and shall not be transmitted in power control groups 0, 1, 4, 5, 8, 9, 12, and 13, as shown in Figure 2.1.3.9.8-1. The mobile station transmits the Reverse Pilot Channel in the gated-off period if it is concurrently transmitting on a channel other than the Reverse Fundamental Channel.



**Figure 2.1.3.2.3-1. Reverse Pilot Channel Gating**

TIA-2000.2-C-1



**Figure 2.1.3.2.3-2. Reverse Pilot Channel Gating during Reverse Dedicated Control Channel Transmission with 5 ms Frame Duration**

2-170



1

2      **Figure 2.1.3.2.3-3. Reverse Pilot Channel Gating during Reverse Dedicated Control**
3      **Channel Transmission with 20 ms Frame Duration**

4

5      2.1.3.2.4 Reverse Pilot Channel Operation during Reverse Traffic Channel Preamble

6      The Reverse Traffic Channel preamble consists of transmissions only on the Reverse Pilot
7      Channel before transmitting on the Reverse Dedicated Control Channel or the Reverse
8      Fundamental Channel with Radio Configurations 3 through 6. The Reverse Pilot Channel
9      shall not be gated during transmission of the preamble, and shall contain a power control
10     subchannel unless neither the Forward Fundamental Channel nor the Forward Dedicated
11     Control Channel is assigned (see 2.1.3.2.1).

12     When performing a hard handoff, the mobile station shall begin the transmission of the
13     Reverse Traffic Channel preamble NUM_PREAMBLE$_s$ power control groups before the start
14     of a 20 ms frame as is shown in Figure 2.1.3.2.4-1. The mobile station shall enable
15     transmission on the appropriate code channels at the beginning of the 20 ms frame as is
16     shown in Figure 2.1.3.2.4-1.

17

TIA-2000.2-C-1



**Figure 2.1.3.2.4-1. Reverse Traffic Channel Preamble during Hard Handoff for the Reverse Dedicated Control Channel and the Reverse Fundamental Channel with Radio Configurations 3 through 6**

2.1.3.2.5 Reverse Pilot Channel Quadrature Spreading

The Reverse Pilot Channel shall be quadrature spread as specified in 2.1.3.1.12.

2.1.3.2.6 Reverse Pilot Channel Baseband Filtering

The Reverse Pilot Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.2.7 Reverse Pilot Channel Transmission Processing

If the mobile station is transmitting only on the Reverse Channel Quality Indicator Channel or only on the Reverse Acknowledgment Channel and the Reverse Channel Quality Indicator Channel, the mobile station shall not transmit the Reverse Pilot Channel unless the Physical Layer receives a PHY-RPICH.Request() from the MAC Layer.

On reception of PHY-RPICH.Request() ~~this request~~ from the MAC Layer, the mobile station shall perform the following:

- Transmit the Reverse Pilot Channel for 1.25 ms.

2.1.3.3 Access Channel

The Access Channel is used by the mobile station to initiate communication with the base station and to respond to Paging Channel messages. An Access Channel transmission is a coded, interleaved, and modulated spread-spectrum signal. The Access Channel uses a random-access protocol. Access Channels are uniquely identified by their long codes (see 2.1.3.1.11).

An Access probe shall consist of an Access preamble, followed by a series of Access Channel frames, with each carrying an SDU.

2.1.3.3.1 Access Channel Time Alignment and Modulation Rate

The mobile station shall transmit information on the Access Channel at a fixed data rate of 4800 bps. An Access Channel frame shall be 20 ms in duration. An Access Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1).

The mobile station shall delay the transmit timing of the probe by RN PN chips, where the value of RN is supplied by the Common Channel multiplex sublayer. This transmit timing adjustment includes delay of the direct sequence spreading long code and of the quadrature spreading I and Q pilot PN sequences, so it effectively increases the apparent range from the mobile station to the base station.[19]

The Reverse CDMA Channel may contain up to 32 Access Channels numbered 0 through 31 per supported Paging Channel. At least one Access Channel exists on the Reverse CDMA Channel for each Paging Channel on the corresponding Forward CDMA Channel. Each Access Channel is associated with a single Paging Channel.

2.1.3.3.2 Access Channel Frame Structure

Each Access Channel frame contains 96 bits (20 ms frame at 4800 bps). Each Access Channel frame shall consist of 88 information bits and eight Encoder Tail Bits (see Figure 2.1.3.3.2-1).



**Figure 2.1.3.3.2-1. Access Channel Frame Structure**

2.1.3.3.2.1 Access Channel Preamble

The Access Channel preamble shall consist of frames of 96 zeros that are transmitted at the 4800 bps rate. The Access Channel preamble is transmitted to aid the base station in acquiring an Access Channel transmission.

2.1.3.3.3 Access Channel Convolutional Encoding

The Access Channel data shall be convolutionally encoded as specified in 2.1.3.1.4.

When generating Access Channel data, the encoder shall be initialized at the end of each 20 ms frame.

---

[19] This increases the probability that the base station will be able to separately demodulate transmissions from multiple mobile stations in the same Access Channel slot, especially when many mobile stations are at a similar range from the base station. Use of a non-random algorithm for PN randomization permits the base station to separate the PN randomization from the actual propagation delay from the mobile station, so it can accurately estimate the timing of Reverse Traffic Channel transmissions from the mobile station.

TIA-2000.2-C-1

2.1.3.3.4 Access Channel Code Symbol Repetition

Each code symbol output from the convolutional encoder on the Access Channel shall be repeated once (each code symbol occurs two consecutive times) as specified in 2.1.3.1.5.

2.1.3.3.5 Access Channel Interleaving

The repeated code symbols on the Access Channel shall be interleaved as specified in 2.1.3.1.7.

2.1.3.3.6 Access Channel Modulation

The Access Channel data shall be modulated as specified in 2.1.3.1.8.

2.1.3.3.7 Access Channel Gating

The mobile station shall transmit all power control groups while transmitting on the Access Channel as specified in 2.1.3.1.9.1.

2.1.3.3.8 Access Channel Direct Sequence Spreading

The Access Channel shall be spread by the long code as specified in 2.1.3.1.11.

2.1.3.3.9 Access Channel Quadrature Spreading

The Access Channel shall be quadrature spread by the pilot PN sequences as specified in 2.1.3.1.12.

2.1.3.3.10 Access Channel Baseband Filtering

The Access Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.3.11 Access Channel Transmission Processing

When the Physical Layer receives a PHY-ACHPreamble.Request(RA, PWR_LVL, RN, NUM_PREAMBLE_FRAMES) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments RA, PWR_LVL, RN, and NUM_PREAMBLE_FRAMES.

- Transmit NUM_PREAMBLE_FRAMES Access Channel preamble frames.

When the Physical Layer receives a PHY-ACH.Request(RA, PWR_LVL, RN, SDU) from the MAC Layer, the mobile station shall:

- Store the arguments RA, PWR_LVL, RN, and SDU.

- Set the information bits (see Figure 2.1.3.3.2-1) to SDU.

- Transmit an Access Channel frame.

2.1.3.4 Enhanced Access Channel

The Enhanced Access Channel is used by the mobile station to initiate communication with the base station or to respond to a mobile station directed message. The Enhanced Access Channel can be used in two possible modes: Basic Access Mode and Reservation Access

1 Mode. When operating in the Basic Access Mode, the mobile station shall not transmit the
2 Enhanced Access header on the Enhanced Access Channel. In Basic Access Mode, the
3 Enhanced Access probe shall consist of an Enhanced Access Channel preamble followed by
4 Enhanced Access data.

5 When operating in the Reservation Access Mode, the Enhanced Access probe shall consist
6 of an Enhanced Access Channel preamble followed by an Enhanced Access header.
7 Enhanced Access data is sent on the Reverse Common Control Channel upon receiving
8 permission from the base station.

9 The Enhanced Access Channel uses a random-access protocol. Enhanced Access Channels
10 are uniquely identified by their long code masks (see 2.1.3.1.12). The Enhanced Access
11 probe structure is shown in Figure 2.1.3.4-1.

12



14 **Figure 2.1.3.4-1. Enhanced Access Channel Probe Structure**

15

16 2.1.3.4.1 Enhanced Access Channel Time Alignment and Modulation Rate

17 The mobile station shall transmit the Enhanced Access header on the Enhanced Access
18 Channel at a fixed data rate of 9600 bps. The mobile station shall transmit the Enhanced
19 Access data on the Enhanced Access Channel at a fixed data rate of 9600, 19200, or
20 38400 bps.

21 The frame duration for the Enhanced Access header on the Enhanced Access Channel
22 shall be 5 ms in duration. The frame duration for the Enhanced Access data on the
23 Enhanced Access Channel shall be 20, 10, or 5 ms in duration. The timing of Enhanced
24 Access Channel transmissions shall start on 1.25 ms increments of System Time (see
25 Figure 1.3-1).

26 The Reverse CDMA Channel may contain up to 32 Enhanced Access Channels per
27 supported Forward Common Control Channel, numbered 0 through 31. There is a Forward

TIA-2000.2-C-1

1  Common Assignment Channel associated with every Enhanced Access Channel operating
2  in the Reservation Access Mode.

3  The total number of slots associated with an Enhanced Access Channel shall be 512. The
4  Enhanced Access Channel slot duration shall be $EACH\_SLOT_s \times 1.25$ ms. An Enhanced
5  Access Channel slot shall begin only when System Time is $N \times 1.25$ ms after an integer
6  multiple of $EACH\_SLOT_s \times 1.25$ ms, where N equals $[(EACH\_ID \times EACH\_SLOT\_OFFSET2_s)$
7  $+ EACH\_SLOT\_OFFSET1_s]$ mod $EACH\_SLOT_s$, and $EACH\_ID$ is the identity of the
8  Enhanced Access Channel to be used, which is passed by the primitives from the MAC
9  Layer (see 2.1.3.4.9 and Figure 2.1.3.4-1). The mobile station shall initiate transmission of
10  an Enhanced Access probe on an Enhanced Access Channel slot boundary.

11  For each Enhanced Access probe, the mobile station shall use a long code mask associated
12  with the first slot of the transmission and shall use this mask until transmission of the
13  Enhanced Access probe is complete. Depending on the slot in which the mobile station
14  starts transmission (SLOT_OFFSET), a maximum of 512 unique long code masks are
15  possible. The mobile procedure for generating the long code mask is specified in 2.1.3.1.12.

16  2.1.3.4.2 Enhanced Access Channel Frame Structure

17  Table 2.1.3.4.2-1 summarizes the Enhanced Access Channel bit allocations. The order of
18  the bits is shown in Figure 2.1.3.4.2-1.

19

20  **Table 2.1.3.4.2-1. Enhanced Access Channel Frame Structure Summary**

| Frame Length (ms) | Frame Type | Transmission Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|---|
| | | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 5 | Header | 9600 | 48 | 32 | 8 | 8 |
| 20 | Data | 9600 | 192 | 172 | 12 | 8 |
| 20 | Data | 19200 | 384 | 360 | 16 | 8 |
| 20 | Data | 38400 | 768 | 744 | 16 | 8 |
| 10 | Data | 19200 | 192 | 172 | 12 | 8 |
| 10 | Data | 38400 | 384 | 360 | 16 | 8 |
| 5 | Data | 38400 | 192 | 172 | 12 | 8 |

21

| Information Bits | F | T |
|---|---|---|

**Notation**

F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 2.1.3.4.2-1. Enhanced Access Channel Frame Structure**

2.1.3.4.2.1 Enhanced Access Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits.

When transmitting the Enhanced Access header, the Enhanced Access Channel shall use an 8-bit frame quality indicator.

When transmitting Enhanced Access data, the 20 ms Enhanced Access Channel shall use a 12-bit frame quality indicator for the 9600 bps frame and a 16-bit frame quality indicator for the 38400 bps and 19200 bps frames. When transmitting Enhanced Access data, the 10 ms Enhanced Access Channel shall use a 12-bit frame quality indicator for the 19200 bps frame and a 16-bit frame quality indicator for the 38400 bps frame. When transmitting Enhanced Access data, the 5 ms Enhanced Access Channel shall use a 12-bit frame quality indicator.

The generator polynomials for the frame quality indicator shall be as follows:

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator,

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator, and

$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1$ for the 8-bit frame quality indicator.

The frame quality indicators shall be computed according to the following procedure as shown in Figure 2.1.3.4.2.1-1 through Figure 2.1.3.4.2.1-3:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (16, 12, or 8).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.

TIA-2000.2-C-1



**Figure 2.1.3.4.2.1-1. Enhanced Access Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator**



**Figure 2.1.3.4.2.1-2. Enhanced Access Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**



**Figure 2.1.3.4.2.1-3. Enhanced Access Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator**

2.1.3.4.2.2 Enhanced Access Channel Encoder Tail Bits

The last eight bits of each Enhanced Access Channel frame are called the Encoder Tail Bits. These eight bits shall be set to '0'.

2.1.3.4.2.3 Enhanced Access Channel Preamble

The Enhanced Access Channel preamble is transmitted to aid the base station in acquiring an Enhanced Access Channel transmission.

The Enhanced Access Channel preamble is shown in Figure 2.1.3.4.2.3-1. The Enhanced Access Channel preamble is a transmission of only the non-data-bearing Reverse Pilot Channel at an increased power level. The Reverse Pilot Channel associated with the

1 Enhanced Access Channel does not have a rReverse pPower cControl sSubchannel. The
2 total preamble length shall be an integer multiple of 1.25 ms. No preamble shall be
3 transmitted when EACH_PREAMBLE_ENABLED$_s$ = '0'. If the Enhanced Access Channel
4 preamble is not of length zero, the Enhanced Access Channel preamble shall consist of a
5 sequence of fractional preambles and one additional preamble.

6 The sequence of fractional preambles shall include EACH_PREAMBLE_NUM_FRAC$_s$ + 1
7 fractional preambles, each with a duration of (EACH_PREAMBLE_FRAC_DURATION$_s$ + 1) ×
8 1.25 ms. The transmission of the Enhanced Access Channel preamble shall be gated-off for
9 a period of EACH_PREAMBLE_OFF_DURATION$_s$ × 1.25 ms after the transmission of each
10 fractional preamble.

11 When operating in Basic Access Mode, the additional preamble with a length of
12 EACH_PREAMBLE_ADD_DURATION$_s$ × 1.25 ms shall be transmitted just prior to the
13 Enhanced Access Channel data. When operating in the Reservation Access Mode, the
14 additional preamble with a length of EACH_PREAMBLE_ADD_DURATION$_s$ × 1.25 ms shall
15 be transmitted just prior to the Enhanced Access Channel header. The additional preamble
16 assists the base station in channel estimation.

17

TIA-2000.2-C-1



N = EACH_PREAMBLE_NUM_FRAC$_s$ + 1

P = (EACH_PREAMBLE_FRAC_DURATION$_s$ + 1) × 1.25 ms

B = EACH_PREAMBLE_OFF_DURATION$_s$ × 1.25 ms

A = EACH_PREAMBLE_ADD_DURATION$_s$ × 1.25 ms

T = N (P + B) + A

**Figure 2.1.3.4.2.3-1. Preamble for the Enhanced Access Channel**

2.1.3.4.3 Enhanced Access Channel Convolutional Encoding

The Enhanced Access Channel data shall be convolutionally encoded as specified in 2.1.3.1.4.

When generating Enhanced Access Channel data, the encoder shall be initialized at the end of each 20, 10, or 5 ms frame.

2.1.3.4.4 Enhanced Access Channel Code Symbol Repetition

Each code symbol output from the convolutional encoder on the Enhanced Access Channel shall be repeated as specified in 2.1.3.1.5.

2.1.3.4.5 Enhanced Access Channel Interleaving

The repeated code symbols on the Enhanced Access Channel shall be interleaved as specified in 2.1.3.1.7.

1  2.1.3.4.6 Enhanced Access Channel Modulation and Orthogonal Spreading

2  The Enhanced Access Channel header and data shall be modulated and as orthogonally

3  spread as specified in 2.1.3.1.8.

4  2.1.3.4.7 Enhanced Access Channel Quadrature Spreading

5  The Enhanced Access Channel shall be quadrature spread as specified in 2.1.3.1.12.

6  2.1.3.4.8 Enhanced Access Channel Baseband Filtering

7  The Enhanced Access Channel shall be filtered as specified in 2.1.3.1.13.

8  2.1.3.4.9 Enhanced Access Channel Transmission Processing

9  When the Physical Layer receives a PHY-EACHPreamble.Request(PWR_LVL, FCCCH_ID,

10  EACH_ID, BASE_ID, SLOT_OFFSET) from the MAC Layer, the mobile station shall perform

11  the following:

12  • Store the arguments PWR_LVL, FCCCH_ID, EACH_ID, BASE_ID, and

13  SLOT_OFFSET.

14  • Set the Enhanced Access Channel Long Code Mask using FCCCH_ID, EACH_ID,

15  BASE_ID, and SLOT_OFFSET (see Figure 2.1.3.1.12-2).

16  • Transmit Enhanced Access Channel preamble frames.

17  When the Physical Layer receives a PHY-EACHHeader.Request(PWR_LVL, FCCCH_ID,

18  EACH_ID, BASE_ID, SLOT_OFFSET, SDU) from the MAC Layer, the mobile station shall:

19  • Store the arguments PWR_LVL, FCCCH_ID, EACH_ID, BASE_ID, SLOT_OFFSET,

20  and SDU.

21  • Set the Enhanced Access Channel Long Code Mask using FCCCH_ID, EACH_ID,

22  BASE_ID, and SLOT_OFFSET (see Figure 2.1.3.1.12-2).

23  • Set the information bits (see Figure 2.1.3.4.2-1) to SDU.

24  • Transmit an Enhanced Access Channel Header.

25  When the Physical Layer receives a PHY-EACH.Request(PWR_LVL, FCCCH_ID, EACH_ID,

26  BASE_ID, SLOT_OFFSET, SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the

27  mobile station shall:

28  • Store the arguments PWR_LVL, FCCCH_ID, EACH_ID, BASE_ID, SLOT_OFFSET,

29  FRAME_DURATION, NUM_BITS, and SDU.

30  • Set the Enhanced Access Channel Long Code Mask using FCCCH_ID, EACH_ID,

31  BASE_ID and SLOT_OFFSET (see Figure 2.1.3.1.12-2).

32  • Set the information bits (see Figure 2.1.3.4.2-1) to SDU.

33  • Transmit an Enhanced Access Channel frame of duration FRAME_DURATION (5

34  ms, 10 ms, or 20 ms) at a data rate that corresponds to NUM_BITS and

35  FRAME_DURATION as specified in Table 2.1.3.4.2-1.

TIA-2000.2-C-1

1   2.1.3.5 Reverse Common Control Channel

2   The Reverse Common Control Channel is used for the transmission of user and signaling
3   information to the base station when Reverse Traffic Channels are not in use. The Reverse
4   Common Control Channel is used in the Reservation Access Mode.

5   A Reverse Common Control Channel transmission is a coded, interleaved, and modulated
6   spread-spectrum signal. The mobile station transmits during intervals specified by the base
7   station. Reverse Common Control Channels are uniquely identified by their long codes (see
8   2.1.3.1.12). The Reverse Common Control Channel preamble and data transmission
9   structure is shown in Figure 2.1.3.5-1.

10



12   **Figure 2.1.3.5-1. Preamble and Data Transmission for the Reverse Common**
13   **Control Channel**

14

15   2.1.3.5.1 Reverse Common Control Channel Time Alignment and Modulation Rate

16   The mobile station shall transmit information on the Reverse Common Control Channel at
17   variable data rates of 9600, 19200, and 38400 bps. A Reverse Common Control Channel
18   frame shall be 20, 10, or 5 ms in duration. The timing of Reverse Common Control Channel
19   transmissions shall start on 1.25 ms increments of System Time (see Figure 1.3-1).

20   The Reverse CDMA Channel may contain up to 32 Reverse Common Control Channels
21   numbered 0 through 31 per supported Forward Common Control Channel and up to 32
22   Reverse Common Control Channels numbered 0 through 31 per supported Common
23   Assignment Channel. At least one Reverse Common Control Channel exists on the Reverse
24   CDMA Channel for each Forward Common Control Channel on the corresponding Forward
25   CDMA Channel. Each Reverse Common Control Channel is associated with a single
26   Forward Common Control Channel.

1  The Reverse Common Control Channel slot shall begin only when System Time is N × 1.25
2  ms after an integer multiple of RCCCH_SLOT$_s$ × 1.25 ms, where N equals [(RCCCH_ID ×
3  RCCCH_SLOT_OFFSET2$_s$)  +  RCCCH_SLOT_OFFSET1$_s$]  mod  RCCCH_SLOT$_s$,  and
4  RCCCH_ID is the identity of the Reverse Common Control Channel to be used, which is
5  passed by the primitives from the MAC Layer (see 2.1.3.5.9 and Figure 2.1.3.5-1). The
6  mobile station shall initiate transmission of a Reverse Common Control Channel frame on
7  a Reverse Common Control Channel slot boundary.

8  2.1.3.5.2 Reverse Common Control Channel Frame Structure

9  Table 2.1.3.5.2-1 summarizes the Reverse Common Control Channel bit allocations. The
10  order of the bits is shown in Figure 2.1.3.5.2-1.

11  All frames shall consist of the information bits, followed by a frame quality indicator (CRC)
12  and eight Encoder Tail Bits.

13

14  **Table 2.1.3.5.2-1. Reverse Common Control Channel Frame Structure Summary**

| Frame Length (ms) | Transmission Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 20 | 9600 | 192 | 172 | 12 | 8 |
| 20 | 19200 | 384 | 360 | 16 | 8 |
| 20 | 38400 | 768 | 744 | 16 | 8 |
| 10 | 19200 | 192 | 172 | 12 | 8 |
| 10 | 38400 | 384 | 360 | 16 | 8 |
| 5 | 38400 | 192 | 172 | 12 | 8 |

15



**Notation**

F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

16
17  **Figure 2.1.3.5.2-1. Reverse Common Control Channel Frame Structure**

18

19  2.1.3.5.2.1 Reverse Common Control Channel Frame Quality Indicator

20  The frame quality indicator (CRC) shall be calculated on all bits within the frame, except
21  the frame quality indicator itself and the Encoder Tail Bits. The 20 ms Reverse Common

TIA-2000.2-C-1

1 Control Channel shall use a 12-bit frame quality indicator for the 9600 bps frame and a
2 16-bit frame quality indicator for the 38400 bps and 19200 bps frames. The 10 ms Reverse
3 Common Control Channel shall use a 12-bit frame quality indicator for the 19200 bps
4 frame and a 16-bit frame quality indicator for the 38400 bps frame. The 5 ms Reverse
5 Common Control Channel shall use a 12-bit frame quality indicator.

6 The generator polynomials for the frame quality indicator shall be as follows:

7 $g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator
8 and

9 $g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator.

10 The frame quality indicators shall be computed according to the following procedure as
11 shown in Figure 2.1.3.5.2.1-1 and Figure 2.1.3.5.2.1-2:

12 • Initially, all shift register elements shall be set to logical one and the switches shall
13    be set in the up position.

14 • The register shall be clocked a number of times equal to the number of information
15    bits in the frame with those bits as input.

16 • The switches shall be set in the down position so that the output is a modulo-2
17    addition with a '0' and the successive shift register inputs are '0's.

18 • The register shall be clocked an additional number of times equal to the number of
19    bits in the frame quality indicator (16 or 12).

20 • These additional bits shall be the frame quality indicator bits.

21 • The bits shall be transmitted in the order calculated.

22



24 **Figure 2.1.3.5.2.1-1. Reverse Common Control Channel Frame Quality Indicator**
25 **Calculation for the 16-Bit Frame Quality Indicator**

26



Denotes one-bit storage element

⊕ Denotes modulo-2 addition

Up for the information bits
Down for the last 12 bits

**Figure 2.1.3.5.2.1-2. Reverse Common Control Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**

2.1.3.5.2.2 Reverse Common Control Channel Encoder Tail Bits

The last eight bits of each Reverse Common Control Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

2.1.3.5.2.3 Reverse Common Control Channel Preamble

The Reverse Common Control Channel preamble is transmitted to aid the base station in acquiring a Reverse Common Control Channel transmission.

The Reverse Common Control Channel preamble is shown in Figure 2.1.3.5.2.3-1. The Reverse Common Control Channel preamble is a transmission of only the non-data-bearing Reverse Pilot Channel at an increased power level. The Reverse Pilot Channel associated with the Reverse Common Control Channel does not have a rReverse pPower cControl sSubchannel. The total preamble duration shall be an integer multiple of 1.25 ms. No preamble shall be transmitted when operating in the Reservation Access Mode and RCCCH_PREAMBLE_ENABLED$_s$ = '0'. If the Reverse Common Control Channel preamble is not of zero length, the Reverse Common Control Channel preamble shall consist of a sequence of fractional preambles and one additional preamble.

When operating in the Reservation Access Mode, the sequence of fractional preambles shall include RCCCH_PREAMBLE_NUM_FRAC$_s$ + 1 fractional preambles, each with a duration of (RCCCH_PREAMBLE_FRAC_DURATION$_s$ + 1) × 1.25 ms. The transmission of the Reverse Common Control Channel preamble shall be gated__-off for a duration of RCCCH_PREAMBLE_OFF_DURATION$_s$ × 1.25 ms after the transmission of each fractional preamble. The additional preamble with a length of RCCCH_PREAMBLE_ADD_DURATION$_s$ × 1.25 ms shall be transmitted just prior to the Reverse Common Control Channel data.

The additional preamble assists the base station in channel estimation.

TIA-2000.2-C-1



For Reservation Access Mode

N = RCCCH_PREAMBLE_NUM_FRAC$_s$ + 1

P = (RCCCH_PREAMBLE_FRAC_DURATION$_s$ + 1) × 1.25 ms

B = RCCCH_PREAMBLE_OFF_DURATION$_s$ × 1.25 ms

A = RCCCH_PREAMBLE_ADD_DURATION$_s$ × 1.25 ms

T = N (P + B) + A

**Figure 2.1.3.5.2.3-1. Preamble for the Reverse Common Control Channel**

2.1.3.5.2.4 Reverse Common Control Channel Data

When operating in the Reservation Access Mode, the Reverse Common Control Channel data shall consist of Enhanced Access data.

2.1.3.5.3 Reverse Common Control Channel Convolutional Encoding

The Reverse Common Control Channel data shall be convolutionally encoded as specified in 2.1.3.1.4.

When generating Reverse Common Control Channel data, the encoder shall be initialized at the end of each 20, 10, or 5 ms frame.

2.1.3.5.4 Reverse Common Control Channel Code Symbol Repetition

Each code symbol output from the convolutional encoder on the Reverse Common Control Channel shall be repeated as specified in 2.1.3.1.5

2.1.3.5.5 Reverse Common Control Channel Interleaving

The encoded code symbols on the Reverse Common Control Channel shall be interleaved as specified in 2.1.3.1.7.

2.1.3.5.6 Reverse Common Control Channel Modulation and Orthogonal Spreading

The Reverse Common Control Channel data shall be modulated and orthogonally spread as specified in 2.1.3.1.8.

2.1.3.5.7 Reverse Common Control Channel Quadrature Spreading

The Reverse Common Control Channel shall be quadrature spread as specified in 2.1.3.1.12.

2.1.3.5.8 Reverse Common Control Channel Baseband Filtering

The Reverse Common Control Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.5.9 Reverse Common Control Channel Transmission Processing

When the Physical Layer receives a PHY-RCCCHPreamble.Request(FCCCH_ID, RCCCH_ID, BASE_ID) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments FCCCH_ID, RCCCH_ID, and BASE_ID.
- Set the Reverse Common Control Channel Long Code Mask using FCCCH_ID, RCCCH_ID, and BASE_ID (see Figure 2.1.3.1.12-2).
- Transmit a Reverse Common Control Channel preamble.

When the Physical Layer receives a PHY-RCCCH.Request(FCCCH_ID, RCCCH_ID, BASE_ID, SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments FCCCH_ID, RCCCH_ID, BASE_ID, SDU, FRAME_DURATION, and NUM_BITS.
- Set the Reverse Common Control Channel Long Code Mask using FCCCH_ID, RCCCH_ID, and BASE_ID (see Figure 2.1.3.1.12-2).
- Set the information bits (see Figure 2.1.3.5.2-1) to SDU.
- Transmit a Reverse Common Control Channel frame of duration FRAME_DURATION (5 ms, 10 ms, or 20 ms) at a data rate that corresponds to NUM_BITS and FRAME_DURATION as specified in Table 2.1.3.5.2-1.

2.1.3.6 Reverse Dedicated Control Channel

The Reverse Dedicated Control Channel is used for the transmission of user and signaling information to the base station during a call. The Reverse Traffic Channel may contain up to one Reverse Dedicated Control Channel.

2.1.3.6.1 Reverse Dedicated Control Channel Time Alignment and Modulation Rates

The mobile station shall transmit information on the Reverse Dedicated Control Channel at a fixed data rate of 9600 bps or 14400 bps using 20 ms frames, or 9600 bps using 5 ms frames. The mobile station may support flexible data rates. If the mobile station supports flexible data rates, other fixed data rates from 1050 bps to 9600 bps or 14400 bps using 20 ms frames can also be used.

TIA-2000.2-C-1

The Reverse Dedicated Control Channel frame shall be 5 ms or 20 ms in duration.

The mobile station shall transmit information on the Reverse Dedicated Control Channel at a data rate of 9600 bps for Radio Configurations 3 and 5. If the mobile station supports flexible data rates, other fixed data rates from 1050 bps to 9600 bps using 20 ms frames can also be used for the Reverse Dedicated Control Channel in Radio Configurations 3 and 5.

The mobile station shall transmit information on the Reverse Dedicated Control Channel at a data rate of 14400 bps for 20 ms frames and 9600 bps for 5 ms frames for Radio Configurations 4 and 6. If the mobile station supports flexible data rates, other fixed data rates from 1050 bps to 14400 bps using 20 ms frames can also be used for the Reverse Dedicated Control Channel in Radio Configurations 4 and 6.

The mobile station shall support discontinuous transmission on the Reverse Dedicated Control Channel. The decision to enable or disable the Reverse Dedicated Control Channel shall be made on a frame-by-frame (i.e., 5 or 20 ms) basis.

The mobile station shall support Reverse Dedicated Control Channel frames that are time offset by multiples of 1.25 ms. The amount of the time offset is specified by $FRAME\_OFFSET_s$. A zero-offset 20 ms Reverse Dedicated Control Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). A zero-offset 5 ms Reverse Dedicated Control Channel frame shall begin only when System Time is an integral multiple of 5 ms. An offset 20 ms Reverse Dedicated Control Channel frame shall begin $1.25 \times FRAME\_OFFSET_s$ ms later than the zero-offset 20 ms Reverse Dedicated Control Channel frame. An offset 5 ms Reverse Dedicated Control Channel frame shall begin $1.25 \times (FRAME\_OFFSET_s \bmod 4)$ ms later than the zero-offset 5 ms Reverse Dedicated Control Channel frame. The interleaver block for the Reverse Dedicated Control Channel shall be aligned with the Reverse Dedicated Control Channel frame.

2.1.3.6.2 Reverse Dedicated Control Channel Frame Structure

Table 2.1.3.6.2-1 summarizes the Reverse Dedicated Control Channel bit allocations for non-flexible data rates. Table 2.1.3.6.2-2 summarizes the Reverse Dedicated Control Channel bit allocations for flexible data rates. The order of the bits is shown in Figure 2.1.3.6.2-1.

All 20 ms frames in Radio Configuration 3 and 5 and all 5 ms frames shall consist of the information bits, followed by a frame quality indicator (CRC) and eight Encoder Tail Bits.

All 20 ms frames in Radio Configuration 4 and 6 and all 5 ms frames shall consist of the information bits, followed by the frame quality indicator (CRC), and eight Encoder Tail Bits, except when 267 information bits are used together with 12 frame quality indicator bits, where one reserved bit will precede the information bits.

**Table 2.1.3.6.2-1. Reverse Dedicated Control Channel Frame Structure Summary for Non-flexible Data Rates**

| Radio Config. | Frame Length (ms) | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|---|
| | | | Total | Reserved | Information | Frame Quality Indicator | Encoder Tail |
| 3 and 5 | 20 | 9600 | 192 | 0 | 172 | 12 | 8 |
| 4 and 6 | 20 | 14400 | 288 | 1 | 267 | 12 | 8 |
| 3, 4, 5, and 6 | 5 | 9600 | 48 | 0 | 24 | 16 | 8 |

**Table 2.1.3.6.2-2. Reverse Dedicated Control Channel Frame Structure Summary for Flexible Data Rates**

| Radio Config. | Frame Length (ms) | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|---|
| | | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 3 and 5 | 20 | 1250 to 9600 | 25 to 192 | 1 to 168 | 16 | 8 |
| | 20 | 1050 to 9550 | 21 to 191 | 1 to 171 | 12 | 8 |
| 4 and 6 | 20 | 1250 to 14400 | 25 to 288 | 1 to 264 | 16 | 8 |
| | 20 | 1050 to 14300, 14400 | 21 to 286, 288 | 1 to 266, 268 | 12 | 8 |

| R | Information Bits | F | T |
|---|---|---|---|

**Notation**

R - Reserved Bit
F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 2.1.3.6.2-1. Reverse Dedicated Control Channel Frame Structure**

2.1.3.6.2.1 Reverse Dedicated Control Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits. The 20 ms Reverse Dedicated Control Channel shall use a 12-bit frame quality indicator for non-flexible data rates. If flexible data rates are supported, either a 12-bit or a 16-bit frame quality indicator shall be

TIA-2000.2-C-1

used. The 5 ms Reverse Dedicated Control Channel shall use a 16-bit frame quality indicator

The generator polynomials for the frame quality indicator shall be as follows:

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator and

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator.

The frame quality indicators shall be computed according to the following procedure as shown in Figure 2.1.3.6.2.1-1 and Figure 2.1.3.6.2.1-2:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of Reserved Bits and information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (16 or 12).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 2.1.3.6.2.1-1. Reverse Dedicated Control Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator**



**Figure 2.1.3.6.2.1-2. Reverse Dedicated Control Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**

1   2.1.3.6.2.2 Reverse Dedicated Control Channel Encoder Tail Bits

2   The last eight bits of each Reverse Dedicated Control Channel frame are called the Encoder
3   Tail Bits. These eight bits shall each be set to '0'.

4   2.1.3.6.2.3 Reverse Traffic Channel Preamble

5   The Reverse Traffic Channel preamble is transmitted on the Reverse Pilot Channel as
6   specified in 2.1.3.2.4.

7   2.1.3.6.3 Reverse Dedicated Control Channel Convolutional Encoding

8   The Reverse Dedicated Control Channel shall be convolutionally encoded as specified in
9   2.1.3.1.4.

10  When generating Reverse Dedicated Control Channel data, the encoder shall be initialized
11  to the all-zero state at the end of each 20 ms or 5 ms frame.

12  2.1.3.6.4 Reverse Dedicated Control Channel Code Symbol Repetition

13  Reverse Dedicated Control Channel code symbol repetition shall be as specified in
14  2.1.3.1.5.

15  2.1.3.6.5 Reverse Dedicated Control Channel Code Symbol Puncturing

16  Reverse Dedicated Control Channel code symbol puncturing shall be as specified in
17  2.1.3.1.6.

18  2.1.3.6.6 Reverse Dedicated Control Channel Interleaving

19  The modulation symbols shall be interleaved as specified in 2.1.3.1.7.

20  2.1.3.6.7 Reverse Dedicated Control Channel Modulation and Orthogonal Spreading

21  The Reverse Dedicated Control Channel data shall be modulated and orthogonally spread
22  as specified in 2.1.3.1.8.

23  2.1.3.6.8 Reverse Dedicated Control Channel Quadrature Spreading

24  The Reverse Dedicated Control Channel shall be quadrature spread as specified in
25  2.1.3.1.12.

26  2.1.3.6.9 Reverse Dedicated Control Channel Baseband Filtering

27  Filtering for tThe Reverse Dedicated Control Channel shall be filtered as specified in
28  2.1.3.1.13.

29  2.1.3.6.10 Reverse Dedicated Control Channel Transmission Processing

30  When the Physical Layer receives a PHY-DCCH.Request(SDU, FRAME_DURATION,
31  NUM_BITS) from the MAC Layer, the mobile station shall perform the following:

32      • Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

33      • If SDU is not equal to NULL, set the information bits to SDU.

TIA-2000.2-C-1

- If SDU is not equal to NULL, transmit NUM_BITS bits of SDU in a Reverse Dedicated Control Channel frame of duration FRAME_DURATION (5 ms or 20 ms). If a PHY-DCCH.Request primitive for a 5 ms frame is received coincident with a PHY-DCCH.Request primitive for a 20 ms frame or during transmission of a 20 ms frame, then the mobile station may preempt transmission of the 20 ms frame and transmit a 5 ms frame. Transmission of the 20 ms frame may start or resume after completion of the 5 ms frame. If transmission of the 20 ms frame is resumed after an interruption in transmission, then the relative power level of the Reverse Dedicated Control Channel modulation symbols shall be equal to that of the modulation symbols sent prior to the preemption.

2.1.3.7 Reverse Acknowledgment Channel

The Reverse Acknowledgment Channel provides feedback for the Forward Packet Data Channel.

The mobile station transmits ACK or NAK responses to Forward Packet Data Control Channel messages. See [3] for a description of the protocol that is used on the Reverse Acknowledgement Channel.

2.1.3.7.1 Reverse Acknowledgment Channel Structure and Time Alignment

When the Reverse Acknowledgment Channel is transmitted, it shall transmit an ACK_OR_NAK response as specified by the MAC Layer as a parameter in the PHY-RACKCH.Request primitive, where ACK_OR_NAK is set to ACK or NAK. Otherwise, (if no PHY-RACKCH.Request primitive is received from the MAC Layer), the Reverse Acknowledgment Channel shall be gated off.  See [3] for more details.

A '0' bit shall be transmitted for an ACK response and a '1' bit shall be transmitted for a NAK response.

A Reverse Acknowledgment Channel frame shall begin only when System Time is an integral multiple of 1.25 ms (see Figure 1.3-1).

2.1.3.7.2 Reverse Acknowledgment Channel Modulation

The Reverse Acknowledgment Channel shall be modulated as specified in 2.1.3.1.8.

2.1.3.7.3 Reverse Acknowledgment Channel Quadrature Spreading

The Reverse Acknowledgment Channel shall be quadrature spread as specified in 2.1.3.1.12.

2.1.3.7.4 Reverse Acknowledgment Channel Baseband Filtering

~~Filtering for t~~The Reverse Acknowledgment Channel shall be ~~filtered~~ as specified in 2.1.3.1.13.

2.1.3.7.5 Reverse Acknowledgment Channel Transmission Processing

When the Physical Layer receives a PHY-RACKCH.Request(ACK_OR_NAK) from the MAC Layer, the mobile station shall perform the following:

1   • Store the argument ACK_OR_NAK.

2   • If ACK_OR_NAK is equal to ACK, transmit an ACK on the Reverse Acknowledgment
3     Channel; otherwise, transmit a NAK on the Reverse Acknowledgment Channel.

4   2.1.3.8 Reverse Channel Quality Indicator Channel

5   The mobile station uses the Reverse Channel Quality Indicator Channel to indicate the
6   channel quality measurements of the member of the packet data channel active set (see [5])
7   from which the mobile station has selected to receive Forward Packet Data Channel
8   transmissions. This information can be used by the base station to determine the
9   transmission power levels and data transmission rates (i.e., encoder packet sizes and
10  subpacket slot durations) on the Forward Packet Data Channel and the power level and
11  duration of the Forward Packet Data Control Channel. It can also be used by the base
12  station in the decision of when to schedule a particular mobile station on the Forward
13  Packet Data Channel.

14  When the Forward Packet Data Channel is assigned to a mobile station, the mobile station
15  sends the channel quality feedback information on the Reverse Channel Quality Indicator
16  Channel every 1.25 ms. When the mobile station is not indicating a cell switch, each
17  transmission on the Reverse Channel Quality Indicator Channel carries either a full
18  channel quality indicator value (i.e., a value that is an estimate of the signal-to-noise ratio
19  of the base station's pilot) or a differential channel quality indicator value (i.e., a positive or
20  negative increment to the most recently transmitted value).

21  A distinct Walsh cover on the Reverse Channel Quality Indicator Channel transmission
22  indicates the member of the packet data channel active set selected by the mobile station
23  for Forward Packet Data Channel transmissions. When the mobile station selects a new
24  member of the packet data channel active set from which the mobile station will receive
25  Forward Packet Data Channel transmissions, the mobile station invokes a switching
26  procedure. To initiate the switch, the mobile station transmits a distinctive switching
27  pattern on the Reverse Channel Quality Indicator Channel for some number of 20 ms
28  periods. During the switching period, the Reverse Channel Quality Indicator Channel
29  transmissions are modified to use the Walsh cover of the target base station in certain 1.25
30  ms frames.

31  There are two modes of operation of the Reverse Channel Quality Indicator Channel: full
32  C/I feedback mode and differential C/I feedback mode.  In the full C/I feedback mode, only
33  full C/I reports are sent. In the differential C/I feedback mode, a pattern of full and
34  differential C/I reports is sent. The base station can indicate that the mobile station is to
35  alter the pattern of full and differential C/I reports to repeat the full C/I reports a total of
36  two or four times.

37  The Reverse Channel Quality Indicator Channel pattern of full and differential C/I reports
38  is also modified by the current rReverse lLink pilot gating rate. When the Reverse Pilot
39  Channel gating is enabled, the mobile station does not transmit on the Reverse Channel
40  Quality Indicator Channel during the 1.25 ms slots in which the Reverse Pilot Channel is
41  gated.

TIA-2000.2-C-1

Further details of the timing and operating procedures for the Reverse Channel Quality Indicator Channel can be found in [3].

2.1.3.8.1 Reverse Channel Quality Indicator Channel Structure

The Reverse Channel Quality Indicator Channel structure is shown in Figure 2.1.3.1.1.1-7. The MAC Layer instructs the Physical Layer what to transmit on the Reverse Channel Quality Indicator Channel for each frame. When the mobile station receives a PHY-RCQICH.Request primitive from the MAC Layer with CQI_VALUE set to a 4-bit value, the mobile station shall map these 4-bits into 12 symbols using a (12, 4) block code according to 2.1.3.1.4.3.

When the mobile station receives a PHY-RCQICH.Request primitive from the MAC Layer with CQI_VALUE set to 'UP' or 'DOWN', the mobile station shall map it into a Channel Quality Indicator Channel bit ($a_0$), and it shall be repeated 12 times to form 12 symbols according to Figure 2.1.3.1.1.1-7. If the CQI_VALUE is 'UP', the mobile station shall set $a_0$ to '1'. If the CQI_VALUE is 'DOWN', the mobile station shall set $a_0$ to '0'. See [3] for more details.

An 8-ary Walsh function specified by the WALSH_COVER parameter of the PHY-RCQICH.Request primitive shall be used to spread the Reverse Channel Quality Indicator Channel transmission to indicate the base station identity. The Reverse Channel Quality Indicator Channel shall be covered with the Walsh function as specified in Table 2.1.3.8.1-1.

**Table 2.1.3.8.1-1. Walsh Function Selection for the Channel Quality Indicator Channel**

| WALSH_COVER | 8-ary Walsh Function for Reverse Channel Quality Indicator Channel Transmission |
|---|---|
| '000' | '00000000' |
| '001' | '01010101' |
| '010' | '00110011' |
| '011' | '01100110' |
| '100' | '00001111' |
| '101' | '01011010' |
| '110' | '00111100' |
| '111' | '01101001' |

A Reverse Channel Quality Indicator Channel frame shall begin only when System Time is an integral multiple of 1.25 ms (see Figure 1.3-1). It may be offset from the Reverse Traffic Channel frames as specified in [3].

2.1.3.8.2 Reverse Channel Quality Indicator Channel Modulation

The Reverse Channel Quality Indicator Channel shall be modulated and orthogonally spread as specified in 2.1.3.1.8.

2.1.3.8.3 Reverse Channel Quality Indicator Channel Gating

The Reverse Channel Quality Indicator Channel shall be gated off unless specified otherwise by the MAC Layer at every Reverse Channel Quality Indicator Channel frame boundary.

2.1.3.8.4 Reverse Channel Quality Indicator Channel Quadrature Spreading

The Reverse Channel Quality Indicator Channel shall be quadrature spread as specified in 2.1.3.1.12. If the Reverse Fundamental Channel is assigned, the Reverse Channel Quality Indicator Channel shall be transmitted on the I-channel. Otherwise, the Reverse Channel Quality Indicator Channel shall be transmitted on the Q-channel.

2.1.3.8.5 Reverse Channel Quality Indicator Channel Baseband Filtering

Filtering for tThe Reverse Channel Quality Indicator Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.8.6 Reverse Channel Quality Indicator Channel Transmission Processing

When the Physical Layer receives a PHY-RCQICH.Request(WALSH_COVER, CQI_VALUE, CQI_GAIN) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments WALSH_COVER, CQI_VALUE, and CQI_GAIN.

- Transmit the channel quality indicator value, CQI_VALUE, on the Reverse Channel Quality Indicator Channel using the Walsh cover WALSH_COVER with the relative gain specified by CQI_GAIN (see Table 2.1.2.3.3.3-1).

2.1.3.9 Reverse Fundamental Channel

The Reverse Fundamental Channel is used for the transmission of user and signaling information to the base station during a call. The Reverse Traffic Channel may contain up to one Reverse Fundamental Channel.

2.1.3.9.1 Reverse Fundamental Channel Time Alignment and Modulation Rates

When operating with Radio Configuration 1, the mobile station shall transmit information on the Reverse Fundamental Channel at variable data rates of 9600, 4800, 2400, and 1200 bps.

When operating with Radio Configuration 2, the mobile station shall transmit information on the Reverse Fundamental Channel at variable data rates of 14400, 7200, 3600, and 1800 bps.

When operating with Radio Configurations 3 and 5, the mobile station shall transmit information on the Reverse Fundamental Channel at variable data rates of 9600, 4800, 2700, and 1500 bps during 20 ms frames or at 9600 bps during 5 ms frames. The mobile

TIA-2000.2-C-1

station may support flexible data rates. If flexible data rates are supported, the mobile station should support variable data rates corresponding to 1 to 171 information bits per 20 ms frame on the Reverse Fundamental Channel. The minimum number of flexible data rates used in variable rate operation is not specified.

When operating with Radio Configurations 4 and 6, the mobile station shall transmit information on the Reverse Fundamental Channel at variable data rates of 14400, 7200, 3600, and 1800 bps during 20 ms frames or at 9600 bps during 5 ms frames. If flexible data rates are supported, the mobile station should support variable rates corresponding to 1 to 268 information bits per 20 ms frame on the Reverse Fundamental Channel. The minimum number of flexible data rates used in variable rate operation is not specified.

Reverse Fundamental Channel frames with Radio Configurations 1 and 2 shall be 20 ms in duration. Reverse Fundamental Channel frames with Radio Configurations 3 through 6 shall be 5 or 20 ms in duration. The data rate and frame duration on a Reverse Fundamental Channel within a radio configuration shall be selected on a frame-by-frame basis. Although the data rate may vary on a frame-by-frame basis, the modulation symbol rate is kept constant by code repetition. A mobile station operating with Radio Configurations 3 through 6 may discontinue transmission of the Reverse Fundamental Channel for up to three 5 ms frames in a 20 ms frame.

The mobile station shall support Reverse Fundamental Channel frames that are time offset by multiples of 1.25 ms. The amount of the time offset is specified by $FRAME\_OFFSET_S$. A zero-offset 20 ms Reverse Fundamental Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). A zero-offset 5 ms Reverse Fundamental Channel frame shall begin only when System Time is an integral multiple of 5 ms. An offset 20 ms Reverse Fundamental Channel frame shall begin $1.25 \times FRAME\_OFFSET_S$ ms later than the zero-offset 20 ms Reverse Fundamental Channel frame. An offset 5 ms Reverse Fundamental Channel frame shall begin $1.25 \times (FRAME\_OFFSET_S \bmod 4)$ ms later than the zero-offset 5 ms Reverse Fundamental Channel frame. The interleaver block for the Reverse Fundamental Channel shall be aligned with the Reverse Fundamental Channel frame.

2.1.3.9.2 Reverse Fundamental Channel Frame Structure

Table 2.1.3.9.2-1 summarizes the Reverse Fundamental Channel bit allocations for non-flexible data rates. Table 2.1.3.9.2-2 summarizes the Reverse Fundamental Channel bit allocations for flexible data rates. The order of the bits is shown in Figure 2.1.3.9.2-1.

The 2400 and 1200 bps frames with Radio Configuration 1 shall consist of the information bits followed by eight Encoder Tail Bits. All 5 ms frames, all frames with Radio Configurations 3 and 5, and the 9600 and 4800 bps frames with Radio Configuration 1 shall consist of the information bits followed by a frame quality indicator (CRC) and eight Encoder Tail Bits. All 20 ms frames with Radio Configurations 2, 4, and 6 shall consist of zero or one Reserved/Erasure Indicator Bits, followed by the information bits, frame quality indicator (CRC), and eight Encoder Tail Bits.

**Table 2.1.3.9.2-1. Reverse Fundamental Channel Frame Structure Summary for Non-flexible Data Rates**

| Radio Config. | Transmission Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved/ Erasure Indicator | Information | Frame Quality Indicator | Encoder Tail |
| 1 | 9600 | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2400 | 48 | 0 | 40 | 0 | 8 |
| | 1200 | 24 | 0 | 16 | 0 | 8 |
| 2 | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |
| 3 and 5 | 9600 (5 ms) | 48 | 0 | 24 | 16 | 8 |
| | 9600 (20 ms) | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2700 | 54 | 0 | 40 | 6 | 8 |
| | 1500 | 30 | 0 | 16 | 6 | 8 |
| 4 and 6 | 9600 (5 ms) | 48 | 0 | 24 | 16 | 8 |
| | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |

**Table 2.1.3.9.2-2. Reverse Fundamental Channel Frame Structure Summary for Flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 3 and 5 | 4850 to 9600 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 4850 to 9550 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 2750 to 4800 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 2750 to 4800 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 2750 to 4750 | 55 to 95 | 39 to 79 | 8 | 8 |
| | 1550 to 2700 | 31 to 54 | 7 to 30 | 16 | 8 |
| | 1550 to 2700 | 31 to 54 | 11 to 34 | 12 | 8 |
| | 1550 to 2700 | 31 to 54 | 15 to 38 | 8 | 8 |
| | 1550 to 2650 | 31 to 53 | 17 to 39 | 6 | 8 |
| | 1250 to 1500 | 25 to 30 | 1 to 6 | 16 | 8 |
| | 1050 to 1500 | 21 to 30 | 1 to 10 | 12 | 8 |
| | 850 to 1500 | 17 to 30 | 1 to 14 | 8 | 8 |
| | 750 to 1450 | 15 to 29 | 1 to 15 | 6 | 8 |
| 4 and 6 | 7250 to 14400 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 7250 to 14300, 14400 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 3650 to 7200 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 3650 to 7200 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 3650 to 7100, 7200 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |
| | 1850 to 3600 | 37 to 72 | 13 to 48 | 16 | 8 |
| | 1850 to 3600 | 37 to 72 | 17 to 52 | 12 | 8 |
| | 1850 to 3600 | 37 to 72 | 19 to 54 | 10 | 8 |
| | 1850 to 3500, 3600 | 37 to 70, 72 | 21 to 54, 56 | 8 | 8 |
| | 1250 to 1800 | 25 to 36 | 1 to 12 | 16 | 8 |
| | 1050 to 1800 | 21 to 36 | 1 to 16 | 12 | 8 |
| | 950 to 1800 | 19 to 36 | 1 to 18 | 10 | 8 |
| | 850 to 1800 | 17 to 36 | 1 to 20 | 8 | 8 |
| | 750 to 1700, 1800 | 15 to 34, 36 | 1 to 20, 22 | 6 | 8 |



<div align="center">

**Notation**

R/E - Reserved/Erasure Indicator Bit
F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

</div>

<div align="center">

**Figure 2.1.3.9.2-1. Reverse Fundamental Channel Frame Structure**

</div>

2.1.3.9.2.1 Reverse Fundamental Channel Frame Quality Indicator

Each frame with Radio Configurations 2 through 6, and the 9600 and 4800 bps frames of Radio Configuration 1 shall include a frame quality indicator. This frame quality indicator is a CRC.[20] No frame quality indicator is used for the 2400 and 1200 bps data rates of Radio Configuration 1.

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits.

The 5 ms frames shall use a 16-bit frame quality indicator.

The 9600 bps transmissions with Radio Configuration 1 and the 14400 bps transmissions with Radio Configuration 2 shall use a 12-bit frame quality indicator.

The 7200 bps transmissions with Radio Configuration 2 shall use a 10-bit frame quality indicator.

The 4800 bps transmissions with Radio Configuration 1 and the 3600 bps transmissions with Radio Configuration 2 shall use an 8-bit frame quality indicator.

The 1800 bps transmissions with Radio Configuration 2 shall use a 6-bit frame quality indicator.

The 20 ms frames in Radio Configurations 3 and 5 with more than 96 total bits and in Radio Configurations 4 and 6 with more than 144 total bits shall use a 12-bit frame quality indicator. A 16-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 4 and 6 with 73 to 144 total bits shall use a 10-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

---

[20]The frame quality indicator supports two functions at the receiver: The first function is to determine whether the frame is in error. The second function is to assist in the determination of the data rate of the received frame. Other parameters may be needed for rate determination in addition to the frame quality indicator, such as symbol error rate evaluated at the four data rates of the Reverse Fundamental Channel.

TIA-2000.2-C-1

The 20 ms frames in Radio Configurations 3 and 5 with 55 to 96 total bits shall use an 8-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 4 and 6 with 37 to 72 total bits shall use an 8-bit frame quality indicator. A 16-bit, 12-bit, or 10-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 3 and 5 with 54 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 4 and 6 with 36 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, 10-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

The generator polynomials for the frame quality indicator shall be as follows:

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator,

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator,

$g(x) = x^{10} + x^9 + x^8 + x^7 + x^6 + x^4 + x^3 + 1$ for the 10-bit frame quality indicator,

$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1$ for the 8-bit frame quality indicator,

$g(x) = x^6 + x^2 + x + 1$ for the 6-bit frame quality indicator (RC = 2), and

$g(x) = x^6 + x^5 + x^2 + x + 1$ for the 6-bit frame quality indicator ($3 \leq RC \leq 6$).

The frame quality indicators shall be computed according to the following procedure as shown in Figure 2.1.3.9.2-1 through Figure 2.1.3.9.2.1-6:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of Reserved/Erasure Indicator Bits and information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (16, 12, 10, 8, or 6).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 2.1.3.9.2.1-1. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator**



**Figure 2.1.3.9.2.1-2. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**



**Figure 2.1.3.9.2.1-3. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 10-Bit Frame Quality Indicator**



**Figure 2.1.3.9.2.1-4. Reverse Fundamental Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator**

TIA-2000.2-C-1



**Figure 2.1.3.9.2.1-5. Reverse Fundamental Channel Frame Quality Indicator
Calculation for the 6-Bit Frame Quality Indicator for Radio Configuration 2**



**Figure 2.1.3.9.2.1-6. Reverse Fundamental Channel Frame Quality Indicator
Calculation for the 6-Bit Frame Quality Indicator
for Radio Configurations 3 through 6**

2.1.3.9.2.2 Reverse Fundamental Channel Encoder Tail Bits

The last eight bits of each Reverse Fundamental Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

2.1.3.9.2.3 Reverse Traffic Channel Preambles

The Reverse Traffic Channel preamble is transmitted on the Reverse Pilot Channel or Reverse Fundamental Channel to aid the base station in acquiring the Reverse Fundamental Channel transmissions.

2.1.3.9.2.3.1 Radio Configurations 1 and 2

The Reverse Traffic Channel preamble shall consist of a frame of all zeros that is transmitted with a 100% transmission duty cycle. The Reverse Traffic Channel preamble shall not include the frame quality indicator. For Radio Configuration 1, the Reverse Traffic Channel preamble shall consist of 192 zeros that are transmitted at the 9600 bps rate. For Radio Configuration 2, the Reverse Traffic Channel preamble shall consist of 288 zeros that are transmitted at the 14400 bps rate.

When performing a hard handoff, the mobile station shall transmit the Reverse Traffic Channel preamble for NUM_PREAMBLE$_S$ frames.

2.1.3.9.2.3.2 Radio Configurations 3 through 6

The Reverse Traffic Channel preamble is transmitted on the Reverse Pilot Channel as specified in 2.1.3.2.4.

2.1.3.9.3 Reverse Fundamental Channel Convolutional Encoding

The Reverse Fundamental Channel shall be convolutionally encoded as specified in 2.1.3.1.4.

When generating Reverse Fundamental Channel data, the encoder shall be initialized to the all zero state at the end of each 5 or 20 ms frame.

2.1.3.9.4 Reverse Fundamental Channel Code Symbol Repetition

Reverse Fundamental Channel code symbol repetition shall be as specified in 2.1.3.1.5.

2.1.3.9.5 Reverse Fundamental Channel Code Symbol Puncturing

Reverse Fundamental Channel code symbol puncturing shall be as specified in 2.1.3.1.6.

2.1.3.9.6 Reverse Fundamental Channel Interleaving

The Reverse Fundamental Channel shall be interleaved as specified in 2.1.3.1.7.

2.1.3.9.7 Reverse Fundamental Channel Modulation and Orthogonal Spreading

The Reverse Fundamental Channel data shall be modulated as specified in 2.1.3.1.8. When using Radio Configurations 1 and 2, the Reverse Fundamental Channel data shall be modulated as specified in 2.1.3.1.8.1. When using Radio Configurations 3 through 6, the Reverse Fundamental Channel data shall be modulated and orthogonally spread as specified in 2.1.3.1.8.2.

2.1.3.9.8 Reverse Fundamental Channel Gating

The mobile station shall perform the data burst randomizing function as specified in 2.1.3.1.9 while transmitting on the Reverse Fundamental Channel with Radio Configuration 1 or 2.

The transmission of the Reverse Fundamental Channel with Radio Configuration 3, 4, 5, or 6 may be gated when no other Reverse Traffic Channel is assigned, FPC_MODE$_S$ is not '010', and the data rate is 1500 bps for Radio Configuration 3 and 5, or 1800 bps for Radio

TIA-2000.2-C-1

Configuration 4 and 6. The mobile station shall operate in the Reverse Fundamental Channel gating mode if and only if REV_FCH_GATING_MODE$_s$ is equal to '1'.

When the Reverse Fundamental Channel with Radio Configuration 3, 4, 5, or 6 is operated in the gated mode at a data rate of 1500 bps for Radio Configurations 3 and 5, or 1800 bps for Radio Configurations 4 and 6 (i.e., when REV_FCH_GATING_MODE$_s$ = 1), the Reverse Fundamental Channel shall have a transmission duty cycle of 50%. The Reverse Fundamental Channel shall be transmitted in power control groups 2, 3, 6, 7, 10, 11, 14, and 15, and shall not be transmitted in power control groups 0, 1, 4, 5, 8, 9, 12, and 13, as shown in Figure 2.1.3.9.8-1.



**Figure 2.1.3.9.8-1. Gating Operation When the Reverse Fundamental Channel Data Rate is 1500 bps for Radio Configuration 3 and 5 or 1800 bps for Radio Configuration 4 and 6**

2.1.3.9.9 Reverse Fundamental Channel Direct Sequence Spreading

When operating in Radio Configuration 1 or 2, the Reverse Fundamental Channel shall be spread by the long code as specified in 2.1.3.1.11.

2.1.3.9.10 Reverse Fundamental Channel Quadrature Spreading

The Reverse Fundamental Channel shall be quadrature spread as specified in 2.1.3.1.12.

2.1.3.9.11 Reverse Fundamental Channel Baseband Filtering

The Reverse Fundamental Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.9.12 Reverse Fundamental Channel Transmission Processing

When the Physical Layer receives a PHY-FCH.Request(SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

- If SDU is not equal to NULL, set the information bits to SDU.

- If SDU is not equal to NULL, transmit NUM_BITS bits of SDU on a Reverse Fundamental Channel frame of duration FRAME_DURATION (5 ms or 20 ms). If a PHY-FCH.Request primitive for a 5 ms frame is received coincident with a PHY-FCH.Request primitive for a 20 ms frame or during transmission of a 20 ms frame, then the mobile station may preempt transmission of the 20 ms frame and transmit a 5 ms frame. Transmission of the 20 ms frame may start or resume after completion of the 5 ms frame. If transmission of the 20 ms frame is resumed after an interruption in transmission, then the relative power level of the Reverse Fundamental Channel modulation symbols shall be equal to that of the modulation symbols sent prior to the preemption.

2.1.3.10 Reverse Supplemental Channel

The Reverse Supplemental Channel applies to Radio Configurations 3 through 6 only.

The Reverse Supplemental Channel is used for the transmission of ~~user information~~higher-level data to the base station during a call. The Reverse Traffic Channel contains up to two Reverse Supplemental Channels.

2.1.3.10.1 Reverse Supplemental Channel Time Alignment and Modulation Rates

When transmitting on the Reverse Supplemental Channel with a single assigned data rate in Radio Configuration 3, the mobile station shall transmit information at fixed data rates of 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, 2400, 1500, 1350, or 1200 bps.

The mobile station may support flexible data rates. If flexible data rates are supported,

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 3, the mobile station should transmit information at a fixed data rate corresponding to 15 to 6143 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 16 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 3, the mobile station should transmit information at a fixed data rate corresponding to 31 to 6143 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 40 information bits per frame.

TIA-2000.2-C-1

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 3, the mobile station should transmit information at a fixed data rate corresponding to 55 to 6143 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 80 information bits per frame.

When transmitting on the Reverse Supplemental Channel with a single assigned data rate in Radio Configuration 4, the mobile station shall transmit information at fixed data rates of 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 bps.

If flexible data rates are supported,

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 4, the mobile station should transmit information at a fixed data rate corresponding to 15 to 4607 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 22 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 4, the mobile station should transmit information at a fixed data rate corresponding to 37 to 4607 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 56 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 4, the mobile station should transmit information at a fixed data rate corresponding to 73 to 4607 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 126 information bits per frame.

When transmitting on the Reverse Supplemental Channel with a single assigned data rate in Radio Configuration 5, the mobile station shall transmit information at a fixed data rate of 614400, 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, 2400, 1500, 1350, or 1200 bps.

If flexible data rates are supported,

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 5, the mobile station should transmit information at a fixed data rate corresponding to 15 to 12287 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 16 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 5, the mobile station should transmit information at a fixed data rate corresponding to 31 to 12287 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 40 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 5, the mobile station should transmit information at a fixed data rate corresponding to 55 to 12287 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 80 information bits per frame.

When transmitting on the Reverse Supplemental Channel with a single assigned data rate in Radio Configuration 6, the mobile station shall transmit information at a fixed data rate of 1036800, 518400, 460800, 259200, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 bps.

If flexible data rates are supported,

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 6, the mobile station should transmit information at a fixed data rate corresponding to 15 to 20735 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 22 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 6, the mobile station should transmit information at a fixed data rate corresponding to 37 to 20735 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 56 information bits per frame.

- When transmitting on the Reverse Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 6, the mobile station should transmit information at a fixed data rate corresponding to 73 to 20735 total bits per frame in 1 bit increments. The mobile station need not support flexible rates with less than 126 information bits per frame.

When using variable-rate transmission on the Reverse Supplemental Channel with multiple assigned data rates in Radio Configurations 3, 4, 5, and 6, the mobile station shall

- Transmit information at the maximal assigned data rate, or

- Transmit information at the other assigned data rates with the same modulation symbol rate as that of the maximal assigned data rate. To achieve a higher modulation symbol rate, repetition or puncturing is applied to the specified data rate.

If the mobile station supports the Reverse Supplemental Channel, the mobile station shall support Reverse Supplemental Channel frames that are 20 ms in duration. The mobile station may support Reverse Supplemental Channel frames that are 40 or 80 ms in duration. The mobile station may support discontinuous transmission of Reverse Supplemental Channel frames.

The mobile station shall support Reverse Supplemental Channel frames that are time offset by multiples of 1.25 ms as specified by $FRAME\_OFFSET_s$. The mobile station may support 40 or 80 ms Reverse Supplemental Channel frames that are time offset by multiples of 20 ms as specified by $REV\_SCH\_FRAME\_OFFSET_s[i]_s$, where i = 1 and 2 for Reverse Supplemental Channel 1 and Reverse Supplemental Channel 2, respectively.

The amount of the time offset is specified by $FRAME\_OFFSET_s$ and $REV\_SCH\_FRAME\_OFFSET_s[i]_s$, where i = 1 or 2. A zero-offset 20 ms Reverse Supplemental Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). A zero-offset 40 ms Reverse Supplemental Channel frame shall begin only when System Time is an integral multiple of 40 ms. A zero-offset 80 ms Reverse Supplemental Channel frame shall begin only when System Time is an integral multiple of 80 ms. An offset 20 ms Reverse Supplemental Channel frame shall begin 1.25 $\times FRAME\_OFFSET_s$ ms later than the zero-offset 20 ms Reverse Supplemental Channel frame. An offset 40 ms Reverse Supplemental Channel frame shall begin (1.25 $\times FRAME\_OFFSET_s$ + 20 $\times REV\_SCH\_FRAME\_OFFSET_s[i]_s$) ms later than the zero-offset 40 ms Reverse Supplemental Channel frame. An offset 80 ms Reverse Supplemental Channel frame shall begin (1.25 $\times FRAME\_OFFSET_s$ + 20 $\times REV\_SCH\_FRAME\_OFFSET_s[i]_s$) ms later than the zero-offset 80 ms Reverse Supplemental Channel frame. The interleaver block for the Reverse Supplemental Channels shall be aligned with the Reverse Supplemental Channel frame.

2.1.3.10.2 Reverse Supplemental Channel Frame Structure

Table 2.1.3.10.2-1 through Table 2.1.3.10.2-3 summarize the Reverse Supplemental Channel bit allocations for non-flexible data rates. Table 2.1.3.10.2-4 through Table 2.1.3.10.2-8 summarize the Reverse Supplemental Channel bit allocations for flexible data rates. All frames shall consist of zero or one Reserved Bits followed by the information bits, a frame quality indicator (CRC), and eight Encoder Tail Bits, as shown in Figure 2.1.3.10.2-1.

All frames with Radio Configurations 3 and 5 and the frames with Radio Configurations 4 and 6 with data rates above 14400 bps shall consist of the information bits, followed by the frame quality indicator (CRC) and eight Encoder Tail Bits. All frames with Radio Configurations 4 and 6 with data rates equal to or less than 14400 bps shall consist of zero or one Reserved Bits, followed by the information bits, frame quality indicator (CRC), and eight Encoder Tail Bits.

**Table 2.1.3.10.2-1. Reverse Supplemental Channel Frame Structure Summary
for 20 ms Frames for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 3 and 5 | 614400 | 12288 | 0 | 12264 | 16 | 8 |
| | 307200 | 6144 | 0 | 6120 | 16 | 8 |
| | 153600 | 3072 | 0 | 3048 | 16 | 8 |
| | 76800 | 1536 | 0 | 1512 | 16 | 8 |
| | 38400 | 768 | 0 | 744 | 16 | 8 |
| | 19200 | 384 | 0 | 360 | 16 | 8 |
| | 9600 | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2700 | 54 | 0 | 40 | 6 | 8 |
| | 1500 | 30 | 0 | 16 | 6 | 8 |
| 4 and 6 | 1036800 | 20736 | 0 | 20712 | 16 | 8 |
| | 460800 | 9216 | 0 | 9192 | 16 | 8 |
| | 230400 | 4608 | 0 | 4584 | 16 | 8 |
| | 115200 | 2304 | 0 | 2280 | 16 | 8 |
| | 57600 | 1152 | 0 | 1128 | 16 | 8 |
| | 28800 | 576 | 0 | 552 | 16 | 8 |
| | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |

Note: The 614400 bps data rate applies to Radio Configuration 5. The 1036800 bps and
460800 bps data rates apply to Radio Configuration 6 only.

TIA-2000.2-C-1

1  **Table 2.1.3.10.2-2. Reverse Supplemental Channel Frame Structure Summary**
2  **for 40 ms Frames for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 3 and 5 | 307200 | 12288 | 0 | 12264 | 16 | 8 |
| | 153600 | 6144 | 0 | 6120 | 16 | 8 |
| | 76800 | 3072 | 0 | 3048 | 16 | 8 |
| | 38400 | 1536 | 0 | 1512 | 16 | 8 |
| | 19200 | 768 | 0 | 744 | 16 | 8 |
| | 9600 | 384 | 0 | 360 | 16 | 8 |
| | 4800 | 192 | 0 | 172 | 12 | 8 |
| | 2400 | 96 | 0 | 80 | 8 | 8 |
| | 1350 | 54 | 0 | 40 | 6 | 8 |
| 4 and 6 | 518400 | 20736 | 0 | 20712 | 16 | 8 |
| | 230400 | 9216 | 0 | 9192 | 16 | 8 |
| | 115200 | 4608 | 0 | 4584 | 16 | 8 |
| | 57600 | 2304 | 0 | 2280 | 16 | 8 |
| | 28800 | 1152 | 0 | 1128 | 16 | 8 |
| | 14400 | 576 | 0 | 552 | 16 | 8 |
| | 7200 | 288 | 1 | 267 | 12 | 8 |
| | 3600 | 144 | 1 | 125 | 10 | 8 |
| | 1800 | 72 | 1 | 55 | 8 | 8 |

Note: The 307200 bps data rate applies to Radio Configuration 5. The 518400 bps and 230400 bps data rates apply to Radio Configuration 6 only.

3

1    **Table 2.1.3.10.2-3. Reverse Supplemental Channel Frame Structure Summary**
2              **for 80 ms Frames for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 3 and 5 | 153600 | 12288 | 0 | 12264 | 16 | 8 |
| | 76800 | 6144 | 0 | 6120 | 16 | 8 |
| | 38400 | 3072 | 0 | 3048 | 16 | 8 |
| | 19200 | 1536 | 0 | 1512 | 16 | 8 |
| | 9600 | 768 | 0 | 744 | 16 | 8 |
| | 4800 | 384 | 0 | 360 | 16 | 8 |
| | 2400 | 192 | 0 | 172 | 12 | 8 |
| | 1200 | 96 | 0 | 80 | 8 | 8 |
| 4 and 6 | 259200 | 20736 | 0 | 20712 | 16 | 8 |
| | 115200 | 9216 | 0 | 9192 | 16 | 8 |
| | 57600 | 4608 | 0 | 4584 | 16 | 8 |
| | 28800 | 2304 | 0 | 2280 | 16 | 8 |
| | 14400 | 1152 | 0 | 1128 | 16 | 8 |
| | 7200 | 576 | 0 | 552 | 16 | 8 |
| | 3600 | 288 | 1 | 267 | 12 | 8 |
| | 1800 | 144 | 1 | 125 | 10 | 8 |

Note: The 153600 bps data rate applies to Radio Configuration 5. The 259200 bps and 115200 bps data rates apply to Radio Configuration 6 only.

3

TIA-2000.2-C-1

**Table 2.1.3.10.2-4. Reverse Supplemental Channel Frame Structure Summary for 20 ms Frames for Flexible Data Rates (Part 1 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 5 | 307250 to 614350 | 6145 to 12287 | 6121 to 12263 | 16 | 8 |
| 3 and 5 | 153650 to 307150 | 3073 to 6143 | 3049 to 6119 | 16 | 8 |
| | 76850 to 153550 | 1537 to 3071 | 1513 to 3047 | 16 | 8 |
| | 38450 to 76750 | 769 to 1535 | 745 to 1511 | 16 | 8 |
| | 19250 to 38350 | 385 to 767 | 361 to 743 | 16 | 8 |
| | 9650 to 19150 | 193 to 383 | 169 to 359 | 16 | 8 |
| | 4850 to 9600 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 4850 to 9550 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 2750 to 4800 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 2750 to 4800 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 2750 to 4750 | 55 to 95 | 39 to 79 | 8 | 8 |
| | 1550 to 2700 | 31 to 54 | 7 to 30 | 16 | 8 |
| | 1550 to 2700 | 31 to 54 | 11 to 34 | 12 | 8 |
| | 1550 to 2700 | 31 to 54 | 15 to 38 | 8 | 8 |
| | 1550 to 2650 | 31 to 53 | 17 to 39 | 6 | 8 |
| | 1250 to 1500 | 25 to 30 | 1 to 6 | 16 | 8 |
| | 1050 to 1500 | 21 to 30 | 1 to 10 | 12 | 8 |
| | 850 to 1500 | 17 to 30 | 1 to 14 | 8 | 8 |
| | 750 to 1450 | 15 to 29 | 1 to 15 | 6 | 8 |

**Table 2.1.3.10.2-5. Reverse Supplemental Channel Frame Structure Summary for 20 ms Frames for Flexible Data Rates (Part 2 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 6 | 460850 to 1036750 | 9217 to 20735 | 9193 to 20711 | 16 | 8 |
| | 230450 to 460750 | 4609 to 9215 | 4585 to 9191 | 16 | 8 |
| 4 and 6 | 115250 to 230350 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| | 57650 to 115150 | 1153 to 2303 | 1129 to 2279 | 16 | 8 |
| | 28850 to 57550 | 577 to 1151 | 553 to 1127 | 16 | 8 |
| | 14450 to 28750 | 289 to 575 | 265 to 551 | 16 | 8 |
| | 7250 to 14400 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 7250 to 14300, 14400 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 3650 to 7200 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 3650 to 7200 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 3650 to 7100, 7200 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |
| | 1850 to 3600 | 37 to 72 | 13 to 48 | 16 | 8 |
| | 1850 to 3600 | 37 to 72 | 17 to 52 | 12 | 8 |
| | 1850 to 3600 | 37 to 72 | 19 to 54 | 10 | 8 |
| | 1850 to 3500, 3600 | 37 to 70, 72 | 21 to 54, 56 | 8 | 8 |
| | 1250 to 1800 | 25 to 36 | 1 to 12 | 16 | 8 |
| | 1050 to 1800 | 21 to 36 | 1 to 16 | 12 | 8 |
| | 950 to 1800 | 19 to 36 | 1 to 18 | 10 | 8 |
| | 850 to 1800 | 17 to 36 | 1 to 20 | 8 | 8 |
| | 750 to 1700, 1800 | 15 to 34, 36 | 1 to 20, 22 | 6 | 8 |

TIA-2000.2-C-1

**Table 2.1.3.10.2-6. Reverse Supplemental Channel Frame Structure Summary for 40 ms Frames for Flexible Data Rates (Part 1 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 5 | 153625 to 307175 | 6145 to 12287 | 6121 to 12263 | 16 | 8 |
| 3 and 5 | 76825 to 153575 | 3073 to 6143 | 3049 to 6119 | 16 | 8 |
| | 38425 to 76775 | 1537 to 3071 | 1513 to 3047 | 16 | 8 |
| | 19225 to 38375 | 769 to 1535 | 745 to 1511 | 16 | 8 |
| | 9625 to 19175 | 385 to 767 | 361 to 743 | 16 | 8 |
| | 4825 to 9575 | 193 to 383 | 169 to 359 | 16 | 8 |
| | 2425 to 4800 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 2425 to 4775 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 1375 to 2400 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 1375 to 2400 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 1375 to 2375 | 55 to 95 | 39 to 79 | 8 | 8 |
| | 775 to 1350 | 31 to 54 | 7 to 30 | 16 | 8 |
| | 775 to 1350 | 31 to 54 | 11 to 34 | 12 | 8 |
| | 775 to 1350 | 31 to 54 | 15 to 38 | 8 | 8 |
| | 775 to 1325 | 31 to 53 | 17 to 39 | 6 | 8 |

**Table 2.1.3.10.2-7. Reverse Supplemental Channel Frame Structure Summary for 40 ms Frames for Flexible Data Rates (Part 2 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 6 | 230425 to 518375 | 9217 to 20735 | 9193 to 20711 | 16 | 8 |
| | 115225 to 230375 | 4609 to 9215 | 4585 to 9191 | 16 | 8 |
| 4 and 6 | 57625 to 115175 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| | 28825 to 57575 | 1153 to 2303 | 1129 to 2279 | 16 | 8 |
| | 14425 to 28775 | 577 to 1151 | 553 to 1127 | 16 | 8 |
| | 7225 to 14375 | 289 to 575 | 265 to 551 | 16 | 8 |
| | 3625 to 7200 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 3625 to 7150, 7200 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 1825 to 3600 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 1825 to 3600 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 1825 to 3550, 3600 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |
| | 925 to 1800 | 37 to 72 | 13 to 48 | 16 | 8 |
| | 925 to 1800 | 37 to 72 | 17 to 52 | 12 | 8 |
| | 925 to 1800 | 37 to 72 | 19 to 54 | 10 | 8 |
| | 925 to 1750, 1800 | 37 to 70, 72 | 21 to 54, 56 | 8 | 8 |

TIA-2000.2-C-1

**Table 2.1.3.10.2-8. Reverse Supplemental Channel Frame Structure Summary for 80 ms Frames for Flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 5 | 76812.5 to 153587.5 | 6145 to 12287 | 6121 to 12263 | 16 | 8 |
| 3 and 5 | 38412.5 to 76787.5 | 3073 to 6143 | 3049 to 6119 | 16 | 8 |
| | 19212.5 to 38387.5 | 1537 to 3071 | 1513 to 3047 | 16 | 8 |
| | 9612.5 to 19187.5 | 769 to 1535 | 745 to 1511 | 16 | 8 |
| | 4812.5 to 9587.5 | 385 to 767 | 361 to 743 | 16 | 8 |
| | 2412.5 to 4787.5 | 193 to 383 | 169 to 359 | 16 | 8 |
| | 1212.5 to 2400 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 1212.5 to 2387.5 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 687.5 to 1200 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 687.5 to 1200 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 687.5 to 1187.5 | 55 to 95 | 39 to 79 | 8 | 8 |
| 6 | 115212.5 to 259187.5 | 9217 to 20735 | 9193 to 20711 | 16 | 8 |
| | 57612.5 to 115187.5 | 4609 to 9215 | 4585 to 9191 | 16 | 8 |
| 4 and 6 | 28812.5 to 57587.5 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| | 14412.5 to 28787.5 | 1153 to 2303 | 1129 to 2279 | 16 | 8 |
| | 7212.5 to 14387.5 | 577 to 1151 | 553 to 1127 | 16 | 8 |
| | 3612.5 to 7187.5 | 289 to 575 | 265 to 551 | 16 | 8 |
| | 1812.5 to 3600 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 1812.5 to 3575, 3600 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 912.5 to 1800 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 912.5 to 1800 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 912.5 to 1775, 1800 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |

| R | Information Bits | F | R/T |
|---|---|---|---|

**Notation**

R - Reserved Bit
F - Frame Quality Indicator (CRC)
R/T - Reserved/Encoder Tail Bits

**Figure 2.1.3.10.2-1. Reverse Supplemental Channel Frame Structure**

2.1.3.10.2.1 Reverse Supplemental Channel Frame Quality Indicator

Each frame shall include a frame quality indicator. This frame quality indicator is a CRC.

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Reserved/Encoder Tail Bits.

Frames in Radio Configurations 3 and 5 with more than 192 total bits and in Radio Configurations 4 and 6 with more than 288 total bits shall use a 16-bit frame quality indicator.

Frames in Radio Configurations 3 and 5 with 97 to 192 total bits and in Radio Configurations 4 and 6 with 145 to 288 total bits shall use a 12-bit frame quality indicator. A 16-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 4 and 6 with 73 to 144 total bits shall use a 10-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 3 and 5 with 55 to 96 total bits shall use an 8-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 4 and 6 with 37 to 72 total bits shall use an 8-bit frame quality indicator. A 16-bit, 12-bit, or 10-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 3 and 5 with 54 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 4 and 6 with 36 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, 10-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

The generator polynomials for the frame quality indicator shall be as follows:

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator,

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator,

$g(x) = x^{10} + x^9 + x^8 + x^7 + x^6 + x^4 + x^3 + 1$ for the 10-bit frame quality indicator,

TIA-2000.2-C-1

1     $g(x) = x^8 + x^7 + x^4 + x^3 + x + 1$ for the 8-bit frame quality indicator, and

2     $g(x) = x^6 + x^5 + x^2 + x + 1$ for the 6-bit frame quality indicator.

3 The frame quality indicators shall be computed according to the following procedure as
4 shown in Figure 2.1.3.10.2-1 through Figure 2.1.3.10.2.1-5:

5 •   Initially, all shift register elements shall be set to logical one and the switches shall
6     be set in the up position.

7 •   The register shall be clocked a number of times equal to the number of Reserved
8     Bits and information bits in the frame with those bits as input.

9 •   The switches shall be set in the down position so that the output is a modulo-2
10     addition with a '0' and the successive shift register inputs are '0's.

11 •   The register shall be clocked an additional number of times equal to the number of
12     bits in the frame quality indicator (16, 12, 10, 8, or 6).

13 •   These additional bits shall be the frame quality indicator bits.

14 •   The bits shall be transmitted in the order calculated.

15



16

17 **Figure 2.1.3.10.2.1-1. Reverse Supplemental Channel Frame Quality Indicator**
18 **Calculation for the 16-Bit Frame Quality Indicator**

19



20

21 **Figure 2.1.3.10.2.1-2. Reverse Supplemental Channel Frame Quality Indicator**
22 **Calculation for the 12-Bit Frame Quality Indicator**

23



**Figure 2.1.3.10.2.1-3. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 10-Bit Frame Quality Indicator**



**Figure 2.1.3.10.2.1-4. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator**



**Figure 2.1.3.10.2.1-5. Reverse Supplemental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator**

2.1.3.10.2.2 Reverse Supplemental Channel Encoder Tail Bits

The last eight bits of each Reverse Supplemental Channel frame are called the Reserved/Encoder Tail Bits. For the convolutional encoder, these eight bits shall each be set to '0'. For the turbo encoder, the first two of the eight bits shall each be set to '0', and the turbo encoder will calculate and append the remaining six tail bits.

2.1.3.10.3 Reverse Supplemental Channel Forward Error Correction Encoding

The Reverse Supplemental Channel shall be convolutionally or turbo encoded as specified in 2.1.3.1.4.

When generating Reverse Supplemental Channel data, the encoder shall be initialized to the all zero state at the end of each frame.

2.1.3.10.4 Reverse Supplemental Channel Code Symbol Repetition

Reverse Supplemental Channel code symbol repetition shall be as specified in 2.1.3.1.5.

2.1.3.10.5 Reverse Supplemental Channel Code Symbol Puncturing

Reverse Supplemental Channel code symbol puncturing shall be as specified in 2.1.3.1.6.

2.1.3.10.6 Reverse Supplemental Channel Interleaving

The Reverse Supplemental Channel shall be interleaved as specified in 2.1.3.1.7.

2.1.3.10.7 Reverse Supplemental Channel Modulation and Orthogonal Spreading

The Reverse Supplemental Channel data shall be modulated and orthogonally spread as specified in 2.1.3.1.8.

2.1.3.10.8 Reverse Supplemental Channel Quadrature Spreading

The Reverse Supplemental Channel shall be quadrature spread as specified in 2.1.3.1.12.

2.1.3.10.9 Reverse Supplemental Channel Baseband Filtering

The Reverse Supplemental Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.10.10 Reverse Supplemental Channel Transmission Processing

When the Physical Layer receives a PHY-SCH.Request(SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

- If SDU is not equal to NULL, set the information bits to SDU.

- If SDU is not equal to NULL, transmit NUM_BITS bits of SDU in a Reverse Supplemental Channel frame of duration FRAME_DURATION (20, 40, or 80 ms).

2.1.3.11 Reverse Supplemental Code Channel

The Reverse Supplemental Code Channel applies to Radio Configurations 1 and 2 only.

The Reverse Supplemental Code Channel is used for the transmission of user informationhigher-level data to the base station during a call. The Reverse Traffic Channel contains up to seven Reverse Supplemental Code Channels.

2.1.3.11.1 Reverse Supplemental Code Channel Time Alignment and Modulation Rates

When transmitting on Reverse Supplemental Code Channels with Radio Configuration 1, the mobile station shall transmit information at 9600 bps. When transmitting on Reverse Supplemental Code Channels with Radio Configuration 2, the mobile station shall transmit information at 14400 bps.

The Reverse Supplemental Code Channel frame shall be 20 ms in duration.

The mobile station shall transmit Reverse Supplemental Code Channels within 3/8 of a PN chip (305.1758 ns) of the Reverse Fundamental Channel.

The mobile station shall support Reverse Supplemental Code Channel frames that are time offset by multiples of 1.25 ms. The amount of the time offset is specified by FRAME_OFFSET$_s$. A zero-offset Reverse Supplemental Code Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). An offset Reverse Supplemental Code Channel frame shall begin $1.25 \times$ FRAME_OFFSET$_s$ ms later than the zero-offset Reverse Supplemental Code Channel frame. The mobile station shall transmit frames on the Reverse Supplemental Code Channels in time alignment with the Reverse Fundamental Channel. The interleaver block for the Reverse Supplemental Code Channels shall be aligned with the Reverse Supplemental Code Channel frame.

2.1.3.11.2 Reverse Supplemental Code Channel Frame Structure

Table 2.1.3.11.2-1 summarizes the Reverse Supplemental Code Channel bit allocations. The order of the bits is shown in Figure 2.1.3.11.2-1.

Radio Configuration 1 frames shall consist of the information bits followed by a frame quality indicator (CRC) and eight Encoder Tail Bits. Radio Configuration 2 frames shall consist of a Reserved Bit, followed by the information bits, a frame quality indicator (CRC), and eight Encoder Tail Bits.

**Table 2.1.3.11.2-1. Reverse Supplemental Code Channel Frame Structure Summary**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Encoder Tail |
| 1 | 9600 | 192 | 0 | 172 | 12 | 8 |
| 2 | 14400 | 288 | 1 | 267 | 12 | 8 |

TIA-2000.2-C-1

| R | Information Bits | F | T |
|---|------------------|---|---|

**Notation**

R - Reserved Bit
F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 2.1.3.11.2-1. Reverse Supplemental Code Channel Frame Structure**

2.1.3.11.2.1 Reverse Supplemental Code Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits. Each frame with Radio Configuration 1 and 2 shall include a 12-bit frame quality indicator. This frame quality indicator is a CRC.

The generator polynomial for the frame quality indicator shall be as follows:

$$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1.$$

The frame quality indicator shall be computed according to the following procedure as shown in Figure 2.1.3.11.2.1-1:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of Reserved Bits and information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (12).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 2.1.3.11.2.1-1. Reverse Supplemental Code Channel Frame Quality Indicator Calculation**

2.1.3.11.2.2 Reverse Supplemental Code Channel Encoder Tail Bits

The last eight bits of each Reverse Supplemental Code Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

2.1.3.11.2.3 Reverse Supplemental Code Channel Preambles

The Reverse Supplemental Code Channel preamble is transmitted on the Reverse Supplemental Code Channel to aid the base station in acquiring the Reverse Supplemental Code Channel transmissions.

2.1.3.11.2.3.1 Reverse Supplemental Code Channel Preamble

The Reverse Supplemental Code Channel preamble shall consist of $NUM\_PREAMBLE\_FRAMES_S$ frames of all zeros that are transmitted with a 100% transmission duty cycle. The Reverse Supplemental Code Channel preamble shall not include the frame quality indicator. For Radio Configuration 1, each frame of the Reverse Supplemental Code Channel preamble shall consist of 192 zeros that are transmitted at the 9600 bps rate. For Radio Configuration 2, each frame of the Reverse Supplemental Code Channel preamble shall consist of 288 zeros that are transmitted at the 14400 bps rate.

2.1.3.11.2.3.2 Reverse Supplemental Code Channel Discontinuous Transmission Preamble

When discontinuous transmission is permitted on the Reverse Supplemental Code Channel, the mobile station may resume transmission following a break in the Reverse Supplemental Code Channel transmission. When transmission on a Reverse Supplemental Code Channel is resumed, the mobile station shall transmit a preamble, consisting of $RESUME\_PREAMBLE_S$ frames of all zeros that are transmitted with a 100% transmission duty cycle. The preamble frames shall not include the frame quality indicator.

For Radio Configuration 1, each frame of the Reverse Supplemental Code Channel preamble shall consist of 192 zeros that are transmitted at the 9600 bps rate. For Radio Configuration 2, each frame of the Reverse Supplemental Code Channel Discontinuous Transmission preamble shall consist of 288 zeros that are transmitted at the 14400 bps rate.

2.1.3.11.3 Reverse Supplemental Code Channel Convolutional Encoding

The Reverse Supplemental Channel shall be convolutionally encoded as specified in 2.1.3.1.4.

When generating Reverse Supplemental Code Channel data, the encoder shall be initialized to the all zero state at the end of each 20 ms frame.

2.1.3.11.4 Reverse Supplemental Code Channel Code Symbol Repetition

Reverse Supplemental Code Channel code symbol repetition shall be as specified in 2.1.3.1.5.

TIA-2000.2-C-1

2.1.3.11.5 Reverse Supplemental Code Channel Interleaving

The Reverse Supplemental Code Channel shall be interleaved as specified in 2.1.3.1.7.

2.1.3.11.6 Reverse Supplemental Code Channel Modulation

The Reverse Supplemental Code Channel data shall be modulated as specified in 2.1.3.1.8.

2.1.3.11.7 Reverse Supplemental Code Channel Direct Sequence Spreading

The Reverse Supplemental Code Channel shall be spread by the long code as specified in 2.1.3.1.11.

2.1.3.11.8 Reverse Supplemental Code Channel Quadrature Spreading

The Reverse Supplemental Code Channel shall be quadrature spread by the pilot PN sequences as specified in 2.1.3.1.12.

2.1.3.11.9 Reverse Supplemental Code Channel Baseband Filtering

The Reverse Supplemental Code Channel shall be filtered as specified in 2.1.3.1.13.

2.1.3.11.10 Reverse Supplemental Code Channel Transmission Processing

When the Physical Layer receives a PHY-SCCHPreamble.Request(NUM_PREAMBLE_ FRAMES) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments NUM_PREAMBLE_FRAMES.

- Transmit NUM_PREAMBLE_FRAMES Reverse Supplemental Code Channel preamble frames.

When the Physical Layer receives a PHY-SCCH.Request(SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the mobile station shall perform the following:

- Store the arguments SDU and NUM_BITS.

- If SDU is not equal to NULL, set the information bits to SDU.

- If SDU is not equal to NULL, transmit NUM_BITS bits of SDU in a Reverse Supplemental Code Channel frame.

2.1.4 Limitations on Emissions

2.1.4.1 Conducted Spurious Emissions

The mobile station shall meet the requirements in Section 4.5.1 of the current version of [11].

2.1.4.2 Radiated Spurious Emissions

The mobile station shall meet the requirements in Section 4.5.2 of the current version of [11].

2.1.5 Synchronization and Timing

Figure 1.3-1 illustrates the nominal relationship between the mobile station and base station transmit and receive time references. The mobile station shall establish a time reference that is utilized to derive timing for the transmitted chips, symbols, frame slots, and system timing. Under steady state conditions, the mobile station time reference shall be within $\pm 1$ μs of the time of occurrence of the earliest multipath component being used for demodulation as measured at the mobile station antenna connector. If another multipath component belonging to the same pilot channel or to a different pilot channel becomes the earliest arriving multipath component to be used, the mobile station time reference shall track to the new component. A valid pilot channel may be a Forward Pilot Channel, Transmit Diversity Pilot Channel, Auxiliary Pilot Channel, or Auxiliary Transmit Diversity Pilot Channel. If the difference between the mobile station time reference and the time of occurrence of the earliest arriving multipath component being used for demodulation, as measured at the mobile station antenna connector, is less than $\pm 1$ μs, the mobile station may track its time reference to the earliest arriving multipath component being used for demodulation.

When receiving the Forward Traffic Channel, the mobile station time reference shall be used as the transmit time of the Reverse Traffic Channel. If a mobile station time reference correction is needed, it shall be corrected no faster than 203 ns in any 200 ms period and no slower than 305 ns per second when using Radio Configuration 1 or 2 and no slower than 460 ns per second when using Radio Configuration 3 through 9.

When receiving the Paging Channel, the mobile station time reference shall be used as the transmit time of the Access Channel. If a mobile station time reference correction is needed before transmitting an Access probe, the mobile station shall correct the time reference before it sends the Access probe; there is no limitation on the speed of the correction. If a mobile station time reference correction is needed while transmitting an Access probe, it shall be corrected no faster than 203 ns in any 200 ms period and no slower than 305 ns per second.

When receiving the Forward Common Control Channel, the mobile station time reference shall be used as the transmit time of the Enhanced Access Channel and the Reverse Common Control Channel. If a mobile station time reference correction is needed before transmitting on the Enhanced Access Channel or the Reverse Common Control Channel, the mobile station shall correct the time reference before it transmits; there is no limitation on the speed of the correction. If a mobile station time reference correction is needed while transmitting, it shall be corrected no faster than 203 ns in any 200 ms period and no slower than 460 ns per second.

2.1.5.1 Pilot to Walsh Cover Time Tolerance

When transmitting on the Enhanced Access Channel, the Reverse Common Control Channel, or the Reverse Traffic Channel, the mobile station shall meet the requirements in the current version of [11].

TIA-2000.2-C-1

2.1.5.2 Pilot to Walsh Cover Phase Tolerance

When transmitting on the Enhanced Access Channel, the Reverse Common Control Channel, or the Reverse Traffic Channel, the mobile station shall meet the requirements in the current version of [11].

2.1.6 Transmitter Performance Requirements

System performance is predicated on transmitters meeting the requirements set forth in the current version of [11].

**2.2 Receiver**

2.2.1 Channel Spacing and Designation

Channel spacing and designation for the mobile station reception shall be as specified in 2.1.1.1. Valid channels for CDMA operations shall be as specified in 2.1.1.1.

2.2.2 Demodulation Characteristics

2.2.2.1 Processing

The mobile station demodulation process shall perform complementary operations to the base station modulation process on the Forward CDMA Channel (see 3.1.3).

The mobile station shall support Walsh and quasi-orthogonal functions (see 3.1.3.1.15 0).

When the mobile station receives a Radio Configuration 2 frame with the Reserved/Flag Bit in the Forward Fundamental Channel set to '1' in frame i, the mobile station need not process the Forward Supplemental Code Channels in frame i + 2 (see 3.1.3.12.2.3). Otherwise, the mobile station shall process the assigned Forward Supplemental Code Channels.

The mobile station receiver shall provide a minimum of four processing elements that can be independently controlled. At least three elements shall be capable of tracking and demodulating multipath components of the Forward CDMA Channel. At least one element shall be a "searcher" element capable of scanning and estimating the signal strength at each pilot PN sequence offset.

When the mobile station begins monitoring its assigned slot of the Paging Channel, the mobile station should initialize the convolutional code decoder to minimize the message error rate of the first message that is received at the beginning of the mobile station's assigned Paging Channel slot.[21]

If the mobile station supports flexible data rates on the Forward Supplemental Channel with Radio Configuration 3, 4, 6, or 7, the mobile station need not support flexible rates with less than 16 information bits per 20 ms frame, less than 40 information bits per 40

---

[21] This allows the mobile station to take advantage of the four padding bits sent prior to the beginning of the slot. This can be achieved by assigning the greatest likelihood to 16 possible states and the least likelihood to the remaining states.

ms frame, and less than 80 information bits per 80 ms frame. If the mobile station supports flexible data rates on the Forward Supplemental Channel with Radio Configuration 5, 8, or 9, the mobile station need not support flexible rates with less than 22 information bits per 20 ms frame, less than 56 information bits per 40 ms frame, and less than 126 information bits per 80 ms frame.

If the mobile station supports the Forward Packet Data Channel with Radio Configuration 10, the mobile station shall support two Forward Packet Data Control Channels and one Forward Packet Data Channel with from one to 28 32-chip Walsh channels.

2.2.2.2 Erasure Indicator Bit and Quality Indicator Bit

If Radio Configuration 2 is used on the Reverse Traffic Channel, then during continuous operation on the Forward Fundamental Channel and Reverse Fundamental Channel the mobile station shall set the Reserved/Erasure Indicator Bit as follows:

- The mobile station shall set the Reserved/Erasure Indicator Bit (see Figure 2.1.3.9.2-1) to '1' in the second transmitted frame following the reception of a bad frame on the Forward Fundamental Channel as shown in Figure 2.2.2.2-1.

- The mobile station shall set the Reserved/Erasure Indicator Bit (see Figure 2.1.3.9.2.1-1) to '0' in the second transmitted frame following the reception of a good frame on the Forward Fundamental Channel of the Forward Traffic Channel as shown in Figure 2.2.2.2-1.

If Radio Configuration 3, 4, 5, or 6 is used on the Reverse Traffic Channel with $FPC\_MODE_s$ = '011', the mobile station shall set all the power control bits on the Reverse Power Control Subchannel during a 20 ms period to the Erasure Indicator Bit (EIB) which is defined as follows:

- The mobile station shall set the Erasure Indicator Bit to '0' in the second transmitted frame following the detection[22] of a good 20 ms frame on the Forward Fundamental Channel or the Forward Dedicated Control Channel as shown in Figure 2.2.2.2-1.

- The mobile station shall set the Erasure Indicator Bit to '0' in the second transmitted frame following the detection of at least one good 5 ms frame without detection of any bad 5 ms frames.

- Otherwise, the mobile station shall set the Erasure Indicator Bit to '1' in the second transmitted frame.

If Radio Configuration 3, 4, 5, or 6 is used on the Reverse Traffic Channel with $FPC\_MODE_s$ = '100' and the channel configuration contains the Forward Fundamental Channel, the mobile station shall set all the power control bits on the Reverse Power Control Subchannel during a 20 ms period to the Quality Indicator Bit (QIB). The Quality Indicator Bit shall be set the same as the Erasure Indicator Bit as when $FPC\_MODE_s$ = '011'.

---

[22] A frame is considered to be detected if the mobile station determines that the base station transmitted a frame containing data.

If Radio Configuration 3, 4, 5, or 6 is used on the Reverse Traffic Channel with FPC_MODE$_s$ = '100' and if the channel configuration does not contain the Forward Fundamental Channel, the mobile station shall set all the power control bits on the ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel during a 20 ms period to the Quality Indicator Bit (QIB) which is defined as follows:

- The mobile station shall set the Quality Indicator Bit to '1' in the second transmitted frame following the reception of a 20 ms period with insufficient signal quality (e.g., bad frame) on the Forward Dedicated Control Channel as shown in Figure 2.2.2.2-1.

- The mobile station shall set the Quality Indicator Bit to '0' in the second transmitted frame following the reception of a 20 ms period with sufficient signal quality (e.g., good frame) on the Forward Dedicated Control Channel as shown in Figure 2.2.2.2-1.

If Radio Configuration 3, 4, 5, or 6 is used on the Reverse Traffic Channel with FPC_MODE$_s$ = '101', the mobile station shall set all the power control bits on the ~~p~~Primary ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel during a 20 ms period to the Quality Indicator Bit (QIB). The Quality Indicator Bit shall be set the same as when FPC_MODE$_s$ = '100'.

If Radio Configuration 3, 4, 5, or 6 is used on the Reverse Traffic Channel with FPC_MODE$_s$ = '101' or '110', the mobile station shall set all the power control bits on the ~~s~~Secondary ~~r~~Reverse ~~p~~Power ~~c~~Control ~~s~~Subchannel during a period equal to the frame duration of the Forward Supplemental Channel 0 (FPC_SEC_CHAN$_s$ = '0') or the Forward Supplemental Channel 1 (FPC_SEC_CHAN$_s$ = '1') to the Erasure Indicator Bit (EIB). This Erasure Indicator Bit is derived from the Forward Supplemental Channel 0 (FPC_SEC_CHAN$_s$ = '0') or the Forward Supplemental Channel 1 (FPC_SEC_CHAN$_s$ = '1'). The Erasure Indicator Bit is defined as follows:

- The mobile station shall set the Erasure Indicator Bit to '0' for a period equal to the frame duration of the corresponding Forward Supplemental Channel, starting at 20 ms after a detected good frame on that Forward Supplemental Channel as shown in Figure 2.2.2.2-2.

- Otherwise, the mobile station ~~mobile station~~ shall set the Erasure Indicator Bit to '1' for a period equal to the frame duration of the corresponding Forward Supplemental Channel, starting at 20 ms after a frame on that Forward Supplemental Channel as shown in Figure 2.2.2.2-2.

When the mobile station temporarily suspends reception of the Forward Traffic Channel in order to tune to another frequency (such as during a PUF probe, a hard handoff with return on failure, or a Candidate Frequency search), the mobile station shall set the Reserved/Erasure Indicator/Quality Indicator Bit as follows:

- In the first two frames after the mobile station re-enables its transmitter, the mobile station shall send Reserved/Erasure Indicator/Quality Indicator Bits corresponding to the two most recently received frames. One or both of these Reserved/Erasure Indicator/Quality Indicator Bits could be for frames that were received before the mobile station tuned to the other frequency, and were stored by the mobile station before the visit.

- After transmitting the first two frames, if the number of frames missed on the Reverse Traffic Channel (due to the mobile station's visit away from the Serving Frequency) is less than that on the Forward Traffic Channel, the mobile station shall set the Reserved/Erasure Indicator/Quality Indicator Bit to '0', until it receives two frames on the Forward Traffic Channel.

- The mobile station shall then set subsequent Reserved/Erasure Indicator/Quality Indicator Bits as described above for continuous operation.



**Figure 2.2.2.2-1. Erasure Indicator Bit/Quality Indicator Bit Timing**



**Figure 2.2.2.2-2. Erasure Indicator Bit Timing for the Forward Supplemental Channel**

2.2.2.3 Forward Traffic Channel Time Alignment

The Forward Traffic Channel frame time alignment is specified in 3.1.3.11.1, 3.1.3.12.1, 3.1.3.13.1 and 3.1.3.14.1. The mobile station shall support offset Forward Traffic Channel frames.

1   2.2.2.4 Interface to the MAC Layer

2   This section specifies the passing of the received physical layer frames.

3   2.2.2.4.1 Sync Channel Reception Processing

4   When the mobile station receives a Sync Channel frame, the Physical Layer shall send a
5   PHY-SYNCH.Indication(SDU) to the MAC Layer, after the mobile station performs the
6   following action:

7   • Set the SDU to the received information bits.

8   2.2.2.4.2 Paging Channel Reception Processing

9   When the mobile station receives a Paging Channel frame, the Physical Layer shall send a
10  PHY-PCH.Indication(SDU) to the MAC Layer, after the mobile station performs the following
11  action:

12  • Set the SDU to the received information bits.

13  2.2.2.4.3 Broadcast Control Channel Reception Processing

14  When the mobile station receives a Broadcast Control Channel frame, the Physical Layer
15  shall send a PHY-BCCH.Indication(SDU, NUM_BITS, FRAME_QUALITY) to the MAC Layer,
16  after the mobile station performs the following actions:

17  • Set SDU to the received information bits.

18  • Set NUM_BITS to the number of bits of the received frame.

19  • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
20    quality; otherwise, set FRAME_QUALITY to "insufficient."

21  2.2.2.4.4 Quick Paging Channel Reception Processing

22  Not specified.

23  2.2.2.4.5 Common Power Control Channel Reception Processing

24  While operating in the Reservation Access Mode, the mobile station shall use the common
25  power control subchannel transmitted by the base station on the assigned Common Power
26  Control Channel to adjust the transmit power of the Reverse Common Control Channel.
27  While operating on the Forward Packet Data Channel without the assignment of the
28  Forward Fundamental Channel or the Forward Dedicated Control Channel, the mobile
29  station shall use the common power control subchannel transmitted by the base station on
30  the assigned Common Power Control Channel to adjust the transmit power of the Reverse
31  Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the
32  Reverse Traffic Channel.

33  2.2.2.4.6 Common Assignment Channel Reception Processing

34  When the mobile station receives a Common Assignment Channel frame, the Physical
35  Layer shall send a PHY-CACH.Indication(SDU, FRAME_QUALITY) to the MAC Layer, after
36  the mobile station performs the following actions:

- Set the SDU to the received information bits.

- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

2.2.2.4.7 Forward Common Control Channel Reception Processing

When the mobile station receives a Forward Common Control Channel frame, the Physical Layer shall send a PHY-FCCCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to the MAC Layer, after the mobile station performs the following actions:

- Set SDU to the received information bits.

- Set FRAME_DURATION to the duration of the received frame.

- Set NUM_BITS to the number of bits of the received frame.

- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

2.2.2.4.8 Forward Packet Data Control Channel Reception Processing

When the mobile station receives a PHY-DecodeFPDCCH.Request(PDCCH_ID, PILOT_PN, WALSH_INDEX, SYS_TIME, NUM_SLOTS) from the MAC Layer, the mobile station shall perform the following actions:

- Store the arguments PDCCH_ID, PILOT_PN, SYS_TIME, NUM_SLOTS.

- If SYS_TIME and NUM_SLOTS are both equal to NULL, the mobile station shall continuously monitor the Forward Packet Data Control Channel corresponding to channel identifier PDCCH_ID, the Walsh code WALSH_INDEX, and the pilot PN offset PILOT_PN for all possible frame durations (i.e., 1, 2, or 4 slots).

- If neither NUM_SLOTS, nor SYS_TIME is equal to NULL, the mobile station shall monitor the Forward Packet Data Control Channel corresponding to the channel identifier PDCCH_ID and the pilot PN offset PILOT_PN for a frame duration equal to NUM_SLOTS starting at SYS_TIME.


When the mobile station receives a Forward Packet Data Control Channel, with sufficient frame quality, corresponding to channel identifier PDCCH_ID, the Physical Layer shall send a PHY-DecodeFPDCCH.Indication(PDCCH_ID, SDU, SYS_TIME, NUM_SLOTS) to the MAC Layer, after the mobile station performs the following actions:

- Set PDCCH_ID to the channel identifier of the Forward Packet Data Control Channel.

- Compute an 8-bit frame quality indicator on the first 13 information bits as specified in 2.2.2.4.8.1. The first information bit shall be input to the generator of the frame quality indicator first and the 13-th information bit shall be input last.

TIA-2000.2-C-1

- Perform bit-by-bit modulo-2 addition on the 8-bit frame quality indicator and the last 8 bits of the information bits to form SDU[0...7~~20:13~~]. SDU[0] shall be the addition of the first output bit of the frame quality indicator and the 14-th information bit and SDU[7] shall be the addition of the last output bit of the frame quality indicator and the 21-st information bit.

- Set SYS_TIME to the system time (in 1.25 ms units) at which the first slot of the Forward Packet Data Control Channel frame was received.

- Descramble the first 13 bits of the information bits by ~~performing~~ bit-by-bit modulo-2 adding a 13-bit scrambler sequence. The scrambler sequence shall be equal to the 13 least significant bits of (SYS_TIME + NUM_SLOTS). ~~The first bit of the scrambler sequence shall be the least significant bit~~ The bit-by-bit modulo-2 additions shall be such that the first bit among these 13 information bits is added with the most significant bit of the scrambler sequence and the last bit with the least significant bit of the scrambler sequence.

- Set SDU[8...20~~12:0~~] to the descrambled 13 information bits, where SDU[8] shall be the first descrambled information bit and SDU[20] shall be the last descrambled information bit.

- Set NUM_SLOTS to the number of 1.25 ms slots in the decoded Forward Packet Data Control Channel frame.

2.2.2.4.8.1 8-bit Frame Quality Indicator Calculation

The 8-bit frame quality indicator shall be calculated on the first 13 information bits.

The generator polynomial for the 8-bit frame quality indicator shall be as follows:

$$g(x) = x^8 + x^2 + x + 1.$$

The 8-bit frame quality indicator shall be computed according to the following procedure as shown in Figure 2.2.2.4.8.1-1.

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked once for each of the first 13 information bits of the Forward Packet Data Control Channel frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional eight times.

These additional bits shall be the 8-bit frame quality indicator.



**Figure 2.2.2.4.8.1-1. Generation of the 8-bit Frame Quality Indicator**

2.2.2.4.9 Forward Dedicated Control Channel Reception Processing

When the mobile station receives a Forward Dedicated Control Channel frame, the Physical Layer shall send a PHY-DCCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to the MAC Layer, after the mobile station performs the following actions:

- Set the SDU to the received information bits.

- Set FRAME_DURATION to the duration of the received frame.

- Set NUM_BITS to the number of information bits in the SDU.

- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

If the mobile station does not receive a Forward Dedicated Control Channel frame at the end of a 20 ms frame boundary, the Physical Layer shall send a PHY-DCCH.Indication(SDU) to the MAC Layer, after the mobile station performs the following action:

- Set the SDU to NULL.

2.2.2.4.10 Forward Fundamental Channel Reception Processing

When the mobile station receives a Forward Fundamental Channel frame, the Physical Layer shall send a PHY-FCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to the MAC Layer, after the mobile station performs the following actions:

- Set the SDU to the received information bits.

- Set FRAME_DURATION to the duration of the received frame.

- Set NUM_BITS to the number of information bits in the SDU.

- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

TIA-2000.2-C-1

2.2.2.4.11 Forward Supplemental Channel Reception Processing

When the mobile station receives a Forward Supplemental Channel frame, the Physical Layer shall send a PHY-SCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to the MAC Layer, after the mobile station performs the following actions:

- Set the SDU to the received information bits.

- Set FRAME_DURATION to the duration of the received frame.

- Set NUM_BITS to the number of information bits of the SDU.

- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

2.2.2.4.12 Forward Supplemental Code Channel Reception Processing

When the mobile station receives a Forward Supplemental Code Channel frame, the Physical Layer shall send a PHY-SCCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to the MAC Layer, after the mobile station performs the following actions:

- Set the SDU to the received information bits.

- Set FRAME_DURATION to the duration of the received frame.

- Set NUM_BITS to the number of information bits of the SDU.

- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

2.2.2.4.13 Forward Packet Data Channel Reception Processing

When the mobile station receives a PHY-DecodeFPDCH.Request(PILOT_PN, ACID, SPID, EP_SIZE, WCI_SET, EP_NEW, SYS_TIME, NUM_SLOTS) from the MAC Layer, the mobile station shall perform the following actions:

- Store the arguments PILOT_PN, ACID, SPID, EP_SIZE, WCI_SET, EP_NEW, SYS_TIME, and NUM_SLOTS.

- Decode the Forward Packet Data Channel frame with duration NUM_SLOTS that begins at SYS_TIME, using the following information:

  - The pilot PN offset corresponding to PILOT_PN.

  - The Walsh codes corresponding to the Walsh code indices as specified in WCI_SET.

  - EP_SIZE, the size of the encoder packet.

  - ACID, the ARQ Channel Identifier for the encoder packet.

  - SPID, the Subpacket Indentifier.

- Send a PHY-DecodeFPDCH.Response(ACID, EP, SYS_TIME, NUM_SLOTS)  to the MAC Layer after the mobile station performs the following actions:

- Set ACID to the ARQ Channel Identifier for the decoded encoder packet.

- Set EP to the received information bits if the encoder packet is successfully decoded, or to NULL if the encoder packet is not successfully decoded.

- Set SYS_TIME to the system time (in 1.25 ms units) for the first slot of the successfully or unsuccessfully decoded encoder packet.

- Set NUM_SLOTS to the number of 1.25 ms slots of the successfully or unsuccessfully decoded encoder packet in the Forward Packet Data Channel frame.

2.2.3 Limitations on Emissions

The mobile station shall meet the requirements in Section 3.6~~5.1~~ of the current version of [11].

2.2.4 Receiver Performance Requirements

System performance is predicated on receivers meeting the requirements set forth in Section 3 of the current version of [11].

**2.3 Malfunction Detection**

2.3.1 Malfunction Timer

The mobile station shall have a malfunction timer that is separate from and independent of all other functions and that runs continuously whenever power is applied to the transmitter of the mobile station. Sufficient reset commands shall be interspersed throughout the mobile station logic program to ensure that the timer never expires as long as the proper sequence of operations is taking place. If the timer expires, a malfunction shall be assumed and the mobile station shall be inhibited from transmitting. The maximum time allowed for expiration of the timer is two seconds.

2.3.2 False Transmission

A protection circuit shall be provided to minimize the possibility of false transmitter operation caused by component failure within the mobile station.

TIA-2000.2-C-1

[1]   No text.

**3 REQUIREMENTS FOR BASE STATION CDMA OPERATION**

This section defines requirements specific to CDMA base station equipment and operation.

**3.1 Transmitter**

3.1.1 Frequency Parameters

3.1.1.1 Channel Spacing and Designation

3.1.1.1.1 Band Class 0 (800 MHz Band)

The Band Class 0 system designators for base station transmissions shall be as specified in Table 2.1.1.1.1-1. Base stations supporting Band Class 0 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.1-2 and as described in Table 2.1.1.1.1-3 and Table 2.1.1.1.1-4

The preferred set of CDMA frequency assignments for Band Class 0 is given in Table 2.1.1.1.1-5.

If a Band Class 0 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 41 CDMA Channels (1.23 MHz separation).

3.1.1.1.2 Band Class 1 (1900 MHz Band)

The Band Class 1 block designators for base station transmissions shall be as specified in Table 2.1.1.1.2-1. Base stations supporting Band Class 1 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.2-2 and as described in Table 2.1.1.1.2-3 and Table 2.1.1.1.2-4.

The preferred set of CDMA frequency assignments for Band Class 1 is given in Table 2.1.1.1.2-5.

If a Band Class 1 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 25 CDMA Channels (1.25 MHz separation).

3.1.1.1.3 Band Class 2 (TACS Band)

The Band Class 2 block designators for base station transmissions shall be as specified in Table 2.1.1.1.3-1. Base stations supporting Band Class 2 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.3-3 and as described in Table 2.1.1.1.3-4 and Table 2.1.1.1.3-5.

The preferred set of CDMA frequency assignments for Band Class 2 is given in Table 2.1.1.1.3-6.

If a Band Class 2 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 50 CDMA Channels (1.25 MHz separation).

3.1.1.1.4 Band Class 3 (JTACS Band)

The Band Class 3 system designators for base station transmissions shall be as specified in Table 2.1.1.1.4-1. Base stations supporting Band Class 3 shall support CDMA operations

TIA-2000.2-C-1

on CDMA Channels as calculated in Table 2.1.1.1.4-2 and as described in Table 2.1.1.1.4-3.

The preferred set of CDMA frequency assignments for Band Class 3 is given in Table 2.1.1.1.4-4.

3.1.1.1.5 Band Class 4 (Korean PCS Band)

The Band Class 4 block designators for base station transmissions shall be as specified in Table 2.1.1.1.5-1. Base stations supporting Band Class 4 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.5-2and as described in Table 2.1.1.1.5-3 and Table 2.1.1.1.5-4.

The preferred set of CDMA frequency assignments for Band Class 4 is given in Table 2.1.1.1.5-5.

If a Band Class 4 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 25 CDMA Channels (1.25 MHz separation).

3.1.1.1.6 Band Class 5 (450 MHz Band)

The Band Class 5 block designators for base station transmissions shall be as specified in Table 2.1.1.1.6-1. Base stations supporting Band Class 5 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.6-2 and as described in Table 2.1.1.1.6-3 and Table 2.1.1.1.6-4.

The preferred set of CDMA frequency assignments for Band Class 5 is given in Table 2.1.1.1.6-5.

If a Band Class 5 carrier operates with Spreading Rate 3 in Block A, B, C or E, then all three carriers shall be separated by 50 CDMA Channels (1.25 MHz separation). If a Band Class 5 carrier operates with Spreading Rate 3 in Block F, G, or H, then all three carriers shall be separated by 62 CDMA Channels (1.24 MHz separation).

3.1.1.1.7 Band Class 6 (2 GHz Band)

Base stations supporting Band Class 6 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.7-1 and as described in Table 2.1.1.1.7-2 and Table 2.1.1.1.7-3.

The preferred set of CDMA frequency assignments for Band Class 6 is given in Table 2.1.1.1.7-4.

If a Band Class 6 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 25 CDMA Channels (1.25 MHz separation).

3.1.1.1.8 Band Class 7 (700 MHz Band)

The Band Class 7 block designators for base station transmissions shall be as specified in Table 2.1.1.1.8-1. Base stations supporting Band Class 7 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.8-2 and as described in Table 2.1.1.1.8-3 and Table 2.1.1.1.8-4.

The preferred set of CDMA frequency assignments for Band Class 7 is given in Table 2.1.1.1.8-5.

If a Band Class 7 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 25 CDMA Channels (1.25 MHz separation).

### 3.1.1.1.9 Band Class 8 (1800 MHz Band)

The Band Class 8 block designators for base station transmissions are not specified. Base stations supporting Band Class 8 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.9-1 and as described in Table 2.1.1.1.9-2 and Table 2.1.1.1.9-3.

The preferred set of CDMA frequency assignments for Band Class 8 is given in Table 2.1.1.1.9-4.

If a Band Class 8 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 25 CDMA Channels (1.25 MHz separation).

### 3.1.1.1.10 Band Class 9 (900 MHz Band)

The Band Class 9 block designators for base station transmissions are not specified. Base stations supporting Band Class 9 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.10-1 and as described in Table 2.1.1.1.10-2 and Table 2.1.1.1.10-3.

The preferred set of CDMA frequency assignments for Band Class 9 is given in Table 2.1.1.1.10-4

If a Band Class 9 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 25 CDMA Channels (1.25 MHz separation).

### 3.1.1.1.11 Band Class 10 (Secondary 800 MHz Band)

The Band Class 10 system designators for base station transmissions shall be as specified in Table 2.1.1.1.11-1. Base stations supporting Band Class 10 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.11-2 and as described in Table 2.1.1.1.11-3 and Table 2.1.1.1.11-4.

The preferred set of CDMA frequency assignments for Band Class 10 is given in Table 2.1.1.1.11-5.

If a Band Class 10 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 50 CDMA Channels (1.25 MHz separation).

### 3.1.1.1.12 Band Class 11 (400 MHz European PAMR Band)

The Band Class 11 block designators for base station transmissions shall be as specified in Table 2.1.1.1.12-1. Base stations supporting Band Class 11 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.12-2 and as described in Table 2.1.1.1.12-3  and Table 2.1.1.1.12-4.

The preferred set of CDMA frequency assignments for Band Class 11 is given in Table 2.1.1.1.12-5 and Table 2.1.1.1.12-6.

TIA-2000.2-C-1

If a Band Class 11 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 50 CDMA Channels (1.25 MHz separation).

3.1.1.1.13 Band Class 12 (800 MHz European PAMR Band)

The Band Class 12 block designators for base station transmissions shall be as specified in Table 2.1.1.1.13-1 are not specified. Base stations supporting Band Class 12 shall support CDMA operations on CDMA Channels as calculated in Table 2.1.1.1.13-2 Table 2.1.1.1.13-1 and as described in Table 2.1.1.1.13-3 Table 2.1.1.1.13-2 and Table 2.1.1.1.13-4 Table 2.1.1.1.13-3.

The preferred set of CDMA frequency assignments for Band Class 12 is given in Table 2.1.1.1.13-5 Table 2.1.1.1.13-4.

If a Band Class 12 carrier operates with Spreading Rate 3, then all three carriers shall be separated by 50 CDMA Channels (1.25 MHz separation).

3.1.1.2 Frequency Tolerance

The base station transmit carrier frequency shall be maintained within $\pm 5 \times 10^{-8}$ of the CDMA frequency assignment.

3.1.2 Power Output Characteristics

The base station shall meet the requirements in the current version of [10].

3.1.3 Modulation Characteristics

3.1.3.1 Forward CDMA Channel Signals

Signals transmitted on the Forward Traffic Channel (i.e., the Forward Dedicated Control Channel, Forward Fundamental Channel, Forward Supplemental Channel, Forward Supplemental Code Channel, or Forward Packet Data Channel sent to a specific mobile station(s) are specified by radio configurations. There are ten radio configurations for the Forward Traffic Channel (see Table 3.1.3.1-1).

A base station shall support operation in Radio Configuration 1, 3, or 7. A base station may support operation in Radio Configurations 2, 4, 5, 6, 8, 9, or 10. A base station supporting operation in Radio Configuration 2 shall support Radio Configuration 1. A base station supporting operation in Radio Configuration 4 or 5 shall support Radio Configuration 3. A base station supporting operation in Radio Configuration 6, 8, or 9 shall support Radio Configuration 7.

A base station shall not use Radio Configuration 1 or 2 simultaneously with Radio Configuration 3, 4, 5, or 10 on a Forward Traffic Channel.

If the base station supports the Reverse Fundamental Channel with Radio Configuration 1, then it shall support the Forward Fundamental Channel with Radio Configuration 1. If the base station supports the Reverse Fundamental Channel with Radio Configuration 2, then it shall support the Forward Fundamental Channel with Radio Configuration 2. If the base station supports the Reverse Fundamental Channel with Radio Configuration 3, then it shall support the Forward Fundamental Channel with Radio Configuration 3, 4, 6, or 7. If

the base station supports the Reverse Fundamental Channel with Radio Configuration 4, then it shall support the Forward Fundamental Channel with Radio Configuration 5, 8, or 9. If the base station supports the Reverse Fundamental Channel with Radio Configuration 5, then it shall support the Forward Fundamental Channel with Radio Configuration 6 or 7. If the base station supports the Reverse Fundamental Channel with Radio Configuration 6, then it shall support the Forward Fundamental Channel with Radio Configuration 8 or 9.

If the base station supports the Reverse Dedicated Control Channel with Radio Configuration 3, then it shall support the Forward Dedicated Control Channel with Radio Configuration 3, 4, 6, or 7. If the base station supports the Reverse Dedicated Control Channel with Radio Configuration 4, then it shall support the Forward Dedicated Control Channel with Radio Configuration 5, 8, or 9. If the base station supports the Reverse Dedicated Control Channel with Radio Configuration 5, then it shall support the Forward Dedicated Control Channel with Radio Configuration 6 or 7. If the base station supports the Reverse Dedicated Control Channel with Radio Configuration 6, then it shall support the Forward Dedicated Control Channel with Radio Configuration 8 or 9.

If the base station supports the Forward Packet Data Channel with Radio Configuration 10, then it shall support the Forward Packet Data Control Channel, the Reverse Acknowledgment Channel, and the Reverse Channel Quality Indicator Channel.

Table 3.1.3.1-1 shows the general characteristics of the radio configurations.

TIA-2000.2-C-1

**Table 3.1.3.1-1. Radio Configuration Characteristics for the Forward Traffic Channel**

| Radio Configuration | Associated Spreading Rate | Data Rates, Forward Error Correction, and General Characteristics |
|:---:|:---:|:---|
| 1 | 1 | 1200, 2400, 4800, and 9600 bps data rates with R = 1/2, BPSK pre-spreading symbols |
| 2 | 1 | 1800, 3600, 7200, and 14400 bps data rates with R = 1/2, BPSK pre-spreading symbols |
| 3 | 1 | 1200, 1350, 1500, 2400, 2700, 4800, 9600, 19200, 38400, 76800, and 153600 bps data rates with R = 1/4, QPSK pre-spreading symbols, TD allowed |
| 4 | 1 | 1200, 1350, 1500, 2400, 2700, 4800, 9600, 19200, 38400, 76800, 153600, and 307200 bps data rates with R = 1/2, QPSK pre-spreading symbols, TD and CCSH allowed |
| 5 | 1 | 1800, 3600, 7200, 14400, 28800, 57600, 115200, and 230400 bps data rates with R = 1/4, QPSK pre-spreading symbols, TD and CCSH allowed |
| 6 | 3 | 1200, 1350, 1500, 2400, 2700, 4800, 9600, 19200, 38400, 76800, 153600, and 307200 bps data rates with R = 1/6, QPSK pre-spreading symbols |
| 7 | 3 | 1200, 1350, 1500, 2400, 2700, 4800, 9600, 19200, 38400, 76800, 153600, 307200, and 614400 bps data rates with R = 1/3, QPSK pre-spreading symbols |
| 8 | 3 | 1800, 3600, 7200, 14400, 28800, 57600, 115200, 230400, and 460800 bps data rates with R = 1/4 (20 ms) or 1/3 (5 ms), QPSK pre-spreading symbols |
| 9 | 3 | 1800, 3600, 7200, 14400, 28800, 57600, 115200, 230400, 259200, 460800, 518400, and 1036800 bps data rates with R = 1/2 (20 ms) or 1/3 (5 ms), QPSK pre-spreading symbols |
| 10 | 1 | 81600, 158400, 163200, 312000, 316800, 326400, 465600, 619200, 624000, 633600, 772800, 931200, 1238400, 1248000, 1545600, 1862400 2476800, and 3091200 bps subpacket data rates with R = 1/5, QPSK, 8-PSK, or 16-QAM pre-spreading symbols (see Table 3.1.3.1.13.4-1) |

Note: For Radio Configurations 3 through 9, the Forward Dedicated Control Channel and Forward Fundamental Channel also allow a 9600 bps, 5 ms format.

For Spreading Rate 1, the base station may support orthogonal transmit diversity (OTD) or space time spreading (STS) on the Forward Dedicated Control Channel, the Forward Fundamental Channel, the Forward Supplemental Channel, the Broadcast Control Channel, the Quick Paging Channel, the Common Power Control Channel, the Common Assignment Channel, and the Forward Common Control Channel. For Spreading Rate 3, the base station may support transmit diversity by transmitting carriers on separate antennas. The base station shall transmit ~~all forward dedicated channels (i.e.,~~ the Forward Dedicated Control Channel, the Forward Fundamental Channel, and the Forward Supplemental Channel~~)~~ assigned to a mobile station using one of the following schemes: no transmit diversity, OTD, or STS.

The base station shall transmit the Forward Packet Data Channel, the Forward Packet Data Control Channel, and the common power control subchannel (used to control the Reverse Fundamental Channel, the Reverse Dedicated Control Channel, and the Reverse Supplemental Channel) transmitted on the Common Power Control Channel not using transmit diversity. The base station may simultaneously transmit to a mobile station ~~the forward dedicated channels (i.e., the~~ the Forward Dedicated Control Channel, the Forward Fundamental Channel, and the Forward Supplemental Channel~~)~~ using no transmit diversity, OTD, or STS, and the Forward Packet Data Channel and the Forward Packet Data Control Channel not using transmit diversity.

The base station shall transmit the Broadcast Control Channel, the common power control subchannel (used to control the Reverse Common Control Channel) on the Common Power Control Channel, the Common Assignment Channel, and the Forward Common Control Channel on a Forward CDMA Channel using one of the following schemes: no transmit diversity, OTD, or STS.

3.1.3.1.1 Channel Structures

The structure of the code channels transmitted by a base station is shown in Figure 3.1.3.1.1-1.

TIA-2000.2-C-1



**Figure 3.1.3.1.1-1. Forward CDMA Channel Transmitted by a Base Station**

3.1.3.1.1.1 Spreading Rate 1

The Forward CDMA Channel consists of the channels specified in Table 3.1.3.1.1.1-1. Table 3.1.3.1.1.1-1 states the range of valid channels for each channel type.

**Table 3.1.3.1.1.1-1. Channel Types on the Forward CDMA Channel
for Spreading Rate 1**

| Channel Type | Maximum Number |
|---|---|
| Forward Pilot Channel | 1 |
| Transmit Diversity Pilot Channel | 1 |
| Auxiliary Pilot Channel | Not specified |
| Auxiliary Transmit Diversity Pilot Channel | Not specified |
| Sync Channel | 1 |
| Paging Channel | 7 |
| Broadcast Control Channel | 78 |
| Quick Paging Channel | 3 |
| Common Power Control Channel | 15 |
| Common Assignment Channel | 7 |
| Forward Packet Data Control Channel | 2 |
| Forward Common Control Channel | 7 |
| Forward Dedicated Control Channel | 1* |
| Forward Fundamental Channel | 1* |
| Forward Supplemental Code Channel (RC 1 and 2 only) | 7* |
| Forward Supplemental Channel (RC 3 through 5 only) | 2* |
| Forward Packet Data Channel (RC 10 only) | 2 (1*) |

* per Forward Traffic Channel

Each of these code channels is spread by the appropriate Walsh or quasi-orthogonal function. Each code channel is then spread by a quadrature pair of PN sequences at a fixed chip rate of 1.2288 Mcps. Multiple Forward CDMA Channels may be used within a base station in a frequency division multiplexed manner.

If a base station transmits the Forward Common Control Channel on a Forward CDMA Channel, then the base station shall also transmit the Broadcast Control Channel on that Forward CDMA Channel.

The structures of the Forward Pilot Channel, Transmit Diversity Pilot Channel, Auxiliary Pilot Channels, Auxiliary Transmit Diversity Pilot Channels, Sync Channel, and Paging Channels for the Forward CDMA Channel for Spreading Rate 1 are shown in Figure 3.1.3.1.1-1. The structure of the Broadcast Control Channel for Spreading Rate 1 is shown in Figure 3.1.3.1.1.1-2 and Figure 3.1.3.1.1.1-3. The structure of the Quick Paging Channel for Spreading Rate 1 is shown in Figure 3.1.3.1.1.1-4. The structure of the

TIA-2000.2-C-1

Common Power Control Channel for Spreading Rate 1 is shown in Figure 3.1.3.1.1.1-5. The structure of the Common Assignment Channel for Spreading Rate 1 is shown in Figure 3.1.3.1.1.1-6 and Figure 3.1.3.1.1.1-7. The structure of the Forward Common Control Channel for Spreading Rate 1 is shown in Figure 3.1.3.1.1.1-8 and Figure 3.1.3.1.1.1-9. The structure of the Forward Packet Data Control Channel is shown in Figure 3.1.3.1.1.1-10. The structure of the Forward Dedicated Control Channel for Spreading Rate 1 is shown in Figure 3.1.3.1.1.1-11 through Figure 3.1.3.1.1.1-13.

The Forward Fundamental Channel and Forward Supplemental Code Channel for Radio Configuration 1 have the overall structure shown in Figure 3.1.3.1.1.1-14. The Forward Fundamental Channel and Forward Supplemental Code Channel for Radio Configuration 2 have the overall structure shown in Figure 3.1.3.1.1.1-15. The Forward Fundamental Channel and Forward Supplemental Channel for Radio Configuration 3 have the overall structure shown in Figure 3.1.3.1.1.1-16. The Forward Fundamental Channel and Forward Supplemental Channel for Radio Configuration 4 have the overall structure shown in Figure 3.1.3.1.1.1-17. The Forward Fundamental Channel and Forward Supplemental Channel for Radio Configuration 5 have the overall structure shown in Figure 3.1.3.1.1.1-18. The Forward Packet Data Channel for Radio Configuration 10 has the overall structure shown in Figure 3.1.3.1.1.1-19.

For the Forward Traffic Channel with Radio Configurations 3 through 5, long code scrambling, power control puncturing, and symbol point mapping is shown in Figure 3.1.3.1.1.1-20.

The symbol demultiplexing and I and Q mappings are shown in Figure 3.1.3.1.1.1-21, Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24.





**Figure 3.1.3.1.1.1-1. Pilot Channels, Sync Channel, and Paging Channels for Spreading Rate 1**



**Figure 3.1.3.1.1.1-2. Broadcast Control Channel Structure for Spreading Rate 1 with R = 1/4 Mode**

TIA-2000.2-C-1



**Figure 3.1.3.1.1.1-3. Broadcast Control Channel Structure for Spreading Rate 1 with R = 1/2 Mode**



**Figure 3.1.3.1.1.1-4. Quick Paging Channel Structure for Spreading Rate 1**



**Figure 3.1.3.1.1.1-5. Common Power Control Channel Structure for Spreading Rate 1**

TIA-2000.2-C-1



**Figure 3.1.3.1.1.1-6. Common Assignment Channel Structure for Spreading Rate 1 with R = 1/4 Mode**



**Figure 3.1.3.1.1.1-7. Common Assignment Channel Structure for Spreading Rate 1 with R = 1/2 Mode**

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 172 Bits/5 ms | 12 | 38.4 | 768 | 153.6 |
| 172 Bits/10 ms | 12 | 19.2 | 768 | 76.8 |
| 360 Bits/10 ms | 16 | 38.4 | 1,536 | 153.6 |
| 172 Bits/20 ms | 12 | 9.6 | 768 | 38.4 |
| 360 Bits/20 ms | 16 | 19.2 | 1,536 | 76.8 |
| 744 Bits/20 ms | 16 | 38.4 | 3,072 | 153.6 |

**Figure 3.1.3.1.1.1-8. Forward Common Control Channel Structure
for Spreading Rate 1 with R = 1/4 Mode**

TIA-2000.2-C-1



**Figure 3.1.3.1.1.1-9. Forward Common Control Channel Structure for Spreading Rate 1 with R = 1/2 Mode**



**Figure 3.1.3.1.1.1-10. Forward Packet Data Control Channel Structure**

3-16

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1× | 192 | 38.4 |
| 172 Bits/20 ms | 12 | 9.6 | 1× | 768 | 38.4 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | | 768 | 38.4 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 768.

1



| Bits/Frame | Bits | Data Rate Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 192 | 38.4 |
| 172 Bits/20 ms | 12 | 9.6 | 768 | 38.4 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | 768 | 38.4 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame and the encoded symbols will be repeated then punctured to provide a 38.4 ksps modulation symbol rate.

2

3       **Figure 3.1.3.1.1.1-11. Forward Dedicated Control Channel Structure**
4                          **for Radio Configuration 3**

5



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1× | 96 | 19.2 |
| 172 Bits/20 ms | 12 | 9.6 | 1× | 384 | 19.2 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | | 384 | 19.2 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 384.

6



| Bits/Frame | Bits | Data Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 96 | 19.2 |
| 172 Bits/20 ms | 12 | 9.6 | 384 | 19.2 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | 384 | 19.2 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame and the encoded symbols will be repeated then punctured to provide a 19.2 ksps modulation symbol rate.

7

8       **Figure 3.1.3.1.1.1-12. Forward Dedicated Control Channel Structure**
9                          **for Radio Configuration 4**

TIA-2000.2-C-1



Notes: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame. Symbol repetition factor and puncturing are calculated to achieve the interleaver block size of 768.

Note: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame. If there are 1 to 192 encoder input bits per frame, the encoder output symbols will be additionally repeated and then punctured to provide a 38.4 ksps modulation symbol rate. If there are 193 to 288 encoder input bits per frame, the encoder output symbols will be punctured to provide a 38.4 ksps modulation symbol rate.

**Figure 3.1.3.1.1.1-13. Forward Dedicated Control Channel Structure for Radio Configuration 5**



Power control bits are not punctured in for Forward Supplemental Code Channels of the Forward Traffic Channels.

**Figure 3.1.3.1.1.1-14. Forward Traffic Channel Structure for Radio Configuration 1**

1



2       Power control bits are not punctured in for Forward Supplemental Code Channels of the Forward Traffic Channels.

3   **Figure 3.1.3.1.1.1-15. Forward Traffic Channel Structure for Radio Configuration 2**

4

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1/4 | 1× | None | 192 | 38.4 |
| | | | | | | | |
| 16 Bits/20 ms | 6 | 1.5 | 1/4 | 8× | 1 of 5 | 768 | 38.4 |
| 40 Bits/20n ms | 6 | 2.7/n | 1/4 | 4× | 1 of 9 | 768 | 38.4/n |
| 80 Bits/20n ms | 8 | 4.8/n | 1/4 | 2× | None | 768 | 38.4/n |
| 172 Bits/20n ms | 12 | 9.6/n | 1/4 | 1× | None | 768 | 38.4/n |
| | | | | | | | |
| 360 Bits/20n ms | 16 | 19.2/n | 1/4 | 1× | None | 1,536 | 76.8/n |
| 744 Bits/20n ms | 16 | 38.4/n | 1/4 | 1× | None | 3,072 | 153.6/n |
| 1,512 Bits/20n ms | 16 | 76.8/n | 1/4 | 1× | None | 6,144 | 307.2/n |
| 3,048 Bits/20n ms | 16 | 153.6/n | 1/4 | 1× | None | 12,288 | 614.4/n |

1 to 3,047 Bits/20n ms

Notes:
1. n is the length of the frame in multiples of 20 ms. For 31 to 54 encoder input bits per frame, n = 1 or 2. For more than 54 encoder input bits per frame, n = 1, 2, or 4.
2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 192 encoder input bits per frame with n = 1.
3. Turbo coding may be used for the Forward Supplemental Channels with 384 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.
4. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.
5. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.
    - The frame quality indicator length is 16 for more than 192 encoder input bits per frame; 12 or 16 for 97 to 192 encoder input bits per frame; 8, 12, or 16 for 55 to 96 encoder input bits per frame; and 6, 8, 12, or 16 otherwise.
    - The code rate is 1/4. If the number of encoder input bits per frame is less than 384, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
    - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
    - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

**Figure 3.1.3.1.1.1-16. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 3**

| Bits/Frame | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1/2 | 1× | None | 96 | 19.2 |
| 16 Bits/20 ms | 6 | 1.5 | 1/2 | 8× | 1 of 5 | 384 | 19.2 |
| 40 Bits/20 ms | 6 | 2.7/n | 1/2 | 4× | 1 of 9 | 384 | 19.2/n |
| 80 Bits/20 ms | 8 | 4.8/n | 1/2 | 2× | None | 384 | 19.2/n |
| 172 Bits/20 ms | 12 | 9.6/n | 1/2 | 1× | None | 384 | 19.2/n |
| 360 Bits/20 ms | 16 | 19.2/n | 1/2 | 1× | None | 768 | 38.4/n |
| 744 Bits/20 ms | 16 | 38.4/n | 1/2 | 1× | None | 1,536 | 76.8/n |
| 1,512 Bits/20 ms | 16 | 76.8/n | 1/2 | 1× | None | 3,072 | 153.6/n |
| 3,048 Bits/20 ms | 16 | 153.6/n | 1/2 | 1× | None | 6,144 | 307.2/n |
| 6,120 Bits/20 ms | 16 | 307.2/n | 1/2 | 1× | None | 12,288 | 614.4/n |

1 to 6,119 Bits/20 ms

Notes:

1. n is the length of the frame in multiples of 20 ms. For 31 to 54 encoder input bits per frame, n = 1 or 2. For more than 54 encoder input bits per frame, n = 1, 2, or 4.
2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 192 encoder input bits per frame with n = 1.
3. Turbo coding may be used for the Forward Supplemental Channels with 384 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.
4. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.
5. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.
    - The frame quality indicator length is 16 for more than 192 encoder input bits per frame; 12 or 16 for 97 to 192 encoder input bits per frame; 8, 12, or 16 for 55 to 96 encoder input bits per frame; and 6, 8, 12, or 16 otherwise.
    - If the number of encoder input bits per frame is less than 384, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
    - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
    - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.
    - If ERAM is disabled, the code rate is 1/2. If ERAM is enabled, the code rate of the turbo encoder shall be selected as follows: R = 1/2, if N/I = 2; R = 1/3, if 2 < N/I $\leq$ 3; R = 1/4, if 3 < N/I $\leq$ 4; R = 1/5, if N/I > 4 where I denotes the number of encoder input bits per frame, and N denotes the interleaver block size.

**Figure 3.1.3.1.1.1-17. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 4**

TIA-2000.2-C-1

Channel Bits → Add Reserved Bits → Add Frame Quality Indicator → Add 8 Reserved/Encoder Tail Bits → Convolutional or Turbo Encoder → Symbol Repetition → Symbol Puncture → Block Interleaver → Modulation Symbol W

| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/4 | 1× | None | 192 | 38.4 |
| 21 Bits/20 ms | 1 | 6 | 1.8 | 1/4 | 8× | 4 of 12 | 768 | 38.4 |
| 55 Bits/20 ms | 1 | 8 | 3.6/n | 1/4 | 4× | 4 of 12 | 768 | 38.4/n |
| 125 Bits/20 ms | 1 | 10 | 7.2/n | 1/4 | 2× | 4 of 12 | 768 | 38.4/n |
| 267 Bits/20 ms | 1 | 12 | 14.4/n | 1/4 | 1× | 4 of 12 | 768 | 38.4/n |
| 552 Bits/20n ms | 0 | 16 | 28.8/n | 1/4 | 1× | 4 of 12 | 1,536 | 76.8/n |
| 1,128 Bits/20n ms | 0 | 16 | 57.6/n | 1/4 | 1× | 4 of 12 | 3,072 | 153.6/n |
| 2,280 Bits/20n ms | 0 | 16 | 115.2/n | 1/4 | 1× | 4 of 12 | 6,144 | 307.2/n |
| 4,584 Bits/20n ms | 0 | 16 | 230.4/n | 1/4 | 1× | 4 of 12 | 12,288 | 614.4/n |

1 to 4,583 Bits/20n ms

Notes:

1. n is the length of the frame in multiples of 20 ms. For 37 to 72 encoder input bits per frame, n = 1 or 2. For more than 72 encoder input bits per frame, n = 1, 2, or 4.

2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 288 encoder input bits per frame with n = 1.

3. Turbo coding may be used for the Forward Supplemental Channels with 576 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.

4. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.

5. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.
    - When the number of channel bits per frame is 21, 55, 125, or 267 and the corresponding frame quality indicator length is 6, 8, 10, and 12, an initial reserved bit is used; otherwise, no initial reserved bits are used.
    - The frame quality indicator length is 16 for more than 288 encoder input bits per frame; 12 or 16 for 145 to 288 encoder input bits per frame; 10, 12, or 16 for 73 to 144 encoder input bits per frame; 8, 10, 12, or 16 for 37 to 72 encoder input bits per frame; and 6, 8, 10, 12, or 16 otherwise.
    - If the number of encoder input bits per frame is less than 576, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
    - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
    - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.
    - If ERAM is disabled, the code rate is 1/4. If ERAM is enabled, the code rate of the turbo encoder shall be selected as follows:
      R = 1/3, if 8/3 < N/I ≤ 3; R = 1/4, if 3 < N/I ≤ 4 or N/I = 8/3; R = 1/5, if N/I > 4
      where I denotes the number of encoder input bits per frame, and N denotes the interleaver block size.

**Figure 3.1.3.1.1.1-18. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 5**



**Figure 3.1.3.1.1.1-19. Forward Packet Data Channel Structure for Radio Configuration 10**

TIA-2000.2-C-1



Power control symbol puncturing is on the Forward Fundamental Channels and Forward Dedicated Control Channels only.

**Figure 3.1.3.1.1.1-20. Long Code Scrambling, Power Control, and Signal Point Mapping for Forward Traffic Channels with Radio Configurations 3, 4, and 5**



a) Non-TD Mode

b) TD Mode

The DEMUX functions distribute input symbols sequentially from the top to the bottom output paths.

**Figure 3.1.3.1.1.1-21. Demultiplexer Structure for Spreading Rate 1**



Walsh function = ±1 (mapping: '0' → +1, '1' → −1)
QOF$_{sign}$ = ±1 sign multiplier QOF mask  (mapping: '0' → +1, '1' → −1)
Walsh$_{rot}$ = '0' or '1' 90°-rotation-enable Walsh function
       Walsh$_{rot}$ = '0' means no rotation
       Walsh$_{rot}$ = '1' means rotate by 90°
The null QOF has QOF$_{sign}$ = +1 and Walsh$_{rot}$ = '0'.
PN$_I$ and PN$_Q$ = ±1 I-channel and Q-channel PN sequences
The null QOF is used for Radio Configurations 1 and 2

**Figure 3.1.3.1.1.1-22. I and Q Mapping (Non-TD Mode) for Spreading Rate 1**

TIA-2000.2-C-1



Walsh function = ±1 (mapping: '0' → +1, '1' → −1)
$QOF_{sign}$ = ±1 sign multiplier QOF mask  (mapping: '0' → +1, '1' → −1)
$Walsh_{rot}$ = '0' or '1' 90°-rotation-enable Walsh function
         $Walsh_{rot}$ = '0' means no rotation
         $Walsh_{rot}$ = '1' means rotate by 90°
The null QOF has $QOF_{sign}$ = +1 and $Walsh_{rot}$ = '0'.
$PN_I$ and $PN_Q$ = ±1 I-channel and Q-channel PN sequences
$s_1(t)$ is associated with the Pilot Channel on $W_0^{64}$
$s_2(t)$ is associated with the Transmit Diversity Pilot Channel on $W_{16}^{128}$

**Figure 3.1.3.1.1.1-23. I and Q Mapping (OTD Mode) for Spreading Rate 1**

TIA-2000.2-C-1



Walsh function = ±1 (mapping: '0' → +1, '1' → −1)
QOF$_{sign}$ = ±1 sign multiplier QOF mask  (mapping: '0' → +1, '1' → −1)
Walsh$_{rot}$ = '0' or '1' 90°-rotation-enable Walsh function
   Walsh$_{rot}$ = '0' means no rotation
   Walsh$_{rot}$ = '1' means rotate by 90°
The null QOF has QOF$_{sign}$ = +1 and Walsh$_{rot}$ = '0'.
PN$_I$ and PN$_Q$ = ±1 I-channel and Q-channel PN sequences
s$_1$(t) is associated with the Pilot Channel on W$_0^{64}$
s$_2$(t) is associated with the Transmit Diversity Pilot Channel on W$_{16}^{128}$

**Figure 3.1.3.1.1.1-24. I and Q Mapping (STS Mode) for Spreading Rate 1**

3.1.3.1.1.2 Spreading Rate 3

The Forward CDMA Channel consists of the channels specified in Table 3.1.3.1.1.2-1.
Table 3.1.3.1.1.2-1 states the range of valid channels for each channel type.

TIA-2000.2-C-1

**Table 3.1.3.1.1.2-1. Channel Types for the Forward CDMA Channel**
**for Spreading Rate 3**

| Channel Type | Maximum Number |
|---|---|
| Forward Pilot Channel | 1 |
| Auxiliary Pilot Channel | Not specified |
| Sync Channel | 1 |
| Broadcast Control Channel | 7~~8~~ |
| Quick Paging Channel | 3 |
| Common Power Control Channel | 4 |
| Common Assignment Channel | 7 |
| Forward Common Control Channel | 7 |
| Forward Dedicated Control Channel | 1* |
| Forward Fundamental Channel | 1* |
| Forward Supplemental Channel | 2* |

\* per Forward Traffic Channel

Each of these code channels is spread by the appropriate Walsh function or quasi-orthogonal function. Each code channel is then spread by a quadrature pair of PN sequences at a fixed chip rate of 1.2288 Mcps. Multiple Forward CDMA Channels may be used within a base station in a frequency division multiplexed manner.

If a base station transmits the Forward Common Control Channel on a Forward CDMA Channel, then the base station shall also transmit the Broadcast Control Channel on that Forward CDMA Channel.

The structures of the Forward Pilot Channel, Auxiliary Pilot Channels, and Sync Channel for Spreading Rate 3 are shown in Figure 3.1.3.1.1.2-1. The structure of the Broadcast Control Channel for Spreading Rate 3 is shown in Figure 3.1.3.1.1.2-2. The structure of the Quick Paging Channel for Spreading Rate 3 is shown in Figure 3.1.3.1.1.2-3. The structure of the Common Power Control Channel for Spreading Rate 3 is shown in Figure 3.1.3.1.1.2-4. The structure of the Common Assignment Channel for Spreading Rate 3 is shown in Figure 3.1.3.1.1.2-5. The structure of the Forward Common Control Channel for Spreading Rate 3 is shown in Figure 3.1.3.1.1.2-6. The structure of the Forward Dedicated Control Channel for Spreading Rate 3 is shown in Figure 3.1.3.1.1.2-7 through Figure 3.1.3.1.1.2-10.

The Forward Fundamental Channel and Forward Supplemental Channel for Radio Configuration 6 have the overall structure shown in Figure 3.1.3.1.1.2-11. The Forward Fundamental Channel and Forward Supplemental Channel for Radio Configuration 7 have the overall structure shown in Figure 3.1.3.1.1.2-12. The Forward Fundamental Channel and Forward Supplemental Channel for Radio Configuration 8 have the overall structure

3-28

1   shown in Figure 3.1.3.1.1.2-13. The Forward Fundamental Channel and Forward
2   Supplemental Channel for Radio Configuration 9 have the overall structure shown in
3   Figure 3.1.3.1.1.2-14.

4   Long code scrambling, power control, and signal point mapping for Forward Traffic
5   Channels with Radio Configurations 6 though 9 are shown in Figure 3.1.3.1.1.2-15.

6   The symbol demultiplexing and I and Q mappings are shown in Figure 3.1.3.1.1.2-16 and
7   Figure 3.1.3.1.1.2-17.

8



**Figure 3.1.3.1.1.2-1. Forward Pilot Channel, Auxiliary Pilot Channels, and Sync Channel for Spreading Rate 3**

TIA-2000.2-C-1



**Figure 3.1.3.1.1.2-2. Broadcast Control Channel Structure for Spreading Rate 3**



**Figure 3.1.3.1.1.2-3. Quick Paging Channel Structure for Spreading Rate 3**



**Figure 3.1.3.1.1.2-4. Common Power Control Channel Structure for Spreading Rate 3**

TIA-2000.2-C-1

1



2

3  **Figure 3.1.3.1.1.2-5. Common Assignment Channel Structure for Spreading Rate 3**

4

TIA-2000.2-C-1



**Figure 3.1.3.1.1.2-6. Forward Common Control Channel Structure for Spreading Rate 3**

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1× | 288 | 57.6 |
| 172 Bits/20 ms | 12 | 9.6 | 1× | 1,152 | 57.6 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | | 1,152 | 57.6 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 1,152.



| Bits/Frame | Bits | Data Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 288 | 57.6 |
| 172 Bits/20 ms | 12 | 9.6 | 1,152 | 57.6 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | 1,152 | 57.6 |

Note: If flexible data rates are supported, there can be 1 to 171 information bits in a 20 ms frame and the encoded symbols will be repeated then punctured to provide a 57.6 ksps modulation symbol rate.

**Figure 3.1.3.1.1.2-7. Forward Dedicated Control Channel Structure for Radio Configuration 6**

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1× | 144 | 28.8 |
| 172 Bits/20 ms | 12 | 9.6 | 1× | 576 | 28.8 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | | 576 | 28.8 |

Note: If flexible data rates are supported, there can be 1 to 171 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 576.



| Bits/Frame | Bits | Data Rate (kbps) | Symbols | Rate (ksps) |
|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 144 | 28.8 |
| 172 Bits/20 ms | 12 | 9.6 | 576 | 28.8 |
| 1 to 171 Bits/20 ms | 12 or 16 | 1.05 to 9.55 | 576 | 28.8 |

Note: If flexible data rates are supported, there can be 1 to 171 information bits in a 20 ms frame and the encoded symbols will be repeated then punctured to provide a 28.8 ksps modulation symbol rate.

**Figure 3.1.3.1.1.2-8. Forward Dedicated Control Channel Structure for Radio Configuration 7**



| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/3 | 2× | 288 | 57.6 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 1/4 | 1× | 1,152 | 57.6 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | 1/4 | | 1,152 | 57.6 |

Notes: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 1,152.



| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/3 | 2× | 288 | 57.6 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 1/4 | 1× | 1,152 | 57.6 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | 1/4 | | 1,152 | 57.6 |

Note: If flexible data rates are supported, there can be 1 to 268 information bits in a 20 ms frame and the encoded symbols will be additionally repeated then punctured to provide a 57.6 ksps modulation symbol rate.

**Figure 3.1.3.1.1.2-9. Forward Dedicated Control Channel Structure for Radio Configuration 8**

TIA-2000.2-C-1



| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/3 | 1× | 144 | 28.8 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 1/2 | 1× | 576 | 28.8 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | 1/2 | | 576 | 28.8 |

Notes: If flexible data rates are supported, there can be 1 to 268 channel bits in a 20 ms frame. Symbol repetition factor is calculated to achieve the interleaver block size of 576.



| Bits/Frame | Bits | Bits | Data Rtae (kbps) | R | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/3 | 144 | 28.8 |
| 267 Bits/20 ms | 1 | 12 | 14.4 | 1/2 | 576 | 28.8 |
| 1 to 268 Bits/20 ms | 0 | 12 or 16 | 1.05 to 14.4 | 1/2 | 576 | 28.8 |

Note: If flexible data rates are supported, there can be 1 to 268 information bits in a 20 ms frame and the encoded symbols will be repeated then punctured to provide a 28.8 ksps modulation symbol rate.

**Figure 3.1.3.1.1.2-10. Forward Dedicated Control Channel Structure**
**for Radio Configuration 9**

3-36

| Bits/Frame | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1/6 | 1× | None | 288 | 57.6 |
| 16 Bits/20 ms | 6 | 1.5 | 1/6 | 8× | 1 of 5 | 1,152 | 57.6 |
| 40 Bits/20 ms | 6 | 2.7/n | 1/6 | 4× | 1 of 9 | 1,152 | 57.6/n |
| 80 Bits/20 ms | 8 | 4.8/n | 1/6 | 2× | None | 1,152 | 57.6/n |
| 172 Bits/20 ms | 12 | 9.6/n | 1/6 | 1× | None | 1,152 | 57.6/n |
| 360 Bits/20 ms | 16 | 19.2/n | 1/6 | 1× | None | 2,304 | 115.2/n |
| 744 Bits/20 ms | 16 | 38.4/n | 1/6 | 1× | None | 4,608 | 230.4/n |
| 1,512 Bits/20 ms | 16 | 76.8/n | 1/6 | 1× | None | 9,216 | 460.8/n |
| 3,048 Bits/20 ms | 16 | 153.6/n | 1/6 | 1× | None | 18,432 | 921.6/n |
| 6,120 Bits/20 ms | 16 | 307.2/n | 1/6 | 1× | None | 36,864 | 1,843.2/n |

1 to 6,119 Bits/20 ms

Notes:
1. n is the length of the frame in multiples of 20 ms. For 31 to 54 encoder input bits per frame, n = 1 or 2. For more than 54 encoder input bits per frame, n = 1, 2, or 4.
2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 192 encoder input bits per frame with n = 1.
3. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.
   - The frame quality indicator length is 16 for more than 192 encoder input bits per frame; 12 or 16 for 97 to 192 encoder input bits per frame; 8, 12, or 16 for 55 to 96 encoder input bits per frame; and 6, 8, 12, or 16 otherwise.
   - The code rate is 1/6.
   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

**Figure 3.1.3.1.1.2-11. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 6**

TIA-2000.2-C-1



| Bits/Frame | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 16 | 9.6 | 1/3 | 1× | None | 144 | 28.8 |
| | | | | | | | |
| 16 Bits/20 ms | 6 | 1.5 | 1/3 | 8× | 1 of 5 | 576 | 28.8 |
| 40 Bits/20n ms | 6 | 2.7/n | 1/3 | 4× | 1 of 9 | 576 | 28.8/n |
| 80 Bits/20n ms | 8 | 4.8/n | 1/3 | 2× | None | 576 | 28.8/n |
| 172 Bits/20n ms | 12 | 9.6/n | 1/3 | 1× | None | 576 | 28.8/n |
| | | | | | | | |
| 360 Bits/20n ms | 16 | 19.2/n | 1/3 | 1× | None | 1,152 | 57.6/n |
| 744 Bits/20n ms | 16 | 38.4/n | 1/3 | 1× | None | 2,304 | 115.2/n |
| 1,512 Bits/20n ms | 16 | 76.8/n | 1/3 | 1× | None | 4,608 | 230.4/n |
| 3,048 Bits/20n ms | 16 | 153.6/n | 1/3 | 1× | None | 9,216 | 460.8/n |
| 6,120 Bits/20n ms | 16 | 307.2/n | 1/3 | 1× | None | 18,432 | 921.6/n |
| 12,264 Bits/20n ms | 16 | 614.4/n | 1/3 | 1× | None | 36,864 | 1,843.2/n |

1 to 12,263 Bits/20n ms

Notes:
1. n is the length of the frame in multiples of 20 ms. For 31 to 54 encoder input bits per frame, n = 1 or 2. For more than 54 encoder input bits per frame, n = 1, 2, or 4.
2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 192 encoder input bits per frame with n = 1.
3. Turbo coding may be used for the Forward Supplemental Channels with 384 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.
4. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.
5. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.
   - The frame quality indicator length is 16 for more than 192 encoder input bits per frame; 12 or 16 for 97 to 192 encoder input bits per frame; 8, 12, or 16 for 55 to 96 encoder input bits per frame; and 6, 8, 12, or 16 otherwise.
   - The code rate is 1/3. If the number of encoder input bits per frame is less than 384, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

1

2  **Figure 3.1.3.1.1.2-12. Forward Fundamental Channel and Forward Supplemental**

3  **Channel Structure for Radio Configuration 7**

4

TIA-2000.2-C-1

Modulation Symbol

Channel Bits → Add Reserved Bits → Add Frame Quality Indicator → Add 8 Reserved/Encoder Tail Bits → Convolutional or Turbo Encoder → Symbol Repetition → Block Interleaver → W

| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/3 | 2× | 288 | 57.6 |
| 21 Bits/20 ms | 1 | 6 | 1.8 | 1/4 | 8× | 1,152 | 57.6 |
| 55 Bits/20 ms | 1 | 8 | 3.6/n | 1/4 | 4× | 1,152 | 57.6/n |
| 125 Bits/20 ms | 1 | 10 | 7.2/n | 1/4 | 2× | 1,152 | 57.6/n |
| 267 Bits/20 ms | 1 | 12 | 14.4/n | 1/4 | 1× | 1,152 | 57.6/n |
| 552 Bits/20 ms | 0 | 16 | 28.8/n | 1/4 | 1× | 2,304 | 115.2/n |
| 1,128 Bits/20 ms | 0 | 16 | 57.6/n | 1/4 | 1× | 4,608 | 230.4/n |
| 2,280 Bits/20 ms | 0 | 16 | 115.2/n | 1/4 | 1× | 9,216 | 460.8/n |
| 4,584 Bits/20 ms | 0 | 16 | 230.4/n | 1/4 | 1× | 18,432 | 921.6/n |
| 9,192 Bits/20 ms | 0 | 16 | 460.8/n | 1/4 | 1× | 36,864 | 1,843.2/n |

1 to 9,191 Bits/20 ms

Notes:

1. n is the length of the frame in multiples of 20 ms. For 37 to 72 encoder iput bits per frame, n = 1 or 2. For more than 72 encoder input bits per frame, n = 1, 2, or 4.

2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 288 encoder input bits per frame with n = 1.

3. Turbo coding may be used for the Forward Supplemental Channels with 576 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.

4. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.

5. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

   - When the number of channel bits per frame is 21, 55, 125, or 267 and the corresponding frame quality indicator length is 6, 8, 10, and 12, an initial reserved bit is used; otherwise, no initial reserved bits are used.

   - The frame quality indicator length is 16 for more than 288 encoder input bits per frame; 12 or 16 for 145 to 288 encoder input bits per frame; 10, 12, or 16 for 73 to 144 encoder input bits per frame; 8, 10, 12, or 16 for 37 to 72 encoder input bits per frame; and 6, 8, 10, 12, or 16 otherwise.

   - The code rate is 1/4. If the number of encoder input bits per frame is less than 576, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.

   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.

   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

**Figure 3.1.3.1.1.2-13. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 8**

TIA-2000.2-C-1

Modulation Symbol

Channel Bits → [Add Reserved Bits] → [Add Frame Quality Indicator] → [Add 8 Reserved/ Encoder Tail Bits] → [Convolutional or Turbo Encoder] → [Symbol Repetition] → [Symbol Puncture] → [Block Interleaver] → W

| Bits/Frame | Bits | Bits | Data Rate (kbps) | R | Factor | Deletion | Symbols | Rate (ksps) |
|---|---|---|---|---|---|---|---|---|
| 24 Bits/5 ms | 0 | 16 | 9.6 | 1/3 | 1× | None | 144 | 28.8 |
| | | | | | | | | |
| 21 Bits/20 ms | 1 | 6 | 1.8 | 1/2 | 8× | None | 576 | 28.8 |
| 55 Bits/20n ms | 1 | 8 | 3.6/n | 1/2 | 4× | None | 576 | 28.8/n |
| 125 Bits/20n ms | 1 | 10 | 7.2/n | 1/2 | 2× | None | 576 | 28.8/n |
| 267 Bits/20n ms | 1 | 12 | 14.4/n | 1/2 | 1× | None | 576 | 28.8/n |
| | | | | | | | | |
| 552 Bits/20n ms | 0 | 16 | 28.8/n | 1/2 | 1× | None | 1,152 | 57.6/n |
| 1,128 Bits/20n ms | 0 | 16 | 57.6/n | 1/2 | 1× | None | 2,304 | 115.2/n |
| 2,280 Bits/20n ms | 0 | 16 | 115.2/n | 1/2 | 1× | None | 4,608 | 230.4/n |
| 4,584 Bits/20n ms | 0 | 16 | 230.4/n | 1/2 | 1× | None | 9,216 | 460.8/n |
| 9,192 Bits/20n ms | 0 | 16 | 460.8/n | 1/2 | 1× | None | 18,432 | 921.6/n |
| 20,712 Bits/20n ms | 0 | 16 | 1,036.8/n | 1/2 | 1× | 2 of 18 | 36,864 | 1,843.2/n |
| 1 to 20,711 Bits/20n ms | | | | | | | | |

Notes:

1. n is the length of the frame in multiples of 20 ms. For 37 to 72 encoder input bits per frame, n = 1 or 2. For more than 72 encoder input bits per frame, n = 1, 2, or 4.

2. The 5 ms frame is only used for the Forward Fundamental Channel, and the Forward Fundamental Channel only uses from 15 to 288 encoder input bits per frame with n = 1.

3. Turbo coding may be used for the Forward Supplemental Channels with 576 or more encoder input bits per frame; otherwise, K = 9 convolutional coding is used.

4. With convolutional coding, the Reserved/Encoder Tail bits provide an encoder tail. With turbo coding, the first two of these bits are reserved bits that are encoded and the last six bits are replaced by an internally generated tail.

5. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

   - When the number of channel bits per frame is 21, 55, 125, or 267 and the corresponding frame quality indicator length is 6, 8, 10, and 12, an initial reserved bit is used; otherwise, no initial reserved bits are used.
   - The frame quality indicator length is 16 for more than 288 encoder input bits per frame; 12 or 16 for 145 to 288 encoder input bits per frame; 10, 12, or 16 for 73 to 144 encoder input bits per frame; 8, 10, 12, or 16 for 37 to 72 encoder input bits per frame; and 6, 8, 10, 12, or 16 otherwise.
   - The code rate is 1/2. If the number of encoder input bits per frame is less than 576, the type of encoding is convolutional; otherwise, it is the same as that of the maximum assigned data rate for the channel.
   - If the specified number of channel bits per frame is equal to the maximum assigned number of channel bits per frame and that number and the specified frame quality indicator length match one of the listed cases, the symbol repetition factor and symbol puncturing from that listed case are used. Otherwise, the symbol repetition factor and puncturing are calculated to achieve the same interleaver block size as for the maximum assigned data rate for the channel.
   - If the maximum assigned data rate matches one of the data rates listed in the figure, the interleaver block size for that listed data rate is used. Otherwise, the interleaver block size of the next higher listed data rate is used.

**Figure 3.1.3.1.1.2-14. Forward Fundamental Channel and Forward Supplemental Channel Structure for Radio Configuration 9**



1    Power control symbol puncturing is on the Forward Fundamental Channels and Forward Dedicated Control Channels only.

2    **Figure 3.1.3.1.1.2-15. Long Code Scrambling, Power Control, and Signal Point**
3    **Mapping for Forward Traffic Channels with Radio Configurations 6 through 9**

4



5    The DEMUX functions distribute input symbols sequentially from the top to the bottom output paths.

6    **Figure 3.1.3.1.1.2-16. Demultiplexer Structure for Spreading Rate 3**

7

TIA-2000.2-C-1



**Figure 3.1.3.1.1.2-17. I and Q Mapping for Spreading Rate 3**

Walsh function = ±1 (mapping: '0' → +1, '1' → −1)
$QOF_{sign}$ = ±1 sign multiplier QOF mask  (mapping: '0' → +1, '1' → −1)
$Walsh_{rot}$ = '0' or '1' 90°-rotation-enable Walsh function
        $Walsh_{rot}$ = '0' means no rotation
        $Walsh_{rot}$ = '1' means rotate by 90°
The null QOF has $QOF_{sign}$ = +1 and $Walsh_{rot}$ = '0'.
$PN_I$ and $PN_Q$ = ±1 I-channel and Q-channel PN sequences
$f_{c1} < f_{c2} < f_{c3}$

1

2

3

3-42

1   3.1.3.1.2 Modulation Parameters

2   3.1.3.1.2.1 Spreading Rate 1

3   The modulation parameters for the Forward CDMA Channel operating in Spreading Rate 1
4   are shown in Table 3.1.3.1.2.1-1 through .

5

6   **Table 3.1.3.1.2.1-1. Sync Channel Modulation Parameters for Spreading Rate 1**

| | Data Rate (bps) | |
|---|---|---|
| **Parameter** | **1,200** | **Units** |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/2 | bits/code symbol |
| Code Symbol Repetition | 2 | modulation symbols/code symbol |
| Modulation Symbol Rate | 4,800 | sps |
| Walsh Length | 64 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 4 | Walsh functions/modulation symbol |
| Processing Gain | 1,024 | PN chips/bit |

7

8   **Table 3.1.3.1.2.1-2. Paging Channel Modulation Parameters for Spreading Rate 1**

| | Data Rate (bps) | | |
|---|---|---|---|
| **Parameter** | **9,600** | **4,800** | **Units** |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | modulation symbols/code symbol |
| Modulation Symbol Rate | 19,200 | 19,200 | sps |
| Walsh Length | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | Walsh functions/ modulation symbol |
| Processing Gain | 128 | 256 | PN chips/bit |

9

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-3. Broadcast Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/4**

|  | Data Rate (bps) | | | |
|---|---|---|---|---|
| Parameter | 19,200 | 9,600 | 4,800 | Units |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Sequence Repetition | 1 | 2 | 4 | modulation symbols/ code symbol |
| Modulation Symbol Rate | 76,800 | 76,800 | 76,800 | sps |
| QPSK Symbol Rate | 38,400 | 38,400 | 38,400 | sps |
| Walsh Length | 32 | 32 | 32 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 64 | 128 | 256 | PN chips/bit |

**Table 3.1.3.1.2.1-4. Broadcast Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/2**

|  | Data Rate (bps) | | | |
|---|---|---|---|---|
| Parameter | 19,200 | 9,600 | 4,800 | Units |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Sequence Repetition | 1 | 2 | 4 | modulation symbols/ code symbol |
| Modulation Symbol Rate | 38,400 | 38,400 | 38,400 | sps |
| QPSK Symbol Rate | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 64 | 128 | 256 | PN chips/bit |

**Table 3.1.3.1.2.1-5. Quick Paging Channel Modulation Parameters
for Spreading Rate 1**

| Parameter | Data Rate (bps) | | Units |
|---|---|---|---|
| | **4,800** | **2,400** | |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps |
| Number of Indicators/80 ms Quick Paging Channel Slot | 768 | 384 | indicators/slot |
| Number of Indicators/Slot/ Mobile Station | 2 | 2 | indicators/mobile station |
| Indicator Rate | 9,600 | 4,800 | bps |
| Indicator Repetition Factor | 2 | 4 | modulation symbols/ indicator |
| Modulation Symbol Rate | 19,200 | 19,200 | sps |
| QPSK Symbol Rate | 9,600 | 9,600 | sps |
| Walsh Length | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 256 | 512 | PN chips/mobile station |

**Table 3.1.3.1.2.1-6. Common Power Control Channel Modulation Parameters
for Spreading Rate 1**

| Parameter | Data Rate (bps) | Units |
|---|---|---|
| | **19,200** | |
| PN Chip Rate | 1.2288 | Mcps |
| PC Bit Repetition Factor | 1 (non-TD) 2 (TD) | modulation symbols /bit |
| Modulation Symbol Rate | 9,600 (non-TD) 19,200 (TD) | sps on I and Q |
| Walsh Length | 128 (non-TD) 64 (TD) | PN chips |
| Number of Walsh Function Repetitions per I or Q Arm Modulation Symbol | 1 | Walsh functions/I or Q arm modulation symbol |
| Processing Gain | 64 | PN chips/bit |

Note: I and Q arms are considered as separate BPSK channels.

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-7. Common Assignment Channel Modulation Parameters
for Spreading Rate 1 with R = 1/4**

|  | Data Rate (bps) |  |
|---|---|---|
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 38,400 | sps |
| QPSK Symbol Rate | 19,200 | sps |
| Walsh Length | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128 | PN chips/bit |

**Table 3.1.3.1.2.1-8. Common Assignment Channel Modulation Parameters
for Spreading Rate 1 with R = 1/2**

|  | Data Rate (bps) |  |
|---|---|---|
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 19,200 | sps |
| QPSK Symbol Rate | 9,600 | sps |
| Walsh Length | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128 | PN chips/bit |

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-9. Forward Common Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/4**

| Parameter | Data Rate (bps) | | | Units |
|---|---|---|---|---|
| | **38,400** | **19,200** | **9,600** | **Units** |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 153,600 | 76,800 | 38,400 | sps |
| QPSK Symbol Rate | 76,800 | 38,400 | 19,200 | sps |
| Walsh Length | 16 | 32 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 32 | 64 | 128 | PN chips/bit |

**Table 3.1.3.1.2.1-10. Forward Common Control Channel Modulation Parameters for Spreading Rate 1 with R = 1/2**

| Parameter | Data Rate (bps) | | | Units |
|---|---|---|---|---|
| | **38,400** | **19,200** | **9,600** | **Units** |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | modulation symbols/ code symbol |
| Modulation Symbol Rate | 76,800 | 38,400 | 19,200 | sps |
| QPSK Symbol Rate | 38,400 | 19,200 | 9600 | sps |
| Walsh Length | 32 | 64 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 32 | 64 | 128 | PN chips/bit |

TIA-2000.2-C-1

<sub>1</sub>      **Table 3.1.3.1.2.1-11. Forward Packet Data Control Channel Parameters**

| | Data Rate (bps) | | | |
|---|---|---|---|---|
| **Parameter** | **29,600** | **14,800** | **7,400** | **Units** |
| Frame Duration | 1.25 | 2.5 | 5 | ms |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition Rate | 1 | 1 | 48/37 | repeated code symbols/ code symbol |
| Puncturing Rate | 24/37 | 24/37 | 1 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | 38,400 | 38,400 | 38,400 | sps |
| QPSK Symbol Rate | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 41.51 | 83.03 | 166.05 | PN chips/bit |

<sub>2</sub>

<sup>1</sup> **Table 3.1.3.1.2.1-12. Forward Dedicated Control Channel Modulation Parameters**
<sup>2</sup> **for Radio Configuration 3**

|  | Data Rate (bps) |  |
|---|---|---|
| **Parameter** | **9,600** | **Units** |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/ code symbol |
| Modulation Symbol Rate | 38,400 | sps |
| QPSK Symbol Rate | 19,200 | sps |
| Walsh Length | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128 | PN chips/bit |

Note: If flexible data rates are supported, symbol repetition and symbol puncturing can be used to support data rates not specified in this table.

<sup>3</sup>

<sup>4</sup> **Table 3.1.3.1.2.1-13. Forward Dedicated Control Channel Modulation Parameters**
<sup>5</sup> **for Radio Configuration 4**

|  | Data Rate (bps) |  |
|---|---|---|
| **Parameter** | **9,600** | **Units** |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/ code symbol |
| Modulation Symbol Rate | 19,200 | sps |
| QPSK Symbol Rate | 9,600 | sps |
| Walsh Length | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128 | PN chips/bit |

Note: If flexible data rates are supported, symbol repetition and symbol puncturing can be used to support data rates not specified in this table.

<sup>6</sup>

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-14. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 5**

| Parameter | Data Rate (bps) | | Units |
|---|---|---|---|
| | **9,600** | **14,400** | |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | repeated code symbols/ code symbol |
| Puncturing Rate | 1 | 8/12 | modulation symbols/ repeated code symbol |
| Modulation Symbol Rate | 38,400 | 38,400 | sps |
| QPSK Symbol Rate | 19,200 | 19,200 | sps |
| Walsh Length | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128 | 85.33 | PN chips/bit |

Notes:

The 9600 bps data rate is used for 5 ms frames and the 14400 bps data rate is used for 20 ms frames.

If flexible data rates are supported, symbol repetition and symbol puncturing can be used to support data rates not specified in this table.

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-15. Forward Fundamental Channel and Forward Supplemental Code Channel Modulation Parameters for Radio Configuration 1**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | **9,600** | **4,800** | **2,400** | **1,200** | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | modulation symbols/code symbol |
| Modulation Symbol Rate | 19,200 | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 64 | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | 1 | 1 | Walsh functions/ modulation symbol |
| Processing Gain | 128 | 256 | 512 | 1024 | PN chips/bit |

TIA-2000.2-C-1

1   **Table 3.1.3.1.2.1-16. Forward Fundamental Channel and Forward Supplemental Code**
2   **Channel Modulation Parameters for Radio Configuration 2**

| Parameter | Data Rate (bps) | | | | Units |
| --- | --- | --- | --- | --- | --- |
| | **14,400** | **7,200** | **3,600** | **1,800** | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/ code symbol |
| Puncturing Rate | 4/6 | 4/6 | 4/6 | 4/6 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | 19,200 | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 64 | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 1 | 1 | 1 | 1 | Walsh functions/ modulation symbol |
| Processing Gain | 85.33 | 170.7 | 341.33 | 682.7 | PN chips/bit |

3

1    **Table 3.1.3.1.2.1-17. Forward Fundamental Channel and Forward Supplemental**
2    **Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 3**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,700 | 1,500 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 8/9 | 4/5 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | 38,400 × N | 38,400 | 38,400 | 38,400 | sps |
| QPSK Symbol Rate | 19,200 × N | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 64/N | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128/N | 256 | 455.1 | 819.2 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 9600, 19200, 38400, 76800, or 153600 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-18. Forward Supplemental Channel Modulation Parameters
for 40 ms Frames for Radio Configuration 3**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | **9,600 × N** | **4,800** | **2,400** | **1,350** | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/ code symbol |
| Puncturing Rate | 1 | 1 | 1 | 8/9 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 38,400 × N | 19,200 | 19,200 | 19,200 | sps |
| QPSK Symbol Rate | 19,200 × N | 9,600 | 9,600 | 9,600 | sps |
| Walsh Length | 64/N | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/QPSK symbol |
| Processing Gain | 128/N | 256 | 512 | 910.2 | PN chips/bit |

Notes:

1. N = 1, 2, 4, or 8, which yields data rates of 9600, 19200, 38400, or 76800 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

1  **Table 3.1.3.1.2.1-19. Forward Supplemental Channel Modulation Parameters**
2  **for 80 ms Frames for Radio Configuration 3**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/ code symbol |
| Modulation Symbol Rate | 38,400 × N | 19,200 | 9,600 | 9,600 | sps |
| QPSK Symbol Rate | 19,200 × N | 9,600 | 4,800 | 4,800 | sps |
| Walsh Length | 64/N | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/QPSK symbol |
| Processing Gain | 128/N | 256 | 512 | 1024 | PN chips/bit |

Notes:

1. N = 1, 2, or 4, which yields data rates of 9600, 19200, or 38400 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

3

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-20. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 4**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | **9,600 × N** | **4,800** | **2,700** | **1,500** | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/ code symbol |
| Puncturing Rate | 1 | 1 | 8/9 | 4/5 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | 19,200 × N | 19,200 | 19,200 | 19,200 | sps |
| QPSK Symbol Rate | 9,600 × N | 9,600 | 9,600 | 9,600 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128/N | 256 | 455.1 | 819.2 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 32, which yields data rates of 9600, 19200, 38400, 76800, 153600, or 307200 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

**Table 3.1.3.1.2.1-21. Forward Supplemental Channel Modulation Parameters
for 40 ms Frames for Radio Configuration 4**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,350 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/ code symbol |
| Puncturing Rate | 1 | 1 | 1 | 8/9 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 19,200 × N | 9,600 | 9,600 | 9,600 | sps |
| QPSK Symbol Rate | 9,600 × N | 4,800 | 4,800 | 4,800 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/QPSK symbol |
| Processing Gain | 128/N | 256 | 512 | 910.2 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 9600, 19200, 38400, 76800, or 153600 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-22. Forward Supplemental Channel Modulation Parameters
for 80 ms Frames for Radio Configuration 4**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/ code symbol |
| Modulation Symbol Rate | 19,200 × N | 9,600 | 4,800 | 4,800 | sps |
| QPSK Symbol Rate | 9,600 × N | 4,800 | 2,400 | 2,400 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/QPSK symbol |
| Processing Gain | 128/N | 256 | 512 | 1024 | PN chips/bit |

Notes:

1. N = 1, 2, 4, or 8, which yields data rates of 9600, 19200, 38400, or 76800 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

**Table 3.1.3.1.2.1-23. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 5**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | $14,400 \times N$ | 7,200 | 3600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/ code symbol |
| Puncturing Rate | 8/12 | 8/12 | 8/12 | 8/12 | modulation symbols/repeated code symbol |
| Modulation Symbol Rate | $38,400 \times N$ | 38,400 | 38,400 | 38,400 | sps |
| QPSK Symbol Rate | $19,200 \times N$ | 19,200 | 19,200 | 19,200 | sps |
| Walsh Length | 64/N | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 85.33/N | 170.7 | 341.33 | 682.7 | PN chips/bit |

Notes:

1.  N = 1, 2, 4, 8, or 16, which yields data rates of 14400, 28800, 57600, 115200, or 230400 bps, respectively.

2.  If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-24. Forward Supplemental Channel Modulation Parameters
for 40 ms Frames for Radio Configuration 5**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/ code symbol |
| Puncturing Rate | 8/12 | 8/12 | 8/12 | 8/12 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 38,400 × N | 19,200 | 19,200 | 19,200 | sps |
| QPSK Symbol Rate | 19,200 × N | 9,600 | 9,600 | 9,600 | sps |
| Walsh Length | 64/N | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/QPSK symbol |
| Processing Gain | 85.33/N | 170.7 | 341.33 | 682.7 | PN chips/bit |

Notes:

1. N = 1, 2, 4, or 8, which yields data rates of 14400, 28800, 57600, or 115200 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

**Table 3.1.3.1.2.1-25. Forward Supplemental Channel Modulation Parameters
for 80 ms Frames for Radio Configuration 5**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/ code symbol |
| Puncturing Rate | 8/12 | 8/12 | 8/12 | 8/12 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 38,400 × N | 19,200 | 9,600 | 9,600 | sps |
| QPSK Symbol Rate | 19,200 × N | 9,600 | 4,800 | 4,800 | sps |
| Walsh Length | 64/N | 64 | 64 | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/QPSK symbol |
| Processing Gain | 85.33/N | 170.7 | 341.33 | 682.7 | PN chips/bit |

Notes:

1. N = 1, 2, or 4, which yields data rates of 14400, 28800, or 57600 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.1-26. Forward Fundamental Channel Modulation Parameters for 5 ms Frames for Radio Configuration 5**

|  | Data Rate (bps) |  |
| --- | --- | --- |
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 38,400 | sps |
| QPSK Symbol Rate | 19,200 | sps |
| Walsh Length | 64 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 128 | PN chips/bit |

**Table 3.1.3.1.2.1-27. Forward Packet Data Channel Parameters for Radio Configuration 10**

| Please refer to Table 3.1.3.1.13.4-1 |
| --- |

3.1.3.1.2.2 Spreading Rate 3

The modulation parameters for the Forward CDMA Channel operating in Spreading Rate 3 are shown in Table 3.1.3.1.2.2-1 through Table 3.1.3.1.2.2-23.

**Table 3.1.3.1.2.2-1. Sync Channel Modulation Parameters for Spreading Rate 3**

| Parameter | Data Rate (bps) 1,200 | Units |
|---|---|---|
| PN Chip Rate | 1.2288 | Mcps |
| Code Rate | 1/2 | bits/code symbol |
| Code Symbol Repetition | 2 | modulation symbols/code symbol |
| Modulation Symbol Rate | 4,800 | sps |
| Walsh Length | 64 | PN chips |
| Number of Walsh Function Repetitions per Modulation Symbol | 4 | Walsh functions/ modulation symbol |
| Processing Gain | 1,024 | PN chips/bit |

Note: A Spreading Rate 3 Sync Channel can be transmitted on any of the three carriers.

**Table 3.1.3.1.2.2-2. Broadcast Control Channel Modulation Parameters for Spreading Rate 3**

| Parameter | Data Rate (bps) 19,200 | 9,600 | 4,800 | Units |
|---|---|---|---|---|
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/3 | 1/3 | bits/code symbol |
| Code Sequence Repetition | 1 | 2 | 4 | modulation symbols/code symbol |
| Modulation Symbol Rate | 57,600 | 57,600 | 57,600 | sps |
| QPSK Symbol Rate | 28,800 | 28,800 | 28,800 | sps |
| Walsh Length | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 192 | 384 | 768 | PN chips/bit |

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-3. Quick Paging Channel Modulation Parameters for Spreading Rate 3**

| Parameter | Data Rate (bps) | | Units |
|---|---|---|---|
| | **4,800** | **2,400** | |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps/carrier |
| Number of Indicators/80 ms Quick Paging Channel Slot | 768 | 384 | indicators/slot |
| Number of Indicators/Slot/ Mobile Station | 2 | 2 | indicators/mobile station |
| Indicator Rate | 9,600 | 4,800 | bps |
| Indicator Repetition Factor | 3 | 6 | modulation symbols/ indicator |
| Modulation Symbol Rate | 28,800 | 28,800 | sps |
| QPSK Symbol Rate | 14,400 | 14,400 | sps |
| Walsh Length | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 768 | 1,536 | PN chips/mobile station |

**Table 3.1.3.1.2.2-4. Common Power Control Channel Modulation Parameters for Spreading Rate 3**

| Parameter | Data Rate (bps) | Units |
|---|---|---|
| | **19,200** | |
| PN Chip Rate | 1.2288 | Mcps/carrier |
| PC Bit Repetition Factor | 3 | modulation symbols /bit |
| Modulation Symbol Rate | 28,800 | sps on I and Q |
| Walsh Length | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 192 | PN chips/bit |

Note: I and Q arms are considered as separate BPSK channels.

**Table 3.1.3.1.2.2-5. Common Assignment Channel Modulation Parameters for Spreading Rate 3**

| | Data Rate (bps) | |
|---|---|---|
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 28,800 | sps |
| QPSK Symbol Rate | 14,400 | sps |
| Walsh Length | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384 | PN chips/bit |

**Table 3.1.3.1.2.2-6. Forward Common Control Channel Modulation Parameters for Spreading Rate 3**

| | Data Rate (bps) | | | |
|---|---|---|---|---|
| Parameter | 38,400 | 19,200 | 9,600 | Units |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/3 | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | Modulation symbols/code symbol |
| Modulation Symbol Rate | 115,200 | 57,600 | 28,800 | sps |
| QPSK Symbol Rate | 57,600 | 28,800 | 14,400 | sps |
| Walsh Length | 64 | 128 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 96 | 192 | 384 | PN chips/bit |

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-7. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 6**

|  | Data Rate (bps) | |
| --- | --- | --- |
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps/carrier |
| Code Rate | 1/6 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 57,600 | sps |
| QPSK Symbol Rate | 28,800 | sps |
| Walsh Length | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384 | PN chips/bit |

Note: If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

**Table 3.1.3.1.2.2-8. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 7**

|  | Data Rate (bps) | |
| --- | --- | --- |
| Parameter | 9,600 | Units |
| PN Chip Rate | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 28,800 | sps |
| QPSK Symbol Rate | 14,400 | sps |
| Walsh Length | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384 | PN chips/bit |

Note: If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

**Table 3.1.3.1.2.2-9. Forward Dedicated Control Channel Modulation Parameters for Radio Configuration 8**

| Parameter | Data Rate (bps) | | Units |
|---|---|---|---|
| | 9,600 | 14,400 | |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 2 | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 57,600 | 57,600 | sps |
| QPSK Symbol Rate | 28,800 | 28,800 | sps |
| Walsh Length | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384 | 256 | PN chips/bit |

Notes:

The 9600 bps data rate is for 5 ms frames and the 14400 bps data rate is for 20 ms frames.

If flexible data rates are supported, repetition and puncturing can be used to support data rates not specified in this table.

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-10. Forward Dedicated Control Channel Modulation Parameters**
**for Radio Configuration 9**

|  | Data Rate (bps) | | |
|---|---|---|---|
| Parameter | 9,600 | 14,400 | Units |
| PN Chip Rate | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | modulation symbols/code symbol |
| Modulation Symbol Rate | 28,800 | 28,800 | sps |
| QPSK Symbol Rate | 14,400 | 14,400 | sps |
| Walsh Length | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384 | 256 | PN chips/bit |

Notes:

The 9600 bps data rate is for 5 ms frames and the 14400 bps data rate is for
20 ms frames.

If flexible data rates are supported, repetition and puncturing can be used to
support data rates not specified in this table.

**Table 3.1.3.1.2.2-11. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 6**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | $9,600 \times N$ | 4,800 | 2,700 | 1,500 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/6 | 1/6 | 1/6 | 1/6 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 8/9 | 4/5 | modulation symbols/ repeated code symbol |
| Modulation Symbol Rate | $57,600 \times N$ | 57,600 | 57,600 | 57,600 | sps |
| QPSK Symbol Rate | $28,800 \times N$ | 28,800 | 28,800 | 28,800 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384/N | 768 | 1,365.3 | 2,457.6 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 32, which yields data rates of 9600, 19200, 38400, 76800, 153600, or 307200 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-12. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 6**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,350 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/6 | 1/6 | 1/6 | 1/6 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 1 | 8/9 | interleaver symbols/repeated code symbol |
| Modulation Symbol Rate | 57,600 × N | 28,800 | 28,800 | 28,800 | sps |
| QPSK Symbol Rate | 28,800 × N | 14,400 | 14,400 | 14,400 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/QPSK symbol |
| Processing Gain | 384/N | 768 | 1,536 | 2,730.7 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 9600, 19200, 38400, 76800, or 153600 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

**Table 3.1.3.1.2.2-13. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 6**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/6 | 1/6 | 1/6 | 1/6 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 57,600 × N | 28,800 | 14,400 | 14,400 | sps |
| QPSK Symbol Rate | 28,800 × N | 14,400 | 7,200 | 7,200 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/QPSK symbol |
| Processing Gain | 384/N | 768 | 1,536 | 3,072 | PN chips/bit |

Notes:

1. N = 1, 2, 4, or 8, which yields data rates of 9600, 19200, 38400, or 76800 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-14. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 5 or 20 ms Frames for Radio Configuration 7**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | $9,600 \times N$ | 4,800 | 2,700 | 1,500 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/3 | 1/3 | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 8/9 | 4/5 | modulation symbols/ repeated code symbol |
| Modulation Symbol Rate | $28,800 \times N$ | 28,800 | 28,800 | 28,800 | sps |
| QPSK Symbol Rate | $14,400 \times N$ | 14,400 | 14,400 | 14,400 | sps |
| Walsh Length | 256/N | 256 | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384/N | 768 | 1,365.3 | 2,457.6 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, 32, or 64, which yields data rates of 9600, 19200, 38400, 76800, 153600, 307200, or 614400 bps, respectively.

2, If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

**Table 3.1.3.1.2.2-15. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 7**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | **9,600 × N** | **4,800** | **2,400** | **1,350** | **Units** |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/3 | 1/3 | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Puncturing Rate | 1 | 1 | 1 | 8/9 | modulation symbols/ repeated code symbol |
| Modulation Symbol Rate | 28,800 × N | 14,400 | 14,400 | 14,400 | sps |
| QPSK Symbol Rate | 14,400 × N | 7,200 | 7,200 | 7,200 | sps |
| Walsh Length | 256/N | 256 | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/QPSK symbol |
| Processing Gain | 384/N | 768 | 1,536 | 2,730.7 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 32, which yields data rates of 9600, 19200, 38400, 76800, 153600, or 307200 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-16. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 7**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 9,600 × N | 4,800 | 2,400 | 1,200 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | 1/3 | 1/3 | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 28,800 × N | 14,400 | 7,200 | 7,200 | sps |
| QPSK Symbol Rate | 14,400 × N | 7,200 | 3,600 | 3,600 | sps |
| Walsh Length | 256/N | 256 | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/QPSK symbol |
| Processing Gain | 384/N | 768 | 1,536 | 3,072 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 9600, 19200, 38400, 76800, or 153600 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

1   **Table 3.1.3.1.2.2-17. Forward Fundamental Channel and Forward Supplemental**
2   **Channel Modulation Parameters for 20 ms Frames for Radio Configuration 8**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 57,600 × N | 57,600 | 57,600 | 57,600 | sps |
| QPSK Symbol Rate | 28,800 × N | 28,800 | 28,800 | 28,800 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/ QPSK symbol |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 32, which yields data rates of 14400, 28800, 57600, 115200, 230400, or 460800, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

3

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-18. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 8**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Modulation Symbol Rate | 57,600 × N | 28,800 | 28,800 | 28,800 | sps |
| QPSK Symbol Rate | 28,800 × N | 14,400 | 14,400 | 14,400 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/ QPSK symbol |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 16, which yields data rates of 14400, 28800, 57600, 115200, or 230400, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

1

2

**Table 3.1.3.1.2.2-19. Forward Supplemental Channel Modulation Parameters
for 80 ms Frames for Radio Configuration 8**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | $14,400 \times N$ | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/code symbol |
| Modulation Symbol Rate | $57,600 \times N$ | 28,800 | 14,400 | 14,400 | sps |
| QPSK Symbol Rate | $28,800 \times N$ | 14,400 | 7,200 | 7,200 | sps |
| Walsh Length | 128/N | 128 | 128 | 128 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/ QPSK symbol |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1.  N = 1, 2, 4, or 8, which yields data rates of 14400, 28800, 57600, or 115200, respectively.

2.  If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

3

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-20. Forward Fundamental Channel and Forward Supplemental Channel Modulation Parameters for 20 ms Frames for Radio Configuration 9**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 2 | 4 | 8 | repeated code symbols/code symbol |
| Puncturing Rate | 1 (N ≤ 32) 16/18 (N = 72) | 1 | 1 | 1 | modulation symbols/ repeated code symbol |
| Modulation Symbol Rate | 28,800 × N (N ≤ 32) 1,843,200 (N = 72) | 28,800 | 28,800 | 28,800 | sps |
| QPSK Symbol Rate | 14,400 × N (N ≤ 32) 921,600 (N = 72) | 14,400 | 14,400 | 14,400 | sps |
| Walsh Length | 256/N (N ≤ 32) 4 (N = 72) | 256 | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 1 | 1 | 1 | Walsh functions/ QPSK symbol |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, 32, or 72, which yields data rates of 14400, 28800, 57600, 115200, 230400, 460800, or 1036800 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Fundamental Channel or the Forward Supplemental Channel, and the specified frame quality indicator length.

**Table 3.1.3.1.2.2-21. Forward Supplemental Channel Modulation Parameters for 40 ms Frames for Radio Configuration 9**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 2 | 4 | repeated code symbols/code symbol |
| Puncturing Rate | 1 (N ≤ 16) 16/18 (N = 36) | 1 | 1 | 1 | interleaver symbols/ repeated code symbol |
| Modulation Symbol Rate | 28,800 × N (N ≤ 16) 921,600 (N = 36) | 14,400 | 14,400 | 14,400 | sps |
| QPSK Symbol Rate | 14,400 × N (N ≤ 16) 460,800 (N = 36) | 7,200 | 7,200 | 7,200 | sps |
| Walsh Length | 256/N (N ≤ 16) 8 (N = 36) | 256 | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 2 | 2 | Walsh functions/ QPSK symbol |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, 16, or 36, which yields data rates of 14400, 28800, 57600, 115200, 230400, or 518400 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-22. Forward Supplemental Channel Modulation Parameters for 80 ms Frames for Radio Configuration 9**

| Parameter | Data Rate (bps) | | | | Units |
|---|---|---|---|---|---|
| | 14,400 × N | 7,200 | 3,600 | 1,800 | |
| PN Chip Rate | 1.2288 | 1.2288 | 1.2288 | 1.2288 | Mcps/carrier |
| Code Rate | 1/2 | 1/2 | 1/2 | 1/2 | bits/code symbol |
| Code Symbol Repetition | 1 | 1 | 1 | 2 | repeated code symbols/code symbol |
| Puncturing Rate | 1 (N ≤ 8) 16/18 (N = 18) | 1 | 1 | 1 | interleaver symbols/ repeated code symbol |
| Post-Interleaver Symbol Repetition | 1 | 2 | 4 | 4 | modulation symbols/ interleaver symbol |
| Modulation Symbol Rate | 28,800 × N (N ≤ 8) 460,800 (N = 18) | 14,400 | 7,200 | 7,200 | sps |
| QPSK Symbol Rate | 14,400 × N (N ≤ 8) 230,400 (N = 18) | 7,200 | 3,600 | 3,600 | sps |
| Walsh Length | 256/N (N ≤ 8) 16 (N = 18) | 256 | 256 | 256 | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | 2 | 4 | 4 | Walsh functions/ QPSK symbol |
| Processing Gain | 256/N | 512 | 1,024 | 2,048 | PN chips/bit |

Notes:

1. N = 1, 2, 4, 8, or 18, which yields data rates of 14400, 28800, 57600, 115200, or 259200 bps, respectively.

2. If variable-rate Forward Supplemental Channel operation, flexible forward link data rates, or both are supported, the parameters are determined from the specified number of channel bits per frame, the maximum assigned number of channel bits per frame for the Forward Supplemental Channel, and the specified frame quality indicator length.

TIA-2000.2-C-1

**Table 3.1.3.1.2.2-23. Forward Fundamental Channel Modulation Parameters
for 5 ms Frames for Radio Configurations 8 and 9**

| Parameter | Data Rate (bps) 9,600 | Units |
|---|---|---|
| PN Chip Rate | 1.2288 | Mcps/carrier |
| Code Rate | 1/3 | bits/code symbol |
| Code Symbol Repetition | 1 (RC 9) 2 (RC 8) | modulation symbols/ code symbol |
| Modulation Symbol Rate | 28,800 (RC 9) 57,600 (RC 8) | sps |
| QPSK Symbol Rate | 14,400 (RC 9) 28,800 (RC 8) | sps |
| Walsh Length | 256 (RC 9) 128 (RC 8) | PN chips |
| Number of Walsh Function Repetitions per QPSK Symbol | 1 | Walsh functions/QPSK symbol |
| Processing Gain | 384 | PN chips/bit |

Note: The number of data bits per frame is the same in all 5 ms frames operating in Spreading Rate 3.

**3.1.3.1.3 Data Rates**

The data rates for channels operating with Spreading Rate 1 shall be as specified in Table 3.1.3.1.3-1 and Table 3.1.3.1.3-2. The data rates for channels operating with Spreading Rate 3 shall be as specified in Table 3.1.3.1.3-3 and Table 3.1.3.1.3-4.

Flexible data rates may be supported with Radio Configurations 3, 4, 5, 6, 7, 8, and 9. If flexible data rates are supported, frame formats that do not match those listed in Table 3.1.3.11.2-1 for the Forward Dedicated Control Channel, Table 3.1.3.12.2-1 for the Forward Fundamental Channel, or Table 3.1.3.13.2-1, Table 3.1.3.13.2-2, and Table 3.1.3.13.2-3 for the Forward Supplemental Channel may be supported in Radio Configurations 3, 4, 5, 6, 7, 8, and 9. These frame formats correspond to a range of data rates up to the highest dedicated channel data rate listed in Table 3.1.3.1.3-1, Table 3.1.3.1.3-2, Table 3.1.3.1.3-3, and Table 3.1.3.1.3-4. These non- unlisted data rates are called flexible data rates.

TIA-2000.2-C-1

**Table 3.1.3.1.3-1. Data Rates for Spreading Rate 1 (Part 1 of 2)**

| Channel Type | | Data Rates (bps) |
|---|---|---|
| Sync Channel | | 1200 |
| Paging Channel | | 9600 or 4800 |
| Broadcast Control Channel | | 19200 (40 ms slots), 9600 (80 ms slots), or 4800 (160 ms slots) |
| Quick Paging Channel | | 4800 or 2400 |
| Common Power Control Channel | | 19200 (9600 bps per I and Q arm) |
| Common Assignment Channel | | 9600 |
| Forward Common Control Channel | | 38400 (5, 10 or 20 ms frames), 19200 (10 or 20 ms frames), or 9600 (20 ms frames) |
| Forward Packet Data Control Channel | | 29600 (1.25 ms frames) 14800 (2.5 ms frames) 7400 (5 ms frames) |
| Forward Dedicated Control Channel | RC 3 or 4 | 9600 |
| | RC 5 | 14400 (20 ms frames) or 9600 (5 ms frames) |
| Forward Fundamental Channel | RC 1 | 9600, 4800, 2400, or 1200 |
| | RC 2 | 14400, 7200, 3600, or 1800 |
| | RC 3 or 4 | 9600, 4800, 2700, or 1500 (20 ms frames) or 9600 (5 ms frames) |
| | RC 5 | 14400, 7200, 3600, or 1800 (20 ms frames) or 9600 (5 ms frames) |
| Forward Supplemental Code Channel | RC 1 | 9600 |
| | RC 2 | 14400 |

1

**Table 3.1.3.1.3-2. Data Rates for Spreading Rate 1 (Part 2 of 2)**

| Channel Type | | Data Rates (bps) |
|---|---|---|
| Forward Supplemental Channel | RC 3 | 153600, 76800, 38400, 19200, 9600, 4800, 2700, or 1500 (20 ms frames) |
| | | 76800, 38400, 19200, 9600, 4800, 2400, or 1350 (40 ms frames) |
| | | 38400, 19200, 9600, 4800, 2400, or 1200 (80 ms frames) |
| | RC 4 | 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, or 1500 (20 ms frames) |
| | | 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1350 (40 ms frames) |
| | | 76800, 38400, 19200, 9600, 4800, 2400, or 1200 (80 ms frames) |
| | RC 5 | 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (20 ms frames) |
| | | 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (40 ms frames) |
| | | 57600, 28800, 14400, 7200, 3600, or 1800 (80 ms frames) |
| Forward Packet Data Channel | RC 10 | 3091200, 2476800, 1862400, 1248000, 633600, or 326400 (1.25 ms frames) |
| | | 1545600, 1238400, 931200, 624000, 316800, or 163200 (2.5 ms frames) |
| | | 772800, 619200, 465600, 312000, 158400, or 81600 (5 ms frames) (see Table 3.1.3.1.13.4-1) |

2

TIA-2000.2-C-1

1

**Table 3.1.3.1.3-3. Data Rates for Spreading Rate 3 (Part 1 of 2)**

| Channel Type | | Data Rates (bps) |
|---|---|---|
| Sync Channel | | 1200 |
| Broadcast Control Channel | | 19200 (40 ms slots),<br>9600 (80 ms slots), or<br>4800 (160 ms slots) |
| Quick Paging Channel | | 4800 or 2400 |
| Common Power Control Channel | | 19200 (9600 per I and Q arm) |
| Common Assignment Channel | | 9600 |
| Forward Common Control Channel | | 38400 (5, 10 or 20 ms frames),<br>19200 (10 or 20 ms frames), or<br>9600 (20 ms frames) |
| Forward Dedicated Control Channel | RC 6 or 7 | 9600 |
| | RC 8 or 9 | 14400 (20 ms frames) or<br>9600 (5 ms frames) |
| Forward Fundamental Channel | RC 6 or 7 | 9600, 4800, 2700, or 1500 (20 ms frames)<br>or 9600 (5 ms frames) |
| | RC 8 or 9 | 14400, 7200, 3600, or 1800 (20 ms frames)<br>or 9600 (5 ms frames) |

2

**Table 3.1.3.1.3-4. Data Rates for Spreading Rate 3 (Part 2 of 2)**

| Channel Type | | Data Rates (bps) |
|---|---|---|
| Forward Supplemental Channel | RC 6 | 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, or 1500 (20 ms frames) 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1350 (40 ms frames) 76800, 38400, 19200, 9600, 4800, 2400, or 1200 (80 ms frames) |
| | RC 7 | 614400, 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, or 1500 (20 ms frames) 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1350 (40 ms frames) 153600, 76800, 38400, 19200, 9600, 4800, 2400, or 1200 (80 ms frames) |
| | RC 8 | 460800, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (20 ms frames) 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (40 ms frames) 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (80 ms frames) |
| | RC 9 | 1036800, 460800, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (20 ms frames) 518400, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (40 ms frames) 259200, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 (80 ms frames) |

3.1.3.1.4 Forward Error Correction

The forward error correction types for channels with Spreading Rate 1 shall be as specified in Table 3.1.3.1.4-1. The forward error correction types for channels with Spreading Rate 3 shall be as specified in Table 3.1.3.1.4-2.

If the base station supports variable-rate Forward Supplemental Channel operation, flexible data rates, or both, and the specified number of reserved bits, information bits and frame quality indicator bits do not match one of those listed in Table 3.1.3.13.2-1, Table 3.1.3.13.2-2, or Table 3.1.3.13.2-3 for the Forward Supplemental Channel, the forward error correction type of the Forward Supplemental Channel shall be the same as that of the maximum assigned number of bits per frame for that channel if, ~~unless~~ turbo code is ~~not~~ available for the specified number of bits per frame, otherwise ~~in which case~~ convolutional code shall be used. The forward error correction code rate of a specified frame format, not listed in Table 3.1.3.13.2-1, Table 3.1.3.13.2-2, or Table 3.1.3.13.2-3 for the Forward

TIA-2000.2-C-1

1 Supplemental Channel, shall be the same as that of the lowest listed data rate in the same
2 radio configuration that is higher than the specified data rate.

3 If ERAM is enabled, the code rate of the turbo encoder shall be selected as follows:

4 • For Radio Configuration 4, the code rate of the turbo encoder shall be

$$R = \begin{cases} 1/2, \text{ if } N/I = 2 \\ 1/3, \text{ if } 2 < N/I \leq 3 \\ 1/4, \text{ if } 3 < N/I \leq 4 \\ 1/5, \text{ if } N/I > 4 \end{cases}$$

6 • For Radio Configuration 5, the code rate of the turbo encoder shall be

$$R = \begin{cases} 1/3, \text{ if } 8/3 < N/I \leq 3 \\ 1/4, \text{ if } 3 < N/I \leq 4 \text{ or } N/I = 8/3 \\ 1/5, \text{ if } N/I > 4 \end{cases}$$

8 where I denotes the number of encoder input bits per frame and N denotes the interleaver
9 block size.

10

**Table 3.1.3.1.4-1. Forward Error Correction for Spreading Rate 1**

| Channel Type | Forward Error Correction | R |
|---|---|---|
| Sync Channel | Convolutional | 1/2 |
| Paging Channel | Convolutional | 1/2 |
| Broadcast Control Channel | Convolutional | 1/4 or 1/2 |
| Quick Paging Channel | None | - |
| Common Power Control Channel | None | - |
| Common Assignment Channel | Convolutional | 1/4 or 1/2 |
| Forward Common Control Channel | Convolutional | 1/4 or 1/2 |
| Forward Packet Data Control Channel | Convolutional | 1/2 (1.25 ms frames) <br> 1/4 (2.5 ms frames) <br> 1/4 (5 ms frames) |
| Forward Dedicated Control Channel | Convolutional | 1/4 (RC 3 or 5) <br> 1/2 (RC 4) |
| Forward Fundamental Channel | Convolutional | 1/2 (RC 1, 2, or 4) <br> 1/4 (RC 3 or 5) |
| Forward Supplemental Code Channel | Convolutional | 1/2 (RC 1 or 2) |
| Forward Supplemental Channel | Convolutional | 1/2 (RC 4) <br> 1/4 (RC 3 or 5) |
| | Turbo (N ≥ 360 for RC 3, 4 or N ≥ 552 for RC 5) | 1/4 (RC 3) <br> 1/2, 1/3, 1/4 or 1/5 (RC 4) <br> 1/3, 1/4, or 1/5 (RC 5) |
| Forward Packet Data Channel | Turbo | 1/5 (RC 10) |

Notes:

1.  The state of the convolutional encoder shall not be reset between Sync Channel and Paging Channel frames.

2.  N is the number of channel bits per frame.

**Table 3.1.3.1.4-2. Forward Error Correction for Spreading Rate 3**

| Channel Type | Forward Error Correction | R |
|---|---|---|
| Sync Channel | Convolutional | 1/2 |
| Broadcast Control Channel | Convolutional | 1/3 |
| Quick Paging Channel | None | - |
| Common Power Control Channel | None | - |
| Common Assignment Channel | Convolutional | 1/3 |
| Forward Common Control Channel | Convolutional | 1/3 |
| Forward Dedicated Control Channel | Convolutional | 1/6 (RC 6); 1/3 (RC 7); 1/4 (RC 8, 20 ms), 1/3 (RC 8, 5 ms); or 1/2 (RC 9, 20 ms), 1/3 (RC 9, 5 ms) |
| Forward Fundamental Channel | Convolutional | 1/6 (RC 6); 1/3 (RC 7); 1/4 (RC 8, 20 ms), 1/3 (RC 8, 5 ms); or 1/2 (RC 9, 20 ms), 1/3 (RC 9, 5 ms) |
| Forward Supplemental Channel | Convolutional | 1/6 (RC 6) |
| | Convolutional or Turbo ($N \geq 360$ for RC 7 or $N \geq 552$ for RC 8, 9) | 1/3 (RC 7) 1/4 (RC 8) 1/2 (RC 9) |

Notes:

    1.  The state of the convolutional encoder shall not be reset between Sync Channel frames.

    2.  N is the number of channel bits per frame.

## 3.1.3.1.4.1 Convolutional Encoding

All convolutional codes shall have a constraint length of 9.

### 3.1.3.1.4.1.1 Rate 1/6 Convolutional Code

The generator functions for the rate 1/6 code shall be $g_0$ equals 457 (octal), $g_1$ equals 755 (octal), $g_2$ equals 551 (octal), $g_3$ equals 637 (octal), $g_4$ equals 625 (octal), and $g_5$ equals 727 (octal). This code generates six code symbols for each data bit input to the encoder. These code symbols shall be output so that the code symbol ($c_0$) encoded with generator function $g_0$ is output first, the code symbol ($c_1$) encoded with generator function $g_1$ is output

1  second, the code symbol ($c_2$) encoded with generator function $g_2$ is output third, the code
2  symbol ($c_3$) encoded with generator function $g_3$ is output fourth, the code symbol ($c_4$)
3  encoded with generator function $g_4$ is output fifth, and the code symbol ($c_5$) encoded with
4  generator function $g_5$ is output last. The state of the convolutional encoder, upon
5  initialization, shall be the all-zero state. The first code symbol that is output after
6  initialization shall be a code symbol encoded with generator function $g_0$.

7  Convolutional encoding involves the modulo-2 addition of selected taps of a serially time-
8  delayed data sequence. The length of the data sequence delay is equal to K-1, where K is
9  the constraint length of the code. Figure 3.1.3.1.4.1.1-1 illustrates the specific K equals 9,
10  rate 1/6 convolutional encoder that is used for these channels.

11



**Figure 3.1.3.1.4.1.1-1. K = 9, Rate 1/6 Convolutional Encoder**

14

15  3.1.3.1.4.1.2 Rate 1/4 Convolutional Code

16  The generator functions for the rate 1/4 code shall be $g_0$ equals 765 (octal), $g_1$ equals 671
17  (octal), $g_2$ equals 513 (octal), and $g_3$ equals 473 (octal). This code generates four code
18  symbols for each data bit input to the encoder. These code symbols shall be output so that
19  the code symbol ($c_0$) encoded with generator function $g_0$ is output first, the code symbol
20  ($c_1$) encoded with generator function $g_1$ is output second, the code symbol ($c_2$) encoded

TIA-2000.2-C-1

with generator function $g_2$ is output third, and the code symbol ($c_3$) encoded with generator function $g_3$ is output last.

The state of the convolutional encoder, upon initialization, shall be the all-zero state. The first code symbol that is output after initialization shall be a code symbol encoded with generator function $g_0$.

Convolutional encoding involves the modulo-2 addition of selected taps of a serially time-delayed data sequence. The length of the data sequence delay is equal to K-1, where K is the constraint length of the code. Figure 3.1.3.1.4.1.2-1 illustrates the specific K equals 9, rate 1/4 convolutional encoder that is used for these channels.



**Figure 3.1.3.1.4.1.2-1. K = 9, Rate 1/4 Convolutional Encoder**

3.1.3.1.4.1.3 Rate 1/3 Convolutional Code

The generator functions for the rate 1/3 code shall be $g_0$ equals 557 (octal), $g_1$ equals 663 (octal), and $g_2$ equals 711 (octal). This code generates three code symbols for each data bit that is input to the encoder. These code symbols shall be output so that the code symbol ($c_0$) encoded with generator function $g_0$ is output first, the code symbol ($c_1$) encoded with generator function $g_1$ is output second, and the code symbol ($c_2$) encoded with generator function $g_2$ is output last. The state of the convolutional encoder, upon initialization, shall be the all-zero state. The first code symbol that is output after initialization shall be a code symbol encoded with generator function $g_0$.

Convolutional encoding involves the modulo-2 addition of selected taps of a serially time-delayed data sequence. The length of the data sequence delay is equal to K-1, where K is the constraint length of the code. Figure 3.1.3.1.4.1.3-1 illustrates the specific K equals 9, rate 1/3 convolutional encoder that is used for these channels.

1



3        **Figure 3.1.3.1.4.1.3-1. K = 9, Rate 1/3 Convolutional Encoder**

4

5    3.1.3.1.4.1.4 Rate 1/2 Convolutional Code

6    The generator functions for the rate 1/2 code shall be $g_0$ equals 753 (octal) and $g_1$ equals
7    561 (octal). This code generates two code symbols for each data bit that is input to the
8    encoder. These code symbols shall be output so that the code symbol ($c_0$) encoded with
9    generator function $g_0$ is output first, and the code symbol ($c_1$) encoded with generator
10   function $g_1$ is output last. The state of the convolutional encoder, upon initialization, shall
11   be the all-zero state. The first code symbol that is output after initialization shall be a code
12   symbol encoded with generator function $g_0$.

13   Convolutional encoding involves the modulo-2 addition of selected taps of a serially time-
14   delayed data sequence. The length of the data sequence delay is equal to K-1, where K is
15   the constraint length of the code. Figure 3.1.3.1.4.1.4-1 illustrates the specific K equals 9,
16   rate 1/2 convolutional encoder that is used for these channels.

17



19        **Figure 3.1.3.1.4.1.4-1. K = 9, Rate 1/2 Convolutional Encoder**

20
21

3.1.3.1.4.2 Turbo Encoding

For Radio Configurations 3 through 9, the turbo encoder encodes the data, frame quality indicator (CRC), and two reserved bits. For the Radio Configuration 10, the turbo encoder encodes the information bits and the frame quality indicator bits. During encoding, an encoder output tail sequence is added. For Radio Configurations 3 through 9, $N_{turbo}$ is the total number of data, frame quality indicator, and reserved input bits, and for Radio Configuration 10 $N_{turbo}$ is the total number of information bits and frame quality indicator bits. Then, the turbo encoder generates $N_{turbo}/R$ encoded data output symbols followed by $6/R$ tail output symbols, where R is the code rate of $1/2$, $1/3$, $1/4$, or $1/5$. The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder. The two recursive convolutional codes are called the constituent codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the $(N_{turbo} + 6)/R$ output symbols.

3.1.3.1.4.2.1 Rate 1/2, 1/3, 1/4, and 1/5 Turbo Encoders

A common constituent code shall be used for the turbo codes of rate $1/2$, $1/3$, $1/4$, and $1/5$. The transfer function for the constituent code shall be

$$G(D) \;=\; \left[\, 1 \quad \frac{n_0(D)}{d(D)} \quad \frac{n_1(D)}{d(D)} \,\right]$$

where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

The turbo encoder shall generate an output symbol sequence that is identical to the one generated by the encoder shown in Figure 2.1.3.1.4.2.1-1. Initially, the states of the constituent encoder registers in this figure are set to zero. Then, the constituent encoders are clocked with the switches in the positions noted.

When Code Combining Soft Handoff is enabled, the base station may be configured to use either the default turbo encoder or the complementary turbo encoder. When Code Combining Soft Handoff is not enabled, the base station shall use the default turbo encoder. For a base station using the default turbo encoder, the constituent encoder output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing as specified in Table 3.1.3.1.4.2.1-1. For a base station using the complementary turbo encoder, the constituent encoder output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing as specified in Table 3.1.3.1.4.2.1-2. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that a symbol shall be passed.

The turbo encoder shall generate symbols for rate 1/2 turbo codes as follows.

- The symbols output by the default encoder for even-indexed data bit periods shall be $XY_0$.

- The symbols output by the default encoder for odd-indexed data bit periods shall be $XY'_0$.

- The symbols output by the complementary encoder for even-indexed data bit periods shall be $XY'_0$.

- The symbols output by the complementary encoder for odd-indexed data bit periods shall be $XY_0$.

The turbo encoder shall generate symbols for rate 1/3 turbo codes as follows.

- The symbols output by the default encoder for all data bit periods shall be $XY_0Y'_0$.

- The symbols output by the complementary encoder for all data bit periods shall be $XY'_0Y_0$.

The turbo encoder shall generate symbols for rate 1/4 turbo codes as follows.

- The symbols output by the default encoder for even-indexed data bit periods shall be $XY_0Y_1Y'_1$.

- The symbols output by the default encoder for odd-indexed data bit periods shall be $XY_0Y'_0Y'_1$.

- The symbols output by the complementary encoder for even-indexed data bit periods shall be $XY'_0Y'_1Y_1$.

- The symbols output by the complementary encoder for odd-indexed data bit periods shall be $XY'_0Y_0Y_1$.

The turbo encoder shall generate symbols for rate 1/5 turbo codes as follows.

- The symbols output by the default encoder for all data bit periods shall be $XY_0Y_1Y'_0Y'_1$.

- The symbols output by the complementary encoder for all data bit periods shall be $XY'_0Y'_1Y_0Y_1$.

Symbol repetition is not used in generating the encoded data output symbols.

TIA-2000.2-C-1



**Figure 3.1.3.1.4.2.1-1. Turbo Encoder**

1 **Table 3.1.3.1.4.2.1-1. Puncturing Patterns for the Default Turbo Encoder During the**
2 **Data Bit Periods**

| Output | Code Rate | | | |
|---|---|---|---|---|
| | 1/2 | 1/3 | 1/4 | 1/5 |
| X | 11 | 11 | 11 | 11 |
| $Y_0$ | 10 | 11 | 11 | 11 |
| $Y_1$ | 00 | 00 | 10 | 11 |
| X' | 00 | 00 | 00 | 00 |
| $Y'_0$ | 01 | 11 | 01 | 11 |
| $Y'_1$ | 00 | 00 | 11 | 11 |

Note: For each rate, the puncturing table shall be read first from top to bottom and then from left to right.

3

4 **Table 3.1.3.1.4.2.1-2. Puncturing Patterns for the Complementary Turbo Encoder**
5 **During the Data Bit Periods**

| Output | Code Rate | | | |
|---|---|---|---|---|
| | 1/2 | 1/3 | 1/4 | 1/5 |
| X | 11 | 11 | 11 | 11 |
| $Y'_0$ | 10 | 11 | 11 | 11 |
| $Y'_1$ | 00 | 00 | 10 | 11 |
| X' | 00 | 00 | 00 | 00 |
| $Y_0$ | 01 | 11 | 01 | 11 |
| $Y_1$ | 00 | 00 | 11 | 11 |

Note:

1.  For each rate, the puncturing table shall be read first from top to bottom and then from left to right.

2.  For R = 1/3 and 1/5, the puncturing patterns do not result in complementary turbo codes.

6

7 3.1.3.1.4.2.2 Turbo Code Termination

8 The turbo encoder shall generate 6/R tail output symbols following the encoded data
9 output symbols. This tail output symbol sequence shall be identical to the one generated
10 by the encoder shown in Figure 3.1.3.1.4.2.1-1. The tail output symbols are generated after

TIA-2000.2-C-1

1 the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up
2 position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1
3 three times with its switch in the down position while Constituent Encoder 2 is not clocked
4 and puncturing and repeating the resulting constituent encoder output symbols. The last
5 3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with
6 its switch in the down position while Constituent Encoder 1 is not clocked and puncturing
7 and repeating the resulting constituent encoder output symbols. The constituent encoder
8 outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X
9 output first.

10 The tail output symbol puncturing and symbol repetition used by both the default and
11 complementary turbo encoders shall be as specified in Table 3.1.3.1.4.2.2-1. Within a
12 puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that a
13 symbol shall be passed. A 2 or a 3 means that two or three copies of the symbol shall be
14 passed. For rate 1/2 turbo codes, the tail output symbols for each of the first three tail bit
15 periods shall be $XY_0$, and the tail output symbols for each of the last three tail bit periods
16 shall be $X'Y'_0$. For rate 1/3 turbo codes, the tail output symbols for each of the first three
17 tail bit periods shall be $XXY_0$, and the tail output symbols for each of the last three tail bit
18 periods shall be $X'X'Y'_0$. For rate 1/4 turbo codes, the tail output symbols for each of the
19 first three tail bit periods shall be $XXY_0Y_1$, and the tail output symbols for each of the last
20 three tail bit periods shall be $X'X'Y'_0Y'_1$. For rate 1/5 turbo codes, the tail output symbols
21 for each of the first three tail bit periods shall be $XXXY_0Y_1$, and the tail output symbols for
22 each of the last three tail bit periods shall be $X'X'X'Y'_0Y'_1$.

23

24 **Table 3.1.3.1.4.2.2-1. Puncturing and Symbol Repetition Patterns for the Default and**
25 **Complementary Turbo Encoders During the Tail Bit Periods**

| Output | Code Rate | | | |
|:---:|:---:|:---:|:---:|:---:|
| | 1/2 | 1/3 | 1/4 | 1/5 |
| X | 111 000 | 222 000 | 222 000 | 333 000 |
| $Y_0$ | 111 000 | 111 000 | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 000 000 | 111 000 | 111 000 |
| X' | 000 111 | 000 222 | 000 222 | 000 333 |
| $Y'_0$ | 000 111 | 000 111 | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 000 | 000 111 | 000 111 |

Note:

1.  The puncturing table shall be read first from top to bottom and
    then from left to right with the number of repetitions for each
    symbol indicated by the number in the table.

2.  For R = 1/3 and 1/5, the puncturing patterns do not result in
    complementary turbo codes.

26

3.1.3.1.4.2.3 Turbo Interleavers

The turbo interleaver, which is part of the turbo encoder, shall block interleave the $N_{turbo}$ input bits.

The turbo interleaver shall be functionally equivalent to an approach where the entire sequence of turbo interleaver input bits are written sequentially into an array at a sequence of addresses, and then the entire sequence is read out from a sequence of addresses that are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 3.1.3.1.4.2.3-1 and described below:[23]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 3.1.3.1.4.2.3-1 gives this parameter.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 3.1.3.1.4.2.3-2 with a read address equal to the five LSBs of the counter. Note that this table depends upon the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.

---

[23] This procedure is equivalent to one in which the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. For i = 0, 1, ..., 2ⁿ-1, tThe linear congruential sequence rule is x(i + 1) = (x(i) + (i+1)c) mod $2^n$, where x(0) = c and c is a row-specific value from a table lookup.

TIA-2000.2-C-1



**Figure 3.1.3.1.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure**

**Table 3.1.3.1.4.2.3-1. Turbo Interleaver Parameters**

| Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter $n$ |
|:---:|:---:|
| 378 | 4 |
| 402 | 4 |
| 570 | 5 |
| 762 | 5 |
| 786 | 5 |
| 1,146 | 6 |
| 1,530 | 6 |
| 1,554 | 6 |
| 2,298 | 7 |
| 2,322 | 7 |
| 3,066 | 7 |
| 3,090 | 7 |
| 3,858 | 7 |
| 4,602 | 8 |
| 6,138 | 8 |
| 9,210 | 9 |
| 12,282 | 9 |
| 20,730 | 10 |

1

**Table 3.1.3.1.4.2.3-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries | n = 8 Entries | n = 9 Entries | n = 10 Entries |
|---|---|---|---|---|---|---|---|
| 0 | 5 | 27 | 3 | 15 | 3 | 13 | 1 |
| 1 | 15 | 3 | 27 | 127 | 1 | 335 | 349 |
| 2 | 5 | 1 | 15 | 89 | 5 | 87 | 303 |
| 3 | 15 | 15 | 13 | 1 | 83 | 15 | 721 |
| 4 | 1 | 13 | 29 | 31 | 19 | 15 | 973 |
| 5 | 9 | 17 | 5 | 15 | 179 | 1 | 703 |
| 6 | 9 | 23 | 1 | 61 | 19 | 333 | 761 |
| 7 | 15 | 13 | 31 | 47 | 99 | 11 | 327 |
| 8 | 13 | 9 | 3 | 127 | 23 | 13 | 453 |
| 9 | 15 | 3 | 9 | 17 | 1 | 1 | 95 |
| 10 | 7 | 15 | 15 | 119 | 3 | 121 | 241 |
| 11 | 11 | 3 | 31 | 15 | 13 | 155 | 187 |
| 12 | 15 | 13 | 17 | 57 | 13 | 1 | 497 |
| 13 | 3 | 1 | 5 | 123 | 3 | 175 | 909 |
| 14 | 15 | 13 | 39 | 95 | 17 | 421 | 769 |
| 15 | 5 | 29 | 1 | 5 | 1 | 5 | 349 |
| 16 | 13 | 21 | 19 | 85 | 63 | 509 | 71 |
| 17 | 15 | 19 | 27 | 17 | 131 | 215 | 557 |
| 18 | 9 | 1 | 15 | 55 | 17 | 47 | 197 |
| 19 | 3 | 3 | 13 | 57 | 131 | 425 | 499 |
| 20 | 1 | 29 | 45 | 15 | 211 | 295 | 409 |
| 21 | 3 | 17 | 5 | 41 | 173 | 229 | 259 |
| 22 | 15 | 25 | 33 | 93 | 231 | 427 | 335 |
| 23 | 1 | 29 | 15 | 87 | 171 | 83 | 253 |
| 24 | 13 | 9 | 13 | 63 | 23 | 409 | 677 |
| 25 | 1 | 13 | 9 | 15 | 147 | 387 | 717 |
| 26 | 9 | 23 | 15 | 13 | 243 | 193 | 313 |
| 27 | 15 | 13 | 31 | 15 | 213 | 57 | 757 |
| 28 | 11 | 13 | 17 | 81 | 189 | 501 | 189 |
| 29 | 3 | 1 | 5 | 57 | 51 | 313 | 15 |
| 30 | 15 | 13 | 15 | 31 | 15 | 489 | 75 |
| 31 | 5 | 13 | 33 | 69 | 67 | 391 | 163 |

2

3

TIA-2000.2-C-1

3.1.3.1.5 Code Symbol Repetition

For the Sync Channel, the Paging Channel, the Broadcast Control Channel, the Quick Paging Channel, the Common Power Control Channel, the Common Assignment Channel, the Forward Common Control Channel, the Forward Dedicated Control Channel, the Forward Fundamental Channel, the Forward Supplemental Code Channel, and the Forward Supplemental Channel, the code symbols output from the forward error correction encoder shall be repeated as specified in Table 3.1.3.1.5-1. Since the Quick Paging Channel and the Common Power Control Channel are not coded, the term code symbol repetition refers to symbol repetition for the Quick Paging Channel Indicators and the Common Power Control Channel bits.

If variable-rate Forward Supplemental Channel operation is supported and the specified number of bits per frame on the Forward Supplemental Channel is not the maximum assigned, repetition is calculated as follows: The symbol repetition factor is the ratio of the interleaver block size of the maximum assigned rate and the specified number of encoded symbols per frame.

If flexible data rates are used, the repetition factor is calculated as follows:

- If the specified data rate is the maximum assigned; the repetition factor is the ratio of the interleaver block size of the next higher listed rate and the specified number of encoded symbols per frame.

- Otherwise, the repetition factor is the ratio of the interleaver block size of the maximum assigned and the specified number of encoded symbol per frame.

If the repetition factor is less than 1, then code symbol repetition shall be disabled. Otherwise, the symbol repetition[24] shall be performed as follows:

The k-th output symbol from the repetition block shall be the $\lfloor kL/N \rfloor$-th input symbol

where       k   = 0 to N – 1,

              L   =   Number of specified encoded symbols per frame at encoder output, and

              N   =   Desired channel interleaver block size (N $\geq$ L).

For the Forward Packet Data Control Channel with 1.25- or 2.5-ms frames, the code symbol repetition block shall be disabled. For the Forward Packet Data Control Channel with 5-ms frames, the symbol repetition shall be performed such that the k-th output symbol from the repetition block is the $\lfloor 148k/192 \rfloor$-th input symbol, where k = 0 to 191.

---

[24] The symbol repetition factor is N/L.

**Table 3.1.3.1.5-1. Code Symbol Repetition**

| Channel Type | | Number of Repeated Code Symbols/Code Symbol |
|---|---|---|
| Sync Channel | | 2 (SR 1)<br>2 (SR 3) |
| Paging Channel | | 2 (4800 bps)<br>1 (9600 bps) |
| Broadcast Control Channel | | 1 |
| Quick Paging Channel | | 2 (SR 1 at 4800 bps)<br>4 (SR 1 at 2400 bps)<br>3 (SR 3 at 4800 bps)<br>6 (SR 3 at 2400 bps) |
| Common Power Control Channel | | 1 (SR 1, non-TD)<br>2 (SR 1, TD)<br>3 (SR 3) |
| Common Assignment Channel | | 1 |
| Forward Common Control Channel | | 1 (SR 1, non-TD)<br>2 (SR 1, TD)<br>3 (SR 3) |
| Forward Dedicated Control Channel | | 1 (RC 3, 4, 5, 6, 7, and 9; and RC 8, 20 ms)<br>2 (RC 8, 5 ms) |
| Forward Fundamental Channel | | 8 (1200, 1500, or 1800 bps)<br>4 (2400, 2700, or 3600 bps)<br>2 (4800 or 7200 bps; and RC 8, 5 ms)<br>1 (9600 or 14400 bps, 20 ms; and RC 3, 4, 5, 6, 7, and 9, 5 ms) |
| Forward Supplemental Code Channel | | 1 (RC 1 or 2) |
| Forward Supplemental Channel | 20 ms frames | 8 (1500 or 1800 bps)<br>4 (2700 or 3600 bps)<br>2 (4800 or 7200 bps)<br>1 (> 7200 bps) |
| | 40 ms frames | 4 (1350 or 1800 bps)<br>2 (2400 or 3600 bps)<br>1 (> 3600 bps) |
| | 80 ms frames | 2 (1200 or 1800 bps)<br>1 (> 1800 bps) |

TIA-2000.2-C-1

3.1.3.1.6 Puncturing

3.1.3.1.6.1 Convolutional Code Symbol Puncturing

This section specifies the puncturing pattern of convolutional code symbols for all channels except for the Forward Packet Data Control Channel. Table 3.1.3.1.6.1-1 includes the base code rate, puncturing ratio, and puncturing patterns that shall be used for different radio configurations. Within a puncturing pattern, a '0' means that the symbol shall be deleted, and '1' means that a symbol shall be passed. The most significant bit in the pattern corresponds to the first symbol in the symbol group corresponding to the length of the puncturing pattern. The puncture pattern shall be repeated for all remaining symbols in the frame.

**Table 3.1.3.1.6.1-1. Punctured Codes Used with Convolutional Codes**

| Base Code Rate | Puncturing Ratio | Puncturing Pattern | Associated Radio Configurations |
|:---:|:---:|:---:|:---:|
| 1/2 | 2 of 6 | '110101' | 2 |
| 1/2 | 1 of 5 | '11110' | 4 |
| 1/2 | 1 of 9 | '111111110' | 4 |
| 1/2 | 2 of 18 | '111011111 111111110' | 9 |
| 1/3 | 1 of 5 | '11110' | 7 |
| 1/3 | 1 of 9 | '111111110' | 7 |
| 1/4 | 4 of 12 | '110110011011' | 5 |
| 1/4 | 1 of 5 | '11110' | 3 |
| 1/4 | 1 of 9 | '111111110' | 3 |
| 1/6 | 1 of 5 | '11110' | 6 |
| 1/6 | 1 of 9 | '111111110' | 6 |

For example, the puncturing pattern for Radio Configuration 2 is '110101', meaning that the first, second, fourth, and sixth symbols are passed, while the third and the fifth symbols of each consecutive group of six symbols are removed.

3.1.3.1.6.2 Turbo Code Symbol Puncturing

Table 3.1.3.1.6.2-1 includes the base code rate, puncturing ratio, and puncturing patterns that shall be used for different radio configurations. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that a symbol shall be passed. The most significant bit in the pattern corresponds to the first symbol in the symbol group

corresponding to the length of the puncturing pattern. The puncture pattern shall be repeated for all remaining symbols in the frame.

**Table 3.1.3.1.6.2-1. Punctured Codes Used with Turbo Codes**

| Base Code Rate | Puncturing Ratio | Puncturing Pattern | Associated Radio Configurations |
|---|---|---|---|
| 1/2 | 2 of 18 | '111110101 111111111' | 9 |
| 1/4 | 4 of 12 | '110111011010' | 5 |

3.1.3.1.6.3 Flexible and Variable Rate Puncturing

If variable-rate Forward Supplemental Channel operation, flexible data rates, or both are supported, puncturing after symbol repetition is calculated as described here. However, the puncturing in 3.1.3.1.6.1 and 3.1.3.1.6.2 is used for the frame formats listed in Table 3.1.3.11.2-2 for the Forward Dedicated Control Channel, Table 3.1.3.12.2-1 for the Forward Fundamental Channel, or Table 3.1.3.13.2-1, Table 3.1.3.13.2-2, or Table 3.1.3.13.2-3 for the Forward Supplemental Channel.

If the number of specified encoded symbols per frame at the encoder output, L, is less than the desired channel interleaver block size, N, puncturing after symbol repetition shall be disabled.

Otherwise, code symbol puncturing shall be applied to the encoder output as follows.

- For turbo codes with ERAM disabled or for convolutional codes, the k-th output symbol from the puncturing block shall be the $\lfloor kL/N \rfloor$-th input symbol, where k = 0 to N − 1.

- For turbo codes with ERAM enabled for Radio Configurations 4 and 5, puncturing shall be as follows:

  - Let I denote the number of information bits per frame, including reserved and tail bits.

  - If N/I = 2 for Radio Configuration 4 or N/I = 8/3 for Radio Configuration 5, puncturing as specified in 3.1.3.1.6.2 shall be used.

  - Otherwise, let

    $J = \lfloor I/2 \rfloor$ and

    $K = \lfloor (L − N)/2 \rfloor$.

    All symbols for a frame shall be sequentially grouped into groups of L/I symbols each so that the first symbol at the encoder output is in symbol group 0 and the last symbol at the encoder output is in symbol group I − 1. Symbol puncturing shall be enabled for symbol groups with indices 2j and 2j + 1 if (j·K) mod J < K, where j = 0 to J − 1. The pattern used to puncture symbol group i shall be $P_{\{i}$

TIA-2000.2-C-1

mod 2), as defined in Table 3.1.3.1.6.3-1. Symbol groups corresponding to data
bit periods of the turbo encoded frame shall be punctured with the data
puncturing pattern, whereas symbol groups corresponding to tail bit periods
shall be punctured with the tail puncturing pattern. If L is odd, the $(I - 1)$-th
symbol group shall also be punctured.

**Table 3.1.3.1.6.3-1. Puncturing Pattern for Turbo Codes with ERAM Enabled**

|  | 2 < N/I ≤ 3 R = 1/3 | | 3 < N/I ≤ 4 R = 1/4 | | 4 < N/I < 5 R = 1/5 | |
|---|---|---|---|---|---|---|
|  | $P_0$ | $P_1$ | $P_0$ | $P_1$ | $P_0$ | $P_1$ |
| **Data Puncturing Pattern** | '110' | '101' | '1011' | '1110' | '11101' | '11011' |
| **Tail Puncturing Pattern** | '101' | '101' | '1011' | '1011' | '11011' | '11011' |

3.1.3.1.6.4 Forward Packet Data Control Channel Puncturing

With 5-ms frames, the Forward Packet Data Control Channel puncturing shall be disabled.
With 1.25- or 2.5-ms frames, the Forward Packet Data Control Channel puncturing shall
be performed such that the k-th output symbol from the encoder is the $\lfloor 37k/24 \rfloor$-th input
symbol, where k = 0 to 47 for 1.25-ms frames and k = 0 to 95 for 2.5-ms frames.

3.1.3.1.7 Block Interleaving

For the Sync Channel, the Paging Channels, the Broadcast Control Channels, the Common
Assignment Channel, the Forward Common Control Channel, the Forward Packet Data
Control Channel, and the Forward Traffic Channels with Radio Configurations 1 through 9,
all the symbols after symbol repetition and subsequent puncturing, if used, shall be block
interleaved. The interleaver parameters m and J for these channels are specified in Table
3.1.3.1.7-1. Figure 3.1.3.1.7-1 shows the configuration of the interleaver.

For the Forward Packet Data Channel with Radio Configuration 10, all the symbols after
encoding shall be block interleaved as described in 3.1.3.1.7.1.3.

**Table 3.1.3.1.7-1. Interleaver Parameters**

| Interleaver Block Size | m | J |
|:---:|:---:|:---:|
| 48 | 4 | 3 |
| 96 | 5 | 3 |
| 192 | 6 | 3 |
| 384 | 6 | 6 |
| 768 | 6 | 12 |
| 1,536 | 6 | 24 |
| 3,072 | 6 | 48 |
| 6,144 | 7 | 48 |
| 12,288 | 7 | 96 |
| 144 | 4 | 9 |
| 288 | 5 | 9 |
| 576 | 5 | 18 |
| 1,152 | 6 | 18 |
| 2,304 | 6 | 36 |
| 4,608 | 7 | 36 |
| 9,216 | 7 | 72 |
| 18,432 | 8 | 72 |
| 36,864 | 8 | 144 |
| 128 | 7 | 1 |

TIA-2000.2-C-1



The DEMUX functions distribute input symbols sequentially from the top to the bottom output paths.
The MUX functions combine the input symbols sequentially from the top to the bottom input paths.

**Figure 3.1.3.1.7-1. Structure for the N-Symbol Block Interleavers**

3.1.3.1.7.1 Spreading Rate 1 Interleaving

3.1.3.1.7.1.1 Bit-Reversal Order Interleaver

When operating on the Sync Channel, the Paging Channel, the Forward Packet Data Control Channel, or the Forward Traffic Channel with Radio Configuration 1 and 2, the symbols input to the interleaver are written sequentially at addresses 0 to the block size (N) minus one. The interleaved symbols are read out in permuted order from address $A_i$, as follows:

$$A_i = 2^m (i \bmod J) + BRO_m \left( \lfloor i / J \rfloor \right)$$

where

i = 0 to N − 1,

m and J are given in Table 3.1.3.1.7-1 using interleaver block size N,

$\lfloor x \rfloor$ indicates the largest integer less than or equal to x, and

$BRO_m(y)$ indicates the bit-reversed m-bit value of y (i.e., $BRO_3(6) = 3$).

3.1.3.1.7.1.2 Forward-Backwards Bit-Reversal Order Interleaver

When operating on the Broadcast Control Channel, the Common Assignment Channel, the Forward Common Control Channel, or the Forward Traffic Channel with Radio

1 Configuration 3 through 5, the symbols input to the interleaver are written sequentially at
2 addresses 0 to the block size (N) minus one.

3 The even interleaved symbols (i is even) are read out in permuted order from address $A_i$, as
4 follows:

5
$$A_i = 2^m \left[ \frac{i}{2} \bmod J \right] + BRO_m \left( \left\lfloor \frac{i}{2} / J \right\rfloor \right)$$

6 where

7    $i = 0, 2, ..., N - 2$,

8    m and J are given in Table 3.1.3.1.7-1 using interleaver block size N,

9    $\lfloor x \rfloor$ indicates the largest integer less than or equal to x, and

10    $BRO_m(y)$ indicates the bit-reversed m-bit value of y (i.e., $BRO_3(6) = 3$).

11 The odd interleaved symbols (i is odd) are read out in permuted order from address $A_i$, as
12 follows:

13
$$A_i = 2^m \left[ \left( N - \frac{(i+1)}{2} \right) \bmod J \right] + BRO_m \left( \left\lfloor \left( N - \frac{(i+1)}{2} \right) / J \right\rfloor \right)$$

14 where

15    $i = 1, 3, ..., N - 1$, and

16    m and J are given in Table 3.1.3.1.11-1 using interleaver block size N.

17 The Spreading Rate 1 block interleaving procedure is diagrammed in Figure 3.1.3.1.7-1.

18 3.1.3.1.7.1.3 Interleaving for the Forward Packet Data Channel

19 The channel interleaving for the Forward Packet Data Channel shall consist of symbol
20 separation, subblock interleaving, and symbol grouping.

21 3.1.3.1.7.1.3.1 Symbol Separation

22 All of the encoded symbols shall be demultiplexed into five subblocks denoted S, $P_0$, $P_1$,
23 $P'_0$, and $P'_1$. The encoder output symbols shall be sequentially distributed into five
24 subblocks with the first encoder output symbol going to the S subblock, the second to the
25 $P_0$ subblock, the third to the $P_1$ subblock, the fourth to the $P'_0$ subblock, the fifth to the $P'_1$
26 subblock, the sixth to the S subblock, etc.

27 3.1.3.1.7.1.3.2 Subblock Interleaving

28 The five subblocks shall be interleaved separately. The sequence of interleaver output
29 symbols for each subblock shall be generated by the procedure described below. The entire
30 subblock of symbols to be interleaved is written into an array at addresses from 0 to the
31 interleaver subblock size ($N_{int}$) minus one, and the interleaved symbols are read out in a
32 permuted order with the i-th symbol being read from an address, $A_i$ (i = 0 to $N_{int} - 1$), as
33 follows:

TIA-2000.2-C-1

1.  Determine the subblock interleaver parameters, m and J. Table 3.1.3.1.7.1.3.2-1 gives these parameters.

2.  Initialize i and k to 0.

3.  Form a tentative output address $T_k$ according to the formula

$$T_k = 2^m \ (k \ \mathrm{mod} \ J) + \mathrm{BRO}_m \ (\lfloor k/J \rfloor),$$

where $\mathrm{BRO}_m(y)$ indicates the bit-reversed m-bit value of y (i.e., $\mathrm{BRO}_3(6) = 3$).

4.  If $T_k$ is less than $N_{int}$, $A_i = T_k$ and increment i and k by 1. Otherwise, discard $T_k$ and increment k only.

5.  Repeat steps 3 and 4 until all $N_{int}$ interleaver output addresses are obtained.

The parameters for the subblock interleavers are specified in Table 3.1.3.1.7.1.3.2-1.

**Table 3.1.3.1.7.1.3.2-1. Subblock Interleaver Parameters**

| Encoder Packet Size | Subblock Interleaver Parameters | | |
|---|---|---|---|
| | $N_{int}$ | m | J |
| 408 | 408 | 7 | 4 |
| 792 | 792 | 8 | 4 |
| 1,560 | 1,560 | 9 | 4 |
| 2,328 | 2,328 | 10 | 3 |
| 3,096 | 3,096 | 10 | 4 |
| 3,864 | 3,864 | 11 | 2 |

### 3.1.3.1.7.1.3.3 Symbol Grouping

The channel interleaver output sequence shall consist of the interleaved S subblock sequence followed by a symbol-by-symbol multiplexed sequence of the interleaved $P_0$ and $P'_0$ subblock sequences followed by a symbol-by-symbol multiplexed sequence of the interleaved $P_1$ and $P'_1$ subblock sequences. The symbol-by-symbol multiplexed sequence of interleaved $P_0$ and $P'_0$ subblock sequences shall consist of the first interleaved $P_0$ subblock output, the first interleaved $P'_0$ subblock output, the second interleaved $P_0$ subblock output, the second interleaved $P'_0$ subblock output, etc. The symbol-by-symbol multiplexed sequence of interleaved $P_1$ and $P'_1$ subblock sequences shall consist of the first interleaved $P_1$ subblock output, the first interleaved $P'_1$ subblock output, the second interleaved $P_1$ subblock output, the second interleaved $P'_1$ subblock output, etc.

Figure 3.1.3.1.7.1.3.3-1 shows the subblock symbol grouping.

1



2                                Channel Interleaver Output Sequence

3                      **Figure 3.1.3.1.7.1.3.3-1. Subblock Symbol Grouping**

4

5    3.1.3.1.7.2 Spreading Rate 3 Interleaving

6    The block interleaver shall demultiplex its input symbols into three blocks with N/3
7    symbols each.

8    The symbols input to block interleaver k (k = 0, 1, 2) are written sequentially into addresses
9    0 to N/3 − 1. The interleaved symbols are read out in a permuted order, with the i-th
10   address being read from address $A_i$, as follows:

11
$$A_i = 2^m \left[ \left( i + \left\lfloor \frac{kN}{9} \right\rfloor \right) \bmod J \right] + \mathrm{BRO}_m \left\{ \left\lfloor \left[ \left( i + \left\lfloor \frac{kN}{9} \right\rfloor \right) \bmod \left( \frac{N}{3} \right) \right] / J \right\rfloor \right\}$$

12   where

13           i = 0 to N/3 − 1,

14           m and J are given in Table 3.1.3.1.7-1 using interleaver block size N/3,

15           $\lfloor x \rfloor$ indicates the largest integer less than or equal to x, and

16           $\mathrm{BRO}_m(y)$ indicates the bit-reversed m-bit value of y (i.e., $\mathrm{BRO}_3(6) = 3$).

17   The three interleaved block outputs shall then be multiplexed together.

18   The Spreading Rate 3 block interleaving procedure is diagrammed in Figure 3.1.3.1.7-1.
19   Note that the equation describes the operation performed by both the interleaver block and
20   cyclic shift block in Figure 3.1.3.1.7-1.

TIA-2000.2-C-1

3.1.3.1.8 Sequence Repetition

Sequence repetition applies to the Broadcast Control Channel.

When operating at 4800 bps, the encoded and interleaved sequence of symbols of the first Broadcast Control Channel frame (40 ms) of a Broadcast Control Channel slot (160 ms) shall be repeated in the next three Broadcast Control Channel frames. When operating at 9600 bps, the encoded and interleaved sequence of symbols of the first Broadcast Control Channel frame (40 ms) of a Broadcast Control Channel slot (80 ms) shall be repeated in the next Broadcast Control Channel frame. When operating at 19,200 bps, the encoded and interleaved sequence of symbols of the first Broadcast Control Channel frame (40 ms) of a Broadcast Control Channel slot (40 ms) shall not be repeated.

3.1.3.1.9 Data Scrambling

Data scrambling applies to the Paging Channels, the Broadcast Control Channels, the Common Assignment Channels, the Forward Common Control Channels, and the Forward Traffic Channels with Radio Configurations 1 through 9. The Forward Traffic Channel with Radio Configuration 10 uses packet data scrambling, which is described in 3.1.3.1.10.

Data scrambling for the Paging Channels, Common Assignment Channel, Forward Common Control Channels, and Forward Traffic Channels with Radio Configurations 1 through 9, is performed on the modulation symbols output from the block interleaver at the modulation symbol rate. Data scrambling for the Broadcast Control Channel is performed on the modulation symbols after sequence repetition at the modulation symbol rate.

When operating on the Paging Channel or the Forward Traffic Channel with Radio Configurations 1 and 2, the data scrambling shall be accomplished by performing the modulo-2 addition of the modulation symbol with the binary value of the long code PN chip that is valid at the start of the transmission period for that symbol as shown in Figure 3.1.3.1.1.1-1, Figure 3.1.3.1.1.1-14 and Figure 3.1.3.1.1.1-15. This PN sequence shall be the equivalent of the long code operating at 1.2288 MHz clock rate. Only the first output of every 64 chips is used for the data scrambling.

When operating on the Broadcast Control Channel, Common Assignment Channel, Forward Common Control Channel, and the Forward Traffic Channel with Radio Configurations 3 through 9, the data scrambling shall be accomplished by operating on groups of 2M modulation symbols, where M is 1 for the Spreading Rate 1 non-TD mode, 2 for the Spreading Rate 1 TD mode, and 3 for the Spreading Rate 3 mode. For the first M modulation symbols of each group, modulo-2 addition shall be performed on the modulation symbols with the binary value of the long code PN chip that is valid at the start of the transmission period for the 2M modulation symbols as shown in Figure 3.1.3.1.1.1-2, Figure 3.1.3.1.1.1-3, Figure 3.1.3.1.1.1-6, Figure 3.1.3.1.1.1-7, Figure 3.1.3.1.1.1-8, Figure 3.1.3.1.1.1-9, Figure 3.1.3.1.1.1-20, Figure 3.1.3.1.1.2-2, Figure 3.1.3.1.1.2-5, Figure 3.1.3.1.1.2-6, and Figure 3.1.3.1.1.2-15. For the second M modulation symbols of each group, modulo-2 addition shall be performed on the modulation symbols with the binary value of the long code PN chip that is valid just prior to the start of the transmission period for the 2M modulation symbols. This PN sequence shall be the equivalent of the long

code described in Figure 2.1.3.1.11-1 for Spreading Rate 1 and the equivalent of the long code described in Figure 2.1.3.1.12-1 for Spreading Rate 3.

The long code shall be generated as described in 2.1.3.1.12. The long code masks to be used for the Paging Channels, Broadcast Control Channel, Common Assignment Channels, Forward Common Control Channels, and Forward Traffic Channels are specified in 3.1.3.4.6, 3.1.3.5.6, 3.1.3.8.5, 3.1.3.9.5, 3.1.3.11.7, 3.1.3.12.7, 3.1.3.13.7, and 3.1.3.14.7 respectively.

3.1.3.1.10 Data Scrambling for the Forward Packet Data Channel

The interleaved symbols shall be scrambled by exclusive-ORing a scrambling sequence with the symbols out of the block interleaver. The scrambling sequence shall be equivalent to one generated with a 17-tap linear feedback shift register with a generator sequence of $h(D) = D^{17} + D^{14} + 1$, as shown in Figure 3.1.3.1.10-1. At the start of every encoder packet, the shift register shall be initialized to the state $[1b_{15}b_{14}b_{13}b_{12}b_{11}b_{10}b_9b_8b_7b_6b_5b_4b_3b_2b_1b_0]$, where the $b_{15}b_{14}b_{13}b_{12}b_{11}b_{10}b_9b_8b_7b_6b_5b_4b_3b_2b_1b_0$ bits are the least significant bits of the long code mask (see 3.1.3.15.5). The initial state shall generate the first scrambling bit. The shift register shall be clocked once for every interleaver output symbol to generate a bit of the scrambling sequence. Every interleaver output symbol shall be exclusive-OR'd with the corresponding bit of the scrambling sequence to yield a scrambled output bit.



**Figure 3.1.3.1.10-1. Symbol Scrambler**

3.1.3.1.11 Forward Power Control Subchannel

A Forward Power Control Subchannel is transmitted only on the Forward Fundamental Channel or on the Forward Dedicated Control Channel.

When the mobile station is not operating in the gated transmission mode, the subchannel shall transmit at a rate of one bit ('0' or '1') every 1.25 ms (i.e., 800 bps).

TIA-2000.2-C-1

When the mobile station is operating in the gated transmission mode, the subchannel shall transmit at a rate of 400 or 200 bps when the gating rate is 1/2 or 1/4 respectively as shown in Figure 3.1.3.1.11-1.

The power control groups within a 20 ms frame are numbered from 0 to 15. When operating with 1/2 rate Reverse Pilot Channel gating, the ~~f~~Forward ~~p~~Power ~~c~~Control ~~s~~Subchannel shall be transmitted only in the even numbered power control groups. When operating with 1/4 rate Reverse Pilot Channel gating, the ~~f~~Forward ~~p~~Power ~~c~~Control ~~s~~Subchannel shall be transmitted only in power control groups 1, 5, 9, and 13.

When using gating other than Reverse Pilot Channel gating with Reverse Radio Configurations 3 through 6, the base station shall transmit the power control bit in the power control group that begins (REV_PWR_CNTL_DELAY + 1) × 1.25 ms following the end of a power control group in which the mobile station transmitted.

A '0' bit shall indicate to the mobile station that it is to increase the mean output power level, and a '1' bit shall indicate to the mobile station that it is to decrease the mean output power level. The amount that the mobile station increases or decreases its power for every power control bit is specified in 2.1.2.3.2.

TIA-2000.2-C-1



1      power control subchannel transmission as specified in Table 3.1.3.1.11-1 and Figure 3.1.3.1.11-2

2   **Figure 3.1.3.1.11-1. Forward and Reverse Power Control Subchannel Transmission**
3                                          **Timing**

4

5   The base station receiver shall estimate the received signal strength of the particular
6   mobile station to which it is assigned over a 1.25 ms period. The base station receiver shall
7   use the estimate to determine the value of the power control bit ('0' or '1'). The base station
8   shall transmit the power control bit on the Forward Fundamental Channel or on the
9   Forward Dedicated Control Channel using the puncturing technique described below.

10  For Radio Configurations 1 and 2, the transmission of the power control bit shall occur in
11  the second power control group following the corresponding reverse channel power control
12  group in which the signal strength was estimated[25].

13  In the case of non-gated transmission mode, the transmission of the power control bit shall
14  occur on the Forward Fundamental Channel or on the Forward Dedicated Control Channel

_____

[25] For example, the signal is received on the Reverse Traffic Channel in power control group number
7, and the corresponding power control bit is transmitted on the Forward Traffic Channel during
power control group number 7 + 2 = 9.

TIA-2000.2-C-1

1 (as specified by FPC_PRI_CHAN$_s$) in all of the power control groups. In the case of Reverse
2 Pilot Channel gated transmission mode (at 1/2 or 1/4 rate), the transmission of the power
3 control bit shall occur on the Forward Dedicated Control Channel in every second or fourth
4 power control group as shown in Figure 3.1.3.1.11-1.

5 The duration and power level of power control bits for each radio configuration are specified
6 in Table 3.1.3.1.11-1. Each power control bit shall replace the number of modulation
7 symbols specified in Table 3.1.3.1.11-1. Each power control bit shall be transmitted with
8 minimum energy as specified in Table 3.1.3.1.11-1. The power control bits shall be inserted
9 into the Forward Dedicated Control Channel or into the Forward Fundamental Channel
10 data stream, after the data scrambling.

11 An n-bit (n = 3 or 4) binary number with values 0 through $2^n$ — 1 formed by the
12 decimated bits specified in Table 3.1.3.1.11-1 shall be used to determine the power control
13 bit starting position by indexing the list in Table 3.1.3.1.11-1. For example, if the values of
14 decimated bits for Radio Configuration 4 (non-TD) are '110' (6 decimal), the power control
15 bit starting position is 12 as shown in Figure 3.1.3.1.11-2. The value of the decimated bits
16 shall be equal to the first of the chips into the decimator (see Figure 3.1.3.1.1-20 and
17 Figure 3.1.3.1.2-15) for each modulation symbol.

18 When operating with Radio Configurations 1 and 2, all unpunctured modulation symbols
19 in a frame are transmitted at the same power level. Modulation symbols in adjacent frames
20 may be sent at different power levels.

21

**Table 3.1.3.1.11-1. Power Control Bit Duration and Power Level**

| Radio Configuration | Punctured Modulation Symbols | Minimum Power Control Bit Energy | Starting Symbol Positions | Decimated Bits (MSB → LSB) |
|---|---|---|---|---|
| 1 | 2 | $E_b$ | 0, 1,..., 15 | 23, 22, 21, 20 |
| 2 | 1 | $3E_b/4$ | 0, 1,..., 15 | 23, 22, 21, 20 |
| 3 (non-TD) | 4 | $E_b$ | 0, 2,..., 30 | 47, 46, 45, 44 |
| 3 (TD) | 4 | $E_b$ | 0, 4,..., 28 | 47, 46, 45 |
| 4 (non-TD) | 2 | $E_b$ | 0, 2,..., 14 | 23, 22, 21 |
| 4 (TD) | 2 | $E_b$ | 0, 2,..., 14 | 23, 22, 21 |
| 5 (non-TD) | 4 | $E_b$ | 0, 2,..., 30 | 47, 46, 45, 44 |
| 5 (TD) | 4 | $E_b$ | 0, 4,..., 28 | 47, 46, 45 |
| 6 | 6 | $E_b$ | 0, 6,..., 42 | 71, 70, 69 |
| 7 | 3 | $E_b$ | 0, 3,..., 21 | 35, 34, 33 |
| 8 | 6 | $E_b$ | 0, 6,..., 42 | 71, 70, 69 |
| 9 | 3 | $E_b$ | 0, 3,..., 21 | 35, 34, 33 |

Notes:

$E_b$ is the energy per bit of the Forward Fundamental Channel or Forward Dedicated Control Channel (RC 3, 4, 5, 6, 7, 8, and 9) being punctured.

The decimated bits are numbered so that the first bit from the decimator in every power control group is the zero[th], the next one is the first, etc.



**Figure 3.1.3.1.11-2. Randomization of Power Control Bit Starting Positions**

TIA-2000.2-C-1

3.1.3.1.12 Subpacket Symbol Selection for the Forward Packet Data Channel

Encoder packets are transmitted as one or more subpackets. Initially, the first subpacket is transmitted. Then, subsequent subpackets are transmitted if requested by the mobile station. See [3] for a more complete description of the control of the Forward ~~Pp~~acket Data Channel. The symbols in a subpacket are formed by ~~s~~electing specific sequences of symbols from the interleaved and scrambled turbo encoder output sequence. The resulting subpacket sequence is a binary sequence of symbols for the modulator.

Let

> k be the subpacket index;

> $N_{EP}$ be the number of bits in the encoder packet ($N_{EP}$ = 408, 792, 1560, 2328, 3096, or 3864);

> $N_{Walsh,k}$ be the number of 32-chip Walsh channels for the k-th subpacket;

> $N_{slots,k}$ be the number of 1.25-ms slots for the k-th subpacket;

> $m_k$ be the modulation order for the k-th subpacket ($m_k$ = 2 for QPSK, 3 for 8-PSK, and 4 for 16-QAM); and

> $SPID_k$ be the subpacket ID for the k-th subpacket ($SPID_k$ = 0, 1, 2, or 3).

Also, let the scrambled and selected symbols be numbered from zero with the 0-th symbol being the first symbol in the sequence. Then, the index of the i-th symbol for the k-th subpacket shall be

$$S_{k,i} = (F_k + i) \bmod (P_{MAX}),$$

where i = 0 to $L_k - 1$,

$$L_k = 48 N_{Walsh,k} N_{slots,k} m_k,$$

$$F_k = (SPID_k L_k) \bmod (P_{MAX}), \text{ and}~~.~~$$

$$P_{MAX} = \min(7800, 5N_{EP}).$$

The $N_{EP}$, $N_{Walsh,k}$, and $N_{slots,k}$ values are determined by the base station and are provided to the mobile station through the Forward Packet Data Control Channels. The $m_k$ parameter is determined according to the rule specified in 3.1.3.1.13.4.

3.1.3.1.13 Modulation for the Forward Packet Data Channel

For a Forward Packet Data Channel operating with Radio Configuration 10, the symbols from the subpacket symbol selection operation are mapped into a sequence of QPSK, 8-PSK, or 16-QAM modulation symbols. The type of modulation depends on the encoder packet size, number of Walsh channels, and number of slots, as specified in 3.1.3.1.13.4.

3.1.3.1.13.1 QPSK Modulation

For subpackets that use QPSK modulation (modulation order = 2), groups of two successive symbols out of the subpacket symbol selection operation shall be grouped to

1 form QPSK modulation symbols. Each group of two adjacent symbol-selection-operation
2 output symbols, s₀ = x(2i) and s₁ = x(2i + 1), i = 0,..., M − 1, shall be mapped into a
3 complex modulation symbol (m_I(i), m_Q(i)) as specified in Table 3.1.3.1.13.1-1. The
4 parameter M is the number of QPSK modulation symbols in all the Walsh channels of the
5 Forward Packet Data Channel subpacket. Figure 3.1.3.1.13.1-1 shows the signal
6 constellation of the QPSK modulator, where s₀ = x(2i) and s₁ = x(2i + 1).

7

8 **Table 3.1.3.1.13.1-1. QPSK Modulation Table**

| Symbol-Selection-Operation Output Symbols | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|
| $s_1$<br>x(2i + 1) | $s_0$<br>x(2i) | $m_I$(ik) | $m_Q$(ik) |
| 0 | 0 | D | D |
| 0 | 1 | –D | D |
| 1 | 0 | D | –D |
| 1 | 1 | –D | –D |

Note: $D = 1/\sqrt{2}$ .

9



10

11 **Figure 3.1.3.1.13.1-1. Signal Constellation for QPSK Modulation**

12

13 3.1.3.1.13.2 8-PSK Modulation

14 For subpackets that use 8-PSK modulation (modulation order = 3), the symbols out of the
15 subpacket symbol selection operation shall be grouped to form 8-PSK modulation symbols:
16 s₀ = x(2M + i), s₁ = x(2i), and s₂ = x(2i + 1). These groups of three symbol-selection-
17 operation output symbols shall be mapped into complex modulation symbols (m_I(i), m_Q(i)),
18 i = 0,..., M − 1, k = 0, 1, 2; as specified in Table 3.1.3.1.13.2-1. The parameter M is the

TIA-2000.2-C-1

number of 8-PSK modulation symbols in all the Walsh channels of the Forward Packet Data Channel subpacket. Figure 3.1.3.1.13.2-1 shows the signal constellation of the 8-PSK modulator, where s₀ = x(2M + i), s₁ = x(2i), and s₂ = x(2i + 1).

**Table 3.1.3.1.13.2-1.  8-PSK Modulation Table**

| Symbol-Selection-Operation Output Symbols | | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|:---:|
| $s_2$ | $s_1$ | $s_0$ | $m_I(ik)$ | $m_Q(ik)$ |
| 0 | 0 | 0 | C | S |
| 0 | 0 | 1 | S | C |
| 0 | 1 | 1 | –S | C |
| 0 | 1 | 0 | –C | S |
| 1 | 1 | 0 | –C | –S |
| 1 | 1 | 1 | –S | –C |
| 1 | 0 | 1 | S | –C |
| 1 | 0 | 0 | C | –S |

Note:  $C = \cos(\pi/8) \approx 0.9239$  and  $S = \sin(\pi/8) \approx 0.3827$ .



**Figure 3.1.3.1.13.2-1. Signal Constellation for 8-PSK Modulation**

3.1.3.1.13.3 16-QAM Modulation

For subpackets that use 16-QAM modulation (modulation order = 4), the symbols out of the subpacket symbol selection operation shall be grouped to form 16-QAM modulation symbols: $s_0 = x(2M + 2i)$, $s_1 = x(2i)$, $s_2 = x(2M + 2i + 1)$, and $s_3 = x(2i + 1)$. These groups of four symbol-selection-operation output symbols shall be mapped into complex modulation

1 symbols ($m_I(i)$, $m_Q(i)$), i = 0,..., M − 1~~, k = 0, 1, 2, 3,~~ as specified in Table 3.1.3.1.13.3-1.
2 The parameter M is the number of 16-QAM modulation symbols in all the Walsh channels
3 of the Forward Packet Data Channel subpacket. Figure 3.1.3.1.13.3-1 shows the signal
4 constellation of the 16-QAM modulator~~, where s₀ = x(2M + 2i), s₁ = x(2i), s₂ = x(2M + 2i +~~
5 ~~1), and s₃ = x(2i + 1)~~.

6

7 **Table 3.1.3.1.13.3-1.  16-QAM Modulation Table**

| Symbol-Selection-Operation Output Symbols | | | | Modulation Symbols | |
|---|---|---|---|---|---|
| $s_3$ | $s_2$ | $s_1$ | $s_0$ | $m_I$(~~ik~~) | $m_Q$(~~ik~~) |
| 0 | 0 | 0 | 0 | 3A | 3A |
| 0 | 0 | 0 | 1 | A | 3A |
| 0 | 0 | 1 | 1 | −A | 3A |
| 0 | 0 | 1 | 0 | −3A | 3A |
| 0 | 1 | 0 | 0 | 3A | A |
| 0 | 1 | 0 | 1 | A | A |
| 0 | 1 | 1 | 1 | −A | A |
| 0 | 1 | 1 | 0 | −3A | A |
| 1 | 1 | 0 | 0 | 3A | −A |
| 1 | 1 | 0 | 1 | A | −A |
| 1 | 1 | 1 | 1 | −A | −A |
| 1 | 1 | 1 | 0 | −3A | −A |
| 1 | 0 | 0 | 0 | 3A | −3A |
| 1 | 0 | 0 | 1 | A | −3A |
| 1 | 0 | 1 | 1 | −A | −3A |
| 1 | 0 | 1 | 0 | −3A | −3A |

Note: $A = 1/\sqrt{10} \approx 0.3162$ .

8

TIA-2000.2-C-1



**Figure 3.1.3.1.13.3-1. Signal Constellation for 16-QAM Modulation**

3.1.3.1.13.4 Modulation Order

The base station shall set the modulation order for all the allowed subpacket formats that can be transmitted by the base station as shown in Table 3.1.3.1.13.4-1.[26] The subpacket modulation symbols are the QPSK, 8-PSK, or 16-QAM symbols. The subpacket data rate is the number of encoder packet bits divided by the subpacket duration. The effective subpacket code rate is defined as the number of bits in the encoder packet divided by the number of subpacket binary code symbols in all of the slots and Walsh channels of the Forward Packet Data Channel subpacket. In the notation of 3.1.3.1.12, the effective subpacket code rate of the k-th subpacket of an encoder packet is equal to $N_{EP}/L_k$.

---

[26]In the notation of 3.1.3.1.12, define the Modulation order Product code Rate of the k-th subpacket of an encoder packet as

$$MPR_k = \frac{N_{EP}}{48\,N_{Walsh,k}\,N_{slots,k}}\,.$$

Then, the modulation order is specified by the following rule:

- If $0 < MPR_k \leq 3/2$, then a modulation order of 2 (i.e., QPSK) is used.

- If $3/2 < MPR_k \leq 2$, then a modulation order of 3 (i.e., 8-PSK) is used.

- If $2 < MPR_k \leq 3.2$, then a modulation order of 4 (i.e., 16-QAM) is used.

1   **Table 3.1.3.1.13.4–1. Forward Packet Data Channel Parameters with Radio**
2   **Configuration 10**

| Number of Bits per Encoder Packet | Number of 32-Chip Walsh Channels | Subpacket Data Rate (kbps) | Number of Slots per Subpacket | Modulation Order | Effective Subpacket Code Rate | Number of Subpacket Modulation Symbols per Walsh Channel | Number of Subpacket Binary Code Symbols |
|---|---|---|---|---|---|---|---|
| 2,328 | 28 | 1,862.4 | 1 | 3 | 0.5774 | 48 | 4,032 |
| 3,864 | 27 | 1,545.6 | 2 | 2 | 0.7454 | 96 | 5,184 |
| 3,096 | 26 | 2,476.8 | 1 | 4 | 0.6202 | 48 | 4,992 |
| 3,864 | 26 | 3,091.2 | 1 | 4 | 0.7740 | 48 | 4,992 |
| 1,560 | 25 | 1,248.0 | 1 | 2 | 0.6500 | 48 | 2,400 |
| 2,328 | 25 | 1,862.4 | 1 | 3 | 0.6467 | 48 | 3,600 |
| 3,096 | 25 | 1,238.4 | 2 | 2 | 0.6450 | 96 | 4,800 |
| 3,864 | 25 | 1,545.6 | 2 | 3 | 0.5367 | 96 | 7,200 |
| 2,328 | 23 | 931.2 | 2 | 2 | 0.5272 | 96 | 4,416 |
| 2,328 | 23 | 1,862.4 | 1 | 4 | 0.5272 | 48 | 4,416 |
| 3,096 | 23 | 2,476.8 | 1 | 4 | 0.7011 | 48 | 4,416 |
| 3,864 | 23 | 1,545.6 | 2 | 3 | 0.5833 | 96 | 6,624 |
| 1,560 | 22 | 1,248.0 | 1 | 2 | 0.7386 | 48 | 2,112 |
| 3,096 | 22 | 1,238.4 | 2 | 2 | 0.7330 | 96 | 4,224 |
| 1,560 | 21 | 1,248.0 | 1 | 3 | 0.5159 | 48 | 3,024 |
| 3,096 | 21 | 1,238.4 | 2 | 3 | 0.5119 | 96 | 6,048 |
| 3,096 | 21 | 2,476.8 | 1 | 4 | 0.7679 | 48 | 4,032 |
| 3,864 | 21 | 1,545.6 | 2 | 3 | 0.6389 | 96 | 6,048 |
| 1,560 | 20 | 624.0 | 2 | 2 | 0.4063 | 96 | 3,840 |
| 2,328 | 20 | 465.6 | 4 | 2 | 0.3031 | 192 | 7,680 |
| 2,328 | 20 | 931.2 | 2 | 2 | 0.6063 | 96 | 3,840 |
| 2,328 | 20 | 1,862.4 | 1 | 4 | 0.6063 | 48 | 3,840 |
| 3,096 | 20 | 619.2 | 4 | 2 | 0.4031 | 192 | 7,680 |
| 408 | 19 | 326.4 | 1 | 2 | 0.2237 | 48 | 1,824 |
| 792 | 19 | 316.8 | 2 | 2 | 0.2171 | 96 | 3,648 |
| 792 | 19 | 633.6 | 1 | 2 | 0.4342 | 48 | 1,824 |

TIA-2000.2-C-1

| Number of Bits per Encoder Packet | Number of 32-Chip Walsh Channels | Subpacket Data Rate (kbps) | Number of Slots per Subpacket | Modulation Order | Effective Subpacket Code Rate | Number of Subpacket Modulation Symbols per Walsh Channel | Number of Subpacket Binary Code Symbols |
|---|---|---|---|---|---|---|---|
| 1,560 | 19 | 1,248.0 | 1 | 3 | 0.5702 | 48 | 2,736 |
| 3,096 | 19 | 1,238.4 | 2 | 3 | 0.5658 | 96 | 5,472 |
| 3,864 | 19 | 772.8 | 4 | 2 | 0.5296 | 192 | 7,296 |
| 3,864 | 19 | 1,545.6 | 2 | 4 | 0.5296 | 96 | 7,296 |
| 2,328 | 18 | 1,862.4 | 1 | 4 | 0.6736 | 48 | 3,456 |
| 1,560 | 17 | 1,248.0 | 1 | 3 | 0.6373 | 48 | 2,448 |
| 2,328 | 17 | 931.2 | 2 | 2 | 0.7132 | 96 | 3,264 |
| 3,096 | 17 | 1,238.4 | 2 | 3 | 0.6324 | 96 | 4,896 |
| 3,864 | 17 | 1,545.6 | 2 | 4 | 0.5919 | 96 | 6,528 |
| 2,328 | 16 | 1,862.4 | 1 | 4 | 0.7578 | 48 | 3,072 |
| 3,096 | 16 | 619.2 | 4 | 2 | 0.5039 | 192 | 6,144 |
| 3,864 | 16 | 772.8 | 4 | 2 | 0.6289 | 192 | 6,144 |
| 792 | 15 | 633.6 | 1 | 2 | 0.5500 | 48 | 1,440 |
| 1,560 | 15 | 624.0 | 2 | 2 | 0.5417 | 96 | 2,880 |
| 1,560 | 15 | 1,248.0 | 1 | 4 | 0.5417 | 48 | 2,880 |
| 2,328 | 15 | 931.2 | 2 | 3 | 0.5389 | 96 | 4,320 |
| 3,096 | 15 | 1,238.4 | 2 | 4 | 0.5375 | 96 | 5,760 |
| 3,864 | 15 | 1,545.6 | 2 | 4 | 0.6708 | 96 | 5,760 |
| 1,560 | 14 | 312.0 | 4 | 2 | 0.2902 | 192 | 5,376 |
| 2,328 | 14 | 465.6 | 4 | 2 | 0.4330 | 192 | 5,376 |
| 3,864 | 14 | 772.8 | 4 | 2 | 0.7188 | 192 | 5,376 |
| 3,864 | 14 | 1,545.6 | 2 | 4 | 0.7188 | 96 | 5,376 |
| 792 | 13 | 633.6 | 1 | 2 | 0.6346 | 48 | 1,248 |
| 1,560 | 13 | 624.0 | 2 | 2 | 0.6250 | 96 | 2,496 |
| 1,560 | 13 | 1,248.0 | 1 | 4 | 0.6250 | 48 | 2,496 |
| 2,328 | 13 | 931.2 | 2 | 3 | 0.6218 | 96 | 3,744 |
| 3,096 | 13 | 619.2 | 4 | 2 | 0.6202 | 192 | 4,992 |
| 3,096 | 13 | 1,238.4 | 2 | 4 | 0.6202 | 96 | 4,992 |

| Number of Bits per Encoder Packet | Number of 32-Chip Walsh Channels | Subpacket Data Rate (kbps) | Number of Slots per Subpacket | Modulation Order | Effective Subpacket Code Rate | Number of Subpacket Modulation Symbols per Walsh Channel | Number of Subpacket Binary Code Symbols |
|---|---|---|---|---|---|---|---|
| 3,864 | 13 | 1,545.6 | 2 | 4 | 0.7740 | 96 | 4,992 |
| 1,560 | 12 | 1,248.0 | 1 | 4 | 0.6771 | 48 | 2,304 |
| 3,096 | 12 | 1,238.4 | 2 | 4 | 0.6719 | 96 | 4,608 |
| 3,864 | 12 | 772.8 | 4 | 3 | 0.5590 | 192 | 6,912 |
| 408 | 11 | 326.4 | 1 | 2 | 0.3864 | 48 | 1,056 |
| 792 | 11 | 158.4 | 4 | 2 | 0.1875 | 192 | 4,224 |
| 792 | 11 | 316.8 | 2 | 2 | 0.3750 | 96 | 2,112 |
| 792 | 11 | 633.6 | 1 | 2 | 0.7500 | 48 | 1,056 |
| 1,560 | 11 | 624.0 | 2 | 2 | 0.7386 | 96 | 2,112 |
| 1,560 | 11 | 1,248.0 | 1 | 4 | 0.7386 | 48 | 2,112 |
| 2,328 | 11 | 465.6 | 4 | 2 | 0.5511 | 192 | 4,224 |
| 2,328 | 11 | 931.2 | 2 | 4 | 0.5511 | 96 | 4,224 |
| 3,096 | 11 | 619.2 | 4 | 2 | 0.7330 | 192 | 4,224 |
| 3,096 | 11 | 1,238.4 | 2 | 4 | 0.7330 | 96 | 4,224 |
| 3,864 | 11 | 772.8 | 4 | 3 | 0.6098 | 192 | 6,336 |
| 792 | 10 | 633.6 | 1 | 3 | 0.5500 | 48 | 1,440 |
| 1,560 | 10 | 624.0 | 2 | 3 | 0.5417 | 96 | 2,880 |
| 2,328 | 10 | 931.2 | 2 | 4 | 0.6063 | 96 | 3,840 |
| 3,096 | 10 | 619.2 | 4 | 3 | 0.5375 | 192 | 5,760 |
| 792 | 9 | 633.6 | 1 | 3 | 0.6111 | 48 | 1,296 |
| 1,560 | 9 | 312.0 | 4 | 2 | 0.4514 | 192 | 3,456 |
| 1,560 | 9 | 624.0 | 2 | 3 | 0.6019 | 96 | 2,592 |
| 2,328 | 9 | 465.6 | 4 | 2 | 0.6736 | 192 | 3,456 |
| 2,328 | 9 | 931.2 | 2 | 4 | 0.6736 | 96 | 3,456 |
| 3,096 | 9 | 619.2 | 4 | 3 | 0.5972 | 192 | 5,184 |
| 3,864 | 9 | 772.8 | 4 | 4 | 0.5590 | 192 | 6,912 |
| 408 | 8 | 163.2 | 2 | 2 | 0.2656 | 96 | 1,536 |
| 408 | 8 | 326.4 | 1 | 2 | 0.5313 | 48 | 768 |

TIA-2000.2-C-1

| Number of Bits per Encoder Packet | Number of 32-Chip Walsh Channels | Subpacket Data Rate (kbps) | Number of Slots per Subpacket | Modulation Order | Effective Subpacket Code Rate | Number of Subpacket Modulation Symbols per Walsh Channel | Number of Subpacket Binary Code Symbols |
|---|---|---|---|---|---|---|---|
| 792 | 8 | 316.8 | 2 | 2 | 0.5156 | 96 | 1,536 |
| 792 | 8 | 633.6 | 1 | 4 | 0.5156 | 48 | 1,536 |
| 1,560 | 8 | 624.0 | 2 | 4 | 0.5078 | 96 | 3,072 |
| 2,328 | 8 | 465.6 | 4 | 3 | 0.5052 | 192 | 4,608 |
| 2,328 | 8 | 931.2 | 2 | 4 | 0.7578 | 96 | 3,072 |
| 3,096 | 8 | 619.2 | 4 | 4 | 0.5039 | 192 | 6,144 |
| 3,864 | 8 | 772.8 | 4 | 4 | 0.6289 | 192 | 6,144 |
| 408 | 7 | 326.4 | 1 | 2 | 0.6071 | 48 | 672 |
| 792 | 7 | 316.8 | 2 | 2 | 0.5893 | 96 | 1,344 |
| 792 | 7 | 633.6 | 1 | 4 | 0.5893 | 48 | 1,344 |
| 1,560 | 7 | 312.0 | 4 | 2 | 0.5804 | 192 | 2,688 |
| 1,560 | 7 | 624.0 | 2 | 4 | 0.5804 | 96 | 2,688 |
| 2,328 | 7 | 465.6 | 4 | 3 | 0.5774 | 192 | 4,032 |
| 3,096 | 7 | 619.2 | 4 | 4 | 0.5759 | 192 | 5,376 |
| 3,864 | 7 | 772.8 | 4 | 4 | 0.7188 | 192 | 5,376 |
| 408 | 6 | 326.4 | 1 | 2 | 0.7083 | 48 | 576 |
| 792 | 6 | 158.4 | 4 | 2 | 0.3438 | 192 | 2,304 |
| 792 | 6 | 316.8 | 2 | 2 | 0.6875 | 96 | 1,152 |
| 792 | 6 | 633.6 | 1 | 4 | 0.6875 | 48 | 1,152 |
| 1,560 | 6 | 312.0 | 4 | 2 | 0.6771 | 192 | 2,304 |
| 1,560 | 6 | 624.0 | 2 | 4 | 0.6771 | 96 | 2,304 |
| 2,328 | 6 | 465.6 | 4 | 4 | 0.5052 | 192 | 4,608 |
| 3,096 | 6 | 619.2 | 4 | 4 | 0.6719 | 192 | 4,608 |
| 408 | 5 | 163.2 | 2 | 2 | 0.4250 | 96 | 960 |
| 408 | 5 | 326.4 | 1 | 3 | 0.5667 | 48 | 720 |
| 792 | 5 | 316.8 | 2 | 3 | 0.5500 | 96 | 1,440 |
| 1,560 | 5 | 312.0 | 4 | 3 | 0.5417 | 192 | 2,880 |
| 2,328 | 5 | 465.6 | 4 | 4 | 0.6063 | 192 | 3,840 |

TIA-2000.2-C-1

| Number of Bits per Encoder Packet | Number of 32-Chip Walsh Channels | Subpacket Data Rate (kbps) | Number of Slots per Subpacket | Modulation Order | Effective Subpacket Code Rate | Number of Subpacket Modulation Symbols per Walsh Channel | Number of Subpacket Binary Code Symbols |
|---|---|---|---|---|---|---|---|
| 408 | 4 | 81.6 | 4 | 2 | 0.2656 | 192 | 1,536 |
| 408 | 4 | 163.2 | 2 | 2 | 0.5313 | 96 | 768 |
| 408 | 4 | 326.4 | 1 | 4 | 0.5313 | 48 | 768 |
| 792 | 4 | 158.4 | 4 | 2 | 0.5156 | 192 | 1,536 |
| 792 | 4 | 316.8 | 2 | 4 | 0.5156 | 96 | 1,536 |
| 1,560 | 4 | 312.0 | 4 | 4 | 0.5078 | 192 | 3,072 |
| 2,328 | 4 | 465.6 | 4 | 4 | 0.7578 | 192 | 3,072 |
| 408 | 3 | 81.6 | 4 | 2 | 0.3542 | 192 | 1,152 |
| 408 | 3 | 163.2 | 2 | 2 | 0.7083 | 96 | 576 |
| 408 | 3 | 326.4 | 1 | 4 | 0.7083 | 48 | 576 |
| 792 | 3 | 158.4 | 4 | 2 | 0.6875 | 192 | 1,152 |
| 792 | 3 | 316.8 | 2 | 4 | 0.6875 | 96 | 1,152 |
| 1,560 | 3 | 312.0 | 4 | 4 | 0.6771 | 192 | 2,304 |
| 408 | 2 | 81.6 | 4 | 2 | 0.5313 | 192 | 768 |
| 408 | 2 | 163.2 | 2 | 4 | 0.5313 | 96 | 768 |
| 792 | 2 | 158.4 | 4 | 4 | 0.5156 | 192 | 1,536 |
| 408 | 1 | 81.6 | 4 | 4 | 0.5313 | 192 | 768 |

3.1.3.1.14 Symbol Demultiplexing and Repetition

3.1.3.1.14.1 Spreading Rate 1 Symbol Demultiplexing

The symbol demultiplexing shown in Figure 3.1.3.1.1.1-21 is performed on the Broadcast Control Channel, the Quick Paging Channel, the Common Assignment Channel, the Forward Common Control Channel, the Forward Dedicated Control Channel, the Forward Fundamental Channel, the Forward Supplemental Code Channel, and the Forward Supplemental Channel. The Walsh channel processing and demultiplexing for the Forward Packet Data Channel with Radio Configuration 10 is described in 3.1.3.1.14.4.

The demultiplexer with scalar input not supporting transmit diversity shall output the first symbol in each frame to the $Y_I$ output, and the subsequent symbols to the $Y_Q$, $Y_I$,... outputs.

TIA-2000.2-C-1

The demultiplexer with scalar input supporting transmit diversity shall output the first symbol in each frame to the $Y_{I1}$ output, and the subsequent symbols to the $Y_{I2}$, $Y_{Q1}$, $Y_{Q2}$, $Y_{I1}$,... outputs. The demultiplexer with complex input supporting transmit diversity shall output the first complex symbol in each frame to the $Y_{I1}$ and $Y_{Q1}$ outputs, and the subsequent complex symbols to the $Y_{I2}$ and $Y_{Q2}$, $Y_{I1}$ and $Y_{Q1}$,... outputs.

The Forward Pilot Channel, the Transmit Diversity Pilot Channel, the Auxiliary Pilot Channels, and the Auxiliary Transmit Diversity Pilot Channels shall be demultiplexed using the non-TD demultiplexer (i.e., the TD demultiplexer is not allowed).

The Sync Channel, Paging Channels, the Forward Packet Data Control Channel, and the Forward Traffic Channels with Radio Configurations 1 and 2 shall be demultiplexed using the non-TD demultiplexer only (i.e., the TD demultiplexer is not allowed).

The Broadcast Control Channels, the Common Power Control Channels, the Common Assignment Channels, the Forward Common Control Channels, and Forward Traffic Channels with Radio Configurations 3 through 5 shall be demultiplexed using either the non-TD or TD demultiplexer.

The Quick Paging Channel, when used in conjunction with the Paging Channel, shall be demultiplexed using the non-TD demultiplexer (see Figure 3.1.3.1.1.1-21). Otherwise, the Quick Paging Channel may be demultiplexed using the non-TD or TD demultiplexer.

3.1.3.1.14.2 Spreading Rate 1 Symbol Repetition for Transmit Diversity

If OTD mode is enabled, each symbol output on $Y_{I1}$, $Y_{I2}$, $Y_{Q1}$, and $Y_{Q2}$ shall be repeated once, to create two output symbols for each input symbol to the symbol repeater. The first repeated symbol output from both the $Y_{I2}$ and $Y_{Q2}$ symbol repetition blocks during a frame shall not be inverted. Subsequent outputs from both the $Y_{I2}$ and $Y_{Q2}$ symbol repetition blocks shall be alternatively inverted.

If STS mode is enabled, each symbol output on $Y_{I1}$, $Y_{I2}$, $Y_{Q1}$, and $Y_{Q2}$ shall be applied to two repeaters, one for each transmit antenna, as shown in Figure 3.1.3.1.1.1-24 to create two output symbols for each symbol input to the symbol repeater. On antenna 1 the first repeated output symbol from the $Y_{I2}$ repetition block shall be inverted and the second repeated output symbol shall not be inverted. Subsequent output symbols from the $Y_{I2}$ repetition block on antenna 1 shall be alternatively inverted. The first repeated output symbol from the $Y_{Q2}$ symbol repetition block on antenna 1 shall not be inverted and the second repeated output symbol shall be inverted. Subsequent output symbols from the $Y_{Q2}$ symbol repetition block shall be alternatively inverted. On antenna 2 the first repeated output symbol from the $Y_{Q1}$ repetition block shall be inverted and the second repeated output symbol shall not be inverted. Subsequent output symbols from $Y_{Q1}$ repetition block on antenna 2 shall be alternatively inverted. The first repeated output symbol from the $Y_{I1}$ symbol repetition block on antenna 2 shall not be inverted and the second repeated output symbol shall be inverted. Subsequent output symbols from the $Y_{I1}$ symbol repetition block shall be alternatively inverted.

3.1.3.1.14.3 Spreading Rate 3 Symbol Demultiplexing

Symbol demultiplexing is performed on every code channel in the Forward CDMA Channel as shown in Figure 3.1.3.1.1.2-16.

The demultiplexer shall output the first symbol in each frame to the $Y_{I1}$ output and the subsequent symbols to the $Y_{I2}$, $Y_{I3}$, $Y_{Q1}$, $Y_{Q2}$, $Y_{Q3}$, $Y_{I1}$,... outputs. The demultiplexer shall output the first complex symbol in each frame to the $Y_{I1}$ and $Y_{Q1}$ outputs, and the subsequent complex symbols to the $Y_{I2}$ and $Y_{Q2}$, $Y_{I3}$ and $Y_{Q3}$, $Y_{I1}$ and $Y_{Q1}$,... outputs.

The Forward Pilot Channel and the Auxiliary Pilot Channels, shall be demultiplexed using the demultiplexer shown in Figure 3.1.3.1.1.2-16.

The Broadcast Control Channels, the Common Power Control Channels, the Common Assignment Channels, the Forward Common Control Channels, the Quick Paging Channels, and Forward Traffic Channels with Radio Configurations 6 through 9 shall be demultiplexed using the demultiplexer shown in Figure 3.1.3.1.1.2-16.

3.1.3.1.14.4 Symbol Demultiplexing and Walsh Channel Processing for the Forward Packet Data Channel

When using the Forward Packet Data Channel, the in-phase stream at the output of QPSK/8-PSK/16-QAM modulator shall be demultiplexed into N parallel streams labeled $I_1$, $I_2$,..., $I_N$, where N is the total number of 32-chip Walsh codes that are indicated in WCI_SET. WCI_SET is a parameter that the Physical layer received from the MAC Layer in PHY-FPDCH.Request or PHY-DecodeFPDCH.Request. WCI_SET is a vector of N elements with each element specifying a 32-chip Walsh code index $W_{WCI\_SET[n]}^{32}$ ($0 \le n \le$ N-1), that is used for the Forward Packet Data Channel. If $m_I(1)$, $m_I(2)$, $m_I(3)$,... denotes the sequence of the modulation output in the in-phase stream, then for each k = 1, 2,..., N, the $k^{th}$ demultiplexed stream $I_k$ shall consist of the values $m_I(k)$, $m_I(N + k)$, $m_I(2N + k)$, $m_I(3N + k)$,....

Similarly, the quadrature stream at the output of the QPSK/8-PSK/16-QAM modulator shall be demultiplexed into N parallel streams labeled $Q_1$, $Q_2$,..., $Q_N$. If $m_Q(1)$, $m_Q(2)$, $m_Q(3)$,... denotes the sequence of the modulation output values in the quadrature stream, then for each k = 1, 2,..., N, the $k^{th}$ demultiplexed stream $Q_k$ shall consist of the values $m_Q(k)$, $m_Q(N + k)$, $m_Q(2N + k)$, $m_Q(3N + k)$,....

For each k = 1, 2,..., N, the demultiplexed streams with labels $I_k$ and $Q_k$ shall be assigned to the in-phase and quadrature phases, respectively, of the $k^{th}$ Walsh code that appears in the WCI_SET.

Following the Walsh channel spreading, the spread subpacket modulation symbols from the Walsh channels shall be summed to form a single sequence of (I, Q) symbols.

3.1.3.1.15 Orthogonal and Quasi-Orthogonal Spreading

Walsh functions are used with Radio Configurations 1, 2, and 10. Walsh functions or quasi-orthogonal functions are used with Radio Configurations 3 through 9.

TIA-2000.2-C-1

1 Each code channel transmitted on the Forward CDMA Channel shall be spread with a
2 Walsh function or a quasi-orthogonal function at a fixed chip rate of 1.2288 Mcps to
3 provide channelization among all code channels on a given Forward CDMA Channel.

4 The maximum length of the assigned Walsh functions ($N_{max}$) for code channels, except for
5 the Auxiliary Pilot Channels and the Auxiliary Transmit Diversity Pilot Channels,
6 transmitted on the Forward CDMA Channel is given in Table 3.1.3.1.15-1. One of N-ary (N
7 $\leq N_{max}$) time-orthogonal Walsh functions, generated as described in 2.1.3.1.8.2, shall be
8 used. A code channel that is spread using Walsh function n from the N-ary orthogonal set
9 ($0 \leq n \leq N - 1$) shall be assigned to code channel $W_n^N$. Walsh function time alignment shall
10 be such that the first Walsh chip begins at an even second time mark referenced to base
11 station transmission time (see 3.1.5). The Walsh function spreading sequence shall repeat
12 with a period of (N / 1.2288) μs.

**Table 3.1.3.1.15-1. Maximum Walsh Function Length for Code Channels on the Forward CDMA Channel Except the Auxiliary Pilot Channel and Auxiliary Transmit Diversity Pilot Channel**

| Spreading Rate | Maximum Walsh Length |
|---|---|
| 1 | 128 |
| 3 | 256 |

18 Quasi-orthogonal functions (QOFs) shall be created using a non-zero sign multiplier QOF
19 mask and a non-zero rotate enable Walsh function as specified in Table 3.1.3.1.15-2. The
20 repeated sequence of an appropriate Walsh function shall be multiplied by the repeated
21 sequence of masks with symbols +1 and –1, which correspond to the sign multiplier QOF
22 mask values of 0 and 1, respectively. The sequence shall also be multiplied by the repeated
23 sequence of masks with symbols 1 and j (j is the complex number representing a 90° phase
24 shift) which correspond to the rotate enable Walsh function values of 0 and 1, respectively.
25 The sign multiplier QOF masks ($QOF_{sign}$) and the rotate enable Walsh functions ($Walsh_{rot}$)
26 given in Table 3.1.3.13.2-2 shall be used. The mask sequence order shall be output by
27 rows from left to right for each row from top to bottom. Each hex symbol is output from the
28 most-significant bit to the least-significant bit. The time alignment of $QOF_{sign}$ and $Walsh_{rot}$
29 shall be such that the first Walsh chip of the quasi-orthogonal function begins at an even
30 second time mark referenced to base station transmission time (see 3.1.5).

**Table 3.1.3.1.15-2. Masking Functions for Quasi-Orthogonal Functions with Length 256**

| Function | Masking Function | |
|---|---|---|
| | Hexadecimal Representation of $QOF_{sign}$ | $Walsh_{rot}$ |
| 0 | 0000000000000000000000000000000000000000000000000000000000000000 | $W_0^{256}$ |
| 1 | 7228d7724eebebb1eb4eb1ebd78d8d28 278282d81b41be1b411b1bbe7dd8277d | $W_{130}^{256}$ |
| 2 | 114b1e4444e14beeee4be144bbe1b4ee dd872d77882d78dd2287d277772d87dd | $W_{173}^{256}$ |
| 3 | 1724bd71b28118d48ebddb172b187eb2 e7d4b27ebd8ee82481b22be7dbe871bd | $W_{47}^{256}$ |

The assignment of code channels shall be such that each code channel is orthogonal or quasi-orthogonal to all other code channels in use.

Code channel $W_0^{64}$ shall be assigned to the Forward Pilot Channel. Code channel $W_0^{64}$ shall not be used with a non-zero quasi-orthogonal function. Non-zero quasi-orthogonal functions shall not be used for the Forward Transmit Diversity Pilot Channel, ~~the Auxiliary Pilot Channel, the Auxiliary Transmit Diversity Pilot Channel,~~ the Broadcast Control Channel, the Quick Paging Channel, the Common Power Control Channel, the Common Assignment Channel, the Forward Common Control Channel, the Forward Packet Data Control Channel, and the Forward Packet Data Channel. Code channels $W_{64k}^N$, with and without a non-zero quasi-orthogonal function, where $N > 64$ and k is an integer such that $0 \leq 64k < N$, shall not be used.

If the Transmit Diversity Pilot Channel is present, it shall be assigned code channel $W_{16}^{128}$.

If an Auxiliary Pilot Channel is present, it shall be assigned a code channel $W_n^N$, where $N \leq 512$~~,~~ and $1 \leq n \leq N - 1$. The value of N and n are specified by the base station.

If an Auxiliary Pilot Channel is used with an Auxiliary Transmit Diversity Pilot Channel, then the Auxiliary Pilot Channel shall be assigned a code channel $W_n^N$, and the Auxiliary Transmit Diversity Pilot Channel shall be assigned a code channel $W_{n+N/2}^N$, where $N \leq 512$ and $1 \leq n \leq N/2 - 1$. The value of N and n are specified by the base station.

If the Sync Channel is present, it shall be assigned code channel $W_{32}^{64}$.

If Paging Channels are present, they shall be assigned to code channels $W_1^{64}$ to $W_7^{64}$, consecutively.

If a Spreading Rate 1, rate 1/2 coded Broadcast Control Channel is present, it shall be assigned to a code channel $W_n^{64}$, where $1 \leq n \leq 63$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

TIA-2000.2-C-1

If a Spreading Rate 1, rate 1/4 coded Broadcast Control Channel is present, it shall be assigned to a code channel $W_n^{32}$, where $1 \le n \le 31$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

If a Spreading Rate 3 Broadcast Control Channel is present, it shall be assigned to a code channel $W_n^{128}$, where $1 \le n \le 127$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

If Spreading Rate 1 Quick Paging Channels are present, they shall be assigned to code channels $W_{80}^{128}$, $W_{48}^{128}$, and $W_{112}^{128}$, in that order. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24.

If a Spreading Rate 3 Quick Paging channel is present, it shall be assigned to a code channel $W_n^{256}$, where $1 \le n \le 255$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

If a Spreading Rate 1 Common Power Control Channel operating in the non-TD mode is present, it shall be assigned to a code channel $W_n^{128}$, where $1 \le n \le 127$. See Figure 3.1.3.1.1.1-22. The value of n is specified by the base station.

If a Spreading Rate 1 Common Power Control Channel operating in the OTD or STS mode is present, it shall be assigned to a code channel $W_n^{64}$, where $1 \le n \le 63$. See Figure 3.1.3.1.1.1-23 and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

If a Spreading Rate 3 Common Power Control Channel is present, it shall be assigned to a code channel $W_n^{128}$, where $1 \le n \le 127$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

If a Spreading Rate 1, rate 1/2 coded Common Assignment Channel is present, it shall be assigned to a code channel $W_n^{128}$, where $1 \le n \le 127$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

If a Spreading Rate 1, rate 1/4 coded Common Assignment Channel is present, it shall be assigned to a code channel $W_n^{64}$, where $1 \le n \le 63$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

If a Spreading Rate 3 Common Assignment Channel is present, it shall be assigned to a code channel $W_n^{256}$, where $1 \le n \le 255$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

If a Spreading Rate 1, rate 1/2 coded Forward Common Control Channel is present, it shall be assigned to a code channel $W_n^N$, where N = 32, 64, and 128 for the data rate of 38400 bps, 19200 bps, and 9600 bps, respectively, and $1 \le n \le N - 1$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

If a Spreading Rate 1, rate 1/4 coded Forward Common Control Channel is present, it shall be assigned to a code channel $W_n^N$, where N = 16, 32, and 64 for the data rate of 38400 bps, 19200 bps, and 9600 bps, respectively, and $1 \le n \le N - 1$. See Figure 3.1.3.1.1.1-22,

Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

If a Spreading Rate 3 Forward Common Control Channel is present, it shall be assigned to a code channel $W_n^N$, where N = 64, 128, and 256 for the data rate of 38400 bps, 19200 bps, and 9600 bps, respectively, and $1 \leq n \leq N - 1$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

If a Forward Packet Data Control Channel is present, it shall be assigned to a code channel $W_n^{64}$, where $1 \leq n \leq 63$ (see Figure 3.1.3.1.1.1-22). The value of n is specified by the base station.

Each Forward Fundamental Channel and Forward Supplemental Code Channel with Radio Configuration 1 or 2 shall be assigned to a code channel $W_n^{64}$, where $1 \leq n \leq 63$. See Figure 3.1.3.1.1.1-22. The value of n is specified by the base station.

Each Forward Fundamental Channel and Forward Dedicated Control Channel with Radio Configuration 3 or 5 shall be assigned to a code channel $W_n^{64}$, where $1 \leq n \leq 63$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

Each Forward Fundamental Channel and Forward Dedicated Control Channel with Radio Configuration 4 shall be assigned to a code channel $W_n^{128}$, where $1 \leq n \leq 127$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is specified by the base station.

Each Forward Fundamental Channel and Forward Dedicated Control Channel with Radio Configuration 6 or 8 shall be assigned to a code channel $W_n^{128}$, where $1 \leq n \leq 127$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

Each Forward Fundamental Channel and Forward Dedicated Control Channel with Radio Configuration 7 or 9 shall be assigned to a code channel $W_n^{256}$, where $1 \leq n \leq 255$. See Figure 3.1.3.1.1.2-17. The value of n is specified by the base station.

Each Forward Supplemental Channel with Radio Configuration 3, 4, or 5 shall be assigned to a code channel $W_n^N$, where N = 4, 8, 16, 32, 64, 128, 128, and 128 for the maximum assigned QPSK symbol rate of 307200 sps, 153600 sps, 76800 sps, 38400 sps, 19200 sps, 9600 sps, 4800 sps, and 2400 sps, respectively, and $1 \leq n \leq N - 1$. See Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, and Figure 3.1.3.1.1.1-24. The value of n is explicitly specified by the base station, while the value of N is indirectly specified by the base station by explicitly specifying the radio configuration, the number of bits in the frame, and the frame duration. For QPSK symbol rates of 4800 sps and 2400 sps, the Walsh function is transmitted two times and four times per QPSK symbol, respectively. The effective length of the Walsh function is 256 for the QPSK symbol rate of 4800 sps, and 512 for the QPSK symbol rate of 2400 sps.

Each Forward Supplemental Channel with Radio Configuration 6, 7, 8, or 9 shall be assigned to a code channel $W_n^N$, where N = 4, 8, 16, 32, 64, 128, 256, 256, and 256 for the maximum assigned QPSK symbol rate of 921600 sps, 460800 sps, 230400 sps, 115200 sps, 57600 sps, 28800 sps, 14400 sps, 7200 sps, and 3600 sps, respectively, and $1 \leq n \leq N$

TIA-2000.2-C-1

– 1. See Figure 3.1.3.1.1.2-17. The value of n is explicitly specified by the base station, while the value of N is indirectly specified by the base station by explicitly specifying the radio configuration, the number of bits in the frame, and the frame duration. For QPSK symbol rates of 7200 sps and 3600 sps, the Walsh function is transmitted two times and four times per QPSK symbol, respectively. The effective length of the Walsh function is 512 for the QPSK symbol rate of 7200 sps, and 1024 for the QPSK symbol rate of 3600 sps.

If a Forward Packet Data Channel with Radio Configuration 10 is present, it shall be assigned to one to 28 code channels $W_n^{32}$, where $1 \leq n \leq 31$ (see Figure 3.1.3.1.1.1-19), depending on the number of Walsh Channels in WCI_SET (see 3.1.3.1.14.4). The value of n is specified by the base station. For specific data rates and modulations, refer to Table 3.1.3.1.13.4-1.

## 3.1.3.1.16 Quadrature Spreading

Following the orthogonal spreading, each code channel is spread in quadrature as shown in Figure 3.1.3.1.1.1-10, Figure 3.1.3.1.1.1-19, Figure 3.1.3.1.1.1-22, Figure 3.1.3.1.1.1-23, Figure 3.1.3.1.1.1-24, and Figure 3.1.3.1.1.2-17. The spreading sequence shall be a quadrature sequence of length $2^{15}$ (i.e., 32768 PN chips in length) for Spreading Rate 1 and each carrier of Spreading Rate 3. This sequence is called the pilot PN sequence.

For Spreading Rate 1 and each carrier of Spreading Rate 3, the pilot PN sequence shall be based on the following characteristic polynomials:

$$P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1$$

(for the in-phase (I) sequence)

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1$$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift register sequences i(n) and q(n) based on the above polynomials are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$$i(n) = i(n-15) \oplus i(n-10) \oplus i(n-8) \oplus i(n-7) \oplus i(n-6) \oplus i(n-2)$$

(based on $P_I(x)$ as the characteristic polynomial)

and

$$q(n) = q(n-15) \oplus q(n-12) \oplus q(n-11) \oplus q(n-10) \oplus q(n-9)$$
$$\oplus q(n-5) \oplus q(n-4) \oplus q(n-3)$$

(based on $P_Q(x)$ as the characteristic polynomial),

where i(n) and q(n) are binary-valued ('0' and '1') and the additions are modulo-2. In order to obtain the I and Q pilot PN sequences (of period $2^{15}$), a '0' is inserted in i(n) and q(n) after 14 consecutive '0' outputs (this occurs only once in each period); therefore, the pilot PN sequences have one run of 15 consecutive '0' outputs instead of 14.

TIA-2000.2-C-1

1   The chip rate for Spreading Rate 1 and each carrier of Spreading Rate 3 shall be 1.2288
2   Mcps. The pilot PN sequence period is 32768/1228800 = 26.666... ms, and exactly 75 pilot
3   PN sequence repetitions occur every 2 seconds. The pilot PN sequence offset shall be as
4   specified in 3.1.3.2.1.

5   3.1.3.1.17 Filtering

6   3.1.3.1.17.1 Baseband Filtering

7   Following the spreading operation, the I and Q impulses are applied to the inputs of the I
8   and Q baseband filters as described in 3.1.3.1.1.1 and 3.1.3.1.1.2. The baseband filters
9   shall have a frequency response S(f) that satisfies the limits given in Figure 3.1.3.1.17.1-1.
10  Specifically, the normalized frequency response of the filter shall be contained within $\pm\delta_1$ in
11  the passband $0 \leq f \leq f_p$, and shall be less than or equal to $-\delta_2$ in the stopband $f \geq f_s$. The
12  numerical values for the parameters are $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$
13  kHz.

14



15
16  **Figure 3.1.3.1.17.1-1. Baseband Filters Frequency Response Limits**

17

18  If s(t) is the impulse response of the baseband filter, then s(t) should satisfy the following
19  equation:

TIA-2000.2-C-1

1    $$\text{Mean Squared Error} = \sum_{k=0}^{\infty}[\alpha s(kT_s - \tau) - h(k)]^2 \leq 0.03,$$

2    where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$
3    is equal to 203.51... ns. $T_s$ equals one quarter of a PN chip. The values of the coefficients
4    h(k), for k < 48, are given in Table 3.1.3.1.17.1-1; h(k) = 0 for k ≥ 48. Note that h(k) equals
5    h(47 − k).

6

7    **Table 3.1.3.1.17.1-1. Coefficients of h(k)**

| k | h(k) |
|---|---|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

8

3.1.3.1.17.2 Phase Characteristics

The base station shall provide phase equalization for the transmit signal path.[27] The equalizing filter shall be designed to provide the equivalent baseband transfer function

$$H(\omega) = K \frac{\omega^2 + j\alpha\omega\omega_0 - \omega_0^2}{\omega^2 - j\alpha\omega\omega_0 - \omega_0^2},$$

where K is an arbitrary gain, j equals $\sqrt{-1}$, $\alpha$ equals 1.36, $\omega_0$ equals $2\pi \times 3.15 \times 10^5$, and $\omega$ is the radian frequency. The equalizing filter implementation shall be equivalent to applying baseband filters with this transfer function, individually, to the baseband I and Q waveforms.

A phase error test filter is defined to be the overall base station transmitter filter (including the equalizing filter) cascaded with a filter having a transfer function that is the inverse of the equalizing filter specified above. The response of the test filter should have a mean squared phase error from the best fit linear phase response that is no greater than 0.01 squared radians when integrated over the frequency range 1 kHz $\leq |f - f_c| \leq$ 630 kHz. For purposes of this requirement, "overall" shall mean from the I and Q baseband filter inputs (see 3.1.3.1.17.1) to the RF output of the transmitter.

3.1.3.2 Pilot Channels

The Forward Pilot Channel, the Transmit Diversity Pilot Channel, the Auxiliary Pilot Channels, and the Auxiliary Transmit Diversity Pilot Channels are unmodulated spread spectrum signals used for synchronization by a mobile station operating within the coverage area of the base station.

The Forward Pilot Channel is transmitted at all times by the base station on each active Forward CDMA Channel, unless the base station is classified as a hopping pilot beacon. If the Forward Pilot Channel is transmitted by a hopping pilot beacon, then the timing requirements in 3.1.3.2.5 shall apply. Hopping pilot beacons change frequency periodically to simulate multiple pilot beacons transmitting pilot information. This results in discontinuous transmissions on a given Forward CDMA Channel. If transmit diversity is used on a Forward CDMA Channel, then the base station shall transmit a Transmit Diversity Pilot.

When the Transmit Diversity Pilot Channel is transmitted, the base station should continue to use sufficient power on the Forward Pilot Channel to ensure that a mobile station is able to acquire and estimate the Forward CDMA Channel without using energy from the Transmit Diversity Pilot Channel.

Zero or more Auxiliary Pilot Channels can be transmitted by the base station on an active Forward CDMA Channel. If transmit diversity is used on the Forward CDMA Channel associated with an Auxiliary Pilot Channel, then the base station shall transmit an Auxiliary Transmit Diversity Pilot.

---

[27]This equalization simplifies the design of the mobile station receive filters.

TIA-2000.2-C-1

1  3.1.3.2.1 Pilot PN Sequence Offset

2  Each base station shall use a time offset of the pilot PN sequence to identify a Forward
3  CDMA Channel. Time offsets may be reused within a CDMA cellular system.

4  Distinct pilot channels shall be identified by an offset index (0 through 511 inclusive). This
5  offset index specifies the offset time from the zero offset pilot PN sequence in multiples of
6  64 chips. The zero offset pilot PN sequence shall be such that the start of the sequence
7  shall be output at the beginning of every even second in time, referenced to the base
8  station transmission time (see 3.1.5). For Spreading Rate 1 and for each carrier of
9  Spreading Rate 3, the start of the zero offset pilot PN sequence for either the I or Q
10 sequence shall be defined as the state of the sequence for which the previous 15 outputs
11 were '0's (see Figure 1.3-1).

12 There are 512 unique values that are possible for the pilot PN sequence offset. The offset (in
13 chips) for a given pilot PN sequence from the zero offset pilot PN sequence is equal to the
14 index value multiplied by 64; for example, if the pilot PN sequence offset index is 15, the
15 pilot PN sequence offset will be $15 \times 64 = 960$ PN chips. The pilot PN sequence offset is
16 illustrated in Figure 3.1.3.2.1-1. The same pilot PN sequence offset shall be used on all
17 CDMA frequency assignments for a given base station.

18



Note:    "Common Channels" consists of the Paging Channel, Broadcast Control Channel, Quick Paging
Channel, Common Power Control Channel, Common Assignment Channel, and Forward Common Control
Channel.

**Figure 3.1.3.2.1-1. Forward CDMA Channel Pilot PN Sequence Offset**

3.1.3.2.2 Pilot Channel Orthogonal and Quasi-Orthogonal Spreading

3.1.3.2.2.1 Forward Pilot Channel

The Forward Pilot Channel shall be spread by $W_0$ as specified in 3.1.3.1.15.

3.1.3.2.2.2 Forward Transmit Diversity Pilot Channel

If transmit diversity is supported on the Forward CDMA Channel, then the Transmit
Diversity Pilot Channel shall be spread with $W_{16}^{128}$ as specified in 3.1.3.1.15 and shall
be transmitted at a power level of 0, –3, –6, or –9 dB relative to the power level of the
Forward Pilot Channel.

TIA-2000.2-C-1

3.1.3.2.2.3 Auxiliary Pilot Channel

Code multiplexed Auxiliary Pilots are generated by assigning a different Walsh function or a different quasi-orthogonal function to each Auxiliary Pilot. The Walsh function length may be extended to increase the number of available Walsh functions or quasi-orthogonal functions, thereby achieving a smaller impact to the number of orthogonal codes available for Traffic Channels.

Every Walsh function $W_i^m$ (where i is the index of the Walsh function and m is 128 for Spreading Rate 1 and 256 for Spreading Rate 3) may be used to generate N Walsh functions of order $N \times m$, where N is a non-negative integer power of 2 ($N = 2^n$). A Walsh function of order $N \times m$ can be constructed by concatenating N times $W_i^m$, with certain permissible polarities for the concatenated $W_i^m$. Concatenation of $W_0^m$ shall not be allowed, since it is incompatible with continuous or non-periodic integration of the Forward Pilot Channel. Additionally, concatenation of $W_{64}^{128}$ shall not be allowed for Spreading Rate 1 and concatenation of $W_{64}^{256}$, $W_{128}^{256}$, and $W_{192}^{256}$ shall not be allowed for Spreading Rate 3. Walsh function time alignment shall be such that the first Walsh chip begins at an even second time mark referenced to base station transmission time (see 3.1.5). The Walsh function spreading sequence shall repeat with a period of $(N \times m)/1.2288$ μs

The maximum length of the Walsh functions that may be used for Walsh function spreading or quasi-orthogonal function spreading of an Auxiliary Pilot shall be 512. For Spreading Rate 1, N equals 1, 2, or 4. For Spreading Rate 3, N equals 1 or 2.

For the case N = 2, the two possible Walsh functions of order $2 \times m$ are $W_i^m\ W_i^m$ ($W_i^{2m}$) and $W_i^m\ \overline{W_i^m}$ ($W_{i+m}^{2m}$), where the overbar denotes a polarity change and $i < m$. For the case N = 4, the four possible Walsh functions are $W_i^m\ W_i^m\ W_i^m\ W_i^m$ ($W_i^{4m}$), $W_i^m\ \overline{W_i^m}\ W_i^m\ \overline{W_i^m}$ ($W_{i+m}^{4m}$), $W_i^m\ W_i^m\ \overline{W_i^m}\ \overline{W_i^m}$ ($W_{i+2m}^{4m}$), $W_i^m\ \overline{W_i^m}\ \overline{W_i^m}\ W_i^m$ ($W_{i+3m}^{4m}$).

When the Auxiliary Transmit Diversity Pilot Channel is transmitted, the base station should continue to use sufficient power on the Auxiliary Pilot Channel to ensure that a mobile station is able to acquire and estimate the Forward CDMA Channel without using energy from the Auxiliary Transmit Diversity Pilot Channel.

3.1.3.2.2.4 Auxiliary Transmit Diversity Pilot Channel

If transmit diversity is supported on the Forward CDMA Channel associated with an Auxiliary Pilot Channel, then the Auxiliary Transmit Diversity Pilot Channel shall be spread with a Walsh function or a quasi-orthogonal function. The length of the Walsh function, the sign multiplier QOF mask, and the rotate enable Walsh function used to spread the Auxiliary Transmit Diversity Pilot Channel shall be the same as the length of the Walsh function, the sign multiplier QOF mask, and the rotate enable Walsh function, respectively, that are used to spread the associated Auxiliary Pilot Channel.

1  3.1.3.2.3 Pilot Channel Quadrature Spreading

2  Each pilot channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

3  3.1.3.2.4 Pilot Channel Filtering

4  For each pilot channel, the filtering shall be as specified in 3.1.3.1.17.

5  3.1.3.2.5 Hopping Pilot Beacon Timing

6  The hopping pilot beacon shall be transmitted periodically. The transmission time of a
7  hopping pilot beacon is defined by three parameters: NGHBR_TX_PERIOD,
8  NGHBR_TX_OFFSET, and NGHBR_TX_DURATION, as shown in Figure 3.1.3.2.5-1.
9  NGHBR_TX_PERIOD, in units of 80 ms, is the period between pilot beacon transmissions.
10 The start of the transmission period shall be aligned to the beginning of the System Time.
11 NGHBR_TX_OFFSET, in units of 80 ms, is the time offset of the pilot beacon transmission
12 from the beginning of the transmission period. NGHBR_TX_DURATION, in units of 80 ms,
13 is the duration of each pilot beacon transmission.

14 Each pilot beacon transmission shall be NGHBR_TX_DURATION in duration. Pilot beacon
15 shall be transmitted when

16    $(\lfloor t/4 \rfloor - \text{NGHBR\_TX\_OFFSET}) \bmod \text{NGHBR\_TX\_PERIOD} = 0$,

17 where t is the System Time in units of 20 ms.

18



NGHBR_TX_PERIOD = 20
NGHBR_TX_OFFSET = 9
NGHBR_TX_DURATION = 7

19

20      **Figure 3.1.3.2.5-1. Hopping Pilot Beacon Timing**

21

22 3.1.3.3 Sync Channel

23 The Sync Channel is an encoded, interleaved, spread, and modulated spread spectrum
24 signal that is used by mobile stations operating within the coverage area of the base station
25 to acquire initial time synchronization.

26 3.1.3.3.1 Sync Channel Time Alignment and Modulation Rates

27 The bit rate for the Sync Channel is 1200 bps. A Sync Channel frame is 26.666... ms in
28 duration. For a given base station, the I and Q channel pilot PN sequences for the Sync
29 Channel shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

TIA-2000.2-C-1

Once the mobile station achieves pilot PN sequence synchronization by acquiring the Forward Pilot Channel, the synchronization for the Sync Channel is immediately known. This is because the Sync Channel (and all other channels) is spread with the same pilot PN sequence, and because the frame and interleaver timing on the Sync Channel are aligned with the pilot PN sequence.

The start of the interleaver block and the frame of the Sync Channel shall align with the start of the pilot PN sequence being used to spread the Forward CDMA Channel (see Figure 3.1.3.1.1.1-1 and Figure 3.1.3.1.1.2-1). See Table 3.1.3.1.2.1-1 and Table 3.1.3.1.2.2-1 for a summary of Sync Channel modulation parameters.

3.1.3.3.2 Sync Channel Structure

A Sync Channel superframe is formed by three Sync Channel frames (i.e., 80 ms) as shown in Figure 3.1.3.2.1-1.

When using the zero-offset Pilot PN sequence, Sync Channel superframes shall begin at the even second time mark referenced to base station transmission time (see 3.1.5) or at the end of any third Sync Channel frame thereafter. When using a Pilot PN sequence other than the zero-offset sequence, the Sync Channel superframe shall begin at the even second time mark plus the pilot PN offset value in time or at the end of any third Sync Channel frame thereafter.

3.1.3.3.3 Sync Channel Convolutional Encoding

The Sync Channel data shall be convolutionally encoded prior to transmission, as specified in 3.1.3.1.4. The state of the Sync Channel convolutional encoder shall not be reset between Sync Channel frames.

3.1.3.3.4 Sync Channel Code Symbol Repetition

The Sync Channel code symbols shall be repeated as specified in 3.1.3.1.5.

~~3.1.3.3.4~~3.1.3.5 Sync Channel Interleaving

The modulation symbols on the Sync Channel shall be interleaved as specified in 3.1.3.1.7.

~~3.1.3.3.5~~3.1.3.6 Sync Channel Orthogonal Spreading

The Sync Channel shall be spread by $W_{32}^{64}$ as specified in 3.1.3.1.15~~0~~. When operating in Spreading Rate 3, a Sync Channel should be transmitted on a frequency from the Sync Channel preferred set of frequency assignments for Spreading Rate 3.

~~3.1.3.3.6~~3.1.3.7 Sync Channel Quadrature Spreading

The Sync Channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

~~3.1.3.3.7~~3.1.3.8 Sync Channel Filtering

~~Filtering for t~~The Sync Channel shall be filtered as specified in 3.1.3.1.17.

1  ~~3.1.3.3.8~~3.1.3.3.9 Sync Channel Transmission Processing

2  When the Physical Layer receives a PHY-SYNCH.Request(SDU) from the MAC Layer, the
3  base station shall perform the following:

4  • Set the information bits to SDU.

5  • Transmit a Sync Channel frame.

6  3.1.3.4 Paging Channel

7  The Paging Channel applies to Spreading Rate 1 only.

8  The Paging Channel is an encoded, interleaved, spread, and modulated spread spectrum
9  signal that is used by mobile stations operating within the coverage area of the base
10  station. The base station uses the Paging Channel to transmit system overhead information
11  and mobile station-specific messages.

12  The Primary Paging Channel shall be Paging Channel number 1.

13  3.1.3.4.1 Paging Channel Time Alignment and Modulation Rates

14  The Paging Channel shall transmit information at a fixed data rate of 9600 or 4800 bps. All
15  Paging Channels in a given system (i.e., with the same SID) should transmit information at
16  the same data rate. A Paging Channel frame is 20 ms in duration.

17  For a given base station, the I and Q channel pilot PN sequences for the Paging Channel
18  shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

19  The start of the interleaver block and the frame of the Paging Channel shall align with the
20  start of the zero-offset pilot PN sequence at every even-second time mark (t mod 100 = 0,
21  where t is the System Time in 20 ms frames) as shown in Figure 3.1.3.2.1-1. The first
22  Paging Channel frame shall begin at the start of base station transmission time (see 3.1.5).
23  See Table 3.1.3.1.2.1-2 for a summary of Paging Channel modulation parameters.

24  3.1.3.4.2 Paging Channel Structure

25  The Paging Channel shall be divided into Paging Channel slots that are each 80 ms in
26  duration.

27  3.1.3.4.3 Paging Channel Convolutional Encoding

28  The Paging Channel data shall be convolutionally encoded as specified in 3.1.3.1.4. The
29  state of the Paging Channel convolutional encoder shall not be reset between Paging
30  Channel frames.

31  3.1.3.4.4 Paging Channel Code Symbol Repetition

32  The Paging Channel code symbols shall be repeated as specified in 3.1.3.1.5.

33  3.1.3.4.5 Paging Channel Interleaving

34  The modulation symbols on the Paging Channel shall be interleaved, as specified in
35  3.1.3.1.7. The interleaver block shall align with the Paging Channel frame. The alignment

TIA-2000.2-C-1

shall be such that the first bit of the frame influences the first 18 modulation symbols (for 9600 bps) or 36 modulation symbols (for 4800 bps) input into the interleaver.

Since the Paging Channel is not convolutionally encoded by blocks, the last 8 bits of a Paging Channel frame influence symbols in the successive interleaver block.

### 3.1.3.4.6 Paging Channel Data Scrambling

The Paging Channel data shall be scrambled as specified in 3.1.3.1.9, utilizing the Paging Channel long code mask as shown in Figure 3.1.3.4.6-1.

| 41        ...        29 | 28  ...  24 | 23  ...  21 | 20        ...        9 | 8        ...        0 |
|---|---|---|---|---|
| 1100011001101 | 00000 | PCN | 000000000000 | PILOT_PN |

PCN - Paging Channel Number
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

**Figure 3.1.3.4.6-1. Paging Channel Long Code Mask**

### 3.1.3.4.7 Paging Channel Orthogonal Spreading

The Paging Channel shall be spread by $W_i^{64}$, where i is equal to the Paging Channel number, as specified in 3.1.3.1.15~~0~~.

### 3.1.3.4.8 Paging Channel Quadrature Spreading

The Paging Channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

### 3.1.3.4.9 Paging Channel Filtering

~~Filtering for t~~The Paging Channel shall be <u>filtered</u> as specified in 3.1.3.1.17.

### 3.1.3.4.10 Paging Channel Transmission Processing

When the Physical Layer receives a PHY-PCH.Request(SDU) from the MAC Layer, the base station shall perform the following:

- Set the information bits to SDU.
- Transmit a Paging Channel frame.

### 3.1.3.5 Broadcast Control Channel

The Broadcast Control Channel is an encoded, interleaved, spread, and modulated spread spectrum signal that is used by mobile stations operating within the coverage area of the base station.

3.1.3.5.1 Broadcast Control Channel Time Alignment and Modulation Rates

The Broadcast Control Channel shall transmit information at a data rate of 19200, 9600, or 4800 bps, which correspond to slot durations of 40, 80, and 160 ms respectively. The base station may support discontinuous transmission on the Broadcast Control Channel. The decision to enable or disable transmission shall be made on a Broadcast Control Channel slot basis.

For a given base station, the I and Q channel pilot PN sequences for the Broadcast Control Channel shall use the same pilot PN sequence offset as for the Pilot Channel.

The start of the Broadcast Control Channel slot shall align with the start of the zero-offset pilot PN sequence at every four-second time mark (t mod 200 = 0, where t is the System Time in 20 ms frames) as shown in Figure 3.1.3.2.1-1. The first Broadcast Control slot shall begin at the start of base station transmission time (see 3.1.5).

3.1.3.5.2 Broadcast Control Channel Structure

The Broadcast Control Channel shall be divided into Broadcast Control Channel slots that are 40, 80, or 160 ms in duration. For the 80 ms Broadcast Control Channel slot case, each Broadcast Control Channel slot shall consist of two 40 ms Broadcast Control Channel frames. For the 160 ms Broadcast Control Channel slot case, each Broadcast Control Channel slot shall consist of four 40 ms Broadcast Control Channel frames.

The first Broadcast Control Channel frame of a Broadcast Control Channel slot shall consist of a sequence of encoded and interleaved symbols. The following Broadcast Control Channel frames of a Broadcast Control Channel slot shall consist of the same sequence of encoded and interleaved symbols that were used on the first Broadcast Control Channel frame.

A Broadcast Control Channel frame shall consist of 768 bits. These shall be composed of 744 information bits followed by 16 Broadcast Control Channel frame quality indicator (CRC) bits and 8 Encoder Tail Bits, as shown in Figure 3.1.3.5.2-1.



| Information Bits | F | T |
|---|---|---|

**Notation**

F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 3.1.3.5.2-1. Broadcast Control Channel Frame Structure**

3.1.3.5.2.1 Broadcast Control Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits. The Broadcast Control Channel shall use a 16-bit frame quality indicator.

TIA-2000.2-C-1

The generator polynomial for the frame quality indicator shall be as follows:

$$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$$

The frame quality indicator shall be computed according to the following procedure as shown in Figure 3.1.3.5.2.1-1:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of information bits in the Broadcast Control Channel frame (i.e., 744) with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (i.e., 16).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 3.1.3.5.2.1-1. Broadcast Control Channel Frame Quality Indicator Calculation**

3.1.3.5.2.2 Broadcast Control Channel Encoder Tail Bits

The last eight bits of each Broadcast Control Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.5.3 Broadcast Control Channel Convolutional Encoding

The Broadcast Control Channel data shall be convolutionally encoded as specified in 3.1.3.1.4.

When generating Broadcast Control Channel data, the encoder shall be initialized to the all-zero state at the end of each Broadcast Control Channel frame.

3.1.3.5.4 Broadcast Control Channel Interleaving

The modulation symbols on the Broadcast Control Channel shall be interleaved, as specified in 3.1.3.1.7. The interleaver block shall align with the Broadcast Control Channel frame.

3.1.3.5.5 Broadcast Control Channel Sequence Repetition

When operating at 4800 and 9600 bps, the sequence shall be repeated as specified in 3.1.3.1.8.

3.1.3.5.6 Broadcast Control Channel Data Scrambling

The Broadcast Control Channel data shall be scrambled as specified in 3.1.3.1.9 utilizing the Broadcast Control Channel long code mask as shown in Figure 3.1.3.5.6-1.

| 41 ... 29 | 28 ... 24 | 23 ... 21 | 20 ... 9 | 8 ... 0 |
|---|---|---|---|---|
| 1100011001101 | 00100 | BCN | 000000000000 | PILOT_PN |

BCN - Broadcast Control Channel Number
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

**Figure 3.1.3.5.6-1. Broadcast Control Channel Long Code Mask**

3.1.3.5.7 Broadcast Control Channel Orthogonal ~~and Quasi-Orthogonal~~ Spreading

The Broadcast Control Channel shall be spread by a Walsh function ~~or quasi-orthogonal function~~ as specified in 3.1.3.1.15~~0~~.

3.1.3.5.8 Broadcast Control Channel Quadrature Spreading

The Broadcast Control Channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

3.1.3.5.9 Broadcast Control Channel Filtering

~~Filtering for t~~The Broadcast Control Channel shall be _filtered_ as specified in 3.1.3.1.17.

3.1.3.5.10 Broadcast Control Channel Transmission Processing

When the Physical Layer receives a PHY-BCCH.Request(SDU, NUM_BITS) from the MAC Layer, the base station shall:

- Store the arguments SDU~~,~~ and NUM_BITS.

- Set the information bits (see Figure 3.1.3.5.2-1) to SDU.

- Transmit a Broadcast Control Channel frame.

3.1.3.6 Quick Paging Channel

The Quick Paging Channel is an uncoded, spread, and On-Off-Keying (OOK) modulated spread spectrum signal that is used by mobile stations operating within the coverage area of the base station. The base station uses the Quick Paging Channel to inform mobile stations, operating in the slotted mode while in the idle state, whether or not they should

TIA-2000.2-C-1

receive the Forward Common Control Channel or the Paging Channel starting in the next Forward Common Control Channel or Paging Channel slot.

### 3.1.3.6.1 Quick Paging Channel Time Alignment and Modulation Rates

The Quick Paging Channel shall transmit information at a fixed data rate of 4800 or 2400 bps. For a given base station, the I and Q channel pilot PN sequences for the Quick Paging Channel shall use the same pilot PN sequence offset as for the Pilot Channel.

The Quick Paging Channel slots shall be aligned such that they begin 20 ms before the start of the zero-offset pilot PN sequence at every even-second time mark (t mod 100 = 0, where t is the System Time in 20 ms frames).

### 3.1.3.6.2 Quick Paging Channel Structure

The Quick Paging Channel shall be divided into Quick Paging Channel slots that are each 80 ms in duration. Quick Paging Channel slots shall be divided into Paging Indicators, Configuration Change Indicators, and Broadcast Indicators. The indicator data rate is 9600 or 4800 bps.

### 3.1.3.6.3 Quick Paging Channel Paging Indicator Enabling

The base station enables the Paging Indicators for the mobile stations operating in slotted mode in its coverage area that are to receive the Forward Common Control Channel or the Paging Channel starting 20 ms following the end of the current Quick Paging Channel slot.

The base station enables two Paging Indicators in the Quick Paging Channel slot for each mobile station that is to receive the next Forward Common Control Channel or Paging Channel slot. The first of the two Paging Indicators is enabled in the first 40 ms of the Quick Paging Channel slot. The second Paging Indicator is enabled in either the third 20 ms portion or the fourth 20 ms portion of the Quick Paging Channel slot. The third 20 ms portion of the Quick Paging Channel slot is used when the first Paging Indicator is enabled in the first 20 ms portion of the Quick Paging Channel slot; otherwise, the fourth 20 ms portion of the Quick Paging Channel slot is used. The signal shall be turned off for Paging Indicators that have not been enabled for any mobile station. The base station should refrain from setting Paging Indicators for mobile stations that do not monitor the Quick Paging Channel.

### 3.1.3.6.4 Quick Paging Channel Configuration Change Indicator Enabling

Configuration Change Indicators are only used on Quick Paging Channel 1.

If the Quick Paging Channel indicator data rate is 4800 bps, the last two indicators of the first 40 ms of a Quick Paging Channel slot and the last two indicators of the Quick Paging Channel slot are reserved as Configuration Change Indicators. If the Quick Paging Channel indicator data rate is 9600 bps, the last four indicators of the first 40 ms of a Quick Paging Channel slot and the last four indicators of the Quick Paging Channel slot are reserved as Configuration Change Indicators. The base station enables the Configuration Change Indicators in each Quick Paging Channel slot for a period of time following a change in configuration parameters.

3.1.3.6.5 Quick Paging Channel Broadcast Indicator Enabling

Broadcast Indicators are only used on Quick Paging Channel 1.

If the Quick Paging Channel indicator data rate is 4800 bps, the two indicators prior to the last two indicators of the first 40 ms of a Quick Paging Channel slot and the two indicators prior to the last two indicators of the Quick Paging Channel slot are reserved as Broadcast Indicators. If the Quick Paging Channel indicator data rate is 9600 bps, the four indicators prior to the last four indicators of the first 40 ms of a Quick Paging Channel slot and the four indicators prior to the last four indicators of the Quick Paging Channel slot are reserved as Broadcast Indicators. The base station enables the Broadcast Indicators in the Quick Paging Channel slot corresponding to a Broadcast Slot on the Forward Common Control Channel or Paging Channel which mobile stations configured to receive broadcast messages are to monitor.

3.1.3.6.6 Quick Paging Channel Paging Indicator, Configuration Change Indicator, and Broadcast Indicator Repetition

For Spreading Rate 1, each Paging Indicator, Configuration Change Indicator, and Broadcast Indicator at the 9600 bps rate shall be repeated one time (each indicator occurs two consecutive times) and each indicator at the 4800 bps rate shall be repeated three times (each indicator occurs four consecutive times) as specified in Table 3.1.3.1.2.1-5.

For Spreading Rate 3, each Paging Indicator, Configuration Change Indicator, and Broadcast Indicator at the 9600 bps rate shall be repeated two times (each indicator occurs three consecutive times) and each indicator at the 4800 bps rate shall be repeated five times (each indicator occurs six consecutive times) as specified in Table 3.1.3.1.2.2-3.

3.1.3.6.7 Quick Paging Channel ~~Orthogonal and Quasi Orthogonal~~ Spreading

The Quick Paging Channel shall be spread by a Walsh function ~~or quasi orthogonal function~~ as specified in 3.1.3.1.15~~0~~.

3.1.3.6.8 Quick Paging Channel Quadrature Spreading

The Quick Paging Channel shall be PN spread using the PN sequence specified in 3.1.3.1.16.

3.1.3.6.9 Quick Paging Channel Filtering

~~Filtering for t~~The Quick Paging Channel shall be filtered as specified in 3.1.3.1.17.

3.1.3.6.10 Quick Paging Channel Transmit Power Level

The enabled Paging Indicator modulation symbols shall be transmitted at the power level relative to that of the Forward Pilot Channel that is specified by QPCH_POWER_LEVEL_PAGE.

The enabled Configuration Change Indicator modulation symbols shall be transmitted at the power level relative to that of the Forward Pilot Channel that is specified by QPCH_POWER_LEVEL_CONFIG.

TIA-2000.2-C-1

The enabled Broadcast Indicator modulation symbols shall be transmitted at the power level relative to that of the Forward Pilot Channel that is specified by QPCH_POWER_LEVEL_BCAST.

3.1.3.6.11 Quick Paging Channel Transmission Processing

Not specified.

3.1.3.7 Common Power Control Channel

The base station may support operation on one or more Common Power Control Channels.

The Common Power Control Channel is used by the base station for transmitting common power control subchannels (one bit per subchannel) for the power control of multiple Reverse Common Control Channels, or Reverse Acknowledgment Channels, Reverse Channel Quality Indicator Channels, and Reverse Traffic Channels. The common power control subchannels are time multiplexed on the Common Power Control Channel. Each common power control subchannel controls a Reverse Common Control Channel or the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the Reverse Traffic Channel.

The common power control subchannel may be used with the Reverse Common Control Channel, or the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the Reverse Traffic Channel, depending upon the operating mode. While operating in the Reservation Access Mode, the mobile station uses the common power control subchannel transmitted by the base station on the assigned Common Power Control Channel to adjust the transmit power of the Reverse Common Control Channel. While operating on the Forward Packet Data Channel without the assignment of the Forward Fundamental Channel or the Forward Dedicated Control Channel, the mobile station uses the common power control subchannel transmitted by the base station on the assigned Common Power Control Channel to adjust the transmit power of the Reverse Acknowledgment Channel, the Reverse Channel Quality Indicator Channel, and the Reverse Traffic Channel.

3.1.3.7.1 Common Power Control Channel Time Alignment and Modulation Rates

The common power control subchannels are multiplexed into separate data streams on the I and Q arms of the Common Power Control Channels. The data rate on both the I arm and Q arm is 9600 bps. In a 20 ms frame, there are 16 common power control groups for an 800 bps power control update rate, 8 common power control groups for a 400 bps power control update rate, and 4 common power control groups for a 200 bps power control update rate. The start of the first power control bit in the first common power control group aligns with the beginning of the 20 ms frame. The start of the Common Power Control Channel frame shall align with the start of the zero-offset pilot PN sequence at every even-second time mark (t mod 100 = 0, where t is the System Time in 20 ms frames) as shown in Figure 3.1.3.2.1-1. The first Common Power Control Channel frame shall begin at the start of the base station transmission time (see 3.1.5).

For Spreading Rate 1, the power control bits on each of the I and Q arms are not repeated (1 symbol/bit) for the non-TD mode, and repeated once (2 symbols/bit) for the TD mode.

1 For Spreading Rate 3, the power control bits on each of the I and Q arms are repeated twice
2 (3 symbols/bit).

3 For a given base station, the I and Q channel pilot PN sequences for the Common Power
4 Control Channel shall use the same pilot PN sequence offset as for the Pilot Channel.

5 3.1.3.7.2 Common Power Control Channel Structure

6 The channel structure for the Common Power Control Channel is shown in Figure
7 3.1.3.1.1-5 and Figure 3.1.3.1.1.2-4.

8 There are 2N common power control subchannels, numbered from 0 through 2N − 1, in one
9 common power control group of the Common Power Control Channel. These are divided
10 equally between the I arm and the Q arm of the Common Power Control Channel. Table
11 3.1.3.7.2-1 gives the number of common power control subchannels for power control
12 update rates of 800, 400 and 200 bps per subchannel.

13 If the Common Power Control Channel is used for transmitting common power control
14 subchannels for the power control of Reverse Acknowledgment Channels, Reverse Channel
15 Quality Indicator Channels, and Reverse Traffic Channels, the power control update rate
16 per subchannel is restricted to 800 bps.

17

18 **Table 3.1.3.7.2-1. Common Power Control Subchannels ~~for Spreading Rate 1~~**

| Rate (bps) | Duration (ms) | Power Control Subchannels (N) per I and Q Arms | Power Control Subchannels (2N) |
|---|---|---|---|
| 800 | 1.25 | 12 | 24 |
| 400 | 2.5 | 24 | 48 |
| 200 | 5.0 | 48 | 96 |

19

20 ~~The common power control subchannels numbered 0 through N − 1 shall correspond to the~~
21 ~~I arm and those numbered N through 2N − 1 shall correspond to the Q arm.~~ When the
22 power control update rate is 800 bps, the power control bit sequence for common power
23 control subchannel n, n = 0 to 23, shall be mapped to multiplexer input symbol position n.

24 When the power control update rate is 400 bps, the power control bit sequence for common
25 power control subchannel n, n = 0 to 47, shall be mapped to multiplexer input symbol
26 position n.

27 When the power control update rate is 200 bps, the power control bit sequence for common
28 power control subchannel n, n = 0 to 95, shall be mapped to multiplexer input symbol
29 position n.

TIA-2000.2-C-1

3.1.3.7.3 Pseudo-Randomization of Power Control Bit Positions

~~There are N bit positions or "offsets" numbered 0 through N – 1, on both the I arm and the Q arm in one common power control group. In each common power control group, the randomization process shall add a "relative offset" to an "initial offset", modulo N, to determine the "effective offset" to be used by the multiplexer.~~

~~The common power control subchannels shall be assigned initial offsets according to the following rules:~~

~~– For the I arm, the initial offset value is the same as the common power control subchannel index, i.e., the common power control subchannel index 0 shall correspond to initial offset 0, and the common power control subchannel index N – 1 shall correspond to initial offset N – 1.~~

~~– For the Q arm, the common power control subchannel index N shall correspond to initial offset 0, and the index 2N – 1 shall correspond to initial offset N – 1.~~

~~Offset 0 corresponds to the first bit position in the common power control group, and offset N – 1 shall correspond to the last bit position. In-phase power control bits shall remain on the I arm after each modulo operation and the same shall be true for the Q arm. When there is no data to be sent on any common power control subchannel, the power at the corresponding bit position shall be gated off.~~ There are 2N multiplexer input symbol positions numbered 0 through 2N – 1. Multiplexer input symbol positions 0 through N – 1 are transmitted on the I arm, and multiplexer input symbol positions N through 2N – 1 are transmitted on the Q arm. The multiplexer output sequences depend on a randomization parameter called the "relative offset." The multiplexer output sequence on the I arm shall be a sequence of N symbols from multiplexer input symbol positions (i + N – relative offset) mod N, where i = 0 to N – 1, i = 0 corresponds to the first output symbol on the I arm, and i = N – 1 corresponds to the last output symbol. The multiplexer output sequence on the Q arm shall be a sequence of N symbols from multiplexer input symbol positions N + ((i + N – relative offset) mod N), where i = 0 to N – 1, i = 0 corresponds to the first output symbol on the Q arm, and i = N – 1 corresponds to the last output symbol.

The Common Power Control Channel shall use the decimated output of the long code generator specified in 2.1.3.1.12 with the long code mask shown in Figure 3.1.3.7.3-1 to randomize the power control bit position as shown in Figure 3.1.3.1.1.1-5 and Figure 3.1.3.1.1.2-4. For Spreading Rate 1, a decimation factor of 128 shall be realized by outputting the first chip of each 128 chips output from the long code generator. For Spreading Rate 3, a decimation factor of 384 shall be realized by outputting the first chip of each 384 chips output from the long code generator. ~~The decimated output of the long code generator shall not be used to scramble the multiplexer output data stream.~~



| 41 ... 29 | 28 ... 26 | 25  24 | 23 ... 9 | 8 ... 0 |
|---|---|---|---|---|
| 1100011001101 | 100 | 00 | 000000000000000 | 000000000 |

**Figure 3.1.3.7.3-1. Power Control Bit Randomization Long Code Mask**

The following algorithm shall be used to compute the relative offset using the long code decimator output. The decimator output bit rate shall be 9600 bps, giving exactly N scrambling bits in one common power control group. During the common power control group, the N bits from the long code decimator are numbered from 0 through N − 1, with bit 0 occurring first, and bit N − 1 occurring last. The last L bits from the decimator appearing in the previous common power control group shall be used to compute the relative offset for the current common power control group, where L is listed in Table 3.1.3.7.3-1.

**Table 3.1.3.7.3-1. Parameters for Relative Offset Computation**

| PCG (ms) | Number of Offset Position Bits (L) | First Offset Position Bits ($L_1$) | Second Offset Position Bits ($L_2$) | Computed Relative Offset (P) |
|---|---|---|---|---|
| 1.25 | 5 | 2 | 3 | 0 to 10 |
| 2.5 | 7 | 3 | 4 | 0 to 22 |
| 5.0 | 9 | 4 | 5 | 0 to 46 |

The L bits are separated into $L_1$-bit and $L_2$-bit blocks, with the $L_1$-bit block occurring first. The relative offset P is computed from the sum of $P_1$ and $P_2$, the unsigned binary integers given by the $L_1$-bit block and the $L_2$-bit block, respectively, where the first bit in each block is considered as the LSB. The value of the relative offset (P) is from 0 through N − 2 as shown in Table 3.1.3.7.3-1.

3.1.3.7.4 Common Power Control Channel Orthogonal ~~and Quasi-Orthogonal~~ Spreading

The Common Power Control Channel shall be spread by a Walsh function ~~or quasi-orthogonal function~~ as specified in 3.1.3.1.15~~0~~.

3.1.3.7.5 Common Power Control Channel Quadrature Spreading

The Common Power Control Channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

3.1.3.7.6 Common Power Control Channel Filtering

Filtering for the Common Power Control Channel shall be as specified in 3.1.3.1.17.

3.1.3.7.7 Common Power Control Channel Transmission Processing

When the Physical Layer receives a PHY-CPCCH.Request(PN, CPCCH_ID, RES_SCH_ADDR) from the MAC Layer, the base station shall perform the following:

- Store the arguments PN, CPCCH_ID, and RES_SCH_ADDR.

TIA-2000.2-C-1

- For the base station with its pilot PN offset equal to the stored value of PN, set the common power control subchannel index to RES_SCH_ADDR and compute the relative~~effective~~ offset for the common power control subchannel as specified in 3.1.3.7.3.

- Transmit the common power control subchannel with the relative~~effective~~ offset (computed in the previous step) on the Common Power Control Channel specified by CPCCH_ID and the rate specified by CPCCH_RATE (see [5]).

3.1.3.8 Common Assignment Channel

The Common Assignment Channel is specifically designed to provide fast- response reverse link channel assignments to support transmission of random access packets on the reverse link. This channel controls the Reverse Common Control Channel and the associated common power control subchannel in the Reservation Access Mode. It also implements congestion control. The base station may choose not to support Common Assignment Channels and inform the mobile stations on the Broadcast Control Channel of this choice.

3.1.3.8.1 Common Assignment Channel Time Alignment and Modulation Rates

The base station shall transmit information on the Common Assignment Channel at a fixed data rate of 9600 bps. The Common Assignment Channel frame length shall be 5 ms.

For a given base station, the I and Q channel pilot PN sequences for the Common Assignment Channel shall use the same pilot PN sequence offset as for the Pilot Channel.

The Common Assignment Channel block interleaver shall always be aligned with the Common Assignment Channel frame.

The base station shall support discontinuous transmission on the Common Assignment Channel. The decision to enable or disable the Common Assignment Channel shall be made by the base station on a frame-by-frame basis (i.e., 5 ms basis).

The start of the Common Assignment Channel block interleaver shall align with the start of the zero-offset pilot PN sequence at every even-second time mark (t mod 100 = 0, where t is the System Time in 20 ms frames). The first Common Assignment Channel frame shall begin at the start of the base station transmission time.

3.1.3.8.2 Common Assignment Channel Structure

Common Assignment Channel frames shall consist of 48 bits. These 48 bits shall be composed of 32 information bits followed by 8 frame quality indicator (CRC) bits and 8 Encoder Tail Bits, as shown in Figure 3.1.3.8.2-1.

TIA-2000.2-C-1



| Information Bits | F | T |
|---|---|---|

**Notation**

F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 3.1.3.8.2-1. Common Assignment Channel Frame Structure**

3.1.3.8.2.1 Common Assignment Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits. The generator polynomial for the frame quality indicator shall be as follows:

$$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1.$$

The frame quality indicators shall be computed according to the following procedure as shown in Figure 3.1.3.8.2.1-1:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (8).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 3.1.3.8.2.1-1. Common Assignment Channel Frame Quality Indicator**
**Calculation for the 8-Bit Frame Quality Indicator**

3-153

TIA-2000.2-C-1

3.1.3.8.2.2 Common Assignment Channel Encoder Tail Bits

The last eight bits of each Common Assignment Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.8.3 Common Assignment Channel Convolutional Encoding

The Common Assignment Channel shall be convolutionally encoded as specified in 3.1.3.1.4. When generating Common Assignment Channel data, the encoder shall be initialized to the all-zero state at the end of each frame.

3.1.3.8.4 Common Assignment Channel Interleaving

The modulation symbols shall be interleaved as specified in 3.1.3.1.7.

3.1.3.8.5 Common Assignment Channel Data Scrambling

The Common Assignment Channel shall be scrambled as specified in 3.1.3.1.9, using the Common Assignment Channel long code mask which shall be as shown in Figure 3.1.3.8.5-1.

| 41     ...     29 | 28  ...  24 | 23  ...  21 | 20    ...    9 | 8    ...    0 |
|---|---|---|---|---|
| 1100011001101 | 01100 | CACH_ID | 000000000000 | PILOT_PN |

CACH_ID - Common Assignment Channel ID
PILOT_PN - Pilot PN sequence offset index for the Forward CDMA Channel

**Figure 3.1.3.8.5-1. Common Assignment Channel Long Code Mask**

3.1.3.8.6 Common Assignment Channel Orthogonal and Quasi-Orthogonal Spreading

The Common Assignment Channel shall be spread by a Walsh function or quasi-orthogonal function as specified in 3.1.3.1.15o.

3.1.3.8.7 Common Assignment Channel Quadrature Spreading

The Common Assignment Channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

3.1.3.8.8 Common Assignment Channel Filtering

Filtering for tThe Common Assignment Channel shall be filtered as specified in 3.1.3.1.17.

3.1.3.8.9 Common Assignment Channel Transmission Processing

When the Physical Layer receives a PHY-CACH.Request(SDU, CACH_ID, NUM_BITS) from the MAC Layer, the base station shall:

- Store the arguments SDU, CACH_ID, and NUM_BITS;

- Set the information bits (see Figure 3.1.3.8.2-1) to SDU;

- Transmit a Common Assignment Channel frame.

### 3.1.3.9 Forward Common Control Channel

The Forward Common Control Channel is an encoded, interleaved, spread, and modulated spread spectrum signal that is used by mobile stations operating within the coverage area of the base station. The base station uses the Forward Common Control Channel to transmit mobile station-specific messages.

### 3.1.3.9.1 Forward Common Control Channel Time Alignment and Modulation Rates

The Forward Common Control Channel shall be transmitted at a variable data rate of 9600, 19200, or 38400 bps. A Forward Common Control Channel frame is 20, 10, or 5 ms in duration. Although the data rate of the Forward Common Control Channel is variable from frame to frame, the data rate transmitted to a mobile station in a given frame is predetermined and known to that mobile station.

For a given base station, the I and Q channel pilot PN sequences for the Forward Common Control Channel shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

The start of the interleaver block and the frame of the Forward Common Control Channel shall align with the start of the zero-offset pilot PN sequence at every even-second time mark (t mod 100 = 0, where t is the System Time in 20 ms frames) as shown in Figure 3.1.3.2.1-1. The first Forward Common Control Channel frame shall begin at the start of base station transmission time (see 3.1.5).

### 3.1.3.9.2 Forward Common Control Channel Structure

Table 3.1.3.9.2-1 specifies the Forward Common Control Channel bit allocations, and the structure is shown in Figure 3.1.3.9.2-1.

All frames shall consist of the information bits, followed by a frame quality indicator (CRC) and eight Encoder Tail Bits.

The Forward Common Control Channel shall be divided into Forward Common Control Channel slots that are each 80 ms in duration.

TIA-2000.2-C-1

**Table 3.1.3.9.2-1. Forward Common Control Channel Frame Structure Summary**

| Frame Length (ms) | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information Bits | Frame Quality Indicator | Encoder Tail |
| 20 | 9600 | 192 | 172 | 12 | 8 |
| 20 | 19200 | 384 | 360 | 16 | 8 |
| 20 | 38400 | 768 | 744 | 16 | 8 |
| 10 | 19200 | 192 | 172 | 12 | 8 |
| 10 | 38400 | 384 | 360 | 16 | 8 |
| 5 | 38400 | 192 | 172 | 12 | 8 |

| Information Bits | F | T |
|---|---|---|

**Notation**

F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 3.1.3.9.2-1. Forward Common Control Channel Frame Structure**

3.1.3.9.2.1 Forward Common Control Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits. The 20 ms Forward Common Control Channel shall use a 12-bit frame quality indicator for the 9600 bps frame and a 16-bit frame quality indicator for the 38400 bps and 19200 bps frames. The 10 ms Forward Common Control Channel shall use a 12-bit frame quality indicator for the 19200 bps frame and a 16-bit frame quality indicator for the 38400 bps frame. The 5 ms Forward Common Control Channel shall use a 12-bit frame quality indicator.

The generator polynomials for the frame quality indicator shall be as follows:

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator and

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator.

The frame quality indicators shall be computed according to the following procedure as shown in Figure 3.1.3.9.2.1-1 and Figure 3.1.3.9.2.1-2:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

3-156

- The register shall be clocked a number of times equal to the number of information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (16 or 12).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 3.1.3.9.2.1-1. Forward Common Control Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator**



**Figure 3.1.3.9.2.1-2. Forward Common Control Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**

3.1.3.9.2.2 Forward Common Control Channel Encoder Tail Bits

The last eight bits of each Forward Common Control Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.9.3 Forward Common Control Channel Encoding

The Forward Common Control Channel data shall be encoded as specified in 3.1.3.1.4.

When generating Forward Common Control Channel data, the encoder shall be initialized to the all-zero state at the end of each 5, 10, or 20 ms frame.

TIA-2000.2-C-1

3.1.3.9.4 Forward Common Control Channel Interleaving

The modulation symbols on the Forward Common Control Channel shall be interleaved, as specified in 3.1.3.1.7. The interleaver block shall align with the Forward Common Control Channel frame.

3.1.3.9.5 Forward Common Control Channel Data Scrambling

The Forward Common Control Channel data shall be scrambled as specified in 3.1.3.1.9 utilizing the Forward Common Control Channel long code mask as shown in Figure 3.1.3.9.5-1.

| 41          ...          29 | 28 ... 24 | 23 ... 21 | 20          ...          9 | 8          ...          0 |
|---|---|---|---|---|
| 1100011001101 | 01000 | 000 | 000000000000 | 000000000 |

**Figure 3.1.3.9.5-1. Forward Common Control Channel Long Code Mask**

3.1.3.9.6 Forward Common Control Channel Orthogonal ~~and Quasi-Orthogonal~~ Spreading.

The Forward Common Control Channel shall be spread by a Walsh function ~~or quasi-orthogonal function~~ as specified in 3.1.3.1.15~~0~~.

3.1.3.9.7 Forward Common Control Channel Quadrature Spreading

The Forward Common Control Channel shall be PN spread, using the PN sequence specified in 3.1.3.1.16.

3.1.3.9.8 Forward Common Control Channel Filtering

~~Filtering for t~~The Forward Common Control Channel shall be filtered as specified in 3.1.3.1.17.

3.1.3.9.9 Forward Common Control Channel Transmission Processing

When the Physical Layer receives a PHY-FCCCH.Request(SDU, FCCCH_ID, FRAME_DURATION, NUM_BITS) from the MAC Layer, the base station shall:

- Store the arguments SDU, FCCCH_ID, FRAME_DURATION, and NUM_BITS;

- Set the information bits (see Figure 3.1.3.9.2-1) to SDU;

- Transmit a Forward Common Control Channel frame of duration FRAME_DURATION (5 ms, 10 ms, or 20 ms) at a data rate that corresponds to NUM_BITS and FRAME_DURATION as specified in Table 3.1.3.9.2-1.

3.1.3.10 Forward Packet Data Control Channel

The Forward Packet Data Control Channel is used by the base station for transmitting control information for the associated Forward Packet Data Channel or transmitting a

Walsh mask to the mobile station with Spreading Rate 1. A forward CDMA channel may contain up to two Forward Packet Data Control Channels. The Forward Packet Data Control Channels are identified by a channel identifier (PDCCH_ID), which is set to '0' for the first Forward Packet Data Control Channel and to '1' for the second Forward Packet Data Control Channel, if supported.

If the base station supports one Forward Packet Data Channel with Radio Configuration 10, the base station shall support one or two Forward Packet Data Control Channels. If the base station supports two Forward Packet Data Channels with Radio Configuration 10, the base station shall support two Forward Packet Data Control Channels.

3.1.3.10.1 Forward Packet Data Control Channel Time Alignment, and Modulation Rates

The base station shall transmit on the Forward Packet Data Control Channel at variable data rates of 29600, 14800, and 7400 bps depending on the frame duration. The frame duration is NUM_SLOTS (NUM_SLOTS = 1, 2, or 4) 1.25-ms slots. All Forward Packet Data Control Channels and Forward Packet Data Channels transmitted simultaneously shall start their transmissions at the same time (SYS_TIME) and have the same durations.

For a given base station, the I and Q pilot PN sequences for the Forward Packet Data Control Channel shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

The modulation symbols transmitted on the first Forward Packet Data Control Channel (PDCCH_ID = '0') should be transmitted using at least as much energy as the modulation symbols transmitted on the second Forward Packet Data Control Channel (PDCCH_ID = '1') that is being transmitted simultaneously.

3.1.3.10.2 Forward Packet Data Control Channel Frame Structure

The information transmitted on the Forward Packet Data Control Channel consists of the scrambled SDU[8...20~~12:0~~] and the frame quality indicator-covered SDU[0...7~~20:13~~], where SDU is a parameter passed by the MAC Layer in the PHY-FPDCCH.Request primitive.

The Forward Packet Data Control Channel frame ~~shall~~ consists of the scrambled SDU[8...20~~12:0~~], the 8-bit frame quality indicator-covered SDU[0...7~~20:13~~], the 8-bit inner frame quality indicator (CRC), and the eight Encoder Tail Bits, as shown in Figure 3.1.3.10.2-1.

TIA-2000.2-C-1



**Figure 3.1.3.10.2-1. Forward Packet Data Control Channel Frame Structure**

3.1.3.10.2.1 Forward Packet Data Control Channel Scrambling

SDU[8...20~~12:0~~] (see Figure 3.1.3.10.2-1) shall be scrambled by bit-by-bit modulo-2 adding a 13-bit scrambler sequence. The scrambler sequence shall be equal to the 13 least significant bits of (SYS_TIME + NUM_SLOTS), where SYS_TIME is the system time in units of <u>1.25 ms</u> of the first slot of the Forward Packet Data Control Channel transmission. <u>The bit-by-bit modulo-2 additions shall be such that SDU[8] is added to the most significant bit of the scrambler sequence and SDU[20] to the least significant bit of the scrambler sequence.</u> ~~The first bit of the scrambler sequence shall be the least significant bit.~~

3.1.3.10.2.2 Frame Quality Indicator-Covered SDU[0...7~~20:13~~] for the Forward Packet Data Control Channel

The 8-bit frame quality indicator-covered SDU[0...7~~20:13~~] shall be generated by performing the modulo-2 addition of the SDU[0...7~~20:13~~] passed by the MAC Layer with an outer frame quality indicator, which is calculated on the scrambled SDU[8...20~~12:0~~].

The generator polynomial for the outer frame quality indicator shall be as follows:

$$g(x) = x^8 + x^2 + x + 1.$$

The frame quality indicator-covered SDU[0...7~~20:13~~] shall be computed according to the following procedure as shown in Figure 3.1.3.10.2.2-1.

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked once for each of the ~~first~~ 13 scrambled input bits of the Forward Packet Data Control Channel frame with those bits as input. <u>The first input bit to the generator of the outer frame quality indicator shall be the scrambled SDU[8] and the last input bit shall be the scrambled SDU[20].</u>

- Then, the switches shall be set in the down position so that the output is a modulo-2 addition with the 8-bit SDU[0...7~~20:13~~] and the successive shift register inputs are '0's. <u>The bit-by-bit modulo-2 addition of the SDU[0...7] with the outer frame quality indicator shall be such that SDU[0] is added to the first output bit of the outer frame quality indicator and SDU[7] to the last output bit of the outer frame quality indicator.</u>

1   • The register shall be clocked an additional eight times.

2   • The frame quality indicator-covered SDU[0] shall be output followed by the frame
3     quality indicator-covered SDU[1], etc.

4     These additional bits shall be the frame quality indicator-covered SDU[20:13] field.

5     The bits shall be transmitted in the order calculated.

6



7

**Figure 3.1.3.10.2.2-1. Generation of the Frame Quality Indicator-Covered SDU[20:13] for the Forward Packet Data Control Channel**

10

11   3.1.3.10.2.3 Forward Packet Data Control Channel Inner Frame Quality Indicator

12   The inner frame quality indicator (CRC) shall be calculated on all bits within the frame,
13   except the inner frame quality indicator itself and the Encoder Tail Bits. The Forward
14   Packet Data Control Channel shall use an 8-bit inner frame quality indicator.

15   The generator polynomial for the inner frame quality indicator shall be as follows:

16   $$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1.$$

17   The inner frame quality indicator shall be computed according to the following procedure
18   as shown in Figure 3.1.3.10.2.3-1.

19   • If the frame duration of the Forward Packet Data Control Channel is 1.25 or 2.5 ms,
20     all shift register elements shall be initialized to logical one and the switches shall be
21     set in the up position. If the frame duration of the Forward Packet Data Control
22     Channel is 5 ms, all shift register elements shall be initialized to logical zero and the
23     switches shall be set in the up position.

24   • The register shall be clocked once for each of the first 21 bits of the Forward Packet
25     Data Control Channel frame with those bits as input.

26   • The switches shall be set in the down position so that the output is a modulo-2
27     addition with a '0' and the successive shift register inputs are '0's.

28   • The register shall be clocked an additional eight times.

29   • These additional bits shall be the inner frame quality indicator bits.

TIA-2000.2-C-1

- The bits shall be transmitted in the order calculated.



**Figure 3.1.3.10.2.3-1. Forward Packet Data Control Channel Inner Frame Quality Indicator Calculation**

3.1.3.10.3 Forward Packet Data Control Channel Encoder Tail Bits

The last eight bits of each Forward Packet Data Control Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.10.4 Forward Packet Data Control Channel Convolutional Encoding

The Forward Packet Data Control Channel shall be convolutionally encoded as specified in 3.1.3.1.4. When generating Forward Packet Data Control Channel data, the encoder shall be initialized to the all-zero state at the end of each frame.

3.1.3.10.5 Forward Packet Data Control Channel Code Symbol Repetition

Forward Packet Data Control Channel code symbol repetition shall be as specified in 3.1.3.1.5.

3.1.3.10.6 Forward Packet Data Control Channel Puncturing

Code symbols resulting from the symbol repetition shall be punctured as specified in 3.1.3.1.6.

3.1.3.10.7 Forward Packet Data Control Channel Interleaving

The modulation symbols on the Forward Packet Data Control Channel shall be interleaved, as specified in 3.1.3.1.7. The interleaver block shall align with the Forward Packet Data Control Channel frame.

3.1.3.10.8 Forward Packet Data Control Channel Orthogonal Spreading

The Forward Packet Data Control Channel shall be spread by a Walsh function as specified in 3.1.3.1.15.

1  3.1.3.10.9 Forward Packet Data Control Channel Quadrature Spreading

2  The Forward Packet Data Control Channel shall be PN spread as specified in 3.1.3.1.16.

3  3.1.3.10.10 Forward Packet Data Control Channel Filtering

4  Filtering for tThe Forward Packet Data Control Channel shall be filtered as specified in
5  3.1.3.1.17.

6  3.1.3.10.11 Forward Packet Data Control Channel Transmission Processing

7  When the Physical Layer receives a PHY-FPDCCH.Request(PDCCH_ID, SDU, NUM_SLOTS,
8  SYS_TIME) from the MAC Layer, the base station shall:

9  • Store the arguments PDCCH_ID, SDU, NUM_SLOTS, and SYS_TIME.

10  • Scramble SDU[8...2012:0] as specified in 3.1.3.10.2.1.

11  • Use the scrambled SDU[8...2012:0] and the SDU[0...720:13] to compute thean 8-bit
12  frame quality indicator-covered SDU[0...720:13] as specified in 3.1.3.10.2.2.

13  • Transmit the scrambled SDU[8...2012:0], the computed frame quality indicator-
14  covered SDU[0...720:13], thea computed 8-bit inner frame quality indicator, and
15  eight Encoder Tail Bits on the Forward Packet Data Control Channel with identifier
16  PDCCH_ID and frame of duration NUM_SLOTS starting at SYS_TIME.

17  3.1.3.11 Forward Dedicated Control Channel

18  The Forward Dedicated Control Channel is used for the transmission of user and signaling
19  information to a specific mobile station during a call. Each Forward Traffic Channel may
20  contain one Forward Dedicated Control Channel.

21  3.1.3.11.1 Forward Dedicated Control Channel Time Alignment and Modulation Rates

22  The base station shall transmit information on the Forward Dedicated Control Channel at a
23  fixed data rate.

24  A Forward Dedicated Control Channel frame shall be 5 or 20 ms in duration.

25  The base station shall transmit information on the Forward Dedicated Control Channel at a
26  fixed data rate of 9600 bps for Radio Configurations 3, 4, 6, and 7. If flexible data rates are
27  supported for 20 ms frames, a fixed data rate between 1050 and 9600 bps can be used for
28  the Forward Dedicated Control Channel in Radio Configurations 3, 4, 6, and 7.

29  The base station shall transmit information on the Forward Dedicated Control Channel at a
30  fixed data rate of 14400 bps for 20 ms frames and 9600 bps for 5 ms frames for Radio
31  Configurations 5, 8, and 9. The base station may support flexible data rates. If flexible data
32  rates are supported for 20 ms frames, a fixed data rate between 1050 and 14400 bps can
33  be used for the Forward Dedicated Control Channel in Radio Configurations 5, 8, and 9.

34  For a given base station, the I and Q channel pilot PN sequences for the Forward Dedicated
35  Control Channel shall use the same pilot PN sequence offset as for the Forward Pilot
36  Channel.

TIA-2000.2-C-1

The base station shall support discontinuous transmission on the Forward Dedicated Control Channel. The decision to enable or disable transmission shall be made on a frame-by-frame (i.e., 5 or 20 ms) basis.

The base station may support Forward Dedicated Control Channel frames that are time offset by multiples of 1.25 ms. The amount of the time offset is specified by FRAME_OFFSET. A zero-offset 20 ms Forward Dedicated Control Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). A zero-offset 5 ms Forward Dedicated Control Channel frame shall begin only when System Time is an integral multiple of 5 ms. An offset 20 ms Forward Dedicated Control Channel frame shall begin $1.25 \times$ FRAME_OFFSET ms later than the zero-offset 20 ms Forward Dedicated Control Channel frame. An offset 5 ms Forward Dedicated Control Channel frame shall begin $1.25 \times$ (FRAME_OFFSET mod 4) ms later than the zero-offset 5 ms Forward Dedicated Control Channel frame. The interleave block for the Forward Dedicated Control Channel shall be aligned with the Forward Dedicated Control Channel frame.

3.1.3.11.2 Forward Dedicated Control Channel Frame Structure

Table 3.1.3.11.2-1 specifies the Forward Dedicated Control Channel bit allocations. Table 3.1.3.11.2-2 specifies the Forward Dedicated Control Channel bit allocations for flexible data rates. All frames that carry data shall consist of zero or one Reserved Bits and the information bits followed by a frame quality indicator (CRC) and eight Encoder Tail Bits, as shown in Figure 3.1.3.11.2-1.

**Table 3.1.3.11.2-1. Forward Dedicated Control Channel Frame Structure Summary for Non-flexible Data Rates**

| Radio Config. | Frame Length (ms) | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|---|
| | | | Total | Reserved | Information | Frame Quality Indicator | Encoder Tail |
| 3 4, 6, and 7 | 20 | 9600 | 192 | 0 | 172 | 12 | 8 |
| 5, 8, and 9 | 20 | 14400 | 288 | 1 | 267 | 12 | 8 |
| 3, 4, 5, 6, 7, 8, and 9 | 5 | 9600 | 48 | 0 | 24 | 16 | 8 |

**Table 3.1.3.11.2-2. Forward Dedicated Control Channel Frame Structure Summary for Flexible Data Rates**

| Radio Config. | Frame Length (ms) | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|---|
| | | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 3, 4, 6, and 7 | 20 | 1250 to 9600 | 25 to 192 | 1 to 168 | 16 | 8 |
| | 20 | 1050 to 9550 | 21 to 191 | 1 to 171 | 12 | 8 |
| 5, 8, and 9 | 20 | 1250 to 14400 | 25 to 288 | 1 to 264 | 16 | 8 |
| | 20 | 1050 to 14300, 14400 | 21 to 286, 288 | 1 to 266, 268 | 12 | 8 |

| R | Information Bits | F | T |
|---|---|---|---|

**Notation**

R - Reserved Bit
F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 3.1.3.11.2-1. Forward Dedicated Control Channel Frame Structure**

3.1.3.11.2.1 Forward Dedicated Control Channel Frame Quality Indicator

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits. The 20 ms Forward Dedicated Control Channel shall use a 12-bit frame quality indicator. If flexible data rates are supported, a 16-bit frame quality indicator may be used. The 5 ms Forward Dedicated Control Channel shall use a 16-bit frame quality indicator.

The generator polynomials for the frame quality indicator shall be as follows:

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator and

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator.

The frame quality indicators shall be computed according to the following procedure as shown in Figure 3.1.3.11.2.1-1 and Figure 3.1.3.11.2.1-2:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of reserved and information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.
- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (16 or 12).
- These additional bits shall be the frame quality indicator bits.
- The bits shall be transmitted in the order calculated.




**Figure 3.1.3.11.2.1-1. Forward Dedicated Control Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator**




**Figure 3.1.3.11.2.1-2. Forward Dedicated Control Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**

3.1.3.11.2.2 Forward Dedicated Control Channel Encoder Tail Bits

The last eight bits of each Forward Dedicated Control Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.11.2.3 Forward Dedicated Control Channel Reserved Bit

This bit is reserved and shall be set to '0'.

3.1.3.11.3 Forward Dedicated Control Channel Convolutional Encoding

The Forward Dedicated Control Channel shall be convolutionally encoded as specified in 3.1.3.1.4.

When generating Forward Dedicated Control Channel data, the encoder shall be initialized to the all-zero state at the end of each 5 or 20 ms frame.


3.1.3.11.4 Forward Dedicated Control Channel Code Symbol Repetition

Forward Dedicated Control Channel code symbol repetition shall be as specified in 3.1.3.1.5.

3.1.3.11.5 Forward Dedicated Control Channel Puncturing

Code symbols resulting from the symbol repetition shall be punctured as specified in 3.1.3.1.6.

3.1.3.11.6 Forward Dedicated Control Channel Interleaving

The modulation symbols shall be interleaved as specified in 3.1.3.1.7.

3.1.3.11.7 Forward Dedicated Control Channel Data Scrambling

The Forward Dedicated Control Channel shall be scrambled as specified in 3.1.3.1.9. The public long code mask shall be specified by PLCM_42 (see 2.3.6 in [5]) as shown in Figure 3.1.3.11.7-1. The generation of the private long code mask shall be as specified in 2.1.3.1.12.



| 41 | ... | 37 | 36 | ... | 0 |
|----|-----|----|----|-----|---|
| 11000 | | | PLCM_37 | | |

Figure 3.1.3.11.7-1. Forward Dedicated Control Channel Public Long Code Mask

3.1.3.11.8 Forward Dedicated Control Channel Power Control Subchannel

If the Forward Power Control Subchannel is enabled on the Forward Dedicated Control Channel (FPC_PRI_CHAN = '1'), the base station shall transmit continuously a Forward Power Control Subchannel on the Forward Dedicated Control Channel as specified in 3.1.3.1.11.

3.1.3.11.9 Forward Dedicated Control Channel Orthogonal and Quasi-Orthogonal Spreading

The Forward Dedicated Control Channel shall be spread by a Walsh function or quasi-orthogonal function as specified in 3.1.3.1.15.

3.1.3.11.10 Forward Dedicated Control Channel Quadrature Spreading

The Forward Dedicated Control Channel shall be PN spread as specified in 3.1.3.1.16.

3.1.3.11.11 Forward Dedicated Control Channel Filtering

Filtering for tThe Forward Dedicated Control Channel shall be filtered as specified in 3.1.3.1.17.

TIA-2000.2-C-1

3.1.3.11.12 Forward Dedicated Control Channel Transmission Processing

When the Physical Layer receives a PHY-DCCH.Request(SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the base station shall perform the following:

- Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

- If SDU is not equal to NULL, set the information bits to SDU.

- If SDU is not equal to NULL, transmit NUM_BITS bits of SDU in a Forward Dedicated Control Channel frame of duration FRAME_DURATION (5 ms or 20 ms). If a PHY-DCCH.Request primitive for a 5 ms frame is received coincident with a PHY-DCCH.Request primitive for a 20 ms frame or during transmission of a 20 ms frame, then the base station may preempt transmission of the 20 ms frame and transmit a 5 ms frame. Transmission of the 20 ms frame may start or resume after completion of the 5 ms frame.

3.1.3.12 Forward Fundamental Channel

The Forward Fundamental Channel is used for the transmission of user and signaling information to a specific mobile station during a call. Each Forward Traffic Channel may contain one Forward Fundamental Channel.

3.1.3.12.1 Forward Fundamental Channel Time Alignment and Modulation Rates

When operating in Radio Configuration 1, the base station shall transmit information on the Forward Fundamental Channel at variable data rates of 9600, 4800, 2400, and 1200 bps.

When operating in Radio Configuration 2, the base station shall transmit information on the Forward Fundamental Channel at variable data rates of 14400, 7200, 3600, and 1800 bps.

When operating in Radio Configurations 3, 4, 6, or 7, the base station shall transmit information on the Forward Fundamental Channel at variable data rates of 9600, 4800, 2700, and 1500 bps during 20 ms frames or at 9600 bps during 5 ms frames. The base station may support flexible data rates. If flexible data rates are supported for 20 ms frames, the base station should support variable rates corresponding to 1 to 171 information bits per 20 ms frame on the Forward Fundamental Channel. The minimum number of flexible data rates used in variable rate operation is not specified.

When operating in Radio Configurations 5, 8, or 9, the base station shall transmit information on the Forward Fundamental Channel at variable data rates of 14400, 7200, 3600, and 1800 bps during 20 ms frames or at 9600 bps during 5 ms frames. If flexible data rates are supported, the base station should support variable rates corresponding to 1 to 268 information bits per 20 ms frame on the Forward Fundamental Channel. The minimum number of flexible data rates used in variable rate operation is not specified.

Forward Fundamental Channel frames with Radio Configurations 1 and 2 shall be 20 ms in duration. Forward Fundamental Channel frames with Radio Configurations 3 through 9 shall be 5 or 20 ms in duration. The data rate and frame duration on a Forward Fundamental Channel within a radio configuration shall be selected on a frame-by-frame

basis. Although the data rate may vary on a frame-by-frame basis, the modulation symbol rate is kept constant by code repetition for data rates lower than the maximum. A base station operating with Radio Configurations 3 through 9 may discontinue transmission of the Forward Fundamental Channel for up to three 5 ms frames in a 20 ms frame.

For a given base station, the I and Q channel pilot PN sequences for the Forward Fundamental Channel shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

The modulation symbols that are transmitted at lower data rates shall be transmitted using lower energy. Specifically, the energy per modulation symbol ($E_s$) for the supported data rates should be:

$$E_s = E_{max} \times R / R_{max}$$

where $E_{max}$ is the energy per symbol at the maximum data rate for the Forward Fundamental Channel with the associated radio configuration, R is the data rate, and $R_{max}$ is the maximum data rate for the Forward Fundamental Channel for the associated radio configuration. For example, when transmitting a Radio Configuration 1 frame at 4800 bps, the energy per symbol should be one half the energy per symbol in a 9600 bps frame.

The base station may support Forward Fundamental Channel frames that are time offset by multiples of 1.25 ms. The amount of the time offset is specified by FRAME_OFFSET. A zero-offset 20 ms Forward Fundamental Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). A zero-offset 5 ms Forward Fundamental Channel frame shall begin only when System Time is an integral multiple of 5 ms. An offset 20 ms Forward Fundamental Channel frame shall begin 1.25 × FRAME_OFFSET ms later than the zero-offset 20 ms Forward Fundamental Channel frame. An offset 5 ms Forward Fundamental Channel frame shall begin 1.25 × (FRAME_OFFSET mod 4) ms later than the zero-offset 5 ms Forward Fundamental Channel frame. The interleaver block for the Forward Fundamental Channel shall be aligned with the Forward Fundamental Channel frame.

3.1.3.12.2 Forward Fundamental Channel Frame Structure

Table 3.1.3.12.2-1 summarizes the Forward Fundamental Channel bit allocations. Table 3.1.3.12.2-2 and Table 3.1.3.12.2-3 summarize the Forward Fundamental Channel bit allocations for flexible data rates. The order of the bits is shown in Figure 3.1.3.12.2-1.

The 2400 and 1200 bps frames with Radio Configuration 1 shall consist of the information bits followed by 8 Encoder Tail Bits. All frames with Radio Configurations 3, 4, 6, and 7, and the 9600 and 4800 bps frames with Radio Configuration 1, shall consist of the information bits followed by a frame quality indicator (CRC) and 8 Encoder Tail Bits. All frames with Radio Configurations 2, 5, 8, and 9 shall consist of zero or one Reserved/Flag Bits followed by the information bits, a frame quality indicator (CRC), and 8 Encoder Tail Bits.

TIA-2000.2-C-1

**Table 3.1.3.12.2-1. Forward Fundamental Channel Frame Structure Summary for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved/ Flag | Informa-tion | Frame Quality Indicator | Encoder Tail |
| 1 | 9600 | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2400 | 48 | 0 | 40 | 0 | 8 |
| | 1200 | 24 | 0 | 16 | 0 | 8 |
| 2 | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |
| 3, 4, 6, and 7 | 9600 (5 ms) | 48 | 0 | 24 | 16 | 8 |
| | 9600 (20 ms) | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2700 | 54 | 0 | 40 | 6 | 8 |
| | 1500 | 30 | 0 | 16 | 6 | 8 |
| 5, 8, and 9 | 9600 | 48 | 0 | 24 | 16 | 8 |
| | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |

**Table 3.1.3.12.2-2. Forward Fundamental Channel Frame Structure Summary for Flexible Data Rates (Part 1 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 3, 4, 6, and 7 | 4850 to 9600 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 4850 to 9550 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 2750 to 4800 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 2750 to 4800 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 2750 to 4750 | 55 to 95 | 39 to 79 | 8 | 8 |
| | 1550 to 2700 | 31 to 54 | 7 to 30 | 16 | 8 |
| | 1550 to 2700 | 31 to 54 | 11 to 34 | 12 | 8 |
| | 1550 to 2700 | 31 to 54 | 15 to 38 | 8 | 8 |
| | 1550 to 2650 | 31 to 53 | 17 to 39 | 6 | 8 |
| | 1250 to 1500 | 25 to 30 | 1 to 6 | 16 | 8 |
| | 1050 to 1500 | 21 to 30 | 1 to 10 | 12 | 8 |
| | 850 to 1500 | 17 to 30 | 1 to 14 | 8 | 8 |
| | 750 to 1450 | 15 to 29 | 1 to 15 | 6 | 8 |

TIA-2000.2-C-1

**Table 3.1.3.12.2-3. Forward Fundamental Channel Frame Structure Summary for Flexible Data Rates (Part 2 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Encoder Tail |
| 5, 8, and 9 | 7250 to 14400 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 7250 to 14300, 14400 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 3650 to 7200 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 3650 to 7200 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 3650 to 7100, 7200 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |
| | 1850 to 3600 | 37 to 72 | 13 to 48 | 16 | 8 |
| | 1850 to 3600 | 37 to 72 | 17 to 52 | 12 | 8 |
| | 1850 to 3600 | 37 to 72 | 19 to 54 | 10 | 8 |
| | 1850 to 3500, 3600 | 37 to 70, 72 | 21 to 54, 56 | 8 | 8 |
| | 1250 to 1800 | 25 to 36 | 1 to 12 | 16 | 8 |
| | 1050 to 1800 | 21 to 36 | 1 to 16 | 12 | 8 |
| | 950 to 1800 | 19 to 36 | 1 to 18 | 10 | 8 |
| | 850 to 1800 | 17 to 36 | 1 to 20 | 8 | 8 |
| | 750 to 1700, 1800 | 15 to 34, 36 | 1 to 20, 22 | 6 | 8 |

| R/F | Information Bits | F | T |
|---|---|---|---|

**Notation**

R/F - Reserved/Flag Bit
F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

**Figure 3.1.3.12.2-1. Forward Fundamental Channel Frame Structure**

3.1.3.12.2.1 Forward Fundamental Channel Frame Quality Indicator

Each frame with Radio Configurations 2 through 9, and the 9600 and 4800 bps frames of Radio Configuration 1 shall include a frame quality indicator. This frame quality indicator

is a CRC.[28] No frame quality indicator is used for the 2400 and 1200 bps data rates of Radio Configuration 1.

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Encoder Tail Bits.

The 5 ms frames use a 16-bit frame quality indicator.

The 9600 bps transmissions with Radio Configuration 1 and the 14400 bps transmissions with Radio Configuration 2 shall use a 12-bit frame quality indicator.

The 7200 bps transmissions with Radio Configuration 2 shall use a 10-bit frame quality indicator.

The 4800 bps transmissions with Radio Configuration 1 and the 3600 bps transmissions with Radio Configuration 2 shall use an 8-bit frame quality indicator.

The 1800 bps transmissions with Radio Configuration 2 shall use a 6-bit frame quality indicator.

The 20 ms frames in Radio Configurations 3, 4, 6, and 7 with more than 96 total bits and in Radio Configurations 5, 8, and 9 with more than 144 total bits shall use a 12-bit frame quality indicator. A 16-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 5, 8, and 9 with 73 to 144 total bits shall use a 10-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 3, 4, 6, and 7 with 55 to 96 total bits shall use an 8-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 5, 8, and 9 with 37 to 72 total bits shall use an 8-bit frame quality indicator. A 16-bit, 12-bit, or 10-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 3, 4, 6, and 7 with 54 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

The 20 ms frames in Radio Configurations 5, 8, and 9 with 36 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, 10-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

The generator polynomials for the frame quality indicator shall be as follows:

---

[28]The frame quality indicator supports two functions at the receiver: The first function is to determine whether the frame is in error. The second function is to assist in the determination of the data rate of the received frame. Other parameters may be needed for rate determination in addition to the frame quality indicator, such as symbol error rate evaluated at the four data rates of the Forward Fundamental Channel.

TIA-2000.2-C-1

$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator,

$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator,

$g(x) = x^{10} + x^9 + x^8 + x^7 + x^6 + x^4 + x^3 + 1$ for the 10-bit frame quality indicator,

$g(x) = x^8 + x^7 + x^4 + x^3 + x + 1$ for the 8-bit frame quality indicator,

$g(x) = x^6 + x^2 + x + 1$ for the 6-bit frame quality indicator (for Radio Configuration 2), and

$g(x) = x^6 + x^5 + x^2 + x + 1$ for the 6-bit frame quality indicator (for Radio Configurations 3 through 9).

The frame quality indicators shall be computed according to the following procedure as shown in Figure 3.1.3.12.2.1-1 through Figure 3.1.3.12.2.1-6:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of Reserved/Flag Bits and information bits in the frame with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional number of times equal to the number of bits in the frame quality indicator (16, 12, 10, 8, or 6).

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 3.1.3.12.2.1-1. Forward Fundamental Channel Frame Quality Indicator Calculation for the 16-Bit Frame Quality Indicator**

TIA-2000.2-C-1



**Figure 3.1.3.12.2.1-2. Forward Fundamental Channel Frame Quality Indicator Calculation for the 12-Bit Frame Quality Indicator**



**Figure 3.1.3.12.2.1-3. Forward Fundamental Channel Frame Quality Indicator Calculation for the 10-Bit Frame Quality Indicator**



**Figure 3.1.3.12.2.1-4. Forward Fundamental Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator**

3-175

TIA-2000.2-C-1



**Figure 3.1.3.12.2.1-5. Forward Fundamental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator for Radio Configuration 2**



**Figure 3.1.3.12.2.1-6. Forward Fundamental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator for Radio Configurations 3 through 9**

3.1.3.12.2.2 Forward Fundamental Channel Encoder Tail Bits

The last eight bits of each Forward Fundamental Channel frame are called the Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.12.2.3 Forward Fundamental Channel Reserved/Flag Bit

The Reserved/Flag Bit is used with Radio Configurations 2, 5, 8, and 9.

The Reserved/Flag Bit may be used on the Forward Fundamental Channel when one or more Forward Supplemental Code Channels are in use; otherwise, this bit is reserved and shall be set to '0'.

If the Reserved/Flag bit is used, the base station shall set this bit to '0' if the mobile station is to process the Forward Supplemental Code Channels in the second transmitted frame after the current frame (see 2.2.2.1). The base station should set this bit to '1' if the base

station will not transmit to the mobile station on the Forward Supplemental Code Channels in the second frame after the current frame.

3.1.3.12.3 Forward Fundamental Channel Convolutional Encoding

The Forward Fundamental Channel data shall be convolutionally encoded as specified in 3.1.3.1.4. When generating Forward Fundamental Channel data, the encoder shall be initialized to the all-zero state at the end of each 5 or 20 ms frame.

3.1.3.12.4 Forward Fundamental Channel Code Symbol Repetition

Forward Fundamental Channel code symbol repetition shall be as specified in 3.1.3.1.5.

3.1.3.12.5 Forward Fundamental Channel Puncturing

Code symbols resulting from the symbol repetition shall be punctured as specified in 3.1.3.1.6.

3.1.3.12.6 Forward Fundamental Channel Interleaving

The modulation symbols shall be interleaved as specified in 3.1.3.1.7.

3.1.3.12.7 Forward Fundamental Channel Data Scrambling

The Forward Fundamental Channel data shall be scrambled as specified in 3.1.3.1.9. The public long code mask shall be specified by PLCM_42 (see 2.3.6 in [5]) The public long code mask shall be as shown in Figure 3.1.3.12.7-1. The generation of the private long code mask shall be as specified in 2.1.3.1.11 and 2.1.3.1.12.



| 41 ... 37 | 36 ... 0 |
|-----------|----------|
| 11000 | PLCM_37 |

**Figure 3.1.3.12.7-1. Forward Fundamental Channel Public Long Code Mask**

3.1.3.12.8 Forward Fundamental Channel Power Control Subchannel

If the fForward pPower cControl sSubchannel is enabled on the Forward Fundamental Channel (FPC_PRI_CHANNEL = '0'), the base station shall transmit continuously a fForward pPower cControl sSubchannel on the Forward Fundamental Channel as specified in 3.1.3.1.11.

3.1.3.12.9 Forward Fundamental Channel Orthogonal and Quasi-Orthogonal Spreading

The Forward Fundamental Channel shall be spread by a Walsh function (Radio Configurations 1 through 9) or quasi-orthogonal function (Radio Configurations 3 through 9) as specified in 3.1.3.1.150.

3.1.3.12.10 Forward Fundamental Channel Quadrature Spreading

The Forward Fundamental Channel shall be PN spread as specified in 3.1.3.1.16.

3.1.3.12.11 Forward Fundamental Channel Filtering

~~Filtering for t~~The Forward Fundamental Channel shall be filtered as specified in 3.1.3.1.17.

3.1.3.12.12 Forward Fundamental Channel Transmission Processing

When the Physical Layer receives a PHY-FCH.Request(SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the base station shall perform the following:

- Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

- Set the information bits to SDU.

- Transmit NUM_BITS bits of SDU on a Forward Fundamental Channel frame of duration FRAME_DURATION (5 ms or 20 ms). If a PHY-FCH.Request primitive for a 5 ms frame is received coincident with a PHY-FCH.Request primitive for a 20 ms frame or during transmission of a 20 ms, then the base station may preempt transmission of the 20 ms frame and transmit a 5 ms frame. Transmission of the 20 ms frame may start or resume after completion of the 5 ms frame.

3.1.3.13 Forward Supplemental Channel

The Forward Supplemental Channel applies to Radio Configurations 3 through 9 only.

The Forward Supplemental Channel is used for the transmission of ~~user information~~higher-level data to a specific mobile station during a call. Each Forward Traffic Channel contains up to two Forward Supplemental Channels.

3.1.3.13.1 Forward Supplemental Channel Time Alignment and Modulation Rates

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 3, the base station shall transmit information at a fixed rate of 153600, 76800, 38400, 19200, 9600, 4800, 2700, 2400, 1500, 1350, or 1200 bps.

The base station may support flexible data rates. If flexible data rates are supported,

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 3, the base station should transmit information at a fixed rate corresponding to 15 to 3071 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 3, the base station should transmit information at a fixed rate corresponding to 31 to 3071 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 3, the base station should transmit information at a fixed rate corresponding to 55 to 3071 total bits per frame in 1 bit increments.

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 4, the base station shall transmit information at a fixed rate of 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, 2400, 1500, 1350, or 1200 bps.

If flexible data rates are supported,

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 4, the base station should transmit information at a fixed rate corresponding to 15 to 6143 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configurations 4, the base station should transmit information at a fixed rate corresponding to 31 to 6143 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 4, the base station should transmit information at a fixed rate corresponding to 55 to 6143 total bits per frame in 1 bit increments.

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 5, the base station shall transmit information at a fixed rate of 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 bps.

If flexible data rates are supported,

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 5, the base station should transmit information at a fixed rate corresponding to 15 to 4607 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 5, the base station should transmit information at a fixed rate corresponding to 37 to 4607 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 5, the base station should transmit information at a fixed rate corresponding to 73 to 4607 total bits per frame in 1 bit increments.

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 6, the base station shall transmit information at a fixed rate of 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, 2400, 1500, 1350, or 1200 bps.

If flexible data rates are supported,

TIA-2000.2-C-1

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 6, the base station should transmit information at a fixed rate corresponding to 15 to 6143 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configurations 6, the base station should transmit information at a fixed rate corresponding to 31 to 6143 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 6, the base station should transmit information at a fixed rate corresponding to 55 to 6143 total bits per frame in 1 bit increments.

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 7, the base station shall transmit information at a fixed rate of 614400, 307200, 153600, 76800, 38400, 19200, 9600, 4800, 2700, 2400, 1500, 1350, or 1200 bps.

If flexible data rates are supported,

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 7, the base station should transmit information at a fixed rate corresponding to 15 to 12287 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 7, the base station should transmit information at a fixed rate corresponding to 31 to 12287 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 7, the base station should transmit information at a fixed rate corresponding to 55 to 12287 total bits per frame in 1 bit increments.

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 8, the base station shall transmit information at a fixed rate of 460800, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 bps.

If flexible data rates are supported,

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 8, the base station should transmit information at a fixed rate corresponding to 15 to 9215 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 8, the base station should transmit information at a fixed rate corresponding to 37 to 9215 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 8, the base station should transmit information at a fixed rate corresponding to 73 to 9215 total bits per frame in 1 bit increments.

When transmitting on the Forward Supplemental Channel with a single assigned data rate in Radio Configuration 9, the base station shall transmit information at a fixed rate of 1036800, 518400, 460800, 259200, 230400, 115200, 57600, 28800, 14400, 7200, 3600, or 1800 bps.

If flexible data rates are supported,

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 20 ms frames in Radio Configuration 9, the base station should transmit information at a fixed rate corresponding to 15 to 20735 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 40 ms frames in Radio Configuration 9, the base station should transmit information at a fixed rate corresponding to 37 to 20735 total bits per frame in 1 bit increments.

- When transmitting on the Forward Supplemental Channel with a single assigned data rate and 80 ms frames in Radio Configuration 9, the base station should transmit information at a fixed rate corresponding to 73 to 20735 total bits per frame in 1 bit increments.

When using variable-rate transmission on the Forward Supplemental Channel with multiple assigned data rates in Radio Configurations 3, 4, 5, 6, 7, 8, and 9, the base station shall

- Transmit information at the maximal assigned data rate, or

- Transmit information at the other assigned data rates with the same modulation symbol rate as that of the maximal assigned data rate. To achieve a higher modulation symbol rate, repetition or puncturing is applied to the specified data rate.

The base station shall not use forward power control mode FPC_MODE = '001' nor FPC_MODE '010' when the Forward Supplemental Channel is operated in a variable rate mode.

Forward Supplemental Channel frames shall be 20, 40, or 80 ms in duration. A base station may support discontinuous transmission of Forward Supplemental Channel frames.

For a given base station, the I and Q channel pilot PN sequences for the Forward Supplemental Channel shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

The base station may support Forward Supplemental Channel frames that are time offset by multiples of 1.25 ms as specified by FRAME_OFFSET. The base station may support 40 or 80 ms Forward Supplemental Channel frames that are time offset by multiples of 20 ms

TIA-2000.2-C-1

as specified by FOR_SCH_FRAME_OFFSET[i], where i = 1 and 2 for Forward Supplemental Channel 1 and Forward Supplemental Channel 2, respectively.

The amount of the time offset is specified by FRAME_OFFSET and FOR_SCH_FRAME_OFFSET[i], where i = 1 or 2. A zero-offset 20 ms Forward Supplemental Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). A zero-offset 40 ms Forward Supplemental Channel frame shall begin only when System Time is an integral multiple of 40 ms. A zero-offset 80 ms Forward Supplemental Channel frame shall begin only when System Time is an integral multiple of 80 ms. An offset 20 ms Forward Supplemental Channel frame shall begin 1.25 × FRAME_OFFSET ms later than the zero-offset 20 ms Forward Supplemental Channel frame. An offset 40 ms Forward Supplemental Channel frame shall begin (1.25 × FRAME_OFFSET + 20 × FOR_SCH_FRAME_OFFSET[i]) ms later than the zero-offset 40 ms Forward Supplemental Channel frame. An offset 80 ms Forward Supplemental Channel frame shall begin (1.25 × FRAME_OFFSET + 20 × FOR_SCH_FRAME_OFFSET[i]) ms later than the zero-offset 80 ms Forward Supplemental Channel frame. The interleaver block for the Forward Supplemental Channel shall be aligned with the Forward Supplemental Channel frame.

3.1.3.13.2 Forward Supplemental Channel Frame Structure

Table 3.1.3.13.2-1 through Table 3.1.3.13.2-3 specify the Forward Supplemental Channel bit allocations for non-flexible data rates. Table 3.1.3.13.2-4 through Table 3.1.3.13.2-9 specify the Forward Supplemental Channel bit allocations for flexible data rates.

All frames shall consist of zero or one Reserved Bits and the information bits followed by a frame quality indicator (CRC) and eight Encoder Tail Bits, as shown in Figure 3.1.3.13.2-1.

**Table 3.1.3.13.2-1. Forward Supplemental Channel Frame Structure Summary
for 20 ms Frames for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 3, 4, 6, and 7 | 614400 | 12288 | 0 | 12264 | 16 | 8 |
| | 307200 | 6144 | 0 | 6120 | 16 | 8 |
| | 153600 | 3072 | 0 | 3048 | 16 | 8 |
| | 76800 | 1536 | 0 | 1512 | 16 | 8 |
| | 38400 | 768 | 0 | 744 | 16 | 8 |
| | 19200 | 384 | 0 | 360 | 16 | 8 |
| | 9600 | 192 | 0 | 172 | 12 | 8 |
| | 4800 | 96 | 0 | 80 | 8 | 8 |
| | 2700 | 54 | 0 | 40 | 6 | 8 |
| | 1500 | 30 | 0 | 16 | 6 | 8 |
| 5, 8, and 9 | 1036800 | 20736 | 0 | 20712 | 16 | 8 |
| | 460800 | 9216 | 0 | 9192 | 16 | 8 |
| | 230400 | 4608 | 0 | 4584 | 16 | 8 |
| | 115200 | 2304 | 0 | 2280 | 16 | 8 |
| | 57600 | 1152 | 0 | 1128 | 16 | 8 |
| | 28800 | 576 | 0 | 552 | 16 | 8 |
| | 14400 | 288 | 1 | 267 | 12 | 8 |
| | 7200 | 144 | 1 | 125 | 10 | 8 |
| | 3600 | 72 | 1 | 55 | 8 | 8 |
| | 1800 | 36 | 1 | 21 | 6 | 8 |

Note: The 614400 bps rate applies to Radio Configuration 7. The 307200 bps rate
applies to Radio Configurations 4, 6, and 7. The 1036800 bps rate applies to Radio
Configuration 9. The 460800 bps rate applies to Radio Configurations 8 and 9.

**Table 3.1.3.13.2-2. Forward Supplemental Channel Frame Structure Summary
for 40 ms Frames for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 3, 4, 6, and 7 | 307200 | 12288 | 0 | 12264 | 16 | 8 |
| | 153600 | 6144 | 0 | 6120 | 16 | 8 |
| | 76800 | 3072 | 0 | 3048 | 16 | 8 |
| | 38400 | 1536 | 0 | 1512 | 16 | 8 |
| | 19200 | 768 | 0 | 744 | 16 | 8 |
| | 9600 | 384 | 0 | 360 | 16 | 8 |
| | 4800 | 192 | 0 | 172 | 12 | 8 |
| | 2400 | 96 | 0 | 80 | 8 | 8 |
| | 1350 | 54 | 0 | 40 | 6 | 8 |
| 5, 8, and 9 | 518400 | 20736 | 0 | 20712 | 16 | 8 |
| | 230400 | 9216 | 0 | 9192 | 16 | 8 |
| | 115200 | 4608 | 0 | 4584 | 16 | 8 |
| | 57600 | 2304 | 0 | 2280 | 16 | 8 |
| | 28800 | 1152 | 0 | 1128 | 16 | 8 |
| | 14400 | 576 | 0 | 552 | 16 | 8 |
| | 7200 | 288 | 1 | 267 | 12 | 8 |
| | 3600 | 144 | 1 | 125 | 10 | 8 |
| | 1800 | 72 | 1 | 55 | 8 | 8 |

Note: The 307200 bps rate applies to Radio Configuration 7. The 153600 bps rate
applies to Radio Configurations 4, 6, and 7. The 518400 bps rate applies to Radio
Configuration 9. The 230400 bps rate applies to Radio Configurations 8 and 9.

**Table 3.1.3.13.2-3. Forward Supplemental Channel Frame Structure Summary for 80 ms Frames for Non-flexible Data Rates**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Informa-tion | Frame Quality Indicator | Reserved/ Encoder Tail |
| 3, 4, 6, and 7 | 153600 | 12288 | 0 | 12264 | 16 | 8 |
| | 76800 | 6144 | 0 | 6120 | 16 | 8 |
| | 38400 | 3072 | 0 | 3048 | 16 | 8 |
| | 19200 | 1536 | 0 | 1512 | 16 | 8 |
| | 9600 | 768 | 0 | 744 | 16 | 8 |
| | 4800 | 384 | 0 | 360 | 16 | 8 |
| | 2400 | 192 | 0 | 172 | 12 | 8 |
| | 1200 | 96 | 0 | 80 | 8 | 8 |
| 5, 8, and 9 | 259200 | 20736 | 0 | 20712 | 16 | 8 |
| | 115200 | 9216 | 0 | 9192 | 16 | 8 |
| | 57600 | 4608 | 0 | 4584 | 16 | 8 |
| | 28800 | 2304 | 0 | 2280 | 16 | 8 |
| | 14400 | 1152 | 0 | 1128 | 16 | 8 |
| | 7200 | 576 | 0 | 552 | 16 | 8 |
| | 3600 | 288 | 1 | 267 | 12 | 8 |
| | 1800 | 144 | 1 | 125 | 10 | 8 |

Note: The 153600 bps rate applies to Radio Configuration 7. The 76800 bps rate applies to Radio Configurations 4, 6, and 7. The 259200 bps rate applies to Radio Configuration 9. The 115200 bps rate applies to Radio Configurations 8 and 9.

TIA-2000.2-C-1

**Table 3.1.3.13.2-4. Forward Supplemental Channel Frame Structure Summary for 20 ms Frames for Flexible Data Rates (Part 1 and 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 7 | 307250 to 614350 | 6145 to 12287 | 6121 to 12263 | 16 | 8 |
| 4, 6, and 7 | 153650 to 307150 | 3073 to 6143 | 3049 to 6119 | 16 | 8 |
| 3, 4, 6, and 7 | 76850 to 153550 | 1537 to 3071 | 1513 to 3047 | 16 | 8 |
| | 38450 to 76750 | 769 to 1535 | 745 to 1511 | 16 | 8 |
| | 19250 to 38350 | 385 to 767 | 361 to 743 | 16 | 8 |
| | 9650 to 19150 | 193 to 383 | 169 to 359 | 16 | 8 |
| | 4850 to 9600 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 4850 to 9550 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 2750 to 4800 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 2750 to 4800 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 2750 to 4750 | 55 to 95 | 39 to 79 | 8 | 8 |
| | 1550 to 2700 | 31 to 54 | 7 to 30 | 16 | 8 |
| | 1550 to 2700 | 31 to 54 | 11 to 34 | 12 | 8 |
| | 1550 to 2700 | 31 to 54 | 15 to 38 | 8 | 8 |
| | 1550 to 2650 | 31 to 53 | 17 to 39 | 6 | 8 |
| | 1250 to 1500 | 25 to 30 | 1 to 6 | 16 | 8 |
| | 1050 to 1500 | 21 to 30 | 1 to 10 | 12 | 8 |
| | 850 to 1500 | 17 to 30 | 1 to 14 | 8 | 8 |
| | 750 to 1450 | 15 to 29 | 1 to 15 | 6 | 8 |

**Table 3.1.3.13.2-5. Forward Supplemental Channel Frame Structure Summary for 20 ms Frames for Flexible Data Rates (Part 2 and 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 9 | 460850 to 1036750 | 9217 to 20735 | 9193 to 20711 | 16 | 8 |
| 8 and 9 | 230450 to 460750 | 4609 to 9215 | 4585 to 9191 | 16 | 8 |
| | 115250 to 230350 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| 5 | 115250 to 230350 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| 5, 8, and 9 | 57650 to 115150 | 1153 to 2303 | 1129 to 2279 | 16 | 8 |
| | 28850 to 57550 | 577 to 1151 | 553 to 1127 | 16 | 8 |
| | 14450 to 28750 | 289 to 575 | 265 to 551 | 16 | 8 |
| | 7250 to 14400 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 7250 to 14300, 14400 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 3650 to 7200 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 3650 to 7200 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 3650 to 7100, 7200 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |
| | 1850 to 3600 | 37 to 72 | 13 to 48 | 16 | 8 |
| | 1850 to 3600 | 37 to 72 | 17 to 52 | 12 | 8 |
| | 1850 to 3600 | 37 to 72 | 19 to 54 | 10 | 8 |
| | 1850 to 3500, 3600 | 37 to 70, 72 | 21 to 54, 56 | 8 | 8 |
| | 1250 to 1800 | 25 to 36 | 1 to 12 | 16 | 8 |
| | 1050 to 1800 | 21 to 36 | 1 to 16 | 12 | 8 |
| | 950 to 1800 | 19 to 36 | 1 to 18 | 10 | 8 |
| | 850 to 1800 | 17 to 36 | 1 to 20 | 8 | 8 |
| | 750 to 1700, 1800 | 15 to 34, 36 | 1 to 20, 22 | 6 | 8 |

TIA-2000.2-C-1

**Table 3.1.3.13.2-6. Forward Supplemental Channel Frame Structure Summary for 40 ms Frames for Flexible Data Rates (Part 1 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 7 | 153625 to 307175 | 6145 to 12287 | 6121 to 12263 | 16 | 8 |
| 4, 6, and 7 | 76825 to 153575 | 3073 to 6143 | 3049 to 6119 | 16 | 8 |
| 3, 4, 6, and 7 | 38425 to 76775 | 1537 to 3071 | 1513 to 3047 | 16 | 8 |
| | 19225 to 38375 | 769 to 1535 | 745 to 1511 | 16 | 8 |
| | 9625 to 19175 | 385 to 767 | 361 to 743 | 16 | 8 |
| | 4825 to 9575 | 193 to 383 | 169 to 359 | 16 | 8 |
| | 2425 to 4800 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 2425 to 4775 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 1375 to 2400 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 1375 to 2400 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 1375 to 2375 | 55 to 95 | 39 to 79 | 8 | 8 |
| | 775 to 1350 | 31 to 54 | 7 to 30 | 16 | 8 |
| | 775 to 1350 | 31 to 54 | 11 to 34 | 12 | 8 |
| | 775 to 1350 | 31 to 54 | 15 to 38 | 8 | 8 |
| | 775 to 1325 | 31 to 53 | 17 to 39 | 6 | 8 |

**Table 3.1.3.13.2-7. Forward Supplemental Channel Frame Structure Summary
for 40 ms Frames for Flexible Data Rates (Part 2 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 9 | 230425 to 518375 | 9217 to 20735 | 9193 to 20711 | 16 | 8 |
| 8 and 9 | 115225 to 230375 | 4609 to 9215 | 4585 to 9191 | 16 | 8 |
| | 57625 to 115175 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| 5 | 57625 to 115175 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| 5, 8, and 9 | 28825 to 57575 | 1153 to 2303 | 1129 to 2279 | 16 | 8 |
| | 14425 to 28775 | 577 to 1151 | 553 to 1127 | 16 | 8 |
| | 7225 to 14375 | 289 to 575 | 265 to 551 | 16 | 8 |
| | 3625 to 7200 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 3625 to 7150, 7200 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 1825 to 3600 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 1825 to 3600 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 1825 to 3550, 3600 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |
| | 925 to 1800 | 37 to 72 | 13 to 48 | 16 | 8 |
| | 925 to 1800 | 37 to 72 | 17 to 52 | 12 | 8 |
| | 925 to 1800 | 37 to 72 | 19 to 54 | 10 | 8 |
| | 925 to 1750, 1800 | 37 to 70, 72 | 21 to 54, 56 | 8 | 8 |

TIA-2000.2-C-1

**Table 3.1.3.13.2-8. Forward Supplemental Channel Frame Structure Summary for 80 ms Frames for Flexible Data Rates (Part 1 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 7 | 76812.5 to 153587.5 | 6145 to 12287 | 6121 to 12263 | 16 | 8 |
| 4, 6, and 7 | 38412.5 to 76787.5 | 3073 to 6143 | 3049 to 6119 | 16 | 8 |
| 3, 4, 6, and 7 | 19212.5 to 38387.5 | 1537 to 3071 | 1513 to 3047 | 16 | 8 |
| | 9612.5 to 19187.5 | 769 to 1535 | 745 to 1511 | 16 | 8 |
| | 4812.5 to 9587.5 | 385 to 767 | 361 to 743 | 16 | 8 |
| | 2412.5 to 4787.5 | 193 to 383 | 169 to 359 | 16 | 8 |
| | 1212.5 to 2400 | 97 to 192 | 73 to 168 | 16 | 8 |
| | 1212.5 to 2387.5 | 97 to 191 | 77 to 171 | 12 | 8 |
| | 687.5 to 1200 | 55 to 96 | 31 to 72 | 16 | 8 |
| | 687.5 to 1200 | 55 to 96 | 35 to 76 | 12 | 8 |
| | 687.5 to 1187.5 | 55 to 95 | 39 to 79 | 8 | 8 |

**Table 3.1.3.13.2-9. Forward Supplemental Channel Frame Structure Summary for 80 ms Frames for Flexible Data Rates (Part 2 of 2)**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | |
|---|---|---|---|---|---|
| | | Total | Information | Frame Quality Indicator | Reserved/ Encoder Tail |
| 9 | 115212.5 to 259187.5 | 9217 to 20735 | 9193 to 20711 | 16 | 8 |
| 8 and 9 | 57612.5 to 115187.5 | 4609 to 9215 | 4585 to 9191 | 16 | 8 |
| | 28812.5 to 57587.5 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| 5 | 28812.5 to 57587.5 | 2305 to 4607 | 2281 to 4583 | 16 | 8 |
| 5, 8, and 9 | 14412.5 to 28787.5 | 1153 to 2303 | 1129 to 2279 | 16 | 8 |
| | 7212.5 to 14387.5 | 577 to 1151 | 553 to 1127 | 16 | 8 |
| | 3612.5 to 7187.5 | 289 to 575 | 265 to 551 | 16 | 8 |
| | 1812.5 to 3600 | 145 to 288 | 121 to 264 | 16 | 8 |
| | 1812.5 to 3575, 3600 | 145 to 286, 288 | 125 to 266, 268 | 12 | 8 |
| | 912.5 to 1800 | 73 to 144 | 49 to 120 | 16 | 8 |
| | 912.5 to 1800 | 73 to 144 | 53 to 124 | 12 | 8 |
| | 912.5 to 1775, 1800 | 73 to 142, 144 | 55 to 124, 126 | 10 | 8 |



TIA-2000.2-C-1

| R | Information Bits | F | R/T |
|---|---|---|---|

**Notation**

R - Reserved Bit
F - Frame Quality Indicator (CRC)
R/T - Reserved/Encoder Tail Bits

**Figure 3.1.3.13.2-1. Forward Supplemental Channel Frame Structure**

3.1.3.13.2.1 Forward Supplemental Channel Frame Quality Indicator

Each frame shall include a frame quality indicator. This frame quality indicator is a CRC.

The frame quality indicator (CRC) shall be calculated on all bits within the frame, except the frame quality indicator itself and the Reserved/Encoder Tail Bits.

Frames in Radio Configurations 3, 4, 6, and 7 with more than 192 total bits shall use a 16-bit frame quality indicator.

Frames in Radio Configurations 5, 8, and 9 with more than 288 total bits shall use a 16-bit frame quality indicator.

Frames in Radio Configurations 3, 4, 6, and 7 with 97 to 192 total bits shall use a 12-bit frame quality indicator. A 16-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 5, 8, and 9 with 145 to 288 total bits shall use a 12-bit frame quality indicator. A 16-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 5, 8, and 9 with 73 to 144 total bits shall use a 10-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 3, 4, 6, and 7 with 55 to 96 total bits shall use an 8-bit frame quality indicator. A 16-bit or 12-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 5, 8, and 9 with 37 to 72 total bits shall use an 8-bit frame quality indicator. A 16-bit, 12-bit, or 10-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 3, 4, 6, and 7 with 54 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

Frames in Radio Configurations 5, 8, and 9 with 36 or fewer total bits shall use a 6-bit frame quality indicator. A 16-bit, 12-bit, 10-bit, or 8-bit frame quality indicator may be used if flexible data rates are supported.

1   The generator polynomials for the frame quality indicator shall be as follows:

2   $g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1$ for the 16-bit frame quality indicator,

3   $g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1$ for the 12-bit frame quality indicator,

4   $g(x) = x^{10} + x^9 + x^8 + x^7 + x^6 + x^4 + x^3 + 1$ for the 10-bit frame quality indicator,

5   $g(x) = x^8 + x^7 + x^4 + x^3 + x + 1$ for the 8-bit frame quality indicator, and

6   $g(x) = x^6 + x^5 + x^2 + x + 1$ for the 6-bit frame quality indicator.

7   The frame quality indicators shall be computed according to the following procedure as
8   shown in Figure 3.1.3.13.2.1-1 through Figure 3.1.3.13.2.1-5:

9   • Initially, all shift register elements shall be set to logical one and the switches shall
10   be set in the up position.

11   • The register shall be clocked a number of times equal to the number of reserved and
12   information bits in the frame with those bits as input.

13   • The switches shall be set in the down position so that the output is a modulo-2
14   addition with a '0' and the successive shift register inputs are '0's.

15   • The register shall be clocked an additional number of times equal to the number of
16   bits in the frame quality indicator (16, 12, 10, 8, or 6).

17   • These additional bits shall be the frame quality indicator bits.

18   • The bits shall be transmitted in the order calculated.

19



20

21   **Figure 3.1.3.13.2.1-1. Forward Supplemental Channel Frame Quality Indicator**
22   **Calculation for the 16-Bit Frame Quality Indicator**

23



24

25   **Figure 3.1.3.13.2.1-2. Forward Supplemental Channel Frame Quality Indicator**
26   **Calculation for the 12-Bit Frame Quality Indicator**

TIA-2000.2-C-1



**Figure 3.1.3.13.2.1-3. Forward Supplemental Channel Frame Quality Indicator Calculation for the 10-Bit Frame Quality Indicator**



**Figure 3.1.3.13.2.1-4. Forward Supplemental Channel Frame Quality Indicator Calculation for the 8-Bit Frame Quality Indicator**



**Figure 3.1.3.13.2.1-5. Forward Supplemental Channel Frame Quality Indicator Calculation for the 6-Bit Frame Quality Indicator**

3.1.3.13.2.2 Forward Supplemental Channel Encoder Tail Bits

The last eight bits of each Forward Supplemental Channel frame are called the Reserved/Encoder Tail Bits. For the convolutional encoder, these eight bits shall each be

3-194

1 set to '0'. For the turbo encoder, the first two of the eight bits shall each be set to '0', and
2 the turbo encoder will calculate and append the remaining six tail bits.

3 **3.1.3.13.2.3 Forward Supplemental Channel Reserved Bit**

4 This bit is reserved and shall be set to '0'.

5 **3.1.3.13.3 Forward Supplemental Channel Forward Error Correction Encoding**

6 The data for Forward Supplemental Channels shall be convolutionally or turbo encoded as
7 specified in 3.1.3.1.4.

8 **3.1.3.13.4 Forward Supplemental Channel Code Symbol Repetition**

9 Forward Supplemental Channel code symbol repetition shall be as specified in 3.1.3.1.5.

10 **3.1.3.13.5 Forward Supplemental Channel Puncturing**

11 Code symbols resulting from the symbol repetition shall be punctured as specified in
12 3.1.3.1.6.

13 **3.1.3.13.6 Forward Supplemental Channel Interleaving**

14 The modulation symbols shall be interleaved as specified in 3.1.3.1.7.

15 **3.1.3.13.7 Forward Supplemental Channel Data Scrambling**

16 The data for Forward Supplemental Channels shall be scrambled as specified in 3.1.3.1.9.
17 The same long code mask is used for all code channels of the Forward Traffic Channel. The
18 public long code mask shall be specified by PLCM_42 (see 2.3.6 in [5]) The public long code
19 mask shall be as shown in Figure 3.1.3.13.7-1. The generation of the private long code
20 mask shall be as specified in 2.1.3.1.12.

21



22

23 **Figure 3.1.3.13.7-1. Forward Supplemental Channel Public Long Code Mask**

24

25 **3.1.3.13.8 Forward Supplemental Channel Orthogonal and Quasi-Orthogonal Spreading**

26 The Forward Supplemental Channels shall be spread by a Walsh function or quasi-
27 orthogonal function as specified in 3.1.3.1.15ð.

28 **3.1.3.13.9 Forward Supplemental Channel Quadrature Spreading**

29 The Forward Supplemental Channels shall be PN spread as specified in 3.1.3.1.16.

TIA-2000.2-C-1

3.1.3.13.10 Forward Supplemental Channel Filtering

~~Filtering for t~~The Forward Supplemental Channels shall be filtered as specified in 3.1.3.1.17.

3.1.3.13.11 Forward Supplemental Channel Transmission Processing

When the Physical Layer receives a PHY-SCH.Request(SDU, FRAME_DURATION, NUM_BITS) from the MAC Layer, the base station shall perform the following:

- Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

- If SDU is not equal to NULL, set the information bits to SDU.

- If SDU is not equal to NULL, transmit NUM_BITS bits of SDU in a Forward Supplemental Channel frame of duration FRAME_DURATION.

3.1.3.14 Forward Supplemental Code Channel

The Forward Supplemental Code Channel applies to Radio Configurations 1 and 2 only.

The Forward Supplemental Code Channel is used for the transmission of ~~user information~~higher-level data to a specific mobile station during a call. Each Forward Traffic Channel contains up to seven Forward Supplemental Code Channels.

3.1.3.14.1 Forward Supplemental Code Channel Time Alignment and Modulation Rates

When transmitting on Forward Supplemental Code Channels with Radio Configuration 1, the base station shall transmit information at 9600 bps. When transmitting on Forward Supplemental Code Channels with Radio Configuration 2, the base station shall transmit information at 14400 bps.

All Forward Supplemental Code Channel frames shall be 20 ms in duration.

For a given base station, the I and Q channel pilot PN sequences for the Forward Supplemental Code Channels shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

The base station may support Forward Supplemental Code Channel frames that are time offset by multiples of 1.25 ms. The amount of the time offset is specified by FRAME_OFFSET. A zero-offset Forward Supplemental Code Channel frame shall begin only when System Time is an integral multiple of 20 ms (see Figure 1.3-1). An offset Forward Supplemental Code Channel frame shall begin $1.25 \times$ FRAME_OFFSET ms later than the zero-offset Forward Supplemental Code Channel frame. The base station shall transmit frames on the Forward Supplemental Code Channels in time alignment with the Forward Fundamental Channel. The interleave block for the Forward Supplemental Code Channel shall be aligned with the Forward Supplemental Code Channel frame.

3.1.3.14.2 Forward Supplemental Code Channel Frame Structure

Table 3.1.3.14.2-1 specifies the Forward Supplemental Code Channel bit allocations. All frames shall consist of zero or one Reserved Bits and information bits followed by a frame quality indicator (CRC) and eight Encoder Tail Bits, as shown in Figure 3.1.3.14.2-1.

1

2 **Table 3.1.3.14.2-1. Forward Supplemental Code Channel Frame Structure Summary**

| Radio Config. | Data Rate (bps) | Number of Bits per Frame | | | | |
|---|---|---|---|---|---|---|
| | | Total | Reserved | Information | Frame Quality Indicator | Encoder Tail |
| 1 | 9600 | 192 | 0 | 172 | 12 | 8 |
| 2 | 14400 | 288 | 1 | 267 | 12 | 8 |

3

| R | Information Bits | F | T |
|---|---|---|---|

**Notation**

R - Reserved Bit
F - Frame Quality Indicator (CRC)
T - Encoder Tail Bits

4

5 **Figure 3.1.3.14.2-1. Forward Supplemental Code Channel Frame Structure**

6

7 3.1.3.14.2.1 Forward Supplemental Code Channel Frame Quality Indicator

8 The frame quality indicator (CRC) shall be calculated on all bits within the frame, except
9 the frame quality indicator itself and the Encoder Tail Bits. Each frame with Radio
10 Configuration 1 and 2 shall include a 12-bit frame quality indicator. This frame quality
11 indicator is a CRC.

12 The generator polynomial for the frame quality indicator shall be as follows:

13 $$g(x) = x^{12} + x^{11} + x^{10} + x^9 + x^8 + x^4 + x + 1.$$

14 The frame quality indicators shall be computed according to the following procedure as
15 shown in Figure 3.1.3.14.2.1-1:

16 • Initially, all shift register elements shall be set to logical one and the switches shall
17   be set in the up position.

18 • The register shall be clocked a number of times equal to the number of reserved and
19   information bits in the frame with those bits as input.

20 • The switches shall be set in the down position so that the output is a modulo-2
21   addition with a '0' and the successive shift register inputs are '0's.

22 • The register shall be clocked an additional number of times equal to the number of
23   bits in the frame quality indicator (12).

24 • These additional bits shall be the frame quality indicator bits.

25 • The bits shall be transmitted in the order calculated.

TIA-2000.2-C-1



**Figure 3.1.3.14.2.1-1. Forward Supplemental Code Channel Frame Quality Indicator Calculation**

3.1.3.14.2.2 Forward Supplemental Code Channel Encoder Tail Bits

The last eight bits of each Forward Supplemental Code Channel frame are called the Reserved/Encoder Tail Bits. These eight bits shall each be set to '0'.

3.1.3.14.2.3 Forward Supplemental Code Channel Reserved Bit

This bit is reserved and shall be set to '0'.

3.1.3.14.3 Forward Supplemental Code Channel Convolutional Encoding

The data for Forward Supplemental Code Channels shall be convolutionally encoded as specified in 3.1.3.1.4.

When generating Forward Supplemental Code Channel data, the encoder shall be initialized to the all-zero state at the end of each 20 ms frame.

3.1.3.14.4 Forward Supplemental Code Channel Code Symbol Repetition

Forward Supplemental Code Channel code symbol repetition shall be as specified in 3.1.3.1.5.

3.1.3.14.5 Forward Supplemental Code Channel Puncturing

Code symbols resulting from the symbol repetition shall be punctured as specified in 3.1.3.1.6.

3.1.3.14.6 Forward Supplemental Code Channel Interleaving

The modulation symbols shall be interleaved as specified in 3.1.3.1.7.

3.1.3.14.7 Forward Supplemental Code Channel Data Scrambling

The data for Forward Supplemental Code Channels shall be scrambled as specified in 3.1.3.1.9. The same long code mask is used for all code channels of the Forward Traffic Channel. The public long code mask shall be specified by PLCM_42 (see 2.3.6 in [5]) The

3-198

public long code mask shall be as shown in Figure 3.1.3.14.7-1. The generation of the
private long code mask shall be as specified in 2.1.3.1.11.

| 41 ... 37 | 36 ... 0 |
|---|---|
| 11000 | PLCM_37 |

**Figure 3.1.3.14.7-1. Forward Supplemental Code Channel Public Long Code Mask**

3.1.3.14.8 Forward Supplemental Code Channel Orthogonal Spreading

The Forward Supplemental Code Channels shall be spread by a Walsh function of length
64 as specified in 3.1.3.1.15~0~.

3.1.3.14.9 Forward Supplemental Code Channel Quadrature Spreading

The Forward Supplemental Code Channels shall be PN spread as specified in 3.1.3.1.16.

3.1.3.14.10 Forward Supplemental Code Channel Filtering

Filtering for tThe Forward Supplemental Code Channels shall be filtered as specified in
3.1.3.1.17.

3.1.3.14.11 Forward Supplemental Code Channel Transmission Processing

When the Physical Layer receives a PHY-SCCH.Request(SDU, FRAME_DURATION,
NUM_BITS) from the MAC Layer, the base station shall perform the following:

• Store the arguments SDU, FRAME_DURATION, and NUM_BITS.

• If SDU is not equal to NULL, set the information bits to SDU.

• If SDU is not equal to NULL, transmit NUM_BITS bits of SDU in a Forward
  Supplemental Code Channel frame.

3.1.3.15 Forward Packet Data Channel

The Forward Packet Data Channel is used for the transmission of user informationhigher-
level data to the mobile stations with Spreading Rate 1. A forward CDMA channel may
contain up to two Forward Packet Data Channels. Each Forward Packet Data Channel
transmits information to one specific mobile station at a time.

3.1.3.15.1 Forward Packet Data Channel Structure, Time Alignment, and Subpacket Data
         Rates

The Forward Packet Data Channel shall transmit 386, 770, 1538, 2306, 3074, or 3842
information bits. Sixteen packet frame quality indicator bits and six turbo encoder tail
allowance bits shall be added to the information bits to form encoder packets. The encoder

TIA-2000.2-C-1

1 packets shall be encoded with a rate-1/5 turbo encoder, interleaved, and scrambled. Then,
2 symbols from the scrambled sequence shall be selected for transmission as a subpacket.
3 The selected symbols may not include all of the scrambled output symbols or they may
4 include all of the scrambled output symbols with some symbols repeated one or more
5 times. The selected subpacket symbols shall be modulated into QPSK, 8-PSK, or 16-QAM
6 symbols and demultiplexed into one to 28 32-chip Walsh channels used for that Forward
7 Packet Data Channel. Each of these Walsh channels shall be spread with a different 32-
8 chip Walsh function. Then, the spread symbols on the Walsh channels shall be summed to
9 obtain a single sequence of I/Q-symbols.

10 If the base station supports the Forward Packet Data Channel with Radio Configuration 10,
11 the base station shall support one or two Forward Packet Data Channels.  If the base
12 station supports one Forward Packet Data Channel with Radio Configuration 10, the base
13 station shall support from one to 28 32-chip Walsh channels on the Forward Packet Data
14 Channel.  If the base station supports two Forward Packet Data Channels with Radio
15 Configuration 10, the base station shall support from one to 28 32-chip Walsh channels on
16 each Forward Packet Data Channel, and shall not support more than 28 32-chip Walsh
17 channels on both Forward Packet Data Channels. The subpackets of an encoder packet
18 shall be transmitted using 1-, 2-, or 4-slot durations. If 16-QAM is used, the channel gain
19 of the Forward Packet Data Channel shall be constant within a slot and may vary from slot
20 to slot. If two Forward Packet Data Channels are used at a particular time, both shall use
21 the same time-aligned subpacket duration during that subpacket. If two Forward Packet
22 Data Channels are used, the information on the two channels shall be for different mobile
23 stations.

24 An encoder packet shall be transmitted using one or more subpackets and the symbols
25 selected for the subpackets, their slot duration, their modulation, and the number of Walsh
26 channels that they use may vary from subpacket to subpacket.

27 The encoder packets shall be associated with a 2-bit ACID. See [3] for more details. Base
28 stations that support the Forward Packet Data Channel with Radio Configuration 10 shall
29 be capable of transmitting subpackets from two to four encoder packets with different
30 ACIDs ('00', '01', '10', and '11') to any mobile station. A base station that transmits to a
31 mobile station that supports a maximum of 2 ACIDs shall only use ACIDs of '00' and '01'. A
32 base station that transmits to a mobile station using a maximum of three ACIDs shall only
33 use ACIDs of '00', '01', and '10'.

34 For a given base station, the I and Q pilot PN sequences for the Forward Packet Data
35 Channel shall use the same pilot PN sequence offset as for the Forward Pilot Channel.

36 The subpacket data rates shall be from 81.6 kbps to 3.0912 Mbps, as given in Table
37 3.1.3.1.13.4-1.

38 3.1.3.15.2 Forward Packet Data Channel Encoder Packet Structure

39 Encoder packets shall consist of the information bits followed by 16 frame quality indicator
40 bits followed by 6 turbo encoder tail allowance bits. The structure and order of the encoder
41 packet is shown in Figure 3.1.3.14.2.3-1.

42

| Information Bits<br>386, 770, 1538, 2306, 3074, or 3842 Bits | Frame<br>Quality<br>Indicator<br>(16 Bits) | Turbo<br>Encoder Tail<br>Allowance<br>(6 Bits) |
|---|---|---|

**Figure 3.1.3.14.2.3-1. Forward Packet Data Channel Encoder Packet Structure**

3.1.3.15.2.1 Forward Packet Data Channel ~~Packet~~ Frame Quality Indicator

The frame quality indicator shall be calculated based on the input information bits. A 16-bit frame quality indicator shall be used. The generator polynomial for the frame quality indicator shall be

$$g(x) = x^{16} + x^{15} + x^{14} + x^{11} + x^6 + x^5 + x^2 + x + 1.$$

The frame quality indicator shall be computed according to the following procedure as shown in Figure 3.1.3.15.2.1-1:

- Initially, all shift register elements shall be set to logical one and the switches shall be set in the up position.

- The register shall be clocked a number of times equal to the number of information bits with those bits as input.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0's.

- The register shall be clocked an additional 16 times.

- These additional bits shall be the frame quality indicator bits.

- The bits shall be transmitted in the order calculated.



**Figure 3.1.3.15.2.1-1. Forward Packet Data Channel Frame Quality Indicator**

3.1.3.15.2.2 Forward Packet Data Channel Turbo Encoder Tail Allowance

Encoder packets include a 6-bit turbo encoder tail allowance, as described in 3.1.3.15.2. The turbo encoder discards the turbo encoder tail allowance bits and adds turbo encoder output tail bits such that the number of bits out of the rate-1/5 turbo encoder is five times the number of bits in an encoder packet.

TIA-2000.2-C-1

1    3.1.3.15.3 Forward Packet Data Channel Turbo Encoding

2    Encoder packets shall be turbo encoded with a code rate of 1/5 as specified in 3.1.3.1.4.2.

3    3.1.3.15.4 Forward Packet Data Channel Interleaving

4    The turbo encoder output sequence shall be interleaved as specified in 3.1.3.1.7.1.3.

5    3.1.3.15.5 Forward Packet Data Channel Packet Data Scrambling

6    The interleaved sequence shall be covered with a scrambler sequence as specified in
7    3.1.3.1.10. The public long code mask shall be specified by PLCM_42 (see 2.3.6 in [5]) The
8    public long code mask shall be as shown in Figure 3.1.3.15.5-1. The generation of the
9    private long code mask shall be as specified in 2.1.3.1.12.

10



11

12   **Figure 3.1.3.15.5-1. Forward Packet Data Channel Public Long Code Mask**

13

14   3.1.3.15.6 Forward Packet Data Channel Subpacket Symbol Selection

15   Subpacket symbols are selected from the scrambler output sequence as specified in
16   3.1.3.1.12.

17   3.1.3.15.7 Forward Packet Data Channel Modulation

18   The symbols from the subpacket symbol selection process shall be modulated as specified
19   in 3.1.3.1.13.

20   3.1.3.15.8 Forward Packet Data Channel Walsh Channel Processing

21   The modulated symbols shall be demultiplexed into Walsh channels, each Walsh channel
22   shall be Walsh spread, and the spread symbols from the Walsh channels shall be summed
23   as specified in 3.1.3.1.14.4.

24   3.1.3.15.9 Forward Packet Data Channel Quadrature Spreading

25   The Forward Packet Data Channel shall be PN spread as specified in 3.1.3.1.16.

26   3.1.3.15.10 Forward Packet Data Channel Filtering

27   Filtering for tThe Forward Packet Data Channel shall be filtered as specified in 3.1.3.1.17.

28   3.1.3.15.11 Forward Packet Data Channel Transmission Processing

29   When the Physical Layer receives a PHY-FPDCH.Request(EP, SPID, NUM_SLOTS, WCI_SET,
30   SYS_TIME) from the MAC Layer, the base station shall:

- Store the arguments EP, SPID, NUM_SLOTS, WCI_SET, and SYS_TIME.

- Use the EP, and SPID as information to form an encoder packet as specified in 3.1.3.1.12 with duration NUM_SLOTS. The Physical Layer shall use the Walsh codes corresponding to the Walsh code indices specified in WCI_SET to encode the encoder packet.

- Transmit the encoder packet on the Forward Packet Data Channel frame at SYS_TIME with duration NUM_SLOTS.

3.1.4 Limitations on Emissions

3.1.4.1 Conducted Spurious Emissions

The base station shall meet the requirements in Section 4.4.1 of the current version of [10].

3.1.4.2 Radiated Spurious Emissions

The base station shall meet the requirements in Section 4.4.2 of the current version of [10].

3.1.4.3 Intermodulation Products

The base station shall meet the requirements in Section 4.4.3 of the current version of [10].

3.1.5 Synchronization, Timing, and Phase

3.1.5.1 Timing Reference Source

Each base station shall use a time base reference from which all time-critical CDMA transmission components, including pilot PN sequences, frames, and Walsh functions, shall be derived. The time base reference shall be time-aligned to CDMA System Time, as described in 1.3. Reliable external means should be provided at each base station to synchronize each base station's time base reference to CDMA System Time. Each base station should use a frequency reference of sufficient accuracy to maintain time alignment to CDMA System Time.

TIA-2000.2-C-1

In the event that the external source of System Time is lost,[29] the system shall maintain the base station transmit time within the tolerance specified in 3.1.5.2 for a period of time specified in the current version of [10].

3.1.5.2 Base Station Transmission Time

The base station shall meet the requirements in Section 4.2~~3~~.1.1 of the current version of [10].

Time measurements are made at the base station antenna connector. If a base station has multiple radiating antenna connectors for the same CDMA channel, time measurements are made at the antenna connector having the earliest radiated signal.

The rate of change for timing corrections shall not exceed 101.725 ns per 200 ms.

3.1.5.3 Pilot to Walsh Cover Time Tolerance

The base station shall meet the requirements in Section 4.2~~3~~.1.2 of the current version of [10].

3.1.5.4 Pilot to Walsh Cover Phase Tolerance

The base station shall meet the requirements in Section 4.2~~3~~.1.3 of the current version of [10].

3.1.6 Transmitter Performance Requirements

System performance is predicated on transmitters meeting the requirements set forth in the current version of [10].

**3.2 Receiver**

3.2.1 Channel Spacing and Designation

Channel spacing and designations for the base station reception shall be as specified in 2.1.1.1.

---

[29]These guidelines on time keeping requirements reflect the fact that the amount of time error between base stations that can be tolerated in a CDMA network is not a hard limit. Each mobile station can search an ever increasing time window as directed by the base stations. However, increasing this window gradually degrades performance, since wider windows require a longer time for the mobile stations to search out and to locate the various arrivals from all base stations that may be in view. An eventual limit on time errors occurs, since pilot addresses are derived as 64 chip time shifts of a length 32768 chip sequence. In a very extreme case where the maximum number of 512 sequences were assigned to base stations, these address sequences would be 64 chips apart. In this situation, it is possible that large time errors between base station transmissions would be confused with path-delayed arrivals from a given base station.

1  3.2.2 Demodulation Characteristics

2  The base station demodulation process shall perform complementary operations to the
3  mobile station modulation process on the Reverse CDMA Channel (see 2.1.3).

4  The base station receiver shall support the operation of the rReverse pPower cControl
5  sSubchannel as specified in 3.1.3.1.11.

6  The Reverse Traffic Channel frame is described in 2.1.3.6.2, 2.1.3.9.2, 2.1.3.10.2, and
7  2.1.3.11.2. A base station may implement offset Reverse Traffic Channel frames as
8  described in 2.1.3.6.1, 2.1.3.9.1, 2.1.3.10.1, and 2.1.3.11.1.

9  3.2.2.1 Interface to the MAC Layer

10  This section specifies the passing of the received physical layer frames.

11  3.2.2.1.1 Reverse Pilot Channel Reception Processing

12  If PILOT_GATING_USE_RATE$_S$ = 1, the base station shall monitor the Reverse Pilot Channel
13  and continue monitoring the Reverse Fundamental Channel and/or the Reverse Dedicated
14  Control Channel if they existed in active mode. If the base station detects the continuous
15  Reverse Pilot or a valid frame for the Reverse Fundamental Channel or Reverse Dedicated
16  Control Channel, the Physical Layer shall send a CONTINUOUS-REVERSE-
17  PILOT.Indication to the MAC Layer.

18  3.2.2.1.13.2.2.1.2 Access Channel Reception Processing

19  When the base station receives an Access Channel frame, the Physical Layer shall send a
20  PHY-ACH.Indication(SDU, FRAME_QUALITY) to the MAC Layer, after the base station
21  performs the following actions:

22  • Set the SDU to the received information bits.

23  • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
24    quality; otherwise, set FRAME_QUALITY to "insufficient."

25  3.2.2.1.23.2.2.1.3 Enhanced Access Channel Reception Processing

26  When the base station receives an Enhanced Access Channel Preamble, the Physical Layer
27  shall send a PHY-EACHPreamble.Indication to the MAC Layer.

28  When the base station receives an Enhanced Access header, the Physical Layer shall send
29  a PHY-EACHHeader.Indication(SDU, FRAME_QUALITY) to the MAC Layer, after the base
30  station performs the following actions:

31  • Set SDU to the received information bits.

32  • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
33    quality; otherwise, set FRAME_QUALITY to "insufficient."

34  When the base station receives an Enhanced Access data frame, the Physical Layer shall
35  send a PHY-EACH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to
36  the MAC Layer, after the base station performs the following actions:

37  • Set SDU to the received information bits.

1 • Set FRAME_DURATION to the duration of the received frame.

2 • Set NUM_BITS to the number of data bits of the received frame.

3 • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
4 quality; otherwise, set FRAME_QUALITY to "insufficient."

5 ~~3.2.2.1.3~~3.2.2.1.4 Reverse Common Control Channel Reception Processing

6 When the base station receives a Reverse Common Control Channel preamble, the Physical
7 Layer shall send a PHY-RCCCHPreamble.Indication to the MAC Layer.

8 When the base station receives a Reverse Common Control Channel frame, the Physical
9 Layer shall send a PHY-RCCCH.Indication(SDU, FRAME_DURATION, NUM_BITS,
10 FRAME_QUALITY) to the MAC Layer, after the base station performs the following actions:

11 • Set SDU to the received information bits.

12 • Set FRAME_DURATION to the duration of the received frame.

13 • Set NUM_BITS to the number of data bits of the received frame.

14 • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
15 quality; otherwise, set FRAME_QUALITY to "insufficient."

16 ~~3.2.2.1.4~~3.2.2.1.5 Reverse Dedicated Control Channel Reception Processing

17 When the base station receives a Reverse Dedicated Control Channel frame, the Physical
18 Layer shall send a PHY-DCCH.Indication(SDU, FRAME_DURATION, NUM_BITS,
19 FRAME_QUALITY) to the MAC Layer, after the base station performs the following actions:

20 • Set the SDU to the received information bits.

21 • Set FRAME_DURATION to the duration of the received frame.

22 • Set NUM_BITS to the number of information bits in the SDU.

23 • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
24 quality; otherwise, set FRAME_QUALITY to "insufficient."

25 If the base station does not receive a ~~Reverse~~Forward Dedicated Control Channel frame at
26 the end of a 20 ms frame boundary, the Physical Layer shall send a PHY-
27 DCCH.Indication(SDU) to the MAC Layer, after the base station performs the following
28 actions:

29 • Set the SDU to NULL.

30 • Pass the SDU as an argument.

31 ~~3.2.2.1.5~~3.2.2.1.6 Reverse Acknowledgment Channel Reception Processing

32 When the base station receives a Reverse Acknowledgment Channel frame, the Physical
33 Layer shall send a PHY-RACKCH.Indication(ACK_OR_NAK) to the MAC Layer, after the base
34 station performs the following actions:

1 • Set ACK_OR_NAK to NAK if a NAK was received on the Reverse Acknowledgment
2 Channel and to ACK if an ACK was received on the Reverse Acknowledgment
3 Channel.

4 ~~3.2.2.1.6~~3.2.2.1.7 Reverse Channel Quality Indicator Channel Reception Processing

5 When the base station receives a Reverse Channel Quality Indicator Channel frame, the
6 Physical Layer shall send a PHY-RCQICH.Indication(CQI_VALUE, WALSH_COVER) to the
7 MAC Layer after the base station performs the following action:

8 • Set the CQI_VALUE to the received channel quality indicator value.

9 • Set the WALSH_COVER to the 3-bit value corresponding to the 8-ary Walsh
10 function received on the Reverse Chjannel Quality Indicator Channel as specified in
11 Table 2.1.3.8.1-1.

12 ~~3.2.2.1.7~~3.2.2.1.8 Reverse Fundamental Channel Reception Processing

13 When the base station receives a Reverse Fundamental Channel frame, the Physical Layer
14 shall send a PHY-FCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY)
15 to the MAC Layer~~,~~ after the base station performs the following actions:

16 • Set the SDU to the received information bits.

17 • Set FRAME_DURATION to the duration of the received frame.

18 • Set NUM_BITS to the number of bits of the SDU.

19 • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
20 quality; otherwise, set FRAME_QUALITY to "insufficient."

21 ~~3.2.2.1.8 Reverse Pilot Channel Reception Processing~~

22 ~~If PILOT_GATING_USE_RATE_s = 1, the base station shall monitor the Reverse Pilot Channel~~
23 ~~and continue monitoring the Reverse Fundamental Channel and/or the Reverse Dedicated~~
24 ~~Control Channel if they existed in active mode. If the base station detects the continuous~~
25 ~~Reverse Pilot or a valid frame for the Reverse Fundamental Channel or Reverse Dedicated~~
26 ~~Control Channel, the Physical Layer shall send a CONTINUOUS REVERSE-~~
27 ~~PILOT.Indication to the MAC Layer.~~

28 3.2.2.1.9 Reverse Supplemental Channel Reception Processing

29 When the base station receives a Reverse Supplemental Channel frame, the Physical Layer
30 shall send a PHY-SCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY)
31 to the MAC Layer~~,~~ after the base station performs the following actions:

32 • Set the SDU to the received information bits.

33 • Set FRAME_DURATION to the duration of the received frame.

34 • Set NUM_BITS to the number of bits of the SDU.

35 • Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame
36 quality; otherwise, set FRAME_QUALITY to "insufficient."

TIA-2000.2-C-1

3.2.2.1.10 Reverse Supplemental Code Channel Reception Processing

When the base station receives a Reverse Supplemental Code Channel frame, the Physical Layer shall send a PHY-SCCH.Indication(SDU, FRAME_DURATION, NUM_BITS, FRAME_QUALITY) to the MAC Layer, after the base station performs the following actions:

- Set the SDU to the received information bits.
- Set FRAME_DURATION to the duration of the received frame.
- Set NUM_BITS to the number of bits of the SDU.
- Set FRAME_QUALITY to "sufficient" if the received frame has sufficient frame quality; otherwise, set FRAME_QUALITY to "insufficient."

3.2.3 Limitations on Emissions

The base station shall meet the requirements in Section 3.6 of the current version of [10].

3.2.4 Receiver Performance Requirements

System performance is predicated on receivers meeting the requirements set forth in the current version of [10].

