<u>Submission Of Documents In Support Of</u>
<u>Motion For Reconsideration Of Doc. No. 810.</u>

Attachment No. 02

# TIA
# STANDARD

## Medium Access Control (MAC) Standard for cdma2000® Spread Spectrum Systems – Addendum 1

## TIA-2000.3-D-1[E]

**January 2006**

**TELECOMMUNICATIONS INDUSTRY ASSOCIATION**



The Telecommunications Industry Association
represents the communications sector of


Electronic Industries Alliance

NOTICE

TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for their particular need. The existence of such Standards and Publications shall not in any respect preclude any member or non-member of TIA from manufacturing or selling products not conforming to such Standards and Publications. Neither shall the existence of such Standards and Publications preclude their voluntary use by Non-TIA members, either domestically or internationally.

Standards and Publications are adopted by TIA in accordance with the American National Standards Institute (ANSI) patent policy. By such action, TIA does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the Standard or Publication.

This Standard does not purport to address all safety problems associated with its use or all applicable regulatory requirements. It is the responsibility of the user of this Standard to establish appropriate safety and health practices and to determine the applicability of regulatory limitations before its use.

(From Standards Proposal No. 3-4695-RV4-AD1[E], formulated under the cognizance of the TIA TR-45.5 Subcommittee on Spread Spectrum Digital Technology).

Published by

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION
Standards and Technology Department
2500 Wilson Boulevard
Arlington, VA 22201 U.S.A.

**PRICE:  Please refer to current Catalog of**
**TIA TELECOMMUNICATIONS INDUSTRY ASSOCIATION STANDARDS**
**AND ENGINEERING PUBLICATIONS**
**or call Global Engineering Documents, USA and Canada**
**(1-800-854-7179) International (303-397-7956)**
**or search online at  http://www.tiaonline.org/standards/search_n_order.cfm**

All rights reserved
Printed in U.S.A.

# NOTICE OF COPYRIGHT

# This document is copyrighted by the TIA.

**Reproduction of these documents either in hard copy or soft copy (including posting on the web) is prohibited without copyright permission.** For copyright permission to reproduce portions of this document, please contact TIA Standards Department or go to the TIA website (www.tiaonline.org) for details on how to request permission.  Details are located at:

http://www.tiaonline.org/about/faqDetail.cfm?id=18

OR

Telecommunications Industry Association
Standards & Technology Department
2500 Wilson Boulevard, Suite 300
Arlington, VA 22201  USA
+1(703)907-7700

Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information, contact:

Global Engineering Documents
15 Inverness Way East
Englewood, CO 80112-5704 or call
U.S.A. and Canada (1-800-854-7179)
International (303) 397-7956

## NOTICE OF DISCLAIMER AND LIMITATION OF LIABILITY

The document to which this Notice is affixed (the "Document") has been prepared by one or more Engineering Committees or Formulating Groups of the Telecommunications Industry Association ("TIA"). TIA is not the author of the Document contents, but publishes and claims copyright to the Document pursuant to licenses and permission granted by the authors of the contents.

TIA Engineering Committees and Formulating Groups are expected to conduct their affairs in accordance with the TIA Engineering Manual ("Manual"), the current and predecessor versions of which are available at http://www.tiaonline.org/standards/sfg/engineering_manual.cfm. TIA's function is to administer the process, but not the content, of document preparation in accordance with the Manual and, when appropriate, the policies and procedures of the American National Standards Institute ("ANSI"). TIA does not evaluate, test, verify or investigate the information, accuracy, soundness, or credibility of the contents of the Document. In publishing the Document, TIA disclaims any undertaking to perform any duty owed to or for anyone.

If the Document is identified or marked as a project number (PN) document, or as a standards proposal (SP) document, persons or parties reading or in any way interested in the Document are cautioned that: (a) the Document is a proposal; (b) there is no assurance that the Document will be approved by any Committee of TIA or any other body in its present or any other form; (c) the Document may be amended, modified or changed in the standards development or any editing process.

The use or practice of contents of this Document may involve the use of intellectual property rights ("IPR"), including pending or issued patents, or copyrights, owned by one or more parties. TIA makes no search or investigation for IPR. When IPR consisting of patents and published pending patent applications are claimed and called to TIA's attention, a statement from the holder thereof is requested, all in accordance with the Manual. TIA takes no position with reference to, and disclaims any obligation to investigate or inquire into, the scope or validity of any claims of IPR. TIA will neither be a party to discussions of any licensing terms or conditions, which are instead left to the parties involved, nor will TIA opine or judge whether proposed licensing terms or conditions are reasonable or non-discriminatory. TIA does not warrant or represent that procedures or practices suggested or provided in the Manual have been complied with as respects the Document or its contents.

TIA does not enforce or monitor compliance with the contents of the Document. TIA does not certify, inspect, test or otherwise investigate products, designs or services or any claims of compliance with the contents of the Document.

ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING WITHOUT LIMITATION, ANY AND ALL WARRANTIES CONCERNING THE ACCURACY OF THE CONTENTS, ITS FITNESS OR APPROPRIATENESS FOR A PARTICULAR PURPOSE OR USE, ITS MERCHANTABILITY AND ITS NON-INFRINGEMENT OF ANY THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. TIA EXPRESSLY DISCLAIMS ANY AND ALL RESPONSIBILITIES FOR THE ACCURACY OF THE CONTENTS AND MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE CONTENT'S COMPLIANCE WITH ANY APPLICABLE STATUTE, RULE OR REGULATION, OR THE SAFETY OR HEALTH EFFECTS OF THE CONTENTS OR ANY PRODUCT OR SERVICE REFERRED TO IN THE DOCUMENT OR PRODUCED OR RENDERED TO COMPLY WITH THE CONTENTS.

TIA SHALL NOT BE LIABLE FOR ANY AND ALL DAMAGES, DIRECT OR INDIRECT, ARISING FROM OR RELATING TO ANY USE OF THE CONTENTS CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION ANY AND ALL INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING NEGATION OF DAMAGES IS A FUNDAMENTAL ELEMENT OF THE USE OF THE CONTENTS HEREOF, AND THESE CONTENTS WOULD NOT BE PUBLISHED BY TIA WITHOUT SUCH LIMITATIONS.

**CONTENTS**

1   INTRODUCTION ..............................................................................1-3
1.1        Scope.................................................................................1-3
1.2        Document Release History ..........................................................1-3
1.3        Terms ................................................................................1-4
1.4        Numeric Information ..............................................................1-11
1.5        Normative References .............................................................1-13
1.6        Overview..........................................................................1-14
1.6.1    Layering Model ....................................................................1-16
1.7        Conventions Used in this Document ...........................................1-18
1.7.1    Service Interfaces .................................................................1-18
1.7.1.1     Service Primitives..............................................................1-18
1.7.2    Pseudo-code Rules ...............................................................1-18
2   Definition of MAC Components...........................................................2-1
2.1        Service Interfaces (*Informative*)...............................................2-1
2.1.1    Service Interface Primitives Received by the MAC Sublayer...................2-2
2.1.2    Service Interface Primitives Sent from the MAC Sublayer.....................2-4
2.1.3    Service Interface Primitives Sent From the FPDCHCF...........................2-6
2.1.4    Service Interface Primitives Received by the  FPDCHCF.....................2-12
2.1.5    Service Interface Primitives Sent From the RPDCHCF..........................2-15
2.1.6    Service Interface Primitives Received by the RPDCHCF........................2-20
2.1.7    Service Interface Primitives Received by the BMAC Multiplex Sublayer...2-22
2.1.8    Service Interface Primitives Sent from the BMAC Sublayer ..................2-25
2.2        Entities of the MAC Sublayer...................................................2-26
2.2.1    MAC Sublayer Functional Entities .............................................2-26
2.2.1.1     Mux and QoS Sublayer ......................................................2-27
2.2.1.1.1   The Multiplex Sublayer ...................................................2-27
2.2.1.1.1.1     Mobile Station Support .............................................. 2-32
2.2.1.1.1.2     Service Priority ..................................................... 2-33
2.2.1.1.1.3     Multiplex Sublayer Transmitting Function ........................ 2-33
2.2.1.1.1.3.1     Assembling the Physical Layer FCH SDU.......................2-33
2.2.1.1.1.3.2     Assembling the Physical Layer DCCH SDU....................2-35
2.2.1.1.1.3.3     Assembling the Physical Layer SCCH SDU ....................2-36
2.2.1.1.1.3.4     Assembling the Physical Layer SCH SDU.......................2-38
2.2.1.1.1.3.5     Assembling the Physical Layer F-SCH Outer Code SDU ..2-41
2.2.1.1.1.3.6     Base Station Assembly of the PDCHCF SDU...................2-42
2.2.1.1.1.3.7     Mobile Station Assembly of the PDCHCF SDU...............2-43
2.2.1.1.1.4     Multiplex Sublayer Receiving Function................................ 2-47
2.2.1.1.1.4.1     Processing the Received Physical Layer FCH SDU ..........2-53
2.2.1.1.1.4.2     Processing the Received Physical Layer DCCH SDU .......2-55
2.2.1.1.1.4.3     Processing the Received Physical Layer SCCH SDU........2-57
2.2.1.1.1.4.4     Processing the Received Physical Layer SCH SDU ..........2-57
2.2.1.1.1.4.5     Mobile Station Processing of the Received PDCHCF
               SDU        2-60
2.2.1.1.1.4.6     Base Station Processing of the Received PDCHCF SDU ..2-60
2.2.1.1.1.5     MuxPDU Types Processed by the Multiplex Sublayer.......... 2-61
2.2.1.1.1.5.1     MuxPDU Type 1 ..............................................2-65
2.2.1.1.1.5.2     MuxPDU Type 2 ..............................................2-65
2.2.1.1.1.5.3     MuxPDU Type 3 ..............................................2-66
2.2.1.1.1.5.4     MuxPDU Type 4 ..............................................2-67
2.2.1.1.1.5.5     MuxPDU Type 5 ..............................................2-67
2.2.1.1.1.5.6     MuxPDU Type 6 ..............................................2-69
2.2.1.1.1.5.7     MuxPDU Type 7 ..............................................2-70
2.2.1.1.1.6     Interface to Signaling LAC........................................ 2-72
2.2.1.1.1.6.1     The MAC-SDUReady.Request Primitive.........................2-73

i

| | | |
|---|---|---|
| 1 | 2.2.1.1.1.6.2 | The MAC-Availability.Indication Primitive ...................... 2-73 |
| 2 | 2.2.1.1.1.6.3 | The MAC-Data.Request Primitive ................................... 2-74 |
| 3 | 2.2.1.1.1.6.4 | The MAC-Data.Indication Primitive ............................... 2-74 |
| 4 | 2.2.1.1.1.7 | Interface to the Physical Layer ...................................... 2-74 |
| 5 | 2.2.1.1.1.7.1 | The FCH Transmit Request Service Interface ................ 2-74 |
| 6 | 2.2.1.1.1.7.2 | The DCCH Transmit Request Service Interface ............. 2-75 |
| 7 | 2.2.1.1.1.7.3 | The SCCH Transmit Request Service Interface ............. 2-75 |
| 8 | 2.2.1.1.1.7.4 | The SCH Transmit Request Service Interface ................ 2-76 |
| 9 | 2.2.1.1.1.7.5 | The FCH Receive Indication Service Interface ............... 2-76 |
| 10 | 2.2.1.1.1.7.6 | The DCCH Receive Indication Service Interface ........... 2-76 |
| 11 | 2.2.1.1.1.7.7 | The SCCH Receive Indication Service Interface ........... 2-77 |
| 12 | 2.2.1.1.1.7.8 | The SCH Receive Indication Service Interface .............. 2-77 |
| 13 | 2.2.1.1.1.7.9 | The SCH Outer Code Transmit Request Service |
| 14 | Interface | 2-77 |
| 15 | 2.2.1.1.1.7.10 | The SCH Outer Code Receive Indication Service |
| 16 | Interface | 2-78 |
| 17 | 2.2.1.1.1.8 | Interface to the Forward Packet Data Channel Control |
| 18 | Function | 2-78 |
| 19 | 2.2.1.1.1.8.1 | The FPDCHCF Receive Indication Service Interface ........ 2-78 |
| 20 | 2.2.1.1.1.9 | Interface to the Reverse Packet Data Channel Control |
| 21 | Function | 2-78 |
| 22 | 2.2.1.1.1.9.1 | The RPDCHCF Receive Indication Service Interface ........ 2-78 |
| 23 | 2.2.1.1.1.9.2 | The RPDCH Transmit Request Service Interface ............ 2-79 |
| 24 | 2.2.1.1.2 | SRBP and Common Channel Multiplex Sublayer ........................ 2-81 |
| 25 | 2.2.1.1.2.1 | Overview (Informative) .................................................. 2-81 |
| 26 | 2.2.1.1.2.1.1 | Sync Channel .................................................................. 2-81 |
| 27 | 2.2.1.1.2.1.2 | Forward Common Control Channel ............................... 2-83 |
| 28 | 2.2.1.1.2.1.3 | Broadcast Control Channel ........................................... 2-84 |
| 29 | 2.2.1.1.2.1.4 | Paging Channel ............................................................... 2-85 |
| 30 | 2.2.1.1.2.1.5 | Access Channel Procedures .......................................... 2-87 |
| 31 | 2.2.1.1.2.1.6 | Enhanced Access Channel Procedures .......................... 2-94 |
| 32 | 2.2.1.1.2.2 | Mobile Station Procedures ........................................... 2-99 |
| 33 | 2.2.1.1.2.2.1 | Sync Channel Procedures .............................................. 2-99 |
| 34 | 2.2.1.1.2.2.2 | Paging Channel Procedures .......................................... 2-100 |
| 35 | 2.2.1.1.2.2.3 | Access Channel Procedures .......................................... 2-100 |
| 36 | 2.2.1.1.2.2.4 | Enhanced Access Channel Procedures ........................ 2-103 |
| 37 | 2.2.1.1.2.2.5 | Common Assignment Channel Procedures ................... 2-114 |
| 38 | 2.2.1.1.2.2.6 | Broadcast Control Channel Procedures ...................... 2-116 |
| 39 | 2.2.1.1.2.2.7 | Forward Common Control Channel Procedures ........... 2-117 |
| 40 | 2.2.1.1.2.2.8 | Reverse Common Control Channel Procedures ........... 2-117 |
| 41 | 2.2.1.1.2.2.9 | Reverse Pilot Channel Procedures ................................ 2-117 |
| 42 | 2.2.1.1.2.3 | Base Station Procedures ............................................... 2-118 |
| 43 | 2.2.1.1.2.3.1 | Sync Channel Procedures ............................................. 2-118 |
| 44 | 2.2.1.1.2.3.2 | Paging Channel Procedures ......................................... 2-118 |
| 45 | 2.2.1.1.2.3.3 | Access Channel Procedures ......................................... 2-119 |
| 46 | 2.2.1.1.2.3.4 | Enhanced Access Channel Procedures ........................ 2-119 |
| 47 | 2.2.1.1.2.3.5 | Common Assignment Channel Procedures .................. 2-119 |
| 48 | 2.2.1.1.2.3.6 | Broadcast Control Channel Procedures ...................... 2-122 |
| 49 | 2.2.1.1.2.3.7 | Forward Common Control Channel Procedures ........... 2-122 |
| 50 | 2.2.1.1.2.3.8 | Reverse Common Control Channel Procedures ........... 2-123 |
| 51 | 2.2.1.1.2.3.9 | Procedures for Generating the Channel Identifier ........ 2-123 |
| 52 | 2.2.1.2 | Forward Packet Data Channel Control Function Procedures .......... 2-124 |
| 53 | 2.2.1.2.1 | MAC Layer Addressing of Mobile Stations ................................ 2-125 |
| 54 | 2.2.1.2.2 | Encoding of Encoder Packets on the F-PDCH and Incremental |
| 55 | | Redundancy in Retransmission .............................................. 2-125 |

ii

| 1 | 2.2.1.2.3 | Concurrent Operation of Multiple ARQ Channels.....................2-126 |
| 2 | 2.2.1.2.4 | Code Division Multiplexing.........................................................2-126 |
| 3 | 2.2.1.2.5 | Determination of New Encoder Packet Transmissions..............2-126 |
| 4 | 2.2.1.2.6 | Forward Packet Data Channel Operation Procedures...............2-126 |
| 5 | 2.2.1.2.6.1 | Forward Packet Data Channel Procedures for Decoding |
| 6 | | Encoder Packets................................................................. 2-131 |
| 7 | 2.2.1.2.6.2 | Timing for Forward Packet Data Channel Operations....... 2-131 |
| 8 | 2.2.1.2.7 | CQI Feedback Operations............................................................2-131 |
| 9 | 2.2.1.2.7.1 | R-CQICH Transmission Timing Examples......................... 2-133 |
| 10 | 2.2.1.2.7.1.1 | R-CQICH Timing Examples Outside the Switching |
| 11 | | Interval with No Pilot Gating ......................................2-135 |
| 12 | 2.2.1.2.7.1.2 | R-CQICH Timing Examples Outside the Switching |
| 13 | | Interval with Pilot Gating ............................................2-135 |
| 14 | 2.2.1.2.7.1.3 | R-CQICH Timing Examples During the Switching |
| 15 | | Interval with No Pilot Gating ......................................2-138 |
| 16 | 2.2.1.2.8 | Forward Packet Data Channel Timing Example .......................2-143 |
| 17 | 2.2.1.2.9 | Mobile Station Procedures.........................................................2-145 |
| 18 | 2.2.1.2.9.1 | Forward Packet Data Channel Control Function |
| 19 | | Procedures ......................................................................... 2-145 |
| 20 | 2.2.1.2.9.1.1 | Initialization Procedures ..............................................2-145 |
| 21 | 2.2.1.2.9.1.2 | Processing the SIG-HandoffPDCH.Indication Primitive .2-147 |
| 22 | 2.2.1.2.9.1.3 | Processing the PHY-DecodeFPDCCH.Indication |
| 23 | | Primitive   2-149 |
| 24 | 2.2.1.2.9.1.4 | Processing the PHY-DecodeFPDCH.Response Primitive 2-151 |
| 25 | 2.2.1.2.9.1.5 | CQI Feedback Procedures.............................................2-152 |
| 26 | 2.2.1.2.9.1.6 | Acknowledgement Procedures......................................2-162 |
| 27 | 2.2.1.2.9.1.7 | F-PDCCH Monitoring Procedure ..................................2-162 |
| 28 | 2.2.1.2.10 | Base Station Procedures............................................................2-162 |
| 29 | 2.2.1.2.10.1 | Forward Packet Data Channel Control Function |
| 30 | | Procedures ......................................................................... 2-163 |
| 31 | 2.2.1.2.10.1.1 | Transmission Procedures for the Forward Packet Data |
| 32 | | Channel   2-163 |
| 33 | 2.2.1.2.10.1.2 | Sending the FPDCH-Availability.Indication Primitive....2-163 |
| 34 | 2.2.1.2.10.1.3 | Sending the FPDCH-Data.Request Primitive.................2-163 |
| 35 | 2.2.1.2.10.1.4 | Sending the PHY-FPDCCH.Request Primitive ...............2-164 |
| 36 | 2.2.1.2.10.1.5 | Sending the PHY-FPDCH.Request Primitive.................2-164 |
| 37 | 2.2.1.2.10.1.6 | Processing the FPDCH-Data.Request Primitive.............2-164 |
| 38 | 2.2.1.2.10.1.7 | Processing the PHY-RACKCH.Indication Primitive........2-165 |
| 39 | 2.2.1.2.10.1.8 | Processing the PHY-RCQICH.Indication Primitive.........2-165 |
| 40 | 2.2.1.2.10.1.9 | Encoding Forward Packet Data Control Channel |
| 41 | | Messages   2-166 |
| 42 | 2.2.1.3 | Reverse Packet Data Channel Control Function Operation Procedures.2- |
| 43 | | 170 |
| 44 | 2.2.1.3.1 | Mobile Station Procedures.........................................................2-172 |
| 45 | 2.2.1.3.1.1 | Reverse Packet Data Channel Control Function |
| 46 | | Procedures ......................................................................... 2-172 |
| 47 | 2.2.1.3.1.1.1 | Initialization Procedures ..............................................2-172 |
| 48 | 2.2.1.3.1.1.2 | Initialize TPR Procedure...............................................2-173 |
| 49 | 2.2.1.3.1.1.3 | Transmission Procedures...............................................2-175 |
| 50 | 2.2.1.3.1.1.4 | Acknowledgement and Rate Adjustments Procedures...2-177 |
| 51 | 2.2.1.3.1.1.5 | Request Channel Procedures ........................................2-179 |
| 52 | 2.2.1.3.1.1.6 | Encoding Reverse Packet Data Control Channel |
| 53 | | Messages   2-185 |
| 54 | 2.2.1.3.1.1.7 | The Decode_ACK_Channel Procedure ...........................2-187 |
| 55 | 2.2.1.3.1.1.8 | The Decode_Grant_Channel Procedure.........................2-187 |

1       2.2.1.3.1.1.9    The Decode_RC_Channel Procedure ............................2-188
2       2.2.1.3.1.1.10  The Encode Procedure .................................................2-188
3       2.2.1.3.1.1.11  The Transmit Procedure...............................................2-189
4       2.2.1.3.1.1.12  The Update_Target_TPR Procedure .............................2-190
5       2.2.1.3.1.1.13  The Update_Rate Procedure .........................................2-190
6       2.2.1.3.1.1.14  Update_Authorized_TPR Procedure.............................2-192
7       2.2.1.3.1.1.15  The RC_Value Procedure..............................................2-192
8       2.2.1.3.2    Base Station Procedures.................................................2-193
9       2.2.1.3.2.1    Reverse Packet Data Channel Control Function
10          Procedures ................................................................... 2-193
11       2.2.1.3.2.1.1    Sending the PHY-FACKCH.Request Primitive ...............2-193
12       2.2.1.3.2.1.2    Sending the PHY-FGCH.Request Primitive....................2-193
13       2.2.1.3.2.1.3    Sending the PHY-FRCCH.Request Primitive..................2-193
14       2.2.1.3.2.1.4    Encoding Forward Grant Channel Messages .................2-194
15       2.2.1.3.2.1.5    Processing the PHY-RPDCCH.Indication Primitive ........2-195
16       2.2.1.3.2.1.6    Processing the PHY-RPDCH.Indication Primitive ..........2-195
17       2.2.1.3.2.1.7    Processing the PHY-RREQCH.Indication Primitive........2-196
18       2.2.1.4    The BMAC Multiplex Sublayer .........................................2-196
19       2.2.1.4.1    Interface to Layer 3 Signaling and Physical Layer ....................2-196
20       2.2.1.4.1.1    The BMAC-Start-Deliver.Request Service Interface........... 2-196
21       2.2.1.4.1.2    The BMAC-Stop-Deliver.Request Service Interface........... 2-196
22       2.2.1.4.1.3    The Broadcast F-SCH Service Interface............................2-197
23       2.2.1.4.1.3.1    The SCH Transmit Request Service Inteface ................2-197
24       2.2.1.4.1.3.2    The SCH Receive Indication Service Interface ...............2-197
25       2.2.1.4.1.3.3    The Broadcast F-SCH Outer Code Transmit Request
26          Service Interface............................................................2-197
27       2.2.1.4.1.3.4    The Broadcast F-SCH Outer Code Receive Indication
28          Service Interface............................................................2-198
29       2.2.1.4.2    Assembly and Transmission of a Broadcast F-SCH SDU...........2-198
30       2.2.1.4.3    Assembly and Transmission of a Broadcast F-SCH Outer Code SDU
31          2-199
32       2.2.1.4.4    Processing the Received Broadcast F-SCH SDU .......................2-202
33     2.2.2    Supervisory Procedures....................................................2-205
34       2.2.2.1    Mobile Station Transmission Statistics ............................................2-205
35       2.2.2.1.1    Mobile Station Transmission Statistics for the FCH .............2-205
36       2.2.2.1.2    Mobile Station Transmission Statistics for the DCCH .............2-208
37       2.2.2.1.3    Mobile Station Transmission Statistics for the SCCH...............2-210
38       2.2.2.1.4    Mobile Station Transmission Statistics for the SCH .................2-211
39       2.2.2.2    Mobile Station Reception Statistics ..................................................2-214
40       2.2.2.2.1    Mobile Station Reception Statistics for the BCCH .................2-215
41       2.2.2.2.2    Mobile Station Reception Statistics for the CACH .................2-215
42       2.2.2.2.3    Mobile Station Reception Statistics for the FCCCH .................2-215
43       2.2.2.2.4    Mobile Station Reception Statistics for the FCH.....................2-215
44       2.2.2.2.5    Mobile Station Reception Statistics for the DCCH..................2-218
45       2.2.2.2.6    Mobile Station Reception Statistics for the SCCH...................2-220
46       2.2.2.2.7    Mobile Station Reception Statistics for the SCH.....................2-221
47       2.2.2.2.8    Mobile Station Reception Statistics for the F-PDCH .................2-225
48       2.2.2.2.9    Mobile Station Transmission Statistics for the R-PDCH ............2-227

**FIGURES**

Figure 1-1.  cdma2000 Layer Structure..................................................................1-15
Figure 1-2.  cdma2000 Entities and Service Interfaces (Mobile Station) ...................1-17
Figure 2-1.  Multiplex Sublayer Transmitting Function Example.............................2-27
Figure 2-2.  MuxPDU Types 1, 2, 3, and 4 Processed by the Multiplex Sublayer. ......2-63
Figure 2-3.  MuxPDU Type 5 Processed by the Multiplex Sublayer.............................2-63
Figure 2-4.  MuxPDU Type 6 Processed by the Multiplex Sublayer.............................2-64
Figure 2-5.  MuxPDU Type 7 Processed by the Multiplex Sublayer...........................2-64
Figure 2-6.  Sync Channel Structure Example.........................................................2-82
Figure 2-7. Forward Common Control Channel Structure Example ..........................2-84
Figure 2-8. Forward Broadcast Control Channel Structure Example........................2-85
Figure 2-9. Paging Channel Structure Example......................................................2-86
Figure 2-10. Access Attempt (Part 1 of 2)...............................................................2-88
Figure 2-11.  Access Attempt (Part 2 of 2)..............................................................2-89
Figure 2-12.  Example of R-ACH Slot Structure......................................................2-91
Figure 2-13. R-ACH Structure Example..................................................................2-93
Figure 2-14. R-ACH Message Capsule Structure Example........................................2-94
Figure 2-15.  Reservation Access Mode without Soft Handoff (Example)...................2-98
Figure 2-16.  Reservation Access Mode with Soft Handoff (Example)........................2-99
Figure 2-17. Example of Random Access Procedures at the Mobile Station.............2-103
Figure 2-18. Example of Enhanced Access Procedures at the Mobile Station (Part 1 of 2)
    .............................................................................................................2-107
Figure 2-19. Example of Enhanced Access Procedures different at the Mobile Station
    (Part 2 of 2).........................................................................................2-108
Figure 2-20.  MS FPDCHCF Receiver Operation (Part 1) When P_REV_IN_USE$_S$ is less
    than 11.................................................................................................2-128
Figure 2-21.  MS FPDCHCF Receiver Operation (Part 1) When P_REV_IN_USE$_S$ is
    greater than or equal to 11....................................................................2-129
Figure 2-22.  MS FPDCHCF Receiver Operation (Part 2) ..........................................2-130
Figure 2-23.  Legend for R-CQICH Operation Diagrams............................................2-134
Figure 2-24.  Cell Switching Example ...................................................................2-134
Figure 2-25.  R-CQICH Timing Example with No CQI Repetition .............................2-135
Figure 2-26.  R-CQICH Timing Example with CQI Repetition Factor of 2 .................2-135
Figure 2-27.  R-CQICH Timing Example with CQI Repetition Factor of 4 .................2-135
Figure 2-28.  R-CQICH Timing Example with Pilot Gating Rate ½ and No CQI Repetition
    ..............................................................................................................2-136
Figure 2-29.  R-CQICH Timing Example with Pilot Gating Rate ½ and CQI Repetition
    Factor of 2 ...........................................................................................2-136
Figure 2-30.  R-CQICH Timing Example with Pilot Gating Rate ½ and CQI Repetition
    Factor of 4 ...........................................................................................2-136
Figure 2-31.  R-CQICH Timing Example with Pilot Gating Rate ¼ and No CQI Repetition
    ..............................................................................................................2-137
Figure 2-32.  R-CQICH Timing Example with Pilot Gating Rate ¼ and CQI Repetition
    Factor of 2 ...........................................................................................2-137
Figure 2-33.  R-CQICH Timing Example with Pilot Gating Rate ¼ and CQI Repetition
    Factor of 4 ...........................................................................................2-137
Figure 2-34.  R-CQICH Timing Example During the Switching Period with No Pilot
    Gating and No CQI Repetition and *num_switching_slots* = 2...........................2-138
Figure 2-35.  R-CQICH Timing Example During the Switching Period with No Pilot
    Gating and No CQI Repetition and *num_switching_slots* = 4...........................2-138
Figure 2-36.  R-CQICH Timing Example During the Switching Period with No Pilot
    Gating and No CQI Repetition and *num_switching_slots* = 7...........................2-139
Figure 2-37.  R-CQICH Timing Example During the Switching Period with No Pilot
    Gating and CQI Repetition Factor of 2 and *num_switching_slots* = 2.................2-139

1   Figure 2-38.  R-CQICH Timing Example During the Switching Period with No Pilot
2       Gating and CQI Repetition Factor of 2 and *num_switching_slots* = 4 ................2-139
3   Figure 2-39.  R-CQICH Timing Example During the Switching Period with No Pilot
4       Gating and CQI Repetition Factor of 2 and *num_switching_slots* = 7 ................2-139
5   Figure 2-40.  R-CQICH Timing Example During the Switching Period with No Pilot
6       Gating and CQI Repetition Factor of 4 and *num_switching_slots* = 2 ................2-140
7   Figure 2-41.  R-CQICH Timing Example During the Switching Period with No Pilot
8       Gating and CQI Repetition Factor of 4 and *num_switching_slots* = 4 ................2-140
9   Figure 2-42.  R-CQICH Timing Example During the Switching Period with No Pilot
10      Gating and CQI Repetition Factor of 4 and *num_switching_slots* = 7 ................2-140
11  Figure 2-43.  R-CQICH Timing Example During the Switching Period with Pilot Gating
12      Rate ½ and No CQI Repetition and *num_switching_slots* = 2 ............................2-141
13  Figure 2-44.  R-CQICH Timing Example During the Switching Period with Pilot Gating
14      Rate ½ and No CQI Repetition and *num_switching_slots* = 4 ............................2-141
15  Figure 2-45.  R-CQICH Timing Example During the Switching Period with Pilot Gating
16      Rate ½ and No CQI Repetition and *num_switching_slots* = 7 ............................2-142
17  Figure 2-46.  R-CQICH Timing Example During the Switching Period with Pilot Gating
18      Rate ¼ and No CQI Repetition and *num_switching_slots* = 2 ............................2-142
19  Figure 2-47.  R-CQICH Timing Example During the Switching Period with Pilot Gating
20      Rate ¼ and No CQI Repetition and *num_switching_slots* = 4 or 7....................2-142
21  Figure 2-48.  Example of Forward Packet Data Channel Timing............................2-144
22  Figure 2-49.  Example of Reverse Packet Data Channel Timing.............................2-171

**TABLES**

Table 2-1.  Service Interface Primitive Types.................................................2-1
Table 2-2.  Abbreviations for Entity Names in Service Primitives..................2-2
Table 2-3.  Service Interface Primitives Received by the MAC Sublayer ......................2-3
Table 2-4.  Service interface Primitives Sent from the MAC Sublayer.........................2-4
Table 2-5.  Service Interface Primitives Sent by the FPDCHCF ....................................2-6
Table 2-6.  Service Interface Primitives Received by the FPDCHCF..........................2-12
Table 2-7.  Service Interface Primitives Sent by the RPDCHCF ................................2-15
Table 2-8.  Service Interface Primitives Received by the RPDCHCF..........................2-20
Table 2-9.  Service Interface Primitives Received by the BMAC Multiplex Sublayer. ..2-23
Table 2-10.  Service Interface Primitives Sent from the BMAC Multiplex Sublayer. ...2-25
Table 2-11.  Multiplex Options Applicable to an FCH or DCCH .................................2-28
Table 2-12.  Multiplex Options Applicable to SCCHs .................................................2-29
Table 2-13.  Multiplex Options Applicable to an SCH When Using MuxPDU Types 1, 2,
    or 3........................................................................................................2-30
Table 2-14.  Multiplex Options Applicable to an SCH When Using MuxPDU Type 5 ...2-30
Table 2-15.  Multiplex Options Applicable to an F/R-PDCH ......................................2-30
Table 2-16.  Supported MuxPDU Types for Each Physical Channel Type. ...................2-31
Table 2-17.  Fields Used to Compute Multiplex Option Numbers Greater than 0x10.2-32
Table 2-18.  Default Number of LTUs in an SCH Physical Layer SDU.......................2-41
Table 2-19.  Received MuxPDU Type 1 Categories and Formats for the FCH, DCCH and
    PDCH (F-PDCH and R-PDCH)...............................................................2-48
Table 2-20.  Received MuxPDU Type 2 Categories and Formats for the FCH DCCH, and
    PDCH (F-PDCH and R-PDCH)...............................................................2-49
Table 2-21.  Received MuxPDU Type 4 Categories and Formats for the FCH, DCCH and
    PDCH (F-PDCH and R-PDCH)...............................................................2-50
Table 2-22.  Received MuxPDU Type 6 Categories and Formats for the FCH and DCCH.
    ...............................................................................................................2-50
Table 2-23.  Received MuxPDU Type 7 Categories and Formats for the FCH and DCCH
    and for the R-PDCH for a 172-bit Physical Layer SDU .......................2-51
Table 2-24.  Received MuxPDU Type 1 Categories and Formats for the SCCH and for the
    SCH. ......................................................................................................2-51
Table 2-25.  Received MuxPDU Type 1 Categories for the R-PDCH for a 172-bit Physical
    Layer SDU .............................................................................................2-52
Table 2-26.  Received MuxPDU Type 2 Categories and Formats for the SCCH and for the
    SCH........................................................................................................2-53
Table 2-27.  Received MuxPDU Type 3 Categories and Formats for the SCH.............2-53
Table 2-28.  Received MuxPDU Type 5 Categories and Formats for the SCH and F-PDCH
    and R-PDCH. .........................................................................................2-53
Table 2-29.  MuxPDU Type 1 Formats. .....................................................................2-65
Table 2-30.  Mux PDU Type 2 Formats. ....................................................................2-66
Table 2-31.  MuxPDU Type 3 Formats. .....................................................................2-67
Table 2-32.  MuxPDU Type 4 Formats ......................................................................2-67
Table 2-33.  MuxPDU Type 5 Header Formats. .........................................................2-68
Table 2-34.  MuxPDU Type 5 Extension Header Formats. .........................................2-69
Table 2-35.  Valid Data Block Sizes and Type of MuxPDU Formed for MuxPDU Type 5
    Encapsulation. ......................................................................................2-69
Table 2-36.  MuxPDU Type 7 Header Formats. .........................................................2-70
Table 2-37.  Coexistence Mode Formats For Multiplex Option 0x1 ...........................2-71
Table 2-38.  Coexistence Mode Formats For Multiplex Option 0x2 ...........................2-72
Table 2-39.  Calculated, Random, and Hashed Variables .........................................2-92
Table 2-40.  Hash Function Modifier .......................................................................2-102
Table 2-41.  R-EACH/R-CCCH Data Rate and Frame Duration and Bit Position of
    EACH_BA_RATES_SUPPORTED$_S$/RCCCH_RATES_SUPPORTED$_S$ ...................2-112
Table 2-42.  Format of the R-EACH Header ............................................................2-112

Table 2-43.  RATE_WORD Encoding ..............................................................2-113
Table 2-44.  Format of Early Acknowledgement Channel Assignment Message .......2-120
Table 2-45.  Format of Power Control Channel Assignment Message (PCCAM)........2-121
Table 2-46.  Walsh Code Indices (WCI_INDICES[i][j]) ................................................2-147
Table 2-47.  Slot Procedures for R-CQICH ...............................................................2-158
Table 2-48.  Accumulator Value Mapping for C/I Codes...........................................2-160
Table 2-49.  CQI Value Coding...................................................................................2-161
Table 2-50.  Format of the Forward Packet Data Control Channel Message ............2-166
Table 2-51.  Walsh Space Mask Bitmap Format ........................................................2-167
Table 2-52.  Encoding Values for the EP_SIZE Field .................................................2-168
Table 2-53.  *ep_size* as a Function of Index i ..........................................................2-173
Table 2-54.  Format of the Reverse Request Message................................................2-184
Table 2-55.  Format of the Reverse Packet Data Control Channel Message ............2-185
Table 2-56.  SIZE_SPID_BOOST_IND Values ...........................................................2-186
Table 2-57.  Format of the Forward Grant Channel Message.....................................2-194
Table 2-58.  Control Message Identifier Values .........................................................2-194
Table 2-59.  Rate Indicator Values............................................................................2-194
Table 2-60.  MuxPDU Type 1 Categories and Formats for the broadcast F-SCH......2-200
Table 2-61.  MuxPDU Type 2 Categories and Formats for the broadcast F-SCH......2-201
Table 2-62.  MuxPDU Type 5 Categories and Formats for the broadcast F-SCH......2-202
Table 2-63.  FCH Transmission Counters for Multiplex Option 0x1.........................2-206
Table 2-64.  FCH Transmission Counters for Multiplex Option 0x2.........................2-207
Table 2-65.  DCCH Transmission Counters for Multiplex Option 0x1......................2-208
Table 2-66.  DCCH Transmission Counters for Multiplex Option 0x2......................2-209
Table 2-67.  SCCH Transmission Counters................................................................2-211
Table 2-68.  SCH Transmission Counters ..................................................................2-212
Table 2-69.  Transmission Counters for R-SCH0 (Mux Option 0xf20, for Non-flexible
       Data Rates)..............................................................................................2-213
Table 2-70.  Transmission Counters for R-SCH1 (Mux Option 0xf20, for Non-flexible
       Data Rates)..............................................................................................2-213
Table 2-71.  Transmission Counters for R-SCH0 (Mux Option 0xf20, for Flexible Data
       Rates) ......................................................................................................2-214
Table 2-72.  Transmission Counters for R-SCH1 (Mux Option 0xf20, for Flexible Data
       Rates) ......................................................................................................2-214
Table 2-73.  BCCH Reception Counters ....................................................................2-215
Table 2-74.  CACH Reception Counters ....................................................................2-215
Table 2-75.  FCCCH Reception Counters ...................................................................2-215
Table 2-76.  FCH Reception Counters for Multiplex Option 0x1...............................2-216
Table 2-77.  FCH Reception Counters for Multiplex Option 0x2...............................2-217
Table 2-78.  DCCH Reception Counters for Multiplex Option 0x1............................2-218
Table 2-79.  DCCH Reception Counters for Multiplex Option 0x2............................2-219
Table 2-80.  SCCH Reception Counters .....................................................................2-221
Table 2-81.  SCH Reception Counters ........................................................................2-222
Table 2-82.  Reception Counters for F-SCH0 (Mux Option 0xf20, for Non-flexible Data
       Rates) ......................................................................................................2-223
Table 2-83.  Reception Counters for F-SCH1 (Mux Option 0xf20, for Non-flexible Data
       Rates) ......................................................................................................2-224
Table 2-84.  Reception Counters for F-SCH0 (Mux Option 0xf20, for Flexible Data Rates)
       ................................................................................................................2-224
Table 2-85.  Reception Counters for F-SCH1 (Mux Option 0xf20, for Flexible Data Rates)
       ................................................................................................................2-225
Table 2-86.  F-PDCH Reception Counters ................................................................2-226
Table 2-87.  R-PDCH Transmission Counters ..........................................................2-228

1    **1    INTRODUCTION**

2    This standards specification document defines the cdma2000® Medium Access Control
3    (MAC) sublayer.

4    **1.1   Scope**

5    This standard provides the detailed definitions of all component entities within the MAC
6    Sublayer, the service interfaces and primitives exchanged between entities within the
7    MAC Sublayer, and the service interfaces and primitives exchanged between the MAC
8    Sublayer and other layers in the cdma2000 family of standards.  This standard also
9    prescribes the normative procedures for the behavior of the MAC Sublayer entities.

10   **1.2   Document Release History**

11   This document is the first addendum to Revision D of TIA-2000.3.

---

*cdma2000® is the trademark for the technical nomenclature for certain specifications
and standards of the Organizational Partners (OPs) of 3GPP2. Geographically (and
as of the date of publication), cdma2000® is a registered trademark of the
Telecommunications Industry Association (TIA-USA) in the United States.*

TIA-2000.3-D-1

1    **1.3    Terms**

| | |
|---|---|
| **ACH** | Access Channel. |
| **Base Station** | A fixed station used for communicating with mobile stations. Depending upon the context, the term base station may refer to a cell, a sector within a cell, an MSC, or other part of the wireless system. |
| **BCMCS** | Broadcast Multicast Services. |
| **Blank Data Block** | A data block that contains no service information bits. |
| **BMAC** | Broadcast/Multicast Medium Access Control. |
| **BS** | Base station. |
| **bsr_id** | Broadcast Service Reference Indentifier. |
| | A unique number assigned to each broadcast service. |
| **CCCH** | Common Control Channel. |
| **Coexistence Mode** | Coexistence mode is permitted only if both the mobile station and base station support MuxPDU Type 7. Coexistence mode is permitted for the FCH and DCCH if the configured multiplex option is 0x1 or 0x2. Coexistence mode is permitted for the R-PDCH if the multiplex option in use is 0x1. |
| | If coexistence mode is permitted, then coexistence mode is in effect if two or more service option connections are mapped by Logical to Physical Mapping entries to the same physical channel (i.e., the FCH, or the DCCH, or the R-PDCH) and both of the following are true in the service configuration record (see [5]): |
| | • one of the mapped service option connections uses primary traffic, and |
| | • none of the other mapped service option connections uses secondary traffic. |
| | If coexistence mode is in effect, one MuxPDU Type 7 is optionally carried in the space reserved for secondary traffic in the MuxPDU Type 1 (for multiplex option 0x1) or MuxPDU Type 2 (for multiplex option 0x2). |
| **Configured Multiplex Option** | The multiplex option number stored in the Service Configuration Record for a physical channel (see [5]). |
| **csch** | Common Signaling Channel. |
| | A point to multipoint logical channel that carries Upper Layer Signaling traffic over a common physical channel. |
| **Data Block** | The unit of information exchanged between the multiplex sublayer and a service or Upper Layer Signaling. |
| **DCCH** | Dedicated Control Channel. |
| **DECORR** | Hashing function input used to decorrelate hashing function applications for the same mobile station. |

| | |
|---|---|
| **Dedicated** | An attribute of the forward or reverse physical or logical channel, implying that the channel can only be used by a single user. |
| **dsch** | Dedicated Signaling Channel. |
| | A point-to-point logical channel that carries Upper Layer Signaling traffic over a dedicated physical channel. |
| **dtch** | Dedicated Traffic Channel. |
| | A point-to-point logical channel that carries data or voice traffic over a dedicated physical channel. |
| **DTX** | Discontinuous Transmission. |
| **EACAM** | Early Acknowledgement Channel Assignment Message. |
| **EACH** | Enhanced Access Channel. |
| **ESN** | Electronic Serial Number |
| | A 32-bit number assigned by the mobile station manufacturer, uniquely identifying the mobile station equipment. |
| **Event** | A stimulus generated outside of an entity that triggers some procedure within the entity. |
| **F-ACKCH** | Forward Acknowledgement Channel |
| | The physical channel that carries acknowledgement feedback for the reverse packet data channel. |
| **F-BCCH** | Forward Broadcast Control Channel. |
| **f-btch** | Forward Broadcast Traffic Channel. |
| | A point-to-point logical channel that carries Broadcast/Multicast data over the F-BSCH. |
| **F-CACH** | Forward Common Assignment Channel. |
| **F-CCCH** | Forward Common Control Channel. |
| **FCH** | Fundamental Channel. |
| **F-CPCCH** | Forward Common Power Control Channel. |
| | The physical channel that carries Common Channel power control information on the forward link. |
| **F-CPCSCH** | Forward Common Power Control Sub-channel. |
| | The physical sub-channel that carries Common Channel power control information on the forward link. |
| **f-csch** | Forward Common Signaling Channel. |
| | A csch that carries information from the base station to the mobile station. |
| **f-dsch** | Forward Dedicated Signaling Channel. |
| | A dsch that carries information from the base station to the mobile station. |

TIA-2000.3-D-1

| | |
|---|---|
| **f-dtch** | Forward Dedicated Traffic Channel. |
| | A dtch that carries information from the base station to the mobile station. |
| **F-GCH** | Forward Grant Channel. |
| | The physical channel that carries resource assignment associated with the reverse packet data channel. |
| **Fill MuxPDU** | A MuxPDU that is not associated with any service, used as filler when assembling a Physical Layer SDU. |
| **Forward Packet Data Channel** | The F-PDCH, the F-PDCCHs, the R-CQICH, the R-ACKCH, and the associated procedures for operating these channels. |
| **F-PCH** | Forward Paging Channel. |
| | The physical channel that carries Common Channel information on the forward link and that is backward compatible with the TIA/EIA-95-B Paging Channel. |
| **F-PDCCH** | Forward Packet Data Control Channel. |
| | The physical channel that carries control information for the F-PDCH. |
| **F-PDCH** | Forward Packet Data Channel. |
| | The Physical Layer Forward Packet Data Channel. |
| **f-pdch** | Forward Packet Data Channel. |
| | A logical channel that carries Upper Layer Signaling traffic and information between multiplex sub-layer and F-PDCH Control Function (FPDCHCF). |
| **FPDCHCF** | Forward Packet Data Channel Control Function. |
| | The entity which controls the operation of the forward packet data channel. |

| | |
|---|---|
| **Frame** | A basic timing interval in the system. For the Sync Channel, a frame is 26.666... ms long. For the Access Channel, the Paging Channel, the Forward Supplemental Code Channel, and the Reverse Supplemental Code Channel, a frame is 20 ms long. For the Forward Supplemental Channel and the Reverse Supplemental Channel, a frame is 20, 40, or 80 ms long. For the Enhanced Access Channel, the Forward Common Control Channel, and the Reverse Common Control Channel, a frame is 5, 10, or 20 ms long. For the Forward Fundamental Channel, Forward Dedicated Control Channel, Reverse Fundamental Channel, and Reverse Dedicated Control Channel, a frame is 5 or 20 ms long. For the Common Assignment Channel, a frame is 5 ms long. For the Broadcast Control Channel, a frame is 40 ms long; the frame may be transmitted once, twice, or four times. For the Forward Packet Data Control Channel and the Forward Packet Data Channel, a frame could be 1.25, 2.5, or 5 ms long. For the Reverse Acknowledgment Channel and the Reverse Channel Quality Indicator Channel, a frame is 1.25 ms long. For the Reverse Packet Data Channel, the Reverse Packet Data Control Channel, the Reverse Request Channel,, the Forward Indicator Channel, the Forward Grant Channel, and the Forward Acknowledgement Channel, a frame is 10 ms long. |
| **F-RCCH** | Forward Rate Control Channel. |
| | The physical layer channel that carries the rate control information for the mobile station. |
| **IMSI** | International Mobile Subscriber Identity. |
| | See [5]. |
| **LAC** | Link Access Control. |
| | Entity that provides assured mode or unassured mode delivery of information across the air interface between the mobile station and the base station.  See [4]. |
| **Logical Channel** | Logical connection between peer entities. |
| **LPM** | Logical-to-Physical Mapping. |
| | Information that is used by the multiplex sublayer for performing the logical-to-physical channel mapping.  See [5]. |
| **LTU** | Logical Transmission Unit. |
| | One or more Type 3 or Type 5 MuxPDUs with a 16-bit CRC. |
| **LWCI** | Last Walsh Code Index |
| **MAC** | Medium Access Control. |
| | Entity that controls the access to and from Upper Layer Signaling, Data Services, and Voice Services to Physical Layer resources. |
| **Mobile Station** | A station that communicates with the base station. |

TIA-2000.3-D-1

| | |
|---|---|
| **Mode A** | Multiplex sublayer operational mode in which the Radio Configuration is less than or equal to 2. |
| **Mode B** | Multiplex sublayer operational mode in which the Radio Configuration is greater than 2. |
| **MS** | Mobile station. |
| **Multiplex Format Indicator** | A number that specifies the format of a MuxPDU. |
| **Multiplex Option** | Used to specify the multiplex sublayer operation for a physical channel. |
| **MuxPDU** | Multiplex sublayer Protocol Data Unit. |
| | One or more data blocks combined according to multiplex option rules. |
| **Null MuxPDU** | A MuxPDU that contains no bits. |
| **Null Traffic MuxPDU** | A MuxPDU containing only the lowest negotiated transmit rate primary traffic data block with all bits set to '1'. |
| **PCCAM** | Power Control Channel Assignment Message. |
| **PDCHCF SDU** | An SDU from the FPDCHCF or the RPDCHCF. |
| **PDU** | Protocol Data Unit. |
| | An atomic set of data, header information, and control information that is provided by a service user to a service provider. |
| **Physical Channel** | Radio transmission link. |
| **Physical Layer SDU** | An SDU that is generated by the Mux and QoS Entity that is accepted by the Physical Layer for transmission. |
| **Primary Traffic** | Data bits from a service that has the traffic type in the Service Configuration Record set to Primary. |
| **Primitive** | An abstract, atomic, implementation-independent representation of an interaction between a service user and its service provider. See [7]. |
| **QOF** | Quasi-Orthogonal Function. |
| | Set of numerical sequences that are used in place of Walsh codes, and which have pair-wise low cross correlations, but which are less than perfectly orthogonal. |
| **QoS** | Quality of Service. |
| | Metrics that affect the quality of a data service that is delivered to an end user (e.g., throughput, guaranteed bit rate, delay, etc.). |
| **R-ACKCH** | Reverse Acknowledgment Channel |
| | The physical channel that carries acknowledgement feedback associated with the forward packet data channel. |

| | |
|---|---|
| **Rate Set 1** | The set of data rates 9.6, 4.8, 2.7/2.4, 1.5/1.2 kbps, and all integral multiples of 9.6 kbps.  Data rates of 2.7 and 1.5 kbps are only applicable to reverse Radio Configurations 3 and 5 and forward Radio Configurations 3, 4, 6, and 7. |
| **Rate Set 2** | The set of data rates 14.4, 7.2, 3.6, 1.8 kbps, and all integral multiples of 14.4 kbps. |
| **R-CCCH** | Reverse Common Control Channel. |
| **R-CCCH Slot** | Reverse Common Control Channel Slot |
| | The reverse Common Control Channel Slot with length $RCCCH\_SLOT_S$. |
| **R-CQICH** | Reverse Channel Quality Indication Channel |
| | The physical channel that carries forward link RF channel quality feedback and is used to indicate base station selection for F-PDCH operation. |
| **r-csch** | Reverse Common Signaling Channel. |
| | A csch that carries information from the mobile station to the base station. |
| **r-dsch** | Reverse Dedicated Signaling Channel. |
| | A dsch that carries information from the mobile station to the base station. |
| **r-dtch** | Reverse Dedicated Traffic Channel. |
| | A dtch that carries information from the mobile station to the base station. |
| **Reverse Packet Data Channel** | The R-PDCH, the R-PDCCH, the R-REQCH, the F-ACKCH, the F-GCHs, the F-RCCH and the associated procedures for operating these channels. |
| **RLP** | Radio Link Protocol. |
| | Connection-oriented, negative-acknowledgment-based data delivery protocol. |
| **R-PDCCH** | Reverse Packet Data Control Channel |
| | The physical channel that carries control information for the R-PDCH. |
| **R-PDCH** | Reverse Packet Data Channel |
| | The Physical Layer Reverse Packet Data Channel. |
| **RPDCHCF** | Reverse Packet Data Channel Control Function |
| | The entity that controls the operation of the reverse packet data channel. |
| **R-REQCH** | Reverse Request Channel. |
| | The physical channel that carries resource requests from the mobile station to the base station. |
| **SCCH** | Supplemental Code Channel. |
| | The Physical Layer Supplemental Code Channel. |

TIA-2000.3-D-1

| | |
|---|---|
| **SCH** | Supplemental Channel. |
| | The Physical Layer Supplemental Channel. |
| **SDU** | Service Data Unit. |
| | A set of data, header information, and control information that is accepted by a service provider from a service user. |
| **Secondary Traffic** | Data bits from a service that has the traffic type in the Service Configuration Record set to Secondary. |
| **Signaling Data Block** | The unit of data exchanged between the multiplex sublayer and signaling. |
| **Signaling Traffic** | Another name for the signaling information bits. |
| **sr_id** | Service Reference identifier. |
| | A unique number assigned to each connected service option instance. |
| **SRBP** | Signaling Radio Burst Protocol. |
| | An entity that provides connectionless protocol for Signaling messages. |
| **System Time** | The time reference used by the system (see [2]).  System Time is ~~synchronous~~synchronized to UTC time (except for leap seconds) and uses the same time origin as GPS time.  All base stations use the same System Time (within a small error tolerance).  Mobile stations use the same System Time, offset by the propagation delay from the base station to the mobile station. |

## 1.4   Numeric Information

Numeric information is defined in [5].  The following are additional internal values that are defined in this standard.  The values are stored by the mobile station in temporary memory and are not sent over the air.  The scope of these internal values is limited to this standard.

**ACC_FRAME_DURATION$_s$** – Frame duration that corresponds to **ACC_RATE$_s$**, in units of 5 ms.

**ACH_FRAME_SIZE** – Size, in bits, of the R-ACH physical layer frame.  The value of ACH_FRAME_SIZE is 88.

**ACC_MAX_DURATION$_s$** – Maximum duration that the mobile station can transmit continuously on the R-EACH or R-CCCH, in units of 5 ms.

**ACC_MIN_RATE$_s$** – Minimum transmission rate, in bps, that the mobile station supports for transmission of a Layer 2 encapsulated PDU in less than **ACC_MAX_DURATION$_s$**.

**ACC_MODE$_s$** – Access Mode.

**ACC_MSG_SIZE$_s$** – Size of the Layer 2 encapsulated PDU in bits.

**ACC_NUM_BITS$_s$** – Number of information bits in a Physical Layer frame corresponding to **ACC_RATE$_s$**.

**ACC_PREAMBLE_TX_SLOT$_s$** – The R-EACH slot index at which the preamble is to be transmitted.

**ACC_RATE$_s$** – Transmission rate of the R-EACH or R-CCCH, in bps.

**ACK_DELAY**- The delay (in units of 1.25 ms) in the acknowledgment sent on the Reverse Acknowledgment Channel by the mobile station after the end of reception of the Forward Packet Data Channel.

**BCCH_FRAME_SIZE** – Size, in bits, of the F-BCCH physical layer frame.  The value of BCCH_FRAME_SIZE is 744.

**EACH_SLOT$_s$** – Enhanced Access Channel slot size in units of 1.25 ms.

**FCCCH_FRAME_SIZE** – Size, in bits, of the F-CCCH physical layer frame.

**FCCCH_RATE$_s$** – Transmission rate of the F-CCCH in bps.

**HASH_ID$_s$** – Hash identifier.

**NUM_SOFT_SWITCHING_FRAMES$_s$** – The maximum length (in units of 20 ms) of the switching period when the mobile station is selecting a different member of the forward packet data channel active set from which the F-PDCH is to be transmitted, when the mobile station is not in Control Hold Mode, and when the previous and new members of the forward packet data channel active set have different forward packet data channel group indices identifiers.

**NUM_SOFTER_SWITCHING_FRAMES$_s$** – The maximum length (in units of 20 ms) of the switching period when the mobile station is selecting a different member of the forward packet data channel active set from which the F-PDCH is to be transmitted, when the mobile station is not in Control Hold Mode, and when the previous and new members of the forward packet data channel active set have the same forward packet data channel group index identifier.

**NUM_SOFT_SWITCHING_FRAMES_CHM$_s$** – The maximum length (in units of 20 ms) of the switching period when the mobile station is selecting a different member of the forward packet data channel active set from which the F-PDCH is to be transmitted, when the mobile station is in Control Hold Mode, and when the previous and new members of the forward packet data channel active set have different forward packet data channel group indices identifiers.

1  **NUM_SOFTER_SWITCHING_FRAMES_CHM$_S$** – The maximum length (in units of 20
2  ms) of the switching period when the mobile station is selecting a different member of
3  the forward packet data channel active set from which the F-PDCH is to be transmitted,
4  when the mobile station is in Control Hold Mode, and when the previous and new
5  members of the forward packet data ~~channel~~ active set have the same forward packet
6  data channel group ~~index~~identifier.
7  **NUM_SOFT_SWITCHING_SLOTS$_S$** – The number of 1.25 ms slots that are covered by
8  the Walsh cover of the target during the switching period when the mobile station is
9  selecting a different member of the forward packet data channel active set from which
10  the F-PDCH is to be transmitted, when the mobile station is not in Control Hold Mode,
11  and when the previous and new members of the forward packet data channel active set
12  have different forward packet data channel group ~~indices~~identifiers.
13  **NUM_SOFTER_SWITCHING_SLOTS$_S$** – The number of 1.25 ms slots that are covered
14  by the Walsh cover of the target during the switching period when the mobile station is
15  selecting a different member of the forward packet data channel active set from which
16  the F-PDCH is to be transmitted, when the mobile station is not in Control Hold Mode,
17  and when the previous and new members of the forward packet data channel active set
18  have the same forward packet data channel group ~~index~~identifier.
19  **NUM_SOFT_SWITCHING_SLOTS_CHM$_S$** – The number of 1.25 ms slots that are
20  covered by the Walsh cover of the target during the switching period when the mobile
21  station is selecting a different member of the forward packet data channel active set
22  from which the F-PDCH is to be transmitted, when the mobile station is in Control Hold
23  Mode, and when the previous and new members of the forward packet data channel
24  active set have different forward packet data channel group ~~indices~~identifiers.
25  **NUM_SOFTER_SWITCHING_SLOTS_CHM$_S$** – The number of 1.25 ms slots that are
26  covered by the Walsh cover of the target during the switching period when the mobile
27  station is selecting a different member of the forward packet data channel active set
28  from which the F-PDCH is to be transmitted, when the mobile station is in Control Hold
29  Mode, and when the previous and new members of the forward packet data channel
30  active set have the same forward packet data channel group ~~index~~identifier.
31  **PCH_FRAME_SIZE** – Size, in bits, of the F-PCH physical layer frame.
32  **PDCH_SOFTER_SWITCHING_DELAY$_s$** – The minimum interruption ~~seen by~~that the
33  mobile station is to expect when the mobile station ~~is to~~ transmit~~s~~ the cell switch
34  sequence on the R-CQICH channel when it switches between two pilots which are in the
35  same group.
36  **PDCH_SOFT_SWITCHING_DELAY$_s$** – The minimum interruption seen by the mobile
37  station when the mobile station is to transmit the cell switch sequence on the R-CQICH
38  channel when it switches between two pilots which are in different groups.
39  **PILOT_GATING_RATE$_s$** – The rate at which the Reverse Pilot Channel is gated on and
40  off.
41  **PILOT_GATING_USE_RATE** – The Reverse Pilot Channel gating rate indicator, which
42  indicates whether or not the Reverse Pilot Channel is gated.
43  **REV_ACKCH_REPS$_s$** - Indicates the number of repetitions (in terms of 1.25 ms slots) of
44  the ACK or NAK sent on the Reverse Acknowledgment Channel.
45  **REV_CQICH_FRAME_OFFSET$_s$** – Offset (in units of 1.25 ms) of R-CQICH
46  transmissions.
47  **REV_CQICH_REPS$_s$** - Indicates the number of repetitions (in terms of 1.25 ms slots) of
48  the full C/I update sent on the Reverse Channel Quality Indicator Channel.
49  **SYNC_FRAME_SIZE** – Size, in bits, of the F-SYNC physical layer frame.  The value of
50  SYNC_FRAME_SIZE is 32.
51  **WALSH_TABLE_ID$_s$** – The index into the Walsh Code Indices Table to indicate the set of
52  Walsh code indices (WCI) that is to be used for decoding transmissions on the F-PDCH.

TIA-2000.3-D-1

1   **1.5   Normative References**

2   The following standards contain provisions that, through reference in this text,
3   constitute provisions of this Standard.  At the time of publication, the editions indicated
4   were valid.  All standards are subject to revision, and parties to agreements based on
5   this Standard are encouraged to investigate the possibility of applying the most recent
6   editions of the standards indicated below.  ANSI and TIA maintain registers of currently
7   valid national standards published by them.

8   *Standards:*

    1.  Reserved.

    2.  TIA-2000.2-D, Physical Layer Standard for cdma2000 Spread Spectrum
       Systems, February, 2004.

    3.  Reserved.

    4.  TIA-2000.4-D, Link Access Control (LAC) Standard for cdma2000 Spread
       Spectrum Systems, February, 2004.

    5.  TIA-2000.5-D, Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread
       Spectrum Systems, February, 2004.

    6.  Reserved.

    7.  ITU-T Recommendation X.210 (11/93) – Information technology – Open Systems
       Interconnection – Basic reference model:  Conventions for the definition of OSI
       services, International Telecommunication Union.

9

10   *Other Documents:*

    9.  ISO/IEC 14882:1998 Programming languages - C++.

TIA-2000.3-D-1

1    **1.6    Overview**

2    Section 1 contains an overview of this standard.  Section 2 defines the normative
3    behavior of the MAC sublayer by describing the precise processing rules for each of the
4    MAC sublayer entities.  Section 2 also describes the overall structure of the MAC
5    sublayer, defines the entity and service model that is used within this standard, and
6    specifies the entities that comprise the MAC sublayer.

7    IS-95[1] has a layered structure providing voice, packet data (up to 64 kbps), simple
8    circuit data (e.g., async Fax), and simultaneous voice and packet data services.  At the
9    most basic level, cdma2000 provides protocols and services that correspond to the
10   bottom two layers of the ISO/OSI Reference Model (i.e., Layer 1 - the Physical Layer,
11   and Layer 2 - the Link Layer) according to the general structure specified by the ITU for
12   IMT-2000 systems.  Layer 2 is further subdivided into the Link Access Control (LAC)
13   sublayer and the Medium Access Control (MAC) sublayer.  Applications and upper layer
14   protocols, corresponding to OSI Layers 3 through 7, utilize the services provided by the
15   cdma2000 LAC services.  Examples include Signaling Services, Voice Services, Packet
16   Data Applications, and Circuit Data Applications (see Figure 1-1).

17   Motivated by higher bandwidths and the need to handle a wider variety of services,
18   several enhancements have been incorporated into cdma2000.  In cdma2000, a
19   generalized multi-media service model is supported.  This allows a combination of voice,
20   packet data, and circuit data services to be operating concurrently (within the
21   limitations of the air interface system capacity).  cdma2000 also includes a Quality of
22   Service (QoS) control mechanism to balance the varying QoS requirements of multiple
23   concurrent services.

---

[1] In this section, the term "IS-95" denotes any of the standards that are predecessors to
cdma2000, i.e., IS-95, IS-95-A, and TIA/EIA-95-B.

1
2
3



4
5    **Figure 1-1.  cdma2000 Layer Structure**

6    The cdma2000 MAC sublayer provides two important functions:

7    •   Best Effort Delivery - reasonably reliable transmission over the radio link with a
8        Radio Link Protocol (RLP) that provides a "best effort" level of reliability; and

9    •   Multiplexing and QoS Control - enforcement of negotiated QoS levels by mediating
10       conflicting requests from competing services and by the appropriate prioritization of
11       access requests.

TIA-2000.3-D-1

1    **1.6.1   Layering Model**

2    Figure 1-2 depicts the cdma2000 entities and services interfaces from the mobile

3    station perspective.

1
2
3
4



5
6        **Figure 1-2.  cdma2000 Entities and Service Interfaces (Mobile Station)**

TIA-2000.3-D-1

1 **1.7   Conventions Used in this Document**

2 **1.7.1   Service Interfaces**

3 **1.7.1.1   Service Primitives**

4 Service primitives are abstract, atomic, implementation-independent representations of
5 interactions between a service user and its service provider.  No requirement is placed
6 on the mobile station or the base station to implement specific service primitives.  See
7 [7].

8 **1.7.2   Pseudo-code Rules**

9 Pseudo-code to describe procedures in this standard will follow the flow control and
10 syntax of the C++ programming language [9].

1  **2    DEFINITION OF MAC COMPONENTS**

2  **2.1   Service Interfaces (*Informative*)**

3  This section describes the functional service interfaces to and from entities of the MAC
4  sublayer.  To support the multi-media capabilities required by cdma2000, it is
5  necessary that the abstract functional description of the air interface (primarily the
6  precise definition of the mobile station's operation) be decomposed into narrowly defined
7  *functional entities*.  Furthermore, each of these functional entities is described by:

8  • a set of *service interface primitives* for every event that acts as a stimulus for a
9     functional entity (informative);

10  • a set of *procedures* that the functional entity is to follow when a valid primitive is
11     encountered in each state (e.g., set a timer, modify a variable, etc.) (normative).

12  The conventions that are used for service interface primitives are shown in Table 2-1,
13  and conform to [7].

14  **Table 2-1.  Service Interface Primitive Types**

| Primitive Type | Source | Destination | Purpose |
|---|---|---|---|
| *Request* | Sservice user | service provider | Request a service, resource, etc. |
| *Confirm* | service provider | service user | Response (positive or negative) to a Request primitive. |
| *Indication* | service provider | service user | Indicates that data has arrived or an event for the service user has occurred. |
| *Response* | Sservice user | service provider | Acknowledgment of an Indication. |

1   The invocation of service primitives is notated as follows:

2                    *RX*-*Primitive*.*Primitive_Type* (parameters)

3   where:

     *RX* -   An abbreviation for the service provider entity (e.g., MAC for MAC sublayer); see Table 2-2

     *Primitive* -   The name of the specific primitive to or from the service provider (e.g., Data)

     *Primitive_Type* -   The specific Primitive Type as defined in Table 2-1 (e.g., Request)

     *parameters* -   A list of parameters for the primitive (e.g., *channel_type*, *data*, and *size*); some primitives may have no parameters.

4

5   For example, a request to the MAC sublayer to transmit data specified by the variable
6   *data*, of channel type *channel_type*, and of size *size*, is notated as follows:

7                    MAC-Data.Request (*channel_type*, *data*, *size*)

8   Table 2-2 summarizes the abbreviations (*RX*) that are used in Service Primitive names
9   for various entities that are providers of services.

10                **Table 2-2.  Abbreviations for Entity Names in Service Primitives**

| Entity (Service Provider) | Abbreviation (*RX*) | Primitives Defined In |
|---|---|---|
| Medium Access Control Sublayer | **MAC** | this standard |
| Physical Layer | **PHY** | [2] |
| Forward Packet Data Channel Control Function | **FPDCH** | this standard |
| Reverse Packet Data Channel Control Function | **RPDCH** | this standard |
| Upper Layer Signaling | **SIG** | [5] |
| Broadcast/Multicast MAC | **BMAC** | this standard |

11

12   The following subsections contain a summary of the service interface definitions.

13   **2.1.1   Service Interface Primitives Received by the MAC Sublayer**
14   The primitives sent from the Signaling LAC to the MAC are summarized in Table 2-3.

1                **Table 2-3.  Service Interface Primitives Received by the MAC Sublayer**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | MAC-SDUReady | *channel_type, size, P, seqno, scheduling_hint* | Mobile Station and Base Station | Initiates sending of a MAC SDU. *channel_type* is set to "5ms FCH/DCCH frame", "20ms FCH/DCCH frame", "F-PDCH frame", "R-PDCH frame", "F-CCCH frame", "F-BCCH frame", "R-CCCH frame", "F-PCH frame", "F-SYNC frame", "R-ACH frame" or "ENHANCED ACCESS frame"; *size* is the size of the SDU in bits; *P* is the value used in the persistence test;[2] *seqno* is the access probe count within the current access sub-attempt;[3] and *scheduling_hint* is an indicator to the multiplex sublayer on how to prioritize fragments of the Layer 2 encapsulated PDU relative to other types of multiplexed traffic (e.g., to determine whether to use blank-and-burst or dim-and-burst).[4] |
| *Request* | MAC-Data | *channel_type, data, size* | Mobile Station and Base Station | In response to the MAC-Availability.Indication primitive, this primitive carries the data to be transmitted. *channel_type* is set to "5ms FCH/DCCH frame", "20ms FCH/DCCH frame", "F-PDCH frame", "R-PDCH frame", "F-CCCH frame", "F-BCCH frame", "R-CCCH frame", "F-PCH frame", "F-SYNC frame", "R-ACH frame" or "ENHANCED ACCESS frame"; *data* is an SDU or a fragment of an SDU; and *size* is the size of *data* in bits. |

---

[2] Only used for the r-csch.

[3] Only used for the r-csch.

[4] Only used for the dsch.

1   **2.1.2  Service Interface Primitives Sent from the MAC Sublayer**

2   The primitives sent from the MAC entity to the LAC entity or the Physical Layer are
3   shown in Table 2-4.

4   **Table 2-4.  Service interface Primitives Sent from the MAC Sublayer**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | MAC-Data | *channel_id*, *channel_type*, *data*, *size*, *system_time* | Mobile Station and Base Station | The MAC Sublayer delivers *data*. <br><br> *channel_id* is a channel identifier for the physical channel on which the data was received (see 2.2.1.1.2.3.9); <br><br> *channel_type* is set to "5ms FCH/DCCH frame", "20ms FCH/DCCH frame", "F-PDCH frame". "R-PDCH frame", "F-CCCH frame", "F-BCCH frame", "R-CCCH frame", "F-PCH frame", "F-SYNC frame", "R-ACH frame" or "ENHANCED ACCESS frame"; <br><br> *data* is an SDU or a fragment of an SDU; <br><br> *size* is the size of *data* in bits; and <br><br> *system_time* is the ~~time~~ System Time at which the Physical Layer received the first bit of the Physical Layer frame containing *data*. |
| *Indication* | MAC-Availability | *channel_type*, *max_size*, *system_time*, *residual_size* | Mobile Station and Base Station | Indication of the maximum number of bits that can be transmitted by the next frame. <br><br> *channel_type* is set to "5ms FCH/DCCH frame", "20ms FCH/DCCH frame", "F-PDCH frame", "R-PDCH frame", "F-CCCH frame", "F-BCCH frame", "R-CCCH frame", "F-PCH frame", "F-SYNC frame", "R-ACH frame" or "ENHANCED ACCESS frame"; <br><br> *max_size* is the maximum number of bits that can be placed in the Physical Layer |

| | | | | SDU; |
|---|---|---|---|---|
| | | | | *system_time* is the ~~time~~ System Time at which the Physical Layer will transmit the first bit of the Physical Layer frame containing all the information bits supplied; and |
| | | | | *residual_size* is the total number of bits that can be sent within the current message that is being transmitted on the R-CCCH.  This parameter is omitted for all other physical channels. |
| *Indication* | MAC-AccessFailure | *reason*, *acceptable_rate* | Mobile Station | *reason* is the reason for the access failure.  *reason* may have one of the following values:  "Timer Expired" or "Insufficient Transmission Rate", and

*acceptable_rate* is set to the maximum instantaneous transmission rate that can be used for the transfer, whenever *reason* is set to "Insufficient Transmission Rate". |
| *Response* | MAC-SDUReady | *access_mode* | Mobile Station | *access_mode* is the access mode selected by the SRBP entity for the transmission of the MAC SDU (i.e., "Basic" or "Reservation"). |
| *Request* | PHY-RPICH | | Mobile Station | Enables transmission of the Reverse Link Pilot Signal for 1.25 ms. |

1

2    **2.1.3  Service Interface Primitives Sent From the FPDCHCF**

3    The primitives sent from the FPDCHCF entity to the Physical Layer or to the Signaling
4    Layer are shown in Table 2-5.

5               **Table 2-5.  Service Interface Primitives Sent by the FPDCHCF**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-DecodeFPDCCH | *pdcch_id*, *pilot_pn*, *walsh_index*, *sys_time*, *num_slots* | Mobile Station | Initiates decoding of a message on an F-PDCCH. *pdcch_id* is set to the identifier of the F-PDCCH; *pilot_pn* is set to the pilot PN sequence offset index associated with the current F-PDCH serving sector; *walsh_index* is set to the F-PDCCH Walsh index associated with *pdcch_id* that is assigned for the current RF-PDCH serving sector; *sys_time* is set to the System Time (in 1.25 ms units) for the first slot to be decoded (NULL indicates that the physical layer shall monitor the F-PDCCH channel continuously and attempt to decode the F-PDCCH with all possible slot lengths); and *num_slots* is set to the number of 1.25 ms slots that are to be decoded for an F-PDCCH frame (NULL indicates that the physical layer shall  monitor the F-PDCCH channel continuously and attempt to decode the F-PDCCH with all possible slot lengths). |

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-RACKCH | *ack_or_nak* | Mobile Station | Initiates the transmission of an ACK or NAK on the R-ACKCH.<br><br>*ack_or_nak* is set to NAK to indicate that the physical layer is to send a NAK on the R-ACKCH or is set to ACK to indicate that the physical layer is to send an ACK on the R-ACKCH. |
| *Indication* | -FPDCH-Availability | *sdu_size* | Base Station | Indicates to the multiplex sublayer that the forward packet data channel is available for transmission of a multiplex sublayer SDU.<br><br>*sdu_size* is set to the size in bits of the SDU that the multiplex sublayer should deliver to the FPDCHCF. |
| *Indication* | -FPDCH-Data | *sdu, frame_ duration, num_bits, frame_ quality* | Mobile Station | Delivers received data from the FPDCHCF to the multiplex sublayer.<br><br>*sdu* is set to the information bits of the encoder packet;<br><br>*frame_duration* is set to NULL;<br><br>*num_bits* is set to the size of the number of information bits in the encoder packet; and<br><br>*frame_quality* is set to sufficient. |

TIA-2000.3-D-1

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-DecodeFPDCH | *pilot_pn*, *acid*, *spid*, *ep_size*, *wci_set*, *ep_new*, *sys_time*, *num_slots* | Mobile Station | Initiates decoding of an encoder packet on the F-PDCH channel. |
| | | | | *pilot_pn* is set to the pilot PN sequence offset index associated with the current F-PDCH serving sector; |
| | | | | *acid* is set to the ARQ Channel Identifier for the encoder packet to be decoded; |
| | | | | *spid* is set to the Subpacket Identifier for the encoder packet to be decoded; |
| | | | | *ep_size* is set to the size (in bits) of the encoder packet to be decoded; |
| | | | | *wci_set* is set to the Walsh Code Indices that are to used in decoding the encoder packet; |
| | | | | *ep_new* is set to TRUE if the physical layer is to clear all previous state information (e.g., previously received subpackets) associated with this ARQ Channel Identifier, or is set to FALSE to indicate that the physical layer is to combine the newly received subpacket with previously received subpackets in the decoding attempt; |
| | | | | *sys_time* is set to the ~~System Time~~System Time (in 1.25 ms units) for the first slot of the received subpacket; and |
| | | | | *num_slots* is set to the length in 1.25 ms slots of the received subpacket. |

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-RCQICH | *walsh_cover, cqi_value, cqi_gain* | Mobile Station | Initiates the transmission of CQI feedback information on the R-CQICH.<br><br>*walsh_cover* is set to a 3-bit value (see[2]) corresponding to the Walsh cover associated with the pilot in the forward packet data channel active set to which the R-CQICH transmission is ~~to be made~~directed; and<br><br>*cqi_value* is set to NULL to indicate that the physical layer is to transmit no full or differential CQI value on the R-CQICH, is set to UP to indicate that the physical layer is to transmit a differential increase indication on the R-CQICH, or is set to DOWN to indicate that the physical layer is to transmit a differential decrease indication on the R-CQICH, or is set to an integer value to indicate that the physical layer is to send a full CQI value on the R-CQICH.<br><br>*cqi_gain* is set to the gain level (HIGH or LOW) on the R-CQICH |
| *Request* | SIG-HandoffPDCH | *Pilot* | Base Station | Initiates handoff of the currently assigned transmitting packet data channel pilot.<br><br>*pilot* is set to the pilot corresponding to the packet data channel active set member to which the transmitting packet data channel pilot should be handed off. |

TIA-2000.3-D-1

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | MAC-ControlHoldTrafficReceived | *transition_time* | Mobile Station | Informs Upper Layer Signaling that traffic has arrived while in Control Hold Mode.<br><br>*transition_time* is set to the ~~System Time~~System Time (in 1.25 ms units) at which the mobile station transitions to the Active Mode |
| *Request* | PHY-FPDCCH | *pdcch_id*,<br>*sdu*,<br>*num_slots*,<br>*sys_time* | Base Station | Indicates to the base station physical layer that an F-PDCCH message is to be transmitted on F-PDCCH.<br><br>*pdcch_id* is set to the identifier of the F-PDCCH;<br><br>*sdu* is set to the information bits to be transmitted on the F-PDCCH;<br><br>*num_slots* is set to the length of the F-PDCCH transmission in units of 1.25 ms;<br><br>*sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-FPDCH | *ep, spid, num_slots, wci_set, sys_time,* | Base Station | Indicates to the base station physical layer that an encoder packet is to be transmitted on F-PDCH.<br><br>*ep* is set to the information bits of the SDU that are to be included in the encoder packet;<br><br>*spid* is set to the subpacket identifier of the subpacket of the encoder packet;<br><br>*num_slots* is set to the length of the transmission in units of 1.25 ms;<br><br>*wci_set* is set to the set of Walsh codes that are to be used for the F-PDCH transmission; and<br><br>*sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
| *Request* | SIG-RemoveFPDCHLeg | *index* | Mobile Station | Instructs Upper Layer Signaling to remove the pilot specified by *index* from the F-PDCH active set.<br><br>*index* is set to the Walsh cover of the pilot to be removed from the F-PDCH active set. |

1

1  **2.1.4  Service Interface Primitives Received by the  FPDCHCF**

2  The primitives received by the FPDCHCF entity are shown in Table 2-6.

3  **Table 2-6.  Service Interface Primitives Received by the FPDCHCF**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | -FPDCH-Data | *mux_sdu* | Base Station | Indicates that a multiplex sublayer SDU is available for transmission on the forward packet data channel.<br><br>*mux_sdu* is set to the information bits of the SDU. |
| *Indication* | PHY-DecodeFPDCCH | *pdcch_id*, *sdu*, *sys_time*, *num_slots* | Mobile Station | Indicates that an F-PDCCH message has been received and decoded by the physical layer.<br><br>*pdcch_id* is set to the identifier of the F-PDCCH;<br><br>*sdu* is set to the received F-PDCCH message;<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message; and<br><br>*num_slots* is set to the number of 1.25 ms slots in the decoded F-PDCCH frame. |
| *Indication* | PHY-RACKCH | *ack_or_nak* | Base Station | Indicates that a transmission on the R-ACKCH has been received and decoded.<br><br>*ack_or_nak* is set to NAK to indicate that a NAK was received on the R-ACKCH or is set to ACK to indicate that an ACK was received on the R-ACKCH. |

TIA-2000.3-D-1

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Response* | PHY-DecodeFPDCH | *acid, ep, sys_time, num_slots* | Mobile Station | Indicates that an encoder packet has been decoded (successfully or unsuccessfully) on the F-PDCH.<br><br>*acid* is set to the ARQ Channel Identifier for the decoded encoder packet;<br><br>*ep* is set to the decoded encoder packet or is set to NULL if the encoder packet was not successfully decoded;<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the successfully or unsuccessfully decoded encoder packet; and<br><br>*num_slots* is set to the length in 1.25 ms slots of the successfully or unsuccessfully decoded encoder packet. |

TIA-2000.3-D-1

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | PHY-RCQICH | *cqi_value, walsh_cover* | Base Station | Indicates that a transmission on the R-CQICH has been received and decoded.<br><br>*cqi_value* is set to NULL indicate that no full or differential CQI value was received on the R-CQICH, is set to UP to indicate that a differential increase indication was received on the R-CQICH, or is set to DOWN to indicate that a differential decrease indication was received on the R-CQICH, or is set to an integer value to indicate that a full CQI value was received on the R-CQICH, and,<br><br>*walsh_cover* is set to a 3-bit value (see [2]) corresponding to the Walsh cover associated with the pilot in the forward packet data channel active set from which the R-CQICH transmission was received. |
| *Indication* | SIG-HandoffPDCH | *handoff_type* | Mobile Station | Indicates that Upper Layer Signaling has performed a handoff of the packet data channel.<br><br>*handoff_type* is set to HANDOFF if a handoff has occurred that changes the packet data channel configuration, or is set to ASSIGN if the packet data channel was not previously assigned and is now being assigned. |

1

1  **2.1.5   Service Interface Primitives Sent From the RPDCHCF**

2  The primitives sent from the RPDCHCF entity to the Physical Layer are shown in Table
3  2-7.

4  **Table 2-7.  Service Interface Primitives Sent by the RPDCHCF**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-DecodeFACKCH | *sys_time* | Mobile Station | Initiates decoding of an acknowledgement on the F-ACKCH.<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot to be decoded. |
| *Request* | PHY-DecodeFRCCH | *sys_time* | Mobile Station | Initiates decoding of a command on the F-RCCH.<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot to be decoded. |
| *Request* | PHY-DecodeFGCH | *PILOT_PN, walsh_index, sys_time* | Mobile Station | Initiates decoding of a message on the F-GCH.<br><br>*PILOT_PN* is set to the pilot PN sequence offset index associated with the current R-PDCH serving sector;<br><br>*walsh_index* is set to the F-GCH Walsh index that is assigned for the current R-PDCH serving sector; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot to be decoded. |

5

| *Request* | PHY-RPDCCH | *ep_size, sdu, msib, boost, sys_time* | Mobile Station | Indicates to the mobile station physical layer that an R-PDCCH message is to be transmitted on the R-PDCCH. <br><br> *ep_size* is set to the size (in bits) of the encoder packet to be sent; <br><br> *sdu* is set to the information bits to be transmitted on the R-PDCCH; <br><br> *msib* is set to the MSIB value to be transmitted on the R-PDCCH; <br><br> *boost* is set to indicate whether or not the encoder packet is to be transmitted using a boosted traffic to pilot ratio; and <br><br> *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
| *Request* | PHY-EncodeRPDCH | *sdu, num_bits, sys_time* | Mobile Station | Indicates to the mobile station physical layer to encode the SDU into an encoder packet. <br><br> *sdu* is set to the information bits of the SDU that is included in the encoder packet; <br><br> *num_bits* is the number of bits that is placed in the Physical Layer SDU; and <br><br> *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |

| Request | PHY-RPDCH | *ep, spid, boost, sys_time* | Mobile Station | Indicates to the mobile station physical layer that an encoder packet is to be transmitted on the R-PDCH.<br><br>*ep* is set to the information bits of the SDU that are to be included in the encoder packet;<br><br>*spid* is set to the subpacket identifier of the subpacket of the encoder packet;<br><br>*boost* is set to indicate whether or not the encoder packet is to be transmitted using a boosted traffic to pilot ratio; and<br><br>*sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
|---|---|---|---|---|
| Indication | RPDCH-Data | *sdu, frame_ duration, num_bits, frame_ quality* | Base Station | Delivers received data from the RPDCHCF to the multiplex sublayer.<br><br>*sdu* is set to the information bits of the encoder packet;<br><br>*frame_duration* is set to NULL;<br><br>*num_bits* is set to the size of the number of information bits in the encoder packet; and<br><br>*frame_quality* is set to sufficient. |

TIA-2000.3-D-1

| *Request* | PHY-RREQCH | *sdu, frame_quality, sys_time* | Mobile Station | Indicates to the mobile station physical layer that an R-REQCH message is to be transmitted on the R-REQCH. <br><br> *sdu* is set to the information bits to be transmitted on the R-REQCH; <br><br> *frame_quality* is set to the frame quality of the received Physical Layer frame (i.e., sufficient or insufficient); and <br><br> *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
|---|---|---|---|---|
| *Indication* | RPDCH-Availability | *mux_sdu_size, sys_time* | Mobile Station | Indicates to the multiplex sublayer that the reverse packet data channel is available for transmission of a multiplex sublayer SDU. <br><br> *mux_sdu_size* is set to the size in bits of the SDU that the multiplex sublayer should deliver to the RPDCHCF; and <br><br> *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
| *Request* | PHY-RSPICH | *sys_time* | Mobile Station | Indicates to the mobile station Physical Layer that the R-SPICH channel is to be transmitted. <br><br> *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |

| *Request* | PHY-FACKCH | *ack_or_nak*, *sys_time* | Base Station | Initiates the transmission of an ACK or NAK on the F-ACKCH.<br><br>*ack_or_nak* is set to NAK to indicate that the physical layer is to send a NAK on the F-ACKCH or is set to ACK to indicate that the physical layer is to send an ACK on the F-ACKCH; and<br><br>*sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
| *Request* | PHY-FRCCH | *command*, *sys_time* | Base Station | Initiates the transmission of a command on the F-RCCH.<br><br>*command* is set to UP to indicate that the physical layer is to send an UP command on the F-RCCH or is set to DOWN to indicate that the physical layer is to send a DOWN command on the F-RCCH or is set to HOLD to indicate that the physical layer is to send a HOLD command on the F-RCCH; and<br><br>*sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |
| *Request* | PHY-FGCH | *sdu, sys_time* | Base Station | Indicates to the base station physical layer that a message is to be transmitted on F-GCH.<br><br>*sdu* is set to the information bits to be transmitted on the F-GCH; and<br><br>*sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the transmission. |

1  **2.1.6   Service Interface Primitives Received by the RPDCHCF**

2  The primitives received by the RPDCHCF entity are shown in Table 2-8.

3  **Table 2-8.  Service Interface Primitives Received by the RPDCHCF**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | PHY-DecodeFACKCH | *ack_or_nak, sys_time* | Mobile Station | Indicates that an F-ACKCH ACK or NAK has been received and decoded by the physical layer.<br><br>*ack_or_nak* is set to NAK to indicate that a NAK was received on the F-ACKCH or is set to ACK to indicate that an ACK was received on the F-ACKCH; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |
| *Indication* | PHY-DecodeFRCCH | *rc_vec, sys_time* | Mobile Station | Indicates that an F-RCCH command has been received and decoded by the physical layer.<br><br>*rc_vec* is a vector of rate control commands corresponding to each pilot in the R-PDCH active set; each entry is set to UP to indicate that an UP command was detected on the F-RCCH or is set to DOWN to indicate that a DOWN command was detected on the F-RCCH or is set to HOLD to indicate that neither an UP nor a DOWN was detected; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | PHY-DecodeFGCH | *walsh_index, sdu, sys_time* | Mobile Station | Indicates that an F-GCH SDU has been received and decoded by the physical layer.<br><br>*walsh_index* is set to the F-GCH Walsh index associated with the SDU that was received;<br><br>*sdu* is set to the SDU received on the F-GCH; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |
| *Indication* | PHY-EncodeRPDCH | *Returned_ep, sys_time* | Mobile Station | Indicates that the Physical Layer has completed the encoding of an R-PDCH SDU into an encoder packet.<br><br>*returned_ep* is set to the returned encoder packet; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) indicated in the corresponding PHY-EncodeRPDCH.Request primitive. |
| *Request* | RPDCH-Data | *mux_sdu, sys_time* | Mobile Station | Indicates that a multiplex sublayer SDU is available for transmission on the reverse packet data channel.<br><br>*mux_sdu* is set to the information bits of the SDU; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | PHY-RPDCCH | *sdu, msib, boost, sys_time* | Base Station | Indicates that a transmission on the R-PDCCH has been received and decoded.<br><br>*sdu* is set to the SDU received on the R-PDCCH;<br><br>*msib* is set to the MSIB value received on the R-PDCCH;<br><br>*boost* is set to indicate whether or not the R-PDCCH is to be transmitted using a boosted traffic to pilot ratio; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |
| *Indication* | PHY-RPDCH | *sdu, frame_quality, sys_time* | Base Station | Indicates that a transmission on the R-PDCH has been received and decoded.<br><br>*sdu* is set to the SDU received on the R-PDCH;<br><br>*frame_quality* is set to the frame quality of the received Physical Layer frame (i.e., sufficient or insufficient); and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |
| *Indication* | PHY-RREQCH | *sdu, sys_time* | Base Station | Indicates that a transmission on the R-REQCH has been received and decoded.<br><br>*sdu* is set to the SDU received on the R-REQCH; and<br><br>*sys_time* is set to the System Time (in 1.25 ms units) for the first slot of the received message. |

## 2.1.7   Service Interface Primitives Received by the BMAC Multiplex Sublayer

The primitives received by the BMAC multiplex sublayer are summarized in Table 2-9.

1    **Table 2-9.  Service Interface Primitives Received by the BMAC Multiplex**
2                                 **Sublayer.**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | BMAC-Start-Deliver | *fsch_id, bsr_id* | Mobile Station | Indicates that Layer 3 Signaling requests the BMAC multiplex sublayer to start delivering data blocks received from the broadcast F-SCH corresponding to *fsch_id* and the broadcast logical channel corresponding to *bsr_id*, to the upper layers;<br><br>*fsch_id* is the channel identifier of the broadcast F-SCH; and<br><br>*bsr_id* is the identifier of the broadcast logical channel that is mapped onto the broadcast F-SCH identified by *fsch_id*. |
| *Request* | BMAC-Stop-Deliver | *fsch_id, bsr_id* | Mobile Station | Indicates that Layer 3 Signaling requests the BMAC multiplex sublayer to stop delivering data blocks received from the broadcast F-SCH corresponding to *fsch_id* and the broadcast logical channel corresponding to *bsr_id*, to the upper layers;<br><br>*fsch_id* is the channel identifier of the broadcast F-SCH; and<br><br>*bsr_id* is the identifier of the broadcast logical channel that is mapped onto the broadcast F-SCH identified by *fsch_id*. |

TIA-2000.3-D-1

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Indication* | PHY-FSCHOuterCode | *sdu*[0..*num_frames*-1], *num_bits*, *num_frames*, *frame_quality*[0..*num_frames*-1], *sys_time* | Mobile Station | Indicates that a set of Physical Layer broadcast F-SCH SDUs has been received from the broadcast F-SCH; *sdu*[*i*-1] is set to the Physical Layer broadcast F-SCH SDU received in the *i*th Physical Layer broadcast F-SCH frame; *num_bits* is set to the number of bits in each received Physical Layer broadcast F-SCH SDU; *num_frames* is set to the total number of broadcast F-SCH frames received; *frame_quality*[*i*-1], is set to the frame quality of the *i*th received Physical Layer frame (i.e., sufficient or insufficient); and *sys_time* is set to the System Time of the broadcast F-SCH frame. |

1

1

2  **2.1.8  Service Interface Primitives Sent from the BMAC Sublayer**

3  The primitives sent from the BMAC multiplex sublayer are shown in Table 2-10.

4  **Table 2-10.  Service Interface Primitives Sent from the BMAC Multiplex**
5  **Sublayer.**

| Primitive Type | Primitive | Parameters | Primitive Used In | Notes |
|---|---|---|---|---|
| *Request* | PHY-SCHOuterCode | *sdu, num_bits, sys_time* | Base Station | Indicates that Physical Layer is to transmit a broadcast F-SCH Outer Code SDU on the broadcast F-SCH; |
| | | | | *sdu* is set to the Physical Layer broadcast F-SCH Outer Code SDU to be transmitted on the broadcast F-SCH; |
| | | | | *num_bits* is set to the number of bits in *sdu*; and |
| | | | | *sys_time* is set to the System Time of the broadcast F-SCH frame. |

6

TIA-2000.3-D-1

1

2    **2.2            Entities of the MAC Sublayer**

3    This section defines each of the entities in the MAC Sublayer and defines the
4    procedures that these entities follow when processing events and service primitives from
5    other entities.  The subsections in this section may contain informative text that is
6    designated *Informative* in the section heading.  Otherwise, the subsections contain
7    normative text.

8    **2.2.1   MAC Sublayer Functional Entities**

9    This section describes the functional entities that are contained within the MAC
10   Sublayer.

1  **2.2.1.1  Mux and QoS Sublayer**

2  **2.2.1.1.1 The Multiplex Sublayer**

3  The multiplex sublayer has both a transmitting and a receiving function.  The multiplex
4  sublayer transmitting function combines information from various sources (e.g., Upper
5  Layer Signaling, Data Service instances,[5] and Voice Service) and forms Physical Layer
6  SDUs and PDCHCF SDUs for transmission (see Figure 2-1).  The multiplex sublayer
7  receiving function separates the information contained in Physical Layer and PDCHCF
8  SDUs, and directs the information to the correct entity (e.g., Upper Layer Signaling,
9  Data Service instances, or Voice Service).



10
11

12        **Figure 2-1.  Multiplex Sublayer Transmitting Function Example.**

13  The multiplex sublayer operates in one of the following two modes:

14  •   Mode A is used when operating with a radio configuration less than or equal to 2.

15  •   Mode B is used when operating with a radio configuration greater than 2.

---

[5] A Data Service instance can act as a broadcast/multicast source.

1   The transmitting function, under QoS control,[6] solicits information bits from signaling
2   and connected services. Information bits are exchanged between signaling and the
3   multiplex sublayer using the primitives described in 2.2.1.1.1.6; the multiplex sublayer
4   converts the information bits received from signaling into a data block. Information bits
5   are exchanged between a connected service or a logical channel and the multiplex
6   sublayer in a unit called a data block. The multiplex sublayer multiplexes one or more
7   data blocks into a MuxPDU and combines one or more MuxPDUs into a Physical Layer
8   SDU for transmission by the Physical Layer. Physical layer SDUs are exchanged
9   between the multiplex sublayer and the Physical Layer using the service interface
10  operations in 2.2.1.1.1.7. When the packet data channel is assigned, the multiplex
11  sublayer combines one or more MuxPDUs into a PDCHCF SDU for transmission by the
12  FPDCHCF or RPDCHCF. PDCHCF SDUs are exchanged between the multiplex sublayer
13  and the FPDCHCF using the service interface procedures in 2.2.1.1.1.8, 2.2.1.2.10.1.2,
14  and 2.2.1.2.10.1.3. PDCHCF SDUs are exchanged between the multiplex sublayer and
15  the RPDCHCF using the service interface procedures in 2.2.1.1.1.9.

16  Table 2-11 lists the various multiplex options used with the FCH or DCCH.

17  When multiplex option 0x1 or 0x2 is used, and when coexistence mode is not in effect,
18  there is a single MuxPDU in each Physical Layer FCH or DCCH SDU. Table 2-29 and
19  Table 2-30 detail the data block combinations allowed in the MuxPDU that forms a 20
20  ms Physical Layer FCH or DCCH SDU.

21  When coexistence mode is in effect, there can be one or two MuxPDUs in each 20 ms
22  Physical Layer FCH or DCCH SDU.  Table 2-37 and Table 2-38 detail the data block
23  combinations allowed in the MuxPDU that forms a 20 ms Physical Layer FCH or DCCH
24  SDU.

25  When multiplex option 0x1301, 0x1305, 0x1302, or 0x1306 is used, each MuxPDU
26  contains a single data block. The multiplex option associated with the FCH or DCCH
27  defines both the number of MuxPDUs in the SDU and the size of the data block in each
28  MuxPDU.

29  **Table 2-11.  Multiplex Options Applicable to an FCH or DCCH**

|      | Multiplex Option | |
| --- | --- | --- |
|      | Rate Set 1 | Rate Set 2 |
| FCH  | 0x1, 0x704, 0x1301, 0x1305 | 0x2, 0x704, 0x1302, 0x1306 |
| DCCH | 0x1, 0x704, 0x1301, 0x1305 | 0x2, 0x704, 0x1302, 0x1306 |

30
31  As shown in Table 2-32, only a single data block is in the MuxPDU that is used to form
32  a 5 ms Physical Layer FCH or DCCH SDU.

33  When operating in Mode A, one MuxPDU is used to form each Physical Layer SCCH
34  SDU. Each MuxPDU used contains a single data block. Table 2-12 lists the various
35  multiplex options used with SCCHs.

---

[6] When operating in Mode A, the multiplex sublayer assigns relative service priority (see 2.2.1.1.1.2)

1

**Table 2-12.  Multiplex Options Applicable to SCCHs**

| Maximum Number of SCCHs | Maximum Number of MuxPDUs | Multiplex Option | |
|---|---|---|---|
| | | Rate Set 1 | Rate Set 2 |
| 1 | 1 | 0x3 | 0x4 |
| 2 | 2 | 0x5 | 0x6 |
| 3 | 3 | 0x7 | 0x8 |
| 4 | 4 | 0x9 | 0xa |
| 5 | 5 | 0xb | 0xc |
| 6 | 6 | 0xd | 0xe |
| 7 | 7 | 0xf | 0x10 |

2
3   When operating in Mode B, one or more MuxPDUs can be used to form a Physical Layer
4   SCH SDU. Each MuxPDU used contains a single data block. The multiplex option
5   associated with the SCH defines both the number of MuxPDUs in the SDU and defines
6   the size of the data block in each MuxPDU.  Table 2-13 lists the various multiplex
7   options used with the SCH at various frame lengths when using MuxPDU Type 1, Type
8   2, or Type 3.  Table 2-14 lists the multiplex options used with the SCH when using
9   MuxPDU Type 5.

10   When operating in Mode B, one or more MuxPDUs can be used to form a PDCHCF SDU.
11   When multiplex option 0xf00 is used, each MuxPDU contains a single data block. When
12   multiplex option 0x1301, 0x1305, 0x1302, or 0x1306 is used, each MuxPDU contains a
13   single data block. When multiplex option 0x1 is used, each MuxPDU contains one, two
14   or three data blocks.  Table 2-15 lists the multiplex options used with the F-PDCH or R-
15   PDCH.  The multiplex option associated with the F-PDCH or R-PDCH specifies the
16   maximum number of MuxPDUs in the SDU.

1    **Table 2-13.  Multiplex Options Applicable to an SCH When Using MuxPDU**
2                                    **Types 1, 2, or 3**

| Bits per SCH Physical Layer SDU | Maximum Number of MuxPDUs in the Physical Layer SDU | | | Multiplex Option | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | MuxPDU Type 1 or 2 | MuxPDU Type 3 | | Rate Set 1 | | | Rate Set 2 | | |
| | | single | double | MuxPDU Type 1 | MuxPDU Type 3 | | MuxPDU Type 2 | MuxPDU Type 3 | |
| | | | | | Ssingle | double | | single | double |
| 172/267 | 1 | | | 0x3 | | | 0x4 | | |
| 360/552 | | 2 | 1 | | 0x809 | 0x905 | | 0x80a | 0x906 |
| 744/1128 | | 4 | 2 | | 0x811 | 0x909 | | 0x812 | 0x90a |
| 1512/2280 | | 8 | 4 | | 0x821 | 0x911 | | 0x822 | 0x912 |
| 3048/4584 | | | 8 | | | 0x921 | | | 0x922 |

3
4

5    **Table 2-14.  Multiplex Options Applicable to an SCH When Using**
6                            **MuxPDU Type 5**

| Bits per SCH Physical Layer SDU | Maximum Number of Non-Fill MuxPDUs in the Physical Layer SDU | Multiplex Option |
|---|---|---|
| all values | 8 | 0xf20 |

7
8
9    When using MuxPDU Type 1, 2, or 3, for the SCH, the multiplex sublayer derives the
10   multiplex option in use for the SCH based upon the configured multiplex option and the
11   size (in bits) of the Physical Layer SDU for the current SCH assignment.  If the
12   configured multiplex option is 0x809, 0x811, 0x821, 0x905, 0x909, 0x911, or 0x921
13   and the Physical Layer SDU size is 172 bits, the multiplex option in use is 0x3.  If the
14   configured multiplex option is 0x80a, 0x812, 0x822, 0x906, 0x90a, 0x912, or 0x922
15   and the Physical Layer SDU size is 267 bits, the multiplex option in use is 0x4.  For all
16   other combinations of Physical Layer SDU size and MuxPDU Type in Table 2-13, the
17   multiplex option in use is specified by the column in Table 2-13 containing the
18   configured multiplex option and the row in Table 2-13 corresponding to the size (in bits)
19   of the Physical Layer SDU for the current SCH rate.

20   When using MuxPDU Type 5 for the SCH, if the configured multiplex option is 0xf20,
21   the multiplex option in use is also 0xf20.

22
23              **Table 2-15.  Multiplex Options Applicable to an F/R-PDCH**

| Channel | Bits per Physical Layer SDU | Multiplex Option |
|---|---|---|
| F-PDCH | all values | 0xf00 |
| R-PDCH | 172 | 0x1, 0x1301, 0x1305 |
| | all values > 172 | 0xf00 |

24
25

1   For the FPDCHCF and RPDCHCF, if the configured multiplex option is 0xf00, the
2   multiplex option in use is also 0xf00. To support encapsulation, the multiplex sublayer
3   operates as if the multiplex option in use concurrently includes 0x1 and 0x2.

4   For the RPDCHCF, when the PDCHCF SDU size is 172 bits, the multiplex option in use
5   is either 0x1 or 0x1301 or 0x1305. When the multiplex option in use is 0x1, and when
6   coexistence mode is not in effect, there is a single MuxPDU in each PDCHCF SDU. Table
7   2-29 details the data block combinations allowed in the PDCHCF SDU. When
8   coexistence mode is in effect, Table 2-37 details the data block combinations allowed in
9   the PDCHCF SDU. When the multiplex option in use is 0x1301 or 0x1305, each
10  MuxPDU contains a single data block. The multiplex option in use defines both the
11  number of MuxPDUs in the PDCHCF SDU and the size of the data block in each
12  MuxPDU.

13  Table 2-16 describes the MuxPDU Types that are supported for each Physical Channel.

14      **Table 2-16.  Supported MuxPDU Types for Each Physical Channel Type.**

| Physical Channel | Supported MuxPDU Types |
|---|---|
| FCH | 1, 2, 4, 6, and 7 |
| DCCH | 1, 2, 4, 6, and 7 |
| SCCH | 1 and 2 |
| SCH | 1, 2, 3, and 5 |
| FPDCHCF[7] | 5[8] |
| RPDCHCF[9] | 1, 5[8], 7 |

15

16  For multiplex options greater than 0x10, Table 2-17 describes the fields used to
17  compute the multiplex option number.

---

[7] The multiplex sublayer interfaces with the FPDCHCF, and does not interface directly
with the F-PDCH Physical Channel.

[8] The multiplex sublayer supports encapsulation of MuxPDU Types 1, 2, and 4 in a
MuxPDU Type 5.

[9] The multiplex sublayer interfaces with the RPDCHCF, and does not interface directly
with the R-PDCH Physical Channel.

1  **Table 2-17.  Fields Used to Compute Multiplex Option Numbers Greater than**
2  **0x10.**

| Field Name | Number of Bits | Value | |
|---|---|---|---|
| Rate_Set | 2 | '00' – Not Applicable<br>'01' – Rate Set 1<br>'10' – Rate Set 2 | Least Significant Bit |
| Max_Data_Blocks[10] | 6 | '000000' – No restriction<br>'000001' – '001000' | |
| Data_Block_Size | 2 | '00' – Single size<br>'01' – Double size<br>'11' – Variable size | |
| MuxPDU_Type | 3 | '000' – MuxPDU Types 1, 2, or 4<br>'010' – MuxPDU Type 3<br>'001' – MuxPDU Type 4 or 6<br>'011' – MuxPDU Type 5<br>'100' – MuxPDU Type 7 | |
| Format_Descriptor | 3 | '000' – Format 1 | Most Significant Bit |

3
4  The receiving function accepts a Physical Layer SDU, divides it into one or more
5  MuxPDUs, demultiplexes the data blocks in each MuxPDU and delivers the information
6  bits to the appropriate service.

7  The information bits in a signaling data block are also called signaling traffic.

8  **2.2.1.1.1.1        Mobile Station Support**

9  If the mobile station supports Radio Configuration 1, it shall support the FCH, and the
10 mobile station shall support Mode A on the FCH.

11 If the mobile station supports a Radio Configuration with a number greater than 2, and
12 if the mobile station supports a voice service option, the mobile station shall support
13 the FCH, and the mobile station shall support Mode B on the FCH.

14 The mobile station may support Mode B on the FCH, DCCH, or SCH. If the mobile
15 station supports a Radio Configuration with a number greater than 2, and if the mobile
16 station supports the FCH, the mobile station shall support Mode B on the FCH.

17 The mobile station shall support multiplex option 0x1 and Rate Set 1.

18 The mobile station shall support signaling traffic and shall support Primary Traffic.

19 The mobile station shall support those MuxPDU Type 1 structures that contain
20 signaling traffic only, primary traffic only, or both signaling and primary traffic.

21 The mobile station may support multiplex option 0x2 and Rate Set 2. If the mobile
22 station supports multiplex option 0x2 and Rate Set 2, it shall support those MuxPDU
23 Type 2 structures that contain signaling traffic only, primary traffic only, or both
24 signaling and primary traffic.

---

[10] Specifies the maximum number of non-Fill MuxPDUs to be included in a single
Physical Layer SDU.

1   The mobile station may support secondary traffic. If it supports secondary traffic, it
2   shall support those MuxPDU Type 1 structures that contain secondary traffic. If the
3   mobile station supports secondary traffic, multiplex option 0x2, and Rate Set 2, the
4   mobile station shall also support those MuxPDU Type 2 structures that contain
5   secondary traffic.

6   The mobile station may support one or more of multiplex options 0x3, 0x5, 0x7, 0x9,
7   0xb, 0xd, and 0xf, in the forward direction, or in the reverse direction, or in both
8   directions.

9   The mobile station may support one or more of multiplex options 0x4, 0x6, 0x8, 0xa,
10  0xc, 0xe, and 0x10, in the forward direction, or in the reverse direction, or in both
11  directions.

12  The mobile station may support one or more of multiplex options 0x704, 0x809, 0x80a,
13  0x811, 0x812, 0x821, 0x822, 0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921,
14  0x922, 0x1301, 0x1302, 0x1305, 0x1306, 0xf00, and 0xf20 in the forward direction.
15  The mobile station may support one or more of multiplex options 0x704, 0x809, 0x80a,
16  0x811, 0x812, 0x821, 0x822, 0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921,
17  0x922, 0x1301, 0x1302, 0x1305, 0x1306, 0xf00, and 0xf20 in the reverse direction. If
18  the mobile station supports any of these multiplex options, it shall also support Mode
19  B.

20  If the mobile station supports multiplex option 0xf00, the mobile station shall also
21  support multiplex option 0xf20.  If the mobile station supports multiplex option
22  0x1301, the mobile station shall also support multiplex option 0x1305.  If the mobile
23  station supports multiplex option 0x1302, the mobile station shall also support
24  multiplex option 0x1306.

25  The mobile station may support MuxPDU Type 4.

26  **2.2.1.1.1.2        Service Priority**

27  The multiplex sublayer may determine the relative priority between traffic supplied by
28  Signaling and other services using the information provided by the parameters in the
29  MAC-SDUReady.Request primitive. The exact manner for using this information to
30  deliver over-the-air Quality of Service is not specified by this standard.

31  **2.2.1.1.1.3        Multiplex Sublayer Transmitting Function**

32  **2.2.1.1.1.3.1        Assembling the Physical Layer FCH SDU**

33  **2.2.1.1.1.3.1.1    Mode A**

34  If an FCH physical channel has been assigned, the multiplex sublayer shall assemble a
35  Physical Layer FCH SDU every 20 ms. The multiplex sublayer shall combine available
36  data blocks from signaling and all connected services, according to the relative priority
37  of each, to form a MuxPDU.

38  If the FCH physical channel is used with Rate Set 1, the multiplex sublayer shall use
39  the supplied data blocks to form a MuxPDU Type 1, as specified in 2.2.1.1.5.

40  If the FCH physical channel is used with Rate Set 2, the multiplex sublayer shall use
41  the supplied data blocks to form a MuxPDU Type 2, as specified in 2.2.1.1.5.

42  If signaling and all services supply Blank data blocks, the multiplex sublayer shall
43  create a null traffic MuxPDU. A null traffic MuxPDU contains only the lowest negotiated
44  transmit rate primary traffic data block with all bits set to '1'.

1  The multiplex sublayer shall deliver the assembled Physical Layer SDU to the Physical
2  Layer using the PHY-FCH.Request service interface primitive in accordance with
3  2.2.1.1.1.7.1.

4  **2.2.1.1.1.3.1.2     Mode B**

5  If an FCH physical channel has been assigned, the multiplex sublayer shall assemble a
6  Physical Layer FCH SDU at the beginning of every 20 ms interval.  The multiplex
7  sublayer shall not assemble a 20 ms FCH SDU at any time other than the beginning of
8  a 20 ms interval. The multiplex sublayer may assemble a 5 ms FCH SDU at the
9  beginning of any 5 ms interval.  See the procedures for Reverse Fundamental Channel
10  Transmission Processing and Forward Fundamental Channel Transmission Processing
11  in [2] for an explanation of the puncturing of 5 ms physical layer frames into 20 ms
12  physical layer frames.

13  If, at the beginning of a 5 ms interval, a packet data channel is assigned and
14  PILOT_GATING_USE_RATE is not equal to '0', the multiplex sublayer shall not permit
15  signaling to supply a 5 ms data block.

16  If, at the beginning of a 20 ms interval, a packet data channel is assigned and
17  PILOT_GATING_USE_RATE is not equal to '0', the multiplex sublayer shall require
18  signaling and all FCH-mapped logical channels to supply a 20 ms Blank data block.

19  If the multiplex option in use is 0x1, 0x2, or 0x704, the multiplex sublayer shall
20  assemble a 20 ms Physical Layer FCH SDU by combining available 20 ms data blocks
21  from signaling and all FCH-mapped logical channels[11], according to the relative priority
22  of each, to form a MuxPDU.  The multiplex sublayer shall not combine a 5 ms data
23  block with any 20 ms data block in the same MuxPDU.

24  If the multiplex option in use is 0x704, the multiplex sublayer shall use the supplied 20
25  ms data blocks to form a MuxPDU Type 6, as specified in 2.2.1.1.1.5.

26  If the multiplex option in use is 0x1, the multiplex sublayer shall use the supplied 20
27  ms data blocks to form a MuxPDU Type 1, as specified in 2.2.1.1.1.5. If coexistence
28  mode is in effect, the multiplex sublayer shall use the supplied 20 ms data blocks to
29  form a MuxPDU Type 1 as specified in 2.2.1.1.1.5.7.1.

30  If the multiplex option in use is 0x2, the multiplex sublayer shall use the supplied 20
31  ms data blocks to form a MuxPDU Type 2, as specified in 2.2.1.1.1.5. If coexistence
32  mode is in effect, the multiplex sublayer shall use the supplied 20 ms data blocks to
33  form a MuxPDU Type 2 as specified in 2.2.1.1.1.5.7.1.

34  If the multiplex option in use is 0x1301, 0x1305, 0x1302, or 0x1306, the multiplex
35  sublayer shall assemble a 20 ms Physical Layer FCH SDU by requesting 20 ms data
36  blocks from signaling and all FCH-mapped logical channels, according to the relative
37  priority of each, until enough data blocks have been supplied to form the number of
38  MuxPDUs needed to fill the FCH SDU, or all FCH-mapped logical channels have
39  supplied all available data blocks.  The multiplex sublayer shall use each supplied non-
40  Blank data block to form a MuxPDU Type 7, as specified in 2.2.1.1.1.5. The multiplex
41  sublayer shall insert the MuxPDUs serially into the FCH SDU. If the FCH SDU is not
42  completely filled, then the multiplex sublayer shall insert one Fill MuxPDU containing a
43  data block filled with '0' bits of sufficient size to completely fill the FCH SDU. The
44  multiplex sublayer shall not combine a 5 ms data block with any 20 ms data block in
45  the same MuxPDU.

---

[11] The Logical-to-Physical Mapping Table specifies the mapping of logical channels to
physical channels.

1    To assemble a 5 ms Physical Layer FCH SDU, the multiplex sublayer shall use a 5 ms
2    data block from signaling to form a MuxPDU Type 4, as specified in 2.2.1.1.1.5.

3    If signaling supplies a 5 ms data block at the beginning of a 20 ms interval, the
4    multiplex sublayer shall assemble a 5 ms FCH SDU using the supplied 5 ms data block.
5    If the multiplex sublayer does not also assemble a 20 ms FCH SDU at the beginning of
6    the same 20 ms interval, then every 5 ms interval thereafter, until the beginning of the
7    next 20 ms interval, the multiplex sublayer shall perform the following:

8    •    If signaling supplies a 5 ms data block at the beginning of the interval, the multiplex
9         sublayer shall assemble a 5 ms FCH SDU.

10   •    If signaling does not supply a 5 ms data block at the beginning of the interval, the
11        multiplex sublayer shall assemble a Null MuxPDU.

12   If signaling supplies a 5 ms data block at any time other than the beginning of a 20 ms
13   interval, the multiplex sublayer shall assemble a 5 ms FCH SDU.

14   If, at the beginning of a 20 ms interval, signaling and all FCH-mapped logical channels
15   supply Blank data blocks, the multiplex sublayer shall perform the following:

16   •    If a packet data channel is assigned and PILOT_GATING_USE_RATE is not equal to
17        '0', the multiplex sublayer shall assemble a 20 ms FCH SDU by creating a Null
18        MuxPDU.

19   •    Otherwise, the multiplex sublayer shall assemble a 20 ms FCH SDU by creating a
20        null traffic MuxPDU.  A null traffic MuxPDU contains only the lowest negotiated
21        transmit rate primary traffic data block with all bits set to '1'.

22   The multiplex sublayer shall deliver the assembled Physical Layer FCH SDU or SDUs to
23   the Physical Layer using the PHY-FCH.Request service interface primitive in accordance
24   with 2.2.1.1.1.7.1.

25   **2.2.1.1.1.3.2    Assembling the Physical Layer DCCH SDU**

26   **2.2.1.1.1.3.2.1    Mode B**
27   If a DCCH physical channel has been assigned, the multiplex sublayer shall assemble a
28   Physical Layer DCCH SDU at the beginning of every 20 ms interval.  The multiplex
29   sublayer shall not assemble a 20 ms DCCH SDU at any time other than the beginning
30   of a 20 ms interval. The multiplex sublayer may assemble a 5 ms DCCH SDU at the
31   beginning of any 5 ms interval.  See the procedures for Reverse Dedicated Control
32   Channel Transmission Processing and Forward Dedicated Control Channel
33   Transmission Processing in [2] for an explanation of the puncturing of 5 ms physical
34   layer frames into 20 ms physical layer frames.

35   If, at the beginning of a 20 ms interval, PILOT_GATING_USE_RATE is not equal to '0',
36   then the multiplex sublayer shall require all DCCH-mapped logical channels, other than
37   signaling, to supply a 20 ms Blank data block.

38   If the multiplex option in use is 0x1 or 0x2 or 0x704, the multiplex sublayer shall
39   assemble a 20 ms physical layer DCCH SDU by combining available 20 ms data blocks
40   from signaling and all DCCH-mapped logical channels, according to the relative priority
41   of each, to form a MuxPDU.  The multiplex sublayer shall not combine a 5 ms data
42   block with any 20 ms data block in the same MuxPDU.

43   If the multiplex option in use is 0x704, the multiplex sublayer shall use the supplied 20
44   ms data blocks to form a MuxPDU Type 6, as specified in 2.2.1.1.1.5.

1  If the multiplex option in use is 0x1, the multiplex sublayer shall use the supplied 20
2  ms data blocks to form a MuxPDU Type 1, as specified in 2.2.1.1.1.5. If coexistence
3  mode is in effect, the multiplex sublayer shall use the supplied 20 ms data blocks to
4  form a MuxPDU Type 1 as specified in 2.2.1.1.1.5.7.1.

5  If the multiplex option in use is 0x2, the multiplex sublayer shall use the supplied 20
6  ms data blocks to form a MuxPDU Type 2, as specified in 2.2.1.1.1.5. If coexistence
7  mode is in effect, the multiplex sublayer shall use the supplied 20 ms data blocks to
8  form a MuxPDU Type 2 as specified in 2.2.1.1.1.5.7.1.

9  If the multiplex option in use is 0x1301 or 0x1305 or 0x1302 or 0x1306, the multiplex
10 sublayer shall assemble a 20 ms Physical Layer DCCH SDU by requesting 20 ms data
11 blocks from signaling and all DCCH-mapped logical channels, according to the relative
12 priority of each, until enough data blocks have been supplied to form the number of
13 MuxPDUs needed to fill the DCCH SDU, or all DCCH-mapped logical channels have
14 supplied all available data blocks.  The multiplex sublayer shall use each supplied non-
15 Blank data block to form a MuxPDU Type 7, as specified in 2.2.1.1.1.5. The multiplex
16 sublayer shall insert the MuxPDUs serially into the DCCH SDU. If the DCCH SDU is not
17 completely filled, then the multiplex sublayer shall insert one Fill MuxPDU containing a
18 data block filled with '0' bits of sufficient size to completely fill the DCCH SDU. The
19 multiplex sublayer shall not combine a 5 ms data block with any 20 ms data block in
20 the same MuxPDU.

21 To assemble a 5 ms Physical Layer DCCH SDU, the multiplex sublayer shall use a 5 ms
22 data block from signaling to form a MuxPDU Type 4, as specified in 2.2.1.1.1.5.

23 If, at the beginning of a 20 ms interval, signaling supplies a 20 ms Blank data block,
24 and all other DCCH-mapped logical channels supply either a 20 ms Blank data block or
25 an idle category 20 ms data block,[12] the multiplex sublayer shall assemble a 20 ms
26 DCCH SDU by creating a Null MuxPDU.

27 The multiplex sublayer shall deliver the assembled Physical Layer DCCH SDU or SDUs
28 to the Physical Layer using the PHY-DCCH.Request service interface primitive in
29 accordance with 2.2.1.1.1.7.2.

30 **2.2.1.1.1.3.3     Assembling the Physical Layer SCCH SDU**

31 **2.2.1.1.1.3.3.1     Mode A**
32 For each SCCH physical channel that has been assigned, the multiplex sublayer shall
33 assemble a Physical Layer SCCH SDU every 20 ms. The multiplex sublayer shall form a
34 MuxPDU using a single data block from a connected service, requesting the data block
35 from each connected service in order of the relative priority of each connected service.

36 If all connected services supply Blank data blocks, the multiplex sublayer shall create a
37 Null MuxPDU.

38 If a connected service supplies a non-Blank data block and if the SCCH is used with
39 Rate Set 1, the multiplex sublayer shall use the supplied data block to form a MuxPDU
40 Type 1, as specified in 2.2.1.1.1.5.

41 If a connected service supplies a non-Blank data block and if the SCCH is used with
42 Rate Set 2, the multiplex sublayer shall use the supplied data block to form a MuxPDU
43 Type 2, as specified in 2.2.1.1.1.5.

---

[12] A data service option may indicate a data block's category when it supplies the data
block to the multiplex sublayer.

1  The multiplex sublayer shall deliver the assembled Physical Layer SCCH SDU to the
2  Physical Layer using the PHY-SCCH.Request service interface primitive in accordance
3  with 2.2.1.1.1.7.3.

4  **2.2.1.1.1.3.3.2   Procedures for Adding and Dropping R-SCCHs**

5  Whenever the multiplex sublayer is delivering MuxPDUs of Type 1 or 2 for $i$ R-SCCHs,
6  the multiplex sublayer shall deliver a MuxPDU of Type 1 or 2 for each R-SCCH with
7  code channel indices 1 to $i$. If the multiplex sublayer reduces the number of R-SCCHs
8  on which it is delivering MuxPDUs of Type 1 or 2 (e.g., due to transmitter power
9  limitations, lack of data to transmit, or when fewer R-SCCHs are allocated), the
10 multiplex sublayer shall discontinue delivering MuxPDUs of Type 1 or 2 to the Physical
11 Layer for R-SCCHs with the highest code channel indices first.

12 If REV_DTX_DURATION$_S$ is not equal to '1111' and the multiplex sublayer stops
13 delivering MuxPDUs of Type 1 or 2 to the Physical Layer for an R-SCCH for a period of
14 time longer than REV_DTX_DURATION$_S$ × 20 ms, then the multiplex sublayer shall not
15 resume delivering MuxPDUs of Type 1 or 2 to the Physical Layer for that R-SCCH until
16 that R-SCCH is re-allocated. Similarly, if the multiplex sublayer increases the number
17 of MuxPDUs of Type 1 or 2 that are sent to the Physical Layer for R-SCCHs that are in
18 use from $j$ to $j + 1$ (e.g., due to resumption of transmission when discontinuous
19 transmission is permitted, or when additional R-SCCHs are allocated), the multiplex
20 sublayer shall begin to deliver MuxPDUs of Type 1 or 2 for an R-SCCH with code
21 channel index $j + 1$ before delivering MuxPDUs of Type 1 or 2 for code channels with
22 any larger index.

23 **2.2.1.1.1.3.3.3   Procedures for the R-SCCH Transmission Preamble**

24 Whenever the multiplex sublayer begins to deliver MuxPDUs of Type 1 or 2 to the
25 Physical Layer for an R-SCCH following one or more Null MuxPDUs for the first time
26 after the allocation of the R-SCCH, the multiplex sublayer shall send a PHY-
27 SCCHPreamble.Request (*num_preamble_frames*) to the Physical Layer with
28 *num_preamble_frames* set to BEGIN_PREAMBLE$_S$.

29 **2.2.1.1.1.3.3.4   Procedures for the R-SCCH Discontinuous Transmission**
30 **                   Preamble**

31 If the currently connected service option permits discontinuous R-SCCH transmission,
32 then the multiplex sublayer may resume delivering MuxPDUs of Type 1 or 2 to the
33 Physical Layer for an R-SCCH following one or more Null MuxPDUs for that R-SCCH.
34 When the multiplex sublayer resumes delivering MuxPDUs of Type 1 or 2 for an
35 R-SCCH, the multiplex sublayer shall indicate to the Physical Layer that the
36 Discontinuous Transmission preamble is to be transmitted on the R-SCCH by sending a
37 PHY-SCCHPreamble.Request (*num_preamble_frames*) to the Physical Layer with
38 *num_preamble_frames* set to RESUME_PREAMBLE$_S$. The multiplex sublayer shall not
39 indicate that the Supplemental Code Channel Discontinuous Transmission preamble is
40 to be transmitted by the Physical Layer when the multiplex sublayer begins to deliver
41 MuxPDUs of Type 1 or 2 for an R-SCCH, following the allocation of that R-SCCH.

1    **2.2.1.1.1.3.4    Assembling the Physical Layer SCH SDU**

2    **2.2.1.1.1.3.4.1    Mode B**

3    For each SCH that has been assigned, the multiplex sublayer shall assemble a Physical
4    Layer SCH SDU every 20 ms, every 40 ms, or every 80 ms according to the SCH frame
5    length configured.  The multiplex sublayer shall form each MuxPDU using a single data
6    block from an SCH-mapped logical channel. The multiplex sublayer shall request data
7    blocks from the SCH-mapped logical channels, according to the relative priority of each
8    logical channel, until enough data blocks have been supplied to form the number of
9    MuxPDUs needed to fill the SCH SDU, or until all SCH-mapped logical channels have
10   supplied all available data blocks. The multiplex sublayer shall indicate the multiplex
11   option in use and the SCH rate when it requests data blocks from the SCH-mapped
12   logical channels.

13   If all SCH-mapped logical channels supply a Blank data block, the multiplex sublayer
14   shall create a single Null MuxPDU and shall consider assembly of this Physical Layer
15   SCH SDU completed.

16   If the SCH multiplex option in use is 0x3, the multiplex sublayer shall use the supplied
17   non-Blank data block to form a MuxPDU Type 1, as specified in 2.2.1.1.5.

18   If the SCH multiplex option in use is 0x4, the multiplex sublayer shall use the supplied
19   non-Blank data block to form a MuxPDU Type 2, as specified in 2.2.1.1.5.

20   If the SCH multiplex option in use is 0x809, 0x80a, 0x811, 0x812, 0x821, 0x822,
21   0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921, or 0x922, the multiplex sublayer
22   shall use each supplied non-Blank data block to form a MuxPDU Type 3.  If the SCH
23   multiplex option in use is 0xf20, the multiplex sublayer shall use each supplied non-
24   Blank data block to form a MuxPDU Type 5.  The multiplex sublayer shall form these
25   MuxPDUs as specified in 2.2.1.1.5.

26   If the Physical Layer uses convolutional coding for the SCH during transmission of the
27   Physical Layer frame containing the SDU, and if any of the following conditions is true,
28   the multiplex sublayer shall assemble the Physical Layer SCH SDU using LTUs,
29   according to 2.2.1.1.1.3.4.1.1:

30   • the SCH multiplex option in use is 0x809, 0x80a, 0x811, 0x812, 0x821, 0x822,
31      0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921, or 0x922 and Table 2-18
32      indicates a non-zero number of LTUs in the SDU corresponding to the number of
33      bits per SDU for the multiplex option in use;

34   • the SCH multiplex option in use is 0xf20, and there is no entry in the LTU Table
35      corresponding to the number of bits in the Physical Layer SDU for the current
36      supplemental channel assignment, and the number of bits in the Physical Layer
37      SDU for the current supplemental channel assignment has a corresponding entry in
38      Table 2-18 with a non-zero number of LTUs in the SDU; or

39   • the SCH multiplex option in use is 0xf20 and there is an entry in the LTU Table
40      entry corresponding to the number of bits in the Physical Layer SDU for the current
41      supplemental channel assignment and the number of LTUs in the corresponding
42      LTU Table entry is non-zero.

43   Otherwise, the multiplex sublayer shall insert the MuxPDUs serially into the Physical
44   Layer SCH SDU. If the number of inserted MuxPDUs is less than the number of
45   MuxPDUs required by the multiplex option for the SCH then the multiplex sublayer
46   shall insert one Fill MuxPDU containing a data block of the size indicated by the
47   multiplex option associated with the SCH, filled with '0' bits. The multiplex sublayer
48   shall fill any remaining space in the SCH SDU with '0' bits.

1    The multiplex sublayer shall deliver the assembled Physical Layer SCH SDU to the
2    Physical Layer using the PHY-SCH.Request service interface primitive in accordance
3    with 2.2.1.1.1.7.4.

1    **2.2.1.1.1.3.4.1.1       LTU Assembly**

2    The multiplex sublayer shall determine the number of LTUs into which Type 3
3    MuxPDUs are combined, based upon the Physical Layer SDU size, according to Table
4    2-18.  Each LTU shall contain a 16-bit CRC and either 2 MuxPDUs that contain a single
5    size non-Blank data block or 1 MuxPDU that contains a double size non-Blank data
6    block.  The size of each LTU that contains Type 3 MuxPDUs is 368 bits if the SCH
7    Physical Layer SDU size is 744, 1512, or 3048 bits.  The size of each LTU that contains
8    Type 3 MuxPDUs is 560 bits if the SCH Physical Layer SDU size is 1128, 2280, or 4584
9    bits.

10   The multiplex sublayer shall combine Type 5 MuxPDUs into LTUs of a size that is
11   determined as follows:

12   •    If there is an entry in the LTU Table corresponding to the number of bits in the
13        Physical Layer SDU for the current supplemental channel assignment, let $l$ be the
14        number of LTUs indicated in the corresponding LTU Table entry;

15   •    Otherwise, let $l$ be the number of LTUs in the SDU in the entry in Table 2-18
16        corresponding to the number of bits in the Physical Layer SDU for the current
17        supplemental channel assignment.

18   The number of bits in each LTU shall be determined as follows:

19   $$\text{LTU Size} = \lfloor ((\text{SDU length in bits}) \,/\, 8) \,/\, l \rfloor \times 8 \text{ bits}$$

20   Each LTU shall contain a 16-bit CRC and at least 1 MuxPDU that contains a non-Blank
21   data block.

22   If there are not enough supplied MuxPDUs to fill every LTU in the Physical Layer SCH
23   SDU, the multiplex sublayer shall insert enough Fill MuxPDUs into each LTU that is
24   not full, in order to fill the LTU. If the SCH multiplex option in use is 0x809, 0x80a,
25   0x811, 0x812, 0x821, 0x822, 0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921, or
26   0x922, each Fill MuxPDU shall contain a data block filled with '0' bits, of the size
27   indicated by the multiplex option associated with the SCH. If the SCH multiplex option
28   in use is 0xf20, each Fill MuxPDU shall contain a data block filled with '0' bits, of the
29   size needed to fill the LTU. The multiplex sublayer shall calculate a 16-bit CRC on all
30   bits in the LTU, except the CRC, and shall insert the CRC following the MuxPDUs in the
31   LTU. The CRC shall be calculated using the procedure used to calculate the 16-bit SCH
32   frame quality indicator. The multiplex sublayer shall insert the LTUs serially into the
33   Physical Layer SCH SDU and shall fill any remaining space in the Physical Layer SCH
34   SDU with '0' bits.

1          **Table 2-18.  Default Number of LTUs in an SCH Physical Layer SDU.**

| Number of bits per SDU | Number of LTUs in the SDU |
|---|---|
| 172 | 0 |
| 360 | 0 |
| 744 | 2 |
| 1512 | 4 |
| 3048 | 8 |
| 6120 | 8 |
| 12264 | 8 |
| 267 | 0 |
| 552 | 0 |
| 1128 | 2 |
| 2280 | 4 |
| 4584 | 8 |
| 9192 | 8 |
| 20712 | 8 |

2   **2.2.1.1.1.3.4.2    Procedures for Discontinuous Transmission (DTX) on the R-SCH**

3   If REV_SCH_DTX_DURATION$_S$ is not equal to '1111' and the multiplex sublayer delivers
4   consecutive Null MuxPDUs to the Physical Layer for a period of time longer than
5   REV_SCH_DTX_DURATION$_S$ $\times$ 20 ms, then the multiplex sublayer shall not resume
6   delivering MuxPDUs of Type 1, 2, 3, or 5 to the Physical Layer for that R-SCH until the
7   R-SCH is re-allocated by the base station.

8   If REV_SCH_DTX_DURATION$_S$ is equal to '1111', the multiplex sublayer may resume
9   delivering MuxPDUs of Type 1, 2, 3, or 5 to the Physical Layer for the R-SCH at any
10  time that the R-SCH is allocated.

11  **2.2.1.1.1.3.5       Assembling the Physical Layer F-SCH Outer Code SDU**

12  For each SCH that has been assigned and for which outer block coding is being used,
13  the multiplex sublayer may transmit an SCH Outer Code SDU at the System Time
14  boundary (20 $\times$ $n$ ms), where $n$ is the parameter in the ($n$, $k$) outer block code that is
15  configured for the F-SCH.  To assemble an SCH Outer Code SDU for transmission, the
16  multiplex sublayer shall concatenate $k$ consecutive Physical Layer SCH SDUs by
17  repeating the following prodedure $k$ times, where $k$ is the parameter in the ($n$, $k$) outer
18  block code that is configured for the F-SCH:

19  •   Assemble a Physical Layer SCH SDU at the System Time boundary (20 ms) in
20      accordance with 2.2.1.1.1.3.4.

21  •   If the Physical Layer SCH SDU is a Null MuxPDU, replace the Null MuxPDU with a
22      Fill MuxPDU that fills up the whole Physical Layer SCH SDU.

23  •   Concatenate the Physical Layer SCH SDU to the end of the SCH Outer Code SDU
24      being assembled.

1   To transmit the assembled SCH Outer Code SDU, the multiplex sublayer shall deliver
2   the SCH Outer Code SDU to the Physical Layer using the PHY-SCHOuterCode.Request
3   primitive in accordance with 2.2.1.1.1.7.9.


4   **2.2.1.1.1.3.6      Base Station Assembly of the PDCHCF SDU**


5   **2.2.1.1.1.3.6.1      Mode B**

6   When the base station multiplex sublayer receives an FPDCH-
7   Availability.Indication(*sdu_size*), it shall assemble a PDCHCF SDU.  The multiplex
8   sublayer shall form each MuxPDU using a single data block from an F-PDCH-mapped
9   logical channel.[13] The multiplex sublayer shall request data blocks from the F-
10  PDCH-mapped logical channels, according to the relative priority of each logical
11  channel, until enough data blocks have been supplied to form the number of MuxPDUs
12  needed to fill the PDCHCF SDU, or all F-PDCH-mapped logical channels have supplied
13  all available data blocks.  The multiplex sublayer shall indicate the multiplex option(s)
14  in use and the PDCHCF SDU size when it requests data blocks from the F-PDCH-
15  mapped logical channels.[14]

16  If the size of a supplied data block matches one of the valid non-zero data block sizes
17  listed in Table 2-35, and if the F-PDCH-mapped logical channel indicates the supplied
18  data block is either a 5 ms data block or is formatted according to multiplex option 0x1
19  or 0x2, the multiplex sublayer shall create an encapsulated MuxPDU using the
20  following procedure:

21      1.   The multiplex sublayer shall use the supplied data block to form the MuxPDU
22           Type indicated in Table 2-35, according to 2.2.1.1.1.5.

23      2.   The multiplex sublayer shall use the formed MuxPDU as a data block and create
24           a MuxPDU Type 5 according to Table 2-34, and also according to the following:

25      •    The Extension Indicator shall be set to '1' and a MuxPDU Type 5 Extension
26           Header and Encapsulation Header shall be included (see Table 2-34).

27      •    The Length Indicator shall be set to '00'.

28      •    The Extension Type in the Extension Header shall be set to '01'.

29      •    The Encapsulated MuxPDU Type in the Encapsulation Header (see Table
30           2-33) shall be set to '01' if the formed MuxPDU is a MuxPDU Type 1, or to
31           '10' if the formed MuxPDU is a MuxPDU Type 2, or to '11' if the formed
32           MuxPDU is a MuxPDU Type 4.

33      •    The Encapsulated MuxPDU Size in the Encapsulation Header (see Table
34           2-33) shall be set to the value matching the Rate in Table 2-35
35           corresponding to the number of bits in the supplied data block.

36  If the multiplex sublayer does not use the supplied data block to create an encapsulated
37  MuxPDU, it shall use the non-Blank data block to form a MuxPDU Type 5.  The
38  multiplex sublayer shall form this MuxPDU as specified in 2.2.1.1.1.5.

---

[13] When signaling is mapped to the F-PDCH, it is treated as any other F-PDCH-mapped
logical channel.

[14] The multiplex sublayer may indicate support for multiple multiplex options in use
when it requests data blocks from an F-PDCH-mapped logical channel. This allows the
logical channel the flexibility to supply data blocks formatted for any of the multiplex
options in use.

1 The multiplex sublayer shall insert the MuxPDUs serially into the PDCHCF SDU. If the
2 PDCHCF SDU is not completely filled, then the multiplex sublayer shall insert one or
3 more Fill MuxPDUs containing data blocks filled with '0' bits of sufficient size to
4 completely fill the PDCHCF SDU.

5 The multiplex sublayer shall deliver the assembled PDCHCF SDU to the FPDCHCF
6 using the FPDCH-Data.Request(*mux_sdu*) service interface primitive in accordance with
7 2.2.1.2.10.1.3.

8 **2.2.1.1.1.3.7    Mobile Station Assembly of the PDCHCF SDU**

9 **2.2.1.1.1.3.7.1    Mode B**

10 When the mobile station multiplex sublayer receives an RPDCH-
11 Availability.Indication(*sdu_size*, *sys_time*), it shall assemble a PDCHCF SDU.

12 If the *sdu_size* is equal to 172, the mobile station shall perform the following:

13 • If the multiplex option in use is 0x1, the multiplex sublayer shall perform the
14   following:

15 – The multiplex sublayer shall assemble the PDCHCF SDU by combining available
16   data blocks from signaling and all R-PDCH-mapped logical channels, according
17   to the relative priority of each, to form a MuxPDU.

18 – If signaling and all R-PDCH-mapped logical channels supply a Blank data block,
19   the multiplex sublayer shall create a Null MuxPDU and shall consider assembly
20   of the PDCHCF SDU complete.

21 – If coexistence mode is not in effect, the multiplex sublayer shall use the supplied
22   data blocks to form a MuxPDU Type 1, as specified in 2.2.1.1.1.5.

23 – If coexistence mode is in effect, the multiplex sublayer shall use the supplied
24   data blocks to form a MuxPDU Type 1 as specified in 2.2.1.1.1.5.7.1

25 – The multiplex sublayer shall insert the MuxPDU Type 1 into the PDCHCF SDU
26   and consider assembly of this PDCHCF SDU complete.

27 • If the multiplex option in use is 0x1301 or 0x1305, the multiplex sublayer shall
28   perform the following:

29 – The multiplex sublayer shall form each MuxPDU using a single data block from
30   an R-PDCH-mapped logical channel.[15] The multiplex sublayer shall request data
31   blocks from the R-PDCH -mapped logical channels, according to the relative
32   priority of each logical channel, until enough data blocks have been supplied to
33   form the number of MuxPDUs needed to fill the PDCHCF SDU, or all
34   R-PDCH-mapped logical channels have supplied all available data blocks.

35 – If all R-PDCH-mapped logical channels supply a Blank data block, the multiplex
36   sublayer shall create a Null MuxPDU and shall consider assembly of the
37   PDCHCF SDU complete.

38 – The multiplex sublayer shall use the non-Blank data block to form a MuxPDU
39   Type 7.  The multiplex sublayer shall form this MuxPDU as specified in
40   2.2.1.1.1.5.

---

[15] When signaling is mapped to the R-PDCH, it is treated as any other R-PDCH-mapped
logical channel.

1      –   The multiplex sublayer shall insert the MuxPDUs serially into the PDCHCF SDU.
2          If the PDCHCF SDU is not completely filled, then the multiplex sublayer shall
3          insert one Fill MuxPDU containing a data block filled with '0' bits of sufficient
4          size to completely fill the PDCHCF SDU.

5      –   The multiplex sublayer shall consider assembly of this PDCHCF SDU complete.

6    If the *sdu_size* is greater than 172, the mobile station shall perform the following:

7      •   The multiplex sublayer shall form each MuxPDU using a single data block from an
8          R-PDCH-mapped logical channel.[15] The multiplex sublayer shall request data blocks
9          from the R-PDCH-mapped logical channels, according to the relative priority of each
10          logical channel, until enough data blocks have been supplied to form the number of
11          MuxPDUs needed to fill the PDCHCF SDU, or all R-PDCH-mapped logical channels
12          have supplied all available data blocks.  The multiplex sublayer shall indicate the
13          multiplex option(s) in use and the PDCHCF SDU size when it requests data blocks
14          from the R-PDCH-mapped logical channels.[16]

15      •   If all R-PDCH-mapped logical channels supply a Blank data block, the multiplex
16          sublayer shall create a Null MuxPDU and shall consider assembly of the PDCHCF
17          SDU complete.

18      •   If the size of a supplied data block matches one of the valid non-zero data block
19          sizes listed in Table 2-35, and if the R-PDCH-mapped logical channel indicates the
20          supplied data block is either a 5 ms data block or is formatted according to
21          multiplex option 0x1 or 0x2, the multiplex sublayer shall create an encapsulated
22          MuxPDU using the following procedure:

23      –   The multiplex sublayer shall use the supplied data block to form the MuxPDU
24          Type indicated in Table 2-35, according to 2.2.1.1.1.5.

25      –   The multiplex sublayer shall use the formed MuxPDU as a data block and create
26          a MuxPDU Type 5 according to Table 2-34, and also according to the following:

27          +   The Extension Indicator shall be set to '1' and a MuxPDU Type 5
28               Extension Header and Encapsulation Header shall be included (see Table
29               2-34).

30          +   The Length Indicator shall be set to '00'.

31          +   The Extension Type in the Extension Header shall be set to '01'.

32          +   The Encapsulated MuxPDU Type in the Encapsulation Header (see Table
33               2-33) shall be set to '01' if the formed MuxPDU is a MuxPDU Type 1, or
34               to '10' if the formed MuxPDU is a MuxPDU Type 2, or to '11' if the formed
35               MuxPDU is a MuxPDU Type 4.

36          +   The Encapsulated MuxPDU Size in the Encapsulation Header (see Table
37               2-33) shall be set to the value matching the Rate in Table 2-35
38               corresponding to the number of bits in the supplied data block.

39      •   If the multiplex sublayer does not use the supplied data block to create an
40          encapsulated MuxPDU, it shall use the non-Blank data block to form a MuxPDU
41          Type 5.  The multiplex sublayer shall form this MuxPDU as specified in 2.2.1.1.1.5.

---

[16] The multiplex sublayer may indicate support for multiple multiplex options in use
when it requests data blocks from a R-PDCH-mapped logical channel. This allows the
logical channel the flexibility to supply data blocks formatted for any of the multiplex
options in use.

1 • The multiplex sublayer shall insert the MuxPDUs serially into the PDCHCF SDU. If
2 the PDCHCF SDU is not completely filled, then the multiplex sublayer shall insert
3 one Fill MuxPDU containing a data block filled with '0' bits of sufficient size to
4 completely fill the PDCHCF SDU.

5 • The multiplex sublayer shall consider assembly of this PDCHCF SDU complete.

6 When assembly of the PDCHCF SDU is complete, the multiplex sublayer shall deliver
7 the assembled PDCHCF SDU to the RPDCHCF using the RPDCH-
8 Data.Request(*mux_sdu*, *sys_time*) service interface primitive in accordance with
9 2.2.1.1.1.9.2.
10

1   **2.2.1.1.1.4          Multiplex Sublayer Receiving Function**

2   The Physical Layer delivers a Physical Layer SDU to the multiplex sublayer using a
3   physical channel specific *Receive Indication* service interface operation.

4   The mobile station's multiplex sublayer shall categorize each MuxPDU in each received
5   Physical Layer SDU and shall supply the category when it delivers a data block from the
6   SDU to the logical channel.  Table 2-19 lists the categories associated with each
7   MuxPDU Type 1 that may be received on the FCH or DCCH; Table 2-19 also lists the
8   categories associated with each MuxPDU Type 1 that may be received on the F-PDCH or
9   R-PDCH if the size of the Physical Layer SDU is 384 bits or larger.  Table 2-25 lists the
10  categories associated with each MuxPDU Type 1 that may be received on the R-PDCH if
11  the size of the Physical Layer SDU is 172 bits.  Table 2-20 lists the categories associated
12  with each MuxPDU Type 2 that may be received on the FCH or DCCH; Table 2-20 also
13  lists the categories associated with each MuxPDU Type 2 that may be received on the F-
14  PDCH or R-PDCH if the size of the Physical Layer SDU is 384 bits or larger.  Table 2-21
15  lists the categories associated with each MuxPDU Type 4 that may be received on the
16  FCH or DCCH; Table 2-21 also lists the categories associated with each MuxPDU Type 4
17  that may be received on the F-PDCH or R-PDCH if the size of the Physical Layer SDU is
18  384 bits or larger.  Table 2-22 lists the categories associated with MuxPDU Type 6 that
19  may be received on the FCH and DCCH.  Table 2-23 lists the categories associated with
20  each MuxPDU Type 7 that may be received on the FCH or DCCH.  Table 2-23 also lists
21  the categories associated with each MuxPDU Type 7 that may be received on the R-
22  PDCH if the size of the Physical Layer SDU is 172 bits.

23  Table 2-24 lists the categories associated with each MuxPDU Type 1 that may be
24  received on an SCCH or an SCH operating with a size (in bits) of the Physical Layer SDU
25  for the current SCCH or SCH assignment equal to 172 bits.  Table 2-26 lists the
26  categories associated with each MuxPDU Type 2 that may be received on an SCCH or
27  an SCH operating with a size (in bits) of the Physical Layer SDU for the current SCCH
28  or SCH assignment equal to 267 bits.  Table 2-27 lists the categories associated with
29  each MuxPDU Type 3 that may be received on an SCH SDU which contains 360 or more
30  bits.  Table 2-28 lists the categories associated with MuxPDU Type 5 that may be
31  received on an SCH or an F-PDCH or an R-PDCH.

1   **Table 2-19.   Received MuxPDU Type 1 Categories and Formats for the FCH,**
2   **DCCH and PDCH (F-PDCH and R-PDCH).**

| Category | MuxPDU Header or Frame Description | | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | Secondary Traffic (bits/block) | Applies to: | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Traffic Type (TT) | Traffic Mode (TM) | | | | F C H | D C C H | P D C H |
| 1 | '0' | – | – | 171 | 0 | 0 | Y | Y | Y |
| 2 | '1' | '0' | '00' | 80 | 88 | 0 | Y | Y | N |
| 3 | '1' | '0' | '01' | 40 | 128 | 0 | Y | Y | N |
| 4 | '1' | '0' | '10' | 16 | 152 | 0 | Y | Y | N |
| 5 | '1' | '0' | '11' | 0 | 168 | 0 | Y | Y | Y |
| 6 | – | – | – | 80 | 0 | 0 | Y | N | Y |
| 7 | – | – | – | 40 | 0 | 0 | Y | N | Y |
| 8 | – | – | – | 16 | 0 | 0 | Y | N | Y |
| 9 | 9600 bps Physical Layer frame with insufficient Physical Layer frame quality [17] | | | 0 | 0 | 0 | Y | Y | N |
| 10 | Insufficient Physical Layer frame quality[18] | | | 0 | 0 | 0 | Y | Y | N |
| 11 | '1' | '1' | '00' | 80 | 0 | 88 | Y | Y | N |
| 12 | '1' | '1' | '01' | 40 | 0 | 128 | Y | Y | N |
| 13 | '1' | '1' | '10' | 16 | 0 | 152 | Y | Y | N |
| 14 | '1' | '1' | '11' | 0 | 0 | 168 | Y | Y | Y |
| 15 | Null Physical Layer frame | | | 0 | 0 | 0 | N | Y | N |

[17] This category is used when the Physical Layer frame quality is insufficient, but other parameters indicate a 9600 bps frame has been received.

[18] This category is used when the Physical Layer frame's bit rate cannot be determined or when the error does not belong to category 9.

1    **Table 2-20.  Received MuxPDU Type 2 Categories and Formats for the FCH**
2                  **DCCH, and PDCH (F-PDCH and R-PDCH)**

| Category | MuxPDU Header or Frame Description | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | Secondary Traffic (bits/bloc k) | Applies to | | |
|---|---|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Frame Mode (FM) | | | | F C H | D C C H | P D C H |
| 1 | '0' | – | 266 | 0 | 0 | Y | Y | Y |
| 2 | '1' | '0000' | 124 | 138 | 0 | Y | Y | N |
| 3 | '1' | '0001' | 54 | 208 | 0 | Y | Y | N |
| 4 | '1' | '0010' | 20 | 242 | 0 | Y | Y | N |
| 5 | '1' | '0011' | 0 | 262 | 0 | Y | Y | Y |
| 6 | '1' | '0100' | 124 | 0 | 138 | Y | Y | N |
| 7 | '1' | '0101' | 54 | 0 | 208 | Y | Y | N |
| 8 | '1' | '0110' | 20 | 0 | 242 | Y | Y | N |
| 9 | '1' | '0111' | 0 | 0 | 262 | Y | Y | Y |
| 10 | '1' | '1000' | 20 | 222 | 20 | Y | Y | N |
| 11 | '0' | – | 124 | 0 | 0 | Y | N | Y |
| 12 | '1' | '000' | 54 | 67 | 0 | Y | N | N |
| 13 | '1' | '001' | 20 | 101 | 0 | Y | N | N |
| 14 | '1' | '010' | 0 | 121 | 0 | Y | N | Y |
| 15 | '1' | '011' | 54 | 0 | 67 | Y | N | N |
| 16 | '1' | '100' | 20 | 0 | 101 | Y | N | N |
| 17 | '1' | '101' | 0 | 0 | 121 | Y | N | Y |
| 18 | '1' | '110' | 20 | 81 | 20 | Y | N | N |
| 19 | '0' | – | 54 | 0 | 0 | Y | N | Y |
| 20 | '1' | '00' | 20 | 32 | 0 | Y | N | N |
| 21 | '1' | '01' | 0 | 52 | 0 | Y | N | Y |
| 22 | '1' | '10' | 20 | 0 | 32 | Y | N | N |
| 23 | '1' | '11' | 0 | 0 | 52 | Y | N | Y |
| 24 | '0' | – | 20 | 0 | 0 | Y | N | Y |
| 25 | '1' | – | 0 | 0 | 20 | Y | N | Y |
| 26 | Insufficient Physical Layer frame quality[19] | | 0 | 0 | 0 | Y | Y | N |
| 27 | Null Physical Layer frame | | 0 | 0 | 0 | N | Y | N |

3

[19] This category is used when the Physical Layer frame's bit rate cannot be determined or when errors are detected.

2-49

1

2    **Table 2-21.  Received MuxPDU Type 4 Categories and Formats for the FCH,**
3    **DCCH and PDCH (F-PDCH and R-PDCH)**

| Category | MuxPDU Header or Frame Description | Signaling Traffic (bits/ block) | Applies to | | |
|---|---|---|---|---|---|
| | | | FCH | DCCH | PDCH |
| 1 | - | 24 | Y | Y | Y |
| 2 | Insufficient Physical Layer frame quality | 0 | Y | Y | N |

4

5    **Table 2-22.  Received MuxPDU Type 6 Categories and Formats for the FCH and**
6    **DCCH.**

| | MuxPDU Header or Frame Description | | Applies to | |
|---|---|---|---|---|
| Category | Frame Format | Traffic for each service (bits/ block) | FCH | DCCH |
| 1 | Insufficient Physical Layer frame quality[20] | 0 | Y | Y |
| 2 | Null Physical Layer frame | 0 | N | Y |

---

[20] This category is used when the Physical Layer frame's bit rate cannot be determined or when errors are detected.

> The rest of the entries are specified in the following partition tables:
>
> - PART_TAB$_S$ [FFCH_PART_TAB_ID$_S$] if the multiplex sublayer is receiving MuxPDUs on the FCH for forward operation.
>
> - PART_TAB$_S$ [RFCH_PART_TAB_ID$_S$] if the multiplex sublayer is receiving MuxPDUs on the FCH for reverse operation.
>
> - PART_TAB$_S$ [FDCCH_PART_TAB_ID$_S$] if the multiplex sublayer is receiving MuxPDUs on the DCCH for forward operation.
>
> - PART_TAB$_S$ [RDCCH_PART_TAB_ID$_S$] if the multiplex sublayer is receiving MuxPDUs on the DCCH for reverse operation.

**Table 2-23.  Received MuxPDU Type 7 Categories and Formats for the FCH and DCCH and for the R-PDCH for a 172-bit Physical Layer SDU**

| Category | MuxPDU Header or Frame Description | | | Traffic (bits/ block) |
|---|---|---|---|---|
| | sr_id | Length Indicator | Length | |
| 1 | Insufficient Physical Layer frame quality | | | 0 |
| 2 | '000'-'111' | 1 bit | 0 or 4 bits | Variable |

**Table 2-24.  Received MuxPDU Type 1 Categories and Formats for the SCCH and for the SCH.**

| Category | MuxPDU Header or Frame Description | | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | Secondary Traffic (bits/block) |
|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Traffic Type (TT) | Traffic Mode (TM) | | | |
| 1 | '0' | – | – | 171 | 0 | 0 |
| 2 | '1' | '1' | '11' | 0 | 0 | 168 |
| 3 | Insufficient Physical Layer frame quality | | | 0 | 0 | 0 |

TIA-2000.3-D-1

1
2
3   **Table 2-25.   Received MuxPDU Type 1 Categories for the R-PDCH for a 172-bit**
4                             **Physical Layer SDU**

| Category | MuxPDU Header or Frame Description | | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | MuxPDU Type 7 (bits/block) |
|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Traffic Type (TT) | Traffic Mode (TM) | | | |
| 1 | '0' | – | – | 171 | 0 | 0 |
| 2 | '1' | '0' | '00' | 80 | 88 | 0 |
| 3 | '1' | '0' | '01' | 40 | 128 | 0 |
| 4 | '1' | '0' | '10' | 16 | 152 | 0 |
| 5 | '1' | '0' | '11' | 0 | 168 | 0 |
| 9 | 9600 bps Physical Layer frame with insufficient Physical Layer frame quality [21] | | | 0 | 0 | 0 |
| 10 | Insufficient Physical Layer frame quality [22] | | | 0 | 0 | 0 |
| 11 | '1' | '1' | '00' | 80 | 0 | 88 |
| 12 | '1' | '1' | '01' | 40 | 0 | 128 |
| 13 | '1' | '1' | '10' | 16 | 0 | 152 |
| 14 | '1' | '1' | '11' | 0 | 0 | 168 |
| 15 | Null Physical Layer frame | | | 0 | 0 | 0 |

5

---

[21] This category is used when the Physical Layer frame quality is insufficient, but other parameters indicate a 9600 bps frame has been received.

[22] This category is used when the Physical Layer frame's bit rate cannot be determined or when the error does not belong to category 9.

1  **Table 2-26.  Received MuxPDU Type 2 Categories and Formats for the SCCH**
2  **and for the SCH**

| Category | MuxPDU Header or Frame Description | | Primary Traffic (bits/block) | Signaling Traffic (bits/block) | Secondary Traffic (bits/block) |
|---|---|---|---|---|---|
| | Mixed Mode (MM) | Frame Mode (FM) | | | |
| 1 | '0' | – | 266 | 0 | 0 |
| 2 | '1' | '0111' | 0 | 0 | 262 |
| 3 | Insufficient Physical Layer frame quality | | 0 | 0 | 0 |

3  **Table 2-27.  Received MuxPDU Type 3 Categories and Formats for the SCH**

| Category | Frame Description or MuxPDU Header | | Traffic (bits/block) | R S 1 | R S 2 |
|---|---|---|---|---|---|
| | sr_id | Reserved | | | |
| 4 | '001'-'110' | '000' | 170 | X | |
| | | | 266 | | X |
| 4 | '111' | '000' | 0 | | |
| 5 | '001'-'110' | '000' | 346 | X | |
| | | | 538 | | X |
| 5 | '111' | '000' | 0 | | |
| 3 | Insufficient Physical Layer frame quality | | 0 | X | X |

4

5  **Table 2-28.  Received MuxPDU Type 5 Categories and Formats for the SCH and**
6  **F-PDCH and R-PDCH.**

| Category | MuxPDU Header | | | | Traffic (bits/block) |
|---|---|---|---|---|---|
| | sr_id | Extension Indicator | Length Indicator | Length | |
| 1 | Insufficient Physical Layer frame quality | | | | 0 |
| 2 | '000'-'111' | 1 bit | 2 bits | 0, 8, or 16 bits | Variable |

7

8  **2.2.1.1.1.4.1     Processing the Received Physical Layer FCH SDU**

9  **2.2.1.1.1.4.1.1     Mode A**

1   | If a<u>n</u> FCH physical channel has been assigned, the Physical Layer delivers a Physical
2     Layer FCH SDU every 20 ms. Each Physical Layer FCH SDU contains at most one
3     MuxPDU.

4     If the Physical Layer indicates the Physical Layer frame's size is 20 ms and the Physical
5     Layer frame's quality is sufficient, the multiplex sublayer shall identify the MuxPDU in
6     the Physical Layer SDU according to the following:

7     •   If the FCH physical channel is used with multiplex option 0x1, the multiplex
8         sublayer shall use Table 2-19 to identify a MuxPDU Type 1 from the set of those
9         allowed for the FCH.

10    •   If the FCH physical channel is used with multiplex option 0x2, the multiplex
11        sublayer shall use Table 2-20 to identify a MuxPDU Type 2 from the set of those
12        allowed for the FCH.

13     If the multiplex sublayer identifies a valid, non-null traffic MuxPDU, it shall deliver the
14     signaling data block to signaling, and deliver each data block for a connected service to
15     that service.

16     The multiplex sublayer shall deliver a Blank data block to signaling and each connected
17     service when any of the following are true:

18    •   The Physical Layer indicates the Physical Layer frame's size is not 20 ms.

19    •   The Physical Layer indicates the Physical Layer frame's quality is insufficient.

20    •   The multiplex sublayer cannot identify the MuxPDU in the Physical Layer SDU, or
21        determines the MuxPDU is invalid.

22    •   The multiplex sublayer determines it has received a null traffic MuxPDU.

23     When the multiplex sublayer delivers a data block to signaling, it shall use the
24     procedures in 2.2.1.1.1.6.

25    **2.2.1.1.1.4.1.2    Mode B**

26     If an FCH physical channel has been assigned, the Physical Layer delivers a Physical
27     Layer FCH SDU at least every 20 ms. Each Physical Layer FCH SDU contains at most
28     one MuxPDU.

29     If the Physical Layer indicates the Physical Layer frame's size is 5 ms and the Physical
30     Layer frame's quality is sufficient, the multiplex sublayer shall identify the MuxPDU in
31     the Physical Layer SDU according to Table 2-21. If the multiplex sublayer identifies a
32     valid MuxPDU Type 4, it shall deliver the signaling data block to signaling.

33     If the Physical Layer indicates the Physical Layer frame's size is 20 ms and the Physical
34     Layer frame's quality is sufficient, the multiplex sublayer shall identify the MuxPDU in
35     the Physical Layer SDU according to the following:

36    •   If the FCH physical channel is used with multiplex option 0x1, the multiplex
37        sublayer shall use Table 2-19 to identify a MuxPDU Type 1 from the set of those
38        allowed for the FCH.

39    •   If the FCH physical channel is used with multiplex option 0x2, the multiplex
40        sublayer shall use Table 2-20 to identify a MuxPDU Type 2 from the set of those
41        allowed for the FCH.

1 • If the FCH physical channel is used with multiplex option 0x704, the multiplex
2    sublayer shall identify a MuxPDU Type 6 from the set of those allowed for the FCH
3    (see 2.2.1.1.1.5.6).

4 • If the FCH physical channel is used with multiplex option 0x1301, 0x1305, 0x1302,
5    or 0x1306, the multiplex sublayer shall use Table 2-36 to identify each MuxPDU
6    Type 7.

7 If the multiplex sublayer identifies a valid, non-null traffic MuxPDU Type 1, Type 2, or
8 Type 6, it shall deliver the signaling data block to signaling and shall deliver each non-
9 signaling data block for an FCH-mapped logical channel to that logical channel.[23]  For
10 each valid, non-Fill MuxPDU Type 7, the multiplex sublayer shall deliver the data block
11 to the FCH-mapped logical channel with a Service Reference matching sr_id in the
12 MuxPDU. If the Physical Layer indicates that the Physical Layer frame's bit rate is less
13 than the negotiated maximum bit rate, the mobile station's multiplex sublayer shall set
14 the multiplex format indicator to the MuxPDU category (e.g., from Table 2-19 or Table
15 2-20), and shall set the category for the MuxPDU to the MuxPDU category associated
16 with a null Physical Layer frame,[24] and shall supply the multiplex format indicator in
17 addition to the category when it delivers a Blank data block to an FCH-mapped logical
18 channel.

19 The multiplex sublayer shall deliver a Blank data block to signaling and to each
20 FCH-mapped logical channel when any one or more of the following is true:

21 • The Physical Layer indicates the Physical Layer frame's size is not 5 ms or 20 ms.

22 • The Physical Layer indicates the Physical Layer frame's quality is insufficient.

23 • The multiplex sublayer cannot identify the MuxPDU in the Physical Layer SDU, or
24    determines the MuxPDU is invalid.

25 • The multiplex sublayer determines it has received a null traffic MuxPDU.

26 When the multiplex sublayer delivers a data block to signaling, it shall use the
27 procedures in 2.2.1.1.1.6.

28 **2.2.1.1.1.4.2       Processing the Received Physical Layer DCCH SDU**

29 **2.2.1.1.1.4.2.1    Mode B**

30 If a DCCH physical channel has been assigned, the Physical Layer delivers a Physical
31 Layer DCCH SDU at least every 20 ms. Each Physical Layer DCCH SDU contains at
32 most one MuxPDU.

33 If the Physical Layer indicates no-frame-received, the multiplex sublayer shall perform
34 the following:

---

[23] If coexistence mode is in effect, a MuxPDU Type 1 or MuxPDU Type 2 can contain a
MuxPDU Type 7 in the space assigned for secondary traffic.

[24] This category indicates that a service had an opportunity to send information but did
not, and may be used by the service to advance retransmission timers.

1 • If PILOT_GATING_USE_RATE is equal to '0', then the multiplex sublayer shall
2 deliver a Blank data block to signaling and to each DCCH-mapped logical channel;
3 the mobile station's multiplex sublayer shall use the null Physical Layer frame
4 category[25] when it delivers a Blank data block to a DCCH-mapped logical channel.

5 • Otherwise, if PILOT_GATING_USE_RATE is not equal to '0', then the multiplex
6 sublayer shall deliver a Blank data block to signaling.

7 If the Physical Layer indicates the Physical Layer frame's size is 5 ms and the Physical
8 Layer frame's quality is sufficient, the multiplex sublayer shall identify the MuxPDU in
9 the Physical Layer SDU according to Table 2-32.  If the multiplex sublayer identifies a
10 valid MuxPDU Type 4, it shall deliver the signaling data block to signaling.

11 If the Physical Layer indicates the Physical Layer frame's size is 20 ms and the Physical
12 Layer frame's quality is sufficient, the multiplex sublayer shall identify the MuxPDU in
13 the Physical Layer SDU according to the following:

14 • If the DCCH physical channel is used with multiplex option 0x1, the multiplex
15 sublayer shall use Table 2-29 to identify a MuxPDU Type 1 from the set of those
16 allowed for the DCCH.

17 • If the DCCH physical channel is used with multiplex option 0x2, the multiplex
18 sublayer shall use Table 2-30 to identify a MuxPDU Type 2 from the set of those
19 allowed for the DCCH.

20 • If the DCCH physical channel is used with multiplex option 0x704, the multiplex
21 sublayer shall identify a MuxPDU Type 6 from the set of those allowed for the DCCH
22 (see 2.2.1.1.1.5.6).

23 • If the DCCH physical channel is used with multiplex option 0x1301, 0x1305,
24 0x1302, or 0x1306, the multiplex sublayer shall use Table 2-36 to identify each
25 MuxPDU Type 7.

26 If the multiplex sublayer identifies a valid, non-null traffic MuxPDU Type 1, Type 2, or
27 Type 6, it shall deliver the signaling data block to signaling, and shall deliver each non-
28 signaling data block for a DCCH-mapped logical channel to that logical channel.[26]  For
29 each valid, non-Fill MuxPDU Type 7, the multiplex sublayer shall deliver the data block
30 to the DCCH-mapped logical channel with a Service Reference matching sr_id in the
31 MuxPDU.

32 The multiplex sublayer shall deliver a Blank data block to signaling when any one or
33 more of the following is true:

34 • The Physical Layer indicates that the Physical Layer frame's size is unknown.

35 • The Physical Layer indicates that the Physical Layer frame's quality is insufficient.

36 • The multiplex sublayer cannot identify the MuxPDU in the Physical Layer SDU, or
37 determines if the MuxPDU is invalid.

38 The multiplex sublayer shall deliver a Blank data block to each DCCH-mapped logical
39 channel when PILOT_GATING_USE_RATE is equal to '0' and any one or more of the
40 following is true:

---

[25] This category indicates that a service had an opportunity to send information but did
not, and may be used by the service to advance retransmission timers.

[26] If coexistence mode is in effect, a MuxPDU Type 1 or MuxPDU Type 2 can contain a
MuxPDU Type 7 in the space assigned for secondary traffic.

1 • The Physical Layer indicates that the Physical Layer frame's size is unknown.

2 • The Physical Layer indicates that the Physical Layer frame's quality is insufficient.

3 • The multiplex sublayer cannot identify the MuxPDU in the Physical Layer SDU, or
4 determines if the MuxPDU is invalid.

5 When the multiplex sublayer delivers a data block to signaling, it shall use the
6 procedures in 2.2.1.1.1.6.

7 **2.2.1.1.1.4.3      Processing the Received Physical Layer SCCH SDU**

8 **2.2.1.1.1.4.3.1     Mode A**

9 For each assigned SCCH physical channel, the Physical Layer delivers a Physical Layer
10 SCCH SDU every 20 ms.  Each Physical Layer SCCH SDU contains at most one
11 MuxPDU.

12 If the Physical Layer indicates the Physical Layer frame's size is 20 ms and the Physical
13 Layer frame's quality is sufficient, the multiplex sublayer shall identify the MuxPDU in
14 the Physical Layer SDU according to the following:

15 • If the SCCH physical channel is used with Rate Set 1, the multiplex sublayer shall
16 use Table 2-24 to identify a MuxPDU Type 1 from the set of those allowed for the
17 SCCH.

18 • If the SCCH physical channel is used with Rate Set 2, the multiplex sublayer shall
19 use Table 2-26 to identify a MuxPDU Type 2 from the set of those allowed for the
20 SCCH.

21 If the multiplex sublayer identifies a valid MuxPDU, it shall deliver each data block for a
22 connected service to that service.

23 The multiplex sublayer shall deliver a Blank data block to each connected service when
24 one or more of the following is true:

25 • The Physical Layer indicates the Physical Layer frame's size is not 20 ms.

26 • The Physical Layer indicates the Physical Layer frame's quality is insufficient.

27 • The multiplex sublayer cannot identify the MuxPDU in the Physical Layer SDU, or it
28 determines that the MuxPDU is invalid.

29 **2.2.1.1.1.4.4      Processing the Received Physical Layer SCH SDU**

30 **2.2.1.1.1.4.4.1     Mode B**

31 For each assigned SCH physical channel, the Physical Layer delivers a Physical Layer
32 SCH SDU every 20 ms, every 40 ms, or every 80 ms according to the SCH frame length
33 configured. Each Physical Layer SCH SDU contains one or more MuxPDUs.

34 The multiplex sublayer shall process the Physical Layer SDU according to
35 2.2.1.1.1.4.4.1.2 when all of the following are true:

36 • the SCH multiplex option in use is greater than 0x10,

37 • the Physical Layer indicates the Physical Layer frame's size is 20 ms, 40 ms, or 80
38 ms,

1   • the Physical Layer used convolutional coding for the SCH during transmission of the
2      Physical Layer frame, and

3   • One of the following is true:

4      – MuxPDU Type 3 is used and Table 2-18 indicates a non-zero number of LTUs,

5      – MuxPDU Type 5 is used and there is no entry in the LTU Table corresponding to
6         the number of bits in the Physical Layer SDU for the current supplemental
7         channel assignment, and the number of bits in the Physical Layer SDU for the
8         current supplemental channel assignment has a corresponding entry in Table
9         2-18 with a non-zero number of LTUs in the SDU; or

10     – MuxPDU Type 5 is used and there is an entry in the LTU Table entry
11        corresponding to the number of bits in the Physical Layer SDU for the current
12        supplemental channel assignment and the number of LTUs in the corresponding
13        LTU Table entry is non-zero.

14  Otherwise, the multiplex sublayer shall process the Physical Layer SDU according to
15  2.2.1.1.1.4.4.1.1.

16  **2.2.1.1.1.4.4.1.1     Non-LTU Processing**

17  If the Physical Layer indicates the Physical Layer frame's size is 20 ms, 40 ms, or 80 ms
18  and the Physical Layer frame's quality is sufficient, the multiplex sublayer shall identify
19  the MuxPDUs in the Physical Layer SDU according to the following:

20  • If the SCH multiplex option in use is 0x3, the multiplex sublayer shall use Table
21     2-24 to identify each MuxPDU Type 1 from the set of those allowed for the SCH.

22  • If the SCH multiplex option in use is 0x4, the multiplex sublayer shall use Table
23     2-26 to identify each MuxPDU Type 2 from the set of those allowed for the SCH.

24  • If the SCH multiplex option in use is 0x809, 0x80a, 0x811, 0x812, 0x821, 0x822,
25     0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921, or 0x922, the multiplex
26     sublayer shall use Table 2-31 to identify each MuxPDU Type 3.

27  • If the SCH multiplex option in use is 0xf20, the multiplex sublayer shall use Table
28     2-33 to identify each MuxPDU Type 5.

29  For each valid MuxPDU Type 1 or MuxPDU Type 2, the multiplex sublayer shall deliver
30  each data block for an SCH-mapped logical channel to that logical channel.  For each
31  valid, non-Fill MuxPDU Type 3 or Type 5, the multiplex sublayer shall deliver the data
32  block to the SCH-mapped logical channel with a Service Reference matching sr_id in the
33  MuxPDU.

34  The multiplex sublayer shall deliver a Blank data block to each SCH-mapped logical
35  channel when one or more of the following is true:

36  • The Physical Layer indicates the Physical Layer frame's size is not 20 ms, 40 ms or
37     80 ms.

38  • The Physical Layer indicates that the Physical Layer frame's quality is insufficient.

39  • The multiplex sublayer cannot identify the MuxPDU in the Physical Layer SDU, or it
40     determines that the MuxPDU is invalid.

1  **2.2.1.1.1.4.4.1.2      LTU Processing**

2  When MuxPDU Type 3 is being used, the multiplex sublayer shall use Table 2-18 to
3  identify the number of LTUs in the Physical Layer SDU.

4  When MuxPDU Type 5 is being used, the multiplex sublayer shall determine the size of
5  the LTU as follows:

6  •   If there is an entry in the LTU Table corresponding to the number of bits in the
7      Physical Layer SDU for the current supplemental channel assignment, let *l* be the
8      number of LTUs indicated in the corresponding LTU Table entry;

9  •   Otherwise, let *l* be the number of LTUs in the SDU in the entry in Table 2-18
10     corresponding to the number of bits in the Physical Layer SDU for the current
11     supplemental channel assignment.

12 The number of bits in each LTU shall be determined as follows:

13              LTU Size = $\lfloor ((\text{SDU length in bits}) / 8) / l \rfloor \times 8$ bits

14 For each LTU, the multiplex sublayer shall identify the MuxPDUs in the LTU according
15 to the following:

16 •   If the Physical Layer indicates that the Physical Layer frame's quality is insufficient
17     and the SCH multiplex option in use is 0x809, 0x80a, 0x811, 0x812, 0x821, 0x822,
18     0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921, or 0x922, the multiplex
19     sublayer shall check the CRC in the LTU. If the CRC in the LTU is incorrect, the
20     multiplex sublayer shall not identify the MuxPDUs in the LTU. If the CRC is correct,
21     the multiplex sublayer shall use Table 2-31 to identify each MuxPDU Type 3 in the
22     LTU.

23 •   If the Physical Layer indicates that the Physical Layer frame's quality is insufficient
24     and the SCH multiplex option in use is 0xf20, the multiplex sublayer shall check
25     the CRC in the LTU. If the CRC in the LTU is incorrect, the multiplex sublayer shall
26     not identify the MuxPDUs in the LTU. If the CRC is correct, the multiplex sublayer
27     shall use Table 2-33 to identify each MuxPDU Type 5 in the LTU.

28 •   If the Physical Layer indicates that the Physical Layer frame's quality is sufficient
29     and the SCH multiplex option in use is 0x809, 0x80a, 0x811, 0x812, 0x821, 0x822,
30     0x905, 0x906, 0x909, 0x90a, 0x911, 0x912, 0x921, or 0x922, the multiplex
31     sublayer shall use Table 2-31 to identify each MuxPDU Type 3 in the LTU.

32 •   If the Physical Layer indicates that the Physical Layer frame's quality is sufficient
33     and the SCH multiplex option in use is 0xf20, the multiplex sublayer shall use
34     Table 2-33 to identify each MuxPDU Type 5 in the LTU.

35 For each valid, non-Fill MuxPDU Type 3 or Type 5, the multiplex sublayer shall deliver
36 the data block to the SCH-mapped logical channel with a Service Reference matching
37 sr_id in the MuxPDU.

38 The multiplex sublayer shall deliver a Blank data block to each SCH-mapped logical
39 channel when one or more of the following is true:

40 •   The Physical Layer indicates the Physical Layer frame's quality is insufficient and
41     there are no LTUs with a correct CRC in the Physical Layer SDU.

42 •   The multiplex sublayer cannot identify any MuxPDU in the Physical Layer SDU, or it
43     determines that all the MuxPDUs are invalid.

1    **2.2.1.1.1.4.5      Mobile Station Processing of the Received PDCHCF SDU**

2    **2.2.1.1.1.4.5.1    Mode B**

3    When the FPDCHCF at the mobile station delivers a PDCHCF SDU to the multiplex
4    sublayer using an FPDCH-Data.Indication(*sdu, frame_duration, num_bits,*
5    *frame_quality*) service interface primitive, the multiplex sublayer shall use Table 2-33
6    and Table 2-34 to identify each MuxPDU Type 5 in the PDCHCF SDU. For each valid,
7    non-Fill MuxPDU Type 5 in the PDCHCF SDU, the multiplex sublayer shall perform the
8    following:

9    • If the Extension Indicator in the MuxPDU Type 5 Header (see Table 2-33) is set to
10        '0', the multiplex sublayer shall deliver the data block to the F-PDCH-mapped logical
11        channel with a Service Reference matching sr_id in the MuxPDU.

12   • If the Extension Indicator in the MuxPDU Type 5 header is set to '1', the Extension
13        Type in the Extension Header (see Table 2-34) is set to '01' and the Length Indicator
14        is set to '00', the multiplex sublayer shall perform the following:

15        – If the Encapsulated MuxPDU Type field in the Encapsulation Header (see Table
16             2-34) is set to '01', the multiplex sublayer shall use the Encapsulated MuxPDU
17             Size field and Table 2-19 to identify the encapsulated MuxPDU Type 1 from the
18             set of those allowed for the PDCH. If the MuxPDU Type 1 is valid, the multiplex
19             sublayer shall deliver the data block to the F-PDCH-mapped logical channel with
20             a Service Reference matching sr_id in the MuxPDU Type 5.

21        – If the Encapsulated MuxPDU Type field in the Encapsulation Header (see Table
22             2-34) is set to '10', the multiplex sublayer shall use the Encapsulated MuxPDU
23             Size field and Table 2-20 to identify the encapsulated MuxPDU Type 2 from the
24             set of those allowed for the PDCH. If the MuxPDU Type 2 is valid, the multiplex
25             sublayer shall deliver the data block to the F-PDCH-mapped logical channel with
26             a Service Reference matching sr_id in the MuxPDU Type 5.

27        – If the Encapsulated MuxPDU Type field in the Encapsulation Header (see Table
28             2-34) is set to '11', the multiplex sublayer shall use the Encapsulated MuxPDU
29             Size field and Table 2-21 to identify the encapsulated MuxPDU Type 4. If the
30             MuxPDU Type 4 is valid, the multiplex sublayer shall deliver the data block to
31             the F-PDCH-mapped logical channel with a Service Reference matching sr_id in
32             the MuxPDU Type 5.

33   **2.2.1.1.1.4.6      Base Station Processing of the Received PDCHCF SDU**

34   **2.2.1.1.1.4.6.1    Mode B**

35   When the RPDCHCF at the base station delivers a PDCHCF SDU to the multiplex
36   sublayer using an RPDCH-Data.Indication(*sdu, frame_duration, num_bits,*
37   *frame_quality*) service interface primitive, the multiplex sublayer shall perform the
38   following:

39   If *num_bits* is equal to 172, the muliplex sublayer shall perform the following:

40   • If the multiplex option in use is 0x1, the multiplex sublayer shall perform the
41        following:

42        – If coexistence mode is not in effect, the multiplex sublayer shall use Table 2-25 to
43             identify a MuxPDU Type 1 from the set of those allowed for the R-PDCH. If the
44             multiplex sublayer identifies a valid MuxPDU Type 1, it shall deliver the signaling
45             data block to signaling and shall deliver each non-signaling data block for an
46             R-PDCH-mapped logical channel to that logical channel.

1     – If coexistence mode is in effect, the multiplex sublayer shall use Table 2-38 to
2       identify a MuxPDU Type 1 from the set of those allowed. If the multiplex sublayer
3       identifies a valid MuxPDU Type 1, it shall deliver the signaling data block to
4       signaling and shall deliver the primary traffic data block to the R-PDCH-mapped
5       logical channel that uses primary traffic. If Table 2-38 indicates that a MuxPDU
6       Type 7 is included in the MuxPDU Type 1, the multiplex sublayer shall use Table
7       2-36 to identify the MuxPDU Type 7. If the MuxPDU Type 7 is valid, the multiplex
8       sublayer shall deliver the data block to the R-PDCH-mapped logical channel with
9       a Service Reference Identifier matching sr_id in the MuxPDU.

10  • If the multiplex option in use is 0x1301 or 0x1305, the multiplex sublayer shall use
11     Table 2-36 to identify each MuxPDU Type 7 in the PDCHCF SDU. For each valid,
12     non-Fill MuxPDU Type 7 in the PDCHCF SDU, the multiplex sublayer shall deliver
13     the data block to the R-PDCH-mapped logical channel with a Service Reference
14     Identifier matching sr_id in the MuxPDU.

15 If *num_bits* is greater than 172, the multiplex sublayer shall perform the following:

16  • The multiplex sublayer shall use Table 2-33 and Table 2-34 to identify each
17     MuxPDU Type 5 in the PDCHCF SDU. For each valid, non-Fill MuxPDU Type 5 in
18     the PDCHCF SDU, the multiplex sublayer shall perform the following:

19     – If the Extension Indicator in the MuxPDU Type 5 Header (see Table 2-33) is set to
20       '0', the multiplex sublayer shall deliver the data block to the F-PDCH-mapped
21       logical channel with a Service Reference matching sr_id in the MuxPDU.

22     – If the Extension Indicator in the MuxPDU Type 5 header is set to '1', the
23       Extension Type in the Extension Header (see Table 2-34) is set to '01' and the
24       Length Indicator is set to '00', the multiplex sublayer shall perform the following:

25       + If the Encapsulated MuxPDU Type field in the Encapsulation Header (see
26         Table 2-34) is set to '01', the multiplex sublayer shall use the Encapsulated
27         MuxPDU Size field and Table 2-19 to identify the encapsulated MuxPDU
28         Type 1 from the set of those allowed for the PDCH. If the MuxPDU Type 1 is
29         valid, the multiplex sublayer shall deliver the data block to the R-
30         PDCH-mapped logical channel with a Service Reference matching sr_id in
31         the MuxPDU Type 5.

32       + If the Encapsulated MuxPDU Type field in the Encapsulation Header (see
33         Table 2-34) is set to '10', the multiplex sublayer shall use the Encapsulated
34         MuxPDU Size field and Table 2-20 to identify the encapsulated MuxPDU
35         Type 2 from the set of those allowed for the PDCH. If the MuxPDU Type 2 is
36         valid, the multiplex sublayer shall deliver the data block to the R-
37         PDCH-mapped logical channel with a Service Reference matching sr_id in
38         the MuxPDU Type 5.

39       + If the Encapsulated MuxPDU Type field in the Encapsulation Header (see
40         Table 2-34) is set to '11', the multiplex sublayer shall use the Encapsulated
41         MuxPDU Size field and Table 2-21 to identify the encapsulated MuxPDU
42         Type 4. If the MuxPDU Type 4 is valid, the multiplex sublayer shall deliver
43         the data block to the R-PDCH-mapped logical channel with a Service
44         Reference matching sr_id in the MuxPDU Type 5.

45 **2.2.1.1.1.5**     **MuxPDU Types Processed by the Multiplex Sublayer**

46 Figure 2-2, Figure 2-3, Figure 2-4 and Figure 2-5 show the MuxPDU types processed by
47 the multiplex sublayer.

TIA-2000.3-D-1

When the multiplex sublayer is operating in Mode B, and when it is forming a MuxPDU Type 1, Type 2, Type 3, Type 5, or Type 7, it shall use the supplied data blocks to form the MuxPDU according to the following procedures:

- The multiplex sublayer shall determine the traffic type of the data block from the Traffic Channel traffic type in the service option connection record (e.g., FOR_TRAFFIC for forward traffic type or REV_TRAFFIC for reverse traffic type) for the service option connection associated with the logical channel that supplied the data block.

- The multiplex sublayer shall determine the Service Reference identifier (sr_id) to be included in MuxPDUs that include an sr_id field according to the following rules:

  – If the logical channel that supplied the data block is the dsch, the sr_id field is set to '000'.

  – If the logical channel that supplied the data block is a dtch and the MuxPDU is not a Fill MuxPDU, the sr_id field is set to the sr_id value specified for the service instance associated with the dtch.

  – If the MuxPDU is a Fill MuxPDU, the sr_id field is set to '111'.

- The multiplex sublayer shall form the MuxPDU as follows:

  – To form a MuxPDU Type 1, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in Table 2-29.

  – To form a MuxPDU Type 2, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in Table 2-30.

  – To form a MuxPDU Type 3, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in Table 2-31.

  – To form a MuxPDU Type 4, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in Table 2-32.

  – To form a MuxPDU Type 5, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in Table 2-33.

  – To form a MuxPDU Type 6, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in 2.2.1.1.1.5.6.

  – To form a MuxPDU Type 7, the multiplex sublayer shall form the MuxPDU according to the set of allowed data block combinations specified in 2.2.1.1.1.5.7.



1
2
3   **Figure 2-2.  MuxPDU Types 1, 2, 3, and 4 Processed by the Multiplex Sublayer.**

4
5
6



7
8   **Figure 2-3.  MuxPDU Type 5 Processed by the Multiplex Sublayer.**

9
10

TIA-2000.3-D-1

| **MuxPDU Type 6 on the FCH and DCCH** | N bits | Specified by the Multiplex Option for an FCH or DCCH and PART_TAB$_s$[(F/R)(FCH/DCCH)_PART_TAB_ID$_s$] |
|---|---|---|

MuxPDU header, specified in the partition table
PART_TAB$_s$[(F/R)(FCH/DCCH)_PART_TAB_ID$_s$]

1

2      **Figure 2-4.  MuxPDU Type 6 Processed by the Multiplex Sublayer.**

3

4              **Error! Objects cannot be created from editing field codes.**

5      **Figure 2-5.  MuxPDU Type 7 Processed by the Multiplex Sublayer**

2-64

1   **2.2.1.1.1.5.1    MuxPDU Type 1**

2   Table 2-29 lists the allowed data block combinations for the FCH, DCCH, SCCH, SCH,
3   and PDCH.  The SCCH referenced in Table 2-29 is a TIA/EIA-95-B Supplemental Code
4   Channel operating with a size (in bits) of the Physical Layer SDU for the current SCCH
5   assignment equal to 172 bits; the SCH is a Supplemental Channel operating with a size
6   (in bits) of the Physical Layer SDU for the current SCH assignment equal to 172 bits.

7                              **Table 2-29.  MuxPDU Type 1 Formats.**

| Transmit Rate (bits/sec) | MuxPDU Header | | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | Secondary Traffic (bits/block) | Permitted on | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Traffic Type (TT) | Traffic Mode (TM) | | | | F C H | D C C H | S C C H | S C H | P D C H |
| 9600 | '0' | – | – | 171 | 0 | 0 | Y | Y | Y | Y | Y |
| | '1' | '0' | '00' | 80 | 88 | 0 | Y | Y | N | N | N |
| | '1' | '0' | '01' | 40 | 128 | 0 | Y | Y | N | N | N |
| | '1' | '0' | '10' | 16 | 152 | 0 | Y | Y | N | N | N |
| | '1' | '0' | '11' | 0 | 168 | 0 | Y | Y | N | N | Y |
| | '1' | '1' | '00' | 80 | 0 | 88 | Y | Y | N | N | N |
| | '1' | '1' | '01' | 40 | 0 | 128 | Y | Y | N | N | N |
| | '1' | '1' | '10' | 16 | 0 | 152 | Y | Y | N | N | N |
| | '1' | '1' | '11' | 0 | 0 | 168 | Y | Y | Y | Y | Y |
| 4800 | – | – | – | 80 | 0 | 0 | Y | N | N | N | Y[27] |
| 2400/ 2700 | – | – | – | 40 | 0 | 0 | Y | N | N | N | Y[27] |
| 1200/ 1500 | – | – | – | 16 | 0 | 0 | Y | N | N | N | Y[27] |

8

9   **2.2.1.1.1.5.2    MuxPDU Type 2**

10   Table 2-30 lists the allowed data block combinations for the FCH, DCCH, SCCH, SCH,
11   and PDCH.  The SCCH referenced in Table 2-30 is a TIA/EIA-95-B Supplemental Code
12   Channel operating with a size (in bits) of the Physical Layer SDU for the current SCCH
13   assignment equal to 267 bits; the SCH is a Supplemental Channel operating with a size
14   (in bits) of the Physical Layer SDU for the current SCH assignment equal to 267 bits.

---

[27] This format is applicable to the R-PDCH and the F-PDCH when encapsulation is being
used and the configured multiplex option is 0xf00.

1

2 **Table 2-30.  Mux PDU Type 2 Formats.**

| Transmit Rate (bits/sec) | MuxPDU Header | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | Secondary Traffic (bits/block) | Permitted on | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Frame Mode (FM) | | | | F C H | D C C H | S C H | S C C H | P D C H |
| 14400 | '0' | – | 266 | 0 | 0 | Y | Y | Y | Y | Y |
| | '1' | '0000' | 124 | 138 | 0 | Y | Y | N | N | N |
| | '1' | '0001' | 54 | 208 | 0 | Y | Y | N | N | N |
| | '1' | '0010' | 20 | 242 | 0 | Y | Y | N | N | N |
| | '1' | '0011' | 0 | 262 | 0 | Y | Y | N | N | Y |
| | '1' | '0100' | 124 | 0 | 138 | Y | Y | N | N | N |
| | '1' | '0101' | 54 | 0 | 208 | Y | Y | N | N | N |
| | '1' | '0110' | 20 | 0 | 242 | Y | Y | N | N | N |
| | '1' | '0111' | 0 | 0 | 262 | Y | Y | Y | Y | Y |
| | '1' | '1000' | 20 | 222 | 20 | Y | Y | N | N | N |
| 7200 | '0' | – | 124 | 0 | 0 | Y | N | N | N | Y[28] |
| | '1' | '000' | 54 | 67 | 0 | Y | N | N | N | N |
| | '1' | '001' | 20 | 101 | 0 | Y | N | N | N | N |
| | '1' | '010' | 0 | 121 | 0 | Y | N | N | N | Y[28] |
| | '1' | '011' | 54 | 0 | 67 | Y | N | N | N | N |
| | '1' | '100' | 20 | 0 | 101 | Y | N | N | N | N |
| | '1' | '101' | 0 | 0 | 121 | Y | N | N | N | Y[28] |
| | '1' | '110' | 20 | 81 | 20 | Y | N | N | N | N |
| 3600 | '0' | – | 54 | 0 | 0 | Y | N | N | N | Y[28] |
| | '1' | '00' | 20 | 32 | 0 | Y | N | N | N | N |
| | '1' | '01' | 0 | 52 | 0 | Y | N | N | N | Y[28] |
| | '1' | '10' | 20 | 0 | 32 | Y | N | N | N | N |
| | '1' | '11' | 0 | 0 | 52 | Y | N | N | N | Y[28] |
| 1800 | '0' | – | 20 | 0 | 0 | Y | N | N | N | Y[28] |
| | '1' | – | 0 | 0 | 20 | Y | N | N | N | Y[28] |

3

4 **2.2.1.1.1.5.3    MuxPDU Type 3**

5 Table 2-31 lists the allowed data block combinations for a MuxPDU Type 3. For Rate
6 Set 1, a data block containing 170 bits is called a single size data block, and a data
7 block containing 346 bits is called a double size data block. For Rate Set 2, a data block
8 containing 266 bits is called a single size data block, and a data block containing 538
9 bits is called a double size data block.

10 The sr_id field of the MuxPDU shall be set to:

_____

[28] This format is applicable to the R-PDCH and the F-PDCH when encapsulation is being
used and the configured multiplex option is 0xf00.

1 • the sr_id associated with the logical channel that supplied the data block in the
2 MuxPDU, if the MuxPDU is not a Fill MuxPDU; or

3 • '111', if the MuxPDU is a Fill MuxPDU.

4

5 **Table 2-31.  MuxPDU Type 3 Formats.**

| | MuxPDU Header | | Traffic bits/ block |
|---|---|---|---|
| | sr_id | Reserved | |
| Rate Set 1 | '001'-'110' | '000' | 170/346 |
| | '111' | '000' | $0^{29}$ |
| Rate Set 2 | '001'-'110' | '000' | 266/538 |
| | '111' | '000' | $0^{30}$ |

6 **2.2.1.1.1.5.4    MuxPDU Type 4**

7 Table 2-32 lists the allowed data block combinations for a MuxPDU Type 4. A MuxPDU
8 Type 4 is used to carry a 5 ms data block.

9 **Table 2-32.  MuxPDU Type 4 Formats**

| Transmit Rate (bits/sec) | Signaling Traffic (bits/ block) |
|---|---|
| 9600 | 24 |

10 **2.2.1.1.1.5.5    MuxPDU Type 5**

11 Table 2-33 lists the allowed data block combinations for a MuxPDU Type 5.  A MuxPDU
12 Type 5 has a variable length.

13 The sr_id field of the MuxPDU shall be set to:

14 • the sr_id associated with the logical channel that supplied the data block in the
15 MuxPDU, if the MuxPDU is not a Fill MuxPDU;

16 • '000', if the MuxPDU carries signaling, or

17 • '111', if the MuxPDU is a Fill MuxPDU.

18 When the Extension Indicator is set to '1', an Extension Header follows the MuxPDU
19 Type 5 header. If the Extension Type field indicates that an Encapsulation Header is
20 present, an Encapsulation Header follows the Extension Header.

---

[29] The fill MuxPDU contains 170 or 346 bits set to '0'.

[30] The fill MuxPDU contains 266 or 538 bits set to '0'.

1  If the size of the MuxPDU is not an integer number of octets, the multiplex sublayer
2  shall append the minimum number of '0' bits necessary to ensure that the size of the
3  MuxPDU is an integer number of octets.

4  **Table 2-33.  MuxPDU Type 5 Header Formats.**

| MuxPDU Header | | | | Traffic Bits in the Block[31] |
|---|---|---|---|---|
| sr_id | Extension Indicator | Length Indicator | Length | |
| '000'-'111' | '0' | '00' | None | Variable[32] |
| '000'-'111' | '0' | '01' | 8 bits | 8 x Length + 2 |
| '000'-'111' | '0' | '10' | 16 bits | 8 x Length + 2 |
| '000'-'111' | '0' | '11' | None | 378 |
| '000'-'110' | '1' | '00' | None | Variable[33] |

5

[31] Certain block sizes cannot be carried in a MuxPDU Type 5 due to MuxPDU Type 5 header format restrictions.

[32] When the **Length Indicator** field is set to '00' and the **Extension Indicator** field is set to '0', the number of traffic bits in the data block is equal to $(x - y) \times 8 + 2$, where

- $x$ = octet position of the last full octet in the Physical Layer SDU or LTU
- $y$ = octet position of the first octet of the MuxPDU in the Physical Layer SDU or LTU

[33] When the **Length Indicator** field is set to '00' and the **Extension Indicator** field is set to '1', the number of traffic bits in the data block is indicated by the **Encapsulated MuxPDU Type** and **Encapsulate MuxPDU Size** fields in the Encapsulation Header.

1

2          **Table 2-34.  MuxPDU Type 5 Extension Header Formats.**

| Format of a MuxPDU Type 5 Extension Header | | |
|---|---|---|
| Field | Number of Bits | Values |
| Extension Type | 2 | '00' – Reserved<br>'01' – Encapsulation Header Present<br>'10' – Reserved<br>'11' – Reserved |

| Format of an Encapsulation Header | | |
|---|---|---|
| Field | Number of Bits | Values |
| Encapsulated MuxPDU Type | 2 | '00' – Reserved<br>'01' – MuxPDU Type 1<br>'10' – MuxPDU Type 2<br>'11' – MuxPDU Type 4 |
| Encapsulated MuxPDU Size | 2 | '00' – Rate 1<br>'01' – Rate 1/2<br>'10' - Rate 1/4<br>'11' – Rate 1/8 |
| Reserved | 4 | '0000' |

3

4          **Table 2-35.  Valid Data Block Sizes and Type of MuxPDU Formed for MuxPDU**
5                          **Type 5 Encapsulation.**

| Encapsulated MuxPDU Size | Number of Bits in the Data Block if the Data Block Carries Signaling Traffic | | | Number of Bits in the Data Block if the Data Block Carries Primary Traffic | | Number of Bits in the Data Block if the Data Block Carries Secondary Traffic | |
|---|---|---|---|---|---|---|---|
| Rate 1 | 168 | 262 | 24 | 171 | 266 | 168 | 262 |
| Rate 1/2 | - | 121 | - | 80 | 124 | - | 121 |
| Rate 1/4 | - | 52 | - | 40 | 54 | - | 52 |
| Rate 1/8 | - | - | - | 16 | 20 | - | 20 |
| | MuxPDU Type 1 | MuxPDU Type 2 | MuxPDU Type 4 | MuxPDU Type 1 | MuxPDU Type 2 | MuxPDU Type 1 | MuxPDU Type 2 |
| | Type of MuxPDU Formed | | | | | | |

6

7    **2.2.1.1.1.5.6     MuxPDU Type 6**

8    For the FCH and DCCH, the MuxPDU Type 6 format shall be specified in the following
9    partition tables:

1    • PART_TAB$_S$ [FFCH_PART_TAB_ID$_S$] if the multiplex sublayer is transmitting
2      MuxPDUs on the FCH for forward operation.

3    • PART_TAB$_S$ [RFCH_PART_TAB_ID$_S$] if the multiplex sublayer is transmitting
4      MuxPDUs on the FCH for reverse operation.

5    • PART_TAB$_S$ [FDCCH_PART_TAB_ID$_S$] if the multiplex sublayer is transmitting
6      MuxPDUs on the DCCH for forward operation.

7    • PART_TAB$_S$ [RDCCH_PART_TAB_ID$_S$] if the multiplex sublayer is transmitting
8      MuxPDUs on the DCCH for reverse operation.

9    **2.2.1.1.1.5.7    MuxPDU Type 7**

10   Table 2-36 lists the allowed data block combinations for a MuxPDU Type 7.  A MuxPDU
11   Type 7 has a variable length.

12   The sr_id field of the MuxPDU shall be set to:

13   • the sr_id associated with the logical channel that supplied the data block, if the
14     MuxPDU is not a Fill MuxPDU;

15   • '000', if the MuxPDU carries signaling, or

16   • '111', if the MuxPDU is a Fill MuxPDU.

17                **Table 2-36.  MuxPDU Type 7 Header Formats.**

| MuxPDU Header | | | Traffic bits in the block |
|---|---|---|---|
| sr_id | Length Indicator | Length | |
| '000'-'111' | '0' | None | Variable[34] |
| '000'-'111' | '1' | 4 bits | $8 \times$ (Length + 2) |

19   **2.2.1.1.1.5.7.1   Coexistence Mode**

20   If coexistence mode is in effect, Table 2-37 lists the allowed data block combinations for
21   the following if the multiplex option in use is 0x1:

22   • the FCH, and

23   • the DCCH, and

24   • the RPDCHCF when the PDCHCF SDU has a size of 172 bits.

---

[34] When the **Length Indicator** field is set to '0' the number of traffic bits in the data
block is equal to $\left\lfloor \frac{(x-y)+1}{8} \right\rfloor \times 8$, where

• $x$ = position of the last bit in the Physical Layer SDU or PDCHCF SDU

• $y$= position of the first bit following the **Length Indicator** field in the MuxPDU

1 If coexistence mode is in effect, Table 2-38 lists the allowed data block combinations for
2 the following if the multiplex option in use is 0x2:

3 • the FCH, and

4 • the DCCH.

5 If coexistence mode is in effect, the multiplex sublayer may form one MuxPDU Type 7
6 according to 2.2.1.1.1.5.7 using one non-Blank data block from a logical channel whose
7 traffic type is neither primary traffic nor secondary traffic (see [5]). If the multiplex
8 option in use is 0x1, the multiplex sublayer shall place the formed MuxPDU Type 7 in
9 the MuxPDU Type 1 according to Table 2-38 Table 2-37. If the multiplex option in use is
10 0x2, the multiplex sublayer shall place the formed MuxPDU Type 7 in the MuxPDU
11 Type 2 according to Table 2-38.

12 If coexistence mode is in effect, the multiplex sublayer shall not use signaling traffic to
13 form a MuxPDU Type 7. If coexistence mode is in effect, the multiplex sublayer shall not
14 form a Fill MuxPDU.

15 **Table 2-37.  Coexistence Mode Formats For Multiplex Option 0x1**

| Transmit Rate (bits/sec) | MuxPDU Header | | | Primary Traffic (bits/ block) | Signaling Traffic (bits/ block) | MuxPDU Type 7 (bits/block) | Permitted on | | |
| | Mixed Mode (MM) | Traffic Type (TT) | Traffic Mode (TM) | | | | F C H | D C C H | R P D C H C F |
|---|---|---|---|---|---|---|---|---|---|
| 9600 | '0' | – | – | 171 | 0 | 0 | Y | Y | Y |
| | '1' | '0' | '00' | 80 | 88 | 0 | Y | Y | Y |
| | '1' | '0' | '01' | 40 | 128 | 0 | Y | Y | Y |
| | '1' | '0' | '10' | 16 | 152 | 0 | Y | Y | Y |
| | '1' | '0' | '11' | 0 | 168 | 0 | Y | Y | Y |
| | '1' | '1' | '00' | 80 | 0 | 88 | Y | Y | Y |
| | '1' | '1' | '01' | 40 | 0 | 128 | Y | Y | Y |
| | '1' | '1' | '10' | 16 | 0 | 152 | Y | Y | Y |
| | '1' | '1' | '11' | 0 | 0 | 168 | Y | Y | Y |
| 4800 | – | – | – | 80 | 0 | 0 | Y | N | NA |
| 2400/ 2700 | – | – | – | 40 | 0 | 0 | Y | N | NA |
| 1200/ 1500 | – | – | – | 16 | 0 | 0 | Y | N | NA |

16

1
2
3

**Table 2-38.  Coexistence Mode Formats For Multiplex Option 0x2**

| Transmit Rate (bits/sec) | MuxPDU Header | | Primary Traffic (bits/block) | Signaling Traffic (bits/block) | MuxPDU Type 7 (bits/block) | Permitted on | |
|---|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Frame Mode (FM) | | | | FCH | DCCH |
| 14400 | '0' | – | 266 | 0 | 0 | Y | Y |
| | '1' | '0000' | 124 | 138 | 0 | Y | Y |
| | '1' | '0001' | 54 | 208 | 0 | Y | Y |
| | '1' | '0010' | 20 | 242 | 0 | Y | Y |
| | '1' | '0011' | 0 | 262 | 0 | Y | Y |
| | '1' | '0100' | 124 | 0 | 138 | Y | Y |
| | '1' | '0101' | 54 | 0 | 208 | Y | Y |
| | '1' | '0110' | 20 | 0 | 242 | Y | Y |
| | '1' | '0111' | 0 | 0 | 262 | Y | Y |
| 7200 | '0' | – | 124 | 0 | 0 | Y | N |
| | '1' | '000' | 54 | 67 | 0 | Y | N |
| | '1' | '001' | 20 | 101 | 0 | Y | N |
| | '1' | '010' | 0 | 121 | 0 | Y | N |
| 3600 | '0' | – | 54 | 0 | 0 | Y | N |
| | '1' | '00' | 20 | 32 | 0 | Y | N |
| | '1' | '01' | 0 | 52 | 0 | Y | N |
| 1800 | '0' | – | 20 | 0 | 0 | Y | N |

4

5   **2.2.1.1.1.6      Interface to Signaling LAC**

6   The multiplex sublayer sends a MAC-Availability.Indication (*channel_type*, *max_size*,
7   *system_time*) primitive to the Signaling LAC entity to request information bits from
8   signaling. The multiplex sublayer processes information that is received in a MAC-
9   Data.Request (*channel_type*, *data*, *size*) primitive from the Signaling LAC entity. The
10  multiplex sublayer sends a MAC-Data.Indication (*channel_id*, *channel_type*, *data*, *size*,
11  *system_time*) primitive to the Signaling LAC entity to indicate that data for the Signaling
12  LAC entity has been received.

1  **2.2.1.1.1.6.1      The MAC-SDUReady.Request Primitive**

2  The multiplex sublayer may process the MAC-SDUReady.Request (*channel_type*, *size*, *P,*
3  *seqno, scheduling_hint*) primitive.  The parameters of this primitive may be used to
4  determine the relative priority between traffic supplied by Signaling and other services.
5  The exact manner for using this information to deliver over-the-air Quality of Service is
6  not specified by this standard.  The base station multiplex sublayer shall ensure in-
7  order delivery of the fragments of the Layer 2 encapsulated PDU, corresponding to this
8  primitive, to the mobile station.  The mobile station multiplex sublayer shall ensure in-
9  order transmission of the fragments of the Layer 2 encapsulated PDU, corresponding to
10  this primitive, to the base station. The multiplex sublayer shall ensure in-order delivery
11  of the received fragments of the Layer 2 encapsulated PDU to the Signaling LAC entity.
12  The parameters to this primitive are as follows:

13  •  *channel_type* is set to "5ms FCH/DCCH frame", "20ms FCH/DCCH frame", "F-
14      PDCH frame" or "R-PDCH frame".

15  •  *size* is set to the number of bits in the Layer 2 encapsulated PDU

16  •  *P* is the value used in the persistence test,

17  •  *seqno* is the access probe count within the current access sub-attempt, and

18  •  *scheduling_hint* is used to indicate to the multiplex sublayer of the MAC how to
19      prioritize fragments of the Layer 2 encapsulated PDU relative to other types of
20      multiplexed traffic.

21  **2.2.1.1.1.6.2      The MAC-Availability.Indication Primitive**

22  The multiplex sublayer should send a MAC-Availability.Indication (*channel_type*,
23  *max_size*, *system_time*) primitive to request information bits from the Signaling LAC
24  entity whenever the multiplex sublayer is able to carry bits from Layer 2 encapsulated
25  PDUs.  The multiplex sublayer may use information received in a MAC-
26  SDUReady.Request –primitive (e.g., *scheduling_hint*) to determine when to send MAC-
27  Availability.Indication –primitive(s) to the Signaling LAC entity.  The parameters of the
28  MAC-Availability.Indication –primitive shall be set as follows:

29  •  *channel_type* is the type of signaling message allowed (i.e., "5ms FCH/DCCH frame",
30      "20ms FCH/DCCH frame", "F-PDCH frame" or "R-PDCH frame"),

31  •  *max_size* is the maximum number of bits from the Signaling LAC that the multiplex
32      sublayer can fit into the Physical Layer SDU,[35] subject to the current Quality of
33      Service constraints, which are not specified by this standard (e.g., the multiplex
34      sublayer may set this parameter to a value that is less than the total available space
35      in the MuxPDU to permit bits provided by other services to be transported in the
36      same frame), and

37  •  *system_time* is the ~~time~~ System Time at which the Physical Layer will transmit the
38      first bit of the Physical Layer frame containing all of the information bits supplied by
39      signaling.

---

[35] The maximum number will vary depending upon the type of signaling message; i.e., 5
ms or 20 ms.

1  **2.2.1.1.1.6.3        The MAC-Data.Request Primitive**
2  The multiplex sublayer shall process a MAC-Data.Request (*channel_type*, *data*, *size*)
3  primitive with *channel_type* set to "5ms FCH/DCCH frame", "20ms FCH/DCCH frame",
4  "F-PDCH frame" or "R-PDCH frame" from the Signaling LAC entity, where *data* is the
5  Signaling LAC data to be transmitted.  The MAC-Data.Request (*channel_type*, *data*, *size*)
6  primitive shall be processed by creating a signaling data block, in accordance with the
7  following procedure during Physical Layer SDU assembly:

8  •   If signaling did not supply any information bits (i.e., *data* is NULL), the multiplex
9      sublayer shall create a Blank data block.

10 •   The multiplex sublayer shall fit the received information bits into the closest size
11     data block allowed by the Rate Set in use by the physical channel[36] which will hold
12     all of the received bits. If there are not enough information bits to completely fill the
13     data block, the multiplex sublayer shall fill the unfilled space with '0' bits.

14 **2.2.1.1.1.6.4        The MAC-Data.Indication Primitive**
15 The multiplex sublayer shall send one MAC-Data.Indication (*channel_id*, *channel_type*,
16 *data*, *size*, *system_time*) primitive to the Signaling LAC entity for each Physical Layer
17 SDU containing signaling data. The multiplex sublayer shall not combine information
18 bits from multiple Physical Layer SDUs.

19 The multiplex sublayer shall include the following parameters in a MAC-Data.Indication
20 (*channel_id*, *channel_type*, *data*, *size*, *system_time*) primitive:

21 •   *channel_id* set to a channel identifier for the physical channel on which the data
22     was received (see 2.2.1.1.2.3.9),

23 •   *channel_type* is the Physical Layer frame type (i.e., "5 ms FCH/DCCH frame", "20
24     ms FCH/DCCH frame", "F-PDCH frame", or "R-PDCH frame"),

25 •   *data* is the data for the Signaling LAC entity,

26 •   *size* is the size (in bits) of data, and

27 •   *system_time* is the ~~time~~ System Time at which the Physical Layer received the first
28     bit of the Physical Layer frame containing the information bits.

29 **2.2.1.1.1.7        Interface to the Physical Layer**
30 The multiplex sublayer operates in time synchronization with the Physical Layer.  If the
31 Physical Layer is transmitting with a non-zero frame offset (see [2]), the multiplex
32 sublayer delivers Physical Layer SDUs for transmission by the Physical Layer at the
33 appropriate frame offset from System Time.  The multiplex sublayer delivers a Physical
34 Layer SDU to the Physical Layer using a physical-channel specific service interface set
35 of primitives.  The Physical Layer delivers a Physical Layer SDU to the multiplex
36 sublayer using a physical channel specific *Receive Indication* service interface operation.

37 **2.2.1.1.1.7.1        The FCH Transmit Request Service Interface**
38 To deliver a Physical Layer FCH SDU to the Physical Layer, the multiplex sublayer shall
39 send a PHY-FCH.Request (*sdu*, *frame_duration*, *num_bits*) primitive to the Physical
40 Layer with the following arguments:

---
[36] The size of the data block will vary depending upon the type of signaling message; i.e.,
5 ms or 20 ms.

1 • *sdu*, which the multiplex sublayer shall set to:

2 – NULL if the Physical Layer FCH SDU contains a Null MuxPDU, or

3 – the Physical Layer FCH SDU if the Physical Layer FCH SDU contains a MuxPDU
4   Type 1, MuxPDU Type 2, MuxPDU Type 4, or MuxPDU Type 6.

5 • *frame_duration*, which the multiplex sublayer shall set to

6 – 5 ms if the Physical Layer FCH SDU contains a MuxPDU Type 4, or

7 – 20 ms if the Physical Layer FCH SDU contains a MuxPDU Type 1, MuxPDU Type
8   2, or MuxPDU Type 6.

9 • *num_bits*, which the multiplex sublayer shall set to the number of bits in the
10  MuxPDU if the Physical Layer FCH SDU contains a MuxPDU Type 1, MuxPDU Type
11  2, MuxPDU Type 4, or MuxPDU Type 6.

12 **2.2.1.1.1.7.2    The DCCH Transmit Request Service Interface**

13 To deliver a Physical Layer DCCH SDU to the Physical Layer, the multiplex sublayer
14 shall send a PHY-DCCH.Request (*sdu*, *frame_duration*, *num_bits*) to the Physical Layer
15 with the following arguments:

16 • *sdu*, which the multiplex sublayer shall set to:

17 – NULL if the Physical Layer DCCH SDU contains a Null MuxPDU, or

18 – the Physical Layer DCCH SDU if the Physical Layer DCCH SDU contains a
19   MuxPDU Type 1, MuxPDU Type 2, MuxPDU Type 4, or MuxPDU Type 6.

20 • *frame_duration*, which the multiplex sublayer shall set to

21 – 5 ms if the Physical Layer DCCH SDU contains a MuxPDU Type 4, or

22 – 20 ms if the Physical Layer DCCH SDU contains a MuxPDU Type 1, MuxPDU
23   Type 2, or MuxPDU Type 6.

24 • *num_bits*, which the multiplex sublayer shall set to the number of bits in the
25  MuxPDU if the Physical Layer DCCH SDU contains a MuxPDU Type 1, MuxPDU
26  Type 2, MuxPDU Type 4, or MuxPDU Type 6.

27 **2.2.1.1.1.7.3    The SCCH Transmit Request Service Interface**

28 To deliver a Physical Layer SCCH SDU to the Physical Layer, the multiplex sublayer
29 shall send a PHY-SCCH.Request (*sdu*, *frame_duration*, *num_bits*) to the Physical Layer
30 with the following arguments:

31 • *sdu*, which the multiplex sublayer shall set to:

32 – NULL if the Physical Layer SCCH SDU contains a Null MuxPDU, or

33 – the Physical Layer SCCH SDU if the Physical Layer SCCH SDU contains a
34   MuxPDU Type 1 or MuxPDU Type 2.

35 • *frame_duration*, which the multiplex sublayer shall set to

36 – 20 ms if the Physical Layer SCCH SDU contains a MuxPDU Type 1 or MuxPDU
37   Type 2.

38 • *num_bits* , which the multiplex sublayer shall set to the number of bits in the
39  MuxPDU if the Physical Layer SCCH SDU contains a MuxPDU Type 1 or MuxPDU
40  Type 2.

### 2.2.1.1.1.7.4   The SCH Transmit Request Service Interface

To deliver a Physical Layer SCH SDU to the Physical Layer, the multiplex sublayer shall send a PHY-SCH.Request (*sdu*, *frame_duration*, *num_bits*) to the Physical Layer with the following arguments:

- *sdu*, which the multiplex sublayer shall set to:
  - NULL if the Physical Layer SCH SDU contains a Null MuxPDU, or
  - the Physical Layer SCH SDU if the Physical Layer SCH SDU contains a MuxPDU Type 1, MuxPDU Type 2, MuxPDU Type 3, or MuxPDU Type 5.

- *frame_duration*, which the multiplex sublayer shall set to the length of the SCH frame (i.e., 20ms, 40 ms, or 80 ms) if the Physical Layer contains a MuxPDU Type 1, MuxPDU Type 2, MuxPDU Type 3, or MuxPDU Type 5.

- *num_bits*, which the multiplex sublayer shall set to the number of bits per frame on the SCH.

### 2.2.1.1.1.7.5   The FCH Receive Indication Service Interface

The Physical Layer delivers an FCH SDU to the multiplex sublayer using a PHY-FCH.Indication (*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive with the following arguments:

- *sdu*, which the Physical Layer sets to the Physical Layer FCH SDU if the Physical Layer received a Physical Layer FCH frame.

- *frame_duration*, which the Physical Layer sets to the duration of the received Physical Layer frame (i.e., 5 ms or 20 ms).

- *num_bits*, which the Physical Layer sets to the number of bits in the received Physical Layer frame.

- *frame_quality*, which the Physical Layer sets to the frame quality of the received Physical Layer frame (i.e., sufficient or insufficient).

### 2.2.1.1.1.7.6   The DCCH Receive Indication Service Interface

The Physical Layer delivers a DCCH SDU to the multiplex sublayer using a PHY-DCCH.Indication(*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive with the following arguments:

- *sdu*, which the Physical Layer sets to:
  - NULL if the Physical Layer did not receive a Physical Layer DCCH frame, or
  - the Physical Layer DCCH SDU if the Physical Layer received a Physical Layer DCCH frame.

- *frame_duration*, which the Physical Layer sets to the duration of the received Physical Layer frame (i.e., 5 ms or 20 ms).

- *num_bits*, which the Physical Layer sets to the number of bits in the received Physical Layer frame.

- *frame_quality*, which the Physical Layer sets to the frame quality of the received Physical Layer frame (i.e., sufficient or insufficient).

1  **2.2.1.1.1.7.7     The SCCH Receive Indication Service Interface**

2  The Physical Layer delivers an SCCH SDU to the multiplex sublayer using a PHY-
3  SCCH.Indication (*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive with the
4  following arguments:

5  • *sdu*, which the Physical Layer sets to the Physical Layer SCCH SDU if the Physical
6  Layer received a Physical Layer SCCH frame.

7  • *frame_duration*, which the Physical Layer sets to the duration of the received
8  Physical Layer frame (i.e., 20 ms).

9  • *num_bits*, which the Physical Layer sets to the number of bits in the received
10  Physical Layer frame.

11  • *frame_quality*, which the Physical Layer sets to the frame quality of the received
12  Physical Layer frame (i.e., sufficient or insufficient).

13  **2.2.1.1.1.7.8     The SCH Receive Indication Service Interface**

14  The Physical Layer delivers an SCH SDU to the multiplex sublayer using a PHY-
15  SCH.Indication (*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive with the
16  following arguments:

17  • *sdu*, which the Physical Layer sets to the Physical Layer SCH SDU if the Physical
18  Layer received a Physical Layer SCH frame.

19  • *frame_duration*, which the Physical Layer sets to the duration of the received
20  Physical Layer frame (i.e., 20 ms, 40 ms, or 80 ms).

21  • *num_bits*, which the Physical Layer sets to the number of bits in the received
22  Physical Layer frame.

23  • *frame_quality*, which the Physical Layer sets to the frame quality of the received
24  Physical Layer frame (i.e., sufficient or insufficient).

25  **2.2.1.1.1.7.9     The SCH Outer Code Transmit Request Service Interface**

26  To deliver a Physical Layer SCH Outer Code SDU to the Physical Layer, the multiplex
27  sublayer shall send a PHY-SCHOuterCode.Request(*fsch_id*, *sdu*, *num_bits*, *sys_time*)
28  primitive to the Physical Layer with the following arguments:

29  • *fsch_id*, which the multiplex sublayer shall set to the physical layer supplemental
30  channel identifier.

31  • *sdu*, which the multiplex sublayer shall set to the Physical Layer SCH Outer Code
32  SDU.

33  • *num_bits*, which the multiplex sublayer shall set to the number of bits per frame on
34  the F-SCH.

35  • *sys_time*, which the multiplex sublayer shall set to the System Time corresponding
36  to the first Phyusical Layer frame to be transmitted in this primitive.

1 **2.2.1.1.1.7.10    The SCH Outer Code Receive Indication Service Interface**

2 The Physical Layer delivers a set of Physical Layer SCH SDUs to the multiplex sublayer
3 using a PHY-SCHOuterCode.Indication(*fsch_id*, *sdu*[0..*num_frames*-1], *num_bits*,
4 *num_frames*, *frame_quality*[0..*num_frames*-1], *sys_time*) primitive with the following
5 arguments

6 • *fsch_id*, which the Physical Layer sets to the physical layer supplemental channel
7   identifier.

8 • *sdu*[*i*-1], which the Physical Layer sets to the Physical Layer SCH SDU carried in the
9   $i^{th}$ Physical Layer frame.

10 • *num_bits*, which the Physical Layer sets to the number of bits in each received
11   Physical Layer SCH SDU.

12 • *num_frames*, which the Physical Layer sets to *k* where *k* is the parameter in the (*n*,
13   *k*) outer block code that is configured for the F-SCH.

14 • *frame_quality*[*i*-1], which the Physical Layer sets to the frame quality of the received
15   $i^{th}$ Physical Layer frame (i.e., sufficient or insufficient).

16 • *sys_time*, which the Physical Layer sets to the System Time corresponding to the
17   first received Physical Layer frame indicated in this primitive.

18 **2.2.1.1.1.8       Interface to the Forward Packet Data Channel Control Function**

19 **2.2.1.1.1.8.1     The FPDCHCF Receive Indication Service Interface**

20 The FPDCHCF delivers a PDCHCF SDU to the multiplex sublayer using an FPDCH-
21 Data.Indication (*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive with the
22 following arguments:

23 • *sdu*, which the FPDCHCF sets to the PDCHCF SDU if the FPDCHCF received a
24   forward packet data channel encoder packet.

25 • *frame_duration*, which the FPDCHCF sets to NULL.

26 • *num_bits*, which the FPDCHCF sets to the number of bits in the received SDU.

27 • *frame_quality*, which the FPDCHCF sets to sufficient.

28 **2.2.1.1.1.9       Interface to the Reverse Packet Data Channel Control Function**

29 **2.2.1.1.1.9.1     The RPDCHCF Receive Indication Service Interface**

30 The RPDCHCF delivers a PDCHCF SDU to the multiplex sublayer using an RPDCH-
31 Data.Indication (*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive with the
32 following arguments:

33 • *sdu*, which the RPDCHCF sets to the PDCHCF SDU if the RPDCHCF received a
34   packet data channel encoder packet.

35 • *frame_duration*, which the RPDCHCF sets to NULL.

36 • *num_bits*, which the RPDCHCF sets to the number of bits in the received SDU.

37 • *frame_quality*, which the RPDCHCF sets to sufficient.

1   **2.2.1.1.1.9.2     The RPDCH Transmit Request Service Interface**

2   To deliver a PDCHCF SDU to the RPDCHCF, the multiplex sublayer shall send an
3   RPDCH-Data.Request (*mux_sdu*, *sys_time*) to the RPDCHCF with the following
4   arguments:

5   •   *mux_sdu*, which the multiplex sublayer shall set to:

6     –   NULL if the PDCHCF SDU contains a Null MuxPDU, or

7     –   the PDCHCF SDU if the PDCHCF SDU contains a MuxPDU Type 1, MuxPDU
8        Type 2, MuxPDU Type 5, or MuxPDU Type 7.

9   •   *sys_time*, which the multiplex sublayer shall set to the value of *sys_time* that was
10     included in the corresponding RPDCH-Availability.Indication primitive.

TIA-2000.3-D-1

1    No text.

1    **2.2.1.1.2 SRBP and Common Channel Multiplex Sublayer**

2    **2.2.1.1.2.1 Overview (Informative)**

3    This section provides an informative overview of the SRBP entity and of the channel
4    structure and procedures associated with the common channel portion of the multiplex
5    sublayer.

6    **2.2.1.1.2.1.1     Sync Channel**

7    The Sync Channel is used to provide time and frame synchronization to the mobile
8    station (see Figure 2-6).



1
2
**Figure 2-6.  Sync Channel Structure Example**

1    **2.2.1.1.2.1.2        Forward Common Control Channel**

2    The F-CCCH is used to send control information to mobile stations that have not been
3    assigned to a Traffic Channel (see Figure 2-7).



1
2          **Figure 2-7. Forward Common Control Channel Structure Example**

3    **2.2.1.1.2.1.3     Broadcast Control Channel**
4    The Broadcast Control Channel is used to send control information to mobile stations
5    that have not been assigned a Traffic Channel (see Figure 2-8).

2-84

1
2



3
4     **Figure 2-8. Forward Broadcast Control Channel Structure Example**

5     **2.2.1.1.2.1.4     Paging Channel**

6     The Paging Channel is used to send control information to mobile stations that have not
7     been assigned to a Traffic Channel (see Figure 2-9).

TIA-2000.3-D-1



**Figure 2-9. Paging Channel Structure Example**

1 **2.2.1.1.2.1.5     Access Channel Procedures**

2 The entire process of sending one Layer 2 encapsulated PDU and receiving (or failing to
3 receive) an acknowledgment for the PDU is called an access attempt (see Figure 2-10).
4 One access attempt consists of one or more access sub-attempts (see Figure 2-10 and
5 Figure 2-11).  Each transmission in the access sub-attempt is called an access probe.
6 Each access probe consists of an R-ACH preamble and an R-ACH message capsule (see
7 Figure 2-11).

8 Within an access sub-attempt, access probes are grouped into access probe sequences.
9 The R-ACH used for each access probe sequence is chosen pseudorandomly from
10 among all the R-ACHs associated with the current F-PCH.  If there is only one R-ACH
11 associated with the current F-PCH, all access probes within an access probe sequence
12 are transmitted on the same R-ACH.  If there is more than one R-ACH associated with
13 the current F-PCH, access probes within an access probe sequence may be transmitted
14 on different R-ACHs associated with the current F-PCH.  Each access probe sequence
15 consists of up to 1 + NUM_STEP$_S$ access probes.  The first access probe of each access
16 probe sequence is transmitted at an initial power level determined by the Physical Layer
17 relative to the nominal open loop power level.  Each subsequent access probe within an
18 access probe sequence is transmitted at a power level that is a function of PWR_LVL$_S$,
19 calculated by the SRBP entity.

TIA-2000.3-D-1

1



2

3   **Figure 2-10.  Access Attempt (Part 1 of 2)**[37]

---

[37] This figure contains some detailed information of the Access Attempt that is outside the scope of this document



1
2

3        **Figure 2-11.  Access Attempt (Part 2 of 2)**

TIA-2000.3-D-1

1 The timing of access probes and access probe sequences is expressed in terms of
2 R-ACH slots (see Figure 2-12).  The transmission of an access probe begins at the start
3 of an R-ACH slot.  The timing of the start of each access probe sequence is determined
4 pseudorandomly.  For every access probe sequence, a backoff delay, RS, from 0 to 1 +
5 BKOFF$_S$ slots is generated pseudorandomly.  An additional delay is imposed by the use
6 of a random persistence test that determines the value of the Persistence Delay, PD[38],
7 based on the parameter $P$ of the MAC-SDUReady.Request primitive.

8 For each slot after the backoff delay, RS, the SRBP entity performs a pseudorandom
9 test based on the parameter $P$ of the MAC-SDUReady.Request primitive.  If the test
10 passes, the first access probe of the sequence begins in that slot.  If the test fails, the
11 access probe sequence is deferred until at least the next slot.

12 The delay between access probes of an access probe sequence is generated
13 pseudorandomly.  Upon reception of an acknowledgement from the base station, the
14 upper layer terminates the access by no longer sending the MAC-SDUReady.Request
15 primitive.  If a MAC-SDUReady.Request primitive with ($seqno$ mod (NUM_STEP$_S$ + 1))
16 not equal to 0 is received:

17 • If the common channel multiplex sublayer transmits all the access probes within an
18 access probe sequence on the same R-ACH associated with the current F-PCH, the
19 next access probe is transmitted after an additional backoff delay, RT, from 0 to 1 +
20 PROBE_BKOFF$_S$ slots.

21 • If the common channel multiplex sublayer pseudorandomly selects an R-ACH from
22 among all R-ACHs associated with the current F-PCH, the next access probe is
23 transmitted after an additional backoff delay, RT, from 0 to PROBE_BKOFF$_S$ slots.

24 The precise timing of the Access Channel transmissions in an access attempt is
25 determined by a procedure called PN randomization.  For each access sub-attempt, the
26 SRBP entity computes a delay, RN, from 0 to $2^{PROBE\_PN\_RAN_S}$ - 1 PN chips using a
27 hash function, which is a function of RN_HASH_KEY$_S$ and PROBE_PN_RAN$_S$ (see
28 2.2.1.1.2.2.3.4).  The variables that are related to the random access procedures are
29 shown in Table 2-39.

---

[38]A persistence test is not needed for sending SDUs that contain response messages,
because the base station controls the arrival rate of response messages directly by
controlling the rate at which it transmits messages requiring responses.



1
2

3          **Figure 2-12.  Example of R-ACH Slot Structure**

1 **Table 2-39.  Calculated, Random, and Hashed Variables**

| Variable | Name | Generation | Range | Units |
|---|---|---|---|---|
| PD | Persistence Delay | Delay continues slot-by-slot until persistence test (run every slot) passes. | — | slots |
| RA | R-ACH Number | Random between 0 and $ACC\_CHAN_S$; generated before every access probe sequence or every access probe. | 0 to 31 | - |
| RN | PN Randomization Delay | Hash using $RN\_HASH\_KEY_S$ between 0 and $2^{PROBE\_PN\_RAN_S} - 1$; generated once at the beginning of each access sub-attempt. | 0 to 511 | chips |
| RS | Sequence Backoff | Random between 0 and $1 + BKOFF_S$; generated before every sequence of an access sub-attempt (except the first sequence). | 0 to 16 | slots |
| RT | Probe Backoff | Random between 0 and $1 + PROBE\_BKOFF_S$; generated before subsequent probes if the mobile station transmits all access probes within an access probe sequence on the same R-ACH.  Random between 0 and $PROBE\_BKOFF_S$; generated before subsequent probes if the common channel multiplex sublayer pseudorandomly selects an R-ACH from among all R-ACHs associated with the current Paging Channel. | 0 to 16 or 0 to 15 | slots |

2

3 **2.2.1.1.2.1.5.1    R-ACH Structure**

4  An R-ACH slot is $(3 + MAX\_CAP\_SZ_S) + (1 + PAM\_SZ_S)$ R-ACH frames in length.  An
5  R-ACH slot begins and ends on R-ACH frame boundary.  R-ACH slots begin at R-ACH
6  frames, in which

7  $$t \bmod (4 + MAX\_CAP\_SZ_S + PAM\_SZ_S) = 0,$$

8
9  where t is the System Time in frames.  Note that all R-ACHs associated with a
10  particular F-PCH have the same slot size, and that all of the slots begin at the same
11  time.  Figure 2-12 shows an example of R-ACH slots and Figure 2-13 shows the R-ACH
12  structure.

13  An R-ACH transmission consists of the R-ACH preamble and the Layer 2 encapsulated
14  PDU.  An R-ACH transmission is an integer number of R-ACH frames in length, and
15  does not exceed $4 + MAX\_CAP\_SZ_S + PAM\_SZ_S$ R-ACH frames in length.

16  On each R-ACH transmission, the mobile station transmits a preamble consisting of
17  frames of (ACH_FRAME_SIZE + length of tail bits) zeros, starting at the beginning of the
18  slot (plus PN randomization, as specified in the "Pseudorandom Number Generator"
19  section of [5]) and $1 + PAM\_SZ_S$ R-ACH frames in length.  The mobile station transmits
20  the R-ACH Message capsule, immediately following the preamble (see Figure 2-13).

1



2

3     **Figure 2-13. R-ACH Structure[39] Example**

---

[39] This figure contains some detailed information of the Access Channel structure that is outside the scope of this document

1    **2.2.1.1.2.1.5.2    R-ACH Message Capsule Structure**

2    An R-ACH message capsule consists of a Layer 2 encapsulated PDU and the padding
3    added by the common channel multiplex sublayer, as shown in Figure 2-14.  The length
4    of the R-ACH message capsule is an integer number of R-ACH frames given by

5                          $\text{CAP\_SZ} = \lceil size / \text{ACH\_FRAME\_SIZE} \rceil,$
6    where *size* is passed by the MAC-SDUReady.Request primitive.

7    The mobile station transmits the Layer 2 encapsulated PDU, immediately following the
8    preamble.  The mobile station transmits padding, consisting of zero or more '0' bits
9    immediately following the Layer 2 encapsulated PDU.  The length of the padding is
10   equal to $\text{CAP\_SZ} \times \text{ACH\_FRAME\_SIZE}$ - *size*.



11

12                  **Figure 2-14. R-ACH Message Capsule Structure Example**

13   **2.2.1.1.2.1.6        Enhanced Access Channel Procedures**

14   There are two different access modes that can be used when transmitting messages
15   using the Enhanced Access Procedures:

16   •    Basic Access mode

17   •    Reservation Access mode

18   The following sections describe the procedures corresponding to each of these modes.

19   **2.2.1.1.2.1.6.1    Access Mode Selection**

20   The SRBP entity uses an algorithm to select an access mode prior to each Layer 2
21   encapsulated PDU transmission, based on the length of the Layer 2 encapsulated PDU
22   and configuration parameters from the base station.  Details of the algorithm are
23   specified in 2.2.1.1.2.2.4.3.

24   The SRBP entity sets the following variables, prefixed with "ACC_" that are used by the
25   MAC Sublayer only, where *i* is the index of the $\text{MODE\_SELECTION}_s$ record that
26   corresponds to the access mode selected as follows:

27   •    Set $\text{ACC\_MODE}_s$ to $\text{MODE\_SELECTION}_s[i].\text{ACCESS\_MODE}$;

28   •    Set $\text{ACC\_MAX\_DURATION}_s$ to $\text{MODE\_SELECTION}_s[i].$ MAX_DURATION, the
29        maximum duration that the mobile station can transmit continuously on an R-
30        EACH or R-CCCH;

1  • Set ACC_RATE$_s$ to r, the transmission rate of the R-EACH or R-CCCH, whichever
2    applies, that is determined by the SRBP entity;

3  • Set ACC_FRAME_DURATION$_s$ to the frame duration that corresponds to
4    ACC_RATE$_s$ according to Table 2-43;

5  • Set ACC_NUM_BITS$_s$ to the number of information bits that corresponds to
6    ACC_FRAME_DURATION$_s$ and ACC_RATE$_s$ according to Table 2-43;

7  • Set ACC_MSG_SIZE$_s$ to the size of the Layer 2 encapsulated PDU.

8  • Set ACC_MIN_RATE$_s$ to the minimum rate that the mobile station supports, which
9    is greater than or equal to (ACC_MSG_SIZE$_s$ / (MODE_SELECTION$_s$[$i$].
10   MAX_DURATION $\times$ 5));

11 The SRBP entity also sets the following mode-specific variables:

12 • Set NUM_STEP$_s$ to MODE_PARMS$_s$[ACC_MODE$_s$].EACH_NUM_STEP, the maximum
13   number of probes within an enhanced access probe sequence;

14 • Set EACH_BKOFF$_s$ to MODE_PARMS$_s$[ACC_MODE$_s$].EACH_BKOFF, the range of
15   random backoff between enhanced access probe sequences;

16 • Set EACH_PROBE_BKOFF$_s$ to
17   MODE_PARMS$_s$[ACC_MODE$_s$].EACH_PROBE_BKOFF,  the range of random backoff
18   between enhanced access probes;

19 • Set EACH_SLOT$_s$ to MODE_PARMS$_s$[ACC_MODE$_s$].EACH_SLOT, the R-EACH slot
20   size.

21 **2.2.1.1.2.1.6.2    Common Procedures for Basic Access Mode and Reservation**
22 **                  Access Mode**

23 Prior to initiating a transmission, the mobile station randomly selects a R-EACH
24 corresponding to the applicable access mode, and formats the Enhanced Access Probe
25 (EAP) accordingly.  Enhanced Access Data rates and frame sizes permitted are
26 determined by the R-EACH specific parameter RATE_WORD given in Table 2-43.  A
27 parameter ACC_MAX_DURATION$_s$ stores the maximum message duration that a mobile
28 station is permitted to transmit on the R-EACH (in Basic Access mode) or R-CCCH (in
29 Reservation Access mode).

30 The mobile station transmits the Enhanced Access Probe sequence only after passing a
31 persistence test.  The EAP preamble, the R-EACH frame structure, and the calculation
32 of the EAP transmit power level are described in detail in [2].

33 **2.2.1.1.2.1.6.3    Basic Access Mode**

34 In this access mode, the mobile station sends access probes that consist of the message
35 and a preamble (if EACH_PREAMBLE_ENABLED$_s$ is not zero).  The mobile station
36 increases the transmission power on each successive access probe within an access
37 probe sequence.

1 **2.2.1.1.2.1.6.4    Reservation Access Mode**

2 Based on the transmission rate requested in the R-EACH Header, the length of the
3 burst to be transmitted cannot exceed ACC_MAX_DURATION$_s$ seconds.  If the length of
4 the burst does not exceed the maximum duration, the mobile station proceeds to
5 transmit its RA-EAP sequence.  The mobile station determines if soft handoff on R-
6 CCCH is supported based on RCCCH_HO_SUPPORTED$_s$, and performs the following:

7 • If RCCCH_HO_SUPPORTED$_s$ is equal to '0', the mobile station transmits an RA-EAP
8   on the next R-EACH slot boundary, and monitors the F-CACH for a duration of
9   EACAM_CACH_DELAY$_s$ 5 ms frames.  If the mobile station does not receive an *Early
10   Acknowledgment Channel Assignment Message* with its Hash Identifier within this
11   time, it performs the procedures specified in 2.2.1.1.2.1.6.4.1.  If its Hash Identifier
12   is received in the *Early Acknowledgment Channel Assignment Message*, it transmits
13   on the R-CCCH as described in 2.2.1.1.2.1.6.4.2.

14 • If RCCCH_HO_SUPPORTED$_s$ is equal to '1', the mobile station sets the HO_REQ_ID
15   field in the R-EACH Header as follows:

16   – If Candidate $E_c/I_0$ (dB) < (Active pilot $E_c/I_0$ (dB) – RCCCH_HO_THRESH$_s$ /
17     2), where Candidate $E_c/I_0$ is the pilot strength of the strongest pilot in the
18     Neighbor Set, the mobile station sets the HO_REQ_ID field to '0' (soft handoff not
19     requested);

20   – Otherwise, the mobile station sets the HO_REQ_ID field to '1' and sets the
21     NEIGHBOR_PN field to the PILOT_PN of the candidate pilot in the R-EACH
22     Header.

23 The mobile station then transmits an RA-EAP and starts monitoring the F-CACH
24 and performs the following:

25   – If HO_REQ_ID is equal to '0' was sent in the R-EACH Header, and the mobile
26     station receives an *Early Acknowledgment Channel Assignment Message* with its
27     Hash Identifier, the mobile station begins transmitting the Enhanced Access
28     Data on the assigned R-CCCH as specified in 2.2.1.1.2.1.6.4.2.  If the mobile
29     station fails to receive an *Early Acknowledgment Channel Assignment Message*
30     within EACAM_CACH_DELAY$_s$ after the transmission of the R-EACH header, the
31     mobile station performs the procedures as specified in 2.2.1.1.2.1.6.4.1.

32   – If HO_REQ_ID is equal to '1' was sent in the R-EACH Header, and the mobile
33     station receives an *Early Acknowledgment Channel Assignment Message* with its
34     Hash Identifier and with the HO_FLAG field set to '0', then the base station does
35     not grant a soft handoff.  The mobile station begins transmitting Enhanced
36     Access Data on the assigned R-CCCH as specified in 2.2.1.1.2.1.6.4.2.  If the
37     mobile station fails to receive an *Early Acknowledgment Channel Assignment
38     Message* within EACAM_PCCAM_DELAY$_s$ after the transmission of the R-EACH
39     header, the mobile station performs the procedures as specified in
40     2.2.1.1.2.1.6.4.1.

41   – If HO_REQ_ID is equal to '1' was sent and the mobile station receives an *Early
42     Acknowledgment Channel Assignment Message* with its hash identifier and with
43     the HO_FLAG field set to '1', the mobile station waits to receive a *Power Control
44     Channel Assignment Message* on F-CACH and then transmits the Enhanced
45     Access Data on the assigned R-CCCH as specified in 2.2.1.1.2.1.6.4.3.  If the
46     mobile station fails to receive both the *Early Acknowledgment Channel
47     Assignment Message* and the *Power Control Channel Assignment* within
48     EACAM_PCCAM_DELAY$_s$ after the transmission of the R-EACH header, the
49     mobile station performs the procedures as specified in 2.2.1.1.2.1.6.4.1.

1  **2.2.1.1.2.1.6.4.1      Non-Acknowledgement Processing**

2  When the mobile station fails to receive its early acknowledgement on the F-CACH
3  within the applicable time limit, the SRBP entity sends a failure indication to the LAC
4  Layer.

5  **2.2.1.1.2.1.6.4.2      Soft Handoff Not Supported/Not Granted**

6  After the mobile station receives an *Early Acknowledgment Channel Assignment*
7  *Message* on the F-CACH, it examines the $RATE\_WORD_r$.

8  If the transmission rate granted by the base station is smaller than $ACC\_MIN\_RATE_s$,
9  the mobile station terminates the access attempt and the SRBP entity sends a failure
10  indication to the LAC Layer.

11  Otherwise, the mobile station begins transmitting its burst (R-CCCH preamble followed
12  by Enhanced Access Data) no later than the next R-CCCH slot boundary after the
13  System Time at which the *Early Acknowledgment Channel Assignment Message* was
14  received + 20 ms.  The mobile station applies open loop power estimates specified in [2].
15  After a delay of $RA\_PC\_DELAY_s$ from the beginning of transmission of the R-CCCH
16  preamble, the mobile station begins closed loop power control operation, with closed
17  loop corrections specified in [2], by adjusting its transmit power according to the power
18  control bits received on the assigned F-CPCSCH.

19  An example of Reservation Access without soft handoff is shown in Figure 2-15.

1



2

3          **Figure 2-15.  Reservation Access Mode without Soft Handoff (Example)**

4     **2.2.1.1.2.1.6.4.3     Soft Handoff Granted**

5     The *Early Acknowledgment Channel Assignment Message* of the F-CACH includes the
6     address of both the R-CCCH and F-CPCSCH associated with the primary cell given by
7     logical address RES_SCH_ADDR$_S$.  The mobile station monitors the F-CACH to receive
8     the *Power Control Channel Assignment Message* and obtains the candidate base
9     station's F-CPCSCH logical address CPCSCH_2$_S$.  Prior to transmission, if the
10    combination of the granted rate and frame duration cannot be supported by the mobile
11    station (e.g., the granted rate is smaller than ACC_MIN_RATE$_S$), the mobile station
12    terminates the access attempt and sends an access failure indication to the LAC Layer.

13    After the mobile station receives the *Early Acknowledgment Channel Assignment
14    Message* and the *Power Control Channel Assignment Message* on the F-CACH, it begins
15    transmitting the R-CCCH preamble and the message on the assigned R-CCCH.

16    An example of Reservation Access with soft handoff is shown in Figure 2-16.



1

2          **Figure 2-16.  Reservation Access Mode with Soft Handoff (Example)**

3      **2.2.1.1.2.1.6.5    Mapping the Logical Address to a Physical F-CPCSCH**

4      The base station specifies the F-CPCCH index in the *Early Acknowledgment Channel*
5      *Assignment Message* or *Power Control Channel Assignment Message*.

6      In Reservation Access mode, the RES_SCH_ADDR$_S$ specifies the forward common power
7      control subchannel and is computed as specified in 2.2.1.1.2.2.4.6.

8      **2.2.1.1.2.2 Mobile Station Procedures**

9      **2.2.1.1.2.2.1    Sync Channel Procedures**

10     If the common channel multiplex sublayer receives a PHY-SYNC.Indication (*sdu*)
11     primitive from the Physical Layer, the common channel multiplex sublayer entity shall
12     send a MAC-Data.Indication (*channel_id*, *channel_type*, *data*, *size*, *system_time*)
13     primitive with:

14     •   *channel_id* set to a unique channel identifier for the physical channel on which the
15         data was received (see 2.2.1.1.2.3.9);

16     •   *channel_type* set to "F-SYNC frame";

17     •   *data* set to *sdu*;

18     •   *size* set to the size of *data* in bits; and

19     •   *system_time* set to the ~~time~~ System Time associated with the Physical Layer frame
20         which carried the F-SYNC SDU.

1  **2.2.1.1.2.2.2      Paging Channel Procedures**

2  If the common channel multiplex sublayer receives a PHY-PCH.Indication (*sdu*) from the
3  Physical Layer, the common channel multiplex sublayer entity shall send a MAC-
4  Data.Indication (*channel_id*, *channel_type*, *data*, *size*, *system_time*) primitive with:

5  •  *channel_id* set to a unique channel identifier for the physical channel on which the
6     data was received (see 2.2.1.1.2.3.9);

7  •  *channel_type* set to "F-PCH frame";

8  •  *data* set to sdu;

9  •  *size* set to the size of *data* in bits; and

10 •  *system_time* set to the ~~time~~ System Time associated with the Physical Layer frame
11    which carried the F-PCH SDU.

12 **2.2.1.1.2.2.3      Access Channel Procedures**

13 This section specifies the random access procedures at the mobile station for sending
14 Layer 2 encapsulated PDUs on the R-ACH (see Figure 2-17).

15 **2.2.1.1.2.2.3.1    Processing of the MAC-SDUReady.Request Primitive**

16 Upon reception of a MAC-SDUReady.Request (*channel_type*, *size*, *P*, *seqno*) primitive
17 with *channel_type* set to "ACH frame", the SRBP entity shall do the following:

18 •  If *seqno* is equal to 0:

19    –  The SRBP entity shall send a MAC-SDUReady.Response(*access_mode*) primitive
20       with *access_mode* set to ~~ACC_MODE_s~~ NULL.

21    –  The SRBP entity shall compute a number, RN, from 0 to
22       ($2^{PROBE\_PN\_RAN_s}$ – 1), using the hashing technique described in 2.2.1.1.2.2.3.4.

23    –  The SRBP entity shall perform a persistence test for each R-ACH slot until the
24       test passes.  To perform the persistence test, the SRBP entity shall generate a
25       random number RP, 0 < RP < 1, using the technique described in the
26       "Pseudorandom Number Generator" section of [5].  The persistence test is said to
27       pass when RP is less than the value of *P*.

28    –  The common channel multiplex sublayer shall generate a random number, RA,
29       from 0 to $ACC\_CHAN_s$ using the procedure described in the "Pseudorandom
30       Number Generator" section of [5].

31 •  If *seqno* is non-zero and (*seqno* mod (NUM_STEP$_s$+1)) is equal to 0:

32    –  The SRBP entity shall generate a random number, RS, from 0 to
33       ($BKOFF_s$ + 1), using the procedure described in the "Pseudorandom Number
34       Generator" section of [5].

35    –  The SRBP entity shall wait for RS R-ACH slots and then perform a persistence
36       test for each R-ACH slot until the test passes (see above).

37    –  The common channel multiplex sublayer shall generate a random number, RA,
38       from 0 to $ACC\_CHAN_s$ using the procedure described in the "Pseudorandom
39       Number Generator" section of [5].

40 •  If (*seqno* mod (NUM_STEP$_s$+1)) is non-zero:

1     –    If the common channel multiplex sublayer transmits all access probes within an
2           access probe sequence on the same R-ACH, the SRBP entity shall generate a
3           random number, RT, from 0 to 1 + $PROBE\_BKOFF_s$, using the procedure
4           described in the "Pseudorandom Number Generator" section of [5].

5     –    If the common channel multiplex sublayer pseudorandomly selects an R-ACH
6           among all the R-ACHs associated with the current F-PCH, the SRBP entity shall
7           generate a random number, RT, from 0 to $PROBE\_BKOFF_s$, using the procedure
8           described in the "Pseudorandom Number Generator" section of [5].  If there is
9           more than one R-ACH associated with the current Paging Channel, the common
10          channel multiplex sublayer should generate a random number, RA, from 0 to
11          $ACC\_CHAN_s$ using the procedure described in the "Pseudorandom Number
12          Generator" section of [5].

13     –    The SRBP entity shall wait for RT R-ACH slots.

14     •   Perform the procedures described in 2.2.1.1.2.2.3.2.

### 2.2.1.1.2.2.3.2    Transmitting an Access Probe

16  When transmitting an access probe, the SRBP entity shall do the following:

17     •   Set $PWR\_LVL_s$ to (*seqno* mod ($NUM\_STEP_s$+1)).

18     –    The common channel multiplex sublayer shall send a PHY-ACHPreamble.Request
19           (*ra*, *pwr_lvl*, *rn*, *num_preamble_frames*) primitive to the Physical Layer with

20     •   *ra* set to RA;

21     •   *pwr_lvl* set to $PWR\_LVL_s$;

22     •   *rn* set to RN; and

23     •   *num_preamble_frames* set to (1 + $PAM\_SZ_s$).

24  After the transmission of the preamble, the SRBP entity shall send a MAC-
25  Availability.Indication primitive and wait for the reception of the matching MAC-
26  Data.Request primitive, for each R-ACH frame, until all the fragments of the Layer 2
27  encapsulated PDU are transmitted.  When sending the MAC-Availability.Indication
28  primitive, the SRBP entity shall set *max_size* to ACH_FRAME_SIZE, and *system_time* to
29  the ~~time~~ System Time at which the frame will be transmitted (see 2.2.1.1.2.2.3.3 for the
30  processing of the MAC-Data.Request primitive).

### 2.2.1.1.2.2.3.3    Processing of the MAC-Data.Request Primitive

32  Upon reception of the MAC-Data.Request (*channel_type*, *data*, *size*) primitive with non-
33  zero *size* and *channel_type* set to "R-ACH frame", the SRBP entity shall perform the
34  following:

35     •   The SRBP entity shall append (ACH_FRAME_SIZE – *size*) '0' bits to *data* to form a
36       Physical Layer R-ACH SDU.

37     •   The common channel multiplex sublayer shall send a  PHY-ACH.Request (*ra*,
38       *pwr_lvl*, *rn*, *sdu*) primitive to the Physical Layer with:

39     –    *ra* set to RA;

40     –    *pwr_lvl* set to $PWR\_LVL_s$;

41     –    *rn* set to RN; and

1       – *sdu* set to the assembled R-ACH SDU.

2   **2.2.1.1.2.2.3.4   Hash Function**

3   The following function returns an integer, using as arguments the mobile station's IMSI
4   or ESN, the number of resources N, and a modifier DECORR.  The modifier serves to
5   decorrelate the values obtained for the various applications from the same mobile
6   station.

7   HASH_KEY shall be equal to the mobile station ESN.

8   Define:

9   • Word L to be bits 0-15 of HASH_KEY

10  • Word H to be bits 16-31 of HASH_KEY

11  where bit 0 is the least significant bit of HASH_KEY.  The hash value is computed as
12  follows:[40]

13         $R = \lfloor N \times ((40503 \times (L \oplus H \oplus DECORR)) \bmod 2^{16}) / 2^{16} \rfloor$.

14  The mobile station shall choose the range N and the 16-bit modifier DECORR according
15  to the application as shown in Table 2–40.  In the table, HASH_KEY[0...11] denotes the
16  12 least significant bits of HASH_KEY.

17

18                     **Table 2-40.  Hash Function Modifier**

| Application | N | DECORR | Return Value |
|---|---|---|---|
| Access Channel PN Randomization | $2^{PROBE\_PN\_RAN_s}$ where PROBE_PN_RAN$_s$ is from *Access Parameters Message* (up to 512) | $14 \times HASH\_KEY[0...11]$ | R |

---

[40] This formula is adapted from Knuth, Donald N., *The Art of Computer Programming*, 2 volumes, (Reading, MA, Addison-Wesley, 1998).

1
2



3
4
5        **Figure 2-17. Example of Random Access Procedures at the Mobile Station**

6   **2.2.1.1.2.2.4        Enhanced Access Channel Procedures**

7   This section describes the Enhanced Access Procedures, which include Basic Access
8   mode and Reservation access mode (see Figure 2-18 and Figure 2-19).

### 2.2.1.1.2.2.4.1    Processing of the MAC-SDUReady.Request Primitive

Upon reception of the MAC-SDUReady.Request (*channel_type*, *size*, *P*, *seqno*) primitive with *channel_type* set to "ENHANCED ACCESS frame", the SRBP entity shall do the following:

- If seqno is equal to 0, the SRBP entity shall perform the procedure Access_Mode (*size*), as specified in 2.2.1.1.2.2.4.3 to determine the access mode, $ACC\_MODE_s$, and shall perform the following:
  - The SRBP entity shall send a MAC-SDUReady.Response(*access_mode*) primitive with *access_mode* set to $ACC\_MODE_s$.
  - The SRBP entity shall perform a persistence test for each R-EACH slot until the test passes.  To perform the persistence test, the SRBP entity shall generate a random number RP, $0 < RP < 1$, using the technique described in the "Pseudorandom Number Generator" section of [5].  The persistence test is said to pass when RP is less than the value of *P*.
  - The common channel multiplex sublayer shall calculate the $EACH\_ID_s$ as specified in 2.2.1.1.2.2.4.5.

- If *seqno* is non-zero and (*seqno* mod ($NUM\_STEP_s$+1)) is equal to 0, the SRBP entity shall perform the following:
  - The SRBP entity shall generate a random number, RS, from 0 to ($EACH\_BKOFF_s$ + 1), using the procedure described in the "Pseudorandom Number Generator" section of [5].
  - The SRBP entity shall wait for RS R-EACH slots and then perform a persistence test for each R-EACH slot until the test passes (see above).
  - The common channel multiplex sublayer shall calculate the $EACH\_ID_s$ as specified in 2.2.1.1.2.2.4.5.

- If (*seqno* mod ($NUM\_STEP_s$+1)) is non-zero, the SRBP entity shall perform the following:
  - If the common channel multiplex sublayer transmits all Enhanced Access Probes within an Enhanced Access Probe sequence on the same R-EACH, the SRBP entity shall generate a random number, RT, from 0 to (1 + $EACH\_PROBE\_BKOFF_s$), using the procedure described in the "Pseudorandom Number Generator" section of [5].
  - If the common channel multiplex sublayer pseudorandomly selects an R-EACH among all the R-EACHs with access mode set to $ACC\_MODE_s$ that are associated with the current F-CCCH, the SRBP entity shall generate a random number, RT, from 0 to $EACH\_PROBE\_BKOFF_s$, using the procedure described in the "Pseudorandom Number Generator" section of [5].  The common channel multiplex sublayer shall calculate the $EACH\_ID_s$ as specified in 2.2.1.1.2.2.4.5.
  - The SRBP entity shall wait for RT R-EACH slots.

- Set $PWR\_LVL_s$ to (*seqno* mod ($NUM\_STEP_s$+1)).

- Set $ACC\_PREAMBLE\_TX\_SLOTS_s$ to $\lfloor SYS\_TIME\ /\ EACH\_SLOT_s \rfloor$, where SYS_TIME is the System Time in units of 1.25 ms, at which the preamble is to be transmitted.

- The common channel multiplex sublayer shall send a PHY-EACHPreamble.Request (*pwr_lvl*, *fcch_id*, *each_id*, *base_id*, *slot_offset*) primitive to the Physical Layer with:

1     –   *pwr_lvl* set to PWR_LVL$_S$;

2     –   *fccch_id* set to FCCCH_ID$_S$;

3     –   *each_id* set to EACH_ID$_S$;

4     –   *base_id* set to BASE_ID$_S$; and

5     –   *slot_offset* set to ACC_PREAMBLE_TX_SLOT$_S$ mod 512.

6   •   After transmitting the preamble, the SRBP entity shall perform the following
7       procedures:

8     –   If ACC_MODE$_S$ is equal to '000' (Basic Access mode), the SRBP entity shall send
9        a MAC-Availability.Indication primitive and wait for the reception of the matching
10        MAC-Data.Request primitive, for each R-EACH frame, until all the fragments of
11        the Layer 2 encapsulated PDU are transmitted or ACC_RESIDUAL_SIZE$_S$ is zero.
12        The common channel multiplex sublayer shall set ACC_NUM_BITS$_S$ to the
13        number of information bits that corresponds to the transmission rate specified by
14        ACC_RATE$_S$ according to Table 2-43.  The SRBP entity shall set the parameters
15        of the MAC-Availability.Indication primitive as follows:

16       +   *channel_type* set to "ENHANCED ACCESS frame";

17       +   *max_size* set to ACC_NUM_BITS$_S$;

18       +   *system_time* set to the ~~time~~ System Time at which the frame will be
19         transmitted; and

20       +   *residual_size* set to ACC_RESIDUAL_SIZE$_S$.

21     –   If ACC_MODE$_S$ is equal to '001' (Reservation Access mode), the SRBP entity shall
22        assemble a~~n~~ R-EACH header according to 2.2.1.1.2.2.4.4 and send a PHY-
23        EACHHeader.Request (*pwr_lvl, fccch_id, each_id, base_id, slot_offset, sdu*)
24        primitive to the Physical Layer with:

25       +   *pwr_lvl* set to PWR_LVL$_S$;

26       +   *fccch_id* set to FCCCH_ID$_S$;

27       +   *each_id* set to EACH_ID$_S$;

28       +   *base_id* set to BASE_ID$_S$;

29       +   *slot_offset* set to ACC_PREAMBLE_TX_SLOT$_S$ mod 512; and

30       +   *sdu* set to the assembled R-EACH header.

31     –   If ACC_MODE$_S$ is equal to '001' (Reservation Access mode), the SRBP entity shall
32       perform the following:

33       +   If the HO_REQ_ID field in the R-EACH header was set to '0', the SRBP
34         entity shall set the value of the timer T$_{EACAM}$ to EACAM_CACH_DELAY$_S$
35         and start the timer.

36       +   If the HO_REQ_ID field in the R-EACH header was set to '1', the SRBP
37         entity shall set the value of the timer T$_{EACAM}$ to
38         EACAM_PCCAM_DELAY$_S$ and start the timer.

39       +   When the timer T$_{EACAM}$ expires, the mobile station shall send a MAC-
40         AccessFailure.Indication ("Timer Expired", *acceptable_rate*) primitive to
41         LAC Layer with *acceptable_rate* set to NULL.

1  **2.2.1.1.2.2.4.2    Processing of the MAC-Data.Request Primitive**

2  Upon reception of the MAC-Data.Request (*channel_type*, *data*, *size*) primitive with
3  *channel_type* set to "R-EACH frame" and non-zero *size*, the SRBP entity shall perform
4  the following:

5  • Append (*max_size* – *size*) '0' bits to *data* to form a Physical Layer R-EACH SDU,
6    where *max_size* is the parameter passed in the MAC-Availability.Indication
7    primitive.

8  • The common channel multiplex sublayer shall send a PHY-EACH.Request (*pwr_lvl*,
9    *fccch_id*, *each_id*, *base_id*, *slot_offset*, *sdu*, *frame_duration*, *num_bits*) primitive to the
10   Physical Layer with:

11   – *pwr_lvl* set to PWR_LVL$_S$;

12   – *fccch_id* set to FCCCH_ID$_S$;

13   – *each_id* set to EACH_ID$_S$;

14   – *base_id* set to BASE_ID$_S$;

15   – *slot_offset* set to ACC_PREAMBLE_TX_SLOT$_S$ mod 512;

16   – *sdu* set to the assembled R-EACH SDU;

17   – *frame_duration* set to ACC_FRAME_DURATION$_S$; and

18   – *num_bits* set to ACC_NUM_BITS$_S$.

19  • Set ACC_RESIDUAL_SIZE$_S$ to ACC_RESIDUAL_SIZE$_S$ - ACC_NUM_BITS$_S$.

20  Upon reception of the MAC-Data.Request (*channel_type*, *data*, *size*) primitive with non-
21  zero *size*, and with *channel_type* set to "R-CCCH frame", the SRBP entity shall perform
22  the procedures specified in 2.2.1.1.2.2.8.

1



2
3

4   **Figure 2-18. Example of Enhanced Access Procedures at the Mobile Station**
5   **(Part 1 of 2)**



**Figure 2-19. Example of Enhanced Access Procedures different at the Mobile Station (Part 2 of 2)**

1
2
3
4

1  **2.2.1.1.2.2.4.3   Enhanced Access Mode Selection Algorithm**

2  The SRBP entity shall determine the access mode according to the following algorithm:

3  Access_Mode (size)

4  {

5  $ACC\_MODE_s$ = INVALID;

6  $ACC\_RATE_s$ = INVALID;

7  $ACC\_NUM\_BITS_s$ = INVALID;

8  $ACC\_FRAME\_DURATION_s$ = INVALID;

9  $ACC\_MAX\_DURATION_s$ = INVALID;

10  $ACC\_MIN\ \_RATE_s$ = INVALID;

11  $ACC\_MSG\_SIZE_s$ = INVALID;

12  $EACH\_NOM\_PWR_s$ = INVALID;

13  $EACH\_INIT\_PWR_s$ = INVALID;

14  $EACH\_PREAMBLE\_ENABLED_s$ = INVALID;

15  $EACH\_PREAMBLE\_NUM\_FRAC_s$ = INVALID;

16  $EACH\_PREAMBLE\_FRAC\_DURATION_s$ = INVALID;

17  $EACH\_PREAMBLE\_OFF\_DURATION_s$ = INVALID;

18  $NUM\_STEP_s$ = INVALID;

19  $EACH\_BKOFF_s$ = INVALID;

20  $EACH\_PROBE\_BKOFF_s$ = INVALID;

21  $EACH\_SLOT_s$ = INVALID;

22  Let *each_rates* be the set of R-EACH transmission rates (in bps) with the
23  corresponding bit position in $EACH\_BA\_RATES\_SUPPORTED_s$, as specified in Table
24  2-41, set to 1;

25  Let *rccch_rates* be the set of R-CCCH transmission rates (in bps) with the
26  corresponding bit position in $RCCCH\_RATES\_SUPPORTED_s$, as specified in Table
27  2-41, set to 1;

28  for (*i*=1; *i* <= $NUM\_MODE\_SELECTION\_ENTRIES_s$; *i*++)

29  {

30      if (the mobile station supports access mode
31          $MODE\_SELECTION_s[i].ACCESS\_MODE$)

32      {

33              If ($MODE\_SELECTION_s[i].ACCESS\_MODE$ == '000')

34              {

35              // d is the duration of the message at rate r in units of 5 ms

36                  Let r be the desired transmission rate on the R-EACH such that:

37                      r is a member of the set *each_rates*,
38                      d = $\lceil 1000 \times size/r/5 \rceil$, and
39                      (d >= $MODE\_SELECTION_s[i].MIN\_DURATION$) &&
40                      (d <= $MODE\_SELECTION_s[i].MAX\_DURATION$);

41              }

42              else if ($MODE\_SELECTION_s[i].ACCESS\_MODE$ == '001')

TIA-2000.3-D-1

```
1                    {
2                        // d is the duration of the message at rate r in units of 5 ms
3                        Let r be the desired transmission rate on the R-CCCH such that:
4                            r is a member of the set rccch_rates,
5                            d = ⌈1000 × size/r/5⌉, and
6                            (d >= MODE_SELECTIONS[i].MIN_DURATION) &&
7                            (d <= MODE_SELECTIONS[i].MAX_DURATION);
8                        }
9                        else return("Failure");
```

```
1                    if (an acceptable value for r exists)

2                    {

3                        ACC_MODE_s = MODE_SELECTION_s[i].ACCESS_MODE;
4                        ACC_RATE_s = r;
5                        ACC_NUM_BITS_s = the number of information bits that corresponds
6                        to r according to Table 2-43;
7                        ACC_FRAME_DURATION_s = the frame duration that corresponds to r
8                        according to Table 2-43;
9                        ACC_MAX_DURATION_s = MODE_SELECTION_s[i]. MAX_DURATION;
10                       ACC_MIN_RATE_s = the minimum rate the mobile station supports
11                           that is greater than or equal to (size / (MODE_SELECTION_s[i].
12                           MAX_DURATION ×× 5));
13                       ACC_MSG_SIZE = size;
14                       EACH_NOM_PWR_s =
15                           MODE_PARMS_s[ACC_MODE_s].EACH_NOM_PWR;
16                       EACH_INIT_PWR_s = MODE_PARMS_s[ACC_MODE_s].EACH_INIT_PWR;
17                       EACH_PREAMBLE_ENABLED_s = MODE_PARMS_s[ACC_MODE_s].
18                           EACH_PREAMBLE_ENABLED;
19                       EACH_PREAMBLE_NUM_FRAC_s = MODE_PARMS_s[ACC_MODE_s].
20                           EACH_PREAMBLE_NUM_FRAC;
21                       EACH_PREAMBLE_FRAC_DURATION_s =
22                           MODE_PARMS_s[ACC_MODE_s].
23                           EACH_PREAMBLE_FRAC_DURATION;
24                       EACH_PREAMBLE_OFF_DURATION_s =
25                           MODE_PARMS_s[ACC_MODE_s].
26                           EACH_PREAMBLE_OFF_DURATION;
27                       NUM_STEP_s = MODE_PARMS_s[ACC_MODE_s].EACH_NUM_STEP;
28                       EACH_BKOFF_s = MODE_PARMS_s[ACC_MODE_s].EACH_BKOFF;
29                       EACH_PROBE_BKOFF_s =
30                           MODE_PARMS_s[ACC_MODE_s].EACH_PROBE_BKOFF;
31                       EACH_SLOT_s = MODE_PARMS_s[ACC_MODE_s].EACH_SLOT;

32                       ACC_RESIDUAL_SIZE_s = ACC_RATE_s × ACC_FRAME_DURATION_s ×
33                       ⌊(ACC_MAX_DURATION_s × 5)/ACC_FRAME_DURATION_s⌋;

34                       return("Success");

35                   }

36           }

37   return ("Failure");

38   }
```

1

2      **Table 2-41.  R-EACH/R-CCCH Data Rate and Frame Duration and Bit Position**
3           **of EACH_BA_RATES_SUPPORTED$_s$/RCCCH_RATES_SUPPORTED$_s$**

| Bit Position | R-EACH and R-CCCH Data Rate (bps) | R-EACH and R-CCCH Frame Duration (ms) |
|---|---|---|
| 0 | 9600 | 20 |
| 1 | 19200 | 20 |
| 2 | 19200 | 10 |
| 3 | 38400 | 20 |
| 4 | 38400 | 10 |
| 5 | 38400 | 5 |
| 6 | Reserved | |
| 7 | Reserved | |

4      **2.2.1.1.2.2.4.4   Assembling of the R-EACH Header**

5      When assembling an R-EACH header, the SRBP entity shall set HASH_ID$_s$ to a random
6      number from 0 to $2^{16}$ - 1 using the procedure described in the "Pseudorandom Number
7      Generator" section of [5] and the SRBP entity shall use the following message format.

8                          **Table 2-42.  Format of the R-EACH Header**

| Field | Length (bits) |
|---|---|
| HASH_ID | 16 |
| RATE_WORD | 3 |
| MODE_ID | 1 |
| HO_REQ_ID | 0 or 1 |
| NEIGHBOR_PN | 0 or 9 |
| RESERVED | As required |

9

10     HASH_ID          -    Hash Identifier.

11                           The mobile station shall set this field to HASH_ID$_s$.

12     RATE_WORD        -    Rate and frame size indicator.

13                           The mobile station shall set this field according to Table 2-43
14                           to indicate the requested transmission rate and frame size of
15                           the data to be transmitted on R-CCCH.

16     MODE_ID          -    Mode Identifier.

17                           The mobile station shall set this field to '0'.  Other values for
18                           this field are reserved.

19     HO_REQ_ID        -    Handoff Request Identifier.

20                           The mobile station shall include this field if MODE_ID is set to
21                           '0'.  Otherwise, the mobile station shall omit this field.  If
22                           included, the mobile station shall perform the following:

If RCCCH_HO_SUPPORTED$_s$ is equal to '0', the mobile station shall set this field to '0'.

The mobile station shall set this field to '1' if RCCCH_HO_SUPPORTED$_s$ is equal to '1', and the following inequality holds:

$$(\text{Candidate Ec}/I_0) \geq (\text{Active pilot Ec}/I_0) - \text{RCCCH\_HO\_THRESH}_s \, / \, 2$$

where Candidate Ec/$I_0$ is the pilot strength of the strongest pilot in the Neighbor Set.

NEIGHBOR_PN      -   Neighbor Pilot PN Offset.

The mobile station shall include this field only if HO_REQ_ID is included and set to '1'.  If included, the mobile station shall set this field to the neighbor pilot PN offset.

RESERVED         -   Reserved bits.

The mobile station shall set this field so that the total number of bits in this message is 32.  The mobile station shall set all the reserved bits to '0'.

**Table 2-43. RATE_WORD Encoding**

| RATE_WORD | Data Rate (kbps) | Frame Length (ms) | No. of Information bits |
|-----------|------------------|-------------------|-------------------------|
| '000'     | 9.6              | 20                | 172                     |
| '001'     | 19.2             | 20                | 360                     |
| '010'     | 19.2             | 10                | 172                     |
| '011'     | 38.4             | 20                | 744                     |
| '100'     | 38.4             | 10                | 360                     |
| '101'     | 38.4             | 5                 | 172                     |
| '110'-'111' | Reserved       |                   |                         |

**2.2.1.1.2.2.4.5   Calculation of EACH_ID**

If ACC_MODE$_s$ is equal to '000' (Basic Access mode), the common channel multiplex sublayer shall generate a random number $x$, from 0 to NUM_EACH_BA$_s$ - 1 using the procedure described in the "Pseudorandom Number Generator" section of [5] and set EACH_ID$_s$ to $x$.

If ACC_MODE$_s$ is equal to '001' (Reservation Access mode), the common channel multiplex sublayer shall generate a random number $x$, from 0 to NUM_EACH_RA$_s$ - 1 using the procedure described in the "Pseudorandom Number Generator" section of [5] and set EACH_ID$_s$ to NUM_EACH_BA$_s$ + $x$.

**2.2.1.1.2.2.4.6   Calculation of Common Power Control Subchannel Index**

When ACC_MODE$_s$ is equal to '001' (Reservation Access mode), the SRBP entity shall use the following formula to determine the Common Power Control Sub-Channel Address:

1   $\text{RES\_SCH\_ADDR}_S = ((\text{RCCCH\_ID}_S + (\text{FCCCH\_ID}_S \times \text{NUM\_RCCCH}_S)) \bmod$
2   $\text{NUM\_PCSCH\_RA}_S).$

### 2.2.1.1.2.2.5   Common Assignment Channel Procedures

4   When the mobile station is processing the F-CACH, the mobile station shall set
5   $\text{CACH\_ID}_S$ to $((\text{EACH\_ID}_S + (\text{FCCCH\_ID}_S \times \text{NUM\_EACH\_RA}_S)) \bmod \text{NUM\_CACH}_S)$.

6   When the common channel multiplex sublayer receives a PHY-CACH.Indication (*sdu*,
7   *frame_quality*) primitive from the Physical Layer with *frame_quality* set to "sufficient",
8   the SRBP entity shall process the message contained in the *sdu* according to the
9   MSG_TYPE:

10  • If MSG_TYPE is equal to '000' (*Early Acknowledgement Channel Assignment*
11    *Message*) the SRBP entity shall process the message according to 2.2.1.1.2.2.5.1;

12  • If MSG_TYPE is equal to '001' (*Power Control Channel Assignment Message*), the
13    SRBP entity shall process the message according to 2.2.1.1.2.2.5.2;

### 2.2.1.1.2.2.5.1   Processing of the Early Acknowledgement Channel Assignment Message

16  Upon reception of an *Early Acknowledgement Channel Assignment Message* with
17  $\text{HASH\_ID}_r$ equal to $\text{HASH\_ID}_S$, the SRBP entity shall process the message as follows:

18  • Set $\text{ACC\_RATE}_S$ to the rate corresponding to $\text{RATE\_WORD}_r$ according to Table 2-43.

19  • If $\text{ACC\_RATE}_S$ is smaller than $\text{ACC\_MIN\_RATE}_S$, the SRBP entity shall discontinue
20    any further processing of the *Early Acknowledgment Channel Assignment Message*
21    and send a MAC-AccessFailure.Indication ("Insufficient Transmission Rate",
22    *acceptable_rate*) primitive with *acceptable_rate* set to $\text{ACC\_RATE}_S$ to LAC layer.

23  • Set $\text{ACC\_NUM\_BITS}_S$ to the number of information bits corresponding to
24    $\text{RATE\_WORD}_r$ according to Table 2-43.

25  • Set $\text{ACC\_FRAME\_DURATION}_S$ to the frame duration corresponding to $\text{RATE\_WORD}_r$
26    according to Table 2-43.

27  • Set $\text{RCCCH\_ID}_S$ to $\text{RCCCH\_ID}_r$.

28  • Set $\text{CPCCH\_ID}_S$ to $\text{CPCCH\_ID}_r$.

29  • Set $\text{HO\_FLAG}_S$ to $\text{HO\_FLAG}_r$.

30  • If $\text{HO\_FLAG}_S$ is equal to '0', the SRBP entity shall perform the following:

31    – Disable the timer $T_{EACAM}$.

32    – Set the timer $T_{pc}$ to $\text{RA\_PC\_DELAY}_S$ and start the timer.

33    – If $\text{RCCCH\_PREAMBLE\_ENABLED}_S$ is set to '1', the SRBP entity shall send a PHY-
34      RCCCHPreamble.Request (*fccch_id*, *rccch_id*, *base_id*) primitive at the beginning
35      of an R-CCCH slot boundary no later than the next R-CCCH slot boundary after
36      the System Time at which the *Early Acknowledgment Channel Assignment*
37      *Message* was received + 20 ms:

1      +   *fccch_id* set to FCCCH_ID$_s$;

2      +   *rccch_id* set to RCCCH_ID$_s$; and

3      +   *base_id* set to BASE_ID$_s$.

4    –   Send a MAC-Availability.Indication primitive and wait for the reception of the
5       matching MAC-Data.Request primitive, for each R-CCCH frame, until all the
6       fragments of the Layer 2 encapsulated PDU are transmitted or
7       ACC_RESIDUAL_SIZE$_s$ is zero.  The SRBP entity shall set the parameters of the
8       MAC-Availability.Indication primitive as follows:

9      +   *channel_type* set to "R-CCCH frame";

10     +   *max_size* set to ACC_NUM_BITS$_s$;

11     +   *system_time* set to the ~~time~~ System Time at which the frame will be
12        transmitted; and

13     +   *residual_size* set to ACC_RESIDUAL_SIZE$_s$.

14    –   When the timer $T_{pc}$ expires, the mobile station shall start power control based on
15       the received PC bits.

16   •   If HO_FLAG$_s$ is equal to '1', the SRBP entity shall perform the following:

17    –   If the *Power Control Channel Assignment Message* corresponding to the current
18       enhanced access probe has already been received, the SRBP entity shall process
19       the *Power Control Channel Assignment Message* as specified in 2.2.1.1.2.2.5.2.

20    –   Otherwise, the SRBP entity shall wait for the *Power Control Channel Assignment*
21       *Message* on the F-CACH or the expiration of the $T_{EACAM}$ timer.  If the $T_{EACAM}$
22       timer expires before the *Power Control Channel Assignment Message* is received,
23       the SRBP entity perform the following:

24     +   Send a MAC-AccessFailure.Indication ("Timer Expired", *acceptable_rate*)
25        primitive to the LAC Layer with *acceptable_rate* set to NULL.

26  **2.2.1.1.2.2.5.2    Processing of the Power Control Channel Assignment Message**

27  Upon reception of a *Power Control Channel Assignment Message* with HASH_ID$_r$ equal
28  to HASH_ID$_s$, the SRBP entity shall process the message as specified in Table 2-45, and
29  perform the following:

30  •   Set CPCCH_ID_2$_s$ to CPCCH_ID_2$_r$.

31  •   Set CPCSCH_2$_s$ to CPCSCH_2$_r$.

32  •   Set ~~POWER~~PWR_COMB_IND$_s$ to ~~POWER~~PWR_COMB_IND$_r$.

33  •   If the *Early Acknowledgment Channel Assignment Message* corresponding to the
34      current enhanced access probe has not been received, the SRBP shall wait for the
35      *Early Acknowledgment Channel Assignment Message* or the expiration of the
36      $T_{EACAM}$ timer.

37  •   If the $T_{EACAM}$ timer expires before the *Early Acknowledgment Channel Assignment*
38      *Message* is received, the SRBP entity perform the following:

39    –   Send a MAC-AccessFailure.Indication ("Timer Expired", *acceptable_rate*) primitive
40       to the LAC Layer with *acceptable_rate* set to NULL.

1 • Otherwise, the SRBP entity shall perform the following:

2 – Disable the timer $T_{EACAM}$.

3 – Set the timer $T_{pc}$ to RA_PC_DELAY$_s$ and start the timer.

4 – If RCCCH_PREAMBLE_ENABLED$_s$ is set to '1', the SRBP entity shall send a PHY-
5 RCCCHPreamble.Request (*fccch_id*, *rccch_id*, *base_id*) primitive at the beginning
6 of an R-CCCH slot boundary no later than the later of the following:

7 + the next R-CCCH slot boundary after the System Time at which the *Power*
8 *Control Channel Assignment Message* was received + 20 ms.

9 + the next R-CCCH slot boundary after the System Time at which the *Early*
10 *Acknowledgment Channel Assignment Message* was received + 20 ms.

11 The SRBP entity shall set the parameters of the PHY-RCCCHPreamble.Request
12 (*fccch_id*, *rccch_id*, *base_id*) primitive as follows

13 + *fccch_id* set to FCCCH_ID$_S$;

14 + *rccch_id* set to RCCCH_ID$_S$; and

15 + *base_id* set to BASE_ID$_S$.

16 – Send a MAC-Availability.Indication primitive and wait for the reception of the
17 matching MAC-Data.Request primitive, for each R-CCCH frame, until all the
18 fragments of the Layer 2 encapsulated PDU are transmitted or
19 ACC_RESIDUAL_SIZE$_s$ is zero.  The common channel multiplex sublayer shall
20 set ACC_NUM_BITS$_s$ to the number of information bits that corresponds to the
21 transmission rate specified by ACC_RATE$_s$ according to Table 2-43. The SRBP
22 entity shall set the parameters of the MAC-Availability.Indication primitive as
23 follows:

24 + *channel_type* set to "R-CCCH frame";

25 + *max_size* set to ACC_NUM_BITS$_s$;

26 + *system_time* set to the ~~time~~ System Time at which the frame will be
27 transmitted; and

28 + *residual_size* set to ACC_RESIDUAL_SIZE$_s$.

29 – When the timer $T_{pc}$ expires, the mobile station shall start power control based on
30 the PC bits received.

31 **2.2.1.1.2.2.6        Broadcast Control Channel Procedures**

32 If the common channel multiplex sublayer receives a PHY-BCCH.Indication (*sdu*,
33 *num_bits*, *frame_quality*) from the Physical Layer with *frame_quality* set to "sufficient",
34 the common channel multiplex sublayer entity shall send a MAC-Data.Indication
35 (*channel_id*, *channel_type*, *data*, *size*, *system_time*) primitive with:

36 • *channel_id* set to a unique channel identifier for the physical channel on which the
37 data was received (see 2.2.1.1.2.3.9);

38 • *channel_type* set to "F-BCCH frame";

39 • *data* set to *sdu*;

40 • *size* set to *num_bits*; and

1 • *system_time* set to the ~~time~~System Time associated with the Physical Layer frame
2   which carried the F-BCCH SDU.

### 2.2.1.1.2.2.7     Forward Common Control Channel Procedures

4 If the common channel multiplex sublayer receives a PHY-FCCCH.Indication (*sdu*,
5 *frame_duration*, *num_bits*, *frame_quality*) primitive from the Physical Layer with
6 *frame_quality* set to "sufficient", the common channel multiplex sublayer entity shall
7 send a MAC-Data.Indication (*channel_id*, *channel_type*, *data*, *size*, *system_time*)
8 primitive with:

9 • *channel_id* set to a unique channel identifier for the physical channel on which the
10   data was received (see 2.2.1.1.2.3.9);

11 • *channel_type* set to "F-CCCH frame";

12 • *data* set to *sdu*;

13 • *size* set to *num_bits*; and

14 • *system_time* set to the ~~time~~System Time associated with the Physical Layer frame
15   which carried the F-CCCH SDU.

### 2.2.1.1.2.2.8     Reverse Common Control Channel Procedures

17 Upon reception of the MAC-Data.Request (*channel_type*, *data*, *size*) primitive with non-
18 zero *size*, and with *channel_type* set to "R-CCCH frame", the SRBP entity shall perform
19 the following:

20 • Append ($ACC\_NUM\_BITS_s$ – *size*) '0' bits to *data* to form a Physical Layer R-CCCH
21   SDU.

22 • Send a PHY-RCCCH.Request (*fccch_id*, *rccch_id*, *base_id*, *sdu*, *frame_duration*,
23   *num_bits*) primitive to the Physical Layer with:

24   – *fccch_id* set to $FCCCH\_ID_s$;

25   – *rccch_id* set to $RCCCH\_ID_s$;

26   – *base_id* set to $BASE\_ID_s$;

27   – *sdu* set to *data*;

28   – *frame_duration* set to $ACC\_FRAME\_DURATION_s$; and

29   – *num_bits* set to $ACC\_NUM\_BITS_s$.

30 • Set $ACC\_RESIDUAL\_SIZE_s$ to $ACC\_RESIDUAL\_SIZE_s$ - $ACC\_NUM\_BITS_s$.

### 2.2.1.1.2.2.9     Reverse Pilot Channel Procedures

32 If a PDCH is assigned, the mobile station shall perform the following at the beginning of
33 every 1.25 ms System Time slot:

34 • If PILOT_GATING_USE_RATE is equal to '0' or the System Time (in units of 1.25 ms)
35   is less than or equal to *last_rreqch_tx_time* or the System Time (in units of 1.25 ms)
36   is less than or equal to *last_rpdcch_tx_*time, the SRBP entity shall send a PHY-
37   RPICH.Request~~()~~ primitive to the Physical Layer.

1 • If the System Time (in units of 1.25 ms) is equal to *last_rreqch_tx_time*, the mobile
2   station shall set *last_rreqch_tx_time* to 0.

3 • If the System Time (in units of 1.25 ms) is equal to *last_rpdcch_tx_time*, the mobile
4   station shall set *last_rpdcch_tx_time* to 0.

5 **2.2.1.1.2.3 Base Station Procedures**

6 **2.2.1.1.2.3.1     Sync Channel Procedures**

7 When the base station is transmitting the F-SYNC, the SRBP entity shall generate a
8 MAC-Availability.Indication (*channel_type*, *max_size*, *system_time*) primitive every (80 ÷
9 3) ms, with:

10 • *channel_type* set to "F-SYNC frame",

11 • *max_size* set to SYNC_FRAME_SIZE, and

12 • *system_time* set to the ~~time~~System Time associated with the F-SYNC frame which
13   will carry the F-SYNC SDU.

14 Upon reception of a MAC-Data.Request (*channel_type*, *data*, *size*) primitive with
15 *channel_type* set to "F-SYNC frame", the SRBP entity shall perform the following:

16 • The SRBP entity shall append (SYNC_FRAME_SIZE - *size*) '0' bits to *data* to form a
17   Physical Layer F-SYNC SDU.

18 • The common channel multiplex sublayer shall send a PHY-SYNC.Request (*sdu*)
19   primitive to the Physical Layer with *sdu* set to the assembled F-SYNC SDU.

20 **2.2.1.1.2.3.2     Paging Channel Procedures**

21 The base station shall set PCH_FRAME_SIZE to 96 if the F-PCH data rate is 4800 bps,
22 or to 192 if the F-PCH data rate is 9600 bps.

23 When the base station is transmitting an F-PCH, the SRBP entity shall generate a
24 MAC-Availability.Indication (*channel_type*, *max_size*, *system_time*) primitive every 20
25 ms, with:

26 • *channel_type* set to "F-PCH frame",

27 • *max_size* set to PCH_FRAME_SIZE, and

28 • *system_time* set to the ~~time~~System Time associated with the F-PCH frame which will
29   carry the F-PCH SDU.

30 Upon reception of a MAC-Data.Request (*channel_type*, *data*, *size*) primitive with
31 *channel_type* set to "F-PCH frame", the SRBP entity shall perform the following:

32 • The SRBP entity shall append (PCH_FRAME_SIZE - *size*) '0' bits to *data* to form a
33   Physical Layer F-PCH SDU.

34 • The common channel multiplex sublayer shall send a PHY-PCH.Request (*sdu*)
35   primitive to the Physical Layer with *sdu* set to the assembled F-PCH SDU.

**2.2.1.1.2.3.3      Access Channel Procedures**

If the common channel multiplex sublayer receives a PHY-ACH.Indication (*sdu*, *frame_quality*) primitive  from the Physical Layer with *frame_quality* set to "sufficient", the common channel multiplex sublayer entity shall send a MAC-Data.Indication (*channel_id*, *channel_type*, *data*, *size*, *system_time*) primitive with:

- *channel_id* set to a unique channel identifier for the physical channel on which the data was received (see 2.2.1.1.2.3.9);

- *channel_type* set to "R-ACH frame";

- *data* set to *sdu*;

- *size* set to the size of *data* in bits; and

- *system_time* set to the ~~time~~System Time associated with the R-ACH frame which carries the SDU.

**2.2.1.1.2.3.4      Enhanced Access Channel Procedures**

If the common channel multiplex sublayer receives a PHY-EACHHeader.Indication (*sdu*, *frame_quality*) primitive from the Physical Layer with *frame_quality* set to "sufficient", the SRBP entity should process the received *sdu* field as an R-EACH Header (see 2.2.1.1.2.4.4), and may send an *Early Acknowledgment Channel Assignment Message* according to the procedures in 2.2.1.1.2.3.5.1).

If the common channel multiplex sublayer receives a PHY-EACH.Indication (*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive from the Physical Layer with *frame_quality* set to "sufficient", the common channel multiplex sublayer entity shall send a MAC-Data.Indication (*channel_id*, *channel_type*, *data*, *size*, *system_time*) primitive with:

- *channel_id* set to a unique channel identifier for the physical channel on which the data was received (see 2.2.1.1.2.3.9);

- *channel_type* set to "ENHANCED ACCESS frame";

- *data* set to *sdu*;

- *size* set to *num_bits*; and

- *system_time* set to the ~~time~~System Time associated with the R-EACH frame which carries the SDU.

**2.2.1.1.2.3.5      Common Assignment Channel Procedures**

The base station may transmit the following messages on the F-CACH.  If either of the messages is transmitted, the base station shall assemble the message according to the rules specified in the corresponding sections.

   1.  *Early Acknowledgement Channel Assignment Message*  (see 2.2.1.1.2.3.5.1)

   *2.  Power Control Channel Assignment Message* (see 2.2.1.1.2.3.5.2)

When the common channel multiplex sublayer sends an *Early Acknowledgement Channel Assignment Message*, it should send the following primitives to the physical layer:

- PHY-CACH.Request (*sdu*, *cach_id*, *num_bits*) primitive:

TIA-2000.3-D-1

1    – *sdu* set to the assembled message;

2    – *cach_id* set to (EACH_ID + (FCCCH_ID$_S$ × NUM_EACH_RA)) mod NUM_CACH; and

3    – *num_bits* set to the number of bits of the *sdu*.

4    • PHY-CPCCH.Request (*pn*, *cpcch_id*, *res_sch_addr*) with the following parameters:

5    – *pn set to* PILOT_PN$_S$

6    – *cpcch_id* set to the Common Power Control Channel ID (CPCCH_ID) as specified
7       in the *Early Acknowledgement Channel Assignment Message*

8    – *res_sch_addr* set to the RES_SCH_ADDR$_S$ computed as specified in
9       2.2.1.1.2.2.4.6.

10   If an *Early Acknowledgement Channel Assignment Message* is sent with the HO_FLAG
11   field set to '1', the common channel multiplex sublayer should assemble a *Power*
12   *Control Channel Assignment Message* and send the following primitives to the physical
13   layer:

14   • PHY-CACH.Request (*sdu*, *cach_id*, *num_bits*) primitive to the Physical Layer with:

15   – *sdu* set to the assembled Power Control Channel Assignment Message;

16   – *cach_id* set to (EACH_ID + (FCCCH_ID$_S$ × NUM_EACH_RA)) mod NUM_CACH; and

17   – *num_bits* set to the number of bits of the *sdu*.

18   • PHY-CPCCH.Request (*pn*, *cpcch_id*, *res_sch_addr*) primitive to the Physical Layer
19      with:

20   – *pn* set to NEIGHBOR_PN field as reported in the R-EACH header;

21   – *cpcch_id* set to the Common Power Control Channel ID (CPCCH_ID_2) included in
22      the *Power Control Channel Assignment Message*; and

23   – *res_sch_addr* set to the CPCSCH_2 as specified in the Power Control Channel
24      Assignment Message.

25   **2.2.1.1.2.3.5.1    Assembling of the Early Acknowledgement Channel Assignment**
26   **Message**

27   The SRBP entity shall assemble the *Early Acknowledgement Channel Assignment*
28   *Message* according to the following descriptions.

29        **Table 2-44.  Format of Early Acknowledgement Channel Assignment Message**

| Field | Length (bits) |
|---|---|
| MSG_TYPE | 3 |
| HASH_ID | 16 |
| RATE_WORD | 3 |
| RCCCH_ID | 5 |
| CPCCH_ID | 2 |
| HO_FLAG | 1 |
| RESERVED | 2 |

30

31   MSG_TYPE        -    Message Type.

32                        The base station shall set this field to '000'.

33   HASH_ID         -    Hash Identifier.

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | | The base station shall set this field to the HASH_ID field of the corresponding Enhanced Access Channel header received from the mobile station. |
| 4 | RATE_WORD | - | Rate and frame duration indicator. |
| 5<br>6<br>7<br>8<br>9<br>10<br>11 | | | The base station shall set this field according to Table 2-43 to indicate the transmission rate and frame duration of the R-CCCH that the base station grants to the mobile station.  The base station should determine the rate and frame duration based on the RATE_WORD field of the corresponding Enhanced Access Channel header received from the mobile station. |
| 12 | RCCCH_ID | - | Reverse Common Channel Identifier. |
| 13<br>14 | | | The base station shall set this field to the R-CCCH index that the base station grants to the mobile station. |
| 15 | CPCCH_ID | - | Common Power Control Channel Identifier. |
| 16<br>17 | | | The base station shall set this field to the index of the Common Power Control Channel. |
| 18 | HO_FLAG | - | Handoff Flag. |
| 19<br>20<br>21<br>22<br>23<br>24 | | | The base station shall set this field to '1' if the HO_REQ_ID field of the corresponding Enhanced Access Channel header received from the mobile station is equal to '1' and the base station grants the request for Power Control Subchannel being in soft-handoff.  Otherwise, the base station shall set this field to '0'. |
| 25 | RESERVED | - | Reserved bits. |
| 26 | | | The base station shall set all the bits in this field to '0'. |

27 **2.2.1.1.2.3.5.2   Assembling of the Power Control Channel Assignment Message**

28 The SRBP entity shall assemble the *Power Control Channel Assignment Message*
29 according to the following descriptions.

30        **Table 2-45.  Format of Power Control Channel Assignment Message (PCCAM)**

| Field | Length (bits) |
|---|---|
| MSG_TYPE | 3 |
| HASH_ID | 16 |
| CPCCH_ID_2 | 2 |
| CPCSCH_2 | 7 |
| ~~POWER~~PWR_COMB_IND | 1 |
| RESERVED | 3 |

31

| | | | |
|---|---|---|---|
| 32 | MSG_TYPE | - | Message Type. |
| 33 | | | The base station shall set this field to '001'. |
| 34 | HASH_ID | - | Hash Identifier. |

| | | |
|---|---|---|
| 1 2 3 | | The base station shall set this field to the HASH_ID field of the corresponding Enhanced Access Channel header received from the mobile station. |
| 4 | CPCCH_ID_2 | - Common Power Control Channel Identifier. |
| 5 6 | | The base station shall set this field to the Common PC Channel corresponding to the neighbor base station. |
| 7 | CPCSCH_2 | - Common Power Control Subchannel Identifier. |
| 8 9 | | The base station shall set this field to the Common PC Sub-channel corresponding to the neighbor base station. |
| 10 | POWER_COMB_IND | - PC bits combine Indicator. |
| 11 12 13 14 | | If the base station instructs the mobile station to combine the PC bits received from the neighbor base station, the base station shall set this field to '1'. Otherwise, the base station shall set this field to '0'. |
| 15 | RESERVED | - Reserved bits. |
| 16 | | The base station shall set this field to '000'. |

17 **2.2.1.1.2.3.6    Broadcast Control Channel Procedures**

18 When the base station is transmitting an F-BCCH, the SRBP entity shall generate a
19 MAC-Availability.Indication (*channel_type*, *max_size*, *system_time*) primitive, with:

20 • *channel_type* set to "F-BCCH frame";

21 • *max_size* set to BCCH_FRAME_SIZE; and

22 • *system_time* set to the ~~time~~System Time associated with the F-BCCH frame which
23    will carry the F-BCCH SDU.

24 Upon reception of a MAC-Data.Request (*channel_type*, *data*, *size*) primitive with
25 *channel_type* set to "F-BCCH frame", the SRBP entity shall perform the following:

26 • The SRBP entity shall append (BCCH_FRAME_SIZE - *size*) '0' bits to *data* to form a
27    Physical Layer F-BCCH SDU.

28 • The common channel multiplex sublayer shall send a PHY-BCCH.Request (*sdu*,
29    *num_bits*) primitive to the Physical Layer with *sdu* set to the assembled F-BCCH
30    SDU, and *num_bits* set to the number of bits of *sdu*.

31 **2.2.1.1.2.3.7    Forward Common Control Channel Procedures**

32 The base station shall set FCCCH_FRAME_SIZE to the number of information bits
33 specified in Table 2-43 for the entry corresponding to RATE_WORD equal to
34 FCCCH_RATE$_s$.

35 When the base station is transmitting an F-CCCH, the SRBP entity shall generate a
36 MAC-Availability.Indication (*channel_type*, *max_size*, *system_time*) primitive, with:

37 • *channel_type* set to "F-CCCH frame";

38 • *max_size* set to FCCCH_FRAME_SIZE; and

39 • *system_time* set to the ~~time~~System Time associated with the F-CCCH frame which
40    will carry the F-CCCH SDU.

1 Upon reception of a MAC-Data.Request (*channel_type*, *data*, *size*) primitive with
2 *channel_type* set to "F-CCCH frame", the SRBP entity shall perform the following:

3 • The SRBP entity shall append (FCCCH_FRAME_SIZE - *size*) '0' bits to *data* to form a
4   Physical Layer F-CCCH SDU.

5 • The common channel multiplex sublayer shall send a PHY-FCCCH.Request (*sdu*,
6   *fccch_id*, *frame_duration*, *num_bits*) primitive to the Physical Layer with:

7   – *sdu* set to the assembled F-CCCH SDU;

8   – *fccch_id* set to FCCCH_ID$_\text{s}$;

9   – *frame_duration* set to the Frame Length in Table 2-43 corresponding to
10     RATE_WORD equal to FCCCH_RATE$_\text{s}$; and

11   – *num_bits* set to the number of bits of *sdu*.

**2.2.1.1.2.3.8      Reverse Common Control Channel Procedures**

13 If the common channel multiplex sublayer receives a PHY-RCCCH.Indication (*sdu*,
14 *frame_duration*, *num_bits*, *frame_quality*) primitive from the Physical Layer with
15 *frame_quality* set to "sufficient", the common channel multiplex sublayer entity shall
16 send a MAC-Data.Indication (*channel_id*, *channel_type*, *data*, *size*, *system_time*)
17 primitive with:

18 • *channel_id* set to a unique channel identifier for the physical channel on which the
19   data was received (see 2.2.1.1.2.3.9);

20 • *channel_type* set to "R-CCCH frame";

21 • *data* set to *sdu*;

22 • *size* set to *num_bits*; and

23 • *system_time* set to the ~~time~~System Time associated with the R-CCCH frame which
24   carries the SDU.

**2.2.1.1.2.3.9      Procedures for Generating the Channel Identifier**

26 The SRBP entity shall generate a unique channel identifier, *channel_id*, for the physical
27 channel on which the data was received to be included in MAC-Data.Indication
28 primitives.  The *channel_id* values included in any two MAC-Data.Indication primitives
29 shall be the same if all of the following are true:

30 • the received data were transmitted by the same base station,

31 • the received data were transmitted on the same code channel, and

32 • the received data were transmitted on the same CDMA Channel.

33 Otherwise, the channel_id values included in the MAC-Data.Indication primitives shall
34 have distinct values.

1    **2.2.1.2  Forward Packet Data Channel Control Function Procedures**

2    If the mobile station supports the forward packet data channel, then the mobile station
3    must support a forward packet data channel control function ( FPDCHCF) entity.  The
4    FPDCHCF entity terminates all of the physical channels associated with the operation of
5    the forward packet data channel (i.e., the F-PDCCHs, the R-ACKCH, the R-CQICH, and
6    the F-PDCH).  See Figure 1-2.  The FPDCHCF provides an automatic retransmission
7    (ARQ) protocol that ensures the delivery of encoder packets from the base station to the
8    mobile station by retransmitting portions of the turbo-coded encoder packets based on
9    feedback from the mobile station to indicate successful (i.e., ACK) or unsuccessful (i.e.,
10   NAK) reception and decoding of the encoder packet.  The FPDCHCF uses two additional
11   techniques to enhance the performance of forward packet data channel transmission:

12   •   Four independent ARQ channels - to permit the base station to have up to four
13       outstanding (i.e., unacknowledged by the mobile station) encoder packets at any
14       given time; and

15   •   Code division multiplexing - to permit the base station to optionally transmit
16       encoder packets to two different mobile stations in two independent portions of the
17       Walsh space at the same time.

18   The physical channels that are terminated in the FPDCHCF are used in the following
19   manner:

20   •   The F-PDCH physical layer channel carries subpackets of the turbo-encoded
21       encoder packets from the base station.  The F-PDCH is time division multiplexed
22       between different mobile stations and can also be code division multiplexed between
23       two mobile stations concurrently (as directed by the base station).

24   •   The F-PDCCH0 and F-PDCCH1 physical layer channels carry control information to
25       direct the mobile stations that are assigned to the forward packet data channel.
26       Whenever the mobile station is assigned to the forward packet data channel, the
27       mobile station must monitor the two F-PDCCH channels according to the
28       procedures specified in this section.  When the base station determines that
29       subpackets of the turbo-encoded encoder packets are to be delivered to a mobile
30       station, the messages on the F-PDCCHs indicate to the mobile station all of the
31       information that is necessary for the decoding of the F-PDCH (e.g., the starting time
32       of the transmission, the encoder packet size, the length of the transmission, the
33       portion of the Walsh space to decode, etc.). The F-PDCCH0 can also carry a Walsh
34       mask, which is used to indicate that certain Walsh code indices should not be used
35       when attempting to decode subsequent F-PDCH transmissions. When
36       PILOT_GATING_USE_RATE is equal to '1' (Control Hold ~~m~~Mode) the mobile station
37       must monitor the two F-PDCCH channels without demodulating the F-PDCH
38       channel.  Whenever the mobile station detects its own MAC_ID it shall
39       start~~despreading~~ the F-PDCH channel and acknowledge decoding of F-PDCCH
40       channels according to the procedures described in this section.

41   •   The R-ACKCH carries acknowledgements of successful transmissions (i.e., ACKs)
42       and negative acknowledgements for unsuccessful transmissions (i.e., NAKs) from
43       the mobile station to the base station following the reception and attempted
44       decoding of the subpackets transmitted on the F-PDCH.

1  • The R-CQICH carries feedback information from the mobile station about the
2     received signal quality (CQI) for the forward packet data channel.  This information
3     can be used by the base station to control transmission power to the mobile station,
4     determine data rate (encoder packet size and transmission duration), trigger forward
5     packet data channel handoff, determine scheduling for the forward packet data
6     channel, etc.  In addition, the mobile station uses the R-CQICH to indicate its
7     selection of serving sector via the Walsh cover applied to the R-CQICH signal.

8  **2.2.1.2.1 MAC Layer Addressing of Mobile Stations**

9   When the mobile station is assigned to the forward packet data channel, the mobile
10  station is assigned an 8-bit identifier (MAC identifier, MAC_ID) to uniquely address the
11  mobile station on the shared forward packet data control channels (F-PDCCHs).  F-
12  PDCCH messages are targeted to an individual mobile station by setting the MAC_ID
13  field in the F-PDCCH SDU to the MAC_ID assigned to that mobile station (see [5]).

14  **2.2.1.2.2 Encoding of Encoder Packets on the F-PDCH and Incremental**
15  **         Redundancy in Retransmission**

16  Each encoder packet is turbo-encoded by the base station, and the resulting encoded
17  information is formed into four subpackets (associated with this encoder packet) during
18  transmission.  See [2] for further information on the turbo-encoding and decoding
19  operations.  The four subpackets are distinguished by a subpacket identifier (SPID).
20  The base station can transmit any one of the four subpackets in one operation on the F-
21  PDCH physical channel.  Note that subpackets (size and content) with the same SPID
22  can be different for retransmission since the subpackets can be regenerated during
23  retransmission.  Because of the redundancy of information in the subpackets, it is
24  possible for the mobile station to successfully decode the encoder packet before all four
25  subpackets have been transmitted.  When the mobile station receives a subpacket, it
26  attempts to decode the encoder packet based on all of the subpackets that have been
27  received associated with this encoder packet (i.e., in this transmission and from
28  previous transmissions).  When the decoding operation is successful (i.e., the CRC on
29  the encoder packet is valid), the mobile station sends an ACK on the R-ACKCH channel,
30  and the base station can discontinue sending subpackets for this encoder packet.  If the
31  decoding operation is unsuccessful (i.e., the CRC on the encoder packet is invalid), the
32  mobile station sends a NAK on the R-ACKCH.  If the mobile station
33  PILOT_GATING_USE_RATE is equal to '1' (Control Hold ~~m~~Mode) and the
34  EXT_MSG_TYPE = '00' (Exit Control Hold ~~mode~~), the mobile station sends an ACK on
35  the R-ACKCH.  The base station can use the R-ACKCH feedback to transmit additional
36  subpackets.

37  Transmissions of subpackets that are part of the same encoder packet can have
38  different transmission lengths.  In fact, it is possible for the base station to retransmit
39  the same subpacket of the same encoder packet that have the same SPID more than
40  one time using different transmission lengths.  See [2].

41  The base station FPDCHCF transmits on the forward packet data channel according to
42  the following rules:

43  • The base station must transmit a subpacket with SPID '00' before any other
44     subpackets of an encoder packet.

45  • The base station can send any number of transmissions of subpackets with SPID
46     '00', '01', '10', or '11' (for the same encoder packet) in any order and at any time (as
47     long as the mobile station is still assigned to the forward packet data channel and
48     the total number of ~~subpackets~~subpacket transmissions associated with the same
49     encoder packet does not exceed eight).

1  • The base station can send more than one copy of any subpacket, and can omit any
2     subpackets other than the subpacket with SPID '00'.

### 2.2.1.2.3 Concurrent Operation of Multiple ARQ Channels

To support the utilization of a larger fraction of the F-PDCH slots to a single mobile
station, the FPDCHCF supports up to four independent ARQ channels, each of which
may have an encoder packet transaction pending.  The number of ARQ channels in use
is determined by the base station.  These ARQ channels are distinguished by an ARQ
channel identifier (ACID); the ACID for any subpackets that are transmitted on the F-
PDCH can always be uniquely identified by control information carried on the F-
PDCCHs.  Therefore, there is no confusion on the mobile station receiver regarding what
subpackets go together for attempted decoding operations.

### 2.2.1.2.4 Code Division Multiplexing

The FPDCHCF supports the transmission of two subpackets to two different mobile
stations during the same time interval.  This is accomplished in the physical layer by
using separate portions of the Walsh space for the two transmissions.  The two
transmissions always share the same transmission length (one, two, or four slots).  The
control information for two concurrent code division multiplexed transmissions is
carried between the two F-PDCCHs.  In particular, the control information on the two F-
PDCCHs permits the targeted mobile stations to determine what portion of the Walsh
space is being used for each concurrent transmission.  The base station can transmit to
either one or two mobile stations during any particular transmission interval.

### 2.2.1.2.5 Determination of New Encoder Packet Transmissions

Because the mobile station receiver is combining subpackets with previously received
subpackets that are part of the same encoder packet, it is important that the mobile
station receiver can determine when a subpacket within the same ARQ channel (i.e.,
same ACID) represents the start of a new transmission (e.g., so that the mobile station
can discard previously received subpackets for the same ARQ channel).

The ARQ identifier sequence number is a single bit value that toggles between '0' and '1'
on each alternate encoder packet being transmitted within the same ARQ channel.  If
the ARQ identifier sequence number changes, the mobile station treats the subpacket
as a subpacket from a new encoder packet, and the mobile station discards any
previously saved subpacket for that ARQ identifier.

### 2.2.1.2.6 Forward Packet Data Channel Operation Procedures

See Figure 2-20, Figure 2-21 and Figure 2-22 for a high level overview of the mobile
station FPDCHCF operation procedures.  All of the forward packet data channel
physical channels operate on a 1.25 ms slot basis.  Transmissions on the F-PDCH and
the F-PDCCHs occur over 1, 2, or 4 slot durations (i.e., 1.25 ms, 2.5 ms, or 5 ms).
Transmissions on the R-ACKCH and R-CQICH occur on 1.25 ms slot intervals.
Whenever the mobile station is assigned to the forward packet data channel, the mobile
station must continuously monitor the F-PDCCH0 physical layer channel if either of the
following conditions is true:

• F-DCCH is not assigned; or

• F-DCCH is assigned and PILOT_GATING_USE_RATE is equal to '0'.

1   The transmissions on this channel can be of variable length (1, 2, or 4 slots long); the
2   mobile station must attempt to decode messages of any of the supported slot lengths
3   beginning on any 1.25 ms slot boundary.  When the physical layer successfully decodes
4   an F-PDCCH0 message (i.e., the CRC is valid), the physical layer delivers the received
5   message along with the transmission length and the System Time of the beginning of
6   the F-PDCCH transmission.  The mobile station evaluates the fields in the F-PDCCH
7   message to determine the appropriate action:

8   • If PILOT_GATING_USE_RATE is equal to '1' and the F-PDCCH0 or F-PDCCH1
9     message contains the MAC_ID for this mobile station and EXT_MSG_TYPE = '00',
10    the mobile station shall start to demodulate the subpacket of the turbo-encoded
11    encoder packet.

12  • If the F-PDCCH0 message contains the MAC_ID for this mobile station, then the
13    base station is instructing the mobile station to demodulate and decode a subpacket
14    of the turbo-encoded encoder packet that is being transmitted using the Walsh
15    space indicated in the F-PDCCH0 message.  In this case, all of the information
16    needed by the physical layer to demodulate and to (attempt to) decode the encoder
17    subpacket is included in the F-PDCCH0 message (i.e., the ARQ channel identifier,
18    the subpacket identifier, the ARQ identifier sequence number, the encoder packet
19    size, and the Walsh space information).  The mobile station FPDCHCF performs the
20    procedures for attempting to decode an encoder packet as specified in 2.2.1.2.6.1.

21  • If the F-PDCCH0 message does not contain the MAC_ID for this mobile station, then
22    the FPDCHCF instructs the physical layer to attempt to decode the F-PDCCH1
23    during the same time interval (i.e., the same starting System Time and duration) as
24    the F-PDCCH0 transmission.  The mobile station FPDCHCF saves the Walsh space
25    information (last Walsh code index) from the F-PDCCH0 message because this may
26    be required to process the F-PDCCH1 message.  If the physical layer is able to
27    decode the F-PDCCH1 message, most of the information needed by the physical
28    layer to demodulate and to (attempt to) decode the encoder subpacket is included in
29    the F-PDCCH1 message (i.e., the ARQ channel identifier, the subpacket identifier,
30    the ARQ identifier sequence number, and the encoder packet size).  However, the
31    Walsh space for the F-PDCH transmission is determined by excluding the portion of
32    the Walsh space that is being used by the other code division multiplexed
33    transmission (as indicated by the last Walsh code index saved from the F-PDCCH0
34    message).  Therefore, the Walsh space information for this code division multiplexed
35    transmission is determined from the last Walsh code indices transmitted on both F-
36    PDCCHs.  The mobile station FPDCHCF performs the procedures for attempting to
37    decode an encoder packet as specified in 2.2.1.2.6.1.

TIA-2000.3-D-1



1
2

**Figure 2-20.  MS FPDCHCF Receiver Operation (Part 1) When P_REV_IN_USE$_s$**

3
4

**is less than 11**

1

2
3

4 **Figure 2-21. MS FPDCHCF Receiver Operation (Part 1) When $P_REV_IN_USE_S$**
5 **is greater than or equal to 11.**

1
2
3



4
5
6

**Figure 2-22.  MS FPDCHCF Receiver Operation (Part 2)**

7   • If the F-PDCCH0 message contains a MAC_ID equal to '00000000', this indicates
8     that the F-PDCCH0 message contains a Walsh mask bitmap rather than a forward
9     packet data channel assignment for a specific mobile station.  The remaining bits in
10    the message comprise a bitmap corresponding to specific Walsh indices that are to
11    be omitted from the Walsh space that is used to decode the F-PDCH transmission.
12    All mobile stations that receive this message save this bitmap, and apply it to
13    subsequent F-PDCCH assignments including any assignment on F-PDCCH1 during
14    the same time interval.  This is used by the base station to exclude portions of the
15    Walsh code space (e.g., when the Walsh codes are in use for F-FCHs, F-DCCHs or F-
16    SCHs assigned to certain mobile stations).

17   • If the F-PDCCH0 message contains a MAC_ID equal to '00000000', the mobile
18    station attempts to decode the F-PDCCH1 message in the same time interval. If the
19    mobile station can decode the message and the message contains the MAC_ID for
20    this mobile station, the mobile station uses the information in the F-PDCCH1
21    message (including the last Walsh code index) to attempt to decode the F-PDCH.
22    The Walsh mask bitmap that was specified in the F-PDCCH0 message is applied to
23    the set of Walsh codes that are used in the F-PDCH decode attempt.

24   • Values of MAC_ID between '00000001' and '00111111', inclusive, are reserved.
25    These values do not represent valid MAC_ID address assignments.

**2.2.1.2.6.1        Forward Packet Data Channel Procedures for Decoding Encoder Packets**

When the mobile station FPDCHCF determines that an F-PDCH subpacket transmission for this mobile station is expected (based on control information carried in messages on the F-PDCCHs), the mobile station FPDCHCF performs the following operations:

- Instructs the physical layer to attempt to demodulate the subpacket on the F-PDCH (which is transmitted by the base station starting at the same System Time and for the same duration as the F-PDCCH message).

- If the physical layer can decode the encoder packet, then the information bits are delivered upward to the mobile station multiplex sublayer and the mobile station sends an ACK to the base station over the R-ACKCH.

- If the physical layer cannot decode the encoder packet based on the subpackets that have been received, then the mobile station sends a NAK to the base station over the R-ACKCH.

**2.2.1.2.6.2        Timing for Forward Packet Data Channel Operations**

The base station controls most of the timing for operations on the forward packet data channel (i.e., for the time division multiplexed and code division multiplexed operation of the F-PDCH), and the control information is passed to the mobile stations by the messages on the F-PDCCHs as described in 2.2.1.2.6.  There are, however, specific timing requirements for the mobile station FPDCHCF for the operation of the acknowledgements and negative acknowledgements that are sent on the R-ACKCH.  Because the R-ACKCH carries only a binary ACK/NAK message to the base station, the explicit timing of the ACK or NAK transmission on the R-ACKCH is used by the base station to determine which specific subpacket transmission is being acknowledged or negatively acknowledged.

The R-ACKCH operates on a 1.25 ms slot basis.  ACK and NAK responses are transmitted by the mobile station at the beginning of the 1.25 ms slot (see [2]) determined according to the following rule:

- The System Time (in units of 1.25 ms) for the beginning of the slot during which the ACK or NAK is to be transmitted is ACK_DELAY $\times$ 1.25 ms after the System Time of the beginning of the next 1.25 ms slot following the transmission that is being acknowledged or negatively acknowledged.  ACK_DELAY is a constant value (for this mobile station) determined by Upper Layer Signaling (see [5]).

**2.2.1.2.7 CQI Feedback Operations**

The mobile station sends signal quality (CQI) feedback information on the R-CQICH physical channel.  This information can be used by the base station to determine:

- transmission power levels,

- data transmission rates (i.e., encoder packet sizes and transmission slot durations),

- when to schedule a particular mobile station on the packet data channel, and

- when to handoff transmission on the packet data channel from one pilot (e.g., sector or BTS) to another sector or BTS.

1   When the packet data channel is assigned to a mobile station, the mobile station sends
2   CQI feedback information on the R-CQICH every 1.25 ms. Each transmission on the R-
3   CQICH carries either a full CQI value (i.e., an absolute value that is an estimate of the
4   signal strength of the base station's pilot), or a differential CQI value (i.e., a positive or
5   negative increment to the most recently transmitted full CQI incremental value
6   generated by comparing the current CQI value with the accumulator value).  Differential
7   CQI values are interpreted in a cumulative manner, i.e., the best current CQI estimate
8   at calculated by comparing the base station current measured CQI to an accumulator
9   that is the most recently received full CQI value plus the sum of the most recent
10  absolute CQI value and all of the intervening positive or negative increments to that
11  value indicated by differential CQI values that were subsequently transmitted.

12  Each R-CQICH transmission is directed (by a distinct Walsh cover) to one particular
13  pilot from which the mobile station desires to receive packet data channel
14  transmissions.  The mobile station determines the pilot from the packet data channel
15  active set to which the R-CQICH transmission will occur based on the relative received
16  strengths from the pilots in the packet data channel active set.

17  When the mobile station determines that a change of the serving base station pilot is
18  required, the mobile station invokes a sector/cell switching procedure.  To initiate the
19  switch, the mobile station transmits a distinctive switching pattern on the R-CQICH for
20  some number of 20 ms periods of time.  During the switching period, the R-CQICH
21  transmissions are modified to use the Walsh cover of the target pilot in the packet data
22  channel active set in certain 1.25 ms slots.  The length of the switching period depends
23  on whether the source and target pilots in the packet data channel active set are within
24  the same BTS or are in different cells.  The switching period intervals are specified by
25  two parameters - $NUM\_SOFTER\_SWITCHING\_FRAMES_S$ and
26  $NUM\_SOFT\_SWITCHING\_FRAMES_S$.[41]

27  The base station can terminate the switching period prior to the expiration of
28  $NUM\_SOFTER\_SWITCHING\_FRAMES_S$ or $NUM\_SOFT\_SWITCHING\_FRAMES_S$ by
29  sending a control message on the F-PDCCH.  When this message is received by the
30  mobile station, the mobile station terminates the switching period at the end of the
31  current frame offset 20 ms switching frame and resumes non-switching R-CQICH
32  operation with the selected target sector.

33  There are two modes of operation of the R-CQICH:  full C/I feedback mode and
34  differential C/I feedback mode.  In the full C/I feedback mode, only full C/I reports are
35  sent.  In the differential C/I feedback mode, a pattern of full and differential C/I reports
36  is sent.

37  The base station can indicate that the mobile station is to alter the pattern of full and
38  differential C/I reports to repeat the full C/I reports a total of two or four times (as
39  indicated by $REV\_CQICH\_REPS_S$).

---

[41] When in Control Hold Mode, the switching period intervals are specified by
$NUM\_SOFTER\_SWITCHING\_FRAMES\_CHM_S$ and
$NUM\_SOFT\_SWITCHING\_FRAMES\_CHM_S$

1  The base station can specify that the mobile station is to offset the timing of the pattern
2  of transmissions on the R-CQICH from the 20 ms sSystem tTime boundary by setting a
3  CQI frame offset (REV_CQICH_FRAME_OFFSET$_S$; see [5]).  When an Upper Layer
4  Signaling message changes any parameter that affects the CQI transmission pattern
5  (e.g., a change in REV_CQICH_REPS$_S$ or entering Control Hold Mode, see[5]), the new
6  CQI transmission pattern takes effect at REV_CQICH_FRAME_OFFSET$_S$ 1.25 ms slots
7  after the 20 ms sSystem tTime boundary specified by the action time of the Upper Layer
8  Signaling message[42].

9  Because there can be some penalty required to perform the handoff of the packet data
10 channel transmission from the source pilot to the target pilot (e.g., time latency, Upper
11 Layer Signaling transmissions, etc.), Upper Layer Signaling provides two parameters to
12 assist the mobile station in the selection of the pilot to which the R-CQICH
13 transmissions are directed (see [5]):

14 • PDCH_SOFTER_HANDOFFSWITCHING_DELAY$_S$ – the estimated time required
15   mimumum interruption that the mobile station is to handoff between two pilots
16   within the same packet data channel color code (e.g., within expect when the mobile
17   station transmits the cell switch sequence on the R-CQICH when it switches
18   between two pilots which are in the same BTS)group, and

19 • PDCH_SOFT_HANDOFFSWITCHING_DELAY$_S$ – the estimated time
20   requiredminimum interruption that the mobile station is to handoff expect when the
21   mobile station transmits the cell switch sequence on the R-CQICH channel when it
22   switches between two pilots with which are in different packet data channel group
23   index (e.g., not within the same BTS)groups.

24 The R-CQICH pattern of full and differential C/I reports is also modified by current
25 reverse link pilot gating rate (as determined by PILOT_GATING_USE_RATE and
26 PILOT_GATING_RATE$_S$).  When reverse link pilot gating is enabled
27 (PILOT_GATING_USE_RATE is equal to '1'), the mobile station does not transmit on the
28 R-CQICH during the 1.25 ms slots in which the reverse link pilot is gated.

29 The specific procedures for determining the pilot that is selected for packet data
30 transmissions (i.e., to which the R-CQICH transmissions are directed) are not specified.
31 The specific procedures for processing the R-CQICH transmissions on the base station
32 are not specified.

33 The following subsections depict the R-CQICH transmission patterns as a function of
34 the full/differential C/I feedback mode, reverse pilot gating mode, C/I report repetition
35 factor, and pilot-re-selection (switching) mode.

36 **2.2.1.2.7.1 R-CQICH Transmission Timing Examples**

37 The figures in this section show transmission timing examples for the R-CQICH.  Each
38 figure shows two cases:

39 • The upper timing example illustrates the case when full reporting mode is disabled
40   (i.e., the case in which differential CQI reports are sent during some slots); and

41 • The lower example illustrates the case when full reporting mode is enabled (i.e., the
42   case in which full CQI reports are sent in every slot).

43 For the following figures, the following legend applies:

---

[42] If the CQI frame offset boundary is changed by Upper Layer Signaling, the changes
take effect at the new CQI frame offset boundary.

TIA-2000.3-D-1



1

2          **Figure 2-23.  Legend for R-CQICH Operation Diagrams**

3

4              **Figure 2-24.  Cell Switching Example**

5   In the example in Figure 2-23, the height in the rectangles represents the power
6   transmitted in that slot.  If the slot index is the same as the number in the rectangle,
7   then the number represents a new full or differential C/I measurement that is being
8   reported. If the slot index is different from the number in the rectangle, then the C/I
9   measurement is a repetition of a previously reported C/I measurement that was in the
10  most recent slot with the index specified by the number in the rectangle.  Repetition of
11  the number in the rectangles represents repetitions of the same C/I measurement (i.e.
12  for reduced rate modes). The slot index shown is measured with respect to the CQI
13  frame offset (REV_CQICH_FRAME_OFFSET$_S$).

1    **2.2.1.2.7.1.1      R-CQICH Timing Examples Outside the Switching Interval with**
2                  **No Pilot Gating**
3    The figures in this section show R-CQICH timing examples of the different cases of CQI
4    repetition when PILOT_GATING_USE_RATE is equal to '0' (i.e., with no pilot gating).



5
6

7             **Figure 2-25.  R-CQICH Timing Example with No CQI Repetition**



8
9

10            **Figure 2-26.  R-CQICH Timing Example with CQI Repetition Factor of 2**



11
12

13            **Figure 2-27.  R-CQICH Timing Example with CQI Repetition Factor of 4**

14    **2.2.1.2.7.1.2      R-CQICH Timing Examples Outside the Switching Interval with**
15                  **Pilot Gating**
16    The figures in this section show R-CQICH timing examples of the different cases of CQI
17    repetition when PILOT_GATING_USE_RATE is equal to '1' (i.e., with pilot gating).



3
4

**Figure 2-28.  R-CQICH Timing Example with Pilot Gating Rate ½ and No CQI Repetition**



5
6

7
8

**Figure 2-29.  R-CQICH Timing Example with Pilot Gating Rate ½ and CQI Repetition Factor of 2**



9
10

11
12

**Figure 2-30.  R-CQICH Timing Example with Pilot Gating Rate ½ and CQI Repetition Factor of 4**



13
14

1
2

**Figure 2-31.  R-CQICH Timing Example with Pilot Gating Rate ¼ and No CQI Repetition**



3
4

5
6

**Figure 2-32.  R-CQICH Timing Example with Pilot Gating Rate ¼ and CQI Repetition Factor of 2**



7
8

9
10

**Figure 2-33.  R-CQICH Timing Example with Pilot Gating Rate ¼ and CQI Repetition Factor of 4**

1 **2.2.1.2.7.1.3    R-CQICH Timing Examples During the Switching Interval with No**
2                    **Pilot Gating**

3  The figures in this section show R-CQICH timing examples during the switching period
4  for the different cases of CQI repetition when PILOT_GATING_USE_RATE is equal to '0'
5  (i.e. with no pilot gating).

6
7



8
9

10  **Figure 2-34.   R-CQICH Timing Example During the Switching Period with No**
11              **Pilot Gating and No CQI Repetition and *num_switching_slots* = 2**



12
13

14  **Figure 2-35.   R-CQICH Timing Example During the Switching Period with No**
15              **Pilot Gating and No CQI Repetition and *num_switching_slots* = 4**

16



1
2

3   **Figure 2-36.   R-CQICH Timing Example During the Switching Period with No**
4   **Pilot Gating and No CQI Repetition and *num_switching_slots* = 7**



5
6

7   **Figure 2-37.   R-CQICH Timing Example During the Switching Period with No**
8   **Pilot Gating and CQI Repetition Factor of 2 and *num_switching_slots* = 2**



9
10

11   **Figure 2-38.   R-CQICH Timing Example During the Switching Period with No**
12   **Pilot Gating and CQI Repetition Factor of 2 and *num_switching_slots* = 4**



13
14

15   **Figure 2-39.   R-CQICH Timing Example During the Switching Period with No**
16   **Pilot Gating and CQI Repetition Factor of 2 and *num_switching_slots* = 7**

17

TIA-2000.3-D-1



1
2

3    **Figure 2-40.   R-CQICH Timing Example During the Switching Period with No**
4    **Pilot Gating and CQI Repetition Factor of 4 and *num_switching_slots* = 2**



5
6

7    **Figure 2-41.   R-CQICH Timing Example During the Switching Period with No**
8    **Pilot Gating and CQI Repetition Factor of 4 and *num_switching_slots* = 4**



9
10

11    **Figure 2-42.   R-CQICH Timing Example During the Switching Period with No**
12    **Pilot Gating and CQI Repetition Factor of 4 and *num_switching_slots* = 7**

13

1    **2.2.1.2.7.1.3.1    R-CQICH Timing Examples During the Switching Interval with**
2    **Pilot Gating**
3

4    The figures in this section show R-CQICH timing examples during the switching interval
5    for the different cases of CQI repetition when PILOT_GATING_USE_RATE is equal to '1'
6    (i.e. with pilot gating).



7
8

9    **Figure 2-43.  R-CQICH Timing Example During the Switching Period with Pilot**
10   **Gating Rate ½ and No CQI Repetition and *num_switching_slots* = 2**



11
12

13   **Figure 2-44.  R-CQICH Timing Example During the Switching Period with Pilot**
14   **Gating Rate ½ and No CQI Repetition and *num_switching_slots* = 4**

TIA-2000.3-D-1



1
2

3    **Figure 2-45.  R-CQICH Timing Example During the Switching Period with Pilot**
4    **Gating Rate ½ and No CQI Repetition and *num_switching_slots* = 7**

5



6

7    **Figure 2-46.  R-CQICH Timing Example During the Switching Period with Pilot**
8    **Gating Rate ¼ and No CQI Repetition and *num_switching_slots* = 2**



9

10   **Figure 2-47.  R-CQICH Timing Example During the Switching Period with Pilot**
11   **Gating Rate ¼ and No CQI Repetition and *num_switching_slots* = 4 or 7**

12
13

1

## 2.2.1.2.8 Forward Packet Data Channel Timing Example

Figure 2-48 illustrates an example of the forward packet data channel timing for F-PDCCH0, F-PDCCH1, F-PDCH and R-ACKCH.  The example shows three subpackets being transmitted with ACK_DELAY for the receiving mobile station set to 2 (i.e., two slots between the end of the F-PDCH transmission and the beginning of the R-ACKCH transmission). See [5].  The following describes the timing for each subpacket example:

- A – The mobile station receives the first subpacket assignment on F-PDCCH0 (SPID '00' for ACID '00').  Since the duration of the F-PDCCH0 message is two-slots, the subpacket transmission on the F-PDCH is also two slots.  In this case, the receiver fails to correctly decode the encoder packet based on the reception of subpacket '00'.  The mobile station subsequently sends a NAK on the R-ACKCH at time ACK_DELAY (2) slots after the end of the F-PDCH transmission.

- B –The mobile station receives a new subpacket assignment from the four-slot message on F-PDCCH1 (the initial transmission for a new ARQ channel – SPID '00' for ACID '01') while the message carried on F-PDCCH0 is addressed to a different mobile station.  Since the duration of the F-PDCCH messages is four slots, the duration of the subpacket transmission on the F-PDCH is also four slots.  In this case, the mobile station is able to correctly decode the encoder packet from the received subpacket.  The mobile station subsequently sends an ACK on the R-ACKCH at time ACK_DELAY (2) slots after the end of the F-PDCH transmission.

- C – The mobile station receives a subpacket assignment on F-PDCCH0 (a retransmission of "A" - SPID '01' for ACID '00').  Since the duration of the F-PDCCH0 message is one slot, the duration of the subpacket transmission on the F-PDCH is also one slot.  In this case, the mobile station receiver fails to correctly decode the encoder packet based on the reception of subpackets '00' and '01'.  The mobile station subsequently sends a NAK on the R-ACKCH at time ACK_DELAY (2) slots after the end of the F-PDCH transmission.

TIA-2000.3-D-1



**Figure 2-48.  Example of Forward Packet Data Channel Timing**

2-144

1    **2.2.1.2.9 Mobile Station Procedures**

2    If the mobile station supports the forward packet data channel, the mobile station shall
3    support a forward packet data channel control function (FPDCHCF) entity.  The
4    FPDCHCF provides the forward packet data channel operating procedures and performs
5    all functions to follow the timing of forward packet data channel operations as
6    controlled by transmissions from the base station on the F-PDCH, the F-PDCCHs, and
7    the R-ACKCH.

8    **2.2.1.2.9.1        Forward Packet Data Channel Control Function Procedures**

9    If the forward packet data channel is assigned to the mobile station (see [5]), the mobile
10   station shall perform the forward packet data channel control functions ( FPDCHCF)
11   defined in this section.

12   It is assumed that the change in value for all variables that are modified by Upper Layer
13   Signaling on any given 20 ms frame offset System Time boundary occurs prior to the
14   corresponding 1.25 ms System Time boundary for the procedures in the Forward
15   Packet Data Channel Control Function.

16   **2.2.1.2.9.1.1        Initialization Procedures**

17   At the beginning of the 20 ms System Time boundary when the forward packet data
18   channel is assigned[43] (see [5]), the mobile station shall perform the following:

19   • For $i$ equal to '00', '01', '10', and '11', set the following:

20      –  EP_ai_sn[$i$] to NULL; and

21      –  EP_delivered[$i$] to NULL.

22   • For $i$ equal to 0 through 15, set ACK_LIST[$i$] to NULL.

23   • Set EP_new to true.

24   • Set WALSH_MASK$_s$ to '0000000000000'.

25   • Set *current_sector* to NULL.

26   • Set MAC_ID$_s$ to the MAC_ID field corresponding to *current_sector* in the forward packet
27      data channel active set (see [5]).

28   • Set *target_sector* to NULL.

29   • Set *switching* to "No".

30   • Set *row* to NULL.

31   • The mobile station FPDCHCF shall send a PHY DecodeFPDCCH.Request(*pdcch_id,*
32      *pilot_pn, walsh_index, sys_time, num_slots*) primitive to the physical layer with:

33      – *pdcch_id* set to 0;

---

[43]  These procedures must be performed whenever Upper Layer Signaling assigns or re-
assigns the packet data channel, i.e., even if the packet data channel was assigned
prior to the reception of the Upper Layer Signaling messages that carry the assignment
(e.g., UHDM, GHDM, etc.).  The packet data channel is considered to be assigned at the
action time of the message carrying the packet data channel assignment.

TIA-2000.3-D-1

1    – *pilot_pn* set to PILOT_PN$_S$ corresponding to *current_sector* in the forward packet
2        data channel active set;

3    – *walsh_index* set to FOR_PDCH_WALSH$_S$ [*pdcch_id*] corresponding to *current_sector*
4        in the forward packet data channel active set;

5    – *sys_time* set to NULL; and

6    – *num_slots* set to NULL.

7    ● Set *decode_sector* to NULL.

8    ● The mobile station may determine a new decode sector and set *decode_sector* to the
9        PILOT_PN$_S$ corresponding to the new decode sector.

10   ● If *decode_sector* is not equal to NULL, the mobile station FPDCHCF shall perform
11       the F-PDCCH monitoring procedure in 2.2.1.2.9.1.7.

12   ● Set *cqi_frame_offset* to NULL.

13   ● For *i* equal to 0 through 27, set WCI[*i*] to WCI_INDICES[*i*][WALSH_TABLE_ID$_S$]
14       according to Table 2-46.

1                    **Table 2-46.  Walsh Code Indices (WCI_INDICES[*i*][*j*])**

| Row Index (*i*) | Column Index (*j*) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **'000'** | **'001'** | **'010'** | **'011'** | **'100'** | **'101'** | **'110'** | **'111'** |
| 0 | 31 | 31 | 31 | 31 | N/A | N/A | N/A | N/A |
| 1 | 15 | 15 | 15 | 15 | N/A | N/A | N/A | N/A |
| 2 | 23 | 23 | 23 | 23 | N/A | N/A | N/A | N/A |
| 3 | 7 | 7 | 7 | 7 | N/A | N/A | N/A | N/A |
| 4 | 27 | 27 | 27 | 30 | N/A | N/A | N/A | N/A |
| 5 | 11 | 11 | 11 | 14 | N/A | N/A | N/A | N/A |
| 6 | 19 | 19 | 19 | 22 | N/A | N/A | N/A | N/A |
| 7 | 3 | 3 | 3 | 6 | N/A | N/A | N/A | N/A |
| 8 | 30 | 30 | 30 | 29 | N/A | N/A | N/A | N/A |
| 9 | 14 | 14 | 14 | 13 | N/A | N/A | N/A | N/A |
| 10 | 22 | 22 | 22 | 21 | N/A | N/A | N/A | N/A |
| 11 | 6 | 6 | 6 | 5 | N/A | N/A | N/A | N/A |
| 12 | 26 | 26 | 29 | 28 | N/A | N/A | N/A | N/A |
| 13 | 10 | 10 | 13 | 12 | N/A | N/A | N/A | N/A |
| 14 | 18 | 18 | 21 | 20 | N/A | N/A | N/A | N/A |
| 15 | 2 | 2 | 5 | 4 | N/A | N/A | N/A | N/A |
| 16 | 29 | 29 | 28 | 27 | N/A | N/A | N/A | N/A |
| 17 | 13 | 13 | 12 | 11 | N/A | N/A | N/A | N/A |
| 18 | 21 | 21 | 20 | 26 | N/A | N/A | N/A | N/A |
| 19 | 5 | 5 | 4 | 10 | N/A | N/A | N/A | N/A |
| 20 | 25 | 28 | 26 | 25 | N/A | N/A | N/A | N/A |
| 21 | 9 | 12 | 10 | 9 | N/A | N/A | N/A | N/A |
| 22 | 17 | 20 | 25 | 24 | N/A | N/A | N/A | N/A |
| 23 | 1 | 4 | 9 | 8 | N/A | N/A | N/A | N/A |
| 24 | 28 | 25 | 24 | 19 | N/A | N/A | N/A | N/A |
| 25 | 12 | 9 | 8 | 18 | N/A | N/A | N/A | N/A |
| 26 | 20 | 24 | 18 | 17 | N/A | N/A | N/A | N/A |
| 27 | 4 | 8 | 17 | 3[44] | N/A | N/A | N/A | N/A |

If the number of Paging Channel is greater than a particular
WALSH_TABLE_ID, that WALSH_TABLE_ID shall not be used.

2

3    **2.2.1.2.9.1.2        Processing the SIG-HandoffFPDCH.Indication Primitive**

4    The mobile station FPDCHCF receives a SIG-HandoffPDCH.Indication primitive from
5    Upper Layer Signaling to indicate that a handoff of the packet data channel has
6    occurred or when the packet data channel is initially assigned.

7    If the mobile station FPDCHCF receives a -SIG-HandoffPDCH.Indication (*handoff_type*)
8    primitive from Upper Layer Signaling with *handoff_type* set to ASSIGN, the mobile
9    station FPDCHCF shall perform the following:

10   •   Perform the initialization procedures according to 2.2.1.2.9.1.1 and shall perform
11       the RPDCHCF initialization procedures according to 2.2.1.3.1.1.1.

---

[44] Note that when the column index is '011', the base station should not assign row
index 27 if the base station is transmitting on the F-PCH corresponding to Walsh code
index 3 concurrently with the F-PDCH transmission.

1 • Set *mac_pdch_group_id*[*i*] to NULL for all *i.*

2 If the mobile station FPDCHCF receives a -SIG-HandoffPDCH.Indication (*handoff_type*)
3 primitive from Upper Layer Signaling with *handoff_type* set to HANDOFF, the mobile
4 station FPDCHCF shall perform the following:

5 • For *i* equal to 0 through 27, set WCI[*i*] to WCI_INDICES[*i*][WALSH_TABLE_ID$_S$]
6 according to Table 2-46.

7 • Set MAC_ID$_S$ to the MAC_ID field corresponding to *current_sector* in the forward
8 packet data channel active set (see [5]).

9 • Set *for_gch_walsh_index* to the FOR_GCH_WALSH_INDEX$_S$ corresponding to
10 *current_sector* in the reverse packet data channel active set.

11 • Set *pilot_pn* to the PILOT_PN$_S$ corresponding to *current_sector* in the reverse packet
12 data channel active set.

13 • If *decode_sector* is not equal to NULL and *decode_sector* is not in the forward packet
14 data channel active set, the mobile station FPDCHCF shall perform the following:

15 – Set *decode_sector* to NULL; and

16 – The mobile station may determine a new decode sector and set *decode_sector* to
17 the PILOT_PN$_S$ corresponding to the new decode sector.

18 • If *decode_sector* is not equal to NULL, the mobile station FPDCHCF shall perform
19 the F-PDCCH monitoring procedure in 2.2.1.2.9.1.7.

20 If the mobile station FPDCHCF receives a SIG-HandoffPDCH.Indication (*handoff_type*)
21 primitive from Upper Layer Signaling with *handoff_type* set to ASSIGN or HANDOFF,
22 the mobile station FPDCHCF shall perform the following on the forward packet data
23 channel active set:

24 • For each unique forward packet data channel active set group *i,* identified by
25 PDCH_GROUP_IDENTIFIER$_S$ (see [5]):

26 – Let *S* be the set of sectors (identified by the corresponding PILOT_PN$_S$) in the
27 forward packet data channel active set with the corresponding
28 PDCH_GROUP_IDENTIFIER$_S$ equal to *i.*

29 – If *mac_pdch_group_id*[*s*] is not equal to NULL for any *s* that is a member of *S*, the
30 mobile station shall set *mac_pdch_group_id*[*r*] to *mac_pdch_group_id*[*s*] for each *r*
31 in *S.*

32 – If *mac_pdch_group_id*[*s*] is equal to NULL for every *s* that is a member of *S*, the
33 mobile station shall perform the following:

34 + Select a value, *k*, such that *k* is not equal to *mac_pdch_group_id*[*j*] for any
35 *j.*

36 + Set *mac_pdch_group_id*[*s*] to *k* for each *s* in *S.*

37 • Set *mac_pdch_group_id*[*n*] to NULL for any *n* where *n* is not equal to *current_sector*
38 and *n* is not in the forward packet data channel active set.

1  **2.2.1.2.9.1.3      Processing the PHY-DecodeFPDCCH.Indication Primitive**

2  The mobile station FPDCHCF receives a PHY-DecodeFPDCCH.Indication primitive from
3  the physical layer if the physical layer is able to successfully decode a message on an F-
4  PDCCH as a result of a PHY-DecodeFPDCCH.Request primitive from the FPDCHCF.

5  If the mobile station FPDCHCF receives a PHY-DecodeFPDCCH.Indication(*pdcch_id*,
6  *sdu*, *sys_time*, *num_slots*) primitive from the physical layer and *decode_sector* is not
7  equal to NULL, the mobile station FPDCHCF shall perform the following procedures:

8  •   The mobile station shall decode the information bits in *sdu* according to the fields in
9       the message format for the forward packet data control channel specified in
10      2.2.1.2.10.1.9.

11 •   If MAC_ID is equal to '00000000' and *pdcch_id* is equal to 0, the mobile station shall
12      perform the following:

13      –  Set WALSH_MASK$_S$ to WALSH_MASK$_r$ received in this message.

14 •   If MAC_ID is greater than or equal to '01000000' and MAC_ID is not equal to
15      MAC_ID$_S$ and EP_SIZE is not equal to '111' and (P_REV_IN_USE$_S$ is greater than or
16      equal to 11 or EP_SIZE is not equal to '110') and LWCI is less than 28, the mobile
17      station shall perform the following:

18      –  If *pdcch_id* is equal to 0, the mobile station shall set lwci0 to LWCI.

19 •   If MAC_ID is less than '01000000' or MAC_ID is equal to MAC_ID$_S$ or EP_SIZE is
20      equal to '111' or (P_REV_IN_USE$_S$ is less than 11 and EP_SIZE is equal to '110') or
21      LWCI is greater than or equal to 28 the mobile station shall perform the following:

22      –  If *pdcch_id* is equal to 0, the mobile station shall set lwci0 to -1.

23      –

24 •   If MAC_ID is equal to MAC_ID$_S$ and EP_SIZE is equal to '111', the mobile station
25      shall perform the following:

26      –  If EXT_MSG_TYPE is set to '00' and PILOT_GATING_USE_RATE is equal to '1', the
27          mobile station shall send a MAC-ControlHoldTrafficReceived.Indication primitive
28          to Upper Layer Signaling with:

29          +  *transition_time* set to *sys_time* + *num_slots* + ACK_DELAY.

30      –  If EXT_MSG_TYPE is set to '01', the mobile station shall set *terminate_switching*
31          to 2.

32      –  If EXT_MSG_TYPE is set to '10', the mobile station shall send a SIG-
33          RemoveFPDCHLeg.Request(*index*) primitive to Upper Layer with:

34          +  *index* set to the F-PDCH active set member specified by the
35              PILOT_DISABLE field.

36      –  If EXT_MSG_TYPE is set to '00' or EXT_MSG_TYPE is set to '01', or
37          EXT_MSG_TYPE is set to '10', the mobile station shall set ACK_LIST[*i* mod 16] to
38          ACK for *i* equal to (*sys_time* + *num_slots* + ACK_DELAY) through (*sys_time* +
39          *num_slots* + ACK_DELAY + REV_ACKCH_REPS$_S$ - 1).

40 •   If MAC_ID is equal to MAC_ID$_S$ and EP_SIZE is not equal to '111' and
41      (P_REV_IN_USE$_S$ is greater than or equal to 11 or EP_SIZE is not equal to '110') and
42      LWCI is less than 28, the mobile station shall perform the following:

1      –   If all elements of ACK_LIST[$i$ mod 16] are equal to NULL, for $i$ equal to ($sys\_time$ +
2            $num\_slots$ + ACK_DELAY) through ($sys\_time$ + $num\_slots$ + ACK_DELAY +
3            REV_ACKCH_REPS$_S$ - 1), the mobile station shall perform the following:

4      –   If AI_SN is equal to EP_ai_sn[ACID], the mobile station shall set EP_new to false.
5            Otherwise, the mobile stations shall perform the following:

6            +   Set EP_ai_sn[ACID] to AI_SN;

7            +   set EP_delivered[ACID] to false; and

8            +   set EP_new to true.

9      –   If PILOT_GATING_USE_RATE is equal to '0', the mobile station FPDCHCF shall
10          perform the following:

11            +   Set wci_set to the set consisting of elements WCI[lwci0+1] through
12                WCI[LWCI].

13            +   For $i$ equal to 0 through 12, if bit position $i$ in WALSH_MASK$_S$ is set to
14                '1', the mobile station shall remove the Walsh index WCI[$j$] from wci_set,
15                where $j$ is an index in the Walsh Index Table corresponding to bit
16                position $i$ according to Table 2-51 (if the Walsh index is present in
17                wci_set).

18            +   The mobile station FPDCHCF shall send a PHY-
19                DecodeFPDCH.Request($pilot\_pn$, $acid$, $spid$, $ep\_size$, $wci\_set$,
20                $ep\_new$,$sys\_time$, $num\_slots$) primitive to the physical layer with:

21                +   $pilot\_pn$ set to PILOT_PN$_S$ corresponding to $current\_sector$ in the
22                    forward packet data channel active set;

23                 +   $acid$ set to ACID;

24                 +   $spid$ set to SPID;

25                 +   $ep\_size$ set to the encoder packet size corresponding to EP_SIZE in
26                    Table 2-52;

27                 +   $wci\_set$ set to wci_set;

28                 +   $ep\_new$ set to EP_new;

29                 +   $sys\_time$ set to $sys\_time$ from the PHY-DecodeFPDCCH.Indication
30                    primitive; and

31                 +   $num\_slots$ set to $num\_slots$ from the PHY-DecodeFPDCCH.Indication
32                    primitive.

33      –   If PILOT_GATING_USE_RATE is equal to '1', the mobile station FPDCHCF shall
34          perform the following:

35            +   Set ACK_LIST[$i$ mod 16] to NAK for $i$ equal to ($sys\_time$ + $num\_slots$ +
36                ACK_DELAY) through ($sys\_time$ + $num\_slots$ + ACK_DELAY +
37                REV_ACKCH_REPS$_S$ - 1).

38            +   Send a MAC-ControlHoldTrafficReceived.Indication($transition\_time$)
39                primitive to Upper Layer Signaling with:

40                 +   $transition\_time$ set to $sys\_time$ + $num\_slots$ + ACK_DELAY.

41   •   If NUM_PDCCH$_S$ is equal to '001' and MAC_ID is not equal to MAC_ID$_S$ and
42      $pdcch\_id$ is equal to 0, the mobile station FPDCHCF shall send a PHY-
43      DecodeFPDCCH.Request ($pdcch\_id$, $pilot\_pn$, $walsh\_index$, $sys\_time$, $num\_slots$)
44      primitive to the physical layer with:

1  – *pdcch_id* set to 1;

2  – *pilot_pn* set to PILOT_PN$_S$ corresponding to ~~current~~decode sector in the forward
3     packet data channel active set;

4  – *walsh_index* set to FOR_PDCCH_WALSH$_S$[*pdcch_id*] corresponding to
5     ~~current~~decode sector in the forward packet data channel active set;

6  – *sys_time* set to *sys_time* from the PHY-DecodeFPDCCH.Indication primitive; and

7  – *num_slots* set to *num_slots* from the PHY-DecodeFPDCCH.Indication primitive.

8  • If *pdcch_id* is equal to 0, the mobile stations FPDCHCF shall send a PHY-
9     DecodeFPDCCH.Request(*pdcch_id*, *pilot_pn*, *walsh_index*, *sys_time*, *num_slots*)
10    primitive to the physical layer with:

11 – *pdcch_id* set to 0;

12 – *pilot_pn* set to PILOT_PN$_S$ corresponding to ~~current~~decode sector in the forward
13    packet data channel active set;

14 – *walsh_index* set to FOR_PDCCH_WALSH$_S$[*pdcch_id*] corresponding to
15    ~~current~~decode sector in the forward packet data channel active set;

16 – *sys_time* set to NULL; and

17 – *num_slots* set to NULL.

18 **2.2.1.2.9.1.4    Processing the PHY-DecodeFPDCH.Response Primitive**

19 The mobile station FPDCHCF receives a PHY-DecodeFPDCH.Response primitive from
20 the physical layer in response to a previous PHY-DecodeFPDCH.Request primitive sent
21 to the physical layer by the FPDCHCF.

22 If the mobile station FPDCHCF receives a PHY-DecodeFPDCH.Response(*acid*, *ep*,
23 *sys_time*, *num_slots*) primitive from the physical layer, the mobile station FPDCHCF
24 shall perform the following procedures:

25 • If *ep* is equal to NULL, the mobile station FPDCHCF shall set ACK_LIST[*i* mod 16] to
26    NAK for *i* equal to (*sys_time* + *num_slots* + ACK_DELAY) through (*sys_time* +
27    *num_slots* + ACK_DELAY + REV_ACKCH_REPS$_S$ - 1).

28 • Otherwise, if *ep* is not equal to NULL, the mobile station shall perform the following:

29 – If EP_delivered[*acid*] is equal to false, the mobile station shall:

30    • Set EP_delivered[*acid*] to true.

31    • Send an FPDCH-Data.Indication(*sdu*, *frame_duration*, *num_bits*,
32       *frame_quality*) primitive to the multiplex sublayer with:

33 – *sdu* set to the *ep*[2..sizeof(*ep*) - 1], where *ep*[*i*] is the *i*$^{th}$ bit in *ep* (starting with bit
34    position 0);

35 – *frame_duration* set to NULL;

36 – *num_bits* set to the size of the multiplex sublayer SDU (in bits) corresponding to
37    the size of encoder packet *ep* according to Table 2-52; and

38 – *frame_quality* set to sufficient.

39 – The mobile station FPDCHCF shall set ACK_LIST[*i* mod 16] to ACK for *i* equal to
40    (*sys_time* + *num_slots* + ACK_DELAY) through (*sys_time* + *num_slots* +
41    ACK_DELAY + REV_ACKCH_REPS$_S$ - 1).

1   **2.2.1.2.9.1.5    CQI Feedback Procedures**

2   Whenever possible, the MS should use procedures to minimize the likelihood of
3   disabling its transmitter (see [5]) while the forward packet data channel is assigned and
4   *switching* is equal to "Yes".

5   At the beginning of every 1.25 ms System Time slot when the forward packet data
6   channel is assigned to the mobile station (see [5]), the mobile station shall perform the
7   CQI feedback procedures as follows:

8   • If FPDCH_DTX_INDICATOR$_s$ is equal to '1', the mobile station shall set *switching* to
9     "No", and the mobile station shall not perform any of the remaining procedures in
10    this section. Otherwise, the mobile station shall perform the remaining procedures
11    in this section.

12  • If *cqi_frame_offset* is equal to NULL or (System Time (in units of 1.25 ms) –
13    REV_CQICH_FRAME_OFFSET$_s$) mod 16 is equal to 0, the mobile station shall set
14    *cqi_frame_offset* to REV_CQICH_FRAME_OFFSET$_s$.

15  • Set *i* to (System Time (in units of 1.25 ms) – *cqi_frame_offset*) mod 16.

16  • If *terminate_switching* is greater than 0, the mobile station shall perform the
17    following:

18    – Set *terminate_switching* to (*terminate_switching* – 1).

19    – If *terminate_switching* is equal to 0 and *switching* is equal to "Yes", the mobile
20      station shall set *num_switching_frames* to 1.

21  • If *i* is equal to 0 and *cqi_frame_offset* is equal to REV_CQICH_FRAME_OFFSET$_s$, the
22    mobile station shall perform the following:

23    – If PILOT_GATING_USE_RATE is equal to '0', the mobile station shall set
24      *num_soft_switching_frames* to NUM_SOFT_SWITCHING_FRAMES$_s$ and
25      *num_softer_switching_frames* to NUM_SOFTER_SWITCHING_FRAMES$_s$.

26    – If PILOT_GATING_USE_RATE is equal to '1', the mobile station shall set
27      *num_soft_switching_frames* to NUM_SOFT_SWITCHING_FRAMES_CHM$_s$ and
28      *num_softer_switching_frames* to NUM_SOFTER_SWITCHING_FRAMES_CHM$_s$.

29    – If PILOT_GATING_USE_RATE is equal to '0', the mobile station shall set
30      *num_soft_switching_slots* to NUM_SOFT_SWITCHING_SLOTS$_s$ and
31      *num_softer_switching_slots* to NUM_SOFTER_SWITCHING_SLOTS$_s$.

32    – If PILOT_GATING_USE_RATE is equal to '1', the mobile station shall set
33      *num_soft_switching_slots* to NUM_SOFT_SWITCHING_SLOTS_CHM$_s$ and
34      *num_softer_switching_slots* to NUM_SOFTER_SWITCHING_SLOTS_CHM$_s$.

35    – If FULL_CI_FEEDBACK_IND$_s$ is equal to '1', the mobile station shall set
36      *full_reporting_mode* to "Yes".  Otherwise, the mobile station shall set
37      *full_reporting_mode* to "No".

38    – If *switching* is equal to "Yes", the mobile station shall perform the following:

39        + Set *num_switching_frames* to *num_switching_frames* – 1.

40        + If *current_sector* and *target_sector* are in the active set, the mobile station
41          shall perform the following:

42            + If *num_switching_frames* is less than or equal to 0, the mobile station
43              shall perform the following:

- Set *old_current_group* to ~~the PDCH_GROUP_IDENTIFIER_s field corresponding to~~ *mac_pdch_group_id*[*current_sector*];
- ~~s~~Set *old_target_group* to ~~the PDCH_GROUP_IDENTIFIER_s field corresponding to~~ *mac_pdch_group_id*[*target_sector*]~~.~~;
- ~~s~~Set *current_sector* to *target_sector*;
- ~~s~~Set *target_sector* to NULL;
- ~~s~~Set *switching* to "No";
- ~~set MAC_ID_s to the MAC_ID field corresponding to~~ *current_sector* ~~in the forward packet data channel active set (see [5]);~~
- If *decode_sector* is not equal to *current_sector*, the mobile station shall set *decode_sector* to *current_sector* and perform the F-PDCCH monitoring procedure in 2.2.1.2.9.1.7;
- set EP_ai_sn[*i*] to 0 for *i* equal to '00', '01', '10', and '11';[45] and
- if REV_PDCH_SOFT_HANDOFF_RESET_IND_s is equal to '1' and *old_current_group* is not equal to *old_target_group*, the mobile station shall perform the RPDCHCF initialization procedures according to 2.2.1.3.1.1.1.

+ If *target_sector* is not in the active set but *current_sector* is in the active set, the mobile station shall perform the following:

  + Determine a new *target_sector* and set *target_sector* to the PILOT_PN_s corresponding to the new target sector that is a member of the forward packet data channel active set.

  + If *target_sector* is equal to *current_sector*, the mobile station shall set *switching* to "No".

  + If *switching* is equal to "Yes", the mobile station shall perform the following:

    - If ~~the PDCH_GROUP_IDENTIFIER_s field corresponding to~~ *mac_pdch_group_id*[*target_sector*] is equal to the ~~PDCH_GROUP_IDENTIFIER_s field corresponding to~~ *mac_pdch_group_id*[*current_sector*], the mobile station shall set *num_switching_frames* to *num_softer_switching_frames* and shall set *num_switching_slots* to *num_softer_switching_slots*, otherwise, the mobile station shall set *num_switching_frames* to *num_soft_switching_frames* and shall set *num_switching_slots* to *num_soft_switching_slots*.

+ If *target_sector* is in the active set but *current_sector* is not in the active set, the mobile station shall perform the following:

  + Set *old_current_group* to *mac_pdch_group_id*[*current_sector*];

  + Set *old_target_group* to *mac_pdch_group_id*[*target_sector*];

---

[45] The base station with the target sector can set AI_SN to '0' to indicate that the PDCHCF is to continue a previously active ARQ transaction (i.e., started by the source sector) or set AI_SN to '1' to indicate that the PDCHCF is to begin a new ARQ transaction.

1      +   ~~The mobile station shall s~~Set *current_sector* to *target_sector*~~, and shall~~
2         ~~set MAC_ID_s to the MAC_ID field corresponding to *current_sector* in~~
3         ~~the forward packet data channel active set (see [5]).~~

4      +   If *decode_sector* is not equal to *current_sector*, the mobile station shall
5         set *decode_sector* to *current_sector* and perform the F-PDCCH
6         monitoring procedure in 2.2.1.2.9.1.7.

7      +   If *num_switching_frames* is less than or equal to 0, the mobile station
8         shall set ~~*current_sector* to *target_sector* and shall set~~ *switching* to
9         "No".

10      +   Set EP_ai_sn[*i*] to 0 for *i* equal to '00', '01', '10', and '11'.[46]

11      +   If REV_PDCH_SOFT_HANDOFF_RESET_IND$_S$ is equal to '1' and
12         *old_current_group* is not equal to *old_target_group*, the mobile station
13         shall perform the RPDCHCF initialization procedures according to
14         2.2.1.3.1.1.1.

15    +   If *target_sector* and *current_sector* are not in the active set, the mobile
16       station shall perform the following:

17      +   Determine a new target sector and set *target_sector* to the PILOT_PN$_S$
18         corresponding to the new target sector.

19      +   Set *old_current_group* to *mac_pdch_group_id*[*current_sector*];

20      +   Set *old_target_group* to *mac_pdch_group_id*[*target_sector*];

21      +   Set *current_sector* to the *target_sector*.

22      +   If *decode_sector* is not equal to *current_sector*, the mobile station shall
23         set *decode_sector* to *current_sector* and perform the F-PDCCH
24         monitoring procedure in 2.2.1.2.9.1.7.

25      ~~+Set MAC_ID_s to the MAC_ID field corresponding to *current_sector* in the~~
26         ~~forward packet data channel active set (see [5]).~~

27      +   Set *num_switching_frames* to *num_soft_switching_frames*.

28      +   Set *num_switching_slots* to *num_soft_switching_slots*.

29      +   If REV_PDCH_SOFT_HANDOFF_RESET_IND$_S$ is equal to '1' and
30         *old_current_group* is not equal to *old_target_group*, the mobile station
31         shall perform the RPDCHCF initialization procedures according to
32         2.2.1.3.1.1.1.

33   −   If *switching* is equal to "No" and any of the following is true:

34      +   the mobile station determines that it is necessary to switch the forward
35         packet data channel serving sector to a different sector,

36      +   *current_sector* is not in the active set, or

37      +   *current_sector* is equal to NULL,

38   −   the mobile shall perform the following procedures[47]:

| | | |
|---|---|---|
| 1 | + | Set *switching* to "Yes". |
| 2 | + | If *current_sector* is in the active set and if *current_sector* is not equal to |
| 3 | | NULL, the mobile station shall set *target_sector* to the PILOT_PN$_S$ |
| 4 | | corresponding to the target forward packet data channel transmitting |
| 5 | | pilot to which the mobile station has chosen to transfer forward packet |
| 6 | | data channel transmissions. Otherwise, the mobile station shall perform |
| 7 | | the following: |
| 8 | + | If *current_sector* is no longer in ~~the active set or if~~ *current_sector* is equal |
| 9 | | to NULL, the mobile station shall ~~determine a new target sector and shall~~ |
| 10 | | ~~set *target_sector* to the PILOT_PN$_S$ corresponding to the new target sector,~~ |
| 11 | | ~~and set MAC_ID$_S$ to the MAC_ID field corresponding to *current_sector* in~~ |
| 12 | | ~~the forward packet data channel active set (see [5]):~~ |
| 13 | + | Determine a new target sector that is a member of the forward packet |
| 14 | | data channel active set; |
| 15 | + | Set *target_sector* to the PILOT_PN$_S$ corresponding to the new target |
| 16 | | sector; |
| 17 | + | Set *current_sector* to *target_sector*; and |
| 18 | + | If *decode_sector* is not equal to *current_sector*, the mobile station shall |
| 19 | | set *decode_sector* to *current_sector* and shall perform the F-PDCCH |
| 20 | | monitoring procedure in 2.2.1.2.9.1.7. |
| 21 | + | ~~Set *target_sector* to the PILOT_PN$_S$ corresponding to the target forward~~ |
| 22 | | ~~packet data channel transmitting pilot to which the mobile station has~~ |
| 23 | | ~~chosen to transfer forward packet data channel transmissions.~~ |
| 24 | + | If *target_sector* is equal to *current_sector*, the mobile station shall set |
| 25 | | *num_switching_frames* to *num_soft_switching_frames* and shall set |
| 26 | | *num_switching_slots* to *num_soft_switching_slots*; otherwise, the mobile |
| 27 | | station shall perform the following: |

---

[46] The base station with the target sector can set AI_SN to '0' to indicate that the PDCHCF is to continue a previously active ARQ transaction (i.e., started by the source sector) or set AI_SN to '1' to indicate that the PDCHCF is to begin a new ARQ transaction.

[47] Because there can be some penalty required to perform the handoff of the packet data channel transmission from the source pilot to the target pilot (e.g., time latency, Upper Layer Signaling transmissions, etc.), Upper Layer Signaling provides two parameters to assist the mobile station in the selection of the pilot to which the R-CQICH transmissions are directed (see [5]). The mobile station may use these parameters to assist the sector selection process:

- PDCH_SOFTER_SWITCHING_DELAY$_S$ – the ~~estimated time required~~ minimum interruption that the mobile station is to expect when the mobile station transmits the cell switch sequence on the R-CQICH channel when it switches between two pilots ~~within which are in~~ the same ~~packet data channel color code (e.g., within the same BTS)~~group, and

- PDCH_SOFT_SWITCHING_DELAY$_S$ – the ~~estimated time required~~ minimum interruption that the mobile station is to expect when the mobile station transmits the cell switch sequence on the R-CQICH channel when it switches between two pilots ~~with~~ which are in different ~~packet data channel color code (e.g., not within the same BTS)~~groups.

1       +   If the PDCH_GROUP_IDENTIFIER_s field corresponding to
2         *mac_pdch_group_id*[*target_sector*] is equal to the
3         PDCH_GROUP_IDENTIFIER_s field corresponding to
4         *mac_pdch_group_id*[*current_sector*], the mobile station shall set
5         *num_switching_frames* to *num_softer_switching_frames* and shall set
6         *num_switching_slots* to *num_softer_switching_slots*.  Otherwise, the
7         mobile station shall set *num_switching_frames* to
8         *num_soft_switching_frames* and shall set *num_switching_slots* to
9         *num_soft_switching_slots*.

10    –   Set *row* to NULL.

11    –   If PILOT_GATING_USE_RATE is equal to '0' and if there exists a row *r* in Table
12      2-47 corresponding to the current values of *full_reporting_mode*, *switching*,
13      *num_switching_slots*, REV_CQICH_REPS_s and PILOT_GATING_RATE_s equal to
14      '00', then set *row* to *r*.

15    –   If PILOT_GATING_USE_RATE is equal to '1' and if there exists a row *r* in Table
16      2-47 corresponding to the current values of *full_reporting_mode*, *switching*,
17      *num_switching_slots*, PILOT_GATING_RATEs and REV_CQICH_REPS_s, then set
18      *row* to *r*.

19 •   If *row* is not equal to NULL, the mobile station shall perform the following
20    procedures:

21    –   If the slot procedure in row *row* of  Table 2-47 corresponding to slot i is "A", the
22      mobile station shall set:

23       +   *walsh_cover* to the REV_CQICH_COVER_s corresponding to
24        *current_sector*;

25       +   *cqi_gain* to HIGH; and

26       +   *cqi_value* to the current full CQI measurement for the currently assigned
27        forward packet data channel transmitting pilot according to
28        2.2.1.2.9.1.5.1.

29    –   If the slot procedure in row *row* of Table 2-47 corresponding to slot *i* is "B", the
30      mobile station shall set:

31       +   *walsh_cover* to the REV_CQICH_COVER_s corresponding to
32        *current_sector*;

33       +   *cqi_gain* to LOW; and

34       +   *cqi_value* to a differential CQI measurement (i.e., UP or DOWN) for the
35        currently assigned forward packet data channel transmitting pilot
36        according to 2.2.1.2.9.1.5.1.

37    –   If the slot procedure in row *row* of Table 2-47 corresponding to slot *i* is "C", the
38      mobile station shall set:

39       +   *walsh_cover* to the REV_CQICH_COVER_s corresponding to *target_sector*;

40       +   *cqi_gain* to HIGH; and

41       +   *cqi_value* to UP.

42    –   If the slot procedure in row *row* of Table 2-47 corresponding to slot *i* is "D", the
43      mobile station shall set:

44       +   *walsh_cover* to the REV_CQICH_COVER_s corresponding to
45        *current_sector*; and

1           +   *cqi_gain* to HIGH.

2       –   If the slot procedure in row *row* of Table 2-47 corresponding to slot *i* is not blank
3           (i.e., missing), the mobile station shall:

4           +   Send a PHY-RCQICH.Request(*walsh_cover*, *cqi_value*, *cqi_gain*) primitive
5               to the physical layer.

6           +   If PILOT_GATING USE_RATE is equal to '1', the mobile station shall send
7               a PHY-RPICH.Request() primitive to the physical layer.

1

2

## Table 2-47.  Slot Procedures for R-CQICH

| *full_reporting_mode* | *Switching* | **PILOT_GATING_RATE$_s$** | **num_switching_slots** | **REV_CQICH_REPS$_s$** | \multicolumn Slot Procedure for Slot $i$ |||||||||||||||| 
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| "No" | "No" | '00' | n/a | 1 | A | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B |
| "No" | "No" | '00' | n/a | 2 | A | D | B | B | B | B | B | B | B | B | B | B | B | B | B | B |
| "No" | "No" | '00' | n/a | 4 | A | D | D | D | B | B | B | B | B | B | B | B | B | B | B | B |
| "No" | "No" | '01' | n/a | 1 | A | | B | | | B | | B | | | B | | | B | | B |
| "No" | "No" | '01' | n/a | 2 | A | D | | | B | B | | | | | B | | | B | B | |
| "No" | "No" | '01' | n/a | 4 | A | D | D | D | | | | | B | B | B | B | | | | |
| "No" | "No" | '10' | n/a | 1 | A | | | | B | | | | | | | | | B | | |
| "No" | "No" | '10' | n/a | 2 | A | D | | | B | B | | | | | | | | | | |
| "No" | "No" | '10' | n/a | 4 | A | D | D | D | | | | | | | | | | | | |
| "No" | "Yes" | '00' | 2 | 1 | A | B | B | B | B | B | B | B | B | B | B | B | B | B | C | C |
| "No" | "Yes" | '00' | 4 | 1 | A | B | B | B | B | B | B | B | B | B | B | B | C | C | C | C |
| "No" | "Yes" | '00' | 7 | 1 | A | B | B | B | B | B | B | B | B | C | C | C | C | C | C | C |
| "No" | "Yes" | '00' | 2 | 2 | A | D | B | B | B | B | B | B | B | B | B | B | B | B | C | C |
| "No" | "Yes" | '00' | 4 | 2 | A | D | B | B | B | B | B | B | B | B | B | B | C | C | C | C |
| "No" | "Yes" | '00' | 7 | 2 | A | D | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| "No" | "Yes" | '00' | 2 | 4 | A | D | D | D | B | B | B | B | B | B | B | B | B | C | C | C |
| "No" | "Yes" | '00' | 4 | 4 | A | D | D | D | C | C | C | C | C | C | C | C | C | C | C | C |
| "No" | "Yes" | '00' | 7 | 4 | A | D | D | D | C | C | C | C | C | C | C | C | C | C | C | C |
| "No" | "Yes" | '01' | 2 | 1 | A | | B | | | B | | B | | | B | | | C | | C |
| "No" | "Yes" | '01' | 4 | 1 | A | | B | | | B | | B | | | C | | | C | | C |
| "No" | "Yes" | '01' | 7 | 1 | A | | C | | | C | | C | | | C | | | C | | C |
| "No" | "Yes" | '10' | 2 | 1 | A | | | | B | | | | | | | | | C | | |
| "No" | "Yes" | '10' | 4 | 1 | A | | | | C | | | | | | | | | C | | |
| "No" | "Yes" | '10' | 7 | 1 | A | | | | C | | | | | | | | | C | | |
| "Yes" | "No" | '00' | n/a | 1 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A | A |
| "Yes" | "No" | '00' | n/a | 2 | A | D | A | D | A | D | A | D | A | D | A | D | A | D | A | D |
| "Yes" | "No" | '00' | n/a | 4 | A | D | D | D | A | D | D | D | A | D | D | D | A | D | D | D |
| "Yes" | "No" | '01' | n/a | 1 | A | | A | | | A | | A | | | A | | | A | | A |
| "Yes" | "No" | '01' | n/a | 2 | A | D | | | A | D | | | | | A | D | | | A | D |
| "Yes" | "No" | '01' | n/a | 4 | A | D | D | D | | | | | A | D | D | D | | | | |
| "Yes" | "No" | '10' | n/a | 1 | A | | | | A | | | | | | | | | A | | |
| "Yes" | "No" | '10' | n/a | 2 | A | D | | | A | D | | | | | | | | | | |
| "Yes" | "No" | '10' | n/a | 4 | A | D | D | D | | | | | | | | | | | | |
| "Yes" | "Yes" | '00' | 2 | 1 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | C | C |
| "Yes" | "Yes" | '00' | 4 | 1 | A | A | A | A | A | A | A | A | A | A | A | A | C | C | C | C |
| "Yes" | "Yes" | '00' | 7 | 1 | A | A | A | A | A | A | A | A | A | C | C | C | C | C | C | C |
| "Yes" | "Yes" | '00' | 2 | 2 | A | D | A | D | A | D | A | D | A | D | A | D | A | D | C | C |
| "Yes" | "Yes" | '00' | 4 | 2 | A | D | A | D | A | D | A | D | A | D | A | D | C | C | C | C |
| "Yes" | "Yes" | '00' | 7 | 2 | A | D | C | C | C | C | C | C | C | C | C | C | C | C | C | C |
| "Yes" | "Yes" | '00' | 2 | 4 | A | D | D | D | A | D | D | D | A | D | D | D | C | C | C | C |
| "Yes" | "Yes" | '00' | 4 | 4 | A | D | D | D | C | C | C | C | C | C | C | C | C | C | C | C |
| "Yes" | "Yes" | '00' | 7 | 4 | A | D | D | D | C | C | C | C | C | C | C | C | C | C | C | C |
| "Yes" | "Yes" | '01' | 2 | 1 | A | | A | | | A | | A | | | A | | | C | | C |
| "Yes" | "Yes" | '01' | 4 | 1 | A | | A | | | A | | A | | | C | | | C | | C |
| "Yes" | "Yes" | '01' | 7 | 1 | A | | C | | | C | | C | | | C | | | C | | C |
| "Yes" | "Yes" | '10' | 2 | 1 | A | | | | A | | | | | | | | | C | | |
| "Yes" | "Yes" | '10' | 4 | 1 | A | | | | C | | | | | | | | | C | | |
| "Yes" | "Yes" | '10' | 7 | 1 | A | | | | C | | | | | | | | | C | | |

3

1    **2.2.1.2.9.1.5.1    Full and Differential CQI Measurements**

2    The C/I channel quality shall be estimated from the received ~~forward link pilot~~Forward
3    Pilot Channel signal energy ($E_{pilot}$)-to-total noise and interference density ($N_t$) ratio for
4    the forward packet data channel serving sector.  When reporting an absolute C/I
5    measurement, the full C/I update is mapped into an encoded four-bit Channel Quality
6    Indicator value based on the largest $E_{pilot}/N_t$ ratio as shown in Table 2-49.

7    When the mobile station transmits a differential C/I report, the mobile station shall
8    determine the value of this bit as follows:

9    •    The mobile station shall maintain an accumulator to store an estimate of the C/I
10        measurement.  If the mobile station sends a full C/I update to the base station, the
11        mobile station shall set the accumulator to the appropriate value in Table 2-48.

12   •    If the mobile station sends a differential C/I update to the base station and if the
13        C/I measurement during the slot immediately preceding the current slot is greater
14        than the accumulator value, the mobile station shall set *cqi_value* to UP.  If an UP is
15        transmitted, the mobile station shall set the accumulator to the minimum of 6.25
16        dB and the sum of the current accumulator value and 0.5 dB.  Otherwise, the
17        mobile station shall set *cqi_value* to DOWN.  If a DOWN is transmitted, the mobile
18        station shall set the accumulator to the maximum of -16.25 dB and the sum of the
19        current accumulator value and –0.5 dB.

1                          **Table 2-48.  Accumulator Value Mapping for C/I Codes**

| Channel Quality Indicator Channel Value (*cqi_value*) | Accumulator Value (dB) |
|---|---|
| '0000' | –16.25 |
| '0001' | –14.75 |
| '0010' | –13.25 |
| '0011' | –11.75 |
| '0100' | –10.25 |
| '0101' | –8.75 |
| '0110' | –7.25 |
| '0111' | –5.75 |
| '1000' | –4.25 |
| '1001' | –2.75 |
| '1010' | –1.25 |
| '1011' | 0.25 |
| '1100' | 1.75 |
| '1101' | 3.25 |
| '1110' | 4.75 |
| '1111' | 6.25 |

2

3    When transmitting on the R-CQICH, the mobile station shall set *cqi_value* in the PHY-
4    RCQICH.Request primitive as follows:

5    •   The mobile station sets *cqi_value* to an encoded full CQI measurement
6        corresponding to the most current measurement as described in Table 2-49.

1

2

**Table 2-49.  CQI Value Coding**

| Absolute CQI ($E_{pilot}/N_t$) Measured in dB | Absolute CQI ($E_{pilot}/N_t$) Measured in dB |
|---|---|
| ~~Below~~ CQI < -15.5 (or Mobile Station not ready) | '0000' |
| -15.5 ~~to~~ ≤ CQI < –14.0 | '0001' |
| -14.0 ~~to~~ ≤ CQI < –12.5 | '0010' |
| -12.5 ~~to~~ ≤ CQI < –11.0 | '0011' |
| -11.0 ~~to~~ ≤ CQI < –9.5 | '0100' |
| -9.5 ~~to~~ ≤ CQI < –8.0 | '0101' |
| -8.0 ~~to~~ ≤ CQI < –6.5 | '0110' |
| -6.5 ~~to~~ ≤ CQI < –5.0 | '0111' |
| -5.0 ~~to~~ ≤ CQI < –3.5 | '1000' |
| -3.5 ~~to~~ ≤ CQI < –2.0 | '1001' |
| -2.0 ~~to~~ ≤ CQI < –0.5 | '1010' |
| -0.5 ~~to~~ ≤ CQI < 1.0 | '1011' |
| 1.0 ~~to~~ ≤ CQI < 2.5 | '1100' |
| 2.5 ~~to~~ ≤ CQI < 4.0 | '1101' |
| 4.0 ~~to~~ ≤ CQI < 5.5 | '1110' |
| ~~Above~~ 5.5 ≤ CQI | '1111' |

3

4    • The mobile station sets *cqi_value* to UP to indicate that either the current CQI
5       measurement is greater than the maximal full CQI value or ~~it~~ the current CQI
6       measurement is greater than the value determined by the most recent full CQI
7       measure transmitted on the R-CQICH to the same *walsh_cover* plus the sum of all
8       of the positive and negative differential CQI measurements sent to the same
9       *walsh_cover* since the most recent full CQI measure transmitted on the R-CQICH to
10      the same *walsh_cover*.

11   • The mobile station sets *cqi_value* to DOWN to indicate that the current CQI
12      measurement is less than or equal to the minimal full CQI value or ~~it~~ the current
13      CQI measurement is less than or equal to the value determined by the most recent
14      full CQI measure transmitted on the R-CQICH to the same *walsh_cover* plus the
15      sum of all of the positive and negative differential CQI measurements sent to the
16      same *walsh_cover* since the most recent full CQI measure transmitted on the R-
17      CQICH to the same *walsh_cover*.

1    **2.2.1.2.9.1.6    Acknowledgement Procedures**

2    The mobile station FPDCHCF determines when to send an ACK or NAK based on the
3    content of ACK_LIST[].At the beginning of every 1.25 ms System Time slot when the
4    forward packet data channel is assigned to the mobile station (see [5]), the mobile
5    station shall perform the R-ACKCH procedures as follows:

6    •   Set $i$ to the System Time in units of 1.25 ms

7    •   If ACK_LIST[$i$ mod 16] is equal to ACK or ACK_LIST[$i$ mod 16] is equal to NAK, the
8       mobile FPDCHCF shall perform the following:

9      –   Send a PHY-RACKCH.Request($ack\_or\_nak$) to the physical layer with $ack\_or\_nak$
10        set to ACK_LIST[$i$ mod 16].

11      –   Set ACK_LIST[$i$ mod 16] to NULL.

12      –   If PILOT_GATING_USE_RATE is equal to '1', the mobile station shall send a PHY-
13        RPICH.Request() primitive to the physical layer.

14    **2.2.1.2.9.1.7    F-PDCCH Monitoring Procedure**

15    When performing the F-PDCCH monitoring procedure, the mobile station FPDCHCF
16    shall perform the following:

17    •   The mobile station shall terminate the processing of any previously sent PHY-
18       DecodeFPDCCH.Request primitive to the physical layer.

19    •   Set MAC_ID$_S$ to the MAC_ID field corresponding to $decode\_sector$ in the forward
20       packet data channel active set (see [5]).

21    •   Send a PHY-DecodeFPDCCH.Request($pdcch\_id, pilot\_pn, walsh\_index, sys\_time,$
22       $num\_slots$) primitive to the physical layer with:

23      –   $pdcch\_id$ set to 0;

24      –   $pilot\_pn$ set to the PILOT_PN$_S$ corresponding to $decode\_sector$ in the forward
25        packet data channel active set;

26      –   $walsh\_index$ set to FOR_PDCH_WALSH$_S$ [$pdcch\_id$] corresponding to
27        $decode\_sector$ in the forward packet data channel active set;

28      –   $sys\_time$ set to NULL; and

29      –   $num\_slots$ set to NULL.

30    **2.2.1.2.10    Base Station Procedures**

31    If the base station supports the forward packet data channel, the base station shall
32    support a forward packet data channel control function (FPDCHCF) entity.  The
33    FPDCHCF provides the forward packet data channel operating procedures and performs
34    all functions to control the timing of transmissions on the F-PDCH, F-PDCCHs, R-
35    CQICH, and the R-ACKCH.

1    **2.2.1.2.10.1    Forward Packet Data Channel Control Function Procedures**

2    **2.2.1.2.10.1.1    Transmission Procedures for the Forward Packet Data Channel**

3    The base station may assign the forward packet data channel to the mobile station (see
4    [5]).  If the forward packet data channel is assigned to the mobile station, the base
5    station FPDCHCF may send an FPDCH-Availability.Indication primitive to the multiplex
6    sublayer to indicate that the multiplex sublayer is to deliver an SDU to the base station
7    FPDCHCF to be delivered to the mobile station over the forward packet data channel
8    (see 2.2.1.2.10.1.2).  The base station multiplex sublayer may send an FPDCH-
9    Data.Request primitive to the base station FPDCHCF to indicate that the base station
10    FPDCHCF is to deliver an SDU to the mobile station over the forward packet data
11    channel (see 2.2.1.2.10.1.3).

12    If the forward packet data channel is assigned to the mobile station and a multiplex
13    sublayer SDU is available to be transmitted, the base station may deliver the SDU from
14    the multiplex sublayer to the mobile station by transmitting subpackets of encoder
15    packets on the forward packet data channel.  The SDU should be transmitted by the
16    member of the forward packet data channel active set (see [5]) selected by the mobile
17    station as indicated by the Walsh cover applied to the R-CQICH.  In this case, the base
18    station may send PHY-FPDCCH.Request and PHY-FPDCH.Request primitives (see
19    2.2.1.2.10.1.4 and 2.2.1.2.10.1.5) to initiate transmissions on the appropriate physical
20    layer channels (i.e., the F-PDCCHs and the F-PDCH).

21    If the forward packet data channel is assigned to the mobile station and the base
22    station has transmitted subpackets of encoder packets on the forward packet data
23    channel, the base station FPDCHCF may process PHY-RACKCH.Indication primitives
24    received from the physical layer, which indicate acknowledgements or negative
25    acknowledgements from the mobile station (see 2.2.1.2.10.1.6).

26    The base station shall transmit at least one and not more than eight subpackets of the
27    same encoder packet with the same ARQ identifier sequence number (AI_SN) for this
28    ARQ channel identifier (ACID).

29    **2.2.1.2.10.1.2    Sending the FPDCH-Availability.Indication Primitive**

30    The base station FPDCHCF sends an FPDCH-Availability.Indication primitive to the
31    base station multiplex sublayer to indicate that the base station multiplex sublayer is to
32    deliver an SDU to the base station FPDCHCF to be delivered to the mobile station over
33    the forward packet data channel.

34    When PILOT_GATING_USE_RATE is equal to '0' and the base station FPDCHCF is able
35    to transmit an SDU to the mobile station over the forward packet data channel, the
36    base station FPDCHCF may send an FPDCH-Availability.Indication(*sdu_size*) primitive
37    to the multiplex sublayer with:

38    •   *sdu_size* set to the size of the multiplex sublayer SDU (in bits) corresponding to the
39        size of the encoder packet to be sent on the forward packet data channel (see Table
40        2-52).

41    **2.2.1.2.10.1.3    Sending the FPDCH-Data.Request Primitive**

42    The base station multiplex sublayer sends an FPDCH-Data.Request primitive to the
43    base station FPDCHCF to indicate that the base station FPDCHCF is to deliver an SDU
44    to the mobile station over the forward packet data channel.  The FPDCH-Data.Request
45    primitive is sent in response to an FPDCH-Availability.Indication primitive from the
46    base station FPDCHCF.

1   When the base station multiplex sublayer delivers an SDU to be delivered to the mobile
2   station over the forward packet data channel, the base station multiplex sublayer may
3   send an FPDCH-Data.Request(*mux_sdu*) primitive to the FPDCHCF with:

4   • *mux_sdu* set to the information bits of the SDU.

5   **2.2.1.2.10.1.4    Sending the PHY-FPDCCH.Request Primitive**

6   The base station FPDCHCF sends a PHY-FPDCCH.Request primitive to the base station
7   physical layer to indicate that the base station physical layer is to deliver an F-PDCCH
8   message to the mobile station over an F-PDCCH.

9   When the base station FPDCHCF sends an F-PDCCH message to the mobile station
10  over an F-PDCCH, the base station FPDCHCF may send a PHY-
11  FPDCCH.Request(*pdcch_id*, *sdu*, *num_slots*, *sys_time*) primitive to the physical layer
12  with:

13  • *pdcch_id* set to 0 if the base station physical layer is to deliver the message on F-
14     PDCCH0 or to 1 if the base station physical layer is to deliver the message on F-
15     PDCCH1;

16  • *sdu* is set to the information bits of the message formatted according to
17     2.2.1.2.10.1.9 to be transmitted;

18  • *num_slots* is set to the length of the F-PDCCH transmission in units of 1.25 ms;

19  • *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the
20     transmission.

21  **2.2.1.2.10.1.5    Sending the PHY-FPDCH.Request Primitive**

22  The base station FPDCHCF sends a PHY-FPDCH.Request primitive to the base station
23  physical layer to indicate that the base station physical layer is to deliver a subpacket of
24  an encoder packet to the mobile station on the F-PDCH.

25  When the base station FPDCHCF sends a subpacket of an encoder packet to the mobile
26  station on the F-PDCH, the base station FPDCHCF may send a PHY-FPDCH.Request(*ep*,
27  *spid*, *num_slots*, *wci_set*, *sys_time*) primitive to the physical layer with:

28  • *ep* set to the information bits of the SDU that are to be included in the encoder
29     packet;

30  • *spid* set to the subpacket identifier of the subpacket of the encoder packet;

31  • *num_slots* is set to the length of the transmission in units of 1.25 ms;

32  • *wci_set* is set to the set of Walsh codes that are to be used for the F-PDCH
33     transmission; and

34  • *sys_time* is set to the System Time (in units of 1.25 ms) for the beginning of the
35     transmission.

36  **2.2.1.2.10.1.6    Processing the FPDCH-Data.Request Primitive**

37  The base station FPDCHCF receives an FPDCH-Data.Request primitive from the
38  multiplex sublayer to indicate that a multiplex sublayer SDU is to be transmitted on the
39  forward packet data channel.

1  When the base station FPDCHCF receives an FPDCH-Data.Request(*mux_sdu*) primitive
2  from the multiplex sublayer with *mux_sdu* set to the information bits of the multiplex
3  sublayer SDU that is to be transmitted, the base station may perform the following
4  procedures:

5  • Form an encoder packet *ep* by setting *ep*[0..1] to '00' and setting
6    *ep*[2..(length(*sdu*)+1)] to the information bits in *mux_sdu*.

7  • Perform transmission procedures to transmit *ep* on the forward packet data channel
8    by sending the appropriate control messages on the F-PDCCH channel(s),
9    transmiting subpackets of encoder packet *ep* on the F-PDCH, and by processing the
10   R-ACKCH and R-CQICH (see 2.2.1.2.10.1.4, 2.2.1.2.10.1.5, 2.2.1.2.10.1.7, and
11   2.2.1.2.10.1.8).

12  **2.2.1.2.10.1.7    Processing the PHY-RACKCH.Indication Primitive**

13  The base station FPDCHCF receives a PHY-RACKCH.Indication primitive from the
14  physical layer to indicate that an acknowledgement (ACK) or negative acknowledgement
15  (NAK) has been received from the mobile station on the R-ACKCH.

16  When the base station FPDCHCF receives a PHY-RACKCH.Indication(*ack_or_nak*,)
17  primitive from the physical layer with:

18  • *ack_or_nak* set to ACK to indicate an acknowledgement or set to NAK to indicate a
19    negative acknowledgement; and,

20  ~~System Time~~the base station may transmit or retransmit subpackets of the encoder
21  packet for which the ACK or NAK was indicated by sending the appropriate PHY-
22  FPDCCH.Request and PHY-FPDCH.Request primitives to the physical layer.

23  **2.2.1.2.10.1.8    Processing the PHY-RCQICH.Indication Primitive**

24  The base station FPDCHCF receives a PHY-RCQICH.Indication primitive from the
25  physical layer to indicate that CQI feedback information has been received from the
26  mobile station on the R-CQICH.

27  When the base station FPDCHCF receives a PHY-RCQICH.Indication(*cqi_value*,
28  *walsh_cover*) primitive from the physical layer with:

29  • *cqi_value* set to NULL or to a full or differential CQI value from the mobile station;
30    and,

31  • *walsh_cover* set to a 3-bit value corresponding to the Walsh cover that was received
32    for the R-CQICH transmission,

33  the base station may send a SIG-HandoffPDCH.Request(*pilot*) to Upper Layer Signaling
34  with:

35  • *pilot* set to the pilot corresponding to the forward packet data channel active set
36    member to which the transmitting forward packet data channel pilot should be
37    handed off.

1  **2.2.1.2.10.1.9    Encoding Forward Packet Data Control Channel Messages**

2  When the base station encodes an SDU to be transmitted on the forward packet data
3  control channel, the FPDCHCF shall use the following message format.

4            **Table 2-50.  Format of the Forward Packet Data Control Channel Message**

| Field | Length (bits) |
|---|---|
| MAC_ID | 8 |
| WALSH_MASK | 0 or 13 |
| EP_SIZE | 0 or 3 |
| ACID | 0 or 2 |
| SPID | 0 or 2 |
| AI_SN | 0 or 1 |
| LWCI | 0 or 5 |
| EXT_MSG_TYPE | 0 or 2 |
| PILOT_DISABLE | 0 or 3 |
| RESERVED | 0, 5, or 8 |

5

6  MAC_ID            -   MAC Identifier.

7                        The base station shall set this field to the MAC identifier
8                        assigned to the mobile station that is to decode an F-PDCH
9                        subpacket transmission concurrent with the transmission of
10                       this message on the F-PDCCH.

11                       If MAC_ID is set to '00000000', the base station shall include
12                       the WALSH_MASK field and omit the remaining fields.
13                       Otherwise, the base station shall omit the WALSH_MASK field
14                       and include the remaining fields.

15 WALSH_MASK         -   Walsh Space Mask Bitmap.

16                       The base station shall set this field to the Walsh space mask
17                       bitmap to indicate that the mobile station is to omit certain
18                       entries in the forward packet data channel Walsh set when
19                       decoding the F-PDCH.  The base station shall set each bit in
20                       this field to '0' or '1' to indicate that the mobile station is to
21                       include ('0') or omit ('1') the corresponding indices in the
22                       Walsh index table (WCI) according to Table 2-51.

1

2

**Table 2-51.  Walsh Space Mask Bitmap Format**

| Bit Position | Walsh Index Table Row Indices to be Omitted from the F-PDCH Walsh Index Set (wci_set) |
|---|---|
| 12 (MSB) | 0 and 1 |
| 11 | 2 and 3 |
| 10 | 4 and 5 |
| 9 | 6 and 7 |
| 8 | 8 and 9 |
| 7 | 10 and 11 |
| 6 | 12 and 13 |
| 5 | 14 and 15 |
| 4 | 16 and 17 |
| 3 | 18 and 19 |
| 2 | 20 and 21 |
| 1 | 22 and 23 |
| 0 (LSB) | 24 and 25 |

3

4    EP_SIZE              -    Encoder Packet Size.

5                              If this message contains an extended message, the base
6                              station shall set this field to '111'.  Otherwise, the base station
7                              shall set this field to the encoded value for the encoder packet
8                              size (other than '111') for the F-PDCH subpacket transmission
9                              concurrent with the transmission of this message on the F-
10                             PDCH encoded according to Table 2-52.

2-167

1

2                    **Table 2-52.  Encoding Values for the EP_SIZE Field**

| Encoder Packet Size (bits) | Encoded Value of the EP_SIZE Field | Multiplex Sublayer SDU Size (bits) | Forward Packet Data Channel Assignment Included? |
|---|---|---|---|
| 408 | '000' | 384 | Yes |
| 792 | '001' | 768 | Yes |
| 1560 | '010' | 1536 | Yes |
| 2328 | '011' | 2304 | Yes |
| 3096 | '100' | 3072 | Yes |
| 3864 | '101' | 3840 | Yes |
| 216 | '110'[48] | 192 | Yes |
| n/a | '111' | n/a | No |

3

4   If P_REV_IN_USE$_S$ is less than 11 and EP_SIZE is not set to '111' or '110', or if
5   P_REV_IN_USE$_S$ is greater than or equal to 11 and EP_SIZE is not set to '111', the base
6   station shall include the next four fields.  Otherwise, the base station shall omit the
7   next four fields.

8   ACID                    -    ARQ Channel Identifier.

9                                The base station shall set this field to the ARQ channel
10                               identifier for the F-PDCH subpacket transmission concurrent
11                               with the transmission of this message on the F-PDCCH.

12  SPID                    -    Subpacket Identifier.

13                               The base station shall set this field to the subpacket identifier
14                               for the F-PDCH subpacket transmission concurrent with the
15                               transmission of this message on the F-PDCCH.

16  AI_SN                   -    ARQ Identifier Sequence Number.

17                               The base station shall set this field to the ARQ identifier
18                               sequence number for the F-PDCH subpacket transmission
19                               concurrent with the transmission of this message on the F-
20                               PDCCH.

21  LWCI                    -    Last Walsh Code Index.

---

[48] This encoded value of the EP_SIZE field is valid when P_REV_IN_USE$_S$ is greater than
or equal to 11. Otherwise, this value is reserved when P_REV_IN_USE$_S$ is less than 11.

| | | |
|---|---|---|
| 1 | | The base station shall set this field to the last Walsh code |
| 2 | | index for the F-PDCH subpacket transmission concurrent |
| 3 | | with the transmission of this message on the F-PDCCH.  If |
| 4 | | this message is being transmitted on the F-PDCCH0 physical |
| 5 | | channel, the base station shall set this field to indicate that |
| 6 | | the Walsh code set includes the 0th through $LWCI^{th}$ entries in |
| 7 | | the WCI table.  Otherwise, if this message is being transmitted |
| 8 | | on the F-PDCCH1 physical channel, the base station shall set |
| 9 | | this field to indicate that the Walsh code set includes the |
| 10 | | $(lwci0 + 1)^{th}$ through $LWCI^{th}$ entries in the WCI table.  If the |
| 11 | | MAC_ID in the F-PDCCH0 message transmitted at the same |
| 12 | | time as this message is greater than or equal to '01000000', |
| 13 | | then lwci0 is the last Walsh code index in the F-PDCCH0 |
| 14 | | message. If the MAC_ID in the F-PDCCH0 message is less |
| 15 | | than '01000000', lwci0 is –1. |

16  If EP_SIZE is set to '111', the base station shall include the following field.  Otherwise,
17  the base station shall omit the following field.

18  EXT_MSG_TYPE   -   Extended Message Type Identifier.

19  The base station shall set this field to '00' or '01', or '10'.  The
20  base station may set this field to '00' to indicate that the
21  mobile station is to exit PDCH Control Hold Mode (see [5]).
22  The base station may set this field to '01' to indicate that the
23  mobile station is to terminate the current switching
24  transmission pattern prior to the maximum number of
25  switching frames ($NUM\_SOFT\_SWITCHING\_FRAMES_S$ or
26  $NUM\_SOFTER\_SWITCHING\_FRAMES_S$).

27  PILOT_DISABLE   -   If EXT_MSG_TYPE is included, and is set to '10', the base
28  station shall set this field to the Walsh cover index associated
29  with the F-PDCH active set member that is to be disabled for
30  F-PDCH operation.  Otherwise, the base station shall omit
31  this field.

32  RESERVED   -   Reserved Bits.

33  If EXT_MSG_TYPE is included and is set to '00' or '01', the
34  base station shall set this field to '00000000'.  If
35  EXT_MSG_TYPE is included and is set to '10', the base station
36  shall set this field to '00000'.  If EXT_MSG_TYPE is not
37  included, the base station shall omit this field.

1  **2.2.1.3  Reverse Packet Data Channel Control Function Operation Procedures**

2  If the mobile station supports the reverse packet data channel, then the mobile station
3  must support a reverse packet data channel control function (RPDCHCF) entity. The
4  RPDCHCF entity terminates all of the physical channels associated with the operation
5  of the reverse packet data channel (i.e. the R-PDCCH, the R-REQCH, the F-ACKCH, the
6  F-GCH and the F-RCCH). The RPDCHCF provides a synchronous automatic
7  retransmission (ARQ) protocol that ensures the delivery of encoder packets from the
8  mobile station to the base station by retransmitting portions of the turbo-coded encoder
9  packets based on the feedback from the base station to indicate successful (i.e., ACK) or
10  unsuccessful (i.e., NAK) reception and decoding of the encoder packet. The RPDCHCF
11  uses four independent ARQ channels to permit the mobile station up to four
12  outstanding (i.e., unacknowledged by the base station) encoder packets at any given
13  time.  Figure 2-49 is an example of the timing relationships between the RPDCHCF
14  channels.

15  The physical channels that are terminated in the RPDCHCF are used in the following
16  manner:

17  • The R-PDCH physical channel carries subpackets of the turbo-encoded encoder
18    packets from the mobile station.

19  • The R-PDCCH physical channel carries the transmission format of the mobile
20    station. It is transmitted whenever the mobile station is transmitting a subpacket.
21    The R-PDCCH is time aligned with the R-PDCH transmission. The R-PDCCH
22    conveys the encoder packet size, subpacket ID, boost indicator and mobile status
23    indicator bit.

24  • The R-REQCH physical channel carries the information about the power headroom
25    at the mobile station, amount of data in the mobile station buffer, and the
26    associated service reference identifier (see 2.2.1.3.1.1.5.2 and 2.2.1.3.1.1.5.5).
27    There are three types of events that cause R-REQCH transmissions:

28  – buffer status, i.e., mobile station implementation-dependent reports of buffer
29    size,

30  – watermark crossing, i.e., when the amount of data in the mobile station transmit
31    buffer crosses certain thresholds established by Upper Layer Signaling, and

32  – power headroom, i.e., when the difference between the mobile station maximum
33    transmit power and its current transmit power set point reaches a threshold
34    established by Upper Layer Signaling, or when the mobile station has data in its
35    buffer and has not transmitted any requests for a period of time established by
36    Upper Layer Signaling..

37  • The F-ACKCH physical channel carries acknowledgments of successful
38    transmissions (i.e., ACKs) and negative acknowledgments for unsuccessful
39    transmissions (i.e., NAKs) from the base station to the mobile station following the
40    reception and attempted decoding of the subpackets transmitted on the R-PDCH.

41  • The F-GCH physical channel(s) carry information to the mobile station on the
42    encoder packet size it is to use.

43  • The F-RCCH physical channel carries an indication to the mobile station whether to
44    increase its authorized traffic to pilot ratio on the R-PDCH (i.e., UP), decrease its
45    authorized traffic to pilot ratio (i.e., DOWN) or keep its authorized traffic to pilot
46    ratio unchanged (i.e., HOLD).

47



1
2
3    **Figure 2-49.  Example of Reverse Packet Data Channel Timing**
4

1 **2.2.1.3.1 Mobile Station Procedures**

2 If the mobile station supports the reverse packet data channel, the mobile station shall
3 support a reverse packet data channel control function (RPDCHCF) entity. The
4 RPDCHCF provides the reverse packet data channel operating procedures and performs
5 all functions to follow the timing of reverse packet data channel operations as controlled
6 by transmissions on the R-PDCH, the R-PDCCH, the R-REQCH, the F-ACKCH, the F-
7 GCH and the F-RCCH.

8 **2.2.1.3.1.1        Reverse Packet Data Channel Control Function Procedures**

9 If the reverse packet data channel is assigned to the mobile station (see [5]), the mobile
10 station shall perform the RPDCHCF procedures defined in this section.

11 **2.2.1.3.1.1.1        Initialization Procedures**

12 At the beginning of the 20 ms boundary when the reverse packet data channel is
13 assigned[49] (see [5]), the mobile station shall perform the following:

14 • Set R_ACK_DELAY to 24.

15 • Set NUM_ARQCHS to 4.

16 • Set *last_rreqch_tx_time* to 0.

17 • Set *last_rpdcch_tx_time* to 0.

18 • For *i* equal to 0 through NUM_ARQCHS – 1, set the following:
19    – *queued_grant[i] to NULL;*
20    – *next_spid[i] to NULL;*
21    – *target_tpr*[*i*] to REV_PDCH_INIT_TARGET_TPR$_S$;
22    – *authorized_tpr*[*i*] to REV_PDCH_MAX_AUTO_TPR$_S$;
23    – *current_persistence*[*i*] to REV_PDCH_DEFAULT_PERSISTENCE$_S$;
24    – *selected_tpr*[*i*] to 0;
25    – *selected_boost*[*i*] to FALSE; and
26    – *num_retrans*[*i*] to NULL.

27 • Set *rl_mac_id* to MAC_ID$_S$.

28 • Set *for_gch_walsh_index* to the FOR_GCH_WALSH_INDEX$_S$ corresponding to
29    *current_sector* in the reverse packet data channel active set.

30 • Set *pilot_pn* to the PILOT_PN$_S$ corresponding to *current_sector* in the reverse packet
31    data channel active set.

___

[49] These procedures must be performed whenever Upper Layer Signaling assigns or
reassigns the reverse packet data channel, i.e., even if the reverse packet data channel
was assigned prior to the reception of the Upper Layer Signaling messages that carry
the assignment (e.g., UHDM, GHDM, etc.).  The reverse packet data channel is
considered to be assigned at the action time of the message carrying the reverse packet
data channel assignment.

1   • Set *num_ep_sup* to REV_PDCH_MAX_SIZE_ALLOWED_ENCODER_PACKET$_\text{S}$.

2   • For *i* equal to 0 through 11, set *ep_size*[*i*] and *ep_size_phy*[*i*] according to Table 2-53.

3                     **Table 2-53.  *ep_size* as a Function of Index i**

| *i* | *ep_size*[*i*] | *ep_size_phy*[*i*] |
|---|---|---|
| 0 | 0 | 0 |
| 1 | 174 | 192 |
| 2 | 386 | 408 |
| 3 | 770 | 792 |
| 4 | 1538 | 1560 |
| 5 | 3074 | 3096 |
| 6 | 4610 | 4632 |
| 7 | 6146 | 6168 |
| 8 | 9218 | 9240 |
| 9 | 12290 | 12312 |
| 10 | 15362 | 15384 |
| 11 | 18434 | 18456 |

4

5   The mobile station shall perform the Request channel initialization procedure according
6   to 2.2.1.3.1.1.5.1.

7   **2.2.1.3.1.1.2      Initialize TPR Procedure**

8   When the mobile station performs the Initialize_TPR() procedure, the mobile station
9   shall perform the following:

10   • Set HUGE to 100.

11   • Set *tpr_normal*[0] to –HUGE.

12   • Set *tpr_spich*[0] to NULL.

13   • Set *tpr_rpdcch_normal*[0] to NULL.

14   • Set *tpr_rpdcch_boost*[0] to NULL.

TIA-2000.3-D-1

1   •    For *i* equal to 1 through *num_ep_sup*, the mobile station shall perform the following:

2      –   Set *tpr_normal*[*i*] to RPDCH_TPR_Table[*ep_size_phy*[*i*], 0, 0][50]

3      –   If *i* is less than REV_SPICH_EP_SIZE$_S$, the mobile station shall set *tpr_spich*[*i*] to
4          negative ∞.

5      –   If *i* is greater than or equal to REV_SPICH_EP_SIZE$_S$, set *tpr_spich*[*i*] to the ratio
6          of the mean code channel output power for the R-SPICH to the mean pilot
7          channel output power[51].

8      –   Set *tpr_rpdcch_normal*[*i*] to the ratio of the mean code channel output power for
9          the non-boosted R-PDCCH to the mean pilot channel output power for
10          *ep_size*[*i*][52].

11      –   Set *tpr_rpdcch_boost*[*i*] to the ratio of the mean code channel output power for the
12          boosted R-PDCCH to the mean pilot channel output power for *ep_size*[*i*][53].

13   •    Set *step_up*[0] to *tpr_normal*[1] − *tpr_normal*[0].

14   •    Set *step_down*[0] to 0.

15   •    If FOR_RCCH_ASSIGNED$_S$ is equal to '1' and FOR_RCCH_DRC_MODE$_S$ is equal to
16      '0', the mobile station shall perform the following:

17      –   For *i* equal to 1 through *num_ep_sup*, the mobile station shall set the following:

18          +   *step_up*[*i*] to REV_PDCH_STEP_UP$_S$[*i*];

19          +   *step_down*[*i*] to REV_PDCH_STEP_DOWN$_S$[*i*].

20   •    If FOR_RCCH_ASSIGNED$_S$ is equal to '1' and FOR_RCCH_DRC_MODE$_S$ is equal to
21      '1', the mobile station shall perform the following:

22      –   For *i* equal to 1 through *num_ep_sup*, the mobile station shall set the following:

23          +   *step_up*[*i*] to *tpr_normal*[min(*i*+1, *num_ep_sup*)] − *tpr_normal*[*i*];

24          +   *step_down*[*i*] to *tpr_normal*[i] − *tpr_normal*[*i*−1];

25   •    Set *boost_index*[0] to NULL;

26   •    For *i* equal to 1 through *num_ep_sup*, the mobile station shall perform the following:

27      –   Set *boost_index*[*i*] to NULL.

28      –   Set *k* to *i*.

29      –   While *k* is greater than or equal to 1, the mobile station shall perform the
30         following:

31          +   If the total boosted power for the R-PDCH, the R-PDCCH and the R-
32           SPICH for *ep_size*[*k*][54] is less than or equal to the total non-boosted power

1  for the R-PDCH with REV_PDCH_BOOST_OVERSHOOT$_s$, the R-PDCCH
2  and the R-SPICH for $ep\_size[i]^{55}$ the mobile station shall perform the
3  following:

4      +   Set $boost\_index[i]$ to min($k$, 9).

5      +   Stop processing the remaining values of $k$..

6    +   set $k$ to $k - 1$.

7  ●   If FOR_RCCH_ASSIGNED$_s$ is equal to '0' or FOR_RCCH_DRC_MODE$_s$ is equal to '1',
8      the mobile station shall perform the following:

9    –   For $i$ equal to 0 through NUM_ARQCHS – 1, the mobile station shall perform the
10        following:

11      +   Compute the largest $k$ such that $tpr\_normal[k]$ is less than or equal to
12          $authorized\_tpr[i]$.

13      +   Set $authorized\_tpr[i]$ to tpr_normal[$k$].

14  ●   Set $tpr\_table[1..16]$ to [4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 18, 20, 24, •].

15  ●   For $i$ equal to 1 through $num\_ep\_sup$, the mobile station shall set $tpr\_table[i]$ to 10 ×
16      log10(10^(0.1 × $tpr\_normal[i]$) + 10^(0.1 × $tpr\_spich[i]$) + 10^(0.1 ×
17      $tpr\_rpdcch\_normal[i]$)).

18  **2.2.1.3.1.1.3     Transmission Procedures**

19  At the beginning of every 1.25 ms System Time slot, when the reverse packet data
20  channel is assigned to the mobile station (see [5]), the mobile station shall perform the
21  transmission procedures as follows:

22  ●   If (System Time (in units of 1.25 ms) mod 8) is equal to 0, the mobile station shall
23      perform the following:

24    –   Perform the Initialize_TPR() procedure according to 2.2.1.3.1.1.2.

25    –   Set $saved\_sys\_time$ to the System Time (in units of 1.25 ms).

26    –   Set $acid$ to ($saved\_sys\_time/8$) mod NUM_ARQCHS.

27    –   Set $spid$ to $next\_spid[acid]$.

---

[50] RPDCH_TPR_Table[EP_SIZE, SPID, BOOST] table is specified in [2].

[51] The ratio of the mean code channel output power for the R-SPICH to the mean pilot channel output power is specified in [2] (dB scale).

[52] The ratio of mean code channel output power for the non-boosted R-PDCCH to mean pilot channel output power is specified in [2] (dB scale).

[53] The ratio of mean code channel output power for the boosted R-PDCCH to mean pilot channel output power is specified in [2] (dB scale).

[54] The total boosted power for the R-PDCH, the R-PDCCH and the R-SPICH for $ep\_size[k]$ = 10^(0.1 × RPDCH_TPR_Table[$ep\_size\_phy[k]$, 0, 1]) + 10^(0.1 × $tpr\_spich[k]$) + 10^(0.1 × $tpr\_rpdcch\_boost[k]$).

[55] The total non-boosted power for the R-PDCH with REV_PDCH_BOOST_OVERSHOOT$_s$, the R-PDCCH, and the R-SPICH for $ep\_size[i]$ = 10^(0.1 × ($tpr\_normal[i]$ + REV_PDCH_BOOST_OVERSHOOT$_s$)) + 10^(0.1 × $tpr\_spich[i]$) + 10^(0.1 × $tpr\_rpdcch\_normal[i]$).

TIA-2000.3-D-1

– If *spid* is equal to NULL the mobile station shall perform the following:

+ Set *selected_ep_size* to 0.

+ Set *boost* to FALSE.

+ If PILOT_GATING_USE_RATE is equal to '0' and *authorized_tpr*[*acid*] is greater than or equal to *tpr_normal*[1] and ((*authorized_tpr*[*acid*] is greater than REV_PDCH_MAX_AUTO_TPR$_S$) or (*authorized_tpr*[*acid*] is less than or equal to REV_PDCH_MAX_AUTO_TPR$_S$ and REV_PDCH_MAX_AUTO_ALLOWED$_S$[*i*] is equal to '1' for any sr_id, *i*, for which there is a MuxPDU in the SDU to be transmitted)), the mobile station shall perform the following:

+ Compute the largest *max_index* such that *tpr_normal*[*max_index*] is less than or equal to *authorized_tpr*[*acid*].

+ If REV_PDCH_BOOST_ALLOWED$_S$[*i*] is equal to '1' for any sr_id *i* for which there is a MuxPDU in the SDU to be transmitted and *boost_index*[*max_index*] is not equal to NULL, the mobile station may set *boost* to TRUE; otherwise, the mobile station shall set *boost* to FALSE.

+ If *boost* is equal to TRUE, the mobile station shall perform the following:

  • Select *i*, such that *tpr_normal*[*i*] is less than or equal to *authorized_tpr*[*acid*] and *boost_index*[*i*] is not equal to NULL.

  • Set *selected_ep_size* to *ep_size*[*boost_index*[*i*]].

  • Set *selected_tpr*[*acid*] to *tpr_normal*[*i*].

+ If *boost* is equal to FALSE, the mobile station shall perform the following:

  • Select *i*, such that *tpr_normal*[*i*] is less than or equal to *authorized_tpr*[*acid*].

  • Set *selected_ep_size* to *ep_size*[*i*].

  • Set *selected_tpr*[*acid*] to *tpr_normal*[*i*].

+ If *i* is less than *max_index*, the mobile station shall set *authorized_tpr*[*acid*] to min(*authorized_tpr*[*acid*], max(REV_PDCH_MAX_AUTO_TPR$_S$, *tpr_normal*[*i*])).

+ If *selected_ep_size* is equal to 0, the mobile station shall perform the following:

  • Set *sdu* to NULL; and

  • Set *authorized_tpr*[*acid*] to min(*authorized_tpr*[*acid*], REV_PDCH_MAX_AUTO_TPR$_S$);

+ If *selected_ep_size* is greater than 0, the mobile station shall perform the following:

  • Send a RPDCH-Availability.Indication(*mux_sdu_size*, *sys_time*) primitive to the multiplex sublayer with:

    • *mux_sdu_size* set to *selected_ep_size* - 2; and

    • *sys_time* set to *saved_sys_time*.

- Receive an RPDCH-Data.Request(*mux_sdu*, *sys_time*) primitive from the multiplex sublayer with:
  - *mux_sdu* set to PDCHCF SDU; and
  - *sys_time* set to the value of *sys_time* that was included in the corresponding RPDCH-Availability.Indication primitive.
- Set *sdu* to *mux_sdu*.
+ Set *selected_boost*[*acid*] to *boost*.
+ If *sdu* is not equal to NULL, the mobile station shall perform the following:
  - Perform the Encode(*sdu*, *ep*[*acid*], *saved_sys_time*) procedure according to 2.2.1.3.1.1.10.
  - Set *next_spid*[*acid*] to 0.
  - Set *spid* to 0.
+ If *boost* is equal to TRUE, the mobile station shall set *num_retrans*[*acid*] to REV_NUM_ARQ_ROUNDS_BOOST$_S$; otherwise, the mobile station shall set *num_retrans*[*acid*] to REV_NUM_ARQ_ROUNDS_NORMAL$_S$.

– If PILOT_GATING_USE_RATE is equal to '0' and *spid* is not equal to NULL, the mobile station shall perform the Transmit(*ep*[*acid*], *spid*, *selected_boost*[*acid*], *saved_sys_time*) procedure according to 2.2.1.3.1.1.11.

## 2.2.1.3.1.1.4    Acknowledgement and Rate Adjustments Procedures

At the beginning of every 1.25 ms System Time slot, when the reverse packet data channel is assigned to the mobile station (see [5]), the mobile station shall perform the following:

- If (System Time (in units of 1.25 ms) - R_ACK_DELAY) mod 8 is equal to 0, the mobile station shall perform the following:
  – Set *saved_sys_time* to the System Time (in units of 1.25 ms).
  – Set *acid* to ((*saved_sys_time* – R_ACK_DELAY)/8) mod NUM_ARQCHS.
  – Set *spid* to *next_spid*[*acid*].
  – Perform the Decode_Grant_Channel(*grant_SDU_1*, *grant_SDU_2*, *saved_sys_time*) procedure according to 2.2.1.3.1.1.8.
  – Perform the Decode_RC_Channel(*rc_vec*, *saved_sys_time*) procedure according to 2.2.1.3.1.1.9.
  – Set *mac_id_1* to NULL.
  – Set *mac_id_2* to NULL.
  – If *grant_SDU_1* is not equal to NULL, the mobile station shall perform the following:
    + Set *mac_id_1* to the MAC_ID field from *grant_SDU_1*.
    + If *mac_id_1* is not equal to *rl_mac_id* and *mac_id_1* is not equal to '00000000', the mobile station shall set *grant_SDU_1* to NULL.
  – If *grant_SDU_2* is not equal to NULL, the mobile station shall perform the following:
    + Set *mac_id_2* to the MAC_ID field from *grant_SDU_2*.

1       +   If *mac_id_2* is not equal to *rl_mac_id* and *mac_id_2* is not equal to
2          '00000000', the mobile station shall set *grant_SDU_2* to NULL.

3    –   If *rc_vec* is not equal to NULL and FOR_RCCH_DRC_MODE$_S$ is equal to FALSE,
4      the mobile station shall perform the following

5       +   Perform the RC_Value(*command*, *rc_vec*) procedure according to
6          2.2.1.3.1.1.15.

7       +   Perform the Update_Target_TPR(*acid*, *command*) procedure according to
8          2.2.1.3.1.1.12.

9    –   If *spid* is not equal to NULL, the mobile station shall perform the following:

10       +   If *spid* is less than *num_retrans*[*acid*] - 1, the mobile station shall perform
11          the following:

12          +   Perform the Decode_ACK_Channel(*ack_or_nak*, *saved_sys_time*)
13             procedure according to 2.2.1.3.1.1.7.

14          +   If *ack_or_nak* is equal to ACK, the mobile station shall perform the
15             following:

16             •   Set *next_spid*[*acid*] to NULL.

17             •   The mobile station shall perform the Update_Rate(*acid*,
18                NUM_ARQCHS, *grant_SDU_1*, *grant_SDU_2*, *rc_vec*) procedure
19                according to 2.2.1.3.1.1.13.

20          +   If *ack_or_nak* is equal to NAK, the mobile station shall perform the
21             following:

22             •   If *grant_SDU_1* is not equal to NULL, or *grant_SDU_2* is not equal
23                to NULL, the mobile station shall perform the following:

24                •   If *mac_id_1* is equal to *rl_mac_id* or *mac_id_2* is equal to
25                  *rl_mac_id*, the mobile station shall set *next_spid*[*acid*] to
26                  NULL; otherwise, the mobile station shall set *next_spid*[*acid*]
27                  to *next_spid*[*acid*] + 1.

28                •   Perform the Update_Rate(*acid*, NUM_ARQCHS, *grant_SDU_1*,
29                  *grant_SDU_2*, *rc_vec*) procedure according to 2.2.1.3.1.1.13.

30             •   If *grant_SDU_1* is equal to NULL and *grant_SDU_2* is equal to
31                NULL, the mobile station shall set *next_spid*[*acid*] to
32                *next_spid*[*acid*] + 1.

33       +   If *spid* is equal to *num_retrans*[*acid*] - 1, the mobile station shall perform
34          the following:

35          +   Set *next_spid*[*acid*] to NULL.

36          +   The mobile station shall perform the Update_Rate(*acid*,
37             NUM_ARQCHS, *grant_SDU_1*, *grant_SDU_2*, *rc_vec*) procedure
38             according to 2.2.1.3.1.1.13.

39    –   If *spid* is equal to NULL, the mobile station shall perform the following:

40       +   If *grant_SDU_1* is not equal to NULL, ~~or~~ *grant_SDU_2* is not equal to
41          NULL, *or queued_grant*[*acid*] is not equal to NULL, the mobile station
42          shall perform the Update_Rate(*acid*, NUM_ARQCHS, *grant_SDU_1*,
43          *grant_SDU_2*, *rc_vec*) procedure according to 2.2.1.3.1.1.13.

44    –   Set *rl_mac_id* to MAC_ID$_S$.

45    –   Set *for_gch_walsh_index* to the FOR_GCH_WALSH_INDEX$_S$ corresponding to
46      *current_sector* in the reverse packet data channel active set.

1    –    Set *pilot_pn* to the PILOT_PN$_S$ corresponding to *current_sector* in the reverse
2         packet data channel active set.

3    **2.2.1.3.1.1.5    Request Channel Procedures**

4    If the reverse packet data channel is assigned[56] to the mobile station (see [5]), the mobile
5    station shall perform the reverse request channel procedures in this section.

6    **2.2.1.3.1.1.5.1    Initialization Procedures**

7    The mobile station shall perform the following:

8    ●    Set *last_sr_id* to NULL.

9    ●    Set *last_event* to NULL.

10   ●    Set *last_power_headroom* to 0.

11   ●    Set *last_req_sent* to 0.

12   ●    For *i* equal to 0 through 7, set the following:

13        –    Set *high_crossed*[*i*] to TRUE.

14        –    Set *low_crossed*[*i*] to TRUE.

15        –    Set *last_reported*[*i*] to NULL.

16        –    Set *last_time_reported*[*i*] to 0.

17        –    Set *num_reported_floors*[*i*] to 0.

18        –    Set *last_time_ceiling_reported*[*i*] to 0.

19        –    Set *last_time_floor_reported*[*i*] to 0.

20        –    Set *floor_retrigger*[*i*] to FALSE.

21   ●~~Set *tpr_table*[1..16] to [4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 18, 20, 24, ●].~~

22   ●~~For *i* equal to 1 through *num_ep_sup*, the mobile station shall set *tpr_table*[*i*] to 10 ×~~
23        ~~log10(10^(0.1 × *tpr_normal*[*i*]) + 10^(0.1 × *tpr_spich*[*i*]) + 10^(0.1 ×~~
24        ~~*tpr_rpdcch_normal*[*i*])).~~

25   **2.2.1.3.1.1.5.2    Transmission Procedures**

26   At the beginning of every 1.25 ms System Time slot, if PILOT_GATING_USE_RATE is
27   equal to '0', the mobile station shall perform the transmission procedures as follows:

28   ●    If (System Time (in units of 1.25 ms) mod 8) is equal to 0 and
29        REV_PDCH_REQCH_TRIGGER$_s$ is not equal to NULL, the mobile station shall
30        perform the following:

31        –    Set *saved_sys_time* to the System Time (in units of 1.25 ms).

---

[56] These procedures must be performed whenever Upper Layer Signaling assigns or
reassigns the reverse packet data channel, i.e., even if the reverse packet data channel
was assigned prior to the reception of the Upper Layer Signaling messages that carry
the assignment (e.g., UHDM, GHDM, etc.). The reverse packet data channel is
considered to be assigned at the action time of the message carrying the reverse packet
data channel assignment.

1   –    Set *sr_id* to NULL.

2   –    Set *event* to NULL.

3   –    For i equal to 0 through 6, set buffer_status[i] to the current number of octets in
4            the mobile station buffer that is associated with sr_id equal to *i*.

5   –    Set *buffer_status*[7] to the sum of *buffer_status*[*i*], for *i* equal 0 through 6.

6   –    Set *use_last* to FALSE.

7   –    If *last_sr_id* is not equal to NULL and *saved_sys_time* is less than
8            (*last_time_reported*[*last_sr_id*] +
9            REV_PDCH_REQCH_TRIGGER$_s$[*last_sr_id*].MIN_DURATION), the mobile station
10           may perform the following:

11        +    Set *sr_id* to *last_sr_id*.

12        +    Set *buffer_size* to *buffer_status*[*last_sr_id*].

13        +    If *last_event* is equal to '0000' or *last_event* is equal to '0001', the mobile
14              station shall set *event* to *last_event*; otherwise, the mobile station shall
15              perform the Encode_Buffer_Status(*buffer_size*, *event*, *sr_id*) procedure
16              according to 2.2.1.3.1.1.5.4.

17        +    Set *use_last* to TRUE.

18   –    If *sr_id* is equal to NULL, the mobile station shall perform the following:

19        +    For *i* equal to 0 through 6, enumerated in any order[57] determined by the
20              mobile station, then 7, the mobile station shall perform the following:

21            +    If REV_PDCH_REQCH_TRIGGER$_s$[*i*] is equal to NULL or
22                 REV_PDCH_REQCH_TRIGGER$_s$[*i*].USE_WATERMARKS is ~~FALSE~~not
23                 equal to '1', the mobile station shall process the next value of *i*;
24                 otherwise the mobile station shall perform the following:

25               •    If (*buffer_status*[*i*] is equal to or greater than
26                  REV_PDCH_REQCH_TRIGGER$_s$[*i*].CEILING) and (*saved_sys_time*
27                  is equal to or greater than (*last_time_ceiling_reported*[*i*] +
28                  REV_PDCH_REQCH_TRIGGER$_s$[*i*].MIN_DURATION), the mobile
29                  station may perform the following:

30                  •    Set *sr_id* to *i*.

31                  •    Set *buffer_size* to *buffer_status*[*i*].

32                  •    Perform the Encode_Buffer_Status(*buffer_size*, *event*, *sr_id*)
33                    procedure according to 2.2.1.3.1.1.5.4.

34                  •    Set *last_reported*[*i*] to *buffer_status*[*i*].

35                  •    Set *last_time_ceiling_reported*[*i*] to *saved_sys_time*.

36                  •    Set *high_crossed*[*i*] to TRUE.

37                  •    Set *low_crossed*[*i*] to FALSE.

38                  •    Stop processing the remaining values of *i*.

39                  •    If (~~floor_retrigger~~*last_reported*[*i*] is not equal to ~~FALSE~~NULL) and
40                    (*buffer_status*[*i*] is equal to or less than

---

[57] The mobile station can choose the order of enumeration to prioritize among all eligible
watermark triggers from all SR_IDs.  This choice can be influenced by factors that are
outside the scope of this standard.

1  REV_PDCH_REQCH_TRIGGER$_S$[$i$].FLOOR) and ($saved\_sys\_time$ is
2  equal to or greater than ($last\_time\_floor\_reported$[$i$] +
3  REV_PDCH_REQCH_TRIGGER$_S$[$i$].MIN_DURATION), the mobile
4  station shall perform the following:

5  • If $floor\_retrigger$[$i$] is equal to FALSE and $last\_reported$[$i$] is less
6    than or equal to REV_PDCH_REQCH_TRIGGER[$i$].FLOOR, the
7    mobile station shall set $num\_reported\_floors$[$i$] to
8    $num\_reported\_floors$[$i$] + 1; otherwise, the mobile station shall
9    set $num\_reported\_floors$[$i$] to 0 and shall set $floor\_retrigger$[$i$] to
10   FALSE.

11  • If $num\_reported\_floors$[$i$] is less than 2, the mobile station
12    shall perform the following:

13    • Set $sr\_id$ to $i$.
14    • Set $buffer\_size$ to $buffer\_status$[$i$,
15    • Perform the Encode_Buffer_Status($buffer\_size$, $event$,
16      $sr\_id$) procedure according to 2.2.1.3.1.1.5.4.
17    • Set $last\_reported$[$i$] to $buffer\_status$[$i$].
18    • Set $last\_time\_floor\_reported$[$i$] to $saved\_sys\_time$.
19    • Set $high\_crossed$[$i$] to FALSE.
20    • Set $low\_crossed$[$i$] to TRUE.
21    • Stop processing the remaining values of $i$.

22  • If ($buffer\_status$[$i$] is equal to or greater than
23    REV_PDCH_REQCH_TRIGGER$_S$[$i$].HIGH_WATERMARK) and
24    ($last\_reported$[$i$] is equal to NULL or ($last\_reported$[$i$] is not equal to
25    NULL and $last\_reported$[$i$] is less than
26    REV_PDCH_REQCH_TRIGGER$_S$[$i$].HIGH_WATERMARK)) and
27    $low\_crossed$[$i$] is equal to TRUE, the mobile station may perform
28    the following:

29    • Set $sr\_id$ to $i$.
30    • Set $event$ to '0001'.
31    • Set $high\_crossed$[$i$] to TRUE.
32    • Set $low\_crossed$[$i$] to FALSE.
33    • Set $last\_reported$[$i$] to $buffer\_status$[$i$].
34    • Stop processing the remaining values of $i$.

35  • If ($buffer\_status$[$i$] is equal to or less than
36    REV_PDCH_REQCH_TRIGGER$_S$[$i$].LOW_WATERMARK) and
37    ($last\_reported$[$i$] is not equal to NULL and $last\_reported$[$i$] is greater
38    than REV_PDCH_REQCH_TRIGGER$_S$[$i$].LOW_WATERMARK) and
39    $high\_crossed$[$i$] is equal to TRUE, the mobile station shall perform
40    the following:

41    • Set $sr\_id$ to $i$.
42    • Set $event$ to '0000'.
43    • Set $high\_crossed$[$i$] to FALSE.
44    • Set $low\_crossed$[$i$] to TRUE.
45    • Set $last\_reported$[$i$] to $buffer\_status$[$i$].

TIA-2000.3-D-1

- Stop processing the remaining values of *i*.

– If *sr_id* is equal to NULL, the mobile station shall perform the following:

  + For *i* equal to 0 through 7, enumerated in any order determined by the mobile station, the mobile station shall perform the following:

    + If REV_PDCH_REQCH_TRIGGER$_s$[*i*] is equal to NULL or REV_PDCH_REQCH_TRIGGER$_s$[*i*].USE_BUFFER_REPORTS is not equal to ~~TRUE~~'1', the mobile station shall process the next value of *i*; otherwise the mobile station shall perform the following:

      - If *saved_sys_time* is equal to or greater than (*last_time_reported*[*i*] + REV_PDCH_REQCH_TRIGGER$_s$[*i*].MIN_DURATION), the mobile station may perform the following:

        - Set *sr_id* to *i*.
        - Set *buffer_size* to *buffer_status*[*i*].
        - Perform the Encode_Buffer_Status(*buffer_size*, *event*, *sr_id*) procedure according to 2.2.1.3.1.1.5.4.
        - If *buffer_status*[*i*] is greater than or equal to REV_PDCH_REQCH_TRIGGER$_s$[*i*].FLOOR, the mobile station shall set *floor_retrigger*[*sr_id*] to TRUE.
        - Stop processing the remaining values of *i*.

– The mobile station shall set *current_power_headroom* to the current maximum traffic to pilot ratio (TPR) for the reverse packet data channel (i.e., the total TPR available for the R-PDCH, the R-PDCCH, and the R-SPICH).

– If *sr_id* is equal to NULL, the mobile station shall perform the following:

  + For *i* equal to 0 through 7, enumerated in any order determined by the mobile station, the mobile station shall perform the following:

    + If REV_PDCH_REQCH_TRIGGER[*i*] is equal to NULL or REV_PDCH_REQCH_TRIGGER$_s$[*i*].USE_POWER_REPORTS is not equal to ~~TRUE~~'1', the mobile station shall process the next value of *i*; otherwise the mobile station shall perform the following:

      - If all of the following are true:

        - (*current_power_headroom* - *last_power_headroom*) is greater than REV_PDCH_POWER_HEADROOM_INCREASE$_s$ or (*current_power_headroom* - *last_power_headroom*) is less than -REV_PDCH_POWER_HEADROOM_DECREASE$_s$;
        - *saved_sys_time* is greater than or equal to REV_PDCH_HEADROOM_DURATION$_s$ + *last_req_sent*; and
        - *buffer_status*[*i*] is greater than 0,
        the mobile station may perform the following:

          - Set *sr_id* to *i*.
          - Set *buffer_size* to *buffer_status*[*i*].
          - Perform the Encode_Buffer_Status(*buffer_size*, *event*, *sr_id*) procedure according to 2.2.1.3.1.1.5.4.

Case 2:08-cr-00814-DGC   Document 816-2   Filed 05/09/12   Page 212 of 261

TIA-2000.3-D-1

- • If *buffer_status*[*i*] is greater than or equal to REV_PDCH_REQCH_TRIGGER$_S$ [*i*].FLOOR, the mobile station shall set *floor_retrigger*[*sr_id*] to TRUE.
  - • Stop processing the remaining values of *i*.
- − If *sr_id* is equal to NULL, the mobile station shall perform the following:
  - + If REV_~~PDCH~~REQCH_MAX_POWER_UPDATE_DURATION$_S$ is not equal to NULL, (*saved_sys_time* - *last_req_sent*) is greater than or equal to REV_~~PDCH~~REQCH_MAX_POWER_UPDATE_DURATION$_S$, and *buffer_status*[7] is greater than 0, the mobile station may perform the following:
    - + Set *sr_id* to 7.
    - + Set *buffer_size* to *buffer_status*[~~7~~*sr_id*].
    - + Perform the Encode_Buffer_Status(*buffer_size*, *event*, *sr_id*) procedure according to 2.2.1.3.1.1.5.4.
    - + If *buffer_status*[*sr_id*] is greater than or equal to REV_PDCH_REQCH_TRIGGER$_S$[*sr_id*].FLOOR, the mobile station shall set *floor_retrigger*[*sr_id*] to TRUE.
- − If *sr_id* is not equal to NULL, the mobile station shall perform the following:
  - + Perform the Encode_TPR(*current_power_headroom*) procedure according to 2.2.1.3.1.1.5.3.
  - + Form a reverse request channel SDU containing the MAXIMUM_TPR field set to *tpr*, the SR_ID field set to *sr_id*, and the EVENT field set to *event*, according to 2.2.1.3.1.1.5.5.
  - + Send PHY-RREQCH.Request(*sdu*, *saved_sys_time*) primitive to the physical layer with:
    - + *sdu* set to the information bits of the SDU that are to be included in the Request Message; and
    - + *saved_sys_time* set to the System Time *sdu* is to be transmitted.
  - + Set *last_ time_reported*[*sr_id*] to *saved_sys_time*.
  - + Set *last_req_sent* to *saved_sys_time*.
  - + Set *last_power_headroom* to *current_power_headroom*.
  - + Set *last_rreqch_tx_time* to *saved_sys_time* + 7.
  - + If *use_last* is equal to TRUE or REV_~~PDCH~~REQCH_QUICK_REPEAT_ALLOWED$_S$ is equal to'0', the mobile station shall perform the following:
    - + Set *last_sr_id* to NULL.
    - + Set *last_event* to NULL.
  - + Otherwise, the mobile station shall perform the following:
    - + Set *last_sr_id* to *sr_id*.
    - + Set *last_event* to *event*.

### 2.2.1.3.1.1.5.3   The Encode_TPR Procedure

When the mobile station performs the Encode_TPR(*current_power_headroom*) procedure, the mobile station shall perform the following:

1 • Select the smallest value for *k* such that that 0 • *k* • 15 and
2 *current_power_headroom* is less than *tpr_table*[*k* + 1].

3 • Set *tpr* to the 4-bit binary encoding of *k*.

**2.2.1.3.1.1.5.4    The Encode_Buffer_Status Procedure**

When the mobile station performs the Encode_Buffer_Status(*buffer_size*, *event*, *sr_id*)
procedure, the mobile station shall perform the following:

7 • Set *event* to NULL.

8 • For *i* equal to 1 through 13, if *buffer_size* is less than
9 REV_PDCH_BUFFER_SIZE$_S$[*sr_id*][*i*], set *event* to the 4-bit binary encoding of (*i* + 1).

10 • If *event* is equal to NULL, the mobile station shall set *event* to '1111'.

**2.2.1.3.1.1.5.5    Encoding Reverse Request Messages**

When the mobile station encodes the SDU to be transmitted on the reverse request
channel, the mobile station shall use the following message format:

**Table 2-54.  Format of the Reverse Request Message**

| Field | Length (bits) |
|---|---|
| RESERVED | 1 |
| MAXIMUM_TPR | 4 |
| SR_ID | 3 |
| EVENT | 4 |

| | | |
|---|---|---|
| RESERVED | - | Reserved bit. |
| | | The mobile station shall set this bit to '0'. |
| MAXIMUM_TPR | - | Maximum traffic to pilot ratio for the reverse packet data channel. |
| | | The mobile station shall set this field to indicate the maximum supportable traffic to pilot ratio as specified in section 2.2.1.3.1.1.5.3. |
| SR_ID | - | Service reference identifier. |
| | | The mobile station shall set this field to the service reference identifier corresponding to to the service instance that generated the event that caused this request message to be sent, or to '111' if the event that caused this request message to be sent is associated with a combination of all service instances. |
| EVENT | - | Event code. |
| | | The mobile station shall set this field to the event code according to the procedures specified in 2.2.1.3.1.1.5.2. |

1  **2.2.1.3.1.1.6        Encoding Reverse Packet Data Control Channel Messages**

2  When the mobile station encodes the SDU to be transmitted on the reverse packet data
3  control channel, the RPDCHCF shall use the following message format:

4        **Table 2-55.  Format of the Reverse Packet Data Control Channel Message**

| Field | Length (bits) |
|---|---|
| SIZE_SPID_BOOST_IND | 6 |

5
6  SIZE_SPID_BOOST_IND– Size, Subpacket Identifier, and Boost Indicator.

7                              The ~~base~~ mobile station shall set this field to indicate the
8                              selected SDU size, subpacket identifier, and boost indicator
9                              according to Table 2-56.

2-185

TIA-2000.3-D-1

1

**Table 2-56.  SIZE_SPID_BOOST_IND Values**

| SIZE_SPID_BOOST_IND | SDU Length (Bits) | Subpacket Identifier (SPID) | Boost Indicator |
|---|---|---|---|
| '000000' | 174 | '00' | FALSE |
| '000001' | 386 | '00' | FALSE |
| '000010' | 770 | '00' | FALSE |
| '000011' | 1538 | '00' | FALSE |
| '000100' | 3074 | '00' | FALSE |
| '000101' | 4610 | '00' | FALSE |
| '000110' | 6146 | '00' | FALSE |
| '000111' | 9218 | '00' | FALSE |
| '001000' | 12290 | '00' | FALSE |
| '001001' | 15362 | '00' | FALSE |
| '001010' | 18434 | '00' | FALSE |
| '001011' | 174 | '01' | FALSE |
| '001100' | 386 | '01' | FALSE |
| '001101' | 770 | '01' | FALSE |
| '001110' | 1538 | '01' | FALSE |
| '001111' | 3074 | '01' | FALSE |
| '010000' | 4610 | '01' | FALSE |
| '010001' | 6146 | '01' | FALSE |
| '010010' | 9218 | '01' | FALSE |
| '010011' | 12290 | '01' | FALSE |
| '010100' | 15362 | '01' | FALSE |
| '010101' | 18434 | '01' | FALSE |
| '010110' | 174 | '10' | FALSE |
| '010111' | 386 | '10' | FALSE |
| '011000' | 770 | '10' | FALSE |
| '011001' | 1538 | '10' | FALSE |
| '011010' | 3074 | '10' | FALSE |
| '011011' | 4610 | '10' | FALSE |
| '011100' | 6146 | '10' | FALSE |
| '011101' | 9218 | '10' | FALSE |
| '011110' | 12290 | '10' | FALSE |
| '011111' | 15362 | '10' | FALSE |
| '100000' | 18434 | '10' | FALSE |
| '100001' | 174 | '00' | TRUE |
| '100010' | 386 | '00' | TRUE |
| '100011' | 770 | '00' | TRUE |
| '100100' | 1538 | '00' | TRUE |
| '100101' | 3074 | '00' | TRUE |
| '100110' | 4610 | '00' | TRUE |
| '100111' | 6146 | '00' | TRUE |
| '101000' | 9218 | '00' | TRUE |
| '101001' | 12290 | '00' | TRUE |
| '101010' | 174 | '01' | TRUE |
| '101011' | 386 | '01' | TRUE |
| '101100' | 770 | '01' | TRUE |
| '101101' | 1538 | '01' | TRUE |
| '101110' | 3074 | '01' | TRUE |
| '101111' | 4610 | '01' | TRUE |

| SIZE_SPID_ BOOST_IND | SDU Length (Bits) | Subpacket Identifier (SPID) | Boost Indicator |
|---|---|---|---|
| '110000' | 6146 | '01' | TRUE |
| '110001' | 9218 | '01' | TRUE |
| '110010' | 12290 | '01' | TRUE |
| '110011' | 174 | '10' | TRUE |
| '110100' | 386 | '10' | TRUE |
| '110101' | 770 | '10' | TRUE |
| '110110' | 1538 | '10' | TRUE |
| '110111' | 3074 | '10' | TRUE |
| '111000' | 4610 | '10' | TRUE |
| '111001' | 6146 | '10' | TRUE |
| '111010' | 9218 | '10' | TRUE |
| '111011' | 12290 | '10' | TRUE |
| '111100' | Reserved | Reserved | Reserved |
| '111101' | Reserved | Reserved | Reserved |
| '111110' | Reserved | Reserved | Reserved |
| '111111' | Reserved | Reserved | Reserved |

### 2.2.1.3.1.1.7    The Decode_ACK_Channel Procedure

When the mobile station performs the Decode_ACK_Channel(*ack_or_nak*, *saved_sys_time*) procedure, the mobile station shall perform the following:

- If FOR_ACKCH_INCL$_S$ is equal to '0', set *ack_or_nak* to NAK; otherwise, the mobile station shall perform the following:

    - Send a PHY-DecodeFACKCH.Request(*sys_time*) primitive to the physical layer with:

        + *sys_time* set to *saved_sys_time* - 8.

    - Receive a PHY-DecodeFACKCH.Indication(*ack_or_nak*, *sys_time*) primitive from the physical layer with:

        + *ack_or_nak* set to NAK to indicate that a NAK was received on F-ACKCH or set to ACK to indicate that an ACK was received on the F-ACKCH; and

        + *sys_time* set to *saved_sys_time* - 8.

### 2.2.1.3.1.1.8    The Decode_Grant_Channel Procedure

When the mobile station performs the Decode_Grant_Channel(*grant_SDU_1*, *grant_SDU_2*, *saved_sys_time*) procedure, the mobile station shall perform the following:

- If sizeof(*for_gch_walsh_index*) is equal to 0, set *grant_SDU_1* to NULL; otherwise, the mobile station shall perform the following:

    - Send a PHY-DecodeFGCH.Request(*PILOT_PN*, *walsh_index*, *sys_time*) primitive to the physical layer with:

        + *PILOT_PN* set to *pilot_pn*;

        + *walsh_index* set to *for_gch_walsh_index*[0]; and

        + *sys_time* set to *saved_sys time* - 8.

    - Receive a PHY-DecodeFGCH.Indication(*walsh_index*, *sdu*, *sys_time*) primitive from the physical layer with:

1         +   *walsh_index* set to *for_gch_walsh_index*[0];

2         +   *sdu* set to the information bits of the F-GCH sdu; and

3         +   *sys_time* set to *saved_sys time* – 8.

4     –   Set *grant_SDU_1* to *sdu* received in the PHY-
5        DecodeFGCH.Indication(*walsh_index*, *sdu*, *sys_time*) primitive.

6   •   If sizeof(*for_gch_walsh_index*) is less than or equal to 1, set *grant_SDU_2* to NULL;
7      otherwise, the mobile station shall perform the following:

8     –   Send a PHY-DecodeFGCH.Request(*PILOT_PN*, *walsh_index*, *sys_time*) primitive to
9        the physical layer with:

10         +   *PILOT_PN* set to *pilot_pn*;

11         +   *walsh_index* set to *for_gch_walsh_index*[1]; and

12         +   *sys_time* set to *saved_sys time* - 8.

13     –   Receive a PHY-DecodeFGCH.Indication(*walsh_index*, *sdu*, *sys_time*) primitive
14        from the physical layer with:

15         +   *walsh_index* set to *for_gch_walsh_index*[1];

16         +   *sdu* set to the information bits of the F-GCH encoder packet; and

17         +   *sys_time* set to *saved_sys time* - 8.

18     –   Set *grant_SDU_2* to *sdu* received in the PHY-
19        DecodeFGCH.Indication(*walsh_index*, *sdu*, *sys_time*) primitive.

20   **2.2.1.3.1.1.9     The Decode_RC_Channel Procedure**

21 When the mobile station performs the Decode_RC_Channel(*rc_vec*, *saved_sys_time*)
22 procedure, the mobile station shall perform the following:

23   •   If FOR_RCCH_ASSIGNED$_s$ is equal to '0', set *rc_vec* to NULL; otherwise, the mobile
24      station shall perform the following:

25     –   Send a PHY-DecodeFRCCH.Request(*sys_time*) primitive to the physical layer with:

26         +   *sys_time* set to *saved_sys_time* - 8.

27     –   Receive a PHY-DecodeFRCCH.Indication(*rc_vec*, *sys_time*) primitive from the
28        physical layer with:

29         +   *rc_vec* is set to an array of rate control commands corresponding to each
30            pilot in the R-PDCH active set; each entry in the vector is set to UP to
31            indicate that the Physical Layer has received an UP command on the F-
32            RCCH or is set to DOWN to indicate that the Physical Layer has received
33            a DOWN command on the F-RCCH or is set to HOLD to indicate that the
34            Physical Layer has received a HOLD command on the F-RCCH; and

35         +   *sys_time* set to *saved_sys_time* - 8.

36   **2.2.1.3.1.1.10     The Encode Procedure**

37 When the mobile station performs the Encode(*sdu*, *ep*, *saved_sys_time*) procedure, the
38 mobile station shall perform the following:

39   •   Assemble *transmit_sdu* by setting *transmit_sdu*[0..1] = '00' and
40      *transmit_sdu*[2..sizeof(*sdu*) + 1] to the information bits in *sdu*.

1  • Send a PHY-EncodeRPDCH.Request(*sdu*, *num_bits*, *sys_time*) primitive to the
2    physical layer with:

3    – *sdu* set to *transmit_sdu*;

4    – *num_bits* set to the number of bits in *sdu*; and

5    – *sys_time* set to *saved_sys_time*.

6  • Receive a PHY-EncodeRPDCH.Indication(*returned_ep*, *sys_time*) primitive from the
7    physical layer with:

8    – *returned_ep* set to returned encoder packet; and

9    – *sys_time* set to *saved_sys_time*.

10 • Set *ep* to *returned_ep*.

11 **2.2.1.3.1.1.11    The Transmit Procedure**

12 When the mobile station performs the Transmit(*ep*, *spid*, *selected_boost*[*acid*],
13 *saved_sys_time*) procedure, the mobile station shall perform the following:

14 • Send a PHY-RPDCH.Request(*ep*, *spid*, *boost*, *sys_time*) primitive to the physical layer
15   with:

16   – *ep* set to the encoder packet returned in the PHY-EncodeRPDCH.Indication
17     primitive;

18   – *spid* set to the subpacket identifier of the subpacket of the encoder packet;

19   – *boost* set to the *selected_boost*[*acid*]; and

20   – *sys_time* set to *saved_sys_time*.

21 • If the number of information bits contained in *ep* is greater than or equal to
22   REV_SPICH_EP_SIZE$_S$, the mobile station shall send a PHY-
23   RSPICH.Request(*sys_time*) primitive to the physical layer with:

24   – *sys_time* set to *saved_sys_time*.

25 • Assemble an R-PDCCH SDU using sizeof(*ep*), *spid* and *boost* according to
26   2.2.1.3.1.1.6.

27 • If REV_PDCH_MSIB_SUPPORTED$_S$ is equal to '1', the mobile station shall perform
28   the following:

29   – Set *msib_temp* to '0'.

30   – If the mobile station has sufficient data and power headroom to transmit at the
31     rate corresponding to a traffic to pilot ratio greater than the current
32     *authorized_tpr*[*acid*], the mobile station may set *msib_temp* to '1'.

33 • If REV_PDCH_MSIB_SUPPORTED$_S$ is equal to '0', the mobile station shall set
34   *msib_temp* to '1'.

35 • Set *last_rpdcch_tx_time* to *saved_sys_time* + 7.

36 • Send a PHY-RPDCCH.Request(*ep_size*, *sdu*, *msib*, *boost*, *sys_time*) primitive to the
37   physical layer with:

38   – *ep_size* set to the size (in bits) of the encoder packet to be sent;

39   – *sdu* set to R-PDCCH SDU;

TIA-2000.3-D-1

1      –   *msib* set to *msib_temp*;

2      –   *boost* set to boost; and

3      –   *sys_time* set to *saved_sys_time*.

## 2.2.1.3.1.1.12     The Update_Target_TPR Procedure

5  When the mobile station performs the Update_Target_TPR(*acid*, *command*) procedure,
6  the mobile station shall perform the following:

7  •   Select the largest *max_index* such that *tpr_normal*[*max_index*] is less than or equal
8      to *target_tpr*[*acid*].

9  •   If *command* is equal to UP, the mobile station shall perform the following:

10     –   Set *target_tpr*[*acid*] to *target_tpr*[*acid*] + *step_up*[*max_index*].

11     –   Set *target_tpr*[*acid*] to min(*target_tpr*[*acid*], REV_PDCH_MAX_TARGET_TPR$_s$).

12 •   If *command* is equal to DOWN, the mobile station shall set *target_tpr*[*acid*] to
13     *target_tpr*[*acid*] - *step_down*[*max_index*].

## 2.2.1.3.1.1.13     The Update_Rate Procedure

15 When the mobile station performs the Update_Rate(*acid*, NUM_ARQCHS, *grant_SDU_1*,
16 *grant_SDU_2*, *rc_vec*) procedure, the mobile station shall perform the following:

17 •   Set *Grant_for_This_MS* to FALSE.

18 •   If *grant_SDU_1* is not equal to NULL, the mobile station shall set *mac_id_1* to the
19     MAC_ID field from *grant_SDU_1*. Otherwise, the mobile station shall set *mac_id_1* to
20     NULL.

21 •   If *grant_SDU_2* is not equal to NULL, the mobile station shall set *mac_id_2* to the
22     MAC_ID field from g*rant_SDU_2*. Otherwise, the mobile station shall set *mac_id_2* to
23     NULL.

24 •   If *mac_id_1* is equal to *rl_mac_id*, the mobile station shall set *grant_SDU* to
25     *grant_SDU_1* and *mac_id* to *mac_id_1*. Otherwise, the mobile station shall perform
26     the following:

27     –   If *mac_id_2* is equal to *rl_mac_id*, the mobile station shall set *grant_SDU* to
28         *grant_SDU_2* and *mac_id* to *mac_id_2*.  Otherwise, the mobile station shall
29         perform the following:

30         +   If *mac_id_1* is equal to '00000000', the mobile station shall set *grant_SDU*
31             to *grant_SDU_1* and *mac_id* to *mac_id_1*.  Otherwise, the mobile station
32             shall perform the following:

33             +   If *mac_id_2* is equal to '00000000', the mobile station shall set
34                 *grant_SDU* to *grant_SDU_2* and *mac_id* to *mac_id_2*.  Otherwise, the
35                 mobile station shall perform the following:

36                 •   If *queued_grant*[*acid*] is not equal to NULL, the mobile station
37                     shall set *grant_SDU* to *queued_grant*[*acid*], set the ALL_ACID_IND
38                     field in *grant_SDU* to '0', and set *mac_id* to MAC_ID$_s$.  Otherwise,
39                     the mobile station shall set *grant_SDU* to NULL.

40 •   Set *queued_grant*[*acid*] to NULL;

41 •   Set *saved_authorized_tpr* to *authorized_tpr*[*acid*].

1 • If *grant_SDU* is not equal to NULL, the mobile station shall perform the following:

2 – Set *all_acid_ind* to the ALL_ACID_IND field from *grant_SDU*.

3 – If *mac_id* is equal to *rl_mac_id* the mobile station shall perform the following:

4 + Set *max_mac_sdu_size* to the MAX_MAC_SDU_SIZE field from
5 *grant_SDU*.

6 + Set *current_persistence*[*acid*] to the PERSISTENCE field from *grant_SDU*.

7 + The mobile station shall set *authorized_tpr*[*acid*] to *tpr_normal*[*j*] where *j* is
8 the index in *tpr_normal* corresponding to *max_mac_sdu_size*.

9 + If *all_acid_ind* is equal to '1', the mobile station shall set
10 *queued_grant*[(*acid* + *m*) mod NUM_ARQCHS] to *grant_SDU*, for *m* equal
11 to 1 through NUM_ARQCHS – 1.

12 + Set *Grant_for_This_MS* to TRUE.

13 – If *mac_id* is equal to '00000000', the mobile station shall perform the following:

14 + If *all_acid_ind* is equal to '1', the mobile station shall set *authorized_tpr*[*i*]
15 to REV_PDCH_MAX_AUTO_TPR$_S$, for *i* equal 0 through NUM_ARQCHS –
16 1. Otherwise, the mobile station shall set *authorized_tpr*[*acid*] to
17 REV_PDCH_MAX_AUTO_TPR$_S$.

18 + Set *Grant_for_This_MS* to TRUE.

19 • If *rc_vec*[*i*] is equal to DOWN for any *i* not equal to *k*, where *k* is equal to the index in
20 the reverse packet data channel active set corresponding to PILOT_PN$_S$ equal to
21 *current_sector*, and *i* is greater than or equal to 0 and where *i* is less than
22 sizeof(*rc_vec*), the mobile station shall set *have_down* to TRUE; otherwise, the
23 mobile station shall set *have_down* to FALSE.

24 • If *Grant_for_This_MS* is equal to FALSE or (REV_PDCH_GRANT_PRECEDENCE$_S$ is
25 equal to FALSE and *have_down* is equal to TRUE), the mobile station shall perform
26 the following:

27 – If *current_persistence*[*acid*] is equal to FALSE and *Grant_for_This_MS* is equal to
28 FALSE, the mobile station shall perform the following:

29 + Set *authorized_tpr*[*acid*] to min(*authorized_tpr*[*acid*],
30 REV_PDCH_MAX_AUTO_TPR$_S$].

31 + Set *current_persistence*[*acid*] to REV_PDCH_RESET_PERSISTENCE$_S$.

32 – Otherwise, the mobile station shall perform the following:

33 + Compute the largest *max_index* such that *tpr_normal*[*max_index*] is less
34 than or equal to *authorized_tpr*[*acid*].

35 + If *rc_vec* is not equal to NULL and either~~all~~ of the following conditions ~~are~~
36 is true:

37 + ~~current_persistence[acid] is equal to TRUE or Grant_for_This_MS is~~
38 ~~equal to TRUE,~~*Grant_for_This_MS* is equal to TRUE, or

39 + (*authorized_tpr*[*acid*] is less than REV_PDCH_MAX_AUTO_TPR$_S$ and
40 *selected_tpr*[*acid*] is equal to *tpr_normal*[*max_index*]) or
41 *selected_tpr*[*acid*] is greater than or equal to
42 REV_PDCH_MAX_AUTO_TPR$_S$~~and~~

43 ~~+rc_vec is not equal to NULL.~~

the mobile station shall perform the following:

+ Perform the RC_Value(*command*, *rc_vec*) procedure according to 2.2.1.3.1.1.15.

+ Perform the Update_Authorized_TPR(*new_authorized_tpr*, *saved_authorized_tpr*, *acid*, *command*) procedure according to 2.2.1.3.1.1.14.

+ If *Grant_For_This_MS* is equal to TRUE, the mobile station shall set *authorized_tpr*[*acid*] to min(*new_authorized_tpr*, *authorized_tpr*[*acid*]); otherwise, the mobile station shall set *authorized_tpr*[*acid*] to *new_authorized_tpr*.

### 2.2.1.3.1.1.14    Update_Authorized_TPR Procedure

When the mobile station performs the Update_Authorized_TPR(*new_authorized_tpr* , *tpr*, *acid*, *command*) procedure, the mobile station shall perform the following:

- Set *new_authorized_tpr* to *tpr*.

- Select the largest *max_index* such that *tpr_normal*[*max_index*] is less than or equal to *tpr*.

- If *tpr* is less than *target_tpr*[*acid*] - REV_PDCH_QUICK_START_THRESH$_S$, the mobile station shall set *quick_ramp_up* to TRUE; otherwise, the mobile station shall set *quick_ramp_up* to FALSE.[58]

- If *command* is equal to UP and *quick_ramp_up* is equal to FALSE, the mobile station shall set *new_authorized_tpr* to *tpr* + *step_up*[*max_index*].

- If *command* is equal to UP and *quick_ramp_up* is equal to TRUE, the mobile station shall set *authorized_tpr* to *tpr_normal*[min(*max_index* + 1,*num_ep_sup*)].

- If *command* is equal to DOWN and *quick_ramp_up* is equal to FALSE, the mobile station shall set *new_authorized_tpr* to max(*tpr* - *step_down*[*max_index*], min(*tpr*, REV_PDCH_MAX_AUTO_TPR$_S$)).

### 2.2.1.3.1.1.15    The RC_Value Procedure

When the mobile station performs the RC_Value(*command*, *rc_vec*) procedure, the mobile station shall perform the following:

- If FOR_RCCH_DRC_MODE$_S$ is equal to 1, the mobile station shall perform the following:

  - If *rc_vec*[*i*] is equal to DOWN for any *i* greater than or equal to 0 and *i* less than sizeof(*rc_vec*), the mobile station shall set *command* to DOWN; otherwise, the mobile station shall perform the following:

    + If *rc_vec*[*j*], where *j* is equal to the index in the reverse packet data channel active set corresponding to PILOT_PN$_S$ equal to *pilot_pn*, is equal to HOLD, the mobile station shall set *command* to HOLD; otherwise the mobile station shall set *command* to UP.

---

[58] When FOR_RCCH_DRC_MODEs is equal to 0, the base station can set REV_PDCH_QUICK_START_THRESHs appropriately to ensure that *quick_ramp_up* will be set to FALSE.

1 • If FOR_RCCH_DRC_MODE$_s$ is equal to 0, the mobile station shall perform the
2   following:

3   – If $rc\_vec[i]$ is equal to DOWN for any $i$ greater than or equal to 0 and less than
4      sizeof ($rc\_vec$), the mobile station shall set $command$ to DOWN; otherwise, the
5      mobile station shall perform the following:

6      + If $rc\_vec[j]$ is equal to HOLD for any $j$ greater than or equal to 0 and less
7         than sizeof($rc\_vec$), the mobile station shall set $command$ to HOLD;
8         otherwise, the mobile station shall set $command$ to UP.

9   **2.2.1.3.2 Base Station Procedures**

10  If the base station supports the reverse packet data channel, the base station shall
11  support a reverse packet data channel control function (RPDCHCF) entity. The
12  RPDCHCF provides the reverse packet data channel operating procedures and performs
13  all functions to follow the timing of reverse packet data channel operations as controlled
14  by transmissions on the R-PDCH, the R-PDCCH, the R-REQCH, the F-ACKCH, the F-
15  GCH and the F-RCCH.

16  **2.2.1.3.2.1      Reverse Packet Data Channel Control Function Procedures**

17  **2.2.1.3.2.1.1      Sending the PHY-FACKCH.Request Primitive**

18  The base station RPDCHCF sends a PHY-FACKCH.Request primitive to the base station
19  physical layer to indicate that the base station physical layer is to deliver an ACK or
20  NAK to the mobile station over the Forward Acknowledgement Channel.

21  The PHY-FACKCH.Request($ack\_or\_nak$, $sys\_time$) primitive is sent with:

22  • $ack\_or\_nak$ set to ACK or NAK; and

23  • $sys\_time$ set to the System Time of the beginning of the F-ACKCH transmission.

24  **2.2.1.3.2.1.2      Sending the PHY-FGCH.Request Primitive**

25  The base station RPDCHCF sends a PHY-FGCH.Request primitive to the base station
26  physical layer to indicate that the base station physical layer is to deliver a Forward
27  Grant Channel Message to the mobile station over the Forward Grant Channel.

28  The PHY-FGCH.Request($sdu$, $sys\_time$) primitive is sent with:

29  • $sdu$ set to the Grant Channel Message; and

30  • $sys\_time$ set to the System Time of the beginning of the F-GCH transmission.

31  **2.2.1.3.2.1.3      Sending the PHY-FRCCH.Request Primitive**

32  The base station RPDCHCF sends a PHY-FRCCH.Request primitive to the base station
33  physical layer to indicate that the base station physical layer is to deliver an RC
34  command to the mobile station over the Forward Rate Control Channel.

35  The PHY-FRCCH.Request($command$, $sys\_time$) primitive is sent with:

36  • $command$ set to UP, DOWN or HOLD; and

37  • $sys\_time$ set to the System Time of the beginning of the F-RCCH transmission.

TIA-2000.3-D-1

1    **2.2.1.3.2.1.4        Encoding Forward Grant Channel Messages**

2    When the base station encodes the SDU to be transmitted on the forward grant
3    channel, the RPDCHCF shall use the following message format:

4                    **Table 2-57.  Format of the Forward Grant Channel Message**

| Field | Length (bits) |
|---|---|
| MAC_ID | 8 |
| MAX_MAC_SDU_SIZE | 0 or 4 |
| ALL_ACID_IND | 0 or 1 |
| PERSISTENCE | 0 or 1 |
| Reserved | As required |

5

6    MAC_ID                    -    MAC Identifier.

7                                        The base station shall set this field to the MAC identifier
8                                        greater than or equal to '01000000' associated with the mobile
9                                        station to which this message is addressed or to a control
10                                      message value according to Table 2-58.

11                   **Table 2-58.  Control Message Identifier Values**

| Control Message Value | Meaning |
|---|---|
| '00000000' | Broadcast Autonomous Rate Command |
| '00000001 – 00111111' | Reserved |

12

13   MAX_MAC_SDU_SIZE-    Encoder Packet Size Indicator.

14                                      If MAC_ID is less than '01000000', the base station shall omit
15                                      this field. Otherwise, the base station shall set this field to the
16                                      maximum MAC SDU size value associated with this grant
17                                      command according to Table 2-59.

18                          **Table 2-59.  Rate Indicator Values**

| MAX_MAC_SDU_SIZE | Maximum MAC SDU Size (bits) |
|---|---|
| '0000' | 0 |
| '0001' | 174 |
| '0010' | 386 |
| '0011' | 770 |
| '0100' | 1538 |
| '0101' | 3074 |
| '0110' | 4610 |
| '0111' | 6146 |
| '1000' | 9218 |
| '1001' | 12290 |
| '1010' | 15362 |
| '1011' | 18434 |
| '1100'-'1111' | RESERVED |

19

20   ALL_ACID_IND            -    All ARQ Channel Indicator.

| 1<br>2<br>3<br>4<br>5<br>6 | | | If MAC_ID is less than '01000000' and MAC_ID is not equal to '00000000, the base station shall omit this field.  Otherwise, the base station shall set this field to '1' to indicate that the grant associated with this message applies to all ARQ channels or to '0' to indicate that the grant associated with this message applies only to a single ARQ channel. |
| 7 | PERSISTENCE | - | Persistence Grant Indicator. |
| 8<br>9<br>10<br>11<br>12 | | | If MAC_ID is less than '01000000', the base station shall omit this field.  Otherwise, the base station shall set this field to '1' to indicate that the grant associated with this message is persistent or to '0' to indicate that the grant associated with this message is not persistent. |
| 13 | Reserved | - | Reserved Bits. |
| 14<br>15<br>16 | | | The base station shall add reserved bits as needed in order to make the total length of the message 14 bits.  The base station shall set these bits to '0' |

**2.2.1.3.2.1.5     Processing the PHY-RPDCCH.Indication Primitive**

The base station RPDCHCF receives a PHY-RPDCCH.Indication primitive from the physical layer to indicate that a Physical Layer RPDCCH SDU has been received from the mobile station on the R-PDCCH.

When the base station RPDCHCF receives a PHY-RPDCCH.Indication(*sdu*, *msib*, *sys_time*) primitive from the physical layer with:

- *sdu* set to the received Physical Layer RPDCCH SDU;

- *msib* is set to the received MSIB value*;* and

- *sys_time* set to the System Time of the beginning of the R-PDCCH transmission,

the base station shall interpret the received SDU according to 2.2.1.3.1.1.6.

**2.2.1.3.2.1.6     Processing the PHY-RPDCH.Indication Primitive**

The base station RPDCHCF receives a PHY-RPDCH.Indication primitive from the physical layer to indicate that a Physical Layer RPDCH SDU has been received from the mobile station on the R-PDCH.

When the base station RPDCHCF receives a PHY-RPDCH.Indication(*sdu*, *frame_quality*, *sys_time*) primitive from the physical layer with:

- *sdu* set to the received Physical Layer RPDCH SDU;

- *frame_quality* set to the frame quality of the received Physical Lyaer frame (i.e., sufficient or insufficient); and

- *sys_time* set to the System Time of the beginning of the R-PDCH transmission,

the base station shall set *temp_sdu* to *sdu*[2..sizeof(*sdu*) - 1] and send an RPDCH-Data.Indication(*sdu*, *frame_duration*, *num_bits*, *frame_quality*) primitive to the multiplex sublayer with:

- *sdu* set to *temp_sdu*;

- *frame_duration* set to NULL;

1    •   *num_bits* set to sizeof(*sdu*); and

2    •   *frame_quality* set to sufficient.

3    **2.2.1.3.2.1.7      Processing the PHY-RREQCH.Indication Primitive**

4 The base station RPDCHCF receives a PHY-RREQCH.Indication primitive from the
5 physical layer to indicate that a Physical Layer RREQCH SDU has been received from
6 the mobile station on the R-REQCH.

7 When the base station RPDCHCF receives a PHY-REQCH.Indication(*sdu*, *sys_time*)
8 primitive from the physical layer with:

9    •   *sdu* set to the SDU received on the R-REQCH; and

10    •   *sys_time* set to the System Time (in 1.25 ms units) for the first slot of the received
11       SDU,

12 the base station shall interpret the received SDU according to 2.2.1.3.1.1.5.5.

13    **2.2.1.4 The BMAC Multiplex Sublayer**

14 The Broadcast/Multicast multiplex sublayer is used by broadcast services to transmit
15 data to the mobile station via the broadcast logical channels. The broadcast logical
16 channels are mapped to supplemental channels.  The attributes of the broadcast F-
17 SCHs are specified in FBSCHLIST$_S$[].  Each broadcast F-SCH has an identifier
18 (FBSCHLIST$_S$[].FSCH_ID) associated with it, which is referred to as *fsch_id* hereafter.
19 Each broadcast logical channel has an identifier (BSR_ID) associated with it. The mobile
20 station Layer 3 commands the BMAC multiplex sublayer to start or stop receiving a
21 particular broadcast logical channel carried in a particular broadcast supplemental
22 channel using the primitives described in 2.2.1.4.1.

23 The BMAC multiplex sublayer has both a transmitting and a receiving function.  The
24 BMAC multiplex sublayer transmitting function combines information from various
25 sources (e.g., BCMCS service) and forms Physical Layer SDUs for transmission.  The
26 BMAC multiplex sublayer receiving function separates the information contained in
27 Physical Layer SDUs, and directs the information to the correct entity (e.g., BCMCS
28 service).

29 The broadcast F-SCH multiplex option in use (FBSCH_LIST$_S$ [].FSCH_MUX_OPTION)
30 shall be 0x1, 0x2, or 0xf20.

31    **2.2.1.4.1 Interface to Layer 3 Signaling and Physical Layer**

32    **2.2.1.4.1.1      The BMAC-Start-Deliver.Request Service Interface**

33 Upon reception of the BMAC-Start-Deliver.Request(*fsch_id*, *bsr_id*) primitive, the BMAC
34 multiplex sublayer shall start to deliver any data block, delivered from the broadcast
35 supplemental channel associated with *fsch_id*, with a BSR_ID equal to *bsr_id*.

36    **2.2.1.4.1.2      The BMAC-Stop-Deliver.Request Service Interface**

37 Upon reception of the BMAC-Stop-Deliver.Request(*fsch_id*, *bsr_id*) primitive, the BMAC
38 multiplex sublayer shall stop delivering any data block, delivered from the broadcast
39 supplemental channel associated with *fsch_id*, with a BSR_ID equal to *bsr_id*.

1  **2.2.1.4.1.3      The Broadcast F-SCH Service Interface**

2  If outer block coding is not used on the supplemental channel (see [2]), the BMAC
3  multiplex sublayer interfaces with the physical layer supplemental channel using the
4  PHY-SCH.Request and PHY-SCH.indication primitives; otherwise, the BMAC multiplex
5  sublayer interfaces with the Physical Layer outer block coding entity using the PHY-
6  SCHOuterCode.Request and PHY-SCHOuterCode.Indication primitives.

7  **2.2.1.4.1.3.1      The SCH Transmit Request Service Inteface**

8  To deliver a Physical Layer broadcast F-SCH SDU to the Physical Layer, the BMAC
9  multiplex sublayer shall send a PHY-SCH.Request(*sdu*, *frame_duration*, *num_bits*) to the
10  Physical Layer with the following arguments:

11  - *sdu*, which the BMAC multiplex sublayer shall set to:

12    – NULL if the Physical Layer broadcast F-SCH SDU contains a Null MuxPDU, or

13    – the Physical Layer broadcast F-SCH SDU if the Physical Layer SCH SDU contains
14    a MuxPDU Type 1, Mux PDU Type 2, or MuxPDU Type 5.

15  - *frame_duration*, which the BMAC multiplex sublayer shall set to the length of the
16    SCH frame (i.e., 20 ms, 40 ms or 80 ms) if the Physical Layer contains a MuxPDU
17    Type 1, MuxPDU Type 2, or MuxPDU Type 5.

18  - *num_bits*, which the BMAC multiplex sublayer shall set to the number of bits per
19    frame on the SCH.

20  **2.2.1.4.1.3.2      The SCH Receive Indication Service Interface**

21  The Physical Layer delivers a Physical Layer broadcast F-SCH SDU to the BMAC
22  multiplex sublayer using a PHY-SCH.Indication(*sdu*, *frame_duration*, *num_bits*,
23  *frame_quality*) primitive with the following arguments:

24  - *sdu*, which the Physical Layer sets to the Physical Layer broadcast F-SCH SDU if
25    the Physical Layer received a Physical Layer SCH frame.

26  - *frame_duration*, which the Physical Layer sets to the duration of the received
27    Physical Layer frame (i.e., 20 ms, 40 ms, or 80 ms).

28  - *num_bits*, which the Physical Layer sets to the number of bits in the received
29    Physical Layer frame.

30  - *frame_quality*, which the Physical Layer sets to the frame quality of the received
31    Physical Layer frame (i.e., sufficient or insufficient).

32  **2.2.1.4.1.3.3      The Broadcast F-SCH Outer Code Transmit Request Service**
33  **Interface**

34  To deliver a Physical Layer broadcast F-SCH Outer Code SDU to the Physical Layer, the
35  BMAC multiplex sublayer shall send a PHY-SCHOuterCode.Request (*sdu*, *num_bits*,
36  *sys_time*) primitive to the Physical Layer with the following arguments:

37  - *sdu*, which the BMAC multiplex sublayer shall set to the Physical Layer broadcast
38    F-SCH SDU if the Physical Layer broadcast F-SCH SDU contains a MuxPDU.

39  - *num_bits*, which the BMAC multiplex sublayer shall set to the number of bits in
40    *sdu*.

1 • *sys_time*, which the BMAC multiplex sublayer shall set to the System Time
2 corresponding to the first Physical Layer frame to be transmitted in this primitive.

3 **2.2.1.4.1.3.4    The Broadcast F-SCH Outer Code Receive Indication Service**
4 **Interface**

5 The Physical Layer delivers a Physical Layer broadcast F-SCH Outer Code SDU to the
6 multiplex sublayer using a PHY-SCHOuterCode.Indication(*sdu*[0..*num_frames*-1],
7 *num_bits*, *num_frames*, *frame_quality*[0..*num_frames*-1], *sys_time*) primitive with the
8 following arguments:

9 • *sdu*[*i*-1], which the Physical Layer sets to the Physical Layer broadcast F-SCH SDU
10 carried in the *i*th Physical Layer frame.

11 • *num_bits*, which the Physical Layer sets to the number of bits in each received
12 Physical Layer broadcast F-SCH SDU.

13 • *num_frames*, which the Physical Layer sets to $4 \times k$ where *k* is the parameter in the
14 (n, *k*) outer block code that is configured for the F-SCH.

15 • *frame_quality*[*i*-1], which the Physical Layer sets to the frame quality of the *i*th
16 received Physical Layer frame (i.e., sufficient or insufficient).

17 • *sys_time*, which the Physical Layer sets to the System Time corresponding to the
18 first received Physical Layer frame indicated in this primitive.

19 **2.2.1.4.2 Assembly and Transmission of a Broadcast F-SCH SDU**

20 If a broadcast F-SCH has been assigned and outer block coding is not used, the BMAC
21 multiplex sublayer may transmit a broadcast F-SCH SDU at the System Time boundary
22 (20 ms, 40 ms, or 80ms) corresponding to the configured broadcast F-SCH frame
23 length.

24 To assemble a broadcast F-SCH SDU for transmission, the BMAC multiplex sublayer
25 shall perform the following:

26 • If the multiplex option in use is 0x1 or 0x2, the BMAC multiplex sublayer shall
27 perform the following:

28 – The BMAC multiplex sublayer shall combine available data blocks from the
29 broadcast F-SCH-mapped logical channels with BSR_IDs equal to '000', '001',
30 and '010', according to the relative priority of each, to form a MuxPDU.

31 – If the multiplex option in use is 0x1, and if at least one broadcast F-SCH-mapped
32 logical channel supplies a non-Blank data block or a non-idle category data
33 block,[59] the BMAC multiplex sublayer shall use the supplied data blocks to form
34 a MuxPDU Type 1 as shown in Table 2-60.

35 – If the multiplex option in use is 0x2, and if at least one broadcast F-SCH-mapped
36 logical channel supplies a non-Blank data block or a non-idle category data
37 block,[59] the BMAC multiplex sublayer shall use the supplied data blocks to form
38 a MuxPDU Type 2 as shown in Table 2-61.

39 – If all broadcast F-SCH-mapped logical channels supply a Blank data block or an
40 idle category data block,[59]the BMAC multiplex sublayer shall create a Null
41 MuxPDU or shall create a MuxPDU according to the following:

---

[59] A data service option may indicate a data block's category when it supplies the data
block to the multiplex sublayer.

+   If the multiplex option in use is 0x1, the BMAC multiplex sublayer shall create a MuxPDU that contains Blank data blocks for broadcast F-SCH-mapped logical channels with BSR_IDs equal to '000' and '010', and a 16-bit data block with all bits set to '1' for the broadcast F-SCH-mapped logical channel with BSR_ID equal to '001'.

+   If the multiplex option in use is 0x2, the BMAC multiplex sublayer shall create a MuxPDU that contains Blank data blocks for broadcast F-SCH-mapped logical channels with BSR_IDs equal to '000' and '010', and a 20-bit data block with all bits set to '1' for the broadcast F-SCH-mapped logical channel with BSR_ID equal to '001'.

–   The BMAC multiplex sublayer shall consider assembly of this broadcast F-SCH SDU complete.

• If the multiplex option in use is 0xf20, the BMAC multiplex sublayer shall perform the following:

–   The BMAC multiplex sublayer shall form each MuxPDU using a single data block from a broadcast F-SCH-mapped logical channel. The BMAC multiplex sublayer shall request data blocks from the broadcast F-SCH-mapped logical channels, according to the relative priority of each logical channel, until enough data blocks have been supplied to form the number of MuxPDUs needed to fill the broadcast F-SCH SDU, or until all broadcast F-SCH-mapped logical channels have supplied all available data blocks.

–   The BMAC multiplex sublayer shall use each non-Blank data block to form a MuxPDU Type 5 as shown in Table 2-62.

–   The BMAC multiplex sublayer shall insert the MuxPDUs serially into the broadcast F-SCH SDU. If the number of inserted MuxPDUs is less than the number of MuxPDUs required by the multiplex option in use, then the BMAC multiplex sublayer shall insert one Fill MuxPDU containing a data block of the size indicated by the multiplex option in use, filled with '0' bits. The BMAC multiplex sublayer shall fill any remaining space in the broadcast F-SCH SDU with '0' bits. The BMAC multiplex sublayer shall consider assembly of this broadcast F-SCH SDU complete.

–   If all broadcast F-SCH-mapped logical channels supply a Blank data block, the BMAC multiplex sublayer shall create a single Null MuxPDU and shall consider assembly of this broadcast F-SCH SDU complete.

To transmit the assembled broadcast F-SCH SDU, the BMAC multiplex sublayer shall deliver the broadcast F-SCH SDU to the Physical Layer using the PHY-SCH.Request (*sdu*, *frame_duration*, *num_bits*, *sys_time*) primitive in accordance with 2.2.1.4.1.3.1

**2.2.1.4.3 Assembly and Transmission of a Broadcast F-SCH Outer Code SDU**

If a broadcast F-SCH has been assigned and outer block coding is used, the BMAC multiplex sublayer may transmit a broadcast F-SCH Outer Code SDU at the System Time boundary ($20 \times 4 \times n$ ms), where *n* is the parameter in the (*n*, *k*) outer block code that is configured for the F-SCH.

To assemble a broadcast F-SCH Outer Code SDU for transmission, the BMAC multiplex sublayer shall concatenate *k* consecutive broadcast F-SCH SDUs by repeating the following procedures *k* times, where *k* is the parameter in the (n, k) outer block code that is configured for the F-SCH:

• Assemble a broadcast F-SCH SDU at the System Time boundary (20 ms) in accordance with 2.2.1.4.2.

TIA-2000.3-D-1

1 • If the broadcast F-SCH SDU is a Null MuxPDU, replace the Null MuxPDU with a Fill
2 MuxPDU containing a data block of the size indicated by the multiplex option in
3 use, filled with '0' bits.

4 • Concatenate the broadcast F-SCH SDU to the last broadcast F-SCH SDU
5 assembled.

6 To transmit the assembeled broadcast F-SCH Outer Code SDU, the BMAC multiplex
7 sublayer shall deliver the broadcast F-SCH Outer Code SDU to the Physical Layer using
8 the PHY-SCHOuterCode.Request(*sdu*, *num_bits*, *sys_time*) primitive in accordance with
9 2.2.1.4.1.3.3.

10 **Table 2-60.  MuxPDU Type 1 Categories and Formats for the broadcast F-SCH**

11

| Category | MuxPDU Header or Frame Description | | | BSR_ID '001' (bits/ block) | BSR_ID '000' (bits/ block) | BSR_ID '010' (bits/block) |
|---|---|---|---|---|---|---|
| | Mixed Mode (MM) | Traffic Type (TT) | Traffic Mode (TM) | | | |
| 1 | '0' | – | – | 171 | 0 | 0 |
| 2 | '1' | '0' | '00' | 80 | 88 | 0 |
| 3 | '1' | '0' | '01' | 40 | 128 | 0 |
| 4 | '1' | '0' | '10' | 16 | 152 | 0 |
| 5 | '1' | '0' | '11' | 0 | 168 | 0 |
| 6 | – | – | – | 80 | 0 | 0 |
| 7 | – | – | – | 40 | 0 | 0 |
| 8 | – | – | – | 16 | 0 | 0 |
| 9 | 9600 bps Physical Layer frame with insufficient Physical Layer frame quality [60] | | | 0 | 0 | 0 |
| 10 | Insufficient Physical Layer frame quality[61] | | | 0 | 0 | 0 |
| 11 | '1' | '1' | '00' | 80 | 0 | 88 |
| 12 | '1' | '1' | '01' | 40 | 0 | 128 |
| 13 | '1' | '1' | '10' | 16 | 0 | 152 |
| 14 | '1' | '1' | '11' | 0 | 0 | 168 |
| 15 | Null Physical Layer frame | | | 0 | 0 | 0 |

12

---

[60] This category is used when the Physical Layer frame quality is insufficient, but other
parameters indicate a 9600 bps frame has been received.

[61] This category is used when the Physical Layer frame's bit rate cannot be determined
or when the error does not belong to category 9.

1        **Table 2-61.  MuxPDU Type 2 Categories and Formats for the broadcast F-SCH**

2

| Category | MuxPDU Header or Frame Description | | BSR_ID '001' (bits/ block) | BSR_ID '000' (bits/ block) | BSR_ID '010' (bits/bloc k) |
|---|---|---|---|---|---|
| | Mixed Mode (MM) | Frame Mode (FM) | | | |
| 1 | '0' | – | 266 | 0 | 0 |
| 2 | '1' | '0000' | 124 | 138 | 0 |
| 3 | '1' | '0001' | 54 | 208 | 0 |
| 4 | '1' | '0010' | 20 | 242 | 0 |
| 5 | '1' | '0011' | 0 | 262 | 0 |
| 6 | '1' | '0100' | 124 | 0 | 138 |
| 7 | '1' | '0101' | 54 | 0 | 208 |
| 8 | '1' | '0110' | 20 | 0 | 242 |
| 9 | '1' | '0111' | 0 | 0 | 262 |
| 10 | '1' | '1000' | 20 | 222 | 20 |
| 11 | '0' | – | 124 | 0 | 0 |
| 12 | '1' | '000' | 54 | 67 | 0 |
| 13 | '1' | '001' | 20 | 101 | 0 |
| 14 | '1' | '010' | 0 | 121 | 0 |
| 15 | '1' | '011' | 54 | 0 | 67 |
| 16 | '1' | '100' | 20 | 0 | 101 |
| 17 | '1' | '101' | 0 | 0 | 121 |
| 18 | '1' | '110' | 20 | 81 | 20 |
| 19 | '0' | – | 54 | 0 | 0 |
| 20 | '1' | '00' | 20 | 32 | 0 |
| 21 | '1' | '01' | 0 | 52 | 0 |
| 22 | '1' | '10' | 20 | 0 | 32 |
| 23 | '1' | '11' | 0 | 0 | 52 |
| 24 | '0' | – | 20 | 0 | 0 |
| 25 | '1' | – | 0 | 0 | 20 |
| 26 | Insufficient Physical Layer frame quality[62] | | 0 | 0 | 0 |
| 27 | Null Physical Layer frame | | 0 | 0 | 0 |

3

[62] This category is used when the Physical Layer frame's bit rate cannot be determined or when errors are detected.

1    **Table 2-62.  MuxPDU Type 5 Categories and Formats for the broadcast F-SCH**

2

| Category | MuxPDU Header or Frame Description | | | | Traffic (bits/ block) |
|---|---|---|---|---|---|
| | bsr_id | Reserved | Length Indicator | Length | |
| 1 | Insufficient Physical Layer frame quality | | | | 0 |
| 2 | '000'-'110' | '0' | '00' | None | Variable[63] |
| 2 | '000'-'110' | '0' | '01' | 8 bits | 8 x Length + 2 |
| 2 | '000'-'110' | '0' | '10' | 16 bits | 8 x Length + 2 |
| 2 | '111' | '0' | '00' | None | 0 |
| 2 | '111' | '0' | '01' | 8 bits | 0 |
| 2 | '111' | '0' | '10' | 16 bits | 0 |

3

4    **2.2.1.4.4 Processing the Received Broadcast F-SCH SDU**

5    If outer block coding is not used, for each assigned broadcast F-SCH physical channel,
6    the Physical Layer delivers a Physical Layer SCH SDU every 20 ms, every 40 ms or
7    every 80 ms corresponding to the configured broadcast F-SCH frame length using a
8    PHY-SCH.Indication(*sdu, frame_duration, num_bits, frame_quality*) primitive according
9    to 2.2.1.1.1.7.8.  The received Physical Layer SCH SDU shall be treated as a received
10   broadcast F-SCH SDU in this section.

11   If outer block coding is used, the Physical Layer delivers a set of broadcast F-SCH SDUs
12   every 20 × 4 × *n* ms, where *n* is the parameter in the (*n, k*) outer block code that is
13   configured for the F-SCH, to the BMAC multiplex sublayer using a PHY-
14   ~~DecodeFB~~SCHOuterCode.Indication(*sdu*[0..*num_frames*-1], *num_bits*, *num_frames*,
15   *frame_quality*[0..*num_frames*-1], *sys_time*) primitive according to 2.2.1.4.1.3.4.

16   The BMAC multiplex sublayer shall perform the following for each received broadcast F-
17   SCH SDU:

18   •   If the Physical Layer indicates the frame quality is insufficient, the BMAC multiplex
19       sublayer shall discard the broadcast F-SCH SDU and consider processing of this
20       broadcast F-SCH SDU complete.

---

[63] When the **Length Indicator** field is set to '00', the number of traffic bits in the data
block is equal to $(x - y) \times 8 + 2$, where

•   $x$ = octet position of the last full octet in the Physical Layer SDU

•   $y$ = octet position of the first octet of the MuxPDU in the Physical Layer SDU

- If the BMAC multiplex sublayer delivers a data block to a broadcast F-SCH-mapped logical channel, it shall also supply the category associated with the data block, according to Table 2-60, Table 2-61, or Table 2-62.

- If the multiplex option in use is 0x1 or 0x2, the BMAC multiplex sublayer shall perform the following:

  – If the multiplex option in use is 0x1, the BMAC multiplex sublayer shall use Table 2-60 to identify a MuxPDU Type 1.

  – If the multiplex option in use is 0x2, the BMAC multiplex sublayer shall use Table 2-61 to identify a MuxPDU Type 2.

  – If the BMAC multiplex sublayer cannot identify the MuxPDU, or if the BMAC multiplex sublayer determines the MuxPDU is invalid, the BMAC multiplex sublayer shall discard the broadcast F-SCH SDU and consider processing of this broadcast F-SCH SDU complete.

  – If a Blank data block is received for a broadcast F-SCH-mapped logical channel with a BSR_ID equal to '000', '001', or '010', the BMAC multiplex sublayer shall discard the data block.

  – If a non-Blank data block is received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '000', the BMAC multiplex sublayer shall deliver the data block to the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '000'.

  – If a non-Blank data block is received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '010', the BMAC multiplex sublayer shall deliver the data block to the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '010'.

  – If a non-Blank data block is received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '001', the BMAC multiplex sublayer shall deliver the data block to the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '001' unless all of the following are true, in which case the BMAC multiplex sublayer shall discard the data block:

    + A Blank data block was received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '000', and

    + a Blank data block was received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '010', and

    + the data block received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '001' is '1111111111111111' (16 bits, all set to '1') if the multiplex option in use is 0x1, or the data block received for the broadcast F-SCH-mapped logical channel with a BSR_ID equal to '001' is '11111111111111111111' (20 bits, all set to '1') if the multiplex option in use is 0x2.

- If the multiplex option in use is 0xf20, the BMAC multiplex sublayer shall perform the following:

  – The BMAC multiplex sublayer shall use Table 2-62 to identify each MuxPDU Type 5 in the broadcast F-SCH SDU.

  – If the BMAC multiplex sublayer cannot identify the MuxPDU, or if the BMAC multiplex sublayer determines the MuxPDU is invalid, the BMAC multiplex sublayer shall discard the MuxPDU.

  – If the bsr_id in the MuxPDU is equal to '111', the BMAC multiplex sublayer shall discard the MuxPDU.

TIA-2000.3-D-1

1     –    If the bsr_id in the MuxPDU is equal to '000' or '001' or '010' or '011' or '100' or
2          '101' or '110', the BMAC multiplex sublayer shall deliver the data block in the
3          MuxPDU to the broadcast F-SCH-mapped logical channel with a BSR_ID
4          matching bsr_id.

1 **2.2.2   Supervisory Procedures**

2 **2.2.2.1  Mobile Station Transmission Statistics**

3 The mobile station shall count, by physical channel, the number and type of Physical
4 Layer SDU that the multiplex sublayer delivers to the Physical Layer. Each counter
5 used for this purpose shall be 24 bits long. The mobile station shall initialize each
6 counter that it maintains to zero upon power-on. The mobile station shall not
7 reinitialize any counter except upon command from the base station. Each counter
8 shall be maintained modulo $2^{24}$.

9 Each time the multiplex sublayer delivers a Physical Layer SDU to the Physical Layer, it
10 shall increment the counter corresponding to the physical channel and the type of
11 Physical Layer SDU. If the mobile station also supports LTU processing, it shall also
12 increment the counter corresponding to the physical channel for each LTU in the
13 Physical Layer SDU.

14 **2.2.2.1.1 Mobile Station Transmission Statistics for the FCH**

15 The mobile station shall maintain counters 1 through 8 in Table 2-63. If the mobile
16 station also supports secondary traffic on the FCH, it shall also maintain counters 11
17 through 14 in Table 2-63. If the mobile station supports MuxPDU Type 4 on the FCH, it
18 shall also maintain counter 16 in Table 2-63.

Case 2:08-cr-00814-DGC   Document 816-2   Filed 05/09/12   Page 235 of 261

TIA-2000.3-D-1

1                  **Table 2-63.   FCH Transmission Counters for Multiplex Option 0x1**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX1_REV_FCH_1 | 9600 bps, MuxPDU Type 1 Header = '0' or null traffic MuxPDU |
| 2 | MUX1_REV_FCH_2 | 9600 bps, MuxPDU Type 1 Header = '1000' |
| 3 | MUX1_REV_FCH_3 | 9600 bps, MuxPDU Type 1 Header = '1001' |
| 4 | MUX1_REV_FCH_4 | 9600 bps, MuxPDU Type 1 Header = '1010' |
| 5 | MUX1_REV_FCH_5 | 9600 bps, MuxPDU Type 1 Header = '1011' |
| 6 | MUX1_REV_FCH_6 | 4800 bps, MuxPDU Type 1 or null traffic MuxPDU |
| 7 | MUX1_REV_FCH_7 | 2400/2700, bps MuxPDU Type 1 or null traffic MuxPDU |
| 8 | MUX1_REV_FCH_8 | 1200/1500, bps MuxPDU Type 1 or null traffic MuxPDU |
| 9 | MUX1_REV_FCH_9 | reserved |
| 10 | MUX1_REV_FCH_10 | reserved |
| 11 | MUX1_REV_FCH_11 | 9600 bps, MuxPDU Type 1 Header = '1100' |
| 12 | MUX1_REV_FCH_12 | 9600 bps, MuxPDU Type 1 Header = '1101' |
| 13 | MUX1_REV_FCH_13 | 9600 bps, MuxPDU Type 1 Header = '1110' |
| 14 | MUX1_REV_FCH_14 | 9600 bps, MuxPDU Type 1 Header = '1111' |
| 15 | MUX1_REV_FCH_15 | reserved |
| 16 | MUX1_REV_FCH_5_ms | MuxPDU Type 4 |

2
3    If the mobile station supports multiplex option 0x2 on the FCH, it shall maintain
4    counters 1 through 5, 11 through 14, 19 through 21, and 24 in Table 2-64. If the
5    mobile station also supports secondary traffic on the FCH, it shall also maintain
6    counters 6 through 10, 15 through 18, 22 through 23, and 25 in Table 2-64. If the
7    mobile station supports MuxPDU Type 4 on the FCH, it shall also maintain counter 28
8    in Table 2-64.

1        **Table 2-64.   FCH Transmission Counters for Multiplex Option 0x2**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX2_REV_FCH_1 | 14400 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 2 | MUX2_REV_FCH_2 | 14400 bps, MuxPDU Type 2 Header = '10000' |
| 3 | MUX2_REV_FCH_3 | 14400 bps, MuxPDU Type 2 Header = '10001' |
| 4 | MUX2_REV_FCH_4 | 14400 bps, MuxPDU Type 2 Header = '10010' |
| 5 | MUX2_REV_FCH_5 | 14400 bps, MuxPDU Type 2 Header = '10011' |
| 6 | MUX2_REV_FCH_6 | 14400 bps, MuxPDU Type 2 Header = '10100' |
| 7 | MUX2_REV_FCH_7 | 14400 bps, MuxPDU Type 2 Header = '10101' |
| 8 | MUX2_REV_FCH_8 | 14400 bps, MuxPDU Type 2 Header = '10110' |
| 9 | MUX2_REV_FCH_9 | 14400 bps, MuxPDU Type 2 Header = '10111' |
| 10 | MUX2_REV_FCH_10 | 14400 bps, MuxPDU Type 2 Header = '11000' |
| 11 | MUX2_REV_FCH_11 | 7200 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 12 | MUX2_REV_FCH_12 | 7200 bps, MuxPDU Type 2 Header = '1000' |
| 13 | MUX2_REV_FCH_13 | 7200 bps, MuxPDU Type 2 Header = '1001' |
| 14 | MUX2_REV_FCH_14 | 7200 bps, MuxPDU Type 2 Header = '1010' |
| 15 | MUX2_REV_FCH_15 | 7200 bps, MuxPDU Type 2 Header = '1011' |
| 16 | MUX2_REV_FCH_16 | 7200 bps, MuxPDU Type 2 Header = '1100' |
| 17 | MUX2_REV_FCH_17 | 7200 bps, MuxPDU Type 2 Header = '1101' |
| 18 | MUX2_REV_FCH_18 | 7200 bps, MuxPDU Type 2 Header = '1110' |
| 19 | MUX2_REV_FCH_19 | 3600 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 20 | MUX2_REV_FCH_20 | 3600 bps, MuxPDU Type 2 Header = '100' |
| 21 | MUX2_REV_FCH_21 | 3600 bps, MuxPDU Type 2 Header = '101' |
| 22 | MUX2_REV_FCH_22 | 3600 bps, MuxPDU Type 2 Header = '110' |
| 23 | MUX2_REV_FCH_23 | 3600 bps, MuxPDU Type 2 Header = '111' |
| 24 | MUX2_REV_FCH_24 | 1800 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 25 | MUX2_REV_FCH_25 | 1800 bps, MuxPDU Type 2 Header = '1' |
| 26 | MUX2_REV_FCH_26 | reserved |
| 27 | MUX2_REV_FCH_27 | reserved |
| 28 | MUX2_REV_FCH_5_ms | MuxPDU Type 4 |

If the mobile station supports multiplex option 0x704 on the R-FCH, it shall maintain counters MUX_FLEX_RFCH_5_ms, and MUX_FLEX_RFCH_1 through counter MUX_FLEX_RFCH_N, where N is the total number of categories in the Reverse Fundamental Channel Partition Table.

- The counter MUX_FLEX_RFCH_k (k = 1, …, N) corresponds to the frame category k in the Partition Table for the Reverse Fundamental Channel.

- The counter MUX_FLEX_RFCH_5_ms corresponds to the number of MuxPDUs of Type 4 transmitted on the Reverse Fundamental Channel.

1   **2.2.2.1.2 Mobile Station Transmission Statistics for the DCCH**

2   If the mobile station supports a DCCH, it shall maintain counters 1 through 5 and 15
3   in Table 2-65. If the mobile station supports secondary traffic on the DCCH, it shall also
4   maintain counters 11 through 14 in Table 2-65. If the mobile station supports MuxPDU
5   Type 4 on the DCCH, it shall also maintain counter 16 in Table 2-65.

6   **Table 2-65.  DCCH Transmission Counters for Multiplex Option 0x1**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX1_REV_DCCH_1 | 9600 bps, MuxPDU Type 1 Header = '0' |
| 2 | MUX1_REV_DCCH_2 | 9600 bps, MuxPDU Type 1 Header = '1000' |
| 3 | MUX1_REV_DCCH_3 | 9600 bps, MuxPDU Type 1 Header = '1001' |
| 4 | MUX1_REV_DCCH_4 | 9600 bps, MuxPDU Type 1 Header = '1010' |
| 5 | MUX1_REV_DCCH_5 | 9600 bps, MuxPDU Type 1 Header = '1011' |
| 6 | MUX1_REV_DCCH_6 | reserved |
| 7 | MUX1_REV_DCCH_7 | reserved |
| 8 | MUX1_REV_DCCH_8 | reserved |
| 9 | MUX1_REV_DCCH_9 | reserved |
| 10 | MUX1_REV_DCCH_10 | reserved |
| 11 | MUX1_REV_DCCH_11 | 9600 bps, MuxPDU Type 1 Header = '1100' |
| 12 | MUX1_REV_DCCH_12 | 9600 bps, MuxPDU Type 1 Header = '1101' |
| 13 | MUX1_REV_DCCH_13 | 9600 bps, MuxPDU Type 1 Header = '1110' |
| 14 | MUX1_REV_DCCH_14 | 9600 bps, MuxPDU Type 1 Header = '1111' |
| 15 | MUX1_REV_DCCH_15 | Null MuxPDU |
| 16 | MUX1_REV_DCCH_5_ms | MuxPDU Type 4 |

7
8   If the mobile station supports a DCCH and also supports multiplex option 0x2 on the
9   DCCH, it shall maintain counters 1 through 5 and 27 in Table 2-66. If the mobile
10  station also supports secondary traffic on the DCCH, it shall also maintain counters 6
11  through 10 in Table 2-66. If the mobile station supports MuxPDU Type 4 on the DCCH,
12  it shall also maintain counter 28 in Table 2-66.

1 **Table 2-66.  DCCH Transmission Counters for Multiplex Option 0x2**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX2_REV_DCCH_1 | 14400 bps, MuxPDU Type 2 Header = '0' |
| 2 | MUX2_REV_DCCH_2 | 14400 bps, MuxPDU Type 2 Header = '10000' |
| 3 | MUX2_REV_DCCH_3 | 14400 bps, MuxPDU Type 2 Header = '10001' |
| 4 | MUX2_REV_DCCH_4 | 14400 bps, MuxPDU Type 2 Header = '10010' |
| 5 | MUX2_REV_DCCH_5 | 14400 bps, MuxPDU Type 2 Header = '10011' |
| 6 | MUX2_REV_DCCH_6 | 14400 bps, MuxPDU Type 2 Header = '10100' |
| 7 | MUX2_REV_DCCH_7 | 14400 bps, MuxPDU Type 2 Header = '10101' |
| 8 | MUX2_REV_DCCH_8 | 14400 bps, MuxPDU Type 2 Header = '10110' |
| 9 | MUX2_REV_DCCH_9 | 14400 bps, MuxPDU Type 2 Header = '10111' |
| 10 | MUX2_REV_DCCH_10 | 14400 bps, MuxPDU Type 2 Header = '11000' |
| 11 | MUX2_REV_DCCH_11 | reserved |
| 12 | MUX2_REV_DCCH_12 | reserved |
| 13 | MUX2_REV_DCCH_13 | reserved |
| 14 | MUX2_REV_DCCH_14 | reserved |
| 15 | MUX2_REV_DCCH_15 | reserved |
| 16 | MUX2_REV_DCCH_16 | reserved |
| 17 | MUX2_REV_DCCH_17 | reserved |
| 18 | MUX2_REV_DCCH_18 | reserved |
| 19 | MUX2_REV_DCCH_19 | reserved |
| 20 | MUX2_REV_DCCH_20 | reserved |
| 21 | MUX2_REV_DCCH_21 | reserved |
| 22 | MUX2_REV_DCCH_22 | reserved |
| 23 | MUX2_REV_DCCH_23 | reserved |
| 24 | MUX2_REV_DCCH_24 | reserved |
| 25 | MUX2_REV_DCCH_25 | reserved |
| 26 | MUX2_REV_DCCH_26 | reserved |
| 27 | MUX2_REV_DCCH_27 | Null MuxPDU |
| 28 | MUX2_REV_DCCH_5_ms | MuxPDU Type 4 |

If the mobile station supports multiplex option 0x704 on the Reverse Dedicated Control Channel, it shall maintain counters MUX_FLEX_RDCCH_5_ms, and MUX_FLEX_RDCCH_1 through MUX_FLEX_RDCCH_N, where N is the total number of categories in the Reverse Dedicated Control Channel Partition Table.

- The counter MUX_FLEX_RDCCH_k (k = 1, …, N) corresponds to the frame category k in the Partition Table for the Reverse Dedicated Control Channel.  The mobile station shall only maintain counters corresponding to valid categories on the Reverse Dedicated Control Channel.

- The counter MUX_FLEX_RDCCH_5_ms corresponds to the number of MuxPDUs of Type 4 transmitted on the Reverse Dedicated Control Channel.

TIA-2000.3-D-1

1     **2.2.2.1.3 Mobile Station Transmission Statistics for the SCCH**

2     If the mobile station supports multiplex option 0x3 or 0x4, it shall support counters 1
3     and 2 in Table 2-67. If the mobile station supports multiplex option 0x5 or 0x6, it shall
4     support counters 1 through 4 in Table 2-67. If the mobile station supports multiplex
5     option 0x7 or 0x8, it shall support counters 1 through 6 in Table 2-67. If the mobile
6     station supports multiplex option 0x9 or 0xa, it shall support counters 1 through 8 in
7     Table 2-67. If the mobile station supports multiplex option 0xb or 0xc, it shall support
8     counters 1 through 10 in Table 2-67. If the mobile station supports multiplex option
9     0xd or 0xe, it shall support counters 1 through 12 in Table 2-67. If the mobile station
10    supports multiplex option 0xf or 0x10, it shall support counters 1 through 14 in Table
11    2-67.

1                    **Table 2-67.  SCCH Transmission Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | SCCH1_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 2 | SCCH1_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 3 | SCCH2_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 4 | SCCH2_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 5 | SCCH3_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 6 | SCCH3_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 7 | SCCH4_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 8 | SCCH4_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 9 | SCCH5_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 10 | SCCH5_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 11 | SCCH6_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 12 | SCCH6_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 13 | SCCH7_REV_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 14 | SCCH7_REV_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |

2   **2.2.2.1.4 Mobile Station Transmission Statistics for the SCH**

3   If the mobile station supports SCH0 and multiplex option 0x3 or 0x4, it shall maintain
4   counter 1 in Table 2-68. If the mobile station supports SCH0 and multiplex option
5   0x809, 0x80a, 0x905, or 0x906, it shall maintain counters 1 and 2 in Table 2-68. If the
6   mobile station supports SCH0 and multiplex option 0x811, 0x812, 0x909, or 0x90a, it
7   shall maintain counters 1 through 3 in Table 2-68. If the mobile station supports SCH0
8   and multiplex option 0x821, 0x822, 0x911, or 0x912, it shall maintain counters 1
9   through 4 in Table 2-68. If the mobile station supports SCH0 and multiplex option
10   0x921 or 0x922, it shall maintain counters 1 through 5 in Table 2-68. If the mobile
11   station supports LTU assembly for transmission on SCH0, it shall maintain counter 6
12   in Table 2-68.

1   If the mobile station supports SCH1 and multiplex option 0x3 or 0x4, it shall maintain
2   counter 8 in Table 2-68. If the mobile station supports SCH1 and multiplex option
3   0x809, 0x80a, 0x905, or 0x906, it shall maintain counters 8 and 9 in Table 2-68. If the
4   mobile station supports SCH1 and multiplex option 0x811, 0x812, 0x909, or 0x90a, it
5   shall maintain counters 8 through 10 in Table 2-68. If the mobile station supports
6   SCH1 and multiplex option 0x821, 0x822, 0x911, or 0x912, it shall maintain counters
7   8 through 11 in Table 2-68. If the mobile station supports SCH1 and multiplex option
8   0x921 or 0x922, it shall maintain counters 8 through 12 in Table 2-68. If the mobile
9   station supports LTU assembly for transmission on SCH1, it shall maintain counter 13
10  in Table 2-68.

11                      **Table 2-68.  SCH Transmission Counters**

| Counter Number | Counter Name | Description |
|:---:|:---:|:---|
| 1 | SCH0_REV_1X | 9600 bps or 14400 bps (1x SCH rate) |
| 2 | SCH0_REV_2X | 19200 bps or 28800 bps (2x SCH rate) |
| 3 | SCH0_REV_4X | 38400 bps or 57600 bps (4x SCH rate) |
| 4 | SCH0_REV_8X | 76800 bps or 115200 bps (8x SCH rate) |
| 5 | SCH0_REV_16X | 153600 bps (16x SCH rate) |
| 6 | SCH0_REV_LTU | number of LTUs delivered to the Physical Layer |
| 7 | SCH0_REV_LTUOK | Reserved |
| 8 | SCH1_REV_1X | 9600 bps or 14400 bps (1x SCH rate) |
| 9 | SCH1_REV_2X | 19200 bps or 28800 bps (2x SCH rate) |
| 10 | SCH1_REV_4X | 38400 bps or 57600 bps (4x SCH rate) |
| 11 | SCH1_REV_8X | 76800 bps or 115200 bps (8x SCH rate) |
| 12 | SCH1_REV_16X | 153600 bps (16x SCH rate) |
| 13 | SCH1_REV_LTU | number of LTUs delivered to the Physical Layer |
| 14 | SCH1_REV_LTUOK | Reserved |

12

13  If the mobile station supports multiplex option 0xf20 on the Reverse Supplemental
14  Channel 1 or 2, then the mobile station shall maintain the following counters:

15

16  •   If USE_FLEX_NUM_BITS$_S$ is equal to '0' or if USE_FLEX_NUM_BITS$_S$ is equal to '1'
17      and RSCH_NBIT_TABLE_ID$_S$[1] is equal to '0000', then the mobile station shall
18      maintain the counters specified in Table 2-69 for R-SCH0.

1      **Table 2-69. Transmission Counters for R-SCH0 (Mux Option 0xf20, for Non-**
2                              **flexible Data Rates)**

| Counter Name | Number of Information Bits per Frame | |
|---|---|---|
| | RC 3, 5 | RC 4, 6 |
| RSCH0_1 | 172 | 267 |
| RSCH0_2 | 360 | 552 |
| RSCH0_3 | 744 | 1,128 |
| RSCH0_4 | 1,512 | 2,280 |
| RSCH0_5 | 3,048 | 4,584 |
| RSCH0_6 | 6,120 | 9,192 |
| RSCH0_7 | 12,264 | 20,712 |
| RSCH0_LTU | number of LTUs delivered to the Physical Layer for R-SCH0 | |

3

4    • If USE_FLEX_NUM_BITS$_S$ is equal to '0' or if USE_FLEX_NUM_BITS$_S$ is equal to '1'
5      and RSCH_NBIT_TABLE_ID$_S$[2] is equal to '0000', then the mobile station shall
6      maintain the counters specified in Table 2-70 for R-SCH1.

7      **Table 2-70. Transmission Counters for R-SCH1 (Mux Option 0xf20, for Non-**
8                              **flexible Data Rates)**

| Counter Name | Number of Information Bits per Frame | |
|---|---|---|
| | RC 3, 5 | RC 4, 6 |
| RSCH1_1 | 172 | 267 |
| RSCH1_2 | 360 | 552 |
| RSCH1_3 | 744 | 1,128 |
| RSCH1_4 | 1,512 | 2,280 |
| RSCH1_5 | 3,048 | 4,584 |
| RSCH1_6 | 6,120 | 9,192 |
| RSCH1_7 | 12,264 | 20,712 |
| RSCH1_LTU | number of LTUs delivered to the Physical Layer for R-SCH1 | |

9

10   • If USE_FLEX_NUM_BITS$_S$ is equal to '1' and RSCH_NBIT_TABLE_ID$_S$[1] is not equal
11     to '0000', then the mobile station shall maintain the counters specified in Table
12     2-71 for R-SCH0.

**Table 2-71. Transmission Counters for R-SCH0 (Mux Option 0xf20, for Flexible Data Rates)**

| Counter Name | Description |
|---|---|
| RSCH0_$i$ | $i$ is the index in the Flexible Rate Table for R-SCH0 that corresponds to the number of information bits provided in the SCH SDU. The value of $i$ ranges from 0 to 15. |
| RSCH0_LTU | number of LTUs delivered to the Physical Layer for R-SCH0 |

- If USE_FLEX_NUM_BITS$_S$ is equal to '1' and RSCH_NBIT_TABLE_ID$_S$[2] is not equal to '0000', then the mobile station shall maintain the counters specified in Table 2-72 for R-SCH1.

**Table 2-72. Transmission Counters for R-SCH1 (Mux Option 0xf20, for Flexible Data Rates)**

| Counter Name | Description |
|---|---|
| RSCH1_$i$ | $i$ is the index in the Flexible Rate Table for R-SCH1 that corresponds to the number of information bits provided in the SCH SDU.  The value of $i$ ranges from 0 to 15. |
| RSCH1_LTU | number of LTUs delivered to the Physical Layer for R-SCH1 |

The mobile station shall only maintain the counters corresponding to the Reverse Supplemental Channel supported and the number of information bits supported on the Reverse Supplemental Channels.

**2.2.2.2  Mobile Station Reception Statistics**

For every Physical Layer SDU that the multiplex sublayer receives from the Physical Layer, the mobile station shall perform the following:

- If the associated Physical Layer frame quality is sufficient, the mobile station shall count, by physical channel type, the number and type of Physical Layer SDU.

- For a Physical Layer SCH SDU, if the multiplex sublayer performs LTU processing on the SDU, the mobile station shall count the total number of LTUs in the SDU and the number of successfully recovered LTUs.

Each counter used for this purpose shall be 24 bits long. The mobile station shall initialize each counter that it maintains to zero upon power-on. The mobile station shall not reinitialize any counter except upon command from the base station. Each counter shall be maintained modulo $2^{24}$.

1 **2.2.2.2.1 Mobile Station Reception Statistics for the BCCH**

2 If the mobile station supports a BCCH, it shall maintain counters 1 through 4 in Table
3 2-73.

4 **Table 2-73.  BCCH Reception Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | BCCH_6 | 19200 bps, 40 ms frames |
| 2 | BCCH_7 | 9600 bps, 80 ms frames |
| 3 | BCCH_8 | 4800 bps, 160 ms frames |
| 4 | BCCH_9 | Insufficient Physical Layer frame quality |

5 **2.2.2.2.2 Mobile Station Reception Statistics for the CACH**

6 If the mobile station supports a CACH, it shall maintain counters 1 through 2 in Table
7 2-74.

8 **Table 2-74.  CACH Reception Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | CACH_1 | 9600 bps, 5 ms frames |
| 2 | CACH_2 | Insufficient Physical Layer frame quality |

9 **2.2.2.2.3 Mobile Station Reception Statistics for the FCCCH**

10 If the mobile station supports an F-CCCH, it shall maintain counters 1 through 2 in
11 Table 2-75.

12 **Table 2-75.  FCCCH Reception Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | FCCCH_5 | 38400 bps, 5 ms frames |
| 2 | FCCCH_6 | 19200 bps, 10 ms frames |
| 3 | FCCCH_7 | 38400 bps, 10 ms frames |
| 4 | FCCCH_8 | 9600 bps, 20 ms frames |
| 5 | FCCCH_9 | 19200 bps, 20 ms frames |
| 6 | FCCCH_10 | 38400 bps, 20 ms frames |
| 7 | FCCCH_11 | Insufficient Physical Layer frame quality |

13 **2.2.2.2.4 Mobile Station Reception Statistics for the FCH**

14 The mobile station shall maintain counters 1 through 10 in Table 2-76. If the mobile
15 station also supports secondary traffic on the FCH, it shall also maintain counters 11
16 through 14 in Table 2-76. If the mobile station supports MuxPDU Type 4 on the FCH, it
17 shall also maintain counter 16 in Table 2-76.

TIA-2000.3-D-1

1    **Table 2-76.  FCH Reception Counters for Multiplex Option 0x1**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX1_FOR_FCH_1 | 9600 bps, MuxPDU Type 1 Header = '0' or null traffic MuxPDU |
| 2 | MUX1_FOR_FCH_2 | 9600 bps, MuxPDU Type 1 Header = '1000' |
| 3 | MUX1_FOR_FCH_3 | 9600 bps, MuxPDU Type 1 Header = '1001' |
| 4 | MUX1_FOR_FCH_4 | 9600 bps, MuxPDU Type 1 Header = '1010' |
| 5 | MUX1_FOR_FCH_5 | 9600 bps, MuxPDU Type 1 Header = '1011' |
| 6 | MUX1_FOR_FCH_6 | 4800 bps, MuxPDU Type 1 or null traffic MuxPDU |
| 7 | MUX1_FOR_FCH_7 | 2400/2700 bps, MuxPDU Type 1 or null traffic MuxPDU |
| 8 | MUX1_FOR_FCH_8 | 1200/1500 bps, MuxPDU Type 1 or null traffic MuxPDU |
| 9 | MUX1_FOR_FCH_9 | 9600 bps, Physical Layer frame with insufficient Physical Layer frame quality[64] |
| 10 | MUX1_FOR_FCH_10 | Insufficient Physical Layer frame quality[65] |
| 11 | MUX1_FOR_FCH_11 | 9600 bps, MuxPDU Type 1 Header = '1100' |
| 12 | MUX1_FOR_FCH_12 | 9600 bps, MuxPDU Type 1 Header = '1101' |
| 13 | MUX1_FOR_FCH_13 | 9600 bps, MuxPDU Type 1 Header = '1110' |
| 14 | MUX1_FOR_FCH_14 | 9600 bps, MuxPDU Type 1 Header = '1111' |
| 15 | MUX1_FOR_FCH_15 | reserved |
| 16 | MUX1_FOR_FCH_5_ms | MuxPDU Type 4 |

2
3    If the mobile station supports multiplex option 0x2 on the FCH, it shall maintain
4    counters 1 through 5, 11 through 14, 19 through 21, 24, and 26 in Table 2-77. If the
5    mobile station also supports secondary traffic on the FCH, it shall also maintain
6    counters 6 through 10, 15 through 18, 22 through 23, and 25 in Table 2-77. If the
7    mobile station supports MuxPDU Type 4 on the FCH, it shall also maintain counter 28
8    in Table 2-77.

---

[64] This category is used when the Physical Layer frame quality is insufficient, but other parameters indicate a 9600 bps frame has been received.

[65] This category is used when the Physical Layer frame's bit rate cannot be determined or when the error does not belong to category 9.

1                    **Table 2-77.  FCH Reception Counters for Multiplex Option 0x2**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX2_FOR_FCH_1 | 14400 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 2 | MUX2_FOR_FCH_2 | 14400 bps, MuxPDU Type 2 Header = '10000' |
| 3 | MUX2_FOR_FCH_3 | 14400 bps, MuxPDU Type 2 Header = '10001' |
| 4 | MUX2_FOR_FCH_4 | 14400 bps, MuxPDU Type 2 Header = '10010' |
| 5 | MUX2_FOR_FCH_5 | 14400 bps, MuxPDU Type 2 Header = '10011' |
| 6 | MUX2_FOR_FCH_6 | 14400 bps, MuxPDU Type 2 Header = '10100' |
| 7 | MUX2_FOR_FCH_7 | 14400 bps, MuxPDU Type 2 Header = '10101' |
| 8 | MUX2_FOR_FCH_8 | 14400 bps, MuxPDU Type 2 Header = '10110' |
| 9 | MUX2_FOR_FCH_9 | 14400 bps, MuxPDU Type 2 Header = '10111' |
| 10 | MUX2_FOR_FCH_10 | 14400 bps, MuxPDU Type 2 Header = '11000' |
| 11 | MUX2_FOR_FCH_11 | 7200 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 12 | MUX2_FOR_FCH_12 | 7200 bps, MuxPDU Type 2 Header = '1000' |
| 13 | MUX2_FOR_FCH_13 | 7200 bps, MuxPDU Type 2 Header = '1001' |
| 14 | MUX2_FOR_FCH_14 | 7200 bps, MuxPDU Type 2 Header = '1010' |
| 15 | MUX2_FOR_FCH_15 | 7200 bps, MuxPDU Type 2 Header = '1011' |
| 16 | MUX2_FOR_FCH_16 | 7200 bps, MuxPDU Type 2 Header = '1100' |
| 17 | MUX2_FOR_FCH_17 | 7200 bps, MuxPDU Type 2 Header = '1101' |
| 18 | MUX2_FOR_FCH_18 | 7200 bps, MuxPDU Type 2 Header = '1110' |
| 19 | MUX2_FOR_FCH_19 | 3600 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 20 | MUX2_FOR_FCH_20 | 3600 bps, MuxPDU Type 2 Header = '100' |
| 21 | MUX2_FOR_FCH_21 | 3600 bps, MuxPDU Type 2 Header = '101' |
| 22 | MUX2_FOR_FCH_22 | 3600 bps, MuxPDU Type 2 Header = '110' |
| 23 | MUX2_FOR_FCH_23 | 3600 bps, MuxPDU Type 2 Header = '111' |
| 24 | MUX2_FOR_FCH_24 | 1800 bps, MuxPDU Type 2 Header = '0' or null traffic MuxPDU |
| 25 | MUX2_FOR_FCH_25 | 1800 bps, MuxPDU Type 2 Header = '1' |
| 26 | MUX2_FOR_FCH_26 | Insufficient Physical Layer frame quality[66] |
| 27 | MUX2_FOR_FCH_27 | reserved |
| 28 | MUX2_FOR_FCH_5_ms | MuxPDU Type 4 |

2

3   If the mobile station supports multiplex option 0x704 on the F-FCH, it shall maintain
4   counters MUX_FLEX_FFCH_5_ms, and MUX_FLEX_FFCH_1 through counter
5   MUX_FLEX_FFCH_N, where N is the total number of categories in the Forward
6   Fundamental Channel Partition Table.

7   •   The counter MUX_FLEX_FFCH_k (k = 1, …, N) corresponds to the frame category k
8       in the Partition Table for the Forward Fundamental Channel.

_____

[66] This category is used when the Physical Layer frame's bit rate cannot be determined
or when errors are detected.

1   • The counter MUX_FLEX_FFCH_5_ms corresponds to the number of MuxPDUs of
2     Type 4 transmitted on the Forward Fundamental Channel.

3   **2.2.2.2.5 Mobile Station Reception Statistics for the DCCH**

4   If the mobile station supports a DCCH, it shall maintain counters 1 through 5, 10, and
5   15 in Table 2-78. If the mobile station supports secondary traffic on the DCCH, it shall
6   also maintain counters 11 through 14 in Table 2-78. If the mobile station supports
7   MuxPDU Type 4 on the DCCH, it shall also maintain counter 16 in Table 2-78.

8   **Table 2-78.  DCCH Reception Counters for Multiplex Option 0x1**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX1_FOR_DCCH_1 | 9600 bps, MuxPDU Type 1 Header = '0' |
| 2 | MUX1_FOR_DCCH_2 | 9600 bps, MuxPDU Type 1 Header = '1000' |
| 3 | MUX1_FOR_DCCH_3 | 9600 bps, MuxPDU Type 1 Header = '1001' |
| 4 | MUX1_FOR_DCCH_4 | 9600 bps, MuxPDU Type 1 Header = '1010' |
| 5 | MUX1_FOR_DCCH_5 | 9600 bps, MuxPDU Type 1 Header = '1011' |
| 6 | MUX1_FOR_DCCH_6 | Reserved |
| 7 | MUX1_FOR_DCCH_7 | Reserved |
| 8 | MUX1_FOR_DCCH_8 | Reserved |
| 9 | MUX1_FOR_DCCH_9 | Reserved |
| 10 | MUX1_FOR_DCCH_10 | Insufficient Physical Layer frame quality |
| 11 | MUX1_FOR_DCCH_11 | 9600 bps, MuxPDU Type 1 Header = '1100' |
| 12 | MUX1_FOR_DCCH_12 | 9600 bps, MuxPDU Type 1 Header = '1101' |
| 13 | MUX1_FOR_DCCH_13 | 9600 bps, MuxPDU Type 1 Header = '1110' |
| 14 | MUX1_FOR_DCCH_14 | 9600 bps, MuxPDU Type 1 Header = '1111' |
| 15 | MUX1_FOR_DCCH_15 | Null MuxPDU |
| 16 | MUX1_FOR_DCCH_5_ms | MuxPDU Type 4 |

9
10  If the mobile station supports a DCCH and also supports multiplex option 0x2 on the
11  DCCH, it shall maintain counters 1 through 5, 26, and 27 Table 2-79. If the mobile
12  station also supports secondary traffic on the DCCH, it shall also maintain counters 6
13  through 10 in Table 2-79. If the mobile station supports MuxPDU Type 4 on the DCCH,
14  it shall also maintain counter 28 in Table 2-79.

1                    **Table 2-79.  DCCH Reception Counters for Multiplex Option 0x2**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | MUX2_FOR_DCCH_1 | 14400 bps, MuxPDU Type 2 Header = '0' |
| 2 | MUX2_FOR_DCCH_2 | 14400 bps, MuxPDU Type 2 Header = '10000' |
| 3 | MUX2_FOR_DCCH_3 | 14400 bps, MuxPDU Type 2 Header = '10001' |
| 4 | MUX2_FOR_DCCH_4 | 14400 bps, MuxPDU Type 2 Header = '10010' |
| 5 | MUX2_FOR_DCCH_5 | 14400 bps, MuxPDU Type 2 Header = '10011' |
| 6 | MUX2_FOR_DCCH_6 | 14400 bps, MuxPDU Type 2 Header = '10100' |
| 7 | MUX2_FOR_DCCH_7 | 14400 bps, MuxPDU Type 2 Header = '10101' |
| 8 | MUX2_FOR_DCCH_8 | 14400 bps, MuxPDU Type 2 Header = '10110' |
| 9 | MUX2_FOR_DCCH_9 | 14400 bps, MuxPDU Type 2 Header = '10111' |
| 10 | MUX2_FOR_DCCH_10 | 14400 bps, MuxPDU Type 2 Header = '11000' |
| 11 | MUX2_FOR_DCCH_11 | Reserved |
| 12 | MUX2_FOR_DCCH_12 | Reserved |
| 13 | MUX2_FOR_DCCH_13 | Reserved |
| 14 | MUX2_FOR_DCCH_14 | Reserved |
| 15 | MUX2_FOR_DCCH_15 | Reserved |
| 16 | MUX2_FOR_DCCH_16 | Reserved |
| 17 | MUX2_FOR_DCCH_17 | Reserved |
| 18 | MUX2_FOR_DCCH_18 | Reserved |
| 19 | MUX2_FOR_DCCH_19 | Reserved |
| 20 | MUX2_FOR_DCCH_20 | Reserved |
| 21 | MUX2_FOR_DCCH_21 | Reserved |
| 22 | MUX2_FOR_DCCH_22 | Reserved |
| 23 | MUX2_FOR_DCCH_23 | Reserved |
| 24 | MUX2_FOR_DCCH_24 | Reserved |
| 25 | MUX2_FOR_DCCH_25 | Reserved |
| 26 | MUX2_FOR_DCCH_26 | Insufficient Physical Layer frame quality |
| 27 | MUX2_FOR_DCCH_27 | Null Physical Layer frame |
| 28 | MUX2_FOR_DCCH_5_ms | MuxPDU Type 4 |

If the mobile station supports multiplex option 0x704 on the F-DCCH, it shall maintain counters MUX_FLEX_RFCH_5_ms, and MUX_FLEX_FDCCH_1 through counter MUX_FLEX_FDCCH_N, where N is the total number of categories in the Forward Dedicated Control Channel Partition Table.

- The counter MUX_FLEX_FDCCH_k (k = 1, …, N) corresponds to the frame category k in the Partition Table for the Forward Dedicated Control Channel.  The mobile station shall only maintain counters corresponding to valid categories on the Forward Dedicated Control Channel.

- The counter MUX_FLEX_RDCCH_5_ms corresponds to the number of MuxPDUs of Type 4 transmitted on the Forward Dedicated Control Channel.

TIA-2000.3-D-1

1   **2.2.2.2.6 Mobile Station Reception Statistics for the SCCH**

2   If the mobile station supports multiplex option 0x3 or 0x4, it shall support counters 1
3   and 2 in Table 2-80. If the mobile station supports multiplex option 0x5 or 0x6, it shall
4   support counters 1 through 4 in Table 2-80. If the mobile station supports multiplex
5   option 0x7 or 0x8, it shall support counters 1 through 6 in Table 2-80. If the mobile
6   station supports multiplex option 0x9 or 0xa, it shall support counters 1 through 8 in
7   Table 2-80. If the mobile station supports multiplex option 0xb or 0xc, it shall support
8   counters 1 through 10 in Table 2-80. If the mobile station supports multiplex option
9   0xd or 0xe, it shall support counters 1 through 12 in Table 2-80. If the mobile station
10  supports multiplex option 0xf or 0x10, it shall support counters 1 through 14 in Table
11  2-80.

1          **Table 2-80.  SCCH Reception Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | SCCH1_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 2 | SCCH1_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 3 | SCCH2_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 4 | SCCH2_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 5 | SCCH3_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 6 | SCCH3_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 7 | SCCH4_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 8 | SCCH4_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 9 | SCCH5_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 10 | SCCH5_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 11 | SCCH6_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 12 | SCCH6_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |
| 13 | SCCH7_FOR_P | 9600 bps, MuxPDU Type 1 Header = '0' or 14400 bps, MuxPDU Type 2 Header = '0' |
| 14 | SCCH7_FOR_S | 9600 bps, MuxPDU Type 1 Header = '1111' or 14400 bps, MuxPDU Type 2 Header = '10111 |

2          **2.2.2.2.7 Mobile Station Reception Statistics for the SCH**

3          If the mobile station supports SCH0 and multiplex option 0x3 or 0x4, it shall maintain
4          counter 1 in Table 2-81. If the mobile station supports SCH0 and multiplex option
5          0x809, 0x80a, 0x905, or 0x906, it shall maintain counters 1 and 2 in Table 2-81. If the
6          mobile station supports SCH0 and multiplex option 0x811, 0x812, 0x909, or 0x90a, it
7          shall maintain counters 1 through 3 in Table 2-81. If the mobile station supports SCH0
8          and multiplex option 0x821, 0x822, 0x911, or 0x912, it shall maintain counters 1
9          through 4 in Table 2-81. If the mobile station supports SCH0 and multiplex option
10         0x921 or 0x922, it shall maintain counters 1 through 5 in Table 2-81. If the mobile
11         station supports LTU reception on SCH0, it shall maintain counters 6 and 7 in Table
12         2-81.

1    If the mobile station supports SCH1 and multiplex option 0x3 or 0x4, it shall maintain
2    counter 8 in Table 2-81. If the mobile station supports SCH1 and multiplex option
3    0x809, 0x80a, 0x905, or 0x906, it shall maintain counters 8 and 9 in Table 2-81. If the
4    mobile station supports SCH1 and multiplex option 0x811, 0x812, 0x909, or 0x90a, it
5    shall maintain counters 8 through 10 in Table 2-81. If the mobile station supports
6    SCH1 and multiplex option 0x821, 0x822, 0x911, or 0x912, it shall maintain counters
7    8 through 11 in Table 2-81. If the mobile station supports SCH1 and multiplex option
8    0x921 or 0x922, it shall maintain counters 8 through 12 in Table 2-81. If the mobile
9    station supports LTU reception on SCH1, it shall maintain counters 13 and 14 in Table
10   2-81.

11                        **Table 2-81.  SCH Reception Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | SCH0_FOR_1X | 9600 bps or 14400 bps (1x SCH rate) |
| 2 | SCH0_FOR_2X | 19200 bps or 28800 bps (2x SCH rate) |
| 3 | SCH0_FOR_4X | 38400 bps or 57600 bps (4x SCH rate) |
| 4 | SCH0_FOR_8X | 76800 bps or 115200 bps (8x SCH rate) |
| 5 | SCH0_FOR_16X | 153600 bps (16x SCH rate) |
| 6 | SCH0_FOR_LTU | number of LTUs received from the Physical Layer |
| 7 | SCH0_FOR_LTUOK | number of LTUs received from the Physical Layer with a correct CRC |
| 8 | SCH1_FOR_1X | 9600 bps or 14400 bps (1x SCH rate) |
| 9 | SCH1_FOR_2X | 19200 bps or 28800 bps (2x SCH rate) |
| 10 | SCH1_FOR_4X | 38400 bps or 57600 bps (4x SCH rate) |
| 11 | SCH1_FOR_8X | 76800 bps or 115200 bps (8x SCH rate) |
| 12 | SCH1_FOR_16X | 153600 bps (16x SCH rate) |
| 13 | SCH1_FOR_LTU | number of LTUs received from the Physical Layer |
| 14 | SCH1_FOR_LTUOK | number of LTUs received from the Physical Layer with a correct CRC |

12

13   If the mobile station supports multiplex option 0xf20 on the Forward Supplemental
14   Channel 1 or 2, then the mobile station shall maintain the following counters:

15

16   •   If USE_FLEX_NUM_BITS$_s$ is equal to '0' or if USE_FLEX_NUM_BITS$_s$ is equal to '1'
17       and FSCH_NBIT_TABLE_ID$_s$[1] is equal to '0000', then the mobile station shall
18       maintain the counters specified in Table 2-82 for F-SCH0.

1  **Table 2-82. Reception Counters for F-SCH0 (Mux Option 0xf20, for Non-flexible**
2  **Data Rates)**

| Counter Name | Number of Information Bits per Frame | |
|---|---|---|
| | RC 3, 4, 6, 7 | RC 5, 8, 9 |
| FSCH0_1 | 172 | 267 |
| FSCH0_2 | 360 | 552 |
| FSCH0_3 | 744 | 1,128 |
| FSCH0_4 | 1,512 | 2,280 |
| FSCH0_5 | 3,048 | 4,584 |
| FSCH0_6 | 6,120 | 9,192 |
| FSCH0_7 | 12,264 | 20,712 |
| FSCH0_LTU | number of LTUs received from the Physical Layer for F-SCH0 | |
| FSCH0_LTUOK | number of LTUs received from the Physical Layer with a correct CRC for F-SCH0 | |

3
4  • If USE_FLEX_NUM_BITS$_S$ is equal to '0' or if USE_FLEX_NUM_BITS$_S$ is equal to '1'
5  and FSCH_NBIT_TABLE_ID$_S$[2] is equal to '0000', then the mobile station shall
6  maintain the counters specified in Table 2-83 for F-SCH1.

TIA-2000.3-D-1

1    **Table 2-83.  Reception Counters for F-SCH1 (Mux Option 0xf20, for Non-**
2    **flexible Data Rates)**

| Counter Name | Number of Information Bits per Frame | |
|---|---|---|
| | RC 3, 4, 6, 7 | RC 5, 8, 9 |
| FSCH1_1 | 172 | 267 |
| FSCH1_2 | 360 | 552 |
| FSCH1_3 | 744 | 1,128 |
| FSCH1_4 | 1,512 | 2,280 |
| FSCH1_5 | 3,048 | 4,584 |
| FSCH1_6 | 6,120 | 9,192 |
| FSCH1_7 | 12,264 | 20,712 |
| FSCH1_LTU | number of LTUs received from the Physical Layer for F-SCH1 | |
| FSCH1_LTUOK | number of LTUs received from the Physical Layer with a correct CRC for F-SCH1 | |

3
4    • If USE_FLEX_NUM_BITS$_S$ is equal to '1' and RSCH_NBIT_TABLE_ID$_S$[1] is not equal
5    to '0000', then the mobile station shall maintain the counters specified in Table
6    2-84 for F-SCH0.

7    **Table 2-84. Reception Counters for F-SCH0 (Mux Option 0xf20, for Flexible**
8    **Data Rates)**

| Counter Name | Description |
|---|---|
| FSCH0_$i$ | $i$ is the index in the Flexible Rate Table for F-SCH0 that corresponds to the number of information bits in the received SCH SDU.  The value of $i$ ranges from 0 to 15. |
| FSCH0_LTU | number of LTUs received from the Physical Layer for F-SCH0 |
| FSCH0_LTU OK | number of LTUs received from the Physical Layer with a correct CRC for F-SCH0 |

9
10    • If USE_FLEX_NUM_BITS$_S$ is equal to '1' and RSCH_NBIT_TABLE_ID$_S$[2] is not equal
11    to '0000', then the mobile station shall maintain the counters specified in Table
12    2-85 for F-SCH1.

1

2     **Table 2-85.   Reception Counters for F-SCH1 (Mux Option 0xf20, for Flexible**
3                                    **Data Rates)**

| Counter Name | Description |
|---|---|
| FSCH1_$i$ | $i$ is the index in the Flexible Rate Table for F-SCH1 that corresponds to the number of information bits provided in the SCH SDU.  The value of $i$ ranges from 0 to 15. |
| FSCH1_LTU | number of LTUs received from the Physical Layer for F-SCH1 |
| FSCH1_LTU OK | number of LTUs received from the Physical Layer with a correct CRC for F-SCH1 |

4   The mobile station shall only maintain the counters corresponding to the Forward
5   Supplemental Channel supported and the number of information bits supported on the
6   Forward Supplemental Channels.

7   **2.2.2.2.8 Mobile Station Reception Statistics for the F-PDCH**

8   If the mobile station supports the F-PDCH, the mobile station shall maintain the
9   counters 1 through 30 in Table 2-86.  If the mobile station supports the F-PDCH and
10  P_REV_IN_USE$_S$ is greater than or equal to 11, the mobile station shall also maintain
11  the counters 31 through 34 in Table 2-86.

1                    **Table 2-86.  F-PDCH Reception Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | FPDCH0_ACK_1X | 386-bit Information bits successfully decoded due to a command on F-PDCCH0 |
| 2 | FPDCH0_ACK_2X | 770-bits Information bits successfully decoded due to a command on F-PDCCH0 |
| 3 | FPDCH0_ACK_4X | 1538-bits Information bits successfully decoded due to a command on F-PDCCH0 |
| 4 | FPDCH0_ACK_6X | 2306-bits Information bits successfully decoded due to a command on F-PDCCH0 |
| 5 | FPDCH0_ACK_8X | 3074-bits Information bits successfully decoded due to a command on F-PDCCH0 |
| 6 | FPDCH0_ACK_10X | 3842-bits Information bits successfully decoded due to a command on F-PDCCH0 |
| 7 | FPDCH1_ACK_1X | 386-bits Information bits successfully decoded due to a command on F-PDCCH1 |
| 8 | FPDCH1_ACK_2X | 770-bits Information bits successfully decoded due to a command on F-PDCCH1 |
| 9 | FPDCH1_ACK_4X | 1538-bits Information bits successfully decoded due to a command on F-PDCCH1 |
| 10 | FPDCH1_ACK_6X | 2306-bits Information bits successfully decoded due to a command on F-PDCCH1 |
| 11 | FPDCH1_ACK_8X | 3074-bits Information bits successfully decoded due to a command on F-PDCCH1 |
| 12 | FPDCH1_ACK_10X | 3842-bits Information bits successfully decoded due to a command on F-PDCCH1 |
| 13 | FPDCH0_NAK_1X | 386-bit Information bits not successfully decoded due to a command on F-PDCCH0 |
| 14 | FPDCH0_NAK_2X | 770-bits Information bits not successfully decoded due to a command on F-PDCCH0 |
| 15 | FPDCH0_NAK_4X | 1538-bits Information bits not successfully decoded due to a command on F-PDCCH0 |
| 16 | FPDCH0_NAK_6X | 2306-bits Information bits not successfully decoded due to a command on F-PDCCH0 |
| 17 | FPDCH0_NAK_8X | 3074-bits Information bits not successfully decoded due to a command on F-PDCCH0 |
| 18 | FPDCH0_NAK_10X | 3842-bits Information bits not successfully decoded due to a command on F-PDCCH0 |
| 19 | FPDCH1_NAK_1X | 386-bit Information bits not successfully decoded due to a command on F-PDCCH1 |
| 20 | FPDCH1_NAK_2X | 770-bits Information bits not successfully decoded due to a command on F-PDCCH1 |

| Counter Number | Counter Name | Description |
|---|---|---|
| 21 | FPDCH1_NAK_4X | 1538-bits Information bits not successfully decoded due to a command on F-PDCCH1 |
| 22 | FPDCH1_NAK_6X | 2306-bits Information bits not successfully decoded due to a command on F-PDCCH1 |
| 23 | FPDCH1_NAK_8X | 3074-bits Information bits not successfully decoded due to a command on F-PDCCH1 |
| 24 | FPDCH1_NAK_10X | 3842-bits Information bits not successfully decoded due to a command on F-PDCCH1 |
| 25 | FPDCCH0_TOTAL_ACKS | Total number of ACKs transmitted due to a command on F-PDCCH0 excluding the extended control messages.[67] |
| 26 | FPDCCH0_TOTAL_NAKS | Total number of NAKs transmitted due to a command on F-PDCCH0 excluding the extended control messages.[67] |
| 27 | FPDCCH1_TOTAL_ACKS | Total number of ACKs transmitted due to a command on F-PDCCH1 excluding the extended control messages.[67] |
| 28 | FPDCCH1_TOTAL_NAKS | Total number of NAKs transmitted due to a command on F-PDCCH1 excluding the extended control messages.[67] |
| 29 | FPDCCH0_CNTL_MSG_ACKS | Total number of ACKs transmitted due to an extended control message received on F-PDCCH0.[67] |
| 30 | FPDCCH1_CNTL_MSG_ACKS | Total number of ACKs transmitted due to an extended control message received on F-PDCCH1.[67] |
| 31 | FPDCH0_ACK_0.5X | 194-bit information bits successfully decoded due to a command on F-PDCCH0 |
| 32 | FPDCH1_ACK_0.5X | 194-bit information bits successfully decoded due to a command on F-PDCCH1 |
| 33 | FPDCH0_NAK_0.5X | 194-bit information bits not successfully decoded due to a command on F-PDCCH0 |
| 34 | FPDCH1_NAK_0.5X | 194-bit information bits not successfully decoded due to a command on F-PDCCH1 |

1  **2.2.2.2.9 Mobile Station Transmission Statistics for the R-PDCH**

2  If the mobile station supports the R-PDCH, the mobile station shall maintain the
3  counters in Table 2-87.

---

[67] Extended control messages are those messages with the EXT_MSG_TYPE field included and set to '00' or '01'.

1

**Table 2-87.  R-PDCH Transmission Counters**

| Counter Number | Counter Name | Description |
|---|---|---|
| 1 | RPDCH_174_0 | 174-bit Information bits transmitted successfully[68] with the last SPID = '00' |
| 2 | RPDCH_174_1 | 174-bit Information bits transmitted successfully with the last SPID = '01' |
| 3 | RPDCH_174_2 | 174-bit Information bits transmitted successfully with the last SPID = '10' |
| 4 | RPDCH_174_NAK | 174-bit Information bits not transmitted successfully after last ARQ round[69] |
| 5 | RPDCH_1X_0 | 386-bit Information bits transmitted successfully with the last SPID = '00' |
| 6 | RPDCH_1X_1 | 386-bit Information bits transmitted successfully with the last SPID = '01' |
| 7 | RPDCH_1X_2 | 386-bit Information bits transmitted successfully with the last SPID = '10' |
| 8 | RPDCH_1X_NAK | 386-bit Information bits not transmitted successfully after last ARQ round |
| 9 | RPDCH_2X_0 | 770-bit Information bits transmitted successfully with the last SPID = '00' |
| 10 | RPDCH_2X_1 | 770-bit Information bits transmitted successfully with the last SPID = '01' |
| 11 | RPDCH_2X_2 | 770-bit Information bits transmitted successfully with the last SPID = '10' |
| 12 | RPDCH_2X_NAK | 770-bit Information bits not transmitted successfully after last ARQ round |
| 13 | RPDCH_4X_0 | 1538-bit Information bits transmitted successfully with the last SPID = '00' |
| 14 | RPDCH_4X_1 | 1538-bit Information bits transmitted successfully with the last SPID = '01' |
| 15 | RPDCH_4X_2 | 1538-bit Information bits transmitted successfully with the last SPID = '10' |
| 16 | RPDCH_4X_NAK | 1538-bit Information bits not transmitted successfully after last ARQ round |
| 17 | RPDCH_8X_0 | 3074-bit Information bits transmitted successfully with the last SPID = '00' |
| 18 | RPDCH_8X_1 | 3074-bit Information bits transmitted successfully with the last SPID = '01' |

---

[68] When an ACK or a non-broadcast grant is received.

[69] When a NAK is received for the last ARQ round when the base station is configured to send an ACK on the assigned F-ACKCH to the mobile station if and only if an R-PDCH transmission is successfully decoded on the last ARQ round.

| Counter Number | Counter Name | Description |
|---|---|---|
| 19 | RPDCH_8X_2 | 3074-bit Information bits transmitted successfully with the last SPID = '10' |
| 20 | RPDCH_8X_NAK | 3074-bit Information bits not transmitted successfully after last ARQ round |
| 21 | RPDCH_12X_0 | 4610-bit Information bits transmitted successfully with the last SPID = '00' |
| 22 | RPDCH_12X_1 | 4610-bit Information bits transmitted successfully with the last SPID = '01' |
| 23 | RPDCH_12X_2 | 4610-bit Information bits transmitted successfully with the last SPID = '10' |
| 24 | RPDCH_12X_NAK | 4610-bit Information bits not transmitted successfully after last ARQ round |
| 25 | RPDCH_16X_0 | 6146-bit Information bits transmitted successfully with the last SPID = '00' |
| 26 | RPDCH_16X_1 | 6146-bit Information bits transmitted successfully with the last SPID = '01' |
| 27 | RPDCH_16X_2 | 6146-bit Information bits transmitted successfully with the last SPID = '10' |
| 28 | RPDCH_16X_NAK | 6146-bit Information bits not transmitted successfully after last ARQ round |
| 29 | RPDCH_24X_0 | 9218-bit Information bits transmitted successfully with the last SPID = '00' |
| 30 | RPDCH_24X_1 | 9218-bit Information bits transmitted successfully with the last SPID = '01' |
| 31 | RPDCH_24X_2 | 9218-bit Information bits transmitted successfully with the last SPID = '10' |
| 32 | RPDCH_24X_NAK | 9218-bit Information bits not transmitted successfully after last ARQ round |
| 33 | RPDCH_32X_0 | 12290-bit Information bits transmitted successfully with the last SPID = '00' |
| 34 | RPDCH_32X_1 | 12290-bit Information bits transmitted successfully with the last SPID = '01' |
| 35 | RPDCH_32X_2 | 12290-bit Information bits transmitted successfully with the last SPID = '10' |
| 36 | RPDCH_32X_NAK | 12290-bit Information bits not transmitted successfully after last ARQ round |
| 37 | RPDCH_40X_0 | 15362-bit Information bits transmitted successfully with the last SPID = '00' |
| 38 | RPDCH_40X_1 | 15362-bit Information bits transmitted successfully with the last SPID = '01' |
| 39 | RPDCH_40X_2 | 15362-bit Information bits transmitted successfully with the last SPID = '10' |

TIA-2000.3-D-1

| Counter Number | Counter Name | Description |
|---|---|---|
| 40 | RPDCH_40X_NAK | 15362-bit Information bits not transmitted successfully after last ARQ round |
| 41 | RPDCH_48X_0 | 18434-bit Information bits transmitted successfully with the last SPID = '00' |
| 42 | RPDCH_48X_1 | 18434-bit Information bits transmitted successfully with the last SPID = '01' |
| 43 | RPDCH_48X_2 | 18434-bit Information bits transmitted successfully with the last SPID = '10' |
| 44 | RPDCH_48X_NAK | 18434-bit Information bits not transmitted successfully after last ARQ round |
| 4~~1~~5 | RPDCH_TOTAL_174 | Total number of 174-bit encoder packets transmitted successfully |
| 4~~2~~6 | RPDCH_TOTAL_1X | Total number of 386-bit encoder packets transmitted successfully |
| 4~~3~~7 | RPDCH_TOTAL_2X | Total number of 770-bit encoder packets transmitted successfully |
| 4~~4~~8 | RPDCH_TOTAL_4X | Total number of 1538-bit encoder packets transmitted successfully |
| 4~~5~~9 | RPDCH_TOTAL_8X | Total number of 3074-bit encoder packets transmitted successfully |
| 46~~50~~ | RPDCH_TOTAL_12X | Total number of 4610-bit encoder packets transmitted successfully |
| 47~~51~~ | RPDCH_TOTAL_16X | Total number of 6146-bit encoder packets transmitted successfully |
| 48~~52~~ | RPDCH_TOTAL_24X | Total number of 9218-bit encoder packets transmitted successfully |
| 49~~53~~ | RPDCH_TOTAL_32X | Total number of 12290-bit encoder packets transmitted successfully |
| 5~~0~~4 | RPDCH_TOTAL_40X | Total number of 15362-bit encoder packets transmitted successfully |
| 55 | RPDCH_TOTAL_48X | Total number of 18434-bit encoder packets transmitted successfully |

1
2

