1 | **Philip A. Seplow, Esq.**
Attorney #004859
2 | 2000 North 7th Street
Phoenix, AZ 85006
3 | (602) 254-8817

4

5 | **Shadow Counsel for Defendant**

6 | IN THE UNITED STATES DISTRICT COURT

7 | DISTRICT OF ARIZONA

8 | United States of America,    )    Case No. CR 08-0814-PHX-DGC
                                 )
9 |              Plaintiff,      )
                                 )    SECOND NOTICE OF FILING OF
10 |       vs.                   )    DOCUMENTS IN SUPPORT OF DEFENDANT'S
                                 )    MOTION FOR RECONSIDERATION RE:
11 | Daniel David Rigmaiden,     )    DOCUMENT NUMBER 810
                                 )
12 |              Defendant.     )
    _____    )
13

14 |          COMES NOW the Defendant, Daniel David Rigmaiden, by and

15 | through his undersigned shadow counsel, and hereby gives notice of

16 | the filing of the following documents in support of his Motion for

17 | Reconsideration re: Document number 810:

18 | (4)   Telecommunications Industry Association, TIA-2000.5-C-1[E],
          Upper Layer (Layer 3) Signaling Standard cdma2000 Spread
19 |      Spectrum Systems - Adddendum 1 (Arlington, VA: Jun. 2005);

20 | (5)   Telecommunications Industry Association, TIA/EIA/IS-2001-A
          (Revision of TIA/EIA/IS-2001), Interoperability
21 |      Specifications (IOS) for cdma2000 Access Network Interfaces
          (Arlington, VA: Aug. 2001);
22 | (6)   Telecommunications Industry Association, TIA/EIA/IS-856-1
          (Addendum No. 1 to TIA/EIA/IS-856), cdma2000 High Rate Packet
23 |      Data Air Interface Specification (Arlington, VA: Jan. 2002);

24 | (7)   Telecommunications Industry Association, TIA-856-2[E],
          cdma2000 High Rate Packet Data Air Interface Specification –
25 |      Addendum 2 (Arlington, VA: Mar. 2004);

26 | / / /

27 | / / /

28 | / / /

1

This Notice and attachments are being filed at the request and direction of Daniel Rigmaiden, Defendant *pro se*.

RESPECTFULLY SUBMITTED this 9th day of May, 2012.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant

2

CERTIFICATE OF SERVICE

__X__  I hereby certify that on May 9, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

_X_  I hereby certify that on May 9, 2012, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

    S/ Philip A. Seplow

3