<u>Submission Of Documents In Support Of
Motion For Reconsideration Of Doc. No. 810.</u>

Attachment No. 07

# TIA DOCUMENT

## cdma2000® High Rate Packet Data Air Interface Specification – Addendum 2

## TIA-856-2[E]

**MARCH 2004**

## TELECOMMUNICATIONS INDUSTRY ASSOCIATION



The Telecommunications Industry Association
represents the communications sector of



**NOTICE**

TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for their particular need.  The existence of such Publications shall not in any respect preclude any member or non-member of TIA from manufacturing or selling products not conforming to such Publications.  Neither shall the existence of such Documents preclude their voluntary use by non-TIA members, either domestically or internationally.

**TIA  DOCUMENTS**

TIA Documents contain information deemed to be of technical value to the industry, and are published at the request of the originating Committee without necessarily following the rigorous public review and resolution of comments which is a procedural part of the development of a American National Standard (ANS).  Further details of the development process are available in the TIA Engineering Manual, located at http://www.tiaonline.org/standards/sfg/engineering_manual.cfm

TIA Documents shall be reviewed on a five year cycle by the formulating Committee and a decision made on whether to reaffirm, revise, withdraw, or proceed to develop an American National Standard on this subject. Suggestions for revision should be directed to: Standards & Technology Department, Telecommunications Industry Association, 2500 Wilson Boulevard, Arlington, VA 22201 U.S.A.

(From Project No. 3-4875-AD2, formulated under the cognizance of the TIA TR-45.5 Subcommittee on Spread Spectrum Digital Technology.)

Published by

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION 2003
Standards & Technology Department
2500 Wilson Boulevard
Arlington, VA 22201 U.S.A.

**PRICE:  Please refer to current Catalog of**
**TIA TELECOMMUNICATIONS INDUSTRY ASSOCIATION STANDARDS**
**AND ENGINEERING PUBLICATIONS**
**or call Global Engineering Documents, USA and Canada**
**(1-800-854-7179) International (303-397-7956)**
**or search online at  http://www.tiaonline.org/standards/search_n_order.cfm**

All rights reserved
Printed in U.S.A.

**NOTICE OF DISCLAIMER AND LIMITATION OF LIABILITY**

The document to which this Notice is affixed (the "Document") has been prepared by one or more Engineering Committees or Formulating Groups of the Telecommunications Industry Association ("TIA"). TIA is not the author of the Document contents, but publishes and claims copyright to the Document pursuant to licenses and permission granted by the authors of the contents.

TIA Engineering Committees and Formulating Groups are expected to conduct their affairs in accordance with the TIA Engineering Manual ("Manual"), the current and predecessor versions of which are available at http://www.tiaonline.org/standards/sfg/engineering_manual.cfm. TIA's function is to administer the process, but not the content, of document preparation in accordance with the Manual and, when appropriate, the policies and procedures of the American National Standards Institute ("ANSI"). TIA does not evaluate, test, verify or investigate the information, accuracy, soundness, or credibility of the contents of the Document. In publishing the Document, TIA disclaims any undertaking to perform any duty owed to or for anyone.

The use or practice of contents of this Document may involve the use of intellectual property rights ("IPR"), including pending or issued patents, or copyrights, owned by one or more parties. TIA makes no search or investigation for IPR. When IPR consisting of patents and published pending patent applications are claimed and called to TIA's attention, a statement from the holder thereof is requested, all in accordance with the Manual. TIA takes no position with reference to, and disclaims any obligation to investigate or inquire into, the scope or validity of any claims of IPR.

TIA does not enforce or monitor compliance with the contents of the Document. TIA does not certify, inspect, test or otherwise investigate products, designs or services or any claims of compliance with the contents of the Document.

ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING WITHOUT LIMITATION, ANY AND ALL WARRANTIES CONCERNING THE ACCURACY OF THE CONTENTS, ITS FITNESS OR APPROPRIATENESS FOR A PARTICULAR PURPOSE OR USE, ITS MERCHANTABILITY AND ITS NON-INFRINGEMENT OF ANY THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. TIA EXPRESSLY DISCLAIMS ANY AND ALL RESPONSIBILITIES FOR THE ACCURACY OF THE CONTENTS AND MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE CONTENT'S COMPLIANCE WITH ANY APPLICABLE STATUTE, RULE OR REGULATION, OR THE SAFETY OR HEALTH EFFECTS OF THE CONTENTS OR ANY PRODUCT OR SERVICE REFERRED TO IN THE DOCUMENT OR PRODUCED OR RENDERED TO COMPLY WITH THE CONTENTS.

TIA SHALL NOT BE LIABLE FOR ANY AND ALL DAMAGES, DIRECT OR INDIRECT, ARISING FROM OR RELATING TO ANY USE OF THE CONTENTS CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION ANY AND ALL INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING NEGATION OF DAMAGES IS A FUNDAMENTAL ELEMENT OF THE USE OF THE CONTENTS HEREOF, AND THESE CONTENTS WOULD NOT BE PUBLISHED BY TIA WITHOUT SUCH LIMITATIONS.

**PLEASE!**

**DON'T VIOLATE
THE
LAW!**

This document is copyrighted by the TIA and may not be reproduced without prior permission of the Telecommunications Industry Association.  For information consult our website at http://www.tiaonline.org/about/faqDetail.cfm?id=18

Organizations may obtain permission to reproduce a limited number of copies through entering into a license agreement.  For information, contact:

Global Engineering Documents
15 Inverness Way East
Englewood, CO 80112-5704 U.S.A. or call
U.S.A. and Canada 1-800-854-7179, International (303) 397-7956

**CONTENTS**

FOREWORD ............................................................................................. lii

NOTES .................................................................................................. lii

REFERENCES ........................................................................................ liii

1 Overview ........................................................................................... 1-1

1.1 Scope of This Document .............................................................. 1-1

1.2 Requirements Language ............................................................... 1-1

1.3 Architecture Reference Model ..................................................... 1-2

1.4 Protocol Architecture .................................................................. 1-2

1.4.1 Layers ....................................................................................... 1-2

1.5 Physical Layer Channels ............................................................. 1-3

1.6 Protocols ...................................................................................... 1-4

1.6.1 Interfaces ................................................................................. 1-4

1.6.2 States ........................................................................................ 1-5

1.6.3 InUse and InConfiguration Protocol/Application Instances ............................. 1-6

1.6.3.1 InConfiguration Instantiation ............................................... 1-6

1.6.3.1.1 Protocol Instantiation ........................................................ 1-6

1.6.3.1.2 Application Instantiation ................................................... 1-6

1.6.3.2 Protocol Initialization .......................................................... 1-7

1.6.3.3 Procedures and Messages .................................................... 1-7

1.6.3.3.1 Commit Procedures ............................................................ 1-7

1.6.4 Common Commands ................................................................ 1-7

1.6.5 Protocol Negotiation ............................................................... 1-8

1.6.6 Protocol Overview ................................................................... 1-8

1.7 Default Applications ................................................................... 1-11

1.8 Streams ........................................................................................ 1-12

1.9 Sessions and Connections ........................................................... 1-12

1.10 Security ...................................................................................... 1-12

1.11 Terms ......................................................................................... 1-12

1.12 Notation ..................................................................................... 1-15

1.13 Malfunction Detection .............................................................. 1-16

1.14 CDMA System Time .................................................................. 1-16

1.15 Revision Number ....................................................................... 1-19

i

Deleted: lii

Deleted: liii

Deleted: liv

Deleted: 1-1

Deleted: 1-6

Deleted: 1-7

Deleted: 1-17

TIA-856-2

## CONTENTS

1   2 Default Signaling Application ................................................................. 2-1

2   2.1 Introduction .......................................................................................... 2-1

3      2.1.1 General Overview ........................................................................ 2-1

4      2.1.2 Public Data ................................................................................... 2-1

5      2.1.3 Data Encapsulation for the InUse Instance of the Signaling Application .......... 2-1

6   2.2 Protocol Initialization ........................................................................... 2-3

7      2.2.1 Protocol Initialization for the InConfiguration Application Instance ................ 2-3

8      2.2.2 Protocol Initialization for the InUse Application Instance ................................... 2-3

9   2.3 General Signaling Requirements ........................................................... 2-3

10     2.3.1 General Requirements ................................................................... 2-3

11     2.3.2 Message Information ..................................................................... 2-4

12  2.4 Procedures and Messages for the InConfiguration Instance of the Signaling
13     Application ............................................................................................... 2-5

14     2.4.1 Procedures ..................................................................................... 2-5

15     2.4.2 Commit Procedures ...................................................................... 2-5

16     2.4.3 Message Formats ........................................................................... 2-5

17        2.4.3.1 ConfigurationRequest .......................................................... 2-5

18        2.4.3.2 ConfigurationResponse ........................................................ 2-6

19  2.5 Signaling Network Protocol .................................................................. 2-7

20     2.5.1 Overview ....................................................................................... 2-7

21     2.5.2 Primitives and Public Data .......................................................... 2-7

22        2.5.2.1 Commands .............................................................................. 2-7

23        2.5.2.2 Return Indications ................................................................ 2-7

24     2.5.3 Protocol Data Unit ....................................................................... 2-7

25     2.5.4 Procedures and Messages for the InUse Instance of the Protocol .................... 2-8

26        2.5.4.1 Procedures ............................................................................. 2-8

27        2.5.4.2 Type Definitions ................................................................... 2-8

28        2.5.4.3 Messages ................................................................................ 2-9

29        2.5.4.4 SNP Header ........................................................................... 2-9

30        2.5.4.5 Interface to Other Protocols ............................................... 2-10

31           2.5.4.5.1 Commands .................................................................... 2-10

32           2.5.4.5.2 Indications .................................................................... 2-10

Deleted: 2-6

Deleted: 2-6

Deleted: 2-10

ii

## CONTENTS

1   2.6 Signaling Link Protocol ................................................................2-11
2   2.6.1 Overview ..............................................................................2-11
3   2.6.2 Primitives and Public Data .....................................................2-11
4   2.6.2.1 Commands .........................................................................2-11
5   2.6.2.2 Return Indications .............................................................2-11
6   2.6.3 Protocol Data Unit .................................................................2-11
7   2.6.4 Procedures ............................................................................2-11
8   2.6.4.1 Reset .................................................................................2-11
9   2.6.4.2 Delivery Layer Procedures .................................................2-12
10   2.6.4.2.1 General Procedures ........................................................2-12
11   2.6.4.2.1.1 Transmitter Requirements ...........................................2-12
12   2.6.4.2.1.2 Receiver Requirements ................................................2-12
13   2.6.4.2.2 Best Effort Delivery Procedures .....................................2-12
14   2.6.4.2.2.1 Transmitter Requirements ...........................................2-12
15   2.6.4.2.2.2 Receiver Requirements ................................................2-12
16   2.6.4.2.3 Reliable Delivery Procedures .........................................2-12
17   2.6.4.2.3.1 Overview ....................................................................2-12
18   2.6.4.2.3.2 Initialization ...............................................................2-13
19   2.6.4.2.3.3 Data Transfer .............................................................2-13
20   2.6.4.2.3.3.1 Transmit Procedures ................................................2-13
21   2.6.4.2.3.3.2 Receive Procedures ..................................................2-14
22   2.6.4.3 Fragmentation Layer Procedures ........................................2-15
23   2.6.4.3.1 Overview .......................................................................2-15
24   2.6.4.3.2 Initialization .................................................................2-15
25   2.6.4.3.3 Data Transfer ...............................................................2-16
26   2.6.4.3.4 Sender Requirements ....................................................2-16
27   2.6.4.3.5 Receiver Requirements .................................................2-16
28   2.6.5 Header Formats .....................................................................2-17
29   2.6.5.1 SLP-F Header ....................................................................2-17
30   2.6.5.2 SLP-D Header ...................................................................2-18
31   2.6.6 Message Formats ...................................................................2-19
32   2.6.6.1 Reset .................................................................................2-19

iii

TIA-856-2

## CONTENTS

1   2.6.6.2 ResetAck ................................................................................................2-19

2   2.6.6.3 Protocol Numeric Constants .................................................................2-20

3   2.6.7 Interface to Other Protocols .....................................................................2-20

4   2.6.7.1 Commands ................................................................................................2-20

5   2.6.7.2 Indications ...............................................................................................2-20

6   2.7 Configuration Attributes for the Default Signaling Application ...........................2-20

7   2.8 Session State Information ................................................................................2-20

8   3 Default Packet Application ...............................................................................3-1

9   3.1 Introduction ......................................................................................................3-1

10   3.1.1 General Overview ........................................................................................3-1

11   3.1.2 Public Data ..................................................................................................3-1

12   3.1.3 Data Encapsulation for the InUse Instance of the Application .........................3-1

13   3.2 Protocol Initialization ........................................................................................3-2

14   3.2.1 Protocol Initialization for the InConfiguration Application Instance ................3-2

15   3.2.2 Protocol Initialization for the InUse Application Instance ...............................3-2

16   3.3 Procedures and Messages for the InConfiguration Instance of the Packet
17       Application ....................................................................................................3-3

18   3.3.1 Procedures ..................................................................................................3-3

19   3.3.2 Commit Procedures ......................................................................................3-3

20   3.3.3 Message Formats .........................................................................................3-3

21   3.3.3.1 ConfigurationRequest ...............................................................................3-3

22   3.3.3.2 ConfigurationResponse ..............................................................................3-4

23   3.4 Radio Link Protocol ..........................................................................................3-5

24   3.4.1 Overview .....................................................................................................3-5

25   3.4.2 Primitives and Public Data ...........................................................................3-5

26   3.4.2.1 Commands ................................................................................................3-5

27   3.4.2.2 Return Indications .....................................................................................3-5

28   3.4.3 Protocol Data Unit ......................................................................................3-5

29   3.4.4 Procedures and Messages for the InUse Instance of the Protocol ..................3-5

30   3.4.4.1 Procedures ...............................................................................................3-5

31   3.4.4.1.1 Initialization and Reset .........................................................................3-5

32   3.4.4.1.1.1 Initialization Procedure .....................................................................3-6

Deleted: 3-6

iv

**CONTENTS**

3.4.4.1.1.2 Reset Procedure .................................................3-6

3.4.4.1.1.2.1 Reset Procedure for the Initiating Side .................3-6

3.4.4.1.1.2.2 Reset Procedure for the Responding Side ..............3-6

3.4.4.1.2 Data Transfer ....................................................3-6

3.4.4.1.2.1 RLP Transmit Procedures .................................3-7

3.4.4.1.2.2 RLP Receive Procedures .................................3-7

3.4.4.2 RLP Packet Header .................................................3-9

3.4.4.3 Message Formats .................................................3-9

3.4.4.3.1 Reset .................................................3-9

3.4.4.3.2 ResetAck .................................................3-9

3.4.4.3.3 Nak .................................................3-10

3.4.4.4 Interface to Other Protocols .................................3-11

3.4.4.4.1 Commands .................................................3-11

3.4.4.4.2 Indications .................................................3-11

3.4.4.5 RLP Packet Priorities .................................................3-11

3.4.5 Protocol Numeric Constants .................................................3-11

3.5 Location Update Protocol .................................................3-12

3.5.1 Overview .................................................3-12

3.5.2 Primitives and Public Data .................................................3-12

3.5.2.1 Commands .................................................3-12

3.5.2.2 Return Indications .................................................3-12

3.5.3 Protocol Data Unit .................................................3-12

3.5.4 Procedures and Messages for the InUse Instance of the Protocol ..............3-12

3.5.4.1 Procedures .................................................3-12

3.5.4.1.1 Access Network Requirements .................................3-12

3.5.4.1.2 Access Terminal Requirements .................................3-12

3.5.4.2 Message Formats .................................................3-13

3.5.4.2.1 LocationRequest .................................................3-13

3.5.4.2.2 LocationNotification .................................................3-13

3.5.4.2.3 LocationAssignment .................................................3-14

3.5.4.2.4 LocationComplete .................................................3-15

3.5.4.3 Interface to Other Protocols .................................................3-15

**Deleted:** 3-7

**Deleted:** 3-8

**Deleted:** 3-10

**Deleted:** 3-16

v

## CONTENTS

3.5.4.3.1 Commands ................................................................. 3-15

3.5.4.3.2 Indications ................................................................. 3-15

3.6 Flow Control Protocol ................................................................. 3-19

3.6.1 Overview ................................................................. 3-19

3.6.2 Primitives and Public Data ................................................................. 3-20

3.6.2.1 Commands ................................................................. 3-20

3.6.2.2 Return Indications ................................................................. 3-20

3.6.3 Protocol Data Unit ................................................................. 3-20

3.6.4 Procedures and Messages for the InUse Instance of the Protocol ................. 3-20

3.6.4.1 Procedures ................................................................. 3-20

3.6.4.1.1 Transmission and Processing of DataReady Message ........................ 3-20

3.6.4.1.2 Close State ................................................................. 3-20

3.6.4.1.2.1 Access Terminal Requirements ................................................ 3-20

3.6.4.1.2.2 Access Network Requirements ................................................ 3-20

3.6.4.1.3 Open State ................................................................. 3-21

3.6.4.1.3.1 Access Terminal Requirements ................................................ 3-21

3.6.4.1.3.2 Access Network Requirements ................................................ 3-21

3.6.4.2 Message Formats ................................................................. 3-21

3.6.4.2.1 XonRequest ................................................................. 3-21

3.6.4.2.2 XonResponse ................................................................. 3-22

3.6.4.2.3 XoffRequest ................................................................. 3-22

3.6.4.2.4 XoffResponse ................................................................. 3-22

3.6.4.2.5 DataReady ................................................................. 3-23

3.6.4.2.6 DataReadyAck ................................................................. 3-23

3.6.5 Protocol Numeric Constants ................................................................. 3-23

3.7 Configuration Attributes for the Default Packet Application ................................. 3-24

3.8 Session State Information ................................................................. 3-24

3.8.1 Location Parameter ................................................................. 3-25

3.8.2 FlowControlState Parameter ................................................................. 3-25

4 Stream Layer ................................................................. 4-1

4.1 Introduction ................................................................. 4-1

4.1.1 General Overview ................................................................. 4-1

Deleted: 3-16

Deleted: 3-16

Deleted: 3-24

**CONTENTS**

1   4.1.2 Data Encapsulation for the InUse Protocol Instance .......................................4-1

2   4.2 Default Stream Protocol.........................................................................................4-1

3   4.2.1 Overview...........................................................................................................4-1

4   4.2.2 Primitives and Public Data..............................................................................4-2

5   4.2.2.1 Commands .....................................................................................................4-2

6   4.2.2.2 Return Indications ........................................................................................4-2

7   4.2.2.3 Public Data ...................................................................................................4-2

8   4.2.3 Protocol Data Unit ...........................................................................................4-2

9   4.2.4 Protocol Initialization ......................................................................................4-2

10   4.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...............4-2

11   4.2.4.2 Protocol Initialization for the InUse Protocol Instance................................4-2

12   4.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol ......4-2

13   4.2.5.1 Procedures....................................................................................................4-2

14   4.2.5.2 Commit Procedures ......................................................................................4-3

15   4.2.5.3 Message Formats ..........................................................................................4-3

16   4.2.5.3.1 ConfigurationRequest...............................................................................4-3

17   4.2.5.3.2 ConfigurationResponse ............................................................................4-4

18   4.2.6 Procedures and Messages for the InUse Instance of the Protocol.....................4-4

19   4.2.6.1 Procedures....................................................................................................4-4

20   4.2.6.2 Stream Header ..............................................................................................4-5

21   4.2.6.3 Interface to Other Protocols .........................................................................4-5

22   4.2.6.3.1 Commands.................................................................................................4-5

23   4.2.6.3.2 Indications.................................................................................................4-5

24   4.2.7 Configuration Attributes ..................................................................................4-5

25   4.2.7.1 StreamConfiguration Attribute .....................................................................4-5

26   4.2.8 Protocol Numeric Constants ............................................................................4-7

27   4.2.9 Session State Information..................................................................................4-7

28   5 Session Layer ..........................................................................................................5-1

29   5.1 Introduction .........................................................................................................5-1

30   5.1.1 General Overview.............................................................................................5-1

31   5.1.2 Data Encapsulation for the InUse Protocol Instance .......................................5-2

32   5.2 Default Session Management Protocol ..................................................................5-3

vii

TIA-856-2

## CONTENTS

5.2.1 Overview ............................................................................................5-3

5.2.2 Primitives and Public Data ...............................................................5-4

5.2.2.1 Commands .....................................................................................5-4

5.2.2.2 Return Indications .........................................................................5-4

5.2.2.3 Public Data....................................................................................5-4

5.2.3 Protocol Data Unit ...........................................................................5-5

5.2.4 Protocol Initialization.......................................................................5-5

5.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance................5-5

5.2.4.2 Protocol Initialization for the InUse Protocol Instance ................5-5

5.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol.......5-5

5.2.5.1 Procedures ....................................................................................5-5

5.2.5.2 Commit Procedures .......................................................................5-5

5.2.5.3 Message Formats ..........................................................................5-6

5.2.5.3.1 ConfigurationRequest ...............................................................5-6

5.2.5.3.2 ConfigurationResponse ............................................................5-6

5.2.6 Procedures and Messages for the InUse Instance of the Protocol ....................5-7

5.2.6.1 Procedures ...................................................................................5-7

5.2.6.1.1 Command Processing ...............................................................5-7

5.2.6.1.1.1 Activate ................................................................................5-7

5.2.6.1.1.2 Deactivate ...........................................................................5-7

5.2.6.1.2 Processing the SessionClose Message ....................................5-8

5.2.6.1.3 Processing Failed Indications .................................................5-8

5.2.6.1.4 Inactive State ..........................................................................5-9

5.2.6.1.5 AMP Setup State ....................................................................5-9

5.2.6.1.5.1 Access Terminal Requirements ............................................5-9

5.2.6.1.5.2 Access Network Requirements ............................................5-10

5.2.6.1.6 Open State ..............................................................................5-10

5.2.6.1.6.1 Keep Alive Functions ...........................................................5-10

5.2.6.1.7 Close State .............................................................................5-11

5.2.6.2 Message Formats ........................................................................5-11

5.2.6.2.1 SessionClose............................................................................5-11

5.2.6.2.2 KeepAliveRequest ..................................................................5-12

| Deleted: 5-7 |
| Deleted: 5-8 |
| Deleted: 5-9 |
| Deleted: 5-10 |
| Deleted: 5-10 |
| Deleted: 5-13 |

viii

## CONTENTS

5.2.6.2.3 KeepAliveResponse..............................................................5-13

5.2.6.3 Interface to Other Protocols ....................................................5-13

5.2.6.3.1 Commands Sent ..................................................................5-13

5.2.6.3.2 Indications .........................................................................5-13

5.2.7 Configuration Attributes .............................................................5-13

5.2.8 Protocol Numeric Constants .......................................................5-14

5.2.9 Session State Information ...........................................................5-14

5.3 Default Address Management Protocol .........................................5-15

5.3.1 Overview ...................................................................................5-15

5.3.2 Primitives and Public Data..........................................................5-16

5.3.2.1 Commands ...........................................................................5-16

5.3.2.2 Return Indications ...............................................................5-16

5.3.2.3 Public Data ..........................................................................5-16

5.3.3 Connection Endpoints ................................................................5-16

5.3.4 Protocol Data Unit .....................................................................5-17

5.3.5 Protocol Initialization .................................................................5-17

5.3.5.1 Protocol Initialization for the InConfiguration Protocol Instance ..............5-17

5.3.5.2 Protocol Initialization for the InUse Protocol Instance............................5-17

5.3.6 Procedures and Messages for the InConfiguration Instance of the Protocol ....5-17

5.3.6.1 Procedures............................................................................5-17

5.3.6.2 Commit Procedures ...............................................................5-18

5.3.6.3 Message Formats ..................................................................5-18

5.3.6.3.1 ConfigurationRequest...........................................................5-18

5.3.6.3.2 ConfigurationResponse .........................................................5-19

5.3.7 Procedures and Messages for the InUse Instance of the Protocol....................5-19

5.3.7.1 Procedures............................................................................5-19

5.3.7.1.1 Command Processing............................................................5-19

5.3.7.1.1.1 Activate ...........................................................................5-19

5.3.7.1.1.2 Deactivate .......................................................................5-20

5.3.7.1.1.3 UpdateUATI......................................................................5-20

5.3.7.1.2 UATIAssignment Message Validation.......................................5-20

5.3.7.1.3 Processing HardwareIDRequest message........................................5-20

Deleted: 5-14

Deleted: 5-14

Deleted: 5-16

Deleted: 5-16

Deleted: 5-17

Deleted: 5-17

Deleted: 5-17

Deleted: 5-17

Deleted: 5-18

Deleted: 5-18

Deleted: 5-18

Deleted: 5-18

Deleted: 5-18

Deleted: 5-18

Deleted: 5-18

Deleted: 5-19

Deleted: 5-19

Deleted: 5-19

Deleted: 5-20

Deleted: 5-20

Deleted: 5-20

Deleted: 5-20

Deleted: 5-20

Deleted: 5-21

Deleted: 5-21

Deleted: 5-21

Deleted: 5-21

TIA-856-2

# CONTENTS

| | | |
|---|---|---|
| 1 | 5.3.7.1.4 Inactive State ........................................................ | 5-20 |
| 2 | 5.3.7.1.4.1 Access Terminal Requirements ................................. | 5-20 |
| 3 | 5.3.7.1.4.2 Access Network Requirements ................................ | 5-21 |
| 4 | 5.3.7.1.5 Setup State ........................................................ | 5-21 |
| 5 | 5.3.7.1.5.1 Access Terminal Requirements ................................. | 5-21 |
| 6 | 5.3.7.1.5.2 Access Network Requirements ................................ | 5-22 |
| 7 | 5.3.7.1.6 Open State ........................................................ | 5-23 |
| 8 | 5.3.7.1.6.1 Access Terminal Requirements ................................. | 5-23 |
| 9 | 5.3.7.1.6.2 Access Network Requirements ................................ | 5-25 |
| 10 | 5.3.7.2 Message Formats .................................................... | 5-26 |
| 11 | 5.3.7.2.1 UATIRequest ...................................................... | 5-26 |
| 12 | 5.3.7.2.2 UATIAssignment .................................................. | 5-26 |
| 13 | 5.3.7.2.3 UATIComplete ..................................................... | 5-27 |
| 14 | 5.3.7.2.4 HardwareIDRequest ............................................... | 5-28 |
| 15 | 5.3.7.2.5 HardwareIDResponse ............................................. | 5-29 |
| 16 | 5.3.7.3 Interface to Other Protocols ...................................... | 5-30 |
| 17 | 5.3.7.3.1 Commands ......................................................... | 5-30 |
| 18 | 5.3.7.3.2 Indications ........................................................ | 5-30 |
| 19 | 5.3.8 Configuration Attributes ............................................. | 5-30 |
| 20 | 5.3.9 Protocol Numeric Constants ......................................... | 5-30 |
| 21 | 5.3.10 Session State Information ........................................... | 5-30 |
| 22 | 5.3.10.1 SessionSeed Parameter ........................................... | 5-31 |
| 23 | 5.3.10.2 MessageSequence Parameter ...................................... | 5-31 |
| 24 | 5.4 Default Session Configuration Protocol ............................... | 5-32 |
| 25 | 5.4.1 Overview .............................................................. | 5-32 |
| 26 | 5.4.2 Primitives and Public Data .......................................... | 5-34 |
| 27 | 5.4.2.1 Commands .......................................................... | 5-34 |
| 28 | 5.4.2.2 Return Indications ................................................. | 5-34 |
| 29 | 5.4.2.3 Public Data ......................................................... | 5-34 |
| 30 | 5.4.3 Protocol Data Unit ................................................... | 5-35 |
| 31 | 5.4.4 Protocol Initialization ............................................... | 5-35 |
| 32 | 5.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............... | 5-35 |

Deleted: 5-21, 5-22, 5-22, 5-22, 5-22, 5-23, 5-24, 5-24, 5-26, 5-27, 5-27, 5-27, 5-29, 5-30, 5-30, 5-31, 5-31, 5-31, 5-32, 5-32, 5-32, 5-32, 5-33, 5-34, 5-34, 5-36, 5-36, 5-36, 5-36, 5-37, 5-37, 5-37

x

## CONTENTS

5.4.4.2 Protocol Initialization for the InUse Protocol Instance.............................5-35

5.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....5-35

5.4.5.1 Procedures..................................................................................5-35

5.4.5.2 Commit Procedures ....................................................................5-35

5.4.5.3 Message Formats .......................................................................5-36

5.4.6 Procedures and Messages for the InUse Instance of the Protocol.................5-36

5.4.6.1 Procedures................................................................................5-36

5.4.6.1.1 Processing the Activate Command................................5-36

5.4.6.1.2 Processing the Deactivate Command.............................5-36

5.4.6.1.3 Inactive State .............................................................5-36

5.4.6.1.4 AT Initiated State .......................................................5-36

5.4.6.1.4.1 Access Terminal Requirements .......................5-37

5.4.6.1.4.2 Access Network Requirements .......................5-38

5.4.6.1.5 AN Initiated State .......................................................5-39

5.4.6.1.5.1 Access Terminal Requirements .......................5-39

5.4.6.1.5.2 Access Network Requirements .......................5-39

5.4.6.1.6 Open State ................................................................5-40

5.4.6.1.6.1 Access Terminal Requirements .......................5-40

5.4.6.1.6.2 Access Network Requirements .......................5-41

5.4.6.2 Message Formats ......................................................................5-41

5.4.6.2.1 ConfigurationComplete ..............................................5-41

5.4.6.2.2 ConfigurationStart .....................................................5-42

5.4.6.2.3 ConfigurationRequest..................................................5-42

5.4.6.2.4 ConfigurationResponse................................................5-42

5.4.6.3 Interface to Other Protocols .......................................................5-43

5.4.6.3.1 Commands..................................................................5-43

5.4.6.3.2 Indications .................................................................5-43

5.4.7 Configuration Attributes...................................................................5-43

5.4.7.1 Protocol Type Attributes............................................................5-43

5.4.7.2 PriorSession Attribute................................................................5-44

5.4.8 Protocol Numeric Constants ..............................................................5-46

5.4.9 Message Flows.................................................................................5-46

**Deleted:** 5-37

**Deleted:** 5-37

**Deleted:** 5-37

**Deleted:** 5-37

**Deleted:** 5-38

**Deleted:** 5-38

**Deleted:** 5-38

**Deleted:** 5-38

**Deleted:** 5-38

**Deleted:** 5-38

**Deleted:** 5-38

**Deleted:** 5-39

**Deleted:** 5-40

**Deleted:** 5-41

**Deleted:** 5-41

**Deleted:** 5-42

**Deleted:** 5-42

**Deleted:** 5-43

**Deleted:** 5-43

**Deleted:** 5-43

**Deleted:** 5-43

**Deleted:** 5-44

**Deleted:** 5-44

**Deleted:** 5-45

**Deleted:** 5-45

**Deleted:** 5-45

**Deleted:** 5-45

**Deleted:** 5-46

**Deleted:** 5-46

**Deleted:** 5-46

**Deleted:** 5-48

**Deleted:** 5-48

## CONTENTS

5.4.10 Session State Information................................................5-48

6 Connection Layer ...................................................................................6-1

6.1 Introduction .........................................................................................6-1

6.1.1 General Overview ...........................................................................6-1

6.1.2 Data Encapsulation for the InUse Protocol Instance .....................6-3

6.2 Default Air-Link Management Protocol ...............................................6-5

6.2.1 Overview .......................................................................................6-5

6.2.2 Primitives and Public Data ............................................................6-7

6.2.2.1 Commands .................................................................................6-7

6.2.2.2 Return Indications ......................................................................6-7

6.2.2.3 Public Data ................................................................................6-7

6.2.3 Protocol Data Unit .........................................................................6-7

6.2.4 Protocol Initialization .....................................................................6-8

6.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance................6-8

6.2.4.2 Protocol Initialization for the InUse Protocol Instance ....................6-8

6.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol......6-8

6.2.5.1 Procedures ................................................................................6-8

6.2.5.2 Commit Procedures ...................................................................6-8

6.2.5.3 Message Formats .......................................................................6-9

6.2.5.3.1 ConfigurationRequest .............................................................6-9

6.2.5.3.2 ConfigurationResponse ...........................................................6-10

6.2.6 Procedures and Messages for the InUse Instance of the Protocol .................6-10

6.2.6.1 Procedures ................................................................................6-10

6.2.6.1.1 Command Processing ...............................................................6-10

6.2.6.1.1.1 OpenConnection ...................................................................6-10

6.2.6.1.1.2 CloseConnection ...................................................................6-11

6.2.6.1.2 Initialization State.....................................................................6-11

6.2.6.1.2.1 Access Terminal Requirements ...............................................6-11

6.2.6.1.2.2 Access Network Requirements ...............................................6-11

6.2.6.1.3 Idle State ................................................................................6-11

6.2.6.1.3.1 Access Terminal Requirements ...............................................6-12

6.2.6.1.3.1.1 General Requirements...........................................................6-12

Deleted: 5-50

Deleted: 6-9

Deleted: 6-11

Deleted: 6-11

Deleted: 6-11

Deleted: 6-11

Deleted: 6-12

Deleted: 6-12

xii

# CONTENTS

6.2.6.1.3.1.2 Idle State Cleanup Procedures................................................6-12

6.2.6.1.3.2 Access Network Requirements..................................................6-12

6.2.6.1.3.2.1 General Requirements........................................................6-12

6.2.6.1.3.2.2 Idle State Cleanup Procedures..............................................6-13

6.2.6.1.4 Connected State...................................................................6-13

6.2.6.1.4.1 Access Terminal Requirements..................................................6-13

6.2.6.1.4.1.1 General Requirements........................................................6-13

6.2.6.1.4.1.2 Connected State Cleanup Procedures.........................................6-14

6.2.6.1.4.2 Access Network Requirements..................................................6-14

6.2.6.1.4.2.1 General Requirements........................................................6-14

6.2.6.1.4.2.2 Connected State Cleanup Procedures.........................................6-14

6.2.6.2 Message Formats ...................................................................6-15

6.2.6.2.1 Redirect ........................................................................6-15

6.2.6.3 Interface to Other Protocols .....................................................6-15

6.2.6.3.1 Commands Sent ...................................................................6-15

6.2.6.3.2 Indications .....................................................................6-16

6.2.7 Configuration Attributes ..........................................................6-16

6.2.8 Protocol Numeric Constants ........................................................6-16

6.2.9 Session State Information .........................................................6-16

6.3 Default Initialization State Protocol ...............................................6-17

6.3.1 Overview ..........................................................................6-17

6.3.2 Primitives and Public Data.........................................................6-17

6.3.2.1 Commands .........................................................................6-17

6.3.2.2 Return Indications ...............................................................6-18

6.3.2.3 Public Data ......................................................................6-18

6.3.3 Protocol Data Unit ................................................................6-18

6.3.4 Protocol Initialization ...........................................................6-18

6.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance ..............6-18

6.3.4.2 Protocol Initialization for the InUse Protocol Instance..........................6-18

6.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol ...6-19

6.3.5.1 Procedures........................................................................6-19

6.3.5.2 Commit Procedures ................................................................6-19

Deleted: 6-13
Deleted: 6-13
Deleted: 6-13
Deleted: 6-14
Deleted: 6-14
Deleted: 6-15
Deleted: 6-17
Deleted: 6-17
Deleted: 6-17
Deleted: 6-18
Deleted: 6-18
Deleted: 6-18
Deleted: 6-18
Deleted: 6-19
Deleted: 6-19
Deleted: 6-19
Deleted: 6-19
Deleted: 6-19
Deleted: 6-19
Deleted: 6-20
Deleted: 6-20
Deleted: 6-20

# CONTENTS

6.3.5.3 Message Formats ................................................................. 6-19

6.3.5.3.1 ConfigurationRequest ................................................ 6-19

6.3.5.3.2 ConfigurationResponse ............................................. 6-20

6.3.6 Procedures and Messages for the InUse Instance of the Protocol ................... 6-21

6.3.6.1 Procedures ............................................................... 6-21

6.3.6.1.1 Command Processing ................................................ 6-21

6.3.6.1.1.1 Activate ........................................................ 6-21

6.3.6.1.1.2 Deactivate ..................................................... 6-21

6.3.6.1.2 Inactive State ....................................................... 6-21

6.3.6.1.3 Network Determination State ..................................... 6-21

6.3.6.1.4 Pilot Acquisition State ............................................ 6-22

6.3.6.1.5 Synchronization State ............................................. 6-22

6.3.6.2 Message Formats ........................................................ 6-22

6.3.6.2.1 Sync ................................................................. 6-22

6.3.6.3 Interface to Other Protocols ............................................ 6-23

6.3.6.3.1 Commands Sent ..................................................... 6-23

6.3.6.3.2 Indications ......................................................... 6-23

6.3.7 Configuration Attributes ..................................................... 6-23

6.3.8 Protocol Numeric Constants .................................................. 6-24

6.3.9 Session State Information .................................................... 6-24

6.4 Default Idle State Protocol ...................................................... 6-25

6.4.1 Overview .................................................................... 6-25

6.4.2 Primitives and Public Data ................................................... 6-27

6.4.2.1 Commands ................................................................ 6-27

6.4.2.2 Return Indications ....................................................... 6-27

6.4.2.3 Public Data .............................................................. 6-27

6.4.3 Protocol Data Unit .......................................................... 6-27

6.4.4 Protocol Initialization ...................................................... 6-27

6.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............... 6-27

6.4.4.2 Protocol Initialization for the InUse Protocol Instance ...................... 6-28

6.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 6-28

6.4.5.1 Procedures .............................................................. 6-28

Deleted: 6-20

Deleted: 6-20

Deleted: 6-21

Deleted: 6-22

Deleted: 6-22

Deleted: 6-22

Deleted: 6-22

Deleted: 6-22

Deleted: 6-22

Deleted: 6-22

Deleted: 6-23

Deleted: 6-23

Deleted: 6-23

Deleted: 6-23

Deleted: 6-24

Deleted: 6-24

Deleted: 6-24

Deleted: 6-25

Deleted: 6-25

Deleted: 6-25

Deleted: 6-26

Deleted: 6-26

Deleted: 6-28

Deleted: 6-28

Deleted: 6-28

Deleted: 6-28

Deleted: 6-28

Deleted: 6-28

Deleted: 6-29

Deleted: 6-29

Deleted: 6-29

TIA-856-2

## CONTENTS

6.4.5.2 Commit Procedures ................................................................. 6-28

6.4.5.3 Message Formats ................................................................. 6-29

6.4.5.3.1 ConfigurationRequest ................................................. 6-29

6.4.5.3.2 ConfigurationResponse ............................................... 6-29

6.4.6 Procedures and Messages for the InUse Instance of the Protocol .................... 6-30

6.4.6.1 Procedures ......................................................................... 6-30

6.4.6.1.1 Command Processing ................................................. 6-30

6.4.6.1.1.1 Activate .................................................... 6-30

6.4.6.1.1.2 Deactivate ................................................. 6-30

6.4.6.1.1.3 OpenConnection ........................................... 6-31

6.4.6.1.1.4 Close ...................................................... 6-31

6.4.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest
Message .................................................................. 6-31

6.4.6.1.3 Inactive State ......................................................... 6-31

6.4.6.1.4 Sleep State ............................................................ 6-31

6.4.6.1.5 Monitor State ......................................................... 6-32

6.4.6.1.5.1 Access Terminal Requirements ........................ 6-32

6.4.6.1.5.1.1 CDMA Channel Selection ..................... 6-33

6.4.6.1.5.1.2 Transition to Sleep State .................... 6-33

6.4.6.1.5.2 Access Network Requirements ......................... 6-34

6.4.6.1.5.2.1 General Requirements ......................... 6-34

6.4.6.1.6 Connection Setup State .............................................. 6-34

6.4.6.1.6.1 Access Terminal Requirements ........................ 6-35

6.4.6.1.6.2 Access Network Requirements ......................... 6-36

6.4.6.2 Message Formats ................................................................. 6-36

6.4.6.2.1 Page ..................................................................... 6-36

6.4.6.2.2 ConnectionRequest .................................................. 6-36

6.4.6.2.3 ConnectionDeny ...................................................... 6-37

6.4.6.3 Interface to Other Protocols ................................................. 6-38

6.4.6.3.1 Commands Sent ....................................................... 6-38

6.4.6.3.2 Indications ............................................................ 6-38

6.4.7 Configuration Attributes ............................................................... 6-38

6.4.7.1 Preferred Control Channel Cycle Attribute ............................... 6-38

Deleted: 6-29

Deleted: 6-30

Deleted: 6-30

Deleted: 6-30

Deleted: 6-31

Deleted: 6-31

Deleted: 6-31

Deleted: 6-31

Deleted: 6-31

Deleted: 6-32

Deleted: 6-32

Deleted: 6-32

Deleted: 6-32

Deleted: 6-32

Deleted: 6-33

Deleted: 6-33

Deleted: 6-34

Deleted: 6-34

Deleted: 6-35

Deleted: 6-35

Deleted: 6-35

Deleted: 6-36

Deleted: 6-37

Deleted: 6-37

Deleted: 6-37

Deleted: 6-37

Deleted: 6-38

Deleted: 6-39

Deleted: 6-39

Deleted: 6-39

Deleted: 6-40

Deleted: 6-40

**CONTENTS**

1 6.4.8 Protocol Numeric Constants ............................................... 6-40

2 6.4.9 Session State Information .................................................. 6-40

3 6.5 Default Connected State Protocol .......................................... 6-41

4 6.5.1 Overview ................................................................. 6-41

5 6.5.2 Primitives and Public Data ............................................... 6-42

6 6.5.2.1 Commands ............................................................... 6-42

7 6.5.2.2 Return Indications ..................................................... 6-42

8 6.5.2.3 Public Data ............................................................ 6-42

9 6.5.3 Protocol Data Unit ...................................................... 6-42

10 6.5.4 Protocol Initialization ................................................ 6-42

11 6.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance .... 6-42

12 6.5.4.2 Protocol Initialization for the InUse Protocol Instance ............. 6-42

13 6.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 6-43

14 6.5.5.1 Procedures ............................................................ 6-43

15 6.5.5.2 Commit Procedures ..................................................... 6-43

16 6.5.5.3 Message Formats ....................................................... 6-43

17 6.5.5.3.1 ConfigurationRequest ............................................... 6-43

18 6.5.5.3.2 ConfigurationResponse .............................................. 6-44

19 6.5.6 Procedures and Messages for the InUse Instance of the Protocol .......... 6-45

20 6.5.6.1 Procedures ............................................................ 6-45

21 6.5.6.1.1 Command Processing .................................................. 6-45

22 6.5.6.1.1.1 Activate .......................................................... 6-45

23 6.5.6.1.1.2 Deactivate ........................................................ 6-45

24 6.5.6.1.1.3 CloseConnection ................................................... 6-45

25 6.5.6.1.2 Open State .......................................................... 6-45

26 6.5.6.1.2.1 Access Terminal Requirements ...................................... 6-45

27 6.5.6.1.2.1.1 General Requirements ............................................. 6-45

28 6.5.6.1.2.1.2 Cleanup Procedures .............................................. 6-46

29 6.5.6.1.2.2 Access Network Requirements ....................................... 6-46

30 6.5.6.1.2.2.1 General Requirements ............................................. 6-46

31 6.5.6.1.2.2.2 Cleanup Procedures .............................................. 6-46

32 6.5.6.1.3 Close State ......................................................... 6-47

Deleted: 6-41

Deleted: 6-41

Deleted: 6-42

Deleted: 6-42

Deleted: 6-43

Deleted: 6-43

Deleted: 6-43

Deleted: 6-43

Deleted: 6-43

Deleted: 6-43

Deleted: 6-43

Deleted: 6-43

Deleted: 6-44

Deleted: 6-44

Deleted: 6-44

Deleted: 6-44

Deleted: 6-44

Deleted: 6-45

Deleted: 6-46

Deleted: 6-46

Deleted: 6-46

Deleted: 6-46

Deleted: 6-46

Deleted: 6-46

Deleted: 6-46

Deleted: 6-46

Deleted: 6-47

Deleted: 6-47

Deleted: 6-47

Deleted: 6-47

Deleted: 6-48

**CONTENTS**

6.5.6.2 Message Formats .................................................................. 6-47

6.5.6.2.1 ConnectionClose ............................................................ 6-47

6.5.6.3 Interface to Other Protocols ................................................ 6-48

6.5.6.3.1 Commands Sent ............................................................. 6-48

6.5.6.3.2 Indications .................................................................... 6-48

6.5.7 Configuration Attributes ....................................................... 6-48

6.5.8 Protocol Numeric Constants ................................................... 6-48

6.5.9 Session State Information ...................................................... 6-48

6.6 Default Route Update Protocol ................................................... 6-49

6.6.1 Overview ............................................................................ 6-49

6.6.2 Primitives and Public Data ..................................................... 6-50

6.6.2.1 Commands ...................................................................... 6-50

6.6.2.2 Return Indications ............................................................ 6-50

6.6.2.3 Public Data ..................................................................... 6-50

6.6.3 Protocol Data Unit ............................................................... 6-51

6.6.4 Protocol Initialization ........................................................... 6-51

6.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............... 6-51

6.6.4.2 Protocol Initialization for the InUse Protocol Instance .......................... 6-51

6.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol ..... 6-51

6.6.5.1 Procedures ..................................................................... 6-51

6.6.5.2 Commit Procedures ........................................................... 6-52

6.6.5.3 Message Formats .............................................................. 6-53

6.6.5.3.1 ConfigurationRequest ..................................................... 6-53

6.6.5.3.2 ConfigurationResponse ................................................... 6-53

6.6.6 Procedures and Messages for the InUse Instance of the Protocol ............... 6-54

6.6.6.1 Procedures ..................................................................... 6-54

6.6.6.1.1 Command Processing ...................................................... 6-54

6.6.6.1.1.1 Activate .................................................................... 6-54

6.6.6.1.1.2 Deactivate ................................................................ 6-54

6.6.6.1.1.3 Open ....................................................................... 6-54

6.6.6.1.1.4 Close ...................................................................... 6-55

6.6.6.1.2 Pilots and Pilot Sets ....................................................... 6-55

Deleted: 6-48

Deleted: 6-48

Deleted: 6-49

Deleted: 6-49

Deleted: 6-49

Deleted: 6-49

Deleted: 6-49

Deleted: 6-49

Deleted: 6-50

Deleted: 6-50

Deleted: 6-51

Deleted: 6-51

Deleted: 6-51

Deleted: 6-51

Deleted: 6-52

Deleted: 6-52

Deleted: 6-52

Deleted: 6-52

Deleted: 6-53

Deleted: 6-53

Deleted: 6-53

Deleted: 6-54

Deleted: 6-54

Deleted: 6-54

Deleted: 6-54

Deleted: 6-55

Deleted: 6-55

Deleted: 6-55

Deleted: 6-55

Deleted: 6-55

Deleted: 6-56

Deleted: 6-56

Deleted: 6-56

## CONTENTS

6.6.6.1.2.1 Neighbor Set Search Window Parameters Update ..........................6-56

6.6.6.1.2.2 Pilot Search .........................................................................6-56

6.6.6.1.2.3 Pilot Strength Measurement ...................................................6-57

6.6.6.1.2.4 Pilot Drop Timer Maintenance ................................................6-57

6.6.6.1.2.5 Active Set Management ..........................................................6-58

6.6.6.1.2.6 Candidate Set Management .....................................................6-58

6.6.6.1.2.7 Neighbor Set Management ......................................................6-59

6.6.6.1.2.8 Remaining Set Management ....................................................6-61

6.6.6.1.2.9 Pilot PN Phase Measurement ..................................................6-61

6.6.6.1.3 Message Sequence Numbers ....................................................6-61

6.6.6.1.3.1 RouteUpdate Message Validation ..........................................6-61

6.6.6.1.3.2 TrafficChannelAssignment Message Validation .........................6-62

6.6.6.1.3.3 AttributeOverride Message Validation .....................................6-62

6.6.6.1.4 When the access terminal receives an AttributeOverride message,
it shall validate the message using the procedure defined in 10.6. The
access terminal shall discard the message if it is invalid.Inactive State .......6-62

6.6.6.1.5 Idle State ..............................................................................6-63

6.6.6.1.5.1 Active Set Maintenance .........................................................6-63

6.6.6.1.5.2 Pilot Channel Supervision in the Idle State ..............................6-63

6.6.6.1.5.3 Processing the TrafficChannelAssignment Message in the Idle
State .........................................................................................6-64

6.6.6.1.5.4 Route Update Report Rules ....................................................6-64

6.6.6.1.6 Connected State .....................................................................6-65

6.6.6.1.6.1 Access Terminal Requirements ...............................................6-65

6.6.6.1.6.2 Access Network Requirements ................................................6-65

6.6.6.1.6.3 Active Set Maintenance .........................................................6-66

6.6.6.1.6.3.1 Access Network ................................................................6-66

6.6.6.1.6.3.2 Access Terminal ...............................................................6-66

6.6.6.1.6.4 ResetReport Message ...........................................................6-66

6.6.6.1.6.5 Route Update Report Rules ....................................................6-66

6.6.6.1.6.6 Processing the TrafficChannelAssignment Message ....................6-68

6.6.6.1.6.7 Processing the TrafficChannelComplete Message .......................6-68

Deleted: 6-57
Deleted: 6-58
Deleted: 6-58
Deleted: 6-59
Deleted: 6-59
Deleted: 6-59
Deleted: 6-60
Deleted: 6-62
Deleted: 6-62
Deleted: 6-62
Deleted: 6-63
Deleted: 6-63
Deleted: 6-63

Deleted: 6-64
Deleted: 6-64
Deleted: 6-65
Deleted: 6-65

Deleted: 6-65
Deleted: 6-66
Deleted: 6-67
Deleted: 6-67
Deleted: 6-67
Deleted: 6-67
Deleted: 6-67
Deleted: 6-68
Deleted: 6-68
Deleted: 6-68
Deleted: 6-69
Deleted: 6-70

**CONTENTS**

6.6.6.1.6.8 Transmission and Processing of the NeighborList Message ..........6-68
6.6.6.1.6.9 Transmission and Processing of the AttributeOverride Message ...6-69
6.6.6.1.6.10 Processing of OverheadMessages.Updated Indication ................6-69
6.6.6.1.6.11 OverheadMessagesNeighborList Initialization ............................6-69
6.6.6.2 Message Formats ....................................................................................6-70
6.6.6.2.1 RouteUpdate ........................................................................................6-70
6.6.6.2.2 TrafficChannelAssignment ................................................................6-72
6.6.6.2.3 TrafficChannelComplete ....................................................................6-75
6.6.6.2.4 ResetReport ........................................................................................6-76
6.6.6.2.5 NeighborList ......................................................................................6-76
6.6.6.2.6 AttributeOverride ..............................................................................6-79
6.6.6.2.7 AttributeOverrideResponse ..............................................................6-80
6.6.6.3 Interface to Other Protocols ..................................................................6-81
6.6.6.3.1 Commands Sent ..................................................................................6-81
6.6.6.3.2 Indications ..........................................................................................6-81
6.6.7 Configuration Attributes ............................................................................6-81
6.6.7.1 SearchParameters Attribute ..................................................................6-81
6.6.7.2 SetManagementSameChannelParameters Attribute ............................6-83
6.6.7.3 SetManagementDifferentChannelParameters Attribute ......................6-86
6.6.7.4.   AttributeOverrideAllowed ................................................................6-88
6.6.8 Protocol Numeric Constants ......................................................................6-88
6.6.9 Session State Information ............................................................................6-88
6.6.9.1 RouteUpdate Parameter ........................................................................6-89
6.7 Default Packet Consolidation Protocol ............................................................6-92
6.7.1 Overview ......................................................................................................6-92
6.7.2 Primitives and Public Data ..........................................................................6-92
6.7.2.1 Commands ..............................................................................................6-92
6.7.2.2 Return Indications ..................................................................................6-92
6.7.2.3 Public Data ............................................................................................6-92
6.7.3 Protocol Data Unit ......................................................................................6-92
6.7.4 Protocol Initialization ................................................................................6-93
6.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance ......6-93

Deleted: 6-70
Deleted: 6-71
Deleted: 6-71
Deleted: 6-71
Deleted: 6-72
Deleted: 6-72
Deleted: 6-74
Deleted: 6-77
Deleted: 6-77
Deleted: 6-78
Deleted: 6-81
Deleted: 6-82
Deleted: 6-83
Deleted: 6-83
Deleted: 6-83
Deleted: 6-83
Deleted: 6-83
Deleted: 6-85
Deleted: 6-88
Deleted: 6-90
Deleted: 6-90
Deleted: 6-91
Deleted: 6-91
Deleted: 6-95
Deleted: 6-95
Deleted: 6-95
Deleted: 6-95
Deleted: 6-95
Deleted: 6-95
Deleted: 6-95
Deleted: 6-96
Deleted: 6-96

xix

TIA-856-2

# CONTENTS

6.7.4.2 Protocol Initialization for the InUse Protocol Instance ............................. 6-93

6.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol.... 6-93

6.7.5.1 Procedures .............................................................................................. 6-93

6.7.5.2 Commit Procedures ................................................................................ 6-94

6.7.5.3 Message Formats .................................................................................... 6-94

6.7.5.3.1 ConfigurationRequest ...................................................................... 6-94

6.7.5.3.2 ConfigurationResponse .................................................................... 6-95

6.7.6 Procedures and Messages for the InUse Instance of the Protocol .................. 6-95

6.7.6.1 Procedures .............................................................................................. 6-95

6.7.6.1.1 Destination Channels ........................................................................ 6-95

6.7.6.1.2 Priority Order..................................................................................... 6-96

6.7.6.1.3 Forced Single Encapsulation............................................................ 6-96

6.7.6.1.4 Access Terminal Procedures ............................................................ 6-96

6.7.6.1.4.1 Format A Packets ....................................................................... 6-96

6.7.6.1.4.2 Format B Packets ....................................................................... 6-96

6.7.6.1.5 Access Network Procedures ............................................................. 6-97

6.7.6.1.5.1 Control Channel .......................................................................... 6-97

6.7.6.1.5.1.1 Control Channel Connection Layer Packets......................... 6-97

6.7.6.1.5.1.2 Synchronous Capsule Priority Rules .................................... 6-98

6.7.6.1.5.1.3 Asynchronous Capsule Priority Rules................................... 6-98

6.7.6.1.5.2 Forward Traffic Channel ............................................................ 6-98

6.7.6.1.5.2.1 Format A Packets .................................................................. 6-99

6.7.6.1.5.2.2 Format B Packets .................................................................. 6-99

6.7.6.2 Message Formats..................................................................................... 6-99

6.7.6.3 Header Format ........................................................................................ 6-99

6.7.6.3.1 Pad .................................................................................................... 6-99

6.7.6.3.2 Connection Layer Header ................................................................. 6-99

6.7.6.4 Interface to Other Protocols ................................................................... 6-99

6.7.6.4.1 Commands Sent ................................................................................ 6-99

6.7.6.4.2 Indications....................................................................................... 6-100

6.7.7 Configuration Attributes ............................................................................. 6-100

6.7.8 Protocol Numeric Constants ....................................................................... 6-100

Deleted: 6-96
Deleted: 6-96
Deleted: 6-96
Deleted: 6-97
Deleted: 6-97
Deleted: 6-97
Deleted: 6-98
Deleted: 6-98
Deleted: 6-98
Deleted: 6-99
Deleted: 6-99
Deleted: 6-99
Deleted: 6-99
Deleted: 6-99
Deleted: 6-99
Deleted: 6-100
Deleted: 6-100
Deleted: 6-100
Deleted: 6-101
Deleted: 6-101
Deleted: 6-102
Deleted: 6-102
Deleted: 6-102
Deleted: 6-102
Deleted: 6-102
Deleted: 6-102
Deleted: 6-102
Deleted: 6-103
Deleted: 6-103
Deleted: 6-103
Deleted: 6-103
Deleted: 6-103

xx

## CONTENTS

6.7.9 Session State Information ..................................................................... 6-100

6.8 Overhead Messages Protocol ................................................................... 6-101

6.8.1 Overview ............................................................................................... 6-101

6.8.2 Primitives and Public Data .................................................................. 6-101

6.8.2.1 Commands ......................................................................................... 6-101

6.8.2.2 Return Indications ............................................................................ 6-101

6.8.2.3 Public Data ........................................................................................ 6-102

6.8.3 Protocol Data Unit ............................................................................... 6-102

6.8.4 Protocol Initialization .......................................................................... 6-102

6.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance ........... 6-102

6.8.4.2 Protocol Initialization for the InUse Protocol Instance ....................... 6-102

6.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol .. 6-102

6.8.5.1 Procedures ........................................................................................ 6-102

6.8.5.2 Commit Procedures .......................................................................... 6-103

6.8.5.3 Message Formats .............................................................................. 6-103

6.8.5.3.1 ConfigurationRequest .................................................................. 6-103

6.8.5.3.2 ConfigurationResponse ............................................................... 6-104

6.8.6 Procedures and Messages for the InUse Instance of the Protocol ............. 6-105

6.8.6.1 Procedures ........................................................................................ 6-105

6.8.6.1.1 Extensibility Requirements ......................................................... 6-105

6.8.6.1.2 Command Processing .................................................................. 6-105

6.8.6.1.2.1 Activate ..................................................................................... 6-105

6.8.6.1.2.2 Deactivate ................................................................................. 6-105

6.8.6.1.3 Inactive State ............................................................................... 6-105

6.8.6.1.4 Active State .................................................................................. 6-106

6.8.6.1.5 Access Network Requirements .................................................... 6-106

6.8.6.1.6 Access Terminal Requirements .................................................... 6-106

6.8.6.1.6.1 Supervision Procedures ........................................................... 6-107

6.8.6.1.6.1.1 Supervision of QuickConfig Message ................................... 6-107

6.8.6.1.6.1.2 Supervision of SectorParameters Message ........................... 6-107

6.8.6.2 Message Formats .............................................................................. 6-107

6.8.6.2.1 QuickConfig ................................................................................. 6-107

Deleted: 6-103

Deleted: 6-104

Deleted: 6-104

Deleted: 6-104

Deleted: 6-104

Deleted: 6-104

Deleted: 6-105

Deleted: 6-105

Deleted: 6-105

Deleted: 6-105

Deleted: 6-105

Deleted: 6-105

Deleted: 6-105

Deleted: 6-106

Deleted: 6-106

Deleted: 6-106

Deleted: 6-107

Deleted: 6-108

Deleted: 6-108

Deleted: 6-108

Deleted: 6-108

Deleted: 6-108

Deleted: 6-108

Deleted: 6-108

Deleted: 6-109

Deleted: 6-109

Deleted: 6-109

Deleted: 6-110

Deleted: 6-110

Deleted: 6-110

Deleted: 6-111

Deleted: 6-111

# CONTENTS

6.8.6.2.2 SectorParameters .................................................. 6-109

6.8.6.3 Interface to Other Protocols .................................... 6-114

6.8.6.3.1 Commands Sent .......................................... 6-114

6.8.6.3.2 Indications ................................................ 6-114

6.8.7 Configuration Attributes ....................................... 6-115

6.8.8 Protocol Numeric Constants .................................. 6-115

6.8.9 Session State Information .................................... 6-115

7 Security Layer ......................................................... 7-1

7.1 Introduction ......................................................... 7-1

7.1.1 General Overview .............................................. 7-1

7.2 Data Encapsulation for the InUse Protocol Instances ........... 7-1

7.3 Default Security Protocol ........................................... 7-3

7.3.1 Overview ........................................................ 7-3

7.3.2 Primitives and Public Data .................................... 7-3

7.3.2.1 Commands .................................................. 7-3

7.3.2.2 Return Indications ......................................... 7-3

7.3.2.3 Public Data ................................................ 7-3

7.3.3 Protocol Data Unit ............................................. 7-3

7.3.4 Protocol Initialization ........................................... 7-3

7.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance ................. 7-3

7.3.4.2 Protocol Initialization for the InUse Protocol Instance ..................... 7-3

7.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol ...... 7-4

7.3.5.1 Procedures .................................................. 7-4

7.3.5.2 Commit Procedures .......................................... 7-4

7.3.5.3 Message Formats ............................................ 7-4

7.3.5.3.1 ConfigurationRequest ................................ 7-4

7.3.5.3.2 ConfigurationResponse ............................... 7-5

7.3.6 Procedures and Messages for the InUse Instance of the Protocol ............... 7-5

7.3.6.1 Procedures .................................................. 7-5

7.3.6.2 Message Formats ............................................ 7-6

7.3.6.3 Default Security Protocol Header ............................ 7-6

7.3.6.4 Default Security Protocol Trailer ............................ 7-6

xxii

Deleted: 6-112
Deleted: 6-118
Deleted: 6-118
Deleted: 6-118
Deleted: 6-118
Deleted: 6-118
Deleted: 6-119
Deleted: 7-6
Deleted: 7-6

**CONTENTS**

1    7.3.6.5 Interface to Other Protocols ........................................................7-6
2        7.3.6.5.1 Commands...............................................................7-6
3        7.3.6.5.2 Indications..............................................................7-6
4    7.3.7 Configuration Attributes .................................................................7-6
5    7.3.8 Protocol Numeric Constants .............................................................7-6
6    7.3.9 Session State Information ................................................................7-6
7    7.4 Generic Security Protocol ....................................................................7-7
8    7.4.1 Overview ..................................................................................7-7
9    7.4.2 Primitives and Public Data.............................................................7-7
10       7.4.2.1 Commands ...............................................................7-7
11       7.4.2.2 Return Indications .....................................................7-7
12       7.4.2.3 Public Data ..............................................................7-7
13   7.4.3 Protocol Data Unit .......................................................................7-7
14   7.4.4 Protocol Initialization ....................................................................7-7
15       7.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance ................7-7
16       7.4.4.2 Protocol Initialization for the InUse Protocol Instance...............................7-8
17   7.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol ......7-8
18       7.4.5.1 Procedures................................................................7-8
19       7.4.5.2 Commit Procedures ....................................................7-8
20       7.4.5.3 Message Formats .......................................................7-8
21           7.4.5.3.1 ConfigurationRequest.......................................7-8
22           7.4.5.3.2 ConfigurationResponse .....................................7-9
23   7.4.6 Procedures and Messages for the InUse Instance of the Protocol.................7-10
24       7.4.6.1 Procedures................................................................7-10
25       7.4.6.2 Message Formats .......................................................7-11
26       7.4.6.3 Generic Security Protocol Header ..................................7-11
27       7.4.6.4 Generic Security Protocol Trailer ..................................7-11
28       7.4.6.5 Interface to Other Protocols .......................................7-11
29           7.4.6.5.1 Commands...............................................7-11
30           7.4.6.5.2 Indications.............................................7-11
31   7.4.7 Configuration Attributes .................................................................7-11
32   7.4.8 Protocol Numeric Constants .............................................................7-11

| Deleted: 7-8 |
| --- |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-8 |
| Deleted: 7-9 |
| Deleted: 7-9 |
| Deleted: 7-9 |
| Deleted: 7-9 |
| Deleted: 7-9 |
| Deleted: 7-9 |
| Deleted: 7-10 |
| Deleted: 7-11 |
| Deleted: 7-11 |
| Deleted: 7-12 |
| Deleted: 7-12 |
| Deleted: 7-12 |
| Deleted: 7-12 |
| Deleted: 7-12 |
| Deleted: 7-12 |
| Deleted: 7-13 |

TIA-856-2

## CONTENTS

7.4.9 Session State Information ................................................................. 7-12

7.5 Default Key Exchange Protocol ........................................................... 7-13

7.5.1 Overview ....................................................................................... 7-13

7.5.2 Primitives and Public Data .......................................................... 7-13

7.5.2.1 Commands ............................................................................. 7-13

7.5.2.2 Return Indications ................................................................ 7-13

7.5.2.3 Public Data ........................................................................... 7-13

7.5.3 Protocol Data Unit ....................................................................... 7-13

7.5.4 Protocol Initialization .................................................................. 7-13

7.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............... 7-13

7.5.4.2 Protocol Initialization for the InUse Protocol Instance ............................. 7-13

7.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 7-14

7.5.5.1 Procedures ............................................................................ 7-14

7.5.5.2 Commit Procedures .............................................................. 7-14

7.5.5.3 Message Formats ................................................................. 7-14

7.5.5.3.1 ConfigurationRequest ..................................................... 7-14

7.5.5.3.2 ConfigurationResponse ................................................... 7-15

7.5.6 Procedures and Messages for the InUse Instance of the Protocol .............. 7-15

7.5.6.1 Procedures ............................................................................ 7-15

7.5.6.2 Message Formats ................................................................. 7-15

7.5.6.3 Interface to Other Protocols ................................................. 7-16

7.5.6.3.1 Commands ....................................................................... 7-16

7.5.6.3.2 Indications ....................................................................... 7-16

7.5.7 Configuration Attributes .............................................................. 7-16

7.5.8 Protocol Numeric Constants ........................................................ 7-16

7.5.9 Session State Information ............................................................. 7-16

7.6 DH Key Exchange Protocol ................................................................. 7-17

7.6.1 Overview ....................................................................................... 7-17

7.6.2 Primitives and Public Data .......................................................... 7-17

7.6.2.1 Commands ............................................................................. 7-17

7.6.2.2 Return Indications ................................................................ 7-17

7.6.2.3 Public Data ........................................................................... 7-17

Deleted: 7-13
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-14
Deleted: 7-15
Deleted: 7-15
Deleted: 7-15
Deleted: 7-15
Deleted: 7-15
Deleted: 7-16
Deleted: 7-17
Deleted: 7-17
Deleted: 7-17
Deleted: 7-17
Deleted: 7-17
Deleted: 7-17
Deleted: 7-17
Deleted: 7-17
Deleted: 7-18
Deleted: 7-18
Deleted: 7-18
Deleted: 7-18
Deleted: 7-18
Deleted: 7-18
Deleted: 7-18

xxiv

**CONTENTS**

1   7.6.2.4 Interface to Other Protocols ..................................................... 7-18
2   7.6.2.4.1 Commands ...................................................................... 7-18
3   7.6.2.4.2 Indications ...................................................................... 7-18
4   7.6.3 Protocol Data Unit ................................................................... 7-18
5   7.6.4 Protocol Initialization ............................................................... 7-18
6   7.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............. 7-18
7   7.6.4.2 Protocol Initialization for the InUse Protocol Instance ........................... 7-19
8   7.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 7-19
9   7.6.5.1 Procedures .......................................................................... 7-19
10   7.6.5.1.1 Access Terminal Requirements ............................................... 7-20
11   7.6.5.1.2 Access Network Requirements ............................................... 7-21
12   7.6.5.1.3 Authentication Key and Encryption Key Generation .......................... 7-23
13   7.6.5.2 Commit Procedures ................................................................. 7-24
14   7.6.5.3 Message Formats ................................................................... 7-25
15   7.6.5.3.1 KeyRequest ................................................................... 7-25
16   7.6.5.3.2 KeyResponse .................................................................. 7-26
17   7.6.5.3.3 ANKeyComplete ............................................................. 7-26
18   7.6.5.3.4 ATKeyComplete ............................................................. 7-27
19   7.6.5.3.5 ConfigurationRequest ........................................................ 7-28
20   7.6.5.3.6 ConfigurationResponse ....................................................... 7-28
21   7.6.6 Procedures and Messages for the InUse Instance of the Protocol ................. 7-29
22   7.6.6.1 Procedures .......................................................................... 7-29
23   7.6.6.2 Message Formats ................................................................... 7-29
24   7.6.6.3 Interface to Other Protocols ...................................................... 7-29
25   7.6.6.3.1 Commands ................................................................... 7-29
26   7.6.6.3.2 Indications ................................................................... 7-29
27   7.6.7 Configuration Attributes ............................................................ 7-29
28   7.6.8 Protocol Numeric Constants ........................................................ 7-30
29   7.6.9 Message Flows ....................................................................... 7-31
30   7.6.10 Session State Information .......................................................... 7-33
31   7.6.10.1 SKey Parameter ................................................................... 7-33
32   7.6.10.2 FACAuthKey Parameter .......................................................... 7-34

Deleted: 7-19
Deleted: 7-19
Deleted: 7-19
Deleted: 7-19
Deleted: 7-19
Deleted: 7-19
Deleted: 7-20
Deleted: 7-20
Deleted: 7-20
Deleted: 7-21
Deleted: 7-22
Deleted: 7-24
Deleted: 7-25
Deleted: 7-26
Deleted: 7-26
Deleted: 7-27
Deleted: 7-27
Deleted: 7-28
Deleted: 7-29
Deleted: 7-29
Deleted: 7-30
Deleted: 7-30
Deleted: 7-30
Deleted: 7-30
Deleted: 7-30
Deleted: 7-30
Deleted: 7-30
Deleted: 7-31
Deleted: 7-32
Deleted: 7-34
Deleted: 7-34
Deleted: 7-35

xxv

**CONTENTS**

1    7.6.10.3 RACAuthKey Parameter ................................................................ 7-34

2    7.6.10.4 FACEncKey Parameter ................................................................ 7-35

3    7.6.10.5 RACEncKey Parameter ................................................................ 7-35

4    7.6.10.6 FPCAuthKey Parameter ................................................................ 7-35

5    7.6.10.7 RPCAuthKey Parameter ................................................................ 7-36

6    7.6.10.8 FPCEncKey Parameter ................................................................ 7-36

7    7.6.10.9 RPCEncKey Parameter ................................................................ 7-37

8    7.7 Default Authentication Protocol ................................................................ 7-38

9    7.7.1 Overview ................................................................ 7-38

10    7.7.2 Primitives and Public Data ................................................................ 7-38

11    7.7.2.1 Commands ................................................................ 7-38

12    7.7.2.2 Return Indications ................................................................ 7-38

13    7.7.2.3 Public Data ................................................................ 7-38

14    7.7.3 Protocol Data Unit ................................................................ 7-38

15    7.7.4 Protocol Initialization ................................................................ 7-38

16    7.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............... 7-38

17    7.7.4.2 Protocol Initialization for the InUse Protocol Instance ....................... 7-38

18    7.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 7-39

19    7.7.5.1 Procedures ................................................................ 7-39

20    7.7.5.2 Commit Procedures ................................................................ 7-39

21    7.7.5.3 Message Formats ................................................................ 7-39

22    7.7.5.3.1 ConfigurationRequest ................................................................ 7-39

23    7.7.5.3.2 ConfigurationResponse ................................................................ 7-40

24    7.7.6 Procedures and Messages for the InUse Instance of the Protocol ................. 7-40

25    7.7.6.1 Procedures ................................................................ 7-40

26    7.7.6.2 Default Authentication Protocol Header ................................................ 7-41

27    7.7.6.3 Default Authentication Protocol Trailer ................................................ 7-41

28    7.7.6.4 Message Formats ................................................................ 7-41

29    7.7.6.5 Interface to Other Protocols ................................................................ 7-41

30    7.7.6.5.1 Commands ................................................................ 7-41

31    7.7.6.5.2 Indications ................................................................ 7-41

32    7.7.7 Configuration Attributes ................................................................ 7-41

| | |
|---|---|
| Deleted: 7-35 | |
| Deleted: 7-36 | |
| Deleted: 7-36 | |
| Deleted: 7-37 | |
| Deleted: 7-37 | |
| Deleted: 7-38 | |
| Deleted: 7-38 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-39 | |
| Deleted: 7-40 | |
| Deleted: 7-40 | |
| Deleted: 7-40 | |
| Deleted: 7-40 | |
| Deleted: 7-40 | |
| Deleted: 7-41 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |
| Deleted: 7-42 | |

**CONTENTS**

1  7.7.8 Protocol Numeric Constants ..................................................... 7-41
2  7.7.9 Session State Information ....................................................... 7-41
3  7.8 SHA-1 Authentication Protocol ................................................. 7-42
4  7.8.1 Overview ............................................................................. 7-42
5  7.8.2 Primitives and Public Data.................................................... 7-42
6  7.8.2.1 Commands ........................................................................ 7-42
7  7.8.2.2 Return Indications ............................................................ 7-42
8  7.8.2.3 Public Data ...................................................................... 7-42
9  7.8.3 Protocol Data Unit ................................................................ 7-42
10  7.8.4 Protocol Initialization .......................................................... 7-42
11  7.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............7-42
12  7.8.4.2 Protocol Initialization for the InUse Protocol Instance..............................7-42
13  7.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....7-43
14  7.8.5.1 Procedures........................................................................ 7-43
15  7.8.5.2 Commit Procedures ........................................................... 7-43
16  7.8.5.3 Message Formats .............................................................. 7-43
17  7.8.5.3.1 ConfigurationRequest.................................................... 7-43
18  7.8.5.3.2 ConfigurationResponse ................................................. 7-44
19  7.8.6 Procedures and Messages for the InUse Instance of the Protocol...................7-44
20  7.8.6.1 Procedures....................................................................... 7-44
21  7.8.6.1.1 Access Terminal Requirements....................................... 7-45
22  7.8.6.1.2 Access Network Requirements....................................... 7-46
23  7.8.6.2 SHA-1 Authentication Protocol Header Format ....................... 7-47
24  7.8.6.3 SHA-1 Authentication Protocol Trailer.................................. 7-47
25  7.8.7 Interface to Other Protocols .................................................. 7-47
26  7.8.7.1 Commands ........................................................................ 7-47
27  7.8.7.2 Indications ........................................................................ 7-47
28  7.8.8 Configuration Attributes........................................................ 7-47
29  7.8.9 Protocol Numeric Constants .................................................. 7-48
30  7.8.10 Session State Information .................................................... 7-48
31  7.9 Default Encryption Protocol..................................................... 7-49
32  7.9.1 Primitives and Public Data..................................................... 7-49

Deleted: 7-42
Deleted: 7-43
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-44
Deleted: 7-45
Deleted: 7-45
Deleted: 7-45
Deleted: 7-45
Deleted: 7-45
Deleted: 7-46
Deleted: 7-47
Deleted: 7-47
Deleted: 7-47
Deleted: 7-48
Deleted: 7-49
Deleted: 7-50
Deleted: 7-50
Deleted: 7-50
Deleted: 7-50
Deleted: 7-50
Deleted: 7-50
Deleted: 7-51
Deleted: 7-51

TIA-856-2

## CONTENTS

1    7.9.1.1 Commands ....................................................................... 7-49
2    7.9.1.2 Return Indications ............................................................ 7-49
3    7.9.1.3 Public Data ..................................................................... 7-49
4    7.9.2 Protocol Data Unit .............................................................. 7-49
5    7.9.3 Protocol Initialization .......................................................... 7-49
6    7.9.3.1 Protocol Initialization for the InConfiguration Protocol Instance .......... 7-49
7    7.9.3.2 Protocol Initialization for the InUse Protocol Instance .................... 7-49
8    7.9.4 Procedures and Messages for the InConfiguration Instance of the Protocol .... 7-50
9    7.9.4.1 Procedures ...................................................................... 7-50
10   7.9.4.2 Commit Procedures ............................................................. 7-50
11   7.9.4.3 Message Formats ................................................................ 7-50
12      7.9.4.3.1 ConfigurationRequest ..................................................... 7-50
13      7.9.4.3.2 ConfigurationResponse .................................................... 7-51
14   7.9.5 Procedures and Messages for the InUse Instance of the Protocol ............... 7-51
15   7.9.5.1 Procedures ...................................................................... 7-51
16   7.9.5.2 Message Formats ................................................................ 7-51
17   7.9.5.3 Default Encryption Protocol Header ........................................... 7-52
18   7.9.5.4 Default Encryption Protocol Trailer .......................................... 7-52
19   7.9.5.5 Interface to Other Protocols ................................................. 7-52
20      7.9.5.5.1 Commands ................................................................. 7-52
21      7.9.5.5.2 Indications .............................................................. 7-52
22   7.9.6 Configuration Attributes ...................................................... 7-52
23   7.9.7 Protocol Numeric Constants .................................................... 7-52
24   7.9.8 Session State Information ...................................................... 7-52
25   8 MAC Layer ........................................................................... 8-1
26   8.1 Introduction ........................................................................ 8-1
27   8.1.1 General Overview ................................................................ 8-1
28   8.1.2 Data Encapsulation for the InUse Instances of the MAC Protocols ............... 8-1
29   8.2 Default Control Channel MAC Protocol ............................................... 8-5
30   8.2.1 Overview ........................................................................ 8-5
31   8.2.2 Primitives and Public Data ..................................................... 8-5
32      8.2.2.1 Commands .................................................................... 8-5

Deleted: 7-51
Deleted: 7-51
Deleted: 7-51
Deleted: 7-51
Deleted: 7-51
Deleted: 7-51
Deleted: 7-51
Deleted: 7-52
Deleted: 7-52
Deleted: 7-52
Deleted: 7-52
Deleted: 7-52
Deleted: 7-53
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54
Deleted: 7-54

xxviii

## CONTENTS

1   8.2.2.2 Return Indications .................................................................8-5

2   8.2.2.3 Public Data .......................................................................8-5

3   8.2.3 Protocol Data Unit ................................................................8-6

4   8.2.4 Protocol Initialization ...........................................................8-6

5   8.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...............8-6

6   8.2.4.2 Protocol Initialization for the InUse Protocol Instance................................8-6

7   8.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol ......8-6

8   8.2.5.1 Procedures ........................................................................8-6

9   8.2.5.2 Commit Procedures ............................................................8-6

10  8.2.5.3 Message Formats ..............................................................8-7

11  8.2.5.3.1 ConfigurationRequest..........................................................8-7

12  8.2.5.3.2 ConfigurationResponse ......................................................8-8

13  8.2.6 Procedures and Messages for the InUse Instance of the Protocol....................8-8

14  8.2.6.1 Procedures .......................................................................8-8

15  8.2.6.1.1 Command Processing ........................................................8-9

16  8.2.6.1.1.1 Activate .......................................................................8-9

17  8.2.6.1.1.2 Deactivate ...................................................................8-9

18  8.2.6.1.2 Control Channel Cycle .......................................................8-10

19  8.2.6.1.3 Inactive State ...................................................................8-10

20  8.2.6.1.4 Active State .....................................................................8-10

21  8.2.6.1.4.1 Access Network Requirements.........................................8-10

22  8.2.6.1.4.1.1 General Requirements ..................................................8-10

23  8.2.6.1.4.1.2 Transmission of Synchronous Capsules ........................8-11

24  8.2.6.1.4.1.3 Transmission of Asynchronous Capsules.......................8-12

25  8.2.6.1.4.2 Access Terminal Requirements .......................................8-12

26  8.2.6.1.4.2.1 Initial Acquisition .......................................................8-12

27  8.2.6.1.4.2.2 Normal Operation .......................................................8-12

28  8.2.6.1.4.2.3 Control Channel Supervision.........................................8-13

29  8.2.6.1.4.2.4 Address Matching .......................................................8-13

30  8.2.6.2 Header and Trailer Formats .................................................8-13

31  8.2.6.2.1 MAC Layer Header ...........................................................8-13

32  8.2.6.2.2 Control Channel Header......................................................8-14

Deleted: 8-13

Deleted: 8-14

Deleted: 8-14

TIA-856-2

## CONTENTS

1    8.2.6.2.3 Pad ................................................................................. 8-15

2    8.2.6.2.4 Reserved ........................................................................ 8-15

3    8.2.6.3 Interface to Other Protocols ............................................. 8-15

4    8.2.6.3.1 Commands .................................................................... 8-15

5    8.2.6.3.2 Indications ..................................................................... 8-15

6    8.2.7 Configuration Attributes ...................................................... 8-16

7    8.2.8 Protocol Numeric Constants ................................................ 8-16

8    8.2.9 Session State Information ..................................................... 8-16

9    8.3 Default Access Channel MAC Protocol .................................. 8-17

10   8.3.1 Overview .............................................................................. 8-17

11   8.3.2 Primitives and Public Data ................................................... 8-17

12   8.3.2.1 Commands ........................................................................ 8-17

13   8.3.2.2 Return Indications ............................................................ 8-17

14   8.3.2.3 Public Data ....................................................................... 8-18

15   8.3.3 Protocol Data Unit ................................................................ 8-18

16   8.3.4 Protocol Initialization ........................................................... 8-18

17   8.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............ 8-18

18   8.3.4.2 Protocol Initialization for the InUse Protocol Instance ..................... 8-18

19   8.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 8-19

20   8.3.5.1 Procedures ....................................................................... 8-19

21   8.3.5.2 Commit Procedures .......................................................... 8-19

22   8.3.5.3 Message Formats .............................................................. 8-20

23   8.3.5.3.1 ConfigurationRequest ................................................... 8-20

24   8.3.5.3.2 ConfigurationResponse ................................................. 8-20

25   8.3.6 Procedures and Messages for the InUse Instance of the Protocol ................. 8-21

26   8.3.6.1 Procedures ....................................................................... 8-21

27   8.3.6.1.1 Command Processing .................................................... 8-21

28   8.3.6.1.1.1 Activate ...................................................................... 8-22

29   8.3.6.1.1.2 Deactivate .................................................................. 8-22

30   8.3.6.1.2 Access Channel Structure .............................................. 8-22

31   8.3.6.1.3 Inactive State ............................................................... 8-23

32   8.3.6.1.4 Active State .................................................................. 8-23

Deleted: 8-16

Deleted: 8-16

Deleted: 8-16

Deleted: 8-16

xxx

## CONTENTS

1   8.3.6.1.4.1 Access Terminal Requirements ..................................................8-24
2   8.3.6.1.4.1.1   Reverse Link Silence Interval .........................................8-24
3   8.3.6.1.4.1.1 Probe Transmission ........................................................8-24
4   8.3.6.1.4.1.2 Access Channel Long Code Mask...........................8-25
5   8.3.6.1.4.1.3 Probe Sequence Transmission ...................................8-26
6   8.3.6.1.4.2 Access Network Requirements....................................8-27
7   8.3.6.2 Header and Message Formats ...............................................8-28
8   8.3.6.2.1 MAC Layer Header ...............................................................8-28
9   8.3.6.2.2 FCS...........................................................................................8-29
10   8.3.6.2.3 Padding Bits..........................................................................8-29
11   8.3.6.2.4 Reserved Bits .......................................................................8-29
12   8.3.6.2.5 ACAck ....................................................................................8-30
13   8.3.6.2.6 AccessParameters ...............................................................8-30
14   8.3.6.3 Interface to Other Protocols ................................................8-32
15   8.3.6.3.1 Commands.............................................................................8-32
16   8.3.6.3.2 Indications............................................................................8-32
17   8.3.7 Configuration Attributes .........................................................8-32
18   8.3.7.1 InitialConfiguration Attribute .............................................8-32
19   8.3.7.2 PowerParameters Attribute ..................................................8-33
20   8.3.8 Protocol Numeric Constants ...................................................8-34
21   8.3.9 Session State Information ........................................................8-34
22   8.4 Default Forward Traffic Channel MAC Protocol .....................8-35
23   8.4.1 Overview ....................................................................................8-35
24   8.4.2 Primitives and Public Data.....................................................8-35
25   8.4.2.1 Commands.................................................................................8-35
26   8.4.2.2 Return Indications ..................................................................8-36
27   8.4.2.3 Public Data ...............................................................................8-36
28   8.4.3 Protocol Data Unit ...................................................................8-36
29   8.4.4 Protocol Initialization ..............................................................8-36
30   8.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance ..............8-36
31   8.4.4.2 Protocol Initialization for the InUse Protocol Instance.............................8-37
32   8.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....8-37

Deleted: 8-26
Deleted: 8-27
Deleted: 8-28
Deleted: 8-30
Deleted: 8-30
Deleted: 8-33
Deleted: 8-34
Deleted: 8-35
Deleted: 8-35
Deleted: 8-36
Deleted: 8-36
Deleted: 8-37
Deleted: 8-37
Deleted: 8-37
Deleted: 8-37
Deleted: 8-37
Deleted: 8-37
Deleted: 8-38
Deleted: 8-38

xxxi

## CONTENTS

| | | |
|---|---|---|
| 8.4.5.1 Procedures | 8-37 | Deleted: 8-38 |
| 8.4.5.2 Commit Procedures | 8-37 | Deleted: 8-38 |
| 8.4.5.3 Message Formats | 8-38 | Deleted: 8-39 |
| 8.4.5.3.1 ConfigurationRequest | 8-38 | Deleted: 8-39 |
| 8.4.5.3.2 ConfigurationResponse | 8-38 | Deleted: 8-39 |
| 8.4.6 Procedures and Messages for the InUse Instance of the Protocol | 8-39 | Deleted: 8-40 |
| 8.4.6.1 Procedures | 8-39 | Deleted: 8-40 |
| 8.4.6.1.1 Command Processing | 8-39 | Deleted: 8-40 |
| 8.4.6.1.1.1 Activate | 8-39 | Deleted: 8-40 |
| 8.4.6.1.1.2 Deactivate | 8-39 | Deleted: 8-40 |
| 8.4.6.1.2 Forward Traffic Channel Addressing | 8-40 | Deleted: 8-41 |
| 8.4.6.1.3 Inactive State | 8-40 | Deleted: 8-41 |
| 8.4.6.1.4 Variable Rate State | 8-40 | Deleted: 8-41 |
| 8.4.6.1.4.1 DRC and Packet Transmission Requirements | 8-40 | Deleted: 8-41 |
| 8.4.6.1.4.1.1 Access Terminal Requirements | 8-40 | Deleted: 8-41 |
| 8.4.6.1.4.1.2 Access Network Requirements | 8-42 | Deleted: 8-43 |
| 8.4.6.1.4.2 Transitions from the Variable Rate State | 8-43 | Deleted: 8-44 |
| 8.4.6.1.5 Fixed Rate State | 8-43 | Deleted: 8-44 |
| 8.4.6.1.5.1 DRC Requirements | 8-44 | Deleted: 8-45 |
| 8.4.6.1.5.2 Packet Transmission | 8-44 | Deleted: 8-45 |
| 8.4.6.1.5.3 Transitions from the Fixed Rate State | 8-44 | Deleted: 8-45 |
| 8.4.6.1.6 Supervision Procedures | 8-45 | Deleted: 8-46 |
| 8.4.6.1.6.1 DRC Supervision | 8-45 | Deleted: 8-46 |
| 8.4.6.1.6.2 ForwardTrafficValid Monitoring | 8-45 | Deleted: 8-46 |
| 8.4.6.2 Trailer and Message Formats | 8-45 | Deleted: 8-46 |
| 8.4.6.2.1 MAC Layer Trailer | 8-45 | Deleted: 8-46 |
| 8.4.6.2.2 FixedModeEnable | 8-46 | Deleted: 8-47 |
| 8.4.6.2.3 FixedModeXoff | 8-47 | Deleted: 8-48 |
| 8.4.6.3 Interface to Other Protocols | 8-47 | Deleted: 8-48 |
| 8.4.6.3.1 Commands Sent | 8-47 | Deleted: 8-48 |
| 8.4.6.3.2 Indications | 8-47 | Deleted: 8-48 |
| 8.4.7 Configuration Attributes | 8-47 | Deleted: 8-48 |

xxxii

**CONTENTS**

1    8.4.7.1 DRCGating Attribute ................................................................................ 8-47
2    8.4.7.2 DRCLock Attribute ................................................................................. 8-48
3    8.4.7.3 HandoffDelays Attribute ......................................................................... 8-49
4    8.4.8 Protocol Numeric Constants ...................................................................... 8-50
5    8.4.9 Session State Information .......................................................................... 8-50
6    8.5 Default Reverse Traffic Channel MAC Protocol ............................................. 8-51
7    8.5.1 Overview .................................................................................................. 8-51
8    8.5.2 Primitives and Public Data ........................................................................ 8-51
9    8.5.2.1 Commands ............................................................................................ 8-51
10   8.5.2.2 Return Indications ................................................................................ 8-52
11   8.5.2.3 Public Data ........................................................................................... 8-52
12   8.5.3 Protocol Data Unit .................................................................................... 8-52
13   8.5.4 Protocol Initialization ............................................................................... 8-52
14   8.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............. 8-52
15   8.5.4.2 Protocol Initialization for the InUse Protocol Instance ........................... 8-53
16   8.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 8-53
17   8.5.5.1 Procedures ............................................................................................ 8-53
18   8.5.5.2 Commit Procedures ............................................................................... 8-53
19   8.5.5.3 Message Formats .................................................................................. 8-54
20   8.5.5.3.1 ConfigurationRequest ......................................................................... 8-54
21   8.5.5.3.2 ConfigurationResponse ....................................................................... 8-54
22   8.5.6 Procedures and Messages for the InUse Instance of the Protocol ................... 8-55
23   8.5.6.1 Procedures ............................................................................................ 8-55
24   8.5.6.1.1 Command Processing ......................................................................... 8-56
25   8.5.6.1.1.1 Activate ........................................................................................ 8-56
26   8.5.6.1.1.2 Deactivate .................................................................................... 8-56
27   8.5.6.1.2 Reverse Traffic Channel Long Code Mask ............................................ 8-56
28   8.5.6.1.3 Inactive State ................................................................................... 8-57
29   8.5.6.1.4 Setup State ...................................................................................... 8-57
30   8.5.6.1.4.1 Access Terminal Requirements ........................................................ 8-57
31   8.5.6.1.4.2 Access Network Requirements ......................................................... 8-58
32   8.5.6.1.5 Open State ....................................................................................... 8-58

Deleted: 8-48
Deleted: 8-49
Deleted: 8-50
Deleted: 8-52
Deleted: 8-52
Deleted: 8-53
Deleted: 8-53
Deleted: 8-53
Deleted: 8-53
Deleted: 8-54
Deleted: 8-54
Deleted: 8-54
Deleted: 8-54
Deleted: 8-54
Deleted: 8-55
Deleted: 8-55
Deleted: 8-55
Deleted: 8-55
Deleted: 8-56
Deleted: 8-56
Deleted: 8-57
Deleted: 8-57
Deleted: 8-57
Deleted: 8-57
Deleted: 8-58
Deleted: 8-58
Deleted: 8-58
Deleted: 8-59
Deleted: 8-59
Deleted: 8-59
Deleted: 8-59
Deleted: 8-60
Deleted: 8-60

**CONTENTS**

1       8.5.6.1.5.1 Frame Offset Delay .................................................. 8-58
2       8.5.6.1.5.2 Rate Control............................................................ 8-58
3       8.5.6.1.5.3 Power Control ......................................................... 8-59
4   8.5.6.2 Reverse Link Silence Interval ............................................ 8-59
5   8.5.6.3 Trailer and Message Formats ............................................. 8-60
6       8.5.6.3.1 MAC Layer Trailer .................................................. 8-60
7       8.5.6.3.2 RTCAck ................................................................... 8-60
8       8.5.6.3.3 BroadcastReverseRateLimit .................................... 8-61
9       8.5.6.3.4 UnicastReverseRateLimit ......................................... 8-62
10  8.5.6.4 Interface to Other Protocols ............................................. 8-63
11      8.5.6.4.1 Commands Sent ...................................................... 8-63
12      8.5.6.4.2 Indications............................................................... 8-63
13  8.5.7 Configuration Attributes ....................................................... 8-63
14      8.5.7.1 PowerParameters Attribute ......................................... 8-64
15      8.5.7.2 RateParameters Attribute ............................................ 8-66
16  8.5.8 Protocol Numeric Constants .................................................. 8-68
17  8.5.9 Session State Information ...................................................... 8-68
18      8.5.9.1 LongCodeMask Parameter ........................................... 8-68
19  9 Physical Layer ......................................................................................9-1
20  9.1 Physical Layer Packets .......................................................................9-1
21  9.1.1 Overview ........................................................................................9-1
22  9.1.2 Physical Layer Packet Formats ....................................................9-1
23  9.1.2.1 Control Channel Physical Layer Packet Format ...........................9-1
24  9.1.2.2 Access Channel Physical Layer Packet Format............................9-1
25  9.1.2.3 Forward Traffic Channel Physical Layer Packet Format ..............9-2
26  9.1.2.4 Reverse Traffic Channel Physical Layer Packet Format ..............9-3
27  9.1.3 Bit Transmission Order ................................................................9-4
28  9.1.4 Computation of the FCS Bits .......................................................9-4
29  9.2 Access Terminal Requirements............................................................9-6
30  9.2.1 Transmitter .....................................................................................9-6
31  9.2.1.1 Frequency Parameters ........................................................9-6
32  9.2.1.1.1 Channel Spacing and Designation ....................................9-6

Deleted: 8-60
Deleted: 8-60
Deleted: 8-62
Deleted: 8-62
Deleted: 8-62
Deleted: 8-62
Deleted: 8-63
Deleted: 8-63
Deleted: 8-65
Deleted: 8-66
Deleted: 8-66
Deleted: 8-66
Deleted: 8-66
Deleted: 8-66
Deleted: 8-68
Deleted: 8-70
Deleted: 8-70
Deleted: 8-70

# CONTENTS

1    9.2.1.1.1.1 Band Class 0 (800-MHz Band)......................................................9-6

2    9.2.1.1.1.2 Band Class 1 (1900-MHz Band)....................................................9-8

3    9.2.1.1.1.3 Band Class 2 (TACS Band) .........................................................9-10

4    9.2.1.1.1.4 Band Class 3 (JTACS Band) .......................................................9-12

5    9.2.1.1.1.5 Band Class 4 (Korean PCS Band) ...............................................9-14

6    9.2.1.1.1.6 Band Class 5 (450-MHz Band).....................................................9-15

7    9.2.1.1.1.7 Band Class 6 (2-GHz Band) .........................................................9-18

8    9.2.1.1.1.8 Band Class 7 (700-MHz Band).....................................................9-19

9    9.2.1.1.1.9 Band Class 8 (1800-MHz Band)...................................................9-20

10   9.2.1.1.1.10 Band Class 9 (900-MHz Band)...................................................9-21

11   9.2.1.1.1.11 Band Class 10 (Secondary 800 MHz Band)................................9-22

12   9.2.1.1.1.12 Band Class 11 (400 MHz European PAMR Band) .....................9-24

13   9.2.1.1.1.13 Band Class 12 (800 MHz PAMR Band)......................................9-26

14   9.2.1.1.2 Frequency Tolerance ......................................................................9-27

15   9.2.1.2 Power Output Characteristics .............................................................9-28

16   9.2.1.2.1 Output Power Requirements of Reverse Channels ...........................9-28

17   9.2.1.2.1.1 Access Channel Output Power.......................................................9-28

18   9.2.1.2.1.2 Reverse Traffic Channel Output Power .........................................9-28

19   9.2.1.2.2 Maximum Output Power ..................................................................9-28

20   9.2.1.2.3 Output Power Limits ........................................................................9-28

21   9.2.1.2.3.1 Minimum Controlled Output Power ...............................................9-28

22   9.2.1.2.3.2 Standby Output Power ..................................................................9-28

23   9.2.1.2.4 Controlled Output Power .................................................................9-29

24   9.2.1.2.4.1 Estimated Open-Loop Output Power .............................................9-29

25   9.2.1.2.4.2 Closed-Loop Output Power ..........................................................9-31

26   9.2.1.2.5 Power Transition Characteristics......................................................9-31

27   9.2.1.2.5.1 Open-Loop Estimation..................................................................9-31

28   9.2.1.2.5.2 Closed-Loop Correction ...............................................................9-32

29   9.2.1.3 Modulation Characteristics ................................................................9-32

30   9.2.1.3.1 Reverse Channel Structure ..............................................................9-32

31   9.2.1.3.1.1 Modulation Parameters ................................................................9-37

32   9.2.1.3.1.2 Data Rates ....................................................................................9-38

xxxv

TIA-856-2

## CONTENTS

1    9.2.1.3.2 Access Channel .................................................................. 9-38

2       9.2.1.3.2.1 Pilot Channel ............................................................ 9-39

3       9.2.1.3.2.2 Data Channel ........................................................... 9-39

4    9.2.1.3.3 Reverse Traffic Channel ...................................................... 9-39

5       9.2.1.3.3.1 Pilot Channel ............................................................ 9-40

6       9.2.1.3.3.2 Reverse Rate Indicator Channel ................................ 9-40

7       9.2.1.3.3.3 Data Rate Control Channel ....................................... 9-40

8       9.2.1.3.3.4 ACK Channel ........................................................... 9-44

9       9.2.1.3.3.5 Data Channel............................................................ 9-44

10   9.2.1.3.4 Encoding ............................................................................. 9-45

11      9.2.1.3.4.1 Reverse Link Encoder Structure and Parameters ......... 9-45

12      9.2.1.3.4.2 Turbo Encoding ......................................................... 9-45

13         9.2.1.3.4.2.1 Turbo Encoders.................................................. 9-46

14         9.2.1.3.4.2.2 Turbo Code Termination .................................... 9-46

15         9.2.1.3.4.2.3 Turbo Interleavers ............................................. 9-48

16   9.2.1.3.5 Channel Interleaving............................................................ 9-52

17   9.2.1.3.6 Sequence Repetition ........................................................... 9-52

18   9.2.1.3.7 Orthogonal Covers .............................................................. 9-53

19   9.2.1.3.8 Quadrature Spreading ......................................................... 9-53

20      9.2.1.3.8.1 Access Terminal Common Short-Code PN Sequences... 9-54

21      9.2.1.3.8.2 Long Codes ............................................................... 9-55

22      9.2.1.3.8.3 Baseband Filtering ................................................... 9-57

23   9.2.1.4 Closed-Loop Power-Control Operation ...................................... 9-58

24   9.2.1.5 Reception of the DRCLock Channel .......................................... 9-59

25   9.2.1.6 Synchronization and Timing .................................................... 9-59

26 9.3 Access Network Requirements.......................................................... 9-60

27   9.3.1 Transmitter ............................................................................. 9-60

28   9.3.1.1 Frequency Parameters ............................................................ 9-60

29      9.3.1.1.1 Channel Spacing and Designation ................................. 9-60

30         9.3.1.1.1.1 Band Class 0 (800-MHz Band) ........................... 9-60

31         9.3.1.1.1.2 Band Class 1 (1900-MHz Band) ......................... 9-60

32         9.3.1.1.1.3 Band Class 2 (TACS Band)................................... 9-60

Deleted: 9-41

Deleted: 9-45

Deleted: 9-53

Deleted: 9-61

Deleted: 9-61

Deleted: 9-61

Deleted: 9-61

Deleted: 9-61

Deleted: 9-61

Deleted: 9-61

<h1 style="text-align:center">CONTENTS</h1>

| | | | |
|---|---|---|---|
| 1 | 9.3.1.1.1.4 Band Class 3 (JTACS Band) ................................................. 9-60 | | Deleted: 9-61 |
| 2 | 9.3.1.1.1.5 Band Class 4 (Korean PCS Band) ...................................... 9-60 | | Deleted: 9-61 |
| 3 | 9.3.1.1.1.6 Band Class 5 (450-MHz Band)........................................... 9-61 | | Deleted: 9-62 |
| 4 | 9.3.1.1.1.7 Band Class 6 (2-GHz Band)................................................ 9-61 | | Deleted: 9-62 |
| 5 | 9.3.1.1.1.8 Band Class 7 (700-MHz Band)........................................... 9-61 | | Deleted: 9-62 |
| 6 | 9.3.1.1.1.9 Band Class 8 (1800-MHz Band)......................................... 9-61 | | Deleted: 9-62 |
| 7 | 9.3.1.1.1.10 Band Class 9 (900-MHz Band)......................................... 9-61 | | Deleted: 9-62 |
| 8 | 9.3.1.1.1.11 Band Class 10 (Secondary 800 MHz Band).................... 9-61 | | Deleted: 9-62 |
| 9 | 9.3.1.1.1.12 Band Class 11 (400 MHz European PAMR Band) ........... 9-61 | | Deleted: 9-62 |
| 10 | 9.3.1.1.1.13 Band Class 12 (800 MHz European PAMR Band) ........... 9-61 | | Deleted: 9-62 |
| 11 | 9.3.1.1.2 Frequency Tolerance ................................................................. 9-62 | | Deleted: 9-63 |
| 12 | 9.3.1.2 Power Output Characteristics ...................................................... 9-62 | | Deleted: 9-63 |
| 13 | 9.3.1.3 Modulation Characteristics .......................................................... 9-62 | | Deleted: 9-63 |
| 14 | 9.3.1.3.1 Forward Channel Structure ....................................................... 9-62 | | Deleted: 9-63 |
| 15 | 9.3.1.3.1.1 Modulation Parameters .......................................................... 9-67 | | Deleted: 9-68 |
| 16 | 9.3.1.3.1.2 Data Rates .............................................................................. 9-70 | | Deleted: 9-71 |
| 17 | 9.3.1.3.2 Forward Link Channels ............................................................. 9-70 | | Deleted: 9-71 |
| 18 | 9.3.1.3.2.1 Pilot Channel .......................................................................... 9-70 | | Deleted: 9-71 |
| 19 | 9.3.1.3.2.1.1 Modulation ......................................................................... 9-70 | | Deleted: 9-72 |
| 20 | 9.3.1.3.2.1.2 Orthogonal Spreading......................................................... 9-70 | | Deleted: 9-72 |
| 21 | 9.3.1.3.2.1.3 Quadrature Spreading ......................................................... 9-70 | | Deleted: 9-72 |
| 22 | 9.3.1.3.2.2 Forward MAC Channel ......................................................... 9-71 | | Deleted: 9-73 |
| 23 | 9.3.1.3.2.2.1 Reverse Power Control Channel ......................................... 9-71 | | Deleted: 9-73 |
| 24 | 9.3.1.3.2.2.2 DRCLock Channel .............................................................. 9-72 | | Deleted: 9-74 |
| 25 | 9.3.1.3.2.2.3 Reverse Activity Channel ................................................... 9-73 | | Deleted: 9-75 |
| 26 | 9.3.1.3.2.3 Forward Traffic Channel ....................................................... 9-73 | | Deleted: 9-75 |
| 27 | 9.3.1.3.2.3.1 Forward Traffic Channel Preamble...................................... 9-73 | | Deleted: 9-76 |
| 28 | 9.3.1.3.2.3.2 Encoding ............................................................................. 9-74 | | Deleted: 9-77 |
| 29 | 9.3.1.3.2.3.2.1 Turbo Encoder ................................................................. 9-75 | | Deleted: 9-80 |
| 30 | 9.3.1.3.2.3.2.2 Turbo Interleaver ............................................................. 9-78 | | Deleted: 9-85 |
| 31 | 9.3.1.3.2.3.3 Scrambling .......................................................................... 9-82 | | Deleted: 9-85 |
| 32 | 9.3.1.3.2.3.4 Channel Interleaving .......................................................... 9-83 | | Deleted: 9-86 |

<div style="text-align:center">xxxvii</div>

**CONTENTS**

1    9.3.1.3.2.3.4.1 Symbol Reordering ............................................. 9-83

2    9.3.1.3.2.3.4.2 Symbol Permuting ............................................. 9-84

3    9.3.1.3.2.3.5 Modulation ............................................................. 9-85

4    9.3.1.3.2.3.5.1 QPSK Modulation ............................................. 9-85

5    9.3.1.3.2.3.5.2 8-PSK Modulation ............................................. 9-86

6    9.3.1.3.2.3.5.3 16-QAM Modulation ......................................... 9-87

7    9.3.1.3.2.3.6 Sequence Repetition and Symbol Puncturing ...................... 9-89

8    9.3.1.3.2.3.7 Symbol Demultiplexing ....................................... 9-90

9    9.3.1.3.2.3.8 Walsh Channel Assignment .................................. 9-91

10   9.3.1.3.2.3.9 Walsh Channel Scaling ....................................... 9-91

11   9.3.1.3.2.3.10 Walsh Chip Level Summing ............................... 9-91

12   9.3.1.3.2.4 Control Channel ..................................................... 9-91

13   9.3.1.3.3 Time-Division Multiplexing ...................................... 9-91

14   9.3.1.3.4 Quadrature Spreading .............................................. 9-94

15   9.3.1.3.5 Filtering ................................................................. 9-95

16   9.3.1.3.5.1 Baseband Filtering ................................................ 9-95

17   9.3.1.3.5.2 Phase Characteristics ............................................ 9-97

18   9.3.1.3.6 Synchronization and Timing ..................................... 9-98

19   9.3.1.3.6.1 Timing Reference Source ....................................... 9-98

20   9.3.1.3.6.2 Sector Transmission Time ..................................... 9-98

21   10 Common Algorithms and Data Structures ............................ 10-1

22   10.1 Channel Record ............................................................. 10-1

23   10.2 Access Terminal Identifier Record ................................. 10-2

24   10.3 Attribute Record ............................................................ 10-2

25   10.4 Hash Function ............................................................... 10-4

26   10.5 Pseudorandom Number Generator ................................ 10-5

27   10.5.1 General Procedures ..................................................... 10-5

28   10.5.2 Initialization ............................................................... 10-5

29   10.6 Sequence Number Validation ....................................... 10-5

30   10.7 Generic Configuration Protocol .................................... 10-6

31   10.7.1 Introduction ............................................................... 10-6

32   10.7.2 Procedures ................................................................. 10-6

Deleted: 9-86
Deleted: 9-87
Deleted: 9-88
Deleted: 9-88
Deleted: 9-89
Deleted: 9-90
Deleted: 9-92
Deleted: 9-93
Deleted: 9-94
Deleted: 9-94
Deleted: 9-94
Deleted: 9-94
Deleted: 9-94
Deleted: 9-97
Deleted: 9-98
Deleted: 9-98
Deleted: 9-100
Deleted: 9-101
Deleted: 9-101
Deleted: 9-101
Deleted: 10-6

xxxviii

TIA-856-2

**CONTENTS**

1   10.7.2.1 Configuration Negotiation ........................................................10-6

2   10.7.3 Message Formats ........................................................................10-7

3   10.7.3.1 ConfigurationRequest ...............................................................10-7

4   10.7.3.2 ConfigurationResponse .............................................................10-8

5   10.8 Session State Information Record ...................................................10-8

6   10.9 SectorID Provisioning .....................................................................10-11

7   10.9.1 Overview of Relevant Formats ....................................................10-11

8   10.9.1.1 Global Unicast IPv6 Address Format .........................................10-11

9   10.9.1.2 Site-Local Unicast IPv6 Address Format ...................................10-11

10  10.9.1.3 Link-Local Unicast IPv6 Address Format ..................................10-11

11  10.9.1.4 Reserved IPv6 Address Format .................................................10-12

12  10.9.1.5 Modified EUI-64 Format ...........................................................10-12

13  10.9.2 SectorID Construction .................................................................10-13

14  10.9.2.1 Construction of Globally Unique SectorID .................................10-13

15  10.9.2.1.1 SectorID Based On an IPv6 Unique Identifier ........................10-13

16  10.9.2.1.2 SectorID Not Based On an IPv6 Unique Identifier ..................10-14

17  10.9.2.1.2.1 ANSI-41 Method ..................................................................10-15

18  10.9.2.1.2.2 GSM/UMTS Method .............................................................10-15

19  10.9.2.1.2.3 IPv4 Unique Identifier .........................................................10-16

20  10.9.2.2 Construction of Locally Unique SectorID ..................................10-16

21  11 Assigned Names And Numbers .........................................................11-1

22  11.1 Protocols ......................................................................................11-1

23  11.2 Messages ......................................................................................11-4

**Deleted:** 10-13

**Deleted:** 10-14

**Deleted:** 10-16

**Deleted:** 10-17

xxxix

TIA-856-2

# FIGURES

1   Figure 1.3-1. Architecture Reference Model.................................................................. 1-2

2   Figure 1.4.1-1. Air Interface Layering Architecture...................................................... 1-2

3   Figure 1.5-1. Forward Channel Structure ..................................................................... 1-4

4   Figure 1.5-2. Reverse Channel Structure ...................................................................... 1-4

5   Figure 1.6.6-1. Default Protocols.................................................................................. 1-9

6   Figure 1.14-1. CDMA System Time Line...................................................................... 1-18

7   Figure 2.1.1-1. Default Signaling Layer Protocols........................................................ 2-1

8   Figure 2.1.3-1. Message Encapsulation (Non-fragmented)........................................... 2-2

9   Figure 2.1.3-2. Message Encapsulation (Fragmented) .................................................. 2-2

10  Figure 2.3.2-1. Sample Message Information ............................................................... 2-4

11  Figure 2.5.3-1. SNP Packet Structure ........................................................................... 2-8

12  Figure 2.6.4.2.3.3.1-1. SLP-D Transmit Sequence Number Variable ........................... 2-14

13  Figure 2.6.4.2.3.3.2-1. SLP Receive Sequence Number Variables ................................ 2-15

14  Figure 3.1.1-1. Default Packet Application Protocols.................................................... 3-1

15  Figure 3.1.3-1. Default Packet Application Encapsulation............................................. 3-2

16  Figure 3.4.4.1.2-1. RLP Transmit Sequence Number Variable ...................................... 3-7

17  Figure 3.4.4.1.2-2. RLP Receive Sequence Number Variables ...................................... 3-8

18  Figure 3.6.1-1. Flow Control Protocol State Diagram (Access Terminal)....................... 3-19

19  Figure 3.6.1-2. Flow Control Protocol State Diagram (Access Network)........................ 3-19

20  Figure 4.1.2-1. Stream Layer Encapsulation ................................................................. 4-1

21  Figure 4.2.6-1. Stream Layer Packet Structure .............................................................. 4-5

22  Figure 5.1.1-1. Session Layer Protocols........................................................................ 5-2

23  Figure 5.1.2-1. Session Layer Encapsulation ................................................................ 5-2

24  Figure 5.2.1-1. Session Management Protocol State Diagram (Access Terminal)............. 5-3

25  Figure 5.2.1-2. Session Management Protocol State Diagram (Access Network)............. 5-4

26  Figure 5.3.1-1. Address Management Protocol State Diagram (Access Terminal) ........... 5-15

27  Figure 5.3.1-2. Address Management Protocol State Diagram (Access Network) ........... 5-16

28  Figure 5.4.1-1. Session Configuration Protocol State Diagram (Access Terminal) ........ 5-33

29  Figure 5.4.1-2. Session Configuration Protocol State Diagram (Access Network) ......... 5-34

30  Figure 5.4.9-1. Default Session Configuration Protocol: Extensive Negotiation
31      Procedure........................................................................................................... 5-47

Deleted: 5-16

Deleted: 5-17

Deleted: 5-35

Deleted: 5-36

Deleted: 5-49

# FIGURES

1  Figure 5.4.9-2. Default Session Configuration Protocol: Minimal Negotiation
2      Procedure with Key Exchange ..................................................................5-48

3  Figure 6.1.1-1. Connection Layer Protocols .................................................6-3

4  Figure 6.1.2-1. Connection Layer Encapsulation (Format A).........................6-4

5  Figure 6.1.2-2. Connection Layer Encapsulation (Format B).........................6-4

6  Figure 6.2.1-1. Air Link Management Protocol State Diagram (Access Terminal) ............6-6

7  Figure 6.2.1-2. Air Link Management Protocol State Diagram (Access Network) ............6-6

8  Figure 6.3.1-1. Default Initialization State Protocol State Diagram ..............................6-17

9  Figure 6.4.1-1. Default Idle State Protocol State Diagram (Access Terminal)................6-25

10  Figure 6.4.1-2. Default Idle State Protocol State Diagram (Access Network)................6-26

11  Figure 6.4.6.1-1. Connection Setup Exchange.................................................6-35

12  Figure 6.5.1-1. Default Connected State Protocol State Diagram (Access Terminal) ......6-41

13  Figure 6.5.1-2. Default Connected State Protocol State Diagram (Access Network) ......6-41

14  Figure 6.6.1-1. Default Route Update Protocol State Diagram ..................................6-49

15  Figure 6.7.3-1. Connection Layer Packet Structure (Format A) ..............................6-93

16  Figure 6.7.3-2. Connection Layer Packet Structure (Format B)..............................6-93

17  Figure 6.8.1-1. Overhead Messages Protocol State Diagram ..............................6-101

18  Figure 7.1.1-1. Security Layer Protocols .........................................................7-1

19  Figure 7.2-1. Security Layer Encapsulation ...................................................7-2

20  Figure 7.6.5.1-1. Message Bits for Generation of Authentication and Encryption
21      Keys .........................................................................................................7-24

22  Figure 7.6.9-1. Example Call Flow: Timer $T_{KEPSigCompAN}$ Expires But $T_{KEPKeyCompAT}$ Does
23      Not Expire ..............................................................................................7-32

24  Figure 7.6.9-2. Example Call Flow: Timer $T_{KEPSigCompAN}$ Does Not Expire But
25      $T_{KEPKeyCompAT}$ Expires.................................................................................7-33

26  Figure 8.1.1-1. MAC Layer Protocols ...........................................................8-1

27  Figure 8.1.2-1. Control Channel MAC Layer Packet Encapsulation ..............................8-2

28  Figure 8.1.2-2. Access Channel MAC Layer Packet Encapsulation ..............................8-3

29  Figure 8.1.2-3. Forward Traffic Channel MAC Layer Packet Encapsulation ..................8-3

30  Figure 8.1.2-4. Reverse Traffic Channel MAC Layer Packet Encapsulation ..................8-4

31  Figure 8.2.1-1. Default Control Channel MAC Protocol State Diagram..........................8-5

32  Figure 8.2.6-1. Control Channel MAC Packet Structure ..................................8-9

33  Figure 8.2.6.1.4.1-1. Location of Control Channel Capsules .........................8-11

Deleted: 5-50

Deleted: 6-18

Deleted: 6-26

Deleted: 6-27

Deleted: 6-36

Deleted: 6-42

Deleted: 6-42

Deleted: 6-50

Deleted: 6-96

Deleted: 6-96

Deleted: 6-104

Deleted: 7-25

Deleted: 7-33

Deleted: 7-34

TIA-856-2

# FIGURES

1    Figure 8.3.1-1. Default Access Channel MAC Protocol State Diagram ........................ 8-17

2    Figure 8.3.6-1. Access Channel MAC Packet Structure ............................................... 8-21

3    Figure 8.3.6.1-2. Access Probe Structure .................................................................... 8-22

4    Figure 8.3.6.1-3. Access Probe Sequences ................................................................. 8-23

5    Figure 8.3.6.2-1. Access Channel MAC Layer Capsule FCS........................................ 8-29

6    Figure 8.4.1-1. Forward Traffic Channel MAC Protocol State Diagram ........................ 8-35

7    Figure 8.4.6-1. Forward Traffic Channel MAC Layer Packet Structure ........................ 8-39

8    Figure 8.5.1-1. Reverse Traffic Channel MAC Protocol State Diagram ........................ 8-51

9    Figure 8.5.6-1. Reverse Traffic Channel MAC Layer Packet Structure ........................ 8-55

10   Figure 9.1.2.1-1. Physical Layer Packet Format for the Control Channel...................... 9-1

11   Figure 9.1.2.2-1. Physical Layer Packet Format for the Access Channel....................... 9-2

12   Figure 9.1.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel........... 9-3

13   Figure 9.1.2.4-1. Physical Layer Packet Format for the Reverse Traffic Channel........... 9-4

14   Figure 9.1.4-1. FCS Computation for the Physical Layer Packet .................................. 9-5

15   Figure 9.2.1.3.1-1. Reverse Channel Structure for the Access Channel........................ 9-34

16   Figure 9.2.1.3.1-2. Reverse Channel Structure for the Reverse Traffic Channel (Part
17       1 of 2)............................................................................................................... 9-35

18   Figure 9.2.1.3.1-3. Reverse Channel Structure for the Reverse Traffic Channel (Part
19       2 of 2)............................................................................................................... 9-36

20   Figure 9.2.1.3.1-4. Pilot Channel and RRI Channel TDM Allocations for the Reverse
21       Traffic Channel ................................................................................................. 9-36

22   Figure 9.2.1.3.1-5. Multislot Physical Layer Packet with Normal Termination ............. 9-37

23   Figure 9.2.1.3.1-6. Multislot Physical Layer Packet with Early Termination ................ 9-37

24   Figure 9.2.1.3.2-1. Example of an Access Probe ........................................................ 9-39

25   Figure 9.2.1.3.3.3-1. DRC Timing for Nongated Transmission .................................... 9-43

26   Figure 9.2.1.3.3.3-2. DRC Timing for Gated Transmission ......................................... 9-44

27   Figure 9.2.1.3.4.2.2-1. Turbo Encoder ..................................................................... 9-47

28   Figure 9.2.1.3.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure......... 9-49

29   Figure 9.2.1.3.5-1. Channel Interleaver Address Generation ...................................... 9-52

30   Figure 9.2.1.3.8.2-1. Long-Code Generators ............................................................ 9-56

31   Figure 9.2.1.3.8-2. Baseband Filter Frequency Response Limits ................................. 9-57

32   Figure 9.3.1.3.1-1. Forward Channel Structure ......................................................... 9-65

Deleted: 8-30

Deleted: 8-36

Deleted: 8-40

Deleted: 8-53

Deleted: 8-57

Deleted: 9-66

xlii

## FIGURES

1    Figure 9.3.1.3.1-2. Forward Link Slot Structure ................................................ 9-66

2    Figure 9.3.1.3.1-3. Multislot Physical Layer Packet with Normal Termination.............. 9-66

3    Figure 9.3.1.3.1-4. Multislot Physical Layer Packet with Early Termination................. 9-67

4    Figure 9.3.1.3.2.2.2-1. DRCLock Puncturing Example ................................................. 9-73

5    Figure 9.3.1.3.2.3.2-1. Forward Link Encoder ............................................................ 9-75

6    Figure 9.3.1.3.2.3.2.1-1. Turbo Encoder ................................................................... 9-77

7    Figure 9.3.1.3.2.3.2.2-1. Turbo Interleaver Output Address Calculation Procedure ...... 9-79

8    Figure 9.3.1.3.2.3.3-1. Symbol Scrambler ................................................................. 9-83

9    Figure 9.3.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation ........................... 9-86

10   Figure 9.3.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation .......................... 9-87

11   Figure 9.3.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation ....................... 9-89

12   Figure 9.3.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-
13        Slot Cases with Data Rates of 153.6, 307.2, 614.4, 921.6, and 1228.8 kbps ......... 9-92

14   Figure 9.3.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Data Rates of
15        38.4 and 76.8 kbps ............................................................................................ 9-92

16   Figure 9.3.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot
17        Cases with Data Rates of 1.2288, 1.8432, and 2.4576 Mbps ............................... 9-93

18   Figure 9.3.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case
19        with a Data Rate of 614.4 kbps .......................................................................... 9-93

20   Figure 9.3.1.3.5.1-1. Baseband Filter Frequency Response Limits............................... 9-96

21   Figure 10.9.1.1-1. Global Unicast IPv6 Address Format ............................................ 10-11

22   Figure 10.9.1.2-1. Site-Local Unicast IPv6 Address Format ....................................... 10-11

23   Figure 10.9.1.3-1. Link-Local Unicast IPv6 Address Format ...................................... 10-12

24   Figure 10.9.1.4-1. Format of the Reserved IPv6 Addresses ........................................ 10-12

25   Figure 10.9.1.4-2. IPv6 Values That Are to be Avoided ............................................. 10-12

26   Figure 10.9.1.5-1. Universally Unique Modified EUI-64 ............................................. 10-13

27   Figure 10.9.1.5-2. Locally Unique Modified EUI-64 .................................................. 10-13

28   Figure 10.9.2.1.2-1. "S" bits in the Site-Local Unicast IPv6 Address Format ............... 10-14

29   Figure 10.9.2.1.2-2. "S" bits in the Link-Local Unicast IPv6 Address Format .............. 10-14

30   Figure 10.9.2.1.2-3. "S" bits in the Reserved IPv6 Address Format ............................ 10-14

31   Figure 10.9.2.1.2-4. sub-fields of the "S" bits .......................................................... 10-15

32   Figure 10.9.2.1.2.1-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for
33        the ANSI-41 Method ......................................................................................... 10-15

Deleted: 9-67
Deleted: 9-67
Deleted: 9-68
Deleted: 9-74
Deleted: 9-77
Deleted: 9-79
Deleted: 9-82
Deleted: 9-86
Deleted: 9-89
Deleted: 9-90
Deleted: 9-92
Deleted: 9-95
Deleted: 9-95
Deleted: 9-96
Deleted: 9-96
Deleted: 9-99
Deleted: 10-15

xliii

TIA-856-2

## FIGURES

1   Figure 10.9.2.1.2.2-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for
2       the GSM/UMTS Method ................................................................................ 10-16

3   Figure 10.9.2.1.2.3-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for
4       the IPv4 Method ......................................................................................... 10-16

5   Figure 10.9.2.2-1. Format of the Locally Unique SectorID ......................................... 10-16

**Deleted:** 10-17

xliv

# TABLES

1   Table 2.5.4-1. Default Protocol Stack Type Values...........................................................2-9

2   Table 3.5.4.2-1. LocationType Encoding ......................................................................3-14

3   Table 3.5.4.2-2. Subfields of LocationValue when LocationType = 0x01.......................3-15

4   Table 3.7-1. Configurable Values.................................................................................3-24

5   Table 3.8.1-1.  The Format of the Parameter Record for the Location Parameter...........3-25

6   Table 3.8.2-1.  The Format of the Parameter Record for the FlowControlState
7       Parameter............................................................................................................3-25

8   Table 4.2.7.1-1. Application Subtypes .........................................................................4-7

9   Table 5.2.6.2-1. Encoding of CloseReason Field ..........................................................5-12

10  Table 5.2.7-1. Configurable Attributes.........................................................................5-14

11  Table 5.3.7.2-1. HardwareIDType encoding ................................................................5-29

12  Table 5.3.10.1-1.  The Format of the Parameter Record for the SessionSeed
13      Parameter............................................................................................................5-31

14  Table 5.3.10.2-1.  The Format of the Parameter Record for the MessageSequence
15      Parameter............................................................................................................5-31

16  Table 5.4.7.1-1. Protocol Type Configurable Attributes................................................5-44

17  Table 6.2.1-1. Active Protocols Per Air Link Management Protocol State ......................6-7

18  Table 6.4.6.2-1. Encoding of the RequestReason Field..................................................6-37

19  Table 6.4.6.2-2. Encoding of the DenyReason Field .....................................................6-38

20  Table 6.5.6.2-1. Encoding of the CloseReason Field.....................................................6-47

21  Table 6.6.1-1. Route Update Protocol Parameters that are Public Data of the
22      Overhead Messages Protocol.................................................................................6-50

23  Table 6.6.6.2-1. DRCLength Encoding.........................................................................6-74

24  Table 6.6.6.2-2. Encoding of the RABLength Field.......................................................6-75

25  Table 6.6.6.2-3. Search Window Sizes .........................................................................6-78

26  Table 6.6.6.2-4. Search Window Offset ........................................................................6-79

27  Table 6.6.6.3.2-1. Pilot Drop Timer Values .................................................................6-85

28  Table 6.6.7.4-1. Configurable Values...........................................................................6-88

29  Table 6.6.9.1-1.  The Format of the Parameter Record for the RouteUpdate
30      Parameter............................................................................................................6-89

31  Table 6.8.6.2-1. Search Window Sizes .........................................................................6-113

32  Table 6.8.6.2-2. Search Window Offset ........................................................................6-114

33  Table 7.6.5.1-1. Message Bits......................................................................................7-21

xlv

TIA-856-2

**TABLES**

1  Table 7.6.5.1-2. Message Bits ............................................................... 7-22   Deleted: 7-23
2  Table 7.6.5.1-3. Subfields of SKey ....................................................... 7-23   Deleted: 7-24
3  Table 7.6.7-1. Configurable Values ...................................................... 7-30   Deleted: 7-31
4  Table 7.6.6.3-1. Common Primitive Base and Common Prime Modulus for
5      KeyLength equal to 768 ................................................................ 7-31   Deleted: 7-32
6  Table 7.6.6.3-2. Common Primitive Base and Common Prime Modulus for
7      KeyLength equal to 1024 .............................................................. 7-31   Deleted: 7-32
8  Table 7.6.10.1-1.  The Format of the Parameter Record for the SKey Parameter ........... 7-33   Deleted: 7-34
9  Table 7.6.10.2-1.  The Format of the Parameter Record for the FACAuthKey
10     Parameter ............................................................................... 7-34   Deleted: 7-35
11 Table 7.6.10.3-1.  The Format of the Parameter Record for the RACAuthKey
12     Parameter ............................................................................... 7-34   Deleted: 7-35
13 Table 7.6.10.4-1.  The Format of the Parameter Record for the FACEncKey
14     Parameter ............................................................................... 7-35   Deleted: 7-36
15 Table 7.6.10.5-1.  The Format of the Parameter Record for the RACEncKey
16     Parameter ............................................................................... 7-35   Deleted: 7-36
17 Table 7.6.10.6-1.  The Format of the Parameter Record for the FPCAuthKey
18     Parameter ............................................................................... 7-35   Deleted: 7-37
19 Table 7.6.10.7-1.  The Format of the Parameter Record for the RPCAuthKey
20     Parameter ............................................................................... 7-36   Deleted: 7-37
21 Table 7.6.10.8-1.  The Format of the Parameter Record for the FPCEncKey
22     Parameter ............................................................................... 7-36   Deleted: 7-38
23 Table 7.6.10.9-1.  The Format of the Parameter Record for the RPCEncKey
24     Parameter ............................................................................... 7-37   Deleted: 7-38
25 Table 7.8.6.1-1. Message Bits for ACPAC Computation ............................... 7-46   Deleted: 7-48
26 Table 7.8.6.1-2. Message Bits for ACPAC Computation ............................... 7-47   Deleted: 7-49
27 Table 7.8.8-1. Configurable Values ...................................................... 7-48   Deleted: 7-50
28 Table 8.3.6.1.4.1.2-1. Access Channel Long Code Masks ......................... 8-26
29 Table 8.4.6.1.4.1-1. DRC Value Specification ...................................... 8-42   Deleted: 8-43
30 Table 8.4.7-1. Configurable Values ...................................................... 8-47   Deleted: 8-49
31 Table 8.4.7.2-1. DRCLockPeriod Encoding. .......................................... 8-48   Deleted: 8-50
32 Table 8.4.7.2-2. DRCLockLength Encoding ............................................ 8-49   Deleted: 8-50
33 Table 8.5.6-1. Reverse Traffic Channel Rates and Payload ........................ 8-56   Deleted: 8-58
34 Table 8.5.6.1.2-1. Reverse Traffic Channel Long Code Masks ..................... 8-57   Deleted: 8-59
35 Table 8.5.6.1.5-1. Determination of MaxRate ....................................... 8-59   Deleted: 8-61

xlvi

**TABLES**

Table 8.5.6.3-1. Encoding of the RateLimit Field .......................................................8-62

Table 8.5.6.3-2. Encoding of the RateLimit Field .......................................................8-63

Table 8.5.7.1-1. Encoding of the RPCStep Field........................................................8-65

Table 8.5.9.1-1.  The Format of the Parameter Record for the SKey Parameter ............8-68

Table 9.2.1.1.1.1-1. Band Class 0 System Frequency Correspondence ..........................9-6

Table 9.2.1.1.1.1-2. CDMA Channel Number to CDMA Frequency Assignment
Correspondence for Band Class 0 ..............................................................................9-7

Table 9.2.1.1.1.1-3. CDMA Channel Numbers and Corresponding Frequencies for
Band Class 0 ...........................................................................................................9-8

Table 9.2.1.1.1.2-1. Band Class 1 Block Frequency Correspondence..............................9-9

Table 9.2.1.1.1.2-2. CDMA Channel Number to CDMA Frequency Assignment
Correspondence for Band Class 1 ...............................................................................9-9

Table 9.2.1.1.1.2-3. CDMA Channel Numbers and Corresponding Frequencies for
Band Class 1 .........................................................................................................9-10

Table 9.2.1.1.1.3-1. Band Class 2 Block Frequency Correspondence............................9-11

Table 9.2.1.1.1.3-2. Band Class 2 Band Subclasses ..................................................9-11

Table 9.2.1.1.1.3-3. CDMA Channel Number to CDMA Frequency Assignment
Correspondence for Band Class 2 .............................................................................9-11

Table 9.2.1.1.1.3-4. CDMA Channel Numbers and Corresponding Frequencies for
Band Class 2 .........................................................................................................9-12

Table 9.2.1.1.1.4-1. Band Class 3 System Frequency Correspondence .........................9-13

Table 9.2.1.1.1.4-2. CDMA Channel Number to CDMA Frequency Assignment
Correspondence for Band Class 3 .............................................................................9-13

Table 9.2.1.1.1.4-3. CDMA Channel Numbers and Corresponding Frequencies for
Band Class 3 .........................................................................................................9-14

Table 9.2.1.1.1.5-1. Band Class 4 Block Frequency Correspondence............................9-15

Table 9.2.1.1.1.5-2. CDMA Channel Number to CDMA Frequency Assignment
Correspondence for Band Class 4 .............................................................................9-15

Table 9.2.1.1.1.5-3. CDMA Channel Numbers and Corresponding Frequencies for
Band Class 4 .........................................................................................................9-15

Table 9.2.1.1.1.6-1. Band Class 5 Block Frequency Correspondence and Band
Subclasses ............................................................................................................9-16

Table 9.2.1.1.1.6-2. CDMA Channel Number to CDMA Frequency Assignment
Correspondence for Band Class 5 .............................................................................9-17

Deleted: 8-64

Deleted: 8-65

Deleted: 8-68

Deleted: 8-71

TIA-856-2

**TABLES**

1   Table 9.2.1.1.1.6-3. CDMA Channel Numbers and Corresponding Frequencies for
2       Band Class 5....................................................................................................... 9-18

3   Table 9.2.1.1.1.7-1. CDMA Channel Number to CDMA Frequency Assignment
4       Correspondence for Band Class 6........................................................................ 9-19

5   Table 9.2.1.1.1.7-2. CDMA Channel Numbers and Corresponding Frequencies for
6       Band Class 6....................................................................................................... 9-19

7   Table 9.2.1.1.1.8-1. Band Class 7 Block Frequency Correspondence ........................... 9-20

8   Table 9.2.1.1.1.8-2. CDMA Channel Number to CDMA Frequency Assignment
9       Correspondence for Band Class 7........................................................................ 9-20

10  Table 9.2.1.1.1.8-3. CDMA Channel Numbers and Corresponding Frequencies for
11      Band Class 7....................................................................................................... 9-20

12  Table 9.2.1.1.1.9-1. CDMA Channel Number to CDMA Frequency Assignment
13      Correspondence for Band Class 8........................................................................ 9-21

14  Table 9.2.1.1.1.9-2. CDMA Channel Numbers and Corresponding Frequencies for
15      Band Class 8....................................................................................................... 9-21

16  Table 9.2.1.1.1.10-1. CDMA Channel Number to CDMA Frequency Assignment
17      Correspondence for Band Class 9........................................................................ 9-22

18  Table 9.2.1.1.1.10-2. CDMA Channel Numbers and Corresponding Frequencies for
19      Band Class 9....................................................................................................... 9-22

20  Table 9.2.1.1.1.11-1. Band Class 10 System Frequency Correspondence.................... 9-23

21  Table 9.2.1.1.1.11-2. CDMA Channel Number to CDMA Frequency Assignment
22      Correspondence for Band Class 10...................................................................... 9-23

23  Table 9.2.1.1.1.11-3. CDMA Channel Numbers and Corresponding Frequencies for
24      Band Class 10..................................................................................................... 9-24

25  Table 9.2.1.1.1.12-1.  Band Class 11 Block Frequency Correspondence ..................... 9-25

26  Table 9.2.1.1.1.12-2.  CDMA Channel Number to CDMA Frequency Assignment
27      Correspondence for Band Class 11...................................................................... 9-25

28  Table 9.2.1.1.1.12-3.  CDMA Channel Numbers and Corresponding Frequencies for
29      Band Class 11..................................................................................................... 9-26

30  Table 9.2.1.1.1.13-1.  Band Class 12 Block Frequency Correspondence ..................... 9-27

31  Table 9.2.1.1.1.13-2. CDMA Channel Number to CDMA Frequency Assignment
32      Correspondence for Band Class 12...................................................................... 9-27

33  Table 9.2.1.1.1.13-3. CDMA Channel Numbers and Corresponding Frequencies for
34      Band Class 12..................................................................................................... 9-27

35  Table 9.2.1.2.4.1-1. Relative Power Levels vs. Data Rate ............................................ 9-30

xlviii

**TABLES**

1   Table 9.2.1.3.1.1-1. Modulation Parameters for the Access Channel and the Reverse
2       Traffic Channel ............................................................................................9-38

3   Table 9.2.1.3.3.2-1. RRI Symbol and Simplex Encoder Assignments ....................9-40

4   Table 9.2.1.3.3.3-1. DRC Bi-Orthogonal Encoding...............................................9-42

5   Table 9.2.1.3.3.3-2. 8-ary Walsh Functions .........................................................9-42

6   Table 9.2.1.3.4.1-1. Parameters for the Reverse Link Encoder.............................9-45

7   Table 9.2.1.3.4.2.2-1. Puncturing Patterns for the Data Bit Periods ....................9-48

8   Table 9.2.1.3.4.2.2-2. Puncturing Patterns for the Tail Bit Periods ......................9-48

9   Table 9.2.1.3.4.2.3-1. Turbo Interleaver Parameter .............................................9-50

10  Table 9.2.1.3.4.2.3-2. Turbo Interleaver Lookup Table Definition ........................9-51

11  Table 9.2.1.3.8-1. Baseband Filter Coefficients....................................................9-58

12  Table 9.3.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the
13      Control Channel (Part 1 of 2) ...................................................................9-68

14  Table 9.3.1.3.1.1-2. Modulation Parameters for the Forward Traffic Channel and the
15      Control Channel (Part 2 of 2) ...................................................................9-69

16  Table 9.3.1.3.1.1-3. Modulation Parameters for the MAC Channel ......................9-70

17  Table 9.3.1.3.2.1.3-1. MAC Channel and Preamble Use Versus MACIndex..........9-71

18  Table 9.3.1.3.2.3.1-1. Preamble Repetition .........................................................9-74

19  Table 9.3.1.3.2.3.2-1. Parameters of the Forward Link Encoder ..........................9-75

20  Table 9.3.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods...................9-78

21  Table 9.3.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods .....................9-78

22  Table 9.3.1.3.2.3.2.2-1. Turbo Interleaver Parameter ..........................................9-80

23  Table 9.3.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition ......................9-81

24  Table 9.3.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State...............9-82

25  Table 9.3.1.3.2.3.4.1-1. Scrambled Turbo Encoder Output and Symbol Reordering
26      Demultiplexer Symbol Sequences ............................................................9-84

27  Table 9.3.1.3.2.3.4.2-1. Channel Interleaver Parameters .....................................9-85

28  Table 9.3.1.3.2.3.5.1-1. QPSK Modulation Table .................................................9-86

29  Table 9.3.1.3.2.3.5.2-1. 8-PSK Modulation Table.................................................9-87

30  Table 9.3.1.3.2.3.5.3-1. 16-QAM Modulation Table .............................................9-88

31  Table 9.3.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters .........9-90

32  Table 9.3.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing Parameters ............9-94

33  Table 9.3.1.3.5.1-1. Baseband Filter Coefficients.................................................9-97

Deleted: 9-69
Deleted: 9-70
Deleted: 9-71
Deleted: 9-73
Deleted: 9-76
Deleted: 9-77
Deleted: 9-80
Deleted: 9-80
Deleted: 9-83
Deleted: 9-84
Deleted: 9-85
Deleted: 9-87
Deleted: 9-88
Deleted: 9-89
Deleted: 9-90
Deleted: 9-91
Deleted: 9-93
Deleted: 9-97
Deleted: 9-100

TIA-856-2

**TABLES**

1   Table 10.1-1. SystemType Encoding.................................................................. 10-1

2   Table 10.2-1. ATIType Field Encoding ......................................................... 10-2

3   Table 10.8-1.  The Format of the Session State Information Record ............................ 10-9

4   Table 10.8-2.  Encoding of the DataType Field ............................................. 10-9

5   Table 11.1-1. Protocol Type and Subtypes.................................................. 11-2

**Deleted:** 10-10

1

**FOREWORD**

1        **(This foreword is not part of this Standard)**

2    This standard was prepared by Technical Specification Group C of the Third Generation
3    Partnership Project 2 (3GPP2). This standard is evolved from and is a companion to the
4    cdma2000® standards. This air interface standard provides high rate packet data services.

5    Twelve different operating bands have been specified. Equipment built to this standard can
6    be used in a band subject to the allocation of the band and to the rules and regulations of
7    the country to which the allocated band has been assigned.

TIA-856-2

1

**REFERENCES**

1   The following standards contain provisions, which, through reference in this text,
2   constitute provisions of this standard. At the time of publication, the editions indicated
3   were valid. All standards are subject to revision, and parties to agreements based on this
4   standard are encouraged to investigate the possibility of applying the most recent editions
5   of the standards indicated below.

6
7   [1]   TIA/EIA/IS-835, Wireless IP Network Standard.

8   [2]   TIA/EIA/IS-2000-2-A, Physical Layer Standard for cdma2000 Spread Spectrum
9         Systems.

10  [3]   TIA/EIA/IS-2000-5-A, Upper Layer (Layer 3) Signaling Specification for cdma2000
11        Spread Spectrum Systems.

12  [4]   TIA/EIA/IS-864, Recommended Minimum Performance Standards for cdma2000
13        High Rate Packet Data Access Network.

14  [5]   TIA/EIA/IS-866, Recommended Minimum Performance Standards for cdma2000
15        High Rate Packet Data Access Terminal.

16  [6]   FIPS PUB 180-1, Federal Information Processing Standards Publication 180-1.

17  [7]   IETF RFC 2409, The Internet Key Exchange (IKE).

18  [8]   IETF RFC 1700, Assigned Numbers.

19  [9]   TIA/EIA/IS-878, Inter-Operability Specification (IOS) for High Rate Packet Data
20        (HRPD) Access Network Interfaces.

21  [10]  TIA/EIA/TSB58-D, Administration of Parameter Value Assignments for cdma2000
22        Spread Spectrum Standards, Release B.

23  [11]  IETF RFC 2373, IP Version 6 Addressing Architecture.

24  [12]  ITU-T Recommendation E.212, Identification Plan for Land Mobile Stations, 1988.

25  [13]  IETF RFC 3056, Connection of IPv6 Domains via IPv4 Clouds, February 2001.

liii

1    **1 OVERVIEW**

2    **1.1 Scope of This Document**

3    These technical requirements form a compatibility standard for cdma2000®[1] high rate
4    packet data systems. These requirements ensure that a compliant access terminal can
5    obtain service through any access network conforming to this standard. These
6    requirements do not address the quality or reliability of that service, nor do they cover
7    equipment performance or measurement procedures.

8    This specification is primarily oriented toward requirements necessary for the design and
9    implementation of access terminals. As a result, detailed procedures are specified for
10   access terminals to ensure a uniform response to all access networks. Access network
11   procedures, however, are specified only to the extent necessary for compatibility with those
12   specified for the access terminal.

13   This specification includes provisions for future service additions and expansion of system
14   capabilities. The architecture defined by this specification permits such expansion without
15   the loss of backward compatibility to older access terminals.

16   This compatibility standard is based upon spectrum allocations that have been defined by
17   various governmental administrations. Those wishing to deploy systems compliant with
18   this standard should also take notice of the requirement to be compliant with the
19   applicable rules and regulations of local administrations. Those wishing to deploy systems
20   compliant with this standard should also take notice of the electromagnetic exposure
21   criteria for the general public and for radio frequency carriers with low frequency amplitude
22   modulation.

23   **1.2 Requirements Language**

24   Compatibility, as used in connection with this standard, is understood to mean: Any access
25   terminal can obtain service through any access network conforming to this standard.
26   Conversely, all access networks conforming to this standard can service access terminals.

27   "Shall" and "shall not" identify requirements to be followed strictly to conform to the
28   standard and from which no deviation is permitted. "Should" and "should not" indicate that
29   one of several possibilities is recommended as particularly suitable, without mentioning or
30   excluding others, that a certain course of action is preferred but not necessarily required,
31   or that (in the negative form) a certain possibility or course of action is discouraged but not
32   prohibited. "May" and "need not" indicate a course of action permissible within the limits
33   of the standard. "Can" and "cannot" are used for statements of possibility and capability,
34   whether material, physical, or causal.

---

[1] cdma2000® is a trademark for the technical nomenclature for certain specifications and standards of the Organizational Partners (OPs) of 3GPP2. When applied to goods and services, the cdma2000® mark certifies their compliance with cdma2000® standards. Geographically (and as of the date of publication), cdma2000® is a registered trademark of the Telecommunications Industry Association (TIA-USA) in the United States.

1   **1.3 Architecture Reference Model**

2   The architecture reference model is presented in Figure 1.3-1. The reference model consists

Deleted: Figure 1.3-1

3   of the following functional units:



4

5                   **Figure 1.3-1. Architecture Reference Model**

Deleted: 1.3

6   The access terminal, the access network, and the sector are formally defined in 1.11.

Deleted: 1.11

7   The reference model includes the air interface between the access terminal and the access
8   network. The protocols used over the air interface are defined in this document.

9   **1.4 Protocol Architecture**

10  The air interface has been layered, with interfaces defined for each layer (and for each
11  protocol within each layer). This allows future modifications to a layer or to a protocol to be
12  isolated.

13  1.4.1 Layers

14  Figure 1.4.1-1 describes the layering architecture for the air interface. Each layer consists

Deleted: Figure 1.4.1-1

15  of one or more protocols that perform the layer's functionality. Each of these protocols can
16  be individually negotiated.

| Application Layer |
| Stream Layer |
| Session Layer |
| Connection Layer |
| Security Layer |
| MAC Layer |
| Physical Layer |

17

18                   **Figure 1.4.1-1. Air Interface Layering Architecture**

Deleted: 1.4.1

19  The protocols and layers specified in Figure 1.4.1-1 are:

Deleted: Figure 1.4.1-1

1.  **Application Layer**: The Application Layer provides multiple applications. It provides the Default Signaling Application for transporting air interface protocol messages. The Default Signaling Application is defined in Chapter 2. It also provides the Default Packet Application for transporting user data. The Default Packet Application is defined in Chapter 3.

2.  **Stream Layer**: The Stream Layer provides multiplexing of distinct application streams. Stream 0 is dedicated to signaling and defaults to the Default Signaling Application (see Chapter 2). Stream 1, Stream 2, and Stream 3 are not used by default. The Stream Layer is defined in Chapter 4.

3.  **Session Layer**: The Session Layer provides address management, protocol negotiation, protocol configuration and state maintenance services. The Session Layer is defined in Chapter 5.

4.  **Connection Layer**: The Connection Layer provides air link connection establishment and maintenance services. The Connection Layer is defined in Chapter 6.

5.  **Security Layer**: The Security Layer provides authentication and encryption services. The Security Layer is defined in Chapter 7.

6.  **MAC Layer**: The Medium Access Control (MAC) Layer defines the procedures used to receive and to transmit over the Physical Layer. The MAC Layer is defined in Chapter 8.

7.  **Physical Layer**: The Physical Layer provides the channel structure, frequency, power output, modulation, and encoding specifications for the Forward and Reverse Channels. The Physical Layer is defined in Chapter 9.

Each layer may contain one or more protocols. Protocols use signaling messages or headers to convey information to their peer entity at the other side of the air-link. When protocols send messages they use the Signaling Network Protocol (SNP) to transmit these messages.

**1.5 Physical Layer Channels**

The Physical Layer defines the Physical Layer Channels and the Forward and Reverse Channel hierarchies shown in Figure 1.5-1 and Figure 1.5-2. Channel $x$ is part of Channel $y$ if $y$ is an ancestor of $x$. The specific channels are defined in 1.11. When the context is clear, the complete qualified name is usually omitted (e.g., Pilot Channel as opposed to Forward Pilot Channel or Data Channel as opposed to Reverse Traffic Data Channel).

Deleted: 2
Deleted: 3
Deleted: 2
Deleted: 4
Deleted: 5
Deleted: 6
Deleted: 7
Deleted: 8
Deleted: 9
Deleted: Figure 1.5-1
Deleted: Figure 1.5-2
Deleted: 1.11

1



2

Deleted: 1.5

3                          **Figure 1.5-1. Forward Channel Structure**



4

Deleted: 1.5

5                          **Figure 1.5-2. Reverse Channel Structure**

6       **1.6 Protocols**

7       1.6.1 Interfaces

8       This standard defines a set of interfaces for communications between protocols in the same
9       entity and between a protocol executing in one entity and the same protocol executing in
10      the other entity.

11      In the following the generic term "entity" is used to refer to the access terminal and the
12      access network.

13      Protocols in this specification have four types of interfaces:

- <u>Headers and messages</u> are used for communications between a protocol executing in one entity and the same protocol executing in the other entity.

- <u>Commands</u> are used by a higher layer protocol to obtain a service from a lower layer protocol in the same entity. Commands can be sent between protocols in the same layer but only in one direction (i.e., if protocol A and protocol B are in the same layer and protocol A sends a command to protocol B, protocol B cannot send a command to protocol A). For example, *AccessChannelMAC.Abort* causes the Access Channel MAC Protocol to abort any access attempt currently in progress.

- <u>Indications</u> are used by a lower layer protocol to convey information regarding the occurrence of an event. Any higher layer protocol can register to receive these indications. A same layer protocol can also register to receive an indication but only in one direction (if protocol A and protocol B are in the same layer and protocol A registers to receive an indication from protocol B, protocol B cannot register to receive an indication from protocol A.). For example, the access terminal Reverse Traffic Channel MAC Protocol returns a "Reverse Link Acquired" indication when it gets a message from its peer protocol at the access network that it has acquired the Reverse Traffic Channel. This notification is then used by Connection Layer protocols to continue with the handshake leading to the establishment of the connection.

- <u>Public Data</u> is used to share information in a controlled way between protocols/applications. Public data is shared between protocols/applications in the same layer, as well as between protocols/applications in different layers. The public data of the InUse protocol/application is created when an InUse instance (see <u>1.6.3</u>) of a protocol/application is created. An example of this is the MinimumProtocolRevision made public by the Connection Layer Initialization State Protocol after the protocol receives it in the Sync message.

Commands and indications are written in the form of *Protocol.Command* and *Protocol.Indication*. For example, *AccessChannelMAC.Activate* is a command activating the Access Channel MAC, and *IdleState.ConnectionOpened* is an indication provided by the Connection Layer Idle State Protocol that the connection is now open. When the context is clear, the *Protocol* part is dropped (e.g., within the Idle State Protocol, *Activate* refers to *IdleState.Activate*).

Commands are always written in the imperative form, since they direct an action. Indications are always written in the past tense since they notify of events that happened (e.g., *OpenConnection* for a command and *ConnectionOpened* for an indication).

Headers and messages are binding on all implementations. Commands, indications, and public data are used as a device for a clear and precise specification. Access terminals and access networks can be compliant with this specification while choosing a different implementation that exhibits identical behavior.

1.6.2 States

When protocols exhibit different behavior as a function of the environment (e.g., if a connection is opened or not, if a session is opened or not, etc.), this behavior is captured in a set of states and the events leading to a transition between states.

1   Unless otherwise specifically mentioned, the state of the access network refers to the state
2   of a protocol engine in the access network as it applies to a particular access terminal.
3   Since the access network communicates with multiple access terminals, multiple
4   independent instantiations of a protocol will exist in the access network, each with its own
5   independent state machine.

6   Unless otherwise specifically shown, the state transitions due to failure are not shown in
7   the figures.

8   Typical events leading to a transition from one state to another are the receipt of a
9   message, a command from a higher layer protocol, an indication from a lower layer
10  protocol, or the expiration of a timer.

11  When a protocol is not functional at a particular time (e.g., the Access Channel MAC
12  protocol at the access terminal when the access terminal has an open connection) the
13  protocol is placed in a state called the Inactive state. This state is common for most
14  protocols.

15  Other common states are Open, indicating that the session or connection (as applicable to
16  the protocol) is open and Close, indicating that the session or connection is closed.

17  If a protocol has a single state other than the Inactive state, that state is always called the
18  Active state. If a protocol has more than one state other than the Inactive state, all of these
19  states are considered active, and are given individual names (e.g., the Forward Traffic
20  Channel MAC protocol has three states: Inactive, Variable Rate, and Fixed Rate).

21  1.6.3 InUse and InConfiguration Protocol/Application Instances

22  A protocol/application instance can be either an InUse instance or an InConfiguration
23  instance.

24  1.6.3.1 InConfiguration Instantiation

25  An InConfiguration instance of each protocol is created by the Session Configuration
26  Protocol once the session configuration is initiated (e.g., in the Default Session
27  Configuration Protocol this occurs once entering the AT Initiated state).

28  1.6.3.1.1 Protocol Instantiation

29  InConfiguration protocol instances can be changed by the Session Configuration Protocol.
30  Once the access terminal and access network agree upon using a new protocol subtype for
31  a certain protocol Type, an InConfiguration protocol instance associated with the newly
32  negotiated protocol [specified by its protocol subtype) is created and the existing
33  InConfiguration protocol instance for that protocol Type is replaced by the newly negotiated
34  one.

35  1.6.3.1.2 Application Instantiation

36  InConfiguration application instances are created by the Stream Layer protocol. Once the
37  access terminal and access network agree upon using a new application subtype for a
38  certain stream, an InConfiguration application instance associated with the newly
39  negotiated application (specified by its application subtype) is created, and the existing

1  InConfiguration application instance for that stream is replaced by the newly negotiated
2  one.

3  1.6.3.2 Protocol Initialization

4  The initialization procedures for an InUse protocol/application instance are invoked upon
5  creation of the InUse protocol/application instance.

6  The initialization procedures for an InConfiguration protocol/application instance are
7  invoked upon creation of the InConfiguration protocol/application instance.

8  1.6.3.3 Procedures and Messages

9   Each protocol/application specifies procedures and messages corresponding to the InUse
10  and InConfiguration protocol/application instances. In general, the InConfiguration
11  protocol/application instances process messages that are related to parameter
12  configuration for each protocol/application, while non-configuration procedures and
13  messages are processed by the InUse protocol/application instances. Each
14  protocol/application specifies procedures and messages corresponding to the InUse and
15  InConfiguration protocol/application instances.

16  1.6.3.3.1 Commit Procedures

17  Each InConfiguration protocol/application defines a set of Commit procedures. The
18  Commit procedures for a protocol/application are invoked by the InUse instance of the
19  Session Configuration Protocol.

20  If the Commit procedures for an InConfiguration protocol instance set the state of the
21  protocol instance to a particular initial state, the procedures associated with entering the
22  initial state are to be executed when (if) the InConfiguration protocol instance becomes the
23  InUse protocol instance.

24  If the Commit procedures for an InConfiguration protocol instance set the state of the
25  InUse protocol instance to a particular initial state, the procedures associated with entering
26  the initial state are to be executed immediately.

27  1.6.4 Common Commands

28  Most protocols support the following two commands:

29    • *Activate,* which commands the protocol to transition away from the Inactive state to
30      some other state.

31    • *Deactivate,* which commands the protocol to transition to the Inactive state. Some
32      protocols do not transition immediately to the Inactive state, due to requirements on
33      orderly cleanup procedures.

34  Other common commands are *Open* and *Close,* which command protocols to perform
35  session open /close or connection open / close related functions.

1   1.6.5 Protocol Negotiation

2   Most protocols can be negotiated and can be configured when the session is set-up (see 1.9

3   for a discussion of sessions). Protocols are associated with a Type that denotes the type of

4   the protocol (e.g., Access Channel MAC Protocol) and with a Subtype that denotes a specific

5   instance of a protocol (e.g., the Default Access Channel MAC Protocol and perhaps one day,

6   the Extended and Bloated Access Channel MAC Protocol).

7   The negotiation and configuration processes are part of the Session Layer.

8   1.6.6 Protocol Overview

9   Figure 1.6.6-1 presents the default protocols defined for each one of the layers shown in

10  Figure 1.4.1-1. The following is a brief description of each protocol. A more complete

11  description is provided in the Introduction section of each layer.

**Deleted:** 1.9

**Deleted:** Figure 1.6.6-1

**Deleted:** Figure 1.4.1-1

| Default Signaling Application | Default Packet Application | | | Application Layer |
|---|---|---|---|---|
| Signaling Network Protocol | | Flow Control Protocol | | |
| Signaling Link Protocol | Radio Link Protocol | Location Update Protocol | | |

| | | | | Stream Layer |
|---|---|---|---|---|
| | Stream Protocol | | | |

| Session Management Protocol | Address Management Protocol | Session Configuration Protocol | Session Layer |
|---|---|---|---|

| Air Link Management Protocol | Initialization State Protocol | Idle State Protocol | Connected State Protocol | Connection Layer |
|---|---|---|---|---|
| Packet Consolidation Protocol | Route Update Protocol | | Overhead Messages Protocol | |

| Security Protocol | Key Exchange Protocol | Authentication Protocol | Encryption Protocol | Security Layer |
|---|---|---|---|---|

| Control Channel MAC Protocol | Forward Traffic Channel MAC Protocol | Access Channel MAC Protocol | Reverse Traffic Channel MAC Protocol | MAC Layer |
|---|---|---|---|---|

| | Physical Layer Protocol | | | Physical Layer |
|---|---|---|---|---|

1
2                        **Figure 1.6.6-1. Default Protocols**

Deleted: 1.6.6

- Application Layer:

  - <u>Default Signaling Application</u>:

    + <u>Signaling Network Protocol</u>: The Signaling Network Protocol (SNP) provides message transmission services for signaling messages.

    + <u>Signaling Link Protocol</u>: The Signaling Link Protocol (SLP) provides fragmentation mechanisms, along with reliable and best-effort delivery mechanisms for signaling messages. When used in the context of the Default Signaling Application, SLP carries SNP packets.

  - <u>Default Packet Application</u>:

    + <u>Radio Link Protocol</u>: The Radio Link Protocol (RLP) provides retransmission and duplicate detection for an octet aligned data stream.

    + <u>Location Update Protocol</u>: The Location Update Protocol defines location update procedures and messages in support of mobility management for the Default Packet Application.

    + <u>Flow Control Protocol</u>: The Flow Control Protocol defines flow control procedures to enabling and disabling the Default Packet Application data flow.

- Stream Layer:

  - <u>Stream Protocol</u>: adds the stream header in the transmit direction; removes the stream header and forwards packets to the correct application on the receiving entity.

- Session Layer:

  - <u>Session Management Protocol</u>: provides means to control the activation and the deactivation of the Address Management Protocol and the Session Configuration Protocol. It also provides a session keep alive mechanism.

  - <u>Address Management Protocol</u>: Provides access terminal identifier (ATI) management.

  - <u>Session Configuration Protocol</u>: Provides negotiation and configuration of the protocols used in the session.

- Connection Layer:

  - <u>Air Link Management Protocol</u>: Provides the overall state machine management that an access terminal and an access network follow during a connection.

  - <u>Initialization State Protocol</u>: Provides the procedures that an access terminal follows to acquire a network and that an access network follows to support network acquisition.

  - <u>Idle State Protocol</u>: Provides the procedures that an access terminal and an access network follow when a connection is not open.

  - <u>Connected State Protocol</u>: Provides the procedures that an access terminal and an access network follow when a connection is open.

1           – <u>Route Update Protocol</u>: Provides the means to maintain the route between the
2                access terminal and the access network.

3           – <u>Overhead Messages Protocol</u>: Provides broadcast messages containing information
4                that is mostly used by Connection Layer protocols.

5           – <u>Packet Consolidation Protocol</u>: Provides transmit prioritization and packet
6                encapsulation for the Connection Layer.

7     • Security Layer:

8           – <u>Key Exchange Protocol</u>: Provides the procedures followed by the access network
9                and the access terminal to exchange security keys for authentication and
10               encryption.

11          – <u>Authentication Protocol</u>: Provides the procedures followed by the access network
12               and the access terminal for authenticating traffic.

13          – <u>Encryption Protocol:</u> Provides the procedures followed by the access network and
14               the access terminal for encrypting traffic.

15          – <u>Security Protocol:</u> Provides procedures for generation of a cryptosync that can be
16               used by the Authentication Protocol and Encryption Protocol.

17     • MAC Layer:

18          – <u>Control Channel MAC Protocol</u>: Provides the procedures followed by the access
19               network to transmit, and by the access terminal to receive the Control Channel.

20          – <u>Access Channel MAC Protocol</u>: Provides the procedures followed by the access
21               terminal to transmit, and by the access network to receive the Access Channel.

22          – <u>Forward Traffic Channel MAC Protocol</u>: Provides the procedures followed by the
23               access network to transmit, and by the access terminal to receive the Forward
24               Traffic Channel.

25          – <u>Reverse Traffic Channel MAC Protocol</u>: Provides the procedures followed by the
26               access terminal to transmit, and by the access network to receive the Reverse
27               Traffic Channel.

28     • Physical Layer:

29          – <u>Physical Layer Protocol</u>: Provides channel structure, frequency, power output and
30               modulation specifications for the forward and reverse links.

## 1.7 Default Applications

This document defines two default applications that all compliant access terminals and
access networks support:

• Default Signaling Application, which provides the means to carry messages between
  a protocol in one entity and the same protocol in the other entity. The Default
  Signaling Application consists of a messaging protocol (Signaling Network Protocol)
  and a link layer protocol that provides message fragmentation, retransmission and
  duplicate detection (Signaling Link Protocol).

- Default Packet Application. The Default Packet Application consists of a link layer protocol that provides octet retransmission and duplicate detection (Radio Link Protocol), a location update protocol that provides mobility between data service networks and a flow control protocol that provides flow control of data traffic.

The applications used and the streams upon which they operate are negotiated as part of session negotiation.

## 1.8 Streams

The air interface can support up to four parallel application streams. The first stream (Stream 0) always carries Signaling, and the other three can be used to carry applications with different Quality of Service (QoS) requirements or other applications.

## 1.9 Sessions and Connections

A session refers to a shared state between the access terminal and the access network. This shared state stores the protocols and protocol configurations that were negotiated and are used for communications between the access terminal and the access network.

Other than to open a session, an access terminal cannot communicate with an access network without having an open session.

A connection is a particular state of the air-link in which the access terminal is assigned a Forward Traffic Channel, a Reverse Traffic Channel and associated MAC Channels.

During a single session the access terminal and the access network can open and can close a connection multiple times.

## 1.10 Security

The air interface supports a security layer, which can be used for authentication and encryption of access terminal traffic transported by the Control Channel, the Access Channel, the Forward Traffic Channel and the Reverse Traffic Channel.

## 1.11 Terms

**Access Network (AN).** The network equipment providing data connectivity between a packet switched data network (typically the Internet) and the access terminals. An access network is equivalent to a base station in [2].

**Access Terminal (AT).** A device providing data connectivity to a user. An access terminal may be connected to a computing device such as a laptop personal computer or it may be a self-contained data device such as a personal digital assistant. An access terminal is equivalent to a mobile station in [2].

**ATI**. Access Terminal Identifier.

**BATI**. Broadcast Access Terminal Identifier.

**CDMA System Time in Slots**. An integer value $s$ such that: $s = \lfloor t \times 600 \rfloor$, where $t$ represents CDMA System Time in seconds. Whenever the document refers to the CDMA System Time in slots, it is referring to the value $s$.

Deleted: [2]

Deleted: [2]

1  **CDMA System Time**. The time reference used by the system. CDMA System Time is
2  synchronous to UTC time except for leap seconds and uses the same time origin as GPS
3  time. Access terminals use the same CDMA System Time, offset by the propagation delay
4  from the access network to the access terminal.

5  **Channel**. The set of channels transmitted between the access network and the access
6  terminals within a given frequency assignment. A Channel consists of a Forward Link and
7  a Reverse Link.

8  **Connection Layer**. The Connection Layer provides air link connection establishment and
9  maintenance services. The Connection Layer is defined in Chapter 6.

   > **Deleted:** 6

10  **Dedicated Resource**. An access network resource required to provide any data service to
11  the access terminal, e.g, Wireless IP Service (see [1]) that is granted to the access terminal
12  only after access terminal authentication has completed successfully. Power control and
13  rate control are not considered dedicated resources.

   > **Deleted:** [1]

14  **DRCLock Channel**. The portion of the Forward MAC Channel that indicates to the access
15  terminal whether or not the access network can receive the DRC sent by the access
16  terminal.

17  **Forward Channel**. The portion of the Channel consisting of those Physical Layer Channels
18  transmitted from the access network to the access terminal.

19  **Forward Control Channel**. The channel that carries data to be received by all access
20  terminals monitoring the Forward Channel.

21  **Forward MAC Channel**. The portion of the Forward Channel dedicated to Medium Access
22  Control activities. The Forward MAC Channel consists of the RPC, DRCLock, and RA
23  Channels.

24  **Forward MAC Reverse Activity (RA) Channel**. The portion of the Forward MAC Channel
25  that indicates activity level on the Reverse Channel.

26  **Forward MAC Reverse Power Control (RPC) Channel**. The portion of the Forward MAC
27  Channel that controls the power of the Reverse Channel for one particular access terminal.

28  **Forward Pilot Channel**. The portion of the Forward Channel that carries the pilot.

29  **Forward Traffic Channel**. The portion of the Forward Channel that carries information for
30  a specific access terminal. The Forward Traffic Channel can be used as either a Dedicated
31  Resource or a non-Dedicated Resource. Prior to successful access terminal authentication,
32  the Forward Traffic Channel serves as a non-Dedicated Resource. Only after successful
33  access terminal authentication can the Forward Traffic Channel  be used as a Dedicated
34  Resource for the specific access terminal.

35  **Frame**. The duration of time specified by 16 slots or 26.66... ms.

36  **Global Positioning System (GPS)**. A US government satellite system that provides location
37  and time information to users. See Navstar GPS Space Segment/Navigation User Interfaces
38  ICD-GPS-200 for specifications

39  **MAC Layer**. The MAC Layer defines the procedures used to receive and to transmit over
40  the Physical Layer. The MAC Layer is defined in Chapter 8.

   > **Deleted:** 8

1    **MATI**. Multicast Access Terminal Identifier.

2    **NULL.** A value which is not in the specified range of the field.

3    **Physical Layer**. The Physical Layer provides the channel structure, frequency, power
4    output, modulation, and encoding specifications for the forward and reverse links. The
5    Physical Layer is defined in Chapter 9.

Deleted: 9

6    **RATI**. Random Access Terminal Identifier.

7    **Reverse Access Channel.** The portion of the Reverse Channel that is used by access
8    terminals to communicate with the access network when they do not have a traffic channel
9    assigned. There is a separate Reverse Access Channel for each sector of the access
10   network.

11   **Reverse Access Data Channel**. The portion of the Access Channel that carries data.

12   **Reverse Access Pilot Channel.** The portion of the Access Channel that carries the pilot.

13   **Reverse Channel**. The portion of the Channel consisting of those Physical Layer Channels
14   transmitted from the access terminal to the access network.

15   **Reverse Traffic Ack Channel**. The portion of the Reverse Traffic Channel that indicates
16   the success or failure of the Forward Traffic Channel reception.

17   **Reverse Traffic Channel.** The portion of the Reverse Channel that carries information
18   from a specific access terminal to the access network. The Reverse Traffic Channel can be
19   used as either a Dedicated Resource or a non-Dedicated Resource. Prior to successful
20   access terminal authentication, the Reverse Traffic Channel serves as a non-Dedicated
21   Resource. Only after successful access terminal authentication can the Reverse Traffic
22   Channel  be used as a Dedicated Resource for the specific access terminal.

23   **Reverse Traffic Data Channel.** The portion of the Reverse Traffic Channel that carries
24   user data.

25   **Reverse Traffic MAC Channel**. The portion of the Reverse Traffic Channel dedicated to
26   Medium Access Control activities. The Reverse Traffic MAC Channel consists of the RRI and
27   DRC Channels.

28   **Reverse Traffic MAC Data Rate Control (DRC) Channel**. The portion of the Reverse
29   Traffic Channel that indicates the rate at which the access terminal can receive the
30   Forward Traffic Channel and the sector from which the access terminal wishes to receive
31   the Forward Traffic Channel.

32   **Reverse Traffic MAC Reverse Rate Indicator (RRI) Channel**. The portion of the Reverse
33   Traffic Channel that indicates the rate of the Reverse Traffic Data Channel.

34   **Reverse Traffic Pilot Channel.** The portion of the Reverse Traffic Channel that carries the
35   pilot.

36   **RLP**. Radio Link Protocol provides retransmission and duplicate detection for an octet-
37   aligned data stream.

38   **Rx.** Receive.

39   **Sector.** The part of the access network that provides one CDMA channel.

1  **Security Layer**. The Security Layer provides authentication and encryption services. The
2  Security Layer is defined in Chapter 7.

Deleted: 7

3  **Session Layer**. The Session Layer provides protocol negotiation, protocol configuration,
4  and state maintenance services. The Session Layer is defined in Chapter 5.

Deleted: 5

5  **Slot**. A duration of time specified by 1.66... ms.

6  **SLP**. Signaling Link Protocol provides best-effort and reliable-delivery mechanisms for
7  signaling messages. SLP is defined in 2.6.

Deleted: 2.6

8  **SNP**. Signaling Network Protocol provides message transmission services for signaling
9  messages. The protocols that control each layer use SNP to deliver their messages to their
10 peer protocols.

11 **Stream Layer**. The Stream Layer provides multiplexing of distinct streams. Stream 0 is
12 dedicated to signaling and defaults to the default signaling stream (SNP / SLP) and Stream
13 1 defaults to the default packet service (RLP). Stream 2 and Stream 3 are not used by
14 default. The Stream Layer is defined in Chapter 4.

Deleted: 4

15 **Subnet Mask (of length *n*).** A 128-bit value whose binary representation consists of $n$
16 consecutive '1's followed by 128-$n$ consecutive '0's.

17 **Tx.** Transmit.

18 **UATI**. Unicast Access Terminal Identifier.

19 **Universal Coordinated Time (UTC)**. An internationally agreed-upon time scale maintained
20 by the Bureau International de l'Heure (BIH) used as the time reference by nearly all
21 commonly available time and frequency distribution systems.

22 **UTC**. Universal Temps Coordine. See Universal Coordinated Time.

23 **1.12 Notation**

24 **A[i]**                 The $i^{th}$ element of array A. The first element of the array is A[0].

25 **<e₁, e₂, ..., eₙ>**     A *structure* with elements 'e1', 'e2', ..., 'en'.
26                          Two structures E = <$e_1$, $e_2$, ..., $e_n$> and F = <$f_1$, $f_2$, ..., $f_m$> are equal iff
27                          'm' is equal to 'n' and $e_i$ is equal to $f_i$ for i=1, ...n.
28                          Given E = <$e_1$, $e_2$, ..., $e_n$> and F = <$f_1$, $f_2$, ..., $f_m$>, the assignment "E =
29                          F" denotes the following set of assignments: $e_i = f_i$, for i=1, ...n.

30 **S.e**                  The member of the structure 'S' that is identified by 'e'.

31 **M[i:j]**               Bits $i^{th}$ through $j^{th}$ inclusive (i ≥ j) of the binary representation of
32                          variable M. M[0:0] denotes the least significant bit of M.

33 **|**                    Concatenation operator. (A | B) denotes variable A concatenated with
34                          variable B.

35 **×**                    Indicates multiplication.

| 1 2 | $\lfloor x \rfloor$ | Indicates the largest integer less than or equal to x: $\lfloor 1.1 \rfloor = 1$, $\lfloor 1.0 \rfloor = 1$. |
|---|---|---|
| 3 4 | $\lceil x \rceil$ | Indicates the smallest integer greater or equal to x: $\lceil 1.1 \rceil = 2$, $\lceil 2.0 \rceil = 2$. |
| 5 | $|x|$ | Indicates the absolute value of x: $|-17| = 17$, $|17| = 17$. |
| 6 | $\oplus$ | Indicates exclusive OR (modulo-2 addition). |
| 7 | min (x, y) | Indicates the minimum of x and y. |
| 8 | max (x, y) | Indicates the maximum of x and y. |
| 9 10 | x mod y | Indicates the remainder after dividing x by y: x mod y = x − (y × $\lfloor x/y \rfloor$). |

11  Unless otherwise specified, the format of field values is unsigned binary.

12  Unless indicated otherwise, this standard presents numbers in decimal form. Binary
13  numbers are distinguished in the text by the use of single quotation marks. Hexadecimal
14  numbers are distinguished by the prefix '0x'.

15  Unless specified otherwise, each field of a packet shall be transmitted in sequence such
16  that the most significant bit (MSB) is transmitted first and the least significant bit (LSB) is
17  transmitted last. The MSB is the left-most bit in the figures in this document. If there are
18  multiple rows in a table, the top-most row is transmitted first. If a table is used to show the
19  sub-fields of a particular field or variable, the top-most row consists of the MSBs of the
20  field.  Within a row in a table, the left-most bit is transmitted first. Notations of the form
21  "repetition factor of N" or "repeated N times" mean that a total of N versions of the item are
22  used.

## 1.13 Malfunction Detection

24  The access terminal shall have a malfunction timer that is separate from and independent
25  of all other functions and that runs continuously whenever power is applied to the
26  transmitter of the access terminal. The timer shall expire if the access terminal detects a
27  malfunction. If the timer expires, the access terminal shall be inhibited from transmitting.
28  The maximum time allowed for expiration of the timer is two seconds.

## 1.14 CDMA System Time

30  All sector air interface transmissions are referenced to a common system-wide timing
31  reference that uses the Global Positioning System (GPS) time, which is traceable to and
32  synchronous with Universal Coordinated Time (UTC). GPS and UTC differ by an integer
33  number of seconds, specifically the number of leap second corrections added to UTC since
34  January 6, 1980. The start of CDMA System Time is January 6, 1980 00:00:00 UTC, which
35  coincides with the start of GPS time.

1  CDMA System Time keeps track of leap second corrections to UTC but does not use these
2  corrections for physical adjustments to the CDMA System Time clocks.

3  Figure 1.14-1 shows the relation of CDMA System Time at various points in the system.
4  The access network zero offset pilot PN sequences (as defined in 9.3.1.3.4) and the access
5  terminal common short code PN sequences (as defined in 9.2.1.3.8.1) for the I and Q
6  channels are shown in their initial states at the start of CDMA System Time. The initial
7  state of the access network zero offset pilot PN sequences, both I and Q, is that state in
8  which the next 15 outputs of the pilot PN sequence generator are '0'. The initial state of the
9  access terminal common short code PN sequences, both I and Q, is that state in which the
10  output of the short code PN sequence generator is the '1' following 15 consecutive '0'
11  outputs.

12  From Figure 1.14-1, note that the CDMA System Time at various points in the
13  transmission and the reception processes is the absolute time referenced at the access
14  network antenna offset by the one-way or round-trip delay of the transmission, as
15  appropriate. Time measurements are referenced to the transmit and receive antennas of
16  the access network and the RF connector of the Access Terminal. The precise zero instant
17  of CDMA System Time is the midpoint between the '1' prior to the 15 consecutive '0'
18  outputs and the immediate succeeding '0' of the access network zero offset pilot PN
19  sequences.



**Notes:**   (1)   Time measurements are made at the antennas of Sectors and the RF connectors of the
                    Access Terminals.
              (2)   $0^{(n)}$ denotes a sequence of n consecutive zeroes.

**Figure 1.14-1. CDMA System Time Line**

Deleted: 1.14

1    **1.15 Revision Number**

2    Access terminals and access networks complying with the requirements of this
3    specification shall set their revision number to 0x01.

Overview

1    No text.

1  **2 DEFAULT SIGNALING APPLICATION**

2  **2.1 Introduction**

3  2.1.1 General Overview

4  The Default Signaling Application encompasses the Signaling Network Protocol (SNP) and
5  the Signaling Link Protocol (SLP). Protocols in each layer use SNP to exchange messages.
6  SNP is also used by application specific control messages.

7  SNP provides a single octet header that defines the Type of the protocol and the protocol
8  instance (i.e., InConfiguration or InUse) with which the message is associated. The SNP
9  uses the header to route the message to the appropriate protocol instance.

10  SLP provides message fragmentation, reliable and best-effort message delivery and
11  duplicate detection for messages that are delivered reliably.

12  The relationship between SNP and SLP is illustrated in Figure 2.1.1-1.



13

14  **Figure 2.1.1-1. Default Signaling Layer Protocols**

15  The Signaling Link Protocol consists of two sub-layers, the delivery layer, SLP-D, and the
16  fragmentation layer, SLP-F.

17  2.1.2 Public Data

18  • Subtype for this application

19  2.1.3 Data Encapsulation for the InUse Instance of the Signaling Application

20  Figure 2.1.3-1 and Figure 2.1.3-2 illustrate the relationship between a message, SNP
21  packets, SLP packets, and Stream Layer payloads. Figure 2.1.3-1 shows a case where SLP
22  does not fragment the SNP packet. Figure 2.1.3-2 shows a case where the SLP fragments
23  the SNP packet into more than one SLP-F payload.



1
2        **Figure 2.1.3-1. Message Encapsulation (Non-fragmented)**                    Deleted: 2.1.3

3
4
5        **Figure 2.1.3-2. Message Encapsulation (Fragmented)**                         Deleted: 2.1.3

1      **2.2 Protocol Initialization**

2      2.2.1 Protocol Initialization for the InConfiguration Application Instance

3      Upon creation, the InConfiguration instance of this application in the access terminal and
4      the access network shall perform the following in the order specified:

5      • The fall-back values of the attributes for this application instance shall be set to the
6        default values specified for each attribute.

7      • If the InUse instance of this application has the same application subtype as this
8        InConfiguration application instance, then the fall-back values of the attributes
9        defined by the InConfiguration application instance shall be set to the corresponding
10       attribute values for the InUse application instance.

11     • The value for each attribute for this protocol instance shall be set to the fall-back
12       value for that attribute.

13     2.2.2 Protocol Initialization for the InUse Application Instance

14     Upon creation, the InUse instance of the Signaling Application in the access terminal and
15     access network shall set the value of the attributes for this application protocol to the
16     default values specified for each attribute.

17
18     **2.3 General Signaling Requirements**

19     2.3.1 General Requirements

20     The following requirements are common to all protocols that carry messages using SNP and
21     that provide for message extensibility. The access terminal and the access network shall
22     abide by the following rules when generating and processing any signaling message carried
23     by SNP.

24     • Messages are always an integer number of octets in length; and, if necessary, include
25       a Reserved field at the end of the message to make them so. The receiver shall ignore
26       the value of the Reserved fields.

27     • The first field of the message shall be transmitted first. Within each field, the most
28       significant bit of the field shall be transmitted first.

29     • Message identifiers shall be unambiguous for each protocol Type and for each
30       Subtype for all protocols compatible with the Air Interface, defined by
31       MinimumRevision and above.

32     • For future revisions, the transmitter shall add new fields only at the end of a
33       message (excluding any trailing Reserved field). The transmitter shall not add fields if
34       their addition makes the parsing of previous fields ambiguous for receivers whose
35       protocol revision is equal to or greater than MinimumRevision.

36     • The receiver shall discard all unrecognized messages.

37     • The receiver shall discard all unrecognized fields.

Default Signaling Application

- The receiver shall discard a message if any of the fields in the message is set to a value outside of the defined field range, unless the receiver is specifically directed to ignore this field. A field value is outside of the allowed range if a range was specified with the field and the value is not in this range, or the field is set to a value that is defined as invalid. The receiver shall discard a field in a message if the field is set to a reserved value.

2.3.2 Message Information

Each message definition contains information regarding channels on which the message can be transmitted, whether the message requires SLP reliable or best-effort delivery, the addressing modes applicable to the message, and the message priority. This information is provided in the form of a table, an example of which is given in Figure 2.3.2-1.

| **Channels** | CCsyn |
| **Addressing** | broadcast |

| **SLP** | Best Effort |
| **Priority** | 30 |

**Figure 2.3.2-1. Sample Message Information**

The following values are defined:

- Channels: This information field indicates the Physical Layer Channels on which this message can be transmitted. The sender of the message shall send the message only on the Physical Layer channel(s) indicated by this information field. Values are:

  – FTC for Forward Traffic Channel or Control Channel given that the Route Update Protocol is in the Connected State,

  – CC for Control Channel (synchronous or asynchronous capsule),

  – CCsyn for Control Channel synchronous capsule (including the Control Channel synchronous Sleep State capsule),

  – CCsynSS for Control Channel Synchronous Sleep State capsule,

  – AC for Access Channel, and

  – RTC for Reverse Traffic Channel.

- SLP: Signaling Link Protocol requirements. The sender of the message shall send the message only using the SLP in the mode(s) indicated by this information field. Values are:

  – Best Effort: the message is sent once and is subject to erasure, and

  – Reliable: erasures are detected and the message is retransmitted one or more times, if necessary.

- Addressing: Addressing modes for the message. The sender of the message shall send the message only with an address type(s) indicated by this information field. Values are:

  – Broadcast if a broadcast address can be used with this message,

1       – Multicast if a multicast address can be used with this message, and

2       – Unicast if a unicast address can be used with this message.

3   • <u>Priority</u>: A number between 0 and 255 where lower numbers indicate higher
4       priorities. The priority is used by the Connection Layer (specifically, the Packet
5       Consolidation Protocol) in prioritizing the messages for transmission.

6   **2.4 Procedures and Messages for the InConfiguration Instance of the Signaling**
7       **Application**

8   2.4.1 Procedures

9   This protocol uses the Generic Configuration Protocol (see <u>10.7</u>) to define the processing of
10  the configuration messages.

| Deleted: 10.7 |
|---|

11  2.4.2 Commit Procedures

12  The access terminal and the access network shall perform the procedures specified in this
13  section, in the order specified, when directed by the InUse instance of the Session
14  Configuration Protocol to execute the Commit procedures:

15  • All the public data that are defined by this application, but are not defined by the
16      InUse application instance shall be added to the public data of the InUse application.

17  • If the InUse instance of this application (corresponding to the stream to which this
18      application is bound) has the same subtype as this application instance, then

19      – The access terminal and the access network shall set the attribute values
20          associated with the InUse instance of this application to the attribute values
21          associated with the InConfiguration instance of this application, and

22      – The access terminal and the access network shall purge the InConfiguration
23          instance of the application.

24  • If the InUse instance of this application (corresponding to the stream to which this
25      application is bound) does not have the same subtype as this application instance,
26      then the access terminal and the access network shall perform the following:

27      – The InConfiguration instance of the Signaling Application at the access terminal
28          and access network shall become the InUse instance for the Signaling Application
29          (corresponding to the stream to which this application is bound).

30  • All the public data not defined by this application shall be removed from the public
31      data of the InUse application.

32  2.4.3 Message Formats

33  2.4.3.1 ConfigurationRequest

34  The ConfigurationRequest message format is as follows:

35

Default Signaling Application

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x50.

2   TransactionID      The sender shall increment this value for each new
3                      ConfigurationRequest message sent.

4   AttributeRecord    The format of this record is specified in 10.3.

**Deleted:** 10.3

5

| **Channels** | FTC    RTC | **SLP** | Reliable |
|--------------|------------|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

6   2.4.3.2 ConfigurationResponse

7   The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9    MessageID          The sender shall set this field to 0x51.

10   TransactionID      The sender shall set this value to the TransactionID field of the
11                      corresponding ConfigurationRequest message.

12   AttributeRecord    An attribute record containing a single attribute value. If this
13                      message selects a complex attribute, only the ValueID field of the
14                      complex attribute shall be included in the message. The format of the
15                      AttributeRecord is given in 10.3. The sender shall not include more
16                      than one attribute record with the same attribute identifier.
17

**Deleted:** 10.3

Default Signaling Application                                     TIA-856-2

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

1

2 **2.5 Signaling Network Protocol**

3 2.5.1 Overview

4 The Signaling Network Protocol (SNP) is a message-routing protocol, and routes messages
5 to protocols specified by the <InConfigurationProtocol, Type> pair of fields provided in the
6 SNP header.

7 The InConfigurationProtocol field in the SNP header determines whether the encapsulated
8 message corresponds to the InUse protocol instance or the InConfiguration protocol
9 instance.

10 The actual protocol indicated by the Type is negotiated during session set-up. For example,
11 Type 0x01 is associated with the Control Channel MAC Protocol. The specific Control
12 Channel MAC Protocol used (and, therefore, the Control Channel MAC protocol generating
13 and processing the messages delivered by SNP) is negotiated when the session is setup.

14 The remainder of the message following the Type field (SNP header) is processed by the
15 protocol specified by the Type.

16 SNP is a protocol associated with the Default Signaling Application. The application
17 subtype for this application is defined in Table 4.2.7.1-1.                    Deleted: Table 4.2.7.1-1

18 2.5.2 Primitives and Public Data

19 2.5.2.1 Commands

20 This protocol does not define any commands.

21 2.5.2.2 Return Indications

22 This protocol does not return any indications.

23 2.5.3 Protocol Data Unit

24 The protocol data unit for this protocol is an SNP packet. Each SNP packet consists of one
25 message sent by a protocol using SNP.

26 The protocol constructs an SNP packet by adding the SNP header (see 2.5.4.4) in front of    Deleted: 2.5.4.4
27 the payload. The structure of the SNP packet is shown in Figure 2.5.3-1.    Deleted: Figure 2.5.3-1

TIA-856-2

Default Signaling Application



1
2                          **Figure 2.5.3-1. SNP Packet Structure**

Deleted: 2.5.3

3    2.5.4 Procedures and Messages for the InUse Instance of the Protocol

4    2.5.4.1 Procedures

5    SNP receives messages for transmission from multiple protocols. SNP shall add the SNP
6    header to each message and forward it for transmission to SLP.

7    SNP receives messages from SLP. SNP shall route these messages to their associated
8    protocols according to the value of the InConfigurationProtocol and Type field in the SNP
9    header. If InConfigurationProtocol field in the SNP header is set to '1', the SNP shall route
10   the message to the InConfiguration instance of the protocol identified by the Type field,
11   otherwise the SNP shall route the message to the InUse instance of the protocol identified
12   by the Type field.

13   If an SNP message is to be transmitted on the Forward Traffic Channel or on the Reverse
14   Traffic Channel, and if a connection is not open, SNP shall issue an
15   *AirLinkManagementProtocol.OpenConnection* command. SNP should queue all messages
16   requiring transmission in the Forward Traffic Channel or in the Reverse Traffic Channel
17   until the protocol receives an *IdleState.ConnectionOpened* indication.

18   When SNP receives an *SLP.Reset* indication, it shall refrain from passing messages from
19   protocols other than SLP for transmission to SLP until it receives an *SLP.ResetAcked*
20   indication.

21   2.5.4.2 Type Definitions

22   Type definitions associated with the default protocol stack are presented in Table 2.5.4-1.
23   The constant name and protocol layer are provided for informational purposes.

Deleted: Table 2.5.4-1

Default Signaling Application                                      TIA-856-2

1          **Table 2.5.4-1. Default Protocol Stack Type Values**

Deleted: 2.5.4

| Type | Protocol | Constant Name | Layer |
|---|---|---|---|
| 0x14 | Stream 0 Application | $N_{APP0Type}$ | Application |
| 0x15 | Stream 1 Application | $N_{APP1Type}$ | Application |
| 0x16 | Stream 2 Application | $N_{APP2Type}$ | Application |
| 0x17 | Stream 3 Application | $N_{APP3Type}$ | Application |
| 0x13 | Stream Protocol | $N_{STRType}$ | Stream |
| 0x10 | Session Management Protocol | $N_{SMPType}$ | Session |
| 0x11 | Address Management Protocol | $N_{ADMPType}$ | Session |
| 0x12 | Session Configuration Protocol | $N_{SCPType}$ | Session |
| 0x0a | Air Link Management Protocol | $N_{ALMPType}$ | Connection |
| 0x0b | Initialization State Protocol | $N_{ISPType}$ | Connection |
| 0x0c | Idle State Protocol | $N_{IDPType}$ | Connection |
| 0x0d | Connected State Protocol | $N_{CSPType}$ | Connection |
| 0x0e | Route Update Protocol | $N_{RUPType}$ | Connection |
| 0x0f | Overhead Messages Protocol | $N_{OMPType}$ | Connection |
| 0x09 | Packet Consolidation Protocol | $N_{PCPType}$ | Connection |
| 0x08 | Security Protocol | $N_{SPType}$ | Security |
| 0x05 | Key Exchange Protocol | $N_{KEPType}$ | Security |
| 0x06 | Authentication Protocol | $N_{APType}$ | Security |
| 0x07 | Encryption Protocol | $N_{EPType}$ | Security |
| 0x01 | Control Channel MAC Protocol | $N_{CCMPType}$ | MAC |
| 0x02 | Access Channel MAC Protocol | $N_{ACMPType}$ | MAC |
| 0x03 | Forward Traffic Channel MAC Protocol | $N_{FTCMPType}$ | MAC |
| 0x04 | Reverse Traffic Channel MAC Protocol | $N_{RTCMPType}$ | MAC |
| 0x00 | Physical Layer Protocol | $N_{PHYType}$ | Physical |

2     2.5.4.3 Messages

3     No messages are defined for the InUse instance of the protocol.

4     2.5.4.4 SNP Header

5     The SNP shall place the following header in front of every message that it sends:

6

TIA-856-2

Default Signaling Application

| Field | Length (bits) |
|---|---|
| InConfigurationProtocol | 1 |
| Type | 7 |

InConfigurationProtocol

InConfiguration or InUse protocol instance flag. The sender shall set this flag to '1' to indicate that the encapsulated message is destined for the InConfiguration instance of the protocol that is identified by the Type field. The sender shall set this flag to '0' to indicate that the encapsulated message is destined for the InUse instance of the protocol that is identified by the Type field.

Type

Protocol Type. This field shall be set the Type value for the protocol associated with the encapsulated message.

2.5.4.5 Interface to Other Protocols

2.5.4.5.1 Commands

This protocol issues the following command:

*AirLinkManagementProtocol.OpenConnection*

2.5.4.5.2 Indications

This protocol registers to receive the following indications:

- *IdleState.ConnectionOpened*
- *SLP.Reset*
- *SLP.ResetAcked*

2-10

1  **2.6 Signaling Link Protocol**

2  2.6.1 Overview

3  The Signaling Link Protocol (SLP) has two layers: The delivery layer and the fragmentation
4  layer.

5  The purpose of the SLP delivery layer (SLP-D) is to provide best effort and reliable delivery
6  for SNP packets. SLP-D provides duplicate detection and retransmission for messages
7  using reliable delivery. SLP-D does not ensure in-order delivery of SNP packets.

8  The purpose of the SLP fragmentation layer (SLP-F) is to provide fragmentation for SLP-D
9  packets.

10  SLP is a protocol associated with the default signaling application. The application subtype
11  for this application is defined in Table 4.2.7.1-1.

> Deleted: Table 4.2.7.1-1

12  2.6.2 Primitives and Public Data

13  2.6.2.1 Commands

14  This protocol does not define any commands.

15  2.6.2.2 Return Indications

16  This protocol returns the following indications:

17  • *Reset*

18  • *ResetAcked*

19  2.6.3 Protocol Data Unit

20  The protocol data units of this protocol are an SLP-D packet and an SLP-F packet.

21  2.6.4 Procedures

22  Unless explicitly specified, SLP requirements for the access terminal and the access
23  network are identical; and are, therefore, presented in terms of sender and receiver.

24  2.6.4.1 Reset

25  SLP can only be reset at the initiative of the access network. To reset SLP, the access
26  network shall perform the following:

27  • The access network shall initialize its data structures as described in 2.6.4.3.2 and
28  2.6.4.2.3.2.

> Deleted: 2.6.4.3.2

> Deleted: 2.6.4.2.3.2

29  • The access network shall return a *Reset* indication, and

30  • The access network shall send a Reset message.

31  Upon receiving a Reset message, the access terminal shall validate the message sequence
32  number as defined in 10.6. If the message is valid, the access terminal shall respond with a
33  ResetAck message and shall initialize its data structures as described in 2.6.4.3.2 and

> Deleted: 10.6

> Deleted: 2.6.4.3.2

1    2.6.4.2.3.2  If the message sequence number of the Reset message is not valid, the access
2    terminal shall discard the message.

3    The SLP protocol in the access network shall return a *ResetAcked* indication when it
4    receives a ResetAck message with a MessageSequence field equal to the MessageSequence
5    sent in the Reset message. The access network shall set the MessageSequence sent in the
6    first Reset message after reception of a *RouteUpdate.ConnectionInitiated* indication to zero.
7    The access network shall increment the sequence number for every subsequent Reset
8    message it sends.

9    The access terminal shall initialize the reset receive pointer used to validate Reset
10   messages (see 10.6) to 0 when the protocol receives a *RouteUpdate.ConnectionInitiated*
11   indication.

12   2.6.4.2 Delivery Layer Procedures

13   2.6.4.2.1 General Procedures

14   These procedures apply to both the best effort and reliable delivery.

15   2.6.4.2.1.1 Transmitter Requirements

16   The transmitter shall take the packet from the upper layer and add the SLP-D header.

17   The transmitter shall forward the resulting SLP-D packet to the SLP fragmentation layer.

18   2.6.4.2.1.2 Receiver Requirements

19   The receiver shall forward the AckSequenceNumber field of the SLP-D header to the co-
20   located transmitter (see 2.6.4.2.3.3.1).

21   2.6.4.2.2 Best Effort Delivery Procedures

22   2.6.4.2.2.1 Transmitter Requirements

23   The transmitter shall set the SequenceValid field of a best-effort SLP-D packet to '0', if the
24   SequenceValid field is included in the SLP-D packet.

25   2.6.4.2.2.2 Receiver Requirements

26   The receiver shall forward the SLP-D payload to the upper layer.

27   2.6.4.2.3 Reliable Delivery Procedures

28   2.6.4.2.3.1 Overview

29   SLP-D is an Ack-based protocol with a sequence space of $S$=3 bits.

30   SLP-D maintains the following variables for reliable delivery SLP-D packet payloads:

31   • *V(S)* The sequence number of the next SLP-D packet to be sent.

32   • *V(N)* The sequence number of the next expected SLP-D packet.

Deleted: 2.6.4.2.3.2

Deleted: 10.6

Deleted: 2.6.4.2.3.3.1

1    • **Rx** A $2^S$ bit vector. Rx[$i$] = '1' if the SLP-D packet with sequence number $i$ was
2       received.

3    2.6.4.2.3.2 Initialization

4    When SLP-D is initialized or reset it shall perform the following:

5    • Set the send state variable *V(S)* to zero in the transmitter.

6    • Set the receive state variable *V(N)* to zero in the receiver.

7    • Set Rx[i] to '0' for i = 0...$2^S$-1.

8    • Clear the retransmission and resequencing buffers.

9    • Discard any SLP-D packets queued for retransmission.

10   When SLP-D is initialized or is reset, the sender shall begin sending SLP-D packets with an
11   initial SequenceNumber of 0.

12   The access terminal and the access network shall perform the initialization procedure if the
13   protocol receives a *RouteUpdate.ConnectionInitiated* indication.

14   2.6.4.2.3.3 Data Transfer

15   All operations and comparisons performed on SLP-D packet sequence numbers shall be
16   carried out in unsigned modulo $2^S$ arithmetic. For any SLP-D sequence number *N*,
17   the sequence numbers in the range [*N+1*, *N+$2^{S-1}$-1*] shall be considered greater than *N* and
18   the numbers in the range [*N-$2^{S-1}$, N-1*] shall be considered smaller than *N*.

19   2.6.4.2.3.3.1 Transmit Procedures

20   The transmitter shall set the SequenceValid field of a reliable-delivery SLP-D packet to '1'.

21   The transmitter shall acknowledge each reliable-delivery SLP-D packet that its co-located
22   receiver received. The transmitter shall send an acknowledgment within the time specified
23   by $T_{SLPAck}$ of the receiver receiving a reliable-delivery SLP-D packet. The transmitter
24   acknowledges the received SLP-D packet by setting the AckSequenceNumber field of a
25   transmitted SLP-D packet to the SequenceNumber field of the SLP-D packet being
26   acknowledged, and by setting the AckSequenceValid field to '1'. The transmitter may use
27   the AckSequenceNumber field of an SLP-D it is transmitting; or, if none is available within
28   the required acknowledgment time, it shall transmit an SLP-D header-only SLP-D packet
29   carrying the acknowledgment. The SLP-D header-only SLP-D packet shall be sent as a
30   best-effort SLP-D packet.

31   Acknowledging an SLP-D packet with sequence number *N* does not imply an
32   acknowledgement for an SLP-D packet with a sequence number smaller than *N*.
33

TIA-856-2

Default Signaling Application



**Figure 2.6.4.2.3.3.1-1. SLP-D Transmit Sequence Number Variable**

The transmitter shall maintain an $S$-bit variable $V(S)$. The sequence number field (SequenceNumber) in each new reliable-delivery SLP-D packet transmitted shall be set to $V(S)$. After transmitting the reliable-delivery SLP-D packet, $V(S)$ shall be incremented.

If SLP-D has already transmitted $2^{S-1}$ SLP-D packets, SLP-D shall transmit an SLP-D packet with sequence number $n$, only after receiving acknowledgments for the SLP-D packets transmitted with sequence number $n - 2^{S-1}$ and below, or after determining that these SLP-D packets could not be delivered.

If the transmitter does not receive from its co-located receiver an AckSequenceNumber equal to the SequenceNumber of an outstanding reliable-delivery SLP-D packet within the time interval specified by $T_{SLPWaitAck}$, the transmitter shall retransmit the SLP-D packet. The transmitter shall attempt to transmit a reliable-delivery SLP-D packet for a maximum of $N_{SLPAttempt}$.

The transmitter shall provide a retransmission buffer for $2^{S-1}$ SLP-D packets. Reliable-delivery SLP-D packets shall be stored in the buffer when they are first transmitted and may be deleted from the buffer, when they are acknowledged or when SLP-D determines that they could not be delivered.

2.6.4.2.3.3.2 Receive Procedures

The SLP-D reliable-delivery receiver shall maintain an $S$-bit variable $V(N)$. $V(N)$ contains the sequence number of the next expected SLP-D packet.

The receiver shall maintain a vector Rx with $2^S$ one-bit elements. Rx[$k$] is set to '1' if the SLP-D packet with sequence number $k$ has been received.



Figure **2.6.4.2.3.3.2**-1. SLP Receive Sequence Number Variables

Deleted: 2.6.4.2.3.3.2

For each received SLP-D packet, the receiver shall perform the following actions:

- If a received SLP-D packet has a sequence number $k$ that is smaller than $V(N)$ and Rx[$k$] = '1', SLP-D shall discard it as a duplicate.

- If a received SLP-D packet has a sequence number $k$ that is smaller than $V(N)$ and Rx[$k$] = '0', SLP-D shall set Rx[$k$] to '1' and pass the SLP-D payload to the upper layer.

- If a received SLP-D packet has sequence number $k$ that is greater than or equal to $V(N)$, SLP-D shall set Rx[$k$] to '1' and Rx[($k+v$) mod $2^S$] to '0' for $v$ = 1, 2, 3 …, $2^{S-1}$. SLP-D shall set $V(N)$ to $k+1$ and pass the SLP-D payload to the upper layer.

2.6.4.3 Fragmentation Layer Procedures

2.6.4.3.1 Overview

SLP-F is a self-synchronizing loss detection protocol with a sequence space of $S$ = 6 bits.

SLP-F maintains the following variables for SLP-F packets:

- **$V(S)$** The sequence number of the next SLP-F packet to be sent.

- **Sync** The SLP-F synchronized status flag.

2.6.4.3.2 Initialization

When SLP-F is initialized or reset it shall perform the following:

- Set the send state variable $V(S)$ to zero in the transmitter.

- Set Sync to zero.

- Clear the re-assembly buffers.

When SLP-F is initialized or reset, the sender shall begin sending SLP-F packets with an initial SequenceNumber of 0.

Default Signaling Application

1   The access terminal and the access network shall perform the initialization procedure if the
2   protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication.

3   2.6.4.3.3 Data Transfer

4   All operations and comparisons performed on SLP-F packet sequence numbers shall be
5   carried out in unsigned modulo $2^s$ arithmetic.

6   2.6.4.3.4 Sender Requirements

7   The sender shall construct the SLP-F packet(s) by adding the SLP-F header, defined in
8   2.6.5.1, in front of each SLP-F payload. The size of each SLP-F packet shall not exceed the
9   current maximum SLP-F packet size.

> Deleted: 2.6.5.1

10  The sender shall construct the SLP-F payload(s) from an SLP-D packet. If the SLP-D packet
11  exceeds the current maximum SLP-F payload size, then the sender shall fragment the SLP-
12  D packet. If the sender does not fragment the SLP-D packet, then the SLP-D packet is the
13  SLP-F payload. If the sender does fragment the SLP-D packet, then each SLP-D packet
14  fragment is an SLP-F payload.

15  If the SLP-F payload contains the beginning of an SLP-D packet, then the sender shall set
16  the SLP-F header Begin field to '1'; otherwise, the sender shall set the SLP-F header Begin
17  field to '0'.

18  If the SLP-F payload contains the end of an SLP-D packet, then the sender shall set the
19  SLP-F header End field to '1'; otherwise, the sender shall set the SLP-F header End field to
20  '0'

21  The sender shall set the SLP-F SequenceNumber field to *V(S)*.

22  If the SLP-F payload contains a complete SLP-D packet, then the sender shall not include
23  the SLP-F header Begin, End and SequenceNumber fields; otherwise, the sender shall
24  include the SLP-F header Begin, End and SequenceNumber fields.

25  The sender shall increment the *V(S)* each time it sends a new SLP-F packet.

26  2.6.4.3.5 Receiver Requirements

27  The receiver shall maintain an independent  re-assembly buffer for each Connection
28  Endpoint as defined by the Address Management Protocol. The receiver writes the SLP-F
29  payloads to the corresponding re-assembly buffer when the Sync variable of the
30  corresponding re-assembly buffer is equal to 1. The receiver shall perform the following in
31  the order specified:

32  • If the SLP-F header Fragmented field is '0', then the receiver shall assume the SLP-F
33     header Begin field is '1', the SLP-F header End field is '1' and the SLP-F header
34     SequenceNumber is '0'.

35  • If the SequenceNumber of the current SLP-F packet is not one greater than
36     SequenceNumber of the last SLP-F packet whose payload was written to the re-
37     assembly buffer, then the receiver shall discard the contents of the re-assembly
38     buffer and shall set the Sync flag to '0'.

2-16

Default Signaling Application                                     TIA-856-2

- If the Begin field is '1', then the receiver shall discard the contents of the re-assembly buffer and set the Sync flag to '1'.

- If the Sync flag is '1', then the receiver shall write the SLP-F payload to the re-assembly buffer, otherwise the receiver shall discard the SLP-F payload.

- If the End field is '1', then the receiver shall pass the contents of the re-assembly buffer to the upper layer and set the Sync flag to '0'.

2.6.5 Header Formats

The combined SLP-D and SLP-F header length, $x$, is such that

> $x$ modulo 8 = 6.

2.6.5.1 SLP-F Header

The SLP-F header length, $x$, is such that

$x$ modulo 8 = 5;   if the SLP-F payload contains an SLP-D packet with SLP-D header,

$x$ modulo 8 = 6;   if the SLP-F payload contains an SLP-D packet without SLP-D header,

The SLP-F header has the following format:

| Field | Length(bits) |
|---|---|
| Reserved | 4 |
| Fragmented | 1 |
| Begin | 0 or 1 |
| End | 0 or 1 |
| SequenceNumber | 0 or 6 |
| OctetAlignmentPad | 0 or 1 |

Reserved          The sender shall set this field to zero. The receiver shall ignore this field.

Fragmented        SLP-F header fragmentation indicator. If the rest of the SLP-F header is included, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'. If the SLP-F payload contains a complete SLP-D packet, the sender shall not include the rest of the SLP-F header; otherwise, the sender shall include the rest of the SLP-F header.

Begin             Start of SLP-D packet flag. The sender shall only include this field if the Fragmented field is set to '1'. If this SLP-F payload contains the beginning of an SLP-D packet, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

2-17

TIA-856-2                                    Default Signaling Application

| | | |
|---|---|---|
| 1 | End | End of SLP-D packet flag. The sender shall only include this field if |
| 2 | | the Fragmented field is set to '1'. If this SLP-F payload contains the |
| 3 | | end of an SLP-D packet, the sender shall set this field to '1'; |
| 4 | | otherwise, the sender shall set this field to '0'. |

1 End — End of SLP-D packet flag. The sender shall only include this field if the Fragmented field is set to '1'. If this SLP-F payload contains the end of an SLP-D packet, the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

5 SequenceNumber — SLP-F packet sequence number. The sender shall only include this field if the Fragmented field is set to '1'. The sender shall increment this field for each new SLP-F packet sent.

8 OctetAlignmentPad — Octet alignment padding. The sender shall include this field and set it to '0' if the Fragmented field is set to '1' and Begin field is set to '0'. Otherwise, the sender shall omit this field.

11 2.6.5.2 SLP-D Header

12 The SLP-D header length, $x$, is such that

13    $x$ modulo 8 = 1.

14 The SLP-D header has the following format:

| Field | Length(bits) |
|---|---|
| FullHeaderIncluded | 1 |
| AckSequenceValid | 0 or 1 |
| AckSequenceNumber | 0 or 3 |
| SequenceValid | 0 or 1 |
| SequenceNumber | 0 or 3 |

16 FullHeaderIncluded — SLP-D header included flag. If the rest of SLP-D header is included, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'. If the sender is either sending or acknowledging a reliable-delivery SLP-D payload, then the sender shall include the rest of the SLP-D header; otherwise, the sender shall not include the rest of the SLP-D header.

22 AckSequenceValid — The sender shall only include this field if the FullHeaderIncluded field is set to '1'. If the AckSequenceNumber field contains a valid value, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

26 AckSequenceNumber — The sender shall only include this field if the FullHeaderIncluded field is set to '1'. If the AckSequenceValid field is set to '1', then the sender shall set this field to the sequence number of the first reliable-delivery SLP-D payload that has not been acknowledged; otherwise, the sender shall set this field to zero. If the AckSequenceValid field is set to '0', then the receiver shall ignore this field.

2-18

Default Signaling Application                                      TIA-856-2

1  SequenceValid          The sender shall only include this field if the FullHeaderIncluded
2                         field is set to '1'. If the SequenceNumber field contains a valid value,
3                         then the sender shall set this field to '1'; otherwise, the sender shall
4                         set this field to '0'.

5  SequenceNumber         The sender shall only include this field if the FullHeaderIncluded
6                         field is set to '1'. If the SequenceValid field is set to '1', then the
7                         sender shall set this field to the sequence number of the reliable SLP-
8                         D payload; otherwise, the sender shall set this field to zero. If the
9                         SequenceValid field is set to '0', then the receiver shall ignore this
10                        field.

11  2.6.6 Message Formats

12  2.6.6.1 Reset

13  The Reset message is used by the access network to reset SLP.
14

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

15  MessageID              The access network shall set this field to 0x00.

16  MessageSequence        The access network shall increment this field for every new Reset
17                         message it sends.
18

| **Channels** | FTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

19  2.6.6.2 ResetAck

20  The ResetAck message is used by the access terminal to complete an SLP reset.
21

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

22  MessageID              The access terminal shall set this field to 0x01.

23  MessageSequence        The access terminal shall set this field to the sequence number of the
24                         associated Reset message.
25

2-19

TIA-856-2                                          Default Signaling Application

| Channels | RTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | Priority | 40 |

1  2.6.6.3 Protocol Numeric Constants
2

| Constant | Meaning | Value |
|---|---|---|
| $T_{SLPAck}$ | Time for receiver to acknowledge an arriving reliable-delivery SLP-D packet | 200 ms |
| $N_{SLPAttempt}$ | Maximum Number of attempts for sending a reliable-delivery SLP-D packet | 3 |
| $T_{SLPWaitAck}$ | Retransmission timer for a reliable-delivery SLP-D packet | 400 ms |

3  2.6.7 Interface to Other Protocols

4  2.6.7.1 Commands

5  This protocol does not issue any commands.

6  2.6.7.2 Indications

7  This protocol registers to receive the following indications:

8  • *RouteUpdate.ConnectionInitiated*

9  **2.7 Configuration Attributes for the Default Signaling Application**

10  No configuration attributes are defined for this protocol.

11  **2.8 Session State Information**

12  This protocol does not define any parameter record to be included in a Session State
13  Information record (see 10.8).

> **Deleted:** 10.8

1    No text.

## 3 DEFAULT PACKET APPLICATION

### 3.1 Introduction

3.1.1 General Overview

The Default Packet Application provides an octet stream that can be used to carry packets between the access terminal and the access network.

The Default Packet Application provides:

- The functionality defined in [1].

- The Radio Link Protocol (RLP), which provides retransmission, and duplicate detection, thus, reducing the radio link error rate as seen by the higher layer protocols.

- Packet Location Update Protocol, which defines location update procedures and messages in support of mobility management for the Packet Application.

- Flow Control Protocol, which provides flow control for the Default Packet Application.

The relationship between the Default Packet Application protocols is illustrated in Figure 3.1.1-1.

| Radio Link Protocol (RLP) | Location Update Protocol |

| Flow Control Protocol |

**Figure 3.1.1-1. Default Packet Application Protocols**

3.1.2 Public Data

- Subtype for this application

3.1.3 Data Encapsulation for the InUse Instance of the Application

Figure 3.1.3-1 illustrates the relationship between the octet stream from the upper layer, an RLP packet, and a Stream Layer payload.

TIA-856-2                                                      Default Packet Application



1
2                    **Figure 3.1.3-1. Default Packet Application Encapsulation**

Deleted: 3.1.3

3    **3.2 Protocol Initialization**

4    3.2.1 Protocol Initialization for the InConfiguration Application Instance

5    Upon creation, the InConfiguration instance of this application in the access terminal and
6    the access network shall perform the following in the order specified:

7    • The fall-back values of the attributes for this application instance shall be set to the
8       default values specified for each attribute.

9    • If the InUse instance of this application (i.e., corresponding to the stream to which
10      this application is bound) has the same application subtype as this InConfiguration
11      application instance, then the fall-back values of the attributes defined by the
12      InConfiguration application instance shall be set to the corresponding attribute
13      values for the InUse application instance.

14   • The value for each attribute for this application instance shall be set to the fall-back
15      value for that attribute.

16   • The value of the InConfiguration application instance public data shall be set to the
17      value of the corresponding InUse application instance public data.

18   • The value of the application subtype associated with the InConfiguration application
19      instance shall be set to the application subtype that identifies this application.

20   3.2.2 Protocol Initialization for the InUse Application Instance

21   Upon creation, the InUse instance of the Packet Application (i.e., corresponding to the
22   stream to which this application is bound) in the access terminal and access network shall
23   perform the following:

24   • The value of the attributes for this application instance shall be set to the default
25      values specified for each attribute.

26   • The Flow Control Protocol associated with the InUse instance of the Packet
27      Application at the access terminal and access network shall enter the Close State.

**3.3 Procedures and Messages for the InConfiguration Instance of the Packet Application**

3.3.1 Procedures

This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of the configuration messages.

Deleted: 10.7

3.3.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this application, but are not defined by the InUse application instance shall be added to the public data of the InUse application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) has the same subtype as this application instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this application to the attribute values associated with the InConfiguration instance of this application, and

  – The access terminal and the access network shall purge the InConfiguration instance of the application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) does not have the same subtype as this application instance, then the access terminal and the access network shall perform the following in the order specified:

  – The initial state of the Flow Control Protocol associated with the InConfiguration instance of the Packet Application at the access terminal and access network shall be set to the Close State.

  – The InConfiguration instance of the Packet Application at the access terminal and access network shall become the InUse instance for the Packet Application (corresponding to the stream to which this application is bound).

- All the public data not defined by this application shall be removed from the public data of the InUse application.

3.3.3 Message Formats

3.3.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

TIA-856-2                                   Default Packet Application

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1  MessageID          The sender shall set this field to 0x50.

2  TransactionID      The sender shall increment this value for each new
3                     ConfigurationRequest message sent.

4  AttributeRecord    The format of this record is specified in 10.3.

> **Deleted:** 10.3

5

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

6  3.3.3.2 ConfigurationResponse

7  The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9  MessageID          The sender shall set this field to 0x51.

10 TransactionID      The sender shall set this value to the TransactionID field of the
11                    corresponding ConfigurationRequest message.

12 AttributeRecord    An attribute record containing a single attribute value. If this
13                    message selects a complex attribute, only the ValueID field of the
14                    complex attribute shall be included in the message. The format of the
15                    AttributeRecord is given in 10.3. The sender shall not include more
16                    than one attribute record with the same attribute identifier.
17

> **Deleted:** 10.3

3-4

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

1 **3.4 Radio Link Protocol**

2 3.4.1 Overview

3 The Radio Link Protocol (RLP) provides an octet stream service with an acceptably low
4 erasure rate for efficient operation of higher layer protocols (e.g., TCP). When used as part
5 of the Default Packet Application, the protocol carries an octet stream from the upper layer.
6 RLP uses Nak-based retransmissions.

7 RLP is a protocol associated with the default packet application. The application subtype
8 for this application is defined in Table 4.2.7.1-1.

> **Deleted:** Table 4.2.7.1-1

9 3.4.2 Primitives and Public Data

10 3.4.2.1 Commands

11 This protocol does not define any commands.

12 3.4.2.2 Return Indications

13 This protocol does not return any indications.

14 3.4.3 Protocol Data Unit

15 The transmission unit of this protocol is an RLP packet.

16 RLP is unaware of higher layer framing; it operates on a featureless octet stream.

17 3.4.4 Procedures and Messages for the InUse Instance of the Protocol

18 3.4.4.1 Procedures

19 RLP receives octets for transmission from the higher layer and forms an RLP packet by
20 concatenating the RLP packet header defined in 3.4.4.2 with a number of received
21 contiguous octets. The policy RLP follows in determining the number of octets to send in an
22 RLP packet is beyond the scope of this specification. It is subject to the requirement that
23 an RLP packet shall not exceed the maximum payload length that can be carried by a
24 Stream Layer packet given the target channel and current transmission rate on that
25 channel.

> **Deleted:** 3.4.4.2

26 RLP makes use of the Reset, ResetAck, and Nak messages to perform control related
27 operations. When RLP sends these messages it shall use the Signaling Application.

28 3.4.4.1.1 Initialization and Reset

29 The RLP initialization procedure initializes the RLP variables and data structures in one
30 end of the link. The RLP reset procedure guarantees that RLP state variables on both sides
31 are synchronized. The reset procedure includes initialization.

Default Packet Application

1  The access terminal and the access network shall perform the Initialization Procedure
2  defined in 3.4.4.1.1.1 if the protocol receives an *IdleState.ConnectionOpened* indication.

> **Deleted:** 3.4.4.1.1.1

3  3.4.4.1.1.1 Initialization Procedure

4  When RLP performs the initialization procedure it shall:

5  • Reset the send state variable $V(S)$ to zero,

6  • reset the receive state variables $V(R)$ and $V(N)$ to zero,

7  • clear the resequencing buffer, and

8  • clear the retransmission queues.

9  3.4.4.1.1.2 Reset Procedure

10  3.4.4.1.1.2.1 Reset Procedure for the Initiating Side

11  The side initiating a reset procedure sends a Reset message and enters the RLP Reset
12  State.

13  Upon entering the RLP Reset state RLP shall:

14  • Perform the initialization procedure defined in 3.4.4.1.1.1.

> **Deleted:** 3.4.4.1.1.1

15  • Ignore all RLP data octets received while in the RLP Reset state.

16  • If RLP receives a ResetAck message while in the RLP Reset state, it shall send a
17    ResetAck message back and leave the RLP Reset state.

18  If a ResetAck message is received while RLP is not in the RLP Reset state, the message
19  shall be ignored.

20  3.4.4.1.1.2.2 Reset Procedure for the Responding Side

21  When RLP receives a Reset message, it shall respond with a ResetAck message. After
22  sending the message it shall enter the RLP Reset state, if it was not already in the RLP reset
23  state. Upon entering the RLP Reset state RLP shall:

24  • Perform the initialization procedure defined in 3.4.4.1.1.1.

> **Deleted:** 3.4.4.1.1.1

25  • Ignore all RLP data octets received while in the RLP Reset state.

26  • When RLP receives a ResetAck message, it shall leave the RLP reset state.

27  If a ResetAck is received while RLP is not in the RLP Reset state, the message shall be
28  ignored.

29  3.4.4.1.2 Data Transfer

30  RLP is a Nak-based protocol with a sequence space of $S$ bits, where $S = 22$.

31  All operations and comparisons performed on RLP packet sequence numbers shall be
32  carried out in unsigned modulo $2^S$ arithmetic. For any RLP octet sequence number $N$, the
33  sequence numbers in the range $[N+1, N+2^{S-1}-1]$ shall be considered greater than $N$ and the
34  sequence numbers in the range $[N-2^{S-1}, N-1]$ shall be considered smaller than $N$.

1  3.4.4.1.2.1 RLP Transmit Procedures

2  The RLP transmitter shall maintain an *S*-bit variable *V(S)* for all transmitted RLP data
3  octets (see Figure 3.4.4.1.2-1). *V(S)* is the sequence number of the next RLP data octet to be
4  sent. The sequence number field (SEQ) in each new RLP packet transmitted shall be set to
5  *V(S)*, corresponding to the sequence number of the first octet in the packet. The sequence
6  number of the $i^{th}$ octet in the packet (with the first octet being octet 0) is implicitly given by
7  SEQ+*i*. *V(S)* shall be incremented for each octet contained in the packet.

8  After transmitting a packet, the RLP transmitter shall start an RLP flush timer for time
9  $T_{RLPFlush}$. If the RLP transmitter sends another packet before the RLP flush timer expires,
10 the RLP transmitter shall reset and restart the timer. If the timer expires, the RLP
11 transmitter shall disable the flush timer and the RLP transmitter should send an RLP
12 packet that contains at least the octet with sequence number *V(S)*-1. The RLP transmitter
13 should allow sufficient time before deleting a packet transmitted for the first time.

14 Upon receiving a Nak message, RLP shall insert a copy of the requested octet(s) into its
15 output stream if those octets are available. If the Nak record includes any sequence
16 number greater than or equal to *V(S)*, RLP shall perform the reset procedures specified in
17 3.4.4.1.1.2. If the Nak record does not include any sequence number greater than or equal
18 to *V(S)* but the requested octets are not available for retransmissions, RLP shall ignore the
19 Nak.
20



**Figure 3.4.4.1.2-1. RLP Transmit Sequence Number Variable**

22 RLP shall assign the following priorities to RLP packets:

23 • Packet containing re-transmitted octets: 60

24 • Packet containing octets transmitted for the first time: 70

25 3.4.4.1.2.2 RLP Receive Procedures

26 The RLP receiver shall maintain two S-bit variables for receiving, *V(R)* and *V(N)* (see Figure
27 3.4.4.1.2-2). *V(R)* contains the sequence number of the next octet expected to arrive. *V(N)*
28 contains the sequence number of the first missing octet, as described below.

29 In addition, the RLP receiver shall keep track of the status of each octet in its resequencing
30 buffer indicating whether the octet was received or not. Use of this status is implied in the
31 following procedures.

Default Packet Application

1



2    **Figure 3.4.4.1.2-2. RLP Receive Sequence Number Variables**

Deleted: 3.4.4.1.2

3    In the following, $X$ denotes the sequence number of a received octet. For each received
4    octet, RLP shall perform the following procedures:

5    - If $X < V(N)$, the octet shall be discarded as a duplicate.

6    - If $V(N) \leq X < V(R)$, and the octet is not already stored in the resequencing buffer, then:

7      – RLP shall store the received octet in the resequencing buffer.

8      – If $X = V(N)$, RLP shall pass all contiguous octets in the resequencing buffer, from
9         $V(N)$ upward, to the higher layer, and may remove the passed octets from the
10        resequencing buffer. RLP shall then set $V(N)$ to (LAST+1) where LAST is the
11        sequence number of the last contiguous octet (i.e., the octet with the highest
12        sequence number) passed to the higher layer from the resequencing buffer.

13   - If $V(N) < X < V(R)$, and the octet has already been stored in the resequencing buffer,
14     then the octet shall be discarded as a duplicate.

15   - If X = $V(R)$, then:

16     – If $V(R) = V(N)$, RLP shall increment $V(N)$ and $V(R)$ and shall pass the octet to the
17        higher layer.

18     – If $V(R) \neq V(N)$, RLP shall increment $V(R)$ and shall store the octet in the
19        resequencing buffer.

20   - If $X > V(R)$, then:

21     – RLP shall store the octet in the resequencing buffer.

22     – RLP shall send a Nak message requesting the retransmission of all missing RLP
23        octets from $V(R)$ to $X$-1, inclusive.

24     – RLP shall set $V(R)$ to $X$+1.

25   RLP shall set a Nak abort timer for each data octet requested in a Nak record for a period of
26   $T_{RLPAbort}$. If a requested octet has not arrived when its Nak abort timer expires, RLP shall
27   pass all octets in the resequencing buffer up to the missing octet, in order of sequence

Default Packet Application                                              TIA-856-2

1   number, to the higher layer. RLP shall skip any missing octets. RLP shall set $V(N)$ to the
2   sequence number of the next missing octet, or to $V(R)$ if there are no remaining missing
3   octets. Further recovery is the responsibility of the upper layer protocols.

4   3.4.4.2 RLP Packet Header

5   The RLP packet header, which precedes the RLP payload, has the following format:
6

| Field | Length (bits) |
|-------|---------------|
| SEQ   | 22            |

7   SEQ                    The RLP sequence number of the first octet in the RLP payload.

8   3.4.4.3 Message Formats

9   The messages described in this section control the function of the RLP. These messages are
10  exchanged between the access terminal and the access network using the SNP.

11  3.4.4.3.1 Reset

12  The access terminal and the access network send the Reset message to reset RLP.
13

| Field     | Length (bits) |
|-----------|---------------|
| MessageID | 8             |

14  MessageID              The sender shall set this field to 0x00.
15

| **Channels** | FTC    RTC | **SLP**      | Reliable |
|--------------|------------|--------------|----------|
| **Addressing** | unicast  | **Priority** | 50       |

16  3.4.4.3.2 ResetAck

17  The access terminal and the access network send the ResetAck message to complete the
18  RLP reset procedure.
19

| Field     | Length (bits) |
|-----------|---------------|
| MessageID | 8             |

20  MessageID              The sender shall set this field to 0x01.
21

TIA-856-2                                                     Default Packet Application

| Channels |  | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** |  | unicast | **Priority** | 50 |

1  3.4.4.3.3 Nak

2  The access terminal and the access network send the Nak message to request the
3  retransmission of one or more octets.
4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| NakRequests | 8 |

NakRequests occurrences of the following three fields:

| Reserved | 2 |
|---|---|
| FirstErased | 22 |
| WindowLen | 16 |

5  MessageID          The sender shall set this field to 0x02.

6  NakRequests        The sender shall set this field to the number of Nak requests
7                     included in this message. The sender shall include NakRequests
8                     occurrences of the following three fields with the message.

9  Reserved           The sender shall set this field to zero. The receiver shall ignore this
10                    field.

11 FirstErased        The sender shall set this field to the sequence number of the first
12                    RLP octet erased in a sequence of erased octets whose
13                    retransmission is requested.

14 WindowLen          The sender shall set this field to the length of the erased window. The
15                    receiver shall retransmit all the octets in the range FirstErased to
16                    FirstErased+WindowLen-1, inclusive.
17

| Channels |  | FTC    RTC | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** |  | unicast | **Priority** | 50 |

18

Default Packet Application                                    TIA-856-2

1   3.4.4.4 Interface to Other Protocols

2   3.4.4.4.1 Commands

3   This protocol does not issue any commands.

4   3.4.4.4.2 Indications

5   This protocol registers to receive the following indications:

6      • *IdleState.ConnectionOpened*

7   3.4.4.5 RLP Packet Priorities

8

| Type of RLP Packet | Channel | Addressing | Priority |
|---|---|---|---|
| Packet containing only First Time Transmissions | FTC, RTC | unicast | 70 |
| Packet containing re-transmitted application traffic | FTC, RTC | unicast | 60 |

9   3.4.5 Protocol Numeric Constants

10

| Constant | Meaning | Value |
|---|---|---|
| $T_{RLPAbort}$ | Time to wait for a retransmission of an octet requested in a Nak message | 500 ms |
| $T_{RLPFlush}$ | Time to wait before retransmitting the last transmitted octet | 300 ms |

1    **3.5 Location Update Protocol**

2    3.5.1 Overview

3    The Location Update Protocol defines location update procedures and messages for mobility
4    management for the Default Packet Application.

5    The Location Update Protocol is a protocol associated with the default packet application.
6    The application subtype for this application is defined in Table 4.2.7.1-1.

| Deleted: Table 4.2.7.1-1 |

7    3.5.2 Primitives and Public Data

8    3.5.2.1 Commands

9    This protocol does not define any commands.

10   3.5.2.2 Return Indications

11   This protocol does not return any indications.

12   3.5.3 Protocol Data Unit

13   The transmission unit of this protocol is a message. This is a control protocol; and,
14   therefore, it does not carry payload on behalf of other layers or protocols.

15   3.5.4 Procedures and Messages for the InUse Instance of the Protocol

16   3.5.4.1 Procedures

17   3.5.4.1.1 Access Network Requirements

18   If the protocol receives an *AddressManagement.SubnetChanged* indication, the access
19   network:

20   • May send a LocationRequest message to query the Location information.

21   • May send a LocationAssignment message to update the Location information.

22   3.5.4.1.2 Access Terminal Requirements

23   If the access terminal receives a LocationRequest message, it shall send a
24   LocationNotification message. If the access terminal has a stored value for the
25   LocationValue parameter, the access terminal shall set the LocationType, LocationLength,
26   and LocationValue fields in this message to its stored values of these fields. If the access
27   terminal does not have a stored value for the LocationValue parameter, the access terminal
28   shall omit the LocationLength and LocationValue fields in this message.

29   If the access terminal receives a LocationAssignment message, it shall send a
30   LocationComplete message and the access terminal shall store the value of the
31   LocationType, LocationLength, and LocationValue fields of the LocationAssignment
32   message in LocationType, LocationLength, and LocationValue variables, respectively.

Default Packet Application                                              TIA-856-2

1    3.5.4.2 Message Formats

2    3.5.4.2.1 LocationRequest

3    The access network uses this message to query the access terminal of its Location
4    information.
5

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

6    MessageID            The access network shall set this field to 0x03.
7

| **Channels** | CC          FTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8    3.5.4.2.2 LocationNotification

9    The access terminal sends the LocationNotificationmessage either in response to the
10   LocationRequest message or in an unsolicited manner as specified in [9] if the configured
11   value of the RANHandoff attribute is 0x01.
12

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| LocationType | 8 |
| LocationLength | 0 or 8 |
| LocationValue | 0 or 8 × LocationLength |

13   MessageID            The access terminal shall set this field to 0x04.

14   LocationType         The access terminal shall set this field to 0 if the value of its stored
15                        LocationValue is NULL; otherwise, the access terminal shall set this
16                        field to the stored value of LocationType.

17   LocationLength       The access terminal shall not include this field if the value of its
18                        stored LocationValue is NULL; otherwise, the access terminal shall
19                        set this field to the stored value of LocationLength.

20   LocationValue        The access terminal shall not include this field if the value of its
21                        stored LocationValue is NULL; otherwise, the access terminal shall
22                        set this field to the stored value of LocationValue.
23

TIA-856-2                                         Default Packet Application

| **Channels** | AC | RTC | | **SLP** | Reliable[2] | Best Effort |
|---|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | | 40 |

1   3.5.4.2.3 LocationAssignment

2   The access network uses this message to update the Location information of the access
3   terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| LocationType | 8 |
| LocationLength | 8 |
| LocationValue | $8 \times$ LocationLength |

4   MessageID          The access network shall set this field to 0x05.

5   TransactionID      The access network shall increment this value for each new
6                      LocationAssignment message sent.

7   LocationType       The access network shall set this field to the type of the location as
8                      specified in Table 3.5.4.2-1.

9                      **Table 3.5.4.2-1. LocationType Encoding**

| LocationType | LocationLength | Meaning |
|---|---|---|
| 0x00 | N/A | No location is stored |
| 0x01 | 0x05 | Location compatible with [3] (see Table 3.5.4.2-2) |
| All other values | N/A | Reserved |

10   LocationLength     The access network shall set this field to the length of the
11                      LocationValue field in octets as specified in Table 3.5.4.2-1.

12   LocationValue      The access network shall set this field to the Location of type
13                      specified by LocationType. If LocationType is set to 0x01, the access
14                      network shall set this field as shown in Table 3.5.4.2-2, where SID,
15                      NID, and PACKET_ZONE_ID correspond to the current access
16                      network.

---

[2] This message is sent reliably when it is sent over the Reverse Traffic Channel.

Default Packet Application                                          TIA-856-2

1   **Table 3.5.4.2-2. Subfields of LocationValue when LocationType = 0x01**

Deleted: 3.5.4.2

| Sub-fields of LocationValue | # of bits |
|------------------------------|-----------|
| SID | 15 |
| Reserved | 1 |
| NID | 16 |
| PACKET_ZONE_ID | 8 |

2

| Channels | CC          FTC | SLP | Best Effort |
|----------|-----------------|-----|-------------|
| Addressing | unicast | Priority | 40 |

3   3.5.4.2.4 LocationComplete

4   The access terminal sends this message in response to the LocationAssignment message.

5

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

6   MessageID             The access terminal shall set this field to 0x06.

7   TransactionID         The access terminal shall set this field the TransactionID field of the
8                         corresponding LocationAssignment message.

9

| Channels | AC          RTC | SLP | Reliable[3]   Best Effort |
|----------|-----------------|-----|---------------------------|
| Addressing | unicast | Priority | 40 |

10  3.5.4.3 Interface to Other Protocols

11  3.5.4.3.1 Commands

12  This protocol does not issue any commands.

13  3.5.4.3.2 Indications

14  This protocol registers to receive the following indications:

15  • *SessionManagement.SessionClosed*

---

[3] This message is sent reliably when it is sent over the Reverse Traffic Channel.

TIA-856-2                                          Default Packet Application

1        • *AddressManagement.SubnetChanged*

Default Packet Application                                           TIA-856-2

1      No text.

1    **3.6 Flow Control Protocol**

2    3.6.1 Overview

3    The Flow Control Protocol provides procedures and messages used by the access terminal
4    and the access network to perform flow control for the Default Packet Application.

5    This protocol can be in one of the following states:

6    • <u>Close State</u>: in this state the Default Packet Application does not send or receive any
7       RLP packets.

8    • <u>Open State</u>: in this state the Default Packet Application can send or receive RLP
9       packets.

10   <u>Figure 3.6.1-1</u> and <u>Figure 3.6.1-2</u> show the state transition diagram at the access terminal
11   and the access network.

> **Deleted:** Figure 3.6.1-1
>
> **Deleted:** Figure 3.6.1-2

12



13

14   **Figure <u>3.6.1</u>-1. Flow Control Protocol State Diagram (Access Terminal)**

> **Deleted: 3.6.1**

15



16

17   **Figure <u>3.6.1</u>-2. Flow Control Protocol State Diagram (Access Network)**

> **Deleted: 3.6.1**

18   The flow control protocol is a protocol associated with the default packet application. The
19   application subtype for this application is defined in <u>Table 4.2.7.1-1</u>.

> **Deleted:** Table 4.2.7.1-1

1  3.6.2 Primitives and Public Data

2  3.6.2.1 Commands

3  This protocol does not define any commands.

4  3.6.2.2 Return Indications

5  This protocol does not return any indications.

6  3.6.3 Protocol Data Unit

7  The transmission unit of this protocol is a message. This is a control protocol and,
8  therefore, it does not carry payload on behalf of other layers or protocols.

9  3.6.4 Procedures and Messages for the InUse Instance of the Protocol

10  3.6.4.1 Procedures

11  3.6.4.1.1 Transmission and Processing of DataReady Message

12  The access network may send a DataReady message to indicate that there is data
13  corresponding to this packet application awaiting to be transmitted.

14  The access terminal shall send a DataReadyAck within the time period specified by
15  $T_{FCResponse}$ of reception of the DataReady message to acknowledge reception of the message.

16  3.6.4.1.2 Close State

17  In this state, the access terminal and the access network shall not send or receive any RLP
18  packets.

19  3.6.4.1.2.1 Access Terminal Requirements

20  The access terminal shall send an XonRequest message or an RLP packet (corresponding to
21  this instance of the Default Packet Application) when it is ready to exchange RLP packets
22  with the access network. The access terminal should send an XonRequest message or an
23  RLP packet (corresponding to this instance of the Default Packet Application) when it
24  receives a DataReady from the access network.

25  The access terminal shall transition to the Open State when it sends an XonRequest
26  message or when it sends an RLP packet (corresponding to this instance of the Default
27  Packet Application).

28  3.6.4.1.2.2 Access Network Requirements

29  If the access network receives an XonRequest message, it shall

30  • Send an XonResponse message within the time period specified by $T_{FCResponse}$ of
31  reception of the XonRequest message to acknowledge reception of the message.

32  • Transition to the Open State.

Default Packet Application                                              TIA-856-2

1  The access network shall also transition to the Open State if it receives an RLP packet
2  (corresponding to this instance of the Default Packet Application).

3  3.6.4.1.3 Open State

4  In this state, the access terminal and the access network may send or receive any RLP
5  packets.

6  3.6.4.1.3.1 Access Terminal Requirements

7  The access terminal may re-send an XonRequest message if it does not receive an
8  XonResponse message or an RLP packet (corresponding to this instance of the Default
9  Packet Application) within the time period specified by $T_{FCResponse}$ of sending the XonRequest
10  message.

11  The access terminal may send an XoffRequest message to request the access network to
12  stop sending RLP packets. The access terminal shall transition to the Close state when it
13  receives an XoffResponse message.

14  The access terminal may re-send an XoffRequest message if it does not receive an
15  XoffResponse message within the time period specified by $T_{FCResponse}$ of sending the
16  XoffRequest message.

17  3.6.4.1.3.2 Access Network Requirements

18  If the access network receives an XoffRequest message, it shall

19  • Send an XoffResponse message within the time period specified by $T_{FCResponse}$ of
20    reception of XoffRequest message to acknowledge reception of the message.

21  • Transition to the Close State.

22  3.6.4.2 Message Formats

23  3.6.4.2.1 XonRequest

24  The access terminal sends this message to request transition to the Open State.

25

| Field     | Length (bits) |
|-----------|---------------|
| MessageID | 8             |

26  MessageID          The access terminal shall set this field to 0x07.

27

3-21

TIA-856-2                                                      Default Packet Application

| Channels | AC | RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

1   3.6.4.2.2 XonResponse

2   The access network sends this message to acknowledge reception of the XonRequest
3   message.
4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

5   MessageID            The access network shall set this field to 0x08.
6

| Channels | CC | FTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

7   3.6.4.2.3 XoffRequest

8   The access terminal sends this message to request transition to the Close State.

9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

10   MessageID            The access terminal shall set this field to 0x09.

11

| Channels | AC | RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

12   3.6.4.2.4 XoffResponse

13   The access network sends this message to acknowledge reception of the XoffRequest
14   message.
15

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

16   MessageID            The access network shall set this field to 0x0a.
17

Default Packet Application                                    TIA-856-2

| **Channels** | CC          FTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

1    3.6.4.2.5 DataReady

2    The access network sends this message to indicate that there is data corresponding to this
3    packet application awaiting to be transmitted.
4

| **Field** | **Length (bits)** |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

5    MessageID            The access network shall set this field to 0x0b.

6    TransactionID        The access network shall increment this value for each new
7                         DataReady message sent.
8

| **Channels** | CC          FTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9    3.6.4.2.6 DataReadyAck

10   The access terminal sends this message to acknowledge reception of a DataReady message.
11

| **Field** | **Length (bits)** |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

12   MessageID            The access terminal shall set this field to 0x0c.

13   TransactionID        The access terminal shall set this value to the value of the
14                        TransactionID field of the corresponding DataReady message.

15

| **Channels** | AC          RTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

16   3.6.5 Protocol Numeric Constants

17

TIA-856-2

Default Packet Application

| Constant | Meaning | Value |
|---|---|---|
| T$_{FCResponse}$ | Time period within which the access terminal and access network are to respond to flow control messages. | 1 second |

**3.7 Configuration Attributes for the Default Packet Application**

The negotiable simple attribute for this protocol is listed in Table 3.7-1. The access terminal and the access network shall use as defaults the values in Table 3.7-1, typed in **bold italics**.

| | Deleted: Table 3.7-1 |
|---|---|
| | Deleted: Table 3.7-1 |
| | Deleted: 3.7 |

**Table 3.7-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | RANHandoff | *0x00* | The access terminal shall not send an unsolicited  LocationNotification message. The access network does not switch between the radio access technologies as specified in [9] in a manner that preserves the state of all protocol layers at or above the data link layer (PPP) specified in [1]. |
| | | 0x01 | The access terminal shall send an unsolicited LocationNotification message as specified in [9]. The access network switches between the radio access technologies specified in [9] in a manner that preserves the state of all protocol layers at or above the data link layer (PPP) specified in [1]. |
| | | All other values | Reserved |

Deleted: [9]

Deleted: [1]

Deleted: [9]

Deleted: [9]

Deleted: [1]

**3.8 Session State Information**

The Session State Information record (see 10.8) consists of parameter records.

Deleted: 10.8

This application defines the following parameter records in addition to the configuration attributes for this application.

1    3.8.1 Location Parameter

Deleted: 3.8.1

2        **Table 3.8.1-1.  The Format of the Parameter Record for the Location Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| LocationType | 8 |
| LocationValue | $8 \times (\text{Length} - 2)$ |

3    ParameterType         This field shall be set to 0x01 for this parameter record.

4    Length                This field shall be set to the length of this parameter record in units
5                          of octets excluding the Length field.

6    LocationType          This field shall be set to the value of LocationType associated with
7                          the access terminal's session.

8    LocationValue         This field shall be set to the stored value of LocationValue associated
9                          with the access terminal's session.

10   3.8.2 FlowControlState Parameter

Deleted: 3.8.2

11       **Table 3.8.2-1.  The Format of the Parameter Record for the FlowControlState**
12                                          **Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FlowControlState | 8 |

13   ParameterType         This field shall be set to 0x02 for this parameter record.

14   Length                This field shall be set to the length of this parameter record in units
15                         of octets excluding the Length field.

16   FlowControlState      This field shall be set to 0x00 if the state of the Flow Control Protocol
17                         associated with the access terminal's session is Close.  Otherwise,
18                         this field shall be set to 0x01.  All the other values for this field are
19                         reserved.

Default Packet Application

1    No text.

1  **4 STREAM LAYER**

2  **4.1 Introduction**

3  4.1.1 General Overview

4  The Stream Layer provides the following functions:

5  • Multiplexing of application streams for one access terminal. Stream 0 is always
6  assigned to the Signaling Application. The other streams can be assigned to
7  applications with different QoS (Quality of Service) requirements, or other
8  applications.

9  • Provision of configuration messages that map applications to streams.

10  The Stream Layer uses the Stream Layer Protocol to provide these functions.

11  4.1.2 Data Encapsulation for the InUse Protocol Instance

12  Figure 4.1.2-1 illustrates the relationship between an Application Layer packet, a Stream
13  Layer packet and a Session Layer payload.

Deleted: Figure 4.1.2-1



14
15  **Figure 4.1.2-1. Stream Layer Encapsulation**

Deleted: 4.1.2

16  **4.2 Default Stream Protocol**

17  4.2.1 Overview

18  The Default Stream Protocol provides the Stream Layer functionality. This protocol provides
19  the ability to multiplex up to 4 application streams. Stream 0 is always reserved for a
20  Signaling Application, and, by default, is assigned to the Default Signaling Application.

21  This protocol uses the Generic Configuration Protocol (see 10.7) to define the format and
22  processing of the configuration messages that map applications to streams.

Deleted: 10.7

23  The header added by this protocol is 2 bits in length. If $x$ bits is the length of the payload
24  presented to the Stream Layer, $x$ shall satisfy

TIA-856-2                                                                                    Stream Layer

1       $x$ modulo 8 = 6.

2    4.2.2 Primitives and Public Data

3    4.2.2.1 Commands

4    This protocol does not define any commands.

5    4.2.2.2 Return Indications

6    This protocol does not return any indications.

7    4.2.2.3 Public Data

8       • Subtype for this protocol

9    4.2.3 Protocol Data Unit

10   The protocol data unit for this protocol is a Stream Layer Packet.

11   4.2.4 Protocol Initialization

12   4.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

13   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
14   access network shall perform the following in the order specified:

15      • The fall-back values of the attributes for this protocol instance shall be set to the
16        default values specified for each attribute.

17      • If the InUse instance of this protocol has the same protocol subtype as this
18        InConfiguration protocol instance, then the fall-back values of the attributes defined
19        by the InConfiguration protocol instance shall be set to the values of the
20        corresponding attributes associated with the InUse protocol instance.

21      • The value for each attribute for this protocol instance shall be set to the fall-back
22        value for that attribute.

23   4.2.4.2 Protocol Initialization for the InUse Protocol Instance

24   Upon creation, the value of the attributes for the InUse instance of this protocol in the
25   access terminal and access network shall be set to the default values specified for each
26   attribute.

27   4.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

28   4.2.5.1 Procedures

29   The access terminal and the access network may use the ConfigurationRequest and
30   ConfigurationResponse messages to select the applications carried by each stream. When
31   the access terminal and the access network use these messages, they shall process them
32   according to the requirements presented in the Generic Configuration Protocol (see 10.7).

Deleted: 10.7

1   Once the access terminal and the access network agree upon the mapping of a new
2   application layer protocol to a stream (per the Generic Configuration Protocol), the access
3   terminal and access network shall create an InConfiguration instance of the agreed upon
4   application and replace the InConfiguration instance of the application for that stream (if
5   any) with the agreed upon application instance.

6   4.2.5.2  Commit Procedures

7   The access terminal and the access network shall perform the procedures specified in this
8   section, in the order specified, when directed by the InUse instance of the Session
9   Configuration Protocol to execute the Commit procedures:

10  • All the public data that are defined by this protocol, but are not defined by the InUse
11    protocol instance shall be added to the public data of the InUse protocol.

12  • If the InUse instance of this protocol has the same subtype as this protocol instance,
13    then

14    – The access terminal and the access network shall set the attribute values
15      associated with the InUse instance of this protocol to the attribute values
16      associated with the InConfiguration instance of this protocol, and

17    – The access terminal and the access network shall purge the InConfiguration
18      instance of the protocol.

19  • If the InUse instance of this protocol does not have the same subtype as this protocol
20    instance, then the access terminal and the access network shall perform the
21    following:

22    – The InConfiguration protocol instance shall become the InUse protocol instance
23      for the Stream Protocol.

24  • All the public data not defined by this protocol shall be removed from the public data
25    of the InUse protocol.

26  4.2.5.3 Message Formats

27  4.2.5.3.1 ConfigurationRequest

28  The ConfigurationRequest message format is as follows:

29

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

30  MessageID            The sender shall set this field to 0x50.

Stream Layer

1   TransactionID          The sender shall increment this value for each new
2                          ConfigurationRequest message sent.

3   AttributeRecord        The format of this record is specified in 10.3.          Deleted: 10.3

4

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

5   4.2.5.3.2 ConfigurationResponse

6   The ConfigurationResponse message format is as follows:

7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

8   MessageID              The sender shall set this field to 0x51.

9   TransactionID          The sender shall set this value to the TransactionID field of the
10                         corresponding ConfigurationRequest message.

11  AttributeRecord        An attribute record containing a single attribute value. If this
12                         message selects a complex attribute, only the ValueID field of
13                         the complex attribute shall be included in the message. The format of the
14                         AttributeRecord is given in 10.3. The sender shall not include more        Deleted: 10.3
15                         than one attribute record with the same attribute identifier.
16

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

17  4.2.6 Procedures and Messages for the InUse Instance of the Protocol

18  4.2.6.1 Procedures

19  This protocol receives application packets for transmission from up to four different
20  applications. The protocol adds the Stream header defined in 4.2.6.2 in front of each        Deleted: 4.2.6.2
21  application packet and forwards it for transmission to the Session Layer.

22  All Stream Layer packets forwarded to the Session Layer shall be octet aligned.

1  The protocol receives Stream Layer packets from the Session Layer and removes the
2  Stream Layer header. The application packet obtained in this manner is forwarded to the
3  application indicated by the Stream field of the Stream Layer header.

4  The structure of the Stream Layer packet is shown in Figure 4.2.6-1.

Deleted: Figure 4.2.6-1

←———Stream Layer packet———→

| Stream Layer header | Application Layer packet |
|---|---|

5
6  **Figure 4.2.6-1. Stream Layer Packet Structure**

Deleted: 4.2.6

7  4.2.6.2 Stream Header

8  The sender adds the following header in front of every Stream Layer payload (application
9  packet):

| **Field** | **Length(bits)** |
|---|---|
| Stream | 2 |

10  Stream              The sender shall set this field to the stream number associated with
11                      the application sending the application packet following the header.

12  4.2.6.3 Interface to Other Protocols

13  4.2.6.3.1 Commands

14  This protocol does not issue any commands.

15  4.2.6.3.2 Indications

16  This protocol does not register to receive any indications.

17  4.2.7 Configuration Attributes

18  The following complex attribute and default values are defined (see 10.3 for attribute record
19  definition).

Deleted: 10.3

20  4.2.7.1 StreamConfiguration Attribute
21

Stream Layer

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| Stream0Application | 16 | 0x0000 |
| Stream1Application | 16 | 0xFFFF |
| Stream2Application | 16 | 0xFFFF |
| Stream3Application | 16 | 0xFFFF |

1   Length                Length of the complex attribute in octets. The sender shall set this
2                         field to the length of the complex attribute excluding the Length field.

3   AttributeID           The sender shall set this field to 0x00.

4   ValueID               The sender shall set this field to an identifier assigned to this
5                         complex value.

6   Stream0Application    The sender shall set this field to the subtype of the application used
7                         over Stream 0.

8   Stream1Application    The sender shall set this field to the subtype of the application used
9                         over Stream 1.

10  Stream2Application    The sender shall set this field to the subtype of the application used
11                        over Stream 2.

12  Stream3Application    The sender shall set this field to the subtype of the application used
13                        over Stream 3.

14  Sender shall set the last four fields to one of the non-reserved values in for the Application
15  Subtype as specified in [10], Table 4.2.7.1-1, specifies the values defined for the Application
16  Subtype defined in this specification.

**Deleted:** [10]

**Deleted:** Table 4.2.7.1-1

**Table 4.2.7.1-1. Application Subtypes**

| Value | Meaning |
|-------|---------|
| 0x0000 | Default Signaling Application |
| 0x0001 | Default Packet Application bound to the radio access network. |
| 0x0002 | Default Packet Application bound to the service access network. |
| 0xFFFF | Stream not used |
| All other values are reserved. ||

**Deleted:** 4.2.7.1

4.2.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{STRType}$ | Type field for this protocol. | Table 2.5.4-1 |
| $N_{STRDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

4.2.9 Session State Information

The Session State Information record (see 10.8) consists of parameter records.

**Deleted:** 10.8

The parameter records for this protocol consist of only the configuration attributes of this protocol.

Stream Layer

1    No text.

1

2  **5 SESSION LAYER**

3  **5.1 Introduction**

4  5.1.1 General Overview

5  The Session Layer contains protocols used to negotiate a session between the access
6  terminal and the access network.

7  A session is a shared state maintained between the access terminal and the access
8  network, including information such as:

9  • A unicast address (UATI) assigned to the access terminal,

10  • the set of protocols used by the access terminal and the access network to
11  communicate over the air-link,

12  • configuration settings for these protocols (e.g., authentication keys, parameters for
13  Connection Layer and MAC Layer protocols, etc.), and

14  • an estimate of the current access terminal location.

15  During a single session the access terminal and the access network can open and close a
16  connection multiple times; therefore, sessions will be closed rarely, and only on occasions
17  such as the access terminal leaving the coverage area or such as prolonged periods in
18  which the access terminal is unavailable.

19  The Session Layer contains the following protocols:

20  • <u>Session Management Protocol:</u> This protocol provides the means to control the
21  activation of the other Session Layer protocols. In addition, this protocol ensures the
22  session is still valid and manages closing of the session.

23  • <u>Address Management Protocol:</u> This protocol specifies procedures for the initial UATI
24  assignment and maintains the access terminal addresses.

25  • <u>Session Configuration Protocol:</u> This protocol provides the means to negotiate and
26  provision the protocols used during the session, and negotiates the configuration
27  parameters for these protocols. This protocol uses the procedures and attribute-
28  value formats defined by the Generic Configuration Protocol (see <u>10.7</u>) for protocol
29  negotiation.

| Deleted: 10.7 |

30  The relationship between the Session Layer protocols is illustrated in <u>Figure 5.1.1-1</u>.

| Deleted: Figure 5.1.1-1 |



1

2       **Figure 5.1.1-1. Session Layer Protocols**

Deleted: 5.1.1

3       5.1.2 Data Encapsulation for the InUse Protocol Instance

4       The Session Layer does not modify transmitted or received packets.

5       Figure 5.1.2-1 illustrates the relationship between Stream Layer packets, Session Layer

6       packets, and Connection Layer payload.

Deleted: Figure 5.1.2-1

7

8       **Figure 5.1.2-1. Session Layer Encapsulation**

Deleted: 5.1.2

1   **5.2 Default Session Management Protocol**

2   5.2.1 Overview

3   The Default Session Management protocol provides the means to control the activation of
4   the Address Management Protocol and then the Session Configuration Protocol, in that
5   order, before a session is established. This protocol also periodically ensures that the
6   session is still valid and manages closing the session.

7   The actual behavior and message exchange in each state of this protocol are mainly
8   governed by protocols that are activated by the Default Session Management Protocol.
9   These protocols return indications, which trigger the state transitions of this protocol.

10  This protocol can be in one of four states:

11  • <u>Inactive State</u>: This state applies only to the access terminal. In this state there are
12    no communications between the access terminal and the access network.

13  • <u>AMP Setup State</u>: In this state the access terminal and access network perform
14    exchanges governed by the Address Management Protocol and the access network
15    assigns a UATI to the access terminal.

16  • <u>Open State</u>: In this state a session is open.

17  • <u>Close State</u>: This state applies only to the access network. In this state the access
18    network waits for the close procedure to complete.

19  <u>Figure 5.2.1-1</u> provides an overview of the access terminal states and state transitions.    | Deleted: Figure 5.2.1-1 |

20



21

22  **Figure <u>5.2.1</u>-1. Session Management Protocol State Diagram (Access Terminal)**    | Deleted: 5.2.1 |

1    Figure 5.2.1-2 provides an overview of the access network states and state transitions.

**Deleted:** Figure 5.2.1-2

2



*Failure transitions are not shown*

3

4    **Figure 5.2.1-2. Session Management Protocol State Diagram (Access Network)**

**Deleted:** 5.2.1

5    5.2.2 Primitives and Public Data

6    5.2.2.1 Commands

7    This protocol defines the following commands:

8       • *Activate*

9       • *Deactivate*

10   5.2.2.2 Return Indications

11   This protocol returns the following indications:

12      • *SessionOpened*

13      • *SessionClosed*

14   5.2.2.3 Public Data

15      • Subtype for this protocol

1    5.2.3 Protocol Data Unit

2    The transmission unit of this protocol is a message. This is a control protocol and,
3    therefore, it does not carry payload on behalf of other layers or protocols.

4    This protocol uses the Signaling Application to transmit and receive messages.

5    5.2.4 Protocol Initialization

6    5.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

7    Upon creation, the InConfiguration instance of this protocol in the access terminal and the
8    access network shall perform the following in the order specified:

9    •   The fall-back values of the attributes for this protocol instance shall be set to the
10       default values specified for each attribute.

11   •   If the InUse instance of this protocol has the same protocol subtype as this
12       InConfiguration protocol instance, then the fall-back values of the attributes defined
13       by the InConfiguration protocol instance shall be set to the values of the
14       corresponding attributes associated with the InUse protocol instance.

15   •   The value for each attribute for this protocol instance shall be set to the fall-back
16       value for that attribute.

17   5.2.4.2 Protocol Initialization for the InUse Protocol Instance

18   Upon creation, the InUse instance of this protocol in the access terminal and access
19   network shall perform the following:

20   •   The value of the attributes for this protocol instance shall be set to the default values
21       specified for each attribute.

22   •   The protocol at the access network shall enter the AMP Setup State.

23   •   The protocol at the access terminal shall enter the Inactive State.

24   5.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

25   5.2.5.1 Procedures

26   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
27   the configuration messages.

Deleted: 10.7

28   5.2.5.2 Commit Procedures

29   The access terminal and the access network shall perform the procedures specified in this
30   section, in the order specified, when directed by the InUse instance of the Session
31   Configuration Protocol to execute the Commit procedures:

32   •   All the public data that are defined by this protocol, but are not defined by the InUse
33       protocol instance shall be added to the public data of the InUse protocol.

34   •   If the InUse instance of this protocol has the same subtype as this protocol instance,
35       then

Session Layer

1      – The access terminal and the access network shall set the attribute values
2         associated with the InUse instance of this protocol to the attribute values
3         associated with the InConfiguration instance of this protocol, and

4      – The access terminal and the access network shall purge the InConfiguration
5         instance of the protocol.

6     • If the InUse instance of this protocol does not have the same subtype as this protocol
7       instance, then the access terminal and the access network shall perform the
8       following in the order specified:

9      – Set the initial state of the InConfiguration protocol instance to the Open State.

10      – The InConfiguration protocol instance shall become the InUse protocol instance
11         for the Session Management Protocol.

12     • All the public data not defined by this protocol shall be removed from the public data
13       of the InUse protocol.

14    5.2.5.3 Message Formats

15    5.2.5.3.1 ConfigurationRequest

16    The ConfigurationRequest message format is as follows:

17

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

18    MessageID          The sender shall set this field to 0x50.

19    TransactionID       The sender shall increment this value for each new
20                         ConfigurationRequest message sent.

21    AttributeRecord      The format of this record is specified in 10.3

Deleted: 10.3

22

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

23    5.2.5.3.2 ConfigurationResponse

24    The ConfigurationResponse message format is as follows:
25

Session Layer                                                      TIA-856-2

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x51.

2   TransactionID      The sender shall set this value to the TransactionID field of the
3                      corresponding ConfigurationRequest message.

4   AttributeRecord    An attribute record containing a single attribute value. If this
5                      message selects a complex attribute, only the ValueID field of the
6                      complex attribute shall be included in the message. The format of the
7                      AttributeRecord is given in 10.3. The sender shall not include more          [Deleted: 10.3]
8                      than one attribute record with the same attribute identifier.
9

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

10  5.2.6 Procedures and Messages for the InUse Instance of the Protocol

11  5.2.6.1 Procedures

12  5.2.6.1.1 Command Processing

13  The list of events that causes an *Activate* or *Deactivate* command to be sent to this protocol
14  is outside the scope of this specification.

15  5.2.6.1.1.1 Activate

16  If the access terminal receives the *Activate* command in the Inactive State, it shall
17  transition to the AMP Setup State.

18  If the access terminal receives the *Activate* command in any state other than the Inactive
19  State, the command shall be ignored.

20  The access network shall ignore the command.

21  5.2.6.1.1.2 Deactivate

22  If the access terminal receives a *Deactivate* command in the Inactive State, the command
23  shall be ignored.

24  If the access terminal receives a *Deactivate* command in any state other than the Inactive
25  State, the access terminal shall perform the following:

Session Layer

1    • Send a SessionClose message to the access network.

2    • Issue an *AirLinkManagement.CloseConnection* command.

3    • Issue an *AddressManagement.Deactivate* command.

4    • Issue a *SessionConfiguration.Deactivate* command.

5    • Return a *SessionClosed* indication.

6    • Transition to the Inactive State.

7    If the access network receives a *Deactivate* command in the Close State, the command shall
8    be ignored.

9    If the access network receives a *Deactivate* command in any state other than the Close
10   State, the access network shall send a SessionClose message and transition to the Close
11   State.

12   5.2.6.1.2 Processing the SessionClose Message

13   If the access terminal receives a SessionClose message in the Inactive State, the message
14   shall be ignored.

15   If the access terminal receives a SessionClose message in any state other than the Inactive
16   State, the access terminal shall perform the following:

17   • Send a SessionClose message to the access network.

18   • Issue an *AirLinkManagement.CloseConnection* command.

19   • Issue an *AddressManagement.Deactivate* command.

20   • Issue a *SessionConfiguration.Deactivate* command.

21   • Return a *SessionClosed* indication.

22   • Transition to the Inactive State.

23   If the access network receives a SessionClose message in the Close State, the access
24   network shall process it as specified in 5.2.6.1.7.            **Deleted:** 5.2.6.1.7

25   If the access network receives a SessionClose message in any state other than the Close
26   State, the access network shall:

27   • Issue an *AirLinkManagement.CloseConnection* command.

28   • Issue an *AddressManagement.Deactivate* command.

29   • Issue a *SessionConfiguration.Deactivate* command.

30   • Return a *SessionClosed* indication.

31   • Transition to the AMP Setup State.

32   5.2.6.1.3 Processing Failed Indications

33   The access terminal shall ignore an *AddressManagement.Failed*, or a
34   *SessionConfiguration.Failed* indication, if it receives it in the Inactive State.

1   If the access terminal receives a *SessionConfiguration.Failed* indication while in any state
2   other than the Inactive State, then the access terminal shall perform the following:

3   • Send a SessionClose message to the access network.

4   • Issue an *AirLinkManagement.CloseConnection* command.

5   • Issue an *AddressManagement.Deactivate* command.

6   • Issue a *SessionConfiguration.Deactivate* command.

7   • Return a *SessionClosed* indication.

8   • The access terminal shall transition to the Inactive State.

9   If the access terminal receives an *AddressManagement.Failed* indication while in any state
10  other than the Inactive State, then the access terminal shall perform the following:

11  • Issue an AirLinkManagement.CloseConnection command.

12  • Issue an AddressManagement.Deactivate command.

13  • Issue a SessionConfiguration.Deactivate command.

14  • Return a SessionClosed indication.

15  • The access terminal shall transition to the Inactive State.

16  If  the  access  network  receives  an  *AddressManagement.Failed*,  or  a
17  *SessionConfiguration.Failed* indication, the access network shall perform the following:

18  • Send a SessionClose message to the access terminal.

19  • Transition to the Close State.

20  5.2.6.1.4 Inactive State

21  This state only applies to the access terminal. In this state there are no communications
22  between the access terminal and the access network. The access terminal does not
23  maintain any session-related state and the access network may be unaware of the access
24  terminal's existence within its coverage area when the access terminal's Session
25  Management Protocol is in this state.

26  5.2.6.1.5 AMP Setup State

27  In this state the Session Management Protocol in the access terminal sends an
28  *AddressManagement.Activate* command to the Address Management Protocol and waits for
29  the Address Management Protocol to respond.

30  5.2.6.1.5.1 Access Terminal Requirements

31  Upon  entering  the  AMP  Setup  State,  the  access  terminal  shall  send  an
32  *AddressManagement.Activate* command to the Address Management Protocol.

33  If the access terminal receives an *AddressManagement.Opened* indication, it shall perform
34  the following:

35  • Issue a *SessionConfiguration.Activate* command.

- Return a *SessionOpened* indication.
- Transition to the Open State.

5.2.6.1.5.2 Access Network Requirements

If the access network receives an *AddressManagement.Opened* indication, it shall perform the following:

- Issue a *SessionConfiguration.Activate* command.
- Return a *SessionOpened* indication.
- Transition to the Open State.

5.2.6.1.6 Open State

In the Open State the access terminal has an assigned UATI and the access terminal and the access network have a session.

The access terminal and the access network shall support the keep-alive mechanism defined in 5.2.6.1.6.1.

Deleted: 5.2.6.1.6.1

5.2.6.1.6.1 Keep Alive Functions

The access terminal and the access network shall monitor the traffic flowing on the Forward Channel and Reverse Channel, respectively, directed to or from the access terminal. If either the access terminal or the access network detects a period of inactivity of at least $T_{SMPClose}/N_{SMPKeepAlive}$ minutes, it may send a KeepAliveRequest message. The recipient of the message shall respond by sending the KeepAliveResponse message. When a KeepAliveResponse message is received, the access terminal shall not send another KeepAliveRequest message for at least $T_{SMPClose}/N_{SMPKeepAlive}$ minutes.

If the access terminal does not detect any traffic from the access network directed to it for a period of at least $T_{SMPClose}$ minutes, it shall perform the following:

- Issue an *AirlinkManagement.CloseConnection* command.
- Issue an *AddressManagement.Deactivate* command.
- Issue a *SessionConfiguration.Deactivate* command.
- Return a *SessionClosed* indication.
- Transition to the Inactive State.

If the access network does not detect any traffic from the access terminal directed to it for a period of at least $T_{SMPClose}$ minutes, it should perform the following:

- Issue an *AirlinkManagement.CloseConnection* command.
- Issue an *AddressManagement.Deactivate* command.
- Issue a *SessionConfiguration.Deactivate* command.
- Return a *SessionClosed* indication.
- Transition to the AMP Setup State.

1   If the value of $T_{SMPClose}$ is set to zero, the access terminal and the access network shall not
2   send or expect keep-alive messages, and shall disable the transitions occurring as a
3   consequence of not receiving these messages.

4   5.2.6.1.7 Close State

5   The Close State is associated only with the protocol in the access network. In this state the
6   protocol in the access network waits for a SessionClose message from the access terminal
7   or an expiration of a timer.

8   The access network shall set the Close State timer upon entering this state. The value of
9   this timer shall be set to $T_{SMPClose}$ or $T_{SMPMinClose}$, whichever is larger.

10  When the access network receives a SessionClose message or when the Close State timer
11  expires the protocol shall:

12      • Issue an *AirLinkManagement.CloseConnection* command.

13      • Issue an *AddressManagement.Deactivate* command.

14      • Issue a *SessionConfiguration.Deactivate* command.

15      • Return a *SessionClosed* indication.

16      • Transition to the AMP Setup State.

17  While in this state, if the access network receives any packet from the access terminal
18  which is addressed by the UATI assigned during this session and contains anything but a
19  SessionClose message, it shall stay in the Close State and perform the following:

20      • Discard the packet.

21      • Respond with a SessionClose message.

22  5.2.6.2 Message Formats

23  5.2.6.2.1 SessionClose

24  The sender sends the SessionClose message to terminate the session.

25

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| CloseReason | 8 |
| MoreInfoLen | 8 |
| MoreInfo | 8 × MoreInfoLen |

26  MessageID          The sender shall set this field to 0x01.

27  CloseReason        The sender shall set this field to the close reason as shown in Table
28                     5.2.6.2-1.

Deleted: Table 5.2.6.2-1

TIA-856-2                                                          Session Layer

1

**Table 5.2.6.2-1. Encoding of CloseReason Field**

Deleted: 5.2.6.2

| Field Value | Meaning | MoreInfoLen | MoreInfo |
|---|---|---|---|
| 0x00 | Normal Close | 0 | N/A |
| 0x01 | Close Reply | 0 | N/A |
| 0x02 | Protocol Error | 0 | N/A |
| 0x03 | Protocol Configuration Failure | 3 | Type followed by Subtype |
| 0x04 | Protocol Negotiation Error | variable | zero or more Type followed by Subtype followed by offending attribute records. |
| 0x05 | Session Configuration Failure | 0 | N/A |
| 0x06 | Session Lost | 0 | N/A |
| 0x07 | Session Unreachable | 0 | N/A |
| 0x08 | All session resources busy | 0 | N/A |
| All other values are reserved | | | |

2      MoreInfoLen            Length in octets of the MoreInfo field.

3      MoreInfo              Additional information pertaining to the closure. The format of this
4                            field is determined by the particular close reason.
5

| **Channels** | CC      AC      FTC      RTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

6      5.2.6.2.2 KeepAliveRequest

7      The sender sends the KeepAliveRequest to verify that the peer is still alive.
8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

9      MessageID             The sender shall set this field to 0x02.

10     TransactionID         The sender shall increment this value for each new KeepAliveRequest
11                           message sent.
12

Session Layer                                                    TIA-856-2

| **Channels** | CC    AC    FTC    RTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

1   5.2.6.2.3 KeepAliveResponse

2   The sender sends the KeepAliveResponse message as an answer to the KeepAliveRequest
3   message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

4   MessageID          The sender shall set this field to 0x03.

5   TransactionID      The sender shall set this value to the value of the TransactionID field
6                      of the corresponding KeepAliveRequest message.
7

| **Channels** | CC    AC    FTC    RTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

8   5.2.6.3 Interface to Other Protocols

9   5.2.6.3.1 Commands Sent

10  This protocol issues the following commands:

11  • *AddressManagement.Activate*

12  • *SessionConfiguration.Activate*

13  • *AddressManagement.Deactivate*

14  • *SessionConfiguration.Deactivate*

15  • *AirLinkManagement.CloseConnection*

16  5.2.6.3.2 Indications

17  This protocol registers to receive the following indications:

18  • *AddressManagement.Failed*

19  • *SessionConfiguration.Failed*

20  • *AddressManagement.Opened*

21  5.2.7 Configuration Attributes

22  The negotiable attributes for this protocol are listed in Table 5.2.7-1. The access terminal
23  shall use as defaults the values in Table 5.2.7-1 typed in **bold italics**.

**Deleted:** Table 5.2.7-1

**Deleted:** Table 5.2.7-1

5-13

1

**Table 5.2.7-1. Configurable Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | $T_{SMPClose}$ | **0x0CA8**<br><br>0x0000 to 0xFFFF | Default is 54 hours.<br><br>0x0000 means disable keep alive messages; all other values are in minutes. |

Deleted: 5.2.7

2

3    5.2.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{SMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{SMPKeepAlive}$ | Maximum number of keep alive transactions within $T_{SMPClose}$. | 3 |
| $T_{SMPMinClose}$ | Minimum recommended timer setting for Close State | 300 seconds |

Deleted: Table 2.5.4-1

4    5.2.9 Session State Information

5    The Session State Information record (see 10.8) consists of parameter records.

Deleted: 10.8

6    The parameter records for this protocol consist of only the configuration attributes of this

7    protocol.

1   **5.3 Default Address Management Protocol**

2   5.3.1 Overview

3   The Default Address Management Protocol provides the following functions:

4   • Initial UATI assignment

5   • Maintaining the access terminal unicast address as the access terminal moves
6      between subnets.

7   This protocol operates in one of three states:

8   • <u>Inactive State</u>: In this state there are no communications between the access
9      terminal and the access network.

10  • <u>Setup State</u>: In this state the access terminal and the access network perform a
11     UATIRequest/UATIAssignment/UATIComplete exchange to assign the access
12     terminal a UATI.

13  • <u>Open State</u>: In this state the access terminal has been assigned a UATI. The access
14     terminal and access network may also perform a UATIRequest/UATIAssignment
15     /UATIComplete or a UATIAssignment/UATIComplete exchange so that the access
16     terminal obtains a new UATI.

17  The protocol states and the messages and events causing the transition between the states
18  are shown in <u>Figure 5.3.1-1</u> and <u>Figure 5.3.1-2</u>.

<div style="float:right">**Deleted:** Figure 5.3.1-1</div>
<div style="float:right">**Deleted:** Figure 5.3.1-2</div>



*Failure transitions are not shown*

19

20  **Figure <u>5.3.1</u>-1. Address Management Protocol State Diagram (Access Terminal)**

<div style="float:right">**Deleted:** 5.3.1</div>



1

2      **Figure 5.3.1.2. Address Management Protocol State Diagram (Access Network)**

Deleted: 5.3.1

3      5.3.2 Primitives and Public Data

4      5.3.2.1 Commands

5      This protocol defines the following command:

6         • *Activate*

7         • *Deactivate*

8         • *UpdateUATI*

9      5.3.2.2 Return Indications

10     This protocol returns the following indications:

11        • *Opened*

12        • *UATIReleased*

13        • *UATIAssigned*

14        • *Failed*

15        • *SubnetChanged*

16     5.3.2.3 Public Data

17        • Subtype for this protocol

18        • ReceiveATIList

19        • TransmitATI

20        • SessionSeed

21     5.3.3 Connection Endpoints

22     The following Connection Endpoints are defined (to be used by the SLP protocol):

TIA-856-2

1   • The addresses specified by entries in the ReceiveATIList list whose ATIType is equal
2      to '11' (i.e., RATI) or '10' (i.e., UATI) all define the same connection endpoint.

3   • Each unique <ATI, Physical Layer Channel> where ATI is an entry in the
4      ReceiveATIList with ATIType equal to '00' (i.e., BATI), defines a separate Connection
5      Endpoint.

6   5.3.4 Protocol Data Unit

7   The transmission unit of this protocol is a message. This is a control protocol and,
8   therefore, it does not carry payload on behalf of other layers or protocols.

9   This protocol uses the Signaling Application to transmit and receive messages.

10  5.3.5 Protocol Initialization

11  5.3.5.1 Protocol Initialization for the InConfiguration Protocol Instance

12  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
13  access network shall perform the following in the order specified:

14  • The fall-back values of the attributes for this protocol instance shall be set to the
15     default values specified for each attribute.

16  • If the InUse instance of this protocol has the same protocol subtype as this
17     InConfiguration protocol instance, then the fall-back values of the attributes defined
18     by the InConfiguration protocol instance shall be set to the values of the
19     corresponding attributes associated with the InUse protocol instance.

20  • The value for each attribute for this protocol instance shall be set to the fall-back
21     value for that attribute.

22  5.3.5.2 Protocol Initialization for the InUse Protocol Instance

23  Upon creation, the InUse instance of this protocol in the access terminal and access
24  network shall perform the following:

25  • The value of the attributes for this protocol instance shall be set to the default values
26     specified for each attribute.

27  • The protocol at the access terminal and the access network shall enter the Inactive
28     State.

29  5.3.6 Procedures and Messages for the InConfiguration Instance of the Protocol

30  5.3.6.1 Procedures

31  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
32  the configuration messages.

**Deleted:** 10.7

TIA-856-2                                                                                                Session Layer

1  5.3.6.2 Commit Procedures

2  The access terminal and the access network shall perform the procedures specified in this
3  section, in the order specified, when directed by the InUse instance of the Session
4  Configuration Protocol to execute the Commit procedures:

5  • All the public data that are defined by this protocol, but are not defined by the InUse
6    protocol instance shall be added to the public data of the InUse protocol.

7  • If the InUse instance of this protocol has the same subtype as this protocol instance,
8    then

9  – The access terminal and the access network shall set the attribute values
10    associated with the InUse instance of this protocol to the attribute values
11    associated with the InConfiguration instance of this protocol, and

12  – The access terminal and the access network shall purge the InConfiguration
13    instance of the protocol.

14  • If the InUse instance of this protocol does not have the same subtype as this protocol
15    instance, then the access terminal and the access network shall perform the
16    following in the order specified:

17  – Set the initial state of the InConfiguration protocol instance to the Open State.

18  – The InConfiguration protocol instance shall become the InUse protocol instance
19    for the Address Management Protocol.

20  • All the public data not defined by this protocol shall be removed from the public data
21    of the InUse protocol.

22  5.3.6.3 Message Formats

23  5.3.6.3.1 ConfigurationRequest

24  The ConfigurationRequest message format is as follows:

25

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

26  MessageID            The sender shall set this field to 0x50.

27  TransactionID        The sender shall increment this value for each new
28                       ConfigurationRequest message sent.

29  AttributeRecord      The format of this record is specified in 10.3

Deleted: 10.3

Session Layer                                                                 TIA-856-2

1

| **Channels** | FTC   RTC |
|---|---|

| **SLP** | Reliable |
|---|---|

| **Addressing** | unicast |
|---|---|

| **Priority** | 40 |
|---|---|

2   5.3.6.3.2 ConfigurationResponse

3   The ConfigurationResponse message format is as follows:

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5   MessageID             The sender shall set this field to 0x51.

6   TransactionID         The sender shall set this value to the TransactionID field of the
7                         corresponding ConfigurationRequest message.

8   AttributeRecord       An attribute record containing a single attribute value. If this
9                         message selects a complex attribute, only the ValueID field of the
10                        complex attribute shall be included in the message. The format of the
11                        AttributeRecord is given in 10.3. The sender shall not include more          Deleted: 10.3
12                        than one attribute record with the same attribute identifier.
13

| **Channels** | FTC   RTC |
|---|---|

| **SLP** | Reliable |
|---|---|

| **Addressing** | unicast |
|---|---|

| **Priority** | 40 |
|---|---|

14  5.3.7 Procedures and Messages for the InUse Instance of the Protocol

15  5.3.7.1 Procedures

16  5.3.7.1.1 Command Processing

17  5.3.7.1.1.1 Activate

18  If the protocol receives the *Activate* command in the Inactive State:

19    • The access terminal shall transition to the Setup State.

20    • The access network shall ignore the command.

21  If the protocol receives the *Activate* command in any state other than the Inactive State, the
22  command shall be ignored.

TIA-856-2                                                          Session Layer

5.3.7.1.1.2 Deactivate

If the protocol receives the *Deactivate* command in the Inactive State, the command shall be ignored.

If the protocol receives the *Deactivate* command in any state other than the Inactive State, the protocol shall transition to the Inactive State and return a *UATIReleased* indication.

5.3.7.1.1.3 UpdateUATI

The access network and access terminal shall ignore the *UpdateUATI* command when it is received in any state other than the Open State.

If the access terminal receives a *UpdateUATI* command in the Open State, it shall set OldUATI to UATI and shall send a UATIRequest message.

If the access network receives a *UpdateUATI* command in the Open State, it may send a UATIAssignment message.

A comprehensive list of events causing the *UpdateUATI* command is beyond the scope of this specification.

5.3.7.1.2 UATIAssignment Message Validation

Each time that the access network sends a new UATIAssignment message, it shall increment the value of the MessageSequence field.

The access terminal shall initialize a receive pointer for the UATIAssignment message validation, *V(R)*, to 255 when it sends a UATIRequest message and there exist an entry in the ReceiveATIList list whose ATIType field is equal to '11' (i.e., RATI).

When the access terminal receives a UATIAssignment message, it shall validate the message, using the procedure defined in 10.6 (S is equal to 8). The access terminal shall discard the message if it is invalid.

| Deleted: 10.6 |

5.3.7.1.3 Processing HardwareIDRequest message

Upon reception of a HardwareIDRequest message, the access terminal shall respond with a HardwareIDResponse message. The access terminal shall set the HardwareID record of the HardwareIDResponse message to the unique ID that has been assigned to the terminal by the manufacturer.

5.3.7.1.4 Inactive State

In this state, there are no communications between the access terminal and the access network. The access terminal does not have an assigned UATI, the access network does not maintain a UATI for the access terminal, and may be unaware of the access terminal's existence within its coverage area.

5.3.7.1.4.1 Access Terminal Requirements

Upon entering the Inactive State, the access terminal shall perform the following:

1    • Set OldUATI to NULL.

2    • Clear the ReceiveATIList

3    • Add the following entry to the ReceiveATIList:
4      <ATIType = '00', ATI = NULL>.

5    • Set TransmitATI to
6      <ATIType = NULL, ATI = NULL>.

7    • Set UATI to NULL.

8    • Set UATIColorCode to NULL.

9    • Set UATISubnetMask to NULL.

10   • Set SessionSeed to the 32-bit pseudo-random number generated using output of the
11     pseudo random number generator specified in 10.5

> **Deleted:** 10.5

12   • Disable the Address timers.

13   If the access terminal receives an *Activate* command, it shall transition to the Setup State.

14   5.3.7.1.4.2 Access Network Requirements

15   Upon entering the Inactive State, the access network shall perform the following:

16   • Set the value of the access terminal's UATI to NULL.

17   • Set the value of the access terminal's UATISubnetMask to NULL.

18   • Set the value of the access terminal's UATIColorCode to NULL.

19   The access network shall transition to the Setup State if it receives a UATIRequest
20   message.

21   5.3.7.1.5 Setup State

22   In this state, the access terminal sends a request to the access network asking for a UATI
23   and waits for the access network's response.

24   5.3.7.1.5.1 Access Terminal Requirements

25   Upon entering the Setup State the access terminal shall perform the following:

26   • Set the TransmitATI to
27     <ATIType = '11', ATI = SessionSeed>,

28   • Add the following entry to the ReceiveATIList list
29     <ATIType = '11', ATI = SessionSeed>.

30   • Shall send a UATIRequest message.

31   A valid (see 5.3.7.1.2) UATIAssignment message that satisfies either of the following
32   conditions is called a "fresh" UATIAssignment message:

> **Deleted:** 5.3.7.1.2

TIA-856-2                                                        Session Layer

1   • OverheadParametersUpToDate, provided as the public data of the Overhead
2     Messages Protocol, is equal to 1 and the UATIColorCode field in the message
3     matches the ColorCode, given as public data of the Overhead Messages Protocol, or

4   • the SubnetIncluded field of the message is equal to '1',

5   The access terminal shall discard a UATIAssignment message that is not "fresh".

6   If the access terminal does not receive a "fresh" UATIAssignment message within
7   $T_{ADMPATResponse}$ seconds after receiving an *AccessChannelMAC.TxEnded* indication, it shall
8   return a *Failed* indication and transition to the Inactive State.

9   If the access terminal receives a "fresh" UATIAssignment message then the access terminal
10  shall perform the following:

11  • Set the UATIColorCode to the UATIColorCode given in the message.

12  • Set its UATI and UATISubnetMask as follows:

13    – If the message includes the UATI104 field and UATISubnetMask field, the access
14      terminal shall set its UATI to UATI104 | UATI024 and UATISubnetMask to
15      UATISubnetMask field included in the message.

16    – Otherwise, the access terminal shall set its UATI to (SectorID[127:24] | UATI024)
17      and UATISubnetMask to SubnetMask where SectorID and SubnetMask are
18      provided as public data of Overhead Messages Protocol.

19  • Delete any entry in the ReceiveATIList list whose ATIType is equal to '11' (i.e., RATI).

20  • Add the following entry to the ReceiveATIList:
21    <ATIType='10', ATI = (UATIColorCode | UATI[23:0])>.

22  • Set the TransmitATI to
23    <ATIType='10', ATI = (UATIColorCode | UATI[23:0])>.

24  • Return an *Opened* indication.

25  • Return a *UATIAssigned* indication.

26  • Send a UATIComplete message.

27  • Transition to the Open State.

28  5.3.7.1.5.2 Access Network Requirements

29  When the access network sends a UATIAssignment message, it shall perform the following:

30  • Access network shall assign a Unicast Access Terminal Identifier (UATI) to the access
31    terminal for the session as follows:

32    – Access network may include both UATI104 and UATISubnetMask fields in the
33      UATIAssignment message.

Session Layer                                                              TIA-856-2

– Access network may omit the UATI104 and UATISubnetMask fields from the message. In this case, the UATI[127:24] is implicitly assigned to be equal to SectorID[127:24] and UATISubnetMask is implicitly assigned to be SubnetMask, where SectorID and SubnetMask correspond to the sector that has received the UATIRequest message.

When the access network receives the corresponding UATIComplete message with the MessageSequence field of the UATIAssignment message sent, it shall perform the following:

- Return *Opened* indication.

- Return *UATIAssigned* indication.

- Transition to Open State.

If the access network does not receive the corresponding UATIComplete message in response to the UATIAssignment message, it may re-transmit the UATIAssignment message. If the access network does not receive the UATIComplete message after an implementation specific number of re-transmitting the UATIAssignment message, it shall return a *Failed* indication and transition to the Inactive State.

5.3.7.1.6 Open State

In this state the access terminal has been assigned a UATI.

5.3.7.1.6.1 Access Terminal Requirements

If the access terminal receives a *RouteUpdate.IdleHO* indication or a *ConnectedState.ConnectionClosed*, and then it receives an *OverheadMessages.Updated* indication, and if either of the following two conditions is true, it shall set OldUATI to UATI and shall send a UATIRequest message:

- The UATISubnetMask is not equal to the SubnetMask of the sector in the active set, or

- The result of bitwise logical AND of the UATI and its subnet mask specified by UATISubnetMask is different from the result of bitwise logical AND of SectorID and its subnet mask specified by SubnetMask (where SectorID and SubnetMask correspond to the sector in the active set).

If the access terminal receives an *UpdateUATI* command, it shall process the command as specified in 5.3.7.1.1.3.

A valid (see 5.3.7.1.2) UATIAssignment message that satisfies either of the following conditions is called a "fresh" UATIAssignment message:

- OverheadParametersUpToDate, provided as the public data of the Overhead Messages Protocol, is equal to 1 and the UATIColorCode field in the message matches the ColorCode, given as public data of the Overhead Messages Protocol, or

- The SubnetIncluded field of the message equal to '1'.

The access terminal shall discard a UATIAssignment message that is not "fresh".

**Deleted:** 5.3.7.1.1.3

**Deleted:** 5.3.7.1.2

Session Layer

1   Upon sending a UATIRequest message, the access terminal shall start a UATIResponse
2   timer with a timeout value of $T_{ADMPATResponse}$ seconds after receiving an
3   *AccessChannelMAC.TxEnded* indication. The access terminal shall disable this timer if
4   either of the following conditions is true:

5   • The UATISubnetMask is equal to the SubnetMask of the sector in the active set, and
6     the result of bitwise logical AND of the UATI and its subnet mask specified by
7     UATISubnetMask is the same as the result of bitwise logical AND of SectorID and its
8     subnet mask specified by SubnetMask (where SectorID and SubnetMask correspond
9     to the sector in the active set), or

10  • The access terminal receives a "fresh" UATIAssignment message.

11  If the UATIResponse timer expires, the access terminal shall return a *Failed* indication and
12  transition to the Inactive State.

13  If the access terminal receives a "fresh" UATIAssignment message then the access terminal
14  shall perform the following:

15  • Set the UATIColorCode to the UATIColorCode given in the message.

16  • Set its UATI and UATISubnetMask as follows:

17    – If the message includes the UATI104 field and UATISubnetMask field, the access
18      terminal shall set its UATI to UATI104 | UATI024 and UATISubnetMask to
19      UATISubnetMask field included in the message.

20    – Otherwise, the access terminal shall set its UATI to (SectorID[127:24] | UATI024)
21      and UATISubnetMask to SubnetMask where SectorID and SubnetMask are
22      provided as public data of Overhead Messages Protocol.

23  • Add the following entry to the ReceiveATIList:
24    <ATIType = '10', ATI = (UATIColorCode | UATI[23:0])>.

25  • Set the TransmitATI to
26    <ATIType='10', ATI = (UATIColorCode | UATI[23:0])>.

27  • Return a *UATIAssigned* indication.

28  • Send a UATIComplete message.

29  • Reset and start an Address timer with a timeout value of $T_{ADMPAddress}$ for the added
30    entry to the ReceiveATIList.

31  The access terminal shall perform the following when an Address timer corresponding to an
32  enrty in the ReceiveATIList expires:

33  • Disable the Address timer for that entry.

34  • Delete all the entries in the ReceiveATIList that are older than the entry whose
35    Address timer has expired. An entry X in the list is considered older than another
36    entry Y, if the entry X has been added to the list prior to the entry Y.

37  If the access terminal receives an *InitializationState.NetworkAcquired* indication followed by
38  an *OverheadMessages.Updated* indication and determines that either of the two following
39  conditions is true, it shall return a *Failed* indication and transition to the Inactive State:

5-24

- The UATISubnetMask is not equal to the SubnetMask of the sector in the active set, or

- The result of bitwise logical AND of the UATI and its subnet mask specified by UATISubnetMask is different from the result of bitwise logical AND of SectorID and its subnet mask specified by SubnetMask (where SectorID and SubnetMask correspond to the sector in the active set).

5.3.7.1.6.2 Access Network Requirements

The access network may send a UATIAssignment message at any time in this state. The following are some of the possible triggers for sending a UATIAssignment message:

- Receiving *RouteUpdate.ActiveSetUpdated* indication,

- Receiving a *UpdateUATI* command,

- Receiving a UATIRequest message.

The access network may return a *SubnetChanged* indication and send a UATIAssignment message after reception of a *RouteUpdate.ActiveSetUpdated* indication. The triggers for returning a *SubnetChanged* indication after reception of a *RouteUpdate.ActiveSetUpdated* indication are outside the scope of this specification.

When the access network sends a UATIAssignment message, it shall perform the following:

- Assign a Unicast Access Terminal Identifier (UATI) to the access terminal for the session and include it in a UATIAssignment message.

  – If the UATIAssignment message is sent in response to a UATIRequest message, the access network may include both UATI104 and UATISubnetMask. If the access network does not include the UATI104 and UATISubnetMask fields in the message, the UATI[127:24] is implicitly assigned to be equal to SectorID[127:24], where SectorID corresponds to the sector that has received the UATIRequest message.

  – Otherwise, the access network shall include both UATI104 and UATISubnetMask fields in the UATIAssignment message.

When the access network receives a UATIComplete message with the MessageSequence field that is equal to the MessageSequence field of the UATIAssignment message that it has sent, it shall return a *UATIAssigned* indication.

If the access network does not receive the UATIComplete message in response to the corresponding UATIAssignment message within a certain time interval that is specified by the access network[4], it should re-transmit the UATIAssignment message. If the access network does not receive the UATIComplete message after an implementation specific number of re-transmitting the UATIAssignment message, it shall return a *Failed* indication and transition to the Inactive State.

---

[4] The value of this timeout is determined by the access network and specification of the timeout value is outside the scope of this document.

1   5.3.7.2 Message Formats

2   5.3.7.2.1 UATIRequest

3   The access terminal sends the UATIRequest message to request that a UATI be assigned or
4   re-assigned to it by the access network.
5

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

6   MessageID          The access terminal shall set this field to 0x00.

7   TransactionID      The access terminal shall increment this value modulo 256 for each
8                      new UATIRequest message sent.
9

| Channels | AC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 10 |

10   5.3.7.2.2 UATIAssignment

11   The access network sends the UATIAssignment message to assign or re-assign a UATI to
12   the access terminal.
13

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| Reserved1 | 7 |
| SubnetIncluded | 1 |
| UATISubnetMask | 0 or 8 |
| UATI104 | 0 or 104 |
| UATIColorCode | 8 |
| UATI024 | 24 |
| UpperOldUATILength | 4 |
| Reserved2 | 4 |

14   MessageID          The access network shall set this field to 0x01.

15   MessageSequence    The access network shall set this to 1 higher than the
16                      MessageSequence field of the last UATIAssignment message (modulo
17                      256) that it has sent to this access terminal.

Session Layer                                                                    TIA-856-2

| Reserved1 | The access network shall set this field to zero. The access terminal shall ignore this field. |
|---|---|
| SubnetIncluded | The access network shall set this field to '1' if the UATI104 field and UATISubnetMask fields are included in this message; otherwise, the access network shall set this field to '0'. |
| UATISubnetMask | The access network shall omit this field if SubnetIncluded is set to '0'. If included, the access network shall set this field to the number of consecutive 1's in the subnet mask of the subnet to which the assigned UATI belongs. |
| UATI104 | The access network shall omit this field if SubnetIncluded is set to '0'. If included, the access network shall set this field to UATI[127:24] of the UATI that it is assigning to the access terminal. |
| UATIColorCode | UATI Color Code. The access network shall set this field to the Color Code associated with the subnet to which the UATI belongs. |
| UATI024 | The access network shall set this field to UATI[23:0] of the UATI that it is assigning to the access terminal. |
| UpperOldUATILength | The access network shall set this field the number of least significant bytes of OldUATI[127:24] that the access terminal is to send in the UATIComplete message. |
| Reserved2 | The access network shall set this field to zero. The access terminal shall ignore this field. |

| **Channels** | CC          FTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 10 |

5.3.7.2.3 UATIComplete

The access terminal sends this message to notify the access network that it has received the UATIAssignment message.

5-27

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| Reserved | 4 |
| UpperOldUATILength | 4 |
| UpperOldUATI | 8 × UpperOldUATILength |

1  MessageID            The access terminal shall set this field to 0x02.

2  MessageSequence      The access terminal shall set this field to the MessageSequence field
3                       of the UATIAssignment message whose receipt this message is
4                       acknowledging.

5  Reserved             The access terminal shall set this field to zero. The access network
6                       shall ignore this field.

7  UpperOldUATILength   The access terminal shall set this field to the length of the
8                       UpperOldUATI field in octets.

9  UpperOldUATI         If UpperOldUATILength in the UATIAssignment message whose
10                      receipt this message is acknowledging is not zero and OldUATI is not
11                      NULL, the access terminal shall set this field to
12                      OldUATI[23+UpperOldUATILength×8:24]. Otherwise, the access
13                      terminal shall omit this field.
14

| **Channels** | AC | RTC | | **SLP** | Reliable[5] | Best Effort |
|---|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | 10 | |

15  5.3.7.2.4 HardwareIDRequest

16  The access network uses this message to query the access terminal of its Hardware ID
17  information.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

18  MessageID            The access network shall set this field to 0x03.

19  TransactionID        The access network shall increment this value for each new
20                       HardwareRequest message sent.

---

[5] This message is sent reliably when it is sent over the Reverse Traffic Channel.

1

| Channels | CC          FTC | | SLP | Best Effort |
|----------|-----------------|--|-----|-------------|
| Addressing | unicast | | Priority | 40 |

2    5.3.7.2.5 HardwareIDResponse

3    The access terminal sends this message in response to the HardwareIDRequest message.

4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| HardwareIDType | 24 |
| HardwareIDLength | 8 |
| HardwareIDValue | 8×HardwareIDLength |

5    MessageID          The access terminal shall set this field to 0x04.

6    TransactionID      The access terminal shall set this field the TransactionID field of the
7                       corresponding HardwareIDRequest message.

8    HardwareIDType     The access terminal shall set this field according to Table 5.3.7.2-1.

9                       **Table 5.3.7.2-1. HardwareIDType encoding**

| HardwareIDType field value | Meaning |
|----------------------------|---------|
| 0x010000 | Electronic Serial Number (ESN) |
| 0x00NNNN | Hardware ID "NNNN" from [8] |
| 0xFFFFFF | Null |
| All other values | Invalid |

10   HardwareIDLength   If HardwareIDType is not set to 0xFFFFFF, the access terminal shall
11                      set this field to the length in octets of the HardwareIDValue field;
12                      otherwise the access terminal shall set this field to 0x00.

13   HardwareIDValue    The access terminal shall set this field to the unique ID (specified by
14                      HardwareIDType) that has been assigned to the terminal by the
15                      manufacturer.
16

**Deleted:** Table 5.3.7.2-1

**Deleted:** 5.3.7.2

**Deleted:** [8]

TIA-856-2                                                                Session Layer

| Channels | AC              RTC |
|----------|---------------------|
| Addressing | unicast |

| SLP | Reliable[6] | Best Effort |
|-----|-----------|-------------|
| Priority | | 40 |

1   5.3.7.3 Interface to Other Protocols

2   5.3.7.3.1 Commands

3   This protocol does not issue any commands.

4   5.3.7.3.2 Indications

5   This protocol registers to receive the following indications:

6   • *RouteUpdate.IdleHO*

7   • *RouteUpdate.ActiveSetUpdated*

8   • *InitializationState.NetworkAcquired*

9   • *OverheadMessages.Updated*

10  • *ConnectedState.ConnectionClosed*

11  • *AccessChannelMAC.TxEnded*

12  5.3.8 Configuration Attributes

13  No configuration attributes are defined for this protocol.

14  5.3.9 Protocol Numeric Constants
15

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{ADMPType}$ | Type field for this protocol. | Table 2.5.4-1 |
| $N_{ADMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{ADMPATResponse}$ | Time to receive UATIAssignment after sending UATIRequest | 120 seconds |
| $T_{ADMPAddress}$ | The duration of time that the access terminal declares an address match if it receives a message that is addressed using either the old or the new UATI | 180 seconds |

Deleted: Table 2.5.4-1

16  5.3.10 Session State Information

17  The Session State Information record (see 10.8) consists of parameter records.

Deleted: 10.8

18  This protocol defines the following parameter records in for this protocol.

---

[6] This message is sent reliably when it is sent over the Reverse Traffic Channel.

1    5.3.10.1 SessionSeed Parameter

2    **Table 5.3.10.1-1.  The Format of the Parameter Record for the SessionSeed**

Deleted: 5.3.10.1

3                                            **Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| SessionSeed | 32 |

4    ParameterType          This field shall be set to 0x01 for this parameter record.

5    Length                 This field shall be set to the length of this parameter record in units
6                           of octets excluding the Length field.

7    SessionSeed            This field shall be set to the value of the SessionSeed associated with
8                           the access terminal's session.

9    5.3.10.2 MessageSequence Parameter

10   **Table 5.3.10.2-1.  The Format of the Parameter Record for the MessageSequence**

Deleted: 5.3.10.2

11                                           **Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| MessageSequence | 8 |

12   ParameterType          This field shall be set to 0x02 for this parameter record.

13   Length                 This field shall be set to the length of this parameter record in units
14                          of octets excluding the Length field.

15   MessageSequence        This field shall be set to the MessageSequence field of the last
16                          UATIAssignment message that was sent by the source access
17                          network.

18

**5.4 Default Session Configuration Protocol**

5.4.1 Overview

The Default Session Configuration Protocol provides for the negotiation and configuration of the set of protocols used during a session.

This protocol supports two phases of negotiation:

- Access terminal initiated negotiation: In this phase negotiation exchanges are initiated by the access terminal. This phase is used to negotiate the protocols that will be used in the session and negotiate some of the protocols' parameters (e.g., authentication key lengths).

- Access network initiated negotiation: In this phase negotiation exchanges are initiated by the access network. This phase is typically used to override default values used by the negotiated protocols.

This protocol uses the Generic Configuration Protocol (see 10.7) procedures and messages when performing the negotiation in each phase. Even if the access terminal requires the use of a Session Configuration Protocol other than the Default Session Configuration Protocol, it shall use the Default Session Configuration Protocol to negotiate the other Session Configuration Protocol.

Example message flow diagrams for an extensive negotiation initiated by the access terminal and a minimal negotiation initiated by the access network are shown in 5.4.9.

Additional protocols may be negotiated without further modifications to the Default Session Configuration Protocol.

This protocol operates in one of four states:

- Inactive State: In this state, the protocol waits for an *Activate* command.

- AT Initiated State: In this state, negotiation is performed at the initiative of the access terminal.

- AN Initiated State: In this state, negotiation is performed at the initiative of the access network.

- Open State: In this state, the access terminal may initiate the session configuration procedure at any time and the access network may request the access terminal to initiate the session configuration at any time.

**Deleted:** 10.7

**Deleted:** 5.4.9

1

2



3

4   **Figure 5.4.1-1. Session Configuration Protocol State Diagram (Access Terminal)**

Deleted: 5.4.1

TIA-856-2                                                      Session Layer

1

2



3

4   **Figure 5.4.1-2. Session Configuration Protocol State Diagram (Access Network)**

Deleted: 5.4.1

5   5.4.2 Primitives and Public Data

6   5.4.2.1 Commands

7   This protocol defines the following commands:

8   • *Activate*

9   • *Deactivate*

10   5.4.2.2 Return Indications

11   This protocol returns the following indications:

12   • *Reconfigured*

13   • *Failed*

14   5.4.2.3 Public Data

15   • Subtype for this protocol

16   • SessionConfigurationToken

5.4.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

5.4.4 Protocol Initialization

5.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the access terminal and the access network shall set the SessionConfigurationToken to 0x0000.

5.4.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

- The value of the Protocol Type Attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol at the access terminal and the access network shall enter the Inactive State.

5.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

5.4.5.1 Procedures

This protocol does not have any procedures associated with the InConfiguration instance of the protocol.

5.4.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then the access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  – The access terminal and the access network shall set the initial state of the InConfiguration protocol instance to the Open State.

  – The values of the public data of the InConfiguration protocol instance shall be copied to the corresponding public data of the InUse protocol.

TIA-856-2                                                                    Session Layer

      – The InConfiguration protocol instance shall become the InUse protocol instance for the Session Configuration Protocol at the access terminal and the access network.

      • All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

5.4.5.3 Message Formats

This protocol does not define any messages corresponding to the InConfiguration instance of the protocol.

5.4.6 Procedures and Messages for the InUse Instance of the Protocol

5.4.6.1 Procedures

The Default Session Configuration Protocol uses the Generic Configuration Protocol (see 10.7) for configuration. All configuration messages sent by this protocol shall have their Type field set to $N_{SCPType}$.

> Deleted: 10.7

5.4.6.1.1 Processing the Activate Command

If the protocol receives the *Activate* command in the Inactive State, it shall transition to the Open State.

If this command is received in any other state it shall be ignored.

5.4.6.1.2 Processing the Deactivate Command

If the protocol receives the *Deactivate* command in the Inactive State it shall be ignored.

If the protocol receives this command in the AT Initiated State, AN Initiated State, or Open State, it shall transition to the Inactive State.

5.4.6.1.3 Inactive State

Upon entering this state, the protocol shall set the SessionConfigurationToken to 0x0000.

In this state the protocol waits for the *Activate* command. See 5.4.6.1.1 for processing of the *Activate* command in this state.

> Deleted: 5.4.6.1.1

5.4.6.1.4 AT Initiated State

During the AT Initiated State of the Default Session Configuration Protocol the access terminal and the access network use the Generic Configuration Protocol (see 10.7) with the access terminal being the initiator of each exchange. The access terminal and the access network use the ConfigurationRequest/ConfigurationResponse exchange defined in 10.7 to select the protocols and configure their associated parameters that will be used for the session.

> Deleted: 10.7
>
> Deleted: 10.7

Also, the access terminal may request restoring a previously established session in this state.

1  The protocol in the access terminal or the access network shall return a *Failed* indication
2  and transition to the Inactive state, if any of the negotiated protocols declares a failure.

3  5.4.6.1.4.1 Access Terminal Requirements

4  Upon entering this state, the access terminal shall

5  • Create an InConfiguration protocol instance with the same protocol subtype as that
6     of the InUse protocol instance for each of the protocols,

7  • For each stream that is bound to an application, create an InConfiguration
8     application instance with the same application subtype as that of the InUse
9     application instance corresponding to that stream, and

10  • For each protocol Type, set the fall-back value as well as the current value of the
11     InUse Session Configuration protocol's Protocol Type Attributes (see Table 5.4.7.1-1)     | Deleted: Table 5.4.7.1-1 |
12     to the subtype values given as public data by the corresponding InConfiguration
13     instance of each protocol.

14  If the access terminal chooses to request restoring a prior session, it shall perform the
15  following in the order specified:

16  • The access terminal shall construct a 32-bit pseudo random number, Nonce.

17  • The access terminal shall temporarily configure the protocols within the Security
18     Layer with the parameters (i.e., the session key and all the negotiated protocols and
19     attributes in the security layer) associated with the prior session.

20  • The access terminal shall supply the Nonce, to the security layer of the prior session
21     as if the Nonce is the payload to be transmitted on the Access Channel. The access
22     terminal shall set all the unspecified parameters needed by the protocols in the
23     Security Layer to zero for the purpose of generating this Security Layer Packet.

24  • The access terminal shall restore the Security Layer to its previous configuration.

25  • The access terminal shall set the SecurityPacket variable to the Security Layer
26     Packet constructed in the previous step.

27  • The access terminal shall send the UATI corresponding to the prior session and the
28     SecurityPacket variables as a complex attribute (see 5.4.7.2) in a     | Deleted: 5.4.7.2 |
29     ConfigurationRequest message.

30  The access terminal may send the access network ConfigurationRequest messages,
31  requesting the use of specific protocols per the Generic Configuration Protocol.

32  The access terminal shall process the ConfigurationResponse messages it receives per the
33  Generic Configuration Protocol.

34  Following the receipt of a ConfigurationResponse message, the access terminal may:

35  • Send another ConfigurationRequest message attempting to negotiate a different
36     protocol subtype for the protocol Type specified in the ConfigurationResponse
37     message.

TIA-856-2                                                                                              Session Layer

1    • Use the protocol configuration procedures defined by the protocol to perform access
2      terminal-initiated parameter configuration.

3    Once the access terminal and the access network agree upon a new protocol subtype for a
4    protocol Type (per the Generic Configuration Protocol), the access terminal shall purge the
5    existing InConfiguration protocol instance corresponding to the protocol type and subtype
6    and create an InConfiguration protocol instance corresponding to the agreed upon protocol
7    subtype.

8    If after performing access terminal-initiated parameter configuration, the access terminal
9    requires the use of a different protocol subtype for this protocol Type, the access terminal
10   may send the access network a new ConfigurationRequest message.

11   If the protocol in access terminal requires no further negotiation of protocols or
12   configuration of negotiated protocols, it shall send a ConfigurationComplete message to the
13   access network and transition to the AN Initiated State.

14   5.4.6.1.4.2 Access Network Requirements

15   Upon entering this state, the access network shall

16   • Create an InConfiguration protocol instance with the same protocol subtype as that
17     of the InUse protocol instance for each of the protocols,

18   • For each stream that is bound to an application, create an InConfiguration
19     application instance with the same application subtype as that of the InUse
20     application instance corresponding to that stream, and

21   • For each protocol Type, set the fall-back value as well as the current value of the
22     InUse Session Configuration protocol's Protocol Type Attributes (see Table 5.4.7.1-1)    ⌐ Deleted: Table 5.4.7.1-1
23     to the subtype values given as public data by the corresponding InConfiguration
24     instance of each protocol.

25   If the access network receives a ConfigurationRequest message from the access terminal, it
26   shall process it and shall respond with a ConfigurationResponse message per the Generic
27   Configuration Protocol.

28   Once the access network sends a ConfigurationResponse message for a particular protocol,
29   it shall be ready to execute the access terminal-initiated configuration procedures that are
30   particular to that protocol.

31   Once the access terminal and the access network agree upon a new protocol subtype for a
32   protocol Type (per the Generic Configuration Protocol), the access network shall purge the
33   existing InConfiguration protocol instance corresponding to the protocol type and subtype
34   and create an InConfiguration protocol instance corresponding to the agreed upon protocol
35   subtype.

36   If the protocol in the access network receives a ConfigurationComplete message, it shall
37   transition to the AN Initiated State.

1    5.4.6.1.5 AN Initiated State

2    During the AN Initiated State of the protocol, the access network and the access terminal
3    execute the access network-initiated configuration procedures specified by each negotiated
4    protocol. These procedures typically allow the access network to override default values
5    otherwise used by the access terminal.

6    The protocol in the access terminal or the access network shall return a *Failed* indication
7    and transition to the Inactive state, if any of the negotiated protocols declares a failure.

8    5.4.6.1.5.1 Access Terminal Requirements

9    In this protocol state the access terminal shall be ready to execute the access network-
10   initiated configuration procedures particular to each protocol used during the session.

11   If the access terminal receives a ConfigurationRequest message from the access network, it
12   shall process it and shall respond with a ConfigurationResponse message according to the
13   Generic Configuration Protocol.

14   Once the access terminal and the access network agree upon a new protocol subtype for a
15   protocol Type (per the Generic Configuration Protocol), the access terminal shall purge the
16   existing InConfiguration protocol instance corresponding to the protocol type and subtype
17   and create an InConfiguration protocol instance corresponding to the agreed upon protocol
18   subtype.

19   If the access terminal receives a ConfigurationComplete message it shall perform the
20   following:

21   • Issue an *AirlinkManagement.CloseConnection* command.

22   • Return a *Reconfigured* indication.

23   • Transition to the Open State.

24   • After the protocol receives a *ConnectedState.ConnectionClosed* indication:

25   – The protocol shall set the SessionConfigurationToken public data to the value
26       specified in the ConfigurationComplete message,

27   – If as a result of ConfigurationRequest/ConfigurationResponse exchange a
28       PriorSession attribute with a non-zero Restore field is agreed upon, then

29       + the protocols and attributes corresponding to the session specified by the
30           PriorSession attribute shall take effect.

31   – Otherwise,

32       + The Session Control Protocol shall direct all the InConfiguration protocol
33           instances to execute their Commit procedures.

34   5.4.6.1.5.2 Access Network Requirements

35   In this protocol state, the access network may execute the access network-initiated
36   configuration procedures that are particular to each protocol used during the session.

1  If the access network chooses to negotiate a different Session Configuration Protocol, it
2  shall initiate the Session Configuration Protocol selection (i.e., sending a
3  ConfigurationRequest message specifying protocol Type of $N_{SCPType}$) prior to selection of any
4  other protocol.

5  The access network may set the SessionConfigurationToken field of the
6  ConfigurationComplete message to reflect the selected protocols and the negotiation
7  parameters associated with the negotiated protocols. The rules for setting this field are
8  outside the scope of this specification.

9  Once the access terminal and the access network agree upon a new protocol subtype for a
10  protocol Type (per the Generic Configuration Protocol), the access network shall purge the
11  existing InConfiguration protocol instance corresponding to the protocol type and subtype
12  and create an InConfiguration protocol instance corresponding to the agreed upon protocol.

13  If the protocol in the access network requires no further negotiation of protocols or
14  configuration of negotiated protocols, it shall perform the following:

15  • Send a ConfigurationComplete message to the access terminal.

16  • Issue an *AirlinkManagement.CloseConnection* command.

17  • Return a *Reconfigured* indication.

18  • Transition to the Open State.

19  • After the protocol receives a *ConnectedState.ConnectionClosed* indication:

20  – If as a result of ConfigurationRequest/ConfigurationResponse exchange a
21  PriorSession attribute with a non-zero Restore field is agreed upon, then the
22  protocols and attributes corresponding to the session specified by the
23  PriorSession attribute shall take effect.

24  – Otherwise,

25  + The protocol shall set the SessionConfigurationToken public data to the value
26  specified in the ConfigurationComplete message, and

27  + The Session Control Protocol shall direct all the InConfiguration protocol
28  instances to execute their Commit procedures.

29  5.4.6.1.6 Open State

30  In this protocol state the access terminal and the access network use the negotiated
31  protocols to exchange data and signaling in accordance with the requirements of each
32  protocol.

33  5.4.6.1.6.1 Access Terminal Requirements

34  The protocol in the access terminal may send a ConfigurationRequest message at any time
35  during the Open State to start the negotiation process (e.g., the access terminal may send
36  this message to negotiate a new stream).

37  The protocol in the access terminal shall transition to the AT Initiated State when any of
38  the following occurs:

1   • The protocol in the access terminal receives a ConfigurationStart message,

2   • The protocol in the access terminal sends a ConfigurationRequest message, or

3   • The access terminal sends a message associated with the InConfiguration instance of
4     any other protocol.

5   5.4.6.1.6.2 Access Network Requirements

6   The protocol in the access network may send a ConfigurationStart message at any time
7   during the Open State to start the negotiation process (e.g., the access network may send
8   this message to negotiate a new stream).

9   The protocol in the access network shall transition to the AT Initiated State when any of the
10  following occurs:

11  • The protocol in the access network sends a ConfigurationStart message,

12  • The protocol in the access network receives a ConfigurationRequest message, or

13  • The access network receives a message associated with the InConfiguration instance
14    of any other protocol.

15  5.4.6.2 Message Formats

16  5.4.6.2.1 ConfigurationComplete

17  The sender sends the ConfigurationComplete message to indicate that it has completed the
18  negotiation procedures performed at its initiative.
19

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| SessionConfigurationToken | 0 or 16 |

20  MessageID            The sender shall set this field to 0x00.

21  TransactionID        The access terminal shall increment this value for each new
22                       ConfigurationComplete message sent. The access network shall set
23                       this value to the value of TransactionID included in the last
24                       ConfigurationComplete message received from the access terminal.

25  SessionConfigurationToken
26                       Session Configuration Token. The access terminal shall omit this
27                       field. The access network shall include this field. The access network
28                       may set this field to a 16-bit value that reflects the selected protocols
29                       and the negotiation parameters associated with the negotiated
30                       protocols.

Session Layer

1

| Channels | | FTC | RTC | | SLP | Reliable |
|---|---|---|---|---|---|---|
| Addressing | | | unicast | | Priority | 40 |

2    5.4.6.2.2 ConfigurationStart

3    The access network sends this message to start a session configuration process.

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

5    MessageID            The sender shall set this field to 0x01.

6

| Channels | FTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

7    5.4.6.2.3 ConfigurationRequest

8    The ConfigurationRequest message format is as follows:

9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

10    MessageID            The sender shall set this field to 0x50.

11    TransactionID        The sender shall increment this value for each new
12                         ConfigurationRequest message sent.

13    AttributeRecord      The format of this record is specified in 10.3.

Deleted: 10.3

14

| Channels | | FTC | RTC | | SLP | Reliable |
|---|---|---|---|---|---|---|
| Addressing | | | unicast | | Priority | 40 |

15    5.4.6.2.4 ConfigurationResponse

16    The ConfigurationResponse message format is as follows:

17

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1  MessageID          The sender shall set this field to 0x51.

2  TransactionID      The sender shall set this value to the TransactionID field of the
3                     corresponding ConfigurationRequest message.

4  AttributeRecord    An attribute record containing a single attribute value. If this
5                     message selects a complex attribute, only the ValueID field of the
6                     complex attribute shall be included in the message. The format of the
7                     AttributeRecord is given in 10.3. The sender shall not include more    `Deleted: 10.3`
8                     than one attribute record with the same attribute identifier.
9

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

10  5.4.6.3 Interface to Other Protocols

11  5.4.6.3.1 Commands

12  This protocol issues the following command:

13      • *AirLinkManagement.CloseConnection*

14  5.4.6.3.2 Indications

15  This protocol registers to receive the following indication:

16      • *ConnectedState.ConnectionClosed*

17  5.4.7 Configuration Attributes

18  The following attribute-value pairs are defined (see 10.3 for attribute record format). All    `Deleted: 10.3`
19  attribute fields for the Default Session Configuration Protocol are two octets in length.

20  5.4.7.1 Protocol Type Attributes

21  The Protocol Type configurable attributes are listed in Table 5.4.7.1-1. All these attributes    `Deleted: Table 5.4.7.1-1`
22  are simple. The Attribute ID field for all these attributes are two octets in length and the
23  value fields for these attributes are two octets in length.

1

**Table 5.4.7.1-1. Protocol Type Configurable Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00NN | Protocol Type, where NN is the hexadecimal Protocol Type value excluding values 0x14, 0x15, 0x16, and 0x17.[7] | ***0x0000*** | Default Protocol Subtype. |
| | | 0x0000 – 0xFFFF | Protocol Subtype. |

Deleted: 5.4.7.1

2   5.4.7.2 PriorSession Attribute

3   The following complex attribute and default values are defined (see 10.3 for attribute record

4   definition):

Deleted: 10.3

5

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| Restore | 1 | '0' |
| Reserved | 7 | '0000000' |
| UATI | 0 or 128 | N/A |
| SecurityPacketLength | 0 or 8 | N/A |
| SecurityPacket | 0 or SecurityPacketLength × 8 | N/A |

6   Length             Length of the complex attribute in octets. The access terminal shall
7                      set this field to the length of the complex attribute excluding the
8                      Length field.

9   AttributeID        The access terminal shall set this field to 0x1000.

10  ValueID            The access terminal shall set this field to an identifier assigned to
11                     this complex value.

12  Restore            The access terminal shall set this field to '1' if it is requesting to
13                     restore a prior session. The access terminal shall set this field to '0' if
14                     it is requesting to proceed with the current session configuration and
15                     not restore any prior sessions.

---

[7] Protocol subtypes for protocol types 0x14 – 0x17 are configured by the Stream Layer Protocol.

| | | |
|---|---|---|
| Reserved | The access terminal shall set this field zero. The access network shall ignore this field. | |
| UATI | The access terminal shall include this field only if the Restore field is set to '1'. If included, the access terminal shall set this field to the UATI associated with the prior session. | |
| SecurityPacketLength | The access terminal shall include this field only if the Restore field is set to '1'. If included, the access terminal shall set this field to the length of the SecurityPacket field in octets. | |
| SecurityPacket | The access terminal shall include this field only if the Restore field is set to '1'. If included, the access terminal shall set this field to the SecurityPacket variable which is constructed as specified in 5.4.6.1.4.1. | Deleted: 5.4.6.1.4.1 |

TIA-856-2                                                          Session Layer

1   5.4.8 Protocol Numeric Constants
2

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{SCPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SCPDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

3   5.4.9 Message Flows



1

2      **Figure 5.4.9-1. Default Session Configuration Protocol: Extensive Negotiation**

3                                           **Procedure**

Deleted: 5.4.9

Session Layer

1



**Access Terminal**                         **Access Network**

UATIRequest

UATIAssignment                    Address
                                  Management
UATIComplete                      Protocol

*Session is opened with the default attributes*

Connection Establishment

*Session negotiation starts*

ConfigurationStart

ConfigurationComplete

Key Exchange                      Protocol Negotiation
                                  and Configuration
ConfigurationComplete

*Session Reconfigured*

2

3    **Figure 5.4.9-2. Default Session Configuration Protocol: Minimal Negotiation**          [Deleted: 5.4.9]

4                        **Procedure with Key Exchange**

5    5.4.10 Session State Information

6    The Session State Information record (see 10.8) consists of parameter records.          [Deleted: 10.8]

7    The parameter records for this protocol consist of only the configuration attributes of this

8    protocol.

TIA-856-2

1    No text.

1   **6 CONNECTION LAYER**

2   **6.1 Introduction**

3   6.1.1 General Overview

4   The Connection Layer controls the state of the air-link, and it prioritizes the traffic that is
5   sent over it.

6   This section presents the default protocols for the Connection Layer. With the exception of
7   the Overhead Messages Protocol, each of these protocols can be independently negotiated
8   at the beginning of the session.

9   The access terminal and the access network maintain a connection whose state dictates
10  the form in which communications between these entities can take place. The connection
11  can be either closed or open:

12  •   <u>Closed Connection</u>: When a connection is closed, the access terminal is not assigned
13      any dedicated air-link resources. Communications between the access terminal and
14      the access network are conducted over the Access Channel and the Control Channel.

15  •   <u>Open Connection</u>: When a connection is open, the access terminal can be assigned
16      the Forward Traffic Channel, and is assigned a Reverse Power Control Channel and a
17      Reverse Traffic Channel. Communications between the access terminal and the
18      access network are conducted over these assigned channels, as well as over the
19      Control Channel.

20  The Connection Layer provides the following connection-related functions:

21  •   Manages initial acquisition of the network.

22  •   Manages opening and closing of connections.

23  •   Manages communications when connection is closed and when a connection is open.

24  •   Maintains approximate access terminal's location in either connection states.

25  •   Manages radio link between the access terminal and the access network when a
26      connection is open.

27  •   Performs supervision both when the connection is open and when it is closed.

28  •   Prioritizes and encapsulates transmitted data received from the Session Layer and
29      forwards it to the Security Layer.

30  •   De-capsulates data received from the Security Layer and forwards it to the Session
31      Layer.

32  The Connection Layer performs these functions through the following protocols:

1   • Air Link Management Protocol: This protocol maintains the overall connection state
2     in the access terminal and the access network. The protocol can be in one of three
3     states, corresponding to whether the access terminal has yet to acquire the network
4     (Initialization State), has acquired the network but the connection is closed (Idle
5     State), or has an open connection with the access network (Connected State). This
6     protocol activates one of the following three protocols as a function of its current
7     state.

8   • Initialization State Protocol: This protocol performs the actions associated with
9     acquiring an access network.

10  • Idle State Protocol: This protocol performs the actions associated with an access
11    terminal that has acquired the network, but does not have an open connection.
12    Mainly, these are keeping track of the access terminal's approximate location in
13    support of efficient Paging (using the Route Update Protocol), the procedures leading
14    to the opening of a connection, and support of access terminal power conservation.

15  • Connected State Protocol: This protocol performs the actions associated with an
16    access terminal that has an open connection. Mainly, these are managing the radio
17    link between the access terminal and the access network (handoffs, handled via the
18    Route Update Protocol), and the procedures leading to the close of the connection.

19  In addition to the above protocols, which deal with the state of the connection, the
20  Connection Layer also contains the following protocols:

21  • Route Update Protocol: This protocol performs the actions associated with keeping
22    track of an access terminal's location and maintaining the radio link between the
23    access terminal and the access network. This protocol performs supervision on the
24    pilots.

25  • Overhead Messages Protocol: This protocol broadcasts essential parameters over the
26    Control Channel. These parameters are shared by protocols in the Connection Layer
27    as well as protocols in other layers. This protocol also performs supervision on the
28    messages necessary to keep the Connection Layer functioning.

29  • Packet Consolidation Protocol: This protocol consolidates and prioritizes packets for
30    transmission as a function of their assigned priority and the target transmission
31    channel.

32  Figure 6.1.1-1 illustrates the relationship between all the Connection Layer protocols. An
33  arrow between two protocols implies that the source sends commands to the target.

**Deleted:** Figure 6.1.1-1



1

2                    **Figure 6.1.1-1. Connection Layer Protocols**

Deleted: 6.1.1

3   The Air Link Management Protocol, its descendants and the Overhead Messages Protocol
4   are control protocols. The Packet Consolidation Protocol operates on transmitted and
5   received data.

6   6.1.2 Data Encapsulation for the InUse Protocol Instance

7   In the transmit direction, the Connection Layer receives Session Layer packets, adds
8   Connection Layer header(s), concatenates them in the order to be processed on the receive
9   side, adds padding, where applicable, and forwards the resulting packet for transmission to
10  the Security Layer.

11  In the receive direction, the Connection Layer receives Security Layer packets from the
12  Security Layer, and forwards the Session Layer packets to the Session Layer in the order
13  received after removing the Connection Layer headers and padding.

14  Figure 6.1.2-1, and Figure 6.1.2-2 illustrate the relationship between Session Layer
15  packets, Connection Layer packets and Security Layer payloads for Format A (maximum
16  size) and Format B Connection Layer packets.

Deleted: Figure 6.1.2-1

Deleted: Figure 6.1.2-2



1

2          **Figure <u>6.1.2</u>-1. Connection Layer Encapsulation (Format A)**          Deleted: 6.1.2

3

4          **Figure <u>6.1.2</u>-2. Connection Layer Encapsulation (Format B)**          Deleted: 6.1.2

1   **6.2 Default Air-Link Management Protocol**

2   6.2.1 Overview

3   The Default Air-Link Management Protocol provides the following functions:

4   • General state machine and state-transition rules to be followed by an access
5   terminal and an access network for the Connection Layer.

6   • Activation and deactivation of Connection Layer protocols applicable to each protocol
7   state.

8   • Mechanism through which access network can redirect access terminal to another
9   network.

10  The actual behavior and message exchange in each state is mainly governed by protocols
11  that are activated by the Default Air-Link Management Protocol. These protocols return
12  indications which trigger the state transitions of this protocol. These protocols also share
13  data with each other in a controlled fashion, by making that data public.

14  This protocol can be in one of three states:

15  • <u>Initialization State</u>: In this state the access terminal acquires an access network. The
16  protocol activates the Initialization State Protocol to execute the procedures relevant
17  to this state. The access network maintains a single instance of this state and
18  consequently, executes a single instance of the Initialization State Protocol.

19  • <u>Idle State</u>: In this state the connection is closed. The protocol activates the Idle State
20  Protocol to execute the procedures relevant to this state.

21  • <u>Connected State</u>: In this state the connection is open. The protocol activates the
22  Connected State Protocol to execute the procedures relevant to this state.

23  <u>Figure 6.2.1-1</u> provides an overview of the access terminal states and state transitions. All
24  transitions are caused by indications returned from protocols activated by the Default Air-
25  Link Management Protocol.

**Deleted:** Figure 6.2.1-1



1
2 **Figure 6.2.1-1. Air Link Management Protocol State Diagram (Access Terminal)**

Deleted: **6.2.1**

3 Figure 6.2.1-2 provides an overview of the access network states and state transitions.

Deleted: Figure 6.2.1-2

4
5 **Figure 6.2.1-2. Air Link Management Protocol State Diagram (Access Network)**

Deleted: **6.2.1**

6 Table 6.2.1-1 provides a summary of the Connection Layer and MAC Layer protocols that
7 are active in each state.

Deleted: Table 6.2.1-1

1    **Table 6.2.1-1. Active Protocols Per Air Link Management Protocol State**

Deleted: 6.2.1

| Initialization State | Idle State | Connected State |
|---|---|---|
| Overhead Messages Protocol | Overhead Messages Protocol | Overhead Messages Protocol |
| Initialization State Protocol | Idle State Protocol | Connected State Protocol |
| Control Channel MAC Protocol[8] | Route Update Protocol | Route Update Protocol |
| | Control Channel MAC Protocol | Control Channel MAC Protocol |
| | Access Channel MAC Protocol | Forward Traffic Channel MAC Protocol |
| | Forward Traffic Channel MAC Protocol[9] | Reverse Traffic Channel MAC Protocol |
| | Reverse Traffic Channel MAC Protocol[10] | |

2    6.2.2 Primitives and Public Data

3    6.2.2.1 Commands

4    This protocol defines the following commands:

5    • *OpenConnection*

6    • *CloseConnection*

7    6.2.2.2 Return Indications

8    This protocol does not return any indications.

9    6.2.2.3 Public Data

10   • Subtype for this protocol

11   6.2.3 Protocol Data Unit

12   The transmission unit of this protocol is a message. This is a control protocol; and,
13   therefore, it does not carry payload on behalf of other layers or protocols.

14   This protocol uses the Signaling Application to transmit and receive messages.

---

[8] Activated by the Initialization State Protocol

[9] Only during connection setup

[10] Only during connection setup

1   6.2.4 Protocol Initialization

2   6.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

3   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
4   access network shall perform the following in the order specified:

5   • The fall-back values of the attributes for this protocol instance shall be set to the
6      default values specified for each attribute.

7   • If the InUse instance of this protocol has the same protocol subtype as this
8      InConfiguration protocol instance, then the fall-back values of the attributes defined
9      by the InConfiguration protocol instance shall be set to the values of the
10     corresponding attributes associated with the InUse protocol instance.

11  • The value for each attribute for this protocol instance shall be set to the fall-back
12     value for that attribute.

13  6.2.4.2 Protocol Initialization for the InUse Protocol Instance

14  Upon creation, the InUse instance of this protocol in the access terminal shall perform the
15  following:

16  • The value of the attributes for this protocol instance shall be set to the default values
17     specified for each attribute.

18  • The protocol shall enter the Initialization State.

19  The access network shall have a single InUse instance of this protocol for each access
20  terminal with which the access network is currently maintaining a session. Upon creation,
21  the InUse instance of this protocol in the access network shall perform the following:

22  • The value of the attributes for this protocol instance shall be set to the default values
23     specified for each attribute.

24  • The protocol shall enter the Idle State.

25  Upon creation of the InUse instance of this protocol, the access network shall have a single
26  InUse instance of this protocol operating in the Initialization State at the access network,
27  serving all access terminals.

28  6.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

29  6.2.5.1 Procedures

30  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
31  the configuration messages.

Deleted: 10.7

32  6.2.5.2 Commit Procedures

33  The access terminal and the access network shall perform the procedures specified in this
34  section, in the order specified, when directed by the InUse instance of the Session
35  Configuration Protocol to execute the Commit procedures:

1    • All the public data that are defined by this protocol, but are not defined by the InUse
2      protocol instance shall be added to the public data of the InUse protocol.

3    • If the InUse instance of any of the Connection Layer protocols does not have the
4      same subtype as the corresponding InConfiguration protocol instance, then

5      – the access terminal shall set the initial state of the InConfiguration and InUse
6        protocol instances of the Air-Link Management protocol to the Initialization State.

7      – the access network shall set the initial state of the InConfiguration and InUse
8        protocol instances of the Air-Link Management protocol to the Idle State.

9    • If the InUse instance of this protocol has the same subtype as this protocol instance,
10     then

11      – The access terminal and the access network shall set the attribute values
12        associated with the InUse instance of this protocol to the attribute values
13        associated with the InConfiguration instance of this protocol, and

14      – The access terminal and the access network shall purge the InConfiguration
15        instance of the protocol.

16    • If the InUse instance of this protocol does not have the same subtype as this protocol
17      instance, then the access terminal and the access network shall perform the
18      following:

19      – The InConfiguration protocol instance shall become the InUse protocol instance
20        for the Air-Link Management Protocol at the access terminal and the access
21        network.

22    • All the public data that are not defined by this protocol shall be removed from the
23      list of public data for the InUse protocol instance.

24  6.2.5.3 Message Formats

25  6.2.5.3.1 ConfigurationRequest

26  The ConfigurationRequest message format is as follows:

27

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

28  MessageID          The sender shall set this field to 0x50.

29  TransactionID      The sender shall increment this value for each new
30                    ConfigurationRequest message sent.

1   AttributeRecord         The format of this record is specified in 10.3.          Deleted: 10.3

2

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

3   6.2.5.3.2 ConfigurationResponse

4   The ConfigurationResponse message format is as follows:

5

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

6   MessageID              The sender shall set this field to 0x51.

7   TransactionID          The sender shall set this value to the TransactionID field of the
8                          corresponding ConfigurationRequest message.

9   AttributeRecord        An attribute record containing a single attribute value. If this
10                         message selects a complex attribute, only the ValueID field of the
11                         complex attribute shall be included in the message. The format of the
12                         AttributeRecord is given in 10.3. The sender shall not include more      Deleted: 10.3
13                         than one attribute record with the same attribute identifier.
14

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

15   6.2.6 Procedures and Messages for the InUse Instance of the Protocol

16   6.2.6.1 Procedures

17   6.2.6.1.1 Command Processing

18   6.2.6.1.1.1 OpenConnection

19   If the protocol receives the *OpenConnection* command in the Initialization State, the access
20   terminal shall queue the command and execute it when the access terminal enters the Idle
21   State.

22   The access network shall ignore the command in the Initialization State.

23   If the protocol receives this command in the Idle State:

Connection Layer                                                    TIA-856-2

1    • Access terminal shall issue an *IdleState.OpenConnection* command.

2    • Access network shall issue an *IdleState.OpenConnection* command.

3   If the protocol receives this command in the Connected State the command shall be
4   ignored.

5   6.2.6.1.1.2 CloseConnection

6   If the protocol receives the *CloseConnection* command in the Connected State:

7    • Access terminal shall issue a *ConnectedState.CloseConnection* command.

8    • Access network shall issue a *ConnectedState.CloseConnection* command.

9   If the protocol receives this command in any other state it shall be ignored.

10  6.2.6.1.2 Initialization State

11  In the Initialization State the access terminal has no information about the serving access
12  network. In this state the access terminal selects a serving access network and obtains
13  time synchronization from the access network.

14  6.2.6.1.2.1 Access Terminal Requirements

15  The access terminal shall enter the Initialization State when the Default Air-Link
16  Management Protocol is instantiated. This may happen on events such as network
17  redirection and initial power-on. A comprehensive list of events causing the Default Air-
18  Link Management Protocol to enter the Initialization State is beyond the scope of this
19  specification.

20  The access terminal shall issue an *InitializationState.Activate* command upon entering this
21  state. If the access terminal entered this state because the protocol received a Redirect
22  message and a Channel Record was received with the message, the access terminal shall
23  provide the Channel Record with the command.

24  If the protocol receives an *InitializationState.NetworkAcquired* indication the access terminal
25  shall issue an *InitializationState.Deactivate* command[11] and transition to the Idle State.

26  6.2.6.1.2.2 Access Network Requirements

27  6.2.6.1.3 Idle State

28  In this state the access terminal has acquired the access network but does not have an
29  open connection with the access network.

_____

[11] Some of the *Deactivate* commands issued by this protocol are superfluous (because the
commanded protocol already put itself in the Inactive State) but are specified here for completeness.

Connection Layer

1    6.2.6.1.3.1 Access Terminal Requirements

2    6.2.6.1.3.1.1 General Requirements

3    The access terminal shall issue the following commands upon entering this state:

4    • *IdleState.Activate*

5    • *RouteUpdate.Activate*

6    • *AccessChannelMAC.Activate.*

7    If the access terminal had a queued *OpenConnection* command, it shall issue an
8    *IdleState.OpenConnection* command.

9    If the protocol receives an *IdleState.ConnectionOpened* indication, the access terminal shall
10   perform the cleanup procedures defined in 6.2.6.1.3.1.2 and transition to the Connected
11   State.

> **Deleted:** 6.2.6.1.3.1.2

12   If the protocol receives an *IdleState.ConnectionFailed*, a
13   *ForwardTrafficChannelMAC.SupervisionFailed*, or a
14   *ReverseTrafficChannelMAC.SupervisionFailed* indication, the access terminal shall:

15   • Issue a *IdleState.Close* command,

16   • Issue a *RouteUpdate.Close* command,

17   • *AccessChannelMAC.Deactivate*

18   If the protocol receives a Redirect message, a *RouteUpdate.NetworkLost*, an
19   *OverheadMessages.SupervisionFailed*, an *OverheadMessages.ANRedirected*, a
20   *ControlChannelMAC.SupervisionFailed*, or an *AccessChannelMAC.SupervisionFailed*
21   indication, the access terminal shall:

22   • Issue a *RouteUpdate.Deactivate* command,

23   • Issue an *OverheadMessages.Deactivate* command,

24   • Issue a *ControlChannelMAC.Deactivate* command,

25   • Perform the cleanup procedures defined in 6.2.6.1.3.1.2 and

> **Deleted:** 6.2.6.1.3.1.2

26   • Transition to the Initialization State.

27   6.2.6.1.3.1.2 Idle State Cleanup Procedures

28   The access terminal shall issue the following commands when it exits this state:

29   • *IdleState.Deactivate*

30   • *AccessChannelMAC.Deactivate*

31   6.2.6.1.3.2 Access Network Requirements

32   6.2.6.1.3.2.1 General Requirements

33   The access network shall issue the following commands upon entering this state:

1    • *IdleState.Activate*

2    • *RouteUpdate.Activate*

3    If the protocol receives an *IdleState.ConnectionFailed*, or a
4    *ReverseTrafficChannelMAC.SupervisionFailed* indication, the access terminal shall:

5    • Issue an *IdleState.Close* command,

6    • Issue a *RouteUpdate.Close* command.

7    If the protocol receives an *IdleState.ConnectionOpened* indication, the access network shall
8    perform the cleanup procedures defined in 6.2.6.1.3.2.2 and transition to the Connected
9    State.

| Deleted: 6.2.6.1.3.2.2 |

10   The access network may send the access terminal a Redirect message to redirect it from
11   the current serving network and optionally, provide it with information directing it to
12   another network. If the access network sends a Redirect message it shall

13   • Issue a *RouteUpdate.Deactivate* command,

14   • Perform the cleanup procedures defined in 6.2.6.1.3.2.2

| Deleted: 6.2.6.1.3.2.2 |

15   6.2.6.1.3.2.2 Idle State Cleanup Procedures

16   The access network shall issue the following command when it exits this state:

17   • *IdleState.Deactivate*

18   6.2.6.1.4 Connected State

19   In the Connected State, the access terminal and the access network have an open
20   connection.

21   6.2.6.1.4.1 Access Terminal Requirements

22   6.2.6.1.4.1.1 General Requirements

23   The access terminal shall issue the following command upon entering this state:

24   • *ConnectedState.Activate*

25   If the protocol receives a *ConnectedState.ConnectionClosed*, an
26   *OverheadMessages.SupervisionFailed*, a *ControlChannelMAC.SupervisionFailed*, a
27   *RouteUpdate.AssignmentRejected,* or a *ForwardTrafficChannelMAC.SupervisionFailed*
28   indication, the access terminal shall:

29   • Issue a *RouteUpdate.Close* command,

30   • Issue a *ControlChannelMAC.Deactivate* command,

31   • Issue an *OverheadMessages.Deactivate* command,

32   • Perform the cleanup procedure defined in 6.2.6.1.4.1.2

| Deleted: 6.2.6.1.4.1.2 |

33   • Transition to the Idle State.

Connection Layer

If the protocol receives a Redirect message or an *OverheadMessages.ANRedirected* indication, the access terminal shall:

- Issue a *RouteUpdate.Deactivate* command,

- Issue a *ControlChannelMAC.Deactivate* command,

- Issue an *OverheadMessages.Deactivate* command,

- Perform the cleanup procedure defined in 6.2.6.1.4.1.2    <span style="border:1px solid green">**Deleted:** 6.2.6.1.4.1.2</span>

- Transition to the Initialization State.

6.2.6.1.4.1.2 Connected State Cleanup Procedures

The access terminal shall issue the following command when it exits this state:

- *ConnectedState.Deactivate*

6.2.6.1.4.2 Access Network Requirements

6.2.6.1.4.2.1 General Requirements

The access network shall issue the following command upon entering this state:

- *ConnectedState.Activate*

If the protocol receives a *ConnectedState.ConnectionClosed*, or *RouteUpdate.ConnectionLost* indication, the access network shall:

- Issue a *RouteUpdate.Close* command,

- Perform the cleanup procedures defined in 6.2.6.1.4.2.2    <span style="border:1px solid green">**Deleted:** 6.2.6.1.4.2.2</span>

- Transition to the Idle State.

The access network may send the access terminal a Redirect message to redirect it from the current serving network and optionally, provide it with information directing it to another network. If the access network sends a Redirect message it shall:

- Issue a *RouteUpdate.Deactivate* command,

- Perform the cleanup procedures defined in 6.2.6.1.4.2.2    <span style="border:1px solid green">**Deleted:** 6.2.6.1.4.2.2</span>

- Transition to the Idle State.

6.2.6.1.4.2.2 Connected State Cleanup Procedures

The access network shall issue the following command when it exits this state:

- *ConnectedState.Deactivate*

1  6.2.6.2 Message Formats

2  6.2.6.2.1 Redirect

3  The access network sends the Redirect message to redirect the access terminal(s) away
4  from the current network; and, optionally, the access network provides it with information
5  directing it to one of a set of different networks.
6

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| NumChannel | 8 |
| NumChannel instances of the following field | |
| Channel | 24 |

7  MessageID          The access network shall set this field to 0x00.

8  NumChannel         The access network shall set this field to the number of Channel
9                     records it is including in this message.

10  Channel           This field shall be set to the channel that the access terminal should
11                    reacquire. The channel shall be specified using the standard Channel
12                    Record definition, see 10.1.                    [Deleted: 10.1]
13

| Channels | CC          FTC | | SLP | Best Effort |
|----------|-----------------|--|-----|-------------|
| Addressing | broadcast          unicast | | Priority | 40 |

14  6.2.6.3 Interface to Other Protocols

15  6.2.6.3.1 Commands Sent

16  This protocol issues the following commands:

17  • *InitializationState.Activate*

18  • *InitializationState.Deactivate*

19  • *IdleState.Activate*

20  • *IdleState.Deactivate*

21  • *IdleState.Close*

22  • *IdleState.OpenConnection*

23  • *ConnectedState.Activate*

24  • *ConnectedState.Deactivate*

25  • *ConnectedState.CloseConnection*

26  • *RouteUpdate.Activate*

1       • *RouteUpdate.Deactivate*

2       • *RouteUpdate.Close*

3       • *OverheadMessages.Deactivate*

4       • *ControlChannelMAC.Deactivate*

5       • *AccessChannelMAC.Activate*

6       • *AccessChannelMAC.Deactivate*

7    6.2.6.3.2 Indications

8    This protocol registers to receive the following indications:

9       • *InitializationState.NetworkAcquired*

10      • *IdleState.ConnectionOpened*

11      • *IdleState.ConnectionFailed*

12      • *ConnectedState.ConnectionClosed*

13      • *RouteUpdate.ConnectionLost*

14      • *RouteUpdate.NetworkLost*

15      • *RouteUpdate.AssignmentRejected*

16      • *OverheadMessages.ANRedirected*

17      • *OverheadMessages.SupervisionFailed*

18      • *ControlChannelMAC.SupervisionFailed*

19      • *AccessChannelMAC.SupervisionFailed*

20      • *ReverseTrafficChannelMAC.SupervisionFailed*

21      • *ForwardTrafficChannelMAC.SupervisionFailed*

22   6.2.7 Configuration Attributes

23   No configuration attributes are defined for this protocol.

24   6.2.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{ALMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{ALMPDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

25   6.2.9 Session State Information

26   This protocol does not define any parameter record to be included in a Session State
27   Information record (see 10.8).

**Deleted:** 10.8

1  **6.3 Default Initialization State Protocol**

2  6.3.1 Overview

3  The Default Initialization State Protocol provides the procedures and messages required for
4  an access terminal to acquire a serving network.

5  At the access terminal, this protocol operates in one of the following four states:

6  • <u>Inactive State</u>: In this state the protocol waits for an *Activate* command.

7  • <u>Network Determination State</u>: In this state the access terminal chooses an access
8     network on which to operate.

9  • <u>Pilot Acquisition State</u>: In this state the access terminal acquires a Forward Pilot
10    Channel.

11 • <u>Synchronization State</u>: In this state the access terminal synchronizes to the Control
12    Channel cycle, receives the Sync message, and synchronizes to system time.

13 Protocol states and events causing transition between states are shown in <u>Figure 6.3.1-1</u>.

<div style="border:1px solid green">**Deleted:** Figure 6.3.1-1</div>



14

15              **Figure <u>6.3.1</u>-1. Default Initialization State Protocol State Diagram**

<div style="border:1px solid green">**Deleted:** 6.3.1</div>

16 6.3.2 Primitives and Public Data

17 6.3.2.1 Commands

18 This protocol defines the following commands:

19 • *Activate* (an optional Channel Record can be specified with the command)

20 • *Deactivate*

1   6.3.2.2 Return Indications

2   This protocol returns the following indications:

3   • *NetworkAcquired*

4   6.3.2.3 Public Data

5   This protocol makes the following data public:

6   • Subtype for this protocol

7   • Selected channel

8   • System time

9   • The following fields of the Sync message:

10   – MaximumRevision

11   – MinimumRevision

12   – PilotPN

13   6.3.3 Protocol Data Unit

14   The transmission unit of this protocol is a message. This is a control protocol; and,
15   therefore, it does not carry payload on behalf of other layers or protocols.

16   This protocol uses the Signaling Application to transmit and receive messages.

17   6.3.4 Protocol Initialization

18   6.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

19   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
20   access network shall perform the following in the order specified:

21   • The fall-back values of the attributes for this protocol instance shall be set to the
22     default values specified for each attribute.

23   • If the InUse instance of this protocol has the same protocol subtype as this
24     InConfiguration protocol instance, then the fall-back values of the attributes defined
25     by the InConfiguration protocol instance shall be set to the values of the
26     corresponding attributes associated with the InUse protocol instance.

27   • The value for each attribute for this protocol instance shall be set to the fall-back
28     value for that attribute.

29   6.3.4.2 Protocol Initialization for the InUse Protocol Instance

30   Upon creation, the InUse instance of this protocol in the access terminal shall perform the
31   following:

32   • The value of the attributes for this protocol instance shall be set to the default values
33     specified for each attribute.

1    • The protocol shall enter the Inactive State.

2  6.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol

3  6.3.5.1 Procedures

4  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of    **Deleted:** 10.7
5  the configuration messages.

6  6.3.5.2 Commit Procedures

7  The access terminal shall perform the procedures specified in this section, in the order
8  specified, when directed by the InUse instance of the Session Configuration Protocol to
9  execute the Commit procedures:

10   • All the public data that are defined by this protocol, but are not defined by the InUse
11     protocol instance shall be added to the public data of the InUse protocol.

12   • If the InUse instance of any of the Connection Layer protocols does not have the
13     same subtype as the corresponding InConfiguration protocol instance, then the
14     access terminal shall set the initial state of the InConfiguration and InUse protocol
15     instances of the Initialization State protocol to the Network Determination State.

16   • If the InUse instance of this protocol has the same subtype as this protocol instance,
17     then

18     – The access terminal shall set the attribute values associated with the InUse
19       instance of this protocol to the attribute values associated with the
20       InConfiguration instance of this protocol, and

21     – The access terminal shall purge the InConfiguration instance of the protocol.

22   • If the InUse instance of this protocol does not have the same subtype as this protocol
23     instance, then the access terminal shall perform the following in the order specified:

24     – The InConfiguration protocol instance shall become the InUse protocol instance
25       for the Initialization State Protocol at the access terminal.

26   • All the public data that are not defined by this protocol shall be removed from the
27     list of public data for the InUse protocol instance.

28  6.3.5.3 Message Formats

29  6.3.5.3.1 ConfigurationRequest

30  The ConfigurationRequest message format is as follows:

31

Connection Layer

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x50.

2   TransactionID      The sender shall increment this value for each new
3                      ConfigurationRequest message sent.

4   AttributeRecord    The format of this record is specified in 10.3.    **Deleted:** 10.3

5

| Channels | | FTC    RTC | **SLP** | Reliable |
|----------|--|------------|---------|----------|
| **Addressing** | | unicast | **Priority** | 40 |

6   6.3.5.3.2 ConfigurationResponse

7   The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9   MessageID          The sender shall set this field to 0x51.

10  TransactionID      The sender shall set this value to the TransactionID field of the
11                     corresponding ConfigurationRequest message.

12  AttributeRecord    An attribute record containing a single attribute value. If this
13                     message selects a complex attribute, only the ValueID field of the
14                     complex attribute shall be include in the message. The format of the
15                     AttributeRecord is given in 10.3. The sender shall not include more    **Deleted:** 10.3
16                     than one attribute record with the same attribute identifier.
17

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

1   6.3.6 Procedures and Messages for the InUse Instance of the Protocol

2   6.3.6.1 Procedures

3   The access network shall broadcast the Sync message periodically in a synchronous
4   Control Channel capsule. This period should not exceed $T_{ISPSync}$ seconds.

5   The access network need not keep state for this protocol.

6   6.3.6.1.1 Command Processing

7   The access network shall ignore all commands.

8   6.3.6.1.1.1 Activate

9   If the protocol receives an *Activate* command in the Inactive State, the access terminal shall
10  transition to the Network Determination State.

11  If the protocol receives this command in any other state, the access terminal shall ignore it.

12  6.3.6.1.1.2 Deactivate

13  If the protocol receives a *Deactivate* command in the Inactive State, the access terminal
14  shall ignore it.

15  If the protocol receives this command in any other state, the access terminal shall
16  transition to the Inactive State.

17  6.3.6.1.2 Inactive State

18  In the Inactive State the access terminal waits for the protocol to receive an *Activate*
19  command.

20  6.3.6.1.3 Network Determination State

21  In the Network Determination State the access terminal selects a CDMA Channel (see 10.1)
22  on which to try and acquire the access network.

**Deleted:** 10.1

23  If a Channel Record was provided with the *Activate* command, the access terminal should
24  select the system and channel specified by the record.

25  The specific mechanisms to provision the access terminal with a list of preferred networks
26  and with the actual algorithm used for network selection are beyond the scope of this
27  specification.

28  Upon selecting a CDMA Channel the access terminal shall enter the Pilot Acquisition State.

1  6.3.6.1.4 Pilot Acquisition State

2  In the Pilot Acquisition State the access terminal acquires the Forward Pilot Channel of the
3  selected CDMA Channel.

4  Upon entering the Pilot Acquisition State, the access terminal shall tune to the selected
5  CDMA Channel and shall search for the pilot. If the access terminal acquires the pilot, it
6  shall enter the Synchronization State.[12] If the access terminal fails to acquire the pilot
7  within $T_{ISPPilotAcq}$ seconds of entering the Pilot Acquisition State, it shall enter the Network
8  Determination State.

9  6.3.6.1.5 Synchronization State

10  In the Synchronization State the access terminal completes timing synchronization.

11  Upon entering this state, the access terminal shall issue the *ControlChannelMAC.Activate*
12  command.

13  If the access terminal fails to receive a Sync message within $T_{ISPSyncAcq}$ seconds of entering
14  the Synchronization State, the access terminal shall issue a *ControlChannelMAC.Deactivate*
15  command and shall enter the Network Determination State. While attempting to receive the
16  Sync message, the access terminal shall discard any other messages received on the
17  Control Channel.

18  When the access terminal receives a Sync message:

19  • If the access terminal's revision number is not in the range defined by the
20    MinimumRevision and MaximumRevision fields (inclusive) specified in the message,
21    the access terminal shall issue a *ControlChannelMAC.Deactivate* command and enter
22    the Network Determination State.

23  • Otherwise, the access terminal shall:

24    – Set the access terminal time to the time specified in the message; The time
25      specified in the message is the time applicable 160 ms following the beginning of
26      the Control Channel Cycle in which the Sync message was received,

27    – Return a *NetworkAcquired* indication,

28    – Enter the Inactive State.

29  6.3.6.2 Message Formats

30  6.3.6.2.1 Sync

31  The access network broadcasts the Sync message to convey basic network and timing
32  information.
33

---

[12] The Access Terminal Minimum Performance Requirements contains specifications regarding pilot
acquisition performance.

Connection Layer                                                    TIA-856-2

| Field | Length (bits) |
|---|---|
| MessageID | 2 |
| MaximumRevision | 8 |
| MinimumRevision | 8 |
| PilotPN | 9 |
| SystemTime | 37 |

1  MessageID          The access network shall set this field to '00'.

2  MaximumRevision    Maximum Air-Interface protocol revision supported by the access
3                     network. The access network shall set this field to the value specified
4                     in 1.15. This value shall be in the range [0x00, 0xff].

Deleted: 1.15

5  MinimumRevision    Minimum Air-Interface protocol revision supported by the access
6                     network. The access network shall set this field to the value specified
7                     in 1.15. This value shall be in the range [0x00, MaximumRevision].

Deleted: 1.15

8  PilotPN            Pilot PN Offset. The access network shall set this field to the pilot PN
9                     sequence offset for this sector in units of 64 PN Chips.

10 SystemTime         The access network shall set this field to the System Time 160 ms
11                    after the start of the Control Channel Cycle in which this Sync
12                    message is being sent. The System Time is specified in units of
13                    26.66... ms.
14

| Channels | CCsyn | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | broadcast | | Priority | 30 |

15  6.3.6.3 Interface to Other Protocols

16  6.3.6.3.1 Commands Sent

17  This protocol issues the following commands:

18     • *ControlChannelMAC.Activate*

19     • *ControlChannelMAC.Deactivate*

20  6.3.6.3.2 Indications

21  This protocol does not register to receive any indications.

22  6.3.7 Configuration Attributes

23  No configuration attributes are defined for this protocol.

TIA-856-2                                                     Connection Layer

1   6.3.8 Protocol Numeric Constants
2

| Constant | Meaning | Value | Comments |
|----------|---------|-------|----------|
| $N_{ISPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{ISPDefault}$ | Subtype field for this protocol | 0x0000 | |
| $T_{ISPSync}$ | Sync message transmission period | 1.28 seconds | $3 \times$ Control Channel Cycle |
| $T_{ISPPilotAcq}$ | Time to acquire pilot in access terminal | 60 seconds | |
| $T_{ISPSyncAcq}$ | Time to acquire Sync message in access terminal | 5 seconds | |

**Deleted:** Table 2.5.4-1

3   6.3.9 Session State Information

4   This protocol does not define any parameter record to be included in a Session State
5   Information record (see 10.8).

**Deleted:** 10.8

1  **6.4 Default Idle State Protocol**

2  6.4.1 Overview

3  The Default Idle State Protocol provides the procedures and messages used by the access
4  terminal and the access network when the access terminal has acquired a network and a
5  connection is not open.

6  This protocol operates in one of the following four states:

7  - <u>Inactive State</u>: In this state the protocol waits for an *Activate* command.

8  - <u>Sleep State</u>: In this state the access terminal may shut down part of its subsystems
9    to conserve power. The access terminal does not monitor the Forward Channel, and
10   the access network is not allowed to transmit unicast packets to it.

11 - <u>Monitor State</u>: In this state the access terminal monitors the Control Channel,
12   listens for Page messages and if necessary, updates the parameters received from the
13   Overhead Messages Protocol. The access network may transmit unicast packets to
14   the access terminal in this state.

15 - <u>Connection Setup State</u>: In this state the access terminal and the access network
16   set-up a connection.

17 Protocol states and events causing the transition between the states are shown in <u>Figure</u>
18 <u>6.4.1-1</u> and <u>Figure 6.4.1-2</u>.

> **Deleted:** Figure 6.4.1-1
>
> **Deleted:** Figure 6.4.1-2



19
20

21  **Figure <u>6.4.1</u>-1. Default Idle State Protocol State Diagram (Access Terminal)**

> **Deleted: 6.4.1**



*Deactivate* triggered transitions not shown

Figure **6.4.1**-2. Default Idle State Protocol State Diagram (Access Network)

Deleted: 6.4.1

1   This protocol supports periodic network monitoring by the access terminal, allowing for
2   significant power savings. The following access terminal operation modes are supported:

- Continuous operation, in which the access terminal continuously monitors the
  Control Channel.

- Suspended mode operation, in which the access terminal monitors the Control
  Channel continuously for a period of time and then proceeds to operate in the slotted
  mode. Suspended mode follows operation in the Air-Link Management Protocol
  Connected State and allows for quick network-initiated reconnection.

- Slotted mode operation, in which the access terminal monitors only selected slots.

This protocol supports two types of connection set-ups:

- Normal setup: this procedure is always performed at the initiative of the access
  terminal.[13] It consists of the access terminal sending a ConnectionRequest message
  which in turn causes the lower layers to open the connection. The Connection Setup
  State contains the requirements for normal setup.

---

[13] The access network may transmit a Page message to the access terminal directing it to initiate the
procedure.

- Fast Connect: this procedure is always performed at the initiative of the access network and consists of the access network opening the connection directly via a *RouteUpdate.Open* command.[14] Fast Connect eliminates the need for the Page / ConnectionRequest exchange when the access network has pending data to transmit to an access terminal, and is especially useful when the access terminal is in suspended mode. Support for Fast Connect at the access network is optional. Support for Fast Connect at the access terminal is mandatory. The Monitor State contains the requirements for Fast Connect.

6.4.2 Primitives and Public Data

6.4.2.1 Commands

This protocol defines the following commands:

- *Activate*
- *Deactivate*
- *OpenConnection*
- *Close*

6.4.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionOpened*
- *ConnectionFailed*

6.4.2.3 Public Data

- Subtype for this protocol

6.4.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

6.4.4 Protocol Initialization

6.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

---

[14] This command triggers a transmission of a TrafficChannelAssignment message based on the last RouteUpdate received from the access terminal.

TIA-856-2                                                                Connection Layer

1   • The fall-back values of the attributes for this protocol instance shall be set to the
2     default values specified for each attribute.

3   • If the InUse instance of this protocol has the same protocol subtype as this
4     InConfiguration protocol instance, then the fall-back values of the attributes defined
5     by the InConfiguration protocol instance shall be set to the values of the
6     corresponding attributes associated with the InUse protocol instance.

7   • The value for each attribute for this protocol instance shall be set to the fall-back
8     value for that attribute.

9   6.4.4.2 Protocol Initialization for the InUse Protocol Instance

10  Upon creation, the InUse instance of this protocol in the access terminal and access
11  network shall perform the following:

12  • The value of the attributes for this protocol instance shall be set to the default values
13    specified for each attribute.

14  • The protocol shall enter the Inactive State.

15  6.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

16  6.4.5.1 Procedures

17  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
18  the configuration messages.

Deleted: 10.7

19  6.4.5.2 Commit Procedures

20  The access terminal and the access network shall perform the procedures specified in this
21  section, in the order specified, when directed by the InUse instance of the Session
22  Configuration Protocol to execute the Commit procedures:

23  • All the public data that are defined by this protocol, but are not defined by the InUse
24    protocol instance shall be added to the public data of the InUse protocol.

25  • If the InUse instance of any of the Connection Layer protocols does not have the
26    same subtype as the corresponding InConfiguration protocol instance, then

27    – the access terminal shall set the initial state of the InConfiguration and InUse
28      protocol instances of the Idle State protocol to the Inactive State.

29    – the access network shall set the initial state of the InConfiguration and InUse
30      protocol instances of the Idle State protocol to the Sleep State.

31  • If the InUse instance of this protocol has the same subtype as this protocol instance,
32    then

33    – The access terminal and the access network shall set the attribute values
34      associated with the InUse instance of this protocol to the attribute values
35      associated with the InConfiguration instance of this protocol, and

1  – The access terminal and the access network shall purge the InConfiguration
2     instance of the protocol.

3  • If the InUse instance of this protocol does not have the same subtype as this protocol
4    instance, then the access terminal and the access network shall perform the
5    following:

6  – The InConfiguration protocol instance shall become the InUse protocol instance
7     for the Idle State Protocol at the access terminal and the access network.

8  • All the public data not defined by this protocol shall be removed from the public data
9    of the InUse protocol.

10  6.4.5.3 Message Formats

11  6.4.5.3.1 ConfigurationRequest

12  The ConfigurationRequest message format is as follows:

13

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

14  MessageID            The sender shall set this field to 0x50.

15  TransactionID        The sender shall increment this value for each new
16                       ConfigurationRequest message sent.

17  AttributeRecord      The format of this record is specified in 10.3.

Deleted: 10.3

18

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

19  6.4.5.3.2 ConfigurationResponse

20  The ConfigurationResponse message format is as follows:
21

Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x51.

2   TransactionID      The sender shall set this value to the TransactionID field of the
3                      corresponding ConfigurationRequest message.

4   AttributeRecord    An attribute record containing a single attribute value. If this
5                      message selects a complex attribute, only the ValueID field of the
6                      complex attribute shall be included in the message. The format of the
7                      AttributeRecord is given in 10.3. The sender shall not include more
8                      than one attribute record with the same attribute identifier.
9

> **Deleted:** 10.3

| **Channels** | FTC     RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10   6.4.6 Procedures and Messages for the InUse Instance of the Protocol

11   6.4.6.1 Procedures

12   6.4.6.1.1 Command Processing

13   6.4.6.1.1.1 Activate

14   When the protocol receives an *Activate* command in the Inactive State:

15   • The access terminal shall transition to the Monitor State.

16   • The access network shall transition to the Sleep State.[15]

17   If the protocol receives this command in any other state it shall be ignored.

18   6.4.6.1.1.2 Deactivate

19   When the protocol receives a *Deactivate* command in the Inactive State it shall be ignored.

20   When the protocol receives this command in any other state:

21   • The access terminal shall transition to the Inactive State.

---

[15] Since the transitions happen asynchronously, this requirement guarantees that the access
network will not transmit unicast packets to the access terminal over the Control Channel when the
access terminal is not monitoring the channel.

Connection Layer                                                    TIA-856-2

1        • The access network shall transition to the Inactive State.

2    6.4.6.1.1.3 OpenConnection

3    When the protocol receives an *OpenConnection* command in the Inactive State or the
4    Connection Setup State, the command shall be ignored.

5    When the protocol receives this command in the Sleep State:

6        • The access terminal shall perform the procedures in 6.4.6.1.2 for sending a          | Deleted: 6.4.6.1.2
7          ConnectionRequest message.

8        • The access network shall queue the command and execute it when it is in the
9          Monitor State.

10   When the protocol receives this command in the Monitor State:

11       • The access terminal shall transition to the Connection Setup State.

12       • The access network shall send a Page message to the access terminal and transition
13         to the Connection Setup State.

14   6.4.6.1.1.4 Close

15   When the protocol receives a *Close* command in the Inactive State it shall be ignored.

16   When the protocol receives a *Close* command in any other state:

17       • The access terminal shall transition to the Monitor State.

18       • The access network shall transition to the Sleep State.

19   6.4.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest Message

20   When procedures in this section are invoked, the access terminal shall perform the
21   following:

22       • Send a ConnectionRequest message,

23       • If an *AccessChannel.TransmissionSuccessful* indication is received, it shall transition
24         to the Connection Setup State,

25       • If an *AccessChannel.TransmissionFailed* indication is received, it shall return a
26         *ConnectionFailed* indication.

27   6.4.6.1.3 Inactive State

28   When the protocol is in the Inactive State it waits for an *Activate* command.

29   6.4.6.1.4 Sleep State

30   When the access terminal is in the Sleep State it may stop monitoring the Control Channel
31   by issuing the following commands:

32       • *OverheadMessages.Deactivate*

33       • *ControlChannelMAC.Deactivate*

Connection Layer

1   The access terminal may shut down processing resources to reduce power consumption.

2   If the access terminal requires opening a connection, it shall perform the procedures in
3   6.4.6.1.2 for sending a ConnectionRequest message. Otherwise, in order to transmit on the
4   Access Channel in this state, the access terminal shall first transition from the Sleep State
5   to the Monitor State.

6   When the access network is in the Sleep State, it is prohibited from sending unicast
7   packets to the access terminal.

8   If the access network receives a ConnectionRequest message, it shall transition to the
9   Connection Setup State.

10  The access network and the access terminal shall transition from the Sleep State to the
11  Monitor State to send and receive, respectively, the synchronous capsule sent in
12  each Control Channel cycle $C$ satisfying

13      $(C + R)$ mod $N_{IDPSleep} = 0$

14  where $C$ is the number of Control Channel cycles since the beginning of system time and $R$
15  is obtained as follows:

16  • If PreferredControlChannelCycleEnabled is equal to '0', then $R$ is the result of
17    applying the hash function (see 10.4) using the following parameters:

18      – Key = SessionSeed

19      – Decorrelate = 6 × SessionSeed[11:0]

20      – N = $N_{IDPSleep}$

21      – where SessionSeed is given as public data of the Address Management Protocol.

22  • If PreferredControlChannelCycleEnabled is equal to '1', then $R$ is set to
23    PreferredControlChannelCycle.

24  6.4.6.1.5 Monitor State

25  When the access terminal is in the Monitor State, it continuously monitors the Control
26  Channel.

27  When the access network is in the Monitor State, it may send unicast packets to the access
28  terminal.

29  6.4.6.1.5.1 Access Terminal Requirements

30  Upon entering the Monitor State, the access terminal shall issue the following commands:

31  • *OverheadMessages.Activate*

32  • *ControlChannelMAC.Activate*

33  The access terminal shall comply with the following requirements when in the Monitor
34  State:

35  • The access terminal shall tune to the CDMA Channel selected as specified in
36    6.4.6.1.5.1.1.

- The access terminal shall monitor the overhead messages as specified in the Overhead Messages Protocol (see 6.8.6.1.6).

- If the access terminal receives a Page message, it shall perform the procedures in 6.4.6.1.2 for sending a ConnectionRequest message.

- If the access terminal requires opening a connection, it shall perform the procedures in 6.4.6.1.2 for sending a ConnectionRequest message.

- If the access terminal receives a *RouteUpdate.ConnectionInitiated* indication it shall transition to the Connection Setup State.[16]

- Access terminal may transition to the Sleep State if the requirements specified in 6.4.6.1.5.1.2 are satisfied.

6.4.6.1.5.1.1 CDMA Channel Selection

The access terminal shall select a CDMA Channel from the list of channels in the SectorParameters message. If no channels are listed, the access terminal shall use the channel it is currently monitoring. If one or more channels are available, the access terminal shall use the hash function (see 10.4) to compute an index into the channel list provided in the message. The access terminal shall use the following hash function parameters to obtain this index:

- Key = SessionSeed

- Decorrelate = 0

- N = ChannelCount field of the SectorParameters message

Where SessionSeed is provided as public data by the AddressManagement Protocol.

6.4.6.1.5.1.2 Transition to Sleep State

The access terminal may transition to the Sleep State if all of the following requirements are met:

- Access terminal has received at least one Control Channel synchronous Sleep State capsule in the current Control Channel Cycle and has determined that the SectorParameters message is up to date (see 6.8.6.1.6). The current Control Channel Cycle is defined to be the Control Channel Cycle that started at slot $\lfloor T/256 \rfloor$, where T is the current CDMA System Time in slots.

- Access terminal received an *AccessChannelMAC.TxEnded* indication for every *AccessChannelMAC.TxStarted* indication it received since entering the Monitor State.[17]

---

[16] This requirement provides Fast Connect on the access terminal side.

[17] This pairing ensures that the access terminal does not have any outstanding messages waiting for an answer.

Deleted: 6.8.6.1.6

Deleted: 6.4.6.1.2

Deleted: 6.4.6.1.2

Deleted: 6.4.6.1.5.1.2

Deleted: 10.4

Deleted: 6.8.6.1.6

1   • Access terminal has not advertised a suspend period that is current (see
2     6.5.6.1.2.1.1). The suspend period is current if the time advertised in the associated
3     ConnectionClose message is greater than the current system time.[18]

**Deleted:** 6.5.6.1.2.1.1

4   6.4.6.1.5.2 Access Network Requirements

5   6.4.6.1.5.2.1 General Requirements

6   • Access network shall select the CDMA Channel following the same specifications as
7     the access terminal, see 6.4.6.1.5.1.1.

**Deleted:** 6.4.6.1.5.1.1

8   • If the access network requires opening a connection with the access terminal, it shall
9     send it a Page message over the Control Channel.

10  • If the access network receives a ConnectionRequest message, it shall transition to
11    the Connection Setup State.

12  • Access network may use an accelerated procedure to set-up a connection with the
13    access terminal by bypassing the paging process. The access network should only
14    use this procedure if it has a reasonable estimate of the access terminal's current
15    location. To set-up a connection in an accelerated fashion (Fast Connect) the access
16    network shall:

17    – Issue a *RouteUpdate.Open* command.

18    – Transition to the Connection Setup State, when the protocol receives a
19      *RouteUpdate.ConnectionInitiated* indication.

20  • Access network shall transition to the Sleep State if the access terminal did not
21    advertise a suspend period that is current.

22  6.4.6.1.6 Connection Setup State

23  The access terminal and the access network use the Connection Setup State to perform a
24  normal connection set-up.

25  Figure 6.4.6.1-1 illustrates the process of opening a connection between the access
26  terminal and the access network when this protocol is used along with the default Route
27  Update and the default Reverse Traffic Channel MAC protocols.[19]

**Deleted:** Figure 6.4.6.1-1

28

---

[18] The access terminal monitors the Control Channel continuously during a suspend period thus avoiding the delay in opening access network initiated connections due to the sleep period.

[19] The Fast Connect message exchange is identical except for not having the Idle State Protocol ConnectionRequest message and the Route Update Protocol RouteUpdate message.



1
2                    **Figure 6.4.6.1-1. Connection Setup Exchange**

Deleted: 6.4.6.1

3    6.4.6.1.6.1 Access Terminal Requirements

4    The access terminal shall comply with the following requirements.

5    • Upon entering the Connection Setup State the access terminal shall:

6       – Issue an *OverheadMessages.Activate* command,

7       – Issue a *ControlChannelMAC.Activate* command,

8       – Set a state timer for $T_{IDPATSetup}$ seconds,

9    • If the access terminal receives a ConnectionDeny message, the access terminal shall
10      return a *ConnectionFailed* indication,

11   • If the state timer expires, the access terminal shall return a *ConnectionFailed*
12      indication,

13   • If the access terminal receives a *RouteUpdate.ConnectionOpened* indication, it shall
14      return a *ConnectionOpened* indication and transition to the Inactive State.

1   6.4.6.1.6.2 Access Network Requirements

2   If the access network denies the connection request, it should send the access terminal a
3   ConnectionDeny message, shall return a *ConnectionFailed* indication, and shall transition
4   to the Sleep State.

5   Otherwise, the access network shall perform the following:

6   • Set state timer for $T_{IDPANSetup}$ seconds.

7   • Issue a *RouteUpdate.Open* command.

8   • If the protocol receives a *RouteUpdate.ConnectionOpened* indication, the access
9     network shall return a *ConnectionOpened* indication and transition to the Inactive
10    State.

11  • If the state timer expires, the access network shall return a *ConnectionFailed*
12    indication.

13  6.4.6.2 Message Formats

14  6.4.6.2.1 Page

15  The access network sends the Page message to direct the access terminal to request a
16  connection.
17

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

18  MessageID            The access network shall set this field to 0x00.
19

| Channels | CCsynSS | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 20 |

20  6.4.6.2.2 ConnectionRequest

21  The access terminal sends the ConnectionRequest message to request a connection.
22

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| RequestReason | 4 |
| Reserved | 4 |

23  MessageID            The access terminal shall set this field to 0x01.

24  TransactionID        The access terminal shall increment this value for each new
25                       ConnectionRequest message sent.

1  RequestReason   The access terminal shall set this field to one of the request reasons
2                  as shown in Table 6.4.6.2-1.

**Deleted: 6.4.6.2**

**Deleted:** Table 6.4.6.2-1

3              **Table 6.4.6.2-1. Encoding of the RequestReason Field**

| Field value | Description |
|---|---|
| 0x0 | Access Terminal Initiated |
| 0x1 | Access Network Initiated |
| All other values are invalid ||

4  Reserved        The access terminal shall set this field to zero. The access network
5                  shall ignore this field.
6

| Channels | AC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

7  6.4.6.2.3 ConnectionDeny

8  The access network sends the ConnectionDeny message to deny a connection.
9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| DenyReason | 4 |
| Reserved | 4 |

10  MessageID       The access network shall set this field to 0x02.

11  TransactionID   The access network shall set this value to the TransactionID field of
12                  the corresponding ConnectionRequest message.

13  DenyReason      The access network shall set this field to indicate the reason it is
14                  denying the connection,  as shown in Table 6.4.6.2-2.

**Deleted:** Table 6.4.6.2-2

1

**Table 6.4.6.2-2. Encoding of the DenyReason Field**

Deleted: 6.4.6.2

| Field value | Description |
|---|---|
| 0x0 | General |
| 0x1 | Network Busy |
| 0x2 | Authentication or billing failure |
| All other values are reserved ||

2  Reserved                    The access network shall set this field to zero. The access terminal
3                              shall ignore this field.
4

| Channels | CC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

5  6.4.6.3 Interface to Other Protocols

6  6.4.6.3.1 Commands Sent

7  This protocol issues the following commands:

8  • *RouteUpdate.Open* (access network only)

9  • *RouteUpdate.Close*

10  • *OverheadMessages.Activate*

11  • *OverheadMessages.Deactivate*

12  • *ControlChannelMAC.Activate*

13  • *ControlChannelMAC.Deactivate*

14  6.4.6.3.2 Indications

15  This protocol registers to receive the following indications:

16  • *RouteUpdate.ConnectionOpened*

17  • *RouteUpdate.ConnectionInitiated*

18  • *AccessChannelMAC.TxStarted*

19  • *AccessChannelMAC.TxEnded*

20  • *AccessChannelMAC.TransmissionSuccessful*

21  6.4.7 Configuration Attributes

22  The following complex attribute and default values are defined (see 10.3 for attribute record
23  definition).

Deleted: 10.3

24  6.4.7.1 Preferred Control Channel Cycle Attribute
25

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| PreferredControlChannelCycleEnabled | 1 | '0' |
| PreferredControlChannelCycle | 0 or 15 | N/A |
| Reserved | 7 or 0 | N/A |

| | | |
|---|---|---|
| 1<br>2 | Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| 3 | AttributeID | The sender shall set this field to 0x00. |
| 4<br>5 | ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| 6<br>7<br>8<br>9 | PreferredControlChannelCycleEnabled | The sender shall set this field to '1' if PreferredControlChannelCycle field is included in this attribute; otherwise, the sender shall set this field to '0'. |
| 10<br>11<br>12<br>13<br>14<br>15 | PreferredControlChannelCycle | If PreferredControlChannelCycleEnabled is set to '1', the sender shall include this field and set it to specify the Control Channel Cycle in which the access terminal transitions out of the Sleep State (see 6.4.6.1.4) in order to monitor the Control Channel. The sender shall omit this field if PreferredControlChannelCycleEnabled is set to '0'. |
| 16<br>17<br>18 | Reserved | The length of this field shall be such that the attribute value is octet-aligned. The sender shall set this field to zero. The receiver shall ignore this field. |

Deleted: 6.4.6.1.4

TIA-856-2                                                Connection Layer

1    6.4.8 Protocol Numeric Constants
2

| Constant | Meaning | Value | Comments |
|----------|---------|-------|----------|
| $N_{IDPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{IDPDefault}$ | Subtype field for this protocol | 0x0000 | |
| $N_{IDPSleep}$ | Number of control channel cycles constituting a sleep period | 0x0c | 5.12 seconds |
| $T_{IDPATSetup}$ | Maximum access terminal time in the Connection Setup State | 2.5 seconds | |
| $T_{IDPANSetup}$ | Maximum access network time in the Connection Setup State | 1 second | |

**Deleted:** Table 2.5.4-1

3    6.4.9 Session State Information
4    The Session State Information record (see 10.8) consists of parameter records.

**Deleted:** 10.8

5    The parameter records for this protocol consist of only the configuration attributes of this
6    protocol.

1   **6.5 Default Connected State Protocol**

2   6.5.1 Overview

3   The Default Connected State Protocol provides procedures and messages used by the
4   access terminal and the access network while a connection is open.

5   This protocol can be in one of three states:

6   • <u>Inactive State</u>: In this state the protocol waits for an *Activate* command.

7   • <u>Open State</u>: In this state the access terminal can use the Reverse Traffic Channel
8     and the access network can use the Forward Traffic Channel and Control Channel to
9     send application traffic to each other.

10  • <u>Close State</u>: This state is associated only with the access network. In this state the
11    access network waits for connection resources to be safely released.

12  <u>Figure 6.5.1-1</u> and <u>Figure 6.5.1-2</u> show the state transition diagrams at the access terminal
13  and the access network respectively.

Deleted: Figure 6.5.1-1
Deleted: Figure 6.5.1-2



14
15  **Figure 6.5.1-1. Default Connected State Protocol State Diagram (Access Terminal)**

Deleted: 6.5.1



16
17  **Figure 6.5.1-2. Default Connected State Protocol State Diagram (Access Network)**

Deleted: 6.5.1

6-41

Connection Layer

1 6.5.2 Primitives and Public Data

2 6.5.2.1 Commands

3 This protocol defines the following commands:

4 • *Activate*
5 • *Deactivate*
6 • *CloseConnection*[20]

7 6.5.2.2 Return Indications

8 This protocol returns the following indications:

9 • *ConnectionClosed*

10 6.5.2.3 Public Data

11 • Subtype for this protocol

12 6.5.3 Protocol Data Unit

13 The transmission unit of this protocol is a message. This is a control protocol; and,
14 therefore, it does not carry payload on behalf of other layers or protocols.

15 This protocol uses the Signaling Application to transmit and receive messages.

16 6.5.4 Protocol Initialization

17 6.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

18 Upon creation, the InConfiguration instance of this protocol in the access terminal and the
19 access network shall perform the following in the order specified:

20 • The fall-back values of the attributes for this protocol instance shall be set to the
21 default values specified for each attribute.

22 • If the InUse instance of this protocol has the same protocol subtype as this
23 InConfiguration protocol instance, then the fall-back values of the attributes defined
24 by the InConfiguration protocol instance shall be set to the values of the
25 corresponding attributes associated with the InUse protocol instance.

26 • The value for each attribute for this protocol instance shall be set to the fall-back
27 value for that attribute.

28 6.5.4.2 Protocol Initialization for the InUse Protocol Instance

29 Upon creation, the InUse instance of this protocol in the access terminal and access
30 network shall perform the following:

---

[20] The *CloseConnection* command performs the same function as the *Deactivate* command and is
provided for clarity in the specification.

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol shall enter the Inactive State.

6.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

6.5.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of the configuration messages.

**Deleted:** 10.7

6.5.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  – The access terminal and the access network shall set the initial state of the InConfiguration protocol instance to the Inactive State.

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Connected State Protocol at the access terminal and the access network.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

6.5.5.3 Message Formats

6.5.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x50.

2   TransactionID      The sender shall increment this value for each new
3                      ConfigurationRequest message sent.

4   AttributeRecord    The format of this record is specified in 10.3.          | Deleted: 10.3 |

5

| Channels | | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | | unicast | **Priority** | 40 |

6   6.5.5.3.2 ConfigurationResponse

7   The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9    MessageID          The sender shall set this field to 0x51.

10   TransactionID      The sender shall set this value to the TransactionID field of the
11                      corresponding ConfigurationRequest message.

12   AttributeRecord    An attribute record containing a single attribute value. If this
13                      message selects a complex attribute, only the ValueID field of the
14                      complex attribute shall be included in the message. The format of the
15                      AttributeRecord is given in 10.3. The sender shall not include more    | Deleted: 10.3 |
16                      than one attribute record with the same attribute identifier.
17

Connection Layer                                                                 TIA-856-2

| Channels   |          FTC    RTC | **SLP**      | Reliable |
|------------|---------------------|--------------|----------|
| **Addressing** |         unicast | **Priority** |       40 |

1   6.5.6 Procedures and Messages for the InUse Instance of the Protocol

2   6.5.6.1 Procedures

3   6.5.6.1.1 Command Processing

4   6.5.6.1.1.1 Activate

5   When the protocol receives an *Activate* command in the Inactive State:

6   • The access terminal shall transition to the Open State.

7   • The access network shall transition to the Open State.

8   When the protocol receives this command in any other state it shall be ignored.

9   6.5.6.1.1.2 Deactivate

10  When the protocol receives a *Deactivate* command in the Inactive State or in the Close State
11  it shall be ignored.

12  When the protocol receives this command in the Open State:

13  • Access terminal shall send a ConnectionClose message to the access network and
14    perform the cleanup procedures defined in 6.5.6.1.2.1.2.

    [Deleted: 6.5.6.1.2.1.2]

15  • Access network shall send a ConnectionClose message to the access terminal,
16    perform the cleanup procedures defined in 6.5.6.1.2.1.2, and transition to the Close
17    State.

    [Deleted: 6.5.6.1.2.1.2]

18  6.5.6.1.1.3 CloseConnection

19  The access terminal and the access network shall process the *CloseConnection* command
20  following the same procedures used for the *Deactivate* command, see 6.5.6.1.1.2.

    [Deleted: 6.5.6.1.1.2]

21  6.5.6.1.2 Open State

22  In the Open State, the access terminal and the access network maintain a connection and
23  can use it to exchange application traffic on the Reverse Traffic Channel, Forward Traffic
24  Channel, and Control Channel.

25  6.5.6.1.2.1 Access Terminal Requirements

26  6.5.6.1.2.1.1 General Requirements

27  Upon entering the Open State, the access terminal shall issue the following commands:

28  • *OverheadMessages.Activate*

29  • *ControlChannelMAC.Activate*

1   The access terminal shall comply with the following requirements when in the Open State:

2   • The access terminal shall receive the Control Channel and the Forward Traffic
3     Channel.

4   • The access terminal shall not transmit on the Access Channel.

5   • The access terminal shall monitor the overhead messages as specified in the
6     Overhead Messages Protocol (see 6.8.6.1.6).

Deleted: 6.8.6.1.6

7   • If the access terminal receives a ConnectionClose message, it shall send a
8     ConnectionClose message with CloseReason set to "Close Reply" and execute the
9     cleanup procedures defined in 6.5.6.1.2.1.2.

Deleted: 6.5.6.1.2.1.2

10  If the access terminal sends a ConnectionClose message, it may advertise, as part of the
11  ConnectionClose message, that it shall be monitoring the Control Channel continuously,
12  until a certain time following the closure of the connection. This period is called a suspend
13  period, and can be used by the access network to accelerate the process of sending a
14  unicast packet (and specifically, a Page message or TrafficChannelAssignment message) to
15  the access terminal.

16  6.5.6.1.2.1.2 Cleanup Procedures

17  If the access terminal executes cleanup procedures it shall:

18  • Issue *RouteUpdate.Close* command.

19  • Return a *ConnectionClosed* indication.

20  • Transition to the Inactive State.

21  6.5.6.1.2.2 Access Network Requirements

22  6.5.6.1.2.2.1 General Requirements

23  The access network shall comply with the following requirements when in the Open State:

24  • Access network shall receive the Reverse Traffic Channel and may transmit on the
25    Forward Traffic Channel.

26  • If access network receives a ConnectionClose message, it shall consider the
27    connection closed, and it should execute the cleanup procedures defined in
28    6.5.6.1.2.2.2 and transition to the Inactive State.

Deleted: 6.5.6.1.2.2.2

29  • If access network requires closing the connection, it shall transmit a
30    ConnectionClose message, and transition to the Close State.

31  6.5.6.1.2.2.2 Cleanup Procedures

32  When the access network performs cleanup procedures it shall:

33  • Issue *RouteUpdate.Close* command,

34  • Return a *ConnectionClosed* indication.

1    6.5.6.1.3 Close State

2    The Close State is associated only with the access network. In this state the access network
3    waits for a replying ConnectionClose message from the access terminal or for the expiration
4    of the "CSP Close Timer" defined below.

5    Upon entering this state, the access network shall set a "CSP Close Timer" for T$_{CSPClose}$
6    seconds. If the access network receives a ConnectionClose message in this state, or if the
7    timer expires, it shall execute the cleanup procedures defined in 6.5.6.1.2.2.2, it may close
8    all connection-related resources assigned to the access terminal, and it should transition to
9    the Inactive State.

> Deleted: 6.5.6.1.2.2.2

10   6.5.6.2 Message Formats

11   6.5.6.2.1 ConnectionClose

12   The access terminal and the access network send the ConnectionClose message to close
13   the connection.
14

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| CloseReason | 3 |
| SuspendEnable | 1 |
| SuspendTime | 0 or 36 |
| Reserved | variable |

15   MessageID            The sender shall set this field to 0x00.

16   CloseReason          The sender shall set this field to reflect the close reason, as shown in
17                        Table 6.5.6.2-1.

> Deleted: Table 6.5.6.2-1
>
> Deleted: 6.5.6.2

18                  **Table 6.5.6.2-1. Encoding of the CloseReason Field**

| Field value | Description |
|-------------|-------------|
| '000' | Normal Close |
| '001' | Close Reply |
| '010' | Connection Error |
| All other values are reserved | |

19   SuspendEnable        The access terminal shall set this field to '1' if it will enable a
20                        suspend period   following the close of the connection. The access
21                        network shall set this field to '0'.

22   SuspendTime          Suspend period end time. This field is included only if the
23                        SuspendEnable field is set to '1'. The access terminal shall set this

field to the absolute system time of the end of its suspend period in units of 80 ms.

Reserved     The length of this field shall be such that the entire message is octet-aligned. The sender shall set this field to zero. The receiver shall ignore this field.

| Channels | | FTC     RTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

## 6.5.6.3 Interface to Other Protocols

### 6.5.6.3.1 Commands Sent

This protocol sends the following commands:

- *RouteUpdate.Close*
- *OverheadMessages.Activate*
- *ControlChannelMAC.Activate*

### 6.5.6.3.2 Indications

This protocol does not register to receive any indications.

## 6.5.7 Configuration Attributes

No configuration attributes are defined for this protocol.

## 6.5.8 Protocol Numeric Constants

| Constant | Meaning | Value | Comments |
|---|---|---|---|
| $N_{CSPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{CSPDefault}$ | Subtype field for this protocol | 0x0000 | |
| $T_{CSPClose}$ | Access network timer waiting for a responding ConnectionClose message | 1.5 seconds | |

**Deleted:** Table 2.5.4-1

## 6.5.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 10.8).

**Deleted:** 10.8

1 **6.6 Default Route Update Protocol**

2 6.6.1 Overview

3 The Default Route Update Protocol provides the procedures and messages used by the
4 access terminal and the access network to keep track of the access terminal's approximate
5 location and to maintain the radio link as the access terminal moves between the coverage
6 areas of different sectors.

7 This protocol can be in one of three states:

8 - <u>Inactive State</u>: In this state the protocol waits for an *Activate* command.

9 - <u>Idle State</u>: This state corresponds to the Air-Link Management Protocol Idle State. In
10 this state, the access terminal autonomously maintains the Active Set. Route update
11 messages from the access terminal to the access network are based on the distance
12 between the access terminal's current serving sector and the serving sector at the
13 time the access terminal last sent an update.

14 - <u>Connected State</u>: In this state the access network dictates the access terminal's
15 Active Set. Route update messages from the access terminal to the access network
16 are based on changing radio link conditions.

17 Transitions between states are driven by commands received from Connection Layer
18 protocols and the transmission and reception of the TrafficChannelAssignment message.

19 The protocol states, messages and commands causing the transition between the states are
20 shown in <u>Figure 6.6.1-1</u>.                                           Deleted: Figure 6.6.1-1



21

22                **Figure <u>6.6.1</u>-1. Default Route Update Protocol State Diagram**     Deleted: 6.6.1

23 This protocol uses parameters that are provided, as public data by the Overhead Messages
24 Protocol, configured attributes,  or protocol constants.

25 <u>Table 6.6.1-1</u> lists all of the protocol parameters obtained from the public data of the     Deleted: Table 6.6.1-1
26 Overhead Messages Protocol.

**Table 6.6.1-1. Route Update Protocol Parameters that are Public Data of the Overhead Messages Protocol**

Deleted: 6.6.1

| RU Parameter | Comment |
|---|---|
| Latitude | Latitude of sector in units of 0.25 second |
| Longitude | Longitude of sector in units of 0.25 second |
| RouteUpdateRadius | Distance between the serving sector and the sector in which location was last reported which triggers a new report. If this field is set to zero, then distance triggered reporting is disabled |
| NumNeighbors | Number of neighbors specified in the message |
| NeighborPN | PN Offset of each neighbor in units of 64 PN chips |
| NeighborChannelIncluded | Set to '1' if a Channel Record is included for the neighbor |
| NeighborChannel | Neighbor Channel Record specifying network type and frequency |

6.6.2 Primitives and Public Data

6.6.2.1 Commands

This protocol defines the following commands:

- *Activate*
- *Deactivate*
- *Open*
- *Close*

6.6.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionLost* (access network only)
- *NetworkLost*
- *IdleHO*
- *ActiveSetUpdated*
- *AssignmentRejected*
- *ConnectionInitiated*
- *ConnectionOpened*

6.6.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

Connection Layer                                                                TIA-856-2

1  • Active Set

2  • Pilot PN for every pilot in the Active Set

3  • Information provided by the SofterHandoff in the TrafficChannelAssignment message
4    for every pilot in the Active Set

5  • MACIndex for every pilot in the Active Set

6  • Channel record specified in the TrafficChannelAssignment message

7  • FrameOffset specified in the TrafficChannelAssignment message

8  • Current RouteUpdate message

9  6.6.3 Protocol Data Unit

10 The transmission unit of this protocol is a message. This is a control protocol and,
11 therefore, it does not carry payload on behalf of other layers or protocols.

12 This protocol uses the Signaling Application to transmit and receive messages.

13 6.6.4 Protocol Initialization

14 6.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance

15 Upon creation, the InConfiguration instance of this protocol in the access terminal and the
16 access network shall perform the following in the order specified:

17 • The fall-back values of the attributes for this protocol instance shall be set to the
18   default values specified for each attribute.

19 • If the InUse instance of this protocol has the same protocol subtype as this
20   InConfiguration protocol instance, then the fall-back values of the attributes defined
21   by the InConfiguration protocol instance shall be set to the values of the
22   corresponding attributes associated with the InUse protocol instance.

23 • The value for each attribute for this protocol instance shall be set to the fall-back
24   value for that attribute.

25 6.6.4.2 Protocol Initialization for the InUse Protocol Instance

26 Upon creation, the InUse instance of this protocol in the access terminal and the access
27 network shall perform the following:

28 • The value of the attributes for this protocol instance shall be set to the default values
29   specified for each attribute.

30 • The protocol shall enter the Inactive State.

31 6.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol

32 6.6.5.1 Procedures

33 This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
34 the configuration messages.

Deleted: 10.7

6-51

Connection Layer

6.6.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of the Route Update Protocol has the same subtype as this protocol instance, but the InUse instance of any other protocol in the Connection Layer does not have the same subtype as the corresponding InConfiguration protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Inactive State.

  – The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Idle State.

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of all protocols in the Connection Layer have the same subtype as the corresponding InConfiguration protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The InUse protocol instance at the access terminal shall perform the procedures specified in 6.6.6.1.2.1.        Deleted: 6.6.6.1.2.1

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of the Route Update Protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  – The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Inactive State.

  – The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Idle State.

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Route Update Protocol at the access terminal and the access network.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

1    6.6.5.3 Message Formats

2    6.6.5.3.1 ConfigurationRequest

3    The ConfigurationRequest message format is as follows:

4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5    MessageID            The sender shall set this field to 0x50.

6    TransactionID        The sender shall increment this value for each new
7                         ConfigurationRequest message sent.

8    AttributeRecord      The format of this record is specified in 10.3.          [Deleted: 10.3]

9

| Channels | | FTC    RTC | SLP | Reliable |
|----------|--|------------|-----|----------|
| Addressing | | unicast | Priority | 40 |

10   6.6.5.3.2 ConfigurationResponse

11   The ConfigurationResponse message format is as follows:
12

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

13   MessageID            The sender shall set this field to 0x51.

14   TransactionID        The sender shall set this value to the TransactionID field of the
15                        corresponding ConfigurationRequest message.

16   AttributeRecord      An attribute record containing a single attribute value. If this
17                        message selects a complex attribute, only the ValueID field of the
18                        complex attribute shall be included in the message. The format of the

Connection Layer

AttributeRecord is given in 10.3. The sender shall not include more    [Deleted: 10.3]
than one attribute record with the same attribute identifier.

| Channels |  | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing |  | unicast | | Priority | 40 |

6.6.6 Procedures and Messages for the InUse Instance of the Protocol

6.6.6.1 Procedures

6.6.6.1.1 Command Processing

6.6.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and
the access network shall transition to the Idle State.

If this command is received in any other state, it shall be ignored.

6.6.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If the protocol receives this command in any other state, the access terminal and the
access network shall:

- Issue a *ReverseTrafficChannelMAC.Deactivate* command,

- Issue a *ForwardTrafficChannelMAC.Deactivate* command,

- Transition to the Inactive State.

6.6.6.1.1.3 Open

If the protocol receives an *Open* command in the Idle State,

- The access terminal shall ignore it.

- The access network shall:

  – Transmit a TrafficChannelAssignment message; the access network should base
    this message on the last RouteUpdate it received from the access terminal,

  – Return a *ConnectionInitiated* indication,

  – Issue a *ReverseTrafficChannelMAC.Activate* command,

  – Issue a *ForwardTrafficChannelMAC.Activate* command.

  – Transition to the Connected State.

If this command is received in any other state it shall be ignored.

1   6.6.6.1.1.4 Close

2   If the protocol receives a *Close* command in the Connected State the access terminal and
3   the access network shall:

4   • Issue a *ReverseTrafficChannelMAC.Deactivate* command,

5   • Issue a *ForwardTrafficChannelMAC.Deactivate* command,

6   • Transition to the Idle State.

7   If this command is received in any other state it shall be ignored.

8   6.6.6.1.2 Pilots and Pilot Sets

9   The access terminal estimates the strength of the Forward Channel transmitted by each
10  sector in its neighborhood. This estimate is based on measuring the strength of the
11  Forward Pilot Channel (specified by the pilot's PN offset and the pilot's CDMA Channel),
12  henceforth referred to as the pilot.

13  When this protocol is in the Connected State, the access terminal uses pilot strengths to
14  decide when to generate RouteUpdate messages.

15  When this protocol is in the Idle State, the access terminal uses pilot strengths to decide
16  which sector's Control Channel it monitors.

17  The following pilot sets are defined to support the Route Update process:[21]

18  • Active Set: The set of pilots (specified by the pilot's PN offset and the pilot's CDMA
19    Channel) associated with the sectors currently serving the access terminal. When a
20    connection is open, a sector is considered to be serving an access terminal when
21    there is  a Forward Traffic Channel, Reverse Traffic Channel and Reverse Power
22    Control Channel assigned to the access terminal. When a connection is not open, a
23    sector is considered to be serving the access terminal when the access terminal is
24    monitoring that sector's control channel.

25  • Candidate Set: The pilots (specified by the pilot's PN offset and the pilot's CDMA
26    Channel) that are not in the Active Set, but are received by the access terminal with
27    sufficient strength to indicate that the sectors transmitting them are good candidates
28    for inclusion in the Active Set.

29  • Neighbor Set: The set of pilots (specified by the pilot's PN offset and the pilot's CDMA
30    Channel) that are not in either one of the two previous sets, but are likely candidates
31    for inclusion in the Active Set.

32  • Remaining Set: The set of all possible pilots (specified by the pilot's PN offset and the
33    pilot's CDMA Channel) on the current channel assignment, excluding the pilots that
34    are in any of the three previous sets.

35  At any given instant a pilot in the current CDMA Channel is a member of exactly one set.

_____

[21] In this context, a pilot identifies a sector.

1 The access terminal maintains all four sets. The access network maintains only the Active
2 Set.

3 The access terminal complies with the following rules when searching for pilots, estimating
4 the strength of a given pilot, and moving pilots between sets.

5 6.6.6.1.2.1 Neighbor Set Search Window Parameters Update

6 The access terminal shall maintain RouteUpdateNeighborList which is a list of structures of
7 type Neighbor (defined below). For each pilot (specified by the pilot's PN offset and the
8 pilot's CDMA Channel) in the Neighbor Set, the access terminal shall maintain a structure
9 in the RouteUpdateNeighborList.

10 A Neighbor structure consists of four fields: PilotPN, Channel, SearchWindowSize, and
11 SearchWindowOffset.

12 The RouteUpdateNeighborList is used by the access terminal to perform pilot search on a
13 pilot in the Neighbor Set.

14 When this set of procedures is invoked, the access terminal shall perform the following
15 steps in the order specified:

16 • For each pilot (specified by its pilot PN and its channel) in the Neighbor Set, the
17   access terminal shall first initialize the corresponding Neighbor structure in
18   RouteUpdateNeighborList as follows:

19   – Set the structure's PilotPN field to the neighbor pilot's PN.

20   – Set the structure's Channel field to the neighbor pilot's channel record.

21   – Set the structure's SearchWindowSize field to the configurable attribute
22     SearchWindowNeighbor.

23   – Set the structure's SearchWindowOffset to zero.

24 • For each pilot (specified by the pilot's PN offset and the pilot's CDMA Channel) listed
25   in the OverheadMessagesNeighborList, the access terminal shall set the non-NULL
26   fields of the corresponding Neighbor structure in the RouteUpdateNeighborList to the
27   fields of the Neighbor structure in the OverheadMessagesNeighborList for this pilot.

28 • For each pilot (specified by the pilot's PN offset and the pilot's CDMA Channel) listed
29   in the NeighborListMessageNeighborList, the access terminal shall set the non-NULL
30   fields of the corresponding Neighbor structure in the RouteUpdateNeighborList to the
31   fields of the Neighbor structure in the NeighborListMessageNeighborList for this
32   pilot.

33 6.6.6.1.2.2 Pilot Search

34 The access terminal shall continually search for pilots in the Connected State and
35 whenever it is monitoring the Control Channel in the Idle State. The access terminal shall
36 search for pilots in all pilot sets. This search shall be governed by the following rules:

1.  <u>Search Priority</u>: The access terminal should use the same search priority for pilots in the Active Set and Candidate Set. In descending order of search rate, the access terminal shall search, most often, the pilots in the Active Set and Candidate Set, then shall search the pilots in the Neighbor Set, and lastly shall search the pilots in the Remaining Set.

2.  <u>Search Window Size</u>: The access terminal shall use the search window size specified by the configurable attribute SearchWindowActive for pilots in the Active Set and Candidate Set. For each pilot in the Neighbor Set, the access terminal shall use the search window size specified by <u>Table 6.6.6.2-3</u> and SearchWindowSize field of the corresponding Neighbor structure in the RouteUpdateNeighborList. The access terminal shall use search window size specified by configurable attribute SearchWindowRemaining for pilots in the Remaining Set.

3.  <u>Search Window Center</u>: The access terminal should center the search window around the earliest usable multipath component for pilots in the Active Set. The access terminal should center the search window for each pilot in the Neighbor Set around the pilot's PN sequence offset plus the search window offset specified by <u>Table 6.6.6.2-4</u> and SearchWindowOffset field of the corresponding Neighbor structure in the RouteUpdateNeighborList using timing defined by the access terminal's time reference (see <u>9.2.1.6</u>). The access terminal should center the search window around the pilot's PN sequence offset using timing defined by the access terminal's time reference (see <u>9.2.1.6</u>) for the Remaining Set.

**6.6.6.1.2.3 Pilot Strength Measurement**

The access terminal shall measure the strength of every pilot it searches. The strength estimate formed by the access terminal shall be computed as the sum of the ratios of received pilot energy per chip, $E_c$, to total received spectral density, $I_0$ (signal and noise) for at most $k$ multipath components, where $k$ is the maximum number of multipath components that can be demodulated simultaneously by the access terminal.

**6.6.6.1.2.4 Pilot Drop Timer Maintenance**

For each pilot, the access terminal shall maintain a pilot drop timer.

If DynamicThresholds is equal to '0', the access terminal shall start a pilot drop timer for each pilot in the Candidate Set or the Active Set whenever the strength becomes less than the value specified by PilotDrop. The access terminal shall consider the timer to be expired after the time specified by PilotDropTimer. The access terminal shall reset and disable the timer whenever the strength of the pilot becomes greater than the value specified by PilotDrop.

If DynamicThresholds is equal to '1', the access terminal shall perform the following:

- The access terminal shall start a pilot drop timer for each pilot in the Candidate Set whenever the strength of the pilot becomes less than the value specified by PilotDrop and the pilot drop timer shall be set to expired after the time specified by PilotDropTimer. The timer shall be reset and disabled if the strength of the pilot becomes greater than the value specified by PilotDrop before it expires.

Connection Layer

1  • For each pilot in the Active Set, the access terminal shall sort pilots in the Active Set
2    in order of increasing strengths, i.e., $PS_1 < PS_2 < PS_3 < ... < PS_{N_A}$, where $N_A$ is the
3    number of the pilots in the Active Set. The access terminal shall start the timer
4    whenever the strength $PS_i$ satisfies the following inequality:

5
$$10 \times \log_{10} PS_i < \max\left(\frac{SoftSlope}{8} \times 10 \times \log_{10} \sum_{j>i} PS_j + \frac{DropIntercept}{2}, -\frac{PilotDrop}{2}\right)$$
$$i = 1, 2, ..., N_A - 1$$

6    The access terminal shall reset and disable the timer whenever the above inequality
7    is not satisfied for the corresponding pilot.

8  Sections 6.6.6.1.2.6 and 6.6.6.1.6.5 specify the actions the access terminal takes when the
9  pilot drop timer expires.

*Deleted: 6.6.6.1.2.6*
*Deleted: 6.6.6.1.6.5*

10  6.6.6.1.2.5 Active Set Management

11  The access terminal shall support a maximum Active Set size of $N_{RUPActive}$ pilots.

12  Rules for maintaining the Active Set are specific to each protocol state (see 6.6.6.1.5.1 and
13  6.6.6.1.6.1).

*Deleted: 6.6.6.1.5.1*
*Deleted: 6.6.6.1.6.1*

14  6.6.6.1.2.6 Candidate Set Management

15  The access terminal shall support a maximum Candidate Set size of $N_{RUPCandidate}$ pilots.

16  The access terminal shall add a pilot to the Candidate Set if one of the following conditions
17  is met:

18  • Pilot is not already in the Active Set or Candidate Set and the strength of the pilot
19    exceeds the value specified by PilotAdd.

20  • Pilot is deleted from the Active Set, its pilot drop timer has expired,
21    DynamicThresholds is equal to '1', and the pilot strength is above the threshold
22    specified by PilotDrop.

23  • Pilot is deleted from the Active Set but its pilot drop timer has not expired.

24  The access terminal shall delete a pilot from the Candidate Set if one of the following
25  conditions is met:

26  • Pilot is added to the Active Set.

27  • Pilot's drop timer has expired.

28  • Pilot is added to the Candidate Set; and, as a consequence, the size of the Candidate
29    Set exceeds $N_{RUPCandidate}$. In this case, the access terminal shall delete the weakest
30    pilot in the set. Pilot A is considered weaker than pilot B:

31    – If pilot A has an active drop timer but pilot B does not,

32    – If both pilots have an active drop timer and pilot A's drop timer is closer to
33      expiration than pilot B's, or

6-58

1  – If neither of the pilots has an active drop timer and pilot A's strength is less than
2     pilot B's.

3  6.6.6.1.2.7 Neighbor Set Management

4  The access terminal shall support a minimum Neighbor Set size of $N_{RUPNeighbor}$ pilots.

5  The access terminal shall maintain a counter, AGE, for each pilot in the Neighbor Set
6  as follows.

7  The access terminal shall perform the following in the order specified:

8  • If a pilot is added to the Active Set or Candidate Set, it shall be deleted from the
9     Neighbor Set.

10  • If a pilot is deleted from the Active Set, but not added to the Candidate Set, then it
11     shall be added to the Neighbor Set with the AGE of 0.

12  • If a pilot is deleted from the Candidate Set, but not added to the Active Set, then it
13     shall be added to the Neighbor Set with the AGE of 0.

14  • If the size of the Neighbor Set is greater than the maximum Neighbor Set supported
15     by the access terminal, the access terminal shall delete enough pilots from the
16     Neighbor Set such that the size of the Neighbor Set is the maximum size supported
17     by the access terminal and pilots with higher AGE are deleted first[22].

18  • If the access terminal receives an *OverheadMessages.Updated* indication, then:

19     – The access terminal shall increment the AGE for every pilot in the Neighbor Set.

20     – For each pilot in the neighbor list given as public data by the Overhead Messages
21        Protocol that is a member of the Neighbor Set, the access terminal shall perform
22        the following:

23        + The access terminal shall set the AGE of this neighbor list pilot to the minimum
24           of its current AGE and NeighborMaxAge.

25     – For each pilot in the neighbor list given as public data by the Overhead Messages
26        Protocol (in the order specified in the neighbor list) that is a member of the
27        Remaining Set, the access terminal shall perform the following:

28        + If the addition of this neighbor list pilot to the Neighbor Set would not cause
29           the size of the Neighbor Set size to increase beyond the maximum Neighbor Set
30           size supported by the access terminal, then the access terminal shall add this
31           neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge.

---

[22] The order in which pilots of the same AGE are deleted does not matter in this case.

+ If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set contains at least one pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, then the access terminal shall delete the pilot in the Neighbor Set for which the difference between its AGE and the NeighborMaxAge associated with that pilot's channel (i.e., AGE - NeighborMaxAge) is the greatest and shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge associated with the pilot's channel.

+ If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set does not contain a pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, the access terminal shall not add this neighbor list pilot to the Neighbor Set.

• If the access terminal receives a NeighborList message, then:

  – The access terminal shall increment the AGE for every pilot in the Neighbor Set.

  – For each pilot in the neighbor list given in the NeighborList message that is a member of the Neighbor Set, the access terminal shall perform the following:

    + The access terminal shall set the AGE of this neighbor list pilot to the minimum of its current AGE and NeighborMaxAge.

  – For each pilot in the neighbor list given in the NeighborList message (in the order specified in the message) that is a member of the Remaining Set, the access terminal shall perform the following:

    + If the addition of this neighbor list pilot to the Neighbor Set would not cause the size of the Neighbor Set size to increase beyond the maximum Neighbor Set size supported by the access terminal, then the access terminal shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge.

    + If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set contains at least one pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, then the access terminal shall delete the pilot in the Neighbor Set for which the difference between its AGE and the NeighborMaxAge associated with that pilot's channel (i.e., AGE - NeighborMaxAge) is the greatest and add shall this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge associated with the pilot's channel.

    + If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set does not contain a pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, the access terminal shall not add this neighbor list pilot to the Neighbor Set.

1    The access terminal shall perform the procedures specified in 6.6.6.1.2.1 if a pilot
2    (specified by the pilot's PN offset and the pilot's CDMA Channel) is added to or deleted from
3    the Neighbor Set.

> **Deleted:** 6.6.6.1.2.1

6.6.6.1.2.8 Remaining Set Management

5    The access terminal shall initialize the Remaining Set to contain all the pilots whose PN
6    offset index is an integer multiple of PilotIncrement and are not already members of any
7    other set.

8    The access terminal shall add a pilot to the Remaining Set if it deletes the pilot from the
9    Neighbor Set and if the pilot was not added to the Active Set or Candidate Set.

10   The access terminal shall delete the pilot from the Remaining Set if it adds it to another set.

6.6.6.1.2.9 Pilot PN Phase Measurement

12   The access terminal shall measure the arrival time, PILOT_ARRIVAL, for each pilot reported
13   to the access network. The pilot arrival time shall be the time of occurrence, as measured
14   at the access terminal antenna connector, of the earliest arriving usable multipath
15   component of the pilot. The arrival time shall be measured relative to the access terminal's
16   time reference in units of PN chips. The access terminal shall compute the reported pilot
17   PN phase, PILOT_PN_PHASE, as:

18        $\text{PILOT\_PN\_PHASE} = (\text{PILOT\_ARRIVAL} + (64 \times \text{PILOT\_PN})) \bmod 2^{15}$,

19   where PILOT_PN is the PN sequence offset index of the pilot.

6.6.6.1.3 Message Sequence Numbers

21   The access network shall validate all received RouteUpdate messages as specified in
22   6.6.6.1.3.1.

> **Deleted:** 6.6.6.1.3.1

23   The access terminal shall validate all received TrafficChannelAssignment messages as
24   specified in 6.6.6.1.3.2.

> **Deleted:** 6.6.6.1.3.2

25   The RouteUpdate message and the TrafficChannelAssignment message carry a
26   MessageSequence field that serves to flag duplicate or stale messages.

27   The MessageSequence field of the RouteUpdate message is independent of the
28   MessageSequence field of the TrafficChannelAssignment message.

6.6.6.1.3.1 RouteUpdate Message Validation

30   When the access terminal first sends a RouteUpdate message, it shall set the
31   MessageSequence field of the message to zero. Subsequently, the access terminal shall
32   increment this field each time it sends a RouteUpdate message.

33   The access network shall consider all RouteUpdate messages it receives in the Idle State as
34   valid.

35   The access network shall initialize the receive pointer, *V(R)* to the MessageSequence field of
36   the first RouteUpdate message it received in the Idle State, and the access network shall
37   subsequently set it to the MessageSequence field of each received RouteUpdate message.

1    When the access network receives a RouteUpdate message in the Connected State, it shall
2    validate the message using the procedure defined in 10.6. The access network shall discard
3    the message if it is invalid.

4    6.6.6.1.3.2 TrafficChannelAssignment Message Validation

5    The access network shall set the MessageSequence field of the TrafficChannelAssignment
6    message it sends in the Idle State to zero. Subsequently, each time the access network
7    sends a new TrafficChannelAssignment message in the Connected State, it shall increment
8    this field. If the access network is sending the same message multiple times, it shall not
9    change the value of this field between transmissions.[23]

10   The access terminal shall initialize the receive pointer, $V(R)$, to the MessageSequence field
11   of the TrafficChannelAssignment message that it receives in the Idle State.

12   When the access terminal receives a TrafficChannelAssignment message, it shall validate
13   the message using the procedure defined in 10.6. The access terminal shall discard the
14   message if it is invalid.

15   6.6.6.1.3.3 AttributeOverride Message Validation

16   The access network shall set the MessageSequence field of the first AttributeOverride
17   message that it sends after the Route Update protocol enters the Connected State to zero.
18   Subsequently, each time the access network sends a new AttributeOverride message in the
19   Connected State, it shall increment this field. If the access network is sending the same
20   message multiple times, it shall not change the value of this field between transmissions.[24]

21   The access terminal shall initialize the receive pointer, $V(R)$, to the MessageSequence field
22   of the first AttributeOverride message that it receives in the Connected State.

23   6.6.6.1.4 When the access terminal receives an AttributeOverride message, it shall validate
24            the message using the procedure defined in 10.6. The access terminal shall discard
25            the message if it is invalid.Inactive State

26   Upon entering this state, the access terminal shall perform the following:

27   •  The access terminal shall set the Active Set, the Candidate Set, and the Neighbor Set
28      to NULL.

29   •  The access terminal shall initialize the Remaining Set to contain all the pilots whose
30      PN offset index is an integer multiple of PilotIncrement and are not already members
31      of any other set.

32   •  The access terminal shall perform the following in the order specified:

33      –  Remove all Neighbor structures from OverheadMessagesNeighborList.

34      –  Remove all Neighbor structures from NeighborListMessageNeighborList.

_____

[23] The access network may send a message multiple times to increase its delivery probability.

[24] The access network may send a message multiple times to increase its delivery probability.

Deleted: 10.6

Deleted: 10.6

Deleted: 10.6

1          – Perform the procedures specified in 6.6.6.1.2.1.

Deleted: 6.6.6.1.2.1

2     • The access terminal shall set $(x_L, y_L)$, the longitude and latitude of the sector in whose
3       coverage area the access terminal last sent a RouteUpdate message, to (NULL,
4       NULL).

5  6.6.6.1.5 Idle State

6  In this state, RouteUpdate messages from the access terminal are based on the distance
7  between the sector where the access terminal last sent a RouteUpdate message and the
8  sector currently in its active set.

9  The access network sends the TrafficChannelAssignment message to open a connection in
10 this state.

11 Upon entering this state, the access terminal shall perform the following:

12    • Remove all Neighbor structures from NeighborListMessageNeighborList and perform
13      the procedures specified in 6.6.6.1.2.1.

Deleted: 6.6.6.1.2.1

14    • Stop using the parameters specified in the AttributeOverride message in the set
15      management procedures and start using values specified by the
16      SetManagementSameChannelParameters              and              the
17      SetManagementDifferentChannelParameters attributes whichever applicable, in the
18      set management procedures.

19 6.6.6.1.5.1 Active Set Maintenance

20 The access network shall not initially maintain an Active Set for the access terminal in this
21 state.

22 If the access network receives an *Open* command, it shall initialize the Active Set to the set
23 of pilots in the TrafficChannelAssignment message that it sends in response to command
24 (see 6.6.6.1.1.3).

Deleted: 6.6.6.1.1.3

25 The access terminal shall initially keep an Active Set of size one when it is in the Idle State.
26 The Active Set pilot shall be the pilot associated with the Control Channel the access
27 terminal is currently monitoring. The access terminal shall return an *IdleHO* indication
28 when the Active Set changes in the Idle State.

29 The access terminal shall not change its Active Set pilot at a time that causes it to miss a
30 synchronous Control Channel capsule. Other rules governing when to replace this Active
31 Set pilot are beyond the scope of this specification.

32 If the access terminal receives a TrafficChannelAssignment message, it shall set its Active
33 Set to the list of pilots specified in the message.

34 6.6.6.1.5.2 Pilot Channel Supervision in the Idle State

35 The access terminal shall perform pilot channel supervision in the Idle State as follows:

36    • Access terminal shall monitor the pilot strength of the pilot in its active set, all the
37      pilots in the candidate set and all the pilots in the neighbor set that are on the same
38      frequency.

- If the strength of all the pilots that the access terminal is monitoring goes below the value specified by PilotDrop, the access terminal shall start a pilot supervision timer. The access terminal shall consider the timer to be expired after the time specified by PilotDropTimer.

- If the strength of at least one of the pilots goes above the value specified by PilotDrop while the pilot supervision timer is counting down, the access terminal shall reset and disable the timer.

- If the pilot supervision timer expires, the access terminal shall return a *NetworkLost* indication.

6.6.6.1.5.3 Processing the TrafficChannelAssignment Message in the Idle State

If the access terminal receives a TrafficChannelAssignment message in this state, it shall update its Active Set as described above, and perform the following:

- Return a *ConnectionInitiated* Indication,

- If the Channel Record is included in the message, the access terminal shall tune to the CDMA channel specified by the Channel Record.

- Issue the following commands:

    – *ReverseTrafficChannelMAC.Activate*

    – *ForwardTrafficChannelMAC.Activate*

- Transition to the Connected State.

6.6.6.1.5.4 Route Update Report Rules

The access terminal shall send RouteUpdate messages to update its location with the access network.

The access terminal shall not send a RouteUpdate message if the connection timer is active.

The access terminal shall comply with the following rules when sending RouteUpdate messages.

- The access terminal shall send a RouteUpdate message whenever it transmits on the Access Channel.

- The access terminal shall include in the RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for every pilot in the Active Set and Candidate Set.

- The access terminal shall send a RouteUpdate message if the computed value $r$ is greater than the value provided in the RouteUpdateRadius field of the SectorParameters message transmitted by the sector in which the access terminal last sent a RouteUpdate message.

    If $(x_L, y_L)$ are the longitude and latitude of the sector in whose coverage area the access terminal last sent a RouteUpdate, and $(x_C, y_C)$ are the longitude and latitude

Connection Layer                                                    TIA-856-2

of the sector currently providing coverage to the access terminal, then $r$ is given by[25]

$$r = \left\lfloor \frac{\sqrt{\left[(x_C - x_L) \times \cos\left(\frac{\pi}{180} \times \frac{y_L}{14400}\right)\right]^2 + \left[y_C - y_L\right]^2}}{16} \right\rfloor$$

The access terminal shall compute $r$ with an error of no more than ±5% of its true value when $|y_L / 14400|$ is less than 60 and with an error of no more than ±7% of its true value when $|y_L / 14400|$ is between 60 and 70.[26]

6.6.6.1.6 Connected State

In this state, RouteUpdate messages from the access terminal are based on changes in the radio link between the access terminal and the access network, obtained through pilot strength measurements at the access terminal.

The access network determines the contents of the Active Set through TrafficChannelAssignment messages.

6.6.6.1.6.1 Access Terminal Requirements

In the Connected State, the access terminal shall perform the following:

- If the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication the access terminal shall:

  – Send a TrafficChannelComplete message with the MessageSequence field of the message set to the MessageSequence field of the TrafficChannelAssignment message,

  – Return a *ConnectionOpened* indication.

6.6.6.1.6.2 Access Network Requirements

In the Connected State, the access network shall perform the following:

- If the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication the access network shall return a *ConnectionOpened* indication.

---

[25] The *x's* denote longitude and the *y's* denote latitude.

[26] $x_L$ and $y_L$ are given in units of 1/4 seconds. $x_L / 14400$ and $y_L / 14400$ are in units of degrees.

1 6.6.6.1.6.3 Active Set Maintenance

2 6.6.6.1.6.3.1 Access Network

3 Whenever the access network sends a TrafficChannelAssignment message to the access
4 terminal, it shall add to the Active Set any pilots listed in the message that are not
5 currently in the Active Set.

6 The access network shall delete a pilot from the Active Set if the pilot was not listed in a
7 TrafficChannelAssignment message and if the access network received the
8 TrafficChannelComplete message, acknowledging that TrafficChannelAssignment message.

9 The access network should send a TrafficChannelAssignment message to the access
10 terminal in response to changing radio link conditions, as reported in the access terminal's
11 RouteUpdate messages.

12 The access network should only specify a pilot in the TrafficChannelAssignment message if
13 it has allocated the required resources in the associated sector. This means that the sector
14 specified by the pilot is ready to receive data from the access terminal and is ready to
15 transmit queued data to the access terminal should the access terminal point its DRC at
16 that sector.

17 If the access network adds or deletes a pilot in the Active Set, it shall send an
18 *ActiveSetUpdated* indication.

19 If the access network adds a pilot specified in a RouteUpdate message to the Active Set, the
20 access network may use the PilotPNPhase field provided in the message to obtain a round
21 trip delay estimate from the access terminal to the sector associated with this pilot. The
22 access network may use this estimate to accelerate the acquisition of the access terminal's
23 Reverse Traffic Channel in that sector.

24 6.6.6.1.6.3.2 Access Terminal

25 If the access terminal receives a valid TrafficChannelAssignment message (see 6.6.6.1.3.2),
26 it shall replace the contents of its current Active Set with the pilots specified in the
27 message. The access terminal shall process the message as defined in 6.6.6.1.6.6.

> **Deleted:** 6.6.6.1.3.2

> **Deleted:** 6.6.6.1.6.6

28 6.6.6.1.6.4 ResetReport Message

29 The access network may send a ResetReport message to reset the conditions under which
30 RouteUpdate messages are sent from the access terminal. Access terminal usage of the
31 ResetReport message is specified in the following section.

32 6.6.6.1.6.5 Route Update Report Rules

33 The access terminal sends a RouteUpdate message to the access network in this state to
34 request addition or deletion of pilots from its Active Set. If DynamicThresholds is equal to
35 '0', the access terminal shall include in the RouteUpdate message the pilot PN phase, pilot
36 strength, and drop timer status for every pilot in the Active Set and Candidate Set. If
37 DynamicThresholds is equal to '1', then the access terminal shall include in the
38 RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for every
39 pilot in the Active Set, for each pilot in the Candidate Set whose strength is above the

Connection Layer                                                      TIA-856-2

1  values specified by PilotAdd, and for each pilot in the Candidate set whose strength, PS,
2  satisfies the following inequality:

3
$$10 \times \log_{10} PS > \frac{\text{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} PS_i + \frac{\text{AddIntercept}}{2},$$

4  where the summation is performed over all pilots currently in the Active Set.

5  The access terminal shall send the message if any one of the following occurs:

6  • If DynamicThresholds is equal to '0' and the strength of a Neighbor Set or Remaining
7    Set pilot is greater than the value specified by PilotAdd.

8  • If DynamicThresholds is equal to '1' and the strength of a Neighbor Set or Remaining
9    Set pilot, PS, satisfies the following inequality:

10
$$10 \times \log_{10} PS > \max\left(\frac{\text{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} PS_i + \frac{\text{AddIntercept}}{2}, -\frac{\text{PilotAdd}}{2}\right)$$

11   where the summation is performed over all pilots currently in the Active Set.

12  • If DynamicThresholds is equal to '0' and the strength of a Candidate Set pilot is
13    greater than the value specified by PilotCompare above an Active Set pilot, and a
14    RouteUpdate message carrying this information has not been sent since the last
15    ResetReport message was received.

16  • If DynamicThresholds is equal to '0' and the strength of a Candidate Set pilot is
17    above PilotAdd, and a RouteUpdate message carrying this information has not been
18    sent since the last ResetReport message was received.

19  • If DynamicThresholds is equal to '1' and

20    – the strength of a Candidate Set pilot, PS, satisfies the following inequality:

21
$$10 \times \log_{10} PS > \frac{\text{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} PS_i + \frac{\text{AddIntercept}}{2}$$

22      where the summation is performed over all pilots currently in the Active Set,
23      and

24    – a RouteUpdate message carrying this information has not been sent since the last
25      ResetReport message was received.

26  • If DynamicThresholds is equal to '1' and

27    – the strength of a Candidate Set pilot is greater than the value specified by
28      PilotCompare above an Active Set pilot, and

29    – the strength of a Candidate Set pilot, PS, satisfies the following inequality:

30
$$10 \times \log_{10} PS > \frac{\text{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} PS_i + \frac{\text{AddIntercept}}{2}$$

TIA-856-2                                                    Connection Layer

1   where the summation is performed over all pilots currently in the Active Set,
2   and

3   – a RouteUpdate message carrying this information has not been sent since the last
4   ResetReport message was received.

5   • The pilot drop timer of an Active Set pilot has expired, and a RouteUpdate message
6   carrying this information has not been sent since the last ResetReport message was
7   received.

8   6.6.6.1.6.6 Processing the TrafficChannelAssignment Message

9   The access terminal shall process a valid TrafficChannelAssignment (see 6.6.6.1.3.2)

| Deleted: 6.6.6.1.3.2 |
| --- |

10   message as follows:

11   • If the TrafficChannelAssignment message contains a value for the FrameOffset that
12   is different from the value of the FrameOffset received in the last
13   TrafficChannelAssignment message that was received in the Idle state, then the
14   access terminal shall return a *RouteUpdate.AssignmentRejected* indication and shall
15   discard the message.

16   • The access terminal shall update its Active Set as defined in 6.6.6.1.6.3.2.

| Deleted: 6.6.6.1.6.3.2 |
| --- |

17   • The access terminal shall tune to the frequency defined by the Channel record, if
18   this record is included in the message.

19   • The access terminal shall start monitoring and responding to the Power Control
20   Channels defined by the MACIndex fields provided in the message. The access
21   terminal should use the SofterHandoff fields to identify the Power Control Channels
22   that are carrying identical information and can therefore be soft-combined.

23   • The access terminal shall send the access network a TrafficChannelComplete
24   message specifying the MessageSequence value received in the
25   TrafficChannelAssignment message.

26   6.6.6.1.6.7 Processing the TrafficChannelComplete Message

27   The access network should set a transaction timer when it sends a
28   TrafficChannelAssignment message. If the access network sets a transaction timer, it shall
29   reset the timer when it receives a TrafficChannelComplete message containing a
30   MessageSequence field equal to the one sent in the TrafficChannelAssignment message.

31   If the timer expires, the access network should return a *RouteUpdate.ConnectionLost*
32   indication.

33   6.6.6.1.6.8 Transmission and Processing of the NeighborList Message

34   The access network may send the NeighborList message to the access terminal when the
35   protocol is in the Connected State to override the search window size and/or search
36   window offset corresponding to a pilot in the Neighbor Set.

37   Upon receiving a NeighborList message, the access terminal shall perform the following in
38   the order specified:

1  2  • The access terminal shall remove all Neighbor structures from NeighborListMessageNeighborList.

3  4  5  • For each pilot (specified by its pilot PN and its channel) listed in the received NeighborList message, the access terminal shall add a Neighbor structure to NeighborListMessageNeighborList and populate it as follows:

6  – Set the structure's PilotPN field to the message's corresponding PilotPN field.

7  8  9  – If the message's ChannelIncluded field is set to '1', set the structure's Channel field to the message's corresponding Channel field. Otherwise, set the structure's Channel field to the current channel.

10  11  12  13  – If the message's SearchWindowSizeIncluded field is set to '1', then set the structure's SearchWindowSize field to the message's corresponding SearchWindowSize field. Otherwise, set the structure's SearchWindowSize field to NULL.

14  15  16  – If the SearchWindowOffsetIncluded field is set to '1', then set the structure's SearchWindowOffset field to the message's corresponding SearchWindowOffset field. Otherwise, set the structure's SearchWindowOffset field to NULL.

17  • Perform the procedures specified in 6.6.6.1.2.1.

**Deleted:** 6.6.6.1.2.1

18  6.6.6.1.6.9 Transmission and Processing of the AttributeOverride Message

19  20  21  The access network may send the AttributeOverride message to the access terminal to override the parameters specified in the SetManagementSameChannelParameters and SetManagementDifferentChannelParameters configuration attributes.

22  23  24  If the value of the SetManagementOverrideAllowed attribute is 0x01, then upon receiving a valid (see 6.6.6.1.3.3) AttributeOverride message, the access terminal shall start using the values specified in the message.

**Deleted:** 6.6.6.1.3.3

25  26  27  28  The access terminal shall discard the values of the SetManagementSameChannelParameters and SetManagementDifferentChannelParameters in the AttributeOverride message if the SetManagementOverrideAllowed attribute is set to 0x00.

29  30  31  When the access terminal receives a valid (see 6.6.6.1.3.3) AttributeOverride message, it shall send the access network an AttributeOverrideResponse message specifying the MessageSequence value received in the AttributeOverride message.

**Deleted:** 6.6.6.1.3.3

32  6.6.6.1.6.10 Processing of OverheadMessages.Updated Indication

33  34  35  Upon receiving *OverheadMessages.Updated* indication, the access terminal shall perform the OverheadMessagesNeighborList Initialization procedures as specified in 6.6.6.1.6.11 and then perform the procedures specified in 6.6.6.1.2.1.

**Deleted:** 6.6.6.1.6.11

**Deleted:** 6.6.6.1.2.1

36  6.6.6.1.6.11 OverheadMessagesNeighborList Initialization

37  38  When the OverheadMessagesNeighborList initialization procedures are invoked by the access terminal, it shall perform the following:

- The access terminal shall remove all Neighbor structures from the OverheadMessagesNeighborList list.

- For each pilot (specified by its pilot PN and its channel) in the neighbor list given as public data of Overhead Messages Protocol, the access terminal shall add a Neighbor structure to the OverheadMessagesNeighborList list and populate it as follows:

  - Set the structure's PilotPN field to the corresponding NieghborPilotPN field given as public data of the Overhead Messages Protocol.

  - If the Overhead Messages Protocol's NeighborChannelIncluded field is set to '1', set the structure's Channel field to the Overhead Messages Protocol's corresponding NeighborChannel. Otherwise, set the structure's Channel field to the current channel.

  - If the Overhead Messages Protocol's SearchWindowSizeIncluded field is set to '1', then set the structure's SearchWindowSize field to the Overhead Messages Protocol's corresponding SearchWindowSize field. Otherwise, set the structure's SearchWindowSize field to NULL.

  - If the Overhead Messages Protocol's SearchWindowOffsetIncluded field is set to '1', then set the structure's SearchWindowOffset field to the Overhead Messages Protocol's corresponding SearchWindowOffset field. Otherwise, set the structure's SearchWindowOffset field to NULL.

6.6.6.2 Message Formats

6.6.6.2.1 RouteUpdate

The access terminal sends the RouteUpdate message to notify the access network of its current location and provide it with an estimate of its surrounding radio link conditions.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| ReferencePilotPN | 9 |
| ReferencePilotStrength | 6 |
| ReferenceKeep | 1 |
| NumPilots | 4 |

NumPilots occurrences of the following fields:

| | |
|---|---|
| PilotPNPhase | 15 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| PilotStrength | 6 |
| Keep | 1 |

| | |
|---|---|
| Reserved | Variable |

1   MessageID              The access terminal shall set this field to 0x00.

2   MessageSequence        The access terminal shall set this field to the sequence number of
3                          this message. The sequence number of this message is 1 more than
4                          the sequence number of the last RouteUpdate message (modulo $2^8$)
5                          sent by this access terminal. If this is the first RouteUpdate message
6                          sent by the access terminal, it shall set this field to 0x00.

7   ReferencePilotPN       The access terminal shall set this field to the access terminal's time
8                          reference (the reference pilot), relative to the zero offset pilot PN
9                          sequence in units of 64 PN chips.

10  ReferencePilotStrength
11                         The access terminal shall set this field to $\lfloor -2 \times 10 \times \log_{10} PS \rfloor$, where
12                         PS is the strength of the reference pilot, measured as specified in
13                         6.6.6.1.2.3. If this value is less than 0, the access terminal shall set
14                         this field to '000000'. If this value is greater than '111111', the access
15                         terminal shall set this field to '111111'.

16  ReferenceKeep          If the pilot drop timer corresponding to the reference pilot has
17                         expired, the access terminal shall set this field to '0'; otherwise, the
18                         access terminal shall set this field to '1'.

19  NumPilots              The access terminal shall set this field to the number of pilots that
20                         follow this field in the message.

**Deleted:** 6.6.6.1.2.3

TIA-856-2                                              Connection Layer

| | | |
|---|---|---|
| 1<br>2 | PilotPNPhase | The PN offset in resolution of 1 chip of a pilot in the Active Set or Candidate Set of the access terminal that is not the reference pilot. |
| 3<br>4<br>5 | ChannelIncluded | The access terminal shall set this field to '1' if the channel for this pilot offset is not the same as the current channel. Otherwise, the access terminal shall set this field to '0'. |
| 6<br>7<br>8<br>9 | Channel | The access terminal shall include this field if the ChannelIncluded field is set to '1'. The access terminal shall set this to the channel record corresponding to this pilot (see 10.1). Otherwise, the access terminal shall omit this field for this pilot offset. |
| 10<br>11<br>12<br>13<br>14 | PilotStrength | The access terminal shall set this field to $\lfloor -2 \times 10 \times \log_{10} PS \rfloor$, where PS is the strength of the pilot in the above field, measured as specified in 6.6.6.1.2.3. If this value is less than 0, the access terminal shall set this field to '000000'. If this value is greater than '111111', the access terminal shall set this field to '111111'. |
| 15<br>16<br>17 | Keep | If the pilot drop timer corresponding to the pilot in the above field has expired, the access terminal shall set this field to '0'; otherwise, the access terminal shall set this field to '1'. |
| 18<br>19<br>20<br>21 | Reserved | The number of bits in this field is equal to the number needed to make the message length an integer number of octets. This field shall be set to all zeros. |

**Deleted: 10.1** (line 8)

**Deleted: 6.6.6.1.2.3** (line 12)

| **Channels** | AC          RTC | **SLP** | Reliable[27]   Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 20 |

22   6.6.6.2.2 TrafficChannelAssignment

23   The access network sends the TrafficChannelAssignment message to manage the access
24   terminal's Active Set.
25

---

[27] This message is sent reliably when it is sent over the Reverse Traffic Channel.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| FrameOffset | 4 |
| DRCLength | 2 |
| DRCChannelGain | 6 |
| AckChannelGain | 6 |
| NumPilots | 4 |

NumPilots occurrences of the following fields

| Field | Length (bits) |
|---|---|
| PilotPN | 9 |
| SofterHandoff | 1 |
| MACIndex | 6 |
| DRCCover | 3 |
| RABLength | 2 |
| RABOffset | 3 |

| Field | Length (bits) |
|---|---|
| Reserved | Variable |

1  MessageID          The access network shall set this field to 0x01.

2  MessageSequence    The access network shall set this to 1 higher than the
3                     MessageSequence field of the last TrafficChannelAssignment message
4                     (modulo $2^S$, S=8) sent to this access terminal.

5  ChannelIncluded    The access network shall set this field to '1' if the Channel record is
6                     included for these pilots. Otherwise, the access network shall set this
7                     field to '0'.

8  Channel            The access network shall include this field if the ChannelIncluded
9                     field is set to '1'. The access network shall set this to the channel
10                    record corresponding to this pilot (see 10.1). Otherwise, the access        Deleted: 10.1
11                    network shall omit this field for this pilot offset. If Channel is
12                    included, the access network shall set the SystemType field of the
13                    Channel record to '0000'.

6-73

Connection Layer

| | | |
|---|---|---|
| 1 | FrameOffset | The access network shall set this field to the frame offset the access |
| 2 | | terminal shall use when transmitting the Reverse Traffic Channel, in |
| 3 | | units of slots. |
| 4 | DRCLength | The access network shall set this field to the number of slots the |
| 5 | | access terminal shall use to transmit a single DRC value, as shown |
| 6 | | in Table 6.6.6.2-1. |

> **Deleted:** Table 6.6.6.2-1
> **Deleted:** 6.6.6.2

7                    **Table 6.6.6.2-1. DRCLength Encoding**

| Field value (binary) | DRCLength (slots) |
|---|---|
| '00' | 1 |
| '01' | 2 |
| '10' | 4 |
| '11' | 8 |

| | | |
|---|---|---|
| 8 | DRCChannelGain | The access network shall set this field to the ratio of the power level |
| 9 | | of the DRC Channel (when it is transmitted) to the power level of the |
| 10 | | Reverse Traffic Pilot Channel expressed as 2's complement value in |
| 11 | | units of 0.5 dB. The valid range for this field is from –9 dB to +6 dB, |
| 12 | | inclusive. The access terminal shall support all the values in the |
| 13 | | valid range for this field. |
| 14 | AckChannelGain | The access network shall set this field to the ratio of the power level |
| 15 | | of the Ack Channel (when it is transmitted) to the power level of the |
| 16 | | Reverse Traffic Pilot Channel expressed as 2's complement value in |
| 17 | | units of 0.5 dB. The valid range for this field is from –3 dB to +6 dB, |
| 18 | | inclusive. The access terminal shall support all the values in valid |
| 19 | | range for this field. |
| 20 | NumPilots | The access network shall set this field to the number of pilots |
| 21 | | included in this message. |
| 22 | PilotPN | The access network shall set this field to the PN Offset associated |
| 23 | | with the sector that will transmit a Power Control Channel to the |
| 24 | | access terminal, to whom the access terminal is allowed to point its |
| 25 | | DRC, and whose Control Channel and Forward Traffic Channel the |
| 26 | | access terminal may monitor. |
| 27 | SofterHandoff | If the Forward Traffic Channel associated with this pilot will carry the |
| 28 | | same closed-loop power control bits as that of the previous pilot in |
| 29 | | this message, the access network shall set this field to '1'; otherwise, |
| 30 | | the access network shall set this field to '0'. The access network shall |
| 31 | | set the first instance of this field to '0'. |

1  MACIndex                    Medium Access Control Index. The access network shall set this field
2                              to the MACIndex assigned to the access terminal by this sector.

3  DRCCover                    The access network shall set this field to the index of the DRC cover
4                              associated with the sector specified in this record.

5  RABLength                   The access network shall set this field to the number of slots over
6                              which the Reverse Activity Bit is transmitted, as shown in Table
7                              6.6.6.2-2.

8                    **Table 6.6.6.2-2. Encoding of the RABLength Field**

| Field value (binary) | RABLength (slots) |
|----------------------|-------------------|
| '00'                 | 8                 |
| '01'                 | 16                |
| '10'                 | 32                |
| '11'                 | 64                |

9

10  RABOffset                  The access network shall set this field to indicate the slots in which a
11                             new Reverse Activity Bit is transmitted by this sector. The value (in
12                             slots) of RABOffset is the number the field is set to multiplied by
13                             RABLength/8.

14  Reserved                   The number of bits in this field is equal to the number needed to
15                             make the message length an integer number of octets. This field shall
16                             be set to all zeros.
17

| **Channels** | CC          FTC | | **SLP** | Reliable   Best Effort[28] |
|--------------|-----------------|-|---------|----------------------------|
| **Addressing** | unicast | | **Priority** | 20 |

18  6.6.6.2.3 TrafficChannelComplete

19  The access terminal sends the TrafficChannelComplete message to provide an
20  acknowledgement for the TrafficChannelAssignment message.
21

---

[28] The TrafficChannelAssignment message sent in response to the Open command is sent
using best effort SLP. All subsequent TrafficChannelAssignment messages are sent using
reliable delivery SLP.

TIA-856-2                                                      Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

1   MessageID            The access terminal shall set this field to 0x02.

2   MessageSequence      The access terminal shall set this field to the MessageSequence field
3                        of the TrafficChannelAssignment message whose receipt this message
4                        is acknowledging.
5

| Channels | RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

6   6.6.6.2.4 ResetReport

7   The access network sends the ResetReport message to reset the RouteUpdate transmission
8   rules at the access terminal.

9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

10   MessageID            The access network shall set this field to 0x03.
11

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

12   6.6.6.2.5 NeighborList

13   The NeighborList message is used to convey information corresponding to the neighboring
14   sectors to the access terminals when the access terminal is in the Connected State.
15

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| Count | 5 |

| Count occurrences of the following field: | |
|-------|---------------|
| PilotPN | 9 |

| Count occurrences of the following two fields: | |
|-------|---------------|
| ChannelIncluded | 1 |
| Channel | 0 or 24 |

| | |
|-------|---------------|
| SearchWindowSizeIncluded | 1 |

| Count occurrences of the following field | |
|-------|---------------|
| SearchWindowSize | 0 or 4 |

| | |
|-------|---------------|
| SearchWindowOffsetIncluded | 1 |

| Count occurrences of the following field | |
|-------|---------------|
| SearchWindowOffset | 0 or 3 |

| | |
|-------|---------------|
| Reserved | Variable |

1    MessageID            The access network shall set this field to 0x04.

2    Count                The access network shall set this field to the number of records
3                         specifying neighboring sectors information included in this message.

4    PilotPN              The access network shall set this field to the PN Offset of a
5                         neighboring sector for which the access network is providing search
6                         window information in this message.

7    ChannelIncluded      The access network shall set this field to '1' if a Channel record is
8                         included for this neighbor, and to '0' otherwise. The access network
9                         shall omit this field if the corresponding NeighborChannelIncluded
10                        field is set to '0'. Otherwise, if included, the $n^{th}$ occurrence of this
11                        field corresponds to the $n^{th}$ occurrence of PilotPN in the record that
12                        contains the PilotPN field above.

13   Channel              Channel record specification for the neighbor channel. See 10.1 for
14                        the Channel record format. The $n^{th}$ occurrence of this field
15                        corresponds to the $n^{th}$ occurrence of PilotPN in the record that
16                        contains the PilotPN field above.

Deleted: 10.1

TIA-856-2                                                                  Connection Layer

| | |
|---|---|
| 1 | SearchWindowSizeIncluded |
| 2 | The access network shall set this field to '1' if SeachWindowNeighbor |
| 3 | field for neighboring sectors is included in this message. Otherwise, |
| 4 | the access network shall set this field to '0'. |

5    SearchWindowSize      The access network shall omit this field if SearchWindowSizeIncluded
6                          is set to '0'. If SearchWindowSizeIncluded is set to '1', the access
7                          network shall set this field to the value shown in Table 6.6.6.2-3
8                          corresponding to the search window size to be used by the access
9                          terminal for the neighbor pilot. The $n$th occurrence of this field
10                         corresponds to the $n$th occurrence of PilotPN in the record that
11                         contains the PilotPN field above.

**Deleted: Table 6.6.6.2-3**

**Deleted: 6.6.6.2**

12                    **Table 6.6.6.2-3. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

13    SearchWindowOffsetIncluded
14                          The access network shall set this field to '1' if SeachWindowOffset
15                          field for neighboring sectors is included in this message. Otherwise,
16                          the access network shall set this field to '0'.

1  SeachWindowOffsetIncluded

2          The access network shall omit this field if
3          SearchWindowOffsetIncluded is set to '0'. If
4          SearchWindowOffsetIncluded is set to '1', the access network shall
5          set this field to the value shown in Table 6.6.6.2-4 corresponding to
6          the search window offset to be used by the access terminal for the
7          neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$
8          occurrence of PilotPN in the record that contains the PilotPN field
9          above.

Deleted: Table 6.6.6.2-4

Deleted: 6.6.6.2

10          **Table 6.6.6.2-4. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|---|---|
| 0 | 0 |
| 1 | WindowSize[29] /2 |
| 2 | WindowSize |
| 3 | 3 × WindowSize /2 |
| 4 | - WindowSize /2 |
| 5 | - WindowSize |
| 6 | -3 × WindowSize /2 |
| 7 | Reserved |

11  Reserved
12          The number of bits in this field is equal to the number needed to
13          make the message length an integer number of octets. The access
14          network shall set this field to zero. The access terminal shall ignore
              this field.

15

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

16  6.6.6.2.6 AttributeOverride

17  The access network may send this message in order to override the configured values for
18  the attributes includes in this message.

19

---

[29] WindowSize is pilot's search window size in PN chips.

6-79

TIA-856-2                                                                                   Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

One or more instances of the following record:

| AttributeRecord | variable |
|---|---|

1   MessageID            The access network shall set this field to 0x05.

2   MessageSequence      The access network shall set this to 1 higher than the
3                        MessageSequence field of the last AttributeOverride message (modulo
4                        $2^S$, S=8) sent to this access terminal.

5   The access network shall include one or more instances of the following record:

6   AttributeRecord      The access network shall set this record to the attribute record that
7                        the access terminal is to use to override the values of the configured
8                        attribute specified by the AttributeID of this record.  See 10.3 for the
9                        format of the attributes.  The access network shall not include more
10                       than one AttributeRecord with the same AttributeID in this message.
11                       The access network shall include exactly one instance of attribute
12                       values per AttributeID.  The access network shall set the ValueID
13                       associated with the complex attributes to zero.  The valid attribute
14                       records   that   can   be   included   in   this   message   are
15                       SetManagementSameChannelParameters                         and
16                       SetManagementDifferentChannelParameters.

17

| **Channels** | FTC | | **SLP** | BestEffort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

18   6.6.6.2.7 AttributeOverrideResponse

19   The  access  terminal  sends  the  AttributeOverrideResponse  message  to  provide  an
20   acknowledgement for the AttributeOverride message.

21

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

22   MessageID            The access network shall set this field to 0x06.

Connection Layer                                                                TIA-856-2

1  MessageSequence        The access terminal shall set this field to the MessageSequence field
2                         of the AttributeOverride message whose receipt this message is
3                         acknowledging.

4

| **Channels** | RTC | | **SLP** | BestEffort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

5  6.6.6.3 Interface to Other Protocols

6  6.6.6.3.1 Commands Sent

7  This protocol sends the following commands:

8  • *ReverseTrafficChannelMAC.Activate*

9  • *ReverseTrafficChannelMAC.Deactivate*

10  • *ForwardTrafficChannelMAC.Activate*

11  • *ForwardTrafficChannelMAC.Deactivate*

12  6.6.6.3.2 Indications

13  This protocol registers to receive the following indications:

14  • *ReverseTrafficChannelMAC.LinkAcquired*

15  • *OverheadMessages.Updated*

16  6.6.7 Configuration Attributes

17  The following complex attributes and default values are defined (see 10.3 for attribute
18  record definition). The following attributes are to be used only by the access network in a
19  ConfigurationRequest message.

**Deleted:** 10.3

20  6.6.7.1 SearchParameters Attribute
21

6-81

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| PilotIncrement | 4 | 4 |
| SearchWindowActive | 4 | 8 |
| SearchWindowNeighbor | 4 | 10 |
| SearchWindowRemaining | 4 | 10 |

1    Length              Length of the complex attribute in octets. The access network shall
2                        set this field to the length of the complex attribute excluding the
3                        Length field.

4    AttributeID         The access network shall set this field to 0x00.

5    ValueID             This field identifies this particular set of values for the attribute. The
6                        access network shall increment this field for each complex attribute-
7                        value record for a particular attribute.

8    PilotIncrement      The access network shall set this field to the pilot PN sequence
9                        increment, in units of 64 PN chips, that access terminals are to use
10                       for searching the Remaining Set. The access network should set this
11                       field to the largest increment such that the pilot PN sequence offsets
12                       of all its neighbor access networks are integer multiples of that
13                       increment. The access terminal shall support all the valid values for
14                       this field.

15   SearchWindowActive
16                       Search window size for the Active Set and Candidate Set. The access
17                       network shall set this field to the value shown in Table 6.6.6.2-3     ⟶ Deleted: Table 6.6.6.2-3
18                       corresponding to the search window size to be used by the access
19                       terminal for the Active Set and Candidate Set. The access terminal
20                       shall support all the valid values specified by this field.

21   SearchWindowNeighbor
22                       Search window size for the Neighbor Set. The access network shall
23                       set this field to the value shown in Table 6.6.6.2-3 corresponding to   ⟶ Deleted: Table 6.6.6.2-3
24                       the search window size to be used by the access terminal for the
25                       Neighbor Set. The access terminal shall support all the valid values
26                       specified by this field.

Connection Layer                                                   TIA-856-2

1    SearchWindowRemaining

2              Search window size for the Remaining Set. The access network shall
3              set this field to the value shown in Table 6.6.6.2-3 corresponding to
4              the search window size to be used by the access terminal for the
5              Remaining Set. The access terminal shall support all the valid values
6              specified by this field.

Deleted: Table 6.6.6.2-3

7    6.6.7.2 SetManagementSameChannelParameters Attribute

8    The access terminal shall use these attributes if the pilot being compared is on the same
9    channel as the active set pilots' channel.
10

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| Field | Length (bits) | Default Value |
|---|---|---|
| ValueID | 8 | N/A |
| PilotAdd | 6 | 0x0e |
| PilotCompare | 6 | 0x05 |
| PilotDrop | 6 | 0x12 |
| PilotDropTimer | 4 | 3 |
| DynamicThresholds | 1 | 0 |
| SoftSlope | 0 or 6 | N/A |
| AddIntercept | 0 or 6 | N/A |
| DropIntercept | 0 or 6 | N/A |
| NeighborMaxAge | 4 | 0 |
| Reserved | variable | N/A |

11   Length              Length of the complex attribute in octets. The access network shall
12                       set this field to the length of the complex attribute excluding the
13                       Length field.

14   AttributeID         The access network shall set this field to 0x01.

15   ValueID             This field identifies this particular set of values for the attribute. The
16                       access network shall increment this field for each complex attribute-
17                       value record for a particular attribute.

18   PilotAdd            This value is used by the access terminal to trigger a RouteUpdate in
19                       the Connected State. The access network shall set this field to the
20                       pilot detection threshold, expressed as an unsigned binary number
21                       equal to $\lfloor - 2 \times 10 \times \log 10 \ Ec/I_0 \rfloor$. The value used by the access

6-83

terminal is –0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

PilotDrop      This value is used by the access terminal to start a pilot drop timer for a pilot in the Active Set or the Candidate Set. The access network shall set this field to the pilot drop threshold, expressed as an unsigned binary number equal to $\lfloor - 2 \times 10 \times \log10\ Ec/I_0 \rfloor$. The value used by the access terminal is –0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

PilotCompare      Active Set versus Candidate Set comparison threshold, expressed as a 2's complement number. The access terminal transmits a RouteUpdate message when the strength of a pilot in the Candidate Set exceeds that of a pilot in the Active Set by this margin. The access network shall set this field to the threshold Candidate Set pilot to Active Set pilot ratio, in units of 0.5 dB. The access terminal shall support all the valid values specified by this field.

PilotDropTimer      Timer value after which an action is taken by the access terminal for a pilot that is a member of the Active Set or Candidate Set, and whose strength has not become greater than the value specified by PilotDrop. If the pilot is a member of the Active Set, a RouteUpdate message is sent in the Connected State. If the pilot is a member of the Candidate Set, it will be moved to the Neighbor Set. The access network shall set this field to the drop timer value shown in Table 6.6.6.3.2-1 corresponding to the pilot drop timer value to be used by access terminals. The access terminal shall support all the valid values specified by this field.

**Deleted:** Table 6.6.6.3.2-1

1                **Table 6.6.6.3.2-1. Pilot Drop Timer Values**

Deleted: 6.6.6.3.2

| PilotDropTimer | Timer Expiration (seconds) | PilotDropTimer | Timer Expiration (seconds) |
|---|---|---|---|
| 0 | < 0.1 | 8 | 27 |
| 1 | 1 | 9 | 39 |
| 2 | 2 | 10 | 55 |
| 3 | 4 | 11 | 79 |
| 4 | 6 | 12 | 112 |
| 5 | 9 | 13 | 159 |
| 6 | 13 | 14 | 225 |
| 7 | 19 | 15 | 319 |

2  DynamicThresholds  This field shall be set to '1' if the following three fields are included in
3                     this record. Otherwise, this field shall be set to '0'.

4  SoftSlope           This field shall be included only if DynamicThresholds is set to '1'.
5                      This field shall be set to an unsigned binary number, which is used
6                      by the access terminal in the inequality criterion for adding a pilot to
7                      the Active Set or dropping a pilot from the Active Set. The access
8                      terminal shall support all the valid values specified by this field.

9  AddIntercept        This field shall be included only if DynamicThresholds is set to '1'.
10                     This field shall be set to a 2's complement signed binary number in
11                     units of dB. The access terminal shall support all the valid values
12                     specified by this field.

13 DropIntercept       This field shall be included only if DynamicThresholds is set to '1'.
14                     This field shall be set to a 2's complement signed binary number in
15                     units of dB. The access terminal shall support all the valid values
16                     specified by this field.

17 NeighborMaxAge      The access network shall set this field to the maximum AGE value
18                     beyond which the access terminal is to drop members from the
19                     Neighbor Set. The access terminal shall support all the valid values
20                     specified by this field.

21 Reserved            The access network shall set this field to zero. The access terminal
22                     shall ignore this field. The length of this field shall be such that the
23                     entire record is octet-aligned.

1  6.6.7.3 SetManagementDifferentChannelParameters Attribute

2  The access terminal shall use these attributes if the pilot being compared is on a channel
3  that is different from the active set pilots' channel.
4

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| PilotAdd | 6 | 0x0e |
| PilotCompare | 6 | 0x05 |
| PilotDrop | 6 | 0x12 |
| PilotDropTimer | 4 | 3 |
| DynamicThresholds | 1 | 0 |
| SoftSlope | 0 or 6 | N/A |
| AddIntercept | 0 or 6 | N/A |
| DropIntercept | 0 or 6 | N/A |
| NeighborMaxAge | 4 | 0 |
| Reserved | variable | N/A |

5  Length                Length of the complex attribute in octets. The access network shall
6                        set this field to the length of the complex attribute excluding the
7                        Length field.

8  AttributeID           The access network shall set this field to 0x02.

9  ValueID               This field identifies this particular set of values for the attribute. The
10                       access network shall increment this field for each complex attribute-
11                       value record for a particular attribute.

12 PilotAdd              This value is used by the access terminal to trigger a RouteUpdate in
13                       the Connected State. The access network shall set this field to the
14                       pilot detection threshold, expressed as an unsigned binary number
15                       equal to $\lfloor - 2 \times 10 \times \log 10 \; Ec/I_0 \rfloor$. The value used by the access
16                       terminal is −0.5 dB times the value of this field. The access terminal
17                       shall support all the valid values specified by this field.

18 PilotDrop             This value is used by the access terminal to start a pilot drop timer
19                       for a pilot in the Active Set or the Candidate Set. The access network
20                       shall set this field to the pilot drop threshold, expressed as an
21                       unsigned binary number equal to $\lfloor - 2 \times 10 \times \log 10 \; Ec/I_0 \rfloor$. The value

| 1 | | used by the access terminal is –0.5 dB times the value of this field. |
| 2 | | The access terminal shall support all the valid values specified by |
| 3 | | this field. |

4  PilotCompare      Active Set versus Candidate Set comparison threshold, expressed as
5                    a 2's complement number. The access terminal transmits a
6                    RouteUpdate message when the strength of a pilot in the Candidate
7                    Set exceeds that of a pilot in the Active Set by this margin. The
8                    access network shall set this field to the threshold Candidate Set
9                    pilot to Active Set pilot ratio, in units of 0.5 dB. The access terminal
10                   shall support all the valid values specified by this field.

11 PilotDropTimer    Timer value after which an action is taken by the access terminal for
12                   a pilot that is a member of the Active Set or Candidate Set, and
13                   whose strength has not become greater than the value specified by
14                   PilotDrop. If the pilot is a member of the Active Set, a RouteUpdate
15                   message is sent in the Connected State. If the pilot is a member of
16                   the Candidate Set, it will be moved to the Neighbor Set. The access
17                   network shall set this field to the drop timer value shown in Table
18                   6.6.6.3.2-1, corresponding to the pilot drop timer value to be used by
19                   access terminals. The access terminal shall support all the valid
20                   values specified by this field.

**Deleted: Table 6.6.6.3.2-1**

21 DynamicThresholds This field shall be set to '1' if the following three fields are included in
22                   this record. Otherwise, this field shall be set to '0'.

23 SoftSlope         This field shall be included only if DynamicThresholds is set to '1'.
24                   This field shall be set to an unsigned binary number, which is used
25                   by the access terminal in the inequality criterion for adding a pilot to
26                   the Active Set or dropping a pilot from the Active Set. The access
27                   terminal shall support all the valid values specified by this field.

28 AddIntercept      This field shall be included only if DynamicThresholds is set to '1'.
29                   This field shall be set to a 2's complement signed binary number in
30                   units of dB. The access terminal shall support all the valid values
31                   specified by this field.

32 DropIntercept     This field shall be included only if DynamicThresholds is set to '1'.
33                   This field shall be set to a 2's complement signed binary number in
34                   units of dB. The access terminal shall support all the valid values
35                   specified by this field.

36 NeighborMaxAge    The access network shall set this field to the maximum AGE value
37                   beyond which the access terminal is to drop members from the
38                   Neighbor Set. The access terminal shall support all the valid values
39                   specified by this field.

6-87

1  Reserved                    The access network shall set this field to zero. The access terminal
2                              shall ignore this field. The length of this field shall be such that the
3                              entire record is octet-aligned.

4  6.6.7.4.   AttributeOverrideAllowed

5  The configurable simple attribute for this protocol is listed in Table 6.6.7.4-1.   Only the

**Deleted:** Table 6.6.7.4-1

6  access network may include this simple attribute in a ConfigurationRequest message.

7  The access terminal and access network shall use as defaults the values in Table 6.6.7.4-1,

**Deleted:** Table 6.6.7.4-1

8  that are typed in **_bold italics_**.

**Deleted:** 6.6.7.4

9                    **Table 6.6.7.4-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x03 | SetManagementOverrideAllowed | _0x00_ | The SetManagementSameChannelParameters and SetManagementDifferentChannelParameters attributes in the AttributeOverride message are discarded. |
| | | 0x01 | The SetManagementSameChannelParameters and SetManagementDifferentChannelParameters attributes in the AttributeOverride message are acted upon. |
| | | 0x02-0xff | Reserved |

10  6.6.8 Protocol Numeric Constants
11

| Constant | Meaning | Value |
|---|---|---|
| $N_{RUPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{RUPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{RUPActive}$ | Maximum size of the Active Set | 6 |
| $aN_{RUPCandidate}$ | Maximum size of the Candidate Set | 6 |
| $N_{RUPNeighbor}$ | Minimum size of the Neighbor Set | 20 |

**Deleted:** Table 2.5.4-1

12  6.6.9 Session State Information

13  The Session State Information record (see 10.8) consists of parameter records.

**Deleted:** 10.8

14  This protocol defines the following parameter record in addition to the configuration
15  attributes for this protocol.

TIA-856-2

1    6.6.9.1 RouteUpdate Parameter

2    The following parameter shall be included in the Session State Information record only if
3    the Session State Information is being transferred while the connection is open.

Deleted: 6.6.9.1

4    **Table 6.6.9.1-1.  The Format of the Parameter Record for the RouteUpdate Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| TCAMessageSequence | 8 |
| RUPMessageSequence | 8 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| FrameOffset | 4 |
| DRCLength | 2 |
| DRCChannelGain | 6 |
| AckChannelGain | 6 |
| NumPilots | 4 |

NumPilots occurrences of the following fields

| Field | Length (bits) |
|---|---|
| PilotPN | 9 |
| SectorID | 128 |
| SofterHandoff | 1 |
| MACIndex | 6 |
| DRCCover | 3 |
| RABLength | 2 |
| RABOffset | 3 |

| Field | Length (bits) |
|---|---|
| Reserved | Variable |

5    ParameterType        This field shall be set to 0x01 for this parameter record.

6    Length               This field shall be set to the length of this parameter record in units
7                         of octets excluding the Length field.

8    TCAMessageSequence
9                         This field shall be set to the MessageSequence  field of the last
10                        TrafficChannelAssignment message that was sent by the source
11                        access network.

TIA-856-2                                                                Connection Layer

1   RUPMessageSequence
2                            This field shall be set to the MessageSequence   field of the last
3                            RouteUpdate message that was received by the source access
4                            network.

5   ChannelIncluded          This field shall be set to the ChannelIncluded field in the last
6                            TrafficChannelAssignment message that was sent by the source
7                            access network.

8   Channel                  This field shall be included only if the ChannelIncluded field is set to
9                            '1'. If included, this field shall be set to the last Channel field of the
10                           last TrafficChannelAssignment message that was sent by the source
11                           access network.

12  FrameOffset              This field shall be set to the FrameOffset field in the last
13                           TrafficChannelAssignment message that was sent by the source
14                           access network.

15  DRCLength                This field shall be set to the DRCLength field in the last
16                           TrafficChannelAssignment message that was sent by the source
17                           access network.

18  DRCChannelGain           This field shall be set to the DRCChannelGain field in the last
19                           TrafficChannelAssignment message that was sent by the source
20                           access network.

21  AckChannelGain           This field shall be set to the AckChannelGain field in the last
22                           TrafficChannelAssignment message that was sent by the source
23                           access network.

24  NumPilots                This field shall be set to the NumPilots field in the last
25                           TrafficChannelAssignment message that was sent by the source
26                           access network.

27  PilotPN                  This field shall be set to the corresponding PilotPN field in the last
28                           TrafficChannelAssignment message that was sent by the source
29                           access network.

30  SectorID                 This field shall be set to the SectorID corresponding to the sector
31                           associated with the PilotPN specified above.

32  SofterHandoff            This field shall be set to the corresponding SofterHandoff field in the
33                           last TrafficChannelAssignment message that was sent by the source
34                           access network.

| | | |
|---|---|---|
| 1<br>2<br>3 | MACIndex | This field shall be set to the corresponding MACIndex field in the last TrafficChannelAssignment message that was sent by the source access network. |
| 4<br>5<br>6 | DRCCover | This field shall be set to the corresponding DRCCover field in the last TrafficChannelAssignment message that was sent by the source access network. |
| 7<br>8<br>9 | RABLength | This field shall be set to the corresponding RABLength field in the last TrafficChannelAssignment message that was sent by the source access network. |
| 10<br>11<br>12 | RABOffset | This field shall be set to the corresponding RABOffset field in the last TrafficChannelAssignment message that was sent by the source access network. |
| 13<br>14<br>15 | Reserved | The number of bits in this field is equal to the number needed to make the length of this parameter record length an integer number of octets. This field shall be set to all zeros. |

Connection Layer

1  **6.7 Default Packet Consolidation Protocol**

2  6.7.1 Overview

3  The Default Packet Consolidation Protocol provides packet consolidation on the transmit
4  side and provides packet de-multiplexing on the receive side.

5  6.7.2 Primitives and Public Data

6  6.7.2.1 Commands

7  This protocol does not define any commands.

8  6.7.2.2 Return Indications

9  This protocol does not return any indications.

10  6.7.2.3 Public Data

11  • Subtype for this protocol

12  6.7.3 Protocol Data Unit

13  The Protocol Data Unit for this protocol is a Connection Layer packet. Connection Layer
14  packets contain Session Layer packets destined to or from the same access terminal
15  address.

16  Two types of Connection Layer packets are defined:

17  • Format A: These packets are maximum length packets (including lower layer
18    headers). Format A packets contain one Session Layer packet and do not have
19    Connection Layer headers or padding.

20  • Format B: These packets are maximum length packets (including lower layer
21    headers). Format B packets contain one or more Session Layer packets and have a
22    Connection Layer header(s). The protocol places the Connection Layer header
23    defined in 6.7.6.3.2 in front of each Session Layer packet and enough padding to
24    create a maximum length packet.

| Deleted: 6.7.6.3.2 |

25  Format A provides an extra byte of payload per packet.

26  The packet format type is passed with the packet to the lower layers.

27  The Connection Layer encapsulation is shown in Figure 6.7.3-1 and Figure 6.7.3-2.

| Deleted: Figure 6.7.3-1 |
| Deleted: Figure 6.7.3-2 |

28  All transmitted packets are forwarded to the Security Layer.

29  All received packets are forwarded to the Session Layer after removing the Connection
30  Layer headers.

31  The maximum size Session Layer packet the protocol can encapsulate depends on the
32  Physical Layer channel on which this packet will be transmitted and on the specific
33  security protocols negotiated.



1

2          **Figure 6.7.3-1. Connection Layer Packet Structure (Format A)**          Deleted: 6.7.3

3

4

5          **Figure 6.7.3-2. Connection Layer Packet Structure (Format B)**          Deleted: 6.7.3

6    6.7.4 Protocol Initialization

7    6.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance

8    Upon creation, the InConfiguration instance of this protocol in the access terminal and the
9    access network shall perform the following in the order specified:

10       • The fall-back values of the attributes for this protocol instance shall be set to the
11         default values specified for each attribute.

12       • If the InUse instance of this protocol has the same protocol subtype as this
13         InConfiguration protocol instance, then the fall-back values of the attributes defined
14         by the InConfiguration protocol instance shall be set to the values of the
15         corresponding attributes associated with the InUse protocol instance.

16       • The value for each attribute for this protocol instance shall be set to the fall-back
17         value for that attribute.

18   6.7.4.2 Protocol Initialization for the InUse Protocol Instance

19   Upon creation of the InUse instance of this protocol, the access terminal and the access
20   network shall set the value of the attributes for this protocol instance to the default values
21   specified for each attribute.

22   6.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol

23   6.7.5.1 Procedures

24   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of          Deleted: 10.7
25   the configuration messages.

1    6.7.5.2 Commit Procedures

2    The access terminal and the access network shall perform the procedures specified in this
3    section, in the order specified, when directed by the InUse instance of the Session
4    Configuration Protocol to execute the Commit procedures:

5    •   All the public data that are defined by this protocol, but are not defined by the InUse
6        protocol instance shall be added to the public data of the InUse protocol.

7    •   If the InUse instance of this protocol has the same subtype as this protocol instance,
8        then

9        –   The access terminal and the access network shall set the attribute values
10           associated with the InUse instance of this protocol to the attribute values
11           associated with the InConfiguration instance of this protocol, and

12       –   The access terminal and the access network shall purge the InConfiguration
13           instance of the protocol.

14   •   If the InUse instance of this protocol does not have the same subtype as this protocol
15       instance, then

16       –   The InConfiguration protocol instance at the access terminal and access network
17           shall become the InUse protocol instance for the Packet Consolidation Protocol.

18   •   All the public data not defined by this protocol shall be removed from the public data
19       of the InUse protocol.

20   6.7.5.3 Message Formats

21   6.7.5.3.1 ConfigurationRequest

22   The ConfigurationRequest message format is as follows:

23

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

24   MessageID              The sender shall set this field to 0x50.

25   TransactionID          The sender shall increment this value for each new
26                          ConfigurationRequest message sent.

27   AttributeRecord        The format of this record is specified in 10.3.      Deleted: 10.3

28

Connection Layer                                                    TIA-856-2

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

6.7.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the
                   corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this
                   message selects a complex attribute, only the ValueID field of the
                   complex attribute shall be included in the message. The format of the
                   AttributeRecord is given in 10.3. The sender shall not include more
                   than one attribute record with the same attribute identifier.

Deleted: 10.3

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

6.7.6 Procedures and Messages for the InUse Instance of the Protocol

6.7.6.1 Procedures

This protocol receives the following information with every transmitted Session Layer
packet:

• Destination channel: Forward Traffic Channel, Control Channel, Reverse Traffic
  Channel, or Access Channel.

• Priority.

• Forced Single Encapsulation: Whether or not the Session Layer packet can be
  encapsulated with other Session Layer packets in the same Connection Layer
  packet.

6.7.6.1.1 Destination Channels

1  Associated with a Connection Layer packet received by this protocol there shall be a
2  parameter indicating the destination channel on which the packet is to be transmitted.

3  Associated with a Connection Layer packet received by this protocol there may be a
4  parameter indicating a transmission deadline.

5  6.7.6.1.2 Priority Order

6  Packets are prioritized according to the following rules:

7  • If two packets have different priority numbers, the packet with the lower priority
8      number has priority.

9  • If two packets have the same priority number, the packet that was received first by
10     the protocol has priority.

11  Transmission of packets that have higher priority shall take precedence over transmission
12  of packets with lower priority.

13  6.7.6.1.3 Forced Single Encapsulation

14  If a Forward Traffic Channel Session Layer packet is marked as Forced Single
15  Encapsulation, the access network shall encapsulate it without any other Session Layer
16  packets in a Connection Layer packet. The Packet Consolidation Protocol shall also pass an
17  indication down to the physical layer with the Connection Layer packet, instructing the
18  physical layer to ensure that the Physical Layer packet containing this packet does not
19  contain any other Connection Layer packet. Forced Single Encapsulation applies only to
20  the Forward Traffic Channel MAC Layer packets.

21  Forced Single Encapsulation is used for test services that require a one to one mapping
22  between application packets and Physical Layer packets.

23  6.7.6.1.4 Access Terminal Procedures

24  6.7.6.1.4.1 Format A Packets

25  The access terminal shall create a Format A Connection Layer packet, only if the highest
26  priority pending Session Layer packet will fill the Security Layer payload.

27  The access terminal shall forward the Connection Layer packet for transmission to the
28  Security Layer.

29  6.7.6.1.4.2 Format B Packets

30  The access terminal shall create a Format B Connection Layer packet by adding the
31  Connection Layer header, defined in 6.7.6.3.2 in front of every Session Layer packet,
32  concatenating the result and adding enough padding to fill the Security Layer payload. The
33  resulting packet length shall not exceed the maximum payload that can be carried on the
34  Physical Layer Channel, given the transmission rate that will be used to transmit the

**Deleted:** 6.7.6.3.2

1   packet and the headers added by the lower layers. All concatenated Connection Layer
2   packets shall be transmitted on the same Physical Layer Channel.[30]

3   The protocol shall use the priority order to determine which Session Layer packets shall be
4   included in the Connection Layer packet. The protocol shall concatenate and encapsulate
5   Session Layer packets into a Connection Layer Packet.

6   The access terminal shall forward the Connection Layer packet for transmission to the
7   Security Layer.

8   6.7.6.1.5 Access Network Procedures

9   6.7.6.1.5.1 Control Channel

10  The Control Channel carries broadcast transmissions as well as directed transmissions to
11  multiple access terminals.

12  If the access network transmits a unicast packet to an access terminal over the Control
13  Channel, it should transmit this packet at least from all the sectors in the access terminal's
14  Active Set. If the data is carried in a synchronous capsule, the transmission should occur
15  simultaneously at least once.

16  The access network shall create the Connection Layer packets as defined in 6.7.6.1.5.1.1.

> **Deleted:** 6.7.6.1.5.1.1

17  The access network shall prioritize Connection Layer packets marked for transmission in a
18  Control Channel synchronous capsule as defined in 6.7.6.1.5.1.2.

> **Deleted:** 6.7.6.1.5.1.2

19  The access network shall prioritize Connection Layer packets marked for transmission in a
20  Control Channel asynchronous capsule as defined in 6.7.6.1.5.1.1 and 6.7.6.1.5.1.3.

> **Deleted:** 6.7.6.1.5.1.1
>
> **Deleted:** 6.7.6.1.5.1.3

21  6.7.6.1.5.1.1 Control Channel Connection Layer Packets

22  The access network shall not encapsulate Session Layer packets destined to different
23  access terminals in the same Connection Layer packet.

24  The access network may encapsulate multiple Session Layer packets destined to a single
25  access terminal in the same Connection Layer packet.

26  The access network should assign a priority to the Connection Layer packet based on its
27  component Session Layer packets. If the Connection Layer packet contains a single Session
28  Layer packet, the priority of the Connection Layer packet should be the priority received
29  with the Session Layer packet.

30  If any Session Layer packet encapsulated in a Connection Layer packet is marked for
31  transmission in a synchronous capsule, the Connection Layer packet shall be marked for
32  transmission in a synchronous capsule.

33  The access network shall create a Connection Layer packet by appending the Connection
34  Layer header defined in 6.7.6.3.2 in front of every Session Layer packet it is encapsulating
35  in this Connection Layer packet and then concatenating the result. The resulting packet

> **Deleted:** 6.7.6.3.2

---

[30] i.e., Access Channel or Reverse Traffic Channel.

1   length shall not exceed the maximum payload that can be carried in a Control Channel
2   MAC Layer packet given the headers added by the lower layers.

3   The access network shall forward the Connection Layer packet for transmission to the
4   Security Layer.

5   6.7.6.1.5.1.2 Synchronous Capsule Priority Rules

6   The access network should transmit, in priority order, all Connection Layer packets
7   marked for transmission in a Control Channel synchronous capsule. If the amount of
8   transmitted data (including lower layer headers) exceeds a single Control Channel MAC
9   Layer packet, the access network may extend the synchronous capsule, delay the
10  transmission of some Session Layer packets, or discard Session Layer packets. If the
11  access network discards packets, it should discard them in reverse priority order.

12  In addition to transmitting the above Connection Layer packets, the access network may
13  also transmit the following packets in a synchronous Control Channel capsule:

14  • Packets marked for transmission in an asynchronous Control Channel capsule, in
15    priority order

16  • Packets marked for transmission either on the Forward Traffic Channel or the
17    Control Channel, in priority order

18  If the access network transmits these additional packets, it should follow the above priority
19  ordering, and should transmit them at a lower priority than packets marked for
20  transmission in synchronous capsules only.

21  6.7.6.1.5.1.3 Asynchronous Capsule Priority Rules

22  Transmitting asynchronous capsules on the Control Channel is optional, because all data
23  marked for transmission in these capsules can also be transmitted in a synchronous
24  capsule.

25  If the access network chooses to transmit Connection Layer packets in an asynchronous
26  capsule of the Control Channel, it should do so in the following order:

27  • Packets marked for transmission in an asynchronous capsule of the Control
28    Channel, in priority order

29  • Packets marked for transmission either on the Forward Traffic Channel or the
30    Control Channel, in priority order

31  6.7.6.1.5.2 Forward Traffic Channel

32  The Forward Traffic Channel is time-multiplexed between the different access terminals.
33  The transmission priority given to each access terminal is beyond the scope of this
34  specification.[31]

---

[31] Typical considerations for the access network are throughput maximization balanced with a
fairness criteria between users.

1    6.7.6.1.5.2.1 Format A Packets

2    The access network shall create a Format A Connection Layer packet, only if the length of
3    the highest priority pending Session Layer packet will fill the security layer payload.

4    The access network shall forward the Connection Layer packet for transmission to the
5    Security Layer.

6    6.7.6.1.5.2.2 Format B Packets

7    The access network shall create a Format B Connection Layer packet by adding the
8    Connection Layer header defined in 6.7.6.3.2 in front of every Session Layer packet,
9    concatenating the result and adding padding to fill the Security Layer payload. The
10   resulting packet length shall not exceed the maximum payload that can be carried on the
11   Forward Traffic Channel given the headers added by the lower layers.

12   The protocol shall encapsulate and concatenate Session Layer packets in priority order.

13   The access network shall forward the Connection Layer packet for transmission to the
14   Security Layer.

15   6.7.6.2 Message Formats

16   No messages are defined for the InUse instance of this protocol.

17   6.7.6.3 Header Format

18   6.7.6.3.1 Pad

19   When creating a Format B Connection Layer packet, the access network and the access
20   terminal shall add sufficient padding so that the packet fills the Security Layer payload and
21   set the padding bits to '0'. When receiving a Format B Connection Layer packet, the access
22   network and the access terminal shall ignore the padding bits.

23   6.7.6.3.2 Connection Layer Header

24   The access terminal and the access network add the following header in front of every
25   Session Layer packet encapsulated in a Format B Connection Layer packet.
26

| Field  | Length (bits) |
|--------|---------------|
| Length | 8             |

27   Length              Length of Session Layer packet in octets.  The sender shall not set
28                       this field to zero.

29   6.7.6.4 Interface to Other Protocols

30   6.7.6.4.1 Commands Sent

31   This protocol does not issue any commands.

TIA-856-2                                                              Connection Layer

1   6.7.6.4.2 Indications

2   This protocol does not register to receive any indications.

3   6.7.7 Configuration Attributes

4   No configuration attributes are defined for this protocol.

5   6.7.8 Protocol Numeric Constants
6

| Constant | Meaning | Value |
|---|---|---|
| N$_{PCPType}$ | Type field for this protocol | Table 2.5.4-1 |
| N$_{PCPDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

7   6.7.9 Session State Information

8   This protocol does not define any parameter record to be included in a Session State
9   Information record (see 10.8).

**Deleted:** 10.8

1  **6.8 Overhead Messages Protocol**

2  6.8.1 Overview

3  The QuickConfig message and the SectorParameters message are collectively termed the
4  overhead messages. These messages are broadcast by the access network over the Control
5  Channel. These messages are unique, in that they pertain to multiple protocols and are,
6  therefore, specified separately. The Overhead Messages Protocol provides procedures
7  related to transmission, reception and supervision of these messages.

8  This protocol can be in one of two states:

9  • Inactive State: In this state, the protocol waits for an *Activate* command. This state
10  corresponds only to the access terminal and occurs when the access terminal has
11  not acquired an access network or is not required to receive overhead messages.

12  • Active State: In this state the access network transmits and the access terminal
13  receives overhead messages.



14

15  **Figure 6.8.1-1. Overhead Messages Protocol State Diagram**

Deleted: 6.8.1

16  6.8.2 Primitives and Public Data

17  6.8.2.1 Commands

18  This protocol defines the following commands:

19  • *Activate*

20  • *Deactivate*

21  6.8.2.2 Return Indications

22  This protocol returns the following indications:

23  • *ANRedirected*

24  • *SupervisionFailed*

25  • *Updated*

Connection Layer

1   6.8.2.3 Public Data

2   This protocol shall make the following data public:

3   • Subtype for this protocol

4   • All data in the overhead messages

5   • OverheadParametersUpToDate

6   6.8.3 Protocol Data Unit

7   The transmission unit of this protocol is a message. This is a control protocol; and,
8   therefore, it does not carry payload on behalf of other layers or protocols.

9   This protocol uses the Signaling Application to transmit and receive messages.

10   6.8.4 Protocol Initialization

11   6.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance

12   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
13   access network shall perform the following in the order specified:

14   • The fall-back values of the attributes for this protocol instance shall be set to the
15     default values specified for each attribute.

16   • If the InUse instance of this protocol has the same protocol subtype as this
17     InConfiguration protocol instance, then the fall-back values of the attributes defined
18     by the InConfiguration protocol instance shall be set to the values of the
19     corresponding attributes associated with the InUse protocol instance.

20   • The value for each attribute for this protocol instance shall be set to the fall-back
21     value for that attribute.

22   6.8.4.2 Protocol Initialization for the InUse Protocol Instance

23   Upon creation, the InUse instance of this protocol in the access terminal and access
24   network shall perform the following:

25   • The value of the attributes for this protocol instance shall be set to the default values
26     specified for each attribute.

27   • The protocol at the access terminal shall enter the Inactive State.

28   • The protocol at the access network shall enter the Active State.

29   6.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol

30   6.8.5.1 Procedures

31   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
32   the configuration messages.

Deleted: 10.7

6.8.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then

  – The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Overhead Messages protocol to the Inactive State.

  – The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Overhead Messages protocol to the Active State.

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Overhead Messages Protocol at the access terminal and the access network.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

6.8.5.3 Message Formats

6.8.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x50.

2   TransactionID      The sender shall increment this value for each new
3                      ConfigurationRequest message sent.

4   AttributeRecord    The format of this record is specified in 10.3.

<div style="float:right; border:1px solid green; padding:2px;">**Deleted:** 10.3</div>

5

| **Channels** | | FTC   RTC | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | | unicast | **Priority** | 40 |

6   6.8.5.3.2 ConfigurationResponse

7   The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9    MessageID          The sender shall set this field to 0x51.

10   TransactionID      The sender shall set this value to the TransactionID field of the
11                      corresponding ConfigurationRequest message.

12   AttributeRecord    An attribute record containing a single attribute value. If this
13                      message selects a complex attribute, only the ValueID field of the
14                      complex attribute shall be included in the message. The format of the
15                      AttributeRecord is given in 10.3. The sender shall not include more
16                      than one attribute record with the same attribute identifier.
17

<div style="float:right; border:1px solid green; padding:2px;">**Deleted:** 10.3</div>

Connection Layer                                                          TIA-856-2

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

1    6.8.6 Procedures and Messages for the InUse Instance of the Protocol

2    6.8.6.1 Procedures

3    6.8.6.1.1 Extensibility Requirements

4    Further revisions of the access network may add new overhead messages.

5    The access terminal shall discard overhead messages with a MessageID field it does not
6    recognize.

7    Further revisions of the access network may add new fields to existing overhead messages.
8    These fields shall be added to the end of the message, prior to the Reserved field if such a
9    field is defined.

10   The access terminal shall ignore fields it does not recognize.

11   6.8.6.1.2 Command Processing

12   The access network shall ignore all commands.

13   6.8.6.1.2.1 Activate

14   If this protocol receives an *Activate* command in the Inactive State:

15      • The access terminal shall transition to the Active State.

16      • The access network shall ignore it.

17   If this protocol receives the command in the Active State, it shall be ignored.

18   6.8.6.1.2.2 Deactivate

19   If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

20   If this protocol receives the command in the Active State:

21      • Access terminal shall transition to the Inactive State.

22      • Access network shall ignore it.

23   6.8.6.1.3 Inactive State

24   This state corresponds only to the access terminal and occurs when the access terminal
25   has not acquired an access network or is not required to receive overhead messages. In this
26   state, the protocol waits for an *Activate* command.

1    6.8.6.1.4 Active State

2    6.8.6.1.5 Access Network Requirements

3    The access network shall include a QuickConfig message in every Control Channel
4    synchronous Sleep State capsule. The access network should include a SectorParameters
5    message in the synchronous capsule at least once every $N_{MPSectorParameters}$ Control Channel
6    cycles. The access network shall set the SectorSignature field of the QuickConfig message
7    to the SectorSignature field of the next SectorParameters message. The access network
8    shall set the AccessSignature field of the QuickConfig message to the public data
9    AccessSignature (see Default Access Channel MAC Protocol).

10   6.8.6.1.6 Access Terminal Requirements

11   When in the Active State, the access terminal shall perform supervision on the QuickConfig
12   and the SectorParameters messages as specified in 6.8.6.1.6.1.1 and 6.8.6.1.6.1.2
13   respectively.

14   If the access terminal does not have any stored value for the overhead parameters or if it
15   receives a *RouteUpdate.IdleHO* indication, or if it receives a
16   *ConnectedState.ConnectionClosed* indication, the access terminal shall set
17   OverheadParametersUpToDate to 0.

18   When the access terminal receives the QuickConfig message, it shall perform the following:

19   • If any of the following conditions are true:

20       – OverheadParametersUpToDate is equal to 0,

21       – the value of the SectorSignature field of the new QuickConfig message is
22         different from the last received value for SectorSignature corresponding to the
23         same sector[32] from which the QuickConfig message is received, or

24       – the sector from which this QuickConfig message is received is different from the
25         sector from which the last QuickConfig message was received,

26   then the access terminal shall perform the following:

27       – The access terminal shall set OverheadParametersUpToDate to 0.

28       – The access terminal shall monitor every subsequent Control Channel
29         synchronous capsule until it receives the updated SectorParameters message.
30         When the access terminal receives the updated SectorParameters message, it
31         shall return an *Updated* indication and set OverheadParametersUpToDate to 1.

32   Once the access terminal receives an updated overhead message, it should store the
33   signature associated with the message for future comparisons. The access terminal may
34   cache overhead message parameters and signatures to speed up acquisition of parameters
35   from a sector that was previously monitored.

---

[32] A sector is specified by its SectorID and the CDMA channel associated with it (see the definition of
Sector).

**Deleted:** 6.8.6.1.6.1.1

**Deleted:** 6.8.6.1.6.1.2

1  If the Redirect field of the QuickConfig message is set to '1', the access terminal shall
2  return an *ANRedirected* indication.[33]

3  6.8.6.1.6.1 Supervision Procedures

4  6.8.6.1.6.1.1 Supervision of QuickConfig Message

5  Upon entering the Active State, the access terminal shall start the following procedure to
6  supervise the QuickConfig message:

7  • The access terminal shall set a QuickConfig supervision timer for $T_{OMPQCSupervision}$.

8  • If a QuickConfig message is received while the timer is active, the access terminal
9    shall reset and restart the timer.

10 • If the timer expires, the access terminal shall return a *SupervisionFailed* indication
11   and disable the timer.

12 6.8.6.1.6.1.2 Supervision of SectorParameters Message

13 Upon entering the Active State, the access terminal shall start the following procedure to
14 supervise the SectorParameters message:

15 • The access terminal shall set a SectorParameters supervision timer for
16   $T_{OMPSPSupervision}$.

17 • If a SectorParameters message is received while the timer is active, the access
18   terminal shall reset and restart the timer.

19 • If a QuickConfig message is received while the timer is active and the
20   SectorSignature field of the QuickConfig message matches the last received value
21   for SectorSignature corresponding to the same sector[34] from which the QuickConfig
22   message is received, the access terminal shall reset and restart the timer.

23 • If the timer expires, the access terminal shall return a *SupervisionFailed* indication
24   and disable the timer.

25 6.8.6.2 Message Formats

26 6.8.6.2.1 QuickConfig

27 The QuickConfig message is used to indicate a change in the overhead messages' contents
28 and to provide frequently changing information.
29

---

[33] Redirection is commonly used in networks under test.

[34] A sector is specified by its SectorID and the CDMA channel associated with it (see the definition of
Sector).

Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| ColorCode | 8 |
| SectorID24 | 24 |
| SectorSignature | 16 |
| AccessSignature | 16 |
| Redirect | 1 |
| RPCCount | 6 |

RPCCount occurrences of the following field

| | |
|---|---|
| ForwardTrafficValid | 1 |

| | |
|---|---|
| Reserved | variable |

1  MessageID          The access network shall set this field to 0x00.

2  ColorCode          The access network shall set this field to the color code
3                     corresponding to this sector.

4  SectorID24         The access network shall set this field to the least significant 24 bits
5                     of the SectorID value corresponding to this sector.

6  SectorSignature    The access network shall set this field to the value of the
7                     SectorSignature field of the next SectorParameters message it will
8                     transmit.

9  AccessSignature    The access network shall set this field to the value of the
10                    AccessSignature parameter from the AccessParameters message that
11                    is Public Data of the Access Channel MAC Protocol.

12 Redirect           Access network redirect. The access network shall set this field to '1'
13                    if it is redirecting all access terminals away from this access
14                    network.[35]

15 RPCCount           The access network shall set this field to the maximum number of
16                    RPC channels supported by the sector.

17 ForwardTrafficValid  The access network shall set occurrence $n$ of this field to '1' if the
18                    Forward Traffic Channel associated with MACIndex 64-$n$ is valid. The

---

[35] Network redirect is commonly used during testing.

Connection Layer                                                    TIA-856-2

1    access terminal uses this field to perform supervision of the Forward
2    Traffic Channel.

3    Reserved      The number of bits in this field is equal to the number needed to
4                  make the message length an integer number of octets. The access
5                  network shall set this field to zero. The access terminal shall ignore
6                  this field.
7

| **Channels** | CCsynSS |
|---|---|
| **Addressing** | broadcast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 10 |

8    6.8.6.2.2 SectorParameters

9    The SectorParameters message is used to convey sector specific information to the access
10   terminals.

11

TIA-856-2                                                    Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| CountryCode | 12 |
| SectorID | 128 |
| SubnetMask | 8 |
| SectorSignature | 16 |
| Latitude | 22 |
| Longitude | 23 |
| RouteUpdateRadius | 11 |
| LeapSeconds | 8 |
| LocalTimeOffset | 11 |
| ReverseLinkSilenceDuration | 2 |
| ReverseLinkSilencePeriod | 2 |
| ChannelCount | 5 |

ChannelCount occurrences of the following field:

| Field | Length (bits) |
|---|---|
| Channel | 24 |

| Field | Length (bits) |
|---|---|
| NeighborCount | 5 |

NeighborCount occurrences of the following field:

| Field | Length (bits) |
|---|---|
| NeighborPilotPN | 9 |

NeighborCount occurrences of the following two fields:

| Field | Length (bits) |
|---|---|
| NeighborChannelIncluded | 1 |
| NeighborChannel | 0 or 24 |

| Field | Length (bits) |
|---|---|
| NeighborSearchWindowSizeIncluded | 1 |

NeighborCount occurences of the following field

| Field | Length (bits) |
|---|---|
| NeighborSearchWindowSize | 0 or 4 |

| Field | Length (bits) |
|---|---|
| NeighborSearchWindowOffsetIncluded | 1 |

NieghborCount occurrences of the following field

| Field | Length (bits) |
|---|---|
| NieghborSearchWindowOffset | 0 or 3 |

| Field | Length (bits) |
|---|---|
| Reserved | Variable |

Connection Layer                                              TIA-856-2

| | | |
|---|---|---|
| 1 | MessageID | The access network shall set this field to 0x01. |
| 2 | CountryCode | The access network shall set this field to the three-digit BCD (binary |
| 3 | | coded decimal) encoded representation of the Mobile Country Code |
| 4 | | (as specified in [12]) associated with this sector. |

Deleted: [12]

| | | |
|---|---|---|
| 5 | SectorID | Sector Address Identifier. The Access Network shall set the value of |
| 6 | | the SectorID according to the rules specified in 10.9. The Access |
| 7 | | Terminal shall not assume anything about the format of the SectorID |
| 8 | | other than the (SectorID, CDMA Channel) pair uniquely identifies a |
| 9 | | sector. |

Deleted: 10.9

| | | |
|---|---|---|
| 10 | SubnetMask | Sector Subnet identifier. The access network shall set this field to the |
| 11 | | number of consecutive 1's in the subnet mask of the subnet to which |
| 12 | | this sector belongs. |
| 13 | SectorSignature | SectorParameters message signature. The access network shall |
| 14 | | change this field if the contents of the SectorParameters message |
| 15 | | changes. |
| 16 | Latitude | The latitude of the sector. The access network shall set this field to |
| 17 | | this sector's latitude in units of 0.25 second, expressed as a two's |
| 18 | | complement signed number with positive numbers signifying North |
| 19 | | latitudes. The access network shall set this field to a value in the |
| 20 | | range -1296000 to 1296000 inclusive (corresponding to a range of - |
| 21 | | 90° to +90°). |
| 22 | Longitude | The longitude of the sector. The access network shall set this field to |
| 23 | | this sector's longitude in units of 0.25 second, expressed as a two's |
| 24 | | complement signed number with positive numbers signifying East |
| 25 | | longitude. The access network shall set this field to a value in the |
| 26 | | range -2592000 to 2592000 inclusive (corresponding to a range of - |
| 27 | | 180° to +180°). |
| 28 | RouteUpdateRadius | If access terminals are to perform distance based route updates, the |
| 29 | | access network shall set this field to the non-zero "distance" beyond |
| 30 | | which the access terminal is to send a new RouteUpdate message |
| 31 | | (see Default Route Update Protocol). If access terminals are not to |
| 32 | | perform distance based route updates, the access network shall set |
| 33 | | this field to 0.[36] |

---

[36] The access terminal determines whether to send a distance based RouteUpdate message or not using the RouteUpdateRadius value of the serving sector. If the serving sector allows distance based Route Updates, the access terminal uses the RouteUpdateRadius value sent by the sector in which the access terminal last registered.

Connection Layer

| 1<br>2 | LeapSeconds | The number of leap seconds that have occurred since the start of system time. |
| 3<br>4<br>5 | LocalTimeOffset | The access network shall set this field to the offset of the local time from System Time. This value will be in units of minutes, expressed as a two's complement signed number. |
| 6<br>7<br>8 | ReverseLinkSilenceDuration | The access network shall set this field to specify the duration of the Reverse Link Silence Interval in units of frames. |

9  ReverseLinkSilencePeriod

10  The access network shall set this field to specify the period of the
11  Reverse Link Silence Interval. The Reverse Link Silence Interval is
12  defined as the time interval of duration ReverseLinkSilenceDuration
13  frames that starts at times T where T is the CDMA System Time in
14  units of frames and it satisfies the following equation:

15  $$T \bmod (2048 \times 2^{\text{ReverseLinkSilencePeriod}} - 1) = 0.$$

16  ChannelCount    The access network shall set this field to the number of cdma2000
17  high rate packet data channels available to the access terminal on
18  this sector.

19  Channel    Channel record specification for each channel. See 10.1 for the
20  Channel record format. The access network shall set the SystemType
21  field of this record to 0x00.

Deleted: 10.1

22  NeighborCount    The access network shall set this field to the number of records
23  specifying neighboring sectors information included in this message.

24  NeighborPilotPN    The access network shall set this field to the PN Offset of a
25  neighboring sector that the access terminal should add to its
26  Neighbor Set.

27  NeighborChannelIncluded
28  The access network shall set this field to '1' if a Channel record is
29  included for this neighbor, and to '0' otherwise. The $n^{\text{th}}$ occurrence of
30  this field corresponds to the $n^{\text{th}}$ occurrence of NeighborPilotPN in the
31  record that contains the NeighborPilotPN field above.

32  NeighborChannel    Channel record specification for the neighbor channel. See 10.1 for
33  the Channel record format. The access network shall omit this field if
34  the corresponding NeighborChannelIncluded field is set to '0'.
35  Otherwise, if included, the $n^{\text{th}}$ occurrence of this field corresponds to
36  the $n^{\text{th}}$ occurrence of NeighborPilotPN in the record that contains the
37  NeighborPilotPN field above.

Deleted: 10.1

1  NeighborSearchWindowSizeIncluded
2           The access network shall set this field to '1' if
3           NeighborSeachWindowSize field for neighboring sectors is included in
4           this message. Otherwise, the access network shall set this field to '0'.

5  NeighborSearchWindowSize
6           The access network shall omit this field if
7           NeighborSearchWindowSizeIncluded is set to '0'. If
8           NeighborSearchWindowSizeIncluded is set to '1', the access network
9           shall set this field to the value shown in Table 6.8.6.2-1
10          corresponding to the search window size to be used by the access
11          terminal for the neighbor pilot. The $n^{th}$ occurrence of this field
12          corresponds to the $n^{th}$ occurrence of NeighborPilotPN in the record
13          that contains the NeighborPilotPN field above.

| Deleted: Table 6.8.6.2-1 |

| Deleted: 6.8.6.2 |

14                    **Table 6.8.6.2-1. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

15  NeighborSearchWindowOffsetIncluded
16          The access network shall set this field to '1' if
17          NeighborSeachWindowOffset field for neighboring sectors is included

6-113

1    in this message. Otherwise, the access network shall set this field to
2    '0'.

3  NeighborSeachWindowOffset
4        The access network shall omit this field if
5        NeighborSearchWindowOffsetIncluded is set to '0'. If
6        NeighborSearchWindowOffsetIncluded is set to '1', the access
7        network shall set this field to the value shown in Table 6.8.6.2-2
8        corresponding to the search window offset to be used by the access
9        terminal for the neighbor pilot. The $n^{th}$ occurrence of this field
10       corresponds to the $n^{th}$ occurrence of NeighborPilotPN in the record
11       that contains the NeighborPilotPN field above.

12                 **Table 6.8.6.2-2. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|---|---|
| 0 | 0 |
| 1 | WindowSize$^{37}$ /2 |
| 2 | WindowSize |
| 3 | 3 × WindowSize /2 |
| 4 | - WindowSize /2 |
| 5 | - WindowSize |
| 6 | -3 × WindowSize /2 |
| 7 | Reserved |

13  Reserved  The number of bits in this field is equal to the number needed to make the
14  message length an integer number of octets. The access network shall set this field to zero.
15  The access terminal shall ignore this field.

16

| Channels | CCsyn | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | broadcast | | Priority | 30 |

17  6.8.6.3 Interface to Other Protocols

18  6.8.6.3.1 Commands Sent

19  This protocol does not send any commands.

20  6.8.6.3.2 Indications

21  This protocol registers to receive the following indications:

_____

[37] WindowSize is pilot's search window size in PN chips.

Connection Layer                                                    TIA-856-2

1   • *RouteUpdate.IdleHO*

2   • *ConnectedState.ConnectionClosed*

3   6.8.7 Configuration Attributes

4   No configuration attributes are defined for this protocol.

5   6.8.8 Protocol Numeric Constants

6

| Constant | Meaning | Value |
|---|---|---|
| $N_{OMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{OMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{OMPQCSupervision}$ | QuickConfig supervision timer | 12 Control Channel cycles |
| $T_{OMPSPSupervision}$ | SectorParameters supervision timer | 12 Control Channel cycles |
| $N_{OMPSectorParameters}$ | The recommended maximum number of Control Channel cycles between two consecutive SectorParameters message transmissions | 4 |

**Deleted:** Table 2.5.4-1

7   6.8.9 Session State Information

8   This protocol does not define any parameter record to be included in a Session State
9   Information record (see 10.8).

**Deleted:** 10.8

10

1    No text.

1    **7 SECURITY LAYER**

2    **7.1 Introduction**

3    7.1.1 General Overview

4    The Security Layer provides the following functions:

5    • <u>Key Exchange</u>: Provides the procedures followed by the access network and by the
6      access terminal to exchange security keys for authentication and encryption.

7    • <u>Authentication</u>: Provides the procedures followed by the access network and the
8      access terminal for authenticating traffic.

9    • <u>Encryption:</u> Provides the procedures followed by the access network and the access
10     terminal for encrypting traffic.

11   The Security Layer uses the Key Exchange Protocol, Authentication Protocol, Encryption
12   Protocol, and Security Protocol to provide these functions. Security Protocol provides public
13   variables needed by the authentication and encryption protocols (e.g., cryptosync, time-
14   stamp, etc.).

15   <u>Figure 7.1.1-1</u> shows the protocols within the Security Layer.                    [Deleted: Figure 7.1.1-1]



16

17                       **Figure 7.1.1-1. Security Layer Protocols**                    [Deleted: 7.1.1]

18   **7.2 Data Encapsulation for the InUse Protocol Instances**

19   <u>Figure 7.2-1</u> illustrates the relationship between a Connection Layer packet, a Security    [Deleted: Figure 7.2-1]
20   Layer packet and a MAC Layer payload.



1
2                          **Figure 7.2-1. Security Layer Encapsulation**

Deleted: 7.2

3    The Security Layer headers or trailers may not be present (or equivalently, have a size of
4    zero) if session configuration establishes the Default Security Layer or if the configured
5    Security Protocol does not require a header or trailer. The fields added by the MAC Layer
6    indicate presence (or absence) of the Security Layer headers and trailers. The Encryption
7    Protocol may add a trailer to hide the actual length of the plain-text or padding to be used
8    by the encryption algorithm. The Encryption Protocol Header may contain variables such
9    as initialization vector (IV) to be used by the Encryption Protocol. The Authentication
10   Protocol header or trailer may contain the digital signature that is used to authenticate the
11   portion of the Authentication Protocol Packet that is authenticated. The Security Protocol
12   header or trailer may contain variables needed by the authentication and encryption
13   protocols (e.g., cryptosync, time-stamp, etc.).

14   Figure 7.2-1 shows the portions of the security layer packet that may be encrypted and
15   authenticated. The authentication is performed on the Encryption Protocol Packet. This
16   avoids unnecessary decryption when authentication fails.

Deleted: Figure 7.2-1

17   The Security Layer shall pass the ConnectionLayerFormat field given to it by the MAC Layer
18   to the Connection Layer with the Connection Layer packet.

1    **7.3 Default Security Protocol**

2    7.3.1 Overview

3    The Default Security Protocol does not provide any services, except for transferring packets
4    between the Authentication Protocol and the MAC layer.

5    7.3.2 Primitives and Public Data

6    7.3.2.1 Commands

7    This protocol does not define any commands.

8    7.3.2.2 Return Indications

9    This protocol does not return any indications.

10   7.3.2.3 Public Data

11   This protocol shall make the following data public:

12   • Subtype for this protocol

13   7.3.3 Protocol Data Unit

14   The protocol data unit for this protocol is a Security Layer packet. Each Security Layer
15   packet consists of an Authentication Protocol packet.

16   7.3.4 Protocol Initialization

17   7.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

18   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
19   access network shall perform the following in the order specified:

20   • The fall-back values of the attributes for this protocol instance shall be set to the
21     default values specified for each attribute.

22   • If the InUse instance of this protocol has the same protocol subtype as this
23     InConfiguration protocol instance, then the fall-back values of the attributes defined
24     by the InConfiguration protocol instance shall be set to the values of the
25     corresponding attributes associated with the InUse protocol instance.

26   • The value for each attribute for this protocol instance shall be set to the fall-back
27     value for that attribute.

28   7.3.4.2 Protocol Initialization for the InUse Protocol Instance

29   Upon creation of the InUse instance of this protocol, the access terminal and the access
30   network shall perform the following:

31   • The value of the attributes for this protocol instance shall be set to the default values
32     specified for each attribute.

1  7.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol

2  7.3.5.1 Procedures

3  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
4  the configuration messages.

| Deleted: 10.7 |

5  7.3.5.2 Commit Procedures

6  The access terminal and the access network shall perform the procedures specified in this
7  section, in the order specified, when directed by the InUse instance of the Session
8  Configuration Protocol to execute the Commit procedures:

9     • All the public data that are defined by this protocol, but are not defined by the InUse
10       protocol instance shall be added to the public data of the InUse protocol.

11    • If the InUse instance of this protocol has the same subtype as this protocol instance,
12      then

13       – The access terminal and the access network shall set the attribute values
14         associated with the InUse instance of this protocol to the attribute values
15         associated with the InConfiguration instance of this protocol, and

16       – The access terminal and the access network shall purge the InConfiguration
17         instance of the protocol.

18    • If the InUse instance of this protocol does not have the same subtype as this protocol
19      instance, then the access terminal and the access network shall perform the
20      following:

21       – The InConfiguration protocol instance shall become the InUse protocol instance
22         for the Security Protocol.

23    • All the public data not defined by this protocol shall be removed from the public data
24      of the InUse protocol.

25  7.3.5.3 Message Formats

26  7.3.5.3.1 ConfigurationRequest

27  The ConfigurationRequest message format is as follows:

28

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

29  MessageID              The sender shall set this field to 0x50.

Security Layer                                                                                  TIA-856-2

1  TransactionID          The sender shall increment this value for each new
2                         ConfigurationRequest message sent.

3  AttributeRecord        The format of this record is specified in 10.3.                        Deleted: 10.3

4

| Channels | FTC   RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

5  7.3.5.3.2 ConfigurationResponse

6  The ConfigurationResponse message format is as follows:

7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

8  MessageID              The sender shall set this field to 0x51.

9  TransactionID          The sender shall set this value to the TransactionID field of the
10                        corresponding ConfigurationRequest message.

11 AttributeRecord        An attribute record containing a single attribute value. If this
12                        message selects a complex attribute, only the ValueID field of the
13                        complex attribute shall be included in the message. The format of the
14                        AttributeRecord is given in 10.3. The sender shall not include more      Deleted: 10.3
15                        than one attribute record with the same attribute identifier.
16

| Channels | FTC   RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

17 7.3.6 Procedures and Messages for the InUse Instance of the Protocol

18 7.3.6.1 Procedures

19 The protocol shall set the Security Layer packet to the Authentication Protocol packet and
20 shall forward it for transmission to the MAC Layer. This protocol does not define a Security
21 Protocol header or trailer.

22 This protocol shall set the Authentication Protocol packet to the Security Layer packet
23 received from the MAC Layer, and shall forward the packet to the Authentication Protocol.

1  7.3.6.2 Message Formats

2  No messages are defined for the InUse instance of this protocol.

3  7.3.6.3 Default Security Protocol Header

4  The Default Security Protocol does not add a header.

5  7.3.6.4 Default Security Protocol Trailer

6  The Default Security Protocol does not add a trailer.

7  7.3.6.5 Interface to Other Protocols

8  7.3.6.5.1 Commands

9  This protocol does not issue any commands.

10  7.3.6.5.2 Indications

11  This protocol does not register to receive any indications.

12  7.3.7 Configuration Attributes

13  No configuration attributes are defined for this protocol.

14  7.3.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{SPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SPDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

15  7.3.9 Session State Information

16  This protocol does not define any parameter record to be included in a Session State
17  Information record (see 10.8).

**Deleted:** 10.8

18

1  **7.4 Generic Security Protocol**

2  7.4.1 Overview

3  The Generic Security protocol performs the following tasks:

4  • On the transmission side, this protocol provides a cryptosync that may be used by
5  the negotiated Authentication Protocol and Encryption Protocol.

6  • On the receiving side, this protocol computes the cryptosync using the information
7  provided in the Security Protocol header and makes the cryptosync publicly
8  available.

9  7.4.2 Primitives and Public Data

10  7.4.2.1 Commands

11  This protocol does not define any commands.

12  7.4.2.2 Return Indications

13  This protocol does not return any indications.

14  7.4.2.3 Public Data

15  This protocol shall make the following data public:

16  • Subtype for this protocol

17  • Cryptosync

18  7.4.3 Protocol Data Unit

19  The protocol data unit for this protocol is a Security Layer packet.

20  7.4.4 Protocol Initialization

21  7.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

22  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
23  access network shall perform the following in the order specified:

24  • The fall-back values of the attributes for this protocol instance shall be set to the
25  default values specified for each attribute.

26  • If the InUse instance of this protocol has the same protocol subtype as this
27  InConfiguration protocol instance, then the fall-back values of the attributes defined
28  by the InConfiguration protocol instance shall be set to the values of the
29  corresponding attributes associated with the InUse protocol instance.

30  • The value for each attribute for this protocol instance shall be set to the fall-back
31  value for that attribute.

TIA-856-2                                                                                    Security Layer

1   7.4.4.2 Protocol Initialization for the InUse Protocol Instance

2   Upon creation of the InUse instance of this protocol, the access terminal and the access
3   network shall:

4   • Set the value of the attributes for this protocol instance to the default values
5      specified for each attribute.

6   7.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

7   7.4.5.1 Procedures

8   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
9   the configuration messages.

<div style="border:1px solid green; display:inline-block; padding:2px">**Deleted:** 10.7</div>

10  7.4.5.2 Commit Procedures

11  The access terminal and the access network shall perform the procedures specified in this
12  section, in the order specified, when directed by the InUse instance of the Session
13  Configuration Protocol to execute the Commit procedures:

14  • All the public data that are defined by this protocol, but are not defined by the InUse
15     protocol instance shall be added to the public data of the InUse protocol.

16  • If the InUse instance of this protocol has the same subtype as this protocol instance,
17     then

18     – The access terminal and the access network shall set the attribute values
19        associated with the InUse instance of this protocol to the attribute values
20        associated with the InConfiguration instance of this protocol, and

21     – The access terminal and the access network shall purge the InConfiguration
22        instance of this protocol.

23  • If the InUse instance of this protocol does not have the same subtype as this protocol
24     instance, then the access terminal and the access network shall perform the
25     following:

26     – The InConfiguration protocol instance shall become the InUse protocol instance
27        for the Security Protocol.

28  • All the public data not defined by this protocol shall be removed from the public data
29     of the InUse protocol.

30  7.4.5.3 Message Formats

31  7.4.5.3.1 ConfigurationRequest

32  The ConfigurationRequest message format is as follows:

33

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1  MessageID              The sender shall set this field to 0x50.

2  TransactionID          The sender shall increment this value for each new
3                         ConfigurationRequest message sent.

4  AttributeRecord        The format of this record is specified in 10.3    [Deleted: 10.3]

5

| Channels | | FTC    RTC | | SLP | Reliable |
|----------|--|------------|--|-----|----------|
| Addressing | | unicast | | Priority | 40 |

6  7.4.5.3.2 ConfigurationResponse

7  The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9   MessageID             The sender shall set this field to 0x51.

10  TransactionID         The sender shall set this value to the TransactionID field of the
11                        corresponding ConfigurationRequest message.

12  AttributeRecord       An attribute record containing a single attribute value. If this
13                        message selects a complex attribute, only the ValueID field of the
14                        complex attribute shall be included in the message. The format of the
15                        AttributeRecord is given in 10.3. The sender shall not include more    [Deleted: 10.3]
16                        than one attribute record with the same attribute identifier.
17

| **Channels** | FTC      RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

1  7.4.6 Procedures and Messages for the InUse Instance of the Protocol

2  7.4.6.1 Procedures

3  Each Security Layer packet consists of an Authentication Protocol packet and a Security
4  Protocol header.

5  The protocol shall construct a Security Layer packet out of the Authentication Protocol
6  packet as follows and shall pass the packets for transmission to the MAC Layer:

7  • When the protocol receives an Authentication Protocol packet from the
8    Authentication Protocol that is either authenticated or encrypted, it shall set
9    CryptosyncShort in the Security protocol header to the least significant 16 bits of
10   the value of the Cryptosync that is used by the Authentication Protocol or the Encryption
11   Protocol to authenticate or encrypt this packet. The Security Protocol shall then add
12   the Security Protocol header in front of the Authentication Protocol packet. The
13   packet structure is shown in Figure 7.2-1.

**Deleted:** Figure 7.2-1

14  • When the protocol receives an Authentication Protocol packet from the
15    Authentication Protocol that is neither authenticated nor encrypted, the protocol
16    shall not add a security protocol header to the Authentication Protocol packet.

17  • This protocol shall not append a Security Protocol trailer to the Authentication
18    Protocol packet.

19  This Security Protocol shall construct the Authentication Protocol packet using the
20  Security Layer packet (received from the MAC Layer) as follows and shall forward the
21  packet to the Authentication Protocol:

22  • When the protocol receives a Security Layer packet from the MAC Layer that is either
23    authenticated or encrypted, it shall construct the Authentication Protocol packet by
24    removing the Security Layer header.

25  • When the protocol receives a Security Layer packet from the MAC Layer that is
26    neither authenticated nor encrypted, it shall set the Authentication Protocol packet
27    to the Security Layer packet.

28  When the Security Layer receives a Connection Layer packet that is to be either
29  authenticated or encrypted, the Security Protocol shall choose a value for the Cryptosync
30  based on the current 64-bit representation of the CDMA System Time in units of 80 ms,
31  such that Cryptosync does not specify a time later than the time that the security layer
32  packet will be transmitted by the physical layer, and is not earlier than the current CDMA
33  System Time[38]. The protocol shall then set CryptosyncShort in the Security Protocol header
34  to Cryptosync[15:0].

---

[38] For example, the protocol may choose the current CDMA System Time as Cryptosync.

1   When the Security Protocol receives a Security Layer packet from the MAC Layer that is
2   either authenticated or encrypted, it shall compute the 64-bit Cryptosync using
3   CryptosyncShort given in the Security Protocol Header as follows:

4   $\quad$ Cryptosync = (SystemTime − (SystemTime[15:0] − CryptosyncShort) mod $2^{16}$) mod
5   $\quad 2^{64}$,

6   $\quad$ where SystemTime is the current CDMA System Time in units of 80 ms,
7   $\quad$ SystemTime[15:0] is the 16 least significant bits of the SystemTime, and
8   $\quad$ CryptosyncShort is the 16-bit Security protocol header.

9   7.4.6.2 Message Formats

10  No messages are defined for the InUse instance of this protocol.

11  7.4.6.3 Generic Security Protocol Header

12  The Generic Security Protocol Header is as follows:
13

| Field | Length(bits) |
|---|---|
| CryptosyncShort | 0 or 16 |

14  CryptosyncShort     The sender shall include this field, only if the Authentication Protocol
15  $\quad$ packet is either authenticated or encrypted. The sender shall set this
16  $\quad$ field to the 16 least significant bits of the Cryptosync.

17  7.4.6.4 Generic Security Protocol Trailer

18  The Generic Security Protocol does not add a trailer.

19  7.4.6.5 Interface to Other Protocols

20  7.4.6.5.1 Commands

21  This protocol does not issue any commands.

22  7.4.6.5.2 Indications

23  This protocol does not register to receive any indications.

24  7.4.7 Configuration Attributes

25  No configuration attributes are defined for this protocol.

26  7.4.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{SPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SPGeneric}$ | Subtype field for this protocol | 0x0001 |

**Deleted:** Table 2.5.4-1

TIA-856-2                                                                     Security Layer

1    7.4.9 Session State Information

2    This protocol does not define any parameter record to be included in a Session State

3    Information record (see 10.8).                                    | **Deleted:** 10.8 |

4

1    **7.5 Default Key Exchange Protocol**

2    7.5.1 Overview

3    The Default Key Exchange Protocol does not provide any services and is selected when the
4    Default Authentication Protocol and the Default Encryption Protocol are selected.

5    7.5.2 Primitives and Public Data

6    7.5.2.1 Commands

7    This protocol does not define any commands.

8    7.5.2.2 Return Indications

9    This protocol does not return any indications.

10   7.5.2.3 Public Data

11   This protocol shall make the following data public:

12      • Subtype for this protocol

13   7.5.3 Protocol Data Unit

14   This protocol does not carry payload on behalf of other layers or protocols.

15   7.5.4 Protocol Initialization

16   7.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

17   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
18   access network shall perform the following in the order specified:

19      • The fall-back values of the attributes for this protocol instance shall be set to the
20         default values specified for each attribute.

21      • If the InUse instance of this protocol has the same protocol subtype as this
22         InConfiguration protocol instance, then the fall-back values of the attributes defined
23         by the InConfiguration protocol instance shall be set to the values of the
24         corresponding attributes associated with the InUse protocol instance.

25      • The value for each attribute for this protocol instance shall be set to the fall-back
26         value for that attribute.

27   7.5.4.2 Protocol Initialization for the InUse Protocol Instance

28   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
29   access network shall perform the following in the order specified:

30      • The value of the attributes for this protocol instance shall be set to the default values
31         specified for each attribute.

1    7.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

2    7.5.5.1 Procedures

3    This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
4    the configuration messages.

> **Deleted:** 10.7

5    7.5.5.2 Commit Procedures

6    The access terminal and the access network shall perform the procedures specified in this
7    section, in the order specified, when directed by the InUse instance of the Session
8    Configuration Protocol to execute the Commit procedures:

9    • All the public data that are defined by this protocol, but are not defined by the InUse
10        protocol instance shall be added to the public data of the InUse protocol.

11   • If the InUse instance of this protocol has the same subtype as this protocol instance,
12        then

13       – The access terminal and the access network shall set the attribute values
14            associated with the InUse instance of this protocol to the attribute values
15            associated with the InConfiguration instance of this protocol, and

16       – The access terminal and the access network shall purge the InConfiguration
17            instance of the protocol.

18   • If the InUse instance of this protocol does not have the same subtype as this protocol
19        instance, then the access terminal and the access network shall perform the
20        following:

21       – The InConfiguration protocol instance shall become the InUse protocol instance
22            for the Key Exchange Protocol.

23   • All the public data not defined by this protocol shall be removed from the public data
24        of the InUse protocol.

25   7.5.5.3 Message Formats

26   7.5.5.3.1 ConfigurationRequest

27   The ConfigurationRequest message format is as follows:

28

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

29   MessageID              The sender shall set this field to 0x50.

1  TransactionID         The sender shall increment this value for each new
2                        ConfigurationRequest message sent.

3  AttributeRecord       The format of this record is specified in 10.3

> **Deleted:** 10.3

4

| **Channels** | FTC    RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

5  7.5.5.3.2 ConfigurationResponse

6  The ConfigurationResponse message format is as follows:

7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

8  MessageID            The sender shall set this field to 0x51.

9  TransactionID        The sender shall set this value to the TransactionID field of the
10                      corresponding ConfigurationRequest message.

11 AttributeRecord      An attribute record containing a single attribute value. If this
12                      message selects a complex attribute, only the ValueID field of the
13                      complex attribute shall be included in the message. The format of the
14                      AttributeRecord is given in 10.3. The sender shall not include more
15                      than one attribute record with the same attribute identifier.
16

> **Deleted:** 10.3

| **Channels** | FTC    RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

17 7.5.6 Procedures and Messages for the InUse Instance of the Protocol

18 7.5.6.1 Procedures

19 There are no procedures associated with the InUse instance of this protocol.

20 7.5.6.2 Message Formats

21 No messages are defined for the InUse instance of this protocol.

TIA-856-2                                                        Security Layer

1    7.5.6.3 Interface to Other Protocols

2    7.5.6.3.1 Commands

3    This protocol does not issue any commands.

4    7.5.6.3.2 Indications

5    This protocol does not register to receive any indications.

6    7.5.7 Configuration Attributes

7    No configuration attributes are defined for this protocol.

8    7.5.8 Protocol Numeric Constants
9

| Constant | Meaning | Value |
|---|---|---|
| $N_{KEPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{KEPDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

10   7.5.9 Session State Information

11   This protocol does not define any parameter record to be included in a Session State
12   Information record (see 10.8).

**Deleted:** 10.8

13

1  **7.6 DH Key Exchange Protocol**

2  7.6.1 Overview

3  The DH Key Exchange Protocol provides a method for session key exchange based on the
4  Diffie-Hellman (DH) key exchange algorithm.

5  7.6.2 Primitives and Public Data

6  7.6.2.1 Commands

7  This protocol does not define any commands.

8  7.6.2.2 Return Indications

9  This protocol does not return any indication.

10  7.6.2.3 Public Data

11  • Subtype for this protocol

12  • FACAuthKey and its length
13  The authentication key for use on Forward Assigned Channels (e.g., the Forward
14  Traffic Channel).

15  • RACAuthKey and its length
16  The authentication key for use on Reverse Assigned Channels (e.g., the Reverse
17  Traffic Channel).

18  • FACEncKey and its length
19  The encryption key for use on Forward Assigned Channels (e.g., the Forward Traffic
20  Channel).

21  • RACEncKey and its length
22  The encryption key for use on Reverse Assigned Channels (e.g., the Reverse Traffic
23  Channel).

24  • FPCAuthKey and its length
25  The authentication key for use on Forward Public Channels (e.g., the Control
26  Channel).

27  • RPCAuthKey and its length
28  The authentication key for use on Reverse Public Channels (e.g., the Access
29  Channel).

30  • FPCEncKey and its length
31  The encryption key for use on Forward Public Channels (e.g. the Control Channel).

32  • RPCEncKey and its length
33  The encryption key for use on Reverse Public Channels (e.g. the Access Channel).

Security Layer

1    7.6.2.4 Interface to Other Protocols

2    7.6.2.4.1 Commands

3    This protocol does not define any commands.

4    7.6.2.4.2 Indications

5    This protocol does not register to receive any indications.

6    7.6.3 Protocol Data Unit

7    The transmission unit of this protocol is a message. This is a control protocol and,
8    therefore, it does not carry payload on behalf of other layers or protocols.

9    This protocol uses the Signaling Application to transmit and receive messages.

10   7.6.4 Protocol Initialization

11   7.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance

12   Upon creation, the InConfiguration instance of this protocol in the access terminal and the
13   access network shall perform the following in the order specified:

14   • The fall-back values of the attributes for this protocol instance shall be set to the
15     default values specified for each attribute.

16   • The access terminal and the access network shall perform the following:

17     – Set SKey to zero and its length to the value of the KeyLength attribute,

18     – Set FACAuthKey to zero and its length to 160,

19     – Set RACAuthKey to zero and its length to 160,

20     – Set FACEncKey to zero and its length to 160,

21     – Set RACEncKey to zero and its length to 160,

22     – Set FPCAuthKey to zero and its length to 160,

23     – Set RPCAuthKey to zero and its length to 160,

24     – Set FPCEncKey to zero and its length to 160,

25     – Set RPCEncKey to zero and its length to 160.

26   • If the InUse instance of this protocol has the same protocol subtype as this
27     InConfiguration protocol instance, then

28     – The access terminal and the access network shall set the fall-back values of the
29       attributes defined by the InConfiguration protocol instance to the values of the
30       corresponding attributes associated with the InUse protocol instance.

31     – The access terminal and the access network shall set the value of the public data
32       associated with the InConfiguration protocol instance to the corresponding public
33       data values for the InUse protocol.

1   2   • The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

3   7.6.4.2 Protocol Initialization for the InUse Protocol Instance

4   5   Upon creation, the InUse instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

6   7   • The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

8   • The access terminal and the access network shall perform the following:

9   – Set SKey to zero and its length to the value of the KeyLength attribute,

10   – Set FACAuthKey to zero and its length to 160,

11   – Set RACAuthKey to zero and its length to 160,

12   – Set FACEncKey to zero and its length to 160,

13   – Set RACEncKey to zero and its length to 160,

14   – Set FPCAuthKey to zero and its length to 160,

15   – Set RPCAuthKey to zero and its length to 160,

16   – Set FPCEncKey to zero and its length to 160,

17   – Set RPCEncKey to zero and its length to 160.

18   7.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol

19   7.6.5.1 Procedures

20   21   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of the configuration messages.

**Deleted:** 10.7

22   23   24   • If the access terminal and access network agree upon a different value for the KeyLength attribute (per Generic Configuration Protocol), the access terminal and the access network shall perform the following:

25   – Set SKey to zero and its length to the value of the KeyLength attribute,

26   – Set FACAuthKey to zero and its length to 160,

27   – Set RACAuthKey to zero and its length to 160,

28   – Set FACEncKey to zero and its length to 160,

29   – Set RACEncKey to zero and its length to 160,

30   – Set FPCAuthKey to zero and its length to 160,

31   – Set RPCAuthKey to zero and its length to 160,

32   – Set FPCEncKey to zero and its length to 160,

33   – Set RPCEncKey to zero and its length to 160.

Security Layer

The Key Exchange Protocol uses the KeyRequest and KeyResponse messages for exchanging public session keys, and the ANKeyComplete and ATKeyComplete messages for indicating that the secret session keys have been calculated.

The access terminal and the access network shall perform the following key exchange procedure during session configuration.

7.6.5.1.1 Access Terminal Requirements

Upon receiving the KeyRequest message, the access terminal shall perform the following:

- The access terminal shall choose a random number ATRand between 1 and p−2 (inclusive) and set the ATPubKey field of the KeyResponse message as follows:

    $ATPubKey = g^{ATRand} \bmod p$

    where g and p are KeyLength dependent protocol constants for the DH Key Exchange protocol, and KeyLength is specified during session configuration of the DH Key Exchange Protocol.

- The access terminal shall send a KeyResponse message with the ATPubKey field set to the value computed in the previous step, within $T_{KEPATResponse}$ second of receiving a KeyRequest message.

- The access terminal shall compute SKey, the session key as follows:

    $SKey = ANPubKey^{ATRand} \bmod p$.

The random number ATRand should have the following properties:

- Number generated should have a uniform statistical distribution over its range,

- Numbers used in formulating different KeyResponse messages should be statistically uncorrelated,

- Number used in formulating each KeyResponse message should not be derivable from the previously used random numbers,

- Numbers used in formulating KeyResponse message sent by different access terminals should be statistically uncorrelated.

After the access terminal sends a KeyResponse message, it shall set $T_{KEPKeyCompAN}$ to the duration of time specified by Timeout, reported by the access network in the KeyRequest message. The access terminal shall then start the AN Key Computation Timer with a time-out value of $T_{KEPKeyCompAN}$. The access terminal shall disable the AN Key Computation Timer when it receives the ANKeyComplete message with a TransactionID that matches the TransactionID field of the associated KeyRequest and KeyResponse messages.

When the AN Key Computation Timer expires, the access terminal shall declare failure.

After receiving an ANKeyComplete message with a TransactionID field that matches the TransactionID field of the associated KeyRequest message, the access terminal shall perform the following:

- Access terminal shall compute the 64-bit variable TimeStampLong as follows:

1   TimeStampLong = (SystemTime − (SystemTime[15:0] − TimeStampShort) mod $2^{16}$)
2   mod $2^{64}$,

3   where SystemTime is the current CDMA System Time in units of 80 ms,
4   SystemTime[15:0] is the 16 least significant bits of the SystemTime, and
5   TimeStampShort is the 16-bit field received in the ANKeyComplete message.

6   • Access terminal shall construct the *message bits* as shown in Table 7.6.5.1-1, using
7   the computed SKey, computed TimeStampLong, and TransactionID, and Nonce fields
8   of the ANKeyComplete message.

9                    **Table 7.6.5.1-1. Message Bits**

| Field | Length(bits) |
|---|---|
| Skey | KeyLength |
| TransactionID | 8 |
| Nonce | 16 |
| TimeStampLong | 64 |

10   • Access terminal shall pad the *message bits* constructed in the previous step, as
11   specified in [6], and compute the 160-bit *message digest* as specified in [6].

12   • If the *message digest* computed in the previous step matches the KeySignature field
13   of ANKeyComplete message, the access terminal shall send an ATKeyComplete
14   message with the Result field set to '1' within $T_{KEPSigCompAT}$ seconds of the later of the
15   following two events:

16   – Reception of the ANKeyComplete message.

17   – Finishing computing the SKey.

18   • Otherwise, the access terminal shall declare failure and send an ATKeyComplete
19   message with the Result field set to '0'.

20   7.6.5.1.2 Access Network Requirements

21   The access network shall initiate the key exchange by sending a KeyRequest message. The
22   access network shall choose a random number ANRand between 1 and p−2 (inclusive) and
23   set the ANPubKey field of the KeyRequest message as follows:

24   ANPubKey = g $^{ANRand}$ mod p

25   where g, p, and KeyLength are specified during session configuration of the DH Key
26   Exchange Protocol.

27   The random number ANRand should have the following properties:

28   • The number generated should have a uniform statistical distribution over its range.

29   • The numbers used in formulating different KeyRequest messages should be
30   statistically uncorrelated.

Deleted: Table 7.6.5.1-1

Deleted: 7.6.5.1

Deleted: [6]

Deleted: [6]

TIA-856-2                                                           Security Layer

1   • The number used in formulating each KeyRequest message should not be derivable
2     from the previously used random numbers.

3   • The numbers used in formulating KeyRequest message sent by different access
4     networks should be statistically uncorrelated.

5   If the access network does not receive a KeyResponse message with a TransactionID field
6   that matches the TransactionID field of the associated KeyRequest message, within
7   $T_{KEPANResponse}$, the access network shall declare failure and stop performing the rest of the
8   key exchange procedure.

9   After receiving a KeyResponse message with a TransactionID field that matches the
10  TransactionID field of the associated KeyRequest message, the access network shall
11  perform the following:

12  • The access network shall set $T_{KEPKeyCompAT}$ to the duration of time specified by
13    Timeout, reported by the access terminal in the KeyResponse message. The access
14    network shall then start the AT Key Computation Timer with a time-out value of
15    $T_{KEPKeyCompAT}$.

16  • The access network shall compute SKey, the session key as follows:

17     SKey = ATPubKey $^{ANRand}$ mod p

18  • The access network shall construct the *message bits,* as shown in Table 7.6.5.1-2,    [Deleted: Table 7.6.5.1-2]
19    using the computed SKey, TimeStampLong, the TransactionID, and a 16-bit pseudo-
20    random value, Nonce. TimeStampLong is a 64-bit value that is set, based on the
21    current 64-bit representation of the CDMA System Time in units of 80 ms, such that
22    TimeStampLong does not specify a time later than the time that the message will be
23    transmitted by physical layer and is not earlier than the current CDMA System
24    Time[39].                                                                        [Deleted: 7.6.5.1]

25                        **Table 7.6.5.1-2. Message Bits**

| Field | Length(bits) |
|---|---|
| SKey | KeyLength |
| TransactionID | 8 |
| Nonce | 16 |
| TimeStampLong | 64 |

26  • The access network shall pad the *message bits* constructed in the previous step, as   [Deleted: [6]]
27    specified in [6], and compute the 160-bit *message digest* as specified in [6].       [Deleted: [6]]

---

[39] For example, the protocol may choose the current CDMA System Time as TimeStampLong.

- The access network shall send an ANKeyComplete message with the KeySignature field of the message set to the *message digest* computed in the previous step and the TimeStampShort field of the message set to the 16 least significant bits of the CDMA System Time used in the previous step. The access network shall then start the AT Signature Computation Timer with a time-out value of $T_{KEPSigCompAN}$.

The access network shall disable both the AT Key Computation Timer and the AT Key Signature Computation Timer when it receives an ATKeyComplete message with a TransactionID that matches the TransactionID field of the associated KeyRequest and KeyResponse messages.

The access network shall declare failure and stop performing the rest of the key exchange procedure if any of the following events occur:

- Both AT Key Computation and the AT Key Signature Computation Timers are expired, or

- Access network receives an ATKeyComplete message with Result field set to '0'.

7.6.5.1.3 Authentication Key and Encryption Key Generation

The keys used for authentication and encryption are generated from the session key, SKey, using the procedures specified in this section.

Table 7.6.5.1-3 defines eight sub-fields within the SKey. These sub-fields are of equal length.

**Table 7.6.5.1-3. Subfields of SKey**

| Sub-Field | Length (bits) |
|-----------|---------------|
| K0 | KeyLength / 8 |
| K1 | KeyLength / 8 |
| K2 | KeyLength / 8 |
| K3 | KeyLength / 8 |
| K4 | KeyLength / 8 |
| K5 | KeyLength / 8 |
| K6 | KeyLength / 8 |
| K7 | KeyLength / 8 |

The access network and access terminal shall construct the *message bits* as shown in Figure 7.6.5.1-1. In this figure, TimeStampLong and Nonce are the same as the one used for generation of KeySignature (see 7.6.5.1.1 and 7.6.5.1.2).

**Deleted:** Table 7.6.5.1-3

**Deleted:** 7.6.5.1

**Deleted:** Figure 7.6.5.1-1

**Deleted:** 7.6.5.1.1

**Deleted:** 7.6.5.1.2

|  | MSB |  | LSB |
|---|---|---|---|
| **Message bits for generation of FACAuthKey** | K0 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RACAuthKey** | K1 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of FACEncKey** | K2 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RACEncKey** | K3 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of FPCAuthKey** | K4 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RPCAuthKey** | K5 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of FPCEncKey** | K6 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RPCEncKey** | K7 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |

1   **Figure 7.6.5.1-1. Message Bits for Generation of Authentication and Encryption Keys**

<div style="text-align:right">Deleted: 7.6.5.1</div>

2   The access terminal and access network shall then pad the *message bits* constructed in the
3   previous step, as specified in [6] and compute the 160-bit *message digests* (for each of the
4   eight keys) as specified in [6]. The access network and access terminal shall set the
5   FACAuthKey, RACAuthKey, FACEncKey, RACEncKey, FPCAuthKey, RPCAuthKey,
6   FPCEncKey, and RPCEncKey to the *message digests* for the corresponding key as shown in
7   Figure 7.6.5.1-1.

<div style="text-align:right">Deleted: [6]</div>
<div style="text-align:right">Deleted: [6]</div>
<div style="text-align:right">Deleted: Figure 7.6.5.1-1</div>

8   7.6.5.2 Commit Procedures

9   The access terminal and the access network shall perform the procedures specified in this
10  section, in the order specified, when directed by the InUse instance of the Session
11  Configuration Protocol to execute the Commit procedures:

12   • All the public data that are defined by this protocol, but are not defined by the InUse
13     protocol instance shall be added to the public data of the InUse protocol.

14   • If the InUse instance of this protocol has the same subtype as this protocol instance,
15     then

1      – The access terminal and the access network shall set the attribute values
2        associated with the InUse instance of this protocol to the attribute values
3        associated with the InConfiguration instance of this protocol,

4      – The access terminal and the access network shall purge the InConfiguration
5        instance of the protocol.

6     • If the InUse instance of this protocol does not have the same subtype as this protocol
7      instance, then the access terminal and the access network shall perform the
8      following:

9      – The InConfiguration protocol instance shall become the InUse protocol instance
10       for the Key Exchange Protocol.

11    • All the public data not defined by this protocol shall be removed from the public data
12     of the InUse protocol.

13    7.6.5.3 Message Formats

14    7.6.5.3.1 KeyRequest

15    The access network sends the KeyRequest message to initiate the session key exchange.
16

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Timeout | 8 |
| ANPubKey | KeyLength (as negotiated) |

17    MessageID         The access network shall set this field to 0x00.

18    TransactionID     The access network shall increment this value for each new
19                       KeyRequest message sent.

20    Timeout           Shared secret calculation timeout. The access network shall set this
21                       field to the maximum time in the number of seconds that the access
22                       network requires for calculation of the session key (SKey).

23    ANPubKey         Access network's ephemeral public Diffie-Hellman key. The access
24                       network shall set this field to the ephemeral public Diffie-Hellman
25                       key of the access network as specified in 7.6.5.1.2.

**Deleted:** 7.6.5.1.2

26

TIA-856-2                                                    Security Layer

| Channels | FTC |
|----------|-----|
| Addressing | unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 40 |

1   7.6.5.3.2 KeyResponse

2   The access terminal sends the KeyResponse message in response to the KeyRequest
3   message.
4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Timeout | 8 |
| ATPubKey | KeyLength (as negotiated) |

5   MessageID            The access terminal shall set this field to 0x01.

6   TransactionID        The access terminal shall set this field to the value of the
7                        TransactionID field of the KeyRequest message to which the access
8                        terminal is responding.

9   Timeout              Shared secret calculation timeout. The access terminal shall set this
10                       field to the maximum time in seconds that the access terminal
11                       requires for calculation of the session key (SKey).

12  ATPubKey             Access terminal's ephemeral public Diffie-Hellman key. The access
13                       terminal shall set this field to the ephemeral public Diffie-Hellman
14                       key of the access terminal as specified in 7.6.5.1.1.
15

| Channels | RTC |
|----------|-----|
| Addressing | unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 40 |

16  7.6.5.3.3 ANKeyComplete

17  The access network sends the ANKeyComplete message in response to the KeyResponse
18  message.
19

7-26

Security Layer                                                          TIA-856-2

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Nonce | 16 |
| TimeStampShort | 16 |
| KeySignature | 160 |

1   MessageID          The access network shall set this field to 0x02.

2   TransactionID      The access network shall set this field to the value of the
3                      TransactionID field of the corresponding KeyRequest message.

4   Nonce              The access network shall set this field to an arbitrarily chosen 16-bit
5                      value Nonce that is used to compute the KeySignature.

6   TimeStampShort     The access network shall set this field to the 16 least significant bits
7                      of the SystemTimeLong used in computing the KeySignature as
8                      specified in 7.6.5.1.2.                                           [Deleted: 7.6.5.1.2]

9   KeySignature       The access network shall set this field to the 20-octet signature of the
10                     session key (SKey) as specified in 7.6.5.1.2.                     [Deleted: 7.6.5.1.2]
11

| **Channels** | FTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

12  7.6.5.3.4 ATKeyComplete

13  The access terminal sends the ATKeyComplete message in response to the ANKeyComplete
14  message.
15

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Result | 1 |
| Reserved | 7 |

16  MessageID          The access terminal shall set this field to 0x03.

17  TransactionID      The access terminal shall set this field to the value of the
18                     TransactionID field of the corresponding KeyRequest message.

| Result | The access terminal shall set this field to '1' if the KeySignature field of ANKeyComplete message matches the *message digest* computed for the KeySignature as specified in 7.6.5.1.1; otherwise the access terminal shall set this field to '0'. |

Deleted: 7.6.5.1.1

| Reserved | The access terminal shall set this field to zero. The access network shall ignore this field. |

| **Channels** | RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 7.6.5.3.5 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

| MessageID | The sender shall set this field to 0x50. |

| TransactionID | The sender shall increment this value for each new ConfigurationRequest message sent. |

| AttributeRecord | The format of this record is specified in 10.3 |

Deleted: 10.3

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 7.6.5.3.6 ConfigurationResponse

The ConfigurationResponse message format is as follows:

Security Layer                                                    TIA-856-2

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

1   MessageID          The sender shall set this field to 0x51.

2   TransactionID      The sender shall set this value to the TransactionID field of the
3                      corresponding ConfigurationRequest message.

4   AttributeRecord    An attribute record containing a single attribute value. If this
5                      message selects a complex attribute, only the ValueID field of the
6                      complex attribute shall be included in the message. The format of the
7                      AttributeRecord is given in 10.3. The sender shall not include more     | Deleted: 10.3 |
8                      than one attribute record with the same attribute identifier.
9

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

10  7.6.6 Procedures and Messages for the InUse Instance of the Protocol

11  7.6.6.1 Procedures

12  There are no procedures associated with the InUse instance of this protocol.

13  7.6.6.2 Message Formats

14  No messages are defined for the InUse instance of this protocol.

15  7.6.6.3 Interface to Other Protocols

16  7.6.6.3.1 Commands

17  This protocol does not issue any commands.

18  7.6.6.3.2 Indications

19  This protocol does not register to receive any indications.

20  7.6.7 Configuration Attributes

21  The configurable simple attribute for this protocol are listed in Table 7.6.7-1.          | Deleted: Table 7.6.7-1 |

22  The access terminal shall use as defaults the values in Table 7.6.7-1 that are typed in **bold**    | Deleted: Table 7.6.7-1 |
23  **italics**.

1

**Table 7.6.7-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00 | Session Key Length (KeyLength) | *0x00* | Default is 96-octet (768-bit) Diffie-Hellman key. KeyLength = 768 |
| | | 0x01 | 128-octet (1024-bit) Diffie-Hellman key. KeyLength = 1024 |
| | | 0x02-0xff | Reserved |

Deleted: 7.6.7

2    7.6.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{KEPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{KEPDH}$ | Subtype field for this protocol | 0x0001 |
| $T_{KEPSigCompAN}$ | Time to receive ATKeyComplete after sending ANKeyComplete | 3.5 seconds |
| $T_{KEPSigCompAT}$ | Time to send ATKeyComplete after receiving ANKeyComplete | 3 seconds |
| $T_{KEPANResponse}$ | Time to receive KeyResponse after sending KeyRequest | 3.5 seconds |
| $T_{KEPATResponse}$ | Time to send KeyResponse after receiving KeyRequest | 3 second |

Deleted: Table 2.5.4-1

3

1    **Table 7.6.6.3-1. Common Primitive Base and Common Prime Modulus for KeyLength**
2                                    **equal to 768[40]**

| Constant | Meaning | Value | | |
|---|---|---|---|---|
| g | Common primitive base | 0x02 | | |
| p | Common prime modulus (MSB first) | 0xFFFFFFFF<br>0x2168C234<br>0x29024E08<br>0x3B139B22<br>0xEF9519B3<br>0xF25F1437<br>0xE485B576<br>0xA63A3620 | 0xFFFFFFFF<br>0xC4C6628B<br>0x8A67CC74<br>0x514A0879<br>0xCD3A431B<br>0x4FE1356D<br>0x625E7EC6<br>0xFFFFFFFF | 0xC90FDAA2<br>0x80DC1CD1<br>0x020BBEA6<br>0x8E3404DD<br>0x302B0A6D<br>0x6D51C245<br>0xF44C42E9<br>0xFFFFFFFF |

3

4    **Table 7.6.6.3-2. Common Primitive Base and Common Prime Modulus for KeyLength**
5                                    **equal to 1024**

| Constant | Meaning | Value | | |
|---|---|---|---|---|
| g | Common primitive base | 0x02 | | |
| p | Common prime modulus (MSB first) | 0xFFFFFFFF<br>0x2168C234<br>0x29024E08<br>0x3B139B22<br>0xEF9519B3<br>0xF25F1437<br>0xE485B576<br>0xA637ED6B<br>0xEE386BFB<br>0x7C4B1FE6<br>0xFFFFFFFF | 0xFFFFFFFF<br>0xC4C6628B<br>0x8A67CC74<br>0x514A0879<br>0xCD3A431B<br>0x4FE1356D<br>0x625E7EC6<br>0x0BFF5CB6<br>0x5A899FA5<br>0x49286651<br>0xFFFFFFFF | 0xC90FDAA2<br>0x80DC1CD1<br>0x020BBEA6<br>0x8E3404DD<br>0x302B0A6D<br>0x6D51C245<br>0xF44C42E9<br>0xF406B7ED<br>0xAE9F2411<br>0xECE65381 |

6    7.6.9 Message Flows

7    Figure 7.6.9-1 shows an example flow diagram in which the access network quickly
8    computes the Key and the signature and sends it to the access terminal. The access
9    terminal still needs time to finish the Key calculation. In this case the *AT Signature
10   Computation Timer* expires, but the *AT Key Computation Timer* does not expire.

---

[40] The values for p and g are taken from [7].



**Figure 7.6.9-1. Example Call Flow: Timer $T_{KEPSigCompAN}$ Expires But $T_{KEPKeyCompAT}$ Does Not Expire**

Figure 7.6.9-2 shows an example flow diagram in which the access network requires a longer period of time to compute the Key. In this case the *AT Key Computation Timer* expires, but the *AT Signature Computation Timer* does not expire.

Deleted: 7.6.9
Deleted: 7.6.9

Deleted: Figure 7.6.9-2



1

**Figure 7.6.9-2. Example Call Flow: Timer $T_{KEPSigCompAN}$ Does Not Expire But**
**$T_{KEPKeyCompAT}$ Expires**

| | | Deleted: 7.6.9 |

4   7.6.10 Session State Information

5   The Session State Information record (see 10.8) consists of parameter records.

| | | Deleted: 10.8 |

6   This protocol defines the following parameter record in addition to the configuration
7   attributes for this protocol.

8   7.6.10.1 SKey Parameter

| | | Deleted: 7.6.10.1 |

9          **Table 7.6.10.1-1.  The Format of the Parameter Record for the SKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| SKey | $8 \times$ (Length − 1) |

10   ParameterType          This field shall be set to 0x01 for this parameter record.

11   Length                 This field shall be set to the length of this parameter record in units
12                          of octets excluding the Length field.

1  SKey                This field shall be set to the value of the SKey associated with the
2                      access terminal's session.

3  **7.6.10.2 FACAuthKey Parameter**

4  **Table 7.6.10.2-1.  The Format of the Parameter Record for the FACAuthKey**
5                              **Parameter**

Deleted: 7.6.10.2

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FACAuthKey | 8 × (Length − 1) |

6  ParameterType       This field shall be set to 0x02 for this parameter record.

7  Length              This field shall be set to the length of this parameter record in units
8                      of octets excluding the Length field.

9  FACAuthKey          This field shall be set to the value of the FACAuthKey associated with
10                     the access terminal's session.

11 **7.6.10.3 RACAuthKey Parameter**

12 **Table 7.6.10.3-1.  The Format of the Parameter Record for the RACAuthKey**
13                             **Parameter**

Deleted: 7.6.10.3

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RACAuthKey | 8 × (Length − 1) |

14 ParameterType       This field shall be set to 0x03 for this parameter record.

15 Length              This field shall be set to the length of this parameter record in units
16                     of octets excluding the Length field.

17 RACAuthKey          This field shall be set to the value of the RACAuthKey associated with
18                     the access terminal's session.

1    7.6.10.4 FACEncKey Parameter

Deleted: 7.6.10.4

2    **Table 7.6.10.4-1.  The Format of the Parameter Record for the FACEncKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FACEncKey | 8 × (Length − 1) |

3    ParameterType        This field shall be set to 0x04 for this parameter record.

4    Length               This field shall be set to the length of this parameter record in units
5                         of octets excluding the Length field.

6    FACEncKey            This field shall be set to the value of the FACEncKey associated with
7                         the access terminal's session.

8    7.6.10.5 RACEncKey Parameter

Deleted: 7.6.10.5

9    **Table 7.6.10.5-1.  The Format of the Parameter Record for the RACEncKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RACEncKey | 8 × (Length − 1) |

10   ParameterType        This field shall be set to 0x05 for this parameter record.

11   Length               This field shall be set to the length of this parameter record in units
12                        of octets excluding the Length field.

13   RACEncKey            This field shall be set to the value of the RACEncKey associated with
14                        the access terminal's session.

15   7.6.10.6 FPCAuthKey Parameter

Deleted: 7.6.10.6

16       **Table 7.6.10.6-1.  The Format of the Parameter Record for the FPCAuthKey**
17                                    **Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FPCAuthKey | 8 × (Length − 1) |

18   ParameterType        This field shall be set to 0x06 for this parameter record.

TIA-856-2                                                                    Security Layer

1  Length                   This field shall be set to the length of this parameter record in units
2                           of octets excluding the Length field.

3  FPCAuthKey               This field shall be set to the value of the FPCAuthKey associated with
4                           the access terminal's session.

5  7.6.10.7 RPCAuthKey Parameter

6  **Table 7.6.10.7-1.  The Format of the Parameter Record for the RPCAuthKey**
7  **Parameter**

Deleted: 7.6.10.7

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RPCAuthKey | 8 × (Length − 1) |

8  ParameterType            This field shall be set to 0x07 for this parameter record.

9  Length                   This field shall be set to the length of this parameter record in units
10                          of octets excluding the Length field.

11 RPCAuthKey               This field shall be set to the value of the RPCAuthKey associated with
12                          the access terminal's session.

13 7.6.10.8 FPCEncKey Parameter

14 **Table 7.6.10.8-1.  The Format of the Parameter Record for the FPCEncKey Parameter**

Deleted: 7.6.10.8

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FPCEncKey | 8 × (Length − 1) |

15 ParameterType            This field shall be set to 0x08 for this parameter record.

16 Length                   This field shall be set to the length of this parameter record in units
17                          of octets excluding the Length field.

18 FPCEncKey                This field shall be set to the value of the FPCEncKey associated with
19                          the access terminal's session.

1    7.6.10.9 RPCEncKey Parameter

2    **Table 7.6.10.9-1.  The Format of the Parameter Record for the RPCEncKey Parameter**

| Field | Length (bits) |
|-------|---------------|
| ParameterType | 8 |
| Length | 8 |
| RPCEncKey | 8 × (Length − 1) |

3    ParameterType      This field shall be set to 0x09 for this parameter record.

4    Length             This field shall be set to the length of this parameter record in units
5                       of octets excluding the Length field.

6    RPCEncKey          This field shall be set to the value of the RPCEncKey associated with
7                       the access terminal's session.

*Deleted: 7.6.10.9*

1  **7.7 Default Authentication Protocol**

2  7.7.1 Overview

3  The Default Authentication Protocol does not provide any services except for transferring
4  packets between the Encryption Protocol and the Security Protocol.

5  7.7.2 Primitives and Public Data

6  7.7.2.1 Commands

7  This protocol does not define any commands.

8  7.7.2.2 Return Indications

9  This protocol does not return any indications.

10  7.7.2.3 Public Data

11  • Subtype for this protocol

12  7.7.3 Protocol Data Unit

13  The protocol data unit for this protocol is an Authentication Protocol packet.

14  7.7.4 Protocol Initialization

15  7.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance

16  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
17  access network shall perform the following in the order specified:

18  • The fall-back values of the attributes for this protocol instance shall be set to the
19     default values specified for each attribute.

20  • If the InUse instance of this protocol has the same protocol subtype as this
21     InConfiguration protocol instance, then the fall-back values of the attributes defined
22     by the InConfiguration protocol instance shall be set to the values of the
23     corresponding attributes associated with the InUse protocol instance.

24  • The value for each attribute for this protocol instance shall be set to the fall-back
25     value for that attribute.

26  7.7.4.2 Protocol Initialization for the InUse Protocol Instance

27  Upon creation of the InUse instance of this protocol, the access terminal and the access
28  network shall set the value of the attributes for this protocol instance to the default values
29  specified for each attribute.

1  7.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol

2  7.7.5.1 Procedures

3  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
4  the configuration messages.

Deleted: 10.7

5  7.7.5.2 Commit Procedures

6  The access terminal and the access network shall perform the procedures specified in this
7  section, in the order specified, when directed by the InUse instance of the Session
8  Configuration Protocol to execute the Commit procedures:

9  • All the public data that are defined by this protocol, but are not defined by the InUse
10    protocol instance shall be added to the public data of the InUse protocol.

11  • If the InUse instance of this protocol has the same subtype as this protocol instance,
12    then

13    – The access terminal and the access network shall set the attribute values
14      associated with the InUse instance of this protocol to the attribute values
15      associated with the InConfiguration instance of this protocol, and

16    – The access terminal and the access network shall purge the InConfiguration
17      instance of the protocol.

18  • If the InUse instance of this protocol does not have the same subtype as this protocol
19    instance, then the access terminal and the access network shall perform the
20    following in the order specified:

21    – The InConfiguration protocol instance shall become the InUse protocol instance
22      for the Authentication Protocol.

23  • All the public data not defined by this protocol shall be removed from the public data
24    of the InUse protocol.

25  7.7.5.3 Message Formats

26  7.7.5.3.1 ConfigurationRequest

27  The ConfigurationRequest message format is as follows:

28

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

29  MessageID              The sender shall set this field to 0x50.

TIA-856-2                                                            Security Layer

| | | |
|---|---|---|
| 1<br>2 | TransactionID | The sender shall increment this value for each new ConfigurationRequest message sent. |
| 3 | AttributeRecord | The format of this record is specified in 10.3 |

**Deleted: 10.3**

4

| Channels | | FTC   RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

5   7.7.5.3.2 ConfigurationResponse

6   The ConfigurationResponse message format is as follows:

7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

| | | |
|---|---|---|
| 8 | MessageID | The sender shall set this field to 0x51. |
| 9<br>10 | TransactionID | The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message. |
| 11<br>12<br>13<br>14<br>15<br>16 | AttributeRecord | An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 10.3. The sender shall not include more than one attribute record with the same attribute identifier. |

**Deleted: 10.3**

| Channels | | FTC   RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

17   7.7.6 Procedures and Messages for the InUse Instance of the Protocol

18   7.7.6.1 Procedures

19   When this protocol receives Encryption Protocol packets, it shall forward them to the
20   Security Protocol.

21   When the protocol receives a Security Protocol packet from the Security Protocol, it shall
22   set the Encryption Protocol packet to the Authentication Protocol packet and shall forward
23   the Encryption Protocol packet to the Encryption Protocol.

1    7.7.6.2 Default Authentication Protocol Header

2    The Default Authentication Protocol does not add a header.

3    7.7.6.3 Default Authentication Protocol Trailer

4    The Default Authentication Protocol does not add a trailer.

5    7.7.6.4 Message Formats

6    No messages are defined for the InUse instance of this protocol.

7    7.7.6.5 Interface to Other Protocols

8    7.7.6.5.1 Commands

9    This protocol does not issue any commands.

10   7.7.6.5.2 Indications

11   This protocol does not register to receive any indications.

12   7.7.7 Configuration Attributes

13   No configuration attributes are defined for this protocol.

14   7.7.8 Protocol Numeric Constants

15

| Constant | Meaning | Value |
|----------|---------|-------|
| N$_{APType}$ | Type field for this protocol | Table 2.5.4-1 |
| N$_{APDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

16   7.7.9 Session State Information

17   This protocol does not define any parameter record to be included in a Session State
18   Information record (see 10.8).

**Deleted:** 10.8

19

TIA-856-2                                                                    Security Layer

1   **7.8 SHA-1 Authentication Protocol**

2   7.8.1 Overview

3   The SHA-1 Authentication Protocol provides a method for authentication of the Access
4   Channel MAC Layer packets by applying the SHA-1 hash function to *message bits* that are
5   composed of the ACAuthKey, security layer payload, CDMA System Time, and the sector
6   ID.

7   7.8.2 Primitives and Public Data

8   7.8.2.1 Commands

9   This protocol does not define any commands.

10  7.8.2.2 Return Indications

11  This protocol returns the following indication:

12      • *Failed*

13  7.8.2.3 Public Data

14      • Subtype for this protocol

15  7.8.3 Protocol Data Unit

16  The protocol data unit for this protocol is an Authentication Protocol packet.

17  7.8.4 Protocol Initialization

18  7.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance

19  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
20  access network shall perform the following in the order specified:

21      • The fall-back values of the attributes for this protocol instance shall be set to the
22        default values specified for each attribute.

23      • If the InUse instance of this protocol has the same protocol subtype as this
24        InConfiguration protocol instance, then the fall-back values of the attributes defined
25        by the InConfiguration protocol instance shall be set to the values of the
26        corresponding attributes associated with the InUse protocol instance.

27      • The value for each attribute for this protocol instance shall be set to the fall-back
28        value for that attribute.

29  7.8.4.2 Protocol Initialization for the InUse Protocol Instance

30  Upon creation of the InUse instance of this protocol, the access terminal and the access
31  network shall set the value of the attributes for this protocol instance to the default values
32  specified for each attribute.

1   7.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol

2   7.8.5.1 Procedures

3   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of

4   the configuration messages.

Deleted: 10.7

5   7.8.5.2 Commit Procedures

6   The access terminal and the access network shall perform the procedures specified in this

7   section, in the order specified, when directed by the InUse instance of the Session

8   Configuration Protocol to execute the Commit procedures:

9   • All the public data that are defined by this protocol, but are not defined by the InUse

10      protocol instance shall be added to the public data of the InUse protocol.

11  • If the InUse instance of this protocol has the same subtype as this protocol instance,

12      then

13      – The access terminal and the access network shall set the attribute values

14          associated with the InUse instance of this protocol to the attribute values

15          associated with the InConfiguration instance of this protocol, and

16      – The access terminal and the access network shall purge the InConfiguration

17          instance of the protocol.

18  • If the InUse instance of this protocol does not have the same subtype as this protocol

19      instance, then the access terminal and the access network shall perform the

20      following:

21      – The InConfiguration protocol instance shall become the InUse protocol instance

22          for the Authentication Protocol.

23  • All the public data not defined by this protocol shall be removed from the public data

24      of the InUse protocol.

25  7.8.5.3 Message Formats

26  7.8.5.3.1 ConfigurationRequest

27  The ConfigurationRequest message format is as follows:

28

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

29  MessageID              The sender shall set this field to 0x50.

Security Layer

1   TransactionID          The sender shall increment this value for each new
2                          ConfigurationRequest message sent.

3   AttributeRecord        The format of this record is specified in 10.3

> **Deleted:** 10.3

4

| Channels | FTC   RTC | SLP | Reliable |
|----------|-----------|-----|----------|
| Addressing | unicast | Priority | 40 |

5   7.8.5.3.2 ConfigurationResponse

6   The ConfigurationResponse message format is as follows:
7

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

8   MessageID              The sender shall set this field to 0x51.

9   TransactionID          The sender shall set this value to the TransactionID field of the
10                         corresponding ConfigurationRequest message.

11  AttributeRecord        An attribute record containing a single attribute value. If this
12                         message selects a complex attribute, only the ValueID field of the
13                         complex attribute shall be included in the message. The format of the
14                         AttributeRecord is given in 10.3. The sender shall not include more
15                         than one attribute record with the same attribute identifier.
16

> **Deleted:** 10.3

| Channels | FTC   RTC | SLP | Reliable |
|----------|-----------|-----|----------|
| Addressing | unicast | Priority | 40 |

17  7.8.6 Procedures and Messages for the InUse Instance of the Protocol

18  7.8.6.1 Procedures

19  This protocol receives Encryption Protocol Packets and adds the authentication layer
20  header defined in 7.8.6.1.2 in front of each Access Channel Encryption Protocol Packet to
21  make an Access Channel Authentication Protocol Packet and forwards it to the Security
22  protocol.

> **Deleted:** 7.8.6.1.2

1  When the protocol receives Access Channel Security protocol packets from the Security
2  protocol, it constructs the Encryption Protocol Packet by removing the Authentication
3  Protocol Header, and forwards the Encryption Protocol Packet to the Encryption Protocol.

4  The procedures in 7.8.6.1.2 and 7.8.6.1.1 shall apply to packets carried by the Access
5  Channel. For all other packets, the Default Authentication Protocol defined in 7.6.6.3 shall
6  apply.

7  7.8.6.1.1 Access Terminal Requirements

8  Upon reception of an Encryption Protocol packet destined for the Access Channel, the
9  access terminal shall compute ACPAC as follows:

10  • The access terminal shall construct the ACAuthKey as follows:

11      – If the Key Exchange Protocol does not define RPCAuthKey as public data, the
12        access terminal shall set ACAuthKey to zero of length specified by
13        ACAuthKeyLength.

14      – Otherwise, the access terminal shall perform the following:

15        + If the length of RPCAuthKey is equal to the length of ACAuthKey, then
16          ACAuthKey shall be RPCAuthKey.

17        + Otherwise, if the length of RPCAuthKey is greater than the length of
18          ACAuthKey, then ACAuthKey shall be the ACAuthKeyLength least significant
19          bits of RPCAuthKey.

20        + Otherwise, if the length of RPCAuthKey is less than the length of ACAuthKey,
21          then ACAuthKey shall be the concatenation of zeros at the end (LSB) of
22          RPCAuthKey, such that the length of the result is ACAuthKeyLength.

23  • The access terminal shall construct the Cryptosync as follows:

24      – If the Security Protocol does not define Cryptosync as its public data, then the
25        access terminal shall set the Cryptosync field used in Table 7.8.6.1-1 to zero.
26        Otherwise, this protocol shall use the value of the Cryptosync given as public data
27        by the Security Protocol.

28      – If the Security Protocol does not define CryptosyncLength as its public data, then
29        the access terminal shall set the CryptosyncLength field used in Table 7.8.6.1-1 to
30        64. Otherwise, this protocol shall use the value of the CryptosyncLength given as
31        public data by the Security Protocol.

32  • The access terminal shall construct the *message bits* for computing ACPAC as shown
33    in Table 7.8.6.1-1.

34

1          **Table 7.8.6.1-1. Message Bits for ACPAC Computation**

Deleted: 7.8.6.1

| Field | Length(bits) |
|-------|--------------|
| ACAuthKey | ACAuthKeyLength |
| Authentication Protocol Payload | variable |
| SectorID | 128 |
| Cryptosync | CryptosyncLength |

2          where SectorID is provided as public data by the Overhead Messages Protocol.

3      • The access terminal shall pad the *message bits* constructed in the previous step, as
4        specified in [6], and compute the 160-bit *message digest* as specified in [6], and set
5        the ACPAC field to the 64 least significant bits of the *message digest*.

Deleted: [6]
Deleted: [6]

6      7.8.6.1.2 Access Network Requirements

7      Upon reception of an Authentication Protocol packet from the Access Channel, the access
8      network shall compute and verify the Access Channel MAC Layer packet authentication
9      code (ACPAC) given in the authentication protocol header as follows:

10     • The access network shall construct the ACAuthKey as follows:

11       – If the Key Exchange Protocol does not define RPCAuthKey as public data, the
12         access network shall set ACAuthKey to zero of length specified by
13         ACAuthKeyLength.

14       – Otherwise, the access network shall perform the following:

15         + If the length of RPCAuthKey is equal to the length of ACAuthKey, then
16           ACAuthKey shall be RPCAuthKey.

17         + Otherwise, if the length of RPCAuthKey is greater than the length of
18           ACAuthKey, then ACAuthKey shall be the ACAuthKeyLength least significant
19           bits of RPCAuthKey.

20         + Otherwise, if the length of RPCAuthKey is less than the length of ACAuthKey,
21           then ACAuthKey shall be set to RPCAuthKey with zeros concatenated to the
22           end (LSB) of it, such that the length of the result is ACAuthKeyLength.

23     • The access network shall construct the Cryptosync as follows:

24       – If the Security Protocol does not define Cryptosync as its public data, then the
25         access network shall set the Cryptosync field used in Table 7.8.6.1-2 to zero.
26         Otherwise, this protocol shall use the value of the Cryptosync given as public data
27         by the Security Protocol.

Deleted: Table 7.8.6.1-2

28       – If the Security Protocol does not define CryptosyncLength as its public data, then
29         the access network shall set the CryptosyncLength field used in Table 7.8.6.1-2 to
30         64. Otherwise, this protocol shall use the value of the CryptosyncLength given as
31         public data by the Security Protocol.

Deleted: Table 7.8.6.1-2

1  • The access network shall construct the *message bits* for computing ACPAC as shown
2     in Table 7.8.6.1-2:

**Deleted:** Table 7.8.6.1-2

**Deleted:** 7.8.6.1

3              **Table 7.8.6.1-2. Message Bits for ACPAC Computation**

| Field | Length(bits) |
|---|---|
| ACAuthKey | ACAuthKeyLength |
| Authentication Protocol Payload | variable |
| SectorID | 128 |
| Cryptosync | CryptosyncLength |

4     where SectorID is provided as public data by the Overhead Messages protocol.

5  • The access network shall pad the *message bits* constructed in the previous step, as
6     specified in [6], and compute the 160-bit *message digest* as specified in [6] and set
7     ACPAC to the 64 least significant bits of the *message digest*.

**Deleted:** [6]

**Deleted:** [6]

8  If the ACPAC computed in the previous step matches the ACPAC field in the Protocol
9  Header, then the Protocol shall deliver the Authentication Layer Payload to the Encryption
10 Protocol. Otherwise, the Protocol shall issue a *Failed* indication and shall discard the
11 security layer packet.

12 7.8.6.2 SHA-1 Authentication Protocol Header Format

13 The SHA-1 Authentication Protocol is as follows:
14

| Field | Length(bits) |
|---|---|
| ACPAC | 64 |

15 ACPAC                Access Channel Packet Authentication Code. The access terminal
16                      shall compute this field as specified in 7.8.6.1.1.

**Deleted:** 7.8.6.1.1

17 7.8.6.3 SHA-1 Authentication Protocol Trailer

18 The SHA-1 Authentication Protocol does not add a trailer.

19 7.8.7 Interface to Other Protocols

20 7.8.7.1 Commands

21 This protocol does not issue any commands.

22 7.8.7.2 Indications

23 This protocol does not register to receive any indications.

24 7.8.8 Configuration Attributes

25 The configurable simple attributes for this protocol are listed in Table 7.8.8-1.

**Deleted:** Table 7.8.8-1

TIA-856-2                                                      Security Layer

1  The access terminal shall use as defaults the values in Table 7.8.8-1 that are typed in **bold**
2  **italics**.

Deleted: Table 7.8.8-1

Deleted: 7.8.8

3                           **Table 7.8.8-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00 | ACAuthKeyLength | ***0x00A0*** | Default value for the authentication key length in bits. |
|  |  | 0x0000 – 0xFFFF | Access Channel authentication key length in bits. |

4  7.8.9 Protocol Numeric Constants
5

| Constant | Meaning | Value |
|---|---|---|
| $N_{APType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{APSHA1}$ | Subtype field for this protocol | 0x0001 |

Deleted: Table 2.5.4-1

6  7.8.10 Session State Information

7  The Session State Information record (see 10.8) consists of parameter records.

Deleted: 10.8

8  The parameter records for this protocol consist of only the configuration attributes of this
9  protocol.

10

1 **7.9 Default Encryption Protocol**

2 The Default Encryption Protocol does not alter the Security Layer packet payload (i.e., no
3 encryption/decryption) and does not add an Encryption Protocol Header or Trailer;
4 therefore, the Cipher-text for this protocol is equal to the Connection Layer packet. If
5 needed, end-to-end encryption can be provided at the application layer (which is outside
6 the scope of this specification).

7 7.9.1 Primitives and Public Data

8 7.9.1.1 Commands

9 This protocol does not define any commands.

10 7.9.1.2 Return Indications

11 This protocol does not return any indications.

12 7.9.1.3 Public Data

13 • Subtype for this protocol

14 7.9.2 Protocol Data Unit

15 The protocol data unit for this protocol is an Encryption Protocol Packet.

16 7.9.3 Protocol Initialization

17 7.9.3.1 Protocol Initialization for the InConfiguration Protocol Instance

18 Upon creation, the InConfiguration instance of this protocol in the access terminal and the
19 access network shall perform the following in the order specified:

20 • The fall-back values of the attributes for this protocol instance shall be set to the
21 default values specified for each attribute.

22 • If the InUse instance of this protocol has the same protocol subtype as this
23 InConfiguration protocol instance, then the fall-back values of the attributes defined
24 by the InConfiguration protocol instance shall be set to the values of the
25 corresponding attributes associated with the InUse protocol instance.

26 • The value for each attribute for this protocol instance shall be set to the fall-back
27 value for that attribute.

28 7.9.3.2 Protocol Initialization for the InUse Protocol Instance

29 Upon creation of the InUse instance of this protocol, the access terminal and the access
30 network shall set the value of the attributes for this protocol instance to the default values
31 specified for each attribute.

1    7.9.4 Procedures and Messages for the InConfiguration Instance of the Protocol

2    7.9.4.1 Procedures

3    This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
4    the configuration messages.

Deleted: 10.7

5    7.9.4.2 Commit Procedures

6    The access terminal and the access network shall perform the procedures specified in this
7    section, in the order specified, when directed by the InUse instance of the Session
8    Configuration Protocol to execute the Commit procedures:

9    • All the public data that are defined by this protocol, but are not defined by the InUse
10     protocol instance shall be added to the public data of the InUse protocol.

11   • If the InUse instance of this protocol has the same subtype as this protocol instance,
12     then

13     – The access terminal and the access network shall set the attribute values
14        associated with the InUse instance of this protocol to the attribute values
15        associated with the InConfiguration instance of this protocol, and

16     – The access terminal and the access network shall purge the InConfiguration
17        instance of the protocol.

18   • If the InUse instance of this protocol does not have the same subtype as this protocol
19     instance, then the access terminal and the access network shall perform the
20     following in the order specified:

21     – The InConfiguration protocol instance shall become the InUse protocol instance
22        for the Encryption Protocol.

23   • All the public data not defined by this protocol shall be removed from the public data
24     of the InUse protocol.

25   7.9.4.3 Message Formats

26   7.9.4.3.1 ConfigurationRequest

27   The ConfigurationRequest message format is as follows:

28

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

29   MessageID          The sender shall set this field to 0x50.

Security Layer                                                                                 TIA-856-2

| 1 | TransactionID | The sender shall increment this value for each new |
| 2 | | ConfigurationRequest message sent. |

| 3 | AttributeRecord | The format of this record is specified in 10.3. |

Deleted: 10.3

4

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

5   7.9.4.3.2 ConfigurationResponse

6   The ConfigurationResponse message format is as follows:

7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

| 8 | MessageID | The sender shall set this field to 0x51. |

| 9 | TransactionID | The sender shall set this value to the TransactionID field of the |
| 10 | | corresponding ConfigurationRequest message. |

| 11 | AttributeRecord | An attribute record containing a single attribute value. If this |
| 12 | | message selects a complex attribute, only the ValueID field of the |
| 13 | | complex attribute shall be included in the message. The format of the |
| 14 | | AttributeRecord is given in 10.3. The sender shall not include more |
| 15 | | than one attribute record with the same attribute identifier. |
| 16 | | |

Deleted: 10.3

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

17   7.9.5 Procedures and Messages for the InUse Instance of the Protocol

18   7.9.5.1 Procedures

19   The protocol shall set the Encryption Protocol Packet to the Connection Layer packet.

20   7.9.5.2 Message Formats

21   No messages are defined for the InUse instance of this protocol.

1   7.9.5.3 Default Encryption Protocol Header

2   The Default Encryption Protocol does not add a header.

3   7.9.5.4 Default Encryption Protocol Trailer

4   The Default Encryption Protocol does not add a trailer.

5   7.9.5.5 Interface to Other Protocols

6   7.9.5.5.1 Commands

7   This protocol does not issue any commands.

8   7.9.5.5.2 Indications

9   This protocol does not register to receive any indications.

10  7.9.6 Configuration Attributes

11  No configuration attributes are defined for this protocol.

12  7.9.7 Protocol Numeric Constants
13

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{EPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{EPDefault}$ | Subtype field for this protocol | 0x0000 |

**Deleted:** Table 2.5.4-1

14  7.9.8 Session State Information

15  This protocol does not define any parameter record to be included in a Session State
16  Information record (see 10.8).

**Deleted:** 10.8

17

1    No text.

1    **8 MAC LAYER**

2    **8.1 Introduction**

3    8.1.1 General Overview

4    The MAC Layer contains the rules governing operation of the Control Channel, Access
5    Channel, Forward Traffic Channel, and Reverse Traffic Channel.

6    This section presents the default protocols for the MAC Layer. Each of these protocols can
7    be independently negotiated at the beginning of the session.

8    The MAC Layer contains the following protocols:

9    •   Control Channel MAC Protocol: This protocol builds Control Channel MAC Layer
10       packets out of one or more Security Layer packets, contains the rules concerning
11       access network transmission and packet scheduling on the Control Channel, access
12       terminal acquisition of the Control Channel, and access terminal Control Channel
13       MAC Layer packet reception. This protocol also adds the access terminal address to
14       transmitted packets.

15   •   Access Channel MAC Protocol: This protocol contains the rules governing access
16       terminal transmission timing and power characteristics for the Access Channel.

17   •   Forward Traffic Channel MAC Protocol: This protocol contains the rules governing
18       operation of the Forward Traffic Channel. It dictates the rules the access terminal
19       follows when transmitting the Data Rate Control Channel, along with the rules the
20       access network uses to interpret this channel. The protocol supports both variable
21       rate and fixed rate operation of the Forward Traffic Channel.

22   •   Reverse Traffic Channel MAC Protocol: This protocol contains the rules governing
23       operation of the Reverse Traffic Channel. It dictates the rules the access terminal
24       follows to assist the access network in acquiring the Reverse Traffic Channel. It also
25       dictates the rules the access terminal and the access network use to select the
26       transmission rate used over the Reverse Traffic Channel.

27   The relationship between the MAC layer protocols is shown in Figure 8.1.1-1.          | Deleted: Figure 8.1.1-1 |



28

29   **Figure 8.1.1-1. MAC Layer Protocols**          | Deleted: 8.1.1 |

30   8.1.2 Data Encapsulation for the InUse Instances of the MAC Protocols

31   In the transmit direction, the MAC Layer receives Security Layer packets, adds layer-
32   related headers, trailers, concatenates them in the order to be processed on the receive

1  side,  adds padding where applicable, and forwards the resulting packet for transmission to
2  the Physical Layer.

3  In the receive direction, the MAC Layer receives MAC packets from the Physical Layer and
4  forwards the contained Security Layer packets to the Security Layer in the order received
5  after removing the layer-related headers, trailers and padding.

6  Figure 8.1.2-1, Figure 8.1.2-2, Figure 8.1.2-3, and Figure 8.1.2-4 illustrate the relationship
7  between Security Layer packets, MAC packets and Physical Layer packets for the Control
8  Channel, Access Channel, and the Forward and Reverse Traffic Channels.

| Deleted: Figure 8.1.2-1 |
| Deleted: Figure 8.1.2-2 |
| Deleted: Figure 8.1.2-3 |
| Deleted: Figure 8.1.2-4 |



9
10                 **Figure 8.1.2-1. Control Channel MAC Layer Packet Encapsulation**

| Deleted: 8.1.2 |



1
2          **Figure 8.1.2-2. Access Channel MAC Layer Packet Encapsulation**

Deleted: 8.1.2

3
4          **Figure 8.1.2-3. Forward Traffic Channel MAC Layer Packet Encapsulation**

Deleted: 8.1.2

5

```
                    ┌─────────────────────┐
                    │       Security      │
                    │        Layer        │
                    │       packet        │
                    └─────────────────────┘
                    ┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈
   MAC              ┌──────────────┬──────────┐
   Layer            │     MAC      │   MAC    │
   packet           │    Layer     │  Layer   │
                    │   payload    │  trailer │
                    └──────────────┴──────────┘
                              ┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈┈
                    ┌─────────────────────────┐
                    │        Physical         │
                    │          Layer          │
                    │         payload         │
                    └─────────────────────────┘
```

**Figure 8.1.2-4. Reverse Traffic Channel MAC Layer Packet Encapsulation**

Deleted: 8.1.2

1   **8.2 Default Control Channel MAC Protocol**

2   8.2.1 Overview

3   The Default Control Channel MAC Protocol provides the procedures and messages required
4   for an access network to transmit and for an access terminal to receive the Control
5   Channel.

6   This specification assumes that the access network has one instance of this protocol for all
7   access terminals.

8   This protocol can be in one of two states:

9   • <u>Inactive State</u>: in this state the protocol waits for an *Activate* command. This state
10      corresponds only to the access terminal and occurs when the access terminal has
11      not acquired an access network or is not monitoring the Control Channel.

12   • <u>Active State</u>: in this state the access network transmits and the access terminal
13      receives the Control Channel.



14

15      **Figure <u>8.2.1-</u>1. Default Control Channel MAC Protocol State Diagram**

> Deleted: 8.2.1

16   8.2.2 Primitives and Public Data

17   8.2.2.1 Commands

18   This protocol defines the following commands:

19   • *Activate.*

20   • *Deactivate.*

21   8.2.2.2 Return Indications

22   This protocol returns the following indications:

23   • *SupervisionFailed*

24   8.2.2.3 Public Data

25   • Subtype for this protocol

1  8.2.3 Protocol Data Unit

2  The transmission unit of this protocol is the Control Channel MAC Layer packet.

3  8.2.4 Protocol Initialization

4  8.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

5  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
6  access network shall perform the following in the order specified:

7  • The fall-back values of the attributes for this protocol instance shall be set to the
8     default values specified for each attribute.

9  • If the InUse instance of this protocol has the same protocol subtype as this
10    InConfiguration protocol instance, then the fall-back values of the attributes defined
11    by the InConfiguration protocol instance shall be set to the values of the
12    corresponding attributes associated with the InUse protocol instance.

13 • The value for each attribute for this protocol instance shall be set to the fall-back
14    value for that attribute.

15 8.2.4.2 Protocol Initialization for the InUse Protocol Instance

16 Upon creation, the InUse instance of this protocol in the access terminal and access
17 network shall perform the following:

18 • The value of the attributes for this protocol instance shall be set to the default values
19    specified for each attribute.

20 • The protocol at the access terminal shall enter the Inactive State.

21 • The protocol at the access network shall enter the Active State.

22 8.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

23 8.2.5.1 Procedures

24 This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
25 the configuration messages.

Deleted: 10.7

26 8.2.5.2 Commit Procedures

27 The access terminal and the access network shall perform the procedures specified in this
28 section, in the order specified, when directed by the InUse instance of the Session
29 Configuration Protocol to execute the Commit procedures:

30 • All the public data that are defined by this protocol, but are not defined by the InUse
31    protocol instance shall be added to the public data of the InUse protocol.

32 • If the InUse instance of this protocol has the same subtype as this protocol instance,
33    then

MAC Layer                                                                                           TIA-856-2

1  – The access terminal and the access network shall set the attribute values
2     associated with the InUse instance of this protocol to the attribute values
3     associated with the InConfiguration instance of this protocol, and

4  – The access terminal and the access network shall purge the InConfiguration
5     instance of the protocol.

6  • If the InUse instance of this protocol does not have the same subtype as this protocol
7     instance, then the access terminal and the access network shall perform the
8     following in the order specified:

9  – The access terminal shall set the initial state for the InConfiguration instance of
10    this protocol to the Inactive State.

11 – The access network shall set the initial state for the InConfiguration instance of
12    this protocol to the Active State.

13 – The InConfiguration protocol instance shall become the InUse protocol instance
14    for the Control Channel MAC Protocol.

15 • All the public data not defined by this protocol shall be removed from the public data
16    of the InUse protocol.

17 8.2.5.3 Message Formats

18 8.2.5.3.1 ConfigurationRequest

19 The ConfigurationRequest message format is as follows:

20

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

21 MessageID          The sender shall set this field to 0x50.

22 TransactionID      The sender shall increment this value for each new
23                    ConfigurationRequest message sent.

24 AttributeRecord    The format of this record is specified in 10.3

**Deleted:** 10.3

25

8-7

| Channels | FTC    RTC | SLP | Reliable |
|----------|------------|-----|----------|
| Addressing | unicast | Priority | 40 |

1   8.2.5.3.2 ConfigurationResponse

2   The ConfigurationResponse message format is as follows:

3

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

4   MessageID           The sender shall set this field to 0x51.

5   TransactionID       The sender shall set this value to the TransactionID field of the
6                       corresponding ConfigurationRequest message.

7   AttributeRecord     An attribute record containing a single attribute value. If this
8                       message selects a complex attribute, only the ValueID field of the
9                       complex attribute shall be included in the message. The format of the
10                      AttributeRecord is given in 10.3. The sender shall not include more
11                      than one attribute record with the same attribute identifier.

> Deleted: 10.3

12

| Channels | FTC    RTC | SLP | Reliable |
|----------|------------|-----|----------|
| Addressing | unicast | Priority | 40 |

13   8.2.6 Procedures and Messages for the InUse Instance of the Protocol

14   8.2.6.1 Procedures

15   Each Control Channel MAC Layer packet consists of zero or more Security Layer packets
16   for zero or more access terminals.

17   The protocol constructs a packet out of the Security Layer packets, as follows:

18   • It adds the MAC Layer header specified in 8.2.6.2.1 in front of every Security Layer
19     packet.

> Deleted: 8.2.6.2.1

20   • Concatenates the Control Channel Header specified in 8.2.6.2.2 followed by the
21     above formed packets.

> Deleted: 8.2.6.2.2

22   • Pads the resulting packet as defined in 8.2.6.2.3.

> Deleted: 8.2.6.2.3

23   • Adds the reserved bits as defined in 8.2.6.2.4.

> Deleted: 8.2.6.2.4

1  The protocol then sends the packet for transmission to the Physical Layer. The packet
2  structure is shown in Figure 8.2.6-1.

> Deleted: Figure 8.2.6-1

3  Control Channel MAC Layer packets can be transmitted, either in a synchronous capsule,
4  which is transmitted at a particular time, or in an asynchronous capsule which can be
5  transmitted at any time, except when a synchronous capsule is transmitted. A
6  synchronous capsule consists of one or more Control Channel MAC Layer packets.

7  A Control Channel Synchronous Sleep State capsule constitutes the Control Channel MAC
8  Layer packets of a Control Channel synchronous capsule starting from the beginning of a
9  synchronous capsule up to and including the first MAC Layer packet for which the
10 SleepStateCapsuleDone bit in the Control Channel header is set to '1'

11 An asynchronous capsule consists of one Control Channel MAC Layer packet.

12 This protocol expects an address and a parameter indicating transmission in a
13 synchronous capsule, synchronous Sleep State capsule, or an asynchronous capsule with
14 each transmitted Security Layer packet. For Security Layer packets that are carried by an
15 asynchronous capsule, this protocol can also receive an optional parameter indicating a
16 transmission deadline.



17
18                 **Figure 8.2.6-1. Control Channel MAC Packet Structure**

> Deleted: 8.2.6

19 Received packets are parsed into their constituent Security Layer packets. The packets that
20 are addressed to the access terminal (see 8.2.6.1.4.2.4) are then forwarded for further
21 processing to the Security Layer.

> Deleted: 8.2.6.1.4.2.4

22 8.2.6.1.1 Command Processing

23 The access network shall ignore all commands.

24 8.2.6.1.1.1 Activate

25 If this protocol receives an *Activate* command in the Inactive State, the access terminal
26 shall transition to the Active State

27 If this protocol receives this command in the Active State it shall be ignored.

28 8.2.6.1.1.2 Deactivate

29 If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

30 If this protocol receives this command in the Active State, the access terminal shall
31 transition to the Inactive State

MAC Layer

1   8.2.6.1.2 Control Channel Cycle

2   The Control Channel cycle is defined as a 256 slot period, synchronous with CDMA system
3   time; i.e., there is an integer multiple of 256 slots between the beginning of a cycle and the
4   beginning of CDMA system time.

5   8.2.6.1.3 Inactive State

6   This state applies only to the access terminal.

7   When the protocol is in the Inactive State, the access terminal waits for an *Activate*
8   command.

9   8.2.6.1.4 Active State

10  In this state, the access network transmits, and the access terminal monitors the Control
11  Channel.

12  8.2.6.1.4.1 Access Network Requirements

13  8.2.6.1.4.1.1 General Requirements

14  The access network shall always have one instance of this protocol operating per sector.

15  When the access network transmits the Control Channel, it shall do so using a rate of 38.4
16  kbps or 76.8 kbps.

17  The access network shall transmit synchronous capsules and it may transmit
18  asynchronous capsules. When the access network transmits synchronous capsules, it shall
19  comply with 8.2.6.1.4.1.2. When the access network transmits asynchronous capsules, it
20  shall comply with 8.2.6.1.4.1.3.

21  The timing of synchronous and asynchronous capsules is shown in Figure 8.2.6.1.4.1-1.

**Deleted:** 8.2.6.1.4.1.2

**Deleted:** 8.2.6.1.4.1.3

**Deleted:** Figure 8.2.6.1.4.1-1



SC:     Synchronous Control Channel capsule.

AC:     Asynchronous Control Channel capsule.

1

2        **Figure 8.2.6.1.4.1-1. Location of Control Channel Capsules**

Deleted: 8.2.6.1.4.1

3    8.2.6.1.4.1.2 Transmission of Synchronous Capsules

4    The access network shall construct a synchronous capsule out of all the pending Security
5    Layer packets that are destined for transmission in a synchronous capsule. The
6    synchronous capsule may contain more than one Control Channel MAC Layer packet. The
7    access network shall transmit exactly one synchronous control channel capsule per sector
8    during each control channel cycle.

9    The access network shall set the SynchronousCapsule bit of the Control Channel Header to
10   '1' for all the Control Channel MAC Layer packets of a synchronous capsule.

11   The access network shall set the LastPacket bit of the Control Channel Header to '1' only
12   for the last Control Channel MAC Layer packet of a synchronous capsule.

13   The access network shall set the FirstPacket bit of the Control Channel Header to '1' only
14   for the first Control Channel MAC Layer packet of the Control Channel synchronous
15   capsule.

16   The access network shall set the SleepStateCapsuleDone bit of the Control Channel header
17   to '0' if the MAC Layer packet belongs to the Control Channel synchronous Sleep State
18   capsule and the MAC Layer packet is not the last packet in the Control Channel
19   synchronous Sleep State capsule.

20   The access network shall set the Offset field of the Control Channel Header of the first
21   Control Channel MAC Layer packet of a synchronous capsule to the offset in slots of the
22   synchronous Control Channel capsule relative to the Control Channel Cycle. If the access
23   network has no pending Security Layer packets, it shall transmit a synchronous capsule
24   with one Control Channel MAC Layer packet containing only the Control Channel header.
25   The access network shall transmit the Control Channel MAC Layer packets of a
26   synchronous capsule as follows:

- The first MAC Layer packet shall start transmission at times T where T satisfies the following equation:

    T mod 256 = Offset.

- All other MAC Layer packets of the capsule shall start transmission at the earliest time T following the end of transmission of the previous packet of the capsule that satisfies the following equation:

    T mod 4 = Offset,

where T is CDMA System Time in slots and Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of the synchronous capsule.

8.2.6.1.4.1.3 Transmission of Asynchronous Capsules

The access network may transmit asynchronous capsules at any time during the Control Channel cycle in which it does not transmit a synchronous capsule. If the access network has queued Security Layer packets that are marked for transmission in an asynchronous capsule, it should transmit the packets no later than their associated transmission deadline, if one was provided. The access network may:

- Transmit these packets in a synchronous capsule.

- Transmit these packets in an asynchronous capsule.

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '0' for the Control Channel MAC Layer packet of an asynchronous capsule.

The access network shall set the FirstPacket and LastPacket bits of the Control Channel Header to '1' for the Control Channel MAC Layer packet of an asynchronous capsule.

The access network shall set the Offset field of the Control Channel Header to '00' for the Control Channel MAC Layer packet of an asynchronous capsule.

8.2.6.1.4.2 Access Terminal Requirements

8.2.6.1.4.2.1 Initial Acquisition

When the access terminal detects a Control Channel preamble and determines that the packet being transmitted is the first Control Channel MAC Layer packet of a synchronous capsule, it shall subtract Offset slots from the beginning of the half slot boundary at which the preamble was detected, and shall set the result to the beginning of the 16-slot frame and the beginning of the Control Channel Cycle. The Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of the synchronous capsule.

8.2.6.1.4.2.2 Normal Operation

If the access terminal receives a Control Channel MAC Layer packet that has the LastPacket bit in the Control Channel header set to '0', the access terminal shall continue monitoring the Control Channel for the Control Channel MAC Layer packets of the same capsule until at least one of the following events occur:

1    • The protocol does not receive a Control Channel MAC Layer Packet at the designated
2      time,

3    • The protocol receives a *Deactivate* command[41], or

4    • The protocol receives a Control Channel MAC Layer packet with the LastPacket bit
5      set to '1'.

6    8.2.6.1.4.2.3 Control Channel Supervision

7    Upon entering the active state, the access terminal shall set the Control Channel
8    supervision timer for $T_{CCMPSupervision}$. If a Synchronous Control Channel capsule is received
9    while the timer is active, the timer is reset and restarted. If the timer expires the protocol
10   returns a *SupervisionFailed* indication and disables the timer. A synchronous Control
11   Channel capsule is defined to have been received for the by the supervision procedure if all
12   the MAC layer packets of that synchronous Control Channel capsule were received
13   successfully.

14   8.2.6.1.4.2.4 Address Matching

15   When the access terminal receives a Control Channel MAC packet, it shall perform the
16   following:

17   • Access terminal shall parse the packet into its constituent Security Layer packets.

18   • Access terminal shall forward the Security Layer packet along with the
19     SecurityLayerFormat and the ConnectionLayerFormat fields to the Security Layer if
20     either of the following two conditions are met:

21     – If the ATIType field and the ATI field of the ATI Record in the MAC Layer header of
22       a Security Layer packet is equal to the ATIType and ATI fields of any member of
23       the Address Management Protocol's ReceiveATIList.

24     – If the ATIType of the ATI Record in the MAC Layer header of a Security Layer
25       packet is equal to '00' (i.e., BATI) and the ReceiveATIList includes a record with
26       ATIType set to '00'.

27   • Otherwise, the access terminal shall discard the Security Layer packet.

28   8.2.6.2 Header and Trailer Formats

29   8.2.6.2.1 MAC Layer Header

30   The access network shall place the following header in front of every transmitted Security
31   Layer packet:

---

[41] For example, this may occur if the access terminal is finished monitoring the Control Channel
Sleep State synchronous capsule and transitioning to the Sleep State.

| Field | Length (bits) |
|---|---|
| Length | 8 |
| SecurityLayerFormat | 1 |
| ConnectionLayerFormat | 1 |
| Reserved | 4 |
| ATI Record | 2 or 34 |

1   Length                    The access network shall set this field to the combined length, in
2                             octets, of the Security Layer packet and this MAC Layer header
3                             excluding the Length field.

4   SecurityLayerFormat
5                             The access network shall set this field to '1' if security layer packet
6                             has security applied; otherwise, the access network shall set this
7                             field to '0'.

8   ConnectionLayerFormat
9                             The access network shall set this field to '1' if the connection layer
10                            packet is Format B; otherwise, the access network shall set this field
11                            to '0'.

12  Reserved                  The access network shall set this field to all zeros. The access
13                            terminal shall ignore this field.

14  ATI Record                Access Terminal Identifier Record. The access network shall set this
15                            field to the record specifying the access terminal's address. This
16                            record is defined in 10.2                              Deleted: 10.2

17  8.2.6.2.2 Control Channel Header

18  The access network shall place the following header in front of every Control Channel MAC
19  Layer packet:

| Field | Length (bits) |
|---|---|
| SynchronousCapsule | 1 |
| FirstPacket | 1 |
| LastPacket | 1 |
| Offset | 2 |
| SleepStateCapsuleDone | 1 |
| Reserved | 2 |

20  SynchronousCapsule
21                            For a Control Channel MAC Layer packet of a synchronous capsule,

8-14

1                   the access network shall set this field to '1'; otherwise, the access
2                   network shall set this field to '0'.

3  FirstPacket           For the first Control Channel MAC Layer packet of a synchronous
4                   capsule or asynchronous capsule, the access network shall set this
5                   field to '1'; otherwise, the access network shall set this field to '0'.

6  LastPacket            For the last Control Channel MAC Layer packet of a synchronous
7                   capsule or asynchronous capsule, the access network shall set this
8                   field to '1'; otherwise, the access network shall set this field to '0'.

9   SleepStateCapsuleDone
10                   The access network shall set this field to '0' if the MAC Layer packet
11                   belongs to the Control Channel synchronous Sleep State capsule and
12                   the MAC Layer packet is not the last packet in the Control Channel
13                   synchronous Sleep State capsule. Otherwise, the access network
14                   shall set this field to '1'.

15  Offset                For the first Control Channel MAC Layer packet of a synchronous
16                   capsule, the access network shall set this field to the offset in slots of
17                   the Synchronous Control Channel relative to the Control Channel
18                   Cycle; otherwise, the access network shall set this field to zero.

19  Reserved            The access network shall set this field to zero. The access terminal
20                   shall ignore this field.

21  8.2.6.2.3 Pad

22  The access network shall add sufficient padding so that the Control Channel MAC Layer
23  packet including all payload and headers is 1000 bits long.

24  The access network shall set the padding bits to '0'. The access terminal shall ignore the
25  padding bits.

26  8.2.6.2.4 Reserved

27  The access network shall add 2 reserved bits.

28  The access network shall set the reserved bits to '0'. The access terminal shall ignore the
29  reserved bits.

30  8.2.6.3 Interface to Other Protocols

31  8.2.6.3.1 Commands

32  This protocol does not issue any commands.

33  8.2.6.3.2 Indications

34  This protocol does not register to receive any indications.

MAC Layer

1    8.2.7 Configuration Attributes

2    No configuration attributes are defined for this protocol.

3    8.2.8 Protocol Numeric Constants
4

| Constant | Meaning | Value |
|---|---|---|
| $N_{CCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{CCMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{CCMPSupervision}$ | Control Channel supervision timer value | 12 Control Channel Cycles |

**Deleted:** Table 2.5.4-1

5    8.2.9 Session State Information

6    This protocol does not define any parameter record to be included in a Session State
7    Information record (see 10.8).

**Deleted:** 10.8

1   **8.3 Default Access Channel MAC Protocol**

2   8.3.1 Overview

3   The Default Access Channel MAC Protocol provides the procedures and messages required
4   for an access terminal to transmit and an access network to receive the Access Channel.

5   This specification assumes that the access network has one instance of this protocol for all
6   access terminals.

7   This protocol can be in one of two states:

8   • <u>Inactive State</u>: In this state the protocol waits for an *Activate* command. This state
9     corresponds only to the access terminal and occurs when the access terminal has
10    not acquired an access network or the access terminal has a connection open.

11  • <u>Active State</u>: In this state the access terminal transmits and the access network
12    receives the Access Channel.



13
14   **Figure 8.3.1-1. Default Access Channel MAC Protocol State Diagram**

Deleted: 8.3.1

15   8.3.2 Primitives and Public Data

16   8.3.2.1 Commands

17   This protocol defines the following commands:

18   • *Activate*

19   • *Deactivate*

20   8.3.2.2 Return Indications

21   This protocol returns the following indications:

22   • *TransmissionSuccessful*

23   • *TransmissionAborted*

24   • *TransmissionFailed*

25   • *TxStarted*

- *TxEnded*
- *SupervisionFailed*

8.3.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- DataOffsetNom
- DataOffset9k6
- PowerStep
- OpenLoopAdjust
- ProbeInitialAdjust
- PreambleLength
- AccessSignature field of the next AccessParameters message that it will send
- $MI_{ACMAC}$
- $MQ_{ACMAC}$

8.3.3 Protocol Data Unit

The transmission unit of this protocol is the Access Channel MAC Layer packet. Each Access Channel MAC Layer packet contains part or all of a Security Layer packet.

8.3.4 Protocol Initialization

8.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.3.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

1   • The value of the attributes for this protocol instance shall be set to the default values
2     specified for each attribute.

3   • The protocol at the access terminal shall enter the Inactive State.

4   • The protocol at the access network shall enter the Active State.

5   8.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol

6   8.3.5.1 Procedures

7   This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of
8   the configuration messages.

Deleted: 10.7

9   8.3.5.2 Commit Procedures

10  The access terminal and the access network shall perform the procedures specified in this
11  section, in the order specified, when directed by the InUse instance of the Session
12  Configuration Protocol to execute the Commit procedures:

13  • All the public data that are defined by this protocol, but are not defined by the InUse
14    protocol instance shall be added to the public data of the InUse protocol.

15  • The value of the following public data of the InUse protocol shall be set to the
16    corresponding attribute value of the InConfiguration protocol instance:

17    – DataOffsetNom

18    – DataOffset9k6

19  • If the InUse instance of this protocol has the same subtype as this protocol instance,
20    then

21    – The access terminal and the access network shall set the attribute values
22      associated with the InUse instance of this protocol to the attribute values
23      associated with the InConfiguration instance of this protocol.

24    – The access terminal and the access network shall purge the InConfiguration
25      instance of the protocol.

26  • If the InUse instance of this protocol does not have the same subtype as this protocol
27    instance, then:

28    – The access terminal shall set the initial state for the InConfiguration instance of
29      this protocol to the Inactive State.

30    – The access network shall set the state for the InConfiguration instance of this
31      protocol to the Active State.

32    – The InConfiguration protocol instance shall become the InUse protocol instance
33      for the Access Channel MAC Protocol.

34  • All the public data not defined by this protocol shall be removed from the public data
35    of the InUse protocol.

1    8.3.5.3 Message Formats

2    8.3.5.3.1 ConfigurationRequest

3    The ConfigurationRequest message format is as follows:

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5    MessageID              The sender shall set this field to 0x50.

6    TransactionID          The sender shall increment this value for each new
7                           ConfigurationRequest message sent.

8    AttributeRecord        The format of this record is specified in 10.3.

                                                                    **Deleted:** 10.3

9

| Channels | FTC   RTC | SLP | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10   8.3.5.3.2 ConfigurationResponse

11   The ConfigurationResponse message format is as follows:
12

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

13   MessageID              The sender shall set this field to 0x51.

14   TransactionID          The sender shall set this value to the TransactionID field of the
15                          corresponding ConfigurationRequest message.

16   AttributeRecord        An attribute record containing a single attribute value. If this
17                          message selects a complex attribute, only the ValueID field of the
18                          complex attribute shall be included in the message. The format of the

1    AttributeRecord is given in 10.3. The sender shall not include more

Deleted: 10.3

2    than one attribute record with the same attribute identifier.

3

| **Channels** | FTC   RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

4    8.3.6 Procedures and Messages for the InUse Instance of the Protocol

5    8.3.6.1 Procedures

6    The protocol constructs one or more packets out of the Security Layer packet as follows:

7    • it adds the MAC Layer header specified in 8.3.6.2.1, in front of the Security Layer

Deleted: 8.3.6.2.1

8       packet,

9    • it adds the FCS as defined in 8.3.6.2.2,

Deleted: 8.3.6.2.2

10   • it pads the Security Layer packet as defined in 8.3.6.2.3,

Deleted: 8.3.6.2.3

11   • it splits the result into one or more Access Channel MAC Layer capsule fragments,

12   • it adds the reserved bits, as defined in 8.3.6.2.4, to the capsule fragments to

Deleted: 8.3.6.2.4

13      construct the Access Channel MAC Layer packets.

14   This protocol passes the packets for transmission to the Physical Layer. An example of the

15   packet structure is shown in Figure 8.3.6-1.

Deleted: Figure 8.3.6-1

16   Received packets are passed for further processing to the Security Layer after

17   concatenation, removing the padding, FCS checking, and removing the MAC layer headers.

18   The value of the SecurityLayerFormat and ConnectionLayerFormat fields shall be passed to

19   the Security Layer with the Security Layer packet.



20

21   **Figure 8.3.6-1. Access Channel MAC Packet Structure**

Deleted: 8.3.6

22   8.3.6.1.1 Command Processing

23   The access network shall ignore all commands.

1   8.3.6.1.1.1 Activate

2   If this protocol receives an *Activate* command in the Inactive State,

3   • The access terminal shall transition to the Active State.

4   • The access network shall ignore it.

5   If this protocol receives the command in the Active State it shall be ignored.

6   8.3.6.1.1.2 Deactivate

7   If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

8   If this protocol receives the command in the Active State,

9   • The access terminal shall transition to the Inactive State.

10  • The access network shall ignore it.

11  8.3.6.1.2 Access Channel Structure

12  Figure 8.3.6.1-2 and Figure 8.3.6.1-3 illustrate the access probe structure and the access

13  probe sequence.

> **Deleted:** Figure 8.3.6.1-2
>
> **Deleted:** Figure 8.3.6.1-3

14  The Access Channel Cycle specifies the time instants at which the access terminal may

15  start an access probe. An Access Channel probe may only begin at times T such that

16          T mod AccessCycleDuration = 0,

17  where T is system time in slots.

18  The structure of an individual access probe is shown in Figure 8.3.6.1-2. In each access

19  probe, the pilot (I-channel) is first enabled and functions as a preamble. After

20  PreambleLength frames (PreambleLength × 16 slots), the probe data (Q-channel) is enabled

21  for up to CapsuleLengthMax × 16 slots.

> **Deleted:** Figure 8.3.6.1-2



22

23                          **Figure 8.3.6.1-2. Access Probe Structure**

> **Deleted:** 8.3.6.1

1  Each probe in a sequence is transmitted at increased power until any of the following
2  conditions are met:

3  • Access terminal receives an ACAck message.

4  • Transmission is aborted because the protocol received a *Deactivate* command, or

5  • Maximum number of probes per sequence (ProbeNumStep) has been transmitted.

6  Prior to the transmission of the first probe, the access terminal performs a persistence test
7  which is used to control congestion on the Access Channel.

8  Additionally the access terminal performs a persistence test in between probe sequences.

9



10

11  **Figure 8.3.6.1-3. Access Probe Sequences**

Deleted: 8.3.6.1

12  8.3.6.1.3 Inactive State

13  This state applies only to the access terminal.

14  In this state the access terminal waits for an *Activate* command.

15  8.3.6.1.4 Active State

16  In this state the access terminal is allowed to transmit on the Access Channel and the
17  access network is monitoring the Access Channel.

18  If the protocol receives a *Deactivate* command,

19  • Access terminal shall:

20  – Immediately cease transmitting on the Access Channel if it is in the process of
21     sending a probe.

22  – Return a *TransmissionAborted* indication if it was in the process of sending an
23     Access Channel MAC Layer capsule.

24  – Transition to the Inactive State.

25  • Access network shall ignore this command.

26  All other commands shall be ignored in this state.

1    8.3.6.1.4.1 Access Terminal Requirements

2    This protocol enforces a stop-and-wait packet transmission policy over the Access Channel.
3    That is, the access terminal shall not send a new Access Channel MAC Layer capsule
4    before either:

5    •  Receipt of an ACAck message for the previous capsule, or

6    •  Transmission of the previous capsule failed after transmitting ProbeSequenceMax
7       probe sequences for it.

8    The access terminal shall return a *TxStarted* indication before transmitting the first probe
9    for an Access Channel MAC Layer capsule.[42]

10   The access terminal shall return a *TxEnded* indication either:

11   •  Simultaneous with a *TransmissionAborted* or a *TransmissionFailed* indication, or

12   •  $T_{ACMPTransaction}$ seconds after a *TransmissionSuccessful* indication.

13   8.3.6.1.4.1.1   Reverse Link Silence Interval

14   The Reverse Link Silence Interval is defined as the time interval of duration
15   ReverseLinkSilenceDuration frames that starts at times T where T is the CDMA System
16   Time in units of frames and it satisfies the following equation:

17   $$T \bmod (2048 \times 2^{ReverseLinkSilencePeriod} - 1) = 0.$$

18   The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are given as
19   public data by the Overhead Messages Protocol.

20   8.3.6.1.4.1.1 Probe Transmission

21   The access terminal shall conform to the following rules when sending a probe:

22   1.  Current SectorParameters. The access terminal shall verify that the value of
23       SectorSignature field of the latest QuickConfig message is the same as
24       SectorSignature field of the latest SectorParameters message prior to sending the
25       first probe of the first probe sequence. Both SectorSignature values (one belonging
26       to the QuickConfig message and one belonging to the SectorParameters message)
27       are public data of the Overhead Messages Protocol.

28   2.  Current AccessParameters. Prior to sending the first probe of the probe sequence,
29       the access terminal shall verify that the last AccessParameters message it received
30       is current, according to the last AccessSignature value given as public data by the
31       Overhead Messages Protocol. If the AccessParameters message is not current, the
32       access terminal shall start the AccessParameters supervision timer for
33       $T_{ACMPAPSupervision}$. If the timer expires before it receives the current AccessParameters
34       message, the access terminal shall return a *SupervisionFailed* indication and
35       transition to the Inactive State.

---

[42] Higher layer protocols use this indication as a notification that there may be an outstanding
transaction on the Access Channel; and, therefore, the access terminal should not go to sleep.

3. <u>ATI Record</u>. The access terminal shall set the ATI and ATIType fields of the ATI Record in the MAC Layer header to TransmitATI.ATI and TransmitATI.ATIType, respectively (TransmitATI is provided as public data by the Address Management Protocol).

4. <u>Probe Power Control.</u> The access terminal shall send the $i$-th probe in the probe sequence at a power level given by $X_0 + (i-1) \times$ PowerStep, where $X_0$ represents the access terminal's open-loop mean output power of the Pilot Channel and is given by

$$X_0 = - \text{Mean } R_X \text{ Power (dBm)} + \text{OpenLoopAdjust} + \text{ProbeInitialAdjust}$$

and the Mean $R_X$ Power is estimated throughout the transmission of each probe.

5. <u>Probe Structure.</u> When sending a probe, the access terminal shall transmit PreambleLength frames of pilot only, followed by up to CapsuleLengthMax frames of probe data and pilot. The access terminal shall transmit a single Access Channel Capsule per probe. The access terminal shall not change the probe data contents in between probes.

6. <u>Long Code Cover.</u> The access terminal shall use the Access Channel long codes to cover the entire probe. The Access Channel long code is specified in 9.2.1.3.8.2.

7. <u>Inter-Probe Backoff.</u> If the access terminal receives an ACAck message or it has already transmitted ProbeNumStep ($N_P$ = Figure 8.3.6.1-3) probes in this probe sequence, then it shall not send the next probe in this probe sequence. Otherwise, after sending an access probe within an access probe sequence, the access terminal shall perform the following procedures:

    a. Set $y_{Total}$ to 0,

    b. Generate a pseudo random number $y$ which is a uniformly distributed integer random number between 0 and ProbeBackoff,

    c. Add $y$ to $y_{Total}$ (i.e., $y_{Total} = y_{Total} + y$),

    d. Compute $\tau_P = T_{ACMPATProbeTimeout} + (y_{Total} \times \text{AccessCycleDuration})$

    e. If any portion of the access probe that would start $\tau_P$ slots after the end of the previous access probe overlaps with the Reverse Link Silence Interval (see 8.3.6.1.4.1.1), then the access terminal shall re-start the procedures from step 'b' above.

       Otherwise, the access terminal shall transmit the next access probe $\tau_P$ slots after the end of the previous access probe.

8.3.6.1.4.1.2 Access Channel Long Code Mask

The access terminal shall set the Access Channel long masks, $MI_{ACMAC}$ and $MQ_{ACMAC}$ as follows.

The 42-bit mask $MI_{ACMAC}$ shall be as specified in Table 8.3.6.1.4.1.2-1.

1  **Table 8.3.6.1.4.1.2-1. Access Channel Long Code Masks**

Deleted: 8.3.6.1.4.1.2

2

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{ACMAC}$ | 1 | 1 | AccessCycleNumber | | | | | | | | | Permuted (ColorCode \| SectorID[23:0]) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

3

4  The 42-bit mask $MQ_{ACMAC}$ shall be derived from the mask $MI_{ACMAC}$ as follows:

5  $MQ_{ACMAC}[k] = MI_{ACMAC}[k-1]$,  for k = 1,…, 41

6  $MQ_{ACMAC}[0] = MI_{ACMAC}[0] \oplus MI_{ACMAC}[1] \oplus MI_{ACMAC}[2] \oplus MI_{ACMAC}[4] \oplus MI_{ACMAC}[5] \oplus$

7  $MI_{ACMAC}[6] \oplus MI_{ACMAC}[9] \oplus MI_{ACMAC}[15] \oplus MI_{ACMAC}[16] \oplus MI_{ACMAC}[17] \oplus$

8  $MI_{ACMAC}[18] \oplus MI_{ACMAC}[20] \oplus MI_{ACMAC}[21] \oplus MI_{ACMAC}[24] \oplus MI_{ACMAC}[25] \oplus$

9  $MI_{ACMAC}[26] \oplus MI_{ACMAC}[30] \oplus MI_{ACMAC}[32] \oplus MI_{ACMAC}[34] \oplus MI_{ACMAC}[41]$

10  where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{ACMAC}[i]$ and $MI_{ACMAC}[i]$ denote the
11  $i$th least significant bit of $MQ_{ACMAC}$ and $MI_{ACMAC}$, respectively.

12  In Table 8.3.6.1.4.1.2-1:

Deleted: Table 8.3.6.1.4.1.2-1

13  • SectorID is given as public data of Overhead Messages Protocol and corresponds to
14    the sector to which the access terminal is sending the access probe.

15  • ColorCode is given as public data of Overhead Messages Protocol and corresponds to
16    the sector to which the access terminal is sending the access probe.

17  • AccessCycleNumber is defined as follows:

18    AccessCycleNumber = SystemTime mod 256

19    Where:

20    SystemTime is the CDMA System Time in slots corresponding to the slot in which
21    the first access probe preamble for this access probe is sent. System Time is given
22    as public data of Initialization State Protocol, and

23    Permuted(ColorCode | SectorID[23:0]) is a permutation of the bits in ColorCode |
24    SectorID[23:0] and is defined as follows:

25    ColorCode | SectorID[23:0] = $(S_{31}, S_{30}, S_{29}, ..., S_0)$

26    Permuted(ColorCode | SectorID[23:0]) =
27    $(S_0, S_{31}, S_{22}, S_{13}, S_4, S_{26}, S_{17}, S_8, S_{30}, S_{21}, S_{12}, S_3, S_{25}, S_{16}, S_7, S_{29}, S_{20}, S_{11}, S_2, S_{24},$
28    $S_{15}, S_6, S_{28}, S_{19}, S_{10}, S_1, S_{23}, S_{14}, S_5, S_{27}, S_{18}, S_9)$.

29  8.3.6.1.4.1.3 Probe Sequence Transmission

30  The access terminal shall conform to the following rules when sending a probe sequence:

31  1. Transmission of the First Probe.

32    – Prior to sending the first probe of the sequence, the access terminal shall perform
33      the following in the order specified:

+ Silence Period Test: The access terminal shall wait until the beginning of the first Access Channel Cycle such that transmission of the access probe that would start at the beginning of the current Access Channel Cycle would not overlap with the Reverse Link Silence Interval (see 8.3.6.1.4.1.1 for definition of the Reverse Link Silence Interval).

+ Persistence Test : For this test, the access terminal shall use the value $p$ as specified by APersistence[$i$] where $i$ is the class of the access terminal and APersistence[$i$] is the $(i+1)$st occurrence of the APersistence field in the AccessParameters message.[43] If the access terminal does not have a class defined, it shall use $i=0$, corresponding to non-emergency access terminals.

When $p$ is not zero, the persistence test consists of comparing a uniformly distributed random number $x$, $0 < x < 1$, (using the procedure specified in 10.5) with $p$. If $x < p$ the test is said to succeed. If the persistence test succeeds or if the number of consecutive unsuccessful persistence tests exceeds $4/p$, the access terminal may transmit in this Access Channel Cycle. Otherwise, if $p$ is not equal to zero, the access terminal shall repeat the above-mentioned Silence Period Test and then the Persistence Test starting from the next Access Channel Cycle. If $p$ is equal to zero, the access terminal shall return a *TransmissionFailed* indication and end the access.

2. Probe Contents. The access terminal shall not change the data portion of the probe contents between probe sequences.

3. Success Condition. If the access terminal receives an ACAck message it shall stop the probe sequence, including any transmission in progress, and shall return a *TransmissionSuccessful* indication.

4. Failure Condition. If the access terminal has already sent ProbeSequenceMax probe sequences for this access ($N_S$ in Figure 8.3.6.1-3), and if it does not receive an ACAck message acknowledging its receipt within ($T_{ACMPATProbeTimeout}$ + $T_{ACMPCycleLen}$) slots after the end of the last access probe, the access terminal shall return a *TransmissionFailed* indication and abort the access.

5. Inter-Sequence Backoff. The access terminal shall generate a uniformly distributed integer random number $k$ between 0 and ProbeSequenceBackoff. The access terminal shall wait for $\tau_S = (k \times \text{AccessCycleDuration})$ + $T_{ACMPATProbeTimeout}$ slots from the end of the last probe of the previous sequence before repeating this sequence.

8.3.6.1.4.2 Access Network Requirements

The access network should send an AccessParameters message at least once every $N_{ACMPAccessParameters}$ slots.

---

[43] The access terminal's class is configured through means that are outside the scope of this specification.

1    The access network should send an ACAck message in response to every Access Channel
2    MAC Layer capsule it receives. The message should be sent within $T_{ACMPANProbeTimeout}$ slots of
3    receipt of the packet.

4    The access network should monitor and control the load on the Access Channel. The
5    access network may control the load by adjusting the access persistence vector,
6    APersistence, sent as part of the AccessParameters message.

7    8.3.6.2 Header and Message Formats

8    8.3.6.2.1 MAC Layer Header

9    The access terminal shall place the following header in front of the Security Layer packet:
10

| Field | Length (bits) |
|---|---|
| Length | 8 |
| SessionConfigurationToken | 16 |
| SecurityLayerFormat | 1 |
| ConnectionLayerFormat | 1 |
| Reserved | 4 |
| ATI Record | 34 |

11    Length               The access terminal shall set this field to the combined length, in
12                                 octets, of the Security Layer packet and this MAC Layer header,
13                                 excluding the Length field.

14    SessionConfigurationToken
15                                 The access terminal shall set this field to the value of the
16                                 SessionConfigurationToken which is public data of the Session
17                                 Configuration Protocol.

18    SecurityLayerFormat
19                                 The access terminal shall set this field to '1' if security layer packet
20                                 has security applied; otherwise, the access terminal shall set this
21                                 field to '0'.

22    ConnectionLayerFormat
23                                 The access terminal shall set this field to '1' if the connection layer
24                                 packet is Format B; otherwise, the access terminal shall set this field
25                                 to '0'.

26    Reserved            The access terminal shall set this field to zero. The access network
27                                 shall ignore this field.

28    ATI Record         Access Terminal Identifier Record. The access terminal shall set this
29                                 field to the record specifying the access terminal's ID specified by

TransmitATI.ATI and TransmitATI.ATIType. This record is defined in
10.2.

Deleted: 10.2

8.3.6.2.2 FCS

The FCS shall be calculated using the standard CRC-CCITT generator polynomial:

$$g(x) = x^{32} + x^{26} + x^{23} + x^{22} + x^{16} + x^{12} + x^{11} + x^{10} + x^{8} + x^{7} + x^{5} + x^{4} + x^{2} + x^{1} + 1$$

The FCS shall be equal to the value computed by the following procedure and the logic
shown below:

- All shift register elements shall be initialized to logical zeros.

- Switches shall be set in the up position.

- Register shall be clocked once for each bit of Access Channel MAC Layer Capsule,
  excluding the FCS and padding bits. The Access Channel MAC Layer Capsule is read
  in order from MSB to LSB, starting with the MSB of the MAC Layer header

- Switches shall be set in the down position so that the output is a modulo-2 addition
  with a '0' and the successive shift register inputs are '0'.

- Register shall be clocked an additional 32 times for the 32 FCS bits.



**Figure 8.3.6.2-1. Access Channel MAC Layer Capsule FCS**

Deleted: 8.3.6.2

8.3.6.2.3 Padding Bits

The access terminal shall add sufficient padding so that the Access Channel MAC capsule,
including all payload, FCS, padding, and headers, is the smallest possible integer multiple
of 232 bits. The access terminal shall set the padding bits to '0'. The access network shall
ignore the padding bits.

8.3.6.2.4 Reserved Bits

The access terminal shall add 2 reserved bits to each Access Channel capsule fragment.

1 The access terminal shall set the reserved bits to '0'. The access network shall ignore the
2 reserved bits.

3 **8.3.6.2.5 ACAck**

4 The access network sends the ACAck message to acknowledge receipt of an Access
5 Channel MAC Layer capsule.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

6 MessageID          The access network shall set this field to 0x00.
7

| **Channels** | CC | | **SLP** | Best Effort |
|--------------|-----|-|---------|-------------|
| **Addressing** | unicast | | **Priority** | 10 |

8 **8.3.6.2.6 AccessParameters**

9 The AccessParameters message is used to convey Access Channel information to the access
10 terminals.
11

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| AccessCycleDuration | 8 |
| AccessSignature | 16 |
| OpenLoopAdjust | 8 |
| ProbeInitialAdjust | 5 |
| ProbeNumStep | 4 |
| PowerStep | 4 |
| PreambleLength | 3 |
| CapsuleLengthMax | 4 |

$N_{ACMPAPersist}$ occurrences of the following field:

| APersistence | 6 |
|--------------|---|

| Reserved | variable |
|----------|----------|

12 MessageID          The access network shall set this field to 0x01.

13 AccessCycleDuration

14                    The access network shall set this field to the duration of an Access
15                    Channel Cycle in units of slots.

8-30

MAC Layer                                                                TIA-856-2

| | | |
|---|---|---|
| 1<br>2<br>3 | AccessSignature | AccessParameters message signature. The access network shall change this field if the contents of the AccessParameters message change. |
| 4<br>5<br>6<br>7 | OpenLoopAdjust | The access network shall set this field to the negative of the nominal power to be used by access terminals in the open loop power estimate, expressed as an unsigned value in units of 1 dB. The value used by the access terminal is -1 times the value of this field. |
| 8<br>9<br>10<br>11 | ProbeInitialAdjust | The access network shall set this field to the correction factor to be used by access terminals in the open loop power estimate for the initial transmission on the Access Channel, expressed as a two's complement value in units of 1 dB. |
| 12<br>13<br>14<br>15 | ProbeNumStep | The access network shall set this field to the maximum number of access probes access terminals are to transmit in a single access probe sequence. The access network shall set this field to a value in the range [1 ... 15]. |
| 16<br>17<br>18<br>19 | PowerStep | Probe power increase step. The access network shall set this field to the increase in power between probes, in resolution of 0.5 dB. The access terminal shall support all the valid values specified by this field. |
| 20<br>21 | PreambleLength | The access network shall set this field to the length in frames of the access probe preamble. |
| 22<br>23<br>24<br>25<br>26 | CapsuleLengthMax | Access Channel Max Capsule length. The access network shall set this field to the maximum number of frames in an Access Channel Capsule. The access network shall set this field to a value in the range [2 ... 15]. The access terminal shall support all the valid values specified by this field. |
| 27<br>28<br>29<br>30 | APersistence | Access persistence vector. If a value in this vector is 0x3F, the access terminal shall use zero as the corresponding persistence probability; otherwise, if the value of this field, $n$, not equal to 0x3F, the access terminal shall use $2^{-n/4}$ as the corresponding persistence probability. |
| 31<br>32<br>33<br>34 | Reserved | Number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field. |

| Channels | CC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | Broadcast | | Priority | 30 |

1　8.3.6.3 Interface to Other Protocols

2　8.3.6.3.1 Commands

3　This protocol does not issue any commands.

4　8.3.6.3.2 Indications

5　This protocol does not register to receive any indications.

6　8.3.7 Configuration Attributes

7　The following complex attributes and default values are defined (see 10.3 for attribute

8　record definition).

> Deleted: 10.3

9　8.3.7.1 InitialConfiguration Attribute
10

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| ProbeSequenceMax | 4 | 3 |
| ProbeBackoff | 4 | 4 |
| ProbeSequenceBackoff | 4 | 8 |
| Reserved | 4 | N/A |

11　Length　　　　　　　　Length of the complex attribute in octets. The access network shall
12　　　　　　　　　　　　set this field to the length of the complex attribute excluding the
13　　　　　　　　　　　　Length field.

14　AttributeID　　　　　Parameter set identifier. The access network shall set this field to
15　　　　　　　　　　　　0x00.

16　ValueID　　　　　　　The access network shall set this field to an identifier assigned to this
17　　　　　　　　　　　　complex attribute. The access network should change this field for
18　　　　　　　　　　　　each set of values for this complex attribute.

19　ProbeSequenceMax　Maximum number of probe sequences. The access network shall set
20　　　　　　　　　　　　this field to the maximum number of probe sequences for a single
21　　　　　　　　　　　　access attempt. The access network shall set this field to a value in

| | | |
|---|---|---|
| 1 | | the range [1 ... 15]. The access terminal shall support all the valid |
| 2 | | values specified by this field. |
| 3 | ProbeBackoff | Inter-probe backoff. The access network shall set this field to the |
| 4 | | upper limit of the backoff range (in units of AccessCycleDuration) |
| 5 | | that the access terminal is to use between probes. The access |
| 6 | | terminal shall support all the valid values specified by this field. |
| 7 | ProbeSequenceBackoff | |
| 8 | | Inter-probe sequence backoff. The access network shall set this field |
| 9 | | to the upper limit of the backoff range (in units of |
| 10 | | AccessCycleDuration) that the access terminal is to use between |
| 11 | | probe sequences. The access terminal shall support all the valid |
| 12 | | values specified by this field. |
| 13 | Reserved | The access network shall set this field to zero. The access terminal |
| 14 | | shall ignore this field. |

15   8.3.7.2 PowerParameters Attribute

16

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| DataOffsetNom | 4 | 0 |
| DataOffset9k6 | 4 | 0 |

| | | |
|---|---|---|
| 17 | Length | Length of the complex attribute in octets. The access network shall |
| 18 | | set this field to the length of the complex attribute excluding the |
| 19 | | Length field. |
| 20 | AttributeID | The access network shall set this field to 0x01. |
| 21 | ValueID | The access network shall set this field to an identifier assigned to this |
| 22 | | complex value. |
| 23 | DataOffsetNom | The access network shall set this field to the nominal offset of the |
| 24 | | access data channel power to pilot channel power, expressed as 2's |
| 25 | | complement value in units of 0.5 dB. The access terminal shall |
| 26 | | support all the valid values specified by this field. |
| 27 | DataOffset9k6 | The access network shall set this field to the ratio of access channel |
| 28 | | power at 9600 bps to the nominal access channel power at 9600 bps, |

TIA-856-2                                                                            MAC Layer

1           expressed as 2's complement in units of 0.25 dB. The access
2           terminal shall support all the valid values specified by this field.

3   8.3.8 Protocol Numeric Constants
4

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{ACMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{ACMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{ACMPAPersist}$ | Number of different persistence values | 4 |
| $N_{ACMPAccessParameters}$ | The recommended maximum number of slots between transmission of two consecutive AccessParameters message. | $3 * T_{ACMPCycleLen}$ |
| $T_{ACMPAPSupervision}$ | AccessParameters supervision timer | $12 * T_{ACMPCycleLen}$ |
| $T_{ACMPATProbeTimeout}$ | Time to receive an acknowledgment at the access terminal for a probe before sending another probe | 128 slots |
| $T_{ACMPANProbeTimeout}$ | Maximum time to send an acknowledgment for a probe at the access network | 96 slots |
| $T_{ACMPTransaction}$ | Time for access terminal to wait after a successful transmission before returning a *TxEnded* indication | 1 second |
| $T_{ACMPCycleLen}$ | Length of Control Channel Cycle | 256 slots |

**Deleted:** Table 2.5.4-1

5   8.3.9 Session State Information

6   The Session State Information record (see 10.8) consists of parameter records.

**Deleted:** 10.8

7   The parameter records for this protocol consist of only the configuration attributes of this
8   protocol.

**8.4 Default Forward Traffic Channel MAC Protocol**

8.4.1 Overview

The Default Forward Traffic Channel MAC Protocol provides the procedures and messages required for an access network to transmit and an access terminal to receive the Forward Traffic Channel. Specifically, this protocol addresses Forward Traffic Channel addressing and Forward Traffic Channel rate control.

The access network maintains an instance of this protocol for every access terminal.

This protocol operates in one of three states:

- <u>Inactive State</u>: In this state, the access terminal is not assigned a Forward Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- <u>Variable Rate State</u>: In this state, the access network transmits the Forward Traffic Channel at a variable rate, as a function of the access terminal's DRC value.

- <u>Fixed Rate State</u>: In this state, the access network transmits the Forward Traffic Channel to the access terminal from one particular sector, at one particular rate.

The protocol states and allowed transitions between the states are shown in Figure 8.4.1-1. The rules governing these transitions are provided in sections 8.4.6.1.3, 8.4.6.1.4, and 8.4.6.1.5 for transitions out of the Inactive State, Variable Rate State, and Fixed Rate State.

| Deleted: Figure 8.4.1-1 |
| Deleted: 8.4.6.1.3 |
| Deleted: 8.4.6.1.4 |
| Deleted: 8.4.6.1.5 |



**Figure 8.4.1-1. Forward Traffic Channel MAC Protocol State Diagram**

| Deleted: 8.4.1 |

8.4.2 Primitives and Public Data

8.4.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

8.4.2.2 Return Indications

This protocol returns the following indication:

- *SupervisionFailed*

8.4.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- DRCGating

- DRCLength

- DRCChannelGain

- DRCLockPeriod

- DRCLockLength

- AckChannelGain

- DRCCover for every pilot in the Active Set

- Transmission rate in the Fixed Rate State

8.4.3 Protocol Data Unit

The transmission unit of this protocol is a Forward Traffic Channel MAC Layer packet. Each packet consists of one Security Layer packet.

8.4.4 Protocol Initialization

8.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

1   8.4.4.2 Protocol Initialization for the InUse Protocol Instance

2   Upon creation, the InUse instance of this protocol in the access terminal and access
3   network shall perform the following:

4   • The value of the attributes for this protocol instance shall be set to the default values
5     specified for each attribute.

6   • The protocol at the access terminal and the access network shall enter the Inactive
7     State.

8   8.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

9   8.4.5.1 Procedures

10  This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of          Deleted: 10.7
11  the configuration messages.

12  8.4.5.2 Commit Procedures

13  The access terminal and the access network shall perform the procedures specified in this
14  section, in the order specified, when directed by the InUse instance of the Session
15  Configuration Protocol to execute the Commit procedures:

16  • All the public data that are defined by this protocol, but are not defined by the InUse
17    protocol instance shall be added to the public data of the InUse protocol.

18  • The value of the following public data of the InUse protocol shall be set to the
19    corresponding attribute value of the InConfiguration protocol instance:

20    – DRCGating

21  • If the InUse instance of this protocol has the same subtype as this protocol instance,
22    then

23    – The access terminal and the access network shall set the attribute values
24      associated with the InUse instance of this protocol to the attribute values
25      associated with the InConfiguration instance of this protocol.

26    – The access terminal and the access network shall purge the InConfiguration
27      instance of the protocol.

28  • If the InUse instance of this protocol does not have the same subtype as this protocol
29    instance, then the access network and the access terminal shall perform the
30    following in the order specified:

31    – The access terminal and the access network shall set the initial state for the
32      InConfiguration instance of this protocol to the Inactive State.

33    – The InConfiguration protocol instance shall become the InUse protocol instance
34      for the Forward Traffic Channel MAC Protocol.

35  • All the public data not defined by this protocol shall be removed from the public data
36    of the InUse protocol.

1    8.4.5.3 Message Formats

2    8.4.5.3.1 ConfigurationRequest

3    The ConfigurationRequest message format is as follows:

4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5    MessageID            The sender shall set this field to 0x50.

6    TransactionID        The sender shall increment this value for each new
7                         ConfigurationRequest message sent.

8    AttributeRecord      The format of this record is specified in 10.3

> **Deleted:** 10.3

9

| Channels | FTC    RTC | | SLP | Reliable |
|----------|-----------|---|-----|----------|
| Addressing | unicast | | Priority | 40 |

10   8.4.5.3.2 ConfigurationResponse

11   The ConfigurationResponse message format is as follows:
12

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

13   MessageID            The sender shall set this field to 0x51.

14   TransactionID        The sender shall set this value to the TransactionID field of the
15                        corresponding ConfigurationRequest message.

16   AttributeRecord      An attribute record containing a single attribute value. If this
17                        message selects a complex attribute, only the ValueID field of the
18                        complex attribute shall be included in the message. The format of the

1    AttributeRecord is given in 10.3. The sender shall not include more

[Deleted: 10.3]

2    than one attribute record with the same attribute identifier.

3

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

4    8.4.6 Procedures and Messages for the InUse Instance of the Protocol

5    8.4.6.1 Procedures

6    The protocol constructs a Forward Traffic Channel MAC Layer packet out of the Security

7    Layer packet by adding the MAC Layer trailer as defined in 8.4.6.2.1.

[Deleted: 8.4.6.2.1]

8    The protocol then sends the packet for transmission to the Physical Layer. The packet

9    structure is shown in Figure 8.4.6-1.

[Deleted: Figure 8.4.6-1]



10

11    **Figure 8.4.6-1. Forward Traffic Channel MAC Layer Packet Structure**

[Deleted: 8.4.6]

12    If the MACLayerFormat field of the MAC Layer trailer is equal to '1', received packets are

13    passed for further processing to the Security Layer after removing the layer-related trailer.

14    The access terminal shall discard the MAC packet if the MACLayerFormat field of the MAC

15    Layer trailer is equal to '0'. The ConnectionLayerFormat field within the MAC Layer trailer

16    shall be passed to the Security Layer with the Security Layer packet.

17    8.4.6.1.1 Command Processing

18    8.4.6.1.1.1 Activate

19    If this protocol receives an *Activate* command in the Inactive State, the access terminal and

20    the access network shall transition to the Variable Rate State.

21    If this protocol receives the command in any other state it shall be ignored.

22    8.4.6.1.1.2 Deactivate

23    If the protocol receives a *Deactivate* command in the Variable Rate State or the Fixed Rate

24    State,

25    • The access terminal shall cease monitoring the Forward Traffic Channel, shall cease

26      transmitting the DRC Channel, and shall transition to the Inactive State.

27    • The access network should cease transmitting the Forward Traffic Channel to this

28      access terminal, should cease receiving the DRC channel from this access terminal,

29      and should transition to the Inactive State.

1   If this command is received in the Inactive State it shall be ignored.

2   8.4.6.1.2 Forward Traffic Channel Addressing

3   Transmission on the Forward Traffic Channel is time division multiplexed. At any given
4   time, the channel is either being transmitted or not; and, if it is being transmitted, it is
5   addressed to a single user. When transmitting the Forward Traffic Channel, the access
6   network uses the MACIndex to identify the target access terminal.

7   Requirements for Forward Traffic Channel addressing are part of the Physical Layer.

8   8.4.6.1.3 Inactive State

9   When the protocol is in the Inactive State, the access terminal and the access network wait
10  for an *Activate* command.

11  8.4.6.1.4 Variable Rate State

12  In the Variable Rate State, the access network transmits at the rate dictated by the Data
13  Rate Control (DRC) Channel transmitted by the access terminal. The access terminal shall
14  use either a DRC cover index 0 or the DRC Cover index associated with a sector in its
15  Active Set. The DRC cover index 0 is called the "null cover". A DRC cover that corresponds
16  to a sector in the access terminal's Active Set is called a "sector cover". The access terminal
17  is said to be pointing the DRC at a sector in its Active Set if the access terminal is using the
18  DRC cover corresponding to that sector.

19  The access terminal shall perform the supervision procedures described in 8.4.6.1.6.1, in          | Deleted: 8.4.6.1.6.1 |
20  the Variable Rate State.

21  8.4.6.1.4.1 DRC and Packet Transmission Requirements

22  The access terminal uses the DRC cover to specify the transmitting sector (the access
23  terminal is said to point the DRC at that sector). The access terminal uses the DRC value to
24  specify the requested transmission rate.

25  8.4.6.1.4.1.1 Access Terminal Requirements

26  The access terminal shall obey the following rules when transmitting the DRC:

27      • access terminal shall use DRCLength slots to send a single DRC.

28      • The DRC value and/or cover may change in slots T such that:

29          (T + 1 − FrameOffset) mod DRCLength = 0

30          where T is the system time in slots.

31      • If the DRCGating is equal to 1, the access terminal shall transmit the DRC over a
32        one slot period, starting in slot T that satisfies the following equation:

33          (T + 2 − FrameOffset) mod DRCLength = 0

34      • DRC cover shall obey the following rules:

MAC Layer                                                    TIA-856-2

1   – If the access terminal's current DRC cover is a sector cover, then the access
2      terminal's next DRC cover shall not be a different sector cover. It may only be the
3      same sector cover or a null cover.

4   – If the access terminal's most recent sector cover corresponds to sector A, then the
5      access terminal shall not use a sector cover corresponding to a sector B until the
6      access terminal has determined that packets received from sector B will not
7      overlap in time with packets received from sector A.

8   – The access terminal may inhibit transmission of data from the access network by
9      covering the DRC with the null cover. The access terminal shall set the DRC to the
10     value it would have used had it requested data from the best serving sector.

11  – The access terminal shall use either the null cover or a sector cover (see 8.4.6.1.4)
12     as DRC cover.

13  • Access terminal shall set the DRC to one of the valid values in Table 8.4.6.1.4.1-1,
14     corresponding to the rate it requests.

15  • Access terminal shall set the DRC to the maximum value that channel conditions
16     permit for the sector at which the access terminal is pointing its DRC. The access
17     terminal uses the null rate if the channel conditions do not permit even the lowest
18     non-null rate.

**Deleted:** 8.4.6.1.4

**Deleted:** Table 8.4.6.1.4.1-1

MAC Layer

1

**Table 8.4.6.1.4.1-1. DRC Value Specification**

Deleted: 8.4.6.1.4.1

| DRC value | Rate (kbps) | Packet Length (Slots) |
|-----------|-------------|-----------------------|
| 0x0 | null rate | N/A |
| 0x1 | 38.4 | 16 |
| 0x2 | 76.8 | 8 |
| 0x3 | 153.6 | 4 |
| 0x4 | 307.2 | 2 |
| 0x5 | 307.2 | 4 |
| 0x6 | 614.4 | 1 |
| 0x7 | 614.4 | 2 |
| 0x8 | 921.6 | 2 |
| 0x9 | 1228.8 | 1 |
| 0xa | 1228.8 | 2 |
| 0xb | 1843.2 | 1 |
| 0xc | 2457.6 | 1 |
| 0xd | Invalid | N/A |
| 0xe | Invalid | N/A |
| 0xf | Invalid | N/A |

2   • If the access terminal has finished sending its DRC to sector A during slot $n$
3     specifying a requested rate $r$, the access terminal should search for a preamble
4     transmitted at rate $r$ from sector A during slots $n + 1$ through $n$ + DRCLength.

5   • If the access terminal detects a preamble from any sector, the access terminal shall
6     continue to receive the entire packet from that sector, using the requested rate.

7   • If the access terminal is not already receiving a packet, it shall attempt to receive a
8     packet transmitted at the rate it requested through the corresponding DRC value.

9   • If the access terminal receives a DRCLock bit that is set to '0' from the sector to
10    which it is pointing its DRC, the access terminal should stop pointing its DRC at that
11    sector.

12  8.4.6.1.4.1.2 Access Network Requirements

13  The access network shall obey the following rules when processing the DRC and sending a
14  packet to the access terminal:

15  • If the access network begins transmitting a packet to the access terminal at slot T, it
16    shall do so at the rate specified by the DRC whose reception was completed in slot
17    T − 1 − ((T − FrameOffset) mod DRCLength).

- Once the access network initiates a packet transmission to a particular access terminal, it shall continue transmitting to that access terminal until it receives a *PhysicalLayer.ForwardTrafficCompleted* indication.

The access network shall discard the FixedModeXoff message if it receives it in the Variable Rate State.

8.4.6.1.4.2 Transitions from the Variable Rate State

The access terminal may initiate procedures for transitioning to the Fixed Rate State at any time. The access terminal shall perform the following steps in order to transition to the Fixed Rate State:

- The access terminal shall start covering the DRC with the null cover.

- The access terminal shall wait until it has determined that it will not be served by any sector and then, the access terminal shall send the FixedModeEnable message specifying:

  – A sector in the active set.

  – A data rate.

  – An "end time" for the operation in the Fixed Rate mode.

The access terminal shall transition to the Fixed Rate State after sending a FixedModeEnable message. The access network shall transition to the Fixed Rate State after reception of a FixedModeEnable message.

8.4.6.1.5 Fixed Rate State

In the Fixed Rate State, the access terminal receives Forward Traffic Channel MAC Layer packets at a specific rate from a specific sector. When the access network transmits a Forward Traffic Channel MAC Layer packet to the access terminal, it uses the specified sector at the specified rate.

While in this state, the access terminal may send a FixedModeEnable message (e.g., to extend the EndTime specified in the last FixedModeEnable message). If the access terminal sends a FixedModeEnable message in this state, then the access terminal shall set the fields included in the message according to the following rules:

- The <DRCCover, TCAMessageSequence> pair of fields included in the message shall be set to the value of the <DRCCover, TCAMessageSequence> specified in the last FixedModeEnable message sent,

- The DRCValue field included in the message shall be set to the value of the DRCValue specified in the last FixedModeEnable message sent, and

- The EndTime field included in the message shall not specify a time earlier than the time specified by the EndTime included in the last FixedModeEnable message sent.

The access terminal shall perform the supervision procedures described in 8.4.6.1.6.1 in the Fixed Rate State.

Deleted: 8.4.6.1.6.1

1  8.4.6.1.5.1 DRC Requirements

2  The access terminal shall cover the DRC with the null cover. The null cover is defined in
3  8.4.6.1.4.

Deleted: 8.4.6.1.4

4  The access terminal shall set the DRC value to the value it would have requested from this
5  serving sector, had it been in the Variable Rate State.

6  8.4.6.1.5.2 Packet Transmission

7  The access network shall only schedule Forward Traffic Channel MAC Layer packet
8  transmissions to the access terminal on the Forward Traffic Channel transmitted by the
9  sector specified in the last FixedModeEnable message received from the access terminal.
10  The access network shall set the transmission rate of any Forward Traffic Channel MAC
11  Layer packets sent to the access terminal to the rate specified in the last FixedModeEnable
12  message received from the access terminal. If the access network begins a Forward Traffic
13  Channel MAC Layer packet transmission, it shall continue transmitting the packet until it
14  receives a *PhysicalLayer.ForwardTrafficCompleted* indication. The access terminal shall
15  monitor the Forward Traffic Channel transmitted by the sector specified in the
16  FixedModeEnable message.

17  If the access terminal is not able to receive Forward Traffic Channel MAC Layer packets
18  from the sector specified in the last FixedModeEnablemessage at the rate specified in that
19  message, it should send at least one FixedModeXoff message to the access network[44]. The
20  access network shall not start transmission of any new Forward Traffic Channel MAC Layer
21  packets to the access terminal after reception of a FixedModeXoff message until the access
22  network transitions to the Variable Rate State.

23  8.4.6.1.5.3 Transitions from the Fixed Rate State

24  The access terminal shall transition to the Variable Rate State when either of the following
25  conditions are satisfied:

26  •  If the current system time is greater than or equal to the time specified by the
27     EndTime field in the last FixedModeEnable message sent.

28  •  If the sector specified in the last sent FixedModeEnable message is no longer a
29     member of the access terminal's Active Set.

30  The access network shall transition to the Variable Rate State when either of the following
31  conditions are satisfied:

32  •  If the current system time is greater than or equal to the time specified by the
33     EndTime field in the last FixedModeEnable message received.

34  •  If the access network determines that sector specified in the last received
35     FixedModeEnable message is no longer a member of the access terminal's Active Set.

36

---

[44] Note that sending an FixedModeXoff message does not cause a transition out of the Fixed Rate State.

1   The time specified by EndTime (denoted by EndTimeLong) is computed as follows:

2          $EndTimeLong = SystemTime + (EndTime - SystemTime[15:0]) \bmod 2^{16}$,

3   Where, SystemTime is the current CDMA System Time in units of slots.

4   8.4.6.1.6 Supervision Procedures

5   8.4.6.1.6.1 DRC Supervision

6   The access terminal shall perform supervision on the DRC as follows:

7   • The access terminal shall set the DRC supervision timer for $T_{FTCMDRCSupervision}$ when it
8      transmits a null rate DRC.

9   • If the access terminal requests a non-null rate while the DRC supervision timer is
10     active, the access terminal shall disable the timer.

11  • If the DRC supervision timer expires, the access terminal shall disable the Reverse
12     Traffic Channel transmitter and set the Reverse Traffic Channel Restart timer for
13     time $T_{FTCMPRestartTx}$.

14  • If the access terminal generates consecutive non-null rate DRC values for more than
15     $N_{FTCMPRestartTx}$ slots, the access terminal shall disable the Reverse Traffic Channel
16     Restart timer and shall enable the Reverse Traffic Channel transmitter.

17  • If the Reverse Traffic Channel Restart timer expires, the access terminal shall return
18     a *SupervisionFailed* indication and transition to the Inactive State.

19  8.4.6.1.6.2 ForwardTrafficValid Monitoring

20  The access terminal shall monitor the bit associated with its MACIndex in the
21  ForwardTrafficValid field made available by the Overhead Messages protocol. If this bit is
22  set to 0, the access terminal shall return a *SupervisionFailed* indication and transition to
23  the Inactive State.

24  8.4.6.2 Trailer and Message Formats

25  8.4.6.2.1 MAC Layer Trailer

26  The access network shall set the MAC Layer Trailer as follows:
27

| Field | Length (bits) |
|-------|---------------|
| ConnectionLayerFormat | 1 |
| MACLayerFormat | 1 |

28  ConnectionLayerFormat
29          The access network shall set this field to '1' if the connection layer
30          packet is Format B; otherwise, the access network shall set this field
31          to '0'.

TIA-856-2                                                                                    MAC Layer

1    MACLayerFormat        The access network shall set this field to '1' if the MAC layer packet
2                          contains a valid payload; otherwise, the access network shall set this
3                          field to '0'.

4    8.4.6.2.2 FixedModeEnable

5    The access terminal sends the FixedModeEnable message to indicate a transition to the
6    Fixed Rate State.
7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TCAMessageSequence | 8 |
| DRCCover | 3 |
| DRCValue | 4 |
| EndTime | 16 |
| Reserved | 1 |

8    MessageID            The access terminal shall set this field to 0x00.

9    TCAMessageSequence

10                        The access terminal shall set this field to the MessageSequence field
11                        of the TrafficChannelAssignment message that specifies the
12                        association between the DRCCover field in this message and the
13                        sector in the Active Set.

14   DRCCover             The access terminal shall set this field to the DRC cover associated
15                        with the sector in its Active Set from which it wants to receive
16                        packets on the Forward Traffic Channel.

17   DRCValue             The access terminal shall set this field to one of the valid DRC values
18                        in Table 8.4.6.1.4.1-1 to indicate the rate at which it wants to receive    [ **Deleted:** Table 8.4.6.1.4.1-1 ]
19                        packets.

20   EndTime              The access terminal shall set this field to the least significant 16 bits
21                        of the system time in units of slots until which (inclusive) it requests
22                        to remain in the Fixed Rate State.

23   Reserved             The access terminal shall set this field to zero. The access network
24                        shall ignore this field.
25

8-46

MAC Layer                                                          TIA-856-2

| Channels | RTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

1   8.4.6.2.3 FixedModeXoff

2   The access terminal sends the FixedModeXoff message if it is not able to receive packets
3   from the sector specified in the last FixedModeEnable message at the rate specified in that
4   message.
5

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

6   MessageID          The access terminal shall set this field to 0x01.

7

| Channels | RTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

8   8.4.6.3 Interface to Other Protocols

9   8.4.6.3.1 Commands Sent

10  This protocol does not issue any commands.

11  8.4.6.3.2 Indications

12  This protocol registers to receive the following indication:

13      • *PhysicalLayer.ForwardTrafficCompleted*

14  8.4.7 Configuration Attributes

15  The following attributes and default values are defined (see 10.3, for attribute record
16  definition).

> Deleted: 10.3

17  8.4.7.1 DRCGating Attribute

18  The negotiable simple attribute for this protocol is listed in Table 8.4.7-1. The access
19  terminal shall use as defaults the values in Table 8.4.7-1 that are typed in **bold italics**.

> Deleted: Table 8.4.7-1
> Deleted: Table 8.4.7-1
> Deleted: **8.4.7**

20                          **Table 8.4.7-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | DRCGating | ***0x0000*** | Continuous transmission |
|  |  | 0x0001 | Discontinuous transmission |

21

1  The access terminal shall support the default value of this attribute.

2  8.4.7.2 DRCLock Attribute

3  The following DRCLock complex attribute and default values are defined:

4

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| DRCLockPeriod | 1 | '1' |
| DRCLockLength | 2 | '01' |
| Reserved | 5 | N/A |

5   Length           Length of the complex attribute in octets. The access network shall
6                    set this field to the length of the complex attribute excluding the
7                    Length field.

8   AttributeID      The access network shall set this field to 0x01.

9   ValueID          The access network shall set this field to an identifier assigned to this
10                   complex value.

11  DRCLockPeriod    The access network shall set this field according to Table 8.4.7.2-1 to
12                   specify the time interval in units of slots between transmission of two
13                   consecutive DRCLock bit transmissions on the Forward MAC
14                   Channel. The access terminal shall support all the values of this
15                   attribute.

Deleted: Table 8.4.7.2-1

Deleted: 8.4.7.2

16       **Table 8.4.7.2-1. DRCLockPeriod Encoding.**

| Field value (binary) | DRCLockPeriod (slots) |
|---|---|
| '0' | 8 |
| '1' | 16 |

Deleted: Table 8.4.7.2-2

17  DRCLockLength    The access network shall set this according to Table 8.4.7.2-2 to
18                   specify the number of times that a DRCLock bit is repeated. The
19                   access terminal shall support all the values of this attribute.

1                       **Table 8.4.7.2-2. DRCLockLength Encoding**

Deleted: 8.4.7.2

| Field value (binary) | DRCLockLength |
|---|---|
| '00' | 4 |
| '01' | 8 |
| '10' | 16 |
| '11' | 32 |

2   Reserved            This field shall be set to all zeros.

3   8.4.7.3 HandoffDelays Attribute

4   The following HandoffDelays complex attribute and default values are defined:

5

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| SofterHandoffDelay | 8 | 0x01 |
| SoftHandoffDelay | 8 | 0x10 |

6   Length              Length of the complex attribute in octets. The access network shall
7                       set this field to the length of the complex attribute excluding the
8                       Length field.

9   AttributeID         The access network shall set this field to 0x00.

10  ValueID             The access network shall set this field to an identifier assigned to this
11                      complex value.

12  SofterHandoffDelay  The access network shall set this field to the minimum interruption
13                      that the access terminal should expect when the access terminal
14                      switches the DRC from a source sector to a target sector where the
15                      target sector is such that its Forward Traffic Channel carries the
16                      same closed-loop power control bits as the source sector (see
17                      SofterHandoff field of the Route Update Protocol
18                      TrafficChannelAssignment message). The access network shall
19                      specify this field in units of 8 slots. The value of this field excludes
20                      the duration of time that the access terminal uses a null cover for the
21                      DRC when it switches from the source sector to the target sector (see

8.4.6.1.4.1.1). The access terminal may use this number to adjust its algorithm controlling DRC switching. The access terminal shall support all the values of this attribute.

<div style="float:right">**Deleted:** 8.4.6.1.4.1.1</div>

SoftHandoffDelay    The access network shall set this field to the minimum interruption that the access terminal should expect when the access terminal switches the DRC from a source sector to a target sector where the target sector is such that its Forward Traffic Channel does not always carry the same closed-loop power control bits as the source sector (see SofterHandoff field of the Route Update Protocol TrafficChannelAssignment message). The access network shall specify this field in units of 8 slots. The value of this field excludes the duration of time that the access terminal uses a null cover for the DRC when it switches from the source sector to the target sector (see 8.4.6.1.4.1.1). The access terminal may use this number to adjust its algorithm controlling DRC switching. The access terminal shall support all the values of this attribute.

<div style="float:right">**Deleted:** 8.4.6.1.4.1.1</div>

## 8.4.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{FTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{FTCMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{FTCMPRestartTx}$ | Number of consecutive slots of non-null rate DRCs to re-enable the Reverse Traffic Channel transmitter once it is disabled due to DRC supervision failure. | 16 |
| $T_{FTCMDRCSupervision}$ | DRC supervision timer | 240 ms |
| $T_{FTCMPRestartTx}$ | Reverse Channel Restart Timer | 12 Control Channel cycles |

<div style="float:right">**Deleted:** Table 2.5.4-1</div>

## 8.4.9 Session State Information

The Session State Information record (see 10.8) consists of parameter records.

<div style="float:right">**Deleted:** 10.8</div>

The parameter records for this protocol consist of only the configuration attributes of this protocol.

1   **8.5 Default Reverse Traffic Channel MAC Protocol**

2   8.5.1 Overview

3   The Default Reverse Traffic Channel MAC Protocol provides the procedures and messages
4   required for an access terminal to transmit, and for an access network to receive the
5   Reverse Traffic Channel. Specifically, this protocol addresses Reverse Traffic Channel
6   transmission rules and rate control.

7   This specification assumes that the access network has one instance of this protocol for
8   every access terminal.

9   This protocol operates in one of three states:

10     • <u>Inactive State</u>: In this state, the access terminal is not assigned a Reverse Traffic
11        Channel. When the protocol is in this state, it waits for an *Activate* command.

12     • <u>Setup State</u>: In this state, the access terminal obeys the power control commands
13        that it receives from the access network. Data transmission on the Reverse Traffic
14        Channel is not allowed in this state.

15     • <u>Open State</u>: In this state, the access terminal may transmit data and negotiate
16        different transmission rates on the Reverse Traffic Channel.

17   The protocol states and the indications and events causing the transition between the
18   states are shown in <u>Figure 8.5.1-1</u>.

Deleted: Figure 8.5.1-1



19

20                **Figure 8.5.1-1. Reverse Traffic Channel MAC Protocol State Diagram**

Deleted: 8.5.1

21   8.5.2 Primitives and Public Data

22   8.5.2.1 Commands

23   This protocol defines the following commands:

- *Activate*

- *Deactivate*

8.5.2.2 Return Indications

This protocol returns the following indications:

- *LinkAcquired*

- *SupervisionFailed*

8.5.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- RABLength for every pilot in the Active Set

- RABOffset for every pilot in the Active Set

- DataOffsetNom

- DataOffset9k6

- DataOffset19k2

- DataOffset38k4

- DataOffset76k8

- DataOffset153k6

- RPCStep

- $MI_{RTCMAC}$

- $MQ_{RTCMAC}$

8.5.3 Protocol Data Unit

The transmission unit of this protocol is a Reverse Traffic Channel MAC Layer packet. Each packet contains one Security Layer packet.

8.5.4 Protocol Initialization

8.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

8.5.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol at the access terminal and the access network shall enter the Inactive State.

8.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.5.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 10.7) to define the processing of the configuration messages.

> Deleted: 10.7

8.5.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

- DataOffsetNom

- DataOffset9k6

- DataOffset19k2

- DataOffset38k4

- DataOffset76k8

- DataOffset153k6

- RPCStep

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

1   – The access terminal and the access network shall purge the InConfiguration
2      instance of the protocol.

3   • If the InUse instance of this protocol does not have the same subtype as this protocol
4      instance, then the access network and the access terminal shall perform the
5      following in the order specified:

6   – The access terminal and the access network shall set the initial state for the
7      InConfiguration instance of this protocol to the Inactive State.

8   – The InConfiguration protocol instance shall become the InUse protocol instance
9      for the Reverse Traffic Channel MAC Protocol.

10  • All the public data not defined by this protocol shall be removed from the public data
11     of the InUse protocol.

12  8.5.5.3 Message Formats

13  8.5.5.3.1 ConfigurationRequest

14  The ConfigurationRequest message format is as follows:

15

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

16  MessageID              The sender shall set this field to 0x50.

17  TransactionID          The sender shall increment this value for each new
18                         ConfigurationRequest message sent.

19  AttributeRecord        The format of this record is specified in 10.3

**Deleted:** 10.3

20

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

21  8.5.5.3.2 ConfigurationResponse

22  The ConfigurationResponse message format is as follows:
23

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1  MessageID          The sender shall set this field to 0x51.

2  TransactionID      The sender shall set this value to the TransactionID field of the
3                     corresponding ConfigurationRequest message.

4  AttributeRecord    An attribute record containing a single attribute value. If this
5                     message selects a complex attribute, only the ValueID field of the
6                     complex attribute shall be included in the message. The format of the
7                     AttributeRecord is given in 10.3. The sender shall not include more
8                     than one attribute record with the same attribute identifier.

9

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

Deleted: 10.3

10  8.5.6 Procedures and Messages for the InUse Instance of the Protocol

11  8.5.6.1 Procedures

12  The protocol constructs a packet out of the Security Layer packets by adding the MAC
13  Layer trailer defined in 8.5.6.3.1. The protocol then sends the packet for transmission to
14  the Physical Layer. The packet structure is shown in Figure 8.5.6-1.

Deleted: 8.5.6.3.1

Deleted: Figure 8.5.6-1

◄— MAC Layer packet —►



15

16          **Figure 8.5.6-1. Reverse Traffic Channel MAC Layer Packet Structure**

Deleted: 8.5.6

17  If the MACLayerFormat field of the MAC Layer trailer is equal to '1', received packets are
18  passed for further processing to the Security Layer after removing the layer-related trailer.
19  The access network shall discard the MAC packet if the MACLayerFormat field of the MAC
20  Layer trailer is equal to '0'. The ConnectionLayerFormat field in the MAC Layer trailer shall
21  be passed to the Security Layer with the Security Layer packet.

22  The maximum size payload this protocol can support (i.e., the maximum size Security
23  Layer packet that can be carried) is a function of the transmission rate used on the Reverse

Traffic Channel. Table 8.5.6-1 provides the transmission rates and corresponding minimum and maximum payload sizes available on the Reverse Traffic Channel.

**Table 8.5.6-1. Reverse Traffic Channel Rates and Payload**

| Transmission Rate (kbps) | Minimum Payload (bits) | Maximum Payload (bits) |
|---|---|---|
| 0.0 | 0 | 0 |
| 9.6 | 1 | 232 |
| 19.2 | 233 | 488 |
| 38.4 | 489 | 1000 |
| 76.8 | 1001 | 2024 |
| 153.6 | 2025 | 4072 |

8.5.6.1.1 Command Processing

8.5.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

- Set $ATI_{LCM}$ to TransmitATI.ATI

- Transition to the Setup State

If the protocol receives this command in any other state it shall be ignored.

8.5.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Setup State or the Open State,

- Access terminal shall cease transmitting the Reverse Traffic Channel and shall transition to the Inactive State.

- Access network shall cease monitoring the Reverse Traffic Channel from this access terminal and shall transition to the Inactive State.

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

8.5.6.1.2 Reverse Traffic Channel Long Code Mask

The access terminal shall set the long code masks for the reverse traffic channel ($MI_{RTCMAC}$ and $MQ_{RTCMAC}$) as follows. The 42-bit mask $MI_{RTCMAC}$ shall be specified as shown in Table 8.5.6.1.2-1

MAC Layer                                                                TIA-856-2

**Table 8.5.6.1.2-1. Reverse Traffic Channel Long Code Masks**

Deleted: 8.5.6.1.2

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{RTCMAC}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Permuted ($ATI_{LCM}$) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Permuted ($ATI_{LCM}$) is defined as follows:

$ATI_{LCM} = (A_{31}, A_{30}, A_{29}, \dots, A_0)$

Permuted ($ATI_{LCM}$) =

$(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24}, A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9)$

The 42-bit mask $MQ_{RTCMAC}$ shall be derived from the mask $MI_{RTCMAC}$ as follows:

$MQ_{RTCMAC}[k] = MI_{RTCMAC}[k-1]$,    for k = 1,...,41

$MQ_{RTCMAC}[0] = MI_{RTCMAC}[0] \oplus MI_{RTCMAC}[1] \oplus MI_{RTCMAC}[2] \oplus MI_{RTCMAC}[4] \oplus MI_{RTCMAC}[5] \oplus$

$MI_{RTCMAC}[6] \oplus MI_{RTCMAC}[9] \oplus MI_{RTCMAC}[15] \oplus MI_{RTCMAC}[16] \oplus MI_{RTCMAC}[17] \oplus$

$MI_{RTCMAC}[18] \oplus MI_{RTCMAC}[20] \oplus MI_{RTCMAC}[21] \oplus MI_{RTCMAC}[24] \oplus MI_{RTCMAC}[25] \oplus$

$MI_{RTCMAC}[26] \oplus MI_{RTCMAC}[30] \oplus MI_{RTCMAC}[32] \oplus MI_{RTCMAC}[34] \oplus MI_{RTCMAC}[41]$

where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{RTCMAC}[i]$ and $MI_{RTCMAC}[i]$ denote the $i$th least significant bit of $MQ_{RTCMAC}$ and $MI_{RTCMAC}$, respectively.

8.5.6.1.3 Inactive State

When the protocol is in the Inactive State the access terminal and the access network wait for an *Activate* command.

8.5.6.1.4 Setup State

8.5.6.1.4.1 Access Terminal Requirements

The access terminal shall set a timer for $T_{RTCMPATSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access terminal shall return a *SupervisionFailed* indication.

The access terminal shall start transmission on the Reverse Traffic Channel upon entering this state, and shall obey the Reverse Power Control Channel. The access terminal shall set the DRC value and cover as specified in the Forward Traffic Channel MAC Protocol.

The access terminal shall follow procedures specified in 8.5.6.2 in addition to the requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

Deleted: 8.5.6.2

The access terminal shall not transmit any data on the Reverse Traffic Data Channel while in this state.

If the access terminal receives an RTCAck message it shall return a *LinkAcquired* indication and transition to the Open State.

1  8.5.6.1.4.2 Access Network Requirements

2  The access network shall set a timer for $T_{RTCMPANSetup}$ seconds when it enters this state. If
3  the protocol is still in the Setup State when the timer expires, the access network shall
4  return a *SupervisionFailed* indication.

5  The access network shall attempt to acquire the Reverse Traffic Channel in this state. If the
6  access network acquires the Reverse Traffic Channel, it shall send an RTCAck message to
7  the access terminal, return a *LinkAcquired* indication, and shall transition to the Open
8  State.

9  8.5.6.1.5 Open State

10  The access terminal shall follow procedures specified in 8.5.6.2 in addition to the
11  requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

> Deleted: 8.5.6.2

12  8.5.6.1.5.1 Frame Offset Delay

13  The access terminal shall delay the Reverse Traffic Data Channel and Reverse Rate
14  Indicator Channel (RRI) transmissions by FrameOffset slots with respect to the system-
15  time-aligned frame boundary.

16  8.5.6.1.5.2 Rate Control

17  The description in this section uses the following variables: MaxRate, CurrentRate,
18  CombinedBusyBit, and CurrentRateLimit.

19  CurrentRateLimit shall be set initially to 9.6kbps. After a BroadcastReverseRateLimit
20  message or a UnicastReverseRateLimit message is received by the access terminal, the
21  access terminal shall update the CurrentRateLimit value as follows:

22  • If the RateLimit value in the message is less than or equal to the CurrentRateLimit
23    value, the access terminal shall set CurrentRateLimit to the RateLimit value in the
24    message immediately after the receipt of the message.

25  • If the RateLimit value in the message is greater than the CurrentRateLimit value,
26    then the access terminal shall set CurrentRateLimit to the RateLimit value in the
27    message, one frame (16 slots) after the message is received.

28  If the last received reverse activity bit is set to '1' from any sector in the access terminal's
29  active set, the access terminal shall set CombinedBusyBit to '1'. Otherwise, the access
30  terminal shall set CombinedBusyBit to '0'.

31  CurrentRate shall be set to the rate at which the access terminal was transmitting data
32  immediately before the new transmission time. If the access terminal was not transmitting
33  data immediately before the new transmission time, the access terminal shall set
34  CurrentRate to 0.

35  The access terminal sets the variable MaxRate based on its current transmission rate, the
36  value of the CombinedBusyBit, and a random number. The access terminal shall generate
37  a uniformly distributed random number *x*, 0 < *x* < 1, using the procedure specified in 10.5.
38  The access terminal shall evaluate the condition shown in Table 8.5.6.1.5-1, based on the
39  values of CurrentRate, CombinedBusyBit, and Condition. If the Condition is true, the

> Deleted: 10.5

> Deleted: Table 8.5.6.1.5-1

access terminal shall set MaxRate to the MaxRateTrue value for the corresponding row in
Table 8.5.6.1.5-1. Otherwise, the access terminal shall set MaxRate to the MaxRateFalse
value for the corresponding row in Table 8.5.6.1.5-1.

**Table 8.5.6.1.5-1. Determination of MaxRate**

| CurrentRate | Combined BusyBit | Condition | MaxRateTrue | MaxRateFalse |
|---|---|---|---|---|
| 0 | '0' | True | 9.6kbps | N/A |
| 9.6kbps | '0' | x < Transition009k6_019k2 | 19.2kbps | 9.6kbps |
| 19.2kbps | '0' | x < Transition019k2_038k4 | 38.4kbps | 19.2kbps |
| 38.4kbps | '0' | x < Transition038k4_076k8 | 76.8kbps | 38.4kbps |
| 76.8kbps | '0' | x < Transition076k8_153k6 | 153.6kbps | 76.8kbps |
| 153.6kbps | '0' | False | N/A | 153.6kbps |
| 0 | '1' | False | N/A | 9.6kbps |
| 9.6kbps | '1' | False | N/A | 9.6kbps |
| 19.2kbps | '1' | x < Transition019k2_009k6 | 9.6kbps | 19.2kbps |
| 38.4kbps | '1' | x < Transition038k4_019k2 | 19.2kbps | 38.4kbps |
| 76.8kbps | '1' | x < Transition076k8_038k4 | 38.4kbps | 76.8kbps |
| 153.6kbps | '1' | x < Transition153k2_076k8 | 76.8kbps | 153.6kbps |

The access terminal shall select a transmission rate that satisfies the following constraints:

- The access terminal shall transmit at a rate that is no greater than the value of MaxRate.
- The access terminal shall transmit at a rate that is no greater than the value of CurrentRateLimit.
- The access terminal shall transmit at a data rate no higher than the highest data rate that can be accommodated by the available transmit power.
- The access terminal shall not select a data rate for which the minimum payload length, as specified in Table 8.5.6-1, is greater than the size of data it has to send.

8.5.6.1.5.3 Power Control

The access terminal shall control the reverse link transmit power in accordance with the requirements of the Physical Layer Protocol.

8.5.6.2 Reverse Link Silence Interval

When invoked, the access terminal shall perform the procedures listed in this section.

1  The access terminal shall not transmit on the Reverse Traffic Data Channel if the
2  transmission of the Reverse Traffic Channel packet would overlap with the Reverse Link
3  Silence Interval[45].

4  The access terminal shall not transmit on the Reverse Traffic Channel in time slots that
5  overlap with the Reverse Link Silence Interval.

6  The Reverse Link Silence Interval is defined as the time interval of duration
7  ReverseLinkSilenceDuration frames that starts at times T where T is the CDMA System
8  Time in units of frames and it satisfies the following equation:

9  $$T \bmod (2048 \times 2^{ReverseLinkSilencePeriod} - 1) = 0.$$

10  The ReverseLinkSilenceDuration  and ReverseLinkSilencePeriod parameters are given as
11  public data by the Overhead Messages Protocol.

12  8.5.6.3 Trailer and Message Formats

13  8.5.6.3.1 MAC Layer Trailer

14  The access terminal shall set the MAC Layer trailer as follows:
15

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| MACLayerFormat | 1 |

16  ConnectionLayerFormat

17                   The access terminal shall set this field to '1' if the connection layer
18                   packet is Format B; otherwise, the access terminal shall set this field
19                   to '0'.

20  MACLayerFormat   The access terminal shall set this field to '1' if the MAC layer packet
21                   contains a valid payload; otherwise, the access terminal shall set this
22                   field to '0'.

23  8.5.6.3.2 RTCAck

24  The access network sends the RTCAck message to notify the access terminal that it has
25  acquired the Reverse Traffic Channel. The access network shall send this message using
26  the access terminal's current ATI.
27

---

[45] This implies that the access terminal must not even start transmission on the Reverse Traffic Data
Channel if the transmission of the Reverse Traffic Channel packet would overlap with the Reverse
Link Silence Interval.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

1  MessageID          The access network shall set this field to 0x00.
2

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 10 |

3  8.5.6.3.3 BroadcastReverseRateLimit

4  The BroadcastReverseRateLimit message is used by the access network to control the
5  transmission rate on the reverse link.
6

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RPCCount | 6 |
| RPCCount occurrences of the following field | |
| RateLimit | 4 |

| Reserved | Variable |
|---|---|

7  MessageID          The access network shall set this field to 0x01.

8  RPCCount           The access network shall set this value to the maximum number of
9                     RPC channels supported by the sector.

10  RateLimit          The access network shall set occurrence $n$ of this field to the highest
11                     data rate that the access terminal associated with MACIndex 64-$n$ is
12                     allowed to use on the Reverse Traffic Channel, as shown in Table
13                     8.5.6.3-1.

**Deleted:** Table 8.5.6.3-1

1            **Table 8.5.6.3-1. Encoding of the RateLimit Field**

Deleted: 8.5.6.3

| Field value | Meaning |
|---|---|
| 0x0 | 0 kbps |
| 0x1 | 9.6 kbps |
| 0x2 | 19.2 kbps |
| 0x3 | 38.4 kbps |
| 0x4 | 76.8 kbps |
| 0x5 | 153.6 kbps |
| All other values | Invalid |

2    Reserved          The number of bits in this field is equal to the number needed to
3                      make the message length an integer number of octets. The access
4                      network shall set this field to zero. The access terminal shall ignore
5                      this field.
6

| Channels | CC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | broadcast | | Priority | 40 |

7    8.5.6.3.4 UnicastReverseRateLimit

8    The UnicastReverseRateLimit message is used by the access network to control the
9    transmission rate on the reverse link for a particular access terminal.
10

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RateLimit | 4 |
| Reserved | 4 |

11   MessageID         The access network shall set this field to 0x02.

12   RateLimit         The access network shall set this field to the highest data rate that
13                     the access terminal is allowed to use on the Reverse Traffic Channel,
14                     as shown in Table 8.5.6.3-2.

Deleted: Table 8.5.6.3-2

1          **Table 8.5.6.3-2. Encoding of the RateLimit Field**

Deleted: 8.5.6.3

| Field value | Meaning |
|---|---|
| 0x0 | 0 kbps |
| 0x1 | 9.6 kbps |
| 0x2 | 19.2 kbps |
| 0x3 | 38.4 kbps |
| 0x4 | 76.8 kbps |
| 0x5 | 153.6 kbps |
| All other values | Invalid |

2  Reserved        The number of bits in this field is equal to the number needed to
3                  make the message length an integer number of octets. The access
4                  network shall set this field to zero. The access terminal shall ignore
5                  this field.
6

| **Channels** | FTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

7  8.5.6.4 Interface to Other Protocols

8  8.5.6.4.1 Commands Sent

9  This protocol does not issue any commands.

10  8.5.6.4.2 Indications

11  This protocol does not register to receive any indications.

12  8.5.7 Configuration Attributes

13  The following attributes and default values are defined (see 10.3 for attribute record
14  definition).

Deleted: 10.3

1   8.5.7.1 PowerParameters Attribute
2

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| DataOffsetNom | 4 | 0 |
| DataOffset9k6 | 4 | 0 |
| DataOffset19k2 | 4 | 0 |
| DataOffset38k4 | 4 | 0 |
| DataOffset76k8 | 4 | 0 |
| DataOffset153k6 | 4 | 0 |
| RPCStep | 2 | 1 |
| Reserved | 6 | N/A |

3   Length                    Length of the complex attribute in octets. The access network shall
4                             set this field to the length of the complex attribute excluding the
5                             Length field.

6   AttributeID               The access network shall set this field to 0x00.

7   ValueID                   The access network shall set this field to an identifier assigned to this
8                             complex value.

9   DataOffsetNom             The access network shall set this field to the nominal offset of the
10                            reverse link data channel power to pilot channel power, expressed as
11                            2's complement value in units of 0.5 dB. The access terminal shall
12                            support all the valid values specified by this field.

13  DataOffset9k6             The access network shall set this field to the ratio of reverse link data
14                            channel power at 9.6 kbps to the nominal reverse link data channel
15                            power at 9.6 kbps, expressed as 2's complement in units of 0.25 dB.
16                            The access terminal shall support all the valid values specified by
17                            this field.

18  DataOffset19k2            The access network shall set this field to the ratio of reverse link data
19                            channel power at 19.2 kbps to the nominal reverse link data channel
20                            power at 19.2 kbps, expressed as 2's complement in units of 0.25
21                            dB. The access terminal shall support all the valid values specified by
22                            this field.

| | | |
|---|---|---|
| 1 | DataOffset38k4 | The access network shall set this field to the ratio of reverse link data channel power at 38.4 kbps to the nominal reverse link data channel power at 38.4 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| 6 | DataOffset76k8 | The access network shall set this field to the ratio of reverse link data channel power at 76.8 kbps to the nominal reverse link data channel power at 76.8 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| 11 | DataOffset153k6 | The access network shall set this field to the ratio of reverse link data channel power at 153.6 kbps to the nominal reverse link data channel power at 153.6 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| 16 | RPCStep | Reverse Power Control step. The access network shall set this field to the power control step size the access terminal shall use when controlling the power of the reverse link, as shown in Table 8.5.7.1-1. The access terminal shall support all the valid values specified by this field. |

Deleted: Table 8.5.7.1-1

Deleted: 8.5.7.1

**Table 8.5.7.1-1. Encoding of the RPCStep Field**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0.5 dB |
| '01' | 1.0 dB |
| All other values | Invalid |

| | | |
|---|---|---|
| 22 | Reserved | The access network shall set this field to zero. The access terminal shall ignore this field. |

1   8.5.7.2 RateParameters Attribute
2

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| Transition009k6_019k2 | 8 | 0x30 |
| Transition019k2_038k4 | 8 | 0x10 |
| Transition038k4_076k8 | 8 | 0x08 |
| Transition076k8_153k6 | 8 | 0x08 |
| Transition019k2_009k6 | 8 | 0x10 |
| Transition038k4_019k2 | 8 | 0x10 |
| Transition076k8_038k4 | 8 | 0x20 |
| Transition153k6_076k8 | 8 | 0xFF |

3   Length                 Length of the complex attribute in octets. The access network shall
4                          set this field to the length of the complex attribute excluding the
5                          Length field.

6   AttributeID            The access network shall set this field to 0x01.

7   ValueID                The access network shall set this field to an identifier assigned to this
8                          complex value.

9   Transition009k6_019k2
10                         The field is set to the probability the access terminal uses to increase
11                         its transmission rate to 19.2kbps if it is currently transmitting at
12                         9.6kbps. The probability is expressed in units of 1/255. The access
13                         terminal shall support all the valid values specified by this field.

14  Transition019k2_038k4
15                         The field is set to the probability the access terminal uses to increase
16                         its transmission rate to 38.4kbps if it is currently transmitting at
17                         19.2kbps. The probability is expressed in units of 1/255. The access
18                         terminal shall support all the valid values specified by this field.
19

20  Transition038k4_076k8
21                         The field is set to the probability the access terminal uses to increase
22                         its transmission rate to 76.8kbps if it is currently transmitting at

8-66

MAC Layer                                                              TIA-856-2

38.4kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition076k8_153k6

The field is set to the probability the access terminal uses to increase its transmission rate to 153.6kbps if it is currently transmitting at 76.8kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition019k2_009k6

The field is set to the probability the access terminal uses to decrease its transmission rate to 9.6kbps or lower if it is currently transmitting at 19.2kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition038k4_019k2

The field is set to the probability the access terminal uses to decrease its transmission rate to 19.2kbps or lower if it is currently transmitting at 38.4kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition076k8_038k4

The field is set to the probability the access terminal uses to decrease its transmission rate to 38.4kbps or lower if it is currently transmitting at 76.8kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition153k6_076k8

The field is set to the probability the access terminal uses to decrease its transmission rate to 76.8kbps or lower if it is currently transmitting at 153.6kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

1   8.5.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| N$_{RTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| N$_{RTCMPDefault}$ | Subtype field for this protocol | 0x0000 |
| T$_{RTCMPATSetup}$ | Maximum time for the access terminal to transmit the Reverse Traffic Channel in the Setup State | 1.5 seconds |
| T$_{RTCMPANSetup}$ | Maximum time for the access network to acquire the Reverse Traffic Channel and send a notification to the access terminal. | 1 second |

Deleted: Table 2.5.4-1

2   8.5.9 Session State Information

3   The Session State Information record (see 10.8) consists of parameter records.

Deleted: 10.8

4   This protocol defines the following parameter record in addition to the configuration
5   attributes for this protocol.

6   8.5.9.1 LongCodeMask Parameter

7   The following parameter shall be included in the Session State Information record only if
8   the Session State Information is being transferred while the connection is open.

Deleted: 8.5.9.1

9       **Table 8.5.9.1-1.  The Format of the Parameter Record for the SKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| MIRTCMAC | 42 |
| MQRTCMAC | 42 |
| Reserved | 4 |

10   ParameterType        This field shall be set to 0x01 for this parameter record.

11   Length               This field shall be set to the length of this parameter record in units
12                        of octets excluding the Length field.

13   MIRTCMAC             This field shall be set to the value of the reverse traffic channel in-
14                        phase long code mask associated with the access terminal's session.

15   MQRTCMAC             This field shall be set to the value of the reverse traffic channel
16                        quadrature-phase long code mask associated with the access
17                        terminal's session.

18   Reserved             This field shall be set to zero.

MAC Layer                                                    TIA-856-2

1    No text.

1  **9 PHYSICAL LAYER**

2  **9.1 Physical Layer Packets**

3  9.1.1 Overview

4  The transmission unit of the physical layer is a physical layer
5  packet. A physical layer packet can be of length 256, 512, 1024, 2048, 3072, or 4096 bits. The format of the
6  physical layer packet depends upon which channel it is transmitted on. A physical layer
7  packet carries one or more MAC layer packets.

8  9.1.2 Physical Layer Packet Formats

9  9.1.2.1 Control Channel Physical Layer Packet Format

10  The length of a Control Channel physical layer packet shall be 1024 bits. Each Control
11  Channel physical layer packet shall carry one Control Channel MAC layer packet. Control
12  Channel physical layer packets shall use the following format:

13

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 1,002 |
| FCS | 16 |
| TAIL | 6 |

14

15  MAC Layer Packet    -    MAC layer packet from the Control Channel MAC protocol.

16  FCS    -    Frame check sequence (see 9.1.4).

> **Deleted:** 9.1.4

17  TAIL    -    Encoder tail bits. This field shall be set to all '0's.

18  Figure 9.1.2.1-1 illustrates the format of the Control Channel physical layer packets.

> **Deleted:** Figure 9.1.2.1-1



19

20  **Figure 9.1.2.1-1. Physical Layer Packet Format for the Control Channel**

> **Deleted: 9.1.2.1**

21  9.1.2.2 Access Channel Physical Layer Packet Format

22  The length of an Access Channel physical layer packet shall be 256 bits. Each Access
23  Channel physical layer packet shall carry one Access Channel MAC layer packet. Access
24  Channel physical layer packets shall use the following format:
25

TIA-856-2                                                                    Physical Layer

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 234 |
| FCS | 16 |
| TAIL | 6 |

1

2    MAC Layer Packet    -    MAC layer packet from the Access Channel MAC protocol.

3          FCS          -    Frame check sequence (see 9.1.4).          <span>Deleted: 9.1.4</span>

4          TAIL         -    Encoder tail bits. This field shall be set to all '0's.

5    Figure 9.1.2.2-1 illustrates the format of the Access Channel physical layer packets.    <span>Deleted: Figure 9.1.2.2-1</span>



6

7    **Figure 9.1.2.2-1. Physical Layer Packet Format for the Access Channel**    <span>Deleted: 9.1.2.2</span>

8    9.1.2.3 Forward Traffic Channel Physical Layer Packet Format

9    The length of a Forward Traffic Channel physical layer packet shall be 1024, 2048, 3072,
10   or 4096 bits. A Forward Traffic Channel physical layer packet shall carry 1, 2, 3, or 4
11   Forward Traffic Channel MAC layer packets depending on the rate of transmission.
12   Forward Traffic Channel physical layer packets shall use the following format:

13

| Field | Length (bits) |
|---|---|
| 0, 1, 2, or 3 occurrences of the following two fields: | |
| MAC Layer Packet | 1,002 |
| PAD | 22 |
| One occurrence of the following three fields: | |
| MAC Layer Packet | 1,002 |
| FCS | 16 |
| TAIL | 6 |

14

15   MAC Layer Packet    -    MAC layer packet from the Forward Traffic Channel MAC
16                             Protocol.

17          PAD          -    This field shall be set to all '0's. The receiver shall ignore this
18                             field.

19          FCS          -    Frame check sequence (see 9.1.4).          <span>Deleted: 9.1.4</span>

9-2

1        TAIL      -    Encoder tail bits. This field shall be set to all '0's.

2    Figure 9.1.2.3-1 illustrates the format of the Forward Traffic Channel physical layer

Deleted: Figure 9.1.2.3-1

3    packets.



4

5    **Figure 9.1.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel**

Deleted: 9.1.2.3

6    9.1.2.4 Reverse Traffic Channel Physical Layer Packet Format

7    The length of a Reverse Traffic Channel physical layer packet shall be 256, 512, 1024,

8    2048, or 4096 bits. Each Reverse Traffic Channel physical layer packet shall carry one

9    Reverse Traffic Channel MAC layer packet. Reverse Traffic Channel physical layer packets

10   shall use the following format:

11

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 234, 490, 1002, 2026, or 4074 |
| FCS | 16 |
| TAIL | 6 |

12

13   MAC Layer Packet   -    MAC layer packet from the Reverse Traffic Channel MAC

14                            Protocol.

15        FCS         -    Frame check sequence (see 9.1.4).

Deleted: 9.1.4

16        TAIL        -    Encoder tail bits. This field shall be set to all '0's.

17   Figure 9.1.2.4-1 illustrates the format of the Reverse Traffic Channel physical layer

Deleted: Figure 9.1.2.4-1

18   packets.



1
2     **Figure 9.1.2.4-1. Physical Layer Packet Format for the Reverse Traffic Channel**

(Deleted: 9.1.2.4)

3     9.1.3 Bit Transmission Order

4     Each field of the physical layer packets shall be transmitted in sequence such that the
5     most significant bit (MSB) is transmitted first and the least significant bit (LSB) is
6     transmitted last. The MSB is the left-most bit in the figures of the document.

7     9.1.4 Computation of the FCS Bits

8     The FCS computation described here shall be used for computing the FCS field in the
9     Control Channel physical layer packets, the Forward Traffic Channel physical layer
10    packets, the Access Channel physical layer packets, and the Reverse Traffic Channel
11    physical layer packets.

12    The FCS shall be a CRC calculated using the standard CRC-CCITT generator polynomial:

13    $$g(x) = x^{16} + x^{12} + x^5 + 1.$$

14    The FCS shall be equal to the value computed according to the following procedure as
15    shown in Figure 9.1.4-1.

(Deleted: Figure 9.1.4-1)

16    • All shift-register elements shall be initialized to '0's.

17    • The switches shall be set in the up position.

18    • The register shall be clocked once for each bit of the physical layer packet except for
19      the FCS and TAIL fields. The physical layer packet shall be read from MSB to LSB.

20    • The switches shall be set in the down position so that the output is a modulo-2
21      addition with a '0' and the successive shift-register inputs are '0's.

22    • The register shall be clocked an additional 16 times for the 16 FCS bits.

23    • The output bits constitute all fields of the physical layer packets except the TAIL
24      field.

Physical Layer                                                    TIA-856-2



Up for all the bits of the
physical layer packet except for the
FCS and TAIL fields;
then, down for the 16-bit FCS field.

1

2          **Figure 9.1.4-1. FCS Computation for the Physical Layer Packet**

Deleted: 9.1.4

Physical Layer

1    **9.2 Access Terminal Requirements**

2    This section defines requirements specific to access terminal equipment and operation.

3    9.2.1 Transmitter

4    9.2.1.1 Frequency Parameters

5    9.2.1.1.1 Channel Spacing and Designation

6    9.2.1.1.1.1 Band Class 0 (800-MHz Band)

7    The Band Class 0 system designators for the access terminal and access network shall be
8    as specified in Table 9.2.1.1.1.1-1.                                    | Deleted: Table 9.2.1.1.1.1-1 |

9    There are two band subclasses specified for Band Class 0. Access terminals supporting
10   Band Class 0 shall support at least one band subclass belonging to Band Class 0.

11   Access terminals supporting Band Class 0 shall be capable of transmitting in Band Class
12   0.

13   The channel spacing, CDMA channel designations, and transmitter center frequencies of
14   Band Class 0 shall be as specified in Table 9.2.1.1.1.1-2. Access terminals supporting    | Deleted: Table 9.2.1.1.1.1-2 |
15   Band Class 0 shall support transmission on the valid channel numbers shown in Table
16   9.2.1.1.1.1-3.[46]                                                      | Deleted: Table 9.2.1.1.1.1-3 |

17   The nominal access terminal transmit carrier frequency shall be 45.0 MHz lower than the
18   frequency of the access network transmit signal as measured at the access terminal
19   receiver.                                                                | Deleted: 9.2.1.1.1.1 |

20   **Table 9.2.1.1.1.1-1. Band Class 0 System Frequency Correspondence**

|  System Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Access Terminal | Access Network |
| A | 0 | 824.025–835.005 844.995–846.495 | 869.025–880.005 889.995–891.495 |
| | 1 | 824.025–835.005 844.995–848.985 | 869.025–880.005 889.995–893.985 |
| B | 0 | 835.005–844.995 846.495–848.985 | 880.005–889.995 891.495–893.985 |
| | 1 | 835.005–844.995 | 880.005–889.995 |

21

---

[46] Note that the Korean Cellular Band uses Band Subclass 1 and has additional valid channels that a Band Class 0 access terminal should support to permit roaming to Korea.

Physical Layer                                                    TIA-856-2

1    **Table 9.2.1.1.1.1-2. CDMA Channel Number to CDMA Frequency Assignment**
2    **Correspondence for Band Class 0**

Deleted: 9.2.1.1.1

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | $1 \leq N \leq 799$ | $0.030\ N + 825.000$ |
| | $991 \leq N \leq 1023$ | $0.030\ (N - 1023) + 825.000$ |
| Access Network | $1 \leq N \leq 799$ | $0.030\ N + 870.000$ |
| | $991 \leq N \leq 1023$ | $0.030\ (N - 1023) + 870.000$ |

3

Physical Layer

**Table 9.2.1.1.1.1-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 0**

Deleted: 9.2.1.1.1.1

| Band Subclass | System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|---|
| | | | | **Access Terminal** | **Access Network** |
| 0 | A" (1 MHz) | Not Valid | 991–1012 | 824.040–824.670 | 869.040–869.670 |
| | | Valid | 1013–1023 | 824.700–825.000 | 869.700–870.000 |
| | A (10 MHz) | Valid | 1–311 | 825.030–834.330 | 870.030–879.330 |
| | | Not Valid | 312–333 | 834.360–834.990 | 879.360–879.990 |
| | B (10 MHz) | Not Valid | 334–355 | 835.020–835.650 | 880.020–880.650 |
| | | Valid | 356–644 | 835.680–844.320 | 880.680–889.320 |
| | | Not Valid | 645–666 | 844.350–844.980 | 889.350–889.980 |
| | A' (1.5 MHz) | Not Valid | 667–688 | 845.010–845.640 | 890.010–890.640 |
| | | Valid | 689–694 | 845.670–845.820 | 890.670–890.820 |
| | | Not Valid | 695–716 | 845.850–846.480 | 890.850–891.480 |
| | B' (2.5 MHz) | Not Valid | 717–738 | 846.510–847.140 | 891.510–892.140 |
| | | Valid | 739–777 | 847.170–848.310 | 892.170–893.310 |
| | | Not Valid | 778–799 | 848.340–848.970 | 893.340–893.970 |
| 1 | A" (1 MHz) | Not Valid | 991–1012 | 824.040–824.670 | 869.040–869.670 |
| | | Valid | 1013–1023 | 824.700–825.000 | 869.700–870.000 |
| | A (10 MHz) | Valid | 1–311 | 825.030–834.330 | 870.030–879.330 |
| | | Not Valid | 312–333 | 834.360–834.990 | 879.360–879.990 |
| | B (10 MHz) | Not Valid | 334–355 | 835.020–835.650 | 880.020–880.650 |
| | | Valid | 356–644 | 835.680–844.320 | 880.680–889.320 |
| | | Not Valid | 645–666 | 844.350–844.980 | 889.350–889.980 |
| | A' (1.5 MHz) | Not Valid | 667–688 | 845.010–845.640 | 890.010–890.640 |
| | | Valid | 689–716 | 845.670–846.480 | 890.670–891.480 |
| | A''' (2.5 MHz) | Valid | 717–779 | 846.510–848.370 | 891.510–893.370 |
| | | Not Valid | 780–799 | 848.400–848.970 | 893.400–893.970 |

9.2.1.1.1.2 Band Class 1 (1900-MHz Band)

The Band Class 1 block designators for the access terminal and access network shall be as specified in Table 9.2.1.1.1.2-1.

Deleted: Table 9.2.1.1.1.2-1

Access terminals supporting Band Class 1 shall be capable of transmitting in Band Class 1.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 1 shall be as specified in Table 9.2.1.1.1.2-2. Access terminals supporting Band Class 1 shall support transmission on the valid and conditionally valid channel numbers shown in Table 9.2.1.1.1.2-3. Note that certain channel assignments are not valid

Deleted: Table 9.2.1.1.1.2-2
Deleted: Table 9.2.1.1.1.2-3

Physical Layer                                                                   TIA-856-2

1   and others are conditionally valid. Transmission on conditionally valid channels is
2   permissible if the adjacent block is allocated to the same licensee or if other valid
3   authorization has been obtained.

4   The nominal access terminal transmit carrier frequency shall be 80.0 MHz lower than the
5   frequency of the access network transmit signal as measured at the access terminal
6   receiver.

7   **Table 9.2.1.1.1.2-1. Band Class 1 Block Frequency Correspondence**

Deleted: 9.2.1.1.1.2

| Block Designator | Transmit Frequency Band (MHz) | |
|:---:|:---:|:---:|
| | **Access Terminal** | **Access Network** |
| A | 1850–1865 | 1930–1945 |
| D | 1865–1870 | 1945–1950 |
| B | 1870–1885 | 1950–1965 |
| E | 1885–1890 | 1965–1970 |
| F | 1890–1895 | 1970–1975 |
| C | 1895–1910 | 1975–1990 |

8

9   **Table 9.2.1.1.1.2-2. CDMA Channel Number to CDMA Frequency Assignment**
10                      **Correspondence for Band Class 1**

Deleted: 9.2.1.1.1.2

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|:---:|:---:|:---:|
| Access Terminal | $0 \leq N \leq 1199$ | 1850.000 + 0.050 N |
| Access Network | $0 \leq N \leq 1199$ | 1930.000 + 0.050 N |

11

TIA-856-2                                                                                                    Physical Layer

Table 9.2.1.1.1.2-3. CDMA Channel Numbers and Corresponding Frequencies
for Band Class 1

Deleted: 9.2.1.1.2

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Access Terminal | Access Network |
| A (15 MHz) | Not Valid | 0–24 | 1850.000–1851.200 | 1930.000–1931.200 |
| | Valid | 25–275 | 1851.250–1863.750 | 1931.250–1943.750 |
| | Cond. Valid | 276–299 | 1863.800–1864.950 | 1943.800–1944.950 |
| D (5 MHz) | Cond. Valid | 300–324 | 1865.000–1866.200 | 1945.000–1946.200 |
| | Valid | 325–375 | 1866.250–1868.750 | 1946.250–1948.750 |
| | Cond. Valid | 376–399 | 1868.800–1869.950 | 1948.800–1949.950 |
| B (15 MHz) | Cond. Valid | 400–424 | 1870.000–1871.200 | 1950.000–1951.200 |
| | Valid | 425–675 | 1871.250–1883.750 | 1951.250–1963.750 |
| | Cond. Valid | 676–699 | 1883.800–1884.950 | 1963.800–1964.950 |
| E (5 MHz) | Cond. Valid | 700–724 | 1885.000–1886.200 | 1965.000–1966.200 |
| | Valid | 725–775 | 1886.250–1888.750 | 1966.250–1968.750 |
| | Cond. Valid | 776–799 | 1888.800–1889.950 | 1968.800–1969.950 |
| F (5 MHz) | Cond. Valid | 800–824 | 1890.000–1891.200 | 1970.000–1971.200 |
| | Valid | 825–875 | 1891.250–1893.750 | 1971.250–1973.750 |
| | Cond. Valid | 876–899 | 1893.800–1894.950 | 1973.800–1974.950 |
| C (15 MHz) | Cond. Valid | 900–924 | 1895.000–1896.200 | 1975.000–1976.200 |
| | Valid | 925–1175 | 1896.250–1908.750 | 1976.250–1988.750 |
| | Not Valid | 1176–1199 | 1908.800–1909.950 | 1988.800–1989.950 |

9.2.1.1.1.3 Band Class 2 (TACS Band)

The Band Class 2 block designators for the access terminal and access network shall be as
specified in Table 9.2.1.1.1.3-1.

Deleted: Table 9.2.1.1.3-1

Access terminals supporting Band Class 2 shall be capable of transmitting in Band Class 2
using at least one band subclass. The band subclasses for Band Class 2 are specified in
Table 9.2.1.1.1.3-2.

Deleted: Table 9.2.1.1.3-2

The channel spacing, CDMA channel designations, and transmitter center frequencies of
Band Class 2 shall be as specified in Table 9.2.1.1.1.3-3. Access terminals supporting
Band Class 2 shall support transmission on the valid and conditionally valid channel
numbers shown in Table 9.2.1.1.1.3-4. Transmission on the conditionally valid channels is
permissible if valid authorization has been obtained.

Deleted: Table 9.2.1.1.3-3

Deleted: Table 9.2.1.1.3-4

The nominal access terminal transmit carrier frequency shall be 45.0 MHz lower than the
frequency of the access network transmit signal as measured at the access terminal
receiver.

Physical Layer                                                    TIA-856-2

**Table 9.2.1.1.1.3-1. Band Class 2 Block Frequency Correspondence**

Deleted: 9.2.1.1.3

| Block Designator | Transmit Frequency Band (MHz) | |
|---|---|---|
| | Access Terminal | Access Network |
| A | 872.0125–879.9875<br>890.0125–897.4875<br>905.0125–908.9875 | 917.0125–924.9875<br>935.0125–942.4875<br>950.0125–953.9875 |
| B | 880.0125–887.9875<br>897.5125–904.9875<br>909.0125–914.9875 | 925.0125–932.9875<br>942.5125–949.9875<br>954.0125–959.9875 |

**Table 9.2.1.1.1.3-2. Band Class 2 Band Subclasses**

Deleted: 9.2.1.1.3

| Band Subclass | Number of Channels Covered | Channels Covered |
|---|---|---|
| 0 | 600 | 1–600 |
| 1 | 1000 | 1–1000 |
| 2 | 1320 | 1329–2047 and 0–600 |

**Table 9.2.1.1.1.3-3. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 2**

Deleted: 9.2.1.1.3

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | $0 \leq N \leq 1000$ | $0.025\ N + 889.9875$ |
| | $1329 \leq N \leq 2047$ | $0.025\ (N - 1328) + 871.9875$ |
| Access Network | $0 \leq N \leq 1000$ | $0.025\ N + 934.9875$ |
| | $1329 \leq N \leq 2047$ | $0.025\ (N - 1328) + 916.9875$ |

TIA-856-2                                                      Physical Layer

**Table 9.2.1.1.1.3-4. CDMA Channel Numbers and Corresponding Frequencies for Band Class 2**

Deleted: 9.2.1.1.1.3

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
| --- | --- | --- | --- | --- |
| | | | Access Terminal | Access Network |
| A ETACS (8 MHz) | Not Valid Valid-1320 | 1329–1355 1356–1648 | 872.0125–872.6625 872.6875–879.9875 | 917.0125–917.6625 917.6875–924.9875 |
| B ETACS (8 MHz) | Valid-1320 Cond. Valid-1320 | 1649–1941 1942–1968 | 880.0125–887.3125 887.3375–887.9875 | 925.0125–932.3125 932.3375–932.9875 |
| Unassigned (2 MHz) | Cond. Valid-1320 | 1969–2047 0 | 888.0125–889.9625 889.9875 | 933.0125–934.9625 934.9875 |
| A (7.5 MHz) | Cond. Valid-1320 Valid | 1–27 28–300 | 890.0125–890.6625 890.6875–897.4875 | 935.0125–935.6625 935.6875–942.4875 |
| B (7.5 MHz) | Valid Valid-1000 | 301–573 574–600 | 897.5125–904.3125 904.3375–904.9875 | 942.5125–949.3125 949.3375–949.9875 |
| A′ (4 MHz) | Valid-1000 | 601–760 | 905.0125–908.9875 | 950.0125–953.9875 |
| B′ (6 MHz) | Valid-1000 Not Valid | 761–973 974–1000 | 909.0125–914.3125 914.3375–914.9875 | 954.0125–959.3125 959.3375–959.9875 |

Valid and Not Valid apply to the channels for the access terminals of all three band subclasses. Valid-1000 means that the channels are only valid for the access terminals of band subclass 1. Valid-1320 means that the channels are only valid for the access terminals of band subclass 2. Cond. Valid-1320 means that the channels are conditionally valid for the access terminals of band subclass 2, and that they are not valid for the access terminals of band subclasses 0 and 1.

9.2.1.1.1.4 Band Class 3 (JTACS Band)

The Band Class 3 system designators for the access terminal and access network shall be as specified in Table 9.2.1.1.1.4-1.

Deleted: Table 9.2.1.1.1.4-1

Access terminals supporting Band Class 3 shall be capable of transmitting in Band Class 3.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 3 shall be as specified in Table 9.2.1.1.1.4-2. Access terminals supporting Band Class 3 shall support transmission on the valid channel numbers shown in Table 9.2.1.1.1.4-3.

Deleted: Table 9.2.1.1.1.4-2

Deleted: Table 9.2.1.1.1.4-3

9-12

Physical Layer                                                          TIA-856-2

1  The nominal access terminal transmit carrier frequency shall be 55.0 MHz higher than the
2  frequency of the access network transmit signal as measured at the access terminal
3  receiver.

Deleted: 9.2.1.1.1.4

4      **Table 9.2.1.1.1.4-1. Band Class 3 System Frequency Correspondence**

| System Designator | Transmit Frequency Band (MHz) | |
|---|---|---|
| | **Access Terminal** | **Access Network** |
| A | 887.0125–888.9875<br>893.0125–898.0000<br>898.0125–900.9875<br>915.0125–924.9875 | 832.0125–833.9875<br>838.0125–843.0000<br>843.0125–845.9875<br>860.0125–869.9875 |
| B | Not specified | Not specified |

5

Deleted: 9.2.1.1.1.4

6      **Table 9.2.1.1.1.4-2. CDMA Channel Number to CDMA Frequency Assignment**
7                    **Correspondence for Band Class 3**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | $1 \leq N \leq 799$ | $0.0125 \, N + 915.000$ |
| | $801 \leq N \leq 1039$ | $0.0125 \, (N - 800) + 898.000$ |
| | $1041 \leq N \leq 1199$ | $0.0125 \, (N - 1040) + 887.000$ |
| | $1201 \leq N \leq 1600$ | $0.0125 \, (N - 1200) + 893.000$ |
| Access Network | $1 \leq N \leq 799$ | $0.0125 \, N + 860.000$ |
| | $801 \leq N \leq 1039$ | $0.0125 \, (N - 800) + 843.000$ |
| | $1041 \leq N \leq 1199$ | $0.0125 \, (N - 1040) + 832.000$ |
| | $1201 \leq N \leq 1600$ | $0.0125 \, (N - 1200) + 838.000$ |

In this table, only even-valued N values are valid.

8

Physical Layer

**Table 9.2.1.1.1.4-3. CDMA Channel Numbers and Corresponding Frequencies**
**for Band Class 3**

<table>
<tr><th rowspan="2">System<br>Designator</th><th rowspan="2">CDMA<br>Channel<br>Validity</th><th rowspan="2">CDMA<br>Channel<br>Number</th><th colspan="2">Transmit Frequency Band (MHz)</th></tr>
<tr><th>Access Terminal</th><th>Access Network</th></tr>
<tr><td rowspan="3">A1<br>(2 MHz)</td><td>Not Valid</td><td>1041–1099</td><td>887.0125–887.7375</td><td>832.0125–832.7375</td></tr>
<tr><td>Valid</td><td>1100–1140</td><td>887.7500–888.2500</td><td>832.7500–833.2500</td></tr>
<tr><td>Not Valid</td><td>1141–1199</td><td>888.2625–888.9875</td><td>833.2625–833.9875</td></tr>
<tr><td rowspan="3">A3<br>(5 MHz)</td><td>Not Valid</td><td>1201–1259</td><td>893.0125–893.7375</td><td>838.0125–838.7375</td></tr>
<tr><td>Valid</td><td>1260–1540</td><td>893.7500–897.2500</td><td>838.7500–842.2500</td></tr>
<tr><td>Cond. Valid</td><td>1541–1600</td><td>897.2625–898.0000</td><td>842.2625–843.0000</td></tr>
<tr><td rowspan="3">A2<br>(3 MHz)</td><td>Cond. Valid</td><td>801–859</td><td>898.0125–898.7375</td><td>843.0125–843.7375</td></tr>
<tr><td>Valid</td><td>860–980</td><td>898.7500–900.2500</td><td>843.7500–845.2500</td></tr>
<tr><td>Not Valid</td><td>981–1039</td><td>900.2625–900.9875</td><td>845.2625–845.9875</td></tr>
<tr><td rowspan="3">A<br>(10 MHz)</td><td>Not Valid</td><td>1–59</td><td>915.0125–915.7375</td><td>860.0125–860.7375</td></tr>
<tr><td>Valid</td><td>60–740</td><td>915.7500–924.2500</td><td>860.7500–869.2500</td></tr>
<tr><td>Not Valid</td><td>741–799</td><td>924.2625–924.9875</td><td>869.2625–869.9875</td></tr>
<tr><td>B</td><td>Not specified</td><td>Not specified</td><td>Not specified</td><td>Not specified</td></tr>
</table>

9.2.1.1.1.5 Band Class 4 (Korean PCS Band)

The Band Class 4 block designators for the access terminal and access network shall be as specified in Table 9.2.1.1.1.5-1.

Access terminals supporting Band Class 4 shall be capable of transmitting in Band Class 4.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 4 shall be as specified in Table 9.2.1.1.1.5-2. Access terminals supporting Band Class 4 shall support transmission on the valid and conditionally valid channel numbers shown in Table 9.2.1.1.1.5-3. Transmission on conditionally valid channels is permissible if the adjacent block is allocated to the same licensee or if other valid authorization has been obtained.

The nominal access terminal transmit carrier frequency shall be 90.0 MHz lower than the frequency of the access network transmit signal as measured at the access terminal receiver.

Deleted: 9.2.1.1.1.4

Deleted: Table 9.2.1.1.1.5-1

Deleted: Table 9.2.1.1.1.5-2

Deleted: Table 9.2.1.1.1.5-3

**Table 9.2.1.1.1.5-1. Band Class 4 Block Frequency Correspondence**

| Block Designator | Transmit Frequency Band (MHz) | |
|:---:|:---:|:---:|
| | Access Terminal | Access Network |
| A | 1750–1760 | 1840–1850 |
| B | 1760–1770 | 1850–1860 |
| C | 1770–1780 | 1860–1870 |

**Table 9.2.1.1.1.5-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 4**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|:---:|:---:|:---:|
| Access Terminal | 0 ≤ N ≤ 599 | 0.050 N + 1750.000 |
| Access Network | 0 ≤ N ≤ 599 | 0.050 N + 1840.000 |

**Table 9.2.1.1.1.5-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 4**

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|:---:|:---:|:---:|:---:|:---:|
| | | | Access Terminal | Access Network |
| A (10 MHz) | Not Valid | 0–24 | 1750.000–1751.200 | 1840.000–1841.200 |
| | Valid | 25–175 | 1751.250–1758.750 | 1841.250–1848.750 |
| | Cond. Valid | 176–199 | 1758.800–1759.950 | 1848.800–1849.950 |
| B (10 MHz) | Cond. Valid | 200–224 | 1760.000–1761.200 | 1850.000–1851.200 |
| | Valid | 225–375 | 1761.250–1768.750 | 1851.250–1858.750 |
| | Cond. Valid | 376–399 | 1768.800–1769.950 | 1858.800–1859.950 |
| C (10 MHz) | Cond. Valid | 400–424 | 1770.000–1771.200 | 1860.000–1861.200 |
| | Valid | 425–575 | 1771.250–1778.750 | 1861.250–1868.750 |
| | Not Valid | 576–599 | 1778.800–1779.950 | 1868.800–1869.950 |

**9.2.1.1.1.6 Band Class 5 (450-MHz Band)**

The Band Class 5 block designators for the access terminal and access network shall be as specified in Table 9.2.1.1.1.6-1.

There are eight band subclasses specified for Band Class 5. Each band subclass corresponds to a specific block designator (see Table 9.2.1.1.1.6-1). Each band subclass includes all the channels designated for that system. Access terminals supporting Band Class 5 shall be capable of transmitting in at least one band subclass belonging to Band Class 5. For access terminals capable of transmitting in more than one band subclass

Physical Layer

1   belonging to Band Class 5, one band subclass shall be designated as the Primary Band
2   Subclass, which is the band subclass used by the access terminal's home system.

3   The channel spacing, CDMA channel designations, and transmitter center frequencies of
4   Band Class 5 shall be as specified in Table 9.2.1.1.1.6-2. Access terminals supporting
5   Band Class 5 shall support transmission on the valid and conditionally valid channel
6   numbers shown in Table 9.2.1.1.1.6-3, depending on the Band Subclass of the access
7   terminal. Note that certain channel assignments in Block A are not valid and others are
8   conditionally valid. Transmission on conditionally valid channels is permissible if the
9   adjacent A′ block is allocated to the same licensee or if other valid authorization has been
10  obtained.

11  The nominal access terminal transmit carrier frequency shall be 10.0 MHz lower than the
12  frequency of the access network transmit signal as measured at the access terminal
13  receiver.

14      **Table 9.2.1.1.1.6-1. Band Class 5 Block Frequency Correspondence and Band**
15                                   **Subclasses**

| Block Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|:---:|:---:|:---:|:---:|
| | | **Access Terminal** | **Access Network** |
| A | 0 | 452.500–457.475 | 462.500–467.475 |
| B | 1 | 452.000–456.475 | 462.000–466.475 |
| C | 2 | 450.000–454.800 | 460.000–464.800 |
| D | 3 | 411.675–415.850 | 421.675–425.850 |
| E | 4 | 415.500–419.975 | 425.500–429.975 |
| F | 5 | 479.000–483.480 | 489.000–493.480 |
| G | 6 | 455.230–459.990 | 465.230–469.990 |
| H | 7 | 451.310–455.730 | 461.310–465.730 |

16

**Deleted:** Table 9.2.1.1.1.6-2

**Deleted:** Table 9.2.1.1.1.6-3

**Deleted:** 9.2.1.1.1.6

Physical Layer                                                    TIA-856-2

**Table 9.2.1.1.1.6-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 5**

Deleted: 9.2.1.1.6

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | $1 \leq N \leq 300$ | 0.025 (N − 1) + 450.000 |
|  | $539 \leq N \leq 871$ | 0.025 (N − 512) + 411.000 |
|  | $1039 \leq N \leq 1473$ | 0.020 (N − 1024) + 451.010 |
|  | $1792 \leq N \leq 2016$ | 0.020 (N − 1792) + 479.000 |
| Access Network | $1 \leq N \leq 300$ | 0.025 (N − 1) + 460.000 |
|  | $539 \leq N \leq 871$ | 0.025 (N − 512) + 421.000 |
|  | $1039 \leq N \leq 1473$ | 0.020 (N − 1024) + 461.010 |
|  | $1792 \leq N \leq 2016$ | 0.020 (N − 1792) + 489.000 |

Physical Layer

**Table 9.2.1.1.1.6-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 5**

Deleted: 9.2.1.1.1.6

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Access Terminal | Access Network |
| A (4.5 MHz) | Not Valid | 121–125 | 453.000–453.100 | 463.000–463.100 |
| | Cond. Valid | 126–145 | 453.125–453.600 | 463.125–463.600 |
| | Valid | 146–275 | 453.625–456.850 | 463.625–466.850 |
| | Not Valid | 276–300 | 456.875–457.475 | 466.875–467.475 |
| A′ (0.5 MHz) | Not Valid | 101–120 | 452.500–452.975 | 462.500–462.975 |
| B (4.5 MHz) | Not Valid | 81–105 | 452.000–452.600 | 462.000–462.600 |
| | Valid | 106–235 | 452.625–455.850 | 462.625–465.850 |
| | Not Valid | 236–260 | 455.875–456.475 | 465.875–466.475 |
| C (4.8 MHz) | Not Valid | 1–25 | 450.000–450.600 | 460.000–460.600 |
| | Valid | 26–168 | 450.625–454.175 | 460.625–464.175 |
| | Not Valid | 169–193 | 454.200–454.800 | 464.200–464.800 |
| D (4.2 MHz) | Not Valid | 539–563 | 411.675–412.275 | 421.675–422.275 |
| | Valid | 564–681 | 412.300–415.225 | 422.300–425.225 |
| | Not Valid | 682–706 | 415.250–415.850 | 425.250–425.850 |
| E (4.5 MHz) | Not Valid | 692–716 | 415.500–416.100 | 425.500–426.100 |
| | Valid | 717–846 | 416.125–419.350 | 426.125–429.350 |
| | Not Valid | 847–871 | 419.375–419.975 | 429.375–429.975 |
| F (4.5 MHz) | Not Valid | 1792–1822 | 479.000–479.600 | 489.000–489.600 |
| | Valid | 1823–1985 | 479.620–482.860 | 489.620–492.860 |
| | Not Valid | 1986–2016 | 482.880–483.480 | 492.880–493.480 |
| G (4.76 MHz) | Not Valid | 1235–1265 | 455.230–455.830 | 465.230–465.830 |
| | Valid | 1266–1442 | 455.850–459.370 | 465.850–469.370 |
| | Not Valid | 1443–1473 | 459.390–459.990 | 469.390–469.990 |
| H (4.42 MHz) | Not Valid | 1039–1069 | 451.310–451.910 | 461.310–461.910 |
| | Valid | 1070–1229 | 451.930–455.110 | 461.930–465.110 |
| | Not Valid | 1230–1260 | 455.130–455.730 | 465.130–465.730 |

9.2.1.1.1.7 Band Class 6 (2-GHz Band)

The Band Class 6 block designators for the access terminal and access network are not specified, since licensee allocations vary by regulatory body.

Access terminals supporting Band Class 6 shall be capable of transmitting in Band Class 6.

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 6 shall be as specified in Table 9.2.1.1.1.7-1. Access terminals supporting

Deleted: Table 9.2.1.1.1.7-1

1  Band Class 6 shall support transmission on the valid channel numbers shown in Table
2  9.2.1.1.1.7-2.

Deleted: Table 9.2.1.1.1.7-2

3  The nominal access terminal transmit carrier frequency shall be 190.0 MHz lower than the
4  frequency of the access network transmit signal as measured at the access terminal
5  receiver.

Deleted: 9.2.1.1.1.7

6  **Table 9.2.1.1.1.7-1. CDMA Channel Number to CDMA Frequency Assignment**
7  **Correspondence for Band Class 6**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | 0 ≤ N ≤ 1199 | 1920.000 + 0.050 N |
| Access Network | 0 ≤ N ≤ 1199 | 2110.000 + 0.050 N |

8

Deleted: 9.2.1.1.1.7

9  **Table 9.2.1.1.1.7-2. CDMA Channel Numbers and Corresponding Frequencies**
10  **for Band Class 6**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Access Terminal | Access Network |
| Not Valid | 0–24 | 1920.000–1921.200 | 2110.000–2111.200 |
| Valid | 25–1175 | 1921.250–1978.750 | 2111.250–2168.750 |
| Not Valid | 1176–1199 | 1978.800–1979.950 | 2168.800–2169.950 |

Channel numbers less than 1.25 MHz from the licensee's band edge
are not valid.

11

12  9.2.1.1.1.8 Band Class 7 (700-MHz Band)

13  The Band Class 7 block designators for the access terminal and access network shall be as
14  specified in Table 9.2.1.1.1.8-1.

Deleted: Table 9.2.1.1.1.8-1

15  Access terminals supporting Band Class 7 shall be capable of transmitting in Band Class
16  7.

17  The channel spacing, CDMA channel designations, and transmitter center frequencies of
18  Band Class 7 shall be as specified in Table 9.2.1.1.1.8-2. Access terminals supporting
19  Band Class 7 shall support operations on the valid and conditionally valid channel
20  numbers shown in Table 9.2.1.1.1.8-3. Note that certain channel assignments are not valid
21  and others are conditionally valid. Transmission on conditionally valid channels is
22  permissible if the adjacent block is allocated to the same licensee or if other valid
23  authorization has been obtained.

Deleted: Table 9.2.1.1.1.8-2
Deleted: Table 9.2.1.1.1.8-3

24  The nominal access terminal transmit carrier frequency shall be 30.0 MHz higher than the
25  frequency of the access network transmit signal as measured at the access terminal
26  receiver.

Physical Layer

**Table 9.2.1.1.1.8-1. Band Class 7 Block Frequency Correspondence**

Deleted: 9.2.1.1.1.8

| Block Designator | Transmit Frequency Band (MHz) | |
|---|---|---|
| | Access Terminal | Access Network |
| A | 776–777 | 746–747 |
| C | 777–782 | 747–752 |
| D | 782–792 | 752–762 |
| B | 792–794 | 762–764 |

**Table 9.2.1.1.1.8-2. CDMA Channel Number to CDMA Frequency Assignment Correspondence for Band Class 7**

Deleted: 9.2.1.1.1.8

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | 0 ≤ N ≤ 359 | 776.000 + 0.050 N |
| Access Network | 0 ≤ N ≤ 359 | 746.000 + 0.050 N |

**Table 9.2.1.1.1.8-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 7**

Deleted: 9.2.1.1.1.8

| Block Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Access Terminal | Access Network |
| A (1 MHz) | Not Valid | 0–19 | 776.000–776.950 | 746.000–746.950 |
| C (5 MHz) | Not Valid / Valid / Cond. Valid | 20–44 / 45–95 / 96–119 | 777.000–778.200 / 778.250–780.750 / 780.800–781.950 | 747.000–748.200 / 748.250–750.750 / 750.800–751.950 |
| D (10 MHz) | Cond. Valid / Valid / Not Valid | 120–144 / 145–295 / 296–319 | 782.000–783.200 / 783.250–790.750 / 790.800–791.950 | 752.000–753.200 / 753.250–760.750 / 760.800–761.950 |
| B (2 MHz) | Not Valid | 320–359 | 792.000–793.950 | 762.000–763.950 |

9.2.1.1.1.9 Band Class 8 (1800-MHz Band)

The Band Class 8 block designators for the access terminal and the access network are not specified.

1  Access terminals supporting Band Class 8 shall be capable of transmitting in Band Class
2  8.

3  The channel spacing, CDMA channel designations, and transmitter center frequencies of
4  Band Class 8 shall be as specified in Table 9.2.1.1.1.9-1. Access terminals supporting
5  Band Class 8 shall support transmission on the valid channel numbers shown in Table
6  9.2.1.1.1.9-2.

Deleted: Table 9.2.1.1.1.9-1

Deleted: Table 9.2.1.1.1.9-2

7  The nominal access terminal transmit carrier frequency shall be 95.0 MHz lower than the
8  frequency of the access network transmit signal as measured at the access terminal
9  receiver.

Deleted: 9.2.1.1.1.9

10       **Table 9.2.1.1.1.9-1. CDMA Channel Number to CDMA Frequency Assignment**
11                      **Correspondence for Band Class 8**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | 0 ≤ N ≤ 1499 | 1710.000 + 0.050 N |
| Access Network | 0 ≤ N ≤ 1499 | 1805.000 + 0.050 N |

12

Deleted: 9.2.1.1.1.9

13  **Table 9.2.1.1.1.9-2. CDMA Channel Numbers and Corresponding Frequencies for Band**
14                                    **Class 8**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | **Access Terminal** | **Access Network** |
| Not Valid | 0–24 | 1710.000–1711.200 | 1805.000–1806.200 |
| Valid | 25–1475 | 1711.250–1783.750 | 1806.250–1878.750 |
| Not Valid | 1476–1499 | 1783.800-1784.950 | 1878.800-1879.950 |

Channel numbers less than 1.25 MHz from the licensee's band edge
are not valid.

15

16  9.2.1.1.1.10 Band Class 9 (900-MHz Band)

17  The Band Class 9 block designators for the access terminal and the access network are not
18  specified.

19  Access terminals supporting Band Class 9 shall be capable of transmitting in Band Class
20  9.

21  The channel spacing, CDMA channel designations, and transmitter center frequencies of
22  Band Class 9 shall be as specified in Table 9.2.1.1.1.10-1. Access terminals supporting
23  Band Class 9 shall support transmission on the valid channel numbers shown Table
24  9.2.1.1.1.10-2.

Deleted: Table 9.2.1.1.1.10-1

Deleted: Table 9.2.1.1.1.10-2

TIA-856-2                                                          Physical Layer

1   The nominal access terminal transmit carrier frequency shall be 45.0 MHz lower than the
2   frequency of the access network transmit signal as measured at the access terminal
3   receiver.

4   **Table 9.2.1.1.1.10-1. CDMA Channel Number to CDMA Frequency Assignment**

5   **Correspondence for Band Class 9**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access Terminal | 0 ≤ N ≤ 699 | 880.000 + 0.050 N |
| Access Network | 0 ≤ N ≤ 699 | 925.000 + 0.050 N |

Deleted: 9.2.1.1.1.10

6

7   **Table 9.2.1.1.1.10-2. CDMA Channel Numbers and Corresponding Frequencies for**

8   **Band Class 9**

| CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Access Terminal | Access Network |
| Not Valid | 0–24 | 880.000–881.200 | 925.000-926.200 |
| Valid | 25–675 | 881.250-913.750 | 926.250-958.750 |
| Not Valid | 676–699 | 913.800-914.950 | 958.800-959.950 |

Deleted: 9.2.1.1.1.10

Channel numbers less than 1.25 MHz from the licensee's band edge
are not valid.

9

10  9.2.1.1.1.11 Band Class 10 (Secondary 800 MHz Band)

11  The Band Class 10 system designators for the access terminal and access network shall be
12  as specified in Table 9.2.1.1.1.11-1.

Deleted: Table 9.2.1.1.1.11-1

13  There are five band subclasses specified for Band Class 10. Access terminals supporting
14  Band Class 10 shall support at least one band subclass belonging to Band Class 10.

15  Access terminals supporting Band Class 10 shall be capable of transmitting in Band Class
16  10.

17  The channel spacing, CDMA channel designations, and transmitter center frequencies of
18  Band Class 10 shall be as specified in Table 9.2.1.1.1.11-2. Access terminals supporting
19  Band Class 10 shall support transmission on the valid channel numbers shown in Table
20  9.2.1.1.1.11-3.

Deleted: Table 9.2.1.1.1.11-2

Deleted: Table 9.2.1.1.1.11-3

21  The nominal access terminal transmit carrier frequency shall be 45.0 MHz (Band
22  Subclasses 0, 1, 2, and 3) or 39.0 MHz (Band Subclass 4) lower than the frequency of the
23  access network transmit signal as measured at the access terminal receiver.

Physical Layer                                                     TIA-856-2

1        **Table 9.2.1.1.1.11-1. Band Class 10 System Frequency Correspondence**

Deleted: 9.2.1.1.1.11

| System Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Access terminal | Access network |
| A | 0 | 806.000–810.975 | 851.000–855.975 |
| B | 1 | 811.000–815.975 | 856.000–860.975 |
| C | 2 | 816.000–820.975 | 861.000–865.975 |
| D | 3 | 821.000–823.975 | 866.000–868.975 |
| E | 4 | 896.000–900.975 | 935.000–939.975 |

2

3        **Table 9.2.1.1.1.11-2. CDMA Channel Number to CDMA Frequency Assignment**
4                         **Correspondence for Band Class 10**

Deleted: 9.2.1.1.1.11

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access terminal | $0 \leq N \leq 719$ | $0.025\,N + 806.000$ |
| | $720 \leq N \leq 919$ | $0.025\,(N - 720) + 896.000$ |
| Access network | $0 \leq N \leq 719$ | $0.025\,N + 851.000$ |
| | $720 \leq N \leq 919$ | $0.025\,(N - 720) + 935.000$ |

5

**Table 9.2.1.1.1.11-3. CDMA Channel Numbers and Corresponding Frequencies for Band Class 10**

Deleted: 9.2.1.1.1.11

| Band Subclass | System Designator | CDMA Channel Validity | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|---|
| | | | | Access terminal | Access network |
| 0 | A | Not Valid<br>Valid<br>Cond. Valid | 0–49<br>50–150<br>151–199 | 806.000–807.225<br>807.250–809.750<br>809.775–810.975 | 851.000–852.225<br>852.250–854.750<br>854.775–855.975 |
| 1 | B | Cond. Valid<br>Valid<br>Cond. Valid | 200–249<br>250–350<br>351–399 | 811.000–812.225<br>812.250–814.750<br>814.775–815.975 | 856.000–857.225<br>857.250–859.750<br>859.775–860.975 |
| 2 | C | Cond. Valid<br>Valid<br>Cond. Valid | 400–449<br>450–550<br>551–599 | 816.000–817.225<br>817.250–819.750<br>819.775–820.975 | 861.000–862.225<br>862.250–864.750<br>864.775–865.975 |
| 3 | D | Cond. Valid<br>Valid<br>Not Valid | 600–649<br>650–670<br>671–719 | 821.000–822.225<br>822.250–822.750<br>822.775–823.975 | 866.000–867.225<br>867.250–867.750<br>867.775–868.975 |
| 4 | E | Not Valid<br>Valid<br>Not Valid | 720–769<br>770–870<br>871–919 | 896.000–897.225<br>897.250–899.750<br>899.775–900.975 | 935.000–936.225<br>936.250–938.750<br>938.775–939.975 |

9.2.1.1.1.12 Band Class 11 (400 MHz European PAMR Band)

The Band Class 11 block designators for the access terminal and access network shall be as specified in Table 9.2.1.1.1.12-1.

Deleted: Table 9.2.1.1.1.12-1

There are six band subclasses specified for Band Class 11. Each band subclass corresponds to a specific block designator (see Table 9.2.1.1.1.12-1). Each band subclass includes all the channels designated for that block. Access terminals supporting Band Class 11 shall be capable of transmitting in at least one band subclass belonging to Band Class 11. For an access terminal capable of transmitting in more than one band subclass belonging to Band Class 11, one band subclass shall be designated as the Primary Band Subclass, which is the band subclass used by the access terminal's home system.

Deleted: Table 9.2.1.1.1.12-1

The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 11 shall be as specified in Table 9.2.1.1.1.12-2. Access terminals supporting Band Class 11 shall support transmission on the valid channel numbers shown in Table 9.2.1.1.1.12-3, depending on the Band Subclass of access terminal.

Deleted: Table 9.2.1.1.1.12-2

Deleted: Table 9.2.1.1.1.12-3

The nominal access terminal transmit carrier frequency shall be 10.0 MHz lower than the frequency of the access network transmit signal as measured at the access terminal receiver.

Physical Layer                                                             TIA-856-2

1      **Table 9.2.1.1.1.12-1.  Band Class 11 Block Frequency Correspondence**

Deleted: 9.2.1.1.1.12

| Block Designator | Band Subclass | Transmit Frequency Band (MHz) | |
| :---: | :---: | :---: | :---: |
| | | Access terminal | Access network |
| A | 0 | 452.500–457.475 | 462.500–467.475 |
| B | 1 | 410.000–414.975 | 420.000–424.975 |
| C | 2 | 415.000–419.975 | 425.000–429.975 |
| D | 3 | 451.000–455.975 | 461.000–465.975 |
| E | 4 | 415.000-417.975 | 425.000-427.975 |
| F | 5 | 452.500-455.475 | 462.500-465.475 |

2

3      **Table 9.2.1.1.1.12-2.  CDMA Channel Number to CDMA Frequency Assignment**
4                        **Correspondence for Band Class 11**

Deleted: 9.2.1.1.1.12

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
| :---: | :---: | :---: |
| Access terminal | $1 \le N \le 400$ | $0.025 (N - 1) + 450.000$ |
| | $1001 \le N \le 1400$ | $0.025 (N - 1001) + 410.000$ |
| Access network | $1 \le N \le 400$ | $0.025 (N - 1) + 460.000$ |
| | $1001 \le N \le 1400$ | $0.025 (N - 1001) + 420.000$ |

5

**Table 9.2.1.1.1.12-3.  CDMA Channel Numbers and Corresponding Frequencies for Band Class 11**

| Block Designator | Valid CDMA Frequency Assignments | CDMA Channel Number | Transmit Frequency Band (MHz) | |
| --- | --- | --- | --- | --- |
| | | | Access terminal | Access network |
| A (5 MHz) | Not Valid | 101–125 | 452.500–453.100 | 462.500–463.100 |
| | Valid | 126–275 | 453.125–456.850 | 463.125–466.850 |
| | Not Valid | 276–300 | 456.875–457.475 | 466.875–467.475 |
| B (5 MHz) | Not Valid | 1001–1025 | 410.000–410.600 | 420.000–420.600 |
| | Valid | 1026–1175 | 410.625–414.350 | 420.625–424.350 |
| | Not Valid | 1176–1200 | 414.375–414.975 | 424.375–424.975 |
| C (5 MHz) | Not Valid | 1201–1225 | 415.000–415.600 | 425.000–425.600 |
| | Valid | 1226–1375 | 415.625–419.350 | 425.625–429.350 |
| | Not Valid | 1376–1400 | 419.375–419.975 | 429.375–429.975 |
| D (5 MHz) | Not Valid | 41–65 | 451.000–451.600 | 461.000–461.600 |
| | Valid | 66–215 | 451.625–455.350 | 461.625–465.350 |
| | Not Valid | 216–240 | 455.375–455.975 | 465.375–465.975 |
| E (5 MHz) | Not Valid | 1201–1234 | 415.000–415.825 | 425.000–425.825 |
| | Valid | 1235–1285 | 415.850–417.100 | 425.850–427.100 |
| | Not Valid | 1286–1320 | 417.125–417.975 | 427.125–427.975 |
| F (5 MHz) | Not Valid | 101–134 | 452.500–453.325 | 462.500–463.325 |
| | Valid | 135–185 | 453.350–454.600 | 463.350–464.600 |
| | Not Valid | 186–220 | 454.625–455.475 | 464.625–465.475 |

9.2.1.1.1.13 Band Class 12 (800 MHz PAMR Band)

The Band Class 12 block designators for the access terminal and access network shall be as specified in Table 9.2.1.1.1.13-1.

There are two band subclasses specified for Band Class 12. Each band subclass corresponds to a specific block designator (see Table 9.2.1.1.1.13-1). Each band subclass includes all the channels designated for that block. Access terminals supporting Band Class 12 shall be capable of transmitting in at least one band subclass belonging to Band Class 12. For an access terminal capable of transmitting in both band subclasses belonging to Band Class 12, one band subclass shall be designated as the Primary Band Subclass, which is the band subclass used by the access terminal's home system. The channel spacing, CDMA channel designations, and transmitter center frequencies of Band Class 12 shall be as specified in Table 9.2.1.1.1.13-2. Access terminals supporting Band Class 12 shall support transmission on the valid channel numbers shown in Table 9.2.1.1.1.13-3.

1   The nominal access terminal transmit carrier frequency shall be 45.0 MHz lower than the
2   frequency of the access network transmit signal as measured at the access terminal
3   receiver.

4   **Table 9.2.1.1.1.13-1.  Band Class 12 Block Frequency Correspondence**

| Block Designator | Band Subclass | Transmit Frequency Band (MHz) | |
|---|---|---|---|
| | | Mobile Station | Base Station |
| A | 0 | 870.0125-875.9875 | 915.0125-920.9875 |
| B | 1 | 871.5125-874.4875 | 916.5125-919.4875 |

5

6   **Table 9.2.1.1.1.13-2. CDMA Channel Number to CDMA Frequency Assignment**
7   **Correspondence for Band Class 12**

| Transmitter | CDMA Channel Number | Center Frequency for CDMA Channel (MHz) |
|---|---|---|
| Access terminal | 0 ≤ N ≤ 239 | 870.0125 + 0.025 N |
| Access network | 0 ≤ N ≤ 239 | 915.0125 + 0.025 N |

8

9   **Table 9.2.1.1.1.13-3. CDMA Channel Numbers and Corresponding Frequencies for**
10  **Band Class 12**

| Block Designator | Valid CDMA Frequency Assignments | CDMA Channel Number | Transmit Frequency Band (MHz) | |
|---|---|---|---|---|
| | | | Mobile Station | Base Station |
| A (6 MHz) | Not Valid | 0–64 | 870.0125–871.6125 | 915.0125–916.6125 |
| | Valid | 65–214 | 871.6375–875.3625 | 916.6375–920.3625 |
| | Not Valid | 215–239 | 875.3875–875.9875 | 920.3875–920.9875 |
| B (3 MHz) | Not Valid | 60–93 | 871.5125–872.3375 | 916.5125–917.3375 |
| | Valid | 94–144 | 872.3625–873.6125 | 917.3625–918.6125 |
| | Not Valid | 145–179 | 873.6375–874.4875 | 918.6375–919.4875 |

11

12  9.2.1.1.2 Frequency Tolerance

13  The access terminal shall meet the requirements in the current version of [5].

1  9.2.1.2 Power Output Characteristics

2  All power levels are referenced to the access terminal antenna connector unless otherwise
3  specified.

4  9.2.1.2.1 Output Power Requirements of Reverse Channels

5  9.2.1.2.1.1 Access Channel Output Power

6  When transmitting over the Access Channel, the access terminal transmits Access Probes
7  until the access attempt succeeds or ends.

8  9.2.1.2.1.2 Reverse Traffic Channel Output Power

9  When the access terminal is transmitting the Reverse Traffic Channel, the access terminal
10  shall control the mean output power using a combination of closed-loop and open-loop
11  power control (see 9.2.1.2.4 and 9.2.1.4). Throughout 9.2.1.2, the channel formed by
12  multiplexing the RRI Channel onto the Pilot Channel is still referred to as the Pilot
13  Channel.

> Deleted: 9.2.1.2.4
> Deleted: 9.2.1.4
> Deleted: 9.2.1.2

14  When the access terminal is transmitting the Reverse Traffic Channel, the access terminal
15  transmits the Pilot Channel, the DRC Channel, the ACK Channel when acknowledging
16  received physical layer packets, and the Data Channel when transmitting physical layer
17  packets. These channels shall be transmitted at power levels according to open-loop and
18  closed-loop power control. The transmitted power level of the Data Channel shall be
19  adjusted depending on the selected data rate (see 9.2.1.2.4) and reverse link power control.
20  The traffic data shall be transmitted in the form of physical layer packets (duration 26.66...
21  ms), which may occur either contiguously or sporadically. When the data rate is changed,
22  the access terminal output power, relative to the desired value in steady state, shall be
23  within ±0.5 dB or 20% of the change in dB, whichever is greater. The access terminal
24  output power shall settle to within ±0.5 dB of the steady-state value within 200 μs of the
25  physical layer packet boundary.

> Deleted: 9.2.1.2.4

26  9.2.1.2.2 Maximum Output Power

27  The access terminal shall meet the requirements in the current version of [5].

> Deleted:  **Error! Reference source not found.**

28  9.2.1.2.3 Output Power Limits

29  9.2.1.2.3.1 Minimum Controlled Output Power

30  The access terminal shall meet the requirements in the current version of [5]

> Deleted:  **Error! Reference source not found.**

31  9.2.1.2.3.2 Standby Output Power

32  The access terminal shall disable its transmitter except when it is instructed by a MAC
33  protocol to transmit. When the transmitter is disabled, the output noise power spectral
34  density of the access terminal shall be less than −61 dBm/1 MHz for all frequencies within
35  the transmit bands that the access terminal supports.

Physical Layer                                                        TIA-856-2

1   9.2.1.2.4 Controlled Output Power

2   The access terminal shall provide two independent means for output power adjustment: an
3   open-loop estimation performed by the access terminal and a closed-loop correction
4   involving both the access terminal and the access network. Accuracy requirements on the
5   controlled range of mean output power (see 9.2.1.2.5) need not apply for the following three
6   cases:

7   • Mean output power levels exceeding the minimum ERP/EIRP at the maximum
8     output power for the corresponding access terminal class;

9   • Mean output power levels less than the minimum controlled output power (see
10    9.2.1.2.3.1); or

11  • Mean input power levels exceeding –25 dBm within the 1.23-MHz bandwidth.

12  9.2.1.2.4.1 Estimated Open-Loop Output Power

13  Open-loop operation shall be based on the power of the received Forward Pilot Channel (see
14  9.3.1.3.2.1).

15  The nominal access probe structure and its transmit power requirements are defined as
16  part of the Access Channel MAC Protocol. The power of the Access Data Channel relative to
17  that of the Pilot Channel shall be as specified in Table 9.2.1.2.4.1-1, in which
18  DataOffsetNom and DataOffset9k6 are public data of the Access Channel MAC Protocol.
19  The output power of the Pilot Channel during the preamble portion of an access probe shall
20  be increased relative to the nominal Pilot Channel power during the data portion of the
21  probe by an amount such that the total output power of the preamble and data portions of
22  the access probe are the same.

23  Once instructed by the Reverse Traffic Channel MAC Protocol, the access terminal initiates
24  Reverse Traffic Channel transmission. The initial mean output power of the Pilot Channel
25  of the Reverse Traffic Channel shall be equal to the mean output power of the Pilot Channel
26  at the end of the last Access Channel probe minus the difference in the forward link mean
27  received signal power from the end of the last Access Channel probe to the start of the
28  Reverse Traffic Channel transmission.

29  The subsequent mean output power of the Pilot Channel of the total reverse link
30  transmission shall be as specified in 9.2.1.2.4.2.

31  The accuracy of the incremental adjustment to the mean output power, as dictated by the
32  Access Channel MAC Protocol and the Reverse Traffic Channel MAC Protocol, shall be
33  ±0.5 dB or 20% of the change (in dB), whichever is greater.

34  The access terminal shall support a total combined range of initial offset parameters,
35  access probe corrections, and closed-loop power control corrections, of at least ±32 dB for
36  access terminals operating in Band Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12 and ±40 dB for
37  access terminals operating in Band Classes 1, 4, 6, and 8.

38  Prior to the application of access probe corrections and closed-loop power control
39  corrections, the access terminal's open-loop mean output power of the Pilot Channel, $X_0$,
40  should be within ±6 dB and shall be within ±9 dB of the value given by

9-29

**Deleted:** 9.2.1.2.5

**Deleted:** 9.2.1.2.3.1

**Deleted:** 9.3.1.3.2.1

**Deleted:** Table 9.2.1.2.4.1-1

**Deleted:** 9.2.1.2.4.2

1    $X_0$ = –Mean Received Power (dBm) + OpenLoopAdjust + ProbeInitialAdjust

2    where OpenLoopAdjust and ProbeInitialAdjust are public data from the Access Channel
3    MAC Protocol and OpenLoopAdjust + ProbeInitialAdjust is from –81 to –66 dB for Band
4    Classes 0, 2, 3, 5, 7, 9, 10, 11, and 12 and from –100 to –69 dB for Band Classes 1, 4, 6,
5    and 8.

6    During the transmission of the Reverse Traffic Channel, the determination of the output
7    power needed to support the Data Channel, the DRC Channel, and the ACK Channel is an
8    additional open-loop process performed by the access terminal.

9    The power of the Data Channel relative to that of the Pilot Channel shall be as specified in
10   Table 9.2.1.2.4.1-1, in which DataOffsetNom, DataOffset9k6, DataOffset19k2,
11   DataOffset38k4, DataOffset76k8, and DataOffset153k6 are public data of the Reverse
12   Traffic Channel MAC Protocol.

> **Deleted:** Table 9.2.1.2.4.1-1

> **Deleted: 9.2.1.2.4.1**

13   **Table 9.2.1.2.4.1-1. Relative Power Levels vs. Data Rate**

| Data Rate (kbps) | Data Channel Gain Relative to Pilot (dB) |
|---|---|
| 0 | –∞ (Data Channel Is Not Transmitted) |
| 9.6 | DataOffsetNom + DataOffset9k6 + 3.75 |
| 19.2 | DataOffsetNom + DataOffset19k2 + 6.75 |
| 38.4 | DataOffsetNom + DataOffset38k4 + 9.75 |
| 76.8 | DataOffsetNom + DataOffset76k8 + 13.25 |
| 153.6 | DataOffsetNom + DataOffset153k6 + 18.5 |

15   During the transmission of the DRC Channel, the power of the DRC Channel relative to
16   that of the Pilot Channel shall be as specified by DRCChannelGain, where
17   DRCChannelGain is public data of the Forward Traffic Channel MAC Protocol.

18   During the transmission of the ACK Channel, the power of the ACK Channel relative to that
19   of the Pilot Channel shall be as specified by ACKChannelGain, where ACKChannelGain is
20   public data of the Forward Traffic Channel MAC Protocol.

21   The access terminal shall maintain the power of the Data Channel, DRC Channel and ACK
22   Channel, relative to that of the Pilot Channel, to within ±0.25 dB of the specified values.

23   If the access terminal is unable to transmit at the requested output power level when the
24   maximum Reverse Traffic Channel data rate is 9600 bps, the access terminal shall reduce
25   the power of the DRC Channel and the ACK Channel accordingly. The maximum power
26   reduction for the DRC Channel corresponds to gating off the DRC Channel. The maximum
27   power reduction for the ACK Channel corresponds to gating off the ACK Channel. If the
28   ACK Channel is active, the ACK Channel power reduction shall occur only after the DRC
29   Channel has been gated off. The access terminal shall perform the power reduction within
30   one slot of determining that the access terminal is unable to transmit at the requested
31   output power level.

Physical Layer                                                      TIA-856-2

1    9.2.1.2.4.2 Closed-Loop Output Power

2    For closed-loop correction (with respect to the open-loop estimate), the access terminal
3    shall adjust the mean output power level of the Pilot Channel in response to each power-
4    control bit received on the Reverse Power Control (RPC) Channel. The nominal change in
5    mean output power level of the Pilot Channel per single power-control bit shall be set
6    according to the RPCStep public data of the Reverse Traffic Channel MAC Protocol.

7    For the 1.0 dB step size, the change in mean output power level per power-control bit shall
8    be within ±0.5 dB of the nominal value (1 dB), and the change in mean output power level
9    per 10 power-control bits of the same sign shall be within ±2.0 dB of 10 times the nominal
10   change (10 dB). For the 0.5 dB step size, the change in mean output power level per power-
11   control bit shall be within ±0.3 dB of the nominal value (0.5 dB), and the change in mean
12   output power level per 20 power-control bits of the same sign shall be within ±2.5 dB of 20
13   times the nominal change (10 dB). A '0' power-control bit requires the access terminal to
14   increase transmit power, and a '1' power-control bit requires the access terminal to
15   decrease transmit power. The access terminal shall provide a closed-loop adjustment range
16   greater than ±24 dB around its open-loop estimate.

17   See 9.2.1.4 for combining power-control bits received from different multipath components         | Deleted: 9.2.1.4 |
18   or from different sectors during handoff.

19   9.2.1.2.5 Power Transition Characteristics

20   9.2.1.2.5.1 Open-Loop Estimation

21   Following a step change in mean input power, $\Delta P_{in}$, the mean output power of the access
22   terminal shall transition to its final value in a direction opposite in sign to $\Delta P_{in}$, with
23   magnitude contained between the mask limits defined by[47]:

24      • Upper Limit:

25          For 0 < t < 24 ms: max [1.2 × |$\Delta P_{in}$| × (t/24), |$\Delta P_{in}$| × (t/24) + 2.0 dB] + 1.5 dB
26          For t ≥ 24 ms: max [1.2 × |$\Delta P_{in}$|, |$\Delta P_{in}$| + 0.5 dB] + 1.5 dB

27      • Lower Limit:

28          For t > 0: max [0.8 × |$\Delta P_{in}$| × [1 − e$^{(1.66...-t)/36}$] − 2.0 dB, 0] − 1 dB

29   where "t" is expressed in units of milliseconds and $\Delta P_{in}$ is expressed in units of dB.

30   These limits shall apply to a step change $\Delta P_{in}$ of ±20 dB or less. The absolute value of the
31   change in mean output power due to open-loop power control shall be a monotonically
32   increasing function of time. If the change in mean output power consists of discrete
33   increments, no single increment shall exceed 1.2 dB.

---

[47] The mask limits allow for the effect of alternating closed-loop power-control bits.

TIA-856-2                                                      Physical Layer

1    9.2.1.2.5.2 Closed-Loop Correction

2    Following the reception of a closed-loop power-control bit, the mean output power of the
3    access terminal shall be within 0.3 dB and 0.15 dB of the final value in less than 500 μs for
4    step sizes of 1.0 dB and 0.5 dB, respectively.

5    9.2.1.3 Modulation Characteristics

6    9.2.1.3.1 Reverse Channel Structure

7    The Reverse Channel consists of the Access Channel and the Reverse Traffic Channel. The
8    Access Channel shall consist of a Pilot Channel and a Data Channel. The Reverse Traffic
9    Channel shall consist of a Pilot Channel, a Reverse Rate Indicator (RRI) Channel, a Data
10   Rate Control (DRC) Channel, an Acknowledgement (ACK) Channel, and a Data Channel.
11   The RRI Channel is used to indicate the data rate of the Data Channel being transmitted
12   on the Reverse Traffic Channel. The DRC Channel is used by the access terminal to
13   indicate to the access network the requested Forward Traffic Channel data rate and the
14   selected serving sector on the Forward Channel. The ACK Channel is used by the access
15   terminal to inform the access network whether or not the physical layer packet transmitted
16   on the Forward Traffic Channel has been received successfully.

17   The structure of the reverse link channels for the Access Channel shall be as shown in
18   Figure 9.2.1.3.1-1, and the structure of the reverse link channels for the Reverse Traffic
19   Channel shall be as shown in Figure 9.2.1.3.1-2 and Figure 9.2.1.3.1-3. For the Reverse
20   Traffic Channel, the encoded RRI Channel symbols shall be time-division multiplexed with
21   the Pilot Channel. This time-division-multiplexed channel is still referred to as the Pilot
22   Channel. For the Access Channel, the RRI symbols shall not be transmitted and the Pilot
23   Channel shall not be time-division multiplexed. The Pilot Channel, the DRC Channel, the
24   ACK Channel, and the Data Channel shall be orthogonally spread by Walsh functions of
25   length 4, 8, or 16 (see 9.2.1.3.7). Each Reverse Traffic Channel shall be identified by a
26   distinct user long code. The Access Channel for each sector shall be identified by a distinct
27   Access Channel long code.

28   The Access Channel frame and Reverse Traffic Channel frame shall be 26.66... ms in
29   duration and the frame boundary shall be aligned to the rollover of the short PN codes (see
30   9.2.1.3.8.1). Each frame shall consist of 16 slots, with each slot 1.66... ms in duration.
31   Each slot contains 2048 PN chips.

32   When the access terminal is transmitting a Reverse Traffic Channel, it shall continuously
33   transmit the Pilot Channel and the RRI Channel. These channels shall be time-division
34   multiplexed, and shall be transmitted on Walsh channel $W_0^{16}$. When the DRC Channel is
35   active (see 9.2.1.3.3.3), it shall be transmitted for full slot durations on Walsh channel
36   $W_8^{16}$. The access terminal shall transmit an ACK Channel bit in response to every Forward
37   Traffic Channel slot that is associated with a detected preamble directed to the access
38   terminal. Otherwise, the ACK Channel shall be gated off. When the ACK Channel bit is
39   transmitted, it shall be transmitted on the first half slot on Walsh channel $W_4^8$.

Deleted: Figure 9.2.1.3.1-1
Deleted: Figure 9.2.1.3.1-2
Deleted: Figure 9.2.1.3.1-3
Deleted: 9.2.1.3.7
Deleted: 9.2.1.3.8.1
Deleted: 9.2.1.3.3.3

1   For the Reverse Traffic Channel, the encoded RRI symbols shall be time-division
2   multiplexed with the Pilot Channel, and the encoded RRI symbols shall be allocated the
3   first 256 chips of every slot as shown in Figure 9.2.1.3.1-4.

4   Figure 9.2.1.3.1-5 and Figure 9.2.1.3.1-6 give examples of the ACK Channel operation for a
5   153.6-kbps Forward Traffic Channel. The 153.6-kbps Forward Traffic Channel physical
6   layer packets use four slots, and these slots are transmitted with a three-slot interval
7   between them, as shown in the figures. The slots from other physical layer packets are
8   interlaced in the three intervening slots.

9   Figure 9.2.1.3.1-5 shows the case of a normal physical layer packet termination. In this
10  case, the access terminal transmits NAK responses on the ACK Channel after the first three
11  slots of the physical layer packet are received indicating that it was unable to correctly
12  receive the Forward Traffic Channel physical layer packet after only one, two, or three of
13  the nominal four slots. An ACK or NAK is also transmitted after the last slot is received, as
14  shown.

15  Figure 9.2.1.3.1-6 shows the case where the Forward Traffic Channel physical layer packet
16  transmission is terminated early. In this example, the access terminal transmits an ACK
17  response on the ACK Channel after the third slot is received indicating that it has correctly
18  received the physical layer packet. When the access network receives such an ACK
19  response, it does not transmit the remaining slots of the physical layer packet. Instead, it
20  may begin transmission of any subsequent physical layer packets.

21  When the access terminal has received all slots of a physical layer packet or has
22  transmitted a positive ACK response, the physical layer shall return a
23  *ForwardTrafficCompleted* indication.

24

**Deleted:** Figure 9.2.1.3.1-4
**Deleted:** Figure 9.2.1.3.1-5
**Deleted:** Figure 9.2.1.3.1-6
**Deleted:** Figure 9.2.1.3.1-5
**Deleted:** Figure 9.2.1.3.1-6



Deleted: 9.2.1.3.1

1
2       **Figure 9.2.1.3.1-1. Reverse Channel Structure for the Access Channel**

Physical Layer                                                    TIA-856-2



1

2   **Figure 9.2.1.3.1-2. Reverse Channel Structure for the Reverse Traffic Channel**

3                           **(Part 1 of 2)**

Deleted: 9.2.1.3.1

TIA-856-2                                                      Physical Layer



Deleted: 9.2.1.3.1

**Figure 9.2.1.3.1-3. Reverse Channel Structure for the Reverse Traffic Channel (Part 2 of 2)**

Deleted: 9.2.1.3.1

**Figure 9.2.1.3.1-4. Pilot Channel and RRI Channel TDM Allocations for the Reverse Traffic Channel**

Physical Layer                                                            TIA-856-2



1

2          **Figure 9.2.1.3.1-5. Multislot Physical Layer Packet with Normal Termination**

Deleted: 9.2.1.3.1



3

4          **Figure 9.2.1.3.1-6. Multislot Physical Layer Packet with Early Termination**

Deleted: 9.2.1.3.1

5          9.2.1.3.1.1 Modulation Parameters

6          The modulation parameters for the Access Channel and the Reverse Traffic Channel shall

7          be as specified in Table 9.2.1.3.1.1-1.

Deleted: Table 9.2.1.3.1.1-1

9-37

**Table 9.2.1.3.1.1-1. Modulation Parameters for the Access Channel and the Reverse Traffic Channel**

Deleted: 9.2.1.3.1.1

| Parameter | Data Rate (kbps) | | | | |
|---|---|---|---|---|---|
| | 9.6 | 19.2 | 38.4 | 76.8 | 153.6 |
| Reverse Rate Index | 1 | 2 | 3 | 4 | 5 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 | 2,048 | 4,096 |
| Physical Layer Packet Duration (ms) | 26.66... | 26.66... | 26.66... | 26.66... | 26.66... |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | 1/2 |
| Code Symbols per Physical Layer Packet | 1,024 | 2,048 | 4,096 | 8,192 | 8,192 |
| Code Symbol Rate (ksps) | 38.4 | 76.8 | 153.6 | 307.2 | 307.2 |
| Interleaved Packet Repeats | 8 | 4 | 2 | 1 | 1 |
| Modulation Symbol Rate (ksps) | 307.2 | 307.2 | 307.2 | 307.2 | 307.2 |
| Modulation Type | BPSK | BPSK | BPSK | BPSK | BPSK |
| PN Chips per Physical Layer Packet Bit | 128 | 64 | 32 | 16 | 8 |

9.2.1.3.1.2 Data Rates

The access terminal shall transmit information on the Access Channel at a fixed data rate of 9.6 kbps.

The access terminal shall transmit information on the Reverse Traffic Channel at a variable data rate of 9.6, 19.2, 38.4, 76.8, or 153.6 kbps, according to the Reverse Traffic Channel MAC Protocol.

9.2.1.3.2 Access Channel

The Access Channel is used by the access terminal to initiate communication with the access network or to respond to an access terminal directed message. The Access Channel consists of a Pilot Channel and a Data Channel as shown in Figure 9.2.1.3.1-1.

Deleted: Figure 9.2.1.3.1-1

An access probe shall consist of a preamble followed by one or more Access Channel physical layer packets. During the preamble transmission, only the Pilot Channel is transmitted. During the Access Channel physical layer packet transmission, both the Pilot

1  Channel and the Data Channel are transmitted. The output power of the Pilot Channel
2  during the preamble portion of an access probe is higher than it is during the data portion
3  of the probe by an amount such that the total output power of the preamble and data
4  portions of the access probe are the same as shown in Figure 9.2.1.3.2-1.

> **Deleted:** Figure 9.2.1.3.2-1

5  The preamble length is specified by the parameter PreambleLength which is public data
6  from the Access Channel MAC Protocol. The Access Channel physical layer packets are
7  transmitted at a fixed data rate of 9.6 kbps.



8
9  **Figure 9.2.1.3.2-1. Example of an Access Probe**

> **Deleted:** 9.2.1.3.2

10  9.2.1.3.2.1 Pilot Channel

11  The access terminal shall transmit unmodulated symbols with a binary value of '0' on the
12  Pilot Channel. The Pilot Channel shall be transmitted continuously during Access Channel
13  transmission. It shall be transmitted on the I channel using the 16-chip Walsh function
14  number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

15  9.2.1.3.2.2 Data Channel

16  One or more Access Channel physical layer packets shall be transmitted on the Data
17  Channel during every access probe. The Access Channel physical layer packets shall be
18  transmitted at a fixed data rate of 9.6 kbps on the Q channel using the 4-chip Walsh
19  function number 2 ($W_2^4$ = + + − −). The Access Channel physical layer packets shall be
20  preceded by a preamble of PreambleLength frames where only the Pilot Channel is
21  transmitted. The PreambleLength parameter is public data from the Access Channel MAC
22  Protocol.

23  9.2.1.3.3 Reverse Traffic Channel

24  The Reverse Traffic Channel is used by the access terminal to transmit user-specific traffic
25  or signaling information to the access network. The Reverse Traffic Channel consists of a
26  Pilot Channel, an RRI Channel, a DRC Channel, an ACK Channel, and a Data Channel.

27  The access terminal shall support transmission of information on the Data Channel of the
28  Reverse Traffic Channel at data rates of 9.6, 19.2, 38.4, 76.8, and 153.6 kbps. The data
29  rate used on the Data Channel is specified by the Reverse Traffic Channel MAC Protocol.

1   The gain of the Data Channel relative to that of the Pilot Channel for the Reverse Traffic
2   Channel depends on the data rate as shown in Table 9.2.1.2.4.1-1.

**Deleted:** Table 9.2.1.2.4.1-1

3   9.2.1.3.3.1 Pilot Channel

4   The access terminal shall transmit unmodulated symbols with a binary value of '0' on the
5   Pilot Channel. The transmission of the Pilot Channel and the RRI Channel shall be time
6   multiplexed on the same Walsh channel as shown in Figure 9.2.1.3.1-2. The Pilot Channel
7   and the RRI Channel shall be transmitted at the same power.

**Deleted:** Figure 9.2.1.3.1-2

8   9.2.1.3.3.2 Reverse Rate Indicator Channel

9    The RRI Channel is used by the access terminal to indicate the data rate at which the Data
10   Channel is transmitted. The data rate is represented by a three-bit RRI symbol at the rate
11   of one 3-bit symbol per 16-slot physical layer packet. Each RRI symbol shall be encoded
12   into a 7-bit codeword by a simplex encoder as specified in Table 9.2.1.3.3.2-1. Then, each
13   codeword shall be repeated 37 times and the last 3 symbols shall be disregarded (i.e.,
14   punctured), as shown in Figure 9.2.1.3.1-2. The resulting 256 binary symbols per physical
15   layer packet shall be time-division multiplexed with the Pilot Channel symbols and span
16   the same time interval as the corresponding physical layer packet. The time-division-
17   multiplexed Pilot and RRI Channel sequence shall be spread with the 16-chip Walsh
18   function $W_0^{16}$ producing 256 RRI chips per slot. The RRI chips shall be time-division
19   multiplexed into the first 256 chips of every slot as shown in Figure 9.2.1.3.1-4. When no
20   physical layer packet is transmitted on the Reverse Traffic Channel, the access terminal
21   shall transmit the zero data rate RRI codeword on the RRI Channel, as specified in Table
22   9.2.1.3.3.2-1. The Pilot Channel and the RRI Channel shall be transmitted on the I
23   channel.

**Deleted:** Table 9.2.1.3.3.2-1

**Deleted:** Figure 9.2.1.3.1-2

**Deleted:** Figure 9.2.1.3.1-4

**Deleted:** Table 9.2.1.3.3.2-1

**Deleted:** 9.2.1.3.3.2

24          **Table 9.2.1.3.3.2-1. RRI Symbol and Simplex Encoder Assignments**

| Data Rate (kbps) | RRI Symbol | RRI Codeword |
|---|---|---|
| 0 | 000 | 0000000 |
| 9.6 | 001 | 1010101 |
| 19.2 | 010 | 0110011 |
| 38.4 | 011 | 1100110 |
| 76.8 | 100 | 0001111 |
| 153.6 | 101 | 1011010 |
| Reserved | 110 | 0111100 |
| Reserved | 111 | 1101001 |

25

26   9.2.1.3.3.3 Data Rate Control Channel

27   The DRC Channel is used by the access terminal to indicate to the access network the
28   selected serving sector and the requested data rate on the Forward Traffic Channel. The

Physical Layer                                                                    TIA-856-2

1   requested Forward Traffic Channel data rate is mapped into a four-bit DRC value as
2   specified by the Forward Traffic Channel MAC Protocol. An 8-ary Walsh function
3   corresponding to the selected serving sector is used to spread the DRC Channel
4   transmission. The cover mapping is defined by the public data DRCCover from the Forward
5   Traffic Channel MAC Protocol.

6   The DRC values shall be transmitted at a data rate of 600/DRCLength DRC values per
7   second, where DRCLength is public data from the Forward Traffic Channel MAC Protocol.
8   When DRCLength is greater than one, the DRC value and DRCCover inputs in Figure
9   9.2.1.3.1-2 are repeated for DRCLength consecutive slots as specified in the Forward
10  Traffic Channel MAC Protocol.

> **Deleted:** Figure 9.2.1.3.1-2

11  The DRC values shall be block encoded to yield 8-bit bi-orthogonal codewords, as specified
12  in Table 9.2.1.3.3.3-1. Each DRC codeword shall be transmitted twice per slot. Each bit of
13  a repeated codeword shall be spread by an 8-ary Walsh function $W_i^8$ as defined in Table
14  9.2.1.3.3.3-2, where i equals DRCCover. Each Walsh chip of the 8-ary Walsh function shall
15  be further spread by the Walsh function $W_8^{16}$. Each DRC value shall be transmitted over
16  DRCLength slots when the DRC Channel is continuously transmitted.

> **Deleted:** Table 9.2.1.3.3.3-1

> **Deleted:** Table 9.2.1.3.3.3-2

17  The access terminal may support gated DRC transmissions. For an access terminal that
18  supports gated DRC transmissions, it shall gate its DRC transmissions if DRCGating
19  equals 1, where DRCGating is public data from the Forward Traffic Channel MAC Protocol.
20  When the DRC transmissions are gated, each DRC symbol shall be transmitted over only
21  one of every DRCLength slots as specified in the Forward Traffic Channel MAC Protocol.
22  Slots where the DRC Channel is not gated off are called active slots.

23  The DRC Channel shall be transmitted on the Q Channel as shown in Figure 9.2.1.3.1-3.

> **Deleted:** Figure 9.2.1.3.1-3

24  The timing of the Forward Traffic Channel transmission corresponding to a DRC symbol
25  shall be as specified by the Forward Traffic Channel MAC Protocol. The transmission of
26  DRC symbols shall start at the mid-slot point. The timing for the Default Forward Traffic
27  Channel MAC Protocol is shown in Figure 9.2.1.3.3.3-1 and Figure 9.2.1.3.3.3-2.

> **Deleted:** Figure 9.2.1.3.3.3-1

> **Deleted:** Figure 9.2.1.3.3.3-2

TIA-856-2                                                              Physical Layer

**Table 9.2.1.3.3.3-1. DRC Bi-Orthogonal Encoding**

Deleted: 9.2.1.3.3.3

| DRC Value | Codeword |
|-----------|----------|
| 0x0 | 00000000 |
| 0x1 | 11111111 |
| 0x2 | 01010101 |
| 0x3 | 10101010 |
| 0x4 | 00110011 |
| 0x5 | 11001100 |
| 0x6 | 01100110 |
| 0x7 | 10011001 |
| 0x8 | 00001111 |
| 0x9 | 11110000 |
| 0xA | 01011010 |
| 0xB | 10100101 |
| 0xC | 00111100 |
| 0xD | 11000011 |
| 0xE | 01101001 |
| 0xF | 10010110 |

**Table 9.2.1.3.3.3-2. 8-ary Walsh Functions**

Deleted: 9.2.1.3.3.3

| | |
|---|---|
| $W_0^8$ | 0000 0000 |
| $W_1^8$ | 0101 0101 |
| $W_2^8$ | 0011 0011 |
| $W_3^8$ | 0110 0110 |
| $W_4^8$ | 0000 1111 |
| $W_5^8$ | 0101 1010 |
| $W_6^8$ | 0011 1100 |
| $W_7^8$ | 0110 1001 |

Physical Layer                                                      TIA-856-2



a) DRCLength = 1

b) DRCLength = 2

c) DRCLength = 4

d) DRCLength = 8

1

2          **Figure 9.2.1.3.3.3-1. DRC Timing for Nongated Transmission**

Deleted: 9.2.1.3.3.3



1

2        **Figure 9.2.1.3.3.3-2. DRC Timing for Gated Transmission**

<em>Deleted: 9.2.1.3.3.3</em>

3    9.2.1.3.3.4 ACK Channel

4    The ACK Channel is used by the access terminal to inform the access network whether a
5    physical layer packet transmitted on the Forward Traffic Channel has been received
6    successfully or not. The access terminal shall transmit an ACK Channel bit in response to
7    every Forward Traffic Channel slot that is associated with a detected preamble directed to
8    the access terminal. The access terminal shall transmit at most one redundant positive
9    ACK in response to a Forward Traffic Channel slot that is detected as a continuation of the
10   physical layer packet that has been successfully received. Otherwise, the ACK Channel
11   shall be gated off.

12   The ACK Channel shall be BPSK modulated. A '0' bit (ACK) shall be transmitted on the ACK
13   Channel if a Forward Traffic Channel physical layer packet has been successfully received;
14   otherwise, a '1' bit (NAK) shall be transmitted. A Forward Traffic Channel physical layer
15   packet is considered successfully received if the FCS checks. For a Forward Traffic Channel
16   physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK
17   Channel bit shall be transmitted in slot n + 3 on the Reverse Channel (see Figure 9.2.1.3.1-
18   5 and Figure 9.2.1.3.1-6). The ACK Channel transmission shall be transmitted in the first
19   half of the slot and shall last for 1024 PN chips as shown in Figure 9.2.1.3.1-5 and Figure
20   9.2.1.3.1-6. The ACK Channel shall use the Walsh channel identified by the Walsh function
21   $W_4^8$ and shall be transmitted on the I channel.

*Deleted: Figure 9.2.1.3.1-5*
*Deleted: Figure 9.2.1.3.1-6*
*Deleted: Figure 9.2.1.3.1-5*
*Deleted: Figure 9.2.1.3.1-6*

22   9.2.1.3.3.5 Data Channel

23   The Data Channel shall be transmitted at the data rates given in Table 9.2.1.3.1.1-1. Data
24   transmissions shall only begin at slot FrameOffset within a frame. The FrameOffset

*Deleted: Table 9.2.1.3.1.1-1*

1 parameter is public data of the Reverse Traffic Channel MAC Protocol. All data transmitted
2 on the Reverse Traffic Channel shall be encoded, block interleaved, sequence repeated, and
3 orthogonally spread by Walsh function $W_2^4$.

4 **9.2.1.3.4 Encoding**

5 **9.2.1.3.4.1 Reverse Link Encoder Structure and Parameters**

6 The Reverse Traffic Channel and Access Channel physical layer packets shall be encoded
7 with code rates of 1/2 or 1/4, depending on the data rate. First, the encoder shall discard
8 the six bits of the TAIL field in the physical layer packet inputs (i.e., it shall discard the last
9 six bits in the input physical layer packets). Then, it shall encode the remaining bits with a
10 turbo encoder, as specified in 9.2.1.3.4.2. The turbo encoder will add an internally
11 generated tail.

12 The encoder parameters shall be as specified in Table 9.2.1.3.4.1-1.

13                  **Table 9.2.1.3.4.1-1. Parameters for the Reverse Link Encoder**

| Data Rate (kbps) | 9.6 | 19.2 | 38.4 | 76.8 | 153.6 |
|---|---|---|---|---|---|
| Reverse Rate Index | 1 | 2 | 3 | 4 | 5 |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | 1/2 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 | 2,048 | 4,096 |
| Number of Turbo Encoder Input Symbols | 250 | 506 | 1,018 | 2,042 | 4,090 |
| Turbo Encoder Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | 1/2 |
| Encoder Output Block Length (Code Symbols) | 1,024 | 2,048 | 4,096 | 8,192 | 8,192 |

14

15 **9.2.1.3.4.2 Turbo Encoding**

16 The turbo encoder encodes the input data and adds an output tail sequence. If the total
17 number of input bits is $N_{turbo}$, the turbo encoder generates $N_{turbo}/R$ encoded data output
18 symbols followed by $6/R$ tail output symbols, where R is the code rate of 1/2 or 1/4. The
19 turbo encoder employs two systematic, recursive, convolutional encoders connected in
20 parallel, with an interleaver, the turbo interleaver, preceding the second recursive
21 convolutional encoder.

Deleted: 9.2.1.3.4.2

Deleted: Table 9.2.1.3.4.1-1

Deleted: **9.2.1.3.4.1**

Physical Layer

1   The two recursive convolutional codes are called the constituent codes of the turbo code.
2   The outputs of the constituent encoders are punctured and repeated to achieve the ($N_{turbo}$
3   + 6)/R output symbols.

4   9.2.1.3.4.2.1 Turbo Encoders

5   A common constituent code shall be used for the turbo codes of rate 1/2 and 1/4. The
6   transfer function for the constituent code shall be

7
$$G(D) = \begin{bmatrix} 1 & \dfrac{n_0(D)}{d(D)} & \dfrac{n_1(D)}{d(D)} \end{bmatrix}$$

8   where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

9    The turbo encoder shall generate an output symbol sequence that is identical to the one
10   generated by the encoder shown in Figure 9.2.1.3.4.2.2-1. Initially, the states of the
11   constituent encoder registers in this figure are set to zero. Then, the constituent encoders
12   are clocked with the switches in the positions noted.

13   The encoded data output symbols are generated by clocking the constituent encoders
14   $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified
15   in Table 9.2.1.3.4.2.2-1. Within a puncturing pattern, a '0' means that the symbol shall be
16   deleted and a '1' means that a symbol shall be passed. The constituent encoder outputs for
17   each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output
18   first. Symbol repetition is not used in generating the encoded data output symbols.

19   9.2.1.3.4.2.2 Turbo Code Termination

20   The turbo encoder shall generate 6/R tail output symbols following the encoded data
21   output symbols. This tail output symbol sequence shall be identical to the one generated
22   by the encoder shown in Figure 9.2.1.3.4.2.2-1. The tail output symbols are generated after
23   the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up
24   position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1
25   three times with its switch in the down position while Constituent Encoder 2 is not clocked
26   and puncturing and repeating the resulting constituent encoder output symbols. The last
27   3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with
28   its switch in the down position while Constituent Encoder 1 is not clocked and puncturing
29   and repeating the resulting constituent encoder output symbols. The constituent encoder
30   outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X
31   output first.

32   The constituent encoder output symbol puncturing and symbol repetition shall be as
33   specified in Table 9.2.1.3.4.2.2-2. Within a puncturing pattern, a '0' means that the symbol
34   shall be deleted and a '1' means that a symbol shall be passed. For rate-1/2 turbo codes,
35   the tail output symbols for each of the first three tail bit periods shall be $XY_0$, and the tail
36   output symbols for each of the last three tail bit periods shall be $X'Y'_0$. For rate-1/4 turbo
37   codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0Y_1$,
38   and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0Y'_1$.

Physical Layer

TIA-856-2



Deleted: 9.2.1.3.4.2.2

1
2          **Figure 9.2.1.3.4.2.2-1. Turbo Encoder**

TIA-856-2                                                    Physical Layer

**Table 9.2.1.3.4.2.2-1. Puncturing Patterns for the Data Bit Periods**

Deleted: 9.2.1.3.4.2.2

| Output | Code Rate | |
|---|---|---|
| | **1/2** | **1/4** |
| X | 11 | 11 |
| $Y_0$ | 10 | 11 |
| $Y_1$ | 00 | 10 |
| X' | 00 | 00 |
| $Y'_0$ | 01 | 01 |
| $Y'_1$ | 00 | 11 |

Note: For each rate, the puncturing table shall be read first from
top to bottom and then from left to right.

**Table 9.2.1.3.4.2.2-2. Puncturing Patterns for the Tail Bit Periods**

Deleted: 9.2.1.3.4.2.2

| Output | Code Rate | |
|---|---|---|
| | **1/2** | **1/4** |
| X | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 |
| X' | 000 111 | 000 111 |
| $Y'_0$ | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 111 |

Note: For rate-1/2 turbo codes, the puncturing table shall be
read first from top to bottom and then from left to right. For rate-
1/4 turbo codes, the puncturing table shall be read first from top
to bottom repeating X and X', and then from left to right.

9.2.1.3.4.2.3 Turbo Interleavers

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo
encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire
sequence of turbo interleaver input bits are written sequentially into an array at a sequence
of addresses, and then the entire sequence is read out from a sequence of addresses that
are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 9.2.1.3.4.2.3-1 and described below.[48]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 9.2.1.3.4.2.3-1 gives this parameter for the different physical layer packet sizes.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 9.2.1.3.4.2.3-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 9.2.1.3.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure**

---

[48] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is $x(i + 1) = (x(i) + c) \bmod 2^n$, where $x(0) = c$ and c is a row-specific value from a table lookup.

TIA-856-2                                                     Physical Layer

**Table 9.2.1.3.4.2.3-1. Turbo Interleaver Parameter**

Deleted: 9.2.1.3.4.2.3

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|---|---|---|
| 256 | 250 | 3 |
| 512 | 506 | 4 |
| 1,024 | 1,018 | 5 |
| 2,048 | 2,042 | 6 |
| 4,096 | 4,090 | 7 |

1

**Table 9.2.1.3.4.2.3-2. Turbo Interleaver Lookup Table Definition**

Deleted: 9.2.1.3.4.2.3

| Table Index | n = 3 Entries | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries |
|---|---|---|---|---|---|
| 0 | 1 | 5 | 27 | 3 | 15 |
| 1 | 1 | 15 | 3 | 27 | 127 |
| 2 | 3 | 5 | 1 | 15 | 89 |
| 3 | 5 | 15 | 15 | 13 | 1 |
| 4 | 1 | 1 | 13 | 29 | 31 |
| 5 | 5 | 9 | 17 | 5 | 15 |
| 6 | 1 | 9 | 23 | 1 | 61 |
| 7 | 5 | 15 | 13 | 31 | 47 |
| 8 | 3 | 13 | 9 | 3 | 127 |
| 9 | 5 | 15 | 3 | 9 | 17 |
| 10 | 3 | 7 | 15 | 15 | 119 |
| 11 | 5 | 11 | 3 | 31 | 15 |
| 12 | 3 | 15 | 13 | 17 | 57 |
| 13 | 5 | 3 | 1 | 5 | 123 |
| 14 | 5 | 15 | 13 | 39 | 95 |
| 15 | 1 | 5 | 29 | 1 | 5 |
| 16 | 3 | 13 | 21 | 19 | 85 |
| 17 | 5 | 15 | 19 | 27 | 17 |
| 18 | 3 | 9 | 1 | 15 | 55 |
| 19 | 5 | 3 | 3 | 13 | 57 |
| 20 | 3 | 1 | 29 | 45 | 15 |
| 21 | 5 | 3 | 17 | 5 | 41 |
| 22 | 5 | 15 | 25 | 33 | 93 |
| 23 | 5 | 1 | 29 | 15 | 87 |
| 24 | 1 | 13 | 9 | 13 | 63 |
| 25 | 5 | 1 | 13 | 9 | 15 |
| 26 | 1 | 9 | 23 | 15 | 13 |
| 27 | 5 | 15 | 13 | 31 | 15 |
| 28 | 3 | 11 | 13 | 17 | 81 |
| 29 | 5 | 3 | 1 | 5 | 57 |
| 30 | 5 | 15 | 13 | 15 | 31 |
| 31 | 3 | 5 | 13 | 33 | 69 |

2

1  9.2.1.3.5 Channel Interleaving

2  The sequence of binary symbols at the output of the encoder shall be interleaved with a bit-
3  reversal channel interleaver.

4  The bit-reversal channel interleaver shall be functionally equivalent to an approach where
5  the entire sequence of symbols to be interleaved is written into a linear sequential array
6  with addresses from 0 to $2^L - 1$ and they are read out from a sequence of addresses based
7  on the procedure described below.

8  •  The sequence of array addresses from which the interleaved symbols are read out is
9     generated by a bit-reversal address generator.

10 •  The $i^{\text{th}}$ interleaved symbol is read out from the array element at address $A_i$ that
11    satisfies:

12                        $A_i = \text{Bit\_Reversal}(i, L)$

13    where i = 0 to $2^L - 1$ and Bit_Reversal(y, L) indicates the bit-reversed L-bit value of y
14    such that if i is expressed in the binary form of i = $b_{L-1}b_{L-2}...b_1b_0$, where $b_k$ = 0 or
15    1, $b_0$ is the LSB and $b_{L-1}$ is the MSB, $A_i = b_0b_1...b_{L-2}b_{L-1}$.

16 •  The bit-reversal interleaving process is completed when all of the symbols in the
17    entire linear array are read out.

18 Figure 9.2.1.3.5-1 illustrates the procedure for generating the channel interleaver output
19 address.

<div style="text-align: right;">Deleted: Figure 9.2.1.3.5-1</div>



20
21            **Figure 9.2.1.3.5-1. Channel Interleaver Address Generation**

<div style="text-align: right;">Deleted: 9.2.1.3.5</div>

22 9.2.1.3.6 Sequence Repetition

23 If the data rate is lower than 76.8 kbps, the sequence of interleaved code symbols shall be
24 repeated before being modulated. The number of repeats varies for each data rate and shall

1  be as specified in Table 9.2.1.3.1.1-1. The repetition shall be functionally equivalent to
2  sequentially reading out all the symbols from the interleaver memory as many times as
3  necessary to achieve the fixed 307.2-ksps modulation symbol rate.

> Deleted: Table 9.2.1.3.1.1-1

4  9.2.1.3.7 Orthogonal Covers

5  The Pilot Channel, consisting of the time-division-multiplexed Pilot and RRI Channels, the
6  DRC Channel, the ACK Channel, and the Data Channel shall be spread with Walsh
7  functions, also called Walsh covers, at a fixed chip rate of 1.2288 Mcps. Walsh function
8  time alignment shall be such that the first Walsh chip begins at a slot boundary referenced
9  to the access terminal transmission time.

10  The Walsh cover assignments are shown in Figure 9.2.1.3.1-1 and Figure 9.2.1.3.1-2. The
11  Pilot Channel shall be covered by the 16-chip Walsh function number 0 ($W_0^{16}$ =
12  + + + + + + + + + + + + + + + +). The DRC Channel shall be covered by the 16-chip Walsh
13  function number 8 ($W_8^{16}$ = + + + + + + + + – – – – – – – –). The ACK Channel shall be covered
14  by the 8-chip Walsh function number 4 ($W_4^8$ = + + + + – – – –). The Data Channel shall be
15  covered by the 4-chip Walsh function number 2 ($W_2^4$ = + + – –).

> Deleted: Figure 9.2.1.3.1-1
> Deleted: Figure 9.2.1.3.1-2

16  9.2.1.3.8 Quadrature Spreading

17  Following the orthogonal spreading, the ACK, DRC, and Data Channel chip sequences shall
18  be scaled by a factor that gives the gain of each of these channels relative to that of the
19  Pilot Channel. The relative gain values for the ACK and DRC Channels are specified by the
20  parameters AckChannelGain and DRCChannelGain which are public data of the Forward
21  Traffic Channel MAC Protocol. For the Reverse Traffic Channel, the relative gain of the Data
22  Channel is specified by parameters that are public data of the Reverse Traffic Channel MAC
23  Protocol as described in 9.2.1.2.4.1. For the Access Channel, the relative gain of the Data
24  Channel is specified by parameters that are public data of the Access Channel MAC
25  Protocol as described in 9.2.1.2.4.1.

> Deleted: 9.2.1.2.4.1
> Deleted: 9.2.1.2.4.1

26  After the scaling, the Pilot and scaled ACK, DRC, and Data Channel sequences are
27  combined to form resultant I-Channel and Q-Channel sequences, and these sequences are
28  quadrature spread as shown in Figure 9.2.1.3.1-1 and Figure 9.2.1.3.1-3. The quadrature
29  spreading shall occur at the chip rate of 1.2288 Mcps, and it shall be used for the Reverse
30  Traffic Channel and the Access Channel. The Pilot and scaled ACK Channel sequences
31  shall be added to form the resultant I-Channel sequence, and the scaled DRC and Data
32  Channel sequences shall be added to form the resultant Q-Channel sequence. The
33  quadrature spreading operation shall be equivalent to a complex multiply operation of the
34  resultant I-Channel and resultant Q-Channel sequences by the $PN_I$ and $PN_Q$ PN
35  sequences, as shown in Figure 9.2.1.3.1-1 and Figure 9.2.1.3.1-3.

> Deleted: Figure 9.2.1.3.1-1
> Deleted: Figure 9.2.1.3.1-3
> Deleted: Figure 9.2.1.3.1-1
> Deleted: Figure 9.2.1.3.1-3

36  The I and Q PN sequences, $PN_I$ and $PN_Q$, shall be obtained from the long-code PN
37  sequences, $U_I$ and $U_Q$, and the access terminal common short PN sequences, $P_I$ and $P_Q$.
38  The binary long-code PN sequence and short PN sequence values of '0' and '1' shall be
39  mapped into values of +1 and –1, respectively.

The bipolar $PN_I$ sequence values shall be equivalent to those obtained by multiplying the bipolar $P_I$ values by the bipolar $U_I$ values.

The bipolar $PN_Q$ sequence values shall be equivalent to those obtained with the following procedure:

1. Multiply the bipolar $P_Q$ values by the bipolar $U_Q$ values.

2. Decimate the sequence of values obtained in Step 1 by a factor of two. That is, the decimator provides an output that is constant for two consecutive chips by deleting every other input value and repeating the previous input value in place of the deleted value. The retained values shall align with the first chip of a slot.

3. Multiply pairs of decimator output symbols by the Walsh cover sequence (+ − ). That is, pass the first value of every pair unchanged and multiply the second value of every pair by −1.

4. Multiply the sequence obtained in Step 3 by the bipolar $PN_I$ sequence.

9.2.1.3.8.1 Access Terminal Common Short-Code PN Sequences

The access terminal common short-code PN sequences shall be the zero-offset I and Q PN sequences with a period of $2^{15}$ chips, and they shall be based on the following characteristic polynomials, respectively:

$$P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1$$

(for the in-phase (I) sequence)

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1$$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the above are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$$I(n) = I(n - 15) \oplus I(n - 10) \oplus I(n - 8) \oplus I(n - 7) \oplus I(n - 6) \oplus I(n - 2)$$

(based on $P_I(x)$ as the characteristic polynomial)

and

$$Q(n) = Q(n - 15) \oplus Q(n - 12) \oplus Q(n - 11) \oplus Q(n - 10) \oplus Q(n - 9) \oplus$$
$$Q(n - 5) \oplus Q(n - 4) \oplus Q(n - 3)$$

(based on $P_Q(x)$ as the characteristic polynomial),

where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order to obtain the I and Q common short-code PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period). Therefore, the short-code PN sequences have one run of 15 consecutive '0' outputs instead 14. The initial state of the access terminal common short-code PN sequences, both I and Q, shall be that state in which the output of the short-code PN sequence generator is the '1' following the 15 consecutive '0' outputs.

Physical Layer                                                    TIA-856-2

1  The chip rate for the access terminal common short-code PN sequence shall be 1.2288
2  Mcps. The short-code PN sequence period is 32768/1228800 = 26.666... ms, and exactly
3  75 PN sequences repetitions occur every 2 seconds.

4  The access terminal shall align the I and Q short-code PN sequences such that the first
5  chip on every even-second mark as referenced to the transmit time reference (see 9.2.1.6) is
6  the '1' after the 15 consecutive '0's (see Figure 1.14-1).

7  9.2.1.3.8.2 Long Codes

8  The in-phase and quadrature-phase long codes, $U_I$ and $U_Q$, shall be generated from a
9  sequence, called the long-code generating sequence, by using two different masks. The
10 long-code generating sequence shall satisfy the linear recursion specified by the following
11 characteristic polynomial:

12 $\quad p(x) = x^{42} + x^{35} + x^{33} + x^{31} + x^{27} + x^{26} + x^{25} + x^{22} + x^{21} + x^{19} +$
13 $\quad\quad x^{18} + x^{17} + x^{16} + x^{10} + x^7 + x^6 + x^5 + x^3 + x^2 + x + 1.$

14 The long codes, $U_I$ and $U_Q$, shall be generated by a modulo-2 inner product of the 42-bit
15 state vector of the sequence generator and two 42-bit masks, MI and MQ, respectively, as
16 shown in Figure 9.2.1.3.8.2-1. The masks MI and MQ vary depending on the channel on
17 which the access terminal is transmitting.

18 For transmission on the Access Channel, MI and MQ shall be set to $MI_{ACMAC}$ and
19 $MQ_{ACMAC}$ (given as public data of the Access Channel MAC Protocol), respectively, and the
20 long-code sequences are referred to as the access long codes.

21 For transmission on the Reverse Traffic Channel, MI and MQ shall be set to $MI_{RTCMAC}$ and
22 $MQ_{RTCMAC}$ (given as public data of the Reverse Traffic Channel MAC Protocol),
23 respectively, and the long-code sequences are referred to as the user long codes.

24 The long code generator shall be reloaded with the hexa-decimal value 0x24B91BFD3A8 at
25 the beginning of every period of the short codes. Thus, the long codes are periodic with a
26 period of $2^{15}$ PN chips.

TIA-856-2                                                                    Physical Layer



**Figure 9.2.1.3.8.2-1. Long-Code Generators**

Deleted: 9.2.1.3.8.2

1   9.2.1.3.8.3 Baseband Filtering

2   Following the quadrature spreading operation, the I' and Q' impulses are applied to the
3   inputs of the I and Q baseband filters as shown in Figure 9.2.1.3.1-1, and Figure 9.2.1.3.1-
4   3. The baseband filters shall have a frequency response S(f) that satisfies the limits given in
5   Figure 9.2.1.3.8-2. Specifically, the normalized frequency response of the filter shall be
6   contained within $\pm\delta_1$ in the passband $0 \le f \le f_p$ and shall be less than or equal to $-\delta_2$ in the
7   stopband $f \ge f_s$. The numerical values for the parameters are $\delta_1$ = 1.5 dB, $\delta_2$ = 40 dB, $f_p$ =
8   590 kHz, and $f_s$ = 740 kHz.



**Deleted:** Figure 9.2.1.3.1-1
**Deleted:** Figure 9.2.1.3.1-3
**Deleted:** Figure 9.2.1.3.8-2



9
10   **Figure 9.2.1.3.8-2. Baseband Filter Frequency Response Limits**

**Deleted:** 9.2.1.3.8

11   The impulse response of the baseband filter, s(t), should satisfy the following equation:

12   $$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_s - \tau) - h(k)]^2 \le 0.03,$$

13   where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$
14   is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the
15   coefficients h(k), for k < 48, are given in Table 9.2.1.3.8-1; h(k) = 0 for k ≥ 48. Note that h(k)
16   equals h(47 – k).

**Deleted:** Table 9.2.1.3.8-1

TIA-856-2                                                      Physical Layer

**Table 9.2.1.3.8-1. Baseband Filter Coefficients**

Deleted: 9.2.1.3.8

| k | h(k) |
|---|---|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

9.2.1.4 Closed-Loop Power-Control Operation

Once the connection is established, the access network continuously transmits '0' (up) or '1' (down) RPC bits to the access terminal, based on measurements of the reverse link signal quality. If the received quality is above the target threshold, a '1' bit is transmitted. If the received quality is below the target threshold, a '0' bit is transmitted.

If the access terminal did not transmit on the Reverse Traffic Channel in slot n, then it shall ignore the received RPC bit in slot n + 1. Otherwise, the access terminal shall adjust its output power by a discrete amount in the direction indicated by the RPC bit after the

Physical Layer                                                                                           TIA-856-2

RPC bit is received as specified in 9.2.1.2.4.2 and 9.2.1.2.5.2. The RPC bit is considered received after the 64-chip MAC burst following the second pilot burst of a slot which contains an RPC bit as shown in Figure 9.3.1.3.1-2.

<div style="float:right; border:1px solid green">Deleted: 9.2.1.2.4.2</div>
<div style="float:right; border:1px solid green">Deleted: 9.2.1.2.5.2</div>
<div style="float:right; border:1px solid green">Deleted: Figure 9.3.1.3.1-2</div>

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same RPC bit. In each slot containing power control bits, the access terminal should provide diversity combining of the identical RPC Channels and shall obtain at most one power control bit from each set of identical RPC Channels. The access terminal shall increase its output power if all the resulting RPC bits are '0' ("up"). If any resulting RPC bit is '1' ("down"), the access terminal shall decrease its output power as specified in 9.2.1.2.4.2.

<div style="float:right; border:1px solid green">Deleted: 9.2.1.2.4.2</div>

9.2.1.5 Reception of the DRCLock Channel

Once the connection is established, the access network continuously transmits '0' or '1' DRCLock bits to the access terminal on the DRCLock Channel. The access terminal shall process the DRCLock bits received on the DRCLock Channel as specified by the Forward Traffic Channel MAC protocol.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same DRCLock bit. In each slot containing a DRCLock bit, the access terminal should provide diversity combining of the identical DRCLock Channels and shall obtain at most one DRCLock bit from each set of identical DRCLock Channels.

9.2.1.6 Synchronization and Timing

The nominal relationship between the access terminal and access network transmit and receive time references shall be as shown in Figure 1.14-1. The access terminal shall establish a time reference that is used to derive timing for the transmitted chips, symbols, slots, frames, and system timing. The access terminal initial time reference shall be established from the acquired Pilot Channel and from the Sync message transmitted on the Control Channel. Under steady-state conditions, the access terminal time reference shall be within ±1 µs of the time of occurrence, as measured at the access terminal antenna connector, of the earliest arriving multipath component being used for demodulation. If another multipath component belonging to the same Pilot Channel or to a different Pilot Channel becomes the earliest arriving multipath component to be used, the access terminal time reference shall track to the new component. If the difference between the access terminal time reference and the time of occurrence of the earliest arriving multipath component being used for demodulation, as measured at the access terminal antenna connector, is less than ±1 µs, the access terminal may directly track its time reference to the earliest arriving multipath component being used for demodulation.

<div style="float:right; border:1px solid green">Deleted: Figure 1.14-1</div>

If an access terminal time reference correction is needed, it shall be corrected no faster than 203 ns (1/4 chip) in any 200-ms period and no slower than 305 ns (3/8 PN chip) per second.

The access terminal time reference shall be used as the transmit time reference of the Reverse Traffic Channel and the Access Channel.

TIA-856-2                                                                    Physical Layer

1   **9.3 Access Network Requirements**

2   This section defines requirements specific to access network equipment and operation.

3   9.3.1 Transmitter

4   The transmitter shall reside in each sector of the access network. These requirements apply
5   to the transmitter in each sector.

6   9.3.1.1 Frequency Parameters

7   9.3.1.1.1 Channel Spacing and Designation

8   9.3.1.1.1.1 Band Class 0 (800-MHz Band)

9   The Band Class 0 system designators for access network transmissions shall be as
10  specified in Table 9.2.1.1.1.1-1. Access networks supporting Band Class 0 shall support
11  operations on CDMA Channels as calculated in Table 9.2.1.1.1.1-2 and as described in
12  Table 9.2.1.1.1.1-3.

Deleted: Table 9.2.1.1.1.1-1

Deleted: Table 9.2.1.1.1.1-2

Deleted: Table 9.2.1.1.1.1-3

13  9.3.1.1.1.2 Band Class 1 (1900-MHz Band)

14  The Band Class 1 block designators for access network transmissions shall be as specified
15  in Table 9.2.1.1.1.2-1. Access networks supporting Band Class 1 shall support operations
16  on CDMA Channels as calculated in Table 9.2.1.1.1.2-2 and as described in Table
17  9.2.1.1.1.2-3.

Deleted: Table 9.2.1.1.1.2-1

Deleted: Table 9.2.1.1.1.2-2

Deleted: Table 9.2.1.1.1.2-3

18  9.3.1.1.1.3 Band Class 2 (TACS Band)

19  The Band Class 2 block designators for access network transmissions shall be as specified
20  in Table 9.2.1.1.1.3-1. Access networks supporting Band Class 2 shall support operations
21  on CDMA Channels as calculated in Table 9.2.1.1.1.3-3 and as described in Table
22  9.2.1.1.1.3-4.

Deleted: Table 9.2.1.1.1.3-1

Deleted: Table 9.2.1.1.1.3-3

Deleted: Table 9.2.1.1.1.3-4

23  9.3.1.1.1.4 Band Class 3 (JTACS Band)

24  The Band Class 3 system designators for access network transmissions shall be as
25  specified in Table 9.2.1.1.1.4-1. Access networks supporting Band Class 3 shall support
26  operations on CDMA Channels as calculated in Table 9.2.1.1.1.4-2 and as described in
27  Table 9.2.1.1.1.4-3.

Deleted: Table 9.2.1.1.1.4-1

Deleted: Table 9.2.1.1.1.4-2

Deleted: Table 9.2.1.1.1.4-3

28  9.3.1.1.1.5 Band Class 4 (Korean PCS Band)

29  The Band Class 4 block designators for access network transmissions shall be as specified
30  in Table 9.2.1.1.1.5-1. Access networks supporting Band Class 4 shall support operations
31  on CDMA Channels as calculated in Table 9.2.1.1.1.5-2 and as described in Table
32  9.2.1.1.1.5-3.

Deleted: Table 9.2.1.1.1.5-1

Deleted: Table 9.2.1.1.1.5-2

Deleted: Table 9.2.1.1.1.5-3

Physical Layer                                                    TIA-856-2

1   9.3.1.1.1.6 Band Class 5 (450-MHz Band)

2   The Band Class 5 block designators for access network transmissions shall be as specified
3   in Table 9.2.1.1.1.6-1. Access networks supporting Band Class 5 shall support operations
4   on CDMA Channels as calculated in Table 9.2.1.1.1.6-2 and as described in Table
5   9.2.1.1.1.6-3.

**Deleted:** Table 9.2.1.1.1.6-1

**Deleted:** Table 9.2.1.1.1.6-2

**Deleted:** Table 9.2.1.1.1.6-3

6   9.3.1.1.1.7 Band Class 6 (2-GHz Band)

7   The Band Class 6 block designators for access network transmissions are not specified.
8   Access networks supporting Band Class 6 shall support operations on CDMA Channels as
9   calculated in Table 9.2.1.1.1.7-1 and as described in Table 9.2.1.1.1.7-2.

**Deleted:** Table 9.2.1.1.1.7-1

**Deleted:** Table 9.2.1.1.1.7-2

10  9.3.1.1.1.8 Band Class 7 (700-MHz Band)

11  The Band Class 7 block designators for access network transmissions shall be as specified
12  in Table 9.2.1.1.1.8-1. Access networks supporting Band Class 7 shall support operations
13  on CDMA Channels as calculated in Table 9.2.1.1.1.8-2 and as described in Table
14  9.2.1.1.1.8-3.

**Deleted:** Table 9.2.1.1.1.8-1

**Deleted:** Table 9.2.1.1.1.8-2

**Deleted:** Table 9.2.1.1.1.8-3

15  9.3.1.1.1.9 Band Class 8 (1800-MHz Band)

16  The Band Class 8 block designators for access network transmissions are not specified.
17  Access networks supporting Band Class 8 shall support operations on CDMA Channels as
18  calculated in Table 9.2.1.1.1.9-1 and as described in Table 9.2.1.1.1.9-2.

**Deleted:** Table 9.2.1.1.1.9-1

**Deleted:** Table 9.2.1.1.1.9-2

19  9.3.1.1.1.10 Band Class 9 (900-MHz Band)

20  The Band Class 9 block designators for access network transmissions are not specified.
21  Access networks supporting Band Class 9 shall support operations on CDMA Channels as
22  calculated in Table 9.2.1.1.1.10-1 and as described in Table 9.2.1.1.1.10-2.

**Deleted:** Table 9.2.1.1.1.10-1

**Deleted:** Table 9.2.1.1.1.10-2

23  9.3.1.1.1.11 Band Class 10 (Secondary 800 MHz Band)

24  The Band Class 10 system designators for access network transmissions shall be as
25  specified in Table 9.2.1.1.1.11-1. Access networks supporting Band Class 10 shall support
26  operations on CDMA Channels as calculated in Table 9.2.1.1.1.11-2 and as described in
27  Table 9.2.1.1.1.11-3.

**Deleted:** Table 9.2.1.1.1.11-1

**Deleted:** Table 9.2.1.1.1.11-2

**Deleted:** Table 9.2.1.1.1.11-3

28  9.3.1.1.1.12 Band Class 11 (400 MHz European PAMR Band)

29  The Band Class 11 block designators for access network transmissions shall be as
30  specified in Table 9.2.1.1.1.12-1. Access networks supporting Band Class 11 shall support
31  operations on CDMA Channels as calculated in Table 9.2.1.1.1.12-2 and as described in
32  Table 9.2.1.1.1.12-3.

**Deleted:** Table 9.2.1.1.1.12-1

**Deleted:** Table 9.2.1.1.1.12-2

**Deleted:** Table 9.2.1.1.1.12-3

33  9.3.1.1.1.13 Band Class 12 (800 MHz European PAMR Band)

34  The Band Class 12 block designators for access network transmissions shall be specified in
35  Table 9.2.1.1.1.13-1. Access networks supporting Band Class 12 shall support operations

**Deleted:** Table 9.2.1.1.1.13-1

Physical Layer

1    on CDMA Channels as calculated in Table 9.2.1.1.1.13-2 and as described in Table
2    9.2.1.1.1.13-3.

*Deleted: Table 9.2.1.1.1.13-2*

*Deleted: Table 9.2.1.1.1.13-3*

3    9.3.1.1.2 Frequency Tolerance

4    The average frequency difference between the actual sector transmit carrier frequency and
5    the specified sector transmit frequency assignment shall be less than $\pm 5 \times 10^{-8}$ of the
6    frequency assignment ($\pm 0.05$ ppm).

7    9.3.1.2 Power Output Characteristics

8    The access network shall meet the requirements in the current version of [4].

*Deleted: [4]*

9    9.3.1.3 Modulation Characteristics

10   9.3.1.3.1 Forward Channel Structure

11   The Forward Channel shall have the overall structure shown in Figure 9.3.1.3.1-1. The
12   Forward Channel shall consist of the following time-multiplexed channels: the Pilot
13   Channel, the Forward Medium Access Control (MAC) Channel, and the Forward Traffic
14   Channel or the Control Channel. The Traffic Channel carries user physical layer packets.
15   The Control Channel carries control messages, and it may also carry user traffic. Each
16   channel is further decomposed into code-division-multiplexed quadrature Walsh channels.

*Deleted: Figure 9.3.1.3.1-1*

17   The forward link shall consist of slots of length 2048 chips (1.66… ms). Groups of 16 slots
18   shall be aligned to the PN rolls of the zero-offset PN sequences and shall align to system
19   time on even-second ticks.

20   Within each slot, the Pilot, MAC, and Traffic or Control Channels shall be time-division
21   multiplexed as shown in Figure 9.3.1.3.1-2 and shall be transmitted at the same power
22   level.

*Deleted: Figure 9.3.1.3.1-2*

23   The Pilot Channel shall consist of all-'0' symbols transmitted on the I channel with Walsh
24   cover 0. Each slot shall be divided into two half slots, each of which contains a pilot burst.
25   Each pilot burst shall have a duration of 96 chips and be centered at the midpoint of the
26   half slot.[49]

27   The MAC Channel shall consist of three subchannels: the Reverse Power Control (RPC)
28   Channel, the DRCLock Channel, and the Reverse Activity (RA) Channel. The RA Channel
29   transmits a reverse link activity bit (RAB) stream.

30   Each MAC Channel symbol shall be BPSK modulated on one of 64 64-ary Walsh codewords
31   (covers). The MAC symbol Walsh covers shall be transmitted four times per slot in bursts of
32   64 chips each. A burst shall be transmitted immediately preceding each of the pilot bursts

---

[49] The pilot is used by the access terminal for initial acquisition, phase recovery, timing recovery, and
maximal-ratio combining. An additional function of the pilot is to provide the access terminal with a
means of predicting the receive C/I for the purpose of access-terminal-directed forward data rate
control (DRC) of the Data Channel transmission.

Physical Layer                                                                    TIA-856-2

1   in a slot, and a burst shall be transmitted immediately following each of the pilot bursts in
2   a slot. The Walsh channel gains may vary the relative power.

3   The Forward Traffic Channel is a packet-based, variable-rate channel. The user physical
4   layer packets for an access terminal shall be transmitted at a data rate that varies from
5   38.4 kbps to 2.4576 Mbps.[50]

6   The Forward Traffic Channel and Control Channel data shall be encoded in blocks called
7   physical layer packets. The output of the encoder shall be scrambled and then fed into a
8   channel interleaver. The output of the channel interleaver shall be fed into a QPSK/8-
9   PSK/16-QAM modulator. The modulated symbol sequences shall be repeated and
10  punctured, as necessary. Then, the resulting sequences of modulation symbols shall be
11  demultiplexed to form 16 pairs (in-phase and quadrature) of parallel streams. Each of the
12  parallel streams shall be covered with a distinct 16-ary Walsh function at a chip rate to
13  yield Walsh symbols at 76.8 ksps. The Walsh-coded symbols of all the streams shall be
14  summed together to form a single in-phase stream and a single quadrature stream at a
15  chip rate of 1.2288 Mcps. The resulting chips are time-division multiplexed with the
16  preamble, Pilot Channel, and MAC Channel chips to form the resultant sequence of chips
17  for the quadrature spreading operation.

18  Forward Traffic Channel and Control Channel physical layer packets can be transmitted in
19  1 to 16 slots (see Table 9.3.1.3.1.1-1 and Table 9.3.1.3.1.1-2). When more than one slot is
20  allocated, the transmit slots shall use a 4-slot interlacing. That is, the transmit slots of a
21  physical layer packet shall be separated by three intervening slots, and slots of other
22  physical layer packets shall be transmitted in the slots between those transmit slots. If a
23  positive acknowledgement is received on the reverse link ACK Channel before all of the
24  allocated slots have been transmitted, the remaining untransmitted slots shall not be
25  transmitted and the next allocated slot may be used for the first slot of the next physical
26  layer packet transmission.

27  Figure 9.3.1.3.1-3 and Figure 9.3.1.3.1-4 illustrate the multislot interlacing approach for a
28  153.6-kbps Forward Traffic Channel with DRCLength of one slot. The 153.6-kbps Forward
29  Traffic Channel physical layer packets use four slots, and these slots are transmitted with a
30  three-slot interval between them, as shown in the figures. The slots from other physical
31  layer packets are interlaced in the three intervening slots. Figure 9.3.1.3.1-3 shows the
32  case of a normal physical layer packet termination. In this case, the access terminal
33  transmits NAK responses on the ACK Channel after the first three slots of the physical
34  layer packet are received indicating that it was unable to correctly receive the Forward
35  Traffic Channel physical layer packet after only one, two, or three of the nominal four slots.
36  An ACK or NAK is also transmitted after the last slot is received, as shown. Figure
37  9.3.1.3.1-4 shows the case where the Forward Traffic Channel physical layer packet
38  transmission is terminated early. In this example, the access terminal transmits an ACK
39  response on the ACK Channel after the third slot is received indicating that it has correctly
40  received the physical layer packet. When the access network receives such an ACK

---

[50] The DRC symbol from the access terminal is based primarily on its estimate of the forward C/I for
the duration of the next possible forward link packet transmission.

9-63

Physical Layer

1  response, it does not transmit the remaining slots of the physical layer packet. Instead, it
2  may begin transmission of any subsequent physical layer packets.

3  When the access network has transmitted all the slots of a physical layer packet or has
4  received a positive ACK response, the physical layer shall return a *ForwardTrafficCompleted*
5  indication.

6  The Control Channel shall be transmitted at a data rate of 76.8 kbps or 38.4 kbps. The
7  modulation characteristics for the Control Channel shall be the same as those of the
8  Forward Traffic Channel transmitted at the corresponding rate.

9   The Forward Traffic Channel and Control Channel data symbols shall fill the slot as shown
10  in Figure 9.3.1.3.1-2. A slot during which no traffic or control data is transmitted is
11  referred to as an idle slot. During an idle slot, the sector shall transmit the Pilot Channel
12  and the MAC Channel, as described earlier.

**Deleted:** Figure 9.3.1.3.1-2

Physical Layer                                                    TIA-856-2

1



2

3

4
**Figure 9.3.1.3.1-1. Forward Channel Structure**

Deleted: 9.3.1.3.1

TIA-856-2                                                                 Physical Layer



1
2                        **Figure 9.3.1.3.1-2. Forward Link Slot Structure**                    [Deleted: 9.3.1.3.1]

3
4              **Figure 9.3.1.3.1-3. Multislot Physical Layer Packet with Normal Termination**   [Deleted: 9.3.1.3.1]



1

2   **Figure 9.3.1.3.1-4. Multislot Physical Layer Packet with Early Termination**

3   9.3.1.3.1.1 Modulation Parameters

4   The modulation parameters for the Forward Traffic Channel and the Control Channel shall

5   be as shown in Table 9.3.1.3.1.1-1 and Table 9.3.1.3.1.1-2. The Control Channel shall only

6   use the 76.8 kbps and 38.4 kbps data rates.

**Deleted: 9.3.1.3.1**

**Deleted:** Table 9.3.1.3.1.1-1

**Deleted:** Table 9.3.1.3.1.1-2

TIA-856-2                                                          Physical Layer

**Table 9.3.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the Control Channel (Part 1 of 2)**

Deleted: 9.3.1.3.1.1

| Data Rate (kbps) | Number of Values per Physical Layer Packet | | | | |
|---|---|---|---|---|---|
| | Slots | Bits | Code Rate | Modulation Type | TDM Chips (Preamble, Pilot, MAC, Data) |
| 38.4 | 16 | 1,024 | 1/5 | QPSK | 1,024 3,072 4,096 24,576 |
| 76.8 | 8 | 1,024 | 1/5 | QPSK | 512 1,536 2,048 12,288 |
| 153.6 | 4 | 1,024 | 1/5 | QPSK | 256 768 1,024 6,144 |
| 307.2 | 2 | 1,024 | 1/5 | QPSK | 128 384 512 3,072 |
| 614.4 | 1 | 1,024 | 1/3 | QPSK | 64 192 256 1,536 |

Physical Layer                                                                 TIA-856-2

**Table 9.3.1.3.1.1-2. Modulation Parameters for the Forward Traffic Channel and the Control Channel (Part 2 of 2)**

Deleted: 9.3.1.3.1.1

| Data Rate (kbps) | Number of Values per Physical Layer Packet | | | | |
| | Slots | Bits | Code Rate | Modulation Type | TDM Chips (Preamble, Pilot, MAC, Data) |
|---|---|---|---|---|---|
| 307.2 | 4 | 2,048 | 1/3 | QPSK | 128 768 1,024 6,272 |
| 614.4 | 2 | 2,048 | 1/3 | QPSK | 64 384 512 3,136 |
| 1,228.8 | 1 | 2,048 | 1/3 | QPSK | 64 192 256 1,536 |
| 921.6 | 2 | 3,072 | 1/3 | 8-PSK | 64 384 512 3,136 |
| 1,843.2 | 1 | 3,072 | 1/3 | 8-PSK | 64 192 256 1,536 |
| 1,228.8 | 2 | 4,096 | 1/3 | 16-QAM | 64 384 512 3,136 |
| 2,457.6 | 1 | 4,096 | 1/3 | 16-QAM | 64 192 256 1,536 |

The modulation parameters for the MAC Channel shall be as shown in Table 9.3.1.3.1.1-3.

Deleted: Table 9.3.1.3.1.1-3

**Table 9.3.1.3.1.1-3. Modulation Parameters for the MAC Channel**

| Parameter | RPC Channel | DRCLock Channel | RA Channel |
|---|---|---|---|
| Rate (bps) | 600 × (1−1/DRCLockPeriod) | 600/(DRCLockLength × DRCLockPeriod) | 600/RABLength |
| Bit Repetition Factor | 1 | DRCLockLength | RABLength |
| Modulation (Channel) | BPSK (I or Q) | BPSK (I or Q) | BPSK (I) |
| Modulation Symbol Rate (sps) | 2,400 × (1−1/DRCLockPeriod) | 2,400/DRCLockPeriod | 2,400 |
| Walsh Cover Length | 64 | 64 | 64 |
| Walsh Sequence Repetition Factor | 4 | 4 | 4 |
| PN Chips/Slot | 256 | 256 | 256 |
| PN Chips/Bit | 256 | 256 × DRCLockLength | 256 × RABLength |

**9.3.1.3.1.2 Data Rates**

The Forward Traffic Channel shall support variable-data-rate transmission from 38.4 kbps to 2.4576 Mbps, as shown in Table 9.3.1.3.1.1-1 and Table 9.3.1.3.1.1-2.

The data rate of the Control Channel shall be 76.8 kbps or 38.4 kbps.

**9.3.1.3.2 Forward Link Channels**

**9.3.1.3.2.1 Pilot Channel**

A Pilot Channel shall be transmitted at all times by the sector on each active Forward Channel. The Pilot Channel is an unmodulated signal that is used for synchronization and other functions by an access terminal operating within the coverage area of the sector. The Pilot Channel shall be transmitted at the full sector power.

**9.3.1.3.2.1.1 Modulation**

The Pilot Channel shall consist of all-'0' symbols transmitted on the I component only.

**9.3.1.3.2.1.2 Orthogonal Spreading**

The Pilot Channel shall be assigned Walsh cover 0.

**9.3.1.3.2.1.3 Quadrature Spreading**

See 9.3.1.3.4

1  9.3.1.3.2.2 Forward MAC Channel

2  The Forward MAC Channel shall be composed of Walsh channels that are orthogonally
3  covered and BPSK modulated on a particular phase of the carrier (either in-phase or
4  quadrature phase). Each Walsh channel shall be identified by a MACIndex value that is
5  between 0 and 63 and defines a unique 64-ary Walsh cover and a unique modulation
6  phase. The Walsh functions assigned to the MACIndex values shall be as follows:

7
$$W_{i/2}^{64} \text{ for i = 0, 2,..., 62}$$
$$W_{(i-1)/2+32}^{64} \text{ for i = 1, 3,..., 63}$$

8  where i is the MACIndex value. MAC Channels with even-numbered MACIndex values shall
9  be assigned to the in-phase (I) modulation phase, while those with odd-numbered
10 MACIndex values shall be assigned to the quadrature (Q) modulation phase. The MAC
11 symbol Walsh covers shall be transmitted four times per slot in bursts of length 64 chips
12 each. These bursts shall be transmitted immediately preceding and following the pilot
13 bursts of each slot.

14 The MAC Channel use versus MACIndex shall be as specified in Table 9.3.1.3.2.1.3-1.

Deleted: Table 9.3.1.3.2.1.3-1

15 Symbols of each MAC Channel shall be transmitted on one of the Walsh channels. The
16 MAC channel gains may vary the relative power as a function of time. The orthogonal
17 Walsh channels shall be scaled to maintain a constant total transmit power. The sum of
18 the squares of the normalized gains on the orthogonal MAC Channels should equal one.
19 The Walsh Channel gains can vary as a function of time.

Deleted: 9.3.1.3.2.1.3

20 **Table 9.3.1.3.2.1.3-1. MAC Channel and Preamble Use Versus MACIndex**

| MACIndex | MAC Channel Use | Preamble Use |
|---|---|---|
| 0 and 1 | Not Used | Not Used |
| 2 | Not Used | 76.8-kbps Control Channel |
| 3 | Not Used | 38.4-kbps Control Channel |
| 4 | RA Channel | Not Used |
| 5–63 | Available for RPC Channel and DRCLock Channel Transmissions | Available for Forward Traffic Channel Transmissions |

21

22 9.3.1.3.2.2.1 Reverse Power Control Channel

23 The Reverse Power Control (RPC) Channel for each access terminal with an open
24 connection shall be assigned to one of the available MAC Channels. It is used for the
25 transmission of the RPC bit stream destined to that access terminal. The RPC Channel and
26 the DRCLock Channel shall be time-division multiplexed and transmitted on the same

1   MAC Channel. The RPC Channel shall be transmitted in DRCLockPeriod − 1 slots out of
2   every DRCLockPeriod slots, where DRCLockPeriod is given as public data by the Forward
3   Traffic Channel MAC Protocol.

4   The RPC data rate shall be $600 \times (1 − 1/DRCLockPeriod)$ bps. The access network shall
5   transmit an RPC bit in every slot T with

6                        (T − FrameOffset) mod DRCLockPeriod ≠ 0.

7   Each RPC bit shall be transmitted four times in a slot in bursts of 64 chips each. One burst
8   shall be transmitted immediately preceding and following each pilot burst in a slot as
9   shown in Figure 9.3.1.3.1-2.                                                    Deleted: Figure 9.3.1.3.1-2

10  9.3.1.3.2.2.2 DRCLock Channel

11  The DRCLock Channel for each access terminal with an open connection shall be assigned
12  to one of the available MAC Channels. It is used for the transmission of the DRCLock bit
13  stream destined to that access terminal. The RPC Channel and the DRCLock Channel are
14  time-division multiplexed and transmitted on the same MAC Channel. The DRCLock
15  Channel shall be transmitted in one out of every DRCLockPeriod slots.

16  Each DRCLock bit shall be repeated and transmitted in DRCLockLength slots,[51] where
17  DRCLockLength is given as public data by the Forward Traffic Channel MAC Protocol. The
18  DRCLock data rate shall be $600/(DRCLockLength \times DRCLockPeriod)$ bps. The access
19  network shall transmit a DRCLock bit in every slot T with

20                        (T − FrameOffset) mod DRCLockPeriod = 0.

21  Each DRCLock bit shall be transmitted four times in a slot in bursts of 64 chips each. One
22  burst shall be transmitted immediately preceding and following each pilot burst in a slot as
23  shown in Figure 9.3.1.3.1-2.                                                   Deleted: Figure 9.3.1.3.1-2

24  The value of the DRCLock bit may change only in slot T with

25                        (T − FrameOffset) mod (DRCLockLength × DRCLockPeriod) = 0.

26  An example for the transmission of DRCLock bits with DRCLockLength equal to 8 and
27  DRCLockPeriod equal to 8 is shown in Figure 9.3.1.3.2.2.2-1.                    Deleted: Figure 9.3.1.3.2.2.2-1

28

---

[51] Repeated DRCLock bits are transmitted in slots that are DRCLockPeriod slots apart.



1

2    **Figure 9.3.1.3.2.2.2-1. DRCLock Puncturing Example**

Deleted: 9.3.1.3.2.2.2

3    9.3.1.3.2.2.3 Reverse Activity Channel

4    The Reverse Activity (RA) Channel shall transmit the Reverse Activity Bit (RAB) stream over
5    the MAC Channel with MACIndex 4. The RA bit shall be transmitted over RABLength
6    successive slots. The transmission of each RA bit shall start in a slot that satisfies

7                              T mod RABLength = RABOffset,

8    where T is the system time in slots and RABLength and RABOffset are fields in the public
9    data TrafficChannelAssignment of the Route Update Protocol.

10   The RA Channel data rate shall be 600/RABLength bps. Each RA bit shall be repeated and
11   transmitted over RABLength consecutive slots. The RA bit in each slot shall be further
12   repeated to form four symbols per slot for transmission.

13   9.3.1.3.2.3 Forward Traffic Channel

14   9.3.1.3.2.3.1 Forward Traffic Channel Preamble

15   A preamble sequence shall be transmitted with each Forward Traffic Channel and Control
16   Channel physical layer packet in order to assist the access terminal with synchronization
17   of each variable-rate transmission.

18   The preamble shall consist of all-'0' symbols transmitted on the in-phase component only.
19   The preamble shall be time multiplexed into the Forward Traffic Channel stream as
20   described in 9.3.1.3.3. The preamble sequence shall be covered by a 32-chip bi-orthogonal

Deleted: 9.3.1.3.3

21   sequence and the sequence shall be repeated several times depending on the transmit
22   mode. The bi-orthogonal sequence shall be specified in terms of the 32-ary Walsh functions
23   and their bit-by-bit complements as

$$W_{i/2}^{32} \text{ for i = 0, 2,..., 62}$$
24
$$\overline{W_{(i-1)/2}^{32}} \text{ for i = 1, 3,..., 63}$$

25   where i = 0, 1,..., 63 is the MACIndex value and $\overline{W_i^{32}}$ is the bit-by-bit complement of the
26   32-chip Walsh function of order i.

The channel type versus MACIndex mapping for the preamble shall be as specified in Table 9.3.1.3.2.1.3-1.

Deleted: Table 9.3.1.3.2.1.3-1

The 32-chip preamble repetition factor shall be as specified in Table 9.3.1.3.2.3.1-1.

Deleted: Table 9.3.1.3.2.3.1-1

Deleted: 9.3.1.3.2.3.1

**Table 9.3.1.3.2.3.1-1. Preamble Repetition**

| Data Rate (kbps) | Values per Physical Layer Packet | | |
|---|---|---|---|
| | Slots | 32-Chip Preamble Sequence Repetitions | Preamble Chips |
| 38.4 | 16 | 32 | 1,024 |
| 76.8 | 8 | 16 | 512 |
| 153.6 | 4 | 8 | 256 |
| 307.2 | 2 | 4 | 128 |
| 614.4 | 1 | 2 | 64 |
| 307.2 | 4 | 4 | 128 |
| 614.4 | 2 | 2 | 64 |
| 1,228.8 | 1 | 2 | 64 |
| 921.6 | 2 | 2 | 64 |
| 1,843.2 | 1 | 2 | 64 |
| 1,228.8 | 2 | 2 | 64 |
| 2,457.6 | 1 | 2 | 64 |

9.3.1.3.2.3.2 Encoding

The Traffic Channel physical layer packets shall be encoded with code rates of R = 1/3 or 1/5. The encoder shall discard the 6-bit TAIL field of the physical layer packet inputs and encode the remaining bits with a parallel turbo encoder, as specified in 9.3.1.3.2.3.2.1. The turbo encoder will add an internally generated tail of 6/R output code symbols, so that the total number of output symbols is 1/R times the number of bits in the input physical layer packet.

Deleted: 9.3.1.3.2.3.2.1

Figure 9.3.1.3.2.3.2-1 illustrates the forward link encoding approach. The forward link encoder parameters shall be as specified in Table 9.3.1.3.2.3.2-1.

Deleted: Figure 9.3.1.3.2.3.2-1

Deleted: Table 9.3.1.3.2.3.2-1



Figure **9.3.1.3.2.3.2**-1. Forward Link Encoder

Deleted: 9.3.1.3.2.3.2

Table **9.3.1.3.2.3.2**-1. Parameters of the Forward Link Encoder

Deleted: 9.3.1.3.2.3.2

| Data Rate (kbps) | Values per Physical Layer Packet | | | | |
|---|---|---|---|---|---|
| | **Slots** | **Bits** | **Turbo Encoder Input Bits** | **Code Rate** | **Turbo Encoder Output Symbols** |
| 38.4 | 16 | 1,024 | 1,018 | 1/5 | 5,120 |
| 76.8 | 8 | 1,024 | 1,018 | 1/5 | 5,120 |
| 153.6 | 4 | 1,024 | 1,018 | 1/5 | 5,120 |
| 307.2 | 2 | 1,024 | 1,018 | 1/5 | 5,120 |
| 614.4 | 1 | 1,024 | 1,018 | 1/3 | 3,072 |
| 307.2 | 4 | 2,048 | 2,042 | 1/3 | 6,144 |
| 614.4 | 2 | 2,048 | 2,042 | 1/3 | 6,144 |
| 1,228.8 | 1 | 2,048 | 2,042 | 1/3 | 6,144 |
| 921.6 | 2 | 3,072 | 3,066 | 1/3 | 9,216 |
| 1,843.2 | 1 | 3,072 | 3,066 | 1/3 | 9,216 |
| 1,228.8 | 2 | 4,096 | 4,090 | 1/3 | 12,288 |
| 2,457.6 | 1 | 4,096 | 4,090 | 1/3 | 12,288 |

9.3.1.3.2.3.2.1 Turbo Encoder

The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder. The two recursive convolutional codes are called the constituent

Physical Layer

1    codes of the turbo code. The outputs of the constituent encoders are punctured and
2    repeated to achieve the desired number of turbo encoder output symbols.

3    The transfer function for the constituent code shall be

4    $$G(D) = \left[ 1 \quad \frac{n_0(D)}{d(D)} \quad \frac{n_1(D)}{d(D)} \right]$$

5    where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

6    The turbo encoder shall generate an output symbol sequence that is identical to the one
7    generated by the encoder shown in Figure 9.3.1.3.2.3.2.1-1. Initially, the states of the
8    constituent encoder registers in this figure are set to zero. Then, the constituent encoders
9    are clocked with the switches in the positions noted.

10   Let $N_{turbo}$ be the number of bits into the turbo encoder after the 6-bit physical layer packet
11   TAIL field is discarded. Then, the encoded data output symbols are generated by clocking
12   the constituent encoders $N_{turbo}$ times with the switches in the up positions and
13   puncturing the outputs as specified in Table 9.3.1.3.2.3.2.1-1. Within a puncturing
14   pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall
15   be passed. The constituent encoder outputs for each bit period shall be output in the
16   sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first. Symbol repetition is not used in
17   generating the encoded data output symbols.

18   The turbo encoder shall generate 6/R tail output symbols following the encoded data
19   output symbols. This tail output symbol sequence shall be identical to the one generated
20   by the encoder shown in Figure 9.3.1.3.2.3.2.1-1. The tail output symbols are generated
21   after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up
22   position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1
23   three times with its switch in the down position while Constituent Encoder 2 is not clocked
24   and puncturing and repeating the resulting constituent encoder output symbols. The last
25   3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with
26   its switch in the down position while Constituent Encoder 1 is not clocked and puncturing
27   and repeating the resulting constituent encoder output symbols. The constituent encoder
28   outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X
29   output first.

30   The constituent encoder output symbol puncturing for the tail symbols shall be as
31   specified in Table 9.3.1.3.2.3.2.1-2. Within a puncturing pattern, a '0' means that the
32   symbol shall be deleted and a '1' means that a symbol shall be passed. For rate-1/5 turbo
33   codes, the tail output code symbols for each of the first three tail bit periods shall be
34   punctured and repeated to achieve the sequence $XXY_0Y_1Y_1$, and the tail output code
35   symbols for each of the last three tail bit periods shall be punctured and repeated to
36   achieve the sequence $X'X'Y'_0Y'_1Y'_1$. For rate-1/3 turbo codes, the tail output symbols for
37   each of the first three tail bit periods shall be $XXY_0$, and the tail output symbols for each of
38   the last three tail bit periods shall be $X'X'Y'_0$.

Deleted: Figure 9.3.1.3.2.3.2.1-1

Deleted: Table 9.3.1.3.2.3.2.1-1

Deleted: Figure 9.3.1.3.2.3.2.1-1

Deleted: Table 9.3.1.3.2.3.2.1-2

Physical Layer

TIA-856-2



Figure **9.3.1.3.2.3.2.1**-1. Turbo Encoder

Deleted: 9.3.1.3.2.3.2.1

TIA-856-2                                                                   Physical Layer

1

**Table 9.3.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods**

Deleted: 9.3.1.3.2.3.2.1

| Output | Code Rate | |
|:---:|:---:|:---:|
| | 1/3 | 1/5 |
| X | 1 | 1 |
| $Y_0$ | 1 | 1 |
| $Y_1$ | 0 | 1 |
| X′ | 0 | 0 |
| $Y′_0$ | 1 | 1 |
| $Y′_1$ | 0 | 1 |

Note: For each rate, the puncturing table shall be read
from top to bottom.

2

3

**Table 9.3.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods**

Deleted: 9.3.1.3.2.3.2.1

| Output | Code Rate | |
|:---:|:---:|:---:|
| | 1/3 | 1/5 |
| X | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 |
| X′ | 000 111 | 000 111 |
| $Y′_0$ | 000 111 | 000 111 |
| $Y′_1$ | 000 000 | 000 111 |

Note: For rate-1/3 turbo codes, the puncturing table shall be
read first from top to bottom repeating X and X′, and then from
left to right. For rate-1/5 turbo codes, the puncturing table shall
be read first from top to bottom repeating X, X′, $Y_1$, and $Y′_1$ and
then from left to right.

4

5   9.3.1.3.2.3.2.2 Turbo Interleaver

6   The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo
7   encoder input data that is fed to Constituent Encoder 2.

8   The turbo interleaver shall be functionally equivalent to an approach where the entire
9   sequence of turbo interleaver input bits are written sequentially into an array at a sequence
10  of addresses, and then the entire sequence is read out from a sequence of addresses that
11  are defined by the procedure described below.

9-78

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 9.3.1.3.2.3.2.2-1 and described below.[52]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 9.3.1.3.2.3.2.2-1 gives this parameter for the different physical layer packet sizes.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 9.3.1.3.2.3.2.2-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 9.3.1.3.2.3.2.2-1. Turbo Interleaver Output Address Calculation Procedure**

---

[52] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is $x(i + 1) = (x(i) + c) \bmod 2^n$, where $x(0) = c$ and c is a row-specific value from a table lookup.

TIA-856-2                                                                Physical Layer

**Table 9.3.1.3.2.3.2.2-1. Turbo Interleaver Parameter**

Deleted: 9.3.1.3.2.3.2.2

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|---|---|---|
| 1,024 | 1,018 | 5 |
| 2,048 | 2,042 | 6 |
| 3,072 | 3,066 | 7 |
| 4,096 | 4,090 | 7 |

Physical Layer                                                                                    TIA-856-2

1           **Table 9.3.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition**

Deleted: 9.3.1.3.2.3.2.2

| Table Index | n = 5 Entries | n = 6 Entries | n = 7 Entries |
|:---:|:---:|:---:|:---:|
| 0 | 27 | 3 | 15 |
| 1 | 3 | 27 | 127 |
| 2 | 1 | 15 | 89 |
| 3 | 15 | 13 | 1 |
| 4 | 13 | 29 | 31 |
| 5 | 17 | 5 | 15 |
| 6 | 23 | 1 | 61 |
| 7 | 13 | 31 | 47 |
| 8 | 9 | 3 | 127 |
| 9 | 3 | 9 | 17 |
| 10 | 15 | 15 | 119 |
| 11 | 3 | 31 | 15 |
| 12 | 13 | 17 | 57 |
| 13 | 1 | 5 | 123 |
| 14 | 13 | 39 | 95 |
| 15 | 29 | 1 | 5 |
| 16 | 21 | 19 | 85 |
| 17 | 19 | 27 | 17 |
| 18 | 1 | 15 | 55 |
| 19 | 3 | 13 | 57 |
| 20 | 29 | 45 | 15 |
| 21 | 17 | 5 | 41 |
| 22 | 25 | 33 | 93 |
| 23 | 29 | 15 | 87 |
| 24 | 9 | 13 | 63 |
| 25 | 13 | 9 | 15 |
| 26 | 23 | 15 | 13 |
| 27 | 13 | 31 | 15 |
| 28 | 13 | 17 | 81 |
| 29 | 1 | 5 | 57 |
| 30 | 13 | 15 | 31 |
| 31 | 13 | 33 | 69 |

2

Physical Layer

1   9.3.1.3.2.3.3 Scrambling

2   The output of the encoder shall be scrambled to randomize the data prior to modulation.
3   The scrambling sequence shall be equivalent to one generated with a 17-tap linear
4   feedback shift register with a generator sequence of h(D) = $D^{17} + D^{14} + 1$, as shown in
5   Figure 9.3.1.3.2.3.3-1. At the start of the physical layer packet, the shift register shall be
6   initialized to the state [$1111111 r_5 r_4 r_3 r_2 r_1 r_0 d_3 d_2 d_1 d_0$]. The $r_5 r_4 r_3 r_2 r_1 r_0$ bits shall be equal
7   to the 6-bit preamble MACIndex value (see Table 9.3.1.3.2.1.3-1). The $d_3 d_2 d_1 d_0$ bits shall
8   be determined by the data rate, as specified in Table 9.3.1.3.2.3.3-1. The initial state shall
9   generate the first scrambling bit. The shift register shall be clocked once for every encoder
10  output code symbol to generate a bit of the scrambling sequence. Every encoder output
11  code symbol shall be XOR'd with the corresponding bit of the scrambling sequence to yield
12  a scrambled encoded bit.

13      **Table 9.3.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State**

| Data Rate (kbps) | Slots per Physical Layer Packet | $d_3$ | $d_2$ | $d_1$ | $d_0$ |
|---|---|---|---|---|---|
| 38.4 | 16 | 0 | 0 | 0 | 1 |
| 76.8 | 8 | 0 | 0 | 1 | 0 |
| 153.6 | 4 | 0 | 0 | 1 | 1 |
| 307.2 | 2 | 0 | 1 | 0 | 0 |
| 307.2 | 4 | 0 | 1 | 0 | 1 |
| 614.4 | 1 | 0 | 1 | 1 | 0 |
| 614.4 | 2 | 0 | 1 | 1 | 1 |
| 921.6 | 2 | 1 | 0 | 0 | 0 |
| 1,228.8 | 1 | 1 | 0 | 0 | 1 |
| 1,228.8 | 2 | 1 | 0 | 1 | 0 |
| 1,843.2 | 1 | 1 | 0 | 1 | 1 |
| 2,457.6 | 1 | 1 | 1 | 0 | 0 |

14



1

2      **Figure 9.3.1.3.2.3.3-1. Symbol Scrambler**

Deleted: 9.3.1.3.2.3.3

3   9.3.1.3.2.3.4 Channel Interleaving

4   The channel interleaving shall consist of a symbol reordering followed by symbol
5   permuting.

6   9.3.1.3.2.3.4.1 Symbol Reordering

7   The scrambled turbo encoder data and tail output symbols generated with the rate-1/5
8   encoder shall be reordered according to the following procedure:

9       1.  All of the scrambled data and tail turbo encoder output symbols shall be
10          demultiplexed into five sequences denoted U, $V_0$, $V_1$, $V'_0$, and $V'_1$. The scrambled
11          encoder output symbols shall be sequentially distributed from the U sequence to
12          the $V'_1$ sequence with the first scrambled encoder output symbol going to the U
13          sequence, the second to the $V_0$ sequence, the third to the $V_1$ sequence, the fourth
14          to the $V'_0$ sequence, the fifth to the $V'_1$ sequence, the sixth to the U sequence, etc.

15      2.  The U, $V_0$, $V_1$, $V'_0$, and $V'_1$ sequences shall be ordered according to $UV_0V'_0V_1V'_1$.
16          That is, the U sequence of symbols shall be first and the $V'_1$ sequence of symbols
17          shall be last.

18  The scrambled turbo encoder data and tail output symbols generated with the rate-1/3
19  encoder shall be reordered according to the following procedure:

Physical Layer

1.  All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into three sequences denoted U, $V_0$, and $V'_0$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_0$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V'_0$ sequence, the fourth to the U sequence, etc.

2.  The U, $V_0$, and $V'_0$ sequences shall be ordered according to $UV_0V'_0$. That is, the U sequence of symbols shall be first and the $V'_0$ sequence of symbols shall be last.

Table 9.3.1.3.2.3.4.1-1 gives the order of the symbols out of the turbo encoder and their mapping to demultiplexer output sequences. The encoder output symbol notation is used, but the encoder output symbols are scrambled before the reordering demultiplexer.

**Table 9.3.1.3.2.3.4.1-1. Scrambled Turbo Encoder Output and Symbol Reordering Demultiplexer Symbol Sequences**

| Type of Sequence | Symbol Sequence | |
|---|---|---|
| | R = 1/5 | R = 1/3 |
| Turbo Encoder Data Output Sequence | X $Y_0$ $Y_1$ $Y'_0$ $Y'_1$ | X $Y_0$ $Y'_0$ |
| Turbo Encoder Constituent Encoder 1 Tail Output Sequence | X X $Y_0$ $Y_1$ $Y_1$ | X X $Y_0$ |
| Turbo Encoder Constituent Encoder 2 Tail Output Sequence | X' X' $Y'_0$ $Y'_1$ $Y'_1$ | X' X' $Y'_0$ |
| Demultiplexer Output Sequence | U $V_0$ $V'_0$ $V_1$ $V'_1$ | U $V_0$ $V'_0$ |

9.3.1.3.2.3.4.2 Symbol Permuting

The reordered symbols shall be permuted in three separate bit-reversal interleaver blocks with rate-1/5 coding and in two separate blocks with rate-1/3 coding. The permuter input blocks shall consist of the U sequence of symbols, the $V_0$ sequence of symbols followed by the $V'_0$ sequence of symbols (denoted as $V_0/V'_0$), and, with rate-1/5 coding, the $V_1$ sequence of symbols followed by the $V'_1$ sequence of symbols (denoted as $V_1/V'_1$).

The sequence of interleaver output symbols for the blocks shall be equivalent to those generated by the procedure described below with the parameters specified in Table 9.3.1.3.2.3.4.2-1.

1      1.  Write the entire sequence of symbols in the input block into a rectangular array of K
2          rows and M columns. Write the symbols in by rows starting from the top row,
3          writing the rows from left to right.

4      2.  Label the columns of the array by the index j, where j = 0,..., M − 1 and column 0 is
5          the left-most column. Then, end-around shift the symbols of each column
6          downward by j mod K for the U block and by $\lfloor j/4 \rfloor$ mod K for the $V_0/V'_0$ and $V_1/V'_1$
7          blocks.

8      3.  Reorder the columns such that column j is moved to column BRO(j), where BRO(j)
9          indicates the bit-reversed value of j. For example, for M = 512, BRO(6) = 192.

10     4.  Read the entire array of symbols out by columns starting from the left-most column,
11         reading the columns from top to bottom.

12   With rate-1/5 coding, the interleaver output sequence shall be the interleaved U sequence
13   of symbols followed by the interleaved $V_0/V'_0$ sequence of symbols followed by the
14   interleaved $V_1/V'_1$ sequence of symbols. With rate-1/3 coding, the interleaver output
15   sequence shall be the interleaved U sequence of symbols followed by the interleaved $V_0/V'_0$
16   sequence of symbols.

17          **Table 9.3.1.3.2.3.4.2-1. Channel Interleaver Parameters**

| Physical Layer Packet Size | U Block Interleaver Parameters | | $V_0/V'_0$ and $V_1/V'_1$ Block Interleaver Parameters | |
|---|---|---|---|---|
| | **K** | **M** | **K** | **M** |
| 1,024 | 2 | 512 | 2 | 1,024 |
| 2,048 | 2 | 1,024 | 2 | 2,048 |
| 3,072 | 3 | 1,024 | 3 | 2,048 |
| 4,096 | 4 | 1,024 | 4 | 2,048 |

18

19   9.3.1.3.2.3.5 Modulation

20   The output of the channel interleaver shall be applied to a modulator that outputs an in-
21   phase stream and a quadrature stream of modulated values. The modulator generates
22   QPSK, 8-PSK, or 16-QAM modulation symbols, depending on the data rate.

23   9.3.1.3.2.3.5.1 QPSK Modulation

24   For physical layer packet sizes of 1,024 or 2,048 bits, groups of two successive channel
25   interleaver output symbols shall be grouped to form QPSK modulation symbols. Each
26   group of two adjacent block interleaver output symbols, x(2i) and x(2i + 1), i = 0,..., M − 1
27   as specified in Table 9.3.1.3.2.3.4.2-1, shall be mapped into a complex modulation symbol
28   $(m_I(i), m_Q(i))$ as specified in Table 9.3.1.3.2.3.5.1-1. Figure 9.3.1.3.2.3.5.1-1 shows the
29   signal constellation of the QPSK modulator, where $s_0$ = x(2k) and $s_1$ = x(2k + 1).

Deleted: 9.3.1.3.2.3.4.2

Deleted: Table 9.3.1.3.2.3.4.2-1
Deleted: Table 9.3.1.3.2.3.5.1-1
Deleted: Figure 9.3.1.3.2.3.5.1-1

**Table 9.3.1.3.2.3.5.1-1. QPSK Modulation Table**

Deleted: 9.3.1.3.2.3.5.1

| Interleaved Symbols | | Modulation Symbols | |
|---|---|---|---|
| $s_1$ $x(2k + 1)$ | $s_0$ $x(2k)$ | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | D | D |
| 0 | 1 | –D | D |
| 1 | 0 | D | –D |
| 1 | 1 | –D | –D |

Note: $D = 1/\sqrt{2}$ .



**Figure 9.3.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation**

Deleted: 9.3.1.3.2.3.5.1

9.3.1.3.2.3.5.2 8-PSK Modulation

For physical layer packet sizes of 3,072 bits, groups of three successive channel interleaver output symbols shall be grouped to form 8-PSK modulation symbols. Each group of three adjacent block interleaver output symbols, x(3i), x(3i + 1), and x(3i + 2), i = 0,..., M − 1 as specified in Table 9.3.1.3.2.3.4.2-1, shall be mapped into a complex modulation symbol ($m_I(i)$, $m_Q(i)$) as specified in Table 9.3.1.3.2.3.5.2-1, Figure 9.3.1.3.2.3.5.2-1 shows the signal constellation of the 8-PSK modulator, where $s_0 = x(3k)$, $s_1 = x(3k + 1)$, and $s_2 = x(3k + 2)$.

Deleted: Table 9.3.1.3.2.3.4.2-1
Deleted: Table 9.3.1.3.2.3.5.2-1
Deleted: Figure 9.3.1.3.2.3.5.2-1

Physical Layer                                                    TIA-856-2

1        **Table 9.3.1.3.2.3.5.2-1. 8-PSK Modulation Table**

Deleted: 9.3.1.3.2.3.5.2

| Interleaved Symbols | | | Modulation Symbols | |
|---|---|---|---|---|
| $s_2$<br>x(3k + 2) | $s_1$<br>x(3k + 1) | $s_0$<br>x(3k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | C | S |
| 0 | 0 | 1 | S | C |
| 0 | 1 | 1 | –S | C |
| 0 | 1 | 0 | –C | S |
| 1 | 1 | 0 | –C | –S |
| 1 | 1 | 1 | –S | –C |
| 1 | 0 | 1 | S | –C |
| 1 | 0 | 0 | C | –S |

Note:  C = cos(π/8) ≈ 0.9239  and  S = sin(π/8) ≈ 0.3827 .

2



3

4        **Figure 9.3.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation**

Deleted: 9.3.1.3.2.3.5.2

5    9.3.1.3.2.3.5.3 16-QAM Modulation

6    For physical layer packet sizes of 4,096 bits, groups of four successive channel interleaver
7    output symbols shall be grouped to form 16-QAM modulation symbols. Each group of four
8    adjacent block interleaver output symbols, x(4i), x(4i + 1), x(4i + 2), and x(4i + 3), i = 0,..., M
9    – 1 as specified in Table 9.3.1.3.2.3.4.2-1, shall be mapped into a complex modulation
10   symbol (m_I(i), m_Q(i)) as specified in Table 9.3.1.3.2.3.5.3-1. Figure 9.3.1.3.2.3.5.3-1 shows
11   the signal constellation of the 16QAM modulator, where $s_0$ = x(4k), $s_1$ = x(4k + 1), $s_2$ = x(4k
12   + 2), and $s_3$ = x(4k + 3).

Deleted: Table 9.3.1.3.2.3.4.2-1
Deleted: Table 9.3.1.3.2.3.5.3-1
Deleted: Figure 9.3.1.3.2.3.5.3-1

9-87

Physical Layer

1

**Table 9.3.1.3.2.3.5.3-1. 16-QAM Modulation Table**

Deleted: 9.3.1.3.2.3.5.3

| Interleaved Symbols | | | | Modulation Symbols | |
|---|---|---|---|---|---|
| $s_3$<br>x(4k + 3) | $s_2$<br>x(4k + 2) | $s_1$<br>x(4k + 1) | $s_0$<br>x(4k) | $m_Q(k)$ | $m_I(k)$ |
| 0 | 0 | 0 | 0 | 3A | 3A |
| 0 | 0 | 0 | 1 | 3A | A |
| 0 | 0 | 1 | 1 | 3A | –A |
| 0 | 0 | 1 | 0 | 3A | –3A |
| 0 | 1 | 0 | 0 | A | 3A |
| 0 | 1 | 0 | 1 | A | A |
| 0 | 1 | 1 | 1 | A | –A |
| 0 | 1 | 1 | 0 | A | –3A |
| 1 | 1 | 0 | 0 | –A | 3A |
| 1 | 1 | 0 | 1 | –A | A |
| 1 | 1 | 1 | 1 | –A | –A |
| 1 | 1 | 1 | 0 | –A | –3A |
| 1 | 0 | 0 | 0 | –3A | 3A |
| 1 | 0 | 0 | 1 | –3A | A |
| 1 | 0 | 1 | 1 | –3A | –A |
| 1 | 0 | 1 | 0 | –3A | –3A |

Note:  A $= 1/\sqrt{10} \approx 0.3162$ .

2



1

2       **Figure 9.3.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation**

Deleted: 9.3.1.3.2.3.5.3

3   9.3.1.3.2.3.6 Sequence Repetition and Symbol Puncturing

4   Table 9.3.1.3.2.3.6-1 gives the number of modulation symbols that the modulator provides
5   per physical layer packet and the number of modulation symbols needed for the data
6   portion of the allocated slots. If the number of required modulation symbols is more than
7   the number provided, the complete sequence of input modulation symbols shall be
8   repeated as many full-sequence times as possible followed by a partial transmission if
9   necessary. If a partial transmission is needed, the first portion of the input modulation
10  symbol sequence shall be used. If the number of required modulation symbols is less than
11  the number provided, only the first portion of the input modulation symbol sequence shall
12  be used.

Deleted: Table 9.3.1.3.2.3.6-1

13  The sequence repetition and symbol puncturing parameters shall be as specified in Table
14  9.3.1.3.2.3.6-1. The entries in the column labeled "Number of Modulation Symbols Needed"
15  are equal to the number of data TDM chips given in Table 9.3.1.3.1.1-1, and Table
16  9.3.1.3.1.1-2.

Deleted: Table 9.3.1.3.2.3.6-1

Deleted: Table 9.3.1.3.1.1-1

Deleted: Table 9.3.1.3.1.1-2

TIA-856-2                                                                   Physical Layer

1    **Table 9.3.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters**

Deleted: 9.3.1.3.2.3.6

| Data Rate (kbps) | Number of Slots | Number of Bits | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Code Rate | Repeti-tion Factor |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Approximate Coding | |
| 38.4 | 16 | 1,024 | 2,560 | 24,576 | 9 | 1,536 | 1/5 | 9.6 |
| 76.8 | 8 | 1,024 | 2,560 | 12,288 | 4 | 2,048 | 1/5 | 4.8 |
| 153.6 | 4 | 1,024 | 2,560 | 6,144 | 2 | 1,024 | 1/5 | 2.4 |
| 307.2 | 2 | 1,024 | 2,560 | 3,072 | 1 | 512 | 1/5 | 1.2 |
| 614.4 | 1 | 1,024 | 1,536 | 1,536 | 1 | 0 | 1/3 | 1 |
| 307.2 | 4 | 2,048 | 3,072 | 6,272 | 2 | 128 | 1/3 | 2.04 |
| 614.4 | 2 | 2,048 | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| 1,228.8 | 1 | 2,048 | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| 921.6 | 2 | 3,072 | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| 1,843.2 | 1 | 3,072 | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| 1,228.8 | 2 | 4,096 | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| 2,457.6 | 1 | 4,096 | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |

2

3    9.3.1.3.2.3.7 Symbol Demultiplexing

4    The in-phase stream at the output of the sequence repetition operation shall be
5    demultiplexed into 16 parallel streams labeled $I_0$, $I_1$, $I_2$,..., $I_{15}$. If $m_I(0)$, $m_I(1)$, $m_I(2)$,
6    $m_I(3)$,... denotes the sequence of sequence-repeated modulation output values in the in-
7    phase stream, then for each k = 0, 1, 2,..., 15, the $k^{th}$ demultiplexed stream $I_k$ shall consist
8    of the values $m_I(k)$, $m_I(16 + k)$, $m_I(32 + k)$, $m_I(48 + k)$,....

9    Similarly, the quadrature stream at the output of the sequence repetition operation shall be
10   demultiplexed into 16 parallel streams labeled $Q_0$, $Q_1$, $Q_2$,..., $Q_{15}$. If $m_Q(0)$, $m_Q(1)$, $m_Q(2)$,
11   $m_Q(3)$,...denotes the sequence of sequence-repeated modulation output values in the
12   quadrature stream, then for each k = 0, 1, 2,...,15, the $k^{th}$ demultiplexed stream $Q_k$ shall
13   consist of the values $m_Q(k)$, $m_Q(16 + k)$, $m_Q(32 + k)$, $m_Q(48 + k)$,....

14   Each demultiplexed stream at the output of the symbol demultiplexer shall consist of
15   modulation values at the rate of 76.8 ksps.

Physical Layer                                                    TIA-856-2

1   9.3.1.3.2.3.8 Walsh Channel Assignment

2   The individual streams generated by the symbol demultiplexer shall be assigned to one of
3   16 distinct Walsh channels. For each k = 0, 1, 2,..., 15, the demultiplexed streams with
4   labels $I_k$ and $Q_k$ shall be assigned to the in-phase and quadrature phases, respectively, of
5   the $k^{th}$ Walsh channel $W_k^{16}$. The modulation values associated with the in-phase and
6   quadrature phase components of the same Walsh channel are referred to as Walsh
7   symbols.

8   9.3.1.3.2.3.9 Walsh Channel Scaling

9   The modulated symbols on each branch of each Walsh channel shall be scaled to maintain
10  a constant total transmit power independent of data rate. For this purpose, each
11  orthogonal channel shall be scaled by a gain of $\frac{1}{\sqrt{16}} = \frac{1}{4}$. The gain settings are normalized
12  to a unity reference equivalent to unmodulated BPSK transmitted at full power.

13  9.3.1.3.2.3.10 Walsh Chip Level Summing

14  The scaled Walsh chips associated with the 16 Walsh channels shall be summed on a chip-
15  by-chip basis.

16  9.3.1.3.2.4 Control Channel

17  The Control Channel transmits broadcast messages and access-terminal-directed
18  messages. The Control Channel messages shall be transmitted at a data rate of 76.8 kbps
19  or 38.4 kbps. The modulation characteristics shall be the same as those of the Forward
20  Traffic Channel at the corresponding data rate. The Control Channel transmissions shall be
21  distinguished from Forward Traffic Channel transmissions by having a preamble that is
22  covered by a bi-orthogonal cover sequence with MACIndex 2 or 3, as specified in
23  9.3.1.3.2.3.1. A MACIndex value of 2 shall be used for the 76.8-kbps data rate, and a
24  MACIndex value of 3 shall be used for the 38.4-kbps data rate.

Deleted: 9.3.1.3.2.3.1

25  9.3.1.3.3 Time-Division Multiplexing

26  The Forward Traffic Channel or Control Channel data modulation chips shall be time-
27  division multiplexed with the preamble, Pilot Channel, and MAC Channel chips according
28  to the timing diagrams in Figure 9.3.1.3.3-1, Figure 9.3.1.3.3-2, Figure 9.3.1.3.3-3, and
29  Figure 9.3.1.3.3-4. The multiplexing parameters shall be as specified in Table 9.3.1.3.3-1.

Deleted: Figure 9.3.1.3.3-1

Deleted: Figure 9.3.1.3.3-2

Deleted: Figure 9.3.1.3.3-3

Deleted: Figure 9.3.1.3.3-4

Deleted: Table 9.3.1.3.3-1

30  The Walsh chip rate shall be fixed at 1.2288 Mcps.

TIA-856-2                                                        Physical Layer



1

2  **Figure 9.3.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot**

3  **Cases with Data Rates of 153.6, 307.2, 614.4, 921.6, and 1228.8 kbps**

Deleted: 9.3.1.3.3

4

5  **Figure 9.3.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Data Rates of**

6  **38.4 and 76.8 kbps**

Deleted: 9.3.1.3.3

9-92

Physical Layer                                    TIA-856-2



1

**Figure 9.3.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Cases
with Data Rates of 1.2288, 1.8432, and 2.4576 Mbps**

Deleted: 9.3.1.3.3



4

**Figure 9.3.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case
with a Data Rate of 614.4 kbps**

Deleted: 9.3.1.3.3

TIA-856-2                                                           Physical Layer

1        **Table 9.3.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing Parameters**

Deleted: 9.3.1.3.3

| Data Rate (kbps) | Number of Values per Physical Layer Packet | | | | | |
|---|---|---|---|---|---|---|
| | Slots | Bits | Preamble Chips | Pilot Chips | MAC Chips | Data Chips |
| 38.4 | 16 | 1,024 | 1,024 | 3,072 | 4,096 | 24,576 |
| 76.8 | 8 | 1,024 | 512 | 1,536 | 2,048 | 12,288 |
| 153.6 | 4 | 1,024 | 256 | 768 | 1,024 | 6,144 |
| 307.2 | 2 | 1,024 | 128 | 384 | 512 | 3,072 |
| 614.4 | 1 | 1,024 | 64 | 192 | 256 | 1,536 |
| 307.2 | 4 | 2,048 | 128 | 768 | 1,024 | 6,272 |
| 614.4 | 2 | 2,048 | 64 | 384 | 512 | 3,136 |
| 1,228.8 | 1 | 2,048 | 64 | 192 | 256 | 1,536 |
| 921.6 | 2 | 3,072 | 64 | 384 | 512 | 3,136 |
| 1,843.2 | 1 | 3,072 | 64 | 192 | 256 | 1,536 |
| 1,228.8 | 2 | 4,096 | 64 | 384 | 512 | 3,136 |
| 2,457.6 | 1 | 4,096 | 64 | 192 | 256 | 1,536 |

3    9.3.1.3.4 Quadrature Spreading

4    Following orthogonal spreading, the combined modulation sequence shall be quadrature
5    spread as shown in Figure 9.3.1.3.1-1. The spreading sequence shall be a quadrature
6    sequence of length $2^{15}$ (i.e., 32768 PN chips in length). This sequence is called the pilot PN
7    sequence and shall be based on the following characteristic polynomials:

Deleted: Figure 9.3.1.3.1-1

8        $$P_I(x) = x^{15} + x^{10} + x^8 + x^7 + x^6 + x^2 + 1$$

9            (for the in-phase (I) sequence)

10   and

11       $$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^9 + x^5 + x^4 + x^3 + 1$$

12           (for the quadrature-phase (Q) sequence).

13   The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the
14   above polynomials are of length $2^{15} - 1$ and can be generated by the following linear
15   recursions:

16       $$I(n) = I(n-15) \oplus I(n-13) \oplus I(n-9) \oplus I(n-8) \oplus I(n-7) \oplus I(n-5)$$

17           (based on $P_I(x)$ as the characteristic polynomial)

18   and

1   $Q(n) = Q(n-15) \oplus Q(n-12) \oplus Q(n-11) \oplus Q(n-10) \oplus Q(n-6) \oplus Q(n-5) \oplus$

2   $Q(n-4) \oplus Q(n-3)$

3   (based on $P_Q(x)$ as the characteristic polynomial),

4   where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order

5   to obtain the I and Q pilot PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and

6   {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period).

7   Therefore, the pilot PN sequences have one run of 15 consecutive '0' outputs instead of 14.

8   The chip rate for the pilot PN sequence shall be 1.2288Mcps. The pilot PN sequence period

9   is 32768/1228800 = 26.666... ms, and exactly 75 pilot PN sequence repetitions occur every

10  2 seconds.

11  Pilot Channels shall be identified by an offset index in the range from 0 through 511

12  inclusive. This offset index shall specify the offset value (in units of 64 chips) by which the

13  pilot PN sequence lags the zero-offset pilot PN sequence. The zero-offset pilot PN sequence

14  shall be such that the start of the sequence shall be output at the beginning of every even

15  second in time, referenced to access network transmission time. The start of the zero-offset

16  pilot PN sequence for either the I or Q sequences shall be defined as the state of the

17  sequence for which the next 15 outputs inclusive are '0'. Equivalently, the zero-offset

18  sequence is defined such that the last chip prior to the even-second mark as referenced to

19  the transmit time reference is a '1' prior to the 15 consecutive '0's.

20  9.3.1.3.5 Filtering

21  9.3.1.3.5.1 Baseband Filtering

22  Following the quadrature spreading operation, the I′ and Q′ impulses are applied to the

23  inputs of the I and Q baseband filters as shown in Figure 9.3.1.3.1-1. The baseband filters

24  shall have a frequency response S(f) that satisfies the limits given in Figure 9.3.1.3.5.1-1.

25  Specifically, the normalized frequency response of the filter shall be contained within $\pm\delta_1$ in

26  the passband $0 \leq f \leq f_p$ and shall be less than or equal to $-\delta_2$ in the stopband $f \geq f_s$. The

27  numerical values for the parameters are $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$

28  kHz.

**Deleted:** Figure 9.3.1.3.1-1

**Deleted:** Figure 9.3.1.3.5.1-1



1
2          **Figure 9.3.1.3.5.1-1. Baseband Filter Frequency Response Limits**

Deleted: 9.3.1.3.5.1

3          The impulse response of the baseband filter, s(t), should satisfy the following equation:

4
$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_S - \tau) - h(k)]^2 \leq 0.03,$$

5          where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_S$
6          is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the
7          coefficients h(k), for k < 48, are given in Table 9.3.1.3.5.1-1; h(k) = 0 for k ≥ 48. Note that
8          h(k) equals h(47 − k).

Deleted: Table 9.3.1.3.5.1-1

Physical Layer                                                    TIA-856-2

1          **Table 9.3.1.3.5.1-1. Baseband Filter Coefficients**

Deleted: 9.3.1.3.5.1

| k | h(k) |
|---|---|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

2

3    9.3.1.3.5.2 Phase Characteristics

4    The access network shall provide phase equalization for the transmit signal path.[53] The

5    equalizing filter shall be designed to provide the equivalent baseband transfer function

6    $$H(\omega) = K \frac{\omega^2 + j\alpha\omega\omega_0 - \omega_0^2}{\omega^2 - j\alpha\omega\omega_0 - \omega_0^2},$$

---

[53]This equalization simplifies the design of the access terminal receive filters.

TIA-856-2                                                                        Physical Layer

1   where K is an arbitrary gain, j equals $\sqrt{-1}$, α equals 1.36, $\omega_0$ equals $2\pi \times 3.15 \times 10^5$, and ω
2   is the radian frequency. The equalizing filter implementation shall be equivalent to applying
3   baseband filters with this transfer function, individually, to the baseband I and Q
4   waveforms.

5   A phase error test filter is defined to be the overall access network transmitter filter
6   (including the equalizing filter) cascaded with a filter having a transfer function that is the
7   inverse of the equalizing filter specified above. The response of the test filter should have a
8   mean squared phase error from the best fit linear phase response that is no greater than
9   0.01 squared radians when integrated over the frequency range 1 kHz ≤ |f − f_c| ≤ 630 kHz.
10  For purposes of this requirement, "overall" shall mean from the I and Q baseband filter
11  inputs (see 9.3.1.3.5.1) to the RF output of the transmitter.

> **Deleted:** 9.3.1.3.5.1

12  9.3.1.3.6 Synchronization and Timing

13  9.3.1.3.6.1 Timing Reference Source

14  Each sector shall use a time base reference from which all time-critical transmission
15  components, including pilot PN sequences, slots, and Walsh functions, shall be derived.
16  The time-base reference shall be time-aligned to System Time, as described 0. Reliable

> **Deleted:** 0

17  external means should be provided at each sector to synchronize each sector's time base
18  reference to System Time. Each sector should use a frequency reference of sufficient
19  accuracy to maintain time alignment to System Time. In the event that the external source
20  of System Time is lost,[54] the sector shall maintain transmit timing within ±10 μs of System
21  Time for a period of not less than 8 hours.

22  9.3.1.3.6.2 Sector Transmission Time

23  All sectors should radiate the pilot PN sequence within ±3 μs of System Time and shall
24  radiate the pilot PN sequence within ±10 μs of System Time.

25  Time measurements are made at the sector antenna connector. If a sector has multiple
26  radiating antenna connectors for the same CDMA channel, time measurements are made
27  at the antenna connector having the earliest radiated signal.

28  The rate of change for timing corrections shall not exceed 102 ns (1/8 PN chip) per 200 ms.

---

[54] These guidelines on time keeping requirements reflect the fact that the amount of time error
between sectors that can be tolerated in an access network is not a hard limit. Each access terminal
can search an ever-increasing time window as directed by the sectors. However, increasing this
window gradually degrades performance since wider windows require a longer time for the access
terminals to search out and locate the various arrivals from all sectors that may be in view.

1   **10 COMMON ALGORITHMS AND DATA STRUCTURES**

2   **10.1 Channel Record**

3   The Channel record defines an access network channel frequency and the type of system
4   on that frequency. This record contains the following fields:
5

| Field | Length (bits) |
|---|---|
| SystemType | 8 |
| BandClass | 5 |
| ChannelNumber | 11 |

6   SystemType                The access network shall set this field to one of the following values:

7                            **Table 10.1-1. SystemType Encoding**

| Field value | Meaning |
|---|---|
| 0x00 | System compliant to this specification |
| 0x01 | System compliant to [2][55] |
| 0x02-0xff | Reserved |

8    BandClass                The access network shall set this field to the band class number
9                             corresponding to the frequency assignment of the channel specified
10                            by this record (see 9.2.1.1.1).

11   ChannelNumber            The access network shall set this field to the channel number
12                            corresponding to the frequency assignment of the channel specified
13                            by this record (see 9.2.1.1.1).

---

[55] SystemType of 0x01 applies to [2] and all of its predecessors.

**10.2 Access Terminal Identifier Record**

The Access Terminal Identifier record provides a unicast, multicast, or broadcast access terminal address. This record contains the following fields:

| Field | Length (bits) |
|---|---|
| ATIType | 2 |
| ATI | 0 or 32 |

ATIType          Access Terminal Identifier Type. This field shall be set to the type of the ATI, as shown in Table 10.2-1.

**Table 10.2-1. ATIType Field Encoding**

| ATIType | ATIType Description | ATI Length (bits) |
|---|---|---|
| '00' | Broadcast ATI (BATI) | 0 |
| '01' | Multicast ATI (MATI) | 32 |
| '10' | Unicast ATI | 32 |
| '11' | Random ATI (RATI) | 32 |

ATI          Access Terminal Identifier. The field is included only if ATIType is not equal to '00'. This field shall be set as shown in Table 10.2-1.

**10.3 Attribute Record**

The attribute record defines a set of suggested values for a given attribute. The attribute record format is defined, such that if the recipient does not recognize the attribute, it can discard it and parse attribute records that follow this record.

An attribute can be one of the following three types:

- Simple attribute, if it contains a single value,

- Attribute list, if it contains multiple single values which are to be interpreted as different suggested values for the same attribute identifier (e.g., a list of possible protocol Subtypes for the same protocol Type), or

- Complex attribute, if it contains multiple values that together form a complex value for a particular attribute identifier (e.g., a set of parameters for the Route Update Protocol).

Simple attributes are a special case of an attribute list containing a single value.

The type of the attribute is determined by the attribute identifier.

10-2

Common Algorithms and Data Structures                                    TIA-856-2

1   The sender of a ConfigurationResponse message (see 10.7) selects an attribute-value from
2   a ConfigurationRequest message by sending the attribute value if it is a simple attribute or
3   a selected value out of an attribute list. Selection of complex-attributes is done by sending
4   the value identifier which identifies the complex value.

5   The format of a simple attribute and attribute list is given by
6

| Field | Length (bits) |
|---|---|
| Length | 8 |
| AttributeID | Protocol Specific |

One or more instances of the following record

| AttributeValue | Attribute dependent |
|---|---|

| Reserved | variable |
|---|---|

7   Length                    Length in octets of the attribute record, excluding the Length field.

8   AttributeID               Attribute identifiers are unique in the context of the protocol being
9                             configured.

10  AttributeValue            A suggested value for the attribute. Attribute value lengths are, in
11                            general, an integer number of octets. Attribute values have an
12                            explicit or implicit length indication (e.g., fixed length or null
13                            terminated strings) so that the recipient can successfully parse the
14                            record when more than one value is provided.

15  Reserved                  The length of this field is the smallest value that will make the
16                            attribute record octet aligned. The sender shall set this field to zero.
17                            The receiver shall ignore this field.

18  The format of a complex attribute is given by
19

Deleted: 10.7

10-3

TIA-856-2                                    Common Algorithms and Data Structures

| Field | Length (bits) |
|-------|---------------|
| Length | 8 |
| AttributeID | Protocol Specific |

One or more instances of the following fields

| | |
|-------|---------------|
| ValueID | Protocol Specific |

An appropriate number of instances of the following record for each instance of the ValueID field

| | |
|-------|---------------|
| AttributeValue | Attribute dependent |

| | |
|-------|---------------|
| Reserved | variable |

1   Length              Length in octets of the attribute record, excluding the Length field.

2   AttributeID         Attribute identifiers are unique in the context of the protocol being
3                       configured.

4   ValueID             It identifies the set of attribute values following this field. The sender
5                       shall increment this field for each new set of values for this complex
6                       attribute.

7   AttributeValue      A suggested value for the attribute. Attribute value lengths are in
8                       general an integer number of octets. Attribute values have an explicit
9                       or implicit length indication (e.g., fixed length or null terminated
10                      strings) so that the recipient can successfully parse the record when
11                      more than one value is provided.

12  Reserved            The length of this field is the smallest value that will make the
13                      attribute record octet aligned. The sender shall set this field to zero.
14                      The receiver shall ignore this field.

15  **10.4 Hash Function**

16  The hash function takes three arguments, *Key* (typically the access terminal's ATI), *N* (the
17  number of resources), and *Decorrelate* (an argument used to de-correlate values obtained
18  for different applications for the same access terminal).

19  Define:

20  • Word *L* to be bits 0-15 of *Key*

21  • Word *H* to be bits 16-31 of *Key*

22  where bit 0 is the least significant bit of *Key*.

Common Algorithms and Data Structures                          TIA-856-2

1   The hash value is computed as follows[56]:

2          $R = \lfloor N \times ((40503 \times (L \oplus H \oplus \text{Decorrelate})) \bmod 2^{16}) / 2^{16} \rfloor$.

3   **10.5 Pseudorandom Number Generator**

4   10.5.1 General Procedures

5   When an access terminal is required to use the pseudo random number generator
6   described in this section, then the access terminal shall implement the linear congruential
7   generator defined by

8          $z_n = a \times z_{n-1} \bmod m$

9   where $a = 7^5 = 16807$ and $m = 2^{31} - 1 = 2147483647$. $z_n$ is the output of the generator.[57]

10   The access terminal shall initialize the random number generator as defined in 10.5.2.

| Deleted: 10.5.2 |
|---|

11   The access terminal shall compute a new $z_n$ for each subsequent use.

12   The access terminal shall use the value $u_n = z_n / m$ for those applications that require a
13   binary fraction $u_n$, $0 < u_n < 1$.

14   The access terminal shall use the value $k_n = \lfloor N \times z_n / m \rfloor$ for those applications that require
15   a small integer $k_n$, $0 \leq k_n \leq N\text{-}1$.

16   10.5.2 Initialization

17   The access terminal shall initialize the random number generator by setting $z_0$ to

18          $z_0 = (\text{HardwareID} \oplus \chi) \bmod m$

19   where HardwareID is the least 32 bits of the hardware identifier associated with the access
20   terminal, and $\chi$ is a time-varying physical measure available to the access terminal. If the
21   initial value so produced is found to be zero, the access terminal shall repeat the procedure
22   with a different value of $\chi$.

23   **10.6 Sequence Number Validation**

24   When the order in which protocol messages are delivered is important, air interface
25   protocols use a sequence number to verify this order.

---

[56] This formula is adapted from Knuth, D. N., *Sorting and Searching*, vol. 3 of *The Art of Computer Programming,* 3 vols., (Reading, MA: Addison-Wesley, 1973), pp. 508-513. The symbol $\oplus$ represents bitwise exclusive-or function (or modulo 2 addition) and the symbol $\lfloor\ \rfloor$ represents the "largest integer smaller than" function.

[57] This generator has full period, ranging over all integers from 1 to m-1; the values 0 and m are never produced. Several suitable implementations can be found in Park, Stephen K. and Miller, Keith W., "Random Number Generators: Good Ones are Hard to Find," *Communications of the ACM*, vol. 31, no. 10, October 1988, pp. 1192-1201.

Common Algorithms and Data Structures

1   The sequence number has $s$ bits. The sequence space is $2^S$. All operations and comparisons
2   performed on sequence numbers shall be carried out in unsigned modulo $2^s$ arithmetic.
3   For any message sequence number $N$, the sequence numbers in the range $[N+1, N+2^{S-1} -1]$
4   shall be considered greater than $N$, and the sequence numbers in the range $[N-2^{S-1}, N-1]$
5   shall be considered smaller than $N$.

6   The receiver of the message maintains a receive pointer $V(R)$ whose initialization is defined
7   as part of the protocol. When a message arrives, the receiver compares the sequence
8   number of the message with $V(R)$. If the sequence number is greater than $V(R)$, the message
9   is considered a valid message and $V(R)$ is set to this sequence number; otherwise, the
10  message is considered an invalid message.

11  **10.7 Generic Configuration Protocol**

12  10.7.1 Introduction

13  The Generic Configuration Protocol provides a means to negotiate protocol parameters. The
14  procedure consists of the initiator sending an attribute and one or more allowed values.
15  The responder then selects one of the offered values. Each attribute must have a well
16  known fall-back value; if the responder does not select any of the offered values, the fall-
17  back value is selected.

18  10.7.2 Procedures

19  10.7.2.1 Configuration Negotiation

20  The protocol uses a ConfigurationRequest message and a ConfigurationResponse message
21  to negotiate a mutually acceptable configuration. The initiator uses the
22  ConfigurationRequest message to provide the responder with a list of acceptable attribute
23  values for each attribute. The responder uses the ConfigurationResponse message to
24  provide the initiator with the accepted attribute value for each attribute, choosing the
25  accepted attribute value from the initiator's acceptable attribute value list.

26  The initiator shall order the acceptable attribute values for each attribute in descending
27  order of preference. The initiator shall send these ordered attribute-value lists to the
28  responder using one or more ConfigurationRequest messages. If the ordered attribute value
29  lists fit within one ConfigurationRequest message, then the initiator should use one
30  ConfigurationRequest message. If the ordered attribute value lists do not fit within one
31  ConfigurationRequest message, then the initiator may use more than one
32  ConfigurationRequest message. Each ConfigurationRequest message shall contain one or
33  more complete ordered attribute value lists; an ordered attribute value list for an attribute
34  shall not be split within a ConfigurationRequest message and shall not be split across
35  multiple ConfigurationRequest messages.

36  After sending a ConfiguratioRequest message, the sender shall set the value of all
37  parameters that were listed in the message to NULL.

38  After receiving a ConfigurationRequest message, the responder shall respond within
39  $T_{Turnaround}$, where $T_{Turnaround}$ = 2 seconds, unless specified otherwise. For each attribute
40  included in the ConfigurationRequest message, the responder shall choose an acceptable

1   attribute value from the associated acceptable attribute value list. If the responder does not
2   recognize an attribute or does not find an acceptable attribute value in the associated
3   attribute list, then the responder shall skip the attribute. The responder shall send the
4   accepted attribute value for each attribute within one ConfigurationResponse message. The
5   value included for each attribute shall be one of the values listed in the
6   ConfigurationRequest message. After receiving a ConfigurationResponse message, the
7   initiator shall pair the received message with the associated ConfigurationRequest
8   message. If the ConfigurationResponse message does not contain an attribute found in the
9   associated ConfigurationRequest message, then the initiator shall assume that the missing
10  attribute is using the fall-back value.

11  If the initiator requires no further negotiation of protocols or configuration of negotiated
12  protocols and if the value of the any of the parameters for which the initiator has sent a
13  ConfigurationRequest message is NULL, then the sender shall declare a failure.

14  The initiator and the responder shall use the attribute values in the ConfigurationResponse
15  messages as the configured attribute values, provided that the attribute values were also
16  present in the associated ConfigurationRequest message.

17  10.7.3 Message Formats

18  The receiver shall discard all unrecognized messages. The receiver shall discard all
19  unrecognized fields following the fields defined herein. The receiver may log the message for
20  diagnostic reasons.

21  The specification of the Physical Layer channels on which the following messages are to be
22  carried; and, whether the messages are to be sent reliably or as best-effort, is provided in
23  the context of the protocols in which these messages are used.

24  10.7.3.1 ConfigurationRequest

25  The sender sends the ConfigurationRequest message to offer a set of attribute-values for a
26  given attribute.
27

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

28  MessageID            The value of this field is specified in the context of the protocol using
29                       this message. The value 0x50 is recommended.

30  TransactionID        The sender shall increment this value for each new
31                       ConfigurationRequest message sent.

32  AttributeRecord      The format of this record is specified in 10.3

Deleted: 10.3

10-7

TIA-856-2                                    Common Algorithms and Data Structures

1  10.7.3.2 ConfigurationResponse

2  The sender sends a ConfigurationResponse message to select an attribute-value from a list
3  of offered values.
4

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

Zero or more instances of the following record

| | |
|---|---|
| AttributeRecord | Attribute dependent |

5  MessageID           The value of this field is specified in the context of the protocol using
6                      this message. The value 0x51 is recommended.

7  TransactionID       The sender shall set this value to the TransactionID field of the
8                      corresponding ConfigurationRequest message.

9  AttributeRecord     An attribute record containing a single attribute value. If this
10                     message selects  a complex attribute, only the ValueID field of the
11                     complex attribute shall be included in the message. The format of the
12                     AttributeRecord is given in 10.3. The sender shall not include more                    **Deleted:** 10.3
13                     than one attribute record with the same attribute identifier.

14 **10.8 Session State Information Record**

15 The Session State Information is to be used in [9] for transferring the session parameters    **Deleted:** [9]
16 corresponding to the InUse protocol instances from a source access network to a target
17 access network. Session parameters are the attributes and the internal parameters that
18 define the state of each protocol. The format of this record is shown in Table 10.8-1. If an   **Deleted:** Table 10.8-1
19 attribute is not contained in the Session State Information record, the target access
20 network shall assume that the missing attributes have the default values (specified for each
21 attribute in each protocol).  The sender shall include all the Parameter Records associated
22 with the ProtocolType and ProtocolSubtype in the same Session State Information Record.

Common Algorithms and Data StructuresTIA-856-2

1    **Table 10.8-1.  The Format of the Session State Information Record**

| Field | Length (bits) |
|---|---|
| FormatID | 8 |
| Reserved | 1 |
| ProtocolType | 7 |
| ProtocolSubtype | 16 |

One or more instances of the following Parameter Record:

| ParameterType | 8 |
|---|---|
| ParameterType-specific record | Variable |

2    FormatID              This field identifies the format of the rest of the fields in this record
3                          and shall be set to zero.

4    Reserved              This field shall be set to zero.

5    ProtocolType          This field shall be set the Type value (see Table 2.5.4-1) for the
6                          protocol associated with the encapsulated session parameters.

7    ProtocolSubtype       This field shall be set to the protocol subtype value (see Table 11.1-1)
8                          for the protocol associated with the encapsulated session
9                          parameters.

10   ParameterType         This field shall be set according to Table 10.8-2

11                         **Table 10.8-2.  Encoding of the DataType Field**

| Field Value | Meaning |
|---|---|
| 0x00 | The ParameterType-specific recordconsists of a Complex or a Simple Attribute as defined in 10.3.  The ValueID field of the complex attribute shall be set to zero. |
| All other values | ParameterType-specific record are protocol dependent |

12   ParameterType-specific record
13                         If the ParameterType field is set to 0x00, then this record shall be set
14                         to the simple or complex attribute (see 10.3) associated with the
15                         protocol identified by the (ProtocolType, ProtocolSubtype) pair.
16                         Otherwise, the structure of this record shall be as specified by the

10-9

1    protocol which is identified by the (ProtocolType, ProtocolSubtype)
2    pair.

1  **10.9 SectorID Provisioning**

2  The SectorID is an IPv6 address from one of the following four address pools: Global
3  Unicast, Site-Local Unicast, Link-Local Unicast and Reserved

4  This section describes the rules for assigning SectorID values to sectors in order to ensure
5  that the value of the SectorID is unique across operator networks, when the SectorID is a
6  Global Unicast address, Site-Local Unicast address, a Link-Local Unicast address or a
7  Reserved address.  If the SectorID is Global Unicast address, then the value of the SectorID
8  is globally unique.

9  10.9.1 Overview of Relevant Formats

10  10.9.1.1 Global Unicast IPv6 Address Format

11  Global Unicast addresses have the following format:

12
13           |       n bits        |  m bits   | 128-n-m bits |
14           +---------------------+-----------+--------------+
15           | global routing prefix | subnet ID | interface ID |
16           +---------------------+-----------+--------------+

17  **Figure 10.9.1.1-1. Global Unicast IPv6 Address Format**

Deleted: 10.9.1.1

18  For all Global Unicast addresses, except those that start with binary 000, the Interface ID
19  is required to be 64 bits long and to be constructed in Modified EUI-64 format.

20  10.9.1.2 Site-Local Unicast IPv6 Address Format

21  Addresses that start with binary 1111111011 are Site-Local Unicast addresses. However,
22  only Site-Local Unicast addresses of the following format have been defined.

23
24           |  10 bits   |  38 bits  |  16 bits  |   64 bits   |
25           +------------+-----------+-----------+--------------+
26           | 1111111011 |  00 ... 0 | subnet ID | interface ID |
27           +------------+-----------+-----------+--------------+

28  **Figure 10.9.1.2-1. Site-Local Unicast IPv6 Address Format**

Deleted: 10.9.1.2

29  The Interface ID is required to be 64 bits long and to be constructed in Modified EUI-64
30  format.

31  10.9.1.3 Link-Local Unicast IPv6 Address Format

32  Addresses that start with binary 1111111010 are Link-Local Unicast addresses. However,
33  only Link-Local addresses of the following format have been defined.

34

Common Algorithms and Data Structures

```
| 10 bits   | 54 bits   | 64 bits      |
+-----------+-----------+--------------+
| 1111111010| 00 ... 0  | interface ID |
+-----------+-----------+--------------+
```

**Figure 10.9.1.3-1. Link-Local Unicast IPv6 Address Format**

Deleted: 10.9.1.3

The Interface ID is required to be 64 bits long and to be constructed in Modified EUI-64 format.

10.9.1.4 Reserved IPv6 Address Format

Reserved addresses have the following format

```
| 8 bits    | 120 bits  |
+-----------+-----------+
| 00 ... 0  | SS ... S  |
+-----------+-----------+
```

**Figure 10.9.1.4-1. Format of the Reserved IPv6 Addresses**

Deleted: 10.9.1.4

However, the Unspecified address, the Loopback address, and the Embedded IPv4 addresses have been chosen from the Reserved Address pool. Therefore, the following values shall be excluded from the Reserved IPv6 address category for SectorID values.

```
| 127 bits  | 1 bit  |
+-----------+--------+
| 00 ... 0  |   0    |
+-----------+--------+
```

```
| 127 bits  | 1 bit  |
+-----------+--------+
| 00 ... 0  |   1    |
+-----------+--------+
```

```
| 80 bits   | 16 bits   | 32 bits      |
+-----------+-----------+--------------+
| 00 ... 0  | 00 ... 0  | IPv4 Address |
+-----------+-----------+--------------+
```

```
| 80 bits   | 16 bits   | 32 bits      |
+-----------+-----------+--------------+
| 00 ... 0  | 11 ... 1  | IPv4 Address |
+-----------+-----------+--------------+
```

**Figure 10.9.1.4-2. IPv6 Values That Are to be Avoided**

Deleted: 10.9.1.4

10.9.1.5 Modified EUI-64 Format

The Modified EUI-64 Format may take on one of two formats: the universally unique format and the locally unique (non-universally unique) format.

If the Modified EUI-64 value is universally unique, then it has the following format:

Common Algorithms and Data Structures                                       TIA-856-2

```
| 6 bits | 1 bit | 1 bit | 16 bits | 40 bits |
+--------+-------+-------+---------+---------+
| CCCCCC |   1   |   G   | CC ... C | MM ... M |
+--------+-------+-------+---------+---------+
```

**Figure 10.9.1.5-1. Universally Unique Modified EUI-64**

Deleted: 10.9.1.5

The "C" bits are a company identifier assigned to the manufacturer. The "M" bits are the bits chosen by the manufacturer to ensure that the values assigned by the manufacturer are unique. The "G" bit is the group/individual bit.

If the Modified EUI-64 value is locally unique, then it has the format:

```
| 6 bits | 1 bit | 57 bits |
+--------+-------+---------+
| LLLLLL |   0   | LL ... L |
+--------+-------+---------+
```

**Figure 10.9.1.5-2. Locally Unique Modified EUI-64**

Deleted: 10.9.1.5

where the L bits are local node identifier that is chosen such that it is unique on the link.

10.9.2 SectorID Construction

The access network shall construct the SectorID to be either a Globally Unique SectorID or a Locally Unique SectorID as described below.

If a Globally Unique SectorID is used, the SectorID is universally unique by construction.

If a Locally Unique SectorID is used, it is the responsibility of the network to ensure the uniqueness of the SectorID throughout the networks that the access terminal can visit.

10.9.2.1 Construction of Globally Unique SectorID

There are multiple methods by which a network can be uniquely identified. Networks connected to IPv6 networks are uniquely identified using an IPv6 subnet prefix. Networks connected to the ANSI-41 core are uniquely identified using a System Identifier (SID). Networks connected to the GSM/UMTS® core are uniquely identified using a Mobile Country Code (MCC) and a Mobile Network Code (MNC). Networks connected to IPv4 networks are uniquely identified using an IPv4 subnet prefix.

It is likely that different operators will have different preferences when it comes to which type of unique identifier to use. Therefore, the following proposal allows the operator to use an IPv6 unique identifier, an ANSI-41 unique identifier, a GSM/UMTS® unique identifier, or an IPv4 unique identifier, while ensuring that the SectorID is unique across operator networks.

10.9.2.1.1 SectorID Based On an IPv6 Unique Identifier

When the SectorID is based on an IPv6 unique identifier, the SectorID shall be any Global Unicast IPv6 Address that has been assigned to the operator and that does not start with

Common Algorithms and Data Structures

1  binary 00000000. The Global Unicast IPv6 addresses that start with binary 00000000 are
2  excluded because the conflict with the Reserved addresses.

3  An Operator that has not been assigned any IPv6 addresses but has been assigned at least
4  one globally unique IPv4 address may construct a Global Unicast IPv6 address using the
5  6to4 method described in [13].

> Deleted: [13]

6  10.9.2.1.2 SectorID Not Based On an IPv6 Unique Identifier

7  When the SectorID is not based on an IPv6 unique identifier, the SectorID shall be a Site-
8  Local Unicast IPv6 Address, a Link-Local Unicast IPv6 Address or a Reserved IPv6 Address.
9  When the SectorID is a Site-Local Unicast IPv6 Address or a Link-Local Unicast IPv6
10  Address, the interface ID shall be a locally unique Modified EUI-64 value.

11  As is shown below for Site-Local Unicast, Link-Local Unicast and Reserved, there are
12  certain bits of the addresses that must take on fixed values in order to meet the IPv6
13  address requirements. The remaining bits (denoted by "S") are used to create unique
14  SectorID values. Therefore, the number of bits available for creating the unique SectorID is
15  79, 63 and 120 bits for Site-Local Unicast, Link-Local Unicast and Reserved, respectively.

```
17  | 10 bits    | 38 bits   | 16 bits   | 6 bits   | 1 bit | 57 bits  |
18  +------------+-----------+-----------+----------+-------+----------+
19  | 1111111011 | 00 ... 0  | SS ... S  | SSSSSS   |   0   | SS ... S |
20  +------------+-----------+-----------+----------+-------+----------+
```

21  **Figure 10.9.2.1.2-1. "S" bits in the Site-Local Unicast IPv6 Address Format**

> Deleted: 10.9.2.1.2

```
23  | 10 bits    | 54 bits   | 6 bits   | 1 bit | 57 bits  |
24  +------------+-----------+----------+-------+----------+
25  | 1111111010 | 00 ... 0  | SSSSSS   |   0   | SS ... S |
26  +------------+-----------+----------+-------+----------+
```

27  **Figure 10.9.2.1.2-2. "S" bits in the Link-Local Unicast IPv6 Address Format**

> Deleted: 10.9.2.1.2

```
29  | 8 bits   | 120 bits |
30  +----------+----------+
31  | 00 ... 0 | SS ... S |
32  +----------+----------+
```

33  **Figure 10.9.2.1.2-3. "S" bits in the Reserved IPv6 Address Format**

> Deleted: 10.9.2.1.2

34  The "S" bits are further broken down into the following sub-fields

```
36  | #P bits    | #T bits    | #N bits    | #X bits    |
37  +------------+------------+------------+------------+
38  | 00 ... 01  | TT ... T   | NN ... N   | XX ... X   |
39  +------------+------------+------------+------------+
```

1        **Figure 10.9.2.1.2-4. sub-fields of the "S" bits**

Deleted: 10.9.2.1.2

2    where the "T" bits identify the type of unique identifier (IPv4, GSM/UMTS or ANSI-41), the
3    "N" bits are the operator's unique identifier, the "X" bits are operator selected bits (i.e., bits
4    selected by the operator).

5    The "P" bits, which are a run of zero or more 0's followed by one 1, allow for flexible
6    positioning of the unique identifier within the IPv6 address.  The number of "P" bits shall
7    be less than or equal to 64.  This is to ensure that the addresses in the Reserved IPv6
8    address format category for SectorID do not collide with the Locally Unique SectorIDs
9    (because the number of leading zeros in the SectorID in the Reserved IPv6 address format
10   category is less than 72).

11   The "T" bits shall be chosen such that the values are prefix free.

12   The following sections specify how the "T" bits, the "N" bits, and the "X" bits are assigned
13   for each of the unique identifier types defined in this document (that is, ANSI-41,
14   GSM/UMTS, and IPv4).

15   10.9.2.1.2.1 ANSI-41 Method

16   Ignoring bits in the SectorID that shall take on fixed values in order to meet IPv6
17   requirements, the SectorID format is as follows:

```
        |  #P bits  |  2 bit   |  15 bits  |  #X bits  |
        +-----------+----------+-----------+-----------+
        |  00 ... 01  |    00    |    SID    |  XX ... X  |
        +-----------+----------+-----------+-----------+
        |  PP ... P  |  TT ... T  |  NN ... N  |  XX ... X  |
```

24       **Figure 10.9.2.1.2.1-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for**
25                              **the ANSI-41 Method**

Deleted: 10.9.2.1.2.1

26   The "T" bits shall be set to the binary value '00'. The "N" bits shall be set to "SID", which is
27   the ANSI-41 System Identifier that has been assigned to the operator. The "X" bits shall be
28   set by the operator and shall be chosen to ensure that the SectorID values and
29   corresponding UATI values are unique within the operator's network. Therefore, there are
30   up to 61, 45, and 102 operator settable bits for Site-Local Unicast, Link-Local Unicast and
31   Reserved addresses, respectively.

32   10.9.2.1.2.2 GSM/UMTS Method

33   Ignoring bits in the SectorID that must take on fixed values in order to meet IPv6
34   requirements, the SectorID format is as follows:

```
        |  #P bits  |  2 bits  |  12 bits  |  12 bits  |  #X bits  |
        +-----------+----------+-----------+-----------+-----------+
        |  00 ... 01  |    01    |    MCC    |    MNC    |  XX ... X  |
        +-----------+----------+-----------+-----------+-----------+
        |  PP ... P  |  TT ... T  |      NN ... N      |  XX ... X  |
```

**Figure 10.9.2.1.2.2-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the GSM/UMTS Method**

<div style="float:right">Deleted: 10.9.2.1.2.2</div>

The "T" bits shall be set to the binary value '01'. The "N" bits shall be set to "MCC" and "MNC", which are the binary coded decimal versions of a Mobile Country Code and Mobile Network Code pair that have been assigned to the operator. The "X" bits shall be set by the operator and shall be chosen to ensure that the SectorID values and corresponding UATI values are unique within the operator's network. Therefore, there are up to 52, 36, and 93 operator settable bits for Site-Local Unicast, Link-Local Unicast and Reserved addresses, respectively.

10.9.2.1.2.3 IPv4 Unique Identifier

Ignoring bits in the SectorID that must take on fixed values in order to meet IPv6 requirements, the SectorID format is as follows:

```
| PP ... P  | 2 bits  |    #N bits       | #X bits  |
+-----------+---------+------------------+----------+
| 00 ... 01 |   10    | IPv4 Subnet Prefix | XX ... X |
+-----------+---------+------------------+----------+
| PP ... P  | TT ... T |    NN ... N      | XX ... X |
```

**Figure 10.9.2.1.2.3-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the IPv4 Method**

<div style="float:right">Deleted: 10.9.2.1.2.3</div>

The "T" bits shall be set to the binary value '10'. The "N" bits are set to "IPv4 Subnet Prefix", which is a prefix of a globally unique IPv4 subnet assigned to the operator. The "X" bits shall be set by the operator and shall be chosen to ensure that the SectorID values and corresponding UATI values are unique within the operator's network. Therefore, there are 52, 36, and 93 operator settable bits for Site-Local Unicast, Link-Local Unicast and Reserved addresses, respectively, assuming that "IPv4 Subnet Prefix" is a 24-bit prefix identifying an IPv4 class C subnet.

10.9.2.2 Construction of Locally Unique SectorID

The format of the Locally Unique SectorID is as follows:

```
|  72 bits  | #X bits  |
+-----------+----------+
| 00 ... 0  | XX ... X |
```

**Figure 10.9.2.2-1. Format of the Locally Unique SectorID**

<div style="float:right">Deleted: 10.9.2.2</div>

The "X" bits shall be set by the network to ensure the uniqueness of the SectorID throughout the networks that the access terminal can visit.

1    No text.

1    **11 ASSIGNED NAMES AND NUMBERS**

2    **11.1 Protocols**

3    Table 11.1-1 shows the Protocol Type and Protocol Subtypes assigned to the protocols

4    defined in this specification. An updated list of Protocol Types and Protocol Subtypes is

5    specified in [10].

> **Deleted:** Table 11.1-1

> **Deleted:** [10]

TIA-856-2                                                     Assigned Names And Numbers

1

**Table 11.1-1. Protocol Type and Subtypes**

Deleted: 11.1

| Protocol Type | | Protocol Subtype | | |
|---|---|---|---|---|
| Name | ID | Name | ID | Page |
| Physical Layer | 0x00 | Default Physical Layer | 0x0000 | 9-1 |
| Control Channel MAC | 0x01 | Default Control Channel MAC | 0x0000 | 8-5 |
| Access Channel MAC | 0x02 | Default Access Channel MAC | 0x0000 | 8-17 |
| Forward Traffic Channel MAC | 0x03 | Default Forward Traffic Channel MAC | 0x0000 | 8-35 |
| Reverse Traffic Channel MAC | 0x04 | Default Reverse Traffic Channel MAC | 0x0000 | 8-51 |
| Key Exchange | 0x05 | Default Key Exchange | 0x0000 | 7-13 |
| Key Exchange | 0x05 | DH Key Exchange | 0x0001 | 7-17 |
| Authentication | 0x06 | Default Authentication | 0x0000 | 7-38 |
| Authentication | 0x06 | SHA-1 Authentication | 0x0001 | 7-42 |
| Encryption | 0x07 | Default Encryption | 0x0000 | 7-49 |
| Security | 0x08 | Default Security | 0x0000 | 7-3 |
| Security | 0x08 | Generic Security | 0x0001 | 7-7 |
| Packet Consolidation | 0x09 | Default Packet Consolidation | 0x0000 | 6-92 |
| Air-Link Management | 0x0a | Default Air-Link Management | 0x0000 | 6-5 |
| Initialization State | 0x0b | Default Initialization State | 0x0000 | 6-17 |
| Idle State | 0x0c | Default Idle State | 0x0000 | 6-25 |
| Connected State | 0x0d | Default Connected State | 0x0000 | 6-41 |
| Route Update | 0x0e | Default Route Update | 0x0000 | 6-49 |

Deleted: 8-36
Deleted: 8-53
Deleted: 7-14
Deleted: 7-18
Deleted: 7-39
Deleted: 7-44
Deleted: 7-51
Deleted: 7-8
Deleted: 6-95
Deleted: 6-18
Deleted: 6-26
Deleted: 6-42
Deleted: 6-50

11-2

Assigned Names And Numbers                                    TIA-856-2

| Protocol Type | | Protocol Subtype | | Page |
|---|---|---|---|---|
| **Name** | **ID** | **Name** | **ID** | |
| Overhead Messages | 0x0f | Overhead Messages | 0x0000 | 6-101 |
| Session Management | 0x10 | Default Session Management | 0x0000 | 5-3 |
| Address Management | 0x11 | Default Address Management | 0x0000 | 5-15 |
| Session Configuration | 0x12 | Default Session Configuration | 0x0000 | 5-32 |
| Stream | 0x13 | Default Stream | 0x0000 | 4-1 |
| Stream 0 Application | 0x14 | Default Signaling Application | 0x0000 | 2-1 |
| Stream 1 Application | 0x15 | Default Packet Application bound to the access network. | 0x0001 | 3-1 |
| Stream 1 Application | 0x15 | Default Packet Application bound to the service network | 0x0002 | 3-1 |
| Stream 2 Application | 0x16 | Default Packet Application bound to the access network | 0x0001 | 3-1 |
| Stream 2 Application | 0x16 | Default Packet Application bound to the service network | 0x0002 | 3-1 |
| Stream 3 Application | 0x17 | Default Packet Application bound to the access network | 0x0001 | 3-1 |
| Stream 3 Application | 0x17 | Default Packet Application bound to the service network | 0x0002 | 3-1 |

**Deleted:** 6-104

**Deleted:** 5-16

**Deleted:** 5-34

1

Assigned Names And Numbers

1    **11.2 Messages**

2

Assigned Names And Numbers                                    TIA-856-2

| Protocol / Application | | Message | | Page |
|---|---|---|---|---|
| Subtype Name | Type ID | Name | ID | |
| Default Access Channel MAC | 0x02 | ACAck | 0x00 | 8-30 |
| Default Access Channel MAC | 0x02 | AccessParameters | 0x01 | 8-30 |
| DH Key Exchange | 0x05 | ANKeyComplete | 0x02 | 7-26 |
| DH Key Exchange | 0x05 | ATKeyComplete | 0x03 | 7-27 |
| Default Route Update | 0x0e | AttributeOverride | 0x05 | 6-79 |
| Default Route Update | 0x0e | AttributeOverrideResponse | 0x06 | 6-80 |
| Default Reverse Traffic Channel MAC | 0x04 | BroadcastReverseRateLimit | 0x01 | 8-61 |
| Default Session Configuration | 0x12 | ConfigurationComplete | 0x00 | 5-41 |
| Default Access Channel MAC | 0x02 | ConfigurationRequest | 0x50 | 8-20 |
| Default Address Management | 0x11 | ConfigurationRequest | 0x50 | 5-18 |
| Default Air-Link Management | 0x0a | ConfigurationRequest | 0x50 | 6-10 |
| Default Authnetication | 0x06 | ConfigurationRequest | 0x50 | 7-39 |
| Default Connected State | 0x0d | ConfigurationRequest | 0x50 | 6-43 |
| Default Control Channel MAC | 0x01 | ConfigurationRequest | 0x50 | 8-7 |
| Default Encryption | 0x07 | ConfigurationRequest | 0x50 | 7-50 |
| Default Forward Traffic Channel MAC | 0x03 | ConfigurationRequest | 0x50 | 8-38 |
| Default Idle State | 0x0c | ConfigurationRequest | 0x50 | 6-29 |
| Default Initialization State | 0x0b | ConfigurationRequest | 0x50 | 6-19 |
| Default Key Exchange | 0x05 | ConfigurationRequest | 0x50 | 7-14 |
| Default Packet | 0x15 – 0x17 | ConfigurationRequest | 0x50 | 3-3 |
| Default Packet Consolidation | 0x09 | ConfigurationRequest | 0x50 | 6-94 |
| Default Reverse Traffic Channel MAC | 0x04 | ConfigurationRequest | 0x50 | 8-54 |
| Default Route Update | 0x0e | ConfigurationRequest | 0x50 | 6-53 |
| Default Security | 0x08 | ConfigurationRequest | 0x50 | 7-4 |
| Default Session Configuration | 0x12 | ConfigurationRequest | 0x50 | 5-42 |
| Default Session Management | 0x10 | ConfigurationRequest | 0x50 | 5-6 |
| Default Signaling | 0x14 | ConfigurationRequest | 0x50 | 2-5 |
| Default Stream | 0x13 | ConfigurationRequest | 0x50 | 4-3 |

Deleted: 7-27
Deleted: 7-28
Deleted: 6-81
Deleted: 6-82
Deleted: 8-63
Deleted: 5-43
Deleted: 5-19
Deleted: 7-40
Deleted: 6-44
Deleted: 7-52
Deleted: 8-39
Deleted: 6-30
Deleted: 6-20
Deleted: 7-15
Deleted: 6-97
Deleted: 8-56
Deleted: 6-54
Deleted: 5-44
Deleted: 2-6

11-5

TIA-856-2                                 Assigned Names And Numbers

| Protocol / Application | | Message | | Page |
|---|---|---|---|---|
| **Subtype Name** | **Type ID** | **Name** | **ID** | |
| DH Key Exchange | 0x05 | ConfigurationRequest | 0x50 | 7-28 |
| Generic Security | 0x08 | ConfigurationRequest | 0x50 | 7-8 |
| Overhead Messages | 0x0f | ConfigurationRequest | 0x50 | 6-103 |
| SHA-1 Authentication | 0x06 | ConfigurationRequest | 0x50 | 7-43 |
| Default Access Channel MAC | 0x02 | ConfigurationResponse | 0x51 | 8-20 |
| Default Address Management | 0x11 | ConfigurationResponse | 0x51 | 5-19 |
| Default Air-Link Management | 0x0a | ConfigurationResponse | 0x51 | 6-10 |
| Default Authnetication | 0x06 | ConfigurationResponse | 0x51 | 7-40 |
| Default Connected State | 0x0d | ConfigurationResponse | 0x51 | 6-44 |
| Default Control Channel MAC | 0x01 | ConfigurationResponse | 0x51 | 8-8 |
| Default Encryption | 0x07 | ConfigurationResponse | 0x51 | 7-51 |
| Default Forward Traffic Channel MAC | 0x03 | ConfigurationResponse | 0x51 | 8-38 |
| Default Idle State | 0x0c | ConfigurationResponse | 0x51 | 6-29 |
| Default Initialization State | 0x0b | ConfigurationResponse | 0x51 | 6-20 |
| Default Key Exchange | 0x05 | ConfigurationResponse | 0x51 | 7-15 |
| Default Packet | 0x15 – 0x17 | ConfigurationResponse | 0x51 | 3-4 |
| Default Packet Consolidation | 0x09 | ConfigurationResponse | 0x51 | 6-95 |
| Default Reverse Traffic Channel MAC | 0x04 | ConfigurationResponse | 0x51 | 8-54 |
| Default Route Update | 0x0e | ConfigurationResponse | 0x51 | 6-53 |
| Default Security | 0x08 | ConfigurationResponse | 0x51 | 7-5 |
| Default Session Configuration | 0x12 | ConfigurationResponse | 0x51 | 5-42 |
| Default Session Management | 0x10 | ConfigurationResponse | 0x51 | 5-6 |
| Default Signaling | 0x14 | ConfigurationResponse | 0x51 | 2-6 |
| Default Stream | 0x13 | ConfigurationResponse | 0x51 | 4-4 |
| DH Key Exchange | 0x05 | ConfigurationResponse | 0x51 | 7-28 |
| Generic Security | 0x08 | ConfigurationResponse | 0x51 | 7-9 |
| Overhead Messages | 0x0f | ConfigurationResponse | 0x51 | 6-104 |
| SHA-1 Authentication | 0x06 | ConfigurationResponse | 0x51 | 7-44 |
| Default Session Configuration | 0x12 | ConfigurationStart | 0x01 | 5-42 |
| Default Connected State | 0x0d | ConnectionClose | 0x00 | 6-47 |

Deleted: 7-29
Deleted: 7-9
Deleted: 6-106
Deleted: 7-45

Deleted: 5-20

Deleted: 7-41
Deleted: 6-45

Deleted: 7-53
Deleted: 8-39

Deleted: 6-30
Deleted: 6-21
Deleted: 7-16

Deleted: 6-98
Deleted: 8-57

Deleted: 6-54

Deleted: 5-45
Deleted: 5-7

Deleted: 7-29
Deleted: 7-10
Deleted: 6-107
Deleted: 7-46
Deleted: 5-44
Deleted: 6-48

| Protocol / Application | | Message | | Page |
|---|---|---|---|---|
| Subtype Name | Type ID | Name | ID | |
| Default Idle State | 0x0c | ConnectionDeny | 0x02 | 6-37 |
| Default Idle State | 0x0c | ConnectionRequest | 0x01 | 6-36 |
| Default Packet | 0x15 – 0x17 | DataReady | 0x0b | 3-23 |
| Default Packet | 0x15 – 0x17 | DataReadyAck | 0x0c | 3-23 |
| Default Forward Traffic Channel MAC | 0x03 | FixedModeEnable | 0x00 | 8-46 |
| Default Forward Traffic Channel MAC | 0x03 | FixedModeXoff | 0x01 | 8-47 |
| Default Address Management | 0x11 | HardwareIDRequest | 0x03 | 5-28 |
| Default Address Management | 0x11 | HardwareIDResponse | 0x04 | 5-29 |
| Default Session Management | 0x10 | KeepAliveRequest | 0x02 | 5-12 |
| Default Session Management | 0x10 | KeepAliveResponse | 0x03 | 5-13 |
| DH Key Exchange | 0x05 | KeyRequest | 0x00 | 7-25 |
| DH Key Exchange | 0x05 | KeyResponse | 0x01 | 7-26 |
| Default Packet | 0x15 – 0x17 | LocationAssignment | 0x05 | 3-14 |
| Default Packet | 0x15 – 0x17 | LocationComplete | 0x06 | 3-15 |
| Default Packet | 0x15 – 0x17 | LocationRequest | 0x03 | 3-13 |
| Default Packet | 0x15 – 0x17 | LocationNotification | 0x04 | 3-13 |
| Default Packet | 0x15 – 0x17 | Nak | 0x02 | 3-10 |
| Default Route Update | 0x0e | NeighborList | 0x04 | 6-76 |
| Default Idle State | 0x0c | Page | 0x00 | 6-36 |
| Overhead Messages | 0x0f | QuickConfig | 0x00 | 6-107 |
| Default Air-Link Management | 0x0a | Redirect | 0x00 | 6-15 |
| Default Packet | 0x15 – 0x17 | Reset | 0x00 | 3-9 |
| Default Signaling | 0x14 | Reset | 0x00 | 2-19 |
| Default Packet | 0x15 – 0x17 | ResetAck | 0x01 | 3-9 |
| Default Signaling | 0x14 | ResetAck | 0x01 | 2-19 |
| Default Route Update | 0x0e | ResetReport | 0x03 | 6-76 |
| Default Route Update | 0x0e | RouteUpdate | 0x00 | 6-70 |
| Default Reverse Traffic Channel MAC | 0x04 | RTCAck | 0x00 | 8-60 |

Deleted: 6-38
Deleted: 6-37
Deleted: 8-47
Deleted: 8-48
Deleted: 5-30
Deleted: 5-30
Deleted: 5-13
Deleted: 7-26
Deleted: 7-27
Deleted: 6-78
Deleted: 6-37
Deleted: 6-111
Deleted: 3-10
Deleted: 6-77
Deleted: 6-72
Deleted: 8-63

TIA-856-2                                    Assigned Names And Numbers

| Protocol / Application | | Message | | Page |
|---|---|---|---|---|
| Subtype Name | Type ID | Name | ID | |
| Overhead Messages | 0x0f | SectorParameters | 0x01 | 6-109 |
| Default Session Management | 0x10 | SessionClose | 0x01 | 5-11 |
| Default Initialization State | 0x0b | Sync | '00' | 6-22 |
| Default Route Update | 0x0e | TrafficChannelAssignment | 0x01 | 6-72 |
| Default Route Update | 0x0e | TrafficChannelComplete | 0x02 | 6-75 |
| Default Address Management | 0x11 | UATIAssignment | 0x01 | 5-26 |
| Default Address Management | 0x11 | UATIComplete | 0x02 | 5-27 |
| Default Address Management | 0x11 | UATIRequest | 0x00 | 5-26 |
| Default Reverse Traffic Channel MAC | 0x04 | UnicastReverseRateLimit | 0x02 | 8-62 |
| Default Packet | 0x15 – 0x17 | XoffRequest | 0x09 | 3-22 |
| Default Packet | 0x15 – 0x17 | XoffResponse | 0x0a | 3-22 |
| Default Packet | 0x15 – 0x17 | XonRequest | 0x07 | 3-21 |
| Default Packet | 0x15 – 0x17 | XonResponse | 0x08 | 3-22 |

Deleted: 6-112

Deleted: 6-23

Deleted: 6-74

Deleted: 6-77

Deleted: 5-27

Deleted: 5-29

Deleted: 5-27

Deleted: 8-65

1

11-8

