1  **Philip A. Seplow, Esq.**
**Attorney #004859**
2  **2000 North 7th Street**
**Phoenix, AZ  85006**
3  **(602) 254-8817**

4

5  **Shadow Counsel for Defendant**

6               IN THE UNITED STATES DISTRICT COURT

7                      DISTRICT OF ARIZONA

8  United States of America,   )   Case No. CR 08-0814-PHX-DGC
                               )
9                  Plaintiff,  )
                               )   THIRD NOTICE OF FILING OF DOCUMENTS
10           vs.               )   IN SUPPORT OF DEFENDANT'S MOTION
                               )   FOR RECONSIDERATION RE: DOCUMENT
11  Daniel David Rigmaiden,    )   NUMBER 810
                               )
12                 Defendant.  )
    _____ )
13

14          COMES NOW the Defendant, Daniel David Rigmaiden, by and

15  through his undersigned shadow counsel, and hereby gives notice of

16  the filing of the following documents in support of his Motion for

17  Reconsideration re: Document number 810:

18  (8)   Telecommunications Industry Association, TIA-856-B (Revision
          of TIA-856-A), cdma2000 High Rate Packet Data Air Interface
19        Specification (Arlington, VA: Oct. 2007);

20  (9)   Telecommunications Industry Association, ANSI/TIA-878-2
          (Addenda to TIA-878), Interoperability Specification (IOS)
21        for High Rate Packet Data (HRPD) Radio Access Network
          Interfaces with Session Control in the Access Network
22        (Arlington, VA: May 2008);

23  (10) Telecommunications Industry Association, TIA-1157-A,
         Signaling Conformance Test Specification for Interworking of
24       CDMA2000 1X and High Rate Packet Data Systems, Revision A
         (Arlington, VA: Aug. 2010);

25
26  (11) Telecommunications Industry Association, TIA-925-1 [E]
         (Addendum to TIA-925), Enhanced Subscriber Privacy for
         cdma2000 High Rate Packet Data - Addendum 1 (Arlington, VA:
27       Sept. 2007)

28  / / /

                              1

1        This Notice and attachments are being filed at the request

2   and direction of Daniel Rigmaiden, Defendant *pro se*.

3              RESPECTFULLY SUBMITTED this 9th day of May, 2012.

4                              PHILIP A. SEPLOW, ESQ.

5

6                              By: s/Philip A. Seplow
                                   Philip A. Seplow, Esq.
7                                  Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2

1                          CERTIFICATE OF SERVICE

2    ___X___   I hereby certify that on May 9, 2012, I electronically
     transmitted the attached document to the Clerk's Office using the
3    CM/ECF System for filing and transmittal of a Notice of Electronic
     Filing to the following CM/ECF registrants:
4
              Frederick Battista, Esq.
5             Assistant United States Attorney

6             Attorneys for all codefendants of record

7    __X_  I hereby certify that on May 9, 2012, I served the attached
     document by first class mail on the following, who are not registered
8    participants of the CM/ECF System:

9             Daniel Rigmaiden
              Reg# 10966111
10            CCA
              P O Box 6300
11            Florence AZ  85132-6300
              Defendant *pro se*

12

13                                        S/ Philip A. Seplow

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3