Submission Of Documents In Support Of
Motion For Reconsideration Of Doc. No. 810.

Attachment No. 08

# TIA
# STANDARD

## cdma2000® High Rate Packet Data Air Interface Specification

## TIA-856-B
**(Revision of TIA-856-A)**

**October 2007**

**TELECOMMUNICATIONS INDUSTRY ASSOCIATION**



Representing the telecommunications industry in association with the Electronic Industries Alliance



NOTICE

TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for their particular need. The existence of such Standards and Publications shall not in any respect preclude any member or non-member of TIA from manufacturing or selling products not conforming to such Standards and Publications. Neither shall the existence of such Standards and Publications preclude their voluntary use by Non-TIA members, either domestically or internationally.

Standards and Publications are adopted by TIA in accordance with the American National Standards Institute (ANSI) patent policy. By such action, TIA does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the Standard or Publication.

This Standard does not purport to address all safety problems associated with its use or all applicable regulatory requirements. It is the responsibility of the user of this Standard to establish appropriate safety and health practices and to determine the applicability of regulatory limitations before its use.

(From Project No. 3-4875-RV2, formulated under the cognizance of the TIA TR-45 Mobile & Personal Communications Systems, TR-45.5 Subcommittee on Spread Spectrum Digital Technology).

Published by

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION
Standards and Technology Department
2500 Wilson Boulevard
Arlington, VA 22201 U.S.A.

**PRICE:  Please refer to current Catalog of
TIA TELECOMMUNICATIONS INDUSTRY ASSOCIATION STANDARDS
AND ENGINEERING PUBLICATIONS
or call Information Handling Services, USA and Canada
(1-877-413-5187) International (303-397-2896)
or search online at http://www.tiaonline.org/standards/catalog/**

All rights reserved
Printed in U.S.A.

# NOTICE OF COPYRIGHT

# This document is copyrighted by the TIA.

**Reproduction of these documents either in hard copy or soft copy (including posting on the web) is prohibited without copyright permission.** For copyright permission to reproduce portions of this document, please contact TIA Standards Department or go to the TIA website (www.tiaonline.org) for details on how to request permission.  Details are located at:

http://www.tiaonline.org/standards/catalog/info.cfm#copyright

OR

Telecommunications Industry Association
Standards & Technology Department
2500 Wilson Boulevard, Suite 300
Arlington, VA 22201  USA
+1(703)907-7700

Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information, contact:

IHS
15 Inverness Way East
Englewood, CO 80112-5704 or call
U.S.A. and Canada (1-800-413-5187)
International  (303-397-2896)

## NOTICE OF DISCLAIMER AND LIMITATION OF LIABILITY

The document to which this Notice is affixed (the "Document") has been prepared by one or more Engineering Committees or Formulating Groups of the Telecommunications Industry Association ("TIA"). TIA is not the author of the Document contents, but publishes and claims copyright to the Document pursuant to licenses and permission granted by the authors of the contents.

TIA Engineering Committees and Formulating Groups are expected to conduct their affairs in accordance with the TIA Engineering Manual ("Manual"), the current and predecessor versions of which are available at http://www.tiaonline.org/standards/procedures/manuals/TIA's function is to administer the process, but not the content, of document preparation in accordance with the Manual and, when appropriate, the policies and procedures of the American National Standards Institute ("ANSI"). TIA does not evaluate, test, verify or investigate the information, accuracy, soundness, or credibility of the contents of the Document. In publishing the Document, TIA disclaims any undertaking to perform any duty owed to or for anyone.

If the Document is identified or marked as a project number (PN) document, or as a standards proposal (SP) document, persons or parties reading or in any way interested in the Document are cautioned that: (a) the Document is a proposal; (b) there is no assurance that the Document will be approved by any Committee of TIA or any other body in its present or any other form; (c) the Document may be amended, modified or changed in the standards development or any editing process.

The use or practice of contents of this Document may involve the use of intellectual property rights ("IPR"), including pending or issued patents, or copyrights, owned by one or more parties. TIA makes no search or investigation for IPR. When IPR consisting of patents and published pending patent applications are claimed and called to TIA's attention, a statement from the holder thereof is requested, all in accordance with the Manual. TIA takes no position with reference to, and disclaims any obligation to investigate or inquire into, the scope or validity of any claims of IPR. TIA will neither be a party to discussions of any licensing terms or conditions, which are instead left to the parties involved, nor will TIA opine or judge whether proposed licensing terms or conditions are reasonable or non-discriminatory. TIA does not warrant or represent that procedures or practices suggested or provided in the Manual have been complied with as respects the Document or its contents.

If the Document contains one or more Normative References to a document published by another organization ("other SSO") engaged in the formulation, development or publication of standards (whether designated as a standard, specification, recommendation or otherwise), whether such reference consists of mandatory, alternate or optional elements (as defined in the TIA Engineering Manual, 4th edition) then (i) TIA disclaims any duty or obligation to search or investigate the records of any other SSO for IPR or letters of assurance relating to any such Normative Reference; (ii) TIA's policy of encouragement of voluntary disclosure (see Engineering Manual Section 6.5.1) of Essential Patent(s) and published pending patent applications shall apply; and (iii) Information as to claims of IPR in the records or publications of the other SSO shall not constitute identification to TIA of a claim of Essential Patent(s) or published pending patent applications.

TIA does not enforce or monitor compliance with the contents of the Document. TIA does not certify, inspect, test or otherwise investigate products, designs or services or any claims of compliance with the contents of the Document.

ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING WITHOUT LIMITATION, ANY AND ALL WARRANTIES CONCERNING THE ACCURACY OF THE CONTENTS, ITS FITNESS OR APPROPRIATENESS FOR A PARTICULAR PURPOSE OR USE, ITS MERCHANTABILITY AND ITS NONINFRINGEMENT OF ANY THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. TIA EXPRESSLY DISCLAIMS ANY AND ALL RESPONSIBILITIES FOR THE ACCURACY OF THE CONTENTS AND MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE CONTENT'S COMPLIANCE WITH ANY APPLICABLE STATUTE, RULE OR REGULATION, OR THE SAFETY OR HEALTH EFFECTS OF THE CONTENTS OR ANY PRODUCT OR SERVICE REFERRED TO IN THE DOCUMENT OR PRODUCED OR RENDERED TO COMPLY WITH THE CONTENTS.

TIA SHALL NOT BE LIABLE FOR ANY AND ALL DAMAGES, DIRECT OR INDIRECT, ARISING FROM OR RELATING TO ANY USE OF THE CONTENTS CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION ANY AND ALL INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING NEGATION OF DAMAGES IS A FUNDAMENTAL ELEMENT OF THE USE OF THE CONTENTS HEREOF, AND THESE CONTENTS WOULD NOT BE PUBLISHED BY TIA WITHOUT SUCH LIMITATIONS.

## CONTENTS

1  FOREWORD ...................................................................................................... cv

2  NOTES .............................................................................................................. cvi

3  REFERENCES .................................................................................................... cvi

4  1 Overview ........................................................................................................ 1-1

5  1.1 Scope of This Document ............................................................................ 1-1

6  1.2 Requirements Language ............................................................................ 1-1

7  1.3 Architecture Reference Model ................................................................... 1-1

8  1.4 Protocol Architecture ................................................................................ 1-2

9  1.4.1 Layers ...................................................................................................... 1-2

10  1.5 Physical Layer Channels ............................................................................ 1-3

11  1.6 Protocols .................................................................................................... 1-4

12  1.6.1 Interfaces ................................................................................................. 1-4

13  1.6.2 States ....................................................................................................... 1-5

14  1.6.3 InUse and InConfiguration Protocol/Application Instances .................. 1-5

15  1.6.3.1 InConfiguration Instantiation ............................................................... 1-6

16  1.6.3.1.1 Protocol Instantiation ....................................................................... 1-6

17  1.6.3.1.2 Application Instantiation ................................................................... 1-6

18  1.6.3.2 Protocol Initialization .......................................................................... 1-6

19  1.6.3.3 Procedures and Messages .................................................................... 1-6

20  1.6.3.3.1 Commit Procedures ........................................................................... 1-6

21  1.6.4 Common Commands ............................................................................... 1-7

22  1.6.5 Protocol Negotiation ............................................................................... 1-7

23  1.6.6 Protocol Overview ................................................................................... 1-7

24  1.7 Default Applications .................................................................................. 1-11

25  1.8 Streams ...................................................................................................... 1-12

26  1.9 Sessions and Connections ......................................................................... 1-12

27  1.10 Security .................................................................................................... 1-12

28  1.11 Terms ....................................................................................................... 1-12

29  1.12 Notation ................................................................................................... 1-17

30  1.13 Malfunction Detection ............................................................................ 1-18

31  1.14 CDMA System Time ............................................................................... 1-18

32  1.15 Revision Number ..................................................................................... 1-20

TIA-856-B

## CONTENTS

2 Default Signaling Application ............................................................................. 2-1

2.1 Introduction ......................................................................................................... 2-1

2.1.1 General Overview .......................................................................................... 2-1

2.1.2 Public Data ................................................................................................... 2-1

2.1.3 Data Encapsulation for the InUse Instance of the Signaling Application .......... 2-1

2.2 Protocol Initialization .......................................................................................... 2-3

2.2.1 Protocol Initialization for the InConfiguration Application Instance ................ 2-3

2.2.2 Protocol Initialization for the InUse Application Instance ............................... 2-3

2.3 General Signaling Requirements .......................................................................... 2-3

2.3.1 General Requirements ................................................................................... 2-3

2.3.2 Message Information ...................................................................................... 2-4

2.4 Procedures and Messages for the InConfiguration Instance of the Signaling
Application ........................................................................................................... 2-5

2.4.1 Procedures .................................................................................................... 2-5

2.4.2 Commit Procedures ....................................................................................... 2-5

2.4.3 Message Formats .......................................................................................... 2-6

2.4.3.1 ConfigurationRequest .............................................................................. 2-6

2.4.3.2 ConfigurationResponse ............................................................................ 2-6

2.5 Signaling Network Protocol .................................................................................. 2-7

2.5.1 Overview ....................................................................................................... 2-7

2.5.2 Primitives and Public Data ............................................................................ 2-7

2.5.2.1 Commands ............................................................................................... 2-7

2.5.2.2 Return Indications .................................................................................... 2-7

2.5.3 Protocol Data Unit ........................................................................................ 2-7

2.5.4 Procedures and Messages for the InUse Instance of the Protocol ................... 2-8

2.5.4.1 Procedures ............................................................................................... 2-8

2.5.4.2 Type Definitions ....................................................................................... 2-8

2.5.4.3 Messages ................................................................................................. 2-9

2.5.4.4 SNP Header ............................................................................................. 2-10

2.5.4.5 Interface to Other Protocols ..................................................................... 2-10

2.5.4.5.1 Commands ............................................................................................ 2-10

2.5.4.5.2 Indications ........................................................................................... 2-10

**CONTENTS**

2.6 Signaling Link Protocol .................................................................................2-12

2.6.1 Overview ........................................................................................2-12

2.6.2 Primitives and Public Data.............................................................2-12

2.6.2.1 Commands ............................................................................2-12

2.6.2.2 Return Indications ................................................................2-12

2.6.3 Protocol Data Unit ........................................................................2-12

2.6.4 Procedures .....................................................................................2-12

2.6.4.1 Reset .....................................................................................2-12

2.6.4.2 Delivery Layer Procedures ...................................................2-13

2.6.4.2.1 General Procedures ........................................................2-13

2.6.4.2.1.1 Transmitter Requirements........................................2-13

2.6.4.2.1.2 Receiver Requirements .............................................2-13

2.6.4.2.2 Best Effort Delivery Procedures ...................................2-13

2.6.4.2.2.1 Transmitter Requirements........................................2-13

2.6.4.2.2.2 Receiver Requirements .............................................2-13

2.6.4.2.3 Reliable Delivery Procedures .......................................2-13

2.6.4.2.3.1 Overview ...................................................................2-13

2.6.4.2.3.2 Initialization .............................................................2-14

2.6.4.2.3.3 Data Transfer ............................................................2-14

2.6.4.2.3.3.1 Transmit Procedures ...........................................2-14

2.6.4.2.3.3.2 Receive Procedures ............................................2-15

2.6.4.3 Fragmentation Layer Procedures..........................................2-16

2.6.4.3.1 Overview .......................................................................2-16

2.6.4.3.2 Initialization ..................................................................2-16

2.6.4.3.3 Data Transfer .................................................................2-17

2.6.4.3.4 Sender Requirements.....................................................2-17

2.6.4.3.5 Receiver Requirements..................................................2-17

2.6.5 Header Formats ..............................................................................2-18

2.6.5.1 SLP-F Header........................................................................2-18

2.6.5.2 SLP-D Header .......................................................................2-19

2.6.6 Message Formats............................................................................2-20

2.6.6.1 Reset .....................................................................................2-20

# CONTENTS

2.6.6.2 ResetAck ................................................................................. 2-20

2.6.6.3 Protocol Numeric Constants .................................................. 2-21

2.6.7 Interface to Other Protocols ...................................................... 2-21

2.6.7.1 Commands ............................................................................ 2-21

2.6.7.2 Indications ............................................................................ 2-21

2.7 Configuration Attributes for the Default Signaling Application ............... 2-21

2.8 Session State Information ......................................................................... 2-22

3 Default Packet Application ............................................................................. 3-1

3.1 Introduction .............................................................................................. 3-1

3.1.1 General Overview ....................................................................... 3-1

3.1.2 Public Data ................................................................................. 3-1

3.1.3 Data Encapsulation for the InUse Instance of the Application ......... 3-1

3.2 Protocol Initialization ............................................................................... 3-2

3.2.1 Protocol Initialization for the InConfiguration Application Instance ......... 3-2

3.3 Procedures and Messages for the InConfiguration Instance of the Packet Application ........................................................................................... 3-2

3.3.1 Procedures ................................................................................. 3-2

3.3.2 Commit Procedures .................................................................... 3-3

3.3.3 Message Formats ....................................................................... 3-3

3.3.3.1 ConfigurationRequest ........................................................... 3-3

3.3.3.2 ConfigurationResponse ......................................................... 3-4

3.4 Radio Link Protocol .................................................................................. 3-5

3.4.1 Overview .................................................................................... 3-5

3.4.2 Primitives and Public Data ......................................................... 3-5

3.4.2.1 Commands ............................................................................ 3-5

3.4.2.2 Return Indications .................................................................. 3-5

3.4.3 Protocol Data Unit ...................................................................... 3-5

3.4.4 Procedures and Messages for the InUse Instance of the Protocol ........... 3-5

3.4.4.1 Procedures ............................................................................ 3-5

3.4.4.1.1 Initialization and Reset ...................................................... 3-5

3.4.4.1.1.1 Initialization Procedure .................................................. 3-6

3.4.4.1.1.2 Reset Procedure ............................................................ 3-6

# CONTENTS

3.4.4.1.1.2.1 Reset Procedure for the Initiating Side ......................................3-6

3.4.4.1.1.2.2 Reset Procedure for the Responding Side..................................3-6

3.4.4.1.2 Data Transfer ...............................................................................3-7

3.4.4.1.2.1 RLP Transmit Procedures ........................................................3-7

3.4.4.1.2.2 RLP Receive Procedures .........................................................3-8

3.4.4.2 RLP Packet Header .........................................................................3-9

3.4.4.3 Message Formats ...........................................................................3-9

3.4.4.3.1 Reset ..........................................................................................3-9

3.4.4.3.2 ResetAck ....................................................................................3-9

3.4.4.3.3 Nak ...........................................................................................3-10

3.4.4.4 Interface to Other Protocols .........................................................3-11

3.4.4.4.1 Commands ................................................................................3-11

3.4.4.4.2 Indications ................................................................................3-11

3.4.4.5 RLP Packet Priorities ....................................................................3-11

3.4.5 Protocol Numeric Constants ...........................................................3-11

3.5 Location Update Protocol .....................................................................3-12

3.5.1 Overview ...........................................................................................3-12

3.5.2 Primitives and Public Data................................................................3-12

3.5.2.1 Commands ....................................................................................3-12

3.5.2.2 Return Indications .........................................................................3-12

3.5.3 Protocol Data Unit ............................................................................3-12

3.5.4 Procedures and Messages for the InUse Instance of the Protocol...................3-12

3.5.4.1 Procedures ....................................................................................3-12

3.5.4.1.1 Access Network Requirements...................................................3-12

3.5.4.1.2 Access Terminal Requirements...................................................3-12

3.5.4.2 Message Formats ..........................................................................3-13

3.5.4.2.1 LocationRequest.........................................................................3-13

3.5.4.2.2 LocationNotification ..................................................................3-13

3.5.4.2.3 LocationAssignment ..................................................................3-14

3.5.4.2.4 LocationComplete .....................................................................3-15

3.5.4.3 Interface to Other Protocols .........................................................3-15

3.5.4.3.1 Commands...................................................................................3-15

**CONTENTS**

3.5.4.3.2 Indications ................................................................................. 3-15

3.6 Flow Control Protocol ................................................................................. 3-16

3.6.1 Overview ................................................................................................. 3-16

3.6.2 Primitives and Public Data ........................................................................ 3-16

3.6.2.1 Commands ........................................................................................ 3-16

3.6.2.2 Return Indications ............................................................................ 3-17

3.6.3 Protocol Data Unit ................................................................................... 3-17

3.6.4 Procedures and Messages for the InUse Instance of the Protocol ................. 3-17

3.6.4.1 Procedures ....................................................................................... 3-17

3.6.4.1.1 Transmission and Processing of DataReady Message ....................... 3-17

3.6.4.1.2 Close State ................................................................................... 3-17

3.6.4.1.2.1 Access Terminal Requirements .................................................... 3-17

3.6.4.1.2.2 Access Network Requirements .................................................... 3-17

3.6.4.1.3 Open State .................................................................................... 3-17

3.6.4.1.3.1 Access Terminal Requirements .................................................... 3-18

3.6.4.1.3.2 Access Network Requirements .................................................... 3-18

3.6.4.2 Message Formats .............................................................................. 3-18

3.6.4.2.1 XonRequest ................................................................................. 3-18

3.6.4.2.2 XonResponse ............................................................................... 3-18

3.6.4.2.3 XoffRequest ................................................................................ 3-19

3.6.4.2.4 XoffResponse .............................................................................. 3-19

3.6.4.2.5 DataReady ................................................................................... 3-19

3.6.4.2.6 DataReadyAck ............................................................................. 3-20

3.6.5 Interface to Other Protocols ..................................................................... 3-20

3.6.5.1 Commands ........................................................................................ 3-20

3.6.5.2 Indications ....................................................................................... 3-20

3.6.6 Protocol Numeric Constants ..................................................................... 3-20

3.7 Configuration Attributes for the Default Packet Application .............................. 3-22

3.8 Session State Information .............................................................................. 3-22

3.8.1 Location Parameter .................................................................................. 3-22

3.8.2 FlowControlState Parameter ...................................................................... 3-23

4 Multi-Flow Packet Application .......................................................................... 4-1

# CONTENTS

4.1 Introduction ...................................................................................................4-1

4.1.1 General Overview.....................................................................................4-1

4.1.2 Public Data..............................................................................................4-1

4.1.3 Data Encapsulation for the InUse Instance of the Application.........................4-1

4.2 Protocol Initialization......................................................................................4-2

4.2.1 Protocol Initialization for the InConfiguration Application Instance ..................4-2

4.3 Procedures and Messages for the InConfiguration Instance of the Packet
Application ...............................................................................................4-2

4.3.1 Procedures ...............................................................................................4-2

4.3.2 Commit Procedures ...................................................................................4-3

4.3.3 Message Formats .....................................................................................4-4

4.3.3.1 ConfigurationRequest ..........................................................................4-4

4.3.3.2 ConfigurationResponse ........................................................................4-5

4.4 Radio Link Protocol .......................................................................................4-6

4.4.1 Overview ................................................................................................4-6

4.4.2 Primitives and Public Data.........................................................................4-6

4.4.2.1 Commands...........................................................................................4-6

4.4.2.2 Return Indications ................................................................................4-6

4.4.3 Protocol Data Unit ...................................................................................4-6

4.4.4 Procedures and Messages for the InUse Instance of the Protocol.....................4-6

4.4.4.1 Procedures...........................................................................................4-6

4.4.4.1.1 Initialization and Reset.......................................................................4-8

4.4.4.1.1.1 Initialization Procedure ...................................................................4-8

4.4.4.1.1.1.1 Initialization Procedure for the RLP Transmitter ......................4-8

4.4.4.1.1.1.2 Initialization Procedure for the RLP Receiver...........................4-8

4.4.4.1.1.2 Reset Procedure .........................................................................4-8

4.4.4.1.1.2.1 Reset Procedure for the Initiating Side when it is an RLP
Transmitter ...............................................................................4-8

4.4.4.1.1.2.2 Reset Procedure for Initiating Side when it is an RLP
Receiver....................................................................................4-9

4.4.4.1.1.2.3 Reset Procedure for the Responding Side when it is an RLP
Receiver....................................................................................4-9

4.4.4.1.1.2.4 Reset Procedure for the Responding Side when it is a RLP
transmitter ..............................................................................4-10

TIA-856-B

# CONTENTS

1      4.4.4.1.1.2.5 RLP Reset Message Flows ...................................................... 4-10

2      4.4.4.2 Data Transfer ......................................................................................... 4-10

3      4.4.4.2.1 RLP Transmit Procedures .................................................................. 4-11

4      4.4.4.2.1.1 Reservation State Maintenance ..................................................... 4-12

5      4.4.4.2.1.1.1 State-independent Requirements ........................................... 4-13

6      4.4.4.2.1.1.1.1 Access Terminal Requirements ........................................ 4-13

7      4.4.4.2.1.1.1.2 Access Network Requirements ........................................ 4-14

8      4.4.4.2.1.1.2 Close State ............................................................................. 4-15

9      4.4.4.2.1.1.2.1 Access Terminal Requirements ........................................ 4-15

10      4.4.4.2.1.1.2.2 Access Network Requirements ........................................ 4-15

11      4.4.4.2.1.1.3 Open State ............................................................................. 4-16

12      4.4.4.2.1.1.3.1 Access Terminal Requirements ........................................ 4-16

13      4.4.4.2.1.1.3.2 Access Network Requirements ........................................ 4-16

14      4.4.4.2.2 RLP Receive Procedures .................................................................. 4-17

15      4.4.4.3 RLP Packet Header ................................................................................ 4-19

16      4.4.4.4 Message Formats ................................................................................... 4-19

17      4.4.4.4.1 ResetTxIndication ........................................................................... 4-19

18      4.4.4.4.2 ResetRxIndication ........................................................................... 4-20

19      4.4.4.4.3 ResetTxIndicationAck ..................................................................... 4-20

20      4.4.4.4.4 ResetTxComplete ............................................................................ 4-21

21      4.4.4.4.5 ResetRxComplete ............................................................................ 4-21

22      4.4.4.4.6 Nak ................................................................................................... 4-22

23      4.4.4.4.7 ReservationOnRequest .................................................................... 4-23

24      4.4.4.4.8 ReservationOffRequest ................................................................... 4-24

25      4.4.4.4.9 ReservationAccept .......................................................................... 4-25

26      4.4.4.4.10 ReservationReject .......................................................................... 4-25

27      4.4.4.4.11 RevReservationOn ......................................................................... 4-27

28      4.4.4.4.12 RevReservationOff ........................................................................ 4-27

29      4.4.4.4.13 FwdReservationOff ........................................................................ 4-28

30      4.4.4.4.14 FwdReservationOn ........................................................................ 4-29

31      4.4.4.4.15 FwdReservationAck ....................................................................... 4-29

32      4.4.4.4.16 AttributeUpdateRequest................................................................. 4-30

## CONTENTS

1   4.4.4.4.17 AttributeUpdateAccept ................................................................4-30

2   4.4.4.4.18 AttributeUpdateReject ................................................................4-31

3   4.4.4.5 Interface to Other Protocols ...........................................................4-31

4   4.4.4.5.1 Commands ........................................................................................4-31

5   4.4.4.5.2 Indications ........................................................................................4-31

6   4.4.4.6 RLP Packet Priorities .....................................................................4-32

7   4.4.5 Protocol Numeric Constants .............................................................4-32

8   4.5 Data Over Signaling Protocol ................................................................4-33

9   4.5.1 Overview ...............................................................................................4-33

10  4.5.2 Primitives and Public Data..................................................................4-33

11  4.5.2.1 Commands ........................................................................................4-33

12  4.5.2.2 Return Indications ............................................................................4-33

13  4.5.3 Protocol Data Unit ..............................................................................4-33

14  4.5.4 Procedures and Messages for the InUse Instance of the Protocol....4-33

15  4.5.4.1 Procedures ........................................................................................4-33

16  4.5.4.2 Message Formats ..............................................................................4-34

17  4.5.4.2.1 DataOverSignaling .......................................................................4-34

18  4.5.4.2.2 DataOverSignalingAck .................................................................4-35

19  4.5.4.3 Interface to Other Protocols ...........................................................4-35

20  4.5.4.3.1 Commands ....................................................................................4-35

21  4.5.4.3.2 Indications ....................................................................................4-35

22  4.6 Location Update Protocol........................................................................4-36

23  4.6.1 Overview ...............................................................................................4-36

24  4.6.2 Primitives and Public Data..................................................................4-36

25  4.6.2.1 Commands ........................................................................................4-36

26  4.6.2.2 Return Indications ............................................................................4-36

27  4.6.3 Protocol Data Unit ..............................................................................4-36

28  4.6.4 Procedures and Messages for the InUse Instance of the Protocol....4-36

29  4.6.4.1 Procedures ........................................................................................4-36

30  4.6.4.1.1 Access Network Requirements.....................................................4-36

31  4.6.4.1.2 Access Terminal Requirements....................................................4-36

32  4.6.4.2 Message Formats ..............................................................................4-37

**CONTENTS**

1   4.6.4.2.1 LocationRequest ........................................................................ 4-37

2   4.6.4.2.2 LocationNotification ................................................................... 4-37

3   4.6.4.2.3 LocationAssignment.................................................................... 4-38

4   4.6.4.2.4 LocationComplete ...................................................................... 4-39

5   4.6.4.2.5 StorageBLOBRequest................................................................. 4-40

6   4.6.4.2.6 StorageBLOBNotification ........................................................... 4-40

7   4.6.4.2.7 StorageBLOBAssignment ........................................................... 4-41

8   4.6.4.2.8 StorageBLOBComplete............................................................... 4-41

9   4.6.4.3 Interface to Other Protocols ........................................................... 4-42

10   4.6.4.3.1 Commands ................................................................................. 4-42

11   4.6.4.3.2 Indications ................................................................................. 4-42

12   4.7 Flow Control Protocol ........................................................................ 4-43

13   4.7.1 Overview ......................................................................................... 4-43

14   4.7.2 Primitives and Public Data ............................................................. 4-43

15   4.7.2.1 Commands ..................................................................................... 4-43

16   4.7.2.2 Return Indications........................................................................ 4-44

17   4.7.3 Protocol Data Unit .......................................................................... 4-44

18   4.7.4 Procedures and Messages for the InUse Instance of the Protocol ................. 4-44

19   4.7.4.1 Procedures .................................................................................... 4-44

20   4.7.4.1.1 Transmission and Processing of DataReady Message ......................... 4-44

21   4.7.4.1.2 Close State ................................................................................. 4-44

22   4.7.4.1.2.1 Access Terminal Requirements .................................................. 4-44

23   4.7.4.1.2.2 Access Network Requirements .................................................. 4-44

24   4.7.4.1.3 Open State.................................................................................. 4-45

25   4.7.4.1.3.1 Access Terminal Requirements .................................................. 4-45

26   4.7.4.1.3.2 Access Network Requirements .................................................. 4-45

27   4.7.4.2 Message Formats........................................................................... 4-45

28   4.7.4.2.1 XonRequest ................................................................................ 4-45

29   4.7.4.2.2 XonResponse .............................................................................. 4-46

30   4.7.4.2.3 XoffRequest ............................................................................... 4-46

31   4.7.4.2.4 XoffResponse ............................................................................. 4-46

32   4.7.4.2.5 DataReady ................................................................................. 4-47

## CONTENTS

4.7.4.2.6 DataReadyAck.................................................................4-47

4.7.5 Interface to Other Protocols ................................................4-48

4.7.5.1 Commands ..................................................................4-48

4.7.5.2 Indications .................................................................4-48

4.7.6 Protocol Numeric Constants ...............................................4-48

4.8 Configuration Attributes for the Multi-Flow Packet Application............4-49

4.8.1 Simple Attributes.............................................................4-50

4.8.2 Complex Attributes ..........................................................4-54

4.8.2.1 Flow*NN*IdentificationFwd Attribute...................................4-54

4.8.2.2 Flow*NN*IdentificationRev Attribute ..................................4-56

4.8.2.3 Flow*NN*TimersFwd Attribute .........................................4-58

4.8.2.4 Flow*NN*TimersRev Attribute ..........................................4-59

4.8.2.5 Flow*NN*ReservationFwd Attribute ...................................4-59

4.8.2.6 Flow*NN*ReservationRev Attribute ....................................4-60

4.8.2.7 SupportedHigherLayerProtocols Attribute ...........................4-61

4.8.2.8 ATSupportedQoSProfiles Attribute ...................................4-62

4.8.2.9 ANSupportedQoSProfiles Attribute ...................................4-63

4.8.2.10 MaxRLPFlows Attribute................................................4-63

4.8.2.11 Reservation*KK*QoSRequestFwd Attribute ........................4-64

4.8.2.12 Reservation*KK*QoSRequestRev Attribute ........................4-65

4.8.2.13 Reservation*KK*QoSResponseFwd Attribute ......................4-66

4.8.2.14 Reservation*KK*QoSResponseRev Attribute .......................4-67

4.8.2.15 MaxReservations Attribute ...........................................4-68

4.9 Session State Information.........................................................4-70

4.9.1 Location Parameter..........................................................4-70

4.9.2 FlowControlState Parameter ..............................................4-70

4.9.3 DataOverSignalingMessageSequence Parameter .........................4-71

4.9.4 StorageBLOB Parameter ...................................................4-72

4.9.5 ReservationState Parameter ...............................................4-73

5 3G1X Circuit Services Notification Application ..............................5-1

5.1 Introduction .......................................................................5-1

5.1.1 General Overview.............................................................5-1

TIA-856-B

# CONTENTS

5.1.2 Public Data .................................................................................... 5-1

5.2 Data Encapsulation for the InUse Instance of the Application ............................. 5-1

5.3 Protocol Initialization ............................................................................... 5-1

    5.3.1 Protocol Initialization for the InConfiguration Application Instance ................. 5-1

5.4 Procedures and Messages for the InConfiguration Instance of the 3G1X Circuit
    Services Notification Application ................................................................ 5-2

    5.4.1 Procedures ...................................................................................... 5-2

    5.4.2 Commit Procedures ......................................................................... 5-2

    5.4.3 Message Formats ............................................................................ 5-2

        5.4.3.1 ConfigurationRequest .......................................................... 5-2

        5.4.3.2 ConfigurationResponse ........................................................ 5-3

5.5 3G1X Circuit Services Notification Protocol ................................................. 5-4

    5.5.1 Overview ....................................................................................... 5-4

    5.5.2 Primitives ...................................................................................... 5-4

        5.5.2.1 Commands ........................................................................ 5-4

        5.5.2.2 Return Indications ............................................................... 5-4

    5.5.3 Protocol Data Unit ........................................................................... 5-4

    5.5.4 Procedures and Messages for the InUse Instance of the Protocol ................... 5-4

        5.5.4.1 Procedures ........................................................................ 5-4

            5.5.4.1.1 General Requirements ................................................. 5-4

            5.5.4.1.2 Access Terminal Requirements ..................................... 5-5

            5.5.4.1.2.1 Transmission and Reception of LAC Encapsulated PDUs .............. 5-5

            5.5.4.1.2.2 Processing a 3G1XParameters Message ......................... 5-6

            5.5.4.1.2.3 Processing a 3G1XParametersReset Message ................. 5-6

            5.5.4.1.3 Access Network Requirements ...................................... 5-6

            5.5.4.1.3.1 State Independent Requirements ................................... 5-7

            5.5.4.1.3.2 Inactive State Requirements ........................................ 5-8

            5.5.4.1.3.3 Idle Tunnel State Requirements .................................... 5-8

            5.5.4.1.3.4 Connected State Requirements ..................................... 5-9

            5.5.4.1.3.4.1 Processing of a 1x Service Redirection Message ..................... 5-10

            5.5.4.1.3.4.2 Processing of a 1x (*MEID*) *Universal Handoff Direction
            Message* ........................................................................... 5-10

**CONTENTS**

5.5.4.1.3.4.3 Transmission of a 1x *Service Redirection Message*...................5-10

5.5.4.1.3.4.4 Transmission of a 1x (MEID) Universal Handoff Direction Message.................................................................................5-11

5.5.4.2 Message Formats ..........................................................................5-11

5.5.4.2.1 3G1XServices....................................................................5-11

5.5.4.2.2 3G1XServicesAck...............................................................5-12

5.5.4.2.3 3G1XParameters................................................................5-13

5.5.4.2.4 3G1XParametersResetAck......................................................5-27

5.5.4.2.5 3G1XParametersReset.........................................................5-28

5.5.4.2.6 3G1XParametersResetAck......................................................5-28

5.5.4.2.7 AttributeUpdateRequest.......................................................5-29

5.5.4.2.8 AttributeUpdateAccept ........................................................5-29

5.5.4.2.9 AttributeUpdateReject .........................................................5-30

5.5.5 Interface to Other Protocols ................................................................5-30

5.5.5.1 Commands ...................................................................................5-30

5.5.5.2 Indications ...................................................................................5-30

5.6 Configuration Attributes of the 3G1X Circuit Services Notification Application ....5-30

5.6.1 Simple Attributes..............................................................................5-31

5.6.2 Complex Attributes............................................................................5-31

5.6.2.1 AllowedReverseLinkMessages Attribute ............................................5-31

5.6.2.2 AllowedForwardLinkMessages Attribute............................................5-33

5.6.2.3 ServiceOptionIdle attribute ............................................................5-34

5.6.2.4 ServiceOptionConnected Attribute ...................................................5-35

5.6.2.5 BurstTypeIdle Attribute ................................................................5-36

5.6.2.6 BurstTypeConnected Attribute ........................................................5-37

5.6.2.7 OrderCodeReverse Attribute...........................................................5-38

5.6.2.8 OrderCodeForward Attribute...........................................................5-39

5.7 Session State Information.........................................................................5-40

5.7.1 3G1XParameters ..............................................................................5-40

5.7.2 ProtocolState Parameter .....................................................................5-41

6 Stream Layer....................................................................................................6-1

6.1 Introduction.........................................................................................6-1

6.1.1 General Overview...............................................................................6-1

TIA-856-B

# CONTENTS

1   6.1.2 Data Encapsulation for the InUse Protocol Instance ........................................ 6-1

2   6.2 Default Stream Protocol ................................................................................... 6-3

3   6.2.1 Overview .......................................................................................................... 6-3

4   6.2.2 Primitives and Public Data .............................................................................. 6-3

5   6.2.2.1 Commands ..................................................................................................... 6-3

6   6.2.2.2 Return Indications ........................................................................................ 6-3

7   6.2.2.3 Public Data .................................................................................................... 6-3

8   6.2.3 Protocol Data Unit ........................................................................................... 6-3

9   6.2.4 Protocol Initialization ....................................................................................... 6-3

10   6.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance ................ 6-3

11   6.2.4.2 Protocol Initialization for the InUse Protocol Instance ................................ 6-4

12   6.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol ...... 6-4

13   6.2.5.1 Procedures .................................................................................................... 6-4

14   6.2.5.2 Commit Procedures ....................................................................................... 6-4

15   6.2.5.3 Message Formats .......................................................................................... 6-5

16   6.2.5.3.1 ConfigurationRequest ............................................................................... 6-5

17   6.2.5.3.2 ConfigurationResponse ............................................................................. 6-5

18   6.2.6 Procedures and Messages for the InUse Instance of the Protocol ................... 6-6

19   6.2.6.1 Procedures .................................................................................................... 6-6

20   6.2.6.2 Stream Header ............................................................................................... 6-6

21   6.2.6.3 Interface to Other Protocols ......................................................................... 6-6

22   6.2.6.3.1 Commands ................................................................................................. 6-6

23   6.2.6.3.2 Indications .................................................................................................. 6-6

24   6.2.7 Configuration Attributes ................................................................................... 6-7

25   6.2.7.1 StreamConfiguration Attribute ..................................................................... 6-7

26   6.2.8 Protocol Numeric Constants ............................................................................. 6-7

27   6.2.9 Session State Information .................................................................................. 6-8

28   6.3 Generic Virtual Stream Protocol ...................................................................... 6-9

29   6.3.1 Overview .......................................................................................................... 6-9

30   6.3.2 Primitives and Public Data .............................................................................. 6-9

31   6.3.2.1 Commands ..................................................................................................... 6-9

32   6.3.2.2 Return Indications ........................................................................................ 6-9

**CONTENTS**

6.3.2.3 Public Data ..................................................................................6-9

6.3.3 Protocol Data Unit ...........................................................................6-9

6.3.4 Protocol Initialization .......................................................................6-9

6.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance ................6-9

6.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....6-10

6.3.5.1 Procedures....................................................................................6-10

6.3.5.2 Commit Procedures .......................................................................6-10

6.3.5.3 Message Formats ..........................................................................6-10

6.3.5.3.1 ConfigurationRequest..................................................................6-10

6.3.5.3.2 ConfigurationResponse ................................................................6-11

6.3.6 Procedures and Messages for the InUse Instance of the Protocol....................6-12

6.3.6.1 Procedures....................................................................................6-12

6.3.6.2 Message Formats ..........................................................................6-12

6.3.6.2.1 ApplicationData ..........................................................................6-12

6.3.6.3 Interface to Other Protocols ...........................................................6-13

6.3.6.3.1 Commands...................................................................................6-13

6.3.6.3.2 Indications ..................................................................................6-13

6.3.7 Configuration Attributes ..................................................................6-13

6.3.7.1 Simple Attributes ..........................................................................6-13

6.3.8 Protocol Numeric Constants ............................................................6-13

6.3.9 Session State Information ................................................................6-14

7 Session Layer ..........................................................................................7-1

7.1 Introduction ..........................................................................................7-1

7.1.1 General Overview..............................................................................7-1

7.1.2 Data Encapsulation for the InUse Protocol Instance ...........................7-2

7.2 Default Session Management Protocol ...................................................7-3

7.2.1 Overview..........................................................................................7-3

7.2.2 Primitives and Public Data...............................................................7-4

7.2.2.1 Commands ....................................................................................7-4

7.2.2.2 Return Indications ..........................................................................7-4

7.2.2.3 Public Data ...................................................................................7-4

7.2.3 Protocol Data Unit ..........................................................................7-5

**CONTENTS**

7.2.4 Protocol Initialization..................................................................................7-5

7.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance................7-5

7.2.4.2 Protocol Initialization for the InUse Protocol Instance ...............................7-5

7.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol......7-5

7.2.5.1 Procedures ...............................................................................................7-5

7.2.5.2 Commit Procedures ..................................................................................7-5

7.2.5.3 Message Formats.....................................................................................7-6

7.2.5.3.1 ConfigurationRequest .........................................................................7-6

7.2.5.3.2 ConfigurationResponse .......................................................................7-6

7.2.6 Procedures and Messages for the InUse Instance of the Protocol ....................7-7

7.2.6.1 Procedures ...............................................................................................7-7

7.2.6.1.1 Command Processing ..........................................................................7-7

7.2.6.1.1.1 Activate ..........................................................................................7-7

7.2.6.1.1.2 Deactivate ......................................................................................7-7

7.2.6.1.2 Processing the SessionClose Message ..................................................7-8

7.2.6.1.3 Processing Failed Indications...............................................................7-8

7.2.6.1.4 Inactive State ......................................................................................7-9

7.2.6.1.5 AMP Setup State .................................................................................7-9

7.2.6.1.5.1 Access Terminal Requirements .......................................................7-9

7.2.6.1.5.2 Access Network Requirements ......................................................7-10

7.2.6.1.6 Open State.........................................................................................7-10

7.2.6.1.6.1 Keep Alive Functions....................................................................7-10

7.2.6.1.7 Close State ........................................................................................7-11

7.2.6.2 Message Formats....................................................................................7-11

7.2.6.2.1 SessionClose.....................................................................................7-11

7.2.6.2.1.1 Definition of MoreInfo record when the CloseReason is 0x03....7-12

7.2.6.2.1.2 Definition of MoreInfo record when the CloseReason is 0x04........7-13

7.2.6.2.2 KeepAliveRequest .............................................................................7-14

7.2.6.2.3 KeepAliveResponse ..........................................................................7-15

7.2.6.3 Interface to Other Protocols ...................................................................7-15

7.2.6.3.1 Commands Sent .................................................................................7-15

7.2.6.3.2 Indications.........................................................................................7-15

## CONTENTS

1    7.2.7 Configuration Attributes ...................................................................7-15

2    7.2.8 Protocol Numeric Constants ...........................................................7-16

3    7.2.9 Session State Information .................................................................7-16

4    7.3 Default Address Management Protocol ................................................7-17

5    7.3.1 Overview ..........................................................................................7-17

6    7.3.2 Primitives and Public Data ..............................................................7-18

7    7.3.2.1 Commands ...................................................................................7-18

8    7.3.2.2 Return Indications .......................................................................7-18

9    7.3.2.3 Public Data ..................................................................................7-18

10    7.3.3 Connection Endpoints ......................................................................7-19

11    7.3.4 Protocol Data Unit ...........................................................................7-19

12    7.3.5 Protocol Initialization ......................................................................7-19

13    7.3.5.1 Protocol Initialization for the InConfiguration Protocol Instance ..............7-19

14    7.3.5.2 Protocol Initialization for the InUse Protocol Instance..............................7-19

15    7.3.6 Procedures and Messages for the InConfiguration Instance of the Protocol ....7-19

16    7.3.6.1 Procedures...................................................................................7-19

17    7.3.6.2 Commit Procedures .....................................................................7-20

18    7.3.6.3 Message Formats .........................................................................7-20

19    7.3.6.3.1 ConfigurationRequest.................................................................7-20

20    7.3.6.3.2 ConfigurationResponse ...............................................................7-21

21    7.3.7 Procedures and Messages for the InUse Instance of the Protocol....................7-21

22    7.3.7.1 Procedures....................................................................................7-21

23    7.3.7.1.1 Command Processing..................................................................7-21

24    7.3.7.1.1.1 Activate ...................................................................................7-21

25    7.3.7.1.1.2 Deactivate ...............................................................................7-22

26    7.3.7.1.1.3 UpdateUATI............................................................................7-22

27    7.3.7.1.2 UATIAssignment Message Validation........................................7-22

28    7.3.7.1.3 Processing HardwareIDRequest message....................................7-22

29    7.3.7.1.4 Inactive State .............................................................................7-22

30    7.3.7.1.4.1 Access Terminal Requirements.................................................7-22

31    7.3.7.1.4.2 Access Network Requirements .................................................7-23

32    7.3.7.1.5 Setup State .................................................................................7-23

TIA-856-B

**CONTENTS**

7.3.7.1.5.1 Access Terminal Requirements ...................................................... 7-23

7.3.7.1.5.2 Access Network Requirements ....................................................... 7-24

7.3.7.1.6 Open State.......................................................................................... 7-25

7.3.7.1.6.1 Access Terminal Requirements ...................................................... 7-25

7.3.7.1.6.2 Access Network Requirements ....................................................... 7-28

7.3.7.2 Message Formats......................................................................................... 7-29

7.3.7.2.1 UATIRequest............................................................................................ 7-29

7.3.7.2.2 UATIAssignment ..................................................................................... 7-29

7.3.7.2.3 UATIComplete .......................................................................................... 7-31

7.3.7.2.4 HardwareIDRequest ............................................................................... 7-32

7.3.7.2.5 HardwareIDResponse ............................................................................. 7-32

7.3.7.2.6 AttributeUpdateRequest ........................................................................ 7-33

7.3.7.2.7 AttributeUpdateAccept............................................................................ 7-34

7.3.7.2.8 AttributeUpdateReject............................................................................. 7-34

7.3.7.3 Interface to Other Protocols ..................................................................... 7-35

7.3.7.3.1 Commands ................................................................................................ 7-35

7.3.7.3.2 Indications ................................................................................................ 7-35

7.3.8 Configuration Attributes................................................................................. 7-35

7.3.9 Protocol Numeric Constants .......................................................................... 7-37

7.3.10 Session State Information ............................................................................. 7-37

7.3.10.1 SessionSeed Parameter............................................................................ 7-37

7.3.10.2 MessageSequence Parameter ................................................................. 7-38

7.3.10.3 HardwareID Parameter ........................................................................... 7-38

7.4 Default Session Configuration Protocol ........................................................... 7-40

7.4.1 Overview .......................................................................................................... 7-40

7.4.2 Primitives and Public Data ............................................................................ 7-41

7.4.2.1 Commands .................................................................................................. 7-41

7.4.2.2 Return Indications.................................................................................... 7-42

7.4.2.3 Public Data................................................................................................. 7-42

7.4.3 Protocol Data Unit .......................................................................................... 7-42

7.4.4 Protocol Initialization...................................................................................... 7-42

7.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance.............. 7-42

**CONTENTS**

7.4.4.2 Protocol Initialization for the InUse Protocol Instance ............................... 7-42

7.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 7-43

7.4.5.1 Procedures ................................................................................................. 7-43

7.4.5.2 Commit Procedures .................................................................................. 7-43

7.4.5.3 Message Formats ...................................................................................... 7-43

7.4.6 Procedures and Messages for the InUse Instance of the Protocol ................... 7-43

7.4.6.1 Procedures ................................................................................................. 7-43

7.4.6.1.1 Processing the Activate Command ....................................................... 7-45

7.4.6.1.2 Processing the Deactivate Command .................................................... 7-45

7.4.6.1.3 Maintaining the ConnectionState Parameter ....................................... 7-45

7.4.6.1.4 Maintaining the ConfigurationLock parameter .................................... 7-45

7.4.6.1.5 Inactive State .......................................................................................... 7-46

7.4.6.1.6 AT Initiated State .................................................................................. 7-46

7.4.6.1.6.1 Access Terminal Requirements ....................................................... 7-46

7.4.6.1.6.2 Access Network Requirements ........................................................ 7-48

7.4.6.1.7 AN Initiated State ................................................................................. 7-49

7.4.6.1.7.1 Access Terminal Requirements ....................................................... 7-49

7.4.6.1.7.2 Access Network Requirements ........................................................ 7-51

7.4.6.1.8 Open State .............................................................................................. 7-54

7.4.6.1.8.1 Access Terminal Requirements ....................................................... 7-54

7.4.6.1.8.2 Access Network Requirements ........................................................ 7-55

7.4.6.2 Message Formats ....................................................................................... 7-56

7.4.6.2.1 ConfigurationComplete ......................................................................... 7-56

7.4.6.2.2 ConfigurationStart ................................................................................. 7-57

7.4.6.2.3 ConfigurationRequest ............................................................................ 7-57

7.4.6.2.4 ConfigurationResponse ......................................................................... 7-58

7.4.6.2.5 SoftConfigurationComplete .................................................................. 7-59

7.4.6.2.6 LockConfiguration ................................................................................. 7-60

7.4.6.2.7 LockConfigurationAck .......................................................................... 7-60

7.4.6.2.8 UnLockConfiguration ............................................................................ 7-61

7.4.6.2.9 UnLockConfigurationAck ..................................................................... 7-61

7.4.6.2.10 DeletePersonality ................................................................................ 7-62

TIA-856-B

## CONTENTS

1      7.4.6.2.11 DeletePersonalityAck ................................................................. 7-62

2      7.4.6.2.12 AttributeUpdateRequest ........................................................... 7-63

3      7.4.6.2.13 AttributeUpdateAccept ............................................................. 7-63

4      7.4.6.2.14 AttributeUpdateReject ............................................................. 7-64

5      7.4.6.3 Interface to Other Protocols ........................................................... 7-64

6      7.4.6.3.1 Commands ............................................................................... 7-64

7      7.4.6.3.2 Indications ............................................................................... 7-64

8      7.4.7 Configuration Attributes ..................................................................... 7-65

9      7.4.7.1 Simple Attributes ............................................................................ 7-65

10     7.4.7.2 Complex Attributes ........................................................................ 7-67

11     7.4.7.2.1 PriorSession Attribute ............................................................ 7-67

12     7.4.7.2.2 ATSupportedApplicationSubtypes Attribute ......................... 7-69

13     7.4.8 Protocol Numeric Constants ............................................................... 7-70

14     7.4.9 Message Flows ................................................................................... 7-70

15     7.4.10 Session State Information ................................................................. 7-73

16     7.4.10.1 ConfigurationLock Parameter ..................................................... 7-73

17     7.4.10.2 ATSupportedNonDefaultProtocolSubTypes Parameter ............ 7-74

18     7.5 Generic Multimode Capability Discovery Protocol .................................. 7-76

19     7.5.1 General Overview ............................................................................... 7-76

20     7.5.2 Primitives and Public Data ................................................................ 7-76

21     7.5.2.1 Commands ..................................................................................... 7-76

22     7.5.2.2 Return Indications .......................................................................... 7-76

23     7.5.2.3 Public Data ..................................................................................... 7-76

24     7.5.3 Protocol Data Unit ............................................................................. 7-76

25     7.5.4 Protocol Initialization......................................................................... 7-76

26     7.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............. 7-76

27     7.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 7-76

28     7.5.5.1 Procedures ..................................................................................... 7-76

29     7.5.5.1.1 Access Network Procedures ................................................... 7-77

30     7.5.5.1.2 Commit Procedures ................................................................ 7-77

31     7.5.5.2 Message Formats ........................................................................... 7-77

32     7.5.5.2.1 ConfigurationRequest ............................................................ 7-77

## CONTENTS

1    7.5.5.2.2 ConfigurationResponse ...................................................................7-78

2    7.5.6 Procedures and Messages for the InUse Instance of the Protocol....................7-78

3    7.5.6.1 Procedures...................................................................................7-78

4    7.5.6.2 Message Formats ..........................................................................7-78

5    7.5.7 Interface to Other Protocols ...............................................................7-78

6    7.5.7.1 Commands ...................................................................................7-78

7    7.5.7.2 Indications...................................................................................7-79

8    7.5.8 Protocol Numeric Constants ...............................................................7-79

9    7.5.9 Configuration Attributes for the Multimode Capability Discovery Protocol .....7-79

10   7.6 Session State Information.......................................................................7-95

11   8 Connection Layer ......................................................................................8-1

12   8.1 Introduction .........................................................................................8-1

13   8.1.1 General Overview.............................................................................8-1

14   8.1.2 Data Encapsulation for the InUse Protocol Instance .................................8-3

15   8.2 Default Air-Link Management Protocol .......................................................8-5

16   8.2.1 Overview.......................................................................................8-5

17   8.2.2 Primitives and Public Data...................................................................8-7

18   8.2.2.1 Commands ...................................................................................8-7

19   8.2.2.2 Return Indications ..........................................................................8-7

20   8.2.2.3 Public Data ..................................................................................8-7

21   8.2.3 Protocol Data Unit ...........................................................................8-7

22   8.2.4 Protocol Initialization .......................................................................8-8

23   8.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance ................8-8

24   8.2.4.2 Protocol Initialization for the InUse Protocol Instance...........................8-8

25   8.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol ......8-8

26   8.2.5.1 Procedures...................................................................................8-8

27   8.2.5.2 Commit Procedures .........................................................................8-8

28   8.2.5.3 Message Formats ...........................................................................8-9

29   8.2.5.3.1 ConfigurationRequest.....................................................................8-9

30   8.2.5.3.2 ConfigurationResponse ..................................................................8-10

31   8.2.6 Procedures and Messages for the InUse Instance of the Protocol....................8-10

32   8.2.6.1 Procedures...................................................................................8-10

# CONTENTS

8.2.6.1.1 Command Processing ................................................... 8-10

8.2.6.1.1.1 OpenConnection ..................................................... 8-10

8.2.6.1.1.2 CloseConnection ..................................................... 8-11

8.2.6.1.2 Initialization State..................................................... 8-11

8.2.6.1.2.1 Access Terminal Requirements .................................... 8-11

8.2.6.1.3 Idle State .................................................................. 8-11

8.2.6.1.3.1 Access Terminal Requirements .................................... 8-11

8.2.6.1.3.1.1 General Requirements.............................................. 8-11

8.2.6.1.3.1.2 Idle State Cleanup Procedures .................................. 8-12

8.2.6.1.3.2 Access Network Requirements .................................... 8-12

8.2.6.1.3.2.1 General Requirements.............................................. 8-12

8.2.6.1.3.2.2 Idle State Cleanup Procedures .................................. 8-13

8.2.6.1.4 Connected State ....................................................... 8-13

8.2.6.1.4.1 Access Terminal Requirements .................................... 8-13

8.2.6.1.4.1.1 General Requirements.............................................. 8-13

8.2.6.1.4.2 Access Network Requirements .................................... 8-14

8.2.6.1.4.2.1 General Requirements.............................................. 8-14

8.2.6.1.4.2.2 Connected State Cleanup Procedures........................... 8-15

8.2.6.2 Message Formats........................................................ 8-15

8.2.6.2.1 Redirect..................................................................... 8-15

8.2.6.2.2 ConnectionFailureReport .............................................. 8-15

8.2.6.2.3 ConnectionFailureReportAck .......................................... 8-18

8.2.6.3 Interface to Other Protocols ......................................... 8-18

8.2.6.3.1 Commands Sent .......................................................... 8-18

8.2.6.3.2 Indications.................................................................. 8-19

8.2.7 Configuration Attributes.................................................... 8-19

8.2.8 Protocol Numeric Constants ............................................... 8-19

8.2.9 Session State Information .................................................. 8-20

8.3 Default Initialization State Protocol ..................................... 8-21

8.3.1 Overview ......................................................................... 8-21

8.3.2 Primitives and Public Data ................................................ 8-21

8.3.2.1 Commands .................................................................. 8-21

**CONTENTS**

8.3.2.2 Return Indications ..................................................................8-22

8.3.2.3 Public Data ...........................................................................8-22

8.3.3 Protocol Data Unit ....................................................................8-22

8.3.4 Protocol Initialization ...............................................................8-22

8.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance ..............8-22

8.3.4.2 Protocol Initialization for the InUse Protocol Instance.............................8-22

8.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....8-23

8.3.5.1 Procedures ...........................................................................8-23

8.3.5.2 Commit Procedures ..............................................................8-23

8.3.5.3 Message Formats .................................................................8-23

8.3.5.3.1 ConfigurationRequest.....................................................8-23

8.3.5.3.2 ConfigurationResponse .................................................8-24

8.3.6 Procedures and Messages for the InUse Instance of the Protocol..................8-25

8.3.6.1 Procedures ...........................................................................8-25

8.3.6.1.1 Command Processing......................................................8-25

8.3.6.1.1.1 Activate .................................................................8-25

8.3.6.1.1.2 Deactivate ............................................................8-25

8.3.6.1.2 Inactive State ................................................................8-25

8.3.6.1.3 Network Determination State ........................................8-25

8.3.6.1.4 Pilot Acquisition State ...................................................8-26

8.3.6.1.5 Synchronization State ....................................................8-26

8.3.6.2 Message Formats .................................................................8-26

8.3.6.2.1 Sync ............................................................................8-26

8.3.6.3 Interface to Other Protocols ..................................................8-27

8.3.6.3.1 Commands Sent...........................................................8-27

8.3.6.3.2 Indications ..................................................................8-27

8.3.7 Configuration Attributes ...........................................................8-27

8.3.8 Protocol Numeric Constants .....................................................8-28

8.3.9 Session State Information ..........................................................8-28

8.4 Default Idle State Protocol ..............................................................8-29

8.4.1 Overview.................................................................................8-29

8.4.2 Primitives and Public Data.........................................................8-31

**CONTENTS**

8.4.2.1 Commands ............................................................................... 8-31

8.4.2.2 Return Indications........................................................................ 8-31

8.4.2.3 Public Data ................................................................................. 8-31

8.4.3 Protocol Data Unit ........................................................................... 8-31

8.4.4 Protocol Initialization........................................................................ 8-31

8.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance.............. 8-31

8.4.4.2 Protocol Initialization for the InUse Protocol Instance ........................... 8-32

8.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol.... 8-32

8.4.5.1 Procedures ................................................................................. 8-32

8.4.5.2 Commit Procedures ...................................................................... 8-32

8.4.5.3 Message Formats.......................................................................... 8-33

8.4.5.3.1 ConfigurationRequest ................................................................ 8-33

8.4.5.3.2 ConfigurationResponse ............................................................... 8-33

8.4.6 Procedures and Messages for the InUse Instance of the Protocol .................. 8-34

8.4.6.1 Procedures ................................................................................. 8-34

8.4.6.1.1 Command Processing ................................................................. 8-34

8.4.6.1.1.1 Activate ............................................................................. 8-34

8.4.6.1.1.2 Deactivate .......................................................................... 8-34

8.4.6.1.1.3 OpenConnection ................................................................... 8-35

8.4.6.1.1.4 Close ................................................................................. 8-35

8.4.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest
Message...................................................................................... 8-35

8.4.6.1.3 Inactive State........................................................................... 8-35

8.4.6.1.4 Sleep State ............................................................................. 8-36

8.4.6.1.5 Monitor State .......................................................................... 8-36

8.4.6.1.5.1 Access Terminal Requirements .................................................. 8-37

8.4.6.1.5.1.1 CDMA Channel Selection .................................................... 8-37

8.4.6.1.5.1.2 Transition to Sleep State ..................................................... 8-37

8.4.6.1.5.2 Access Network Requirements .................................................. 8-38

8.4.6.1.5.2.1 General Requirements......................................................... 8-38

8.4.6.1.6 Connection Setup State ............................................................... 8-38

8.4.6.1.6.1 Access Terminal Requirements .................................................. 8-39

# CONTENTS

8.4.6.1.6.2 Access Network Requirements .......................................................8-40

8.4.6.2 Message Formats .......................................................................................8-40

8.4.6.2.1 Page ........................................................................................................8-40

8.4.6.2.2 ConnectionRequest ...............................................................................8-40

8.4.6.2.3 ConnectionDeny......................................................................................8-41

8.4.6.3 Interface to Other Protocols ....................................................................8-42

8.4.6.3.1 Commands Sent.......................................................................................8-42

8.4.6.3.2 Indications ...............................................................................................8-42

8.4.7 Configuration Attributes .............................................................................8-43

8.4.7.1 PreferredControlChannelCycle Attribute ...............................................8-43

8.4.8 Protocol Numeric Constants ......................................................................8-44

8.4.9 Session State Information............................................................................8-44

8.5 Enhanced Idle State Protocol............................................................................8-45

8.5.1 Overview.........................................................................................................8-45

8.5.2 Primitives and Public Data..........................................................................8-47

8.5.2.1 Commands ..................................................................................................8-47

8.5.2.2 Return Indications .....................................................................................8-47

8.5.2.3 Public Data .................................................................................................8-47

8.5.3 Protocol Data Unit ........................................................................................8-47

8.5.4 Protocol Initialization ..................................................................................8-47

8.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...............8-47

8.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....8-48

8.5.5.1 Procedures..................................................................................................8-48

8.5.5.2 Commit Procedures ...................................................................................8-48

8.5.5.3 Message Formats .......................................................................................8-49

8.5.5.3.1 ConfigurationRequest...........................................................................8-49

8.5.5.3.2 ConfigurationResponse .........................................................................8-49

8.5.6 Procedures and Messages for the InUse Instance of the Protocol...................8-50

8.5.6.1 Procedures..................................................................................................8-50

8.5.6.1.1 Command Processing.............................................................................8-50

8.5.6.1.1.1 Activate ...............................................................................................8-50

8.5.6.1.1.2 Deactivate ...........................................................................................8-50

# CONTENTS

1   8.5.6.1.1.3 OpenConnection ............................................................. 8-50

2   8.5.6.1.1.4 Close................................................................................ 8-51

3   8.5.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest
4       Message ............................................................................... 8-51

5   8.5.6.1.3 $T_{12}$ and $T_{23}$ Computation................................................. 8-51

6   8.5.6.1.4 Inactive State ...................................................................... 8-52

7   8.5.6.1.5 Sleep State ......................................................................... 8-52

8   8.5.6.1.6 Monitor State ...................................................................... 8-53

9   8.5.6.1.6.1 Access Terminal Requirements .................................... 8-54

10   8.5.6.1.6.1.1 CDMA Channel Selection .................................... 8-54

11   8.5.6.1.6.1.2 Transition to Sleep State .................................... 8-56

12   8.5.6.1.6.2 Access Network Requirements .................................... 8-56

13   8.5.6.1.6.2.1 General Requirements.......................................... 8-56

14   8.5.6.1.7 Connection Setup State ...................................................... 8-57

15   8.5.6.1.7.1 Access Terminal Requirements .................................... 8-58

16   8.5.6.1.7.2 Access Network Requirements .................................... 8-58

17   8.5.6.2 Message Formats......................................................................... 8-59

18   8.5.6.2.1 Page ..................................................................................... 8-59

19   8.5.6.2.2 ConnectionRequest ............................................................. 8-59

20   8.5.6.2.3 ConnectionDeny .................................................................. 8-60

21   8.5.6.2.4 AttributeUpdateRequest ..................................................... 8-61

22   8.5.6.2.5 AttributeUpdateAccept ....................................................... 8-61

23   8.5.6.2.6 AttributeUpdateReject........................................................ 8-62

24   8.5.6.3 Interface to Other Protocols ........................................................ 8-62

25   8.5.6.3.1 Commands Sent ................................................................... 8-62

26   8.5.6.3.2 Indications........................................................................... 8-63

27   8.5.7 Configuration Attributes................................................................... 8-63

28   8.5.7.1 Simple Attributes......................................................................... 8-63

29   8.5.7.2 Complex Attributes....................................................................... 8-64

30   8.5.7.2.1 PreferredControlChannelCycle Attribute ............................. 8-64

31   8.5.7.2.2 SlottedMode Attribute ......................................................... 8-65

32   8.5.7.3 PagingMask Attribute ................................................................... 8-66

## CONTENTS

1   8.5.8 Protocol Numeric Constants ........................................................................8-68

2   8.5.9 Session State Information ............................................................................8-68

3   8.6 Quick Idle State Protocol .............................................................................8-69

4   8.6.1 Overview ........................................................................................................8-69

5   8.6.2 Primitives and Public Data ..........................................................................8-71

6   8.6.2.1 Commands ..................................................................................................8-71

7   8.6.2.2 Return Indications .....................................................................................8-71

8   8.6.2.3 Public Data ................................................................................................8-71

9   8.6.3 Protocol Data Unit .......................................................................................8-71

10  8.6.4 Protocol Initialization ...................................................................................8-72

11  8.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance ..............8-72

12  8.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol ...8-72

13  8.6.5.1 Procedures .................................................................................................8-72

14  8.6.5.2 Commit Procedures ...................................................................................8-72

15  8.6.5.3 Message Formats .......................................................................................8-73

16  8.6.5.3.1 ConfigurationRequest .............................................................................8-73

17  8.6.5.3.2 ConfigurationResponse ..........................................................................8-73

18  8.6.6 Procedures and Messages for the InUse Instance of the Protocol ...................8-74

19  8.6.6.1 Procedures .................................................................................................8-74

20  8.6.6.1.1 Command Processing ..............................................................................8-74

21  8.6.6.1.1.1 Activate .................................................................................................8-74

22  8.6.6.1.1.2 Deactivate ............................................................................................8-74

23  8.6.6.1.1.3 OpenConnection ...................................................................................8-75

24  8.6.6.1.1.4 Close ....................................................................................................8-75

25  8.6.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest
26      Message ..................................................................................................8-75

27  8.6.6.1.3 $T_{12}$ and $T_{23}$ Computation ...............................................................8-76

28  8.6.6.1.4 Inactive State ........................................................................................8-76

29  8.6.6.1.5 Sleep State ............................................................................................8-76

30  8.6.6.1.6 Monitor State ........................................................................................8-78

31  8.6.6.1.6.1 Access Terminal Requirements .............................................................8-78

32  8.6.6.1.6.1.1 CDMA Channel Selection ..................................................................8-80

33  8.6.6.1.6.1.2 Transition to Sleep State...................................................................8-81

## CONTENTS

1    8.6.6.1.6.2 Access Network Requirements ............................................................ 8-82

2    8.6.6.1.7 Connection Setup State .......................................................................... 8-83

3    8.6.6.1.7.1 Access Terminal Requirements ............................................................ 8-84

4    8.6.6.1.7.2 Access Network Requirements ............................................................ 8-85

5    8.6.6.2 Message Formats ...................................................................................... 8-85

6    8.6.6.2.1 Page ....................................................................................................... 8-85

7    8.6.6.2.2 ConnectionRequest ............................................................................... 8-86

8    8.6.6.2.3 ConnectionDeny ................................................................................... 8-87

9    8.6.6.2.4 QuickPage ............................................................................................. 8-87

10   8.6.6.2.5 AttributeUpdateRequest ....................................................................... 8-89

11   8.6.6.2.6 AttributeUpdateAccept ......................................................................... 8-89

12   8.6.6.2.7 AttributeUpdateReject .......................................................................... 8-90

13   8.6.6.3 Interface to Other Protocols ..................................................................... 8-90

14   8.6.6.3.1 Commands Sent .................................................................................... 8-90

15   8.6.6.3.2 Indications ............................................................................................. 8-90

16   8.6.7 Configuration Attributes ............................................................................... 8-91

17   8.6.7.1 Simple Attributes ...................................................................................... 8-91

18   8.6.7.2 Complex Attributes ................................................................................... 8-92

19   8.6.7.2.1 PreferredControlChannelCycle Attribute ............................................. 8-92

20   8.6.7.2.2 SlottedMode Attribute ........................................................................... 8-93

21   8.6.7.3 PagingMask Attribute ............................................................................... 8-94

22   8.6.7.4 QuickPaging Attribute .............................................................................. 8-96

23   8.6.8 Protocol Numeric Constants ......................................................................... 8-96

24   8.6.9 Session State Information ............................................................................. 8-97

25   8.7 Default Connected State Protocol ................................................................... 8-98

26   8.7.1 Overview ....................................................................................................... 8-98

27   8.7.2 Primitives and Public Data ........................................................................... 8-99

28   8.7.2.1 Commands ................................................................................................ 8-99

29   8.7.2.2 Return Indications ..................................................................................... 8-99

30   8.7.2.3 Public Data ............................................................................................... 8-99

31   8.7.3 Protocol Data Unit ........................................................................................ 8-99

32   8.7.4 Protocol Initialization.................................................................................. 8-100

**CONTENTS**

8.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............8-100

8.7.4.2 Protocol Initialization for the InUse Protocol Instance............................8-100

8.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol ..8-100

8.7.5.1 Procedures...............................................................................................8-100

8.7.5.2 Commit Procedures ................................................................................8-100

8.7.5.3 Message Formats ...................................................................................8-101

8.7.5.3.1 ConfigurationRequest...........................................................................8-101

8.7.5.3.2 ConfigurationResponse ........................................................................8-101

8.7.6 Procedures and Messages for the InUse Instance of the Protocol.................8-102

8.7.6.1 Procedures...............................................................................................8-102

8.7.6.1.1 Command Processing.............................................................................8-102

8.7.6.1.1.1 Activate .............................................................................................8-102

8.7.6.1.1.2 Deactivate ........................................................................................8-102

8.7.6.1.1.3 CloseConnection ...............................................................................8-103

8.7.6.1.2 Open State .............................................................................................8-103

8.7.6.1.2.1 Access Terminal Requirements.........................................................8-103

8.7.6.1.2.1.1 General Requirements ....................................................................8-103

8.7.6.1.2.1.2 Cleanup Procedures .......................................................................8-104

8.7.6.1.2.2 Access Network Requirements..........................................................8-104

8.7.6.1.2.2.1 General Requirements ....................................................................8-104

8.7.6.1.2.2.2 Cleanup Procedures .......................................................................8-104

8.7.6.1.3 Close State .............................................................................................8-104

8.7.6.2 Message Formats ....................................................................................8-104

8.7.6.2.1 ConnectionClose ...................................................................................8-104

8.7.6.3 Interface to Other Protocols ...................................................................8-106

8.7.6.3.1 Commands Sent .....................................................................................8-106

8.7.6.3.2 Indications .............................................................................................8-106

8.7.7 Configuration Attributes ................................................................................8-106

8.7.8 Protocol Numeric Constants .........................................................................8-106

8.7.9 Session State Information...............................................................................8-106

8.8 Default Route Update Protocol.........................................................................8-107

8.8.1 Overview.........................................................................................................8-107

TIA-856-B

## CONTENTS

1   8.8.2 Primitives and Public Data ..................................................................... 8-108

2   8.8.2.1 Commands ......................................................................................... 8-108

3   8.8.2.2 Return Indications ............................................................................ 8-108

4   8.8.2.3 Public Data ....................................................................................... 8-109

5   8.8.3 Protocol Data Unit ................................................................................. 8-109

6   8.8.4 Protocol Initialization ............................................................................. 8-109

7   8.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............ 8-109

8   8.8.4.2 Protocol Initialization for the InUse Protocol Instance ............................ 8-109

9   8.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol .. 8-110

10   8.8.5.1 Procedures ........................................................................................ 8-110

11   8.8.5.2 Commit Procedures .......................................................................... 8-110

12   8.8.5.3 Message Formats .............................................................................. 8-111

13   8.8.5.3.1 ConfigurationRequest .................................................................. 8-111

14   8.8.5.3.2 ConfigurationResponse ................................................................ 8-111

15   8.8.6 Procedures and Messages for the InUse Instance of the Protocol ................ 8-112

16   8.8.6.1 Procedures ........................................................................................ 8-112

17   8.8.6.1.1 Command Processing ................................................................... 8-112

18   8.8.6.1.1.1 Activate ................................................................................... 8-112

19   8.8.6.1.1.2 Deactivate ............................................................................... 8-112

20   8.8.6.1.1.3 Open ....................................................................................... 8-113

21   8.8.6.1.1.4 Close ....................................................................................... 8-113

22   8.8.6.1.2 Pilots and Pilot Sets ...................................................................... 8-113

23   8.8.6.1.2.1 Neighbor Set Search Window Parameters Update ...................... 8-114

24   8.8.6.1.2.2 Pilot Search ............................................................................ 8-115

25   8.8.6.1.2.3 Pilot Strength Measurement .................................................... 8-116

26   8.8.6.1.2.4 Pilot Drop Timer Maintenance ................................................ 8-116

27   8.8.6.1.2.5 Active Set Management ........................................................... 8-116

28   8.8.6.1.2.6 Candidate Set Management ..................................................... 8-117

29   8.8.6.1.2.7 Neighbor Set Management ...................................................... 8-117

30   8.8.6.1.2.8 Remaining Set Management ..................................................... 8-119

31   8.8.6.1.2.9 Pilot PN Phase Measurement .................................................. 8-119

32   8.8.6.1.3 Message Sequence Numbers ......................................................... 8-120

# CONTENTS

8.8.6.1.3.1 RouteUpdate Message Validation ...................................................8-120

8.8.6.1.3.2 TrafficChannelAssignment Message Validation..........................8-120

8.8.6.1.3.3 AttributeOverride Message Validation..........................................8-121

8.8.6.1.4 Inactive State .............................................................................................8-121

8.8.6.1.5 Idle State ....................................................................................................8-121

8.8.6.1.5.1 Active Set Maintenance ............................................................8-122

8.8.6.1.5.2 Pilot Channel Supervision in the Idle State.................................8-122

8.8.6.1.5.3 Processing the TrafficChannelAssignment Message in the Idle
State ..............................................................................................................8-123

8.8.6.1.5.4 Route Update Report Rules .......................................................8-124

8.8.6.1.6 Connected State ........................................................................................8-125

8.8.6.1.6.1 Access Terminal Requirements ...............................................8-125

8.8.6.1.6.2 Access Network Requirements.................................................8-125

8.8.6.1.6.3 Active Set Maintenance ............................................................8-126

8.8.6.1.6.3.1 Access Network ....................................................................8-126

8.8.6.1.6.3.2 Access Terminal ...................................................................8-127

8.8.6.1.6.4 ResetReport Message................................................................8-127

8.8.6.1.6.5 Route Update Report Rules .......................................................8-127

8.8.6.1.6.6 Processing the TrafficChannelAssignment Message in the
Connected State ............................................................................................8-129

8.8.6.1.6.7 Processing the TrafficChannelComplete Message......................8-130

8.8.6.1.6.8 Transmission and Processing of the NeighborList Message ........8-130

8.8.6.1.6.9 Transmission and Processing of the AttributeOverride Message .8-131

8.8.6.1.6.10 Processing of OverheadMessages.Updated Indication ..............8-131

8.8.6.1.6.11 OverheadMessagesNeighborList Initialization ..........................8-131

8.8.6.2 Message Formats .........................................................................................8-132

8.8.6.2.1 RouteUpdate ..............................................................................................8-132

8.8.6.2.2 TrafficChannelAssignment .........................................................................8-134

8.8.6.2.3 TrafficChannelComplete .............................................................................8-139

8.8.6.2.4 ResetReport ...............................................................................................8-140

8.8.6.2.5 NeighborList...............................................................................................8-140

8.8.6.2.6 AttributeOverride ........................................................................................8-145

8.8.6.2.7 AttributeOverrideResponse ........................................................................8-145

**CONTENTS**

8.8.6.2.8 RouteUpdateRequest ...................................................... 8-146

8.8.6.2.9 AttributeUpdateRequest ................................................. 8-149

8.8.6.2.10 AttributeUpdateAccept................................................. 8-150

8.8.6.2.11 AttributeUpdateReject.................................................. 8-150

8.8.6.3 Interface to Other Protocols ............................................. 8-150

8.8.6.3.1 Commands Sent ........................................................ 8-150

8.8.6.3.2 Indications............................................................... 8-151

8.8.7 Configuration Attributes............................................................ 8-151

8.8.7.1 Simple Attributes............................................................ 8-151

8.8.7.2 Complex Attributes .......................................................... 8-153

8.8.7.2.1 SearchParameters Attribute .......................................... 8-153

8.8.7.2.2 SetManagementSameChannelParameters Attribute ......... 8-155

8.8.7.2.3 SetManagementDifferentChannelParameters Attribute .................. 8-158

8.8.7.2.4 SupportedCDMAChannels Attribute ............................... 8-160

8.8.8 Protocol Numeric Constants .................................................... 8-161

8.8.9 Session State Information ......................................................... 8-161

8.8.9.1 RouteUpdate Parameter...................................................... 8-161

8.8.9.2 ExtendedRouteUpdate Parameter ........................................ 8-164

8.8.9.3 AttributeOverrideMessageSequence Parameter ....................... 8-165

8.9 Multicarrier Route Update Protocol ..................................................... 8-167

8.9.1 Overview ............................................................................... 8-167

8.9.2 Primitives and Public Data ....................................................... 8-168

8.9.2.1 Commands .................................................................... 8-168

8.9.2.2 Return Indications............................................................ 8-168

8.9.2.3 Public Data .................................................................... 8-169

8.9.3 Protocol Data Unit ................................................................... 8-170

8.9.4 Protocol Initialization............................................................... 8-170

8.9.4.1 Protocol Initialization for the InConfiguration Protocol Instance............ 8-170

8.9.5 Procedures and Messages for the InConfiguration Instance of the Protocol.. 8-170

8.9.5.1 Procedures .................................................................... 8-170

8.9.5.2 Commit Procedures ......................................................... 8-170

8.9.5.3 Message Formats.............................................................. 8-171

**CONTENTS**

8.9.5.3.1 ConfigurationRequest..............................................................8-171

8.9.5.3.2 ConfigurationResponse ............................................................8-172

8.9.6 Procedures and Messages for the InUse Instance of the Protocol..................8-173

8.9.6.1 Procedures.........................................................................8-173

8.9.6.1.1 Command Processing........................................................8-173

8.9.6.1.1.1 Activate ..................................................................8-173

8.9.6.1.1.2 Deactivate ...............................................................8-173

8.9.6.1.1.3 Open ......................................................................8-173

8.9.6.1.1.4 Close ......................................................................8-174

8.9.6.1.2 Pilots and Pilot Sets ........................................................8-175

8.9.6.1.2.1 Neighbor Set Search Window Parameters Update ......................8-175

8.9.6.1.2.2 Pilot Search .............................................................8-176

8.9.6.1.2.3 Pilot Strength Measurement .......................................8-177

8.9.6.1.2.4 Pilot Drop Timer Maintenance ....................................8-177

8.9.6.1.2.5 Sub-Active Sets .......................................................8-177

8.9.6.1.2.6 Pilot Groups ...........................................................8-178

8.9.6.1.2.7 Scheduler Groups ...................................................8-178

8.9.6.1.2.8 Active Set Management .............................................8-178

8.9.6.1.2.9 Candidate Set Management...........................................8-179

8.9.6.1.2.10 Neighbor Set Management.........................................8-179

8.9.6.1.2.11 Remaining Set Management ......................................8-182

8.9.6.1.2.12 Pilot PN Phase Measurement ...................................8-182

8.9.6.1.3 Message Sequence Numbers ...............................................8-182

8.9.6.1.3.1 RouteUpdate Message Validation ................................8-182

8.9.6.1.3.2 TrafficChannelAssignment Message Validation..........................8-183

8.9.6.1.4 Inactive State .............................................................8-183

8.9.6.1.5 Idle State .................................................................8-183

8.9.6.1.5.1 Active Set Maintenance ............................................8-184

8.9.6.1.5.2 Pilot Channel Supervision in the Idle State................................8-184

8.9.6.1.5.3 Processing the TrafficChannelAssignment Message in the Idle State ...........................................................................8-185

8.9.6.1.5.4 Route Update Report Rules .......................................8-186

8.9.6.1.6 Connected State............................................................8-187

## CONTENTS

8.9.6.1.6.1 Access Terminal Requirements ................................................... 8-187

8.9.6.1.6.2 Access Network Requirements .................................................. 8-187

8.9.6.1.6.3 Active Set Maintenance ............................................................. 8-187

8.9.6.1.6.3.1 Access Network ..................................................... 8-187

8.9.6.1.6.3.2 Access Terminal ..................................................... 8-189

8.9.6.1.6.4 ResetReport Message ................................................................ 8-189

8.9.6.1.6.5 Route Update Report Rules ...................................................... 8-189

8.9.6.1.6.6 Processing the TrafficChannelAssignment Message in the Connected State ....................................................................................... 8-191

8.9.6.1.6.7 Processing the TrafficChannelComplete Message ...................... 8-192

8.9.6.1.6.8 Transmission and Processing of the NeighborList Message......... 8-192

8.9.6.1.6.9 Processing of OverheadMessages.Updated Indication................ 8-193

8.9.6.1.6.10 OverheadMessagesNeighborList Initialization........................... 8-193

8.9.6.2 Message Formats................................................................................... 8-194

8.9.6.2.1 RouteUpdate.................................................................................. 8-194

8.9.6.2.2 TrafficChannelAssignment ............................................................ 8-196

8.9.6.2.3 TrafficChannelComplete................................................................ 8-207

8.9.6.2.4 ResetReport .................................................................................. 8-207

8.9.6.2.5 NeighborList ................................................................................. 8-208

8.9.6.2.6 RouteUpdateRequest .................................................................... 8-212

8.9.6.2.7 AttributeUpdateRequest ............................................................... 8-216

8.9.6.2.8 AttributeUpdateAccept................................................................. 8-217

8.9.6.2.9 AttributeUpdateReject.................................................................. 8-217

8.9.6.3 Interface to Other Protocols ................................................................. 8-217

8.9.6.3.1 Commands Sent ........................................................................... 8-217

8.9.6.3.2 Indications.................................................................................... 8-218

8.9.7 Configuration Attributes................................................................................ 8-218

8.9.7.1 Simple Attributes.................................................................................. 8-218

8.9.7.2 Complex Attributes............................................................................... 8-222

8.9.7.2.1 SearchParameters Attribute......................................................... 8-223

8.9.7.3 SetManagementParameters Attribute ................................................... 8-224

8.9.7.3.1 SupportedCDMAChannels Attribute ............................................. 8-227

## CONTENTS

8.9.7.3.2 SupportedDRXPatterns Attribute ..................................................8-229

8.9.8 Protocol Numeric Constants .........................................................8-231

8.9.9 Session State Information.............................................................8-231

8.9.9.1 RouteUpdate Parameter ............................................................8-232

8.10 Default Packet Consolidation Protocol ...........................................8-236

8.10.1 Overview...............................................................................8-236

8.10.2 Primitives and Public Data...........................................................8-236

8.10.2.1 Commands ..........................................................................8-236

8.10.2.2 Return Indications .................................................................8-236

8.10.2.3 Public Data .........................................................................8-236

8.10.3 Protocol Data Unit ...................................................................8-236

8.10.4 Protocol Initialization ................................................................8-237

8.10.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...........8-237

8.10.4.2 Protocol Initialization for the InUse Protocol Instance.......................8-237

8.10.5 Procedures and Messages for the InConfiguration Instance of the Protocol 8-237

8.10.5.1 Procedures ..........................................................................8-237

8.10.5.2 Commit Procedures ................................................................8-238

8.10.5.3 Message Formats ..................................................................8-238

8.10.5.3.1 ConfigurationRequest............................................................8-238

8.10.5.3.2 ConfigurationResponse ..........................................................8-239

8.10.6 Procedures and Messages for the InUse Instance of the Protocol................8-239

8.10.6.1 Procedures ..........................................................................8-239

8.10.6.1.1 Destination Channels............................................................8-239

8.10.6.1.2 Priority Order .....................................................................8-240

8.10.6.1.3 Forced Single Encapsulation ...................................................8-240

8.10.6.1.4 Access Terminal Procedures....................................................8-240

8.10.6.1.4.1 Format A Packets ..............................................................8-240

8.10.6.1.4.2 Format B Packets ..............................................................8-240

8.10.6.1.5 Access Network Procedures.....................................................8-241

8.10.6.1.5.1 Control Channel.................................................................8-241

8.10.6.1.5.1.1 Control Channel Connection Layer Packets .......................8-241

8.10.6.1.5.1.2 Synchronous Capsule Priority Rules...................................8-242

# CONTENTS

8.10.6.1.5.1.3 Sub-synchronous Capsule Priority Rules ........................... 8-242

8.10.6.1.5.1.4 Asynchronous Capsule Priority Rules................................. 8-243

8.10.6.1.5.2 Forward Traffic Channel ................................................. 8-243

8.10.6.1.5.2.1 Format A Packets .................................................... 8-243

8.10.6.1.5.2.2 Format B Packets .................................................... 8-243

8.10.6.2 Message Formats ............................................................ 8-244

8.10.6.3 Header Format ............................................................... 8-244

8.10.6.3.1 Pad ........................................................................ 8-244

8.10.6.3.2 Connection Layer Header ................................................ 8-244

8.10.6.4 Interface to Other Protocols ............................................... 8-244

8.10.6.4.1 Commands Sent .......................................................... 8-244

8.10.6.4.2 Indications ............................................................... 8-244

8.10.7 Configuration Attributes ..................................................... 8-244

8.10.8 Protocol Numeric Constants .................................................. 8-244

8.10.9 Session State Information .................................................... 8-244

8.11 Overhead Messages Protocol .................................................... 8-245

8.11.1 Overview .................................................................... 8-245

8.11.2 Primitives and Public Data .................................................. 8-245

8.11.2.1 Commands .................................................................. 8-245

8.11.2.2 Return Indications ........................................................ 8-245

8.11.2.3 Public Data................................................................. 8-246

8.11.3 Protocol Data Unit .......................................................... 8-246

8.11.4 Protocol Initialization....................................................... 8-246

8.11.4.1 Protocol Initialization for the InConfiguration Protocol Instance........... 8-246

8.11.4.2 Protocol Initialization for the InUse Protocol Instance .................... 8-246

8.11.5 Procedures and Messages for the InConfiguration Instance of the Protocol 8-247

8.11.5.1 Procedures ................................................................ 8-247

8.11.5.2 Commit Procedures ........................................................ 8-247

8.11.5.3 Message Formats........................................................... 8-247

8.11.5.3.1 ConfigurationRequest .................................................. 8-247

8.11.5.3.2 ConfigurationResponse ................................................. 8-248

8.11.6 Procedures and Messages for the InUse Instance of the Protocol .............. 8-249

**CONTENTS**

8.11.6.1 Procedures .................................................................................................8-249

8.11.6.1.1 Extensibility Requirements ............................................................8-249

8.11.6.1.2 Command Processing.......................................................................8-249

8.11.6.1.2.1 Activate ......................................................................................8-249

8.11.6.1.2.2 Deactivate ..................................................................................8-249

8.11.6.1.3 Inactive State ...................................................................................8-249

8.11.6.1.4 Active State .......................................................................................8-250

8.11.6.1.5 Access Network Requirements.......................................................8-250

8.11.6.1.6 Access Terminal Requirements......................................................8-250

8.11.6.1.6.1 Supervision Procedures ............................................................8-252

8.11.6.1.6.1.1 Supervision of QuickConfig Message .................................8-252

8.11.6.1.6.1.2 Supervision of SectorParameters Message .........................8-252

8.11.6.2 Message Formats ...............................................................................8-253

8.11.6.2.1 QuickConfig .....................................................................................8-253

8.11.6.2.2 SectorParameters .............................................................................8-255

8.11.6.3 Interface to Other Protocols.............................................................8-267

8.11.6.3.1 Commands Sent.................................................................................8-267

8.11.6.3.2 Indications .........................................................................................8-267

8.11.7 Configuration Attributes .......................................................................8-267

8.11.8 Protocol Numeric Constants .................................................................8-268

8.11.9 Session State Information.......................................................................8-268

9 Security Layer ........................................................................................................9-1

9.1 Introduction ......................................................................................................9-1

9.1.1 General Overview......................................................................................9-1

9.2 Data Encapsulation for the InUse Protocol Instances ..................................9-1

9.3 Default Security Protocol ..............................................................................9-3

9.3.1 Overview ....................................................................................................9-3

9.3.2 Primitives and Public Data.......................................................................9-3

9.3.2.1 Commands ..............................................................................................9-3

9.3.2.2 Return Indications ................................................................................9-3

9.3.2.3 Public Data ............................................................................................9-3

9.3.3 Protocol Data Unit ...................................................................................9-3

**CONTENTS**

1    9.3.4 Protocol Initialization.................................................................9-3

2    9.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance................9-3

3    9.3.4.2 Protocol Initialization for the InUse Protocol Instance ...............................9-3

4    9.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol......9-4

5    9.3.5.1 Procedures .................................................................................9-4

6    9.3.5.2 Commit Procedures ....................................................................9-4

7    9.3.5.3 Message Formats........................................................................9-4

8    9.3.5.3.1 ConfigurationRequest .............................................................9-4

9    9.3.5.3.2 ConfigurationResponse ...........................................................9-5

10   9.3.6 Procedures and Messages for the InUse Instance of the Protocol ...................9-5

11   9.3.6.1 Procedures .................................................................................9-5

12   9.3.6.2 Message Formats.........................................................................9-6

13   9.3.6.3 Default Security Protocol Header ................................................9-6

14   9.3.6.4 Default Security Protocol Trailer .................................................9-6

15   9.3.6.5 Interface to Other Protocols ........................................................9-6

16   9.3.6.5.1 Commands .............................................................................9-6

17   9.3.6.5.2 Indications..............................................................................9-6

18   9.3.7 Configuration Attributes...................................................................9-6

19   9.3.8 Protocol Numeric Constants .............................................................9-6

20   9.3.9 Session State Information .................................................................9-6

21   9.4 Generic Security Protocol ...................................................................9-7

22   9.4.1 Overview ........................................................................................9-7

23   9.4.2 Primitives and Public Data ...............................................................9-7

24   9.4.2.1 Commands ..................................................................................9-7

25   9.4.2.2 Return Indications........................................................................9-7

26   9.4.2.3 Public Data.................................................................................9-7

27   9.4.3 Protocol Data Unit ..........................................................................9-7

28   9.4.4 Protocol Initialization......................................................................9-7

29   9.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance................9-7

30   9.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol......9-8

31   9.4.5.1 Procedures .................................................................................9-8

32   9.4.5.2 Commit Procedures ....................................................................9-8

# CONTENTS

1  9.4.5.3 Message Formats ................................................................9-8

2  9.4.5.3.1 ConfigurationRequest................................................9-8

3  9.4.5.3.2 ConfigurationResponse .............................................9-9

4  9.4.6 Procedures and Messages for the InUse Instance of the Protocol....................9-9

5  9.4.6.1 Procedures................................................................9-9

6  9.4.6.2 Message Formats .......................................................9-10

7  9.4.6.3 Generic Security Protocol Header ......................................9-11

8  9.4.6.4 Generic Security Protocol Trailer......................................9-11

9  9.4.6.5 Interface to Other Protocols ..........................................9-11

10  9.4.6.5.1 Commands.............................................................9-11

11  9.4.6.5.2 Indications ..........................................................9-11

12  9.4.7 Configuration Attributes ..................................................9-11

13  9.4.8 Protocol Numeric Constants ...............................................9-11

14  9.4.9 Session State Information..................................................9-11

15  9.5 Default Key Exchange Protocol ..............................................9-12

16  9.5.1 Overview ..................................................................9-12

17  9.5.2 Primitives and Public Data.................................................9-12

18  9.5.2.1 Commands ...............................................................9-12

19  9.5.2.2 Return Indications .....................................................9-12

20  9.5.2.3 Public Data ............................................................9-12

21  9.5.3 Protocol Data Unit ........................................................9-12

22  9.5.4 Protocol Initialization ...................................................9-12

23  9.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............9-12

24  9.5.4.2 Protocol Initialization for the InUse Protocol Instance.............................9-12

25  9.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....9-13

26  9.5.5.1 Procedures..............................................................9-13

27  9.5.5.2 Commit Procedures .....................................................9-13

28  9.5.5.3 Message Formats .......................................................9-13

29  9.5.5.3.1 ConfigurationRequest................................................9-13

30  9.5.5.3.2 ConfigurationResponse .............................................9-14

31  9.5.6 Procedures and Messages for the InUse Instance of the Protocol....................9-14

32  9.5.6.1 Procedures.............................................................9-14

# CONTENTS

1   9.5.6.2 Message Formats ................................................................. 9-14

2   9.5.6.3 Interface to Other Protocols .................................................. 9-15

3   9.5.6.3.1 Commands ...................................................................... 9-15

4   9.5.6.3.2 Indications ...................................................................... 9-15

5   9.5.7 Configuration Attributes ......................................................... 9-15

6   9.5.8 Protocol Numeric Constants .................................................... 9-15

7   9.5.9 Session State Information ........................................................ 9-15

8   9.6 DH Key Exchange Protocol ......................................................... 9-16

9   9.6.1 Overview ............................................................................... 9-16

10   9.6.2 Primitives and Public Data ...................................................... 9-16

11   9.6.2.1 Commands ........................................................................ 9-16

12   9.6.2.2 Return Indications .............................................................. 9-16

13   9.6.2.3 Public Data ........................................................................ 9-16

14   9.6.2.4 Interface to Other Protocols ................................................ 9-17

15   9.6.2.4.1 Commands ...................................................................... 9-17

16   9.6.2.4.2 Indications ...................................................................... 9-17

17   9.6.3 Protocol Data Unit .................................................................. 9-17

18   9.6.4 Protocol Initialization.............................................................. 9-17

19   9.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............. 9-17

20   9.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol .... 9-18

21   9.6.5.1 Procedures ........................................................................ 9-18

22   9.6.5.1.1 Access Terminal Requirements .......................................... 9-18

23   9.6.5.1.2 Access Network Requirements .......................................... 9-20

24   9.6.5.1.3 Authentication Key and Encryption Key Generation ............................ 9-21

25   9.6.5.2 Commit Procedures .............................................................. 9-23

26   9.6.5.3 Message Formats ................................................................. 9-24

27   9.6.5.3.1 KeyRequest ..................................................................... 9-24

28   9.6.5.3.2 KeyResponse ................................................................... 9-24

29   9.6.5.3.3 ANKeyComplete ............................................................... 9-25

30   9.6.5.3.4 ATKeyComplete ............................................................... 9-26

31   9.6.5.3.5 ConfigurationRequest ....................................................... 9-26

32   9.6.5.3.6 ConfigurationResponse ..................................................... 9-27

**CONTENTS**

1    9.6.6 Procedures and Messages for the InUse Instance of the Protocol...................9-27

2    9.6.6.1 Procedures.............................................................................................9-27

3    9.6.6.2 Message Formats ....................................................................................9-27

4    9.6.6.3 Interface to Other Protocols ...................................................................9-28

5    9.6.6.3.1 Commands.............................................................................9-28

6    9.6.6.3.2 Indications ............................................................................9-28

7    9.6.7 Configuration Attributes ...............................................................................9-28

8    9.6.8 Protocol Numeric Constants .........................................................................9-28

9    9.6.9 Message Flows............................................................................................9-29

10   9.6.10 Session State Information ...........................................................................9-31

11   9.6.10.1 SKey Parameter ......................................................................................9-31

12   9.6.10.2 FACAuthKey Parameter ..........................................................................9-32

13   9.6.10.3 RACAuthKey Parameter ..........................................................................9-32

14   9.6.10.4 FACEncKey Parameter ............................................................................9-33

15   9.6.10.5 RACEncKey Parameter ............................................................................9-33

16   9.6.10.6 FPCAuthKey Parameter ..........................................................................9-33

17   9.6.10.7 RPCAuthKey Parameter ..........................................................................9-34

18   9.6.10.8 FPCEncKey Parameter ............................................................................9-34

19   9.6.10.9 RPCEncKey Parameter ............................................................................9-35

20   9.7 Default Authentication Protocol.............................................................................9-36

21   9.7.1 Overview ....................................................................................................9-36

22   9.7.2 Primitives and Public Data............................................................................9-36

23   9.7.2.1 Commands ...............................................................................................9-36

24   9.7.2.2 Return Indications ....................................................................................9-36

25   9.7.2.3 Public Data ..............................................................................................9-36

26   9.7.3 Protocol Data Unit .......................................................................................9-36

27   9.7.4 Protocol Initialization ....................................................................................9-36

28   9.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...............9-36

29   9.7.4.2 Protocol Initialization for the InUse Protocol Instance...............................9-36

30   9.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol ....9-37

31   9.7.5.1 Procedures...............................................................................................9-37

32   9.7.5.2 Commit Procedures ...............................................................................9-37

# CONTENTS

9.7.5.3 Message Formats.................................................................9-37

  9.7.5.3.1 ConfigurationRequest ...............................................9-37

  9.7.5.3.2 ConfigurationResponse ..............................................9-38

9.7.6 Procedures and Messages for the InUse Instance of the Protocol ..................9-38

9.7.6.1 Procedures ....................................................................9-38

9.7.6.2 Default Authentication Protocol Header ..................................9-39

9.7.6.3 Default Authentication Protocol Trailer ..................................9-39

9.7.6.4 Message Formats ...........................................................9-39

9.7.6.5 Interface to Other Protocols ..............................................9-39

  9.7.6.5.1 Commands .............................................................9-39

  9.7.6.5.2 Indications ............................................................9-39

9.7.7 Configuration Attributes.......................................................9-39

9.7.8 Protocol Numeric Constants ...................................................9-39

9.7.9 Session State Information .....................................................9-39

9.8 SHA-1 Authentication Protocol .................................................9-40

9.8.1 Overview ......................................................................9-40

9.8.2 Primitives and Public Data ...................................................9-40

9.8.2.1 Commands ..................................................................9-40

9.8.2.2 Return Indications..........................................................9-40

9.8.2.3 Public Data ................................................................9-40

9.8.3 Protocol Data Unit ............................................................9-40

9.8.4 Protocol Initialization.........................................................9-40

9.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance..............9-40

9.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol....9-41

9.8.5.1 Procedures ..................................................................9-41

9.8.5.2 Commit Procedures .........................................................9-41

9.8.5.3 Message Formats ...........................................................9-41

  9.8.5.3.1 ConfigurationRequest ................................................9-41

  9.8.5.3.2 ConfigurationResponse ...............................................9-42

9.8.6 Procedures and Messages for the InUse Instance of the Protocol ..................9-42

9.8.6.1 Procedures ..................................................................9-42

  9.8.6.1.1 Access Terminal Requirements ........................................9-43

## CONTENTS

1  9.8.6.1.2 Access Network Requirements...........................................................9-44

2  9.8.6.2 SHA-1 Authentication Protocol Header Format ........................................9-45

3  9.8.6.3 SHA-1 Authentication Protocol Trailer.....................................................9-45

4  9.8.7 Interface to Other Protocols ......................................................................9-45

5  9.8.7.1 Commands ............................................................................................9-45

6  9.8.7.2 Indications ............................................................................................9-45

7  9.8.8 Configuration Attributes ...........................................................................9-46

8  9.8.9 Protocol Numeric Constants .....................................................................9-46

9  9.8.10 Session State Information ........................................................................9-46

10  9.9 Default Encryption Protocol.........................................................................9-47

11  9.9.1 Primitives and Public Data.........................................................................9-47

12  9.9.1.1 Commands ...........................................................................................9-47

13  9.9.1.2 Return Indications ................................................................................9-47

14  9.9.1.3 Public Data ...........................................................................................9-47

15  9.9.2 Protocol Data Unit ....................................................................................9-47

16  9.9.3 Protocol Initialization ................................................................................9-47

17  9.9.3.1 Protocol Initialization for the InConfiguration Protocol Instance ...............9-47

18  9.9.3.2 Protocol Initialization for the InUse Protocol Instance.............................9-47

19  9.9.4 Procedures and Messages for the InConfiguration Instance of the Protocol ....9-48

20  9.9.4.1 Procedures ...........................................................................................9-48

21  9.9.4.2 Commit Procedures ..............................................................................9-48

22  9.9.4.3 Message Formats ..................................................................................9-48

23  9.9.4.3.1 ConfigurationRequest.......................................................................9-48

24  9.9.4.3.2 ConfigurationResponse .....................................................................9-49

25  9.9.5 Procedures and Messages for the InUse Instance of the Protocol...................9-49

26  9.9.5.1 Procedures ...........................................................................................9-49

27  9.9.5.2 Message Formats ..................................................................................9-49

28  9.9.5.3 Default Encryption Protocol Header .......................................................9-50

29  9.9.5.4 Default Encryption Protocol Trailer ........................................................9-50

30  9.9.5.5 Interface to Other Protocols ..................................................................9-50

31  9.9.5.5.1 Commands.......................................................................................9-50

32  9.9.5.5.2 Indications .......................................................................................9-50

## CONTENTS

9.9.6 Configuration Attributes ............................................................. 9-50

9.9.7 Protocol Numeric Constants ...................................................... 9-50

9.9.8 Session State Information .......................................................... 9-50

10 MAC Layer .................................................................................. 10-1

10.1 Introduction ............................................................................. 10-1

10.1.1 General Overview ................................................................... 10-1

10.1.2 Data Encapsulation for the InUse Instances of the MAC Protocols ......... 10-1

10.2 Default Control Channel MAC Protocol ...................................... 10-4

10.2.1 Overview ............................................................................... 10-4

10.2.2 Primitives and Public Data ..................................................... 10-4

10.2.2.1 Commands ......................................................................... 10-4

10.2.2.2 Return Indications ............................................................. 10-4

10.2.2.3 Public Data ....................................................................... 10-5

10.2.3 Protocol Data Unit ................................................................. 10-5

10.2.4 Protocol Initialization ........................................................... 10-5

10.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance ......... 10-5

10.2.4.2 Protocol Initialization for the InUse Protocol Instance ................. 10-5

10.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol .. 10-5

10.2.5.1 Procedures .......................................................................... 10-5

10.2.5.2 Commit Procedures ............................................................ 10-6

10.2.5.3 Message Formats ................................................................ 10-6

10.2.5.3.1 ConfigurationRequest ...................................................... 10-6

10.2.5.3.2 ConfigurationResponse ..................................................... 10-7

10.2.6 Procedures and Messages for the InUse Instance of the Protocol ............... 10-7

10.2.6.1 Procedures .......................................................................... 10-7

10.2.6.1.1 Command Processing ....................................................... 10-8

10.2.6.1.1.1 Activate ..................................................................... 10-8

10.2.6.1.1.2 Deactivate ................................................................. 10-9

10.2.6.1.2 Control Channel Cycle ..................................................... 10-9

10.2.6.1.3 Inactive State ................................................................ 10-9

10.2.6.1.4 Active State ................................................................... 10-9

10.2.6.1.4.1 Access Network Requirements .................................... 10-9

TIA-856-B

## CONTENTS

10.2.6.1.4.1.1 General Requirements ...........................................................10-9

10.2.6.1.4.1.2 Transmission of Synchronous Capsules ............................10-10

10.2.6.1.4.1.3 Transmission of Asynchronous Capsules...........................10-11

10.2.6.1.4.1.4 Transmission of Sub-synchronous Capsules .....................10-11

10.2.6.1.4.2 Access Terminal Requirements...............................................10-12

10.2.6.1.4.2.1 Initial Acquisition ................................................................10-12

10.2.6.1.4.2.2 Normal Operation ...............................................................10-12

10.2.6.1.4.2.3 Control Channel Supervision ..............................................10-12

10.2.6.1.4.2.4 Address Matching ...............................................................10-13

10.2.6.2 Header and Trailer Formats ..........................................................10-13

10.2.6.2.1 MAC Layer Header ...................................................................10-13

10.2.6.2.2 Control Channel Header.............................................................10-14

10.2.6.2.3 Pad ..........................................................................................10-15

10.2.6.2.4 Reserved ..................................................................................10-15

10.2.6.3 Interface to Other Protocols...........................................................10-15

10.2.6.3.1 Commands ................................................................................10-15

10.2.6.3.2 Indications ................................................................................10-15

10.2.7 Configuration Attributes ....................................................................10-15

10.2.8 Protocol Numeric Constants ..............................................................10-15

10.2.9 Session State Information ...................................................................10-15

10.3 Enhanced Control Channel MAC Protocol.............................................10-16

10.3.1 Overview...........................................................................................10-16

10.3.2 Primitives and Public Data.................................................................10-16

10.3.2.1 Commands...................................................................................10-16

10.3.2.2 Return Indications.......................................................................10-16

10.3.2.3 Public Data .................................................................................10-17

10.3.3 Protocol Data Unit ............................................................................10-17

10.3.4 Protocol Initialization ........................................................................10-17

10.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...........10-17

10.3.5 Protocol Initialization for the InUse Protocol Instance .................................10-17

10.3.5.1 Procedures .................................................................................10-17

10.3.5.2 Commit Procedures.....................................................................10-17

**CONTENTS**

10.3.6 Procedures and Messages for the InConfiguration Instance of the Protocol 10-18

10.3.6.1 Procedures ..................................................... 10-18

10.3.6.2 Commit Procedures .......................................... 10-18

10.3.6.3 Message Formats ............................................. 10-19

10.3.6.3.1 ConfigurationRequest ................................... 10-19

10.3.6.3.2 ConfigurationResponse .................................. 10-19

10.3.7 Procedures and Messages for the InUse Instance of the Protocol ............. 10-20

10.3.7.1 Procedures ..................................................... 10-20

10.3.7.1.1 Command Processing ...................................... 10-21

10.3.7.1.1.1 Activate ................................................. 10-21

10.3.7.1.1.2 Deactivate ............................................. 10-21

10.3.7.1.2 Control Channel Cycle ................................... 10-21

10.3.7.1.3 Inactive State ........................................... 10-21

10.3.7.1.4 Active State ............................................. 10-21

10.3.7.1.4.1 Access Network Requirements ............................. 10-22

10.3.7.1.4.1.1 General Requirements .................................. 10-22

10.3.7.1.4.1.2 Transmission of Synchronous Capsules ............................ 10-23

10.3.7.1.4.1.3 Transmission of Asynchronous Capsules ......................... 10-24

10.3.7.1.4.1.4 Transmission of Sub-synchronous Capsules ................... 10-24

10.3.7.1.4.1.5 Transmission of Quick Synchronous Capsules .................. 10-25

10.3.7.1.4.2 Access Terminal Requirements ............................. 10-25

10.3.7.1.4.2.1 Initial Acquisition .................................. 10-25

10.3.7.1.4.2.2 Normal Operation ...................................... 10-26

10.3.7.1.4.2.3 Control Channel Supervision ............................ 10-26

10.3.7.1.4.2.4 Address Matching ..................................... 10-26

10.3.7.2 Header and Trailer Formats ................................. 10-27

10.3.7.2.1 MAC Layer Header ......................................... 10-27

10.3.7.2.2 Control Channel Header ................................... 10-28

10.3.7.2.3 Pad .................................................... 10-29

10.3.7.2.4 Reserved ................................................ 10-29

10.3.7.3 Interface to Other Protocols ............................. 10-29

10.3.7.3.1 Commands ................................................ 10-29

**CONTENTS**

10.3.7.3.2 Indications .................................................................10-29

10.3.8 Configuration Attributes .................................................10-29

10.3.9 Protocol Numeric Constants ............................................10-30

10.3.10 Session State Information ...............................................10-30

10.4 Default Access Channel MAC Protocol ...............................10-31

10.4.1 Overview ........................................................................10-31

10.4.2 Primitives and Public Data...............................................10-31

10.4.2.1 Commands ...................................................................10-31

10.4.2.2 Return Indications ........................................................10-31

10.4.2.3 Public Data .................................................................10-32

10.4.3 Protocol Data Unit ...........................................................10-32

10.4.4 Protocol Initialization ......................................................10-32

10.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance ...........10-32

10.4.4.2 Protocol Initialization for the InUse Protocol Instance...........................10-33

10.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol 10-33

10.4.5.1 Procedures ...................................................................10-33

10.4.5.2 Commit Procedures.......................................................10-33

10.4.5.3 Message Formats .........................................................10-34

10.4.5.3.1 ConfigurationRequest.................................................10-34

10.4.5.3.2 ConfigurationResponse ..............................................10-34

10.4.6 Procedures and Messages for the InUse Instance of the Protocol................10-35

10.4.6.1 Procedures...................................................................10-35

10.4.6.1.1 Command Processing..................................................10-36

10.4.6.1.1.1 Activate ..................................................................10-36

10.4.6.1.1.2 Deactivate ..............................................................10-36

10.4.6.1.2 Access Channel Structure ...........................................10-36

10.4.6.1.3 Inactive State ............................................................10-37

10.4.6.1.4 Active State ..............................................................10-38

10.4.6.1.4.1 Access Terminal Requirements..................................10-38

10.4.6.1.4.1.1 Reverse Link Silence Interval ................................10-38

10.4.6.1.4.1.2 Probe Transmission .............................................10-39

10.4.6.1.4.1.3 Access Channel Long Code Mask...........................10-40

# CONTENTS

10.4.6.1.4.1.4 Probe Sequence Transmission ............................................. 10-41

10.4.6.1.4.2 Access Network Requirements ................................................ 10-43

10.4.6.2 Header and Message Formats ..................................................... 10-43

10.4.6.2.1 MAC Layer Header .................................................................. 10-43

10.4.6.2.2 FCS ....................................................................................... 10-44

10.4.6.2.3 Padding Bits ........................................................................... 10-45

10.4.6.2.4 Reserved Bits .......................................................................... 10-45

10.4.6.2.5 ACAck .................................................................................... 10-45

10.4.6.2.6 AccessParameters ................................................................... 10-46

10.4.6.3 Interface to Other Protocols ....................................................... 10-47

10.4.6.3.1 Commands .............................................................................. 10-47

10.4.6.3.2 Indications .............................................................................. 10-47

10.4.7 Configuration Attributes ................................................................. 10-48

10.4.7.1 InitialConfiguration Attribute ...................................................... 10-48

10.4.7.2 PowerParameters Attribute ......................................................... 10-49

10.4.8 Protocol Numeric Constants ........................................................... 10-50

10.4.9 Session State Information ................................................................ 10-50

10.5 Enhanced Access Channel MAC Protocol ........................................ 10-52

10.5.1 Overview ....................................................................................... 10-52

10.5.2 Primitives and Public Data .............................................................. 10-52

10.5.2.1 Commands ................................................................................. 10-52

10.5.2.2 Return Indications ...................................................................... 10-52

10.5.2.3 Public Data ............................................................................... 10-53

10.5.3 Protocol Data Unit ......................................................................... 10-53

10.5.4 Protocol Initialization ..................................................................... 10-53

10.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance ........... 10-53

10.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol 10-54

10.5.5.1 Procedures ................................................................................ 10-54

10.5.5.2 Commit Procedures ..................................................................... 10-54

10.5.5.3 Message Formats ........................................................................ 10-55

10.5.5.3.1 ConfigurationRequest .............................................................. 10-55

10.5.5.3.2 ConfigurationResponse ............................................................. 10-55

## CONTENTS

1   10.5.6 Procedures and Messages for the InUse Instance of the Protocol................10-56

2   10.5.6.1 Procedures ................................................................................10-56

3   10.5.6.1.1 Command Processing ..........................................................10-57

4   10.5.6.1.1.1 Activate .........................................................................10-57

5   10.5.6.1.1.2 Deactivate ....................................................................10-57

6   10.5.6.1.2 Access Channel Structure ................................................10-57

7   10.5.6.1.3 Inactive State ...................................................................10-59

8   10.5.6.1.4 Active State ......................................................................10-59

9   10.5.6.1.4.1 Access Terminal Requirements ....................................10-59

10   10.5.6.1.4.1.1 Reverse Link Silence Interval ...................................10-59

11   10.5.6.1.4.1.2 Probe Transmission ..................................................10-60

12   10.5.6.1.4.1.3 Access Channel Long Code Mask .............................10-63

13   10.5.6.1.4.1.4 Probe Sequence Transmission ................................10-64

14   10.5.6.1.4.2 Access Network Requirements ....................................10-66

15   10.5.6.2 Header and Message Formats ............................................10-67

16   10.5.6.2.1 MAC Layer Header ............................................................10-67

17   10.5.6.2.2 FCS ...................................................................................10-68

18   10.5.6.2.3 Padding Bits.....................................................................10-68

19   10.5.6.2.4 Reserved Bits ..................................................................10-68

20   10.5.6.2.5 ACAck ...............................................................................10-69

21   10.5.6.2.6 AccessParameters ...........................................................10-69

22   10.5.6.2.7 AttributeUpdateRequest ..................................................10-75

23   10.5.6.2.8 AttributeUpdateAccept ....................................................10-76

24   10.5.6.2.9 AttributeUpdateReject .....................................................10-76

25   10.5.6.3 Interface to Other Protocols...............................................10-77

26   10.5.6.3.1 Commands .......................................................................10-77

27   10.5.6.3.2 Indications .......................................................................10-77

28   10.5.7 Configuration Attributes .......................................................10-77

29   10.5.7.1 InitialConfiguration Attribute ............................................10-80

30   10.5.8 Protocol Numeric Constants .................................................10-81

31   10.5.9 Session State Information .....................................................10-82

32   10.6 Default Forward Traffic Channel MAC Protocol.......................10-83

## CONTENTS

1   10.6.1 Overview ................................................................. 10-83

2   10.6.2 Primitives and Public Data ...................................... 10-84

3   10.6.2.1 Commands .................................................... 10-84

4   10.6.2.2 Return Indications.............................................. 10-84

5   10.6.2.3 Public Data...................................................... 10-84

6   10.6.3 Protocol Data Unit .................................................. 10-84

7   10.6.4 Protocol Initialization............................................... 10-84

8   10.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance........... 10-84

9   10.6.4.2 Protocol Initialization for the InUse Protocol Instance ......................... 10-85

10  10.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol 10-85

11  10.6.5.1 Procedures ...................................................... 10-85

12  10.6.5.2 Commit Procedures ........................................... 10-85

13  10.6.5.3 Message Formats................................................ 10-86

14  10.6.5.3.1 ConfigurationRequest .................................... 10-86

15  10.6.5.3.2 ConfigurationResponse ................................. 10-86

16  10.6.6 Procedures and Messages for the InUse Instance of the Protocol .............. 10-87

17  10.6.6.1 Procedures ...................................................... 10-87

18  10.6.6.1.1 Command Processing ...................................... 10-87

19  10.6.6.1.1.1 Activate.................................................. 10-87

20  10.6.6.1.1.2 Deactivate .............................................. 10-87

21  10.6.6.1.2 Forward Traffic Channel Addressing ............................... 10-88

22  10.6.6.1.3 Inactive State............................................... 10-88

23  10.6.6.1.4 Variable Rate State ......................................... 10-88

24  10.6.6.1.4.1 DRC and Packet Transmission Requirements ......................... 10-88

25  10.6.6.1.4.1.1 Access Terminal Requirements......................... 10-88

26  10.6.6.1.4.1.2 Access Network Requirements......................... 10-90

27  10.6.6.1.4.2 Transitions from the Variable Rate State ................................. 10-91

28  10.6.6.1.5 Fixed Rate State............................................... 10-91

29  10.6.6.1.5.1 DRC Requirements ................................................ 10-92

30  10.6.6.1.5.2 Packet Transmission ..................................... 10-92

31  10.6.6.1.5.3 Transitions from the Fixed Rate State ..................................... 10-92

32  10.6.6.1.6 Supervision Procedures ............................................ 10-93

# CONTENTS

10.6.6.1.6.1 DRC Supervision ....................................................................10-93

10.6.6.1.6.2 ForwardTrafficValid Monitoring .................................................10-93

10.6.6.2 Trailer and Message Formats ...............................................................10-94

10.6.6.2.1 MAC Layer Trailer ......................................................................10-94

10.6.6.2.2 FixedModeEnable ........................................................................10-94

10.6.6.2.3 FixedModeXoff ...........................................................................10-95

10.6.6.3 Interface to Other Protocols ................................................................10-95

10.6.6.3.1 Commands Sent ..........................................................................10-95

10.6.6.3.2 Indications .................................................................................10-95

10.6.7 Configuration Attributes ........................................................................10-96

10.6.7.1 Simple Attributes ...............................................................................10-96

10.6.7.2 Complex Attributes .............................................................................10-96

10.6.7.2.1 DRCLock Attribute ......................................................................10-96

10.6.7.2.2 HandoffDelays Attribute ..............................................................10-98

10.6.8 Protocol Numeric Constants ...................................................................10-99

10.6.9 Session State Information ........................................................................10-99

10.7 Enhanced Forward Traffic Channel MAC Protocol ..........................................10-100

10.7.1 Overview ..............................................................................................10-100

10.7.2 Primitives and Public Data ......................................................................10-101

10.7.2.1 Commands .........................................................................................10-101

10.7.2.2 Return Indications ..............................................................................10-101

10.7.2.3 Public Data ........................................................................................10-101

10.7.3 Protocol Data Unit .................................................................................10-101

10.7.4 Protocol Initialization .............................................................................10-102

10.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance ..........10-102

10.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol10-102

10.7.5.1 Procedures .........................................................................................10-102

10.7.5.2 Commit Procedures.............................................................................10-102

10.7.5.3 Message Formats ................................................................................10-103

10.7.5.3.1 ConfigurationRequest..................................................................10-103

10.7.5.3.2 ConfigurationResponse ................................................................10-103

10.7.6 Procedures and Messages for the InUse Instance of the Protocol.............10-104

TIA-856-B

## CONTENTS

10.7.6.1 Procedures ................................................................ 10-104

  10.7.6.1.1 MAC Layer Packet ................................................. 10-104

    10.7.6.1.1.1 Description of MAC Layer packet types ................................. 10-105

    10.7.6.1.1.2 Construction of MAC Layer packets ..................................... 10-106

  10.7.6.1.2 Preamble MAC Index ................................................... 10-110

  10.7.6.1.3 Forward Traffic Channel Addressing ............................................ 10-111

  10.7.6.1.4 Transmission Format of the Forward Traffic Channel ................ 10-111

  10.7.6.1.5 Data Rate Control and Data Source Control Channels ................ 10-112

  10.7.6.1.6 Command Processing ................................................ 10-118

    10.7.6.1.6.1 Activate ................................................................. 10-118

    10.7.6.1.6.2 Deactivate ............................................................. 10-118

  10.7.6.1.7 Inactive State ............................................................ 10-119

  10.7.6.1.8 Variable Rate State ..................................................... 10-119

    10.7.6.1.8.1 Packet Transmission and DRC Requirements ...................... 10-119

      10.7.6.1.8.1.1 Access Terminal Requirements ........................................ 10-119

      10.7.6.1.8.1.2 Access Network Requirements ........................................ 10-119

    10.7.6.1.8.2 Transitions from the Variable Rate State .............................. 10-120

  10.7.6.1.9 Fixed DRC State ........................................................ 10-120

    10.7.6.1.9.1 Packet Transmission Requirements ..................................... 10-121

      10.7.6.1.9.1.1 Access Terminal Requirements ........................................ 10-121

      10.7.6.1.9.1.2 Access Network Requirements ........................................ 10-121

    10.7.6.1.9.2 Transitions from the Fixed DRC State .................................. 10-121

  10.7.6.1.10 Supervision Procedures ............................................... 10-122

    10.7.6.1.10.1 DRC Supervision .................................................... 10-122

    10.7.6.1.10.2 ForwardTrafficValid Monitoring ...................................... 10-122

  10.7.6.2 Message Formats ......................................................... 10-122

  10.7.6.2.1 FixedModeEnable ....................................................... 10-122

  10.7.6.2.2 FixedModeXoff ......................................................... 10-123

  10.7.6.2.3 AttributeUpdateRequest ................................................ 10-124

  10.7.6.2.4 AttributeUpdateAccept ................................................. 10-124

  10.7.6.2.5 AttributeUpdateReject .................................................. 10-125

  10.7.6.3 Interface to Other Protocols ............................................. 10-125

## CONTENTS

10.7.6.3.1 Commands Sent.................................................................10-125

10.7.6.3.2 Indications ....................................................................10-125

10.7.7 Configuration Attributes .......................................................10-125

10.7.7.1 Simple Attributes .............................................................10-126

10.7.7.2 Complex Attributes ...........................................................10-128

10.7.7.2.1 HandoffDelays Attribute ................................................10-128

10.7.7.2.2 DRCTranslationOffset Attribute.......................................10-129

10.7.8 Protocol Numeric Constants .................................................10-132

10.7.9 Session State Information .....................................................10-132

10.8 Multicarrier Forward Traffic Channel MAC Protocol......................10-133

10.8.1 Overview.............................................................................10-133

10.8.2 Primitives and Public Data.....................................................10-134

10.8.2.1 Commands .....................................................................10-134

10.8.2.2 Return Indications ............................................................10-134

10.8.2.3 Public Data ....................................................................10-134

10.8.3 Protocol Data Unit ...............................................................10-135

10.8.4 Protocol Initialization ...........................................................10-135

10.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance .........10-135

10.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol10-135

10.8.5.1 Procedures.....................................................................10-135

10.8.5.2 Commit Procedures...........................................................10-135

10.8.5.3 Message Formats .............................................................10-136

10.8.5.3.1 ConfigurationRequest....................................................10-136

10.8.5.3.2 ConfigurationResponse ..................................................10-136

10.8.6 Procedures and Messages for the InUse Instance of the Protocol.............10-137

10.8.6.1 Procedures.....................................................................10-137

10.8.6.1.1 MAC Layer Packet .......................................................10-137

10.8.6.1.1.1 Description of MAC Layer packet types............................10-138

10.8.6.1.1.2 Construction of MAC Layer packets.................................10-139

10.8.6.1.2 Preamble MAC Index ....................................................10-144

10.8.6.1.3 Forward Traffic Channel Addressing ...............................10-144

10.8.6.1.4 Transmission Format of the Forward Traffic Channel.................10-145

# CONTENTS

1   10.8.6.1.5 Data Rate Control and Data Source Control Channels ................. 10-146

2   10.8.6.1.6 Command Processing .................................................................. 10-156

3   10.8.6.1.6.1 Activate ................................................................................ 10-156

4   10.8.6.1.6.2 Deactivate .......................................................................... 10-156

5   10.8.6.1.7 Inactive State ........................................................................... 10-156

6   10.8.6.1.8 Variable Rate State ................................................................... 10-157

7   10.8.6.1.8.1 Packet Transmission and DRC Requirements ...................... 10-157

8   10.8.6.1.8.1.1 Access Terminal Requirements ....................................... 10-157

9   10.8.6.1.8.1.2 Access Network Requirements ....................................... 10-157

10  10.8.6.1.8.2 Transitions from the Variable Rate State .............................. 10-157

11  10.8.6.1.9 Fixed DRC State ....................................................................... 10-158

12  10.8.6.1.9.1 Packet Transmission Requirements ..................................... 10-158

13  10.8.6.1.9.1.1 Access Terminal Requirements ....................................... 10-158

14  10.8.6.1.9.1.2 Access Network Requirements ....................................... 10-159

15  10.8.6.1.9.2 Transitions from the Fixed DRC State .................................. 10-159

16  10.8.6.1.10 Supervision Procedures ........................................................... 10-160

17  10.8.6.1.10.1 DRC Supervision ............................................................... 10-160

18  10.8.6.1.10.2 ForwardTrafficValid Monitoring ........................................ 10-161

19  10.8.6.2 Message Formats .......................................................................... 10-161

20  10.8.6.2.1 FixedModeEnable ..................................................................... 10-161

21  10.8.6.2.2 FixedModeXoff ........................................................................ 10-163

22  10.8.6.2.3 AttributeUpdateRequest ............................................................ 10-163

23  10.8.6.2.4 AttributeUpdateAccept .............................................................. 10-164

24  10.8.6.2.5 AttributeUpdateReject ............................................................... 10-164

25  10.8.6.3 Interface to Other Protocols .......................................................... 10-165

26  10.8.6.3.1 Commands Sent ........................................................................ 10-165

27  10.8.6.3.2 Indications ................................................................................ 10-165

28  10.8.7 Configuration Attributes .................................................................. 10-165

29  10.8.7.1 Simple Attributes .......................................................................... 10-166

30  10.8.7.2 Complex Attributes ....................................................................... 10-169

31  10.8.7.2.1 HandoffDelays Attribute ........................................................... 10-169

32  10.8.7.2.2 TentativeDRCtoTxDRCMap Attribute ...................................... 10-170

**CONTENTS**

1    10.8.7.2.3 ATSupportedPacketFormats Attribute ...........................................10-180

2    10.8.7.2.4 ExtendedSpans Attribute ............................................................10-182

3    10.8.8 Protocol Numeric Constants ...............................................................10-183

4    10.8.9 Session State Information ...................................................................10-183

5    10.9 Default Reverse Traffic Channel MAC Protocol.....................................10-184

6    10.9.1 Overview.............................................................................................10-184

7    10.9.2 Primitives and Public Data................................................................10-185

8    10.9.2.1 Commands .....................................................................................10-185

9    10.9.2.2 Return Indications .........................................................................10-185

10   10.9.2.3 Public Data ...................................................................................10-185

11   10.9.3 Protocol Data Unit .............................................................................10-185

12   10.9.4 Protocol Initialization ........................................................................10-185

13   10.9.4.1 Protocol Initialization for the InConfiguration Protocol Instance .........10-185

14   10.9.4.2 Protocol Initialization for the InUse Protocol Instance........................10-186

15   10.9.5 Procedures and Messages for the InConfiguration Instance of the Protocol10-186

16   10.9.5.1 Procedures.....................................................................................10-186

17   10.9.5.2 Commit Procedures .......................................................................10-186

18   10.9.5.3 Message Formats ..........................................................................10-187

19   10.9.5.3.1 ConfigurationRequest.................................................................10-187

20   10.9.5.3.2 ConfigurationResponse ..............................................................10-188

21   10.9.6 Procedures and Messages for the InUse Instance of the Protocol..............10-188

22   10.9.6.1 Procedures.....................................................................................10-188

23   10.9.6.1.1 Command Processing..................................................................10-189

24   10.9.6.1.1.1 Activate ....................................................................................10-189

25   10.9.6.1.1.2 Deactivate ................................................................................10-189

26   10.9.6.1.2 Reverse Traffic Channel Long Code Mask ....................................10-190

27   10.9.6.1.3 Inactive State ............................................................................10-190

28   10.9.6.1.4 Setup State ................................................................................10-190

29   10.9.6.1.4.1 Access Terminal Requirements.................................................10-190

30   10.9.6.1.4.2 Access Network Requirements.................................................10-191

31   10.9.6.1.5 Open State ................................................................................10-191

32   10.9.6.1.5.1 Frame Offset Delay....................................................................10-191

# CONTENTS

10.9.6.1.5.2 Rate Control ................................................................ 10-191

10.9.6.1.5.3 Power Control ............................................................... 10-193

10.9.6.2 Reverse Link Silence Interval .............................................. 10-193

10.9.6.3 Trailer and Message Formats ............................................... 10-193

10.9.6.3.1 MAC Layer Trailer ........................................................... 10-193

10.9.6.3.2 RTCAck ...................................................................... 10-194

10.9.6.3.3 BroadcastReverseRateLimit .............................................. 10-194

10.9.6.3.4 UnicastReverseRateLimit ................................................. 10-195

10.9.6.4 Interface to Other Protocols ............................................... 10-196

10.9.6.4.1 Commands Sent ............................................................. 10-196

10.9.6.4.2 Indications ................................................................... 10-196

10.9.7 Configuration Attributes ....................................................... 10-196

10.9.7.1 PowerParameters Attribute ................................................. 10-196

10.9.7.2 RateParameters Attribute ................................................... 10-198

10.9.8 Protocol Numeric Constants ................................................... 10-201

10.9.9 Session State Information ...................................................... 10-201

10.9.9.1 LongCodeMask Parameter ................................................... 10-201

10.10 Subtype 1 Reverse Traffic Channel MAC Protocol ......................... 10-202

10.10.1 Overview ........................................................................ 10-202

10.10.2 Primitives and Public Data .................................................... 10-203

10.10.2.1 Commands ................................................................... 10-203

10.10.2.2 Return Indications .......................................................... 10-203

10.10.2.3 Public Data .................................................................. 10-203

10.10.3 Protocol Data Unit ............................................................. 10-203

10.10.4 Protocol Initialization ......................................................... 10-203

10.10.4.1 Protocol Initialization for the InConfiguration Protocol Instance ....... 10-203

10.10.5 Procedures and Messages for the InConfiguration Instance of the
Protocol ......................................................................... 10-204

10.10.5.1 Procedures .................................................................. 10-204

10.10.5.2 Commit Procedures ......................................................... 10-204

10.10.5.3 Message Formats ........................................................... 10-205

10.10.5.3.1 ConfigurationRequest ..................................................... 10-205

**CONTENTS**

10.10.5.3.2 ConfigurationResponse ...................................................................10-205

10.10.6 Procedures and Messages for the InUse Instance of the Protocol............10-206

10.10.6.1 Procedures..................................................................................10-206

10.10.6.1.1 Command Processing................................................................10-207

10.10.6.1.1.1 Activate ................................................................................10-207

10.10.6.1.1.2 Deactivate ...........................................................................10-207

10.10.6.1.2 Reverse Traffic Channel Long Code Mask ..................................10-207

10.10.6.1.3 Inactive State .........................................................................10-208

10.10.6.1.4 Setup State ............................................................................10-208

10.10.6.1.4.1 Access Terminal Requirements................................................10-208

10.10.6.1.4.2 Access Network Requirements................................................10-209

10.10.6.1.5 Open State .............................................................................10-209

10.10.6.1.5.1 Frame Offset Delay................................................................10-209

10.10.6.1.5.2 Rate Control .........................................................................10-209

10.10.6.1.5.3 Power Control .......................................................................10-210

10.10.6.2 Reverse Link Silence Interval .....................................................10-210

10.10.6.3 Trailer and Message Formats .....................................................10-211

10.10.6.3.1 MAC Layer Trailer ...................................................................10-211

10.10.6.3.2 RTCAck ..................................................................................10-211

10.10.6.3.3 BroadcastReverseRateLimit.....................................................10-212

10.10.6.3.4 UnicastReverseRateLimit.........................................................10-213

10.10.6.3.5 AttributeUpdateRequest ..........................................................10-214

10.10.6.3.6 AttributeUpdateAccept ............................................................10-215

10.10.6.3.7 AttributeUpdateReject .............................................................10-215

10.10.6.4 Interface to Other Protocols.......................................................10-215

10.10.6.4.1 Commands Sent ......................................................................10-215

10.10.6.4.2 Indications ..............................................................................10-216

10.10.7 Configuration Attributes ...............................................................10-216

10.10.7.1 PowerParameters Attribute ........................................................10-216

10.10.7.2 RateParameters Attribute ..........................................................10-218

10.10.8 Protocol Numeric Constants ..........................................................10-220

10.10.9 Session State Information...............................................................10-220

## CONTENTS

10.10.9.1 LongCodeMask Parameter ................................................. 10-220

10.11 Subtype 2 Reverse Traffic Channel MAC Protocol ......................................... 10-222

10.11.1 Overview ........................................................................... 10-222

10.11.2 Primitives and Public Data .............................................. 10-223

10.11.2.1 Commands ...................................................................... 10-223

10.11.2.2 Return Indications ......................................................... 10-223

10.11.2.3 Public Data ..................................................................... 10-224

10.11.3 Protocol Data Unit ........................................................... 10-224

10.11.4 Protocol Initialization ....................................................... 10-224

10.11.4.1 Protocol Initialization for the InConfiguration Protocol Instance ....... 10-224

10.11.5 Procedures and Messages for the InConfiguration Instance of the Protocol ........................................................................... 10-224

10.11.5.1 Procedures ..................................................................... 10-224

10.11.5.2 Commit Procedures ....................................................... 10-225

10.11.5.3 Message Formats ........................................................... 10-225

10.11.5.3.1 ConfigurationRequest ................................................. 10-225

10.11.5.3.2 ConfigurationResponse ............................................... 10-226

10.11.6 Procedures and Messages for the InUse Instance of the Protocol ........... 10-227

10.11.6.1 Procedures ..................................................................... 10-227

10.11.6.1.1 MAC Layer Packet ...................................................... 10-227

10.11.6.1.2 Command Processing ................................................. 10-227

10.11.6.1.2.1 Activate .................................................................... 10-227

10.11.6.1.2.2 Deactivate ............................................................... 10-227

10.11.6.1.3 Reverse Traffic Channel Long Code Mask ................. 10-228

10.11.6.1.4 Inactive State ............................................................. 10-228

10.11.6.1.5 Setup State ................................................................. 10-228

10.11.6.1.5.1 Access Terminal Requirements ................................ 10-228

10.11.6.1.5.2 Access Network Requirements ................................ 10-229

10.11.6.1.6 Open State .................................................................. 10-229

10.11.6.1.6.1 Access Terminal Requirements ................................ 10-229

10.11.6.1.6.1.1 Packet size and Transmission Mode selection requirements ......................................................... 10-238

## CONTENTS

10.11.6.1.6.1.1.1 Procedures................................................................10-238

10.11.6.1.6.1.1.2 Requirements ...........................................................10-238

10.11.6.1.6.1.2 Request message ........................................................10-239

10.11.6.1.6.1.3 Grant message ...........................................................10-239

10.11.6.1.6.1.4 Power Control.............................................................10-239

10.11.6.1.6.1.5 Reverse Link Silence Interval ....................................10-239

10.11.6.1.6.2 Access Network Requirements......................................10-240

10.11.6.1.6.2.1 Grant message ...........................................................10-240

10.11.6.2 Trailer and Message Formats ............................................10-240

10.11.6.2.1 MAC Layer Trailer ...........................................................10-240

10.11.6.2.2 RTCAck ............................................................................10-240

10.11.6.2.3 Request.............................................................................10-241

10.11.6.2.4 Grant .................................................................................10-242

10.11.6.2.5 AttributeUpdateRequest ..................................................10-244

10.11.6.2.6 AttributeUpdateAccept ....................................................10-244

10.11.6.2.7 AttributeUpdateReject .....................................................10-245

10.11.6.3 Interface to Other Protocols..............................................10-245

10.11.6.3.1 Commands Sent................................................................10-245

10.11.6.3.2 Indications ........................................................................10-245

10.11.7 Configuration Attributes ......................................................10-245

10.11.7.1 Simple Attributes ...............................................................10-246

10.11.7.2 Complex Attributes ............................................................10-250

10.11.7.2.1 AssociatedFlows*NN* Attribute..........................................10-250

10.11.7.2.2 BucketFactor*NN* Attribute ...............................................10-252

10.11.7.2.3 CommonPowerParameters Attribute...............................10-256

10.11.7.2.4 PermittedPayload Attribute .............................................10-258

10.11.7.2.5 PilotStrength Attribute .....................................................10-263

10.11.7.2.6 PowerParameters Attribute..............................................10-264

10.11.7.2.7 RequestParameters Attribute ...........................................10-265

10.11.7.2.8 T2PInflowRange*NN* Attribute ..........................................10-266

10.11.7.2.9 T2PTransitionFunction*NN* Attribute ...........................10-267

10.11.7.2.10 TxT2Pmax Attribute .......................................................10-272

**CONTENTS**

10.11.7.2.11 MaxMACFlows Attribute ........................................................ 10-273

10.11.8 Protocol Numeric Constants .................................................................. 10-274

10.11.9 Session State Information..................................................................... 10-274

10.11.9.1 LongCodeMask Parameter ................................................................ 10-275

10.12 Subtype 3 Reverse Traffic Channel MAC Protocol ........................................ 10-276

10.12.1 Overview ........................................................................................ 10-276

10.12.2 Primitives and Public Data ................................................................... 10-277

10.12.2.1 Commands ................................................................................... 10-277

10.12.2.2 Return Indications......................................................................... 10-277

10.12.2.3 Public Data................................................................................. 10-278

10.12.3 Protocol Data Unit ............................................................................ 10-278

10.12.4 Protocol Initialization ........................................................................ 10-278

10.12.4.1 Protocol Initialization for the InConfiguration Protocol Instance....... 10-278

10.12.5 Procedures and Messages for the InConfiguration Instance of the
Protocol .................................................................................................. 10-279

10.12.5.1 Procedures .................................................................................. 10-279

10.12.5.2 Commit Procedures ....................................................................... 10-279

10.12.5.3 Message Formats........................................................................... 10-280

10.12.5.3.1 ConfigurationRequest ................................................................. 10-280

10.12.5.3.2 ConfigurationResponse ............................................................... 10-280

10.12.6 Procedures and Messages for the InUse Instance of the Protocol ........... 10-281

10.12.6.1 Procedures .................................................................................. 10-281

10.12.6.1.1 MAC Layer Packet...................................................................... 10-281

10.12.6.1.2 Command Processing .................................................................. 10-281

10.12.6.1.2.1 Activate................................................................................ 10-281

10.12.6.1.2.2 Deactivate ............................................................................ 10-282

10.12.6.1.3 Reverse Traffic Channel Long Code Mask.................................... 10-282

10.12.6.1.4 Inactive State .......................................................................... 10-282

10.12.6.1.5 Setup State.............................................................................. 10-283

10.12.6.1.5.1 Access Terminal Requirements.................................................. 10-283

10.12.6.1.5.2 Access Network Requirements ............................................... 10-283

10.12.6.1.6 Open State.............................................................................. 10-283

# CONTENTS

10.12.6.1.6.1 Access Terminal Requirements ................................................ 10-283

10.12.6.1.6.1.1 Packet size and Transmission Mode Selection
  Requirements ............................................................. 10-297

10.12.6.1.6.1.1.1 Procedures ................................................... 10-297

10.12.6.1.6.1.1.2 Requirements ............................................. 10-299

10.12.6.1.6.1.2 Request message ............................................. 10-300

10.12.6.1.6.1.3 Grant message ............................................... 10-300

10.12.6.1.6.1.4 Power Control ................................................ 10-301

10.12.6.1.6.1.5 Reverse Link Silence Interval ......................... 10-301

10.12.6.1.6.2 Access Network Requirements .............................. 10-301

10.12.6.1.6.2.1 Grant Message ............................................... 10-302

10.12.6.2 Trailer and Message Formats ........................................ 10-302

10.12.6.2.1 MAC Layer Trailer ................................................. 10-302

10.12.6.2.2 RTCAck ................................................................. 10-302

10.12.6.2.3 Request ................................................................ 10-303

10.12.6.2.4 Grant ................................................................... 10-304

10.12.6.2.5 AttributeUpdateRequest ....................................... 10-306

10.12.6.2.6 AttributeUpdateAccept ........................................ 10-306

10.12.6.2.7 AttributeUpdateReject ......................................... 10-307

10.12.6.3 Interface to Other Protocols ......................................... 10-307

10.12.6.3.1 Commands Sent ...................................................... 10-307

10.12.6.3.2 Indications ............................................................. 10-307

10.12.7 Configuration Attributes ................................................... 10-307

10.12.7.1 Simple Attributes ......................................................... 10-309

10.12.7.2 Complex Attributes ...................................................... 10-317

10.12.7.2.1 AssociatedFlows*NN* Attribute ............................. 10-317

10.12.7.2.2 AuxiliaryPilotChannelParameters Attribute .......... 10-319

10.12.7.2.3 BucketFactor*NN* Attribute .................................. 10-320

10.12.7.2.4 CommonPowerParameters Attribute ...................... 10-324

10.12.7.2.5 MaxNumSubPackets Attribute .............................. 10-325

10.12.7.2.6 PermittedPayload Attribute .................................. 10-327

10.12.7.2.7 PilotStrength Attribute ......................................... 10-337

10.12.7.2.8 PowerParameters128 Attribute ............................. 10-339

TIA-856-B

# CONTENTS

10.12.7.2.9 PowerParameters256 Attribute ................................................. 10-341

10.12.7.2.10 PowerParameters512 Attribute ............................................... 10-343

10.12.7.2.11 PowerParameters768 Attribute ............................................... 10-345

10.12.7.2.12 PowerParameters1024 Attribute ............................................. 10-348

10.12.7.2.13 PowerParameters1536 Attribute ............................................. 10-350

10.12.7.2.14 PowerParameters2048 Attribute ............................................. 10-352

10.12.7.2.15 PowerParameters3072 Attribute ............................................. 10-354

10.12.7.2.16 PowerParameters4096 Attribute ............................................. 10-356

10.12.7.2.17 PowerParameters6144 Attribute ............................................. 10-359

10.12.7.2.18 PowerParameters8192 Attribute ............................................. 10-361

10.12.7.2.19 PowerParameters12288 Attribute............................................ 10-363

10.12.7.2.20 RequestParameters Attribute ................................................. 10-365

10.12.7.2.21 RRIChannelPowerParameters Attribute.................................... 10-366

10.12.7.2.22 T2PInflowRange*NN* Attribute.................................................. 10-367

10.12.7.2.23 T2PTransitionFunction*NN* Attribute ....................................... 10-368

10.12.7.2.24 TxT2Pmax Attribute ............................................................ 10-374

10.12.7.2.25 MaxMACFlows Attribute ...................................................... 10-375

10.12.8 Protocol Numeric Constants ......................................................... 10-376

10.12.9 Session State Information............................................................. 10-376

10.12.9.1 LongCodeMask Parameter .......................................................... 10-377

10.13 Multicarrier Reverse Traffic Channel MAC Protocol ..................................... 10-379

10.13.1 Overview ................................................................................. 10-379

10.13.2 Primitives and Public Data ............................................................ 10-380

10.13.2.1 Commands .............................................................................. 10-380

10.13.2.2 Return Indications.................................................................... 10-381

10.13.2.3 Public Data............................................................................. 10-381

10.13.3 Protocol Data Unit ..................................................................... 10-381

10.13.4 Protocol Initialization................................................................. 10-381

10.13.4.1 Protocol Initialization for the InConfiguration Protocol Instance........ 10-381

10.13.5 Procedures and Messages for the InConfiguration Instance of the Protocol ................................................................................... 10-382

10.13.5.1 Procedures .............................................................................. 10-382

## CONTENTS

10.13.5.2 Commit Procedures.................................................................10-382

10.13.5.3 Message Formats ..................................................................10-383

10.13.5.3.1 ConfigurationRequest.........................................................10-383

10.13.5.3.2 ConfigurationResponse .......................................................10-383

10.13.6 Procedures and Messages for the InUse Instance of the Protocol............10-384

10.13.6.1 Procedures.........................................................................10-384

10.13.6.1.1 MAC Layer Packet .............................................................10-384

10.13.6.1.2 Command Processing ..........................................................10-384

10.13.6.1.2.1 Activate ......................................................................10-384

10.13.6.1.2.2 Deactivate ...................................................................10-385

10.13.6.1.3 Reverse Traffic Channel Long Code Mask ...............................10-385

10.13.6.1.4 Inactive State ..................................................................10-386

10.13.6.1.5 Setup State .....................................................................10-386

10.13.6.1.5.1 Access Terminal Requirements ..........................................10-386

10.13.6.1.5.2 Access Network Requirements ..........................................10-386

10.13.6.1.6 Open State ......................................................................10-387

10.13.6.1.6.1 Access Terminal Requirements .........................................10-387

10.13.6.1.6.1.1 Packet size and Transmission Mode Selection
Requirements ........................................................................10-404

10.13.6.1.6.1.1.1 Procedures for Reverse CDMA Channel r .................10-404

10.13.6.1.6.1.1.2 Requirements for Reverse CDMA Channel r .............10-406

10.13.6.1.6.1.2 Messages ...................................................................10-408

10.13.6.1.6.1.2.1 Request message ....................................................10-408

10.13.6.1.6.1.3 Grant message ...........................................................10-409

10.13.6.1.6.1.3.1 CarrierRequest message ...........................................10-409

10.13.6.1.6.1.3.2 Reverse CDMA Channel Dropping...........................10-409

10.13.6.1.6.1.4 Reverse Logical Channels ..............................................10-409

10.13.6.1.6.1.5 Power Control.............................................................10-409

10.13.6.1.6.1.6 Reverse Link Silence Interval ........................................10-409

10.13.6.1.6.2 Access Network Requirements..........................................10-410

10.13.6.1.6.2.1 ReverseCDMAChannelDropped message ......................10-411

10.13.6.1.6.2.2 Grant Message............................................................10-411

10.13.6.2 Trailer and Message Formats ........................................................10-411

**CONTENTS**

1    10.13.6.2.1 MAC Layer Trailer .......................................................... 10-411

2    10.13.6.2.2 RTCAck............................................................................ 10-411

3    10.13.6.2.3 RTCAckAck ..................................................................... 10-413

4    10.13.6.2.4 CarrierRequest................................................................. 10-413

5    10.13.6.2.5 ReverseCDMAChannelDropped .................................... 10-414

6    10.13.6.2.6 ReverseCDMAChannelDroppedAck ............................. 10-415

7    10.13.6.2.7 Request ............................................................................ 10-415

8    10.13.6.2.8 Grant ................................................................................ 10-417

9    10.13.6.2.9 AttributeUpdateRequest.................................................. 10-419

10   10.13.6.2.10 AttributeUpdateAccept.................................................. 10-419

11   10.13.6.2.11 AttributeUpdateReject................................................... 10-420

12   10.13.6.3 Interface to Other Protocols ................................................ 10-420

13   10.13.6.3.1 Commands Sent .............................................................. 10-420

14   10.13.6.3.2 Indications........................................................................ 10-420

15   10.13.7 Configuration Attributes ........................................................ 10-420

16   10.13.7.1 Simple Attributes................................................................. 10-422

17   10.13.7.2 Complex Attributes ............................................................. 10-431

18   10.13.7.2.1 AssociatedFlows*NN* Attribute ...................................... 10-431

19   10.13.7.2.2 AssociatedFlowConfigurations*NC* Attribute ............... 10-432

20   10.13.7.2.3 AssociatedATConfigurations*CC* Attribute ................... 10-433

21   10.13.7.2.4 AuxiliaryPilotChannelParameters Attribute .................. 10-434

22   10.13.7.2.5 BucketFactor*NN* Attribute............................................ 10-435

23   10.13.7.2.6 CommonPowerParameters Attribute ............................. 10-439

24   10.13.7.2.7 DataTokenBucket*NN* Attribute ..................................... 10-440

25   10.13.7.2.8 MaxNumSubPackets*CC* Attribute ............................... 10-441

26   10.13.7.2.9 PermittedPayload Attribute ............................................ 10-443

27   10.13.7.2.10 PilotStrengthConfig*XX* Attribute ............................... 10-452

28   10.13.7.2.11 PowerParameters128 Attribute ..................................... 10-455

29   10.13.7.2.12 PowerParameters256 Attribute ..................................... 10-457

30   10.13.7.2.13 PowerParameters512 Attribute ..................................... 10-459

31   10.13.7.2.14 PowerParameters768 Attribute ..................................... 10-461

32   10.13.7.2.15 PowerParameters1024 Attribute ................................... 10-464

## CONTENTS

10.13.7.2.16 PowerParameters1536 Attribute ...............................................10-466

10.13.7.2.17 PowerParameters2048 Attribute ...............................................10-468

10.13.7.2.18 PowerParameters3072 Attribute ...............................................10-470

10.13.7.2.19 PowerParameters4096 Attribute ...............................................10-472

10.13.7.2.20 PowerParameters6144 Attribute ...............................................10-475

10.13.7.2.21 PowerParameters8192 Attribute ...............................................10-477

10.13.7.2.22 PowerParameters12288 Attribute .............................................10-479

10.13.7.2.23 RequestParameters Attribute ....................................................10-481

10.13.7.2.24 RRIChannelPowerParameters Attribute .....................................10-482

10.13.7.2.25 T2PInflowRangeConfig*XX* Attribute .......................................10-483

10.13.7.2.26 T2PTransitionFunctionConfig*XX* Attribute...............................10-484

10.13.7.2.27 TxT2PmaxConfig*XX* Attribute ................................................10-490

10.13.7.2.28 MaxMACFlows Attribute............................................................10-492

10.13.8 Protocol Numeric Constants ................................................................10-493

10.13.9 Session State Information .....................................................................10-493

10.13.9.1 LongCodeMask Parameter................................................................10-493

11 Default (Subtype 0) and Subtype 1 Physical Layer Protocol .....................................11-1

11.1 Default (Subtype 0) and Subtype 1 Physical Layer Protocol Instance .................11-1

11.1.1 Overview.................................................................................................11-1

11.1.2 Primitives and Public Data......................................................................11-1

11.1.2.1 Commands .........................................................................................11-1

11.1.2.2 Return Indications .............................................................................11-1

11.1.2.3 Public Data .......................................................................................11-1

11.1.3 Protocol Data Unit .................................................................................11-1

11.1.4 Protocol Initialization ............................................................................11-1

11.1.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............11-1

11.1.4.2 Protocol Initialization for the InUse Protocol Instance of the Subtype 1
Physical Layer Protocol ................................................................................11-2

11.1.5 Procedures and Messages for the InConfiguration Instance of the Protocol ..11-2

11.1.5.1 Procedures.........................................................................................11-2

11.1.5.2 Commit Procedures............................................................................11-2

11.1.5.3 Message Formats ...............................................................................11-3

11.1.5.3.1 ConfigurationRequest.....................................................................11-3

# CONTENTS

11.1.5.3.2 ConfigurationResponse ................................................................ 11-3

11.1.6 Procedures and Messages for the InUse Instance of the Protocol ................ 11-4

11.1.6.1 Procedures ......................................................................................... 11-4

11.1.6.2 Message Formats ............................................................................... 11-4

11.1.6.3 Interface to Other Protocols ............................................................ 11-4

11.1.6.3.1 Commands ..................................................................................... 11-4

11.1.6.3.2 Indications ..................................................................................... 11-4

11.1.7 Configuration Attributes ...................................................................... 11-4

11.1.8 Protocol Numeric Constants ................................................................. 11-4

11.1.8.1 Protocol Numeric Constants for the Default (Subtype 0) Physical
Layer Protocol ................................................................................... 11-4

11.1.8.2 Protocol Numeric Constants for the Subtype 1 Physical Layer Protocol .. 11-4

11.1.9 Session State Information ..................................................................... 11-5

11.2 Physical Layer Packets ................................................................................. 11-6

11.2.1 Overview ............................................................................................... 11-6

11.2.2 Physical Layer Packet Formats ............................................................. 11-6

11.2.2.1 Control Channel Physical Layer Packet Format .................................. 11-6

11.2.2.2 Access Channel Physical Layer Packet Format .................................. 11-6

11.2.2.3 Forward Traffic Channel Physical Layer Packet Format ..................... 11-8

11.2.2.4 Reverse Traffic Channel Physical Layer Packet Format ..................... 11-9

11.2.3 Bit Transmission Order .......................................................................... 11-10

11.2.4 Computation of the FCS Bits ................................................................. 11-10

11.3 Access Terminal Requirements .................................................................... 11-12

11.3.1 Transmitter ............................................................................................ 11-12

11.3.1.1 Frequency Parameters ....................................................................... 11-12

11.3.1.1.1 Frequency Tolerance ..................................................................... 11-12

11.3.1.2 Power Output Characteristics ............................................................ 11-12

11.3.1.2.1 Output Power Requirements of Reverse Channels ......................... 11-12

11.3.1.2.1.1 Access Channel Output Power ................................................... 11-12

11.3.1.2.1.2 Reverse Traffic Channel Output Power ...................................... 11-12

11.3.1.2.2 Maximum Output Power ................................................................ 11-12

11.3.1.2.3 Output Power Limits ...................................................................... 11-13

## CONTENTS

11.3.1.2.3.1 Minimum Controlled Output Power ..................................................11-13

11.3.1.2.3.2 Standby Output Power ..................................................................11-13

11.3.1.2.4 Controlled Output Power ..................................................................11-13

11.3.1.2.4.1 Estimated Open-Loop Output Power .............................................11-13

11.3.1.2.4.2 Closed-Loop Output Power ...........................................................11-15

11.3.1.2.5 Power Transition Characteristics .....................................................11-15

11.3.1.2.5.1 Open-Loop Estimation ..................................................................11-15

11.3.1.2.5.2 Closed-Loop Correction ...............................................................11-16

11.3.1.3 Modulation Characteristics ................................................................11-16

11.3.1.3.1 Reverse Channel Structure ..............................................................11-16

11.3.1.3.1.1 Modulation Parameters .................................................................11-22

11.3.1.3.1.2 Data Rates ....................................................................................11-23

11.3.1.3.2 Access Channel ..............................................................................11-23

11.3.1.3.2.1 Pilot Channel.................................................................................11-26

11.3.1.3.2.2 Data Channel ...............................................................................11-26

11.3.1.3.2.3 Pilot Channel.................................................................................11-27

11.3.1.3.2.4 Reverse Rate Indicator Channel...................................................11-27

11.3.1.3.2.5 Data Rate Control Channel...........................................................11-28

11.3.1.3.2.6 ACK Channel.................................................................................11-31

11.3.1.3.2.7 Data Channel ...............................................................................11-31

11.3.1.3.3 Encoding........................................................................................11-32

11.3.1.3.3.1 Reverse Link Encoder Structure and Parameters.........................11-32

11.3.1.3.3.2 Turbo Encoding.............................................................................11-32

11.3.1.3.3.2.1 Turbo Encoders .........................................................................11-33

11.3.1.3.3.2.2 Turbo Code Termination ............................................................11-33

11.3.1.3.3.2.3 Turbo Interleavers .....................................................................11-35

11.3.1.3.4 Channel Interleaving.......................................................................11-39

11.3.1.3.5 Sequence Repetition.......................................................................11-39

11.3.1.3.6 Orthogonal Covers .........................................................................11-40

11.3.1.3.7 Quadrature Spreading .....................................................................11-40

11.3.1.3.7.1 Access Terminal Common Short-Code PN Sequences ...............11-41

11.3.1.3.7.2 Long Codes....................................................................................11-42

TIA-856-B

# CONTENTS

1   11.3.1.3.7.3 Baseband Filtering.................................................................11-44

2   11.3.1.4 Closed-Loop Power-Control Operation ...............................................11-45

3   11.3.1.5 Reception of the DRCLock Channel ...................................................11-46

4   11.3.1.6 Reception of the Reverse Activity Channel .........................................11-46

5   11.3.1.7 Synchronization and Timing ...............................................................11-46

6   11.4 Access Network Requirements ....................................................................11-48

7   11.4.1 Transmitter ...............................................................................................11-48

8   11.4.1.1 Frequency Parameters ........................................................................11-48

9   11.4.1.1.1 Frequency Tolerance ........................................................................11-48

10   11.4.1.2 Power Output Characteristics ...........................................................11-48

11   11.4.1.3 Modulation Characteristics ...............................................................11-48

12   11.4.1.3.1 Forward Channel Structure .............................................................11-48

13   11.4.1.3.1.1 Modulation Parameters .................................................................11-53

14   11.4.1.3.1.2 Data Rates .....................................................................................11-56

15   11.4.1.3.2 Forward Link Channels ....................................................................11-56

16   11.4.1.3.2.1 Pilot Channel ................................................................................11-56

17   11.4.1.3.2.1.1 Modulation....................................................................................11-56

18   11.4.1.3.2.1.2 Orthogonal Spreading .................................................................11-56

19   11.4.1.3.2.1.3 Quadrature Spreading..................................................................11-56

20   11.4.1.3.2.2 Forward MAC Channel...................................................................11-57

21   11.4.1.3.2.2.1 Reverse Power Control Channel....................................................11-58

22   11.4.1.3.2.2.2 DRCLock Channel .......................................................................11-58

23   11.4.1.3.2.2.3 Reverse Activity Channel .............................................................11-59

24   11.4.1.3.2.3 Forward Traffic Channel ................................................................11-59

25   11.4.1.3.2.3.1 Forward Traffic Channel Preamble ..............................................11-59

26   11.4.1.3.2.3.2 Encoding.......................................................................................11-60

27   11.4.1.3.2.3.2.1 Turbo Encoder ...........................................................................11-61

28   11.4.1.3.2.3.2.2 Turbo Interleaver........................................................................11-64

29   11.4.1.3.2.3.3 Scrambling....................................................................................11-68

30   11.4.1.3.2.3.4 Channel Interleaving......................................................................11-69

31   11.4.1.3.2.3.4.1 Symbol Reordering .....................................................................11-69

32   11.4.1.3.2.3.4.2 Symbol Permuting.......................................................................11-70

## CONTENTS

1    11.4.1.3.2.3.5 Modulation ..................................................................11-71

2    11.4.1.3.2.3.5.1 QPSK Modulation ........................................11-71

3    11.4.1.3.2.3.5.2 8-PSK Modulation........................................11-72

4    11.4.1.3.2.3.5.3 16-QAM Modulation ..................................11-73

5    11.4.1.3.2.3.6 Sequence Repetition and Symbol Puncturing......................11-75

6    11.4.1.3.2.3.7 Symbol Demultiplexing................................................11-76

7    11.4.1.3.2.3.8 Walsh Channel Assignment ...............................................11-77

8    11.4.1.3.2.3.9 Walsh Channel Scaling .................................................11-77

9    11.4.1.3.2.3.10 Walsh Chip Level Summing ............................................11-77

10    11.4.1.3.2.4 Control Channel .....................................................11-77

11    11.4.1.3.3 Time-Division Multiplexing..........................................11-77

12    11.4.1.3.4 Quadrature Spreading ...............................................11-80

13    11.4.1.3.5 Filtering ............................................................11-81

14    11.4.1.3.5.1 Baseband Filtering ................................................11-81

15    11.4.1.3.5.2 Phase Characteristics ............................................11-83

16    11.4.1.3.6 Synchronization and Timing.........................................11-84

17    11.4.1.3.6.1 Timing Reference Source ..........................................11-84

18    11.4.1.3.6.2 Sector Transmission Time .......................................11-84

19  12 Subtype 2 Physical Layer ............................................................12-1

20  12.1 Subtype 2 Physical Layer Protocol Instance ........................................12-1

21  12.1.1 Overview...........................................................................12-1

22  12.1.2 Primitives and Public Data...........................................................12-1

23  12.1.2.1 Commands .....................................................................12-1

24  12.1.2.2 Return Indications .............................................................12-1

25  12.1.2.3 Public Data ...................................................................12-1

26  12.1.3 Protocol Data Unit .................................................................12-1

27  12.1.4 Protocol Initialization ............................................................12-1

28  12.1.4.1 Protocol Initialization for the InConfiguration Protocol Instance .............12-1

29  12.1.5 Procedures and Messages for the InConfiguration Instance of the Protocol ..12-2

30  12.1.5.1 Procedures......................................................................12-2

31  12.1.5.2 Commit Procedures.............................................................12-2

32  12.1.5.3 Message Formats ...............................................................12-3

# CONTENTS

12.1.5.3.1 ConfigurationRequest ................................................................ 12-3

12.1.5.3.2 ConfigurationResponse ............................................................... 12-3

12.1.6 Procedures and Messages for the InUse Instance of the Protocol ................ 12-4

12.1.6.1 Procedures ................................................................................. 12-4

12.1.6.2 Message Formats ......................................................................... 12-4

12.1.6.3 Interface to Other Protocols ........................................................... 12-4

12.1.6.3.1 Commands ............................................................................. 12-4

12.1.6.3.2 Indications ............................................................................. 12-4

12.1.7 Configuration Attributes ..................................................................... 12-4

12.1.8 Protocol Numeric Constants ................................................................ 12-4

12.1.9 Session State Information .................................................................... 12-4

12.2 Physical Layer Packets .......................................................................... 12-5

12.2.1 Overview ......................................................................................... 12-5

12.2.2 Physical Layer Packet Formats ............................................................. 12-5

12.2.2.1 Control Channel Physical Layer Packet Format ................................... 12-5

12.2.2.2 Access Channel Physical Layer Packet Format ................................... 12-6

12.2.2.3 Forward Traffic Channel Physical Layer Packet Format ........................ 12-6

12.2.2.4 Reverse Traffic Channel Physical Layer Packet Format ........................ 12-7

12.2.3 Bit Transmission Order ....................................................................... 12-8

12.2.4 Computation of the FCS Bits ................................................................ 12-8

12.3 Access Terminal Requirements ............................................................... 12-10

12.3.1 Transmitter ..................................................................................... 12-10

12.3.1.1 Frequency Parameters ................................................................ 12-10

12.3.1.1.1 Frequency Tolerance ............................................................... 12-10

12.3.1.2 Power Output Characteristics ....................................................... 12-10

12.3.1.2.1 Output Power Requirements of Reverse Channels ........................... 12-10

12.3.1.2.1.1 Access Channel Output Power .................................................. 12-10

12.3.1.2.1.2 Reverse Traffic Channel Output Power ...................................... 12-10

12.3.1.2.2 Maximum Output Power ........................................................... 12-10

12.3.1.2.3 Output Power Limits ................................................................ 12-11

12.3.1.2.3.1 Minimum Controlled Output Power ............................................ 12-11

12.3.1.2.3.2 Standby Output Power ............................................................ 12-11

# CONTENTS

12.3.1.2.4 Controlled Output Power.............................................................12-11

12.3.1.2.4.1 Estimated Open-Loop Output Power ........................................12-11

12.3.1.2.4.2 Closed-Loop Output Power ......................................................12-13

12.3.1.2.5 Power Transition Characteristics ...............................................12-14

12.3.1.2.5.1 Open-Loop Estimation ............................................................12-14

12.3.1.2.5.2 Closed-Loop Correction ..........................................................12-14

12.3.1.3 Modulation Characteristics .......................................................12-15

12.3.1.3.1 Reverse Channel Structure ......................................................12-15

12.3.1.3.1.1 Modulation Parameters ..........................................................12-25

12.3.1.3.1.2 Data Rates .............................................................................12-26

12.3.1.3.2 Access Channel.......................................................................12-27

12.3.1.3.2.1 Pilot Channel..........................................................................12-28

12.3.1.3.2.2 Data Channel .........................................................................12-28

12.3.1.3.3 Reverse Traffic Channel ..........................................................12-28

12.3.1.3.3.1 Pilot Channel..........................................................................12-29

12.3.1.3.3.2 Reverse Rate Indicator Channel..............................................12-29

12.3.1.3.3.3 Data Source Control Channel ..................................................12-30

12.3.1.3.3.4 Data Rate Control Channel......................................................12-32

12.3.1.3.3.5 ACK Channel..........................................................................12-35

12.3.1.3.3.6 Data Channel .........................................................................12-36

12.3.1.3.3.7 Auxiliary Pilot Channel ...........................................................12-36

12.3.1.3.4 Encoding.................................................................................12-37

12.3.1.3.4.1 Reverse Link Encoder Structure and Parameters.....................12-37

12.3.1.3.4.2 Turbo Encoding......................................................................12-38

12.3.1.3.4.2.1 Turbo Encoders ...................................................................12-39

12.3.1.3.4.2.2 Turbo Code Termination ......................................................12-39

12.3.1.3.4.2.3 Turbo Interleavers ...............................................................12-42

12.3.1.3.5 Scrambling for Reverse Traffic Channel Physical Layer Packets......12-46

12.3.1.3.6 Channel Interleaving for Access Channel Physical Layer Packets ...12-47

12.3.1.3.7 Channel Interleaving for Reverse Traffic Channel Physical Layer
Packets ...........................................................................................12-48

12.3.1.3.7.1 Symbol Reordering .................................................................12-48

12.3.1.3.7.2 Matrix Interleaving .................................................................12-49

# CONTENTS

12.3.1.3.8 Orthogonal Covers ................................................................. 12-50

12.3.1.3.9 Modulation ..................................................................... 12-51

12.3.1.3.9.1 B4 Modulation ............................................................. 12-51

12.3.1.3.9.2 Q4 Modulation ............................................................ 12-52

12.3.1.3.9.3 Q2 Modulation ............................................................ 12-52

12.3.1.3.9.4 Q4Q2 Modulation ........................................................ 12-53

12.3.1.3.9.5 E4E2 Modulation ........................................................ 12-53

12.3.1.3.10 Sequence Repetition for Access Channel Physical Layer Packets .. 12-57

12.3.1.3.11 Sequence Repetition and Symbol Selection for Reverse Traffic
Channel Physical Layer Packets ............................................... 12-57

12.3.1.3.12 Quadrature Spreading ..................................................... 12-57

12.3.1.3.12.1 Access Terminal Common Short-Code PN Sequences ............. 12-58

12.3.1.3.12.2 Long Codes ............................................................... 12-59

12.3.1.3.12.3 Baseband Filtering ...................................................... 12-61

12.3.2 Receiver ............................................................................ 12-62

12.3.2.1 Closed-Loop Power-Control Operation .................................. 12-62

12.3.2.2 Reception of the DRCLock Channel ...................................... 12-63

12.3.2.3 Reception of the Reverse Activity Channel ............................ 12-63

12.3.2.4 Reception of ARQ Channel ................................................ 12-64

12.3.3 Synchronization and Timing .................................................... 12-68

12.4 Access Network Requirements ................................................... 12-70

12.4.1 Transmitter ......................................................................... 12-70

12.4.1.1 Frequency Parameters ...................................................... 12-70

12.4.1.1.1 Frequency Tolerance ...................................................... 12-70

12.4.1.2 Power Output Characteristics ............................................. 12-70

12.4.1.3 Modulation Characteristics ................................................ 12-70

12.4.1.3.1 Forward Channel Structure ............................................... 12-70

12.4.1.3.1.1 Modulation Parameters .................................................. 12-74

12.4.1.3.1.2 Data Rates ................................................................ 12-76

12.4.1.3.2 Forward Link Channels ................................................... 12-77

12.4.1.3.2.1 Pilot Channel ............................................................. 12-77

12.4.1.3.2.1.1 Modulation .............................................................. 12-77

# CONTENTS

12.4.1.3.2.1.2 Orthogonal Spreading..........................................................12-77

12.4.1.3.2.1.3 Quadrature Spreading..........................................................12-77

12.4.1.3.2.2 Forward MAC Channel ............................................................12-77

12.4.1.3.2.2.1 Reverse Power Control Channel..................................12-81

12.4.1.3.2.2.2 DRCLock Channel .......................................................12-81

12.4.1.3.2.2.3 Reverse Activity Channel .................................................12-82

12.4.1.3.2.2.4 ARQ Channel....................................................................12-82

12.4.1.3.2.3 Forward Traffic Channel .........................................................12-84

12.4.1.3.2.3.1 Forward Traffic Channel Preamble....................................12-84

12.4.1.3.2.3.2 Encoding ........................................................................12-86

12.4.1.3.2.3.2.1 Turbo Encoder ..........................................................12-88

12.4.1.3.2.3.2.2 Turbo Interleaver .......................................................12-91

12.4.1.3.2.3.3 Scrambling ...................................................................12-95

12.4.1.3.2.3.4 Channel Interleaving .......................................................12-97

12.4.1.3.2.3.4.1 Symbol Reordering..........................................................12-98

12.4.1.3.2.3.4.2 Matrix Interleaving.......................................................12-98

12.4.1.3.2.3.4.3 Short Sequence Repetition ............................................12-99

12.4.1.3.2.3.5 Modulation .................................................................12-101

12.4.1.3.2.3.5.1 QPSK Modulation ....................................................12-101

12.4.1.3.2.3.5.2 8-PSK Modulation ....................................................12-102

12.4.1.3.2.3.5.3 16-QAM Modulation ................................................12-103

12.4.1.3.2.3.6 Sequence Repetition and Symbol Puncturing...................12-105

12.4.1.3.2.3.7 Symbol Demultiplexing.................................................12-107

12.4.1.3.2.3.8 Walsh Channel Assignment ...........................................12-108

12.4.1.3.2.3.9 Walsh Channel Scaling ..................................................12-108

12.4.1.3.2.3.10 Walsh Chip Level Summing .........................................12-108

12.4.1.3.2.4 Control Channel ....................................................................12-108

12.4.1.3.3 Time-Division Multiplexing.........................................................12-108

12.4.1.3.4 Quadrature Spreading ...............................................................12-115

12.4.1.3.5 Filtering ...................................................................................12-116

12.4.1.3.5.1 Baseband Filtering ................................................................12-116

12.4.1.3.5.2 Phase Characteristics ............................................................12-118

**CONTENTS**

1    12.4.1.3.6 Synchronization and Timing ...................................................... 12-119

2        12.4.1.3.6.1 Timing Reference Source ............................................. 12-119

3        12.4.1.3.6.2 Sector Transmission Time ........................................... 12-119

4    13 SUBTYPE 3 Physical Layer ................................................................ 13-1

5    13.1 Subtype 3 Physical Layer Protocol Instance ....................................... 13-1

6        13.1.1 Overview ...................................................................... 13-1

7        13.1.2 Primitives and Public Data .................................................. 13-1

8        13.1.2.1 Commands ................................................................. 13-1

9        13.1.2.2 Return Indications ...................................................... 13-1

10       13.1.2.3 Public Data ............................................................. 13-1

11       13.1.3 Protocol Data Unit .......................................................... 13-1

12       13.1.4 Protocol Initialization ..................................................... 13-2

13       13.1.4.1 Protocol Initialization for the InConfiguration Protocol Instance ............ 13-2

14       13.1.5 Procedures and Messages for the InConfiguration Instance of the Protocol .. 13-2

15       13.1.5.1 Procedures ............................................................... 13-2

16       13.1.5.2 Commit Procedures ........................................................ 13-2

17       13.1.5.3 Message Formats .......................................................... 13-3

18           13.1.5.3.1 ConfigurationRequest ............................................... 13-3

19           13.1.5.3.2 ConfigurationResponse .............................................. 13-3

20       13.1.6 Procedures and Messages for the InUse Instance of the Protocol ................. 13-4

21       13.1.6.1 Procedures ............................................................... 13-4

22       13.1.6.2 Message Formats .......................................................... 13-4

23           13.1.6.2.1 AttributeUpdateRequest ............................................. 13-4

24           13.1.6.2.2 AttributeUpdateAccept .............................................. 13-4

25           13.1.6.2.3 AttributeUpdateReject .............................................. 13-5

26       13.1.6.3 Interface to Other Protocols ............................................ 13-5

27           13.1.6.3.1 Commands ........................................................... 13-5

28           13.1.6.3.2 Indications ........................................................ 13-5

29       13.1.7 Configuration Attributes ..................................................... 13-5

30       13.1.7.1 Simple Attributes ........................................................ 13-6

31       13.1.7.2 Complex Attributes ....................................................... 13-8

32           13.1.7.2.1 AdditionalCarriersInitTxPower Attribute ............................ 13-8

# CONTENTS

13.1.7.2.2 ReversePilotTransmitSlots Attribute ...............................................13-10

13.1.8 Protocol Numeric Constants ...............................................13-12

13.1.9 Session State Information ...............................................13-12

13.2 Physical Layer Packets ...............................................13-13

13.2.1 Overview ...............................................13-13

13.2.2 Physical Layer Packet Formats ...............................................13-13

13.2.2.1 Control Channel Physical Layer Packet Format ...............................13-13

13.2.2.2 Access Channel Physical Layer Packet Format ...............................13-14

13.2.2.3 Forward Traffic Channel Physical Layer Packet Format.......................13-14

13.2.2.4 Reverse Traffic Channel Physical Layer Packet Format.......................13-15

13.2.3 Bit Transmission Order ...............................................13-16

13.2.4 Computation of the FCS Bits ...............................................13-16

13.3 Access Terminal Requirements ...............................................13-18

13.3.1 Transmitter ...............................................13-18

13.3.1.1 Frequency Parameters ...............................................13-18

13.3.1.1.1 Frequency Tolerance ...............................................13-18

13.3.1.2 Power Output Characteristics ...............................................13-18

13.3.1.2.1 Output Power Requirements of Reverse Channels .........................13-18

13.3.1.2.1.1 Access Channel Output Power...............................................13-18

13.3.1.2.1.2 Reverse Traffic Channel Output Power ...............................13-18

13.3.1.2.2 Maximum Output Power ...............................................13-18

13.3.1.2.3 Output Power Limits ...............................................13-19

13.3.1.2.3.1 Minimum Controlled Output Power ...............................13-19

13.3.1.2.3.2 Standby Output Power ...............................................13-19

13.3.1.2.4 Controlled Output Power...............................................13-19

13.3.1.2.4.1 Estimated Open-Loop Output Power ...............................13-19

13.3.1.2.4.2 Closed-Loop Output Power ...............................................13-23

13.3.1.2.4.3 Power Transition Characteristics ...............................13-25

13.3.1.2.4.4 Open-Loop Estimation...............................................13-25

13.3.1.2.4.5 Closed-Loop Correction...............................................13-25

13.3.1.3 Modulation Characteristics ...............................................13-25

13.3.1.3.1 Reverse Channel Structure ...............................................13-25

TIA-856-B

# CONTENTS

13.3.1.3.1.1 Modulation Parameters ........................................................... 13-45

13.3.1.3.1.2 Data Rates ........................................................................ 13-47

13.3.1.3.2 Access Channel ..................................................................... 13-48

13.3.1.3.2.1 Pilot Channel ..................................................................... 13-49

13.3.1.3.2.2 Data Channel...................................................................... 13-49

13.3.1.3.3 Reverse Traffic Channel ......................................................... 13-49

13.3.1.3.3.1 Pilot Channel ..................................................................... 13-50

13.3.1.3.3.2 Reverse Rate Indicator Channel ............................................ 13-50

13.3.1.3.3.3 Data Source Control Channel ............................................... 13-52

13.3.1.3.3.4 Data Rate Control Channel .................................................. 13-56

13.3.1.3.3.5 ACK Channel ..................................................................... 13-61

13.3.1.3.3.6 Data Channel...................................................................... 13-64

13.3.1.3.3.7 Auxiliary Pilot Channel ....................................................... 13-65

13.3.1.3.4 Encoding ............................................................................. 13-65

13.3.1.3.4.1 Reverse Link Encoder Structure and Parameters ..................... 13-65

13.3.1.3.4.2 Turbo Encoding ................................................................. 13-67

13.3.1.3.4.2.1 Turbo Encoders................................................................ 13-67

13.3.1.3.4.2.2 Turbo Code Termination..................................................... 13-68

13.3.1.3.4.2.3 Turbo Interleavers............................................................. 13-70

13.3.1.3.5 Scrambling for Reverse Traffic Channel Physical Layer Packets ..... 13-74

13.3.1.3.6 Channel Interleaving for Access Channel Physical Layer Packets ... 13-75

13.3.1.3.7 Channel Interleaving for Reverse Traffic Channel Physical Layer
Packets ............................................................................... 13-76

13.3.1.3.7.1 Symbol Reordering.............................................................. 13-76

13.3.1.3.7.2 Matrix Interleaving.............................................................. 13-77

13.3.1.3.8 Orthogonal Covers ................................................................ 13-78

13.3.1.3.9 Modulation .......................................................................... 13-79

13.3.1.3.9.1 B4 Modulation .................................................................... 13-79

13.3.1.3.9.2 Q4 Modulation .................................................................... 13-80

13.3.1.3.9.3 Q2 Modulation .................................................................... 13-80

13.3.1.3.9.4 Q4Q2 Modulation ............................................................... 13-81

13.3.1.3.9.5 E4E2 Modulation ................................................................ 13-81

## CONTENTS

13.3.1.3.10 Sequence Repetition for Access Channel Physical Layer Packets ..13-85

13.3.1.3.11 Sequence Repetition and Symbol Selection for Reverse Traffic
Channel Physical Layer Packets .......................................................13-85

13.3.1.3.12 Quadrature Spreading...................................................................13-85

13.3.1.3.12.1 Access Terminal Common Short-Code PN Sequences .............13-86

13.3.1.3.12.2 Long Codes...........................................................................13-87

13.3.1.3.12.3 Baseband Filtering ...............................................................13-89

13.3.1.4 Discontinuous Transmission.................................................................13-91

13.3.2 Receiver .................................................................................................13-93

13.3.2.1 Closed-Loop Power-Control Operation..................................................13-93

13.3.2.2 Reception of the DRCLock Channel......................................................13-93

13.3.2.3 Reception of the Reverse Activity Channel.............................................13-94

13.3.2.4 Reception of ARQ Channel ..................................................................13-94

13.3.3 Synchronization and Timing .....................................................................13-99

13.4 Access Network Requirements .......................................................................13-101

13.4.1 Transmitter ...........................................................................................13-101

13.4.1.1 Frequency Parameters .......................................................................13-101

13.4.1.1.1 Frequency Tolerance .....................................................................13-101

13.4.1.2 Power Output Characteristics .............................................................13-101

13.4.1.3 Modulation Characteristics .................................................................13-101

13.4.1.3.1 Forward Channel Structure.............................................................13-101

13.4.1.3.1.1 Modulation Parameters ............................................................13-105

13.4.1.3.1.2 Data Rates .............................................................................13-109

13.4.1.3.2 Forward Link Channels ..................................................................13-109

13.4.1.3.2.1 Pilot Channel...........................................................................13-109

13.4.1.3.2.1.1 Modulation ...........................................................................13-110

13.4.1.3.2.1.2 Orthogonal Spreading ...........................................................13-110

13.4.1.3.2.1.3 Quadrature Spreading ...........................................................13-110

13.4.1.3.2.2 Forward MAC Channel ..............................................................13-110

13.4.1.3.2.2.1 Reverse Power Control Channel..............................................13-115

13.4.1.3.2.2.2 DRCLock Channel .................................................................13-116

13.4.1.3.2.2.3 Reverse Activity Channel .......................................................13-116

13.4.1.3.2.3 Forward Traffic Channel............................................................13-118

# CONTENTS

13.4.1.3.2.3.1 Forward Traffic Channel Preamble ................................... 13-118

13.4.1.3.2.3.2 Encoding ........................................................... 13-123

13.4.1.3.2.3.2.1 Turbo Encoder ...................................................... 13-125

13.4.1.3.2.3.2.2 Turbo Interleaver .................................................. 13-128

13.4.1.3.2.3.3 Scrambling ........................................................... 13-132

13.4.1.3.2.3.4 Channel Interleaving .............................................. 13-135

13.4.1.3.2.3.4.1 Symbol Reordering ................................................. 13-135

13.4.1.3.2.3.4.2 Matrix Interleaving ............................................... 13-136

13.4.1.3.2.3.4.3 Short Sequence Repetition ......................................... 13-137

13.4.1.3.2.3.5 Modulation .......................................................... 13-139

13.4.1.3.2.3.5.1 QPSK Modulation ................................................... 13-139

13.4.1.3.2.3.5.2 8-PSK Modulation .................................................. 13-140

13.4.1.3.2.3.5.3 16-QAM Modulation ................................................. 13-141

13.4.1.3.2.3.5.4 64-QAM Modulation ................................................. 13-143

13.4.1.3.2.3.6 Sequence Repetition and Symbol Puncturing ................... 13-146

13.4.1.3.2.3.7 Symbol Demultiplexing ............................................. 13-149

13.4.1.3.2.3.8 Walsh Channel Assignment .......................................... 13-149

13.4.1.3.2.3.9 Walsh Channel Scaling ............................................. 13-149

13.4.1.3.2.3.10 Walsh Chip Level Summing .......................................... 13-150

13.4.1.3.2.4 Control Channel ....................................................... 13-150

13.4.1.3.3 Time-Division Multiplexing ............................................ 13-150

13.4.1.3.4 Quadrature Spreading .................................................. 13-158

13.4.1.3.5 Filtering ............................................................. 13-159

13.4.1.3.5.1 Baseband Filtering .................................................... 13-159

13.4.1.3.5.2 Phase Characteristics ................................................ 13-161

13.4.1.3.6 Synchronization and Timing ............................................ 13-162

13.4.1.3.6.1 Timing Reference Source .............................................. 13-162

13.4.1.3.6.2 Sector Transmission Time ............................................. 13-162

14 Common Algorithms and Data Structures ....................................... 14-1

14.1 Channel Record ............................................................... 14-1

14.2 Access Terminal Identifier Record ........................................... 14-3

14.3 Attribute Record ............................................................. 14-3

## CONTENTS

14.4 Hash Function ....................................................................................14-5

14.5 Pseudorandom Number Generator .......................................................14-5

14.5.1 General Procedures ..........................................................................14-5

14.5.2 Initialization ....................................................................................14-6

14.6 Sequence Number Validation...............................................................14-6

14.7 Generic Configuration Protocol ...........................................................14-6

14.7.1 Introduction .....................................................................................14-6

14.7.2 Procedures .......................................................................................14-7

14.7.2.1 Configuration Negotiation .........................................................14-7

14.7.3 Message Formats .............................................................................14-8

14.7.3.1 ConfigurationRequest .................................................................14-8

14.7.3.2 ConfigurationResponse ...............................................................14-8

14.8 Session State Information Record ........................................................14-9

14.9 SectorID Provisioning .......................................................................14-11

14.9.1 Overview of Relevant Formats .......................................................14-11

14.9.1.1 Global Unicast IPv6 Address Format ........................................14-11

14.9.1.2 Site-Local Unicast IPv6 Address Format...................................14-11

14.9.1.3 Link-Local Unicast IPv6 Address Format ..................................14-11

14.9.1.4 Reserved IPv6 Address Format .................................................14-12

14.9.1.5 Modified EUI-64 Format...........................................................14-12

14.9.2 SectorID Construction ....................................................................14-13

14.9.2.1 Construction of Globally Unique SectorID .................................14-13

14.9.2.1.1 SectorID Based On an IPv6 Unique Identifier .......................14-13

14.9.2.1.2 SectorID Not Based On an IPv6 Unique Identifier .................14-14

14.9.2.1.2.1 ANSI-41 Method .............................................................14-15

14.9.2.1.2.2 GSM/UMTS Method .......................................................14-15

14.9.2.1.2.3 IPv4 Unique Identifier.....................................................14-16

14.9.2.2 Construction of Locally Unique SectorID...................................14-16

14.10 Generic Attribute Update Protocol ...................................................14-17

14.10.1 Introduction ..................................................................................14-17

14.10.2 Procedures....................................................................................14-17

14.10.2.1 Initiator Requirements ............................................................14-17

TIA-856-B

# CONTENTS

1    14.10.2.2 Responder Requirements .................................................................. 14-18

2    14.10.3 Message Formats ............................................................................. 14-18

3    14.10.3.1 AttributeUpdateRequest ................................................................ 14-18

4    14.10.3.2 AttributeUpdateAccept ................................................................. 14-19

5    14.10.3.3 AttributeUpdateReject ................................................................. 14-19

6    14.10.4 Protocol Numeric Constants ............................................................. 14-19

7    14.11 Linear Interpolation............................................................................. 14-20

8    14.12 Bi-linear Interpolation ........................................................................ 14-21

9    14.13 IIR filter implementation ..................................................................... 14-22

10   15 Assigned Names And Numbers ................................................................. 15-1

11   15.1 Protocols .......................................................................................... 15-1

# FIGURES

1   Figure 1.3-1. Architecture Reference Model ...................................................................1-2

2   Figure 1.4.1-1. Air Interface Layering Architecture ......................................................1-2

3   Figure 1.5-1. Forward Channel Structure......................................................................1-3

4   Figure 1.5-2. Reverse Channel Structure ......................................................................1-4

5   Figure 1.6.6-1. Default Protocols .................................................................................1-8

6   Figure 1.6.6-2. Non-Default Protocols ..........................................................................1-9

7   Figure 1.14-1. CDMA System Time Line .....................................................................1-19

8   Figure 2.1.1-1. Default Signaling Layer Protocols ........................................................2-1

9   Figure 2.1.3-1. Message Encapsulation (Non-fragmented) ...........................................2-2

10  Figure 2.1.3-2. Message Encapsulation (Fragmented)...................................................2-2

11  Figure 2.3.2-1. Sample Message Information.................................................................2-4

12  Figure 2.5.3-1. SNP Packet Structure ..........................................................................2-8

13  Figure 2.6.4.2.3.3.1-1. SLP-D Transmit Sequence Number Variable............................2-15

14  Figure 2.6.4.2.3.3.2-1. SLP Receive Sequence Number Variables ................................2-16

15  Figure 3.1.1-1. Default Packet Application Protocols ....................................................3-1

16  Figure 3.1.3-1. Default Packet Application Encapsulation ..............................................3-2

17  Figure 3.4.4.1.2-1. RLP Transmit Sequence Number Variable ......................................3-7

18  Figure 3.4.4.1.2-2. RLP Receive Sequence Number Variables ......................................3-8

19  Figure 3.6.1-1. Flow Control Protocol State Diagram (Access Terminal) ......................3-16

20  Figure 3.6.1-2. Flow Control Protocol State Diagram (Access Network) .......................3-16

21  Figure 4.1.1-1. Multi-Flow Packet Application Protocols ..............................................4-1

22  Figure 4.1.3-1. Multi-Flow Packet Application Encapsulation.........................................4-2

23  Figure 4.4.4.1.1.2.5-1. RLP Reset Procedure Initiated by RLP Transmitter .................4-10

24  Figure 4.4.4.1.1.2.5-2. RLP Reset Procedure Initiated by RLP Receiver......................4-10

25  Figure 4.4.4.2.1-1. RLP Transmit Sequence Number Variable ....................................4-11

26  Figure 4.4.4.2.1-2. Reverse Reservation State Diagram (Access Terminal) ..................4-13

27  Figure 4.4.4.2.1-3. Forward Reservation State Diagram (Access Network) ...................4-13

28  Figure 4.4.4.2.2-1. RLP Receive Sequence Number Variables .....................................4-17

29  Figure 4.7.1-1. Flow Control Protocol State Diagram (Access Terminal) ......................4-43

30  Figure 4.7.1-2. Flow Control Protocol State Diagram (Access Network) .......................4-43

31  Figure 5.5.4.1.3-1. 3G1X Circuit Services Notification Protocol State Diagram
32  (Access Network)......................................................................................................5-7

## FIGURES

Figure 6.1.2-1. Stream Layer Encapsulation ................................................................ 6-2

Figure 6.2.6-1. Stream Layer Packet Structure ......................................................... 6-6

Figure 7.1.1-1. Session Layer Protocols.................................................................... 7-2

Figure 7.1.2-1. Session Layer Encapsulation ........................................................... 7-2

Figure 7.2.1-1. Default Session Management Protocol State Diagram (Access Terminal)................................................................................................... 7-3

Figure 7.2.1-2. Default Session Management Protocol State Diagram (Access Network)................................................................................................... 7-4

Figure 7.3.1-1. Default Address Management Protocol State Diagram (Access Terminal).................................................................................................7-17

Figure 7.3.1-2. Default Address Management Protocol State Diagram (Access Network).................................................................................................7-18

Figure 7.4.1-1. Default Session Configuration Protocol State Diagram (Access Terminal).................................................................................................7-41

Figure 7.4.1-2. Default Session Configuration Protocol State Diagram (Access Network).................................................................................................7-41

Figure 7.4.9-1. Default Session Configuration Protocol: Extensive Negotiation Procedure................................................................................................7-70

Figure 7.4.9-2. Default Session Configuration Protocol: Minimal Negotiation Procedure with Key Exchange ..............................................................7-71

Figure 7.4.9-3. Default Session Configuration Protocol: Negotiation of Multiple Personalities...........................................................................................7-72

Figure 7.4.9-4. Default Session Configuration Protocol: Personality Change During Connection.............................................................................................7-73

Figure 8.1.1-1. Connection Layer Protocols............................................................. 8-3

Figure 8.1.2-1. Connection Layer Encapsulation (Format A) ................................. 8-4

Figure 8.1.2-2. Connection Layer Encapsulation (Format B) ................................. 8-4

Figure 8.2.1-1. Default Air Link Management Protocol State Diagram (Access Terminal)................................................................................................. 8-6

Figure 8.2.1-2. Default Air Link Management Protocol State Diagram (Access Network)................................................................................................. 8-6

Figure 8.3.1-1. Default Initialization State Protocol State Diagram...............................8-21

Figure 8.4.1-1. Default Idle State Protocol State Diagram (Access Terminal) ...............8-29

Figure 8.4.6.1.6-1. Connection Setup Exchange .......................................................8-39

Figure 8.5.1-1. Enhanced Idle State Protocol State Diagram (Access Terminal) ...........8-45

**FIGURES**

Figure 8.5.6.1.7-1. Connection Setup Exchange ............................................................8-57

Figure 8.6.1-1. Quick Idle State Protocol State Diagram (Access Terminal) ..................8-69

Figure 8.6.6.1.7-1. Connection Setup Exchange ...........................................................8-84

Figure 8.7.1-1. Default Connected State Protocol State Diagram (Access Terminal) ......8-98

Figure 8.7.1-2. Default Connected State Protocol State Diagram (Access Network) .......8-99

Figure 8.8.1-1. Default Route Update Protocol State Diagram ...................................8-107

Figure 8.9.1-1. Multicarrier Route Update Protocol State Diagram ...........................8-167

Figure 8.10.3-1. Connection Layer Packet Structure (Format A) ...............................8-237

Figure 8.10.3-2. Connection Layer Packet Structure (Format B) ...............................8-237

Figure 8.11.1-1. Overhead Messages Protocol State Diagram ....................................8-245

Figure 9.1.1-1. Security Layer Protocols ........................................................................9-1

Figure 9.2-1. Security Layer Encapsulation.....................................................................9-2

Figure 9.6.5.1-1. Message Bits for Generation of Authentication and Encryption Keys ...........................................................................................................................9-22

Figure 9.6.9-1. Example Call Flow: Timer $T_{KEPSigCompAN}$ Expires But $T_{KEPKeyCompAT}$ Does Not Expire ...................................................................................................................9-30

Figure 9.6.9-2. Example Call Flow: Timer $T_{KEPSigCompAN}$ Does Not Expire But $T_{KEPKeyCompAT}$ Expires...........................................................................................9-31

Figure 10.1.2-1. Control Channel MAC Layer Packet Encapsulation ...........................10-2

Figure 10.1.2-2. Access Channel MAC Layer Packet Encapsulation ...........................10-2

Figure 10.1.2-3. Forward Traffic Channel MAC Layer Packet Encapsulation ...............10-3

Figure 10.1.2-4. Reverse Traffic Channel MAC Layer Packet Encapsulation ...............10-3

Figure 10.2.1-1. Default (Subtype 0) Control Channel MAC Protocol State Diagram .....10-4

Figure 10.2.6-1. Control Channel MAC Packet Structure .............................................10-8

Figure 10.2.6.1.4.1-1. Location of Control Channel Capsules ....................................10-10

Figure 10.3.1-1. Enhanced Control Channel MAC Protocol State Diagram ................10-16

Figure 10.3.7-1. Enhanced Control Channel MAC Packet Structure...........................10-21

Figure 10.3.7.1.4.1-1. Location of Control Channel Capsules ....................................10-23

Figure 10.4.1-1. Default Access Channel MAC Protocol State Diagram......................10-31

Figure 10.4.6.1-1. Access Channel MAC Packet Structure .........................................10-35

Figure 10.4.6.1.2-1. Access Probe Structure ..............................................................10-37

Figure 10.4.6.1.2-2. Access Probe Sequences............................................................10-37

**FIGURES**

Figure 10.4.6.2-1. Access Channel MAC Layer Capsule FCS....................................... 10-45

Figure 10.5.1-1. Enhanced Access Channel MAC Protocol State Diagram ................. 10-52

Figure 10.5.6.1-1. Enhanced Access Channel MAC Packet Structure......................... 10-56

Figure 10.5.6.1.2-1. Access Probe Structure .............................................................. 10-58

Figure 10.5.6.1.2-2. Access Probe Sequences............................................................. 10-58

Figure 10.5.6.2-1. Access Channel MAC Layer Capsule FCS..................................... 10-68

Figure 10.6.1-1. Default Forward Traffic Channel MAC Protocol State Diagram ......... 10-83

Figure 10.6.6-1. Forward Traffic Channel MAC Layer Packet Structure...................... 10-87

Figure 10.7.1-1. Enhanced Forward Traffic Channel MAC Protocol State Diagram ... 10-100

Figure 10.7.6.1.1-1. Enhanced Forward Traffic Channel MAC Layer Packet
    Structure ...................................................................................................... 10-105

Figure 10.7.6.1.1.2-1 Format of Forward Traffic Channel Single User Simplex MAC
    Layer Packet................................................................................................. 10-107

Figure 10.7.6.1.1.2-2 Format of Forward Traffic Channel Single User Multiplex MAC
    Layer Packet................................................................................................. 10-107

Figure 10.7.6.1.1.2-3 Format of Forward Traffic Channel Multiuser MAC Layer
    Packet........................................................................................................... 10-107

Figure 10.8.1-1. Multicarrier Forward Traffic Channel MAC Protocol State Diagram  10-133

Figure 10.8.6.1.1-1. Multicarrier Forward Traffic Channel MAC Layer Packet
    Structure ...................................................................................................... 10-138

Figure 10.8.6.1.1.2-1 Format of Forward Traffic Channel Single User MAC Layer
    Packet........................................................................................................... 10-139

Figure 10.8.6.1.1.2-2 Format of Forward Traffic Channel Multi-User MAC Layer
    Packet........................................................................................................... 10-140

Figure 10.8.6-3. Example of the RPC and DRC Mapping Related to DRC supervision 10-160

Figure 10.9.1-1. Default (Subtype 0) Reverse Traffic Channel MAC Protocol State
    Diagram ........................................................................................................ 10-184

Figure 10.9.6-1. Reverse Traffic Channel MAC Layer Packet Structure .................... 10-188

Figure 10.10.1-1. Subtype 1 Reverse Traffic Channel MAC Protocol State Diagram.. 10-202

Figure 10.10.6-1. Reverse Traffic Channel MAC Layer Packet Structure .................. 10-206

Figure 10.11.1-1. Subtype 2 Reverse Traffic Channel MAC Protocol State Diagram.. 10-223

Figure 10.11.6.1.1-1.Reverse Traffic Channel MAC Layer Packet Structure.............. 10-227

Figure 10.12.1-1. Subtype 3 Reverse Traffic Channel MAC Protocol State Diagram.. 10-277

Figure 10.12.6.1.1-1.Reverse Traffic Channel MAC Layer Packet Structure.............. 10-281

## FIGURES

Figure 10.13.1-1. Multicarrier Reverse Traffic Channel MAC Protocol State Diagram (for each supported Reverse CDMA Channel)....................................................... 10-380

Figure 10.13.6.1.1-1.Reverse Traffic Channel MAC Layer Packet Structure .............. 10-384

Figure 11.2.2.1-1. Physical Layer Packet Format for the Control Channel ................... 11-6

Figure 11.2.2.2-1. Default (Subtype 0) Physical Layer Protocol Packet Format for the Access Channel .................................................................................................................. 11-7

Figure 11.2.2.2-2. Subtype 1 Physical Layer Protocol Packet Format for the Access Channel.................................................................................................................................. 11-7

Figure 11.2.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel ........ 11-9

Figure 11.2.2.4-1. Physical Layer Packet Format for the Reverse Traffic Channel ....... 11-10

Figure 11.2.4-1. FCS Computation for the Physical Layer Packet ............................... 11-11

Figure 11.3.1.3.1-1. Default (Subtype 0) Physical Layer Protocol Reverse Channel Structure for the Access Channel ....................................................................... 11-18

Figure 11.3.1.3.1-2. Subtype 1 Physical Layer Protocol Reverse Channel Structure for the Access Channel ........................................................................................... 11-19

Figure 11.3.1.3.1-3. Reverse Channel Structure for the Reverse Traffic Channel (Part 1 of 2)........................................................................................................................ 11-20

Figure 11.3.1.3.1-4. Reverse Channel Structure for the Reverse Traffic Channel (Part 2 of 2)........................................................................................................................ 11-21

Figure 11.3.1.3.1-5. Pilot Channel and RRI Channel TDM Allocations for the Reverse Traffic Channel ........................................................................................ 11-21

Figure 11.3.1.3.1-6. Multislot Physical Layer Packet with Normal Termination........... 11-22

Figure 11.3.1.3.1-7. Multislot Physical Layer Packet with Early Termination.............. 11-22

Figure 11.3.1.3.2-1. Example of an Access Probe Transmitted at 9.6 kbps (Subtype 0 Physical Layer Protocol) ....................................................................................... 11-25

Figure 11.3.1.3.2-2. Example of an Access Probe Transmitted at 9.6 kbps (Subtype 1 Physical Layer Protocol) ....................................................................................... 11-25

Figure 11.3.1.3.2-3. Example of an Access Probe Transmitted at a Data Rate of 19.2 or 38.4 kbps ........................................................................................................... 11-26

Figure 11.3.1.3.2.5-1. DRC Timing for Nongated Transmission ................................. 11-30

Figure 11.3.1.3.2.5-2. DRC Timing for Gated Transmission....................................... 11-31

Figure 11.3.1.3.3.2.2-1. Turbo Encoder ..................................................................... 11-34

Figure 11.3.1.3.3.2.3-1. Turbo Interleaver Output Address Calculation Procedure ..... 11-36

Figure 11.3.1.3.4-1. Channel Interleaver Address Generation ..................................... 11-39

Figure 11.3.1.3.7.2-1. Long Code Generators ............................................................ 11-43

TIA-856-B

## FIGURES

1  Figure 11.3.1.3.7.3-1. Baseband Filter Frequency Response Limits ........................... 11-44

2  Figure 11.4.1.3.1-1. Forward Channel Structure ..................................................... 11-51

3  Figure 11.4.1.3.1-2. Forward Link Slot Structure..................................................... 11-52

4  Figure 11.4.1.3.1-3. Multislot Physical Layer Packet with Normal Termination .......... 11-52

5  Figure 11.4.1.3.1-4. Multislot Physical Layer Packet with Early Termination ............. 11-53

6  Figure 11.4.1.3.2.2.2-1. DRCLock Puncturing Example ............................................ 11-59

7  Figure 11.4.1.3.2.3.2-1. Forward Link Encoder....................................................... 11-61

8  Figure 11.4.1.3.2.3.2.1-1. Turbo Encoder ............................................................. 11-63

9  Figure 11.4.1.3.2.3.2.2-1. Turbo Interleaver Output Address Calculation Procedure.. 11-65

10  Figure 11.4.1.3.2.3.3-1. Symbol Scrambler ........................................................... 11-69

11  Figure 11.4.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation........................ 11-72

12  Figure 11.4.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation ....................... 11-73

13  Figure 11.4.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation.................... 11-75

14  Figure 11.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-
15     Slot Cases with Data Rates of 153.6, 307.2, 614.4, 921.6, and 1228.8 kbps ........ 11-78

16  Figure 11.4.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Data Rates
17     of 38.4 and 76.8 kbps ..................................................................................... 11-78

18  Figure 11.4.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot
19     Cases with Data Rates of 1.2288, 1.8432, and 2.4576 Mbps................................. 11-79

20  Figure 11.4.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot
21     Case with a Data Rate of 614.4 kbps.................................................................. 11-79

22  Figure 11.4.1.3.5.1-1. Baseband Filter Frequency Response Limits ........................... 11-82

23  Figure 12.2.2.1-1. Physical Layer Packet Formats for the Control Channel ................. 12-6

24  Figure 12.2.2.2-1. Physical Layer Packet Format for the Access Channel.................... 12-6

25  Figure 12.2.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel........ 12-7

26  Figure 12.2.4-1. 16-bit FCS Computation for the Physical Layer Packet...................... 12-9

27  Figure 12.2.4-2. 24-bit FCS Computation for the Physical Layer Packet...................... 12-9

28  Figure 12.3.1.3.1-1. Reverse Channel Structure for the Access Channel.................... 12-18

29  Figure 12.3.1.3.1-2. Subtype 2 Physical Layer Protocol Reverse Channel Structure
30     for the Reverse Traffic Channel (Part 1 of 5)......................................................... 12-19

31  Figure 12.3.1.3.1-3. Subtype 2 Physical Layer Protocol Reverse Channel Structure
32     for the Reverse Traffic Channel (Part 2 of 5)......................................................... 12-20

33  Figure 12.3.1.3.1-4. Subtype 2 Physical Layer Protocol Reverse Channel Structure
34     for the Reverse Traffic Channel (Part 3 of 5)......................................................... 12-21

## FIGURES

Figure 12.3.1.3.1-5. Subtype 2 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 4 of 5) ..........................................................12-22

Figure 12.3.1.3.1-6. Subtype 2 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 5 of 5) ..........................................................12-23

Figure 12.3.1.3.1-9. Reverse Traffic Channel Sub-frame Structure............................12-25

Figure 12.3.1.3.2-1. Example of an Access Probe Transmitted at a Data Rate of 9.6 kbps ..........................................................................................................12-27

Figure 12.3.1.3.2-2. Example of an Access Probe Transmitted at a Data Rate of 19.2 or 38.4 kbps .............................................................................................12-28

Figure 12.3.1.3.3-1. DSC Channel Timeline ..............................................................12-32

Figure 12.3.1.3.3.4-1. DRC Timing for Nongated Transmission .................................12-34

Figure 12.3.1.3.3.4-2. DRC Timing for Gated Transmission.......................................12-35

Figure 12.3.1.3.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure .....12-43

Figure 12.3.1.3.5-1. Symbol Scrambler ....................................................................12-47

Figure 12.3.1.3.6-1. Channel Interleaver Address Generation ...................................12-48

Figure 12.3.1.3.12.2-1. Long-Code Generators .........................................................12-60

Figure 12.3.1.3.12.3-1. Baseband Filter Frequency Response Limits..........................12-61

Figure 12.3.2.4-1. Reverse Traffic Channel Physical Layer Packet with Maximum Transmit Duration ....................................................................................12-66

Figure 12.3.2.4-2. Reverse Traffic Channel Packet Transmission with Early Termination ..............................................................................................12-67

Figure 12.3.2.4-3. Reverse Traffic Channel Packet Transmission Failure....................12-68

Figure 12.4.1.3.1-1. Forward Channel Structure.......................................................12-73

Figure 12.4.1.3.1-2. Forward Link Slot Structure......................................................12-74

Figure 12.4.1.3.2.3.2-1. Forward Link Encoder .........................................................12-86

Figure 12.4.1.3.2.3.2.1-1. Turbo Encoder.................................................................12-90

Figure 12.4.1.3.2.3.3-1. Symbol Scrambler ..............................................................12-97

Figure 12.4.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation .......................12-102

Figure 12.4.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation ......................12-103

Figure 12.4.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation ...................12-105

Figure 12.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 12.4.1.3.3-1 .............................12-110

Figure 12.4.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Transmission Formats in Table 13.4.1.3.3-2......................................................12-111

# FIGURES

Figure 12.4.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case with Transmission Formats in Table 12.4.1.3.3-4. ................................. 12-112

Figure 12.4.1.3.3-5. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 12.4.1.3.3-5 ............................ 12-113

Figure 12.4.1.3.5.1-1. Baseband Filter Frequency Response Limits ........................ 12-117

Figure 13.2.2.1-1. Physical Layer Packet Formats for the Control Channel ............... 13-14

Figure 13.2.2.2-1. Physical Layer Packet Format for the Access Channel .................. 13-14

Figure 13.2.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel ...... 13-15

Figure 13.2.4-1. 16-bit FCS Computation for the Physical Layer Packet .................... 13-17

Figure 13.2.4-2. 24-bit FCS Computation for the Physical Layer Packet .................... 13-17

Figure 13.3.1.3.1-1. Reverse Channel Structure for the Access Channel .................... 13-32

Figure 13.3.1.3.1-2. Subtype 3 Physical Layer Protocol NoFeedbackMultiplexing mode Reverse Channel Structure for the Reverse Traffic Channel for single carrier operation (Part 1 of 5) ................................................................ 13-33

Figure 13.3.1.3.1-3. Subtype 3 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 2 of 5)........................................... 13-34

Figure 13.3.1.3.1-4. Subtype 3 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 3 of 5)........................................... 13-35

Figure 13.3.1.3.1-5. Subtype 3 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 4 of 5)........................................... 13-36

Figure 13.3.1.3.1-6. Subtype 3 Physical Layer Protocol NoFeedbackMultiplexing mode Reverse Channel Structure for the Reverse Traffic Channel for single carrier operation (Part 5 of 5) ................................................................ 13-37

Figure 13.3.1.3.1-7. Subtype 3 Physical Layer Protocol NoFeedbackMultiplexing mode Reverse Channel Structure for the Reverse Traffic Channel for Multicarrier operation................................................................................................... 13-38

Figure 13.3.1.3.1-18. Multislot Forward Traffic Channel Physical Layer Packet with early Termination on one carrier and normal termination on another carrier for EnhancedFeedbackMultiplexing mode with single DSC transmission and offset ACK transmission .......................................................................................... 13-44

Figure 13.3.1.3.1-19. NoFeedbackMultiplexing mode Reverse Traffic Channel Sub-frame Structure with single carrier....................................................... 13-44

Figure 13.3.1.3.2-1. Example of an Access Probe Transmitted at a Data Rate of 9.6 kbps......................................................................................................... 13-48

Figure 13.3.1.3.2-2. Example of an Access Probe Transmitted at a Data Rate of 19.2 or 38.4 kbps............................................................................................. 13-49

**FIGURES**

Figure 13.3.1.3.3-1. DSC Channel Timeline (NoFeedbackMultiplexing Mode and BasicFeedbackMultiplexing Mode) .................................................................. 13-55

Figure 13.3.1.3.3-2. DSC Channel Timeline (EnhancedFeedbackMultiplexing mode with  time division multiplexing of two DSC Channel transmissions) .................. 13-56

Figure 13.3.1.3.3.4-1. DRC Timing for Nongated Transmission ................................. 13-60

Figure 13.3.1.3.3.4-2. DRC Timing for Gated Transmission....................................... 13-61

Figure 13.3.1.3.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure ..... 13-71

Figure 13.3.1.3.5-1. Symbol Scrambler ...................................................................... 13-75

Figure 13.3.1.3.6-1. Channel Interleaver Address Generation ................................... 13-76

Figure 13.3.1.3.12.2-1. Long-Code Generators .......................................................... 13-88

Figure 13.3.1.3.12.3-1. Baseband Filter Frequency Response Limits........................... 13-90

Figure 13.3.1.4-1. Discontinuous Transmission with DTXMode equal to '1' and DTXRRIMode equal to '0' ................................................................................. 13-92

Figure 13.3.1.4-2. Discontinuous Transmission with DTXMode equal to '1' and DTXRRIMode equal to '1' ................................................................................. 13-92

Figure 13.3.2.4-1. Reverse Traffic Channel Physical Layer Packet with Maximum Transmit Duration ........................................................................................... 13-97

Figure 13.3.2.4-2. Reverse Traffic Channel Packet Transmission with Early Termination...................................................................................................... 13-98

Figure 13.3.2.4-3. Reverse Traffic Channel Packet Transmission Failure................... 13-99

Figure 13.4.1.3.1-1. Forward Channel Structure ..................................................... 13-104

Figure 13.4.1.3.1-2. Forward Link Slot Structure .................................................... 13-105

Figure 13.4.1.3.2.3.2-1. Forward Link Encoder ....................................................... 13-123

Figure 13.4.1.3.2.3.2.1-1. Turbo Encoder................................................................ 13-127

Figure 13.4.1.3.2.3.3-1. Symbol Scrambler ............................................................. 13-135

Figure 13.4.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation ...................... 13-140

Figure 13.4.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation ...................... 13-141

Figure 13.4.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation ................... 13-143

Figure 13.4.1.3.2.3.5.4-1. Signal Constellation for 64-QAM Modulation ................... 13-146

Figure 13.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 13.4.1.3.3-1 ............................ 13-152

Figure 13.4.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Transmission Formats in Table 13.4.1.3.3-2....................................................... 13-153

TIA-856-B

## FIGURES

Figure 13.4.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Cases with Transmission Formats in Table 13.4.1.3.3-3 .................................... 13-154

Figure 13.4.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case with Transmission Formats in Table 13.4.1.3.3-4. .................................... 13-155

Figure 13.4.1.3.3-5. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 13.4.1.3.3-5 ........................... 13-156

Figure 13.4.1.3.5.1-1. Baseband Filter Frequency Response Limits ........................ 13-160

Figure 14.9.1.1-1. Global Unicast IPv6 Address Format ........................................... 14-11

Figure 14.9.1.2-1. Site-Local Unicast IPv6 Address Format ...................................... 14-11

Figure 14.9.1.3-1. Link-Local Unicast IPv6 Address Format ..................................... 14-12

Figure 14.9.1.4-1. Format of the Reserved IPv6 Addresses ....................................... 14-12

Figure 14.9.1.4-2. IPv6 Values That Are to be Avoided ............................................ 14-12

Figure 14.9.1.5-1. Universally Unique Modified EUI-64 ............................................ 14-13

Figure 14.9.1.5-2. Locally Unique Modified EUI-64 .................................................. 14-13

Figure 14.9.2.1.2-1. "S" bits in the Site-Local Unicast IPv6 Address Format .............. 14-14

Figure 14.9.2.1.2-2. "S" bits in the Link-Local Unicast IPv6 Address Format............. 14-14

Figure 14.9.2.1.2-3. "S" bits in the Reserved IPv6 Address Format ........................... 14-14

Figure 14.9.2.1.2-4. sub-fields of the "S" bits ......................................................... 14-15

Figure 14.9.2.1.2.1-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the ANSI-41 Method .......................................................................... 14-15

Figure 14.9.2.1.2.2-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the GSM/UMTS Method ................................................................... 14-16

Figure 14.9.2.1.2.3-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the IPv4 Method .............................................................................. 14-16

Figure 14.9.2.2-1. Format of the Locally Unique SectorID ........................................ 14-16

# TABLES

Table 2.5.4-1. Default Protocol Stack Type Values.........................................................2-9

Table 3.5.4.2-1. LocationType Encoding ...................................................................3-14

Table 3.5.4.2-2. Subfields of LocationValue when LocationType = 0x01........................3-15

Table 3.7-1. Configurable Values.............................................................................3-22

Table 3.8.1-1. The Format of the Parameter Record for the Location Parameter...........3-22

Table 3.8.2-1. The Format of the Parameter Record for the FlowControlState
    Parameter......................................................................................................3-23

Table 4.6.4.2-1. LocationType Encoding ...................................................................4-39

Table 4.6.4.2-2. Subfields of LocationValue when LocationType = 0x01........................4-39

Table 4.8-1. Configurable Values.............................................................................4-51

Table 4.8.2.1-1. Default Values of SequenceLength, RLPIDLength, and RLPID in the
    Flow*NN*IdentificationFwd attribute....................................................................4-56

Table 4.8.2.2-1. Default Values of SequenceLength, RLPIDLength, and RLPID in the
    Flow*NN*IdentificationRev attribute ...................................................................4-58

Table 4.9.1-1. The Format of the Parameter Record for the Location Parameter...........4-70

Table 4.9.2-1. The Format of the Parameter Record for the FlowControlState
    Parameter......................................................................................................4-70

Table 4.9.3-1. The Format of the Parameter Record for the
    DataOverSignalingMessageSequence Parameter ...................................................4-71

Table 4.9.4-1. The Format of the Parameter Record for the StorageBLOB Parameter ....4-72

Table 4.9.5-1. The Format of the Parameter Record for the ReservationState
    Parameter......................................................................................................4-73

Table 5.6.1-1. Configurable Values...........................................................................5-31

Table 5.7.1-1. The Format of the Parameter Record for the 3G1XParameters
    Parameter......................................................................................................5-40

Table 5.7.2-1. The Format of the Parameter Record for the ProtocolState Parameter ....5-41

Table 6.1-1. Application Subtypes for Applications Defined in this Specification ............6-1

Table 6.3.7-1. Configurable Values...........................................................................6-13

Table 7.2.6.2.1-1. Encoding of CloseReason Field.......................................................7-12

Table 7.2.7-1. Configurable Attributes.....................................................................7-16

Table 7.3.7.2-1. HardwareIDType encoding ...............................................................7-33

Table 7.3.8-1. Configurable Values...........................................................................7-36

Table 7.3.10.1-1. The Format of the Parameter Record for the SessionSeed
    Parameter......................................................................................................7-37

TIA-856-B

## TABLES

Table 7.3.10.2-1. The Format of the Parameter Record for the MessageSequence
Parameter ........................................................................................................ 7-38

Table 7.3.10.3-1. The Format of the Parameter Record for the HardwareID
Parameter ........................................................................................................ 7-38

Table 7.4.7.1-1. Simple Configurable Attributes.......................................................... 7-66

Table 7.4.10.1-1. The Format of the Parameter Record for the ConfigurationLock
Parameter ........................................................................................................ 7-73

Table 7.4.10.2-1. The Format of the Parameter Record for the
ATSupportedNonDefaultProtocolSubTypes Parameter ............................................ 7-74

Table 7.5.9-1. Configurable Values ............................................................................ 7-80

Table 8.2.1-1. Active Protocols Per Air Link Management Protocol State........................ 8-7

Table 8.2.6.2.2-1. ConnectionFailureReason Encoding ................................................ 8-17

Table 8.2.7-1 Configurable Simple Attributes.............................................................. 8-19

Table 8.4.6.2-1. Encoding of the RequestReason Field ................................................ 8-41

Table 8.4.6.2-2. Encoding of the DenyReason Field..................................................... 8-42

Table 8.5.6.1.5-1. Computation of Period$i$ from SlotCycle$i$...................................... 8-53

Table 8.5.6.2-1. Encoding of the RequestReason Field ................................................ 8-60

Table 8.5.6.2-2. Encoding of the DenyReason Field..................................................... 8-61

Table 8.5.7.1-1Configurable Simple Attributes............................................................ 8-64

Table 8.5.7.2.2-1. Definition of MaskPurpose Field of a Paging Mask .......................... 8-67

Table 8.6.6.1.5-1. Computation of PagePeriod$i$ from SlotCycle$i$.............................. 8-78

Table 8.6.6.2-1. Encoding of the RequestReason Field ................................................ 8-86

Table 8.6.6.2-2. Encoding of the DenyReason Field..................................................... 8-87

Table 8.6.7.1-1. Configurable Simple Attributes.......................................................... 8-91

Table 8.6.7.2.2-1. Definition of MaskPurpose Field of a Paging Mask .......................... 8-95

Table 8.7.6.2-1. Encoding of the CloseReason Field .................................................. 8-105

Table 8.8.1-1. Route Update Protocol Parameters that are Public Data of the
Overhead Messages Protocol ........................................................................... 8-108

Table 8.8.6.2-1. DRCLength Encoding ..................................................................... 8-136

Table 8.8.6.2-2. Encoding of the RABLength Field .................................................... 8-137

Table 8.8.6.2-3. Reverse Activity Channel Gain Encoding .......................................... 8-138

Table 8.8.6.2-4. Search Window Sizes...................................................................... 8-143

Table 8.8.6.2-5. Search Window Offset..................................................................... 8-144

**TABLES**

1  Table 8.8.6.2.8-1. Search Window Sizes ....................................................................8-148

2  Table 8.8.6.2.8-2. Search Window Offset .................................................................8-149

3  Table 8.8.7.1-1. Configurable Values.......................................................................8-152

4  Table 8.8.7.2.2-1. Pilot Drop Timer Values ............................................................8-157

5  Table 8.8.9.1-1. The Format of the Parameter Record for the RouteUpdate
6  Parameter.................................................................................................................8-162

7  Table 8.8.9.2-1. The Format of the Parameter Record for the ExtendedRouteUpdate
8  Parameter.................................................................................................................8-164

9  Table 9.7.9.3-1. The Format of the Parameter Record for the
10  AttributeOverrideMessageSequence Parameter .....................................................8-165

11  Table 8.9.1-1. Route Update Protocol Parameters that are Public Data of the
12  Overhead Messages Protocol ...................................................................................8-168

13  Table 8.9.6.2-1. Reverse Activity Channel Encoding .............................................8-200

14  Table 8.9.6.2-2. DRCLength Encoding....................................................................8-202

15  Table 8.9.6.1.6.10-3. ReverseChannelConfiguration Encoding ...............................8-204

16  Table 8.9.6.2-4. Search Window Sizes .....................................................................8-210

17  Table 8.9.6.2-5. Search Window Offset....................................................................8-211

18  Table 8.9.6.2.6-1. Search Window Sizes ..................................................................8-215

19  Table 8.9.6.2.6-2. Search Window Offset.................................................................8-216

20  Table 8.9.7.1-1. Configurable Values.......................................................................8-219

21  Table 8.9.7.2.1-1. Pilot Drop Timer Values ............................................................8-226

22  Table 8.9.7.3.2-1. Encoding of the SupportedDRXPattern Field.............................8-231

23  Table 8.9.9.1-1. The Format of the Parameter Record for the RouteUpdate
24  Parameter.................................................................................................................8-233

25  Table 8.11.6.2-1. Search Window Sizes ...................................................................8-261

26  Table 8.11.6.2-2. Search Window Offset..................................................................8-262

27  Table 8.11.7-1 Configurable Simple Attributes .......................................................8-267

28  Table 9.6.5.1-1. Message Bits..................................................................................9-19

29  Table 9.6.5.1-2. Message Bits..................................................................................9-21

30  Table 9.6.5.1-3. Subfields of SKey ..........................................................................9-22

31  Table 9.6.7-1. Configurable Values..........................................................................9-28

32  Table 9.6.6.3-1. Common Primitive Base and Common Prime Modulus for
33  KeyLength equal to 768 ...........................................................................................9-29

TIA-856-B

**TABLES**

Table 9.6.6.3-2. Common Primitive Base and Common Prime Modulus for KeyLength equal to 1024 ........................................................................... 9-29

Table 9.6.10.1-1. The Format of the Parameter Record for the SKey Parameter ........... 9-31

Table 9.6.10.2-1. The Format of the Parameter Record for the FACAuthKey Parameter ........................................................................... 9-32

Table 9.6.10.3-1. The Format of the Parameter Record for the RACAuthKey Parameter ........................................................................... 9-32

Table 9.6.10.4-1. The Format of the Parameter Record for the FACEncKey Parameter ........................................................................... 9-33

Table 9.6.10.5-1. The Format of the Parameter Record for the RACEncKey Parameter ........................................................................... 9-33

Table 9.6.10.6-1. The Format of the Parameter Record for the FPCAuthKey Parameter ........................................................................... 9-33

Table 9.6.10.7-1. The Format of the Parameter Record for the RPCAuthKey Parameter ........................................................................... 9-34

Table 9.6.10.8-1. The Format of the Parameter Record for the FPCEncKey Parameter ........................................................................... 9-34

Table 9.6.10.9-1. The Format of the Parameter Record for the RPCEncKey Parameter ........................................................................... 9-35

Table 9.8.6.1-1. Message Bits for ACPAC Computation ................................................. 9-44

Table 9.8.6.1-2. Message Bits for ACPAC Computation ................................................. 9-45

Table 9.8.8-1. Configurable Values ................................................................................ 9-46

Table 10.3.8-1. Configurable Values ............................................................................. 10-30

Table 10.4.6.1.4.1.3-1. Access Channel Long Code Masks ......................................... 10-40

Table 10.5.6.1.4.1.2-1. Access Channel Rates and Payload ....................................... 10-61

Table 10.5.6.1.4.1.3-1. Access Channel Long Code Masks ......................................... 10-63

Table 10.5.6.2.1-1. ProbeNumber Encoding ............................................................... 10-67

Table 10.5.6.2.6-1. PreambleLengthSlots Encoding.................................................... 10-72

Table 10.5.6.2.6-2. AccessOffset Encoding................................................................. 10-72

Table 10.5.6.2.6-3. SectorAccessMaxRate Encoding................................................... 10-73

Table 10.5.6.2.6-4. ProbeTimeOutAdjust Encoding..................................................... 10-73

Table 10.5.6.2.6-5. PilotStrengthNominal Encoding ................................................... 10-74

Table 10.5.6.2.6-6. PilotStrengthCorrectionMin Encoding.......................................... 10-74

Table 10.5.6.2.6-7. PilotStrengthCorrectionMax Encoding ......................................... 10-75

## TABLES

1   Table 10.5.7-1. Configurable Values..................................................................10-78

2   Table 10.6.6.1.4.1-1. DRC Value Specification .............................................10-90

3   Table 10.6.7.1-1. Configurable Values...........................................................10-96

4   Table 10.6.7.2.1-1. DRCLockPeriod Encoding. ............................................10-97

5   Table 10.6.7.2.1-2. DRCLockLength Encoding .............................................10-98

6   Table 10.7.6.1.2-1 Preamble MAC Index of Multi-User MAC packets ......................10-111

7   Table 10.7.6.1.4-1 List of all Transmission Formats Consistent with each MAC
8   Layer Packet Size............................................................................................10-112

9   Table 10.7.6.1-2 Rate Metric, Span and Lists of Associated Transmission Formats ..10-114

10  Table 10.7.7.1-1. Configurable Values...........................................................10-126

11  Table 10.8.6.1.2-1 Preamble MAC Index of Multi-User MAC packets ......................10-144

12  Table 10.8.6.1.4-1 List of all Transmission Formats Consistent with each MAC
13  Layer Packet Size............................................................................................10-146

14  Table 10.8.6.1-2 Rate Metric, Termination Target, Maximum Span, and Lists of
15  Associated Transmission Formats ........................................................10-148

16  Table 10.8.7.1-1. Configurable Values...........................................................10-167

17  Table 10.8.7.2.3-1. Values for MaxOptionalDataRate ...............................10-181

18  Table 10.8.7.2.3-2. Values for MaxOptionalPayloadSize ...........................10-181

19  Table 10.8.7.2.3-3. Values for ShortPacketsEnabledThresh .....................10-182

20  Table 10.9.6-1. Reverse Traffic Channel Rates and Payload.....................10-189

21  Table 10.9.6.1.2-1. Reverse Traffic Channel Long Code Masks ................10-190

22  Table 10.9.6.1.5-1. Determination of MaxRate .........................................10-192

23  Table 10.9.6.3-1. Encoding of the RateLimit Field .....................................10-195

24  Table 10.9.6.3-2. Encoding of the RateLimit Field .....................................10-196

25  Table 10.9.7.1-1. Encoding of the RPCStep Field........................................10-198

26  Table 10.9.9.1-1. The Format of the Parameter Record for the LongCodeMask
27  Parameter.......................................................................................................10-201

28  Table 10.10.6-1. Reverse Traffic Channel Rates and Payload....................10-207

29  Table 10.10.6.1.2-1. Reverse Traffic Channel Long Code Masks ..............10-208

30  Table 10.10.6.1.5-1. Determination of MaxRate .......................................10-210

31  Table 10.10.6.3-1. Encoding of the RateLimit Field ...................................10-213

32  Table 10.10.6.3-2. Encoding of the RateLimit Field ...................................10-214

33  Table 10.10.7.1-1. Encoding of the RPCStep Field......................................10-218

TIA-856-B

## TABLES

1 Table 10.10.9.1-1. The Format of the Parameter Record for the LongCodeMask
2     Parameter ............................................................................................................ 10-220

3 Table 10.11.6.1.3-1.Reverse Traffic Channel Long Code Masks............................... 10-228

4 Table 10.11.6.1.6.1-1. Reverse Traffic Channel Rates and Payload........................... 10-229

5 Table 10.11.6.1.6.1-2. Traffic Channel to Pilot Channel power ratios ....................... 10-230

6 Table 10.11.6.2.3-1.Encoding of QueueLength Field ............................................... 10-242

7 Table 10.11.7.1-1.Configurable Simple Attributes................................................... 10-247

8 Table 10.11.7.2.2-1. T2PAxis Default Values .......................................................... 10-254

9 Table 10.11.7.2.2-2. FRABAxis Default Values........................................................ 10-255

10 Table 10.11.7.2.2-3. BucketFactor Default Values ................................................... 10-255

11 Table 10.11.7.2.2-4. T2PAxis Default Values .......................................................... 10-255

12 Table 10.11.7.2.2-5. FRABAxis Default Values........................................................ 10-255

13 Table 10.11.7.2.2-6. BucketFactor Default Values ................................................... 10-256

14 Table 10.11.7.2.3-1.Encoding of the RPCStep Field ................................................ 10-257

15 Table 10.11.7.2.4-1. Packet Size Encoding.............................................................. 10-262

16 Table 10.11.7.2.5-1. PilotStrengthAxis Default Values ............................................ 10-264

17 Table 10.11.7.2.9-1. T2PAxis Default Values .......................................................... 10-270

18 Table 10.11.7.2.9-2. FRABAxis Default Values........................................................ 10-270

19 Table 10.11.7.2.9-3. T2PUpT2PAxisFRABAxis Default Values ................................ 10-270

20 Table 10.11.7.2.9-4. T2PDnT2PAxisFRABAxis Default Values ............................... 10-271

21 Table 10.11.7.2.9-5. T2PAxis Default Values .......................................................... 10-271

22 Table 10.11.7.2.9-6. FRABAxis Default Values........................................................ 10-271

23 Table 10.11.7.2.9-7. T2PUpT2PAxisFRABAxis Default Values ................................ 10-272

24 Table 10.11.7.2.9-8. T2PDnT2PAxisFRABAxis Default Values ............................... 10-272

25 Table 10.11.7.2.10-1. PilotStrengthAxis Default Values .......................................... 10-273

26 Table 10.11.7.2.10-2. TxT2PmaxPilotStrengthAxis Default Values .......................... 10-273

27 Table 10.11.9.1-1.The Format of the Parameter Record for the LongCodeMask
28     Parameter ............................................................................................................ 10-275

29 Table 10.12.6.1.3-1.Reverse Traffic Channel Long Code Masks............................... 10-282

30 Table 10.12.6.1.6.1-1.Reverse Traffic Channel Rates and Payload........................... 10-284

31 Table 10.12.6.1.6.1-2. Traffic Channel to Pilot Channel power ratios ....................... 10-285

32 Table 10.12.6.2.3-1.Encoding of QueueLength Field ............................................... 10-304

# TABLES

1  Table 10.12.7.1-1.Configurable Simple Attributes ...................................................... 10-310

2  Table 10.12.7.2.2-1.Encoding of AuxiliaryPilotChannelMinPayload Field .................. 10-320

3  Table 10.12.7.2.3-1. T2PAxis Default Values ........................................................... 10-323

4  Table 10.12.7.2.3-2. FRABAxis Default Values ......................................................... 10-323

5  Table 10.12.7.2.3-3. BucketFactor Default Values .................................................... 10-323

6  Table 10.12.7.2.3-4. T2PAxis Default Values ........................................................... 10-323

7  Table 10.12.7.2.3-5. FRABAxis Default Values ......................................................... 10-323

8  Table 10.12.7.2.3-6. BucketFactor Default Values .................................................... 10-324

9  Table 10.12.7.2.4-1.Encoding of the RPCStep Field .................................................. 10-325

10  Table 10.12.7.2.6-1. Packet size encoding .............................................................. 10-336

11  Table 10.12.7.2.7-1. PilotStrengthAxis Default Values .............................................. 10-338

12  Table 10.12.7.2.7-2. PilotStrengthPilotStrengthAxis Default Values ......................... 10-338

13  Table 10.12.7.2.23-1. T2PAxis Default Values ......................................................... 10-371

14  Table 10.12.7.2.23-2. FRABAxis Default Values ....................................................... 10-371

15  Table 10.12.7.2.23-3. T2PUpT2PAxis$TT$FRABAxis$F$ Default Values ......................... 10-372

16  Table 10.12.7.2.23-4. T2PDnT2PAxis$TT$FRABAxis$F$ Default Values ......................... 10-373

17  Table 10.12.7.2.23-5. T2PAxis Default Values ......................................................... 10-373

18  Table 10.12.7.2.23-6. FRABAxis Default Values ....................................................... 10-373

19  Table 10.12.7.2.23-7. T2PUpT2PAxisFRABAxis Default Values ............................... 10-374

20  Table 10.12.7.2.23-8. T2PDnT2PAxisFRABAxis Default Values ............................... 10-374

21  Table 10.12.7.2.24-1. PilotStrengthAxis Default Values.............................................. 10-375

22  Table 10.12.7.2.24-2. TxT2PmaxPilotStrengthAxis Default Values ........................... 10-375

23  Table 10.12.9.1-1.The Format of the Parameter Record for the LongCodeMask
24      Parameter .......................................................................................................... 10-377

25  Table 10.13.6.1.3-1.Reverse Traffic Channel Long Code Masks ............................... 10-385

26  Table 10.13.6.1.6.1-1.Reverse Traffic Channel Rates and Payload ........................... 10-388

27  Table 10.13.6.1.6.1-2. Traffic Channel to Pilot Channel power ratios ....................... 10-389

28  Table 10.13.6.2.5-1. Reason Codes ........................................................................ 10-414

29  Table 10.13.6.2.7-1.Encoding of QueueLength Field ................................................ 10-416

30  Table 10.13.7.1-1.Configurable Simple Attributes ................................................... 10-423

31  Table 10.13.7.2.4-1.Encoding of AuxiliaryPilotChannelMinPayload Field .................. 10-435

32  Table 10.13.7.2.5-1. T2PAxis Default Values ........................................................... 10-438

## TABLES

Table 10.13.7.2.5-2. FRABAxis Default Values................................................................. 10-438

Table 10.13.7.2.5-3. BucketFactor Default Values ................................................... 10-438

Table 10.13.7.2.5-4. T2PAxis Default Values ........................................................... 10-438

Table 10.13.7.2.5-5. FRABAxis Default Values................................................................. 10-438

Table 10.13.7.2.5-6. BucketFactor Default Values ................................................... 10-439

Table 10.13.7.2.6-1.Encoding of the RPCStep Field ................................................. 10-440

Table 10.13.7.2.7-1.Encoding of the DataTokenInflow Field.................................... 10-441

Table 10.13.7.2.7-2.Encoding of the DataBucketLevelMax Field ............................. 10-441

Table 10.13.7.2.9-1. Packet size encoding.................................................................. 10-452

Table 10.13.7.2.10-1. PilotStrengthAxis Default Values .......................................... 10-454

Table 10.13.7.2.10-2. PilotStrengthPilotStrengthAxis Default Values ...................... 10-454

Table 10.13.7.2.26-1. T2PAxis Default Values.......................................................... 10-487

Table 10.13.7.2.26-2. FRABAxis Default Values....................................................... 10-487

Table 10.13.7.2.26-3. T2PUpT2PAxis*TT*FRABAxis*F* Default Values .......................... 10-488

Table 10.13.7.2.26-4. T2PDnT2PAxis*TT*FRABAxis*F* Default Values .......................... 10-489

Table 10.13.7.2.26-5. T2PAxis Default Values.......................................................... 10-489

Table 10.13.7.2.26-6. FRABAxis Default Values....................................................... 10-489

Table 10.13.7.2.26-7. T2PUpT2PAxisFRABAxis Default Values ............................... 10-490

Table 10.13.7.2.26-8. T2PDnT2PAxisFRABAxis Default Values ............................... 10-490

Table 10.13.7.2.27-1. PilotStrengthAxis Default Values .......................................... 10-492

Table 10.13.7.2.27-2. TxT2PmaxPilotStrengthAxis Default Values .......................... 10-492

Table 10.13.9.1-1.The Format of the Parameter Record for the LongCodeMask
    Parameter ............................................................................................ 10-493

Table 11.3.1.2.4.1-1. Relative Power Levels vs. Data Rate ......................................... 11-14

Table 11.3.1.3.1.1-1. Modulation Parameters for the Access Channel and the
    Reverse Traffic Channel....................................................................... 11-23

Table 11.3.1.3.2.4-1. RRI Symbol and Simplex Encoder Assignments ....................... 11-27

Table 11.3.1.3.2.5-1. DRC Bi-Orthogonal Encoding ................................................... 11-29

Table 11.3.1.3.2.5-2. 8-ary Walsh Functions ............................................................ 11-29

Table 11.3.1.3.3.1-1. Parameters for the Reverse Link Encoder ................................. 11-32

Table 11.3.1.3.3.2.2-1. Puncturing Patterns for the Data Bit Periods ....................... 11-35

Table 11.3.1.3.3.2.2-2. Puncturing Patterns for the Tail Bit Periods .......................... 11-35

**TABLES**

Table 11.3.1.3.3.2.3-1. Turbo Interleaver Parameter ...................................................11-37

Table 11.3.1.3.3.2.3-2. Turbo Interleaver Lookup Table Definition ...........................11-38

Table 11.3.1.3.7.3-1. Baseband Filter Coefficients...................................................11-45

Table 11.4.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the Control Channel (Part 1 of 2) ........................................................................11-54

Table 11.4.1.3.1.1-2. Modulation Parameters for the Forward Traffic Channel and the Control Channel (Part 2 of 2) ........................................................................11-55

Table 11.4.1.3.1.1-3. Modulation Parameters for the MAC Channel ..........................11-56

Table 11.4.1.3.2.1.3-1. MAC Channel and Preamble Use Versus MACIndex...............11-57

Table 11.4.1.3.2.3.1-1. Preamble Repetition ..........................................................11-60

Table 11.4.1.3.2.3.2-1. Parameters of the Forward Link Encoder ..............................11-61

Table 11.4.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods......................11-64

Table 11.4.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods .......................11-64

Table 11.4.1.3.2.3.2.2-1. Turbo Interleaver Parameter ............................................11-66

Table 11.4.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition .........................11-67

Table 11.4.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State................11-68

Table 11.4.1.3.2.3.4.1-1. Scrambled Turbo Encoder Output and Symbol Reordering Demultiplexer Symbol Sequences ....................................................................11-70

Table 11.4.1.3.2.3.4.2-1. Channel Interleaver Parameters .........................................11-71

Table 11.4.1.3.2.3.5.1-1. QPSK Modulation Table ...................................................11-72

Table 11.4.1.3.2.3.5.2-1. 8-PSK Modulation Table....................................................11-73

Table 11.4.1.3.2.3.5.3-1. 16-QAM Modulation Table .................................................11-74

Table 11.4.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters.......11-76

Table 11.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing Parameters ............11-80

Table 11.4.1.3.5.1-1. Baseband Filter Coefficients....................................................11-83

Table 12.3.1.2.4.1-1. Relative Power Levels vs. Data Rate for Access Channel Transmissions ................................................................................................12-12

Table 12.3.1.3.1-1. Walsh Channel Assignments for Physical Layer Reverse Traffic Channel..........................................................................................................12-17

Table 12.3.1.3.1.1-1. Modulation Parameters for the Access Channel .......................12-25

Table 12.3.1.3.1.1-2. Modulation Parameters for the Reverse Traffic Channel ...........12-26

Payload Size to Payload Index Mapping ...................................................................12-30

Table 12.3.1.3.3.2-2. Sub-packet Identifier to Sub-packet Index Mapping.................12-30

## TABLES

1  Table 12.3.1.3.3.3-1. DSC Encoding ................................................ 12-31

2  Table 12.3.1.3.3.4-1. DRC Bi-Orthogonal Encoding .................................... 12-33

3  Table 12.3.1.3.3.4-2. 8-ary Walsh Functions ........................................ 12-34

4  Table 12.3.1.3.3.6-1. Data Channel Modulation Formats ............................... 12-36

5  Table 12.3.1.3.4-1. Parameters for the Reverse Link Encoder for the Access Channel 12-37

6  Table 12.3.1.3.4-2. Parameters for the Reverse Link Encoder for the Reverse Traffic
7     Channel – Part 1 of 2 .......................................................... 12-38

8  Table 12.3.1.3.4-3. Parameters for the Reverse Link Encoder for the Reverse Traffic
9     Channel – Part 2 of 2 .......................................................... 12-38

10 Table 12.3.1.3.4.2.2-1. Puncturing Patterns for the Data Bit Periods ................ 12-42

11 Table 12.3.1.3.4.2.2-2. Puncturing Patterns for the Tail Bit Periods ................ 12-42

12 Table 12.3.1.3.4.2.3-1. Turbo Interleaver Parameter ................................ 12-44

13 Table 12.3.1.3.4.2.3-2. Turbo Interleaver Lookup Table Definition .................. 12-45

14 Table 12.3.1.3.5-1. Parameters Controlling the Scrambler Initial State – Part 1 of 2... 12-46

15 Table 12.3.1.3.5-2. Parameters Controlling the Scrambler Initial State – Part 2 of 2... 12-46

16 Table 12.3.1.3.7.2-1. Channel Interleaver Parameters ............................... 12-50

17 Table 12.3.1.3.9.1-1. B4 Modulation Table ......................................... 12-52

18 Table 12.3.1.3.9.2-1. Q4 Modulation Table ......................................... 12-52

19 Table 12.3.1.3.9.3-1. Q2 Modulation Table ......................................... 12-53

20 Table 12.3.1.3.9.5-1. E4 Modulation Table ......................................... 12-54

21 Table 12.3.1.3.9.5-2. E2 Modulation Table ......................................... 12-55

22 Table 12.3.1.3.12.3-1. Baseband Filter Coefficients ............................... 12-62

23 Table 12.3.2.4-1. H-ARQ Transmission Rules ........................................ 12-64

24 Table 12.4.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and
25    the Control Channel ............................................................ 12-75

26 Table 12.4.1.3.1.1-2. Modulation Parameters for the MAC Channel .................... 12-76

27 Table 12.4.1.3.2.2-1. Forward Link MAC Channel Assignment ......................... 12-77

28 Table 12.4.1.3.2.2-2. MAC Channel and Preamble Use Versus MACIndex................. 12-80

29 Table 12.4.1.3.2.3.1-1. Preamble Repetition........................................ 12-85

30 Table 12.4.1.3.2.3.2-1. Parameters of the Forward Link Encoder .................... 12-87

31 Table 12.4.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods ............ 12-91

32 Table 12.4.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods............. 12-91

# TABLES

Table 12.4.1.3.2.3.2.2-1. Turbo Interleaver Parameter ................................................. 12-93

Table 12.4.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition .......................... 12-94

Table 12.4.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State ................ 12-96

Table 12.4.1.3.2.3.4.3-1. Channel Interleaver Parameters ....................................... 12-100

Table 12.4.1.3.2.3.5.1-1. QPSK Modulation Table .................................................... 12-101

Table 12.4.1.3.2.3.5.2-1. 8-PSK Modulation Table.................................................... 12-103

Table 12.4.1.3.2.3.5.3-1. 16-QAM Modulation Table ................................................ 12-104

Table 12.4.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters..... 12-106

Table 12.4.1.3.3-1. Transmission Formats Corresponding to Timing Diagram in
    Figure 12.4.1.3.3-1................................................................................................ 12-109

Table 12.4.1.3.3-2. Transmission Formats Corresponding to Timing Diagram in
    Figure 12.4.1.3.3-2................................................................................................ 12-110

Table 12.4.1.3.3-3. Transmission Formats Corresponding to Timing Diagram in
    Figure 12.4.1.3.3-3................................................................................................ 12-111

Table 12.4.1.3.3-4. Transmission Formats Corresponding to Timing Diagram in
    Figure 12.4.1.3.3-4................................................................................................ 12-112

Table 12.4.1.3.3-5. Transmission Formats Corresponding to Timing Diagram in
    Figure 13.4.1.3.3-5................................................................................................ 12-113

Table 12.4.1.3.3-6. Preamble, Pilot, MAC, and Data Multiplexing Parameters .......... 12-114

Table 12.4.1.3.5.1-1. Baseband Filter Coefficients.................................................... 12-118

Table 13.1.7.1-1. Configurable Values........................................................................ 13-7

Table 13.1.7.2.2-1.Encoding of ReversePilotTransmitSlotsDuration Field .................. 13-11

Table 13.1.7.2.2-2.Encoding of ReversePilotTransmitSlotsPeriod Field ...................... 13-12

Table 13.3.1.2.4.1-1. Relative Power Levels vs. Data Rate for Access Channel
    Transmissions ...................................................................................................... 13-21

Table 13.3.1.3.1-1. FeedbackMultiplexingIndex composition....................................... 13-26

Table 13.3.1.3.1-2. Walsh Channel Assignments for Physical Layer Reverse Traffic
    Channel................................................................................................................ 13-30

Table 13.3.1.3.1.1-1. Modulation Parameters for the Access Channel ....................... 13-46

Table 13.3.1.3.1.1-2. Modulation Parameters for the Reverse Traffic Channel ........... 13-47

Payload Size to Payload Index Mapping ..................................................................... 13-51

Table 13.3.1.3.3.2-2. Sub-packet Identifier to Sub-packet Index Mapping.................. 13-51

Table 13.3.1.3.3.3-1. DSC Channel Data Rate........................................................... 13-52

Table 13.3.1.3.3.3-2. DSC Channel transmission and FeedbackMultiplexingMethod.. 13-53

TIA-856-B

# TABLES

1  Table 13.3.1.3.3.3-3. DSC Encoding ................................................................. 13-54

2  Table 13.3.1.3.3.4-1. DRC Channel transmission and FeedbackMultiplexingMethod . 13-58

3  Table 13.3.1.3.3.4-2. DRC Bi-Orthogonal Encoding ................................................. 13-59

4  Table 13.3.1.3.3.4-3. 8-ary Walsh Functions ......................................................... 13-59

5  Table 13.3.1.3.3.4-4. 2-ary Walsh Functions ......................................................... 13-60

6  Table 13.3.1.3.3.5-1. ACK Channel transmission and FeedbackMultiplexingMethod
7      if DSC Channel is transmitted using that FeedbackMultiplexingMethod .............. 13-63

8  Table 13.3.1.3.3.5-2. ACK Channel transmission and FeedbackMultiplexingMethod
9      if DSC Channel is not transmitted using that FeedbackMultiplexingMethod ........ 13-64

10  Table 13.3.1.3.3.5-3. 4-ary Walsh Functions ......................................................... 13-64

11  Table 13.3.1.3.3.6-1. Data Channel Modulation Formats ........................................... 13-65

12  Table 13.3.1.3.4-1. Parameters for the Reverse Link Encoder for the Access Channel 13-66

13  Table 13.3.1.3.4-2. Parameters for the Reverse Link Encoder for the Reverse Traffic
14      Channel – Part 1 of 2.............................................................................. 13-66

15  Table 13.3.1.3.4-3. Parameters for the Reverse Link Encoder for the Reverse Traffic
16      Channel – Part 2 of 2.............................................................................. 13-67

17  Table 13.3.1.3.4.2.2-1. Puncturing Patterns for the Data Bit Periods ......................... 13-70

18  Table 13.3.1.3.4.2.2-2. Puncturing Patterns for the Tail Bit Periods ........................... 13-70

19  Table 13.3.1.3.4.2.3-1. Turbo Interleaver Parameter ................................................ 13-72

20  Table 13.3.1.3.4.2.3-2. Turbo Interleaver Lookup Table Definition .............................. 13-73

21  Table 13.3.1.3.5-1. Parameters Controlling the Scrambler Initial State – Part 1 of 2... 13-74

22  Table 13.3.1.3.5-2. Parameters Controlling the Scrambler Initial State – Part 2 of 2... 13-74

23  Table 13.3.1.3.7.2-1. Channel Interleaver Parameters............................................... 13-78

24  Table 13.3.1.3.9.1-1. B4 Modulation Table ............................................................. 13-80

25  Table 13.3.1.3.9.2-1. Q4 Modulation Table ............................................................. 13-80

26  Table 13.3.1.3.9.3-1. Q2 Modulation Table ............................................................. 13-81

27  Table 13.3.1.3.9.5-1. E4 Modulation Table ............................................................. 13-82

28  Table 13.3.1.3.9.5-2. E2 Modulation Table ............................................................. 13-83

29  Table 13.3.1.3.12.2-1. Additional Long Code Masks for Reverse Traffic Channel in
30      BasicFeedbackMultiplexing mode and EnhancedFeedbackMultiplexing mode...... 13-89

31  Table 13.3.1.3.12.3-1. Baseband Filter Coefficients ................................................. 13-91

32  Table 13.3.2.4-1. H-ARQ Transmission Rules ......................................................... 13-95

**TABLES**

Table 13.4.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the Control Channel ........................................................................ 13-107

Table 13.4.1.3.1.1-2. Modulation Parameters for the Optional Packet Formats on the Forward Traffic Channel ................................................................ 13-108

Table 13.4.1.3.1.1-3. Modulation Parameters for the MAC Channel ........................ 13-109

Table 13.4.1.3.2.2-1. Forward Link MAC Channel Assignment ................................. 13-110

Table 13.4.1.3.2.2-2. MAC Channel Versus MACIndex ............................................. 13-113

Table 13.4.1.3.2.2-3. Preamble Use Versus MACIndex ............................................. 13-114

Table 13.4.1.3.2.3.1-1. Preamble Repetition .............................................................. 13-120

Table 13.4.1.3.2.3.1-2. Extended Span and Extension Preamble Transmit Slot and Repetition ....................................................................................... 13-122

Table 13.4.1.3.2.3.2-1. Parameters of the Forward Link Encoder ............................. 13-124

Table 13.4.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods.................... 13-128

Table 13.4.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods ..................... 13-128

Table 13.4.1.3.2.3.2.2-1. Turbo Interleaver Parameter ............................................. 13-130

Table 13.4.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition ....................... 13-131

Table 13.4.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State.............. 13-133

Table 13.4.1.3.2.3.4.3-1. Channel Interleaver Parameters ....................................... 13-138

Table 13.4.1.3.2.3.5.1-1. QPSK Modulation Table .................................................... 13-140

Table 13.4.1.3.2.3.5.2-1. 8-PSK Modulation Table.................................................... 13-141

Table 13.4.1.3.2.3.5.3-1. 16-QAM Modulation Table ............................................... 13-142

Table 13.4.1.3.2.3.5.4-1. 64-QAM Modulation Table ............................................... 13-144

Table 13.4.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters..... 13-147

Table 13.4.1.3.3-1. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-1.......................................................................... 13-151

Table 13.4.1.3.3-2. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-2.......................................................................... 13-152

Table 13.4.1.3.3-3. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-3.......................................................................... 13-153

Table 13.4.1.3.3-4. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-4.......................................................................... 13-155

Table 13.4.1.3.3-5. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-5.......................................................................... 13-155

Table 13.4.1.3.3-6. Preamble, Pilot, MAC, and Data Multiplexing Parameters .......... 13-157

TIA-856-B

## TABLES

1  Table 13.4.1.3.5.1-1. Baseband Filter Coefficients ...................................................... 13-161

2  Table 14.1-1. SystemType Encoding.......................................................................... 14-1

3  Table 14.2-1. ATIType Field Encoding ....................................................................... 14-3

4  Table 14.8-1. The Format of the Session State Information Record ........................... 14-9

5  Table 14.8-2. Encoding of the DataType Field ........................................................... 14-10

6  Table 15.1-1. Protocol Type and Subtypes.................................................................. 15-2

TIA-856-B

**FOREWORD**

1    **(This foreword is not part of this Standard)**

2    This standard was prepared by Technical Specification Group C of the Third Generation
3    Partnership Project 2 (3GPP2). This standard is evolved from and is a companion to the
4    cdma2000®[1] standards. This air interface standard provides high rate packet data services.

5

---

[1] *"cdma2000® is the trademark for the technical nomenclature for certain specifications and standards of the Organizational Partners (OPs) of 3GPP2. Geographically (and as of the date of publication), cdma2000® is a registered trademark of the Telecommunications Industry Association (TIA-USA) in the United States."*

TIA-856-B

# REFERENCES

The following documents contain provisions, which, through reference in this text, constitute provisions of this document. References are either specific (identified by date of publication, edition number, version number, etc.) or non-specific. For a specific reference, subsequent revisions do not apply. For a non-specific reference, the latest version applies. In the case of a reference to a 3GPP2 document, a non-specific reference implicitly refers to the latest version of that document in the same Release as the present document.

[1]   TIA-835.001, Wireless IP Network Standard.

[2]   TIA-2000.2, Physical Layer Standard for cdma2000 Spread Spectrum Systems.

[3]   TIA-2000.5, Upper Layer (Layer 3) Signaling Specification for cdma2000 Spread Spectrum Systems.

[4]   TIA-864, Recommended Minimum Performance Standards for cdma2000 High Rate Packet Data Access Network.

[5]   TIA-866, Recommended Minimum Performance Standards for cdma2000 High Rate Packet Data Access Terminal.

[6]   FIPS PUB 180-1, Federal Information Processing Standards Publication 180-1.

[7]   Internet Engineering Task Force (IETF) RFC 2409, The Internet Key Exchange (IKE).

[8]   TIA-1878, Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Access Network Interfaces.

[9]   TIA-878, Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Access Network Interfaces.

[10]  TSB-58, Administration of Parameter Value Assignments for cdma2000 Spread Spectrum Standards. (Informative)

[11]  IETF RFC 2373, IP Version 6 Addressing Architecture.

[12]  ITU-T Recommendation E.212, Identification Plan for Land Mobile Stations, 1988.

[13]  IETF RFC 3056, Connection of IPv6 Domains via IPv4 Clouds, February 2001.

[14]  TIA-1006, cdma2000 High Rate Broadcast-Multicast Packet Data Air Interface Specification.

[15]  TIA-1030, Band Class Specification for cdma2000 Spread Spectrum Systems.

[16]  TIA-2000.4, Signaling Link Access Control (LAC) standard for cdma2000 Spread Spectrum Systems.

[17]  IETF RFC 1662, PPP in HDLC-like Framing.

[18]  TIA-835.004, cdma2000 Wireless IP Network Standard.

TIA-856-B

## REFERENCES

1  [19]  TIA-1082, Mobile Station Equipment Identifier (MEID) Support for cdma2000
2  Spread Spectrum Systems.

3  [20]  TIA-1054, cdma2000 High Rate Packet Data Supplemental Services.

# 1 OVERVIEW

## 1.1 Scope of This Document

These technical requirements form a compatibility standard for cdma2000 high rate packet data systems. These requirements ensure that a compliant access terminal can obtain service through any access network conforming to this standard. These requirements do not address the quality or reliability of that service, nor do they cover equipment performance or measurement procedures.

This specification is primarily oriented toward requirements necessary for the design and implementation of access terminals. As a result, detailed procedures are specified for access terminals to ensure a uniform response to all access networks. Access network procedures, however, are specified only to the extent necessary for compatibility with those specified for the access terminal.

This specification includes provisions for future service additions and expansion of system capabilities. The architecture defined by this specification permits such expansion without the loss of backward compatibility to older access terminals.

This compatibility standard is based upon spectrum allocations that have been defined by various governmental administrations. Those wishing to deploy systems compliant with this standard should also take notice of the requirement to be compliant with the applicable rules and regulations of local administrations. Those wishing to deploy systems compliant with this standard should also take notice of the electromagnetic exposure criteria for the general public and for radio frequency carriers with low frequency amplitude modulation.

## 1.2 Requirements Language

Compatibility, as used in connection with this standard, is understood to mean: Any access terminal can obtain service through any access network conforming to this standard. Conversely, all access networks conforming to this standard can service access terminals.

"Shall" and "shall not" identify requirements to be followed strictly to conform to the standard and from which no deviation is permitted. "Should" and "should not" indicate that one of several possibilities is recommended as particularly suitable, without mentioning or excluding others, that a certain course of action is preferred but not necessarily required, or that (in the negative form) a certain possibility or course of action is discouraged but not prohibited. "May" and "need not" indicate a course of action permissible within the limits of the standard. "Can" and "cannot" are used for statements of possibility and capability, whether material, physical, or causal.

## 1.3 Architecture Reference Model

The architecture reference model is presented in Figure 1.3-1. The reference model consists of the following functional units:



**Figure 1.3-1. Architecture Reference Model**

The access terminal, the access network, and the sector are formally defined in 1.11.

The reference model includes the air interface between the access terminal and the access network. The protocols used over the air interface are defined in this document.

**1.4 Protocol Architecture**

The air interface has been layered, with interfaces defined for each layer (and for each protocol within each layer). This allows future modifications to a layer or to a protocol to be isolated.

1.4.1 Layers

Figure 1.4.1-1 describes the layering architecture for the air interface. Each layer consists of one or more protocols that perform the layer's functionality. Each of these protocols can be individually negotiated.

| Application Layer |
|---|
| Stream Layer |
| Session Layer |
| Connection Layer |
| Security Layer |
| MAC Layer |
| Physical Layer |

**Figure 1.4.1-1. Air Interface Layering Architecture**

The protocols and layers specified in Figure 1.4.1-1 are:

Application Layer: The Application Layer provides multiple applications. It provides the Default Signaling Application for transporting air interface protocol messages. The Default Signaling Application is defined in Chapter 2. It also provides the Default Packet Application for transporting user data. The Default Packet Application is defined in Chapter 3.

Stream Layer: The Stream Layer provides multiplexing of distinct application streams. The Default Stream Protocol provides four streams. Stream 0 is dedicated to signaling and defaults to the Default Signaling Application (see Chapter 2). Stream 1, Stream 2, and Stream 3 are not used by default. The Stream Layer is defined in Chapter 4. The Generic Virtual Stream Protocol provides 255 virtual streams to which applications may be bound.

Session Layer: The Session Layer provides address management, protocol negotiation, protocol configuration and state maintenance services. The Session Layer is defined in Chapter 7.

Connection Layer: The Connection Layer provides air link connection establishment and maintenance services. The Connection Layer is defined in Chapter 8.

Security Layer: The Security Layer provides authentication and encryption services. The Security Layer is defined in Chapter 9.

MAC Layer: The Medium Access Control (MAC) Layer defines the procedures used to receive and to transmit over the Physical Layer. The MAC Layer is defined in Chapter 10.

Physical Layer: The Physical Layer provides the channel structure, frequency, power output, modulation, and encoding specifications for the Forward and Reverse Channels. The Physical Layer is defined in Chapters 11, 12, and 13.

Each layer may contain one or more protocols. Protocols use signaling messages or headers to convey information to their peer protocols at the other side of the air-link. When protocols and applications send messages, they use the Signaling Network Protocol (SNP) to transmit these messages.

**1.5 Physical Layer Channels**

The Physical Layer defines the Physical Layer Channels and the Forward and Reverse Channel hierarchies shown in Figure 1.5-1 and Figure 1.5-2. Channel $x$ is part of Channel $y$ if $y$ is an ancestor of $x$. The specific channels are defined in 1.11. When the context is clear, the complete qualified name is usually omitted (e.g., Pilot Channel as opposed to Forward Pilot Channel or Data Channel as opposed to Reverse Traffic Data Channel).



**Figure 1.5-1. Forward Channel Structure**



**Figure 1.5-2. Reverse Channel Structure**

## 1.6 Protocols

1.6.1 Interfaces

This standard defines a set of interfaces for communications between protocols in the same entity and between a protocol executing in one entity and the same protocol executing in the other entity.

In the following the generic term "entity" is used to refer to the access terminal and the access network.

Protocols in this specification have four types of interfaces:

- Headers and messages are used for communications between a protocol executing in one entity and the same protocol executing in the other entity.

- Commands are used by a protocol to obtain a service from another protocol within the same access network or access terminal. For example, *AccessChannelMAC.Abort* causes the Access Channel MAC Protocol to abort any access attempt currently in progress.

- Indications are used by a protocol to convey information regarding the occurrence of an event to another protocol within the same access network or access terminal. Any protocol can register to receive these indications. For example, the access terminal Reverse Traffic Channel MAC Protocol returns a "Reverse Link Acquired" indication when it gets a message from its peer protocol at the access network that it has acquired the Reverse Traffic Channel. This notification is then used by Connection Layer protocols to continue with the handshake leading to the establishment of the connection.

- Public Data is used to share information in a controlled way between protocols/applications. Public data is shared between protocols/applications in the same layer, as well as between protocols/applications in different layers. The public data of the InUse protocol/application is created when an InUse instance (see 1.6.3) of a protocol/application is created. An example of this is the MinimumProtocolRevision made public by the Connection Layer Initialization State Protocol after the protocol receives it in the Sync message. All configurable attributes of the InConfiguration instance of a protocol or application are also public data of that protocol or application.

Commands and indications are written in the form of *Protocol.Command* and *Protocol.Indication*. For example, *AccessChannelMAC.Activate* is a command activating the Access Channel MAC, and *IdleState.ConnectionOpened* is an indication provided by the Connection Layer Idle State Protocol that the connection is now open. When the context is clear, the *Protocol* part is dropped (e.g., within the Idle State Protocol, *Activate* refers to *IdleState.Activate*).

Commands are always written in the imperative form, since they direct an action. Indications are always written in the past tense since they notify of events that happened (e.g., *OpenConnection* for a command and *ConnectionOpened* for an indication).

Headers and messages are binding on all implementations. Commands, indications, and public data are used as a device for a clear and precise specification. Access terminals and access networks can be compliant with this specification while choosing a different implementation that exhibits identical behavior.

1.6.2 States

When protocols exhibit different behavior as a function of the environment (e.g., if a connection is opened or not, if a session is opened or not, etc.), this behavior is captured in a set of states and the events leading to a transition between states.

Unless otherwise specifically mentioned, the state of the access network refers to the state of a protocol engine in the access network as it applies to a particular access terminal. Since the access network communicates with multiple access terminals, multiple independent instantiations of a protocol will exist in the access network, each with its own independent state machine.

Unless otherwise specifically shown, the state transitions due to failure are not shown in the figures.

Typical events leading to a transition from one state to another are the receipt of a message, a command from a higher layer protocol, an indication from a lower layer protocol, or the expiration of a timer.

When a protocol is not functional at a particular time (e.g., the Access Channel MAC protocol at the access terminal when the access terminal has an open connection) the protocol is placed in a state called the Inactive state. This state is common for most protocols.

Other common states are Open, indicating that the session or connection (as applicable to the protocol) is open and Close, indicating that the session or connection is closed.

If a protocol has a single state other than the Inactive state, that state is always called the Active state. If a protocol has more than one state other than the Inactive state, all of these states are considered active, and are given individual names (e.g., the Forward Traffic Channel MAC protocol has three states: Inactive, Variable Rate, and Fixed Rate).

1.6.3 InUse and InConfiguration Protocol/Application Instances

A protocol/application instance can be either an InUse instance or an InConfiguration instance.

1.6.3.1 InConfiguration Instantiation

An InConfiguration instance of each protocol is created by the Session Configuration Protocol once the session configuration is initiated (e.g., in the Default Session Configuration Protocol this occurs once entering the AT Initiated state).

1.6.3.1.1 Protocol Instantiation

InConfiguration protocol instances can be changed by the Session Configuration Protocol. Once the access terminal and access network agree upon using a new protocol subtype for a certain protocol Type, an InConfiguration protocol instance associated with the newly negotiated protocol (specified by its protocol subtype) is created and the existing InConfiguration protocol instance for that protocol Type is replaced by the newly negotiated one.

1.6.3.1.2 Application Instantiation

InConfiguration application instances are created by the Stream Layer protocol. Once the access terminal and access network agree upon using a new application subtype for a certain stream, an InConfiguration application instance associated with the newly negotiated application (specified by its application subtype) is created, and the existing InConfiguration application instance for that stream is replaced by the newly negotiated one.

1.6.3.2 Protocol Initialization

The initialization procedures for an InUse protocol/application instance are invoked upon creation of the InUse protocol/application instance.

The initialization procedures for an InConfiguration protocol/application instance are invoked upon creation of the InConfiguration protocol/application instance.

1.6.3.3 Procedures and Messages

Each protocol/application specifies procedures and messages corresponding to the InUse and InConfiguration protocol/application instances. In general, the InConfiguration protocol/application instances process messages that are related to parameter configuration for each protocol/application, while non-configuration procedures and messages are processed by the InUse protocol/application instances. Each protocol/application specifies procedures and messages corresponding to the InUse and InConfiguration protocol/application instances.

1.6.3.3.1 Commit Procedures

Each InConfiguration protocol/application defines a set of Commit procedures. The Commit procedures for a protocol/application are invoked by the InUse instance of the Session Configuration Protocol.

If the Commit procedures for an InConfiguration protocol instance set the state of the protocol instance to a particular initial state and the InConfiguration protocol instance

becomes the InUse protocol instance, the procedures associated with entering the initial state are to be executed at that time

If the Commit procedures for an InConfiguration protocol instance set the state of the InUse protocol instance to a particular initial state, the procedures associated with entering the initial state are executed upon entering the initial state.

## 1.6.4 Common Commands

Most protocols support the following two commands:

- *Activate,* which commands the protocol to transition from the Inactive state to some other state.

- *Deactivate,* which commands the protocol to transition to the Inactive state. Some protocols do not transition immediately to the Inactive state, due to requirements on orderly cleanup procedures.

Other common commands are *Open* and *Close,* which command protocols to perform session open / close or connection open / close related functions.

## 1.6.5 Protocol Negotiation

Most protocols can be negotiated and can be configured when the session is set-up (see 1.9 for a discussion of sessions). Protocols are associated with a Type that denotes the type of the protocol (e.g., Access Channel MAC Protocol) and with a Subtype that denotes a specific instance of a protocol (e.g., the Default Access Channel MAC Protocol).

The negotiation and configuration processes are part of the Session Layer.

## 1.6.6 Protocol Overview

Figure 1.6.6-1 presents the default protocols defined for each one of the layers shown in Figure 1.4.1-1. The following is a brief description of each protocol. A more complete description is provided in the Introduction section of each layer. Figure 1.6.6-2 presents the non-default protocols defined in this specification for each one of the layers shown in Figure 1.4.1-1.

1



2

3      **Figure 1.6.6-1. Default Protocols**

Overview                                                                 TIA-856-B

1



2

**Figure 1.6.6-2. Non-Default Protocols**

4   • Application Layer:

5       – Default Signaling Application:

6           + Signaling Network Protocol: The Signaling Network Protocol (SNP) provides
7             message transmission services for signaling messages.

+ Signaling Link Protocol: The Signaling Link Protocol (SLP) provides fragmentation mechanisms, along with reliable and best-effort delivery mechanisms for signaling messages. When used in the context of the Default Signaling Application, SLP carries SNP packets.

– Default Packet Application:

+ Radio Link Protocol: The Radio Link Protocol (RLP) provides retransmission and duplicate detection for an octet data stream.

+ Location Update Protocol: The Location Update Protocol defines location update procedures and messages in support of mobility management for the Default Packet Application.

+ Flow Control Protocol: The Flow Control Protocol defines flow control procedures to enable and disable the Default Packet Application data flow.

- Stream Layer:

  – Stream Protocol: Adds the stream header to application packets prior to transmission; and, after reception, removes the stream header and forwards application packets to the correct application.

- Session Layer:

  – Session Management Protocol: provides means to control the activation and the deactivation of the Address Management Protocol and the Session Configuration Protocol. It also provides a session keep alive mechanism.

  – Address Management Protocol: Provides access terminal identifier (ATI) management.

  – Session Configuration Protocol: Provides negotiation and configuration of the protocols used in the session.

- Connection Layer:

  – Air Link Management Protocol: Provides the overall state machine management that an access terminal and an access network follow during a connection.

  – Initialization State Protocol: Provides the procedures that an access terminal follows to acquire a network and that an access network follows to support network acquisition.

  – Idle State Protocol: Provides the procedures that an access terminal and an access network follow when a connection is not open.

  – Connected State Protocol: Provides the procedures that an access terminal and an access network follow when a connection is open.

  – Route Update Protocol: Provides the means to maintain the route between the access terminal and the access network.

  – Overhead Messages Protocol: Provides broadcast messages containing information that is mostly used by Connection Layer protocols.

– Packet Consolidation Protocol: Provides transmit prioritization and packet encapsulation for the Connection Layer.

- Security Layer:

  – Key Exchange Protocol: Provides the procedures followed by the access network and the access terminal to exchange security keys for authentication and encryption.

  – Authentication Protocol: Provides the procedures followed by the access network and the access terminal for authenticating traffic.

  – Encryption Protocol: Provides the procedures followed by the access network and the access terminal for encrypting traffic.

  – Security Protocol: Provides procedures for generation of a cryptosync that can be used by the Authentication Protocol and Encryption Protocol.

- MAC Layer:

  – Control Channel MAC Protocol: Provides the procedures followed by the access network to transmit, and by the access terminal to receive the Control Channel.

  – Access Channel MAC Protocol: Provides the procedures followed by the access terminal to transmit, and by the access network to receive the Access Channel.

  – Forward Traffic Channel MAC Protocol: Provides the procedures followed by the access network to transmit, and by the access terminal to receive the Forward Traffic Channel.

  – Reverse Traffic Channel MAC Protocol: Provides the procedures followed by the access terminal to transmit, and by the access network to receive the Reverse Traffic Channel.

- Physical Layer:

  – Physical Layer Protocol: Provides channel structure, frequency, power output and modulation specifications for the forward and reverse links.

**1.7 Default Applications**

This document defines two default applications that all compliant access terminals and access networks support:

- Default Signaling Application, which provides the means to carry messages between a protocol in one entity and the same protocol in the other entity. The Default Signaling Application consists of a messaging protocol (Signaling Network Protocol) and a link layer protocol that provides message fragmentation, retransmission and duplicate detection (Signaling Link Protocol).

- Default Packet Application. The Default Packet Application consists of a link layer protocol that provides octet retransmission and duplicate detection (Radio Link Protocol), a location update protocol that provides mobility between data service networks and a flow control protocol that provides flow control of data traffic.

The applications used and the streams upon which they operate are negotiated as part of session negotiation.

## 1.8 Streams

The air interface can support up to four parallel application streams. The first stream (Stream 0) always carries Signaling, and the other three can be used to carry applications with different Quality of Service (QoS) requirements or other applications.

## 1.9 Sessions and Connections

A session refers to a shared state between the access terminal and the access network. This shared state stores the protocols and protocol configurations that were negotiated and are used for communications between the access terminal and the access network.

Other than to open a session, an access terminal cannot communicate with an access network without having an open session.

A connection is a particular state of the air-link in which the access terminal is assigned a Forward Traffic Channel, a Reverse Traffic Channel and associated MAC Channels.

During a single session the access terminal and the access network can open and can close a connection multiple times.

## 1.10 Security

The air interface supports a security layer, which can be used for authentication and encryption of access terminal traffic transported by the Control Channel, the Access Channel, the Forward Traffic Channel and the Reverse Traffic Channel.

## 1.11 Terms

**Access Network (AN).** The network equipment providing data connectivity between a packet switched data network (typically the Internet) and the access terminals. An access network is equivalent to a base station in [2].

**Access Terminal (AT).** A device providing data connectivity to a user. An access terminal may be connected to a computing device such as a laptop personal computer or it may be a self-contained data device such as a personal digital assistant. An access terminal is equivalent to a mobile station in [2].

**ATI**. Access Terminal Identifier.

**Auxiliary Pilot.** An unmodulated, direct-sequence spread spectrum signal transmitted by an access terminal in conjunction with certain transmissions on the Reverse Traffic Data Channel. This channel provides an additional phase reference for the Reverse Traffic Data Channel for coherent demodulation and may provide means for improved signal strength measurement.

**BasicFeedbackMultiplexing mode.** At least one of the reverse CDMA channel carries feedback for forward CDMA channels corresponding to more than one sub-Active Set using unique long codes for the feedback channels associated with forward CDMA channels corresponding to each sub-Active Set.

1  **BATI**. Broadcast Access Terminal Identifier.

2  **BPSK.** Binary Phase Shift Keying

3  **Cell.** A physical grouping of one or more sectors that transmit the same power control
4  command to an access terminal.

5  **CDMA System Time in Slots**. An integer value $s$ such that: $s = \lfloor t \times 600 \rfloor$, where $t$
6  represents CDMA System Time in seconds. Whenever the document refers to the CDMA
7  System Time in slots, it is referring to the value $s$.

8  **CDMA System Time**. The time reference used by the system. CDMA System Time is
9  synchronous to UTC time except for leap seconds and uses the same time origin as GPS
10  time. Access terminals use the same CDMA System Time, offset by the propagation delay
11  from the access network to the access terminal.

12  **Channel**. The set of channels transmitted between the access network and the access
13  terminals within a given frequency assignment. A Channel consists of a Forward Link and
14  a Reverse Link.

15  **Connection Layer**. The Connection Layer provides air link connection establishment and
16  maintenance services. The Connection Layer is defined in Chapter 8.

17  **Dedicated Resource**. An access network resource required to provide any data service to
18  the access terminal, e.g, Wireless IP Service (see [1]) that is granted to the access terminal
19  only after access terminal authentication has completed successfully. Power control and
20  rate control are not considered dedicated resources.

21  **DRCLock Channel**. The portion of the Forward MAC Channel that indicates to the access
22  terminal whether or not the access network can receive the DRC Channel and Reverse Link
23  Channel sent by the access terminal.

24  **Effective Isotropically Radiated Power (EIRP).** The product of the power supplied to the
25  antenna and the antenna gain in a direction relative to an isotropic antenna.

26  **Effective Radiated Power (ERP).** The product of the power supplied to the antenna and its
27  gain relative to a half-wave dipole in a given direction.

28  **EnhancedFeedbackMultiplexing mode.** At least one of the reverse CDMA channels
29  carries feedback for forward CDMA channels corresponding to up to four sub-Active Sets
30  using one long code.

31  **FDD-Paired.** A forward CDMA channel and reverse CDMA channel pair where the [15]
32  specification specifies the association between the forward CDMA channel and reverse
33  CDMA channel.

34  **Forward Channel**. The portion of the Channel consisting of those Physical Layer Channels
35  transmitted from the access network to the access terminal.

36  **Forward Control Channel**. The channel that carries data to be received by all access
37  terminals monitoring the Forward Channel.

**Forward MAC Channel**. The portion of the Forward Channel dedicated to Medium Access Control activities. The Forward MAC Channel consists of the RPC, DRCLock, and RA Channels.

**Forward MAC Reverse Activity (RA) Channel**. The portion of the Forward MAC Channel that indicates activity level on the Reverse Channel.

**Forward MAC Reverse Power Control (RPC) Channel**. The portion of the Forward MAC Channel that controls the power of the Reverse Channel for one particular access terminal.

**Forward Pilot Channel**. The portion of the Forward Channel that carries the pilot.

**Forward Traffic Channel**. The portion of the Forward Channel that carries information for a specific access terminal. The Forward Traffic Channel can be used as either a Dedicated Resource or a non-Dedicated Resource. Prior to successful access terminal authentication, the Forward Traffic Channel serves as a non-Dedicated Resource. Only after successful access terminal authentication can the Forward Traffic Channel be used as a Dedicated Resource for the specific access terminal.

**Frame**. The duration of time specified by 16 slots or 26.66… ms.

**FCS.** Frame Check Sequence.

**Global Positioning System (GPS)**. A US government satellite system that provides location and time information to users. See Navstar GPS Space Segment/Navigation User Interfaces ICD-GPS-200 for specifications.

**H-ARQ Bit.** Hybrid-ARQ bit. The bit sent on ARQ channel in response to the 1st, 2nd, and 3rd sub-packet of a reverse-link physical packet to support physical layer ARQ.

**L-ARQ Bit.** Last ARQ bit. The bit sent on ARQ channel in response to the last sub-packet of a reverse-link physical packet to support MAC layer ARQ.

**MAC Layer**. The MAC Layer defines the procedures used to receive and to transmit over the Physical Layer. The MAC Layer is defined in Chapter 10.

**MATI**. Multicast Access Terminal Identifier.

**Multi-User packet.** A single physical layer packet composed of zero or more security layer packets addressed to one or more access terminals.

**NULL.** A value which is not in the specified range of the field.

**NoFeedbackMultiplexing mode.** In NoFeedbackMultiplexing mode each reverse CDMA channel carries the feedback channels for the forward CDMA channels corresponding to at most one sub-Active Set.

**Physical Layer Protocol**. The Physical Layer Protocol provides the channel structure, frequency, power output, modulation, and encoding specifications for the forward and reverse links. The Subtype 0 and Subtype 1 Physical Layer is defined in 11, the Subtype 2 Physical Layer is defined in 12, and the Subtype 3 Physical Layer is defined in 13.

**P-ARQ.** Packet-ARQ bit. The bit sent on the ARQ channel in response to a reverse-link physical layer packet to support MAC layer ARQ.

**QPSK.** Quadrature Phase Shift Keying

1   **QAM.** Quadrature Amplitude Modulation

2   **RATI**. Random Access Terminal Identifier.

3   **Reservation.** Air interface resources set up by the access network to carry a higher layer
4   flow. A Reservation is identified by its ReservationLabel. ReservationLabels are bound to
5   RLP Flows that carry higher layer flows. A Reservation can be either in the Open or Close
6   state.

7   **Reverse Access Channel.** The portion of the Reverse Channel that is used by access
8   terminals to communicate with the access network when they do not have a traffic channel
9   assigned. There is a separate Reverse Access Channel for each sector of the access
10  network.

11  **Reverse Access Data Channel**. The portion of the Access Channel that carries data.

12  **Reverse Access Pilot Channel.** The portion of the Access Channel that carries the pilot.

13  **Reverse Channel**. The portion of the Channel consisting of those Physical Layer Channels
14  transmitted from the access terminal to the access network.

15  **Reverse Traffic Ack Channel**. The portion of the Reverse Traffic Channel that indicates
16  the success or failure of the Forward Traffic Channel reception.

17  **Reverse Traffic Channel.** The portion of the Reverse Channel that carries information
18  from a specific access terminal to the access network. The Reverse Traffic Channel can be
19  used as either a Dedicated Resource or a non-Dedicated Resource. Prior to successful
20  access terminal authentication, the Reverse Traffic Channel serves as a non-Dedicated
21  Resource. Only after successful access terminal authentication can the Reverse Traffic
22  Channel be used as a Dedicated Resource for the specific access terminal.

23  **Reverse Traffic Data Channel.** The portion of the Reverse Traffic Channel that carries
24  user data.

25  **Reverse Traffic MAC Channel**. The portion of the Reverse Traffic Channel dedicated to
26  Medium Access Control activities. The Reverse Traffic MAC Channel consists of the RRI and
27  DRC Channels.

28  **Reverse Traffic MAC Data Rate Control (DRC) Channel**. The portion of the Reverse
29  Traffic Channel that indicates the rate at which the access terminal can receive the
30  Forward Traffic Channel and the sector from which the access terminal wishes to receive
31  the Forward Traffic Channel.

32  **Reverse Traffic MAC Data Source Control (DSC) Channel**. The portion of the Reverse
33  Traffic Channel that indicates the data source from which the access terminal wishes to
34  receive the Forward Traffic Channel.

35  **Reverse Traffic MAC Reverse Rate Indicator (RRI) Channel**. The portion of the Reverse
36  Traffic Channel that indicates the rate of the Reverse Traffic Data Channel.

37  **Reverse Traffic Pilot Channel.** The portion of the Reverse Traffic Channel that carries the
38  pilot.

**Reverse Traffic Auxiliary Pilot Channel.** The portion of the Reverse Traffic Channel that carries the auxiliary pilot.

**RLP**. Radio Link Protocol provides retransmission and duplicate detection for an octet-aligned data stream.

**Rx.** Receive.

**Sector.** The part of the access network that is identified by (SectorID, CDMA Channel).

**Security Layer**. The Security Layer provides authentication and encryption services. The Security Layer is defined in Chapter 9.

**Session Layer**. The Session Layer provides protocol negotiation, protocol configuration, and state maintenance services. The Session Layer is defined in Chapter 7.

**Single User packet.** A single physical layer packet consisting of one or more security layer packets addressed to one access terminal.

**Slot**. A duration of time specified by 1.66... ms.

**SLP**. Signaling Link Protocol provides best-effort and reliable-delivery mechanisms for signaling messages. SLP is defined in 2.6.

**SNP**. Signaling Network Protocol provides message transmission services for signaling messages. The protocols that control each layer use SNP to deliver their messages to their peer protocols.

**Stream Layer**. The Stream Layer provides multiplexing of distinct streams. Stream 0 is dedicated to signaling and defaults to the default signaling stream (SNP / SLP). Stream 1, Stream 2, and Stream 3 are not used by default. The Stream Layer is defined in Chapter 4.

**Sub-Frame.** A sub-frame is a group of four contiguous slots. The start of a sub-frame is specified by (T — FrameOffset) mod 4 = 0, where T is the CDMA System Time in slots.

**Sub-packet.** A sub-packet is the smallest unit of a Reverse Traffic Channel transmission that can be acknowledged at the physical layer by the access network. A sub-packet is transmitted over four contiguous slots.

**Subnet Mask (of length $n$).** A 128-bit value whose binary representation consists of $n$ consecutive '1's followed by 128-$n$ consecutive '0's.

**Tx.** Transmit.

**TxT2P.** Transmitted Traffic Channel to Pilot Channel transmit power ratio.

**T2P**. Traffic Channel to Pilot Channel transmit power ratio.

**UATI**. Unicast Access Terminal Identifier.

**Universal Coordinated Time (UTC)**. An internationally agreed-upon time scale maintained by the Bureau International de l'Heure (BIH) used as the time reference by nearly all commonly available time and frequency distribution systems.

**UTC**. Universal Temps Coordine. See Universal Coordinated Time.

## 1.12 Notation

| | |
|---|---|
| **A[i]** | The $i^{th}$ element of array A. The first element of the array is A[0]. |
| **<e₁, e₂, ..., eₙ>** | A *structure* with elements 'e$_1$', 'e$_2$', ..., 'e$_n$'. Two structures E = <e₁, e₂, ..., eₙ> and F = <f₁, f₂, ..., fₘ> are equal if and only if 'm' is equal to 'n' and e$_i$ is equal to f$_i$ for i=1, ...n. Given E = <e₁, e₂, ..., eₙ> and F = <f₁, f₂, ..., fₘ>, the assignment "E = F" denotes the following set of assignments: e$_i$ = f$_i$, for i=1, ...n. |
| **S.e** | The member of the structure 'S' that is identified by 'e'. |
| **M[i:j]** | Bits $i^{th}$ through $j^{th}$ inclusive (i ≥ j) of the binary representation of variable M. M[0:0] denotes the least significant bit of M. |
| **\|** | Concatenation operator. (A \| B) denotes variable A concatenated with variable B. |
| × | Indicates multiplication. |
| ⌊x⌋ | Indicates the largest integer less than or equal to x: ⌊1.1⌋ = 1, ⌊1.0⌋ = 1. |
| ⌈x⌉ | Indicates the smallest integer greater or equal to x: ⌈1.1⌉ = 2, ⌈2.0⌉ = 2. |
| \|x\| | Indicates the absolute value of x: \|−17\|=17, \|17\|=17. |
| ⊕ | Indicates exclusive OR (modulo-2 addition). |
| ⊗ | Indicates bitwise logical AND operator. |
| min (x, y) | Indicates the minimum of x and y. |
| max (x, y) | Indicates the maximum of x and y. |
| x mod y | Indicates the remainder after dividing x by y: x mod y = x − (y × ⌊x/y⌋). |
| x^y | Indicates the result of x raised to the power y, also denoted as $x^y$. |
| $x^y$ | Indicates the result of x raised to the power y, also denoted as x^y. |

Unless otherwise specified, the format of field values is unsigned binary.

Unless indicated otherwise, this standard presents numbers in decimal form. Binary numbers are distinguished in the text by the use of single quotation marks. Hexadecimal numbers are distinguished by the prefix '0x'.

Unless specified otherwise, each field of a packet shall be transmitted in sequence such that the most significant bit (MSB) is transmitted first and the least significant bit (LSB) is transmitted last. The MSB is the left-most bit in the figures in this document. If there are multiple rows in a table, the top-most row is transmitted first. If a table is used to show the sub-fields of a particular field or variable, the top-most row consists of the MSBs of the field. Within a row in a table, the left-most bit is transmitted first. Notations of the form "repetition factor of N" or "repeated N times" mean that a total of N versions of the item are used.

**1.13 Malfunction Detection**

The access terminal shall have a malfunction timer that is separate from and independent of all other functions and that runs continuously whenever power is applied to the transmitter of the access terminal. The timer shall expire if the access terminal detects a malfunction. If the timer expires, the access terminal shall be inhibited from transmitting. The maximum time allowed for expiration of the timer is two seconds.

**1.14 CDMA System Time**

All sector air interface transmissions are referenced to a common system-wide timing reference that uses the Global Positioning System (GPS) time, which is traceable to and synchronous with Universal Coordinated Time (UTC). GPS and UTC differ by an integer number of seconds, specifically the number of leap second corrections added to UTC since January 6, 1980. The start of CDMA System Time is January 6, 1980 00:00:00 UTC, which coincides with the start of GPS time.

CDMA System Time keeps track of leap second corrections to UTC but does not use these corrections for physical adjustments to the CDMA System Time clocks.

Figure 1.14-1 shows the relation of CDMA System Time at various points in the system. The access network zero offset pilot PN sequences (as defined in 11.3.1.3.7) and the access terminal common short code PN sequences (as defined in 11.3.1.3.7.1) for the I and Q branches are shown in their initial states at the start of CDMA System Time. The initial state of the access network zero offset pilot PN sequences, both I and Q, is that state in which the next 15 outputs of the pilot PN sequence generator are '0'. The initial state of the access terminal common short code PN sequences, both I and Q, is that state in which the output of the short code PN sequence generator is the '1' following 15 consecutive '0' outputs.

From Figure 1.14-1, note that the CDMA System Time at various points in the transmission and the reception processes is the absolute time referenced at the access network antenna offset by the one-way or round-trip delay of the transmission, as appropriate. Time measurements are referenced to the transmit and receive antennas of the access network and the RF connector of the Access Terminal. The precise zero instant of CDMA System Time is the midpoint between the '1' prior to the 15 consecutive '0' outputs and the immediate succeeding '0' of the access network zero offset pilot PN sequences.



**Figure 1.14-1. CDMA System Time Line**

**Notes:**
(1) Time measurements are made at the antennas of Sectors and the RF connectors of the Access Terminals.
(2) $0^{(n)}$ denotes a sequence of n consecutive zeroes.

1 **1.15 Revision Number**

2 Access terminals and access networks complying with the requirements of this
3 specification shall set their revision number to 0x01.

1   No text.

**2 DEFAULT SIGNALING APPLICATION**

**2.1 Introduction**

2.1.1 General Overview

The Default Signaling Application encompasses the Signaling Network Protocol (SNP) and the Signaling Link Protocol (SLP). Protocols in each layer use SNP to exchange messages. SNP is also used by application specific control messages.

SNP provides a one or two octet header that defines the Type of the protocol and the protocol instance (i.e., InConfiguration or InUse) with which the message is associated. The SNP uses the header to route the message to the appropriate protocol instance.

SLP provides message fragmentation, reliable and best-effort message delivery and duplicate detection for messages that are delivered reliably.

The relationship between SNP and SLP is illustrated in Figure 2.1.1-1.



**Figure 2.1.1-1. Default Signaling Layer Protocols**

The Signaling Link Protocol consists of two sub-layers, the delivery layer, SLP-D, and the fragmentation layer, SLP-F.

2.1.2 Public Data

This application shall make the following data public:

- Subtype for this application

2.1.3 Data Encapsulation for the InUse Instance of the Signaling Application

Figure 2.1.3-1 and Figure 2.1.3-2 illustrate the relationship between a message, SNP packets, SLP packets, and Stream Layer payloads. Figure 2.1.3-1 shows a case where SLP does not fragment the SNP packet. Figure 2.1.3-2 shows a case where the SLP fragments the SNP packet into more than one SLP-F payload.

TIA-856-B                                                      Default Signaling Application



1

2      **Figure 2.1.3-1. Message Encapsulation (Non-fragmented)**



3

4      **Figure 2.1.3-2. Message Encapsulation (Fragmented)**

**2.2 Protocol Initialization**

2.2.1 Protocol Initialization for the InConfiguration Application Instance

Upon creation, the InConfiguration instance of this application in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this application instance shall be set to the default values specified for each attribute.

- If the InUse instance of this application has the same application subtype as this InConfiguration application instance, then the fall-back values of the attributes defined by the InConfiguration application instance shall be set to the corresponding attribute values for the InUse application instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

2.2.2 Protocol Initialization for the InUse Application Instance

Upon creation, the InUse instance of the Signaling Application in the access terminal and access network shall set the value of the attributes for this application protocol to the default values specified for each attribute.

**2.3 General Signaling Requirements**

2.3.1 General Requirements

The following requirements are common to all protocols that carry messages using SNP and that provide for message extensibility. The access terminal and the access network shall abide by the following rules when generating and processing any signaling message carried by SNP.

- Messages are always an integer number of octets in length; and, if necessary, include a Reserved field at the end of the message to make them so. The receiver shall ignore the value of the Reserved fields.

- The first field of the message shall be transmitted first. Within each field, the most significant bit of the field shall be transmitted first.

- Message identifiers shall be unambiguous for each protocol Type and for each Subtype for all protocols compatible with the Air Interface, defined by MinimumRevision and above.

- For future revisions, the transmitter shall add new fields only at the end of a message (excluding any trailing Reserved field). The transmitter shall not add fields if their addition makes the parsing of previous fields ambiguous for receivers whose protocol revision is equal to or greater than MinimumRevision.

- The receiver shall discard all unrecognized messages.

- The receiver shall discard all unrecognized fields.

TIA-856-B                                                              Default Signaling Application

• The receiver shall discard a message if any of the fields in the message is set to a value outside of the defined field range, unless the receiver is specifically directed to ignore this field. A field value is outside of the allowed range if a range was specified with the field and the value is not in this range, or the field is set to a value that is defined as invalid. Values that are designated as reserved are considered to be outside of the allowed range.

2.3.2 Message Information

Each message definition contains information regarding channels on which the message can be transmitted, whether the message requires SLP reliable or best-effort delivery, the addressing modes applicable to the message, and the message priority. This information is provided in the form of a table, an example of which is given in Figure 2.3.2-1.

| **Channels** | CCsyn | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | broadcast | | **Priority** | 30 |

**Figure 2.3.2-1. Sample Message Information**

The following values are defined:

• Channels: This information field indicates the Physical Layer Channels on which this message can be transmitted. The sender of the message shall send the message only on the Physical Layer channel(s) indicated by this information field. Values are:

    – FTC for Forward Traffic Channel or Control Channel given that the Route Update Protocol is in the Connected State,

    – CC for Control Channel (synchronous, sub-synchronous, or asynchronous capsule),

    – CCsyn for Control Channel synchronous capsule (including the Control Channel synchronous Sleep State capsule),

    – CCsubsyn for Control Channel sub-synchronous capsule (including the Control Channel synchronous capsule)

    – CCsynSS for Control Channel Synchronous Sleep State capsule,

    – CCsynQ for Control Channel quick synchronous capsule,

    – AC for Access Channel,

    – RTC for Reverse Traffic Channel,

    – BC for Broadcast Channel as defined in [14]

• SLP: Signaling Link Protocol requirements. The sender of the message shall send the message only using the SLP in the mode(s) indicated by this information field. Values are:

    – Best Effort: the message is sent once and is subject to erasure, and

    − Reliable: erasures are detected and the message is retransmitted one or more times, if necessary.

- Addressing: Addressing modes for the message. The sender of the message shall send the message only with an address type(s) indicated by this information field. Values are:

    − Broadcast if a broadcast address can be used with this message,

    − Multicast if a multicast address can be used with this message, and

    − Unicast if a unicast address can be used with this message.

- Priority: A number between 0 and 255 where lower numbers indicate higher priorities. The priority is used by the Connection Layer (specifically, the Packet Consolidation Protocol) in prioritizing the messages for transmission.

## 2.4 Procedures and Messages for the InConfiguration Instance of the Signaling Application

2.4.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

2.4.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this application, but are not defined by the InUse application instance shall be added to the public data of the InUse application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) has the same subtype as this application instance, then

    − The access terminal and the access network shall set the attribute values associated with the InUse instance of this application to the attribute values associated with the InConfiguration instance of this application, and

    − The access terminal and the access network shall purge the InConfiguration instance of the application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) does not have the same subtype as this application instance, then the access terminal and the access network shall perform the following:

    − The InConfiguration instance of the Signaling Application at the access terminal and access network shall become the InUse instance for the Signaling Application (corresponding to the stream to which this application is bound).

- All the public data not defined by this application shall be removed from the public data of the InUse application.

TIA-856-B                                              Default Signaling Application

1    2.4.3 Message Formats

2    2.4.3.1 ConfigurationRequest

3    The ConfigurationRequest message format is as follows:

4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5    MessageID          The sender shall set this field to 0x50.

6    TransactionID      The sender shall increment this value for each new
7                       ConfigurationRequest message sent.

8    AttributeRecord    The format of this record is specified in 14.3.

9

| Channels | FTC RTC | **SLP** | Reliable |
|----------|---------|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

10   2.4.3.2 ConfigurationResponse

11   The ConfigurationResponse message format is as follows:

12

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

13   MessageID          The sender shall set this field to 0x51.

14   TransactionID      The sender shall set this value to the TransactionID field of the
15                      corresponding ConfigurationRequest message.

16   AttributeRecord    An attribute record containing a single attribute value. If this
17                      message selects a complex attribute, only the ValueID field of the
18                      complex attribute shall be included in the message. The format of the
19                      AttributeRecord is given in 14.3. The sender shall not include more
20                      than one attribute record with the same attribute identifier.

Default Signaling Application                                             TIA-856-B

| **Channels** | FTC      RTC | **SLP** | Reliable |
|--------------|--------------|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

## 2.5 Signaling Network Protocol

2.5.1 Overview

The Signaling Network Protocol (SNP) is a message-routing protocol, and routes messages to protocols specified by the <InConfigurationProtocol, Type> pair of fields provided in the SNP header.

The InConfigurationProtocol field in the SNP header determines whether the encapsulated message corresponds to the InUse protocol instance or the InConfiguration protocol instance.

The actual protocol indicated by the Type is negotiated during session set-up. For example, Type 0x01 is associated with the Control Channel MAC Protocol. The specific Control Channel MAC Protocol used (and, therefore, the Control Channel MAC protocol generating and processing the messages delivered by SNP) is negotiated when the session is setup.

The remainder of the message following the Type field (SNP header) is processed by the protocol specified by the Type.

SNP is a protocol associated with the Default Signaling Application. The application subtype for this application is defined in [10].

2.5.2 Primitives and Public Data

2.5.2.1 Commands

This protocol does not define any commands.

2.5.2.2 Return Indications

This protocol does not return any indications.

2.5.3 Protocol Data Unit

The protocol data unit for this protocol is an SNP packet. Each SNP packet consists of one message sent by a protocol using SNP.

The protocol constructs an SNP packet by adding the SNP header (see 2.5.4.4) in front of the payload. The structure of the SNP packet is shown in Figure 2.5.3-1.

Default Signaling Application



**Figure 2.5.3-1. SNP Packet Structure**

2.5.4 Procedures and Messages for the InUse Instance of the Protocol

2.5.4.1 Procedures

SNP receives messages for transmission from multiple protocols. SNP shall add the SNP header to each message and forward it for transmission to SLP.

SNP receives messages from SLP. SNP shall route these messages to their associated protocols according to the value of the InConfigurationProtocol and Type field in the SNP header. If InConfigurationProtocol field in the SNP header is set to '1', the SNP shall route the message to the InConfiguration instance of the protocol identified by the Type field, otherwise the SNP shall route the message to the InUse instance of the protocol identified by the Type field.

If an SNP message is to be transmitted on the Forward Traffic Channel or on the Reverse Traffic Channel, and if a connection is not open, SNP shall issue an *AirLinkManagement.OpenConnection* command. SNP should queue all messages requiring transmission in the Forward Traffic Channel or in the Reverse Traffic Channel until the protocol receives an *IdleState.ConnectionOpened* indication.

When SNP receives an *SLP.Reset* indication, it shall refrain from passing messages from protocols other than SLP for transmission to SLP until it receives an *SLP.ResetAcked* indication.

2.5.4.2 Type Definitions

Type definitions associated with the default protocol stack are presented in Table 2.5.4-1. The constant name and protocol layer are provided for informational purposes.

**Table 2.5.4-1. Default Protocol Stack Type Values**

| Type | Protocol | Constant Name | Layer |
|------|----------|---------------|-------|
| 0x14 | Stream 0 Application | $N_{APP0Type}$ | Application |
| 0x15 | Stream 1 Application | $N_{APP1Type}$ | Application |
| 0x16 | Stream 2 Application | $N_{APP2Type}$ | Application |
| 0x17 | Stream 3 Application | $N_{APP3Type}$ | Application |
| 0x13 | Stream Protocol | $N_{STRType}$ | Stream |
| 0x19 | Virtual Stream | $N_{VSPType}$ | Stream |
| 0x10 | Session Management Protocol | $N_{SMPType}$ | Session |
| 0x11 | Address Management Protocol | $N_{ADMPType}$ | Session |
| 0x12 | Session Configuration Protocol | $N_{SCPType}$ | Session |
| 0x1b | Multimode Capability Discovery | $N_{MCDType}$ | Session |
| 0x0a | Air Link Management Protocol | $N_{ALMPType}$ | Connection |
| 0x0b | Initialization State Protocol | $N_{ISPType}$ | Connection |
| 0x0c | Idle State Protocol | $N_{IDPType}$ | Connection |
| 0x0d | Connected State Protocol | $N_{CSPType}$ | Connection |
| 0x0e | Route Update Protocol | $N_{RUPType}$ | Connection |
| 0x0f | Overhead Messages Protocol | $N_{OMPType}$ | Connection |
| 0x09 | Packet Consolidation Protocol | $N_{PCPType}$ | Connection |
| 0x08 | Security Protocol | $N_{SPType}$ | Security |
| 0x05 | Key Exchange Protocol | $N_{KEPType}$ | Security |
| 0x06 | Authentication Protocol | $N_{APType}$ | Security |
| 0x07 | Encryption Protocol | $N_{EPType}$ | Security |
| 0x01 | Control Channel MAC Protocol | $N_{CCMPType}$ | MAC |
| 0x02 | Access Channel MAC Protocol | $N_{ACMPType}$ | MAC |
| 0x03 | Forward Traffic Channel MAC Protocol | $N_{FTCMPType}$ | MAC |
| 0x04 | Reverse Traffic Channel MAC Protocol | $N_{RTCMPType}$ | MAC |
| 0x00 | Physical Layer Protocol | $N_{PHYPType}$ | Physical |

2.5.4.3 Messages

No messages are defined for the InUse instance of the protocol.

TIA-856-B                                                          Default Signaling Application

2.5.4.4 SNP Header

The SNP shall place the following header in front of every message that it sends:

| Field | Length (bits) |
|---|---|
| InConfigurationProtocol | 1 |
| Type | 7 or 15 |

InConfigurationProtocol

> InConfiguration or InUse protocol instance flag. The sender shall set this flag to '1' to indicate that the encapsulated message is destined for the InConfiguration instance of the protocol that is identified by the Type field. The sender shall set this flag to '0' to indicate that the encapsulated message is destined for the InUse instance of the protocol that is identified by the Type field.

Type

> Protocol Type. This field has the following format:

| Sub-Field | Length (bits) |
|---|---|
| Type1 | 7 |
| Type2 | 0 or 8 |

Type1

> This sub-field shall be set to the seven most significant bits of the Type value for the protocol (as defined in [10]) associated with the encapsulated message.

Type2

> If the length of the Type value for the protocol associated with the encapsulated message is 7 bits, then this sub-field shall be omitted. Otherwise, this field shall be set to the 8 least significant bits of the Type value for the protocol associated with the encapsulated message.[2]

2.5.4.5 Interface to Other Protocols

2.5.4.5.1 Commands

This protocol issues the following command:

- *AirLinkManagement.OpenConnection*

2.5.4.5.2 Indications

This protocol registers to receive the following indications:

- *IdleState.ConnectionOpened*

---

[2] For example, if Type1 is '0011010', then Type2 shall be 8 bits long.

Default Signaling Application                                          TIA-856-B

1   • *SLP.Reset*

2   • *SLP.ResetAcked*

**2.6 Signaling Link Protocol**

2.6.1 Overview

The Signaling Link Protocol (SLP) has two layers: The delivery layer and the fragmentation layer.

The purpose of the SLP delivery layer (SLP-D) is to provide best effort and reliable delivery for SNP packets. SLP-D provides duplicate detection and retransmission for messages using reliable delivery. SLP-D does not ensure in-order delivery of SNP packets.

The purpose of the SLP fragmentation layer (SLP-F) is to provide fragmentation for SLP-D packets.

SLP is a protocol associated with the default signaling application. The application subtype for this application is defined in [10].

2.6.2 Primitives and Public Data

2.6.2.1 Commands

This protocol does not define any commands.

2.6.2.2 Return Indications

This protocol returns the following indications:

- *Reset*
- *ResetAcked*

2.6.3 Protocol Data Unit

The protocol data units of this protocol are an SLP-D packet and an SLP-F packet.

2.6.4 Procedures

Unless explicitly specified, SLP requirements for the access terminal and the access network are identical; and are, therefore, presented in terms of sender and receiver.

2.6.4.1 Reset

SLP can only be reset at the initiative of the access network. To reset SLP, the access network shall perform the following:

- The access network shall initialize its data structures as described in 2.6.4.3.2 and 2.6.4.2.3.2,
- The access network shall return a *Reset* indication, and
- The access network shall send a Reset message.

Upon receiving a Reset message, the access terminal shall validate the message sequence number as defined in 14.6. If the message is valid, the access terminal shall respond with a ResetAck message and shall initialize its data structures as described in 2.6.4.3.2 and

2.6.4.2.3.2. If the message sequence number of the Reset message is not valid, the access terminal shall discard the message.

The SLP in the access network shall return a *ResetAcked* indication when it receives a ResetAck message with a MessageSequence field equal to the MessageSequence sent in the Reset message. The access network shall set the MessageSequence sent in the first Reset message after reception of a *RouteUpdate.ConnectionInitiated* indication to one. The access network shall increment the sequence number for every subsequent Reset message it sends.

The access terminal shall initialize the reset receive pointer used to validate Reset messages (see 14.6) to 0 when the protocol receives a *RouteUpdate.ConnectionInitiated* indication.

2.6.4.2 Delivery Layer Procedures

2.6.4.2.1 General Procedures

These procedures apply to both the best effort and reliable delivery modes.

2.6.4.2.1.1 Transmitter Requirements

The transmitter shall take the packet from the upper layer and add the SLP-D header.

The transmitter shall forward the resulting SLP-D packet to the SLP fragmentation layer.

2.6.4.2.1.2 Receiver Requirements

The receiver shall forward the AckSequenceNumber field of the SLP-D header to the co-located transmitter (see 2.6.4.2.3.3.1).

2.6.4.2.2 Best Effort Delivery Procedures

2.6.4.2.2.1 Transmitter Requirements

The transmitter shall set the SequenceValid field of a best-effort SLP-D packet to '0', if the SequenceValid field is included in the SLP-D packet.

2.6.4.2.2.2 Receiver Requirements

The receiver shall forward the SLP-D payload to the upper layer.

2.6.4.2.3 Reliable Delivery Procedures

2.6.4.2.3.1 Overview

SLP-D is an Ack-based protocol with a sequence space of $S$=3 bits.

SLP-D maintains the following variables for reliable delivery SLP-D packet payloads:

- **V(S)** The sequence number of the next SLP-D packet to be sent.
- **V(N)** The sequence number of the next expected SLP-D packet.
- **Rx** A $2^S$ bit vector. Rx[$i$] = '1' if the SLP-D packet with sequence number $i$ was received.

TIA-856-B                                                    Default Signaling Application

1   2.6.4.2.3.2 Initialization

2   When SLP-D is initialized or reset it shall perform the following:

3   • Set the send state variable *V(S)* to zero in the transmitter.

4   • Set the receive state variable *V(N)* to zero in the receiver.

5   • Set Rx[i] to '0' for i = 0...$2^S$-1.

6   • Clear the retransmission and resequencing buffers.

7   • Discard any SLP-D packets queued for retransmission.

8   When SLP-D is initialized or is reset, the sender shall begin sending SLP-D packets with an
9   initial SequenceNumber of 0.

10  The access terminal and the access network shall perform the initialization procedure if the
11  protocol receives a *RouteUpdate.ConnectionInitiated* indication.

12  2.6.4.2.3.3 Data Transfer

13  All operations and comparisons performed on SLP-D packet sequence numbers shall be
14  carried out in unsigned modulo $2^S$ arithmetic. For any SLP-D packet sequence number *N*,
15  the sequence numbers in the range [*N+1, N+$2^{S-1}$-1*] shall be considered greater than *N* and
16  the numbers in the range [*N-$2^{S-1}$, N-1*] shall be considered smaller than *N*.

17  2.6.4.2.3.3.1 Transmit Procedures

18  The transmitter shall set the SequenceValid field of a reliable-delivery SLP-D packet to '1'.

19  The transmitter shall acknowledge each reliable-delivery SLP-D packet that its co-located
20  receiver received. The transmitter shall send an acknowledgment within the time specified
21  by $T_{SLPAck}$ of the receiver receiving a reliable-delivery SLP-D packet. The transmitter
22  acknowledges the received SLP-D packet by setting the AckSequenceNumber field of a
23  transmitted SLP-D packet to the SequenceNumber field of the SLP-D packet being
24  acknowledged, and by setting the AckSequenceValid field to '1'. The transmitter may use
25  the AckSequenceNumber field of an SLP-D it is transmitting; or, if none is available within
26  the required acknowledgment time, it shall transmit an SLP-D header-only SLP-D packet
27  carrying the acknowledgment. The SLP-D header-only SLP-D packet shall be sent as a
28  best-effort SLP-D packet.

29  Acknowledging an SLP-D packet with sequence number *N* does not imply an
30  acknowledgment for an SLP-D packet with a sequence number smaller than *N*.



**Figure 2.6.4.2.3.3.1-1. SLP-D Transmit Sequence Number Variable**

The transmitter shall maintain an $S$-bit variable $V(S)$. The sequence number field (SequenceNumber) in each new reliable-delivery SLP-D packet transmitted shall be set to $V(S)$. After transmitting the reliable-delivery SLP-D packet, $V(S)$ shall be incremented.

If SLP-D has already transmitted $2^{S-1}$ SLP-D packets, SLP-D shall transmit an SLP-D packet with sequence number $n$, only after receiving acknowledgments for the SLP-D packets transmitted with sequence number $n - 2^{S-1}$ and below, or after determining that these SLP-D packets could not be delivered.

If the transmitter does not receive from its co-located receiver an AckSequenceNumber equal to the SequenceNumber of an outstanding reliable-delivery SLP-D packet within the time interval specified by $T_{SLPWaitAck}$, the transmitter shall retransmit the SLP-D packet. The transmitter shall attempt to transmit a reliable-delivery SLP-D packet for a maximum of $N_{SLPAttempt}$.

The transmitter shall provide a retransmission buffer for $2^{S-1}$ SLP-D packets. Reliable-delivery SLP-D packets shall be stored in the buffer when they are first transmitted and may be deleted from the buffer, when they are acknowledged or when SLP-D determines that they could not be delivered.

2.6.4.2.3.3.2 Receive Procedures

The SLP-D reliable-delivery receiver shall maintain an $S$-bit variable $V(N)$. $V(N)$ contains the sequence number of the next expected SLP-D packet.

The receiver shall maintain a vector Rx with $2^S$ one-bit elements. Rx[$k$] is set to '1' if the SLP-D packet with sequence number $k$ has been received.

TIA-856-B                                                    Default Signaling Application



**Figure 2.6.4.2.3.3.2-1. SLP Receive Sequence Number Variables**

For each received SLP-D packet, the receiver shall perform the following actions:

- If a received SLP-D packet has a sequence number $k$ that is smaller than $V(N)$ and Rx[$k$] = '1', SLP-D shall discard it as a duplicate.

- If a received SLP-D packet has a sequence number $k$ that is smaller than $V(N)$ and Rx[$k$] = '0', SLP-D shall set Rx[$k$] to '1' and pass the SLP-D payload to the upper layer.

- If a received SLP-D packet has sequence number $k$ that is greater than or equal to $V(N)$, SLP-D shall set Rx[$k$] to '1' and Rx[$(k+v)$ mod $2^S$] to '0' for $v$ = 1, 2, 3 …, $2^{S-1}$. SLP-D shall set $V(N)$ to $k+1$ and pass the SLP-D payload to the upper layer.

2.6.4.3 Fragmentation Layer Procedures

2.6.4.3.1 Overview

SLP-F is a self-synchronizing loss detection protocol with a sequence space of $S$ = 6 bits.

SLP-F maintains the following variables for SLP-F packets:

- **$V(S)$** The sequence number of the next SLP-F packet to be sent.

- **Sync** The SLP-F synchronized status flag.

2.6.4.3.2 Initialization

When SLP-F is initialized or reset it shall perform the following:

- Set the send state variable $V(S)$ to zero in the transmitter.

- Set Sync to zero.

- Clear the re-assembly buffers.

When SLP-F is initialized or reset, the sender shall begin sending SLP-F packets with an initial SequenceNumber of 0.

The access terminal and the access network shall perform the initialization procedure if the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication.

1    2.6.4.3.3 Data Transfer

2    All operations and comparisons performed on SLP-F packet sequence numbers shall be
3    carried out in unsigned modulo $2^s$ arithmetic.

4    2.6.4.3.4 Sender Requirements

5    The sender shall construct the SLP-F packet(s) by adding the SLP-F header, defined in
6    2.6.5.1, in front of each SLP-F payload. The size of each SLP-F packet shall not exceed the
7    current maximum SLP-F packet size.

8    The sender shall construct the SLP-F payload(s) from an SLP-D packet. If the SLP-D packet
9    exceeds the current maximum SLP-F payload size, then the sender shall fragment the SLP-
10   D packet. If the sender does not fragment the SLP-D packet, then the SLP-D packet is the
11   SLP-F payload. If the sender does fragment the SLP-D packet, then each SLP-D packet
12   fragment is an SLP-F payload.

13   If the SLP-F payload contains the beginning of an SLP-D packet, then the sender shall set
14   the SLP-F header Begin field to '1'; otherwise, the sender shall set the SLP-F header Begin
15   field to '0'.

16   If the SLP-F payload contains the end of an SLP-D packet, then the sender shall set the
17   SLP-F header End field to '1'; otherwise, the sender shall set the SLP-F header End field to
18   '0'

19   The sender shall set the SLP-F SequenceNumber field to *V(S)*.

20   If the SLP-F payload contains a complete SLP-D packet, then the sender shall not include
21   the SLP-F header Begin, End and SequenceNumber fields; otherwise, the sender shall
22   include the SLP-F header Begin, End and SequenceNumber fields.

23   The sender shall increment the *V(S)* each time it sends a new SLP-F packet.

24   If an SLP-D packet is fragmented, a later fragment shall be transmitted at a time later than
25   the time at which any previous fragment was transmitted. The transmitter shall ensure
26   that no more than one SLP-F re-assembly buffer is needed for the Traffic Channel at the
27   same time.

28   2.6.4.3.5 Receiver Requirements

29   The receiver shall maintain an independent re-assembly buffer for each Connection
30   Endpoint as defined by the Address Management Protocol. The receiver writes the SLP-F
31   payloads to the corresponding re-assembly buffer when the Sync variable of the
32   corresponding re-assembly buffer is equal to 1. The receiver shall perform the following in
33   the order specified:

34   • If the SLP-F header Fragmented field is '0', then the receiver shall assume the SLP-F
35     header Begin field is '1', the SLP-F header End field is '1' and the SLP-F header
36     SequenceNumber is '0'.

TIA-856-B                                         Default Signaling Application

- If the SequenceNumber of the current SLP-F packet is not one greater than SequenceNumber of the last SLP-F packet whose payload was written to the re-assembly buffer, then the receiver shall discard the contents of the re-assembly buffer and shall set the Sync flag to '0'.

- If the Begin field is '1', then the receiver shall discard the contents of the re-assembly buffer and set the Sync flag to '1'.

- If the Sync flag is '1', then the receiver shall write the SLP-F payload to the re-assembly buffer, otherwise the receiver shall discard the SLP-F payload.

- If the End field is '1', then the receiver shall pass the contents of the re-assembly buffer to the upper layer and set the Sync flag to '0'.

Upon receiving a *ControlChannelMAC.Interrupted* indication, the access terminal shall discard the contents of the re-assembly buffers for the SLP Connection Endpoint associated with <BATI, Control Channel> (see 8.3.3), and set the corresponding Sync flag to '0'.

2.6.5 Header Formats

The combined SLP-D and SLP-F header length, $x$, is such that

$$x \text{ modulo } 8 = 6.$$

2.6.5.1 SLP-F Header

The SLP-F header length, $x$, is such that

$x$ modulo 8 = 5;    if the SLP-F payload contains an SLP-D packet with SLP-D header,

$x$ modulo 8 = 6;    if the SLP-F payload contains an SLP-D packet without SLP-D header,

The SLP-F header has the following format:

| Field | Length(bits) |
|---|---|
| Reserved | 4 |
| Fragmented | 1 |
| Begin | 0 or 1 |
| End | 0 or 1 |
| SequenceNumber | 0 or 6 |
| OctetAlignmentPad | 0 or 1 |

Reserved              The sender shall set this field to zero. The receiver shall ignore this field.

Fragmented            SLP-F header fragmentation indicator. If the rest of the SLP-F header is included, then the sender shall set this field to '1'; otherwise, the

sender shall set this field to '0'. If the SLP-F payload contains a complete SLP-D packet, the sender shall not include the rest of the SLP-F header; otherwise, the sender shall include the rest of the SLP-F header.

Begin        Start of SLP-D packet flag. The sender shall only include this field if the Fragmented field is set to '1'. If this SLP-F payload contains the beginning of an SLP-D packet, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

End          End of SLP-D packet flag. The sender shall only include this field if the Fragmented field is set to '1'. If this SLP-F payload contains the end of an SLP-D packet, the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

SequenceNumber   SLP-F packet sequence number. The sender shall only include this field if the Fragmented field is set to '1'. The sender shall increment this field for each new SLP-F packet sent.

OctetAlignmentPad   Octet alignment padding. The sender shall include this field and set it to '0' if the Fragmented field is set to '1' and Begin field is set to '0'. Otherwise, the sender shall omit this field.

2.6.5.2 SLP-D Header

The SLP-D header length, *x*, is such that

$$x \text{ modulo } 8 = 1.$$

The SLP-D header has the following format:

| Field | Length(bits) |
|---|---|
| FullHeaderIncluded | 1 |
| AckSequenceValid | 0 or 1 |
| AckSequenceNumber | 0 or 3 |
| SequenceValid | 0 or 1 |
| SequenceNumber | 0 or 3 |

FullHeaderIncluded   SLP-D header included flag. If the rest of SLP-D header is included, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'. If the sender is either sending or acknowledging a reliable-delivery SLP-D payload, then the sender shall include the rest of the SLP-D header; otherwise, the sender shall not include the rest of the SLP-D header.

TIA-856-B                                                         Default Signaling Application

AckSequenceValid   The sender shall only include this field if the FullHeaderIncluded field is set to '1'. If the AckSequenceNumber field contains a valid value, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

AckSequenceNumber

                   The sender shall only include this field if the FullHeaderIncluded field is set to '1'. If the AckSequenceValid field is set to '1', then the sender shall set this field to the sequence number of the first reliable-delivery SLP-D payload that has not been acknowledged; otherwise, the sender shall set this field to zero. If the AckSequenceValid field is set to '0', then the receiver shall ignore this field.

SequenceValid      The sender shall only include this field if the FullHeaderIncluded field is set to '1'. If the SequenceNumber field contains a valid value, then the sender shall set this field to '1'; otherwise, the sender shall set this field to '0'.

SequenceNumber     The sender shall only include this field if the FullHeaderIncluded field is set to '1'. If the SequenceValid field is set to '1', then the sender shall set this field to the sequence number of the reliable SLP-D payload; otherwise, the sender shall set this field to zero. If the SequenceValid field is set to '0', then the receiver shall ignore this field.

2.6.6 Message Formats

2.6.6.1 Reset

The Reset message is used by the access network to reset SLP.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

MessageID          The access network shall set this field to 0x00.

MessageSequence    The access network shall increment this field for every new Reset message it sends.

| Channels | FTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

2.6.6.2 ResetAck

The ResetAck message is used by the access terminal to complete an SLP reset.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

MessageID              The access terminal shall set this field to 0x01.

MessageSequence        The access terminal shall set this field to the sequence number of the associated Reset message.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

2.6.6.3 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $T_{SLPAck}$ | Time for receiver to acknowledge an arriving reliable-delivery SLP-D packet | 200 ms |
| $N_{SLPAttempt}$ | Maximum Number of attempts for sending a reliable-delivery SLP-D packet | 3 |
| $T_{SLPWaitAck}$ | Retransmission timer for a reliable-delivery SLP-D packet | 400 ms |

2.6.7 Interface to Other Protocols

2.6.7.1 Commands

This protocol does not issue any commands.

2.6.7.2 Indications

This protocol registers to receive the following indications:

- *RouteUpdate.ConnectionInitiated*

- *ReverseTrafficChannelMAC.LinkAcquired*

- *ControlChannelMAC.Interrupted*

**2.7 Configuration Attributes for the Default Signaling Application**

No configuration attributes are defined for this protocol.

TIA-856-B                                                      Default Signaling Application

1   **2.8 Session State Information**

2   This protocol does not define any parameter record to be included in a Session State

3   Information record (see 14.8).

1    No text.

**3 DEFAULT PACKET APPLICATION**

**3.1 Introduction**

3.1.1 General Overview

The Default Packet Application provides an octet stream that can be used to carry packets between the access terminal and the access network.

The Default Packet Application provides:

- The functionality defined in [1].

- The Radio Link Protocol (RLP), which provides retransmission, and duplicate detection, thus, reducing the radio link error rate as seen by the higher layer protocols.

- Packet Location Update Protocol, which defines location update procedures and messages in support of mobility management for the Packet Application.

- Flow Control Protocol, which provides flow control for the Default Packet Application.

The relationship between the Default Packet Application protocols is illustrated in Figure 3.1.1-1.

| Radio Link Protocol (RLP) | Location Update Protocol |
|---|---|

| Flow Control Protocol |
|---|

**Figure 3.1.1-1. Default Packet Application Protocols**

3.1.2 Public Data

This application shall make the following data public:

- Subtype for this application

3.1.3 Data Encapsulation for the InUse Instance of the Application

Figure 3.1.3-1 illustrates the relationship between the octet stream from the upper layer, an RLP packet, and a Stream Layer payload. This application uses the Signaling Application to transmit and receive messages.



**Figure 3.1.3-1. Default Packet Application Encapsulation**

### 3.2 Protocol Initialization

3.2.1 Protocol Initialization for the InConfiguration Application Instance

Upon creation, the InConfiguration instance of this application in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this application instance shall be set to the default values specified for each attribute.

- If the InUse instance of this application (i.e., corresponding to the stream to which this application is bound) has the same application subtype as this InConfiguration application instance, then the fall-back values of the attributes defined by the InConfiguration application instance shall be set to the corresponding attribute values for the InUse application instance.

- The value for each attribute for this application instance shall be set to the fall-back value for that attribute.

- The value of the InConfiguration application instance public data shall be set to the value of the corresponding InUse application instance public data.

- The value of the application subtype associated with the InConfiguration application instance shall be set to the application subtype that identifies this application.

### 3.3 Procedures and Messages for the InConfiguration Instance of the Packet Application

3.3.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

The Default Packet Application shall not be bound to a virtual stream.

Default Packet Application                                                    TIA-856-B

3.3.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this application, but are not defined by the InUse application instance shall be added to the public data of the InUse application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) has the same subtype as this application instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this application to the attribute values associated with the InConfiguration instance of this application, and

    – The access terminal and the access network shall purge the InConfiguration instance of the application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) does not have the same subtype as this application instance, then the access terminal and the access network shall perform the following in the order specified:

    – The initial state of the Flow Control Protocol associated with the InConfiguration instance of the Packet Application at the access terminal and access network shall be set to the Close State.

    – The InConfiguration instance of the Packet Application at the access terminal and access network shall become the InUse instance for the Packet Application (corresponding to the stream to which this application is bound).

- All the public data not defined by this application shall be removed from the public data of the InUse application.

3.3.3 Message Formats

3.3.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| | |
|---|---|
| AttributeRecord | Attribute dependent |

MessageID                The sender shall set this field to 0x50.

TIA-856-B                                                    Default Packet Application

TransactionID        The sender shall increment this value for each new
                     ConfigurationRequest message sent.

AttributeRecord      The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
| **Addressing** | unicast | | **Priority** | 40 |

3.3.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the
                   corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this
                   message selects a complex attribute, only the ValueID field of the
                   complex attribute shall be included in the message. The format of the
                   AttributeRecord is given in 14.3. The sender shall not include more
                   than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
| **Addressing** | unicast | | **Priority** | 40 |

**3.4 Radio Link Protocol**

3.4.1 Overview

The Radio Link Protocol (RLP) provides an octet stream service with an acceptably low erasure rate for efficient operation of higher layer protocols (e.g., TCP). When used as part of the Default Packet Application, the protocol carries an octet stream from the upper layer. RLP uses Nak-based retransmissions.

RLP is a protocol associated with the default packet application. The application subtype for this application is defined in [10].

3.4.2 Primitives and Public Data

3.4.2.1 Commands

This protocol does not define any commands.

3.4.2.2 Return Indications

This protocol does not return any indications.

3.4.3 Protocol Data Unit

The transmission unit of this protocol is an RLP packet.

RLP is unaware of higher layer framing; it operates on a featureless octet stream.

3.4.4 Procedures and Messages for the InUse Instance of the Protocol

3.4.4.1 Procedures

RLP receives octets for transmission from the higher layer and forms an RLP packet by concatenating the RLP packet header defined in 3.4.4.2 with a number of received contiguous octets. The policy RLP follows in determining the number of octets to send in an RLP packet is beyond the scope of this specification. It is subject to the requirement that an RLP packet shall not exceed the maximum payload length that can be carried by a Stream Layer packet given the target channel and current transmission rate on that channel.

RLP makes use of the Reset, ResetAck, and Nak messages to perform control related operations.

3.4.4.1.1 Initialization and Reset

The RLP initialization procedure initializes the RLP variables and data structures in one end of the link. The RLP reset procedure guarantees that RLP state variables on both sides are synchronized. The reset procedure includes initialization.

The access terminal and the access network shall perform the Initialization Procedure defined in 3.4.4.1.1.1 if the protocol receives an *IdleState.ConnectionOpened* indication.

TIA-856-B                                                                  Default Packet Application

3.4.4.1.1.1 Initialization Procedure

When RLP performs the initialization procedure it shall:

- Reset the send state variable *V(S)* to zero,

- reset the receive state variables *V(R)* and *V(N)* to zero,

- clear the resequencing buffer, and

- clear the retransmission queues.

3.4.4.1.1.2 Reset Procedure

3.4.4.1.1.2.1 Reset Procedure for the Initiating Side

The side initiating a reset procedure sends a Reset message and enters the RLP Reset State.

Upon entering the RLP Reset state RLP shall:

- Perform the initialization procedure defined in 3.4.4.1.1.1.

- Ignore all RLP data octets received while in the RLP Reset state.

- If a Nak message is received for the RLP flow being reset while in the RLP Reset state, the message shall be ignored.

- If RLP receives a ResetAck message while in the RLP Reset state, it shall send a ResetAck message back and leave the RLP Reset state.

- If RLP receives an *IdleState.ConnectionOpened* indication while in the RLP Reset state, it shall leave the RLP Reset state.

If a ResetAck message is received while RLP is not in the RLP Reset state, the message shall be ignored.

3.4.4.1.1.2.2 Reset Procedure for the Responding Side

When RLP receives a Reset message, it shall respond with a ResetAck message. After sending the message it shall enter the RLP Reset state, if it was not already in the RLP reset state. Upon entering the RLP Reset state RLP shall:

- Perform the initialization procedure defined in 3.4.4.1.1.1.

- Ignore all RLP data octets received while in the RLP Reset state.

- If a Nak message is received for the RLP flow being reset while in the RLP Reset state, the message shall be ignored.

- When RLP receives a ResetAck message, it shall leave the RLP reset state.

- If RLP receives an *IdleState.ConnectionOpened* indication while in the RLP Reset state, it shall leave the RLP Reset state.

If a ResetAck is received while RLP is not in the RLP Reset state, the message shall be ignored.

1    3.4.4.1.2 Data Transfer

2    RLP is a Nak-based protocol with a sequence space of $S$ bits, where $S$ = 22.

3    All operations and comparisons performed on RLP packet sequence numbers shall be
4    carried out in unsigned modulo $2^S$ arithmetic. For any RLP octet sequence number $N$, the
5    sequence numbers in the range $[N+1, N+2^{S-1}-1]$ shall be considered greater than $N$ and the
6    sequence numbers in the range $[N-2^{S-1}, N-1]$ shall be considered smaller than $N$.

7    3.4.4.1.2.1 RLP Transmit Procedures

8    The RLP transmitter shall maintain an $S$-bit variable $V(S)$ for all transmitted RLP data
9    octets (see Figure 3.4.4.1.2-1). $V(S)$ is the sequence number of the next RLP data octet to be
10   sent. The sequence number field (SEQ) in each new RLP packet transmitted shall be set to
11   $V(S)$, corresponding to the sequence number of the first octet in the packet. The sequence
12   number of the $i^{th}$ octet in the packet (with the first octet being octet 0) is implicitly given by
13   SEQ+$i$. $V(S)$ shall be incremented for each octet contained in the packet.

14   After transmitting a packet, the RLP transmitter shall start an RLP flush timer for time
15   $T_{RLPFlush}$. If the RLP transmitter sends another packet before the RLP flush timer expires,
16   the RLP transmitter shall reset and restart the timer. If the timer expires, the RLP
17   transmitter shall disable the flush timer and the RLP transmitter should send an RLP
18   packet that contains at least the octet with sequence number $V(S)$-1. The RLP transmitter
19   should allow sufficient time before deleting a packet transmitted for the first time.

20   Upon receiving a Nak message, RLP shall insert a copy of the requested octet(s) into its
21   output stream if those octets are available. If the Nak record includes any sequence
22   number greater than or equal to $V(S)$, RLP shall perform the reset procedures specified in
23   3.4.4.1.1.2. If the Nak record does not include any sequence number greater than or equal
24   to $V(S)$ but the requested octets are not available for retransmissions, RLP shall ignore the
25   Nak.

26



27              **Figure 3.4.4.1.2-1. RLP Transmit Sequence Number Variable**

28   RLP shall assign the following priorities to RLP packets:

29   • Packet containing re-transmitted octets: 60

30   • Packet containing octets transmitted for the first time: 70

TIA-856-B                                                    Default Packet Application

1    3.4.4.1.2.2 RLP Receive Procedures

2    The RLP receiver shall maintain two S-bit variables for receiving, $V(R)$ and $V(N)$ (see Figure
3    3.4.4.1.2-2). $V(R)$ contains the sequence number of the next new octet expected to arrive.
4    $V(N)$ contains the sequence number of the first missing octet, as described below.

5    In addition, the RLP receiver shall keep track of the status of each octet in its resequencing
6    buffer indicating whether the octet was received or not. Use of this status is implied in the
7    following procedures.

8



9    **Figure 3.4.4.1.2-2. RLP Receive Sequence Number Variables**

10   In the following, $X$ denotes the sequence number of a received octet. For each received
11   octet, RLP shall perform the following procedures:

12   • If $X < V(N)$, the octet shall be discarded as a duplicate.

13   • If $V(N) \leq X < V(R)$, and the octet is not already stored in the resequencing buffer, then:

14   – RLP shall store the received octet in the resequencing buffer.

15   – If $X = V(N)$, RLP shall pass all contiguous octets in the resequencing buffer,
16   from $V(N)$ upward, to the higher layer, and may remove the passed octets from
17   the resequencing buffer. RLP shall then set $V(N)$ to (LAST+1) where LAST is the
18   sequence number of the last contiguous octet (i.e., the octet with the highest
19   sequence number) passed to the higher layer from the resequencing buffer.

20   • If $V(N) < X < V(R)$, and the octet has already been stored in the resequencing buffer,
21   then the octet shall be discarded as a duplicate.

22   • If X = $V(R)$, then:

23   – If $V(R) = V(N)$, RLP shall increment $V(N)$ and $V(R)$ and shall pass the octet to the
24   higher layer.

25   – If $V(R) \neq V(N)$, RLP shall increment $V(R)$ and shall store the octet in the
26   resequencing buffer.

27   • If $X > V(R)$, then:

      –    RLP shall store the octet in the resequencing buffer.

      –    RLP shall send a Nak message requesting the retransmission of all missing RLP octets from $V(R)$ to $X$-1, inclusive.

      –    RLP shall set $V(R)$ to $X$+1.

RLP shall set a Nak abort timer for each data octet requested in a Nak record for a period of $T_{RLPAbort}$. If a requested octet has not arrived when its Nak abort timer expires, RLP shall pass all octets in the resequencing buffer up to the missing octet, in order of sequence number, to the higher layer. RLP shall skip any missing octets. RLP shall set $V(N)$ to the sequence number of the next missing octet, or to $V(R)$ if there are no remaining missing octets. Further recovery is the responsibility of the upper layer protocols.

### 3.4.4.2 RLP Packet Header

The RLP packet header, which precedes the RLP payload, has the following format:

| Field | Length (bits) |
|-------|---------------|
| SEQ   | 22            |

SEQ                 The RLP sequence number of the first octet in the RLP payload.

### 3.4.4.3 Message Formats

The messages described in this section control the function of the RLP. These messages are exchanged between the access terminal and the access network using the SNP.

### 3.4.4.3.1 Reset

The access terminal and the access network send the Reset message to reset RLP.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID            The sender shall set this field to 0x00.

| Channels | | FTC    RTC | SLP | Reliable |
|----------|---|----------|-----|----------|
| Addressing | | unicast | Priority | 50 |

### 3.4.4.3.2 ResetAck

The access terminal and the access network send the ResetAck message to complete the RLP reset procedure.

TIA-856-B                                        Default Packet Application

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

1    MessageID              The sender shall set this field to 0x01.

2

| Channels | FTC     RTC | | SLP | Reliable |
|----------|-------------|---|-----|----------|
| Addressing | unicast | | Priority | 50 |

3    3.4.4.3.3 Nak

4    The access terminal and the access network send the Nak message to request the
5    retransmission of one or more octets.

6

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| NakRequests | 8 |

NakRequests occurrences of the following three fields:

| Reserved | 2 |
|----------|---|
| FirstErased | 22 |
| WindowLen | 16 |

7    MessageID              The sender shall set this field to 0x02.

8    NakRequests            The sender shall set this field to the number of Nak requests
9                           included in this message. The sender shall include NakRequests
10                          occurrences of the following three fields with the message.

11   Reserved               The sender shall set this field to zero. The receiver shall ignore this
12                          field.

13   FirstErased            The sender shall set this field to the sequence number of the first
14                          RLP octet erased in a sequence of erased octets whose
15                          retransmission is requested.

16   WindowLen              The sender shall set this field to the length of the erased window. The
17                          receiver shall retransmit all the octets in the range FirstErased to
18                          FirstErased+WindowLen-1, inclusive.

19

Default Packet Application                                        TIA-856-B

| Channels | FTC    RTC | | SLP | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 50 |

1   3.4.4.4 Interface to Other Protocols

2   3.4.4.4.1 Commands

3   This protocol does not issue any commands.

4   3.4.4.4.2 Indications

5   This protocol registers to receive the following indications:

6   • *IdleState.ConnectionOpened*

7   3.4.4.5 RLP Packet Priorities

8

| Type of RLP Packet | Channel | Addressing | Priority |
|---|---|---|---|
| Packet containing only First Time Transmissions | FTC, RTC | unicast | 70 |
| Packet containing re-transmitted application traffic | FTC, RTC | unicast | 60 |

9   3.4.5 Protocol Numeric Constants

10

| Constant | Meaning | Value |
|---|---|---|
| $T_{RLPAbort}$ | Time to wait for a retransmission of an octet requested in a Nak message | 500 ms |
| $T_{RLPFlush}$ | Time to wait before retransmitting the last transmitted octet | 300 ms |

**3.5 Location Update Protocol**

3.5.1 Overview

The Location Update Protocol defines location update procedures and messages for mobility management for the Default Packet Application.

The Location Update Protocol is a protocol associated with the default packet application. The application subtype for this application is defined in [10].

3.5.2 Primitives and Public Data

3.5.2.1 Commands

This protocol does not define any commands.

3.5.2.2 Return Indications

This protocol does not return any indications.

3.5.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

3.5.4 Procedures and Messages for the InUse Instance of the Protocol

3.5.4.1 Procedures

3.5.4.1.1 Access Network Requirements

If the protocol receives an *AddressManagement.SubnetChanged* indication, the access network:

- • May send a LocationRequest message to query the Location information.

- • May send a LocationAssignment message to update the Location information.

3.5.4.1.2 Access Terminal Requirements

If the access terminal receives a LocationRequest message, it shall send a LocationNotification message. If the access terminal has a stored value for the LocationValue parameter, the access terminal shall set the LocationType, LocationLength, and LocationValue fields in this message to its stored values of these fields. If the access terminal does not have a stored value for the LocationValue parameter, the access terminal shall omit the LocationLength and LocationValue fields in this message.

- • If the access terminal receives a LocationAssignment message, it shall send a LocationComplete message and the access terminal shall store the value of the LocationType, LocationLength, and LocationValue fields of the LocationAssignment message in LocationType, LocationLength, and LocationValue variables, respectively.

Default Packet Application                                                    TIA-856-B

1   3.5.4.2 Message Formats

2   3.5.4.2.1 LocationRequest

3   The access network uses this message to query the access terminal of its Location
4   information.

5

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

6   MessageID          The access network shall set this field to 0x03.

7

| Channels | CC | FTC | | SLP | Best Effort |
|----------|-----|-----|---|-----|-------------|
| Addressing | | unicast | | Priority | 40 |

8   3.5.4.2.2 LocationNotification

9   The access terminal sends the LocationNotification message either in response to the
10  LocationRequest message or in an unsolicited manner as specified in [9][9] if the configured
11  value of the RANHandoff attribute is 0x01.

12

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| LocationType | 8 |
| LocationLength | 0 or 8 |
| LocationValue | 0 or 8 × LocationLength |

13  MessageID          The access terminal shall set this field to 0x04.

14  LocationType       The access terminal shall set this field to zero if the value of its stored
15                     LocationValue is NULL; otherwise, the access terminal shall set this
16                     field to the stored value of LocationType.

17  LocationLength     The access terminal shall not include this field if the value of its
18                     stored LocationValue is NULL; otherwise, the access terminal shall
19                     set this field to the stored value of LocationLength.

20  LocationValue      The access terminal shall not include this field if the value of its
21                     stored LocationValue is NULL; otherwise, the access terminal shall
22                     set this field to the stored value of LocationValue.

23

TIA-856-B                                              Default Packet Application

| **Channels** | AC | RTC | | **SLP** | Reliable[3] | Best Effort |
|---|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | | 40 |

3.5.4.2.3 LocationAssignment

The access network uses this message to update the Location information of the access
terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| LocationType | 8 |
| LocationLength | 8 |
| LocationValue | $8 \times$ LocationLength |

MessageID              The access network shall set this field to 0x05.

TransactionID          The access network shall increment this value for each new
                       LocationAssignment message sent.

LocationType           The access network shall set this field to the type of the location as
                       specified in Table 3.5.4.2-1.

**Table 3.5.4.2-1. LocationType Encoding**

| LocationType | LocationLength | Meaning |
|---|---|---|
| 0x00 | N/A | No location is stored |
| 0x01 | 0x05 | Location compatible with [3] (see Table 3.5.4.2-2) |
| All other values | N/A | Reserved |

LocationLength         The access network shall set this field to the length of the
                       LocationValue field in octets as specified in Table 3.5.4.2-1.

LocationValue          The access network shall set this field to the Location of type
                       specified by LocationType. If LocationType is set to 0x01, the access
                       network shall set this field as shown in Table 3.5.4.2-2, where SID,
                       NID, and PACKET_ZONE_ID correspond to the current access
                       network.

---

[3] This message is sent reliably when it is sent over the Reverse Traffic Channel.

**Table 3.5.4.2-2. Subfields of LocationValue when LocationType = 0x01**

| Sub-fields of LocationValue | # of bits |
|---|---|
| SID | 15 |
| Reserved | 1 |
| NID | 16 |
| PACKET_ZONE_ID | 8 |

| Channels | CC          FTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

3.5.4.2.4 LocationComplete

The access terminal sends this message in response to the LocationAssignment message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access terminal shall set this field to 0x06.

TransactionID      The access terminal shall set this field to the TransactionID field of the corresponding LocationAssignment message.

| Channels | AC          RTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable[4]   Best Effort |
|---|---|
| Priority | 40 |

3.5.4.3 Interface to Other Protocols

3.5.4.3.1 Commands

This protocol does not issue any commands.

3.5.4.3.2 Indications

This protocol registers to receive the following indications:

- *AddressManagement.SubnetChanged* (access network only)

---

[4] This message is sent reliably when it is sent over the Reverse Traffic Channel.

**3.6  Flow Control Protocol**

3.6.1 Overview

The Flow Control Protocol provides procedures and messages used by the access terminal and the access network to perform flow control for the Default Packet Application.

This protocol can be in one of the following states:

- Close State: in this state the Default Packet Application does not send or receive any RLP packets.

- Open State: in this state the Default Packet Application can send and receive RLP packets.

Figure 3.6.1-1 and Figure 3.6.1-2 show the state transition diagram at the access terminal and the access network.



**Figure 3.6.1-1. Flow Control Protocol State Diagram (Access Terminal)**

**Figure 3.6.1-2. Flow Control Protocol State Diagram (Access Network)**

The flow control protocol is a protocol associated with the default packet application. The application subtype for this application is defined in [10].

3.6.2 Primitives and Public Data

3.6.2.1 Commands

This protocol does not define any commands.

### 3.6.2.2 Return Indications

This protocol does not return any indications.

### 3.6.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

### 3.6.4 Procedures and Messages for the InUse Instance of the Protocol

### 3.6.4.1 Procedures

### 3.6.4.1.1 Transmission and Processing of DataReady Message

The access network may send a DataReady message to indicate that there is data corresponding to this packet application awaiting to be transmitted.

The access terminal shall send a DataReadyAck within the time period specified by $T_{FCRResponse}$ after reception of the DataReady message to acknowledge reception of the message.

### 3.6.4.1.2 Close State

### 3.6.4.1.2.1 Access Terminal Requirements

The access terminal shall send an XonRequest message or an RLP packet (corresponding to this instance of the Default Packet Application) when it is ready to exchange RLP packets with the access network. The access terminal should send an XonRequest message or an RLP packet (corresponding to this instance of the Default Packet Application) when it receives a DataReady from the access network.

The access terminal shall transition to the Open State when it sends an XonRequest message or when it sends an RLP packet (corresponding to this instance of the Default Packet Application).

### 3.6.4.1.2.2 Access Network Requirements

The access network shall not send any RLP packets in this state.

If the access network receives an XonRequest message, it shall

- Send an XonResponse message within the time period specified by $T_{FCRResponse}$ after reception of the XonRequest message to acknowledge reception of the message.

- Transition to the Open State.

The access network shall also transition to the Open State if it receives an RLP packet (corresponding to this instance of the Default Packet Application).

### 3.6.4.1.3 Open State

In this state, the access terminal and the access network may send or receive any RLP packets.

TIA-856-B                                                        Default Packet Application

3.6.4.1.3.1 Access Terminal Requirements

The access terminal may re-send an XonRequest message if it does not receive an XonResponse message or an RLP packet (corresponding to this instance of the Default Packet Application) within the time period specified by $T_{FCResponse}$ after sending the XonRequest message.

The access terminal should send an XonRequest message if it receives a DataReady message.

The access terminal may send an XoffRequest message to request the access network to stop sending RLP packets. The access terminal shall transition to the Close state when it receives an XoffResponse message.

The access terminal may re-send an XoffRequest message if it does not receive an XoffResponse message within the time period specified by $T_{FCResponse}$ after sending the XoffRequest message.

3.6.4.1.3.2 Access Network Requirements

If the access network receives an XoffRequest message, it shall

- Send an XoffResponse message within the time period specified by $T_{FCResponse}$ after reception of XoffRequest message to acknowledge reception of the message.

- Transition to the Close State.

If the access network receives an XonRequest message, it shall send an XonResponse message within the time period specified by $T_{FCResponse}$ after reception of the XonRequest message to acknowledge reception of the message.

3.6.4.2 Message Formats

3.6.4.2.1 XonRequest

The access terminal sends this message to request transition to the Open State.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID              The access terminal shall set this field to 0x07.

| Channels | AC | RTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

3.6.4.2.2 XonResponse

The access network sends this message to acknowledge reception of the XonRequest message.

Default Packet Application                                           TIA-856-B

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID          The access network shall set this field to 0x08.

| Channels | CC          FTC | | SLP | Best Effort |
|----------|-----------------|---|-----|-------------|
| Addressing | unicast | | Priority | 40 |

### 3.6.4.2.3 XoffRequest

The access terminal sends this message to request transition to the Close State.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID          The access terminal shall set this field to 0x09.

| Channels | AC          RTC | | SLP | Best Effort |
|----------|-----------------|---|-----|-------------|
| Addressing | unicast | | Priority | 40 |

### 3.6.4.2.4 XoffResponse

The access network sends this message to acknowledge reception of the XoffRequest message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID          The access network shall set this field to 0x0a.

| Channels | CC          FTC | | SLP | Best Effort |
|----------|-----------------|---|-----|-------------|
| Addressing | unicast | | Priority | 40 |

### 3.6.4.2.5 DataReady

The access network sends this message to indicate that there is data corresponding to this packet application awaiting to be transmitted.

TIA-856-B                                                     Default Packet Application

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access network shall set this field to 0x0b.

TransactionID      The access network shall increment this value for each new DataReady message sent.

| Channels | CC | FTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | 40 |

### 3.6.4.2.6 DataReadyAck

The access terminal sends this message to acknowledge reception of a DataReady message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access terminal shall set this field to 0x0c.

TransactionID      The access terminal shall set this value to the value of the TransactionID field of the corresponding DataReady message.

| Channels | AC | RTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | 40 |

### 3.6.5 Interface to Other Protocols

### 3.6.5.1 Commands

This protocol does not issue any commands.

### 3.6.5.2 Indications

This protocol does not register to receive any indications.

### 3.6.6 Protocol Numeric Constants

Default Packet Application                                                    TIA-856-B

| Constant | Meaning | Value |
|---|---|---|
| $T_{FCResponse}$ | Time period within which the access terminal and access network are to respond to flow control messages. | 1 second |

TIA-856-B                                                               Default Packet Application

**3.7 Configuration Attributes for the Default Packet Application**

The negotiable simple attribute for this protocol is listed in Table 3.7-1. The access terminal and the access network shall use as defaults the values in Table 3.7-1 typed in **bold italics**.

**Table 3.7-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | RANHandoff | ***0x00*** | The access terminal shall not send an unsolicited LocationNotification message. The access network does not switch between the radio access technologies (e.g. specified in [3]) in a manner that preserves the state of all protocol layers at or above the data link layer (PPP). |
| | | 0x01 | The access terminal shall send an unsolicited LocationNotification message. The access network switches between the radio access technologies (e.g. specified in [3]) in a manner that preserves the state of all protocol layers at or above the data link layer (PPP). |
| | | All other values | Reserved |

**3.8 Session State Information**

The Session State Information record (see 14.8) consists of parameter records.

This application defines the following parameter records in addition to the configuration attributes for this application.

3.8.1 Location Parameter

**Table 3.8.1-1. The Format of the Parameter Record for the Location Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| LocationType | 8 |
| LocationValue | $8 \times (\text{Length} - 2)$ |

ParameterType       This field shall be set to 0x01 for this parameter record.

Length              This field shall be set to the length of this parameter record in units of octets excluding the Length field.

LocationType       This field shall be set to the value of LocationType associated with the access terminal's session.

LocationValue      This field shall be set to the stored value of LocationValue associated with the access terminal's session.

3.8.2 FlowControlState Parameter

**Table 3.8.2-1. The Format of the Parameter Record for the FlowControlState Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FlowControlState | 8 |

ParameterType      This field shall be set to 0x02 for this parameter record.

Length             This field shall be set to the length of this parameter record in units of octets excluding the Length field.

FlowControlState   This field shall be set to 0x00 if the state of the Flow Control Protocol associated with the access terminal's session is Close. Otherwise, this field shall be set to 0x01. All the other values for this field are reserved.

TIA-856-B                                    Default Packet Application

1    No text.

**4 MULTI-FLOW PACKET APPLICATION**

**4.1 Introduction**

4.1.1 General Overview

The Multi-Flow Packet Application provides multiple octet streams that can be used to carry octets between the access terminal and the access network.

The Multi-Flow Packet Application provides:

- the functionality defined in [1],

- the Radio Link Protocol (RLP), which provides retransmission and duplicate detection,

- the Data Over Signaling Protocol, which provides transmission and duplicate detection of higher layer data packets using signaling messages,

- the Location Update Protocol, which defines location update procedures and messages in support of mobility management for the Packet Application, and

- the Flow Control Protocol, which provides flow control for the Multi-Flow Packet Application.

The relationship between the Multi-Flow Packet Application protocols is illustrated in Figure 4.1.1-1.



**Figure 4.1.1-1. Multi-Flow Packet Application Protocols**

4.1.2 Public Data

This application shall make the following data public:

- Subtype for this application

4.1.3 Data Encapsulation for the InUse Instance of the Application

Figure 4.1.3-1 illustrates the relationship between octets from the higher layer, RLP packets, and Stream Layer payload. This application uses the Signaling Application to transmit and receive messages.



**Figure 4.1.3-1. Multi-Flow Packet Application Encapsulation**

### 4.2 Protocol Initialization

4.2.1 Protocol Initialization for the InConfiguration Application Instance

Upon creation, the InConfiguration instance of this application in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this application instance shall be set to the default values specified for each attribute.

- If the InUse instance of this application (i.e., corresponding to the stream to which this application is bound) has the same application subtype as this InConfiguration application instance, then the fall-back values of the attributes defined by the InConfiguration application instance shall be set to the corresponding attribute values for the InUse application instance.

- The value for each attribute for this application instance shall be set to the fall-back value for that attribute.

- The value of the InConfiguration application instance public data shall be set to the value of the corresponding InUse application instance public data.

- The value of the application subtype associated with the InConfiguration application instance shall be set to the application subtype that identifies this application.

### 4.3 Procedures and Messages for the InConfiguration Instance of the Packet Application

4.3.1 Procedures

This protocol uses the Generic Configuration Protocol (see **14.7**) to define the processing of the configuration messages.

The Multi-Flow Packet Application shall not be bound to a virtual stream.

The access terminal shall not send a ConfigurationRequest message containing the Reservation*KK*QoSResponseFwd attribute. The access network shall not send a ConfigurationRequest message containing the Reservation*KK*QoSRequestFwd attribute. The access terminal shall not send a ConfigurationRequest message containing the Reservation*KK*QoSResponseRev attribute. The access network shall not send a ConfigurationRequest message containing the Reservation*KK*QoSRequestRev attribute.

The access terminal shall not initiate negotiation of the ANSupportedQoSProfiles attribute. The access network shall not initiate negotiation of the ATSupportedQoSProfiles attribute. The access terminal should include supported values of ProfileValue with ProfileType equal to 0x04 in the ATSupportedQoSProfiles attribute during the AT Initiated state of the Session Configuration Protocol. The access network shall include all supported values of ProfileValue with ProfileType equal to 0x04 in the ANSupportedQoSProfiles attribute during the AN Initiated state of the Session Configuration Protocol. The access terminal shall use the ProfileType 0x00, 0x01, or 0x02 in the Reservation*KK*QoSRequestFwd or the Reservation*KK*QoSRequestRev attributes. The access network shall use ProfileType 0x00 or 0x03 in the Reservation*KK*QoSResponseFwd or the Reservation*KK*QoSResponseRev attributes.

The access network shall not initiate negotiation of the MaxRLPFlows attribute.

4.3.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this application, but are not defined by the InUse application instance shall be added to the public data of the InUse application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) has the same subtype as this application instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this application to the attribute values associated with the InConfiguration instance of this application, and

    – The access terminal and the access network shall purge the InConfiguration instance of the application.

- If the InUse instance of this application (corresponding to the stream to which this application is bound) does not have the same subtype as this application instance, then:

    – The access terminal and the access network shall initialize a receive pointer for DataOverSignaling message validation, V(R), to 63.

    – The access terminal and the access network shall initialize a transmit pointer for DataOverSignaling message validation, V(S), to zero.

    – The access terminal and the access network shall set the StorageBLOB parameter of the Location Update Protocol to NULL.

    – The initial state of the Flow Control Protocol associated with the InConfiguration instance of the Packet Application at the access terminal and access network shall be set to the Close State.

TIA-856-B                                              Multi-Flow Packet Application

- − The access network shall set the Forward Reservation with ReservationLabel 0xff to the Open state.[5]

- − The access terminal shall set the Reverse Reservation with ReservationLabel 0xff to the Open state.

- − The access network shall set the Forward Reservations with ReservationLabel not equal to 0xff to the Close state.

- − The access terminal shall set the Reverse Reservations with ReservationLabel not equal to 0xff to the Close state.

- − The InConfiguration instance of the Packet Application at the access terminal and access network shall become the InUse instance for the Packet Application (corresponding to the stream to which this application is bound).

- • All the public data not defined by this application shall be removed from the public data of the InUse application.

4.3.3 Message Formats

4.3.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

---

[5] Forward and reverse link Reservations 0xff are initialized in the Open state so that data can be sent without having to perform a state transition.

Multi-Flow Packet Application                                              TIA-856-B

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

1  4.3.3.2 ConfigurationResponse

2  The ConfigurationResponse message format is as follows:

3

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

4  MessageID            The sender shall set this field to 0x51.

5  TransactionID        The sender shall set this value to the TransactionID field of the
6                       corresponding ConfigurationRequest message.

7  AttributeRecord      An attribute record containing a single attribute value. If this
8                       message selects a complex attribute, only the ValueID field of the
9                       complex attribute shall be included in the message. The format of the
10                      AttributeRecord is given in 14.3. The sender shall not include more
11                      than one attribute record with the same attribute identifier.

12

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

## 4.4 Radio Link Protocol

4.4.1 Overview

The Radio Link Protocol (RLP) provides one or more octet streams with an acceptably low erasure rate for efficient operation of higher layer protocols (e.g., TCP). When used as part of the Multi-Flow Packet Application, the protocol carries one or more octet streams from the higher layer. Each octet stream is carried by an RLP flow. RLP uses Nak-based retransmissions. RLP is a protocol associated with the Multi-Flow Packet Application. The application subtype for this application is defined in [10].

4.4.2 Primitives and Public Data

4.4.2.1 Commands

This protocol does not define any commands.

4.4.2.2 Return Indications

This protocol does not return any indications.

4.4.3 Protocol Data Unit

The transmission unit of this protocol is an RLP packet.

4.4.4 Procedures and Messages for the InUse Instance of the Protocol

An RLP flow on the forward link is defined to be activated if the Active parameter of the Flow*NN*IdentificationFwd attribute is set to 0x01, where *NN* is the hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd - 1 inclusive. The number of activated RLP flows on the forward link shall not exceed the value of the MaxActivatedRLPFlowsFwd attribute.

An RLP flow on the reverse link is defined to be activated if the Active parameter of the Flow*NN*IdentificationRev attribute is set to 0x01, where *NN* is the hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev - 1 inclusive. The number of activated RLP flows on the reverse link shall not exceed the value of the MaxActivatedRLPFlowsRev attribute.

An RLP flow is defined to be deactivated if it is not activated.

This section defines the procedures and messages for the in-use instance of each forward or reverse RLP flow.

4.4.4.1 Procedures

- An RLP flow receives octets for transmission from the higher layer and forms an RLP packet by prepending the RLP packet header defined in 4.4.4.3 with a number of received contiguous octets.

- The policy RLP follows in determining the number of octets to send in an RLP packet is beyond the scope of this specification. It is subject to the requirement that an RLP packet shall not exceed the maximum payload length that can be carried by a Stream Layer packet given the target channel and current transmission rate on that channel.

For the purpose of binding RLP flows to lower layer flows, each RLP flow shall be treated as a substream with the substream number set to the RLP flow number.

RLP makes use of the ResetTxIndication, ResetRxIndication, ResetTxIndicationAck, ResetTxComplete, ResetRxComplete, and Nak messages to perform control related operations.

The access network shall not initiate modification of the Reservation*KK*QoSRequestFwd or the Reservation*KK*QoSRequestRev attributes. If the access network receives an AttributeUpdateRequest message requesting to set the Reservation*KK*QoSRequestFwd or the Reservation*KK*QoSRequestRev attribute to its default value, then the access network shall respond with an AttributeUpdateAccept message. The access terminal shall not initiate modification of the Reservation*KK*QoSResponseFwd or the Reservation*KK*QoSResponseRev attributes. The access terminal shall use the ProfileType 0x00, 0x01, or 0x02 in the Reservation*KK*QoSRequestFwd or the Reservation*KK*QoSRequestRev attributes. The access network shall use ProfileType 0x00 or 0x03 in the Reservation*KK*QoSResponseFwd or the Reservation*KK*QoSResponseRev attributes.

When forward RLP flow *NN* is activated, the access network and the access terminal shall not update any parameters of the Flow*NN*IdentificationFwd attribute other than to deactivate forward RLP flow *NN*. The access terminal shall not initiate activation of a deactivated forward RLP flow *NN* unless the access terminal initiated deactivation of forward RLP flow *NN* since the last time the flow was activated, and the deactivation was successful. The access network shall not initiate activation of a deactivated forward RLP flow *NN* unless the access network initiated deactivation of forward RLP flow *NN* since the last time the flow was activated, and the deactivation was successful.

When reverse RLP flow *NN* is activated, the access network and the access terminal shall not update any parameters of the Flow*NN*IdentificationRev attribute other than to deactivate reverse RLP flow *NN*. The access terminal shall not initiate activation of a deactivated reverse RLP flow *NN* unless the access terminal initiated deactivation of reverse RLP flow *NN* since the last time the flow was activated, and the deactivation was successful. The access network shall not initiate activation of a deactivated reverse RLP flow *NN* unless the access network initiated deactivation of reverse RLP flow *NN* since the last time the flow was activated, and the deactivation was successful.

When forward RLP flow *NN* is activated, the access network and the access terminal shall not update the Flow*NN*HigherLayerProtocolFwd attribute. The Flow*NN*HigherLayerProtocolFwd attribute shall not be set to a value that is not included as ProtocolIdentifier in the SupportedHigherLayerProtocols attribute. When reverse RLP flow *NN* is activated, the access network and the access terminal shall not update the Flow*NN*HigherLayerProtocolRev attribute. The Flow*NN*HigherLayerProtocolRev attribute

shall not be set to a value that is not included as ProtocolIdentifier in the SupportedHigherLayerProtocols attribute.

4.4.4.1.1 Initialization and Reset

The RLP initialization procedure initializes the RLP variables and data structures in one end of the link. The RLP reset procedure guarantees that RLP state variables on both sides are synchronized. The reset procedure includes initialization.

The access terminal and the access network shall perform the initialization procedures defined in 4.4.4.1.1.1.1 and 4.4.4.1.1.1.2 for all activated RLP flows if the protocol receives an *IdleState.ConnectionOpened* indication. The access network shall perform the initialization procedure defined in 4.4.4.1.1.1.1 for forward RLP flow *NN* when forward RLP flow *NN* is activated. The access terminal shall perform the initialization procedure defined in 4.4.4.1.1.1.2 for forward RLP flow *NN* when forward RLP flow *NN* is activated. The access terminal shall perform the initialization procedure defined in 4.4.4.1.1.1.1 for reverse RLP flow *NN* when reverse RLP flow *NN* is activated. The access network shall perform the initialization procedure defined in 4.4.4.1.1.1.2 for reverse RLP flow *NN* when reverse RLP flow *NN* is activated.

4.4.4.1.1.1 Initialization Procedure

4.4.4.1.1.1.1 Initialization Procedure for the RLP Transmitter

When RLP transmitter performs the initialization procedure it shall:

- Reset the send state variable $V(S)_{NN}$ to zero, and

- clear the retransmission queues.

4.4.4.1.1.1.2 Initialization Procedure for the RLP Receiver

When RLP receiver performs the initialization procedure it shall:

- Reset the receive state variables $V(R)_{NN}$ and $V(N)_{NN}$ to zero, and

- clear the resequencing buffer.

4.4.4.1.1.2 Reset Procedure

4.4.4.1.1.2.1 Reset Procedure for the Initiating Side when it is an RLP Transmitter

If the side initiating a reset procedure is an RLP transmitter for the RLP flow (or all flows) being reset, then it shall send a ResetTxIndication message and enter the RLP Reset State.

Upon entering the RLP Reset state RLP shall:

- Perform the RLP transmitter initialization procedure defined in 4.4.4.1.1.1.1 for the RLP flow being reset.

- If a Nak message is received for the RLP flow being reset while in the RLP Reset state, the message shall be ignored.

- If the RLP transmitter that initiated the reset procedure is an access terminal, and if a *PhysicalLayer.ReverseTrafficPacketsMissed* indication is received for the RLP flow being reset while RLP is in the Reset state, then the indication shall be ignored.

- The RLP transmitter should not transmit RLP packets while in the RLP Reset state.

- If RLP receives a ResetTxIndicationAck message for the RLP flow being reset while in the RLP Reset state, it shall send a ResetTxComplete message back and leave the RLP Reset state.

- If RLP receives an *IdleState.ConnectionOpened* indication while in the RLP Reset state, it shall leave the RLP Reset state.

If a ResetTxIndicationAck message is received for an RLP flow while the RLP flow is not in the RLP Reset state, the message shall be ignored.

4.4.4.1.1.2.2 Reset Procedure for Initiating Side when it is an RLP Receiver

If the side initiating a reset procedure is an RLP receiver for the RLP flow being reset, then it shall send a ResetRxIndication message and enter the RLP Reset State. Upon entering the RLP Reset state, RLP shall:

- Perform the RLP receiver initialization procedure defined in 4.4.4.1.1.2 for the RLP flow being reset.

- Ignore all RLP data octets received for the RLP flow being reset while in the RLP Reset state.

- When RLP receives a ResetRxComplete message for the RLP flow being reset, it shall leave the RLP reset state.

- If RLP receives an *IdleState.ConnectionOpened* indication while in the RLP Reset state, it shall leave the RLP Reset state.

If a ResetRxComplete is received for an RLP flow while the RLP flow is not in the RLP Reset state, the message shall be ignored.

4.4.4.1.1.2.3 Reset Procedure for the Responding Side when it is an RLP Receiver

If the side responding to a reset procedure is an RLP receiver for the RLP flow being reset, then it shall respond with a ResetTxIndicationAck message upon receiving a ResetTxIndication message. After sending the message it shall enter the RLP Reset state for the RLP flow being reset, if it was not already in the RLP reset state. Upon entering the RLP Reset state RLP shall:

- Perform the RLP receiver initialization procedure defined in 4.4.4.1.1.2 for the RLP flow being reset.

- Ignore all RLP data octets received for the RLP flow being reset while in the RLP Reset state.

- When RLP receives a ResetTxComplete message for the RLP flow being reset, it shall leave the RLP reset state.

TIA-856-B                                                          Multi-Flow Packet Application

1  • If RLP receives an *IdleState.ConnectionOpened* indication while in the RLP Reset state, it
2    shall leave the RLP Reset state.

3  If a ResetTxComplete message is received for an RLP flow while the RLP flow is not in the
4  RLP Reset state, the message shall be ignored.

5  4.4.4.1.1.2.4 Reset Procedure for the Responding Side when it is a RLP transmitter

6  If the side responding to a reset procedure is an RLP transmitter for the RLP flow being
7  reset, then it shall respond with a ResetRxComplete message upon receiving a
8  ResetRxIndication message. After sending the message, it shall perform the RLP
9  transmitter initialization procedure defined in 4.4.4.1.1.1.1 for the RLP flow being reset.

10 4.4.4.1.1.2.5 RLP Reset Message Flows



11

12  **Figure 4.4.4.1.1.2.5-1. RLP Reset Procedure Initiated by RLP Transmitter**



13

14  **Figure 4.4.4.1.1.2.5-2. RLP Reset Procedure Initiated by RLP Receiver**

15  4.4.4.2 Data Transfer

16  RLP is a Nak-based protocol with a sequence space of SequenceLength bits, where
17  SequenceLength is a parameter associated with forward or reverse RLP Flow *NN*.

Multi-Flow Packet Application                                                    TIA-856-B

All operations and comparisons performed on RLP packet sequence numbers shall be carried out in unsigned modulo $2^S$ arithmetic, where S represents the value of SequenceLength. For any RLP octet sequence number $N$, the sequence numbers in the range $[N+1, N+2^{S-1}-1]$ shall be considered greater than $N$ and the sequence numbers in the range $[N-2^{S-1}, N-1]$ shall be considered smaller than $N$.

4.4.4.2.1 RLP Transmit Procedures

The RLP transmitter shall maintain a SequenceLength-bit variable $V(S)_{NN}$ for all transmitted RLP data octets (see Figure 4.4.4.2.1-1), where $NN$ is the two-digit hexadecimal RLP flow number in the range 0x00 to $M$ - 1 inclusive, where $M$ is MaxNumRLPFlowsFwd or MaxNumRLPFlowsRev for an RLP flow on the forward link or reverse link respectively. $V(S)_{NN}$ is the sequence number of the next RLP data octet to be sent. The sequence number field (SEQ) in each new RLP packet transmitted shall be set to $V(S)_{NN}$, corresponding to the sequence number of the first octet in the packet. The sequence number of the $i$th octet in the packet (with the first octet being octet 0) is implicitly given by SEQ+$i$. $V(S)_{NN}$ shall be incremented for each octet contained in the packet.

The RLP transmitter should allow sufficient time before deleting a packet transmitted for the first time. Upon receiving a Nak message, RLP shall transmit the requested octet(s) if those octets are available. If the RLP transmitter is the access network, and the Nak record includes any sequence number greater than or equal to $V(S)_{NN}$, RLP shall perform the reset procedures specified in 4.4.4.1.1.2.1 for forward RLP flow $NN$. If the RLP transmitter is the access terminal, and the Nak record includes any sequence number greater than or equal to $V(S)_{NN}$, RLP shall perform the reset procedures specified in 4.4.4.1.1.2.1 for reverse RLP flow $NN$. If the Nak record does not include any sequence number greater than or equal to $V(S)_{NN}$ but the requested octets are not available for retransmissions, RLP shall ignore the Nak for octets that are not available.



$V(S)_{NN}$ = sequence number of the first octet of the next RLP packet to be sent.

Octets sent

Octets awaiting transmission

**Figure 4.4.4.2.1-1. RLP Transmit Sequence Number Variable**

Upon receiving a *PhysicalLayer.ReverseTrafficPacketsMissed* indication for reverse RLP flow $NN$, the RLP transmitter in the access terminal shall transmit the requested octet(s) if and only if all of the following conditions are satisfied:

• Flow*NN*PhysicalLayerNakEnableRev attribute is set to 0x01,

• the requested octets have not been retransmitted before, and

TIA-856-B                                                  Multi-Flow Packet Application

- the requested octets are available.

Upon receiving a *PhysicalLayer.ReverseTrafficPacketsMissed* indication for reverse RLP flow *NN*, the RLP transmitter in the access terminal shall not transmit the requested octet(s) if the octets have been retransmitted before.

If Flow*NN*NakEnableFwd is 0x01, then the flow *NN* RLP transmitter at the access network shall meet the following requirements:

- After transmitting a packet, the RLP transmitter shall start an RLP flush timer for time FlushTimer, where FlushTimer is a parameter of the Flow*NN*TimersFwd attribute.

- If the RLP transmitter sends another packet before the RLP flush timer expires, the RLP transmitter shall reset and restart the timer.

- If the timer expires, the RLP transmitter shall disable the flush timer and the RLP transmitter should send an RLP packet that contains at least the octet with sequence number $V(S)_{NN}$-1.

If Flow*NN*NakEnableRev is 0x01, then the flow *NN* RLP transmitter at the access terminal shall meet the following requirements:

- After transmitting a packet, the RLP transmitter shall start an RLP flush timer for time FlushTimer, where FlushTimer is a parameter of the Flow*NN*TimersRev attribute.

- If the RLP transmitter sends another packet before the RLP flush timer expires, the RLP transmitter shall reset and restart the timer.

- If the timer expires, the RLP transmitter shall disable the flush timer and the RLP transmitter should send an RLP packet that contains at least the octet with sequence number $V(S)_{NN}$-1.

The RLP transmitter should not transmit more than $2^{\text{SequenceLength-1}}$ first-time octets in any AbortTimer interval, where SequenceLength is the length of the SEQ field in the RLP header for the corresponding RLP flow.

4.4.4.2.1.1 Reservation State Maintenance

The ReservationLabel parameter of the Flow*NN*ReservationFwd or Flow*NN*ReservationRev attribute indicates the higher layer flows associated with RLP flow *NN*. Each ReservationLabel shall be associated with no more than one forward RLP flow. Each ReservationLabel shall be associated with no more than one reverse RLP flow.

Each Reservation can be in one of the following two states:

- Close State

- Open State

The transmitter should transmit a higher layer payload using the RLP flow associated with the higher layer flow if the associated RLP flow is activated and if the Reservation is in the Open state. The transmitter should transmit a higher layer payload belonging to a higher layer flow that is not associated with any RLP flow using the RLP flow with ReservationLabel 0xff. The transmitter may transmit a higher layer payload belonging to a higher layer flow identified by a Reservation that is in the Close state using the RLP flow

Multi-Flow Packet Application                                          TIA-856-B

with ReservationLabel 0xff. The transmitter may transmit a higher layer payload belonging to a higher layer flow identified by a Reservation that is bound to a de-activated RLP flow using the RLP flow with ReservationLabel 0xff.Figure 4.4.4.2.1-2 and Figure 4.4.4.2.1-3 show the state transition diagram at the access terminal and the access network respectively. State transitions that may be caused by the *IdleState.ConnectionOpened*, *ConnectedState.ConnectionClosed* and *RouteUpdate.ConnectionLost* indications are not shown.



**Figure 4.4.4.2.1-2. Reverse Reservation State Diagram (Access Terminal)**



**Figure 4.4.4.2.1-3. Forward Reservation State Diagram (Access Network)**

The access terminal and the access network shall not perform any actions that will result in the number of Reverse Link Reservations in the Open state to exceed the value specified by MaxNumOpenReservationsRev. The access terminal and the access network shall not perform any actions that will result in the number of Forward Link Reservations in the Open state to exceed the value specified by MaxNumOpenReservationsFwd.

4.4.4.2.1.1.1 State-independent Requirements

4.4.4.2.1.1.1.1 Access Terminal Requirements

Upon receiving a RevReservationOn message, the access terminal shall

- Respond with a ReservationAccept message within the time period specified by $T_{RLPResponse}$ of receiving the RevReservationOn message.

- Set the TransactionID field of the ReservationAccept message to that of the RevReservationOn message.

Upon receiving a RevReservationOff message, the access terminal shall

TIA-856-B                                                    Multi-Flow Packet Application

- Respond with a ReservationAccept message within the time period specified by $T_{RLPResponse}$ of receiving the RevReservationOff message.

- Set the TransactionID field of the ReservationAccept message to that of the RevReservationOff message.

Upon receiving a FwdReservationOn message, the access terminal shall

- Respond with a FwdReservationAck message within the time period specified by $T_{RLPResponse}$ of reception of the FwdReservationOn message.

- Set the TransactionID field of the FwdReservationAck message to that of the FwdReservationOn message.

Upon receiving a FwdReservationOff message, the access terminal shall

- Respond with a FwdReservationAck message within the time period specified by $T_{RLPResponse}$ of receiving the FwdReservationOff message.

- Set the TransactionID field of the FwdReservationAck message to that of the FwdReservationOff message.

4.4.4.2.1.1.1.2 Access Network Requirements

The access network may re-send a FwdReservationOn message if it does not receive a FwdReservationAck message containing the same TransactionID within the time period specified by $T_{RLPResponse}$ of sending the FwdReservationOn message.

The access network may re-send a FwdReservationOff message if it does not receive a FwdReservationAck message containing the same TransactionID within the time period specified by $T_{RLPResponse}$ of sending the FwdReservationOff message.

The access network may send a RevReservationOn message to transition the state of the reverse link Reservation of the access terminal to the Open state. The access network may re-send a RevReservationOn message if it does not receive a ReservationAccept message containing the same TransactionID within the time period specified by $T_{RLPResponse}$ of sending the RevReservationOn message.

The access network may send a RevReservationOff message to transition the state of the reverse link Reservation of the access terminal to the Close state. The access network may re-send a RevReservationOff message if it does not receive a ReservationAccept message containing the same TransactionID within the time period specified by $T_{RLPResponse}$ of sending the RevReservationOff message.

If the access network receives a ReservationOnRequest message, it shall

- Send either a ReservationAccept message or a ReservationReject message within the time period specified by $T_{RLPResponse}$ of reception of the ReservationOnRequest message.

- Set the TransactionID field of the ReservationAccept or ReservationReject message to that of the ReservationOnRequest message.

If the access network receives a ReservationOffRequest message, it shall

Multi-Flow Packet Application                                                              TIA-856-B

- Send a ReservationAccept or a ReservationReject message within the time period specified by $T_{RLPResponse}$ of reception of the ReservationOffRequest message.

- Set the TransactionID field of the ReservationAccept or ReservationReject message to that of the ReservationOffRequest message.

### 4.4.4.2.1.1.2 Close State

#### 4.4.4.2.1.1.2.1 Access Terminal Requirements

The access terminal shall not transmit SDUs from higher layer flows belonging to this Reservation using any RLP flow other than the RLP flow associated with ReservationLabel 0xff. The access terminal may send a ReservationOnRequest message to request transition of the Reservation to the Open state[6]. The access terminal may re-send a ReservationOnRequest message if it does not receive a corresponding ReservationAccept or ReservationReject message within the time period specified by $T_{RLPResponse}$ of sending the ReservationOnRequest message. If the ReservationOnRequest message contains a reverse Reservation, then the Reservation shall transition to the Open state when the access terminal receives the corresponding ReservationAccept message.

Upon receiving a RevReservationOn message, the access terminal shall transition the Reservation to the Open state. Upon receiving an *IdleState.ConnectionOpened* indication, the access terminal shall transition the Reservations to the Open State whose corresponding Reservation*KK*IdleStateRev attribute is 0x02, where *KK* is the two-digit hexadecimal ReservationLabel in the range 0x00 to 0xff inclusive.

#### 4.4.4.2.1.1.2.2 Access Network Requirements

If the Reservation entered this state as a result of any condition other than the following conditions, then the access network shall send a FwdReservationOff message upon entering this state:

- the access network transmitted a ReservationAccept message in response to a ReservationOffRequest message requesting to transition the Reservation to the Close state, or

- Reservation*KK*IdleStateFwd attribute of the Reservation is 0x01 or 0x02, and the Reservation transitioned to the Close state because the Connection was closed or lost.

Upon sending a ReservationAccept message for a forward Reservation in response to a ReservationOnRequest message, the access network shall transition the Reservation to the Open state.

Upon sending a FwdReservationOn message, the access network shall transition the Reservation to the Open State. Upon receiving an *IdleState.ConnectionOpened* indication,

---

[6] Note that the ReservationOnRequest message supports requests for multiple Reservations on both the forward and reverse links. This arrangement allows requests for groups of Reservations (e.g., for bidirectional higher layer application flows) to be combined in the same ReservationOnRequest message.

TIA-856-B                                                    Multi-Flow Packet Application

the access network shall transition the Reservations to the Open State whose corresponding Reservation*KK*IdleStateFwd attribute is 0x02, where *KK* is the two-digit hexadecimal ReservationLabel in the range 0x00 to 0xff inclusive.

The access network may transmit SDUs from higher layer flows belonging to this Reservation using the Link Flow to which the Reservation is bound. Upon doing so, the access network shall transition the Reservation to the Open State.

4.4.4.2.1.1.3 Open State

4.4.4.2.1.1.3.1 Access Terminal Requirements

The access terminal may transmit SDUs from higher layer flows belonging to this Reservation using the RLP flow to which the Reservation is bound.

The access terminal may send a ReservationOffRequest message to request the transition of a Reservation to the Close state. The access terminal may re-send a ReservationOffRequest message if it does not receive a ReservationAccept or ReservationReject message within the time period specified by $T_{RLPResponse}$ of sending the ReservationOffRequest message. If the ReservationOffRequest message contains a reverse Reservation, then the access terminal shall transition the Reservation to the Close state when the access terminal receives a ReservationAccept message.

Upon receiving a RevReservationOff message, the access terminal shall transition the Reservation to the Close state. Upon receiving a *ConnectedState.ConnectionClosed* indication, the access terminal shall transition to the Close state Reservations whose corresponding Reservation*KK*IdleStateRev attribute is 0x01 or 0x02, where *KK* is the two-digit hexadecimal ReservationLabel.

4.4.4.2.1.1.3.2 Access Network Requirements

The access network may transmit SDUs from higher layer flows belonging to this Reservation using the RLP flow to which the Reservation is bound.

Upon sending a ReservationAccept message for a forward Reservation in response to a ReservationOffRequest message, the access network shall transition the Reservation to the Close State.

Upon receiving a *ConnectedState.ConnectionClosed* or *RouteUpdate.ConnectionLost* indication, the access network shall transition to the Close state Reservations whose corresponding Reservation*KK*IdleStateFwd attribute is 0x01 or 0x02, where *KK* is the two-digit hexadecimal ReservationLabel.

If, for any *KK*, all of the following conditions are true, the access network shall take action within $T_{Turnaround}$, where $T_{Turnaround}$ is equal to 2 seconds, such that at least one of the following conditions would  no longer be true (e.g., by modifying the value of Reservation*KK*QoSResponseFwd or by transitioning forward Reservation *KK* to the Close state):

- ReservationKKQoSRequestFwd is set to a non-default value.

- Forward Reservation KK is in the Open state.

1   • ReservationKKQoSResponseFwd is set to the default value or the
2     QoS_ATTRIBUTE_SET_ID field in ReservationKKQoSResponseFwd is not equal to the
3     value of any QoS_ATTRIBUTE_SET_ID field in the corresponding
4     ReservationKKQoSRequestFwd attribute (see [18]).

5   If, for any $KK$, all of the following conditions are true, the access network shall take action
6   within $T_{Turnaround}$, where $T_{Turnaround}$ is equal to 2 seconds, such that at least one of the
7   following conditions would  no longer be true (e.g., by modifying the value of
8   Reservation$KK$QoSResponseRev or by transitioning reverse Reservation $KK$ to the Close
9   state):

10  • ReservationKKQoSRequestRev is set to a non-default value.

11  • Reverse Reservation KK is in the Open state.

12  • ReservationKKQoSResponseRev is set to the default value or the
13    QoS_ATTRIBUTE_SET_ID field in ReservationKKQoSResponseRev is not equal to the
14    value of any QoS_ATTRIBUTE_SET_ID field in the corresponding
15    ReservationKKQoSRequestRev attribute (see [18]).

16  4.4.4.2.2  RLP Receive Procedures

17  The RLP receiver shall maintain two SequenceLength-bit variables for receiving, $V(R)_{NN}$ and
18  $V(N)_{NN}$ (see Figure 4.4.4.2.2-1), where $NN$ is the two-digit hexadecimal RLP flow number in
19  the range 0x00 to M - 1 inclusive, where $M$ is MaxNumRLPFlowsFwd or
20  MaxNumRLPFlowsRev for an RLP flow on the forward link or reverse link respectively.
21  $V(R)_{NN}$ contains the sequence number of the next new octet expected to arrive. $V(N)_{NN}$
22  contains the sequence number of the first missing octet, as described below.

23  In addition, the RLP receiver shall keep track of the status of each octet in its resequencing
24  buffer indicating whether the octet was received or not. Use of this status is implied in the
25  following procedures.

26



27  **Figure 4.4.4.2.2-1. RLP Receive Sequence Number Variables**

28  In the following, $X$ denotes the sequence number of a received octet. For each received
29  octet, RLP shall perform the following procedures:

TIA-856-B                                                    Multi-Flow Packet Application

- If $X < V(N)_{NN}$, the octet shall be discarded as a duplicate.

- If $V(N)_{NN} \leq X < V(R)_{NN}$, and the octet is not already stored in the resequencing buffer, then:

  - RLP shall store the received octet in the resequencing buffer.

  - If $X = V(N)_{NN}$, RLP shall pass all contiguous octets in the resequencing buffer, from $V(N)_{NN}$ upward, to the higher layer[7], and may remove the passed octets from the resequencing buffer. RLP shall then set $V(N)_{NN}$ to (LAST+1) where LAST is the sequence number of the last contiguous octet (i.e., the octet with the highest sequence number) passed to the higher layer from the resequencing buffer.

- If $V(N)_{NN} < X < V(R)_{NN}$, and the octet has already been stored in the resequencing buffer, then the octet shall be discarded as a duplicate.

- If $X = V(R)_{NN}$, then:

  - If $V(R)_{NN} = V(N)_{NN}$, RLP shall increment $V(N)_{NN}$ and $V(R)_{NN}$ and shall pass the octet to the higher layer.

  - If $V(R)_{NN} \neq V(N)_{NN}$, RLP shall increment $V(R)_{NN}$ and shall store the octet in the resequencing buffer.

- If $X > V(R)_{NN}$, then:

  - RLP shall store the octet in the resequencing buffer.

  - If the RLP receiver is an access network, then RLP shall set a RLP abort timer to the AbortTimer parameter associated with reverse RLP flow $NN$ for each missing RLP octet from $V(R)_{NN}$ to $X$-1, inclusive. If the RLP receiver is an access terminal, then RLP shall set a RLP abort timer to the AbortTimer parameter associated with forward RLP flow $NN$ for each missing RLP octet from $V(R)_{NN}$ to $X$-1, inclusive.

  - If the RLP receiver is an access terminal, and if the Flow$NN$NakEnableFwd attribute is set to 0x01, RLP shall send a Nak message requesting the retransmission of all missing RLP octets in the range of $V(R)_{NN}$ to $X$-1, inclusive after the delay specified by the Flow$NN$NAKDelayTimeFwd attribute. The access terminal shall not send a Nak message if there are no missing octets in the range of $V(R)_{NN}$ to $X$-1 at the end of the delay specified by the Flow$NN$NAKDelayTimeFwd attribute. $V(R)_{NN}$ and $X$ in the above are the values of the $V(R)_{NN}$ and $X$ at the time the RLP receiver detected the missing octets.

  - RLP shall set $V(R)_{NN}$ to $X$+1.

If a missing octet has not arrived when its RLP abort timer expires, RLP shall pass all octets in the resequencing buffer up to the missing octet, in order of sequence number, to

[7] If the RLP receiver is an access terminal, then the higher layer is indicated by the Flow$NN$HigherLayerProtocolFwd attribute. If the RLP receiver is an access network, then the higher layer is indicated by the Flow$NN$HigherLayerProtocolRev attribute.

the higher layer. RLP shall skip any missing octets. RLP shall set $V(N)_{NN}$ to the sequence number of the next missing octet, or to $V(R)_{NN}$ if there are no remaining missing octets. Further recovery is the responsibility of the higher layer protocols.

4.4.4.3 RLP Packet Header

The RLP packet header, which precedes the RLP payload, has the following format:

| Field | Length (bits) |
|---|---|
| RLPID | RLPIDLength[8] |
| SEQ | SequenceLength[9] |

RLPID            The identifier for this RLP flow.

SEQ              The RLP sequence number of the first octet in the RLP payload.

4.4.4.4 Message Formats

The messages described in this section control the function of the RLP. These messages are exchanged between the access terminal and the access network using the SNP.

4.4.4.4.1 ResetTxIndication

The RLP transmitter in the access terminal or the access network sends the ResetTxIndication message to reset its peer RLP receiver.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RLPFlow | 5 |
| Reserved | 3 |

MessageID        The sender shall set this field to 0x00.

RLPFlow          The sender shall set this field to the RLP flow that is reset. The sender shall set this field to '11111' to reset all RLP flows.

---

[8] If this RLP packet is being sent on the forward link, the length of this field is specified by the RLPIDLength field in the Flow*NN*IdentificationFwd attribute corresponding to this flow. If this RLP packet is being sent on the reverse link, the length of this field is specified by the RLPIDLength field in the Flow*NN*IdentificationRev attribute corresponding to this flow.

[9] If this RLP packet is being sent on the forward link, the length of this field is specified by the SequenceLength field in the Flow*NN*IdentificationFwd attribute corresponding to this flow. If this RLP packet is being sent on the reverse link, the length of this field is specified by the SequenceLength field in the Flow*NN*IdentificationRev attribute corresponding to this flow.

TIA-856-B                                                    Multi-Flow Packet Application

Reserved                   The sender shall set this field to '000'. The receiver shall ignore this
                           field.

| Channels | | FTC    RTC |
|----------|--|------------|
| Addressing | | Unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 50 |

#### 4.4.4.4.2 ResetRxIndication

The RLP receiver in the access terminal or the access network sends the ResetRxIndication
message to reset its peer RLP transmitter.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| RLPFlow | 5 |
| Reserved | 3 |

MessageID                  The sender shall set this field to 0x01.

RLPFlow                    The sender shall set this field to the RLP flow that is reset. The
                           sender shall set this field to '11111' to reset all RLP flows.

Reserved                   The sender shall set this field to '000'. The receiver shall ignore this
                           field.

| Channels | | FTC    RTC |
|----------|--|------------|
| Addressing | | Unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 50 |

#### 4.4.4.4.3 ResetTxIndicationAck

The RLP receiver in the access terminal or the access network sends the
ResetTxIndicationAck message in response a to ResetTxIndication message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| RLPFlow | 5 |
| Reserved | 3 |

MessageID                  The sender shall set this field to 0x0d.

RLPFlow                    The sender shall set this field to the RLP flow that is reset. If this
                           message is being sent in response to a ResetTxIndication message

that required reset of all RLP flows, then the sender shall set this field to '11111'.

Reserved        The sender shall set this field to '000'. The receiver shall ignore this field.

| Channels | | FTC        RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | Unicast | | Priority | 50 |

## 4.4.4.4.4 ResetTxComplete

The RLP transmitter in the access terminal or the access network sends the ResetTxComplete message to complete the RLP reset procedure.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RLPFlow | 5 |
| Reserved | 3 |

MessageID       The sender shall set this field to 0x0e.

RLPFlow         The sender shall set this field to the RLP flow that is reset. If all RLP flows were reset, then the sender shall set this field to '11111'.

Reserved        The sender shall set this field to '000'. The receiver shall ignore this field.

| Channels | | FTC        RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | Unicast | | Priority | 50 |

## 4.4.4.4.5 ResetRxComplete

The RLP transmitter in the access terminal or the access network sends the ResetRxComplete message to complete the RLP reset procedure.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RLPFlow | 5 |
| Reserved | 3 |

MessageID       The sender shall set this field to 0x0f.

TIA-856-B                                                           Multi-Flow Packet Application

RLPFlow              The sender shall set this field to the RLP flow that is reset. If all RLP
                     flows were reset, then the sender shall set this field to '11111'.

Reserved             The sender shall set this field to '000'. The receiver shall ignore this
                     field.

| Channels | | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | | unicast | **Priority** | 50 |

4.4.4.4.6 Nak

The access terminal and the access network send the Nak message to request the
retransmission of one or more octets.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RLPFlow | 5 |
| Reserved1 | 3 |
| SequenceLength | 8 |
| NakRequests | 8 |

NakRequests occurrences of the following three fields:

| FirstErased | SequenceLength |
|---|---|
| WindowLen | 16 |
| Reserved2 | 0-7 (as needed) |

MessageID            The sender shall set this field to 0x02.

RLPFlow              The sender shall set this field to the RLP flow for which this Nak is
                     being sent.

Reserved1            The sender shall set this field to '000'. The receiver shall ignore this
                     field.

SequenceLength       The sender shall set this field to the size of the sequence space in
                     units of bits for this RLP flow.

NakRequests          The sender shall set this field to the number of Nak requests
                     included in this message. The sender shall include NakRequests
                     occurrences of the following three fields with the message.

FirstErased          The sender shall set this field to the sequence number of the first
                     RLP octet erased in a sequence of erased octets whose
                     retransmission is requested.

1    WindowLen            The sender shall set this field to the length of the erased window.

2    Reserved2            The sender shall add reserved bits to make the length of the entire
3                         record an integer number of octets. The sender shall set these bits to
4                         '0'. The receiver shall ignore these bits.
5

| Channels | | FTC    RTC |
|---|---|---|

| SLP | Best Effort |
|---|---|

| Addressing | unicast |
|---|---|

| Priority | 50 |
|---|---|

6    4.4.4.4.7 ReservationOnRequest

7    The access terminal sends this message to request transition of one or more Reservations
8    to the Open State.
9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |

ReservationCount occurrences of the following two fields:

| Link | 1 |
|---|---|
| ReservationLabel | 8 |

| Reserved | 0 – 7 (as needed) |
|---|---|

10    MessageID           The access terminal shall set this field to 0x16.

11    TransactionID       The access terminal shall set this field to one more (modulo 256)
12                        than the TransactionID field of the last ReservationOnRequest or
13                        ReservationOffRequest message sent by the access terminal. If this is
14                        the first ReservationOnRequest or ReservationOffRequest message
15                        sent by the access terminal, then the access terminal shall set this
16                        field to zero.

17    ReservationCount    The access terminal shall set this field to the number of
18                        ReservationLabel fields in this message.

19    Link                If this request is for a forward Reservation, then the access terminal
20                        shall set this field to '1'. If this request is for a reverse Reservation,
21                        then the access terminal shall set this field to '0'.

22    ReservationLabel    The access terminal shall set this field to the ReservationLabel for
23                        which this request is generated.

TIA-856-B                                                    Multi-Flow Packet Application

Reserved            The access terminal shall add reserved bits to make the length of the
                    entire message an integer number of octets. The access terminal
                    shall set these bits to '0'. The access network shall ignore this field.

| Channels | AC | RTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

### 4.4.4.4.8 ReservationOffRequest

The access terminal sends this message to request transition of one or more Reservations
to the Close State.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |

ReservationCount occurrences of the following two
fields:

| Link | 1 |
|---|---|
| ReservationLabel | 8 |

| Reserved | 0 – 7 (as needed) |
|---|---|

MessageID           The access terminal shall set this field to 0x17.

TransactionID       The access terminal shall set this field to one more (modulo 256)
                    than the TransactionID field of the last ReservationOnRequest or
                    ReservationOffRequest message sent by the access terminal. If this is
                    the first ReservationOnRequest or ReservationOffRequest message
                    sent by the access terminal, then the access terminal shall set this
                    field to zero.

ReservationCount    The access terminal shall set this field to the number of
                    ReservationLabel fields in this message.

Link                If this request is for a forward Reservation, then the access terminal
                    shall set this field to '1'. If this request is for a reverse Reservation,
                    then the access terminal shall set this field to '0'.

ReservationLabel    The access terminal shall set this field to the Reservation for which
                    this request is generated.

Multi-Flow Packet Application                                          TIA-856-B

Reserved            The access terminal shall add reserved bits to make the length of the
                    entire message an integer number of octets. The access terminal
                    shall set these bits to '0'. The access network shall ignore this field.

| Channels | AC | RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

### 4.4.4.4.9 ReservationAccept

The access network sends this message to acknowledge reception of and allow the state transition requested by a ReservationOnRequest or ReservationOffRequest message. The access terminal sends this message to acknowledge reception of and accept the state transition requested by a RevReservationOn or RevReservationOff message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID           The access network shall set this field to 0x18.

TransactionID       The access network shall set this field to the TransactionID field of
                    the ReservationOnRequest or ReservationOffRequest message to
                    which the access network is responding. The access terminal shall
                    set this field to the TransactionID field of the RevReservationOn or
                    RevReservationOff message to which the access terminal is
                    responding.

| Channels | CC | FTC | RTC | AC |
|---|---|---|---|---|
| Addressing | | | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

### 4.4.4.4.10 ReservationReject

The access network sends this message to acknowledge reception of and deny the state transition requested by a ReservationOnRequest or ReservationOffRequest message.

TIA-856-B                                           Multi-Flow Packet Application

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |

ReservationCount occurrences of the following two fields:

| | |
|---|---|
| AllowableLink | 1 |
| AllowableReservationLabel | 8 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

MessageID             The access network shall set this field to 0x19.

TransactionID         The access network shall set this field to the TransactionID field of the ReservationOnRequest or ReservationOffRequest message to which the access network is responding.

ReservationCount      The access network shall set this field to the number of AllowableReservationLabel fields in this message.

AllowableLink         If the Reservation for which the access network would have allowed the state transition requested in the ReservationOnRequest or ReservationOffRequest message is a forward Reservation, then the access network shall set this field to '1'. If the Reservation for which the access network would have allowed the state transition requested in the ReservationOnRequest or ReservationOffRequest message is a reverse Reservation, then the access network shall set this field to '0'.

AllowableReservationLabel
                      The access network shall set this field to the ReservationLabel for which the access network would have allowed the state transition requested in the ReservationOnRequest or ReservationOffRequest message.

Reserved              The access network shall add reserved bits to make the length of the entire message an integer number of octets. The access network shall set these bits to '0'. The access terminal shall ignore this field.

Multi-Flow Packet Application                                         TIA-856-B

| **Channels** | CC          FTC | | **SLP**      | Best Effort |
|--------------|-----------------|-|--------------|-------------|
| **Addressing** |        unicast | | **Priority** | 40          |

1  4.4.4.4.11 RevReservationOn

2  The access network sends this message to transition a reverse Reservation to the Open
3  state.
4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |

ReservationCount occurrences of the following field:

| ReservationLabel | 8 |
|------------------|---|

5  MessageID              The access network shall set this field to 0x1a.

6  TransactionID          The access network shall set this field to one more (modulo 256) than
7                         the TransactionID field of the last RevReservationOn or
8                         RevReservationOff message sent by the access network. If this is the
9                         first RevReservationOn or RevReservationOff message sent by the
10                        access network, then the access network shall set this field to zero.

11 ReservationCount       The access network shall set this field to the number of
12                        ReservationLabel fields in this message.

13 ReservationLabel       The access network shall set this field to the Reservation which is to
14                        be transitioned to the Open state.
15

| **Channels** | CC          FTC | | **SLP**      | Best Effort |
|--------------|-----------------|-|--------------|-------------|
| **Addressing** |        unicast | | **Priority** | 40          |

16 4.4.4.4.12 RevReservationOff

17 The access network sends this message to transition a reverse Reservation to the Close
18 state.
19

TIA-856-B                                                      Multi-Flow Packet Application

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |
| ReservationCount occurrences of the following field: | |
| ReservationLabel | 8 |

1   MessageID              The access network shall set this field to 0x1b.

2   TransactionID          The access network shall set this field to one more (modulo 256) than
3                          the TransactionID field of the last RevReservationOn or
4                          RevReservationOff message sent by the access network. If this is the
5                          first RevReservationOn or RevReservationOff message sent by the
6                          access network, then the access network shall set this field to zero.

7   ReservationCount       The access network shall set this field to the number of
8                          ReservationLabel fields in this message.

9   ReservationLabel       The access network shall set this field to the Reservation that is to be
10                         transitioned to the Close state.
11

| Channels | CC | FTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

12  4.4.4.4.13 FwdReservationOff

13  The access network sends this message to inform the access terminal when a forward
14  Reservation transitions to the Close state.
15

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |
| ReservationCount occurrences of the following field: | |
| ReservationLabel | 8 |

16  MessageID              The access network shall set this field to 0x22.

17  TransactionID          The access network shall set this field to one more (modulo 256) than
18                         the TransactionID field of the last FwdReservationOn or
19                         FwdReservationOff message sent by the access network. If this is the
20                         first FwdReservationOn or FwdReservationOff message sent by the
21                         access network, then the access network shall set this field to zero.

Multi-Flow Packet Application                                           TIA-856-B

ReservationCount          The access network shall set this field to the number of ReservationLabel fields in this message.

ReservationLabel          The access network shall set this field to the Reservation transitioned to the Close state.

| Channels | CC | FTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

### 4.4.4.4.14 FwdReservationOn

The access network sends this message to inform the access terminal when a forward Reservation transitions to the Open state.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| ReservationCount | 8 |

ReservationCount occurrences of the following field:

| | |
|---|---|
| ReservationLabel | 8 |

MessageID                 The access network shall set this field to 0x23.

TransactionID             The access network shall set this field to one more (modulo 256) than the TransactionID field of the last FwdReservationOn or FwdReservationOff message sent by the access network. If this is the first FwdReservationOn or FwdReservationOff message sent by the access network, then the access network shall set this field to zero.

ReservationCount          The access network shall set this field to the number of ReservationLabel fields in this message.

ReservationLabel          The access network shall set this field to the Reservation that transitioned to the Open state.

| Channels | CC | FTC | | SLP | Best Effort |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

### 4.4.4.4.15 FwdReservationAck

The access terminal sends this message to acknowledge reception of the FwdReservationOn or the FwdReservationOff message and to accept the related state transition.

TIA-856-B                                                    Multi-Flow Packet Application

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

1  MessageID          The access terminal shall set this field to 0x24.

2  TransactionID      The access terminal shall set this field to the TransactionID field of
3                     the FwdReservationOn or FwdReservationOff message to which the
4                     access terminal is responding.
5

| Channels | AC          RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

6  4.4.4.4.16 AttributeUpdateRequest

7  The sender sends an AttributeUpdateRequest message to offer an attribute value for a
8  given attribute.
9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

10  MessageID         The sender shall set this field to 0x52.

11  TransactionID     The sender shall increment this value for each new
12                    AttributeUpdateRequest message sent.

13  AttributeRecord   The format of this record is specified in 14.3.
14

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

15  4.4.4.4.17 AttributeUpdateAccept

16  The sender sends an AttributeUpdateAccept message in response to an
17  AttributeUpdateRequest message to accept the offered attribute values.
18

Multi-Flow Packet Application                                                    TIA-856-B

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

1    MessageID              The sender shall set this field to 0x53.

2    TransactionID          The sender shall set this value to the TransactionID field of the
3                           corresponding AttributeUpdateRequest message.
4

| Channels | FTC    RTC | | SLP | Reliable |
|----------|------------|---|-----|----------|
| Addressing | unicast | | Priority | 40 |

5    4.4.4.4.18 AttributeUpdateReject

6    The access network sends an AttributeUpdateReject message in response to an
7    AttributeUpdateRequest message to reject the offered attribute values.
8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

9    MessageID              The access network shall set this field to 0x54.

10   TransactionID          The sender shall set this value to the TransactionID field of the
11                          corresponding AttributeUpdateRequest message.
12

| Channels | FTC | | SLP | Reliable |
|----------|-----|---|-----|----------|
| Addressing | unicast | | Priority | 40 |

13   4.4.4.5 Interface to Other Protocols

14   4.4.4.5.1 Commands

15   This protocol does not issue any commands.

16   4.4.4.5.2 Indications

17   This protocol registers to receive the following indications:

18   • *IdleState.ConnectionOpened*

19   • *PhysicalLayer.ReverseTrafficPacketsMissed* along with parameters indicating the RLP
20     flow number and missing octets.

21   • *ConnectedState.ConnectionClosed*

TIA-856-B                                                    Multi-Flow Packet Application

1    • *RouteUpdate.ConnectionLost*

2    4.4.4.6 RLP Packet Priorities

3    The sender shall assign priority between 60 and 70 inclusive to RLP packets. For a given
4    RLP flow, the sender shall assign higher priority (lower number) to packets containing
5    retransmitted application traffic than packets containing only first time transmissions. If
6    Flow*NN*TransmitAbortTimerRev is not set to 0x00, then the access terminal should
7    transmit a higher layer octet within Flow*NN*TransmitAbortTimerRev time of the higher layer
8    octet being received by the Multi-flow Packet Application. The access terminal may use the
9    Flow*NN*TransmitAbortTimerRev attribute to determine the priority of reverse RLP packets.

10

| Type of RLP Packet | Channel | Addressing | Priority |
|---|---|---|---|
| Packet containing only First Time Transmissions | FTC, RTC | unicast | Between 60 and 70 inclusive |
| Packet containing re-transmitted application traffic | FTC, RTC | unicast | Between 60 and 70 inclusive |

11    4.4.5 Protocol Numeric Constants

12

| Constant | Meaning | Value |
|---|---|---|
| T$_{RLPResponse}$ | Time period within which the access network is to respond to ReservationOnRequest and ReservationOffRequest messages. | 1 second |

**4.5 Data Over Signaling Protocol**

4.5.1 Overview

The Data Over Signaling Protocol provides transmission and duplicate detection of higher layer packets using signaling messages. A higher layer packet is carried in a DataOverSignaling message. The Data Over Signaling Protocol uses message sequence numbers in the DataOverSignaling message to provide duplicate detection. Data Over Signaling Protocol is associated with the Multi-Flow Packet Application. The application subtype for this application is defined in [10].

4.5.2 Primitives and Public Data

4.5.2.1 Commands

This protocol does not define any commands.

4.5.2.2 Return Indications

This protocol does not return any indications.

4.5.3 Protocol Data Unit

The transmission unit of this protocol is a DataOverSignaling message. The DataOverSignaling message carries payload on behalf the higher layer. This protocol uses the Signaling Application to transmit and receive messages.

4.5.4 Procedures and Messages for the InUse Instance of the Protocol

4.5.4.1 Procedures

If Flow$NN$DataOverSignalingAllowedRev is set to 0x00, the access terminal shall not send a DataOverSignaling message for RLP flow $NN$. The sender shall set the MessageSequence field of a DataOverSignaling message to V(S). Each time the sender sends a new DataOverSignaling message, it shall increment the value of V(S). If the sender does not receive a DataOverSignalingAck message within an implementation specific time interval in response to a DataOverSignaling message requiring an acknowledgment, then the sender may retransmit the DataOverSignaling message containing the same higher layer packet and the same MessageSequence an implementation specific number of times.

The access terminal or the access network shall not send a DataOverSignaling message if the associated RLP flow for which the DataOverSignaling message is carrying payload is deactivated, or if the associated Reservation is in the Close state.

Upon receiving a DataOverSignaling message, the receiver shall perform the following:

- If Reset is set to '1' and the receiver is the access terminal, the receiver shall set V(R) to (MessageSequence – 1) mod 64.

Multi-Flow Packet Application

- The receiver shall validate the message using the procedure defined in 14.6 by setting the variable V(R) defined in 14.6 to the V(R) value maintained by the receiver, and by setting S = 6.

- The receiver shall discard the DataOverSignaling message if it is invalid. If the DataOverSignaling message is valid, then the receiver shall pass the HigherLayerPacket field of the DataOverSignaling message to the higher layer. If the receiver is an access terminal, then the higher layer is indicated by the Flow*NN*HigherLayerProtocolFwd attribute, where *NN* is the RLP Flow with which the DataOverSignaling message is associated. If the receiver is an access network, then the higher layer is indicated by the Flow*NN*HigherLayerProtocolRev attribute, where *NN* is the RLP Flow with which the DataOverSignaling message is associated.

- If the AckRequired field of the DataOverSignaling message is '1', then the receiver shall respond with a DataOverSignalingAck message with AckSequence field set to the MessageSequence field of the DataOverSignaling message.

### 4.5.4.2 Message Formats

The messages described in this section are exchanged between the access terminal and the access network using the Signaling Application.

### 4.5.4.2.1 DataOverSignaling

The access network or the access terminal sends the DataOverSignaling message to transmit a higher layer packet.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| AckRequired | 1 |
| Reset | 1 |
| MessageSequence | 6 |
| HigherLayerPacket | Variable Length |

MessageID            The sender shall set this field to 0x14.

AckRequired          The sender shall set this field to '1' if the receiver is required to acknowledge the receipt of this message. Otherwise, the sender shall set this field to '0'.

Reset                The access terminal shall set this field to '0'. The access network may set this field to '1' to indicate that the access terminal is to reset its V(R). The access network may set this field to '0' to indicate that the access terminal is not required to reset its V(R).

Multi-Flow Packet Application                                                    TIA-856-B

MessageSequence          The sender shall set this field to 1 higher than the MessageSequence field of the last DataOverSignaling message (modulo 64) that it has sent.

HigherLayerPacket        The sender shall set this field to an entire higher layer packet[10]. The length of the higher layer packet shall be an integer number of octets.

| Channels | CC      AC      FTC | SLP | Best Effort |
|---|---|---|---|
| Addressing | unicast | Priority | 20 to 50 (inclusive) |

The sender shall assign message priority in the range 20 to 50, inclusive, depending on the priority of the higher layer packet carried as payload in this message.

4.5.4.2.2 DataOverSignalingAck

The access network or the access terminal sends a DataOverSignalingAck message to acknowledge receipt of a DataOverSignaling message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| Reserved | 2 |
| AckSequence | 6 |

MessageID                The sender shall set this field to 0x15.

Reserved                 The sender shall set this field to '00'. The receiver shall ignore this field.

AckSequence              The sender shall set this field to the MessageSequence field of the DataOverSignaling message whose receipt is being acknowledged.

| Channels | CC      AC      FTC      RTC | SLP | Best Effort |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

4.5.4.3 Interface to Other Protocols

4.5.4.3.1 Commands

This protocol does not issue any commands.

4.5.4.3.2 Indications

This protocol does not register to receive any indications.

---

[10] For example, if the higher layer packet is an HDLC frame, then the entire HDLC frame is included.

Multi-Flow Packet Application

**4.6 Location Update Protocol**

4.6.1 Overview

The Location Update Protocol defines location update procedures and messages for mobility management for the Multi-Flow Packet Application.

The Location Update Protocol is a protocol associated with the Multi-Flow Packet Application. The application subtype for this application is defined in [10].

4.6.2 Primitives and Public Data

4.6.2.1 Commands

This protocol does not define any commands.

4.6.2.2 Return Indications

This protocol does not return any indications.

4.6.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

4.6.4 Procedures and Messages for the InUse Instance of the Protocol

4.6.4.1 Procedures

4.6.4.1.1 Access Network Requirements

If the protocol receives an *AddressManagement.SubnetChanged* indication, the access network:

• May send a LocationRequest message to query the Location information.

• May send a LocationAssignment message to update the Location information.

• May send a StorageBLOBRequest message to query the stored BLOB.

• May send a StorageBLOBAssignment message to update the stored BLOB.

4.6.4.1.2 Access Terminal Requirements

If the access terminal receives a LocationRequest message, it shall send a LocationNotification message. If the access terminal has a stored value for the LocationValue parameter, the access terminal shall set the LocationType, LocationLength, and LocationValue fields in this message to its stored values of these fields. If the access terminal does not have a stored value for the LocationValue parameter, the access terminal shall omit the LocationLength and LocationValue fields in this message.

If the access terminal receives a LocationAssignment message, it shall send a LocationComplete message and the access terminal shall store the value of the

LocationType, LocationLength, and LocationValue fields of the LocationAssignment message in LocationType, LocationLength, and LocationValue variables, respectively.

If the access terminal receives a StorageBLOBRequest message, it shall send a StorageBLOBNotification message. If the access terminal has a stored value for the StorageBLOB parameter, the access terminal shall set the StorageBLOBLength and StorageBLOB fields in this message to its stored values of these fields. If the access terminal does not have a stored value for the StorageBLOB parameter, the access terminal shall set the StorageBLOBLength field to zero and shall omit the StorageBLOB fields in this message.

If the access terminal receives a StorageBLOBAssignment message, it shall send a StorageBLOBComplete message and the access terminal shall store the value of the StorageBLOBLength and StorageBLOB fields of the StorageBLOBAssignment message in StorageBLOBLength and StorageBLOB variables, respectively.

4.6.4.2 Message Formats

4.6.4.2.1 LocationRequest

The access network uses this message to query the access terminal of its Location information.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID             The access network shall set this field to 0x03.

| Channels | CC | FTC | SLP | Best Effort |
|----------|----|----|----|-------------|
| Addressing | | unicast | Priority | 40 |

4.6.4.2.2 LocationNotification

The access terminal sends the LocationNotification message either in response to the LocationRequest message or in an unsolicited manner as specified in [9][9] if the configured value of the RANHandoff attribute is 0x01.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| LocationType | 8 |
| LocationLength | 0 or 8 |
| LocationValue | 0 or 8 × LocationLength |

MessageID             The access terminal shall set this field to 0x04.

TIA-856-B                                                     Multi-Flow Packet Application

LocationType              The access terminal shall set this field to zero if the value of its stored LocationValue is NULL; otherwise, the access terminal shall set this field to the stored value of LocationType.

LocationLength            The access terminal shall not include this field if the value of its stored LocationValue is NULL; otherwise, the access terminal shall set this field to the stored value of LocationLength.

LocationValue             The access terminal shall not include this field if the value of its stored LocationValue is NULL; otherwise, the access terminal shall set this field to the stored value of LocationValue.

| Channels | AC | RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Reliable[11]   Best Effort |
|---|---|
| Priority | 40 |

### 4.6.4.2.3 LocationAssignment

The access network uses this message to update the Location information of the access terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| LocationType | 8 |
| LocationLength | 8 |
| LocationValue | $8 \times \text{LocationLength}$ |

MessageID                 The access network shall set this field to 0x05.

TransactionID             The access network shall increment this value for each new LocationAssignment message sent.

LocationType              The access network shall set this field to the type of the location as specified in Table 4.6.4.2-1.

---

[11] This message is sent reliably when it is sent over the Reverse Traffic Channel.

Multi-Flow Packet Application                                                      TIA-856-B

**Table 4.6.4.2-1. LocationType Encoding**

| LocationType | LocationLength | Meaning |
|---|---|---|
| 0x00 | N/A | No location is stored |
| 0x01 | 0x05 | Location compatible with [3] (see Table 4.6.4.2-2) |
| All other values | N/A | Reserved |

LocationLength      The access network shall set this field to the length of the LocationValue field in octets as specified in Table 4.6.4.2-1.

LocationValue       The access network shall set this field to the Location of type specified by LocationType. If LocationType is set to 0x01, the access network shall set this field as shown in Table 4.6.4.2-2, where SID, NID, and PACKET_ZONE_ID correspond to the current access network.

**Table 4.6.4.2-2. Subfields of LocationValue when LocationType = 0x01**

| Sub-fields of LocationValue | # of bits |
|---|---|
| SID | 15 |
| Reserved | 1 |
| NID | 16 |
| PACKET_ZONE_ID | 8 |

| Channels | CC | FTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

4.6.4.2.4 LocationComplete

The access terminal sends this message in response to the LocationAssignment message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID           The access terminal shall set this field to 0x06.

TransactionID       The access terminal shall set this field to the TransactionID field of the corresponding LocationAssignment message.

TIA-856-B                                                    Multi-Flow Packet Application

| **Channels** | AC | RTC | | **SLP** | Best Effort |
|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | 40 |

**4.6.4.2.5 StorageBLOBRequest**

The access network uses this message to query the access terminal of its StorageBLOB information.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID          The access network shall set this field to 0x10.

| **Channels** | CC | FTC | | **SLP** | Best Effort |
|---|---|---|---|---|---|
| **Addressing** | | unicast | | **Priority** | 40 |

**4.6.4.2.6 StorageBLOBNotification**

The access terminal sends the StorageBLOBNotification message in response to the StorageBLOBRequest message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| StorageBLOBType | 16 |
| StorageBLOBLength | 8 |
| StorageBLOB | 0 or 8 × StorageBLOBLength |

MessageID          The access terminal shall set this field to 0x11.

StorageBLOBType

The access terminal shall set this field to zero if the value of its stored StorageBLOB is NULL; otherwise, the access terminal shall set this field to the stored value of StorageBLOBType.

StorageBLOBLength

The access terminal shall set this field if the value of its stored StorageBLOB is NULL; otherwise, the access terminal shall set this field to the stored value of StorageBLOBLength.

StorageBLOB          The access terminal shall not include this field if the value of its stored StorageBLOB is NULL; otherwise, the access terminal shall set this field to the stored value of StorageBLOB.

Multi-Flow Packet Application                                                    TIA-856-B

| **Channels** | AC | RTC | **SLP** | Best Effort |
|---|---|---|---|---|

| **Addressing** | unicast | **Priority** | 40 |
|---|---|---|---|

#### 4.6.4.2.7 StorageBLOBAssignment

The access network uses this message to update the StorageBLOB information of the access terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| StorageBLOBType | 16 |
| StorageBLOBLength | 8 |
| StorageBLOB | $8 \times$ StorageBLOBLength |

MessageID             The access network shall set this field to 0x12.

TransactionID         The access network shall increment this value for each new StorageBLOBAssignment message sent.

StorageBLOBType       The access network shall set this field to the StorageBLOBType. The access network shall set this field to zero if StorageBLOB is NULL. Otherwise, the access network shall set this field as defined in [10].

                      StorageBLOBLength
                      The access network shall set this field to the length of the StorageBLOB field in octets. The access network shall set this field to zero if StorageBLOB is NULL.

StorageBLOB           The access network shall not include this field if the StorageBLOB is NULL. Otherwise, the access network shall set this field to the StorageBLOB.

| **Channels** | CC | FTC | **SLP** | Best Effort |
|---|---|---|---|---|

| **Addressing** | unicast | **Priority** | 40 |
|---|---|---|---|

#### 4.6.4.2.8 StorageBLOBComplete

The access terminal sends this message in response to the StorageBLOBAssignment message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

1    MessageID          The access terminal shall set this field to 0x13.

2    TransactionID      The access terminal shall set this field to the TransactionID field of
3                           the corresponding StorageBLOBAssignment message.

4

| Channels | AC | RTC |
|---|---|---|
| **Addressing** | unicast | |

| SLP | Best Effort |
|---|---|
| **Priority** | 40 |

5    4.6.4.3 Interface to Other Protocols

6    4.6.4.3.1 Commands

7    This protocol does not issue any commands.

8    4.6.4.3.2 Indications

9    This protocol registers to receive the following indications:

10    • *AddressManagement.SubnetChanged* (access network only)

**4.7 Flow Control Protocol**

4.7.1 Overview

The Flow Control Protocol provides procedures and messages used by the access terminal and the access network to perform flow control for the Multi-Flow Packet Application.

This protocol can be in one of the following states:

- Close State: in this state the Multi-Flow Packet Application does not send or receive any RLP packets or DataOverSignaling messages.

- Open State: in this state the Multi-Flow Packet Application can send and receive RLP packets and DataOverSignaling messages.

Figure 4.7.1-1 and Figure 4.7.1-2 show the state transition diagram at the access terminal and the access network.



**Figure 4.7.1-1. Flow Control Protocol State Diagram (Access Terminal)**



**Figure 4.7.1-2. Flow Control Protocol State Diagram (Access Network)**

The flow control protocol is a protocol associated with the Multi-Flow Packet Application. The application subtype for this application is defined in [10].

4.7.2 Primitives and Public Data

4.7.2.1 Commands

This protocol does not define any commands.

4.7.2.2 Return Indications

This protocol does not return any indications.

4.7.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

4.7.4 Procedures and Messages for the InUse Instance of the Protocol

4.7.4.1 Procedures

4.7.4.1.1 Transmission and Processing of DataReady Message

The access network may send a DataReady message to indicate that there is data corresponding to this packet application waiting to be transmitted.

The access terminal shall send a DataReadyAck within the time period specified by $T_{FCResponse}$ after reception of the DataReady message to acknowledge reception of the message.

4.7.4.1.2 Close State

4.7.4.1.2.1 Access Terminal Requirements

The access terminal shall send an XonRequest message or an RLP packet (corresponding to this instance of the Multi-Flow Packet Application) or a DataOverSignaling message (corresponding to this instance of the Multi-Flow Packet Application) when it is ready to exchange RLP packets or DataOverSignaling messages with the access network. The access terminal should send an XonRequest message or an RLP packet (corresponding to this instance of the Multi-Flow Packet Application) or a DataOverSignaling message (corresponding to this instance of the Multi-Flow Packet Application) when it receives a DataReady from the access network.

The access terminal shall transition to the Open State when it sends an XonRequest message or when it sends an RLP packet (corresponding to this instance of the Multi-Flow Packet Application) or when it sends a DataOverSignaling message (corresponding to this instance of the Multi-Flow Packet Application).

4.7.4.1.2.2 Access Network Requirements

The access network shall not send any RLP packets or DataOverSignaling messages in this state.

If the access network receives an XonRequest message, it shall:

- Send an XonResponse message within the time period specified by $T_{FCResponse}$ after reception of the XonRequest message to acknowledge reception of the message.

- Transition to the Open State.

The access network shall also transition to the Open State if it receives an RLP packet (corresponding to this instance of the Multi-Flow Packet Application) or a DataOverSignaling message (corresponding to this instance of the Multi-Flow Packet Application).

### 4.7.4.1.3 Open State

In this state, the access terminal and the access network may send or receive any RLP packets or DataOverSignaling messages.

### 4.7.4.1.3.1 Access Terminal Requirements

The access terminal may re-send an XonRequest message if it does not receive an XonResponse message or an RLP packet (corresponding to this instance of the Multi-Flow Packet Application) or a DataOverSignaling message (corresponding to this instance of the Multi-Flow Packet Application) within the time period specified by $T_{FCResponse}$ after sending the XonRequest message.

The access terminal should send an XonRequest message if it receives a DataReady message.

The access terminal may send an XoffRequest message to request the access network to stop sending RLP packets and DataOverSignaling messages. The access terminal shall transition to the Close state when it receives an XoffResponse message.

The access terminal may re-send an XoffRequest message if it does not receive an XoffResponse message within the time period specified by $T_{FCResponse}$ after sending the XoffRequest message.

### 4.7.4.1.3.2 Access Network Requirements

If the access network receives an XoffRequest message, it shall

- Send an XoffResponse message within the time period specified by $T_{FCResponse}$ after reception of XoffRequest message to acknowledge reception of the message.

- Transition to the Close State.

If the access network receives an XonRequest message, it shall send an XonResponse message within the time period specified by $T_{FCResponse}$ after reception of the XonRequest message to acknowledge reception of the message.

### 4.7.4.2 Message Formats

### 4.7.4.2.1 XonRequest

The access terminal sends this message to request transition to the Open State.

TIA-856-B                                                 Multi-Flow Packet Application

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID                The access terminal shall set this field to 0x07.

| Channels | AC | RTC | | SLP | Best Effort |
|----------|----|----|--|-----|-------------|
| Addressing | | unicast | | Priority | 40 |

### 4.7.4.2.2 XonResponse

The access network sends this message to acknowledge reception of the XonRequest message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID                The access network shall set this field to 0x08.

| Channels | CC | FTC | | SLP | Best Effort |
|----------|-----|-----|--|-----|-------------|
| Addressing | | unicast | | Priority | 40 |

### 4.7.4.2.3 XoffRequest

The access terminal sends this message to request transition to the Close State.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID                The access terminal shall set this field to 0x09.

| Channels | AC | RTC | | SLP | Best Effort |
|----------|----|----|--|-----|-------------|
| Addressing | | unicast | | Priority | 40 |

### 4.7.4.2.4 XoffResponse

The access network sends this message to acknowledge reception of the XoffRequest message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID              The access network shall set this field to 0x0a.

| Channels | CC          FTC | | SLP | Best Effort |
|----------|-----------------|---|-----|-------------|
| Addressing | unicast | | Priority | 40 |

### 4.7.4.2.5 DataReady

The access network sends this message to indicate that there is data corresponding to this packet application awaiting to be transmitted.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

MessageID              The access network shall set this field to 0x0b.

TransactionID          The access network shall increment this value for each new DataReady message sent.

| Channels | CC          FTC | | SLP | Best Effort |
|----------|-----------------|---|-----|-------------|
| Addressing | unicast | | Priority | 40 |

### 4.7.4.2.6 DataReadyAck

The access terminal sends this message to acknowledge reception of a DataReady message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

MessageID              The access terminal shall set this field to 0x0c.

TransactionID          The access terminal shall set this value to the value of the TransactionID field of the corresponding DataReady message.

TIA-856-B                                                    Multi-Flow Packet Application

| **Channels** | AC              RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

1    4.7.5 Interface to Other Protocols

2    4.7.5.1 Commands

3    This protocol does not issue any commands.

4    4.7.5.2 Indications

5    This protocol does not register to receive any indications.

6    4.7.6 Protocol Numeric Constants

7

| Constant | Meaning | Value |
|---|---|---|
| T$_{FCResponse}$ | Time period within which the access terminal and access network are to respond to flow control messages. | 1 second |

**4.8 Configuration Attributes for the Multi-Flow Packet Application**

The access terminal shall support default values of all attributes.

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Multi-Flow Packet Application. The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following configurable attributes belonging to the Multi-Flow Packet Application:

- Flow*NN*TimersFwd,
- Flow*NN*TimersRev,
- Flow*NN*NakEnableFwd,
- Flow*NN*NakEnableRev,
- Flow*NN*PhysicalLayerNakEnableRev,
- Flow*NN*HigherLayerProtocolFwd,
- Flow*NN*HigherLayerProtocolRev,
- Flow*NN*IdentificationFwd,
- Flow*NN*IdentificationRev,
- Flow*NN*ReservationFwd,
- Flow*NN*ReservationRev,
- Flow*NN*TransmitAbortTimerRev,
- Flow*NN*DataOverSignalingAllowedRev,
- Reservation*KK*IdleStateFwd,
- Reservation*KK*IdleStateRev,
- Reservation*KK*QoSRequestFwd,
- Reservation*KK*QoSRequestRev,
- Reservation*KK*QoSResponseFwd,
- Reservation*KK*QoSResponseRev, and
- ANSupportedQoSProfiles

If the value of the ATNAKDelaySupported attribute is 0x01, then the access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following attribute:

- Flow*NN*NakDelayTimeFwd

where *NN* is hexadecimal RLP flow number in the range 0x00 to *M* - 1 inclusive, where *M* is MaxNumRLPFlowsFwd or MaxNumRLPFlowsRev for an RLP flow on the forward link or reverse link respectively and *KK* is the two-digit hexadecimal ReservationLabel.

TIA-856-B                                                          Multi-Flow Packet Application

The updated values of the attributes shall be consistent with the value of the MaxActivatedRLPFlowsFwd and MaxActivatedRLPFlowsRev attributes.

The access terminal shall not send an AttributeUpdateRequest message proposing to update the value of the ANSupportedQoSProfile attribute.

The number of Forward Link Reservations that satisfy at least one of the following conditions shall not exceed the value of the MaxNumReservationFwd attribute:

- The Reservation is in Open state.

- The Reservation is bound to a link flow.

- The Reservation*KK*QoSRequestFwd corresponding to the Reservation is set to a non-default value.

The number of Reverse Link Reservations that satisfy at least one of the following conditions shall not exceed the value of the MaxNumReservationsRev attribute:

- The Reservation is in Open state.

- The Reservation is bound to a link flow.

- The Reservation*KK*QoSRequestRev corresponding to the Reservation is set to a non-default value.

4.8.1 Simple Attributes

The negotiable simple attribute for this protocol is listed in Table 4.8-1. The access terminal and the access network shall use as defaults the values in Table 4.8-1 typed in **bold italics**.

Multi-Flow Packet Application                                              TIA-856-B

**Table 4.8-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xffff | RANHandoff | ***0x00*** | The access terminal shall not send an unsolicited LocationNotification message. The access network does not switch between the radio access technologies (e.g. specified in [3]) in a manner that preserves the state of all protocol layers at or above the data link layer. |
| | | 0x01 | The access terminal shall send an unsolicited LocationNotification message (e.g. specified in [3]). The access network switches between the radio access technologies specified in [3] in a manner that preserves the state of all protocol layers at or above the data link layer. |
| | | All other values | Reserved |
| 0xfffc | MaxAbortTimer | ***0x05*** | Maximum abort timer is 500 ms. |
| | | 0x00 to 0x64 | Maximum abort timer in units of 100 ms. |
| | | All other values | Reserved |
| 0xfe*NN*<br><br>*NN* is the two-digit hexadecimal RLP flow number of the forward RLP flow in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive. | Flow*NN*NakEnableFwd<br><br>*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd - 1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | 0x00 | Forward link Nak disabled. |
| | | ***0x01*** | Forward link Nak enabled. |
| | | All other values | Reserved. |
| 0xfd*NN*<br><br>*NN* is the two-digit | Flow*NN*NakEnableRev<br><br>*NN* is the two-digit hexadecimal RLP flow | 0x00 | Reverse link Nak disabled. |
| | | ***0x01*** | Reverse link Nak enabled. |

TIA-856-B                                                  Multi-Flow Packet Application

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive. | number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | All other values | Reserved. |
| 0xfc*NN*<br><br>*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive. | Flow*NN*HigherLayerProtocolFwd<br><br>*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x01*** | The higher layer protocol is octet-based HDLC-like framing [17]. |
| | | All other values | Defined in [10] |
| 0xfb*NN*<br><br>*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive. | Flow*NN*HigherLayerProtocolRev<br><br>*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x01*** | The higher layer protocol is octet-based HDLC-like framing [17]. |
| | | All other values | Defined in [10] |
| 0xfa*NN*<br><br>*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive. | Flow*NN*PhysicalLayerNakEnableRev<br><br>*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x01*** | RLP is to retransmit octets when a *PhysicalLayer.ReverseTrafficPacketsMissed* indication is received. |
| | | 0x00 | RLP is to ignore *PhysicalLayer.ReverseTrafficPacketsMissed* indication. |
| | | All other values | Reserved |
| 0xf9*KK*<br><br>*KK* is the two- | Reservation*KK*IdleStateFwd | ***0x00*** | Reservation does not change states when a Connection is opened or closed. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| digit hexadecimal ReservationLabel of the forward Reservation in the range 0x00 to 0xff inclusive. | *KK* is the two-digit hexadecimal ReservationLabel in the range 0x00 to 0xff inclusive, where hexadecimal digits A through F are specified in upper case letters. | 0x01 | Reservation transitions to the Close state when a Connection is closed. |
| | | 0x02 | Reservation transitions to the Open state when a Connection is opened and transitions to the Close state when a Connection is closed. |
| | | All other values | Reserved |
| 0xf8*KK*

*KK* is the two-digit hexadecimal ReservationLabel of the reverse Reservation in the range 0x00 to 0xff inclusive. | Reservation*KK*IdleStateRev

*KK* is the two-digit hexadecimal ReservationLabel in the range 0x00 to 0xff inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | Reservation does not change states when a Connection is opened or closed. |
| | | 0x01 | Reservation transitions to the Close state when a Connection is closed. |
| | | 0x02 | Reservation transitions to the Open state when a Connection is opened and transitions to the Close state when a Connection is closed. |
| | | All other values | Reserved |
| 0xf7*NN*

*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive. | Flow*NN*TransmitAbortTimerRev

*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x0000*** | Maximum delay for transmission of a higher layer octet for RLP flow *NN* is not specified. |
| | | 0x0001 – 0x03e8 | Maximum delay for transmission of a higher layer octet for RLP flow *NN* in units of 5 ms. |
| | | All other values | Reserved |
| 0xf6*NN*
*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive. | Flow*NN*DataOverSignalingAllowedRev
*NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | Access terminal is not allowed to send DataOverSignaling messages for this RLP flow. |
| | | 0x01 | Access terminal is allowed to send DataOverSignaling messages for this RLP flow. |
| | | All other values | Reserved |

TIA-856-B                                                     Multi-Flow Packet Application

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xe7*NN* | Flow*NN*NakDelayTimeFwd | *0x00* | The values of the NAK Delay Time for flow *NN* is zero. |
| | | 0x01 – 0xff | The values of the NAK Delay Time for flow *NN* is specified by the value of this attribute in units of 10 ms. |
| 0xfff9 | ATNAKDelaySupported | *0x00* | The access terminal does not support a non-zero value for the Flow*NN*NakDelayTimeFwd. |
| | | 0x01 | The access terminal does support non-zero values for the Flow*NN*NakDelayTimeFwd. |
| | | All other values | Reserved |

1   4.8.2 Complex Attributes

2   The following complex attributes and default values are defined (see 14.3 for attribute
3   record definition).

4   4.8.2.1 Flow*NN*IdentificationFwd Attribute

5   *NN* is the two-digit hexadecimal RLP flow number of the forward RLP flow in the range 0x00
6   to MaxNumRLPFlowsFwd -1 inclusive, where hexadecimal digits A through F are specified
7   in upper case letters.

8

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| Active | 8 | See Table 4.8.2.1-1. |

Zero or one occurrence of the following four fields:

| SequenceLength | 8 | See Table 4.8.2.1-1. |
|----------------|---|----------------------|
| RLPIDLength | 8 | See Table 4.8.2.1-1. |
| RLPID | RLPIDLength | See Table 4.8.2.1-1. |
| Reserved | 0-7 (as needed) | N/A |

}

Length
: Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute exculding the Length field.

AttributeID
: The sender shall set this field to 0x01*NN*, where *NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive.

ValueID
: The sender shall set this field to an identifier assigned to this complex value.

Active
: The sender shall set this field to 0x01 to activate RLP flow number *NN*. The sender shall set this field to 0x00 de-activate RLP flow number *NN*.

SequenceLength
: If Active is set to 0x01, the sender shall set this field to the size of the sequence space in units of bits for this RLP flow. Otherwise, the sender shall omit this field.

RLPIDLength
: If Active is set to 0x00, the sender shall omit this field. Otherwise, the sender shall set this field to the length of the RLPID, in units of bits, for this RLP flow.

If SequenceLength and RLPIDLength fields are included, then the sum of SequenceLength and RLPIDLength shall be 22 or 14.

TIA-856-B                                                    Multi-Flow Packet Application

RLPID                     If Active is set to 0x00, the sender shall omit this field. Otherwise, the
                          sender shall set this field to an identifier for this RLP flow such that
                          the RLPIDs assigned to all activated forward RLP flows in the Multi-
                          Flow Packet Application are prefix-free.

Reserved                  The sender shall add reserved bits to make the length of the record
                          an integer number of octets. The sender shall set these bits to '0'. The
                          receiver shall ignore these bits.

Table 4.8.2.1-1 shows the default values of SequenceLength, RLPIDLength, and RLPID. The
access network or access terminal shall return a *Failed* indication if the attribute
negotiation fails for RLP flows RLP0x01 through RLP MaxNumRLPFlowsFwd -1.

**Table 4.8.2.1-1. Default Values of SequenceLength, RLPIDLength, and RLPID in the**
**Flow*NN*IdentificationFwd attribute**

| RLP flow 0x*NN* | Default Active | Default SequenceLength | Default RLPIDLength | Default RLPID |
|---|---|---|---|---|
| 0x00 | 0x01 | 21 | 1 | '0' |
| 0x01 through MaxNumRLPFlowsFwd -1 | 0x00 | N/A | N/A | N/A |

4.8.2.2 Flow*NN*IdentificationRev Attribute

*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00
to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified
in upper case letters.

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| Active | 8 | See Table 4.8.2.2-1. |

Zero or one occurrence of the following four fields:

| SequenceLength | 8 | See Table 4.8.2.2-1. |
|----------------|---|----------------------|
| RLPIDLength | 8 | See Table 4.8.2.2-1. |
| RLPID | RLPIDLength | See Table 4.8.2.2-1. |
| Reserved | 0-7 (as needed) | N/A |

}

Length
: Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID
: The sender shall set this field to 0x02*NN*, where *NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive.

ValueID
: The sender shall set this field to an identifier assigned to this complex value.

Active
: The sender shall set this field to 0x01 to activate RLP flow number *NN*. The sender shall set this field to 0x00 de-activate RLP flow number *NN*.

SequenceLength
: If Active is set to 0x00, the sender shall omit this field. Otherwise, Active the sender shall set this field to the size of the sequence space in units of bits for this RLP flow.

RLPIDLength
: If Active is set to 0x00, the sender shall omit this field. Otherwise, the sender shall set this field to the length of the RLPID, in units of bits, for this RLP flow.

If SequenceLength and RLPIDLength fields are included, then the sum of SequenceLength and RLPIDLength shall be 22 or 14.

RLPID
: If Active is set to 0x00, the sender shall omit this field. Otherwise, the sender shall set this field to an identifier for this RLP flow such that the RLPIDs assigned to all activated reverse RLP flows in the Multi-Flow Packet Application are prefix-free.

Reserved               The sender shall add reserved bits to make the length of the record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore these bits.

Table 4.8.2.2-1 shows the default values of SequenceLength, RLPIDLength, and RLPID. The access network or access terminal shall return a *Failed* indication if the attribute negotiation fails for RLP flows RLP0x01 through RLP MaxNumRLPFlowsRev -1.

**Table 4.8.2.2-1. Default Values of SequenceLength, RLPIDLength, and RLPID in the Flow*NN*IdentificationRev attribute**

| RLP flow 0x*NN* | Default Active | Default SequenceLength | Default RLPIDLength | Default RLPID |
|---|---|---|---|---|
| 0x00 | 0x01 | 21 | 1 | '0' |
| 0x01 through MaxNumRLP FlowsRev -1 | 0x00 | N/A | N/A | N/A |

### 4.8.2.3 Flow*NN*TimersFwd Attribute

*NN* is the two-digit hexadecimal RLP flow number of the forward RLP flow in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive, where hexadecimal digits A through F are specified in upper case letters.

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| AbortTimer | 16 | 0x01f4 |
| FlushTimer | 16 | 0x012c |

Length                 Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID            The sender shall set this field to 0x03*NN*, where *NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive.

ValueID                The sender shall set this field to an identifier assigned to this complex value.

AbortTimer             The sender shall set this field to the value of the RLP abort timer for this forward RLP flow in units of ms. The sender shall not set this field to a value greater than MaxAbortTimer.

FlushTimer    The sender shall set this field to the value of the RLP flush timer for this forward RLP flow in units of ms. The value of the RLP flush timer shall be less than or equal to that of the corresponding abort timer.

### 4.8.2.4 Flow*NN*TimersRev Attribute

*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters.

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| AbortTimer | 16 | 0x01f4 |
| FlushTimer | 16 | 0x012c |

Length    Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID    The sender shall set this field to 0x04*NN*, where *NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive.

ValueID    The sender shall set this field to an identifier assigned to this complex value.

AbortTimer    The sender shall set this field to the value of the RLP abort timer for this reverse RLP flow in units of ms. The sender shall not set this field to a value greater than MaxAbortTimer.

FlushTimer    The sender shall set this field to the value of the RLP flush timer for this reverse RLP flow in units of ms. The value of the RLP flush timer shall be less than or equal to that of the corresponding abort timer.

### 4.8.2.5 Flow*NN*ReservationFwd Attribute

*NN* is the two-digit hexadecimal RLP flow number of the forward RLP flow in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive, where hexadecimal digits A through F are specified in upper case letters.

TIA-856-B                                               Multi-Flow Packet Application

| Field | Length (bits) | Default for *NN* = 0x00 | Default for *NN > 0x00* |
|-------|---------------|-------------------------|--------------------------|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more of the following record:

| | | | |
|-------|---------------|-------------------------|--------------------------|
| ValueID | 8 | N/A | N/A |
| ReservationCount | 8 | 0x01 | 0x00 |

ReservationCount occurrence of the following field:

| | | | |
|-------|---------------|-------------------------|--------------------------|
| ReservationLabel | 8 | 0xff | N/A |

Length                 Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID            The sender shall set this field to 0x05*NN*, where *NN* is the two-digit hexadecimal RLP flow number in the range 0x00 to MaxNumRLPFlowsFwd -1 inclusive.

ValueID                The sender shall set this field to an identifier assigned to this complex value.

ReservationCount       The sender shall set this field to the number of reservations associated with this RLP flow.

ReservationLabel       The sender shall set this field to the ReservationLabel of the reservation associated with this RLP flow.

4.8.2.6 Flow*NN*ReservationRev Attribute

*NN* is the two-digit hexadecimal RLP flow number of the reverse RLP flow in the range 0x00 to MaxNumRLPFlowsRev -1 inclusive, where hexadecimal digits A through F are specified in upper case letters.

Multi-Flow Packet Application                                              TIA-856-B

| Field | Length (bits) | Default for *NN* = 0x00 | Default for *NN* >= 0x00 |
|-------|---------------|-------------------------|--------------------------|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |
| One or more of the following record: | | | |
| ValueID | 8 | N/A | N/A |
| ReservationCount | 8 | 0x01 | 0x00 |
| ReservationCount occurrence of the following field: | | | |
| ReservationLabel | 8 | 0xff | N/A |

Length             Length of the complex attribute in octets. The sender shall set this
                   field to the length of the complex attribute excluding the Length field.

AttributeID        The sender shall set this field to 0x06*NN*, where *NN* is the two-digit
                   hexadecimal RLP flow number in the range 0x00 to
                   MaxNumRLPFlowsRev -1 inclusive.

ValueID            The sender shall set this field to an identifier assigned to this
                   complex value.

ReservationCount   The sender shall set this field to the number of reservations
                   associated with this RLP flow.

ReservationLabel   The sender shall set this field to the ReservationLabel of the
                   reservation associated with this RLP flow.

4.8.2.7 SupportedHigherLayerProtocols Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| ProtocolCount | 8 | 0x01 |
| ProtocolCount occurrence of the following field: | | |
| ProtocolIdentifier | 8 | 0x01 |

Length             Length of the complex attribute in octets. The sender shall set this
                   field to the length of the complex attribute excluding the Length field.

AttributeID        The sender shall set this field to 0x0000.

TIA-856-B                                                           Multi-Flow Packet Application

| | |
|---|---|
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| ProtocolCount | The sender shall set this field to the number of occurrences of the ProtocolIdentifier field in this record. |
| ProtocolIdentifier | The sender shall set this field to an identifier for the supported higher layer protocol as defined in [10]. |

4.8.2.8 ATSupportedQoSProfiles Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One occurrence of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| QoSProfileCount | 8 | 0 |

QoSProfileCount of the following record:

| | | |
|---|---|---|
| ProfileLength | 8 | N/A |
| ProfileValue | ProfileLength × 8 | N/A |

| | |
|---|---|
| Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| AttributeID | The sender shall set this field to 0x0002. |
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| QoSProfileCount | The sender shall set this field to the number of QoS Profiles that are included in this message. |
| ProfileType | The sender shall set this field to indicate the profile type. The sender shall set this field according to [10]. |
| ProfileLength | The sender shall set this field to length of the ProfileValue field in units of octets. |
| ProfileValue | The sender shall set this field to the profile according to [10]. |

Multi-Flow Packet Application                                                TIA-856-B

4.8.2.9 ANSupportedQoSProfiles Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |
| One occurrence of the following record: | | |
| ValueID | 8 | N/A |
| QoSProfileCount | 8 | 0 |
| QoSProfileCount of the following record: | | |
| ProfileType | 8 | N/A |
| ProfileLength | 8 | N/A |
| ProfileValue | ProfileLength × 8 | N/A |

Length                    Length of the complex attribute in octets. The sender shall set this
                          field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x0003.

ValueID                   The sender shall set this field to an identifier assigned to this
                          complex value.

QoSProfileCount           The sender shall set this field to the number of QoS Profiles that are
                          included in this message.

ProfileType               The sender shall set this field to indicate the profile type. The sender
                          shall set this field according to [10].

ProfileLength             The sender shall set this field to length of the ProfileValue field in
                          units of octets.

ProfileValue              The sender shall set this field to the profile according to [10].

4.8.2.10 MaxRLPFlows Attribute

TIA-856-B                                              Multi-Flow Packet Application

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| MaxNumRLPFlowsFwd | 8 | *0x06* |
| MaxNumRLPFlowsRev | 8 | *0x06* |
| MaxActivatedRLPFlowsFwd | 8 | *0x03* |
| MaxActivatedRLPFlowsRev | 8 | *0x03* |

1  Length                    Length of the complex attribute in octets. The sender shall set this
2                            field to the length of the complex attribute excluding the Length field.

3  AttributeID               The sender shall set this field to 0x0004.

4  ValueID                   The sender shall set this field to an identifier assigned to this
5                            complex value.

6  MaxNumRLPFlowsFwd
7                            The sender shall set this field to indicate the maximum total number
8                            of activated and deactivated forward link RLP flows supported. The
9                            value shall be in the range of 0x06 to 0x1f, inclusive

10 MaxNumRLPFlowsRev
11                           The sender shall set this field to indicate the maximum total number
12                           of activated and deactivated reverse link RLP flows supported. The
13                           value shall be in the range of 0x06 to 0x1f, inclusive.

14 MaxActivatedRLPFlowsFwd
15                           The sender shall set this field to indicate the maximum number of
16                           simultaneous activated forward link RLP Flows supported. The value
17                           shall be in the range of 0x03 to MaxNumRLPFlowsFwd, inclusive.

18 MaxActivatedRLPFlowsRev
19                           The sender shall set this field to indicate the maximum number of
20                           simultaneous activated reverse link RLP Flows supported. The value
21                           shall be in the range of 0x03 to MaxNumRLPFlowsRev, inclusive.

22 4.8.2.11 Reservation*KK*QoSRequestFwd Attribute

23 *KK* is the two-digit hexadecimal ReservationLabel, where hexadecimal digits A through F
24 are specified in upper case letters.
25

Multi-Flow Packet Application                                          TIA-856-B

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| ProfileType | 8 | **_0x00_** |
| ProfileLength | 16 | **_0x0000_** |
| ProfileValue | ProfileLength × 8 | N/A |

Length            Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID      The sender shall set this field to 0x07*KK*, where *KK* is the two-digit hexadecimal ReservationLabel.

ValueID         The sender shall set this field to an identifier assigned to this complex value.

ProfileType      The sender shall set this field to indicate the profile type. The sender shall set this field as defined in [10].

ProfileLength    The sender shall set this field to length of the ProfileValue field in units of octets. If ProfileType is equal to 0x00, then the sender shall set this field to 0x0000.

ProfileValue     The sender shall set this field to the Profile Value corresponding to the Profile Type according to [10]. If ProfileType is equal to 0x00, then the sender shall omit this field. If ProfileType is equal to 0x01, if the ANSupportedQoSProfiles attribute does not have a default value, and if this attribute is included in an AttributeUpdateRequest then the requested Flow Profile IDs shall be a subset of the Flow Profile IDs in the ProfileValue fields of ANSupportedQoSProfiles attribute.

4.8.2.12 Reservation*KK*QoSRequestRev Attribute

*KK* is the two-digit hexadecimal ReservationLabel, where hexadecimal digits A through F are specified in upper case letters.

TIA-856-B                                                    Multi-Flow Packet Application

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| ProfileType | 8 | *0x00* |
| ProfileLength | 16 | *0x0000* |
| ProfileValue | ProfileLength × 8 | N/A |

1  Length      Length of the complex attribute in octets. The sender shall set this
2  field to the length of the complex attribute excluding the Length field.

3  AttributeID      The sender shall set this field to 0x08*KK*, where *KK* is the two-digit
4  hexadecimal ReservationLabel.

5  ValueID      The sender shall set this field to an identifier assigned to this
6  complex value.

7  ProfileType      The sender shall set this field to indicate the profile type. The sender
8  shall set this field as defined in [10].

9  ProfileLength      The sender shall set this field to length of the ProfileValue field in
10  units of octets. If ProfileType is equal to 0x00, then the sender shall
11  set this field to 0x0000.

12  ProfileValue      The sender shall set this field to the Profile Value corresponding to
13  the Profile Type according to [10]. If ProfileType is equal to 0x00, then
14  the sender shall omit this field. If ProfileType is equal to 0x01, if the
15  ANSupportedQoSProfiles attribute does not have a default value, and
16  if this attribute is included in an AttributeUpdateRequest then the
17  requested Flow Profile IDs shall be a subset of the Flow Profile IDs in
18  the ProfileValue fields of ANSupportedQoSProfiles attribute.

19  4.8.2.13 Reservation*KK*QoSResponseFwd Attribute

20  *KK* is the two-digit hexadecimal ReservationLabel, where hexadecimal digits A through F
21  are specified in upper case letters.
22

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| ProfileType | 8 | ***0x00*** |
| ProfileLength | 16 | ***0x0000*** |
| ProfileValue | ProfileLength × 8 | N/A |

Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID | The sender shall set this field to 0x09*KK*, where *KK* is the two-digit hexadecimal ReservationLabel.

ValueID | The sender shall set this field to an identifier assigned to this complex value.

ProfileType | The sender shall set this field to indicate the profile type. The sender shall set this field as defined in [10].

ProfileLength | The sender shall set this field to length of the ProfileValue field in units of octets. If ProfileType is equal to 0x00, then the sender shall set this field to 0x0000.

ProfileValue | The sender shall set this field to the Profile Value corresponding to the Profile Type according to [10]. If ProfileType is equal to 0x00, then the sender shall omit this field.

## 4.8.2.14 Reservation*KK*QoSResponseRev Attribute

*KK* is the two-digit hexadecimal ReservationLabel, where hexadecimal digits A through F are specified in upper case letters.

TIA-856-B                                                     Multi-Flow Packet Application

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| ProfileType | 8 | *0x00* |
| ProfileLength | 16 | *0x0000* |
| ProfileValue | ProfileLength × 8 | N/A |

Length                    Length of the complex attribute in octets. The sender shall set this
                          field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x0a*KK*, where *KK* is the two-digit
                          hexadecimal ReservationLabel.

ValueID                   The sender shall set this field to an identifier assigned to this
                          complex value.

ProfileType               The sender shall set this field to indicate the profile type. The sender
                          shall set this field as defined in [10].

ProfileLength             The sender shall set this field to length of the ProfileValue field in
                          units of octets. If ProfileType is equal to 0x00, then the sender shall
                          set this field to 0x0000.

ProfileValue              The sender shall set this field to the Profile Value corresponding to
                          the Profile Type according to [10]. If ProfileType is equal to 0x00, then
                          the sender shall omit this field.

4.8.2.15 MaxReservations Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| MaxNumReservationsFwd | 8 | 0xff |
| MaxNumReservationsRev | 8 | 0xff |
| MaxNumOpenReservationsFwd | 8 | 0x0f |
| MaxNumOpenReservationsRev | 8 | 0x0f |

Length             Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID        The sender shall set this field to 0x0005.

ValueID            The sender shall set this field to an identifier assigned to this complex value.

MaxNumReservationsFwd
                   The sender shall set this field to indicate one less than the maximum total number of Forward Link Reservations supported that satisfy at least one of the following conditions:
                   a. The Reservation is in Open state.
                   b. The Reservation is bound to a link flow.
                   c. The Reservation$KK$QoSRequestFwd corresponding to the Reservation is set to a non-default value.
                   The value shall be in the range of 0x00 to 0xff, inclusive

MaxNumReservationsRev
                   The sender shall set this field to indicate one less than the maximum total number of Reverse Link Reservations supported that satisfy at least one of the following conditions:
                   a. The Reservation is in Open state.
                   b. The Reservation is bound to a link flow.
                   c. The ReservationKKQoSRequestRev corresponding to the Reservation is set to a non-default value.
                   The value shall be in the range of 0x00 to 0xff, inclusive.

MaxNumOpenReservationsFwd
                   The sender shall set this field to indicate one less than the maximum number of simultaneous Open Forward Link Reservations supported. The value shall be in the range of 0x00 to MaxNumReservationsFwd, inclusive.

TIA-856-B                                                    Multi-Flow Packet Application

MaxNumOpenReservationsRev

> The sender shall set this field to indicate one less than the maximum number of simultaneous Open Reverse Link Reservations supported. The value shall be in the range of 0x00 to MaxNumReservationsRev, inclusive.

## 4.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This application defines the following parameter records in addition to the configuration attributes for this application.

4.9.1 Location Parameter

**Table 4.9.1-1. The Format of the Parameter Record for the Location Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| LocationType | 8 |
| LocationValue | $8 \times (\text{Length} - 2)$ |

ParameterType          This field shall be set to 0x01 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

LocationType           This field shall be set to the value of LocationType associated with the access terminal's session.

LocationValue          This field shall be set to the stored value of LocationValue associated with the access terminal's session.

4.9.2 FlowControlState Parameter

**Table 4.9.2-1. The Format of the Parameter Record for the FlowControlState Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FlowControlState | 8 |

ParameterType          This field shall be set to 0x02 for this parameter record.

Length | This field shall be set to the length of this parameter record in units of octets excluding the Length field.

FlowControlState | This field shall be set to 0x00 if the state of the Flow Control Protocol associated with the access terminal's session is Close. Otherwise, this field shall be set to 0x01. All the other values for this field are reserved.

4.9.3 DataOverSignalingMessageSequence Parameter

**Table 4.9.3-1. The Format of the Parameter Record for the DataOverSignalingMessageSequence Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| Reserved1 | 2 |
| ReceivePointer | 6 |
| Reserved2 | 2 |
| TransmitPointer | 6 |

ParameterType | This field shall be set to 0x03 for this parameter record.

Length | This field shall be set to the length of this parameter record in units of octets excluding the Length field.

Reserved1 | The sender shall set this field to '00'. The receiver shall ignore this field.

ReceivePointer | This field shall be set to the value of the receive pointer for DataOverSignaling message validation, *V(R)*.

Reserved2 | The sender shall set this field to '00'. The receiver shall ignore this field.

TransmitPointer | This field shall be set to the value of the transmit pointer for DataOverSignaling message validation, *V(S)*.

TIA-856-B                                                     Multi-Flow Packet Application

4.9.4 StorageBLOB Parameter

**Table 4.9.4-1. The Format of the Parameter Record for the StorageBLOB Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| StorageBLOBLength | 8 |
| StorageBLOB | 0 or 8 × StorageBLOBLength |

ParameterType          This field shall be set to 0x04 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units
                       of octets excluding the Length field.

StorageBLOBType        This field shall be set to zero if the value of its stored StorageBLOB is
                       NULL; otherwise, this field shall be set to the stored value of
                       StorageBLOBType.

                       StorageBLOBLength
                       This field shall be set to zero if the value of its stored StorageBLOB is
                       NULL; otherwise, this field shall be set to the stored value of
                       StorageBLOBLength.

StorageBLOB            This field shall be omitted if the value of the stored StorageBLOB is
                       NULL; otherwise, this field shall be set to the stored value of
                       StorageBLOB.

Multi-Flow Packet Application                                                TIA-856-B

1   4.9.5 ReservationState Parameter

2   **Table 4.9.5-1. The Format of the Parameter Record for the ReservationState**
3   **Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| OpenReservationCount | 8 |

OpenReservationCount occurrences of the following record:

| | |
|---|---|
| Link | 1 |
| ReservationLabel | 8 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

4   ParameterType          This field shall be set to 0x05 for this parameter record.

5   Length                 This field shall be set to the length of this parameter record in units
6                          of octets excluding the Length field.

7   OpenReservationCount
8                          This field shall be set to the number of Reservations that are in the
9                          Open state.

10  Link                   This field shall be set to '1' for a forward Reservation, and to '0' for a
11                         reverse Reservation.

12  ReservationLabel       This field shall be set to the ReservationLabel of the Open
13                         Reservation.

14  Reserved               The sender shall add reserved bits to make the length of the entire
15                         parameter an integer number of octets. The sender shall set these
16                         bits to zero. The receiver shall ignore this field.

**5 3G1X CIRCUIT SERVICES NOTIFICATION APPLICATION**

**5.1 Introduction**

5.1.1 General Overview

The 3G1X Circuit Services Notification Application provides the 3G1X Circuit Services Notification Protocol to send notifications for cdma2000 1x circuit-switched services to the access terminal through the cdma2000 high rate packet data air interface while the access terminal is tuned to the cdma2000 high rate packet data channel. The access terminal and the access network can use the 3G1X Circuit Services Notification Protocol to configure a filtering mechanism that allows notifications associated with only certain circuit switched services to be sent through the high rate packet data air interface. The 3G1X Circuit Services Notification Protocol also ensures that the access terminal stays registered in the cdma2000 1x core circuit network even when it is monitoring the high rate packet data CDMA channel.

5.1.2 Public Data

This application shall make the following data public:

- Subtype for this application

**5.2 Data Encapsulation for the InUse Instance of the Application**

The 3G1X Circuit Services Notification Protocol sends a cdma2000 1x LAC encapsulated PDU as payload in a 3G1XServices message.

The 3G1X Circuit Services Notification Application uses the Signaling Application to transmit and receive messages.

**5.3 Protocol Initialization**

5.3.1 Protocol Initialization for the InConfiguration Application Instance

Upon creation, the InConfiguration instance of this application in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this application instance shall be set to the default values specified for each attribute.

- If the InUse instance of this application (i.e., corresponding to the stream or virtual stream to which this application is bound) has the same protocol subtype as this InConfiguration application instance, then the fall-back values of the attributes defined by the InConfiguration application instance shall be set to the values of the corresponding attributes values for the InUse application instance.

- The value for each attribute for this application instance shall be set to the fall-back value for that attribute.

- The value of the InConfiguration application instance public data shall be set to the value of the corresponding InUse application instance public data.

TIA-856-B                                   3G1X Circuit Services Notification Application

- The value of the application subtype associated with the InConfiguration application instance shall be set to the application subtype that identifies this application.

**5.4 Procedures and Messages for the InConfiguration Instance of the 3G1X Circuit Services Notification Application**

5.4.1 Procedures

This application uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

5.4.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this application, but are not defined by the InUse application instance shall be added to the public data of the InUse application.

- If the InUse instance of this application (corresponding to the virtual stream to which this application is bound) has the same subtype as this application instance, then

    - the access terminal and the access network shall set the attribute values associated with the InUse instance of this application to the attribute values associated with the InConfiguration instance of this application, and

    - the access terminal and the access network shall purge the InConfiguration instance of the application.

- If the InUse instance of this application (corresponding to the virtual stream to which this application is bound) does not have the same subtype as this application instance, then the access terminal and the access network shall perform the following:

    - The initial state of the InConfiguration instance of the 3G1X Circuit Services Notification Application at the access network shall be set to the Inactive State.

    - The access network shall set OtherActiveHRPDServicesCount to zero.

    - The InConfiguration instance of the 3G1X Circuit Services Notification Application at the access terminal and the access network shall become the InUse instance for the 3G1X Circuit Services Notification Application (corresponding to the stream or virtual stream to which this application is bound).

- All the public data that are not defined by this application shall be removed from the list of public data for the InUse application instance.

5.4.3 Message Formats

5.4.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x50.

TransactionID        The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord      The format of this record is specified in 14.3.

| **Channels** | FTC      RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

5.4.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

TIA-856-B                                    3G1X Circuit Services Notification Application

| Channels | | FTC     RTC | | SLP | Reliable |
|----------|---|---|---|-----|----------|
| **Addressing** | | unicast | | **Priority** | 40 |

## 5.5 3G1X Circuit Services Notification Protocol

5.5.1 Overview

The 3G1X Circuit Services Notification Protocol is used to send notifications for cdma2000 1x circuit-switched services to the access terminal through the cdma2000 high rate packet data air interface while the access terminal is tuned to the cdma2000 high rate packet data channel. Using the 3G1X Circuit Services Notification Protocol, the access terminal and the access network can configure a filtering mechanism that allows notifications associated with only certain circuit switched services to be sent through the high rate packet data air interface. The 3G1X Circuit Services Notification Protocol also ensures that the access terminal stays registered in the cdma2000 1x core circuit network even when it is monitoring the high rate packet data CDMA channel.

5.5.2 Primitives

5.5.2.1 Commands

This protocol defines the following commands:

- *IncrementOtherServiceCount*
- *DecrementOtherServiceCount*

5.5.2.2 Return Indications

This protocol returns the following indications:

- *3G1XParametersReceived*
- *3G1XParametersResetReceived*

5.5.3 Protocol Data Unit

The 3G1X Circuit Services Notification Protocol sends a cdma2000 1x Link Access Control (LAC) encapsulated Protocol Data Unit (PDU) containing a cdma2000 1x Layer 3 message as payload in a 3G1XServices message.

5.5.4 Procedures and Messages for the InUse Instance of the Protocol

5.5.4.1 Procedures

5.5.4.1.1 General Requirements

The 3G1X Circuit Services Notification Protocol receives a cdma2000 1x LAC encapsulated PDU containing a cdma2000 1x Layer 3 message for transmission from the higher layer [16], and forms a 3G1XServices message. As defined in [16], a LAC encapsulated PDU is a

LAC PDU together with the associated length and the Cyclic Redundancy Check (CRC) fields added by the Segmentation and Reassembly (SAR) sublayer of the cdma2000 1x LAC.

The higher layer shall set the ACK_REQ field of the encapsulated PDU to '0'. The higher layer shall set the VALID_ACK field of the encapsulated PDU to '0'. If the payload from the cdma2000 1x LAC layer is to be delivered reliably, then the sender shall set AckRequired field of the 3G1XServices message to '1'. Otherwise, the sender shall set the AckRequired field of the 3G1XServices message to '0'. Upon receiving a 3G1XServices message with AckRequired field set to '1', the receiver shall respond with a 3G1XServicesAck message. If the sender does not receive a 3G1XServicesAck message within an implementation specific time interval in response to the corresponding 3G1XServices message requiring an acknowledgment, then the sender should retransmit the 3G1XServices message an implementation specific number of times.

A 3G1XServices message shall have priority in the range 20 to 50, inclusive.

5.5.4.1.2 Access Terminal Requirements

Unless specified otherwise, requirements for the transmission and processing of cdma2000 1x messages shall be as specified in [16], [3], [19].

5.5.4.1.2.1 Transmission and Reception of LAC Encapsulated PDUs

The higher layer shall construct the LAC Encapsulated PDU as if for transmission on the r-csch or the r-dsch logical channel as defined in [16]. The higher layer shall omit the Radio Environment Report Fields (See [16] ) of the Utility Sublayer from the LAC Encapsulated PDU sent to the Stream Layer. The LAC Encapsulated PDU shall contain only messages with MessageIDs listed in the AllowedReverseLinkMessages attribute. If the LAC Encapsulated PDU contains an Order message, then the Order message shall contain only orders with (order codes, order qualification code) pairs listed in the OrderCodeReverse attribute. If an order qualification code is not included along with an order code in the OrderCodeReverse attribute, then the Order message may contain an order with any order qualification code for that order code.

If the access terminal includes in a message AUTHR whose generation requires a random challenge then the access terminal shall use the value of the RAND attribute as the 32-bit random challenge used for AUTHR computation (See [16]).

If the access terminal performs cdma2000 1x distance-based registration while monitoring the high rate packet data channel, then it shall use the Latitude and Longitude public data of the Overhead Messages Protocol in place of BASE_LAT and BASE_LONG respectively.

The access terminal shall process received LAC Encapsulated PDUs as follows:

- If the LAC Encapsulated PDU contains a message with MessageID not listed in the AllowedForwardLinkMessages attribute, then the access terminal shall silently discard the LAC Encapsulated PDU.

3G1X Circuit Services Notification Application

- Otherwise if the LAC Encapsulated PDU contains an Order message with the (order code, order qualification code) pair not listed in the OrderCodeForward attribute, then the access terminal shall silently discard the LAC Encapsulated PDU. The absence of an order qualification code along with an order code in the OrderCodeForward attribute shall be interpreted as all possible (order code, order qualification code) pairs for that order code have been listed in the OrderCodeForward attribute.

- Otherwise the access terminal shall pass the LAC Encapsulated PDU to the higher layer [16].

### 5.5.4.1.2.2 Processing a 3G1XParameters Message

Upon receiving a 3G1XParameters message, the access terminal shall send a 3G1XParametersAck message. If the 3G1XParametersSignature field of a received 3G1XParameters message is set to zero or is the same as the RouteUpdateTriggerCode public data of the Overhead Messages Protocol, then the access terminal shall issue a *3G1XParametersReceived* indication. Otherwise, the access terminal shall generate a *RouteUpdate.SendRouteUpdate* command.

### 5.5.4.1.2.3 Processing a 3G1XParametersReset Message

Upon reception of a 3G1XParametersReset message, the access terminal shall issue a 3G1XParametersResetReceived[12] indication and shall respond with a 3G1XParametersResetAck message.

### 5.5.4.1.3 Access Network Requirements

The 3G1X Circuit Services Notification Protocol at the access network can be in one of three states:

- Inactive State

- Idle Tunnel State

- Connected State

In the Idle Tunnel State, the access network does not have a connection with the access terminal and the access network is ready to send notifications for cdma2000 1x circuit-switched services to the access terminal through the cdma2000 high rate packet data air interface. In the Inactive State, the access network is not ready to send notifications for cdma2000 1x circuit-switched services to the access terminal through the cdma2000 high rate packet data air interface. In the Connected State, the access network has a connection with the access terminal and the access network is ready to send notifications for cdma2000 1x circuit-switched services to the access terminal through the cdma2000 high rate packet data air interface.

Figure 5.5.4.1.3-1 provides an overview of the access network states and state transitions.

---

[12] The access terminal can use this indication to clear all stored values of 3G1X circuit service fields of the 3G1XParameters message.



1

**Figure 5.5.4.1.3-1. 3G1X Circuit Services Notification Protocol State Diagram (Access Network)**

5.5.4.1.3.1 State Independent Requirements

The access network shall maintain a count of other active HRPD services, called OtherActiveHRPDServicesCount. If the 3G1X Circuit Services Notification Protocol receives an *IncrementOtherServiceCount* command, the access network shall increment OtherActiveHRPDServicesCount by one. If the 3G1X Circuit Services Notification Protocol receives a *DecrementOtherServiceCount* command, the access network shall decrement OtherActiveHRPDServicesCount by one.

The access network may send a 3G1XParameters message when the access network determines that the access terminal's cdma2000 1x circuit service parameters need to be updated. The access network may re-send the 3G1XParameters message if it has not received the corresponding 3G1XParametersAck message from the access terminal within an implementation defined time interval after sending the 3G1XParameters message.

The access network may send a 3G1XParametersReset message[13]. The access network may re-send the 3G1XParametersReset message if it has not received the corresponding 3G1XParametersResetAck message from the access terminal within an implementation defined time interval after sending the 3G1XParametersReset message.

Unless specified otherwise, requirements for the transmission and processing of cdma2000 1x messages shall be as specified in [16], [3], [19].

The access network shall construct a LAC Encapsulated PDU as if for transmission on the f-csch or the f-dsch logical channel as defined in [16]. The LAC Encapsulated PDU shall contain only messages with MessageIDs listed in the AllowedForwardLinkMessages attribute. If the LAC Encapsulated PDU contains an Order message, then the Order

---

[13] The access network can use this message to indicate that the access terminal is to clear all stored values of 3G1X circuit service fields of the 3G1XParameters message.

message shall contain only orders with (order codes, order qualification code) pairs listed in the OrderCodeForward attribute. If an order qualification code is not included along with an order code in the OrderCodeForward attribute, then the Order message may contain an order with any order qualification code for that order code.

If the higher layer sends a LAC Encapsulated PDU containing an Order Message, then the Order Message shall contain orders for one mobile station.

If the higher layer sends a LAC Encapsulated PDU containing a General Page Message, the General Page Message shall contain one mobile-station-addressed page. The General Page Message shall not contain a broadcast page or an enhanced broadcast page. The higher layer shall set the CLASS_0_DONE field of the General Page Message to '1'. The higher layer shall set the CLASS_1_DONE field of the General Page Message to '1'. The higher layer shall set the TMSI_DONE field of the General Page Message to '1'. The higher layer shall set the ORDERED_TMSIS field of the General Page Message to '1'. The higher layer shall set the BROADCAST_DONE field of the General Page Message to '1'.

The access network shall process received LAC Encapsulated PDUs as follows:

- If the LAC Encapsulated PDU contains a message with MessageID not listed in the AllowedReverseLinkMessages attribute, then the access network shall silently discard the LAC Encapsulated PDU.

- Otherwise if the LAC Encapsulated PDU contains an Order message with the (order code, order qualification code) pair not listed in the OrderCodeReverse attribute, then the access network shall silently discard the LAC Encapsulated PDU. The absence of an order qualification code along with an order code in the OrderCodeReverseattribute shall be interpreted as all possible (order code, order qualification code) pairs for that order code have been listed in the OrderCodeReverse attribute.

- Otherwise the access network shall pass the LAC Encapsulated PDU to the higher layer [16].

5.5.4.1.3.2 Inactive State Requirements

If the 3G1X Circuit Services Notification Protocol receives an *IdleState.ConnectionOpened* indication, the access network shall transition to the Connected State.

The 3G1X Circuit Services Notification Protocol shall transition to the Idle Tunnel State when the value of OtherActiveHRPDServicesCount changes from zero to one.

The access network shall not send cdma2000 1x LAC Encapsulated PDUs to the access terminal over the high rate packet data air interface.

5.5.4.1.3.3 Idle Tunnel State Requirements

If the 3G1X Circuit Services Notification Protocol receives an *IdleState.ConnectionOpened* indication, the access network shall transition to the Connected State.

The access network shall maintain a count-down timer, IdleTunnelTime, whenever the 3G1X Circuit Services Notification Protocol is in the Idle Tunnel state. The access network shall reset the count-down timer to MaxIdleTunnelTime when the protocol enters the Idle

Tunnel state. The access network shall stop the IdleTunnelTime count-down timer whenever OtherActiveHRPDServicesCount is greater than zero. The access network shall start the IdleTunnelTime count-down timer whenever the value of OtherActiveHRPDServicesCount changes from one to zero. The access network shall consider the IdleTunnelTime timer to be expired when the timer reaches zero.

The access network shall transition to the Inactive state when the IdleTunnelTime timer expires.

The access network shall not transmit a LAC Encapsulated PDU containing a General Page Message unless all of the following conditions are met:

- MessageID of the General Page Message is listed in the AllowedForwardLinkMessages attribute, and

- the service option of the page is included in the ServiceOptionIdle complex attribute.

The access network shall not transmit a LAC Encapsulated PDU containing a Data Burst Message (See [3]) unless all of the following conditions are met:

- Message ID of the Data Burst Message is listed in the AllowedForwardLinkMessages attribute, and

- one of the following conditions is met:

  – the Data Burst Message is addressed to the access terminal, and the burst type of the Data Burst Message is included in the BurstTypeIdle complex attribute, or

  – the Data Burst Message is addressed to a broadcast address, and the (burst type, broadcast address) pair of the Data Burst Message is included in the BurstTypeIdle complex attribute.

5.5.4.1.3.4 Connected State Requirements

If the 3G1X Circuit Services Notification Protocol receives a *RouteUpdate.ConnectionLost* or a *ConnectedState.ConnectionClosed* indication, then the access network shall transition to the Idle Tunnel State.

The access network shall not transmit a LAC Encapsulated PDU containing a General Page Message unless all of the following conditions are met:

- MessageID of the General Page Message is listed in the AllowedForwardLinkMessages attribute, and

- the service option of the page is included in the ServiceOptionConnected complex attribute.

The access network shall not transmit a LAC Encapsulated PDU containing a Data Burst Message (See [3]) unless all of the following conditions are met:

- Message ID of the Data Burst Message is listed in the AllowedForwardLinkMessages attribute, and

- one of the following conditions is met:

- the Data Burst Message is addressed to the access terminal, and the burst type of the Data Burst Message is included in the BurstTypeConnected complex attribute, or

- the Data Burst Message is addressed to a broadcast address, and the (burst type, broadcast address) pair of the Data Burst Message is included in the BurstTypeConnected complex attribute.

5.5.4.1.3.4.1 Processing of a 1x Service Redirection Message

If the access terminal receives a 1x *Service Redirection Message* via this protocol, the access terminal shall use the most recently received cdma2000 1x overhead parameter values (whether received from a 3G1XParameters message or from cdma2000 1x overhead channels) and the RAND attribute value to create a 1x LAC Encapsulated PDU per section 5.5.4.1.1 containing a cdma2000 1x *Origination Message* formatted according to [3], and shall send the LAC Encapsulated PDU if cdma2000 1x *Origination Message* is configured as one of the messages permitted to be sent by this protocol as specified by the AllowedReverseLinkMessages attribute.

5.5.4.1.3.4.2 Processing of a 1x (*MEID*) Universal Handoff Direction Message

If the AT receives a 1x *Universal Handoff Direction Message* or 1x *MEID Universal Handoff Direction Message* via this protocol, the access terminal shall follow the procedures of [3] with the following exceptions:

- If the access terminal is incapable of supporting the service option specified in the 1x (*MEID*) *Universal Handoff Direction Message* and if the Release Order is configured as one of the messages permitted to be sent by this protocol as specified by the AllowedReverseLinkMessages attribute, then the AT shall create a 1x LAC Encapsulated PDU per section 5.5.4.1.1 containing a 1x *Release Order* formatted according to [3], and shall send the LAC PDU to the access network per the procedures of this protocol. The access terminal shall cease further processing of the 1x [*MEID*] *Universal Handoff Direction Message*.

- The access terminal shall set the initial transmission power on the 1x radio network according to the procedures specified in section 2.1.2.3.1.4 of [2][14] with the following parameters:

    - ACC_CORRECTIONS set to $NOM\_PWR_s - 16 \times NOM\_PWR\_EXT_s$.

    - $RLGAIN\_ADJ_s$ set to zero

5.5.4.1.3.4.3 Transmission of a 1x *Service Redirection Message*

If the access network sends a 1x LAC Encapsulated PDU containing a 1x *Service Redirection Message*, then the access network shall set the fields of the 1x *Service Redirection Message* as indicated below:

---

[14] This procedure for setting the initial transmission power on the 1x radio network is to be used regardless of the 1x traffic channel Radio Configuration (i.e. RC) value assigned in the (M)UHDM.

- RETURN_IF_FAIL field shall be set to '0'.

- DELETE_TMSI field shall be set to '0'.

- REDIRECT_TYPE field shall be set to '0'.

- RECORD_TYPE field shall be set to '0000 0010'. (Redirect to CDMA.)

- NUM_CHANS field in the Type specific fields to '0000'.

5.5.4.1.3.4.4 Transmission of a 1x (MEID) Universal Handoff Direction Message

If the access network sends a 1x LAC Encapsulated PDU containing a 1x (*MEID*) *Universal Handoff Direction Message*, then the access network shall set the fields of the 1x (*MEID*) *Universal Handoff Direction Message* as indicated below:

- RETURN_IF_HANDOFF_FAIL field shall be set to '0'.

- The SCR_INCLUDED field shall be included and set to '1'.

- The NNSCR_INCLUDED field shall be included and set to '1'.

5.5.4.2 Message Formats

5.5.4.2.1 3G1XServices

The access terminal or the access network sends a 3G1XServices message to send a cdma2000 1x LAC Encapsulated PDU.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| AckRequired | 1 |
| MessageSequence | 6 |
| 3G1XLogicalChannel | 1 |
| ProtocolRevision | 8 |
| PDULength | 16 |
| PDU | PDULength × 8 |

MessageID            The sender shall set this field to 0x02.

AckRequired          The sender shall set this field to '1' if the receiver is required to acknowledge the receipt of this message. Otherwise, the sender shall set this field to '0'.

MessageSequence      If AckRequired is '1', then the sender shall set this field to one more (modulo 64) than the MessageSequence field of the last 3G1XServices message requiring acknowledgement sent by the sender. Otherwise, the sender shall set this field to zero.

TIA-856-B                                                    3G1X Circuit Services Notification Application

3G1XLogicalChannel  If the PDU field of this message is constructed as if for transmission on the f-csch or the r-csch logical channel, then the sender shall set this field to '0'. If the PDU field of this message is constructed as if for transmission on the f-dsch or the r-dsch logical channel, then the sender shall set this field to '1'.

ProtocolRevision  The access terminal shall set this field to P_REV_IN_USE as defined in [3]. If 3G1XLogicalChannel is set to '0', then the access network shall set this field to P_REV of the cdma2000 1x base station as defined in [3]. Otherwise, the access network shall set this field to P_REV_IN_USE as defined in [3].

PDULength  The sender shall set this field to the length, in units of octets, of the cdma2000 1x LAC encapsulated PDU carried in this 3G1XServices message.

PDU  The sender shall set this field to the cdma2000 1x LAC Encapsulated PDU.

| **Channels** | FTC    CC    RTC    AC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

5.5.4.2.2 3G1XServicesAck

The access terminal or the access network sends a 3G1XServicesAck message to acknowledge the receipt of a 3G1XServices message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| AckSequence | 6 |
| Reserved | 2 |

MessageID  The sender shall set this field to 0x00.

AckSequence  The sender shall set this field to the MessageSequence field of the 3G1XServices message whose receipt is being acknowledged.

Reserved  The sender shall set this field to '00'. The receiver shall ignore this field.

| **Channels** | FTC    CC    RTC    AC |
|---|---|
| **SLP** | Best Effort |

3G1X Circuit Services Notification Application                    TIA-856-B

| **Addressing** | unicast | **Priority** | 40 |
|---|---|---|---|

1  5.5.4.2.3 3G1XParameters

2  The access network sends a 3G1XParameters message to provide values of parameters

3  associated with the cdma2000 1x circuit service to the access terminal. cdma2000 1x

4  circuit service parameters of the message are marked with a "†" sign in the last column.

5

TIA-856-B                                        3G1X Circuit Services Notification Application

| Field | Length (bits) | cdma2000 1x circuit service field |
|---|---|---|
| MessageID | 8 | |
| TransactionID | 8 | |
| 3G1XParametersSignature | 12 | |
| SIDIncluded | 1 | |
| SID | 0 or 15 | † |
| NIDIncluded | 1 | |
| NID | 0 or 16 | † |
| REG_ZONEIncluded | 1 | |
| REG_ZONE | 0 or 12 | † |
| TOTAL_ZONESIncluded | 1 | |
| TOTAL_ZONES | 0 or 3 | † |
| ZONE_TIMERIncluded | 1 | |
| ZONE_TIMER | 0 or 3 | † |
| PACKET_ZONE_IDIncluded | 1 | |
| PACKET_ZONE_ID | 0 or 8 | † |
| PZIDHystParametersIncluded | 1 | |
| PZ_HYST_ENABLED | 0 or 1 | † |
| PZ_HYST_INFO_INCL | 0 or 1 | † |
| PZ_HYST_LIST_LEN | 0 or 1 | † |
| PZ_HYST_ACT_TIMER | 0 or 8 | † |
| PZ_HYST_TIMER_MUL | 0 or 3 | † |
| PZ_HYST_TIMER_EXP | 0 or 5 | † |
| P_REVIncluded | 1 | |
| P_REV | 0 or 8 | † |
| NEG_SLOT_CYCLE_INDEX_SUPIncluded | 1 | |
| NEG_SLOT_CYCLE_INDEX_SUP | 0 or 1 | † |
| ENCRYPT_MODEIncluded | 1 | |
| ENCRYPT_MODE | 0 or 2 | † |
| ENC_SUPPORTEDIncluded | 1 | |
| ENC_SUPPORTED | 0 or 1 | † |
| SIG_ENCRYPT_SUPIncluded | 1 | |
| SIG_ENCRYPT_SUP | 0 or 8 | † |

3G1X Circuit Services Notification Application                                    TIA-856-B

| Field | Length (bits) | cdma2000 1x circuit service field |
|---|---|---|
| MSG_INTEGRITY_SUPIncluded | 1 | |
| MSG_INTEGRITY_SUP | 0 or 1 | † |
| SIG_INTEGRITY_SUP_INCLIncluded | 1 | |
| SIG_INTEGRITY_SUP_INCL | 0 or 1 | † |
| SIG_INTEGRITY_SUPIncluded | 1 | |
| SIG_INTEGRITY_SUP | 0 or 8 | † |
| AUTHIncluded | 1 | |
| AUTH | 0 or 2 | † |
| MAX_NUM_ALT_SOIncluded | 1 | |
| MAX_NUM_ALT_SO | 0 or 3 | † |
| USE_SYNC_IDIncluded | 1 | |
| USE_SYNC_ID | 0 or 1 | † |
| MS_INIT_POS_LOC_SUP_INDIncluded | 1 | |
| MS_INIT_POS_LOC_SUP_IND | 0 or 1 | † |
| MOB_QOSIncluded | 1 | |
| MOB_QOS | 0 or 1 | † |
| BAND_CLASS_INFO_REQIncluded | 1 | |
| BAND_CLASS_INFO_REQ | 0 or 1 | † |
| ALT_BAND_CLASSIncluded | 1 | |
| ALT_BAND_CLASS | 0 or 5 | † |
| MAX_ADD_SERV_INSTANCEIncluded | 1 | |
| MAX_ADD_SERV_INSTANCE | 0 or 3 | † |
| HOME_REGIncluded | 1 | |
| HOME_REG | 0 or 1 | † |
| FOR_SID_REGIncluded | 1 | |
| FOR_SID_REG | 0 or 1 | † |
| FOR_NID_REGIncluded | 1 | |
| FOR_NID_REG | 0 or 1 | † |
| POWER_UP_REGIncluded | 1 | |
| POWER_UP_REG | 0 or 1 | † |
| POWER_DOWN_REGIncluded | 1 | |
| POWER_DOWN_REG | 0 or 1 | † |

TIA-856-B                                    3G1X Circuit Services Notification Application

| Field | Length (bits) | cdma2000 1x circuit service field |
|---|---|---|
| PARAMETER_REGIncluded | 1 | |
| PARAMETER_REG | 0 or 1 | † |
| REG_PRDIncluded | 1 | |
| REG_PRD | 0 or 7 | † |
| REG_DISTIncluded | 1 | |
| REG_DIST | 0 or 11 | † |
| PREF_MSID_TYPEIncluded | 1 | |
| PREF_MSID_TYPE | 0 or 2 | † |
| EXT_PREF_MSID_TYPEIncluded | 1 | |
| EXT_PREF_MSID_TYPE | 0 or 2 | † |
| MEID_REQDIncluded | 1 | |
| MEID_REQD | 0 or 1 | † |
| MCCIncluded | 1 | |
| MCC | 0 or 10 | † |
| IMSI_11_12Included | 1 | |
| IMSI_11_12 | 0 or 7 | † |
| IMSI_T_SUPPORTEDIncluded | 1 | |
| IMSI_T_SUPPORTED | 0 or 1 | † |
| RECONNECT_MSG_INDIncluded | 1 | |
| RECONNECT_MSG_IND | 0 or 1 | † |
| RER_MODE_SUPPORTEDIncluded | 1 | |
| RER_MODE_SUPPORTED | 0 or 1 | † |
| TKZ_MODE_SUPPORTEDIncluded | 1 | |
| TKZ_MODE_SUPPORTED | 0 or 1 | † |
| TKZ_IDIncluded | 1 | |
| TKZ_ID | 0 or 11 | † |
| PILOT_REPORTIncluded | 1 | |
| PILOT_REPORT | 0 or 1 | † |
| SDB_SUPPORTEDIncluded | 1 | |
| SDB_SUPPORTED | 0 or 1 | † |
| AUTO_FCSO_ALLOWEDIncluded | 1 | |
| AUTO_FCSO_ALLOWED | 0 or 1 | † |

| Field | Length (bits) | cdma2000 1x circuit service field |
|---|---|---|
| SDB_IN_RCNM_INDIncluded | 1 | |
| SDB_IN_RCNM_IND | 0 or 1 | † |
| FPC_FCH_Included | 1 | |
| FPC_FCH_INIT_SETPT | 0 or 8 | † |
| T_ADD_Included | 1 | |
| T_ADD | 0 or 6 | † |
| Reserved | 0-7 (as needed) | |

MessageID             The access network shall set this field to 0x01.

TransactionID      The access network shall increment this value modulo 256 for each new 3G1XParameters message sent. If this is the first 3G1XParameters message sent by the access network, then the access network shall set this field to zero.

3G1XParametersSignature

The access network shall set this field to the RouteUpdateTriggerCode public data of the Overhead Messages Protocol or to zero. If the Overhead Message Protocol does not provide RouteUpdateTriggerCode public data, then the access network shall set this field to zero.

SIDIncluded        If SID is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

SID                 If SIDIncluded is '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the SID field as defined in [3].

NIDIncluded        If NID is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

NID                 If NIDIncluded is '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the NID field as defined in [3].

REG_ZONEIncluded

If REG_ZONE is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

TIA-856-B                                    3G1X Circuit Services Notification Application

REG_ZONE            If REG_ZONEIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the REG_ZONE field as defined in [3].

TOTAL_ZONESIncluded

                    If TOTAL_ZONES is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

TOTAL_ZONES         If TOTAL_ZONESIncluded is '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the TOTAL_ZONES field as defined in [3].

ZONE_TIMERIncluded

                    If ZONE_TIMER is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

ZONE_TIMER          If ZONE_TIMERIncluded is '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the ZONE_TIMER field as defined in [3].

PACKET_ZONE_IDIncluded

                    If PACKET_ZONE_ID is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

PACKET_ZONE_ID      If PACKET_ZONE_IDIncluded is '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the PACKET_ZONE_ID field of Extended System Parameters Message [3].

PZIDHystParametersIncluded

                    If packet zone hysteresis parameters are included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

PZ_HYST_ENABLED     If PZIDHystParametersIncluded is '0', or if PACKET_ZONE_ID is '00000000', then the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the PZ_HYST_ENABLED field as defined in [3].

PZ_HYST_INFO_INCL

                    The access network shall set this field according to the definition of the PZ_HYST_INFO_INCL field as defined in [3].

3G1X Circuit Services Notification Application                                    TIA-856-B

PZ_HYST_LIST_LEN        The access network shall set this field according to the definition of the PZ_HYST_LIST_LEN field as defined in [3].

PZ_HYST_ACT_TIMER
                        The access network shall set this field according to the definition of the PZ_HYST_ACT_TIMER field as defined in [3].

PZ_HYST_TIMER_MUL
                        The access network shall set this field according to the definition of the PZ_HYST_TIMER_MUL field as defined in [3].

PZ_HYST_TIMER_EXP
                        The access network shall set this field according to the definition of the PZ_HYST_TIMER_EXP field as defined in [3].

PREVIncluded            If PREV is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

PREV                    If PREVIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the PREV field as defined in [3].

NEG_SLOT_CYCLI_INDEX_SUPIncluded
                        If NEG_SLOT_CYCLI_INDEX_SUP is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

NEG_SLOT_CYCLI_INDEX_SUP
                        If NEG_SLOT_CYCLI_INDEX_SUPIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the NEG_SLOT_CYCLI_INDEX_SUP field as defined in [3].

ENCRYPT_MODEIncluded
                        If ENCRYPT_MODE is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

ENCRYPT_MODE            If ENCRYPT_MODEIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the ENCRYPT_MODE field as defined in [3].

ENC_SUPPORTEDIncluded
                        If ENC_SUPPORTED is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

TIA-856-B                                    3G1X Circuit Services Notification Application

ENC_SUPPORTED      If ENC_SUPPORTEDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the ENC_SUPPORTED field as defined in [3].

SIG_ENCRYPT_SUPIncluded
                   If SIG_ENCRYPT_SUP is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

SIG_ENCRYPT_SUP    If SIG_ENCRYPT_SUPIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the SIG_ENCRYPT_SUP field as defined in [3].

MSG_INTEGRITY_SUPIncluded
                   If MSG_INTEGRITY_SUP is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MSG_INTEGRITY_SUP
                   If MSG_INTEGRITY_SUPIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MSG_INTEGRITY_SUP field as defined in [3].

SIG_INTEGRITY_SUP_INCLIncluded
                   If SIG_INTEGRITY_SUP_INCL is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

SIG_INTEGRITY_SUP_INCL
                   If SIG_INTEGRITY_SUP_INCLIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the SIG_INTEGRITY_SUP_INCL field as defined in [3].

SIG_INTEGRITY_SUPIncluded
                   If SIG_INTEGRITY_SUP is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

SIG_INTEGRITY_SUP
                   If SIG_INTEGRITY_SUPIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the SIG_INTEGRITY_SUP field as defined in [3].

AUTHIncluded            If AUTH is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

AUTH                    If AUTHIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the AUTH field as defined in [3].

MAX_NUM_ALT_SOIncluded  If MAX_NUM_ALT_SO is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MAX_NUM_ALT_SO          If MAX_NUM_ALT_SOIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MAX_NUM_ALT_SO field as defined in [3].

USE_SYNC_IDIncluded     If USE_SYNC_ID is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

USE_SYNC_ID             If USE_SYNC_IDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the USE_SYNC_ID field as defined in [3].

MS_INIT_POS_LOC_SUP_INDIncluded   If MS_INIT_POS_LOC_SUP_IND is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MS_INIT_POS_LOC_SUP_IND           If MS_INIT_POS_LOC_SUP_INDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MS_INIT_POS_LOC_SUP_IND field as defined in [3].

MOB_QOSIncluded         If MOB_QOS is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MOB_QOS                 If MOB_QOSIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MOB_QOS field as defined in [3].

BAND_CLASS_INFO_REQIncluded       If BAND_CLASS_INFO_REQ is included in this message, then the

TIA-856-B                                            3G1X Circuit Services Notification Application

access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

BAND_CLASS_INFO_REQ

If BAND_CLASS_INFO_REQIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the BAND_CLASS_INFO_REQ field as defined in [3].

ALT_BAND_CLASSIncluded

If ALT_BAND_CLASS is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

ALT_BAND_CLASS      If ALT_BAND_CLASSIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the ALT_BAND_CLASS field as defined in [3].

MAX_ADD_SERV_INSTANCEIncluded

If MAX_ADD_SERV_INSTANCE is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MAX_ADD_SERV_INSTANCE

If MAX_ADD_SERV_INSTANCEIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MAX_ADD_SERV_INSTANCE field as defined in [3].

HOME_REGIncluded   If HOME_REG is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

HOME_REG            If HOME_REGIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the HOME_REG field as defined in [3].

FOR_SID_REGIncluded

If FOR_SID_REG is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

FOR_SID_REG         If FOR_SID_REGIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the FOR_SID_REG field as defined in [3].

FOR_NID_REGIncluded

If FOR_NID_REG is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

FOR_NID_REG

If FOR_NID_REGIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the FOR_NID_REG field as defined in [3].

POWER_UP_REGIncluded

If POWER_UP_REG is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

POWER_UP_REG

If POWER_UP_REGIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the POWER_UP_REG field as defined in [3].

POWER_DOWN_REGIncluded

If POWER_DOWN_REG is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

POWER_DOWN_REG

If POWER_DOWN_REGIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the POWER_DOWN_REG field as defined in [3].

PARAMETER_REGIncluded

If PARAMETER_REG is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

PARAMETER_REG

If PARAMETER_REGIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the PARAMETER_REG field as defined in [3].

REG_PRDIncluded

If REG_PRD is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

REG_PRD

If REG_PRDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the REG_PRD field as defined in [3].

TIA-856-B                                     3G1X Circuit Services Notification Application

REG_DISTIncluded    If REG_DIST is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

REG_DIST            If REG_DISTIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the REG_DIST field as defined in [3].

PREF_MSID_TYPEIncluded    If PREF_MSID_TYPE is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

PREF_MSID_TYPE      If PREF_MSID_TYPEIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the PREF_MSID_TYPE field as defined in [3].

EXT_PREF_MSID_TYPEIncluded    If EXT_PREF_MSID_TYPE is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

EXT_PREF_MSID_TYPE    If EXT_PREF_MSID_TYPEIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the EXT_PREF_MSID_TYPE field as defined in [3].

MEID_REQDIncluded    If MEID_REQD is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MEID_REQD           If MEID_REQDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MEID_REQD field as defined in [3].

MCCIncluded         If MCC is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MCC                 If MCCIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the MCC field as defined in [3].

3G1X Circuit Services Notification Application                                TIA-856-B

IMSI_11_12Included   If IMSI_11_12 is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

IMSI_11_12           If IMSI_11_12Included is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the IMSI_11_12 field as defined in [3].

IMSI_T_SUPPORTEDIncluded
                     If IMSI_T_SUPPORTED is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

IMSI_T_SUPPORTED   If IMSI_T_SUPPORTEDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the IMSI_T_SUPPORTED field as defined in [3].

RECONNECT_MSG_INDIncluded
                     If RECONNECT_MSG_IND is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

RECONNECT_MSG_IND
                     If RECONNECT_MSG_INDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the RECONNECT_MSG_IND field as defined in [3].

RER_MODE_SUPPORTEDIncluded
                     If RER_MODE_SUPPORTED is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

RER_MODE_SUPPORTED
                     If RER_MODE_SUPPORTEDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the RER_MODE_SUPPORTED field as defined in [3].

TKZ_MODE_SUPPORTEDIncluded
                     If TKZ_MODE_SUPPORTED is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

TKZ_MODE_SUPPORTED
                     If TKZ_MODE_SUPPORTEDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field

3G1X Circuit Services Notification Application

according to the definition of the TKZ_MODE_SUPPORTED field as defined in [3].

TKZ_IDIncluded          If TKZ_ID is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

TKZ_ID                  If TKZ_IDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the TKZ_ID field as defined in [3].

PILOT_REPORTIncluded    If PILOT_REPORT is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

PILOT_REPORT            If PILOT_REPORTIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the PILOT_REPORT field as defined in [3].

SDB_SUPPORTEDIncluded   If SDB_SUPPORTED is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

SDB_SUPPORTED           If SDB_SUPPORTEDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the SDB_SUPPORTED field as defined in [3].

AUTO_FCSO_ALLOWEDIncluded   If AUTO_FCSO_ALLOWED is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

AUTO_FCSO_ALLOWED       If AUTO_FCSO_ALLOWEDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the AUTO_FCSO_ALLOWED field as defined in [3].

SDB_IN_RCNM_INDIncluded   If SDB_IN_RCNM_IND is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

| SDB_IN_RCNM_IND | If SDB_IN_RCNM_INDIncluded is '0', the access network shall omit this field. Otherwise, the access network shall set this field according to the definition of the SDB_IN_RCNM_IND field as defined in [3]. |
|---|---|
| FPC_FCH_Included | If FPC_FCH_INIT_SETPT is included in this message, then the access network shall set this field to '1'. Otherwise, the access network set this field to '0'. |
| FPC_FCH_INIT_SETPT | If FPC_FCH_Included is '0', the access network shall omit this field. Otherwise, the access network shall include this field and set it according to the definition of the FPC_FCH_INIT_SETPT field as defined in [3]. |
| T_ADD_Included | If T_ADD is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall this field to '0'. |
| T_ADD | If T_ADD_Included is '0', the access network shall omit this field. Otherwise, the access network shall include this field and set it according to the definition of the T_ADD field as defined in [3].[15] |
| Reserved | The access network shall add reserved bits to make the length of the entire message an integer number of octets. The access network shall set these bits to zero. The access terminal shall ignore these bits. |

| **Channels** | CC        FTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 5.5.4.2.4 3G1XParametersResetAck

The access terminal sends a 3G1XParametersAck message to acknowledge the receipt of a 3G1XParameters message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

| MessageID | The access terminal shall set this field to 0x05. |
|---|---|

---

[15] The AT can use the T_ADD parameter (if it is included in the 3G1XParameters message) for the purpose of determining what 1X pilots are to be included in RouteUpdate messages and how to set the 1X pilot KEEP field.

TIA-856-B                                                3G1X Circuit Services Notification Application

TransactionID    The access terminal shall set this field to the TransactionID field of the 3G1XParameters message whose receipt is being acknowledged.

| **Channels** | AC     RTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

5.5.4.2.5 3G1XParametersReset

The access network can use this message to indicate that the access terminal is to clear all stored values of 3G1X circuit service fields of the 3G1XParameters message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID    The access network shall set this field to 0x03.

TransactionID    The access network shall increment this value modulo 256 for each new 3G1XParametersReset message sent. If this is the first 3G1XParametersReset message sent by the access network, then the access network shall set this field to zero.

| **Channels** | CC     FTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

5.5.4.2.6 3G1XParametersResetAck

The access terminal sends a 3G1XParametersResetAck message to acknowledge the receipt of a 3G1XParametersReset message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID    The access terminal shall set this field to 0x04.

TransactionID    The access terminal shall set this field to the TransactionID field of the 3G1XParametersReset message whose receipt is being acknowledged.

| **Channels** | AC     RTC | **SLP** | Best Effort |
|---|---|---|---|

3G1X Circuit Services Notification Application                                    TIA-856-B

| Addressing | unicast | Priority | 40 |
|---|---|---|---|

1 5.5.4.2.7 AttributeUpdateRequest

2 The sender sends an AttributeUpdateRequest message to offer an attribute value for a
3 given attribute.

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5 MessageID            The sender shall set this field to 0x52.

6 TransactionID        The sender shall increment this value for each new
7                      AttributeUpdateRequest message sent.

8 AttributeRecord      The format of this record is specified in **14.3**.

9

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

10 5.5.4.2.8 AttributeUpdateAccept

11 The sender sends an AttributeUpdateAccept message in response to an
12 AttributeUpdateRequest message to accept the offered attribute values.

13

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

14 MessageID            The sender shall set this field to 0x53.

15 TransactionID        The sender shall set this value to the TransactionID field of the
16                      corresponding AttributeUpdateRequest message.

17

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|

TIA-856-B                                                                    3G1X Circuit Services Notification Application

| **Addressing** | unicast | **Priority** | 40 |
|---|---|---|---|

5.5.4.2.9 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID            The access network shall set this field to 0x54.

TransactionID        The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

5.5.5 Interface to Other Protocols

5.5.5.1 Commands

This protocol issues the following command:

- *RouteUpdate.SendRouteUpdate*

5.5.5.2 Indications

This protocol registers to receive the following indications:

- *IdleState.ConnectionOpened* (access network only)

- *RouteUpdate.ConnectionLost* (access network only)

- *ConnectedState.ConnectionClosed* (access network only)

**5.6 Configuration Attributes of the 3G1X Circuit Services Notification Application**

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the 3G1X Circuit Services Notification Application. The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following configurable attributes belonging to the 3G1X Circuit Services Notification Application:

- AllowedReverseLinkMessages

- AllowedForwardLinkMessages

- OrderCodeReverse

1 • OrderCodeForward

2 • RAND

3 The access terminal shall not send an AttributeUpdateRequest message containing any of
4 the following attributes:

5 • AllowedReverseLinkMessages

6 • OrderCodeReverse

7 The access network shall not send an AttributeUpdateRequest message containing any of
8 the following attributes:

9 • AllowedForwardLinkMessages

10 • OrderCodeForward

11 5.6.1 Simple Attributes

12 The configurable simple attributes for this application are listed in Table 5.6.1-1. The
13 access terminal and the access network shall use as defaults the values in Table 5.6.1-1
14 typed in **bold italics**.

15 **Table 5.6.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | IdleTunnelExponent | ***0x0000*** | MaxIdleTunnelTime is zero by default. |
| | | 0x0001 to 0x00fe | MaxIdleTunnelTime $=2^{IdleTunnelExponent} \times 1.28$ sec. |
| | | 0xffff | MaxIdleTunnelTime is infinity. |
| | | All other values | Reserved |
| 0xfe | RAND | ***0x0000 0000*** | Authentication challenge for computation of AUTHR is zero by default |
| | | 0x00000 001 to 0xffffffff | Authentication challenge for computation of AUTHR |

16 5.6.2 Complex Attributes

17 The following configurable complex attributes and default values are defined.

18 5.6.2.1 AllowedReverseLinkMessages Attribute

19

TIA-856-B                                                          3G1X Circuit Services Notification Application

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| r-cschMessageIDCount | 8 | 0x00 |

r-cschMessageIDCount occurrences of the following two fields:

| Reserved | 2 | N/A |
|----------|---|-----|
| r-cschMessageID | 6 | N/A |

| r-dschMessageIDCount | 8 | 0x00 |
|----------------------|---|-----|

r-dschMessageIDCount occurrences of the following two fields:

| r-dschMessageID | 8 | N/A |
|-----------------|---|-----|

}

Length                    Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x01.

ValueID                   The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

r-cschMessageIDCount      The sender shall set this field to the number of occurrences of the MessageID field following this field in this record.

Reserved                  The sender shall set this field to '00'. The receiver shall ignore this field.

r-cschMessageID           The sender shall set this field to the message identifier of the cdma2000 1x r-csch Layer 3 message as defined in [16], [19].

r-dschMessageIDCount      The sender shall set this field to the number of occurrences of the r-dschMessageID field following this field in this record.

r-dschMessageID           The sender shall set this field to the message identifier of the cdma2000 1x r-dsch Layer 3 message as defined in [16], [19].

3G1X Circuit Services Notification Application                    TIA-856-B

5.6.2.2 AllowedForwardLinkMessages Attribute

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

{

| ValueID | 8 | N/A |
|---|---|---|
| f-cschMessageIDCount | 8 | 0x00 |

f-cschMessageIDCount occurrences of the following two fields:

| Reserved | 2 | N/A |
|---|---|---|
| f-cschMessageID | 6 | N/A |

| f-dschMessageIDCount | 8 | 0x00 |
|---|---|---|

f-dschMessageIDCount occurrences of the following field:

| f-dschMessageID | 8 | N/A |
|---|---|---|

}

Length                    Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x02.

ValueID                   The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

f-cschMessageIDCount      The sender shall set this field to the number of occurrences of the f-cschMessageID field following this field in this record.

Reserved                  The sender shall set this field to '00'. The receiver shall ignore this field.

f-cschMessageID           The sender shall set this field to the message identifier of the cdma2000 1x f-csch Layer 3 message as defined in [16], [19].

f-dschMessageIDCount      The sender shall set this field to the number of occurrences of the f-dschMessageID field following this field in this record.

TIA-856-B                                    3G1X Circuit Services Notification Application

1    f-dschMessageID          The sender shall set this field to the message identifier of the
2                             cdma2000 1x f-dsch Layer 3 message as defined in [16], [19].

3    5.6.2.3 ServiceOptionIdle attribute
4

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------------|
| ValueID | 8 | N/A |
| ServiceOptionCount | 8 | 0 |

ServiceOptionCount occurrences of the following field:

| | | |
|-------|---------------|---------------|
| ServiceOption | 16 | N/A |

5    Length                   Length of the complex attribute in octets. The sender shall set this
6                             field to the length of the complex attribute excluding the Length field.

7    AttributeID              The sender shall set this field to 0x03.

8    ValueID                  The sender shall set this field to an identifier assigned to this
9                             complex attribute. The sender shall change this field for each set of
10                            values for this complex attribute.

11   ServiceOptionCount       The sender shall set this field to the number of occurrences of the
12                            ServiceOption field following this field in this record.

13   ServiceOption            The sender shall set this field to the service option code as defined in
14                            [10] corresponding to the service option of pages that the access
15                            terminal should be notified of when the 3G1X Circuit Services
16                            Notification Protocol is in the Idle Tunnel state.

5.6.2.4 ServiceOptionConnected Attribute

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| ServiceOptionCount | 8 | 0 |

ServiceOptionCount occurrences of the following field:

| | | |
|---|---|---|
| ServiceOption | 16 | N/A |

Length             Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x04.

ValueID          The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

ServiceOptionCount    The sender shall set this field to the number of occurrences of the ServiceOption field following this field in this record.

ServiceOption      The sender shall set this field to the service option code as defined in [10] corresponding to the service option of pages that the access terminal should be notified of when the 3G1X Circuit Services Notification Protocol is in the Connected state.

3G1X Circuit Services Notification Application

1   5.6.2.5 BurstTypeIdle Attribute

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

| { | | |
|---|---|---|
| ValueID | 8 | N/A |
| BurstTypeCount | 8 | 0 |

BurstTypeCount occurrences of the following record:

| { | | |
|---|---|---|
| BurstType | 6 | N/A |
| BroadcastAddressCount | 2 | 0 |

| BroadcastAddressCount occurrences of the following two fields: | | |
|---|---|---|
| AddressLength | 4 | N/A |
| BroadcastAddress | 8×AddressLength | N/A |

| } | | |
|---|---|---|
| Reserved | 0-7 (as needed) | N/A |

}

Length              Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID         The sender shall set this field to 0x05.

ValueID             The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

BurstTypeCount      The sender shall set this field to the number of occurrences of the ServiceOption field following this field in this record.

BurstType           The sender shall set this field to the Data Burst Type as defined in [10] corresponding to the type of the data burst for which Data Burst Messages are to be tunneled when the 3G1X Circuit Services Notification Protocol is in the Idle Tunnel state.

BroadcastAddressCount
                    The sender shall set this field to the number of broadcast addresses corresponding to the above burst type.

AddressLength      The sender shall set this field to the number of octets in the BroadcastAddress field following this field.

BroadcastAddress   The sender shall set this field to the broadcast address corresponding to the above burst type for which Data Burst Messages are to be tunneled to the access terminal when the 3G1X Circuit Services Notification Protocol is in the Idle Tunnel state.

Reserved           The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zeros. The receiver shall ignore this field.

5.6.2.6 BurstTypeConnected Attribute

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| BurstTypeCount | 8 | 0 |

BurstTypeCount occurrences of the following record:

{

| BurstType | 6 | N/A |
|-----------|---|-----|
| BroadcastAddressCount | 2 | 0 |

BroadcastAddressCount occurrences of the following two fields:

| AddressLength | 4 | N/A |
|---------------|---|-----|
| BroadcastAddress | 8 × AddressLength | N/A |

}

| Reserved | 0-7 (as needed) | N/A |
|----------|-----------------|-----|

}

Length             Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID        The sender shall set this field to 0x06.

ValueID            The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

| | |
|---|---|
| BurstTypeCount | The sender shall set this field to the number of occurrences of the ServiceOption field following this field in this record. |
| BurstType | The sender shall set this field to the Data Burst Type as defined in [10] corresponding to the type of the data burst for which Data Burst Messages are to be tunneled when the 3G1X Circuit Services Notification Protocol is in the Connected state. |
| BroadcastAddressCount | The sender shall set this field to the number of broadcast addresses corresponding to the above burst type. |
| AddressLength | The sender shall set this field to the number of octets in the BroadcastAddress field following this field. |
| BroadcastAddress | The sender shall set this field to the broadcast address corresponding to the above burst type for which Data Burst Messages are to be tunneled to the access terminal when the 3G1X Circuit Services Notification Protocol is in the Connected state. |
| Reserved | The sender shall add reserved bits to make the length each attribute value record an integer number of octets. The sender shall set these bits to zeros. The receiver shall ignore this field. |

## 5.6.2.7 OrderCodeReverse Attribute

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| OrderCodeCount | 8 | 0x00 |

OrderCodeCount occurrences of the following record:

| Reserved | 1 | N/A |
|---|---|---|
| OrderCode | 6 | N/A |
| OrderQualificationCodeIncluded | 1 | N/A |
| OrderQualificationCode | 0 or 8 | N/A |

| | |
|---|---|
| Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| AttributeID | The sender shall set this field to 0x07. |

ValueID                              The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

OrderCodeCount                       The sender shall set this field to the number of occurrences of the OrderCode field following this field in this record. If none of the MessageID fields in this record is '000010' (Order Message), then the sender shall set this field to 0x00.

Reserved                             The sender shall set this field to '0'. The receiver shall ignore this field.

OrderCode                            The sender shall set this field to the order code of the cdma2000 1x r-csch order as defined in [3].

OrderQualificationCodeIncluded
                                     If an order qualification code is included associated with this order code, then the sender shall set this field to '1'. Otherwise, the sender shall set this field to '0'.

OrderQualificationCode
                                     If OrderQualificationCodeIncluded is '0', then the sender shall omit this field. Otherwise, the sender shall set this field to the r-csch order qualification code as defined in [3].

5.6.2.8 OrderCodeForward Attribute

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| OrderCodeCount | 8 | 0x00 |

OrderCodeCount occurrences of the following two fields:

| Reserved | 1 | N/A |
|---|---|---|
| OrderCode | 6 | N/A |
| OrderQualificationCodeIncluded | 1 | N/A |
| OrderQualificationCode | 0 or 8 | N/A |

Length                               Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                          The sender shall set this field to 0x08.

TIA-856-B                                        3G1X Circuit Services Notification Application

ValueID                 The sender shall set this field to an identifier assigned to this complex attribute. The sender shall change this field for each set of values for this complex attribute.

OrderCodeCount          The sender shall set this field to the number of occurrences of the OrderCode field following this field in this record. If none of the MessageID fields in this record is '000111' (Order Message), then the sender shall set this field to 0x00.

Reserved                The sender shall set this field to '0'. The receiver shall ignore this field.

OrderCode               The sender shall set this field to the order code of the cdma2000 1x f-csch order as defined in [3].

OrderQualificationCodeIncluded
                        If an order qualification code is included associated with this order code, then the sender shall set this field to '1'. Otherwise, the sender shall set this field to '0'.

OrderQualificationCode
                        If OrderQualificationCodeIncluded is '0', then the sender shall omit this field. Otherwise, the sender shall set this field to the f-csch order qualification code as defined in [3].

## 5.7 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This application defines the following parameter record in addition to the configuration attributes for this application.

5.7.1 3G1XParameters

**Table 5.7.1-1. The Format of the Parameter Record for the 3G1XParameters Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| Current3G1XParameters | 8 × (Length − 1) |

ParameterType           This field shall be set to 0x01 for this parameter record.

Length                  This field shall be set to the length of this parameter record in units of octets excluding the Length field.

Current3G1XParameters

This field shall include all fields (except MessageID) that were included in any 3G1XParameters message sent to the access terminal since the last 3G1XParametersReset message was sent (if any). The most recent value sent to the access terminal for each field shall be included. Fields of the 3G1XParameters message that were not sent to the access terminal in any 3G1XParameters message since the last 3G1XParametersReset message was sent shall not be included. If no cdma2000 1x parameters were sent to the access terminal in a 3G1XParameters message, then this field may be omitted. If included, this field shall have the format of the 3G1XParameters message defined in 5.5.4.2.3 with the MessageID field omitted.

## 5.7.2 ProtocolState Parameter

**Table 5.7.2-1. The Format of the Parameter Record for the ProtocolState Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| State | 2 |
| OtherActiveHRPDServices | 8 |
| IdleTunnelTime | 0 or 32 |
| Reserved | 6 |

ParameterType            This field shall be set to 0x02 for this parameter record.

Length                   This field shall be set to the length of this parameter record in units of octets excluding the Length field.

State                    If the 3G1X Circuit Services Notification Protocol is in the Inactive State, then this field shall be set to '00'. If the 3G1X Circuit Services Notification Protocol is in the Connected State, then this field shall be set to '01'. If the 3G1X Circuit Services Notification Protocol is in the IdleTunnel State, then this field shall be set to '10'. This field shall not be set to '11'.

OtherActiveHRPDServices

This field shall be set to the value of the OtherActiveHRPDServicesCount parameter. If the value of the OtherActiveHRPDServicesCount is greater than 255, then this field shall be set to 255.

TIA-856-B                                    3G1X Circuit Services Notification Application

IdleTunnelTime          If the State field is not set to '10', then this field shall be omitted.
                        Otherwise, this field shall be set to the CDMA System Time, in units
                        of 320 ms, when the IdleTunnelTime timer is to expire.

Reserved                This field shall be set to '000000'. The receiver shall ignore this field.

1   **6 STREAM LAYER**

2   **6.1 Introduction**

3   6.1.1 General Overview

4   The Stream Layer provides the following functions:

5   •   Multiplexing of application streams for one access terminal. Stream 0 is always
6       assigned to the Signaling Application. The other streams can be assigned to
7       applications with different QoS (Quality of Service) requirements, or other applications.

8   •   Provision of configuration messages that map applications to streams.

9   The Stream Layer uses the Stream Layer Protocol to provide these functions.

10  Application Subtypes are specified in [10]. Table 6.1-1 specifies the values of Application
11  Subtype for Applications defined in this specification.

12  **Table 6.1-1. Application Subtypes for Applications Defined in this Specification**

| Value  | Meaning                                                    |
|--------|------------------------------------------------------------|
| 0x0001 | Default Packet Application bound to the radio network.     |
| 0x0002 | Default Packet Application bound to the service network.   |
| 0x0004 | Multi-Flow Packet Application bound to the radio network.  |
| 0x0005 | Multi-Flow Packet Application bound to the service network.|
| 0x0006 | 3G1X Circuit Services Notification Application             |

13  6.1.2 Data Encapsulation for the InUse Protocol Instance

14  Figure 6.1.2-1 illustrates the relationship between an Application Layer packet, a Stream
15  Layer packet and a Session Layer payload.

Case 2:08-cr-00814-DGC   Document 818-1   Filed 05/09/12   Page 303 of 1629



**Figure 6.1.2-1. Stream Layer Encapsulation**

**6.2 Default Stream Protocol**

6.2.1 Overview

The Default Stream Protocol provides the Stream Layer functionality. This protocol provides the ability to multiplex up to 4 application streams. Stream 0 is always reserved for a Signaling Application, and, by default, is assigned to the Default Signaling Application.

This protocol uses the Generic Configuration Protocol (see 14.7) to define the format and processing of the configuration messages that map applications to streams.

The header added by this protocol is 2 bits in length. If $x$ bits is the length of the payload presented to the Stream Layer, $x$ shall satisfy

$$x \bmod 8 = 6.$$

6.2.2 Primitives and Public Data

6.2.2.1 Commands

This protocol does not define any commands.

6.2.2.2 Return Indications

This protocol does not return any indications.

6.2.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

6.2.3 Protocol Data Unit

The protocol data unit for this protocol is a Stream Layer Packet.

6.2.4 Protocol Initialization

6.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

6.2.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the value of the attributes for the InUse instance of this protocol in the access terminal and access network shall be set to the default values specified for each attribute.

6.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

6.2.5.1 Procedures

The access terminal and the access network may use the ConfigurationRequest and ConfigurationResponse messages to select the applications carried by each stream. When the access terminal and the access network use these messages, they shall process them according to the requirements presented in the Generic Configuration Protocol (see 14.7).

Once the access terminal and the access network agree upon the mapping of a new application layer protocol to a stream (per the Generic Configuration Protocol), the access terminal and access network shall create an InConfiguration instance of the agreed upon application and replace the InConfiguration instance of the application for that stream (if any) with the agreed upon application instance.

6.2.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Stream Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

1  6.2.5.3 Message Formats

2  6.2.5.3.1 ConfigurationRequest

3  The ConfigurationRequest message format is as follows:

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5  MessageID          The sender shall set this field to 0x50.

6  TransactionID      The sender shall increment this value for each new
7                     ConfigurationRequest message sent.

8  AttributeRecord    The format of this record is specified in 14.3.

9

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

10  6.2.5.3.2 ConfigurationResponse

11  The ConfigurationResponse message format is as follows:

12

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

13  MessageID          The sender shall set this field to 0x51.

14  TransactionID      The sender shall set this value to the TransactionID field of the
15                     corresponding ConfigurationRequest message.

16  AttributeRecord    An attribute record containing a single attribute value. If this
17                     message selects a complex attribute, only the ValueID field of the
18                     complex attribute shall be included in the message. The format of the
19                     AttributeRecord is given in 14.3. The sender shall not include more
20                     than one attribute record with the same attribute identifier.

TIA-856-B                                                                 Stream Layer

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

6.2.6 Procedures and Messages for the InUse Instance of the Protocol

6.2.6.1 Procedures

This protocol receives application packets for transmission from up to four different applications. The protocol adds the Stream header defined in 6.2.6.2 in front of each application packet and forwards it for transmission to the Session Layer.

All Stream Layer packets forwarded to the Session Layer shall be octet aligned.

The protocol receives Stream Layer packets from the Session Layer and removes the Stream Layer header. The application packet obtained in this manner is forwarded to the application indicated by the Stream field of the Stream Layer header.

The structure of the Stream Layer packet is shown in Figure 6.2.6-1



**Figure 6.2.6-1. Stream Layer Packet Structure**

6.2.6.2 Stream Header

The sender adds the following header in front of every Stream Layer payload (application packet):

| Field | Length(bits) |
|---|---|
| Stream | 2 |

Stream                 The sender shall set this field to the stream number associated with the application sending the application packet following the header.

6.2.6.3 Interface to Other Protocols

6.2.6.3.1 Commands

This protocol does not issue any commands.

6.2.6.3.2 Indications

This protocol does not register to receive any indications.

1   6.2.7 Configuration Attributes

2   The following complex attribute and default values are defined (see 14.3 for attribute record
3   definition).

4   6.2.7.1 StreamConfiguration Attribute

5

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| Stream0Application | 16 | 0x0000 |
| Stream1Application | 16 | 0xffff |
| Stream2Application | 16 | 0xffff |
| Stream3Application | 16 | 0xffff |

6   Length                    Length of the complex attribute in octets. The sender shall set this
7                             field to the length of the complex attribute excluding the Length field.

8   AttributeID               The sender shall set this field to 0x00.

9   ValueID                   The sender shall set this field to an identifier assigned to this
10                            complex value.

11  Stream0Application        The sender shall set this field to the subtype of the application used
12                            over Stream 0.

13  Stream1Application        The sender shall set this field to the subtype of the application used
14                            over Stream 1.

15  Stream2Application        The sender shall set this field to the subtype of the application used
16                            over Stream 2.

17  Stream3Application        The sender shall set this field to the subtype of the application used
18                            over Stream 3.

19  Sender shall set the last four fields to 0xffff or to one of the non-reserved values for the
20  Application Subtype as specified in [10].

21  6.2.8 Protocol Numeric Constants

22

TIA-856-B                                                          Stream Layer

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{STRType}$ | Type field for this protocol. | Table 2.5.4-1 |
| $N_{STRDefault}$ | Subtype field for this protocol | 0x0000 |

1   6.2.9 Session State Information

2   The Session State Information record (see 14.8) consists of parameter records.

3   The parameter records for this protocol consist of only the configuration attributes of this
4   protocol.

**6.3 Generic Virtual Stream Protocol**

6.3.1 Overview

The Generic Virtual Stream Protocol provides Stream Layer functionality. This protocol provides the ability to multiplex up to 255 application streams.

This protocol uses the Generic Configuration Protocol (see 14.7) to define the format and processing of the configuration messages that map applications to virtual streams.

6.3.2 Primitives and Public Data

6.3.2.1 Commands

This protocol does not define any commands.

6.3.2.2 Return Indications

This protocol does not return any indications.

6.3.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

6.3.3 Protocol Data Unit

This protocol carries data from the higher layer in an ApplicationData message. Hence, the protocol data unit for this protocol is an ApplicationData message. This protocol uses the Signaling Application to transmit and receive messages.

6.3.4 Protocol Initialization

6.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

TIA-856-B                                                          Stream Layer

6.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol

6.3.5.1 Procedures

The access terminal and the access network may use the ConfigurationRequest and ConfigurationResponse messages to select the applications carried by each virtual stream. When the access terminal and the access network use these messages, they shall process them according to the requirements presented in the Generic Configuration Protocol (see 14.7).

Once the access terminal and the access network agree upon the mapping of a new application layer protocol to a virtual stream (per the Generic Configuration Protocol), the access terminal and access network shall create an InConfiguration instance of the agreed upon application and replace the InConfiguration instance of the application for that virtual stream (if any) with the agreed upon application instance.

6.3.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

    - The values of the public data of the InConfiguration protocol instance shall be copied to the corresponding public data of the InUse protocol.

    - The InConfiguration protocol instance shall become the InUse protocol instance for the Session Configuration Protocol at the access terminal and the access network.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

6.3.5.3 Message Formats

6.3.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageIndicator | 8 |
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageIndicator    The sender shall set this field to 0x00 to indicate that this message does not carry application payload.

MessageID    The sender shall set this field to 0x50.

TransactionID    The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

6.3.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageIndicator | 8 |
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageIndicator    The sender shall set this field to 0x00 to indicate that this message does not carry application payload.

MessageID    The sender shall set this field to 0x51.

TransactionID    The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

TIA-856-B                                                                     Stream Layer

AttributeRecord          An attribute record containing a single attribute value. If this
                         message selects a complex attribute, only the ValueID field of the
                         complex attribute shall be included in the message. The format of the
                         AttributeRecord is given in 14.3. The sender shall not include more
                         than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

6.3.6 Procedures and Messages for the InUse Instance of the Protocol

6.3.6.1 Procedures

This protocol receives application packets for transmission from up to 255 different
applications. This protocol carries payload for the higher layer using virtual streams. This
protocol provides 255 virtual streams. A virtual stream is identified by its virtual stream
number in the range 0x01 to 0xff inclusive. Data from an application bound to one of the
virtual streams is carried using ApplicationData messages.

If $x$ bits is the length of the data payload presented to the Stream Layer by an application, $x$
shall satisfy

$$x \bmod 8 = 6.$$

The protocol shall generate an ApplicationData message (6.3.6.2.1) to send a data payload
belonging to an application bound to a virtual stream.

6.3.6.2 Message Formats

6.3.6.2.1 ApplicationData

The access terminal or the access network sends an ApplicationData message to send a
payload belonging to an application bound to a virtual stream.

| Field | Length (bits) |
|---|---|
| VirtualStream | 8 |
| Reserved | 2 |
| StreamLayerPayload | $(8 \times n) + 6$, where $n$ is a non-negative integer. |

VirtualStream           The sender shall set this field to the 8-bit virtual stream number
                        associated with the application sending the application payload
                        carried in this message in the range 0x01 to 0xff, inclusive.

Reserved                The sender shall set this field to '00'. The receiver shall ignore this
                        field.

1  StreamLayerPayload  The sender shall set this field to payload from the application bound
2                              to the virtual stream.
3

| Channels | FTC | CC | RTC | AC |
|---|---|---|---|---|
| **Addressing** | | | | unicast |

| SLP | Best Effort |
|---|---|
| **Priority** | Priority of this message shall be set to the priority of the payload carried in this message. |

4  6.3.6.3 Interface to Other Protocols

5  6.3.6.3.1 Commands

6  This protocol does not issue any commands.

7  6.3.6.3.2 Indications

8  This protocol does not register to receive any indications.

9  6.3.7 Configuration Attributes

10  6.3.7.1 Simple Attributes

11  The configurable simple attribute for this protocol is listed in Table 6.3.7-1. The access
12  terminal and the access network shall use as defaults the values in Table 6.3.7-1 typed in
13  **bold italics**.

14                          **Table 6.3.7-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff*NN*  *NN* is the two-digit hexadecimal virtual stream number in the range 0x01 to 0xff, inclusive. | VirtualStream*NN*Application  *NN* is the two-digit hexadecimal virtual stream number in the range 0x01 to 0xFF, inclusive where hexadecimal digits A through F are represented by capital letters. | ***0xffff*** | Virtual stream not used. |
| | | 0x0000 to 0xfffe | Application subtype as specified in [10] for the application bound to virtual stream *NN*. |

15  6.3.8 Protocol Numeric Constants
16

TIA-856-B                                                                    Stream Layer

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{VSPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{VSP}$ | Subtype field for this protocol | 0x0001 |

1  6.3.9 Session State Information

2  The Session State Information record (see 14.8) consists of parameter records.

3  The parameter records for this protocol consist of only the configuration attributes of this
4  protocol.

1   No text.

**7 SESSION LAYER**

**7.1 Introduction**

7.1.1 General Overview

The Session Layer contains protocols used to negotiate a session between the access terminal and the access network.

A session is a shared state maintained between the access terminal and the access network, including information such as:

- A unicast address (UATI) assigned to the access terminal,

- the set of protocols used by the access terminal and the access network to communicate over the air-link,

- configuration settings for these protocols (e.g., authentication keys, parameters for Connection Layer and MAC Layer protocols, etc.), and

- an estimate of the current access terminal location.

During a single session the access terminal and the access network can open and close a connection multiple times; therefore, sessions will be closed rarely, and only on occasions such as the access terminal leaving the coverage area or such as prolonged periods in which the access terminal is unavailable.

The Session Layer contains the following protocols:

- Session Management Protocol: This protocol provides the means to control the activation of other Session Layer protocols. In addition, this protocol ensures the session is still valid and manages closing of the session.

- Address Management Protocol: This protocol specifies procedures for the initial UATI assignment and maintains the access terminal addresses.

- Session Configuration Protocol: This protocol provides the means to negotiate and provision the protocols used during the session, and negotiates the configuration parameters for these protocols. This protocol uses the procedures and attribute value formats defined by the Generic Configuration Protocol (see 14.7) for protocol negotiation.

- Multimode Capability Discovery Protocol: This protocol allows the access network to discover the multimode capabilities of the access terminal.

The relationship between the Session Layer protocols is illustrated in

Figure 7.1.1-1.



**Figure 7.1.1-1. Session Layer Protocols**

7.1.2 Data Encapsulation for the InUse Protocol Instance

The Session Layer does not modify transmitted or received packets.

Figure 7.1.2-1 illustrates the relationship between Stream Layer packets, Session Layer packets, and Connection Layer payload.

**Figure 7.1.2-1. Session Layer Encapsulation**

**7.2 Default Session Management Protocol**

7.2.1 Overview

The Default Session Management protocol provides the means to control the activation of the Address Management Protocol and then the Session Configuration Protocol, in that order, before a session is established. This protocol also periodically ensures that the session is still valid and manages closing the session.

The actual behavior and message exchange in each state of this protocol are mainly governed by protocols that are activated by the Default Session Management Protocol. These protocols return indications, which trigger the state transitions of this protocol.

This protocol can be in one of four states:

- Inactive State: This state applies only to the access terminal. In this state there are no communications between the access terminal and the access network.

- AMP Setup State: In this state the access terminal and access network perform exchanges governed by the Address Management Protocol and the access network assigns a UATI to the access terminal.

- Open State: In this state a session is open.

- Close State: This state applies only to the access network. In this state the access network waits for the close procedure to complete.

Figure 7.2.1-1 provides an overview of the access terminal states and state transitions.



**Figure 7.2.1-1. Default Session Management Protocol State Diagram (Access Terminal)**



**Figure 7.2.1-2. Default Session Management Protocol State Diagram (Access Network)**

7.2.2 Primitives and Public Data

7.2.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

7.2.2.2 Return Indications

This protocol returns the following indications:

- *SessionOpened*

- *SessionClosed*

7.2.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

7.2.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

7.2.4 Protocol Initialization

7.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

7.2.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol at the access network shall enter the AMP Setup State.

- The protocol at the access terminal shall enter the Inactive State.

7.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

7.2.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

7.2.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

- The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

- The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

  - Set the initial state of the InConfiguration protocol instance to the Open State.

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Session Management Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

### 7.2.5.3 Message Formats

### 7.2.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID            The sender shall set this field to 0x50.

TransactionID        The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord      The format of this record is specified in 14.3.

| Channels | | FTC      RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

### 7.2.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1  MessageID          The sender shall set this field to 0x51.

2  TransactionID      The sender shall set this value to the TransactionID field of the
3                     corresponding ConfigurationRequest message.

4  AttributeRecord    An attribute record containing a single attribute value. If this
5                     message selects a complex attribute, only the ValueID field of the
6                     complex attribute shall be included in the message. The format of the
7                     AttributeRecord is given in 14.3. The sender shall not include more
8                     than one attribute record with the same attribute identifier.
9

| Channels | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10  7.2.6 Procedures and Messages for the InUse Instance of the Protocol

11  7.2.6.1 Procedures

12  7.2.6.1.1 Command Processing

13  The list of events that causes an *Activate* or *Deactivate* command to be sent to this protocol
14  is outside the scope of this specification.

15  7.2.6.1.1.1 Activate

16  If the access terminal receives the *Activate* command in the Inactive State, it shall
17  transition to the AMP Setup State.

18  If the access terminal receives the *Activate* command in any state other than the Inactive
19  State, the command shall be ignored.

20  The access network shall ignore the command.

21  7.2.6.1.1.2 Deactivate

22  If the access terminal receives a *Deactivate* command in the Inactive State, the command
23  shall be ignored.

24  If the access terminal receives a *Deactivate* command in any state other than the Inactive
25  State, the access terminal shall perform the following:

26  • Send a SessionClose message to the access network.

1  • Issue an *AirLinkManagement.CloseConnection* command.

2  • Issue an *AddressManagement.Deactivate* command.

3  • Issue a *SessionConfiguration.Deactivate* command.

4  • Return a *SessionClosed* indication.

5  • Transition to the Inactive State.

6  If the access network receives a *Deactivate* command in the Close State, the command shall
7  be ignored.

8  If the access network receives a *Deactivate* command in any state other than the Close
9  State, the access network shall send a SessionClose message and transition to the Close
10 State.

11 7.2.6.1.2 Processing the SessionClose Message

12 If the access terminal receives a SessionClose message in the Inactive State, the message
13 shall be ignored.

14 If the access terminal receives a SessionClose message in any state other than the Inactive
15 State, the access terminal shall perform the following:

16 • Send a SessionClose message to the access network.

17 • Issue an *AirLinkManagement.CloseConnection* command.

18 • Issue an *AddressManagement.Deactivate* command.

19 • Issue a *SessionConfiguration.Deactivate* command.

20 • Return a *SessionClosed* indication.

21 • Transition to the Inactive State.

22 If the access network receives a SessionClose message in the Close State, the access
23 network shall process it as specified in 7.2.6.1.7.

24 If the access network receives a SessionClose message in any state other than the Close
25 State, the access network shall:

26 • Issue an *AirLinkManagement.CloseConnection* command.

27 • Issue an *AddressManagement.Deactivate* command.

28 • Issue a *SessionConfiguration.Deactivate* command.

29 • Return a *SessionClosed* indication.

30 • Transition to the AMP Setup State.

31 7.2.6.1.3 Processing Failed Indications

32 The access terminal shall ignore an *AddressManagement.Failed*, or a
33 *SessionConfiguration.Failed* indication, if the access terminal receives the indication in the
34 Inactive State.

If the access terminal receives a *SessionConfiguration.Failed* indication while in any state other than the Inactive State, then the access terminal shall perform the following:

- Send a SessionClose message to the access network.

- Issue an *AirLinkManagement.CloseConnection* command.

- Issue an *AddressManagement.Deactivate* command.

- Issue a *SessionConfiguration.Deactivate* command.

- Return a *SessionClosed* indication.

- The access terminal shall transition to the Inactive State.

If the access terminal receives an *AddressManagement.Failed* indication while in any state other than the Inactive State, then the access terminal shall perform the following:

- Issue an *AirLinkManagement.CloseConnection* command.

- Issue an *AddressManagement.Deactivate* command.

- Issue a *SessionConfiguration.Deactivate* command.

- Return a *SessionClosed* indication.

- The access terminal shall transition to the Inactive State.

If the access network receives an *AddressManagement.Failed*, or a *SessionConfiguration.Failed* indication, the access network shall perform the following:

- Send a SessionClose message to the access terminal.

- Transition to the Close State.

### 7.2.6.1.4 Inactive State

This state only applies to the access terminal. In this state there are no communications between the access terminal and the access network. The access terminal does not maintain any session-related state and the access network may be unaware of the access terminal's existence within its coverage area when the access terminal's Session Management Protocol is in this state.

### 7.2.6.1.5 AMP Setup State

In this state the Session Management Protocol in the access terminal sends an *AddressManagement.Activate* command to the Address Management Protocol and waits for the Address Management Protocol to respond.

### 7.2.6.1.5.1 Access Terminal Requirements

Upon entering the AMP Setup State, the access terminal shall send an *AddressManagement.Activate* command to the Address Management Protocol.

If the access terminal receives an *AddressManagement.Opened* indication, it shall perform the following:

- Issue a *SessionConfiguration.Activate* command.

1   • Return a *SessionOpened* indication.

2   • Transition to the Open State.

3   7.2.6.1.5.2 Access Network Requirements

4   If the access network receives an *AddressManagement.Opened* indication, it shall perform
5   the following:

6   • Issue a *SessionConfiguration.Activate* command.

7   • Return a *SessionOpened* indication.

8   • Transition to the Open State.

9   7.2.6.1.6 Open State

10  In the Open State the access terminal has an assigned UATI and the access terminal and
11  the access network have a session.

12  The access terminal and the access network shall support the keep-alive mechanism
13  defined in 7.2.6.1.6.1.

14  7.2.6.1.6.1 Keep Alive Functions

15  The access terminal and the access network shall monitor the traffic flowing on the
16  Forward Channel and Reverse Channel, respectively, directed to or from the access
17  terminal. If either the access terminal or the access network detects a period of inactivity of
18  at least $T_{SMPClose}/N_{SMPKeepAlive}$ minutes, it may send a KeepAliveRequest message. The
19  recipient of the message shall respond by sending the KeepAliveResponse message. When a
20  KeepAliveResponse message is received, the access terminal shall not send another
21  KeepAliveRequest message for at least $T_{SMPClose}/N_{SMPKeepAlive}$ minutes.

22  If the access terminal does not detect any traffic from the access network directed to it for a
23  period of at least $T_{SMPClose}$ minutes, it shall perform the following:

24  • Issue an *AirLinkManagement.CloseConnection* command.

25  • Issue an *AddressManagement.Deactivate* command.

26  • Issue a *SessionConfiguration.Deactivate* command.

27  • Return a *SessionClosed* indication.

28  • Transition to the Inactive State.

29  If the access network does not detect any traffic from the access terminal directed to it for a
30  period of at least $T_{SMPClose}$ minutes, it should perform the following:

31  • Issue an *AirLinkManagement.CloseConnection* command.

32  • Issue an *AddressManagement.Deactivate* command.

33  • Issue a *SessionConfiguration.Deactivate* command.

34  • Return a *SessionClosed* indication.

35  • Transition to the AMP Setup State.

If the value of $T_{SMPClose}$ is set to zero, the access terminal and the access network shall not send or expect keep-alive messages, and shall disable the transitions occurring as a consequence of not receiving these messages.

7.2.6.1.7 Close State

The Close State is associated only with the protocol in the access network. In this state the protocol in the access network waits for a SessionClose message from the access terminal or an expiration of a timer.

The access network shall set the Close State timer upon entering this state. The value of this timer shall be set to $T_{SMPClose}$ or $T_{SMPMinClose}$, whichever is larger.

When the access network receives a SessionClose message or when the Close State timer expires the protocol shall:

- Issue an *AirLinkManagement.CloseConnection* command.
- Issue an *AddressManagement.Deactivate* command.
- Issue a *SessionConfiguration.Deactivate* command.
- Return a *SessionClosed* indication.
- Transition to the AMP Setup State.

While in this state, if the access network receives any packet from the access terminal which is addressed by the UATI assigned during this session and contains anything but a SessionClose message, it shall stay in the Close State and perform the following:

- Discard the packet.
- Respond with a SessionClose message.

7.2.6.2 Message Formats

7.2.6.2.1 SessionClose

The sender sends the SessionClose message to terminate the session.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| CloseReason | 8 |
| MoreInfoLen | 8 |
| MoreInfo | $8 \times$ MoreInfoLen |

MessageID          The sender shall set this field to 0x01.

CloseReason        The sender shall set this field to the close reason as shown in Table 7.2.6.2.1-1

TIA-856-B                                                               Session Layer

**Table 7.2.6.2.1-1. Encoding of CloseReason Field**

| Field Value | Meaning | MoreInfoLen | MoreInfo |
|---|---|---|---|
| 0x00 | Normal Close | 0 | N/A |
| 0x01 | Close Reply | 0 | N/A |
| 0x02 | Protocol Error | 0 | N/A |
| 0x03 | Protocol Configuration Failure | 3 or 4 | See 7.2.6.2.1.1. |
| 0x04 | Protocol Negotiation Error | variable | See 7.2.6.2.1.2. |
| 0x05 | Session Configuration Failure | 0 | N/A |
| 0x06 | Session Lost | 0 | N/A |
| 0x07 | Session Unreachable | 0 | N/A |
| 0x08 | All session resources busy | 0 | N/A |
| All other values are reserved | | | |

MoreInfoLen          Length in octets of the MoreInfo field.

MoreInfo             Additional information pertaining to the closure. The format of this field is determined by the particular close reason.

| **Channels** | CC      AC      FTC      RTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

7.2.6.2.1.1 Definition of MoreInfo record when the CloseReason is 0x03

| Field | Length (bits) |
|---|---|
| TypeLength | 1 |
| Type | 7 or 15 |
| SubType | 16 |

TypeLength           The sender shall set this field to '0' if the Type field is 7 bits long. Otherwise, the sender shall set this field to '1'.

Type                 This field has the following format:

| Sub-Field | Length (bits) |
|-----------|---------------|
| Type1 | 7 |
| Type2 | 0 or 8 |

Type1      This sub-field shall be set to the seven most significant bits of the Type value for the protocol (as defined in [10]) for which configuration failed.

Type2      If the length of the Type value for the protocol for which configuration failed is 7 bits, then this field shall be omitted. Otherwise, this field shall be set to the 8 least significant bits of the Type value for the protocol for which configuration failed[16].

SubType      The sender shall set this field to the subtype value for the protocol subtype (as defined in [10]) for which configuration failed.

7.2.6.2.1.2 Definition of MoreInfo record when the CloseReason is 0x04

| Field | Length (bits) |
|-------|---------------|
| One or more occurrences of the following record: | |
| TypeLength | 1 |
| Type | 7 or 15 |
| SubType | 16 |
| NumAttributeRecords | 8 |
| NumAttributeRecords occurrences of the following field: | |
| OffendingAttributeRecord | Variable Length |
| | |
| Reserved | Variable |

TypeLength      The sender shall set this field to '0' if the Type field is 7 bits long. Otherwise, the sender shall set this field to '1'.

Type      ProtocolType. This field has the following format:

---

[16] For example, if Type1 is '0011010', then Type2 shall be 8 bits long.

TIA-856-B                                                                      Session Layer

| Sub-Field | Length (bits) |
|-----------|---------------|
| Type1     | 7             |
| Type2     | 0 or 8        |

Type1            This sub-field shall be set to the seven most significant bits of the Type value for the protocol (as defined in [10]) for which there was a negotiation error.

Type2            If the length of the Type value for the protocol for which there was a negotiation error is 7 bits, then this sub-field shall be omitted. Otherwise, this field shall be set to the 8 least significant bits of the Type value for the protocol for which there was a negotiation error[17].

NumAttributeRecords

           This field shall be set to the number of occurrences of the OffendingAttributeRecord field following this field in this record.

OffendingAttributeRecord

           This field shall be set to the offending attribute record. The format of the attribute record is specified in 15.3.

SubType          The sender shall set this field to the subtype value for the protocol subtype (as defined in [10]) for which configuration failed.

Reserved         The sender shall add reserved bits to make the length of the entire record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

7.2.6.2.2 KeepAliveRequest

The sender sends the KeepAliveRequest to verify that the peer is still alive.

| Field         | Length (bits) |
|---------------|---------------|
| MessageID     | 8             |
| TransactionID | 8             |

MessageID       The sender shall set this field to 0x02.

TransactionID    The sender shall increment this value for each new KeepAliveRequest message sent.

---

[17] For example, if Type1 is '0011010', then Type2 shall be 8 bits long.

Session Layer                                                                    TIA-856-B

| Channels | CC        AC        FTC        RTC | | SLP | Best Effort |
|----------|-----------------------------------|-|-----|-------------|
| Addressing | unicast | | Priority | 40 |

<sup>1</sup> 7.2.6.2.3 KeepAliveResponse

<sup>2</sup> The sender sends the KeepAliveResponse message as an answer to the KeepAliveRequest
<sup>3</sup> message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

<sup>4</sup> MessageID          The sender shall set this field to 0x03.

<sup>5</sup> TransactionID      The sender shall set this value to the value of the TransactionID field
<sup>6</sup>                    of the corresponding KeepAliveRequest message.

<sup>7</sup>

| Channels | CC        AC        FTC        RTC | | SLP | Best Effort |
|----------|-----------------------------------|-|-----|-------------|
| Addressing | unicast | | Priority | 40 |

<sup>8</sup> 7.2.6.3 Interface to Other Protocols

<sup>9</sup> 7.2.6.3.1 Commands Sent

<sup>10</sup> This protocol issues the following commands:

<sup>11</sup> • *AddressManagement.Activate*

<sup>12</sup> • *SessionConfiguration.Activate*

<sup>13</sup> • *AddressManagement.Deactivate*

<sup>14</sup> • *SessionConfiguration.Deactivate*

<sup>15</sup> • *AirLinkManagement.CloseConnection*

<sup>16</sup> 7.2.6.3.2 Indications

<sup>17</sup> This protocol registers to receive the following indications:

<sup>18</sup> • *AddressManagement.Failed*

<sup>19</sup> • *SessionConfiguration.Failed*

<sup>20</sup> • *AddressManagement.Opened*

<sup>21</sup> 7.2.7 Configuration Attributes

<sup>22</sup> The negotiable attributes for this protocol are listed in Table 7.2.7-1. The access terminal
<sup>23</sup> shall use as defaults the values in Table 7.2.7-1 typed in **bold italics**.

**Table 7.2.7-1. Configurable Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | $T_{SMPClose}$ | ***0x0CA8*** | Default is 54 hours. |
| | | 0x0000 to 0xffff | 0x0000 means disable keep alive messages; all other values are in minutes. |

## 7.2.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{SMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{SMPKeepAlive}$ | Maximum number of keep alive transactions within $T_{SMPClose}$. | 3 |
| $T_{SMPMinClose}$ | Minimum recommended timer setting for Close State | 300 seconds |

## 7.2.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

The parameter records for this protocol consist of only the configuration attributes of this protocol.

**7.3 Default Address Management Protocol**

7.3.1 Overview

The Default Address Management Protocol provides the following functions:

- Initial UATI assignment

- Maintaining the access terminal unicast address as the access terminal moves between subnets.

This protocol operates in one of three states:

- Inactive State: In this state there are no communications between the access terminal and the access network.

- Setup State: In this state the access terminal and the access network perform a UATIRequest/UATIAssignment/UATIComplete exchange to assign the access terminal a UATI.

- Open State: In this state the access terminal has been assigned a UATI. The access terminal and access network may also perform a UATIRequest/UATIAssignment /UATIComplete or a UATIAssignment/UATIComplete exchange so that the access terminal obtains a new UATI.

The protocol states and the messages and events causing the transition between the states are shown in Figure 7.3.1-1 and Figure 7.3.1-2.



**Figure 7.3.1-1. Default Address Management Protocol State Diagram (Access Terminal)**



**Figure 7.3.1-2. Default Address Management Protocol State Diagram (Access Network)**

7.3.2 Primitives and Public Data

7.3.2.1 Commands

This protocol defines the following command:

- *Activate*

- *Deactivate*

- *UpdateUATI*

7.3.2.2 Return Indications

This protocol returns the following indications:

- *Opened*

- *UATIReleased*

- *UATIAssigned*

- *Failed*

- *SubnetChanged*

7.3.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- ReceiveATIList

- TransmitATI

- SessionSeed

7.3.3 Connection Endpoints

The following Connection Endpoints are defined (to be used by the SLP):

- The addresses specified by entries in the ReceiveATIList list whose ATIType is equal to '11' (i.e., RATI) or '10' (i.e., UATI) all define the same connection endpoint.

- Each unique <ATI, Physical Layer Channel> where ATI is an entry in the ReceiveATIList with ATIType equal to '00' (i.e., BATI), defines a separate Connection Endpoint.

7.3.4 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

7.3.5 Protocol Initialization

7.3.5.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

7.3.5.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol at the access terminal and the access network shall enter the Inactive State.

7.3.6 Procedures and Messages for the InConfiguration Instance of the Protocol

7.3.6.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

7.3.6.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

    – Set the initial state of the InConfiguration protocol instance to the Open State.

    – Set the receive pointer for UATIAssignment message validation, V(R), to 255.

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Address Management Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

7.3.6.3 Message Formats

7.3.6.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | FTC      RTC | SLP | Reliable |
|----------|-------------|-----|----------|
| Addressing | unicast | Priority | 40 |

7.3.6.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID               The sender shall set this field to 0x51.

TransactionID           The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord         An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | FTC      RTC | SLP | Reliable |
|----------|-------------|-----|----------|
| Addressing | unicast | Priority | 40 |

7.3.7 Procedures and Messages for the InUse Instance of the Protocol

7.3.7.1 Procedures

7.3.7.1.1 Command Processing

7.3.7.1.1.1 Activate

If the protocol receives the *Activate* command in the Inactive State:

• The access terminal shall transition to the Setup State.

• The access network shall ignore the command.

If the protocol receives the *Activate* command in any state other than the Inactive State, the command shall be ignored.

1 7.3.7.1.1.2 Deactivate

2 If the protocol receives the *Deactivate* command in the Inactive State, the command shall be
3 ignored.

4 If the protocol receives the *Deactivate* command in any state other than the Inactive State,
5 the protocol shall transition to the Inactive State and return a *UATIReleased* indication.

6 7.3.7.1.1.3 UpdateUATI

7 The access network and the access terminal shall ignore the *UpdateUATI* command when it
8 is received in any state other than the Open State.

9 If the access terminal receives an UpdateUATI command in the Open State, it shall set
10 OldUATI to UATI and shall send a UATIRequest message.

11 If the access network receives an UpdateUATI command in the Open State, it may send a
12 UATIAssignment message.

13 A comprehensive list of events causing the *UpdateUATI* command is beyond the scope of
14 this specification.

15 7.3.7.1.2 UATIAssignment Message Validation

16 Each time that the access network sends a new UATIAssignment message, it shall
17 increment the value of the MessageSequence field.

18 The access terminal shall initialize a receive pointer for the UATIAssignment message
19 validation, *V(R)*, to 255 when it sends a UATIRequest message and there exist an entry in
20 the ReceiveATIList list whose ATIType field is equal to '11' (i.e., RATI).

21 When the access terminal receives a UATIAssignment message, it shall validate the
22 message, using the procedure defined in 14.6 (S is equal to 8). The access terminal shall
23 discard the message if it is invalid.

24 7.3.7.1.3 Processing HardwareIDRequest message

25 Upon reception of a HardwareIDRequest message, the access terminal shall respond with a
26 HardwareIDResponse message. The access terminal shall set the HardwareID record of the
27 HardwareIDResponse message to the unique ID that has been assigned to the terminal by
28 the manufacturer.

29 7.3.7.1.4 Inactive State

30 In this state, there are no communications between the access terminal and the access
31 network. The access terminal does not have an assigned UATI, the access network does not
32 maintain a UATI for the access terminal, and may be unaware of the access terminal's
33 existence within its coverage area.

34 7.3.7.1.4.1 Access Terminal Requirements

35 Upon entering the Inactive State, the access terminal shall perform the following:

36 • Set OldUATI to NULL.

- Clear the ReceiveATIList

- Add the following entry to the ReceiveATIList:
  <ATIType = '00', ATI = NULL>.

- Set TransmitATI to
  <ATIType = NULL, ATI = NULL>.

- Set UATI to NULL.

- Set UATIColorCode to NULL.

- Set UATISubnetMask to NULL.

- Set SessionSeed to the 32-bit pseudo-random number generated using output of the pseudo random number generator specified in 14.5.

- Disable the Address timers.

- Set $(x_o, y_o)$ to (NULL, NULL).

If the access terminal receives an *Activate* command, it shall transition to the Setup State.

7.3.7.1.4.2 Access Network Requirements

Upon entering the Inactive State, the access network shall perform the following:

- Set the value of the access terminal's UATI to NULL.

- Set the value of the access terminal's UATISubnetMask to NULL.

- Set the value of the access terminal's UATIColorCode to NULL.

The access network shall transition to the Setup State if it receives a UATIRequest message.

7.3.7.1.5 Setup State

In this state, the access terminal sends a request to the access network asking for a UATI and waits for the access network's response.

7.3.7.1.5.1 Access Terminal Requirements

Upon entering the Setup State the access terminal shall perform the following:

- Set                          the                          TransmitATI                          to
  <ATIType = '11', ATI = SessionSeed>,

- Add      the      following      entry      to      the      ReceiveATIList      list
  <ATIType = '11', ATI = SessionSeed>.

- Shall send a UATIRequest message.

A valid (see 7.3.7.1.2) UATIAssignment message that satisfies either of the following conditions is called a "fresh" UATIAssignment message:

Session Layer

- OverheadParametersUpToDate, provided as the public data of the Overhead Messages Protocol, is equal to 1 and the UATIColorCode field in the message matches the ColorCode, given as public data of the Overhead Messages Protocol, or

- the SubnetIncluded field of the message is equal to '1',

The access terminal shall discard a UATIAssignment message that is not "fresh".

If the access terminal does not receive a "fresh" UATIAssignment message within $T_{ADMPATResponse}$ seconds after receiving an *AccessChannelMAC.TxEnded* indication, it shall return a *Failed* indication and transition to the Inactive State.

If the access terminal receives a "fresh" UATIAssignment message then the access terminal shall perform the following:

- Set the UATIColorCode to the UATIColorCode given in the message.

- Set its UATI and UATISubnetMask as follows:

   – If the message includes the UATI104 field and UATISubnetMask field, the access terminal shall set its UATI to UATI104 | UATI024 and UATISubnetMask to UATISubnetMask field included in the message.

   – Otherwise, the access terminal shall set its UATI to (SectorID[127:24] | UATI024) and UATISubnetMask to SubnetMask where SectorID and SubnetMask are provided as public data of Overhead Messages Protocol.

- Delete any entry in the ReceiveATIList list whose ATIType is equal to '11' (i.e., RATI).

- Add the following entry to the ReceiveATIList:
  <ATIType='10', ATI = (UATIColorCode | UATI[23:0])>.

- Set the TransmitATI to
  <ATIType='10', ATI = (UATIColorCode | UATI[23:0])>.

- Return an *Opened* indication.

- Return a *UATIAssigned* indication.

- Send a UATIComplete message.

- Transition to the Open State.

7.3.7.1.5.2 Access Network Requirements

When the access network sends a UATIAssignment message, it shall perform the following:

- Access network shall assign a Unicast Access Terminal Identifier (UATI) to the access terminal for the session as follows:

   – Access network may include both UATI104 and UATISubnetMask fields in the UATIAssignment message.

– Access network may omit the UATI104 and UATISubnetMask fields from the message. In this case, the UATI[127:24] is implicitly assigned to be equal to SectorID[127:24] and UATISubnetMask is implicitly assigned to be SubnetMask, where SectorID and SubnetMask correspond to the sector that has received the UATIRequest message.

When the access network receives the corresponding UATIComplete message with the MessageSequence field of the UATIAssignment message sent, it shall perform the following:

• Return *Opened* indication.

• Return *UATIAssigned* indication.

• Transition to Open State.

If the access network does not receive the corresponding UATIComplete message in response to the UATIAssignment message, it may re-transmit the UATIAssignment message. If the access network does not receive the UATIComplete message after an implementation specific number of re-transmissions of the UATIAssignment message, it shall return a *Failed* indication and transition to the Inactive State.

7.3.7.1.6 Open State

In this state the access terminal has been assigned a UATI.

7.3.7.1.6.1 Access Terminal Requirements

The subnet associated with the UATI and the current subnet are defined to be different if either of the following two conditions are satisfied:

• The UATISubnetMask is not equal to the SubnetMask of the sector in the active set, or

• the result of bitwise logical AND of the UATI and its subnet mask specified by UATISubnetMask is different from the result of bitwise logical AND of SectorID and its subnet mask specified by SubnetMask (where SectorID and SubnetMask correspond to the sector in the active set).

If the access terminal receives a *RouteUpdate.IdleHO* indication or a *ConnectedState.ConnectionClosed*, and then it receives an *OverheadMessages.Updated* indication, and if both of the following two conditions are true, then the access terminal shall set OldUATI to UATI and shall send a UATIRequest message:

• The subnet associated with UATI and the current subnet are different, and

• SupportSecondaryColorCodes is set to 0x00 or UATIColorCode is different from all of the SecondaryColorCode values provided as public data by the Overhead Messages Protocol[1].

---

[1] The advertisement of SecondaryColorCode values might require the access network to deliver pages across subnet boundaries into areas in other subnets with the same ColorCode value that is advertised in the SecondaryColorCode values.  The means by which the access network accomplishes this are beyond the scope of this specification.

If the access terminal receives an *UpdateUATI* command, it shall process the command as specified in 7.3.7.1.1.3.

A valid (see 7.3.7.1.2) UATIAssignment message that satisfies either of the following conditions is called a "fresh" UATIAssignment message:

- OverheadParametersUpToDate, provided as the public data of the Overhead Messages Protocol, is equal to 1 and the UATIColorCode field in the message matches the ColorCode, given as public data of the Overhead Messages Protocol, or

- The SubnetIncluded field of the message equal to '1'.

The access terminal shall discard a UATIAssignment message that is not "fresh".

Upon sending a UATIRequest message, the access terminal shall start a UATIResponse timer with a timeout value of $T_{ADMPATResponse}$ seconds after receiving an *AccessChannelMAC.TxEnded* indication. The access terminal shall disable this timer if either of the following conditions is true:

- The UATISubnetMask is equal to the SubnetMask of the sector in the active set, and the result of bitwise logical AND of the UATI and its subnet mask specified by UATISubnetMask is the same as the result of bitwise logical AND of SectorID and its subnet mask specified by SubnetMask (where SectorID and SubnetMask correspond to the sector in the active set), or

- The access terminal receives a "fresh" UATIAssignment message.

If the UATIResponse timer expires, the access terminal shall return a *Failed* indication and transition to the Inactive State.

If the access terminal receives a "fresh" UATIAssignment message then the access terminal shall perform the following:

- Set the UATIColorCode to the UATIColorCode given in the message.

- Set its UATI and UATISubnetMask as follows:

    – If the message includes the UATI104 field and UATISubnetMask field, the access terminal shall set its UATI to UATI104 | UATI024 and UATISubnetMask to UATISubnetMask field included in the message.

    – Otherwise, the access terminal shall set its UATI to (SectorID[127:24] | UATI024) and UATISubnetMask to SubnetMask where SectorID and SubnetMask are provided as public data of Overhead Messages Protocol.

- Add the following entry to the ReceiveATIList:
  <ATIType = '10', ATI = (UATIColorCode | UATI[23:0])>.

- Set the TransmitATI to
  <ATIType='10', ATI = (UATIColorCode | UATI[23:0])>.

- Return a *UATIAssigned* indication.

- Send a UATIComplete message.

Session Layer                                                                                                    TIA-856-B

- Reset and start an Address timer with a timeout value of $T_{ADMPAddress}$ for the added entry to the ReceiveATIList.

The access terminal shall perform the following when an Address timer corresponding to an entry in the ReceiveATIList expires:

- Disable the Address timer for that entry.

- Delete all the entries in the ReceiveATIList that are older than the entry whose Address timer has expired. An entry X in the list is considered older than another entry Y, if the entry X has been added to the list prior to the entry Y.

If the access terminal receives an *InitializationState.NetworkAcquired* indication followed by an *OverheadMessages.Updated* indication, then the access terminal shall perform the following:

- The access terminal shall create a ReducedSubnetMask by appending (128 - UATISubnetMask + ReducedSubnetMaskOffset) '0's to (UATISubnetMask − ReducedSubnetMaskOffset) '1's.

- If any of the following conditions is true, then the access terminal shall return a *Failed* indication and transition to the Inactive State:

   – The UATISubnetMask is not equal to the SubnetMask of the sector in the active set, or

   – The result of bitwise logical AND of the UATI and ReducedSubnetMask is different from the result of bitwise logical AND of SectorID and ReducedSubnetMask (where SectorID and SubnetMask correspond to the sector in the active set).

Upon receiving an *OverheadMessages.Updated* indication, the access terminal shall perform the following if MaxNoMonitorDistance is not zero:

- If $(x_o, y_o)$ is (NULL, NULL), then the access terminal shall set $(x_o, y_o)$ to (Longitude, Latitude), where Longitude and Latitude are public data of the Overhead Messages Protocol.

- If $(x_o, y_o)$ is not (NULL, NULL), then the access terminal shall perform the following:

   – The access terminal shall set $(x_n, y_n)$ to (Longitude, Latitude), where Longitude and Latitude are public data of the Overhead Messages Protocol.

   – The access terminal shall compute NoMonitorDistance with an error of no more than ±5% of its true value when $|y_o/14400|$ is less than 60 and with an error of no more than ±7% of its true value when $|y_o/14400|$ is between 60 and 70[18] using the expression

---

[18]$x_o$ and $y_o$ are given in units of 1/4 seconds. $x_o/14400$ and $y_o/14400$ are in units of degrees.

$$\text{NoMonitorDistance} = \left[\frac{\sqrt{\left[(x_n - x_o) \times \cos\left(\frac{\pi}{180} \times \frac{y_o}{14400}\right)\right]^2 + \left[y_n - y_o\right]^2}}{16}\right]$$

- The access terminal shall set $(x_o, y_o)$ to (Longitude, Latitude), where Longitude and Latitude are public data of the Overhead Messages Protocol.

- The access terminal shall return a *Failed* indication and transition to the Inactive State if both of the following conditions are true:

  + the computed value of NoMonitorDistance is greater than MaxNoMonitorDistance, and

  + one of the following conditions is true:

    - the UATISubnetMask is not equal to the SubnetMask of the sector in the active set, or

    - the result of bitwise logical AND of the UATI and its subnet mask specified by UATISubnetMask is different from the result of bitwise logical AND of SectorID and its subnet mask specified by SubnetMask (where SectorID and SubnetMask correspond to the sector in the active set).

7.3.7.1.6.2 Access Network Requirements

The access network may send a UATIAssignment message at any time in this state. The following are some of the possible triggers for sending a UATIAssignment message:

- Receiving *RouteUpdate.ActiveSetUpdated* indication,

- Receiving an UpdateUATI command,

- Receiving a UATIRequest message.

The access network may return a *SubnetChanged* indication and send a UATIAssignment message after reception of a *RouteUpdate.ActiveSetUpdated* indication. The triggers for returning a *SubnetChanged* indication after reception of a *RouteUpdate.ActiveSetUpdated* indication are outside the scope of this specification.

When the access network sends a UATIAssignment message, it shall perform the following:

- Assign a Unicast Access Terminal Identifier (UATI) to the access terminal for the session and include it in a UATIAssignment message.

  - If the UATIAssignment message is sent in response to a UATIRequest message, the access network may include both UATI104 and UATISubnetMask. If the access network does not include the UATI104 and UATISubnetMask fields in the message, the UATI[127:24] is implicitly assigned to be equal to SectorID[127:24], where SectorID corresponds to the sector that has received the UATIRequest message.

– Otherwise, the access network shall include both UATI104 and UATISubnetMask fields in the UATIAssignment message.

When the access network receives a UATIComplete message with the MessageSequence field that is equal to the MessageSequence field of the UATIAssignment message that it has sent, it shall return a *UATIAssigned* indication.

If the access network does not receive the UATIComplete message in response to the corresponding UATIAssignment message within a certain time interval that is specified by the access network[19], it should re-transmit the UATIAssignment message. If the access network does not receive the UATIComplete message after an implementation specific number of re-transmissions of the UATIAssignment message, it shall return a *Failed* indication and transition to the Inactive State.

### 7.3.7.2 Message Formats

### 7.3.7.2.1 UATIRequest

The access terminal sends the UATIRequest message to request that a UATI be assigned or re-assigned to it by the access network.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID              The access terminal shall set this field to 0x00.

TransactionID          The access terminal shall increment this value modulo 256 for each new UATIRequest message sent.

| Channels | AC | SLP | Best Effort |
|---|---|---|---|
| Addressing | unicast | Priority | 10 |

### 7.3.7.2.2 UATIAssignment

The access network sends the UATIAssignment message to assign or re-assign a UATI to the access terminal.

---

[19] The value of this timeout is determined by the access network and specification of the timeout value is outside the scope of this document.

TIA-856-B                                                                    Session Layer

| Field | Length (bits) |
| --- | --- |
| MessageID | 8 |
| MessageSequence | 8 |
| Reserved1 | 7 |
| SubnetIncluded | 1 |
| UATISubnetMask | 0 or 8 |
| UATI104 | 0 or 104 |
| UATIColorCode | 8 |
| UATI024 | 24 |
| UpperOldUATILength | 4 |
| Reserved2 | 4 |

1   MessageID              The access network shall set this field to 0x01.

2   MessageSequence        The access network shall set this to 1 higher than the
3                          MessageSequence field of the last UATIAssignment message (modulo
4                          256) that it has sent to this access terminal.

5   Reserved1              The access network shall set this field to zero. The access terminal
6                          shall ignore this field.

7   SubnetIncluded         The access network shall set this field to '1' if the UATI104 field and
8                          UATISubnetMask fields are included in this message; otherwise, the
9                          access network shall set this field to '0'.

10  UATISubnetMask         The access network shall omit this field if SubnetIncluded is set to
11                         '0'. If included, the access network shall set this field to the number
12                         of consecutive 1's in the subnet mask of the subnet to which the
13                         assigned UATI belongs.

14  UATI104                The access network shall omit this field if SubnetIncluded is set to
15                         '0'. If included, the access network shall set this field to UATI[127:24]
16                         of the UATI that it is assigning to the access terminal.

17  UATIColorCode          UATI Color Code. The access network shall set this field to the Color
18                         Code associated with the subnet to which the UATI belongs.

19  UATI024                The access network shall set this field to UATI[23:0] of the UATI that
20                         it is assigning to the access terminal.

21  UpperOldUATILength     The access network shall set this field to the number of least
22                         significant octets of OldUATI[127:24] that the access terminal is to

send in the UATIComplete message, in the range from 0 to 13, inclusive.

Reserved2          The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | CC            FTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 10 |

### 7.3.7.2.3 UATIComplete

The access terminal sends this message to notify the access network that it has received the UATIAssignment message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| Reserved | 4 |
| UpperOldUATILength | 4 |
| UpperOldUATI | 8 × UpperOldUATILength |

MessageID          The access terminal shall set this field to 0x02.

MessageSequence    The access terminal shall set this field to the MessageSequence field of the UATIAssignment message whose receipt this message is acknowledging.

Reserved           The access terminal shall set this field to zero. The access network shall ignore this field.

UpperOldUATILength The access terminal shall set this field to the length of the UpperOldUATI field in octets.

UpperOldUATI       If UpperOldUATILength in the UATIAssignment message whose receipt this message is acknowledging is not zero and OldUATI is not NULL, the access terminal shall set this field to OldUATI[23+UpperOldUATILength×8:24]. Otherwise, the access terminal shall omit this field.

TIA-856-B                                                                Session Layer

| **Channels** | AC | RTC |
|---|---|---|
| **Addressing** | | unicast |

| **SLP** | Reliable    Best Effort 20 |
|---|---|
| **Priority** | 10 |

1    7.3.7.2.4 HardwareIDRequest

2    The access network uses this message to query the access terminal of its Hardware ID
3    information.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

4    MessageID               The access network shall set this field to 0x03.

5    TransactionID           The access network shall increment this value for each new
6                            HardwareIDRequest message sent.

7

| **Channels** | CC | FTC |
|---|---|---|
| **Addressing** | | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

8    7.3.7.2.5 HardwareIDResponse

9    The access terminal sends this message in response to the HardwareIDRequest message.

10

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| HardwareIDType | 24 |
| HardwareIDLength | 8 |
| HardwareIDValue | 8×HardwareIDLength |

11   MessageID               The access terminal shall set this field to 0x04.

12   TransactionID           The access terminal shall set this field to the TransactionID field of
13                           the corresponding HardwareIDRequest message.

14   HardwareIDType          The access terminal shall set this field according to Table 7.3.7.2-1.

---

20 This message is sent reliably when it is sent over the Reverse Traffic Channel.

**Table 7.3.7.2-1. HardwareIDType encoding**

| HardwareIDType field value | Meaning |
|---|---|
| 0x010000 | Electronic Serial Number (ESN) ; see [3] |
| 0x00ffff | Mobile Equipment Identifier (MEID); see [3].[21] |
| 0x00NNNN, where NNNN is in the range 0x0000 to 0xfffe, inclusive. | See [10] |
| 0xffffff | Null |
| All other values | Invalid |

HardwareIDLength    If HardwareIDType is not set to 0xFFFFFF, the access terminal shall set this field to the length in octets of the HardwareIDValue field; otherwise the access terminal shall set this field to 0x00.

HardwareIDValue    The access terminal shall set this field to the unique ID (specified by HardwareIDType) that has been assigned to the terminal by the manufacturer.

| Channels | AC | RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Reliable[22] | Best Effort |
|---|---|---|
| Priority | | 40 |

7.3.7.2.6 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer a set of attribute values for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x52.

---

[21] If an access terminal has an MEID, it uses this format. See [3].

[22] This message is sent reliably when it is sent over the Reverse Traffic Channel.

TIA-856-B                                                                      Session Layer

1  TransactionID        The  sender  shall  increment  this  value  for  each  new
2                       AttributeUpdateRequest message sent.

3  AttributeRecord      The format of this record is specified in 14.3.

4

| Channels | | FTC    RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

5  **7.3.7.2.7 AttributeUpdateAccept**

6  The  sender  sends  an  AttributeUpdateAccept  message  in  response  to  an
7  AttributeUpdateRequest message to accept the offered attribute values.

8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

9   MessageID        The sender shall set this field to 0x53.

10  TransactionID    The  sender  shall  set  this  value  to  the  TransactionID  field  of  the
11                   corresponding AttributeUpdateRequest message.

12

| Channels | | FTC    RTC |
|---|---|---|
| Addressing | | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

13  **7.3.7.2.8 AttributeUpdateReject**

14  The  access  network  sends  an  AttributeUpdateReject  message  in  response  to  an
15  AttributeUpdateRequest message to reject the offered attribute values.

16

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

17  MessageID        The access network shall set this field to 0x54.

18  TransactionID    The access network shall set this value to the TransactionID field of
19                   the corresponding AttributeUpdateRequest message.

20

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

### 7.3.7.3 Interface to Other Protocols

### 7.3.7.3.1 Commands

This protocol does not issue any commands.

### 7.3.7.3.2 Indications

This protocol registers to receive the following indications:

- *RouteUpdate.IdleHO*
- *RouteUpdate.ActiveSetUpdated*
- *InitializationState.NetworkAcquired*
- *OverheadMessages.Updated*
- *ConnectedState.ConnectionClosed*
- *AccessChannelMAC.TxEnded*

### 7.3.8 Configuration Attributes

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Default Address Management Protocol. If the value of the SupportGAUPMaxNoMonitorDistance attribute is 0x01, then the access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following attributes belonging to the Default Address Management Protocol:

- MaxNoMonitorDistance

If the value of the SupportGAUPMaxNoMonitorDistance attribute is not 0x01, the access network shall not include the MaxNoMonitorDistance attribute in an AttributeUpdateRequest message.

The access terminal shall not send an AttributeUpdateRequest message containing the MaxNoMonitorDistance attribute.

The configurable simple attributes for this protocol are listed in Table 7.3.8-1. The access terminal and access network shall use as defaults the values in Table 7.3.8-1 that are typed in **bold italics**.

Table 7.3.8-1. Configurable Values

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | MaxNoMonitorDistance | *0x0000* | The access terminal will not transition to the Inactive state based on distance. |
| | | 0x0001 to 0xffff | Maximum allowed distance traveled without monitoring overhead, beyond which the access terminal will transition to the Inactive state. |
| 0xfe | HardwareSeparableFromSession | *0x00* | The session cannot be extricated from the hardware that is identified by the HardwareID. |
| | | 0x01 | The session can be extricated from the hardware that is identified by the HardwareID. |
| | | All other values | Reserved |
| 0xfd | SupportGAUPMaxNoMonitorDistance | *0x00* | Use of Generic Attribute Update Protocol to update MaxNoMonitorDistance is not supported. |
| | | 0x01 | Use of Generic Attribute Update Protocol to update MaxNoMonitorDistance is supported. |
| | | All other values | Reserved |
| 0xfc | ReducedSubnetMaskOffset | *0x00* | ReducedSubnetMaskOffset is zero. |
| | | 0x01 – 0x10 | Difference between the number of consecutive '1's in the subnet mask and that in the reduced subnet mask. |
| | | All other values | Reserved |
| 0xfb | SupportSecondaryColorCodes | *0x00* | Use of secondary color codes is not supported. |
| | | 0x01 | Use of secondary color codes is supported. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | All other values | Reserved |

1

2   7.3.9 Protocol Numeric Constants

3

| Constant | Meaning | Value |
|---|---|---|
| $N_{ADMPType}$ | Type field for this protocol. | Table 2.5.4-1 |
| $N_{ADMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{ADMPATResponse}$ | Time to receive UATIAssignment after sending UATIRequest | 120 seconds |
| $T_{ADMPAddress}$ | The duration of time that the access terminal declares an address match if it receives a message that is addressed using either the old or the new UATI | 180 seconds |

4   7.3.10 Session State Information

5   The Session State Information record (see 14.8) consists of parameter records.

6   This protocol defines the following parameter records in addition to the configuration
7   attributes for this protocol:

8   7.3.10.1 SessionSeed Parameter

9   **Table 7.3.10.1-1. The Format of the Parameter Record for the SessionSeed Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| SessionSeed | 32 |

10  ParameterType        This field shall be set to 0x01 for this parameter record.

11  Length               This field shall be set to the length of this parameter record in units
12                       of octets excluding the Length field.

13  SessionSeed          This field shall be set to the value of the SessionSeed associated with
14                       the access terminal's session.

TIA-856-B                                                              Session Layer

7.3.10.2  MessageSequence Parameter

**Table 7.3.10.2-1. The Format of the Parameter Record for the MessageSequence Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| MessageSequence | 8 |

ParameterType          This field shall be set to 0x02 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

MessageSequence        This field shall be set to the MessageSequence field of the last UATIAssignment message that was sent by the source access network.

7.3.10.3 HardwareID Parameter

The access network may include the HardwareID parameter Session State Information Record to indicate the HardwareID received from the access terminal in a HardwareIDResponse message (if available). If the value of the HardwareSeparableFromSession attribute is not equal to 0x00 or the HardwareID from the access terminal is not available (e.g., if the access network has not requested this information from the access terminal), the access network shall omit this Session State Information Record.

**Table 7.3.10.3-1. The Format of the Parameter Record for the HardwareID Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| HardwareIDType | 24 |
| HardwareIDLength | 8 |
| HardwareIDValue | 8×HardwareIDLength |

ParameterType          This field shall be set to 0x03 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

HardwareIDType      The access network shall set this field to the value of the
                    HardwareIDType field in the most recent HardwareIDResponse
                    message received from the access terminal.

HardwareIDLength    The access network shall set this field to the value of the
                    HardwareIDLength field in the most recent HardwareIDResponse
                    message received from the access terminal.

HardwareIDValue     The access network shall set this field to the value of the
                    HardwareIDValue field in the most recent HardwareIDResponse
                    message received from the access terminal.

**7.4 Default Session Configuration Protocol**

7.4.1 Overview

The Default Session Configuration Protocol provides for the negotiation and configuration of the set of protocols used during a session.

This protocol supports two phases of negotiation:

- Access terminal initiated negotiation: In this phase negotiation exchanges are initiated by the access terminal. This phase is used to negotiate the protocols that will be used in the session and negotiate some of the protocols' parameters (e.g., authentication key lengths).

- Access network initiated negotiation: In this phase negotiation exchanges are initiated by the access network. This phase is typically used to override default values used by the negotiated protocols.

This protocol uses the Generic Configuration Protocol (see 14.7) procedures and messages when performing the negotiation in each phase. Even if the access terminal requires the use of a Session Configuration Protocol other than the Default Session Configuration Protocol, it shall use the Default Session Configuration Protocol to negotiate the other Session Configuration Protocol.

Example message flow diagrams for an extensive negotiation initiated by the access terminal and a minimal negotiation initiated by the access network are shown in 7.4.9.

Additional protocols may be negotiated without further modifications to the Default Session Configuration Protocol.

This protocol operates in one of four states:

- Inactive State: In this state, the protocol waits for an *Activate* command.

- AT Initiated State: In this state, negotiation is performed at the initiative of the access terminal.

- AN Initiated State: In this state, negotiation is performed at the initiative of the access network.

- Open State: In this state, the access terminal may initiate the session configuration procedure at any time and the access network may request the access terminal to initiate the session configuration at any time.



**Figure 7.4.1-1. Default Session Configuration Protocol State Diagram (Access Terminal)**



**Figure 7.4.1-2. Default Session Configuration Protocol State Diagram (Access Network)**

7.4.2 Primitives and Public Data

7.4.2.1 Commands

This protocol defines the following commands:

TIA-856-B                                                                    Session Layer

- *Activate*
- *Deactivate*

7.4.2.2 Return Indications

This protocol returns the following indications:

- *Reconfigured*
- *Failed*

7.4.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- SessionConfigurationToken
- ConfigurationLock

7.4.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

7.4.4 Protocol Initialization

7.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the access terminal and the access network shall set the SessionConfigurationToken to 0x0000.

7.4.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

- The value of the Protocol Type Attributes for this protocol instance shall be set to the default values specified for each attribute.
- The protocol at the access terminal and the access network shall enter the Inactive State.
- The access network and the access terminal shall set the ConfigurationLock to UnLocked.
- The access terminal and the access network shall set the ConnectionState parameter to Closed.

7.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

7.4.5.1 Procedures

This protocol does not have any procedures associated with the InConfiguration instance of the protocol.

7.4.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then the access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The access terminal and the access network shall set the initial state of the InConfiguration protocol instance to the Open State.

  - The access terminal and the access network shall set the ConnectionState parameter to Closed.

  - The values of the public data of the InConfiguration protocol instance shall be copied to the corresponding public data of the InUse protocol.

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Session Configuration Protocol at the access terminal and the access network.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

7.4.5.3 Message Formats

This protocol does not define any messages corresponding to the InConfiguration instance of the protocol.

7.4.6 Procedures and Messages for the InUse Instance of the Protocol

7.4.6.1 Procedures

The Default Session Configuration Protocol uses the Generic Configuration Protocol (see 14.7) for configuration. All configuration messages sent by this protocol shall have their Type field set to $N_{SCPType}$.

If ConnectionState is Closed, and if PersonalityCount is greater than one, then the four most significant bits of the SessionConfigurationToken field indicate the index of the

personality that is in use. If ConnectionState is Connected, and if PersonalityCount is greater than one, then the four most significant bits of the SessionConfigurationToken field indicate the index of the personality that will be in use after ConnectionState changes to Closed. The rules for setting the twelve least significant bits of the SessionConfigurationToken field are outside the scope of this specification.

The Default Session Configuration Protocol allows for the negotiation and storage of up to PersonalityCount personalities. A personality is defined as a complete set of negotiated protocol subtypes, application subtypes, attribute values, and public data that can be used as the InUse instance of the protocols and applications. Only one personality is in use at a time. The total number of personalities shall not exceed PersonalityCount. Each personality is identified by its PersonalityIndex. Valid values of PersonalityIndex are from zero to PersonalityCount − 1, inclusive. Personality with index zero is defined as the Main Personality.

If the access terminal supports the Enhanced Forward Traffic Channel MAC Protocol or the Subtype 2 Reverse Traffic Channel MAC Protocol, the access terminal shall support values for the PersonalityCount attribute less than or equal to 0x0004. If the access terminal supports a value for the PersonalityCount attribute greater than 0x0001, then access terminal shall support all values for the SupportGAUPSessionConfigurationToken attribute less than or equal to 0x0001. If the access terminal supports a value for the PersonalityCount attribute greater than 0x0001, the access terminal shall support all values for the SupportConfigurationLock attribute less than or equal to 0x0001.

If HardLink subtype is negotiated for a protocol Type, then the protocol subtype, all Session State Information Records (including all attributes), and public data (except as noted) of this protocol Type in the personality under consideration shall be the same as the corresponding protocol subtype, Session State Information Records, and public data of the corresponding protocol Type in the Main Personality and vice versa.

When performing the procedures for a protocol with HardLink subtype, the access terminal and the access network shall perform the corresponding procedures for the corresponding protocol subtype in the Main Personality[23]. When comparing whether two protocols have the same subtype, a HardLink protocol shall be treated as having the same subtype as the corresponding protocol subtype in the Main Personality.

The protocol subtype for the Session Configuration Protocol shall be set to HardLink subtype in all personalities with PersonalityIndex greater than zero. The protocol subtype for the Address Management Protocol shall be set to HardLink subtype in all personalities with PersonalityIndex greater than zero. Even if the protocol subtype of the Session Configuration Protocol is HardLink, the values of the Protocol Type attributes in the personality under consideration and the main personality may be different. If HardLink subtype is negotiated for a protocol in the Stream Layer, then the protocol subtype, Session State Information Records, and public data of the protocol as well as Session State Information Records and public data of applications bound to its streams shall be the same

---

[23] i.e. the HardLink subtype protocol shall behave as if it were the same subtype as the corresponding protocol in the Main Personality.

as the corresponding protocol subtype, Session State Information Records, and public data in the Main Personality and vice versa. The access terminal and the access network shall not negotiate HardLink subtype for protocols in the main personality.

### 7.4.6.1.1 Processing the Activate Command

If the protocol receives the *Activate* command in the Inactive State, it shall transition to the Open State.

If this command is received in any other state it shall be ignored.

### 7.4.6.1.2 Processing the Deactivate Command

If the protocol receives the *Deactivate* command in the Inactive State it shall be ignored.

If the protocol receives this command in the AT Initiated State, AN Initiated State, or Open State, it shall transition to the Inactive State.

### 7.4.6.1.3 Maintaining the ConnectionState Parameter

Upon receiving an *IdleState.ConnectionOpened* indication, the access terminal and the access network shall set ConnectionState to Connected. Upon receiving a *ConnectedState.ConnectionClosed* or *RouteUpdate.ConnectionLost* indication, the access network shall set ConnectionState to Closed. Upon receiving a *ConnectedState.ConnectionClosed* indication, the access terminal shall set ConnectionState to Closed.

### 7.4.6.1.4 Maintaining the ConfigurationLock parameter

The access terminal and the access network shall maintain a parameter called ConfigurationLock. If the value of the SupportConfigurationLock attribute is 0x0001, then the access terminal and the access network shall support the processing of the LockConfiguration, LockConfigurationAck, UnLockConfiguration, and UnLockConfigurationAck messages. If the value of the SupportConfigurationLock attribute is not 0x0001, then the access network shall not transmit a LockConfiguration or UnLockConfiguration message.

If the access network sends a LockConfiguration message, it shall set ConfigurationLock to Locked. If the access network sends an UnLockConfiguration message, it shall set ConfigurationLock to UnLocked.

If the access network does not receive a LockConfigurationAck message within an implementation specific time interval in response to a LockConfiguration message, then the access network may retransmit the LockConfiguration message an implementation specific number of times.

If the access network does not receive an UnLockConfigurationAck message within an implementation specific time interval in response to an UnLockConfiguration message, then the access network may retransmit the UnLockConfiguration message an implementation specific number of times.

If the access terminal receives a LockConfiguration message, then the access terminal shall respond with a LockConfigurationAck message and shall set ConfigurationLock to Locked. If the access terminal receives an UnLockConfiguration message, then the access terminal shall respond with an UnLockConfigurationAck message and shall set ConfigurationLock to UnLocked.

Upon receiving a *ConnectedState.ConnectionClosed* or *RouteUpdate.ConnectionLost* indication, the access network shall set ConfigurationLock to UnLocked. Upon receiving a *ConnectedState.ConnectionClosed* indication, the access terminal shall set ConfigurationLock to UnLocked.

7.4.6.1.5 Inactive State

Upon entering this state, the protocol shall set the SessionConfigurationToken to 0x0000.

In this state the protocol waits for the *Activate* command. See 7.4.6.1.1 for processing of the *Activate* command in this state.

7.4.6.1.6 AT Initiated State

During the AT Initiated State of the Default Session Configuration Protocol the access terminal and the access network use the Generic Configuration Protocol (see 14.7) with the access terminal being the initiator of each exchange. The access terminal and the access network use the ConfigurationRequest/ConfigurationResponse exchange defined in 14.7 to select the protocols and configure their associated parameters that will be used for the session.

Also, the access terminal may request restoring a previously established session in this state.

The protocol in the access terminal or the access network shall return a *Failed* indication and transition to the Inactive state, if any of the negotiated protocols declares a failure.

7.4.6.1.6.1 Access Terminal Requirements

Upon entering this state, the access terminal shall

- Create an InConfiguration protocol instance with the same protocol subtype as that of the InUse protocol instance for each of the protocols,

- For each stream that is bound to an application, create an InConfiguration application instance with the same application subtype as that of the InUse application instance corresponding to that stream,

- For each virtual stream that is bound to an application, create an InConfiguration application instance with the same application subtype as that of the InUse application instance corresponding to that virtual stream, and

- For each protocol Type, set the fall-back value as well as the current value of the InUse Session Configuration protocol's Protocol Type Attributes (see Table 7.4.7.1-1) to the subtype values given as public data by the corresponding InConfiguration instance of each protocol.

If the access terminal chooses to request restoring a prior session, it shall perform the following in the order specified:

- The access terminal shall construct a 32-bit pseudo random number, Nonce.

- The access terminal shall temporarily configure the protocols within the Security Layer with the parameters (i.e., the session key and all the negotiated protocols and attributes in the security layer) associated with the prior session.

- The access terminal shall supply the Nonce, to the security layer of the prior session as if the Nonce is the payload to be transmitted on the Access Channel. The access terminal shall set all the unspecified parameters needed by the protocols in the Security Layer to zero for the purpose of generating this Security Layer Packet.

- The access terminal shall restore the Security Layer to its previous configuration.

- The access terminal shall set the SecurityPacket variable to the Security Layer Packet constructed in the previous step.

- The access terminal shall send the UATI corresponding to the prior session and the SecurityPacket variables as a complex attribute (see 7.4.7.2) in a ConfigurationRequest message.

The access terminal may send the access network ConfigurationRequest messages, requesting the use of specific protocols per the Generic Configuration Protocol.

The access terminal shall include in the ConfigurationRequest messages all supported non-default subtypes of all protocols Types. If the access terminal includes in a ConfigurationRequest message a non-default subtype or HardLink subtype of a protocol, then the access terminal should also include in that ConfigurationRequest message the default subtype of the protocol.[24] The access terminal need not include the HardLink subtype in the ConfigurationRequest messages. If the access terminal supports a value of PersonalityCount greater than 0x0001, then the access terminal shall send a ConfigurationRequest messages containing the ATSupportedApplicationSubtypes attribute. If the access terminal sends a ConfigurationRequest message containing the ATSupportedApplicationSubtypes attribute, then the access terminal shall include in this attribute all the Application Subtypes supported by the access terminal.

The access terminal shall process the ConfigurationResponse messages it receives per the Generic Configuration Protocol.

Following the receipt of a ConfigurationResponse message, the access terminal may:

- Send another ConfigurationRequest message attempting to negotiate a different protocol subtype for the protocol Type specified in the ConfigurationResponse message.

---

[24] If the access terminal does not propose the default protocol subtype and the fall-back value of the protocol subtype is non-default, then the access terminal and the access network would not be able to negotiate the default protocol subtype during the AT Initiated State of the Default Session Configuration Protocol.

- Use the protocol configuration procedures defined by the protocol to perform access terminal-initiated parameter configuration.

Once the access terminal and the access network agree upon a new protocol subtype for a protocol Type (per the Generic Configuration Protocol), the access terminal shall purge the existing InConfiguration protocol instance corresponding to the protocol type and subtype and create an InConfiguration protocol instance corresponding to the agreed upon protocol subtype.

If after performing access terminal-initiated parameter configuration, the access terminal requires the use of a different protocol subtype for this protocol Type, the access terminal may send the access network a new ConfigurationRequest message.

If the protocol in access terminal requires no further negotiation of protocols or configuration of negotiated protocols, it shall send a ConfigurationComplete message to the access network and transition to the AN Initiated State.

If the access terminal receives an AttributeUpdateRequest message requesting to update the value of the Session Configuration Token in this state, then the access terminal shall ignore the message.

7.4.6.1.6.2 Access Network Requirements

Upon entering this state, the access network shall

- Create an InConfiguration protocol instance with the same protocol subtype as that of the InUse protocol instance for each of the protocols,

- For each stream that is bound to an application, create an InConfiguration application instance with the same application subtype as that of the InUse application instance corresponding to that stream,

- For each virtual stream that is bound to an application, create an InConfiguration application instance with the same application subtype as that of the InUse application instance corresponding to that virtual stream, and

- For each protocol Type, set the fall-back value as well as the current value of the InUse Session Configuration protocol's Protocol Type Attributes (see Table 7.4.7.1-1) to the subtype values given as public data by the corresponding InConfiguration instance of each protocol.

The access network should re-send the ConfigurationStart message if it has not received either a ConfigurationRequest message or a ConfigurationComplete message from the access terminal within an implementation defined time interval after sending the ConfigurationStart message.

If the access network receives a ConfigurationRequest message from the access terminal, it shall process it and shall respond with a ConfigurationResponse message per the Generic Configuration Protocol.

Once the access network sends a ConfigurationResponse message for a particular protocol, it shall be ready to execute the access terminal-initiated configuration procedures that are particular to that protocol.

Once the access terminal and the access network agree upon a new protocol subtype for a protocol Type (per the Generic Configuration Protocol), the access network shall purge the existing InConfiguration protocol instance corresponding to the protocol type and subtype and create an InConfiguration protocol instance corresponding to the agreed upon protocol subtype.

If the protocol in the access network receives a ConfigurationComplete message, it shall transition to the AN Initiated State.

The access network shall not send an AttributeUpdateRequest message requesting to update the value of the Session Configuration Token in this state.[25]

### 7.4.6.1.7 AN Initiated State

During the AN Initiated State of the protocol, the access network and the access terminal execute the access network-initiated configuration procedures specified by each negotiated protocol. These procedures typically allow the access network to override default values otherwise used by the access terminal.

The protocol in the access terminal or the access network shall return a *Failed* indication and transition to the Inactive state, if any of the negotiated protocols declares a failure.

### 7.4.6.1.7.1 Access Terminal Requirements

In this protocol state the access terminal shall be ready to execute the access network-initiated configuration procedures particular to each protocol used during the session.

If the access terminal receives a ConfigurationRequest message from the access network, it shall process it and shall respond with a ConfigurationResponse message according to the Generic Configuration Protocol.

Once the access terminal and the access network agree upon a new protocol subtype for a protocol Type (per the Generic Configuration Protocol), the access terminal shall purge the existing InConfiguration protocol instance corresponding to the protocol type and subtype and create an InConfiguration protocol instance corresponding to the agreed upon protocol subtype.

If the access terminal receives an AttributeUpdateRequest message requesting to update the value of the Session Configuration Token in this state, then the access terminal shall ignore the message.

If the access terminal receives a SoftConfigurationComplete message, it shall perform the following:

- The Session Configuration Protocol shall store the InConfiguration protocol and application instances as a personality that is identified by the PersonalityIndexStore field of the SoftConfigurationComplete message.

---

[25] If the access network wants to switch personalities, the access network can close the Connection and then send an AttributeUpdateRequest message requesting to update the value of the Session Configuration Token.

TIA-856-B                                                                    Session Layer

- If the Continue field of the SoftConfigurationComplete message is set to '1', then the access terminal shall transition to the AT Initiated State.

- Otherwise, the access terminal shall perform the following:

{

   If the Commit field of the SoftConfigurationComplete message is set to '1', then the access terminal shall perform the following:

   {

      Issue an AirLinkManagement.CloseConnection command.

      Return a Reconfigured indication.

      When ConnectionState is Closed:

      {

         If as a result of ConfigurationRequest/ConfigurationResponse exchange a PriorSession attribute with a non-zero Restore field is agreed upon, then all the session state information (except the SessionConfigurationToken which is set to the value specified in the SoftConfigurationComplete message) corresponding to the session specified by the PriorSession attribute shall take effect.

         Otherwise,

         {

            The Session Configuration Protocol shall set the protocols and attributes of the InConfiguration protocol instances to the corresponding protocols and attribute values of the stored personality with index equal to the value of the four most significant bits of the SessionConfigurationToken.

            The Session Configuration Protocol shall direct all the InConfiguration protocol instances to execute their Commit procedures.

         }

      }

   }

   The protocol shall set the SessionConfigurationToken public data to the value specified in the SoftConfigurationComplete message.

   Transition to the Open State.

}

If the access terminal receives a ConfigurationComplete message it shall perform the following:

- Issue an *AirLinkManagement.CloseConnection* command.

- Return a *Reconfigured* indication.

- Transition to the Open State.

- When ConnectionState is Closed:

  – The protocol shall set the SessionConfigurationToken public data to the value specified in the ConfigurationComplete message,

  – If as a result of ConfigurationRequest/ConfigurationResponse exchange a PriorSession attribute with a non-zero Restore field is agreed upon, then

    + all the session state information (except the SessionConfigurationToken which is set to the value specified in the ConfigurationComplete message) corresponding to the session specified by the PriorSession attribute shall take effect.

  – Otherwise,

    + The Session Configuration Protocol shall direct all the InConfiguration protocol instances to execute their Commit procedures.

7.4.6.1.7.2 Access Network Requirements

In this protocol state, the access network may execute the access network-initiated configuration procedures that are particular to each protocol used during the session.

The access network shall not send an AttributeUpdateRequest requesting to update the value of the Session Configuration Token message in this state.[26] The access network shall not send the ATSupportedApplicationSubtypes attribute in the ConfigurationRequest message.

If the access network chooses to negotiate a different Session Configuration Protocol, it shall initiate the Session Configuration Protocol selection (i.e., sending a ConfigurationRequest message specifying protocol Type of $N_{SCPType}$) prior to selection of any other protocol.

The access network may set the SessionConfigurationToken field of the ConfigurationComplete or SoftConfigurationComplete message to reflect the selected protocols and the negotiation parameters associated with the negotiated protocols. If PersonalityCount is greater than one, then the four most significant bits of the SessionConfigurationToken field shall be set to the index of the personality that is to take effect when the protocol transitions to the Open State. If PersonalityCount is greater than one, and if a PriorSession attribute with Restore field set to '1' is negotiated, then the access network shall set the four most significant bits of the Session Configuration Token to the corresponding bits of the Session Configuration Token associated with the prior session. The rules for setting the twelve least significant bits of the Session Configuration Token are outside the scope of this specification.

Once the access terminal and the access network agree upon a new protocol subtype for a protocol Type (per the Generic Configuration Protocol), the access network shall purge the

---

[26] If the access network wants to switch personalities, the access network can close the connection and then send an AttributeUpdateRequest message requesting to update the value of the SessionConfigurationToken.

existing InConfiguration protocol instance corresponding to the protocol type and subtype and create an InConfiguration protocol instance corresponding to the agreed upon protocol.

The access network shall not send a SoftConfigurationComplete message if PersonalityCount is one. The access network shall not send a ConfigurationComplete message if PersonalityCount is greater than one.

The access network shall send a SoftConfigurationComplete message with Continue field set to '1' if all of the following conditions are satisfied:

- PersonalityCount is greater than one.
- The protocol in the access network requires no further negotiation of protocols or configuration of negotiated protocols for this personality.
- The access network wants to create and store more personalities.

The access network shall send a SoftConfigurationComplete message with Continue field set to '0' if all of the following conditions are satisfied:

- PersonalityCount is greater than one.
- The protocol in the access network requires no further negotiation of protocols or configuration of negotiated protocols for this personality.
- The protocol in the access network requires no further creation and storing of personalities.

The access network shall not set the PersonalityIndexStore field of the SoftConfigurationComplete message to zero if HardLink protocol subtype has been negotiated for one or more of the InConfiguration protocol instances. The access network shall set the PersonalityIndexStore field of the SoftConfigurationComplete message to zero if a Personality with index zero is not already stored.

The access network shall set Commit field of the SoftConfigurationComplete message to '1' if any of the following conditions is true:

- The session configuration has resulted in any change to the personality that is currently in use.
- The four most significant bits of the SessionConfigurationToken field of the SoftConfigurationComplete message are different from those of the previous Session Configuration Token.
- A PriorSession attribute with a non-zero Restore field is agreed upon during the session configuration.

Upon sending a SoftConfigurationComplete message, the access network shall perform the following:

- The Session Configuration Protocol shall store the InConfiguration protocol and application instances as a personality that is identified by the PersonalityIndexStore field of the SoftConfigurationComplete message.
- If the Continue field of the SoftConfigurationComplete message is set to '1', then the access network shall transition to the AT Initiated State.

- Otherwise, the access network shall perform the following:

{

If the Commit field of the SoftConfigurationComplete message is set to '1', then the access network shall perform the following:

{

  Issue an *AirLinkManagement.CloseConnection* command.

  Return a Reconfigured indication.

  When ConnectionState is Closed:

  {

    If as a result of ConfigurationRequest/ConfigurationResponse exchange a PriorSession attribute with a non-zero Restore field is agreed upon, then all the session state information (except the SessionConfigurationToken which is set to the value specified in the SoftConfigurationComplete message) corresponding to the session specified by the PriorSession attribute shall take effect.

    Otherwise,

    {

      The Session Configuration Protocol shall set the protocols and attributes of the InConfiguration protocol instances to the corresponding protocols and attribute values of the stored personality with index equal to the value of the four most significant bits of the SessionConfigurationToken.

      The Session Configuration Protocol shall direct all the InConfiguration protocol instances to execute their Commit procedures.

    }

  }

}

The protocol shall set the SessionConfigurationToken public data to the value specified in the SoftConfigurationComplete message.

Transition to the Open State.

}

If the protocol in the access network requires no further negotiation of protocols or configuration of negotiated protocols and if PersonalityCount is one, then the access network shall perform the following:

- Send a ConfigurationComplete message to the access terminal.

- Issue an *AirLinkManagement.CloseConnection* command.

- Return a *Reconfigured* indication.

- Transition to the Open State.

- When ConnectionState is Closed:

  – The protocol shall set the SessionConfigurationToken public data to the value specified in the ConfigurationComplete message, and

  – If as a result of ConfigurationRequest/ConfigurationResponse exchange a PriorSession attribute with a non-zero Restore field is agreed upon, then all the session state information (except the SessionConfigurationToken which is set to the value specified in the ConfigurationComplete message) corresponding to the session specified by the PriorSession attribute shall take effect.

  – Otherwise,

    + The protocol shall set the SessionConfigurationToken public data to the value specified in the ConfigurationComplete message, and

    + The Session Configuration Protocol shall direct all the InConfiguration protocol instances to execute their Commit procedures.

7.4.6.1.8 Open State

In this protocol state the access terminal and the access network use the negotiated protocols to exchange data and signaling in accordance with the requirements of each protocol.

7.4.6.1.8.1 Access Terminal Requirements

While in this state, the access terminal may send a ConfigurationRequest message to start the negotiation process (e.g., the access terminal may send this message to negotiate a new stream) if the value of the ConfigurationLock parameter is UnLocked. The access terminal shall not start a negotiation process if the value of the ConfigurationLock parameter is Locked. Starting the configuration process is defined as sending a ConfigurationRequest message, or AttributeUpdateRequest message defined by any protocol, or sending any other message that will initiate a process to change attribute values.

The access terminal shall ignore a ConfigurationComplete or SoftConfigurationComplete message received in this state.

The protocol in the access terminal shall transition to the AT Initiated State when any of the following occurs:

- The protocol in the access terminal receives a ConfigurationStart message,

- The protocol in the access terminal sends a ConfigurationRequest message, or

- The access terminal sends a message associated with the InConfiguration instance of any other protocol.

If PersonalityCount is greater than one, and if the four most significant bits of this Session Configuration Token are different from the index of the current Personality, and if ConnectionState is Closed, then the access terminal shall perform the following:

- Return a *Reconfigured* indication.

- The Session Configuration Protocol shall set the protocol subtypes, application subtypes, and attributes of the stored copy of the personality that is currently in use to the corresponding protocol subtypes, application subtypes, and attribute values of the InUse instances of all protocols and applications.

- The Session Configuration Protocol shall set the protocol subtypes, application subtypes, and attributes of the InConfiguration instances of all protocols and applications to the corresponding protocol subtypes, application subtypes, and attribute values of the stored personality with index equal to the four most significant bits of the SessionConfigurationToken.

- The Session Configuration Protocol shall direct all the InConfiguration protocol instances to execute their Commit procedures.

If the access terminal receives an AttributeUpdateAccept message in response to an AttributeUpdateRequest message proposing a value of the PriorSession attribute with non-zero Restore field, then the access terminal shall perform the following:

- If ConnectionState is Opened, then issue an *AirLinkManagement.CloseConnection* command.

- Return a *Reconfigured* indication.

- When ConnectionState is Closed, all the Session State Information corresponding to the session specified by the PriorSession attribute proposed in the AttributeUpdateRequest message shall take effect.

If the access terminal receives a DeletePersonality message, then the access terminal shall perform the following:

- Delete stored personalities corresponding to the PersonalityIndex fields of the DeletePersonality message.

- Send a DeletePersonalityAck message.

7.4.6.1.8.2 Access Network Requirements

While in this state, the access network may send a ConfigurationStart message to start the negotiation process (e.g., the access network may send this message to negotiate a new stream) if the value of the ConfigurationLock parameter is UnLocked. The access network shall not start a negotiation process if the value of the ConfigurationLock parameter is Locked. Starting the configuration process is defined as sending a ConfigurationRequest message, or AttributeUpdateRequest message defined by any protocol, or sending any other message that will initiate a process to change attribute values.

The protocol in the access network shall transition to the AT Initiated State when any of the following occurs:

- The protocol in the access network sends a ConfigurationStart message,

- The protocol in the access network receives a ConfigurationRequest message, or

- The access network receives a message associated with the InConfiguration instance of any other protocol.

Session Layer

If PersonalityCount is greater than one and if the four most significant bits of this Session Configuration Token are different from the index of the current Personality, and if ConnectionState is Closed, then the access network shall perform the following:

- Return a *Reconfigured* indication.

- The Session Configuration Protocol shall set the protocol subtypes, application subtypes, and attributes of the stored copy of the personality that is currently in use to the corresponding protocol subtypes, application subtypes, and attribute values of the InUse instances of all protocols and applications.

- The Session Configuration Protocol shall set the protocol subtypes, application subtypes, and attributes of the InConfiguration instances of all protocols and applications to the corresponding protocol subtypes, application subtypes, and attribute values of the stored personality with index equal to the four most significant bits of the Session Configuration Token.

- The Session Configuration Protocol shall direct all the InConfiguration protocol instances to execute their Commit procedures.

If the access network sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message proposing a value of the PriorSession attribute with non-zero Restore field, then the access network shall perform the following:

- If ConnectionState is Opened, then issue an *AirLinkManagement.CloseConnection* command.

- Return a *Reconfigured* indication.

- When ConnectionState is Closed, all the Session State Information corresponding to the session specified by the PriorSession attribute proposed in the AttributeUpdateRequest message shall take effect.

While in this state, the access network may send a DeletePersonality message instructing the access terminal to delete stored personalities. Upon receiving a DeletePersonalityAck message in response to the DeletePersonality message, the access network shall delete stored personalities corresponding to the PersonalityIndex fields of the DeletePersonality message.

The access network shall not send the DeletePersonality message if PersonalityCount is equal to 0x0001. The PersonalityIndex field of the DeletePersonality message shall not be set to the index of the personality that is currently in use. The PersonalityIndex field of the DeletePersonality message shall not be set to the zero.

7.4.6.2 Message Formats

7.4.6.2.1 ConfigurationComplete

The sender sends the ConfigurationComplete message to indicate that it has completed the negotiation procedures performed at its initiative.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| SessionConfigurationToken | 0 or 16 |

MessageID                   The sender shall set this field to 0x00.

TransactionID               The access terminal shall increment this value for each new ConfigurationComplete message sent. The access network shall set this field to the value of TransactionID included in the last ConfigurationComplete message received from the access terminal.

SessionConfigurationToken
                            Session Configuration Token. The access terminal shall omit this field. The access network shall include this field. The access network may set this field to a 16-bit value that reflects the selected protocols and the negotiation parameters associated with the negotiated protocols.

| **Channels** | FTC      RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

### 7.4.6.2.2 ConfigurationStart

The access network sends this message to start a session configuration process.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID                   The sender shall set this field to 0x01.

| **Channels** | FTC | **SLP** | Best Effort |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 7.4.6.2.3 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1  MessageID         The sender shall set this field to 0x50.

2  TransactionID     The sender shall increment this value for each new
3                    ConfigurationRequest message sent.

4  AttributeRecord   The format of this record is specified in 14.3.

5

| Channels | FTC     RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

6  7.4.6.2.4 ConfigurationResponse

7  The ConfigurationResponse message format is as follows:

8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9  MessageID         The sender shall set this field to 0x51.

10 TransactionID     The sender shall set this value to the TransactionID field of the
11                   corresponding ConfigurationRequest message.

12 AttributeRecord   An attribute record containing a single attribute value. If this
13                   message selects a complex attribute, only the ValueID field of the
14                   complex attribute shall be included in the message. The format of the
15                   AttributeRecord is given in 14.3. The sender shall not include more
16                   than one attribute record with the same attribute identifier.

17

| Channels | FTC     RTC | SLP | Reliable |
|----------|-------------|-----|----------|
| Addressing | unicast | Priority | 40 |

### 7.4.6.2.5 SoftConfigurationComplete

The access network sends the SoftConfigurationComplete message to indicate that it has completed the negotiation procedures for this personality.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| PersonalityIndexStore | 4 |
| Continue | 1 |
| Commit | 0 or 1 |
| SessionConfigurationToken | 0 or 16 |
| Reserved | 0 – 7 (as needed) |

MessageID                The sender shall set this field to 0x02.

TransactionID            The access network shall set this field to the value of TransactionID included in the last ConfigurationComplete message received from the access terminal.

PersonalityIndexStore

The access network shall set this field to the index of the personality in which the InConfiguration instances of protocols and applications are to be stored, in the range from zero to PersonalityCount − 1, inclusive.

Continue                 If the access network wants to configure more Personalities, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

Commit                   If the Continue field is equal to '1', then the access network shall omit this field. Otherwise, the access network shall set this field as follows:
If the Commit procedure is required, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

SessionConfigurationToken

Session Configuration Token. If the Continue field is equal to '1', then

TIA-856-B                                                                                    Session Layer

the access network shall omit this field. Otherwise, the access network shall include this field.

If the Commit field is set to '1', then the four most significant bits of this field shall be set to the index of the Personality that is to be committed, in the range from zero to PersonalityCount – 1, inclusive. Otherwise, the four most significant bits of this field shall be set to the index of the Personality that is currently in use, in the range from zero to PersonalityCount – 1, inclusive.

The access network may set the 12 least significant bits of this field to a value that reflects the selected protocols and the negotiation parameters associated with the negotiated protocols.

Reserved              The access network shall add reserved bits to make the length of the entire message equal to an integer number of octets. The access network shall set these bits to '0'. The access terminal shall ignore this field.

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 7.4.6.2.6 LockConfiguration

The access network sends the LockConfiguration message to set the ConfigurationLock parameter in the access terminal to Locked.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID            The access network shall set this field to 0x03.

TransactionID        The access network shall set this field to one more (modulo 256) than the TransactionID field of the last LockConfiguration message sent by the access network. If this is the first LockConfiguration message sent by the access network, then the access network shall set this field to zero.

| Channels | FTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 7.4.6.2.7 LockConfigurationAck

The access terminal sends the LockConfigurationAck message to acknowledge the receipt of a LockConfiguration message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access terminal shall set this field to 0x04.

TransactionID      The access terminal shall set this field to the TransactionID field of the LockConfiguration message that is being acknowledged.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

## 7.4.6.2.8 UnLockConfiguration

The access network sends the UnLockConfiguration message to set the ConfigurationLock parameter in the access terminal to UnLocked.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access network shall set this field to 0x05.

TransactionID      The access network shall set this field to one more (modulo 256) than the TransactionID field of the last UnLockConfiguration message sent by the access network. If this is the first UnLockConfiguration message sent by the access network, then the access network shall set this field to zero.

| Channels | FTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

## 7.4.6.2.9 UnLockConfigurationAck

The access terminal sends the UnLockConfigurationAck message to acknowledge the receipt of an UnLockConfiguration message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access terminal shall set this field to 0x06.

TIA-856-B                                                              Session Layer

TransactionID   The access terminal shall set this field to the TransactionID field of the UnLockConfiguration message that is being acknowledged.

| Channels | RTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

### 7.4.6.2.10 DeletePersonality

The access network sends a DeletePersonality message to delete a stored personalities corresponding to the PersonalityIndex fields in this message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| PersonalityCount | 4 |
| PersonalityCount instances of the following record | |
| PersonalityIndex | 4 |

| Reserved | 0 or 4 (as needed) |
|---|---|

MessageID   The access network shall set this field to 0x07.

TransactionID   The access network shall increment this value for each new DeletePersonality message sent.

PersonalityCount   The access network shall set this field to the number of PersonalityIndex fields in this message.

PersonalityIndex   The access network shall set this field to the personality which the access network intends to delete.

Reserved   The access network shall set these bits to '0'. The access terminal shall ignore this field.

| Channels | FTC       CC |
|---|---|
| Addressing | unicast |

| SLP | Reliable on FTC<br>Best Effort on CC |
|---|---|
| Priority | 40 |

### 7.4.6.2.11 DeletePersonalityAck

The access terminal sends a DeletePersonalityAck message to acknowledge reception of the DeletePersonality message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID          The access terminal shall set this field to 0x08.

TransactionID      The access terminal shall set this field to the TransactionID field of the corresponding DeletePersonality message.

| **Channels** | AC          RTC | **SLP** | Reliable on RTC<br>Best Effort on AC |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 7.4.6.2.12 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute value for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x52.

TransactionID      The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| **Channels** | CC       AC       FTC       RTC | **SLP** | Reliable on FTC and RTC<br>Best Effort on CC and AC |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 7.4.6.2.13 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

TIA-856-B                                                                          Session Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

1   MessageID              The sender shall set this field to 0x53.

2   TransactionID          The sender shall set this value to the TransactionID field of the
3                          corresponding AttributeUpdateRequest message.
4

| **Channels** | CC      AC      FTC      RTC | | **SLP** | Reliable on FTC and RTC |
|---|---|---|---|---|
| | | | | Best Effort on CC and AC |
| **Addressing** | unicast | | **Priority** | 40 |

5   7.4.6.2.14 AttributeUpdateReject

6   The access network sends an AttributeUpdateReject message in response to an
7   AttributeUpdateRequest message to reject the offered attribute values.
8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

9   MessageID              The access network shall set this field to 0x54.

10  TransactionID          The access network shall set this value to the TransactionID field of
11                         the corresponding AttributeUpdateRequest message.
12

| **Channels** | FTC      CC | | **SLP** | Reliable on FTC |
|---|---|---|---|---|
| | | | | Best Effort on CC |
| **Addressing** | unicast | | **Priority** | 40 |

13  7.4.6.3 Interface to Other Protocols

14  7.4.6.3.1 Commands

15  This protocol issues the following command:

16  • *AirLinkManagement.CloseConnection*

17  7.4.6.3.2 Indications

18  This protocol registers to receive the following indication:

19  • *ConnectedState.ConnectionClosed*

- *RouteUpdate.ConnectionLost*
- *IdleState.ConnectionOpened*

7.4.7 Configuration Attributes

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Session Configuration Protocol.

If the value of the SupportGAUPSessionConfigurationToken attribute is 0x0001, then the access terminal and the access network shall support the use of the Generic Attribute Update Protocol to configure values of the SessionConfigurationToken attribute. The access network may include the SessionContributionToken attribute in an AttributeUpdateRequest message sent on the Control Channel.

If the value of the SupportGAUPSessionConfigurationToken attribute is not 0x0001, then the access network and the access terminal shall not use the Generic Attribute Update Protocol to configure the value of the SessionConfigurationToken attribute.

The access terminal shall not include the SessionConfigurationToken in an AttributeUpdateRequest message.

The access network shall not include the PriorSession attribute in an AttributeUpdateRequest message.

If the Overhead Messages Protocol does not advertise PriorSessionGAUP public data, or if the PriorSessionGAUP public data of the Overhead Messages Protocol is set to '0', then the access terminal shall not include the PriorSession attribute in an AttributeUpdateRequest message. If the PriorSessionGAUP public data of the Overhead Messages Protocol is set to '1', then the access terminal may include the PriorSession attribute in an AttributeUpdateRequest message. The access terminal may include the PriorSession attribute in an AttributeUpdateRequest message sent on the Access Channel.

7.4.7.1 Simple Attributes

The following attribute-value pairs are defined (see 14.3 for attribute record format). All attribute fields for the Default Session Configuration Protocol are two octets in length.Simple Attributes

The simple configurable attributes are listed in Table 7.4.7.1-1. All these attributes are simple. The Attribute ID fields for all these attributes are two octets in length and the value fields for these attributes are two octets in length.

TIA-856-B                                                                    Session Layer

**Table 7.4.7.1-1. Simple Configurable Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00NN | Protocol Type, where NN is the hexadecimal Protocol Type value excluding values 0x14, 0x15, 0x16, and 0x17.[27] | ***0x0000*** | Default Protocol Subtype. |
| | | 0xfffe | HardLink Protocol Subtype |
| | | 0x0000 – 0xfffd, 0xffff | Protocol Subtype. |
| 0x0100 | SessionConfigurationToken | ***0x0000***[28] | Default Session Configuration Token. |
| | | 0x0001 – 0xffff | Session Configuration Token |
| 0x0101 | SupportGAUPSessionConfiguration Token | ***0x0000*** | Use of Generic Attribute Update Protocol to update the Session Configuration Token is not supported by default. |
| | | 0x0001 | Use of Generic Attribute Update Protocol to update the Session Configuration Token is supported. |
| | | All other values | Reserved |
| 0x0110 | PersonalityCount | ***0x0001*** | Maximum of one personality is supported |
| | | 0x0002 – 0x0010 | Maximum number of personalities supported |
| | | All other values | Reserved |

---

[27] Protocol subtypes for protocol types 0x14 – 0x17 are configured by the Stream Layer Protocol.

[28]  This value will always be overwritten by the ConfigurationComplete or SoftConfigurationComplete message.

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x0102 | SupportConfigurationLock | *0x0000* | Processing of LockConfiguration, LockConfigurationAck, UnLockConfiguration, and UnLockConfigurationAck messages is not supported. |
| | | 0x0001 | Processing of LockConfiguration, LockConfigurationAck, UnLockConfiguration, and UnLockConfigurationAck messages is supported. |
| | | All other values | Reserved |

1  7.4.7.2 Complex Attributes

2  The following complex attribute and default values are defined (see 14.3 for attribute record

3  definition).

4  7.4.7.2.1 PriorSession Attribute

5

Session Layer

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| Restore | 1 | '0' |
| Reserved | 7 | '0000000' |
| UATI | 0 or 128 | N/A |
| SecurityPacketLength | 0 or 8 | N/A |
| SecurityPacket | 0 or SecurityPacketLength × 8 | N/A |

Length                  Length of the complex attribute in octets. The access terminal shall set this field to the length of the complex attribute excluding the Length field.

AttributeID             The access terminal shall set this field to 0x1000.

ValueID                 The access terminal shall set this field to an identifier assigned to this complex value.

Restore                 The access terminal shall set this field to '1' if it is requesting to restore a prior session. The access terminal shall set this field to '0' if it is requesting to proceed with the current session configuration and not restore any prior sessions.

Reserved                The access terminal shall set this field zero. The access network shall ignore this field.

UATI                    The access terminal shall include this field only if the Restore field is set to '1'. If included, the access terminal shall set this field to the UATI associated with the prior session.

SecurityPacketLength
                        The access terminal shall include this field only if the Restore field is set to '1'. If included, the access terminal shall set this field to the length of the SecurityPacket field in octets.

SecurityPacket          The access terminal shall include this field only if the Restore field is set to '1'. If included, the access terminal shall set this field to the SecurityPacket variable which is constructed as specified in 7.4.6.1.6.1.

Session Layer                                                        TIA-856-B

7.4.7.2.2 ATSupportedApplicationSubtypes Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| NumAppSubtypes | 8 | 0 |

NumAppSubtypes occurrences of the following field:

| | | |
|---|---|---|
| ApplicationSubtype | 16 | N/A |

Length              Length of the complex attribute in octets. The access terminal shall set this field to the length of the complex attribute excluding the Length field.

AttributeID         The access terminal shall set this field to 0x1001.

ValueID             The access terminal shall set this field to an identifier assigned to this complex value.

NumAppSubtypes      This field shall be set to the number of occurrences of the ApplicationSubtype field following this field in this record.

ApplicationSubtype  This field shall be set to the Application Subtype that the access terminal supports.

TIA-856-B                                                                    Session Layer

1    7.4.8 Protocol Numeric Constants
2

| Constant | Meaning | Value |
|---|---|---|
| $N_{SCPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SCPDefault}$ | Subtype field for this protocol | 0x0000 |

3    7.4.9 Message Flows



4

5    **Figure 7.4.9-1. Default Session Configuration Protocol: Extensive Negotiation**
6                                    **Procedure**

1



**Figure 7.4.9-2. Default Session Configuration Protocol: Minimal Negotiation Procedure with Key Exchange**



**Figure 7.4.9-3. Default Session Configuration Protocol: Negotiation of Multiple Personalities**



**Figure 7.4.9-4. Default Session Configuration Protocol: Personality Change During Connection**

7.4.10 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This protocol defines the following parameter records in addition to the configuration attributes for this protocol.

7.4.10.1 ConfigurationLock Parameter

The following parameter shall be included in the Session State Information Record if the SupportConfigurationLock attribute is 0x0001.

**Table 7.4.10.1-1. The Format of the Parameter Record for the ConfigurationLock Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| ConfigurationLock | 8 |

ParameterType          This field shall be set to 0x01 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

ConfigurationLock      This field shall be set to 0x00 is the value of the ConfigurationLock is UnLocked. Otherwise, the field shall be set to 0x01.

TIA-856-B                                                                 Session Layer

1   7.4.10.2 ATSupportedNonDefaultProtocolSubTypes Parameter

2   The following parameter shall be included in the Session State Information Record only if
3   the access network supports Extended Session State Information Record as defined in
4   [8][9].

**Table 7.4.10.2-1. The Format of the Parameter Record for the
ATSupportedNonDefaultProtocolSubTypes Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |

One or more occurrences of the following record:

| TypeLength | 1 |
|---|---|
| ProtocolType | 7 or 15 |
| NumProtocolSubtypes | 8 |

NumProtocolSubtypes occurrences of the following field:

| ProtocolSubtype | 16 |
|---|---|

7   ParameterType        This field shall be set to 0x02 for this parameter record.

8   Length               This field shall be set to the length of this parameter record in units
9                        of octets excluding the Length field.

10  TypeLength           The sender shall set this field to '0' if the Type field is 7 bits long.
11                       Otherwise, the sender shall set this field to '1'.

12  ProtocolType         This field has the following format:
13

| Sub-Field | Length (bits) |
|---|---|
| Type1 | 7 |
| Type2 | 0 or 8 |

14  Type1                This sub-field shall be set to the seven most significant bits of the
15                       Type value for the protocol to which the associated ProtocolSubtypes
16                       belong.

17  Type2                If the length of the Type value for the protocol associated with the
18                       encapsulated parameter is 7 bits, then this sub-field shall be
19                       omitted. Otherwise, this field shall be set to the 8 least significant
20                       bits of the Type value for the protocol to which the associated
21                       ProtocolSubtypes belong.

NumProtocolSubtypes

This field shall be set to the number of occurrences of the ProtocolSubtype field following this field in this record.

ProtocolSubtype

This field shall be set to the non-default subtype of the protocol Type encapsulated in this record. This field shall not be set to the HardLink subtype. The ProtocolSubtypes for a protocol Type shall be in the same order that the access terminal has sent in the ConfigurationRequest messages.

**7.5 Generic Multimode Capability Discovery Protocol**

7.5.1 General Overview

The Generic Multimode Capability Discovery Protocol allows the access network to discover the multimode capabilities of the access terminal.

7.5.2 Primitives and Public Data

7.5.2.1 Commands

This protocol does not define any commands.

7.5.2.2 Return Indications

This protocol does not return any indications.

7.5.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

7.5.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols. This protocol uses the Signaling Application to transmit and receive messages.

7.5.4 Protocol Initialization

7.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

7.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

7.5.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define processing of the configuration messages.

1   7.5.5.1.1 Access Network Procedures

2   The access network shall not propose new values for the attributes in Table 7.5.9-1 in a
3   ConfigurationRequest message or a ConfigurationResponse message.

4   7.5.5.1.2 Commit Procedures

5   The access terminal and the access network shall perform the procedures specified in this
6   section, in the order specified, when directed by the InUse instance of the Session
7   Configuration Protocol to execute the Commit procedures:

8   •   All the public data that are defined by this protocol, but are not defined by the InUse
9       protocol instance shall be added to the public data of the InUse protocol.

10  •   If the InUse instance of this protocol has the same subtype as this protocol instance,
11      then

12      –   The access terminal and the access network shall set the attribute values
13          associated with the InUse instance of this protocol to the attribute values
14          associated with the InConfiguration instance of this protocol, and

15      –   The access terminal and the access network shall purge the InConfiguration
16          instance of the protocol.

17  •   If the InUse instance of this protocol does not have the same subtype as this protocol
18      instance, then the access terminal and the access network shall perform the following:

19      –   The InConfiguration protocol instance at the access terminal and the access
20          network shall become the InUse protocol instance.

21  •   All the public data not defined by this protocol shall be removed from the public data of
22      the InUse protocol.

23  7.5.5.2 Message Formats

24  7.5.5.2.1 ConfigurationRequest

25  The ConfigurationRequest message format is as follows:
26

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

27  MessageID          The sender shall set this field to 0x50.

28  TransactionID      The   sender   shall   increment   this   value   for   each   new
29                     ConfigurationRequest message sent.

30  AttributeRecord    The format of this record is specified in 14.3.

TIA-856-B                                                                          Session Layer

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

7.5.5.2.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

7.5.6 Procedures and Messages for the InUse Instance of the Protocol

7.5.6.1 Procedures

The in-use instance of this protocol does not define any procedures.

7.5.6.2 Message Formats

The in-use instance of this protocol does not define any messages.

7.5.7 Interface to Other Protocols

7.5.7.1 Commands

This protocol does not issue any commands.

7.5.7.2 Indications

This protocol does not register to receive any indications.

7.5.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{MCDType}$ | Type field for this protocol. | Table 2.5.4-1 |
| $N_{MCDGeneric}$ | Subtype field for this protocol | 0x0001 |

7.5.9 Configuration Attributes for the Multimode Capability Discovery Protocol

The configurable simple attributes for this protocol are listed in Table 7.5.9-1. The access terminal and the access network shall use as defaults the values in Table 7.5.9-1 typed in **bold italics**.

1

**Table 7.5.9-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | SimultaneousCommon ChannelTransmit | ***0x00*** | The access terminal does not support multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. |
| | | 0x01 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to adjacent channel numbers in the same band class. The transmitters cannot be tuned to non-adjacent channel numbers in the same band class, or to channels in different band classes. |
| | | 0x02 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers in the same band class. The transmitters cannot be tuned to channel in different band classes. |

TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x03 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 5MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x04 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 10MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x05 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 15MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |

TIA-856-B                                                                                        Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x06 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 20MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x07 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 5MHz. |
| | | 0x08 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 10MHz. |
| | | 0x09 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 15MHz. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x0A | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 20MHz. |
| | | 0x0B | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. The transmitters can be tuned to separate CDMA channels. |
| | | All other values | Reserved |
| 0xfe | SimultaneousDedicatedChannelTransmit | *0x00* | The access terminal does not support multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. |
| | | 0x01 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to adjacent channel numbers in the same band class. The transmitters cannot be tuned to non-adjacent channel numbers in the same band class, or to channels in different band classes. |

Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x02 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x03 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 5MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x4 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 10MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |

Session Layer                                                          TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x5 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 15MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x6 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 20MHz, in the same band class. The transmitters cannot be tuned to channel in different band classes. |
| | | 0x7 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 5MHz. |
| | | 0x8 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 10MHz. |

TIA-856-B                                                                    Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x9 | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 15MHz. |
| | | 0xA | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate channel numbers, with a maximum separation of 20MHz. |
| | | 0x0B | The access terminal supports multiple independently tuneable transmitters that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. The transmitters can be tuned to separate CDMA channels. |
| | | All other values | Reserved |
| 0xfd | SimultaneousCommonChannelReceive | *0x00* | The access terminal does not support multiple independently tuneable receivers that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x common channels. |

Session Layer

TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x01 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Control Channel and one or more common channels defined by the cdma2000 1x air interface. The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x02 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 5MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes. The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |

TIA-856-B                                                                                          Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x03 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 10MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes. The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x04 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 15MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes. The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x05 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 20MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes. The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x06 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 5MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |

TIA-856-B                                                                                    Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x07 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 10MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x08 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 15MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x09 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 20MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | All other values | Reserved |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfc | SimultaneousDedicatedChannelReceive | ***0x00*** | The access terminal does not support multiple independently tuneable receivers that can be used simultaneously on the cdma2000 high rate packet data and the cdma2000 1x dedicated channels. |
| | | 0x01 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface. The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x02 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 5MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |

TIA-856-B                                                                        Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x03 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 10MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x04 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 15MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x05 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 20MHz, and are in the same band class. The receivers cannot be tuned to channel in different band classes.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x06 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 5MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |

TIA-856-B                                                                    Session Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x07 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 10MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x08 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 15MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | 0x09 | The access terminal supports multiple independently tuneable receivers that can be used to simultaneously receive the cdma2000 high rate packet data Traffic Channel and one or more dedicated channels defined by the cdma2000 1x air interface, which are not separated by more than 20MHz.The access terminal is defined to have independently tuneable receivers if each receiver can be tuned to a separate CDMA channel. |
| | | All other values | Reserved |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfb | HybridMSAT | 0x00 | The access terminal does not support hybrid operation with cdma2000 1x (see [3]). |
| | | *0x01* | The access terminal supports hybrid operation with cdma2000 1x (see [3]). |
| | | All other values | Reserved |
| 0xfa | ReceiverDiversity | 0x00 | The access terminal does not support receiver diversity. |
| | | *0x01* | The access terminal supports receiver diversity. |
| | | All other values | Reserved |

1  **7.6 Session State Information**

2  The Session State Information record (see 14.8) consists of parameter records.

3  The parameter records for this protocol consist of only the configuration attributes for this

4  protocol.

**8 CONNECTION LAYER**

**8.1 Introduction**

8.1.1 General Overview

The Connection Layer controls the state of the air-link, and it prioritizes the traffic that is sent over it.

This section presents the default protocols for the Connection Layer. With the exception of the Overhead Messages Protocol, each of these protocols can be independently negotiated at the beginning of the session.

The access terminal and the access network maintain a connection whose state dictates the form in which communications between these entities can take place. The connection can be either closed or open:

- Closed Connection: When a connection is closed, the access terminal is not assigned any dedicated air-link resources. Communications between the access terminal and the access network are conducted over the Access Channel and the Control Channel.

- Open Connection: When a connection is open, the access terminal can be assigned the Forward Traffic Channel, and is assigned a Reverse Power Control Channel and a Reverse Traffic Channel. Communications between the access terminal and the access network are conducted over these assigned channels, as well as over the Control Channel.

The Connection Layer provides the following connection-related functions:

- Manages initial acquisition of the network.

- Manages opening and closing of connections.

- Manages communications when connection is closed and when a connection is open.

- Maintains approximate access terminal's location in either connection states.

- Manages radio link between the access terminal and the access network when a connection is open.

- Performs supervision both when the connection is open and when it is closed.

- Prioritizes and encapsulates transmitted data received from the Session Layer and forwards it to the Security Layer.

- De-capsulates data received from the Security Layer and forwards it to the Session Layer.

The Connection Layer performs these functions through the following protocols:

- Air Link Management Protocol: This protocol maintains the overall connection state in the access terminal and the access network. The protocol can be in one of three states, corresponding to whether the access terminal has yet to acquire the network (Initialization State), has acquired the network but the connection is closed (Idle State), or has an open connection with the access network (Connected State). This protocol activates one of the following three protocols as a function of its current state.

- Initialization State Protocol: This protocol performs the actions associated with acquiring an access network.

- Idle State Protocol: This protocol performs the actions associated with an access terminal that has acquired the network, but does not have an open connection. Mainly, these are keeping track of the access terminal's approximate location in support of efficient Paging (using the Route Update Protocol), the procedures leading to the opening of a connection, and support of access terminal power conservation.

- Connected State Protocol: This protocol performs the actions associated with an access terminal that has an open connection. Mainly, these are managing the radio link between the access terminal and the access network (handoffs, handled via the Route Update Protocol), and the procedures leading to the close of the connection.

In addition to the above protocols, which deal with the state of the connection, the Connection Layer also contains the following protocols:

- Route Update Protocol: This protocol performs the actions associated with keeping track of an access terminal's location and maintaining the radio link between the access terminal and the access network. This protocol performs supervision on the pilots.

- Overhead Messages Protocol: This protocol broadcasts essential parameters over the Control Channel. These parameters are shared by protocols in the Connection Layer as well as protocols in other layers. This protocol also performs supervision on the messages necessary to keep the Connection Layer functioning.

- Packet Consolidation Protocol: This protocol consolidates and prioritizes packets for transmission as a function of their assigned priority and the target transmission channel.

Figure 8.1.1-1 illustrates the relationship between all the Connection Layer protocols. An arrow between two protocols implies that the source sends commands to the target.



1

2                  **Figure 8.1.1-1. Connection Layer Protocols**

3   The Air Link Management Protocol, its descendants and the Overhead Messages Protocol
4   are control protocols. The Packet Consolidation Protocol operates on transmitted and
5   received data.

6   8.1.2 Data Encapsulation for the InUse Protocol Instance

7   In the transmit direction, the Connection Layer receives Session Layer packets, adds
8   Connection Layer header(s), concatenates them in the order to be processed on the receive
9   side, adds padding, where applicable, and forwards the resulting packet for transmission to
10  the Security Layer.

11  In the receive direction, the Connection Layer receives Security Layer packets from the
12  Security Layer, and forwards the Session Layer packets to the Session Layer in the order
13  received after removing the Connection Layer headers and padding.

14  Figure 8.1.2-1 and Figure 8.1.2-2 illustrate the relationship between Session Layer
15  packets, Connection Layer packets and Security Layer payloads for Format A (maximum
16  size) and Format B Connection Layer packets.



**Figure 8.1.2-1. Connection Layer Encapsulation (Format A)**



**Figure 8.1.2-2. Connection Layer Encapsulation (Format B)**

**8.2 Default Air-Link Management Protocol**

8.2.1 Overview

The Default Air-Link Management Protocol provides the following functions:

- General state machine and state-transition rules to be followed by an access terminal and an access network for the Connection Layer.

- Activation and deactivation of Connection Layer protocols applicable to each protocol state.

- Mechanism through which access network can redirect access terminal to another network.

The actual behavior and message exchange in each state is mainly governed by protocols that are activated by the Default Air-Link Management Protocol. These protocols return indications which trigger the state transitions of this protocol. These protocols also share data with each other in a controlled fashion, by making that data public.

This protocol can be in one of three states:

- Initialization State: In this state the access terminal acquires an access network. The protocol activates the Initialization State Protocol to execute the procedures relevant to this state. The access network maintains a single instance of this state and consequently, executes a single instance of the Initialization State Protocol.

- Idle State: In this state the connection is closed. The protocol activates the Idle State Protocol to execute the procedures relevant to this state.

- Connected State: In this state the connection is open. The protocol activates the Connected State Protocol to execute the procedures relevant to this state.

Figure 8.2.1-1 provides an overview of the access terminal states and state transitions. All transitions are caused by indications returned from protocols activated by the Default Air-Link Management Protocol.



1

2   **Figure 8.2.1-1. Default Air Link Management Protocol State Diagram (Access**
3   **Terminal)**

4   Figure 8.2.1-2 provides an overview of the access network states and state transitions.



5

6   **Figure 8.2.1-2. Default Air Link Management Protocol State Diagram (Access**
7   **Network)**

8   Table 8.2.1-1 provides a summary of the Connection Layer and MAC Layer protocols that
9   are active in each state.

**Table 8.2.1-1. Active Protocols Per Air Link Management Protocol State**

| Initialization State | Idle State | Connected State |
|---|---|---|
| Overhead Messages Protocol | Overhead Messages Protocol | Overhead Messages Protocol |
| Initialization State Protocol | Idle State Protocol | Connected State Protocol |
| Control Channel MAC Protocol[29] | Route Update Protocol | Route Update Protocol |
| | Control Channel MAC Protocol | Control Channel MAC Protocol |
| | Access Channel MAC Protocol | Forward Traffic Channel MAC Protocol |
| | Forward Traffic Channel MAC Protocol[30] | Reverse Traffic Channel MAC Protocol |
| | Reverse Traffic Channel MAC Protocol[31] | |

8.2.2 Primitives and Public Data

8.2.2.1 Commands

This protocol defines the following commands:

- *OpenConnection*

- *CloseConnection*

8.2.2.2 Return Indications

This protocol does not return any indications.

8.2.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

8.2.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

---

[29] Activated by the Initialization State Protocol

[30] Only during connection setup

[31] Only during connection setup

8.2.4 Protocol Initialization

8.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.2.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol shall enter the Initialization State.

The access network shall have a single InUse instance of this protocol for each access terminal with which the access network is currently maintaining a session. Upon creation, the InUse instance of this protocol in the access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol shall enter the Idle State.

Upon creation of the InUse instance of this protocol, the access network shall have a single InUse instance of this protocol operating in the Initialization State at the access network, serving all access terminals.

8.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.2.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.2.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then

  - the access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Air-Link Management protocol to the Initialization State.

  - the access network shall set the initial state of the InConfiguration and InUse protocol instances of the Air-Link Management protocol to the Idle State.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Air-Link Management Protocol at the access terminal and the access network.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

8.2.5.3 Message Formats

8.2.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| | |
|---|---|
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x50.

TransactionID        The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord          The format of this record is specified in 14.3.

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

8.2.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID               The sender shall set this field to 0x51.

TransactionID           The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord          An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

8.2.6 Procedures and Messages for the InUse Instance of the Protocol

8.2.6.1 Procedures

8.2.6.1.1 Command Processing

8.2.6.1.1.1 OpenConnection

If the protocol receives the *OpenConnection* command in the Initialization State, the access terminal shall queue the command and execute it when the access terminal enters the Idle State.

The access network shall ignore the command in the Initialization State.

If the protocol receives this command in the Idle State:

1   • Access terminal shall issue an *IdleState.OpenConnection* command.

2   • Access network shall issue an *IdleState.OpenConnection* command.

3   If the protocol receives this command in the Connected State the command shall be
4   ignored.

5   8.2.6.1.1.2 CloseConnection

6   If the protocol receives the *CloseConnection* command in the Connected State:

7   • Access terminal shall issue a *ConnectedState.CloseConnection* command.

8   • Access network shall issue a *ConnectedState.CloseConnection* command.

9   If the protocol receives this command in any other state it shall be ignored.

10   8.2.6.1.2 Initialization State

11   In the Initialization State the access terminal has no information about the serving access
12   network. In this state the access terminal selects a serving access network and obtains
13   time synchronization from the access network.

14   8.2.6.1.2.1 Access Terminal Requirements

15   The access terminal shall enter the Initialization State when the Default Air-Link
16   Management Protocol is instantiated. This may happen on events such as network
17   redirection and initial power-on. A comprehensive list of events causing the Default Air-
18   Link Management Protocol to enter the Initialization State is beyond the scope of this
19   specification.

20   The access terminal shall issue an *InitializationState.Activate* command upon entering this
21   state. If the access terminal entered this state because the protocol received a Redirect
22   message and a Channel Record was received with the message, the access terminal shall
23   provide the Channel Record with the command.

24   If the protocol receives an *InitializationState.NetworkAcquired* indication the access terminal
25   shall issue an *InitializationState.Deactivate* command[32] and transition to the Idle State.

26   8.2.6.1.3 Idle State

27   In this state the access terminal has acquired the access network but does not have an
28   open connection with the access network.

29   8.2.6.1.3.1 Access Terminal Requirements

30   8.2.6.1.3.1.1 General Requirements

31   The access terminal shall issue the following commands upon entering this state:

---

[32] Some of the *Deactivate* commands issued by this protocol are superfluous (because the commanded protocol already put itself in the Inactive State) but are specified here for completeness.

- *IdleState.Activate*

- *RouteUpdate.Activate*

If the access terminal had a queued *OpenConnection* command, it shall issue an *IdleState.OpenConnection* command.

If the protocol receives an *IdleState.ConnectionOpened* indication, the access terminal shall perform the cleanup procedures defined in 8.2.6.1.3.1.2 and transition to the Connected State.

If the protocol receives an *IdleState.ConnectionFailed*, a *ForwardTrafficChannelMAC.SupervisionFailed*, or a *ReverseTrafficChannelMAC.SupervisionFailed* indication, the access terminal shall:

- Issue an *IdleState.Close* command,

- Issue a *RouteUpdate.Close* command,

If the protocol receives a Redirect message, a *RouteUpdate.NetworkLost*, an *OverheadMessages.SupervisionFailed*, an *OverheadMessages.ANRedirected*, a *ControlChannelMAC.SupervisionFailed*, or an *AccessChannelMAC.SupervisionFailed* indication, the access terminal shall:

- Issue a *RouteUpdate.Deactivate* command,

- Issue an *OverheadMessages.Deactivate* command,

- Issue a *ControlChannelMAC.Deactivate* command,

- Perform the cleanup procedures defined in 8.2.6.1.3.1.2, and

- Transition to the Initialization State.

8.2.6.1.3.1.2 Idle State Cleanup Procedures

The access terminal shall issue the following commands when it exits this state:

- *IdleState.Deactivate*

8.2.6.1.3.2 Access Network Requirements

8.2.6.1.3.2.1 General Requirements

The access network shall issue the following commands upon entering this state:

- *IdleState.Activate*

- *RouteUpdate.Activate*

If the protocol receives an *IdleState.ConnectionFailed* indication, or a *ReverseTrafficChannelMAC.SupervisionFailed* indication, the access network shall:

- Issue an *IdleState.Close* command,

- Issue a *RouteUpdate.Close* command.

If the protocol receives an *IdleState.ConnectionOpened* indication, the access network shall perform the cleanup procedures defined in 8.2.6.1.3.2.2 and transition to the Connected State.

The access network may send the access terminal a Redirect message to redirect it from the current serving network and optionally, provide it with information directing it to another network. If the access network sends a Redirect message it shall

- Issue a *RouteUpdate.Deactivate* command,

- Perform the cleanup procedures defined in 8.2.6.1.3.2.2.

8.2.6.1.3.2.2 Idle State Cleanup Procedures

The access network shall issue the following command when it exits this state:

- *IdleState.Deactivate*

8.2.6.1.4 Connected State

In the Connected State, the access terminal and the access network have an open connection.

8.2.6.1.4.1 Access Terminal Requirements

8.2.6.1.4.1.1 General Requirements

The access terminal shall issue the following command upon entering this state:

- *ConnectedState.Activate*

If the access terminal has stored ConnectionFailure records and if the value of the ConnectionFailureReportingEnabled attribute is 0x01, then the access terminal shall send a ConnectionFailureReport message upon entering this state. Upon receiving the corresponding ConnectionFailureReportAck message, the access terminal shall delete the reported ConnectionFailure records.

If the access terminal does not receive a ConnectionFailureReportAck message in response to a ConnectionFailureReport message, then the access terminal may re-transmit the ConnectionFailureReport message an implementation specific number of times.

If the protocol receives a *ConnectedState.ConnectionClosed*, an *OverheadMessages.SupervisionFailed*, a *ControlChannelMAC.SupervisionFailed*, a *RouteUpdate.AssignmentRejected,* or a *ForwardTrafficChannelMAC.SupervisionFailed* indication, the access terminal shall perform the following:

TIA-856-B                                                                 Connection Layer

- If this procedure is invoked due to reception of a *OverheadMessages.SupervisionFailed,* a *ControlChannelMAC.SupervisionFailed,* or a *ForwardTrafficChannelMAC.SupervisionFailed* indication and if the value of the ConnectionFailureReportingEnabled attribute is 0x01, then the access terminal shall generate and store a ConnectionFailure record that contains the reason for connection failure, the CDMA System Time when the Connection failure occurred, the SectorID public data of the Overhead Messages Protocol when the Connection failure occurred, the CDMA Channel on which the Connection failure occurred, and, if available, the Latitude, and Longitude of the location where the Connection Failure occurred. The access terminal shall store at least four Connection failure records corresponding to the last four Connection failures.

- Issue a *RouteUpdate.Close* command,

- Issue a *ControlChannelMAC.Deactivate* command,

- Issue an *OverheadMessages.Deactivate* command,

- Issue a *ConnectedState.Deactivate* command,

- Transition to the Idle State.

If the protocol receives a Redirect message or an *OverheadMessages.ANRedirected* indication, the access terminal shall:

- Issue a *ConnectedState.CloseConnection* command,

- Issue a *RouteUpdate.Deactivate* command,

- Issue a *ControlChannelMAC.Deactivate* command,

- Issue an *OverheadMessages.Deactivate* command,

- Transition to the Initialization State.

8.2.6.1.4.2 Access Network Requirements

8.2.6.1.4.2.1 General Requirements

The access network shall issue the following command upon entering this state:

- *ConnectedState.Activate*

If the protocol receives a *ConnectedState.ConnectionClosed*, or *RouteUpdate.ConnectionLost* indication, the access network shall:

- Issue a *RouteUpdate.Close* command,

- Perform the cleanup procedures defined in 8.2.6.1.4.2.2,

- Transition to the Idle State.

If the value of the ConnectionFailureReportingEnabled attribute is 0x01, then the access network shall send a ConnectionFailureReportAck message upon receiving a ConnectionFailureReport message.

Connection Layer                                                              TIA-856-B

1  The access network may send the access terminal a Redirect message to redirect it from
2  the current serving network and optionally, provide it with information directing it to
3  another network. If the access network sends a Redirect message it shall:

4  • Issue a *RouteUpdate.Deactivate* command,

5  • Perform the cleanup procedures defined in 8.2.6.1.4.2.2,

6  • Transition to the Idle State.

7  8.2.6.1.4.2.2 Connected State Cleanup Procedures

8  The access network shall issue the following command when it exits this state:

9  • *ConnectedState.Deactivate*

10  8.2.6.2 Message Formats

11  8.2.6.2.1 Redirect

12  The access network sends the Redirect message to redirect the access terminal(s) away
13  from the current network; and, optionally, the access network provides it with information
14  directing it to one of a set of different networks.

15

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| NumChannel | 8 |
| NumChannel instances of the following field | |
| Channel | 24 |

16  MessageID            The access network shall set this field to 0x00.

17  NumChannel           The access network shall set this field to the number of Channel
18                       records it is including in this message.

19  Channel              This field shall be set to the channel that the access terminal should
20                       reacquire. The channel shall be specified using the standard Channel
21                       Record definition, see 14.1.
22

| Channels | CC            FTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | broadcast        unicast | | Priority | 40 |

23  8.2.6.2.2 ConnectionFailureReport

24  The ConnectionFailureReport message format is as follows:
25

TIA-856-B                                                        Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| NumRecords | 4 |

NumRecords occurrences of the following record:

| | |
|---|---|
| ConnectionFailureReason | 4 |
| TimeStamp | 32 |
| SectorID | 128 |
| ChannelRecord | 24 |
| LatLongIncluded | 1 |
| Latitude | 0 or 22 |
| Longitude | 0 or 23 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

MessageID            The access terminal shall set this field to 0x01.

TransactionID        The access terminal shall set this field to one more (modulo 256) than the TransactionID field of the last ConnectionFailureReport message. If this is the first ConnectionFailureReport message sent by the access terminal, then the access terminal shall set this field to zero.

NumRecords           The access terminal shall set this field to the number of Connection failures reported in this message.

ConnectionFailureReason
                     This field indicates the reason for the connection failure.  The access terminal shall set this field according to Table 8.2.6.2.2-1.

Table 8.2.6.2.2-1. ConnectionFailureReason Encoding

| ConnectionFailureReason field value | Meaning |
|---|---|
| 0x0 | General Connection Failure (excluding failure due to tune away to another air interface) |
| 0x1 | Connection failure due to tune away to cdma2000 1x air-interface |
| 0x2 | Connection failure due to position determination tune away |
| All other values | See [10]. |

TimeStamp           The access terminal shall set this field to the CDMA system time at which this Connection failure occurred in units of 1.28 seconds.

SectorID            The access terminal shall set this field to the SectorID field of the SectorParameters message transmitted by the access network where the Connection failure occurred. SectorID is public data of the Overhead Messages Protocol.

ChannelRecord       The access terminal shall set this field to the Channel Record for the CDMA Channel on which the Connection failure occurred. See 14.1 for the Channel record format.

LatLongIncluded     The access terminal shall set this field to '1' if the Latitude and Longitude fields are included in this message. Otherwise, the access terminal shall set this field to '0'.

Latitude            If LatLongIncluded is set to '0', then the access terminal shall omit this field. Otherwise, the access terminal shall set this field to the Latitude of the location where the Connection failure occurred.

Longitude           If LatLongIncluded is set to '0', then the access terminal shall omit this field. Otherwise, the access terminal shall set this field to the Longitude of the location where the Connection failure occurred.

Reserved            The access terminal shall add Reserved bits to make the length of the entire message an integer number of octets. The access terminal shall set these bits to '0'. The access network shall ignore this field.

| **Channels** | RTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | Unicast | | **Priority** | 40 |

8.2.6.2.3 ConnectionFailureReportAck

The ConnectionFailureReportAck message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID         The sender shall set this field to 0x02.

TransactionID     The sender shall set this value to the TransactionID field of the corresponding ConnectionFailureReport message.

| **Channels** | FTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | Unicast | | **Priority** | 40 |

8.2.6.3 Interface to Other Protocols

8.2.6.3.1 Commands Sent

This protocol issues the following commands:

- *InitializationState.Activate*
- *InitializationState.Deactivate*
- *IdleState.Activate*
- *IdleState.Deactivate*
- *IdleState.Close*
- *IdleState.OpenConnection*
- *ConnectedState.Activate*
- *ConnectedState.Deactivate*
- *ConnectedState.CloseConnection*
- *RouteUpdate.Activate*
- *RouteUpdate.Deactivate*
- *RouteUpdate.Close*
- *OverheadMessages.Deactivate*

1  • *ControlChannelMAC.Deactivate*

2  8.2.6.3.2 Indications

3  This protocol registers to receive the following indications:

4  • *InitializationState.NetworkAcquired*

5  • *IdleState.ConnectionOpened*

6  • *IdleState.ConnectionFailed*

7  • *ConnectedState.ConnectionClosed*

8  • *RouteUpdate.ConnectionLost*

9  • *RouteUpdate.NetworkLost*

10 • *RouteUpdate.AssignmentRejected*

11 • *OverheadMessages.ANRedirected*

12 • *OverheadMessages.SupervisionFailed*

13 • *ControlChannelMAC.SupervisionFailed*

14 • *AccessChannelMAC.SupervisionFailed*

15 • *ReverseTrafficChannelMAC.SupervisionFailed*

16 • *ForwardTrafficChannelMAC.SupervisionFailed*

17 8.2.7 Configuration Attributes

18 The simple configurable attributes are listed in Table 8.2.7-1. The access network and the
19 access terminal shall use the default values that are typed in **bold italics.**

20 **Table 8.2.7-1 Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | ConnectionFailureReportingEnabled | **0x00** | Access terminal does not send ConnectionFailureReport messages. |
| | | 0x01 | Access terminal sends ConnectionFailureReport messages. |
| | | All other values | Reserved |

21 8.2.8 Protocol Numeric Constants

22

TIA-856-B                                                                              Connection Layer

| Constant | Meaning | Value |
|---|---|---|
| $N_{ALMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{ALMPDefault}$ | Subtype field for this protocol | 0x0000 |

1    8.2.9 Session State Information

2    This protocol does not define any parameter record to be included in a Session State
3    Information record (see 14.8).

**8.3 Default Initialization State Protocol**

8.3.1 Overview

The Default Initialization State Protocol provides the procedures and messages required for an access terminal to acquire a serving network.

At the access terminal, this protocol operates in one of the following four states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Network Determination State: In this state the access terminal chooses an access network on which to operate.

- Pilot Acquisition State: In this state the access terminal acquires a Forward Pilot Channel.

- Synchronization State: In this state the access terminal synchronizes to the Control Channel cycle, receives the Sync message, and synchronizes to CDMA System Time.

Protocol states and events causing transition between states are shown in Figure 8.3.1-1.



**Figure 8.3.1-1. Default Initialization State Protocol State Diagram**

8.3.2 Primitives and Public Data

8.3.2.1 Commands

This protocol defines the following commands:

- *Activate* (an optional Channel Record can be specified with the command)

- *Deactivate*

8.3.2.2 Return Indications

This protocol returns the following indications:

- *NetworkAcquired*

8.3.2.3 Public Data

This protocol makes the following data public:

- Subtype for this protocol
- Selected CDMA Channel
- CDMA System Time
- The following fields of the Sync message:
    - MaximumRevision
    - MinimumRevision
    - PilotPN

8.3.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

8.3.4 Protocol Initialization

8.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.3.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol shall enter the Inactive State.

8.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.3.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.3.5.2 Commit Procedures

The access terminal shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then the access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Initialization State protocol to the Network Determination State.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal shall perform the following in the order specified:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Initialization State Protocol at the access terminal.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

8.3.5.3 Message Formats

8.3.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1 MessageID          The sender shall set this field to 0x50.

2 TransactionID      The sender shall increment this value for each new
3                    ConfigurationRequest message sent.

4 AttributeRecord    The format of this record is specified in 14.3.

5

| Channels | FTC    RTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

6 8.3.5.3.2 ConfigurationResponse

7 The ConfigurationResponse message format is as follows:
8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9 MessageID          The sender shall set this field to 0x51.

10 TransactionID     The sender shall set this value to the TransactionID field of the
11                   corresponding ConfigurationRequest message.

12 AttributeRecord   An attribute record containing a single attribute value. If this
13                   message selects a complex attribute, only the ValueID field of the
14                   complex attribute shall be included in the message. The format of the
15                   AttributeRecord is given in 14.3. The sender shall not include more
16                   than one attribute record with the same attribute identifier.
17

| Channels | FTC    RTC | SLP | Reliable |
|----------|------------|-----|----------|
| Addressing | unicast | Priority | 40 |

8.3.6 Procedures and Messages for the InUse Instance of the Protocol

8.3.6.1 Procedures

The access network shall broadcast the Sync message periodically in a synchronous Control Channel capsule. This period should not exceed $T_{ISPSync}$ seconds.

The access network need not keep state for this protocol.

8.3.6.1.1 Command Processing

The access network shall ignore all commands.

8.3.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal shall transition to the Network Determination State.

If the protocol receives this command in any other state, the access terminal shall ignore it.

8.3.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Inactive State, the access terminal shall ignore it.

If the protocol receives this command in any other state, the access terminal shall transition to the Inactive State.

8.3.6.1.2 Inactive State

In the Inactive State the access terminal waits for the protocol to receive an *Activate* command.

8.3.6.1.3 Network Determination State

In the Network Determination State the access terminal selects a CDMA Channel (see 14.1) and attempts acquire the access network on that CDMA Channel.

If a Channel Record was provided with the *Activate* command, the access terminal should select the system and channel specified by the record.

The specific mechanisms to provision the access terminal with a list of preferred networks and with the actual algorithm used for network selection are beyond the scope of this specification.

Upon selecting a CDMA Channel the access terminal shall enter the Pilot Acquisition State.

8.3.6.1.4 Pilot Acquisition State

In the Pilot Acquisition State the access terminal acquires the Forward Pilot Channel of the selected CDMA Channel.

Upon entering the Pilot Acquisition State, the access terminal shall tune to the selected CDMA Channel and shall search for the pilot. If the access terminal acquires the pilot, it shall enter the Synchronization State.[33] If the access terminal fails to acquire the pilot within $T_{ISPPilotAcq}$ seconds of entering the Pilot Acquisition State, it shall enter the Network Determination State.

8.3.6.1.5 Synchronization State

In the Synchronization State the access terminal completes timing synchronization.

Upon entering this state, the access terminal shall issue the *ControlChannelMAC.Activate* command.

If the access terminal fails to receive a Sync message within $T_{ISPSyncAcq}$ seconds of entering the Synchronization State, the access terminal shall issue a *ControlChannelMAC.Deactivate* command and shall enter the Network Determination State. While attempting to receive the Sync message, the access terminal shall discard any other messages received on the Control Channel.

When the access terminal receives a Sync message:

- If the access terminal's revision number is not in the range defined by the MinimumRevision and MaximumRevision fields (inclusive) specified in the message, the access terminal shall issue a *ControlChannelMAC.Deactivate* command and enter the Network Determination State.

- Otherwise, the access terminal shall:

    – Set the access terminal time to the time specified in the message; The time specified in the message is the time applicable 160 ms following the beginning of the Control Channel Cycle in which the Sync message was received,

    – Return a *NetworkAcquired* indication,

    – Enter the Inactive State.

8.3.6.2 Message Formats

8.3.6.2.1 Sync

The access network broadcasts the Sync message to convey basic network and timing information.

---

[33] The Access Terminal Minimum Performance Requirements contains specifications regarding pilot acquisition performance.

| Field | Length (bits) |
|---|---|
| MessageID | 2 |
| MaximumRevision | 8 |
| MinimumRevision | 8 |
| PilotPN | 9 |
| SystemTime | 37 |

MessageID          The access network shall set this field to '00'.

MaximumRevision    Maximum Air-Interface protocol revision supported by the access
                   network. The access network shall set this field to the value specified
                   in 1.15. This value shall be in the range [0x00, 0xff].

MinimumRevision    Minimum Air-Interface protocol revision supported by the access
                   network. The access network shall set this field to the value specified
                   in 1.15. This value shall be in the range [0x00, MaximumRevision].

PilotPN            Pilot PN Offset. The access network shall set this field to the pilot PN
                   sequence offset for this sector in units of 64 PN Chips.

SystemTime         The access network shall set this field to the CDMA System Time 160
                   ms after the start of the Control Channel Cycle in which this Sync
                   message is being sent. The CDMA System Time is specified in units
                   of 26.66... ms.

| **Channels** | CCsyn | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | broadcast | | **Priority** | 30 |

## 8.3.6.3 Interface to Other Protocols

### 8.3.6.3.1 Commands Sent

This protocol issues the following commands:

- *ControlChannelMAC.Activate*
- *ControlChannelMAC.Deactivate*

### 8.3.6.3.2 Indications

This protocol does not register to receive any indications.

## 8.3.7 Configuration Attributes

No configuration attributes are defined for this protocol.

TIA-856-B                                                      Connection Layer

8.3.8 Protocol Numeric Constants

| Constant | Meaning | Value | Comments |
|----------|---------|-------|----------|
| $N_{ISPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{ISPDefault}$ | Subtype field for this protocol | 0x0000 | |
| $T_{ISPSync}$ | Sync message transmission period | 1.28 seconds | 3 × Control Channel Cycle |
| $T_{ISPPilotAcq}$ | Time to acquire pilot in access terminal | 60 seconds | |
| $T_{ISPSyncAcq}$ | Time to acquire Sync message in access terminal | 5 seconds | |

8.3.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**8.4 Default Idle State Protocol**

8.4.1 Overview

The Default Idle State Protocol provides the procedures and messages used by the access terminal and the access network when the access terminal has acquired a network and a connection is not open.

This protocol operates in one of the following four states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Sleep State: In this state the access terminal may shut down part of its subsystems to conserve power. The access terminal does not monitor the Forward Channel, and the access network is not allowed to transmit unicast packets to it.

- Monitor State: In this state the access terminal monitors the Control Channel, listens for Page messages and if necessary, updates the parameters received from the Overhead Messages Protocol. The access network may transmit unicast packets to the access terminal in this state.

- Connection Setup State: In this state the access terminal and the access network set-up a connection.

Protocol states and events causing the transition between the states are shown in Figure 8.4.1-1 and Figure 8.4.1-2.



**Figure 8.4.1-1. Default Idle State Protocol State Diagram (Access Terminal)**

1



Figure 8.4.1-2. Default Idle State Protocol State Diagram (Access Network)

This protocol supports periodic network monitoring by the access terminal, allowing for significant power savings. The following access terminal operation modes are supported:

- Continuous operation, in which the access terminal continuously monitors the Control Channel.

- Suspended mode operation, in which the access terminal monitors the Control Channel continuously for a period of time and then proceeds to operate in the slotted mode. Suspended mode follows operation in the Air-Link Management Protocol Connected State and allows for quick network-initiated reconnection.

- Slotted mode operation, in which the access terminal monitors only selected slots.

This protocol supports two types of connection set-ups:

- Normal setup: this procedure is always performed at the initiative of the access terminal.[34] It consists of the access terminal sending a ConnectionRequest message which in turn causes the lower layers to open the connection. The Connection Setup State contains the requirements for normal setup.

---

[34] The access network may transmit a Page message to the access terminal directing it to initiate the procedure.

- Fast Connect: this procedure is always performed at the initiative of the access network and consists of the access network opening the connection directly via a *RouteUpdate.Open* command.[35] Fast Connect eliminates the need for the Page / ConnectionRequest exchange when the access network has pending data to transmit to an access terminal, and is especially useful when the access terminal is in suspended mode. Support for Fast Connect at the access network is optional. Support for Fast Connect at the access terminal is mandatory. The Monitor State contains the requirements for Fast Connect.

8.4.2 Primitives and Public Data

8.4.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

- *OpenConnection*

- *Close*

8.4.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionOpened*

- *ConnectionFailed*

8.4.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

8.4.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

8.4.4 Protocol Initialization

8.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

---

[35] This command triggers a transmission of a TrafficChannelAssignment message based on the last RouteUpdate message received from the access terminal.

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.4.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol shall enter the Inactive State.

8.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.4.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.4.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then

  – the access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Idle State protocol to the Inactive State.

  – the access network shall set the initial state of the InConfiguration and InUse protocol instances of the Idle State protocol to the Sleep State.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

- The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Idle State Protocol at the access terminal and the access network.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

8.4.5.3 Message Formats

8.4.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

8.4.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

TIA-856-B                                                                          Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the
                     corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this
                     message selects a complex attribute, only the ValueID field of the
                     complex attribute shall be included in the message. The format of the
                     AttributeRecord is given in 14.3. The sender shall not include more
                     than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8.4.6 Procedures and Messages for the InUse Instance of the Protocol

8.4.6.1 Procedures

8.4.6.1.1 Command Processing

8.4.6.1.1.1 Activate

When the protocol receives an *Activate* command in the Inactive State:

• The access terminal shall transition to the Monitor State.

• The access network shall transition to the Sleep State.[36]

If the protocol receives this command in any other state it shall be ignored.

8.4.6.1.1.2 Deactivate

When the protocol receives a *Deactivate* command in the Inactive State it shall be ignored.

When the protocol receives this command in any other state:

• The access terminal shall transition to the Inactive State.

---

[36] Since the transitions happen asynchronously, this requirement guarantees that the access
network  will not transmit unicast packets to the access terminal over the Control Channel when the
access terminal is not monitoring the channel.

- The access network shall transition to the Inactive State.

### 8.4.6.1.1.3 OpenConnection

When the protocol receives an *OpenConnection* command in the Inactive State or the Connection Setup State, the command shall be ignored.

When the protocol receives this command in the Sleep State:

- The access terminal shall transition to the Monitor state and perform the procedures in 8.4.6.1.2 for sending a ConnectionRequest message.
- The access network shall queue the command and execute it when it is in the Monitor State.

When the protocol receives this command in the Monitor State:

- The access terminal shall perform the procedures in 8.4.6.1.2 for sending a ConnectionRequest message.
- The access network shall send a Page message to the access terminal and transition to the Connection Setup State.

### 8.4.6.1.1.4 Close

When the protocol receives a *Close* command in the Inactive State it shall be ignored.

When the protocol receives a *Close* command in any other state:

- The access terminal shall transition to the Monitor State.
- The access network shall transition to the Sleep State.

### 8.4.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest Message

When procedures in this section are invoked, the access terminal shall perform the following:

- Send a ConnectionRequest message,
- If an *AccessChannelMAC.TransmissionSuccessful* indication is received, it shall transition to the Connection Setup State,
- If an *AccessChannelMAC.TransmissionFailed* indication is received, it shall return a *ConnectionFailed* indication.

### 8.4.6.1.3 Inactive State

When the protocol is in the Inactive State it waits for an *Activate* command.

If the access terminal receives an *OverheadMessages.Updated* indication in this state, then the access terminal shall queue the latest *OverheadMessages.Updated* indication for processing in the Monitor state.

1   8.4.6.1.4 Sleep State

2   When the access terminal is in the Sleep State it may stop monitoring the Control Channel
3   by issuing the following commands:

4   • *OverheadMessages.Deactivate*

5   • *ControlChannelMAC.Deactivate*

6   The access terminal may shut down processing resources to reduce power consumption.

7   In order to transmit on the Access Channel in this state, the access terminal shall first
8   transition from the Sleep State to the Monitor State. If the access terminal requires opening
9   a connection, it shall transition to the Monitor state and perform the procedures in
10  8.4.6.1.2 for sending a ConnectionRequest message. When the access network is in the
11  Sleep State, it is prohibited from sending unicast packets to the access terminal.

12  If the access network receives a ConnectionRequest message, it shall transition to the
13  Connection Setup State.

14  If the access terminal advertised a suspend period that is current, the access network may
15  transition to the Monitor State.

16  The access network and the access terminal shall transition from the Sleep State to the
17  Monitor State in time to send and receive, respectively, the synchronous capsule sent in
18  each Control Channel cycle $C$ satisfying

19                          $(C + R) \bmod N_{\text{IDPSleep}} = 0$

20  where $C$ is the number of Control Channel cycles since the beginning of CDMA System
21  Time and $R$ is obtained as follows:

22  • If PreferredControlChannelCycleEnabled is equal to '0', then $R$ is the result of applying
23    the hash function (see 14.4) using the following parameters:

24       – Key = SessionSeed

25       – Decorrelate = 6 × SessionSeed[11:0]

26       – N = $N_{\text{IDPSleep}}$

27       – where SessionSeed is given as public data of the Address Management
28         Protocol.

29  • If PreferredControlChannelCycleEnabled is equal to '1', then $R$ is set to
30    PreferredControlChannelCycle.

31  8.4.6.1.5 Monitor State

32  When the access terminal is in the Monitor State, it continuously monitors the Control
33  Channel.

34  When the access network is in the Monitor State, it may send unicast packets to the access
35  terminal.

8.4.6.1.5.1 Access Terminal Requirements

Upon entering the Monitor State, the access terminal shall issue the following commands:

- *OverheadMessages.Activate*

- *ControlChannelMAC.Activate*

The access terminal shall comply with the following requirements when in the Monitor State:

- If the access terminal has queued an *OverheadMessages.Updated* indication or upon receiving an *OverheadMessages.Updated* indication, the access terminal shall tune to the CDMA Channel selected as specified in 8.4.6.1.5.1.1.

- The access terminal shall monitor the overhead messages as specified in the Overhead Messages Protocol (see 8.11.6.1.6).

- If the access terminal receives a Page message, it shall perform the procedures in 8.4.6.1.2 for sending a ConnectionRequest message.

- If the access terminal requires opening a connection, it shall perform the procedures in 8.4.6.1.2 for sending a ConnectionRequest message.

- If the access terminal receives a *RouteUpdate.ConnectionInitiated* indication it shall transition to the Connection Setup State.[37]

- Access terminal may transition to the Sleep State if the requirements specified in 8.4.6.1.5.1.2 are satisfied.

8.4.6.1.5.1.1 CDMA Channel Selection

The access terminal shall select a CDMA Channel from the list of channels in the SectorParameters message. If no channels are listed, the access terminal shall use the channel it is currently monitoring. If one or more channels are available, the access terminal shall use the hash function (see 14.4) to compute an index into the channel list provided in the message. The access terminal shall use the following hash function parameters to obtain this index:

- Key = SessionSeed

- Decorrelate = 0

- N = ChannelCount field of the SectorParameters message

Where SessionSeed is provided as public data by the Address Management Protocol.

8.4.6.1.5.1.2 Transition to Sleep State

The access terminal may transition to the Sleep State if all of the following requirements are met:

---

[37] This requirement provides Fast Connect on the access terminal side.

- Access terminal has received a Control Channel synchronous Sleep State capsule in the current Control Channel Cycle and has determined that the SectorParameters message is up to date (see 8.11.6.1.6). The current Control Channel Cycle is defined to be the Control Channel Cycle that started at slot $\lfloor T/256 \rfloor$, where T is the current CDMA System Time in slots.

- Access terminal received an *AccessChannelMAC.TxEnded* indication for every *AccessChannelMAC.TxStarted* indication it received since entering the Monitor State.[38]

- Access terminal has not advertised a suspend period that is current (see 8.7.6.1.2.1.1). The suspend period is current if the time advertised in the associated ConnectionClose message is greater than the current CDMA System Time.[39]

8.4.6.1.5.2 Access Network Requirements

8.4.6.1.5.2.1 General Requirements

- Access network shall select the CDMA Channel following the same specifications as the access terminal, see 8.4.6.1.5.1.1.

- If the access network receives a ConnectionRequest message, it shall transition to the Connection Setup State.

- If the access network requires opening a connection with the access terminal and does not use an accelerated procedure to set-up a connection, the access network shall send a Page message to the access terminal over the Control Channel.

- The access network may use an accelerated procedure to set-up a connection with the access terminal by bypassing the paging process. The access network should only use this procedure if it has a reasonable estimate of the access terminal's current location. To set-up a connection in an accelerated fashion (Fast Connect) the access network shall:

  - Issue a *RouteUpdate.Open* command.

  - Transition to the Connection Setup State, when the protocol receives a *RouteUpdate.ConnectionInitiated* indication.

- The access network shall transition to the Sleep State if the access terminal did not advertise a suspend period that is current.

8.4.6.1.6 Connection Setup State

The access terminal and the access network use the Connection Setup State to perform a normal connection set-up.

---

[38] This pairing ensures that the access terminal does not have any outstanding messages waiting for an answer.

[39] The access terminal monitors the Control Channel continuously during a suspend period thus avoiding the delay in opening access network initiated connections due to the sleep period.

Figure 8.4.6.1.6-1 illustrates the process of opening a connection between the access terminal and the access network when this protocol is used along with the default Route Update and the default Reverse Traffic Channel MAC protocols.[40]



**Figure 8.4.6.1.6-1. Connection Setup Exchange**

8.4.6.1.6.1 Access Terminal Requirements

Upon entering the Connection Setup State the access terminal shall:

- Issue an *OverheadMessages.Activate* command,

- Issue a *ControlChannelMAC.Activate* command,

- Set a state timer for $T_{IDPATSetup}$ seconds,

If the access terminal receives a ConnectionDeny message, the access terminal shall return a *ConnectionFailed* indication,

If the state timer expires, the access terminal shall return a *ConnectionFailed* indication,

_____

[40] The Fast Connect message exchange is identical except for not having the Idle State Protocol ConnectionRequest message and the Route Update Protocol RouteUpdate message.

1   If the access terminal receives a *RouteUpdate.ConnectionOpened* indication, it shall return a
2   *ConnectionOpened* indication and transition to the Inactive State.

3   8.4.6.1.6.2 Access Network Requirements

4   Upon reception of a ConnectionRequest message the access network shall perform the
5   following:

6   •   If the access network denies the connection request, it should send the access terminal
7       a ConnectionDeny message, shall return a ConnectionFailed indication, and shall
8       transition to the Sleep State.

9   •   Otherwise, the access network shall perform the following:

10      –   Set state timer for $T_{IDPANSetup}$ seconds.

11      –   Issue a *RouteUpdate.Open* command.

12      –   If the protocol receives a *RouteUpdate.ConnectionOpened* indication, the access
13          network shall return a *ConnectionOpened* indication and transition to the
14          Inactive State.

15      –   If the state timer expires, the access network shall return a *ConnectionFailed*
16          indication.

17  8.4.6.2 Message Formats

18  8.4.6.2.1 Page

19  The access network sends the Page message to direct the access terminal to request a
20  connection.
21

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

22  MessageID              The access network shall set this field to 0x00.
23

| Channels | CCsynSS | | SLP | Best Effort |
|----------|---------|---|-----|-------------|
| Addressing | unicast | | Priority | 20 |

24  8.4.6.2.2 ConnectionRequest

25  The access terminal sends the ConnectionRequest message to request a connection.
26

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| RequestReason | 4 |
| Reserved | 4 |

1   MessageID          The access terminal shall set this field to 0x01.

2   TransactionID      The access terminal shall increment this value for each new
3                      ConnectionRequest message sent.

4   RequestReason      The access terminal shall set this field to one of the request reasons
5                      as shown in Table 8.4.6.2-1.

6   **Table 8.4.6.2-1. Encoding of the RequestReason Field**

| Field value | Description |
|---|---|
| 0x0 | Access Terminal Initiated |
| 0x1 | Access Network Initiated |
| All other values are invalid | |

7   Reserved           The access terminal shall set this field to zero. The access network
8                      shall ignore this field.

9

| **Channels** | AC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

10   8.4.6.2.3 ConnectionDeny

11   The access network sends the ConnectionDeny message to deny a connection.

12

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| DenyReason | 4 |
| Reserved | 4 |

13   MessageID          The access network shall set this field to 0x02.

14   TransactionID      The access network shall set this value to the TransactionID field of
15                      the corresponding ConnectionRequest message.

TIA-856-B                                                    Connection Layer

DenyReason             The access network shall set this field to indicate the reason it is
                       denying the connection, as shown in Table 8.4.6.2-2.

**Table 8.4.6.2-2. Encoding of the DenyReason Field**

| Field value | Description |
|---|---|
| 0x0 | General |
| 0x1 | Network Busy |
| 0x2 | Authentication or billing failure |
| All other values are reserved | |

Reserved               The access network shall set this field to zero. The access terminal
                       shall ignore this field.

| **Channels** | CC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8.4.6.3 Interface to Other Protocols

8.4.6.3.1 Commands Sent

This protocol issues the following commands:

- *RouteUpdate.Open* (access network only)
- *OverheadMessages.Activate*
- *OverheadMessages.Deactivate*
- *ControlChannelMAC.Activate*
- *ControlChannelMAC.Deactivate*

8.4.6.3.2 Indications

This protocol registers to receive the following indications:

- *RouteUpdate.ConnectionOpened*
- *RouteUpdate.ConnectionInitiated*
- *AccessChannelMAC.TxStarted*
- *AccessChannelMAC.TxEnded*
- *AccessChannelMAC.TransmissionSuccessful*
- *AccessChannelMAC.TransmissionFailed*
- *OverheadMessages.Updated*

1 ### 8.4.7 Configuration Attributes

2 The following complex attribute and default values are defined (see 14.3 for attribute record
3 definition).

4 #### 8.4.7.1 PreferredControlChannelCycle Attribute

5

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| PreferredControlChannelCycleEnabled | 1 | '0' |
| PreferredControlChannelCycle | 0 or 15 | N/A |
| Reserved | 7 or 0 | N/A |

}

6 Length                        Length of the complex attribute in octets. The sender shall set this
7                               field to the length of the complex attribute excluding the Length field.

8 AttributeID                   The sender shall set this field to 0x00.

9 ValueID                       The sender shall set this field to an identifier assigned to this
10                              complex value.

11 PreferredControlChannelCycleEnabled
12                              The sender shall set this field to '1' if PreferredControlChannelCycle
13                              field is included in this attribute; otherwise, the sender shall set this
14                              field to '0'.

15 PreferredControlChannelCycle
16                              If PreferredControlChannelCycleEnabled is set to '1', the sender shall
17                              include this field and set it to specify the Control Channel Cycle in
18                              which the access terminal transitions out of the Sleep State (see 0) in
19                              order to monitor the Control Channel. The sender shall omit this field
20                              if PreferredControlChannelCycleEnabled is set to '0'.

21 Reserved                     The length of this field shall be such that the attribute value record is
22                              octet-aligned. The sender shall set this field to zero. The receiver shall
23                              ignore this field.

TIA-856-B                                                    Connection Layer

8.4.8 Protocol Numeric Constants

| Constant | Meaning | Value | Comments |
|----------|---------|-------|----------|
| $N_{IDPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{IDPDefault}$ | Subtype field for this protocol | 0x0000 | |
| $N_{IDPSleep}$ | Number of control channel cycles constituting a sleep period | 0x0c | 5.12 seconds |
| $T_{IDPATSetup}$ | Maximum access terminal time in the Connection Setup State | 2.5 seconds | |
| $T_{IDPANSetup}$ | Maximum access network time in the Connection Setup State | 1 second | |

8.4.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

The parameter records for this protocol consist of only the configuration attributes of this protocol.

**8.5 Enhanced Idle State Protocol**

8.5.1 Overview

The Enhanced Idle State Protocol provides the procedures and messages used by the access terminal and the access network when the access terminal has acquired a network and a connection is not open.

This protocol operates in one of the following four states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Sleep State: In this state the access terminal may shut down part of its subsystems to conserve power. The access terminal does not monitor the Forward Channel, and the access network is not allowed to transmit unicast packets to it.

- Monitor State: In this state the access terminal monitors the Control Channel, listens for Page messages and if necessary, updates the parameters received from the Overhead Messages Protocol. The access network may transmit unicast packets to the access terminal in this state.

- Connection Setup State: In this state the access terminal and the access network set-up a connection.

Protocol states and events causing the transition between the states are shown in Figure 8.5.1-1 and Figure 8.5.1-2.



**Figure 8.5.1-1. Enhanced Idle State Protocol State Diagram (Access Terminal)**

1



Figure 8.5.1-2. Enhanced Idle State Protocol State Diagram (Access Network)

This protocol supports periodic network monitoring by the access terminal, allowing for significant power savings. The following access terminal operation modes are supported:

- Continuous operation, in which the access terminal continuously monitors the Control Channel.

- Suspended mode operation, in which the access terminal monitors the Control Channel continuously for a period of time and then proceeds to operate in the slotted mode. Suspended mode follows operation in the Air-Link Management Protocol Connected State and allows for quick network-initiated reconnection.

- Slotted mode operation, in which the access terminal monitors only selected slots.

This protocol supports two types of connection set-ups:

- Normal setup: this procedure is always performed at the initiative of the access terminal.[41] It consists of the access terminal sending a ConnectionRequest message which in turn causes the lower layers to open the connection. The Connection Setup State contains the requirements for normal setup.

---

[41] The access network may transmit a Page message to the access terminal directing it to initiate the procedure.

- Fast Connect: this procedure is always performed at the initiative of the access network and consists of the access network opening the connection directly via a *RouteUpdate.Open* command.[42] Fast Connect eliminates the need for the Page / ConnectionRequest exchange when the access network has pending data to transmit to an access terminal, and is especially useful when the access terminal is in suspended mode. Support for Fast Connect at the access network is optional. Support for Fast Connect at the access terminal is mandatory. The Monitor State contains the requirements for Fast Connect.

8.5.2 Primitives and Public Data

8.5.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

- *OpenConnection*

- *Close*

8.5.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionOpened*

- *ConnectionFailed*

8.5.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

8.5.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

8.5.4 Protocol Initialization

8.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

---

[42] This command triggers a transmission of a TrafficChannelAssignment message based on the last RouteUpdate message received from the access terminal.

Connection Layer

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.5.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.5.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then

    – the access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Idle State protocol to the Inactive State.

    – the access network shall set the initial state of the InConfiguration and InUse protocol instances of the Idle State protocol to the Sleep State.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Idle State Protocol at the access terminal and the access network.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

8.5.5.3 Message Formats

8.5.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x50.

TransactionID        The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord      The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|--------------|------------|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

8.5.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the

AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

8.5.6 Procedures and Messages for the InUse Instance of the Protocol

8.5.6.1 Procedures

8.5.6.1.1 Command Processing

8.5.6.1.1.1 Activate

When the protocol receives an *Activate* command in the Inactive State:

- The access terminal shall transition to the Monitor State.
- The access network shall transition to the Sleep State.[43]

If the protocol receives this command in any other state it shall be ignored.

8.5.6.1.1.2 Deactivate

When the protocol receives a *Deactivate* command in the Inactive State it shall be ignored.

When the protocol receives this command in any other state:

- The access terminal shall transition to the Inactive State.
- The access network shall transition to the Inactive State.

8.5.6.1.1.3 OpenConnection

When the protocol receives an *OpenConnection* command in the Inactive State or the Connection Setup State, the command shall be ignored.

When the protocol receives this command in the Sleep State:

- The access terminal shall transition to the Monitor state and perform the procedures in 8.5.6.1.2 for sending a ConnectionRequest message.
- The access network shall queue the command and execute it when it is in the Monitor State.

When the protocol receives this command in the Monitor State:

- The access terminal shall perform the procedures in 8.5.6.1.2 for sending a ConnectionRequest message.

---

[43] Since the transitions happen asynchronously, this requirement guarantees that the access network will not transmit unicast packets to the access terminal over the Control Channel when the access terminal is not monitoring the channel.

1  • The access network shall send a Page message to the access terminal and transition to
2    the Connection Setup State.

3  8.5.6.1.1.4 Close

4  When the protocol receives a *Close* command in the Inactive State it shall be ignored.

5  When the protocol receives a *Close* command in any other state:

6  • The access terminal shall transition to the Monitor State.

7  • The access network shall transition to the Sleep State.

8  8.5.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest Message

9  When procedures in this section are invoked, the access terminal shall perform the
10 following:

11 • If the access terminal invokes these procedures in response to an access terminal-
12   initiated event and the ConnectionDenyBackoff attribute is set to a value in the range
13   0x00 to 0x78, then the access terminal should perform the following:

14   – If the access terminal determines that the number of control channel cycles
15     that have passed since receiving a ConnectionDeny message with DenyReason
16     set to *0x01* is less than the value of the ConnectionDenyBackoff attribute, then
17     the access terminal shall postpone sending the ConnectionRequest message
18     until the number of control channel cycles since receiving the ConnectionDeny
19     message is greater than or equal to the value specified by the
20     ConnectionDenyBackoff attribute.

21 • Send a ConnectionRequest message,

22 • If an *AccessChannelMAC.TransmissionSuccessful* indication is received, it shall
23   transition to the Connection Setup State,

24 • If an *AccessChannelMAC.TransmissionFailed* indication is received, it shall return a
25   *ConnectionFailed* indication.

26 8.5.6.1.3 $T_{12}$ and $T_{23}$ Computation

27 The access terminal shall compute $T_{12}$ and $T_{23}$ when an
28 *AccessChannelMAC.TransmissionSuccessful* indication or a
29 *ConnectedState.ConnectionClosed* indication is received. The access network shall compute
30 $T_{12}$ and $T_{23}$ when an *AccessChannelMAC.MACLayerCapsuleReceived* indication, a
31 *ConnectedState.ConnectionClosed*, or a *RouteUpdate.ConnectionLost indication* is received.
32 The access terminal and the access network shall compute $T_{12}$ and $T_{23}$ as follows:

33
$$T_{12} = T_c + Period1 - \left[\left(T_c + 256 \times R\right) \bmod Period1\right] + Period1 \times \left[24 \times \left(WakeCount1 + 1\right) - 1\right]$$
$$T_{23} = T_{12} + Period2 - \left[\left(T_{12} + 256 \times R\right) \bmod Period2\right] + Period2 \times \left[24 \times \left(WakeCount2 + 1\right) - 1\right]$$

34 where Period1 and Period2 are specified in units of slots, $T_c$ is the current CDMA system
35 time.

8.5.6.1.4 Inactive State

When the protocol is in the Inactive State it waits for an *Activate* command.

If at the access terminal receives an *OverheadMessages.Updated* indication in this state, then the access terminal shall queue the latest *OverheadMessages.Updated* indication for processing in the Monitor state.

8.5.6.1.5 Sleep State

When the access terminal is in the Sleep State it may stop monitoring the Control Channel by issuing the following commands:

- *OverheadMessages.Deactivate*

- *ControlChannelMAC.Deactivate*

The access terminal may shut down processing resources to reduce power consumption.

In order to transmit on the Access Channel in this state, the access terminal shall first transition from the Sleep State to the Monitor State. If the access terminal requires opening a connection, it shall transition to the Monitor state and perform the procedures in 8.5.6.1.2 for sending a ConnectionRequest message.

When the access network is in the Sleep State, it is prohibited from sending unicast packets to the access terminal.

If the access network receives a ConnectionRequest message, it shall transition to the Connection Setup State.

If the access terminal advertised a suspend period that is current, the access network may transition to the Monitor State.

The access network and the access terminal shall transition from the Sleep State to the Monitor State in time to send and receive, respectively, the sub-synchronous capsule or the synchronous capsule sent at time T satisfying the following condition:

$$[T+256 \times R] \bmod \text{Period} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

$R$ shall be obtained as follows:

- If PreferredControlChannelCycleEnabled is equal to '0', then $R$ is the result of applying the hash function (see 14.4) using the following parameters:

  – Key = SessionSeed

  – Decorrelate = $6 \times$ SessionSeed[11:0]

  – N = Max(Period3/256, 1)

  – where SessionSeed is given as public data of the Address Management Protocol.

Connection Layer                                                         TIA-856-B

1    • If PreferredControlChannelCycleEnabled is equal to '1', then $R$ is set to
2      PreferredControlChannelCycle.

3    Period shall be computed as follows:

$$4 \quad \text{Period} = \begin{cases} \text{Period1}, & \text{CDMA System Time in slots} < T_{12} \\ \text{Period2}, & T_{12} \leq \text{CDMA System Time in slots} < T_{23}. \\ \text{Period3}, & \text{Otherwise} \end{cases}$$

5    The access network and the access terminal shall compute Period$i$ according to Table
6    8.5.6.1.5-1.

7    **Table 8.5.6.1.5-1. Computation of Period$i$ from SlotCycle$i$**

| SlotCycle$i$ | Period$i$ |
|---|---|
| 0x00 to 0x06 | $2^{\text{SlotCycle}i} \times 4$ slots |
| 0x07 to 0x1c | $2^{(\text{SlotCycle}i - 0x7)} \times 768$ slots |

8    8.5.6.1.6 Monitor State

9    A paging mask is defined as a periodic interval with period and duty cycle defined by three
10   associated fields PreMaskDuration, MaskDuration, and PostMaskDuration in the
11   PagingMask attribute (see 8.5.7.3).

12   When the access terminal is in the Monitor State, it shall continuously monitor the Control
13   Channel if MaskCount is equal to 0x00 or one of the following conditions is true for all
14   MaskCount paging masks specified by the PagingMask attribute:

15   T mod [(PreMaskDuration + MaskDuration + PostMaskDuration) × 4] <
16                        PreMaskDuration × 4, or

17   T mod [(PreMaskDuration + MaskDuration + PostMaskDuration) × 4] ≥
18                   (PreMaskDuration + MaskDuration) × 4,

19   where T is the CDMA System Time in slots, and PreMaskDuration, MaskDuration, and
20   PostMaskDuration are parameters of the PagingMask complex attribute.

21   When the access network is in the Monitor State, it may send unicast packets to the access
22   terminal. When the access network is in the Monitor State, it should not send unicast
23   packets to the access terminal unless one of the following conditions is true for all
24   MaskCount paging masks specified by the PagingMask attribute:

25   T mod [(PreMaskDuration + MaskDuration + PostMaskDuration) × 4] <
26                        PreMaskDuration × 4, or

27   T mod [(PreMaskDuration + MaskDuration + PostMaskDuration) × 4] ≥
28                   (PreMaskDuration + MaskDuration) × 4.

29   where T is the CDMA System Time in slots, and PreMaskDuration, MaskDuration, and
30   PostMaskDuration are parameters of the PagingMask complex attribute.

8.5.6.1.6.1 Access Terminal Requirements

Upon entering the Monitor State, the access terminal shall issue the following commands:

- *OverheadMessages.Activate*

- *ControlChannelMAC.Activate*

The access terminal shall comply with the following requirements when in the Monitor State:

- If the access terminal has queued an *OverheadMessages.Updated* indication or upon receiving an *OverheadMessages.Updated* indication, the access terminal shall tune to the CDMA Channel selected as specified in 8.5.6.1.6.1.1.

- If the access terminal entered Monitor State to receive the synchronous capsule, it shall monitor the overhead messages as specified in the Overhead Messages Protocol (see 8.11.6.1.6).

- If the access terminal receives a Page message, it shall perform the procedures in 8.5.6.1.2 for sending a ConnectionRequest message.

- If the access terminal requires opening a connection, it shall perform the procedures in 8.5.6.1.2 for sending a ConnectionRequest message.

- If the access terminal receives a *RouteUpdate.ConnectionInitiated* indication it shall transition to the Connection Setup State.[44]

- Access terminal may transition to the Sleep State if the requirements specified in 8.5.6.1.6.1.2 are satisfied.

8.5.6.1.6.1.1 CDMA Channel Selection

The access terminal shall select a CDMA Channel from the list of channels or extended channels in the SectorParameters message. If no channels or extended channels are listed, the access terminal shall use the channel it is currently monitoring. If one or more channels are available, the access terminal shall use a hash function (see 14.4) to compute an index into the subset of a subset of advertised CDMA Channels according to the following procedures.

The access terminal shall create a combined channel list as follows:

- If the extended channel list is included in the SectorParameters message, the access terminal shall create a combined channel list by appending each CDMA Channel in the extended channel list (in order) to the set of CDMA Channels in the channel list (in order). Otherwise, the access terminal shall set the combined channel list to the set of CDMA Channels in the channel list.

- If the SupportedCDMAChannels public data of the Route Update Protocol lists any channels, then the access terminal shall remove from the combined channel list the following CDMA Channels:

---

[44] This requirement provides Fast Connect on the access terminal side.

      &ndash;   All forward CDMA Channels that are not supported by the access terminal as indicated by the SupportedCDMAChannels public data of the Route Update Protocol.

      &ndash;   All the forward CDMA Channels whose associated reverse CDMA Channel is not supported by the access terminal as indicated by the SupportedCDMAChannels public data of the Route Update Protocol.

The set, $S$, of CDMA Channels is determined as follows:

- If the AccessHashingChannelMaskIncluded field in the SectorParameters message is not included or is included and set to '0', the access terminal shall set $S$ to the subset of CDMA Channels in the combined channel list.

- If the AccessHashingChannelMaskIncluded field in the SectorParameters message is included and is set to '1', the access terminal shall set $S$ to the subset of CDMA Channels in the combined channel list for which:

      &ndash;   Ni is equal to Nmax, where i is the index of the CDMA Channel in the combined channel list,

         where $N_j$ = bitcount(AccessHashingClassMask [AccessHashingMaskLength:0] $\otimes$ $M_j$), where $M_j$ is the AccessHashingChannelMask field in the SectorParameters message corresponding to the $j^{\text{th}}$ CDMA Channel in the combined channel list;

         $N_{\max}$ is the maximum value of $N_k$ for all $k$ , where $k$ is the index of the CDMA Channel in the combined channel list; and

         bitcount(x) is the number of '1' bits in the binary representation of $x$.

The CDMA Channels supported by the access terminal are public data of the Route Update Protocol. The access terminal shall use the following hash function parameters to obtain the index into set $S$:

- Key = SessionSeed

- Decorrelate = 0

- N = Number of CDMA Channels in set $S$

where SessionSeed is provided as public data by the Address Management Protocol.

If the SystemType field of the channel record which is the result of the above hash function computation is set to 0x00, then both the forward and reverse CDMA channels are specified by that channel record.  If the SystemType field of the channel record which is the result of the hash function is set to 0x02, then the reverse CDMA channel which the access terminal shall use in order to access the system is specified by the ReverseBandclass and ReverseChannelNumber fields of SectorParameters message associated with the forward CDMA channel as specified in the field description of ReverseChannelNumber field in the SectorParameters message.

8.5.6.1.6.1.2 Transition to Sleep State

The access terminal may transition to the Sleep State if all of the following requirements are met:

- One of the following requirements is met:

  – The access terminal entered the Monitor State to receive the synchronous capsule and has received a Control Channel synchronous Sleep State capsule in the current Control Channel Cycle and has determined that the SectorParameters message is up to date (see 8.11.6.1.6). The current Control Channel Cycle is defined to be the Control Channel Cycle that started at slot $\lfloor T/256 \rfloor$, where T is the current CDMA System Time in slots.

  – The access terminal entered the Monitor State to receive a sub-synchronous capsule, and has received the sub-synchronous capsule, or did not receive the sub-synchronous capsule in the expected slots.

- Access terminal received an *AccessChannelMAC.TxEnded* indication for every *AccessChannelMAC.TxStarted* indication it received since entering the Monitor State.[45]

- Access terminal has not advertised a suspend period that is current (see 8.7.6.1.2.1.1). The suspend period is current if the time advertised in the associated ConnectionClose message is greater than the current CDMA System Time.[46]

8.5.6.1.6.2 Access Network Requirements

8.5.6.1.6.2.1 General Requirements

- Access network shall select the CDMA Channel following the same specifications as the access terminal, see 8.5.6.1.6.1.1.

- If the access network receives a ConnectionRequest message, it shall transition to the Connection Setup State.

- If the access network requires opening a connection with the access terminal and does not use an accelerated procedure to set-up a connection, the access network shall send a Page message to the access terminal over the Control Channel.

- Access network may use an accelerated procedure to set-up a connection with the access terminal by bypassing the paging process. The access network should only use this procedure if it has a reasonable estimate of the access terminal's current location. To set-up a connection in an accelerated fashion (Fast Connect) the access network shall:

  – Issue a *RouteUpdate.Open* command.

---

[45]This pairing ensures that the access terminal does not have any outstanding messages waiting for an answer.

[46] The access terminal monitors the Control Channel continuously during a suspend period thus avoiding the delay in opening access network initiated connections due to the sleep period.

1   – Transition to the Connection Setup State, when the protocol receives a
2   *RouteUpdate.ConnectionInitiated* indication.

3   • Access network shall transition to the Sleep State if the access terminal did not
4   advertise a suspend period that is current.

5   **8.5.6.1.7 Connection Setup State**

6   The access terminal and the access network use the Connection Setup State to perform a
7   normal connection set-up.

8   Figure 8.5.6.1.7-1 illustrates the process of opening a connection between the access
9   terminal and the access network when this protocol is used along with the default Route
10  Update and the default Reverse Traffic Channel MAC protocols.[47]



11

12  **Figure 8.5.6.1.7-1. Connection Setup Exchange**

[47] The Fast Connect message exchange is identical except for not having the Idle State Protocol
ConnectionRequest message and the Route Update Protocol RouteUpdate message.

8.5.6.1.7.1 Access Terminal Requirements

The access terminal shall comply with the following requirements.

- Upon entering the Connection Setup State the access terminal shall:
    - Issue an *OverheadMessages.Activate* command,
    - Issue a *ControlChannelMAC.Activate* command,
    - Set a state timer for $T_{IDPATSetup}$ seconds,

- If the access terminal receives a ConnectionDeny message, the access terminal shall return a *ConnectionFailed* indication,

- If the state timer expires, the access terminal shall return a *ConnectionFailed* indication,

- If the access terminal receives a *RouteUpdate.ConnectionOpened* indication, it shall return a *ConnectionOpened* indication and transition to the Inactive State.

8.5.6.1.7.2 Access Network Requirements

If the ConnectionRequest message contains one or more preferred CDMA channels, then the access network should assign a Traffic Channel on one of the preferred CDMA channels.

The access network should deny the connection request if all of the following conditions are true:

- the ConnectionRequest message from the access terminal contains one or more preferred CDMA channels, and

- none of the preferred CDMA channels in the ConnectionRequest message can be used to assign a Traffic Channel.

Upon reception of a ConnectionRequest message the access network shall perform the following:

- If the access network denies the connection request, it should send the access terminal a ConnectionDeny message, shall return a ConnectionFailed indication, and shall transition to the Sleep State.

- Otherwise, the access network shall perform the following:
    - Set state timer for $T_{IDPANSetup}$ seconds.
    - Issue a *RouteUpdate.Open* command.
    - If the protocol receives a *RouteUpdate.ConnectionOpened* indication, the access network shall return a *ConnectionOpened* indication and transition to the Inactive State.
    - If the state timer expires, the access network shall return a *ConnectionFailed* indication.

1    8.5.6.2 Message Formats

2    8.5.6.2.1 Page

3    The access network sends the Page message to direct the access terminal to request a
4    connection.
5

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

6    MessageID          The access network shall set this field to 0x00.
7

| Channels | CCsynSS   CCsubsyn | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 20 |

8    8.5.6.2.2 ConnectionRequest

9    The access terminal sends the ConnectionRequest message to request a connection.
10

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| RequestReason | 4 |
| PreferredChannelCount | 5 |

PreferredChannelCount occurrences of the following field:

| | |
|---|---|
| PreferredChannel | 24 |

| | |
|---|---|
| Reserved | 7 |

11   MessageID          The access terminal shall set this field to 0x01.

12   TransactionID      The access terminal shall increment this value for each new
13                      ConnectionRequest message sent.

14   RequestReason      The access terminal shall set this field to one of the request reasons
15                      as shown in Table 8.5.6.2-1.

**Table 8.5.6.2-1. Encoding of the RequestReason Field**

| Field value | Description |
|---|---|
| 0x0 | Access Terminal Initiated |
| 0x1 | Access Network Initiated |
| All other values are invalid | |

PreferredChannelCount

The access terminal shall set this field to the number of occurrences of the PreferredChannel field in this message.

PreferredChannel   The access terminal shall set this field to the Channel record for the CDMA channel on which the access terminal prefers to be assigned a Traffic Channel (see 14.1).

Reserved   The access terminal shall set this field to zero. The access network shall ignore this field.

| Channels | AC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

## 8.5.6.2.3 ConnectionDeny

The access network sends the ConnectionDeny message to deny a connection.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| DenyReason | 4 |
| Reserved | 4 |

MessageID   The access network shall set this field to 0x02.

TransactionID   The access network shall set this value to the TransactionID field of the corresponding ConnectionRequest message.

DenyReason   The access network shall set this field to indicate the reason it is denying the connection, as shown in Table 8.5.6.2-2.

**Table 8.5.6.2-2. Encoding of the DenyReason Field**

| Field value | Description |
|---|---|
| 0x0 | General |
| 0x1 | Network Busy |
| 0x2 | Authentication or billing failure |
| 0x3 | Preferred channel not available |
| All other values are reserved | |

Reserved          The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | CC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 8.5.6.2.4 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer a set of attribute values for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x52.

TransactionID          The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord          The format of this record is specified in 14.3.

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 8.5.6.2.5 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

TIA-856-B                                                        Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

1  MessageID            The sender shall set this field to 0x53.

2  TransactionID        The sender shall set this value to the TransactionID field of the
3                       corresponding AttributeUpdateRequest message.
4

| Channels | FTC      RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

5  8.5.6.2.6 AttributeUpdateReject

6  The access network sends an AttributeUpdateReject message in response to an
7  AttributeUpdateRequest message to reject the offered attribute values.
8

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

9  MessageID            The access network shall set this field to 0x54.

10 TransactionID        The access network shall set this value to the TransactionID field of
11                      the corresponding AttributeUpdateRequest message.
12

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

13 8.5.6.3 Interface to Other Protocols

14 8.5.6.3.1 Commands Sent

15 This protocol issues the following commands:

16 • *RouteUpdate.Open* (access network only)

17 • *OverheadMessages.Activate*

18 • *OverheadMessages.Deactivate*

19 • *ControlChannelMAC.Activate*

20 • *ControlChannelMAC.Deactivate*

8.5.6.3.2 Indications

This protocol registers to receive the following indications:

- *RouteUpdate.ConnectionOpened*

- *RouteUpdate.ConnectionInitiated*

- *AccessChannelMAC.TxStarted*

- *AccessChannelMAC.TxEnded*

- *AccessChannelMAC.TransmissionSuccessful*

- *AccessChannelMAC.MACLayerCapsuleReceived*

- *AccessChannelMAC.TransmissionFailed*

- *OverheadMessages.Updated*

- *ConnectedState.ConnectionClosed*

- *RouteUpdate.ConnectionLost*

8.5.7 Configuration Attributes

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Enhanced Idle State Protocol. The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following attributes belonging to the Enhanced Idle State Protocol:

- PreferredControlChannelCycle

- SlottedMode

- PagingMask

- AccessHashingClassMask

The access terminal shall not include the AccessHashingClassMask in an AttributeUpdateRequest message.

The access network shall not send an AttributeUpdateRequest message containing the PreferredControlChannelCycle or the PagingMask attribute.

If the SmallSlotCycleAllowed attribute is set to 0x00, then the access network and the access terminal shall not send an AttributeUpdateRequest message proposing a value of the SlotCycle1 field of the SlottedMode attribute that is less than 0x06.

8.5.7.1 Simple Attributes

The simple configurable attributes are listed in Table 8.5.7.1-1. The access network and the access terminal shall use the default values that are typed in **bold italics.**

TIA-856-B                                                                                     Connection Layer

**Table 8.5.7.1-1Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | SmallSlotCycleAllowed | 0x00 | Access terminal and access network will not propose a value of SlotCycle1 that is less than 0x06. |
| | | *0x01* | Access terminal and access network can propose a value of SlotCycle1 that is less than 0x06. |
| | | 0x02 to 0xff | Reserved |
| 0xfe | AccessHashingClassMask | *0x0000* | Access terminal and access network will hash to channels with any access hashing class. |
| | | 0x0001 to 0xffff | Access terminal and access network will hash to channels with designated access hashing classes (see 8.5.6.1.6.1.1). |
| 0xfd | ConnectionDenyBackoff | 0x00-0x78 | Access terminal is to observe a back off period specified by this attribute (in units of control channel cycles) after receiving a ConnectionDeny message with DenyReason field set to 0x01 before sending an access terminal-initiated ConnectionRequest message |
| | | 0x79-0xfe | Reserved |
| | | **0xff** | Access terminal is to observe an implementation-specific back off period after receiving a ConnectionDeny message with DenyReason field set to 0x01 before sending an access terminal-initiated ConnectionRequest message |

8.5.7.2 Complex Attributes

8.5.7.2.1 PreferredControlChannelCycle Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| PreferredControlChannelCycleEnabled | 1 | '0' |
| PreferredControlChannelCycle | 0 or 15 | N/A |
| Reserved | 7 or 0 | N/A |

}

Length                    Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x00.

ValueID                   The sender shall set this field to an identifier assigned to this complex value.

PreferredControlChannelCycleEnabled
                          The sender shall set this field to '1' if PreferredControlChannelCycle field is included in this attribute; otherwise, the sender shall set this field to '0'.

PreferredControlChannelCycle
                          If PreferredControlChannelCycleEnabled is set to '1', the sender shall include this field and set it to specify the Control Channel Cycle in which the access terminal transitions out of the Sleep State (see 0) in order to monitor the Control Channel. The sender shall omit this field if PreferredControlChannelCycleEnabled is set to '0'.

Reserved                  The length of this field shall be such that the attribute value record is octet-aligned. The sender shall set this field to zero. The receiver shall ignore this field.

8.5.7.2.2 SlottedMode Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| SlotCycle1 | 5 | 0x9 |
| SlotCycle2 | 5 | 0x9 |
| SlotCycle3 | 5 | 0x9 |
| WakeCount1 | 4 | 0x0 |
| WakeCount2 | 4 | 0x0 |
| Reserved | 1 | N/A |

}

Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID | The sender shall set this field to 0x01.

ValueID | The sender shall set this field to an identifier assigned to this complex value.

SlotCycle1 | The sender shall set this field to SlotCycle1. The sender shall not set this field to more than 0x1c.

SlotCycle2 | The sender shall set this field to SlotCycle2. SlotCycle2 shall be greater than or equal to SlotCycle1. The sender shall not set this field to more than 0x1c.

SlotCycle3 | The sender shall set this field to SlotCycle3. SlotCycle3 shall be greater than or equal to SlotCycle2. The sender shall not set this field to more than 0x1c.

WakeCount1 | The sender shall set this field to WakeCount1.

WakeCount2 | The sender shall set this field to WakeCount2. WakeCount2 shall be greater or equal to than WakeCount1.

Reserved | The sender shall set this field to '0'. The receiver shall ignore this field.

8.5.7.3 PagingMask Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| MaskCount | 8 | 0x00 |

MaskCount occurrences of the following four fields:

| MaskPurpose | 8 | N/A |
|-------------|---|-----|
| PreMaskDuration | 16 | N/A |
| MaskDuration | 16 | N/A |
| PostMaskDuration | 16 | N/A |

Length            Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x02.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

MaskCount         The sender shall set this field to the number of paging masks specified in this complex attribute.

MaskPurpose       The sender shall set this field to indicate the purpose of the mask according to Table 8.5.7.2.2-1.

**Table 8.5.7.2.2-1. Definition of MaskPurpose Field of a Paging Mask**

| MaskPurpose Value | Meaning |
|-------------------|---------|
| 0x00 | Unspecified purpose. |
| 0x01 | The paging mask is associated with monitoring the cdma2000 1x system (see [3]). |
| 0x02-0xff | Specified by [10]. |

PreMaskDuration   The sender shall set this field to the length of the pre-mask duration in units of four slots.

MaskDuration      The sender shall set this field to the length of the masked duration in units of four slots.

PostMaskDuration  The sender shall set this field to the length of the post-mask duration in units of four slots.

8.5.8 Protocol Numeric Constants

| Constant | Meaning | Value | Comments |
|---|---|---|---|
| $N_{IDPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{IDPEnhanced}$ | Subtype field for this protocol | 0x0001 | |
| $T_{IDPATSetup}$ | Maximum access terminal time in the Connection Setup State | 2.5 seconds | |
| $T_{IDPANSetup}$ | Maximum access network time in the Connection Setup State | 1 second | |

8.5.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

The parameter records for this protocol consist of only the configuration attributes of this protocol.

**8.6 Quick Idle State Protocol**

8.6.1 Overview

The Quick Idle State Protocol provides the procedures and messages used by the access terminal and the access network when the access terminal has acquired a network and a connection is not open.

This protocol operates in one of the following four states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Sleep State: In this state the access terminal may shut down part of its subsystems to conserve power. The access terminal does not monitor the Forward Channel, and the access network is not allowed to transmit unicast packets to it.

- Monitor State: In this state the access terminal monitors the Control Channel, listens for Page messages and if necessary, updates the parameters received from the Overhead Messages Protocol. The access network may transmit unicast packets to the access terminal in this state.

- Connection Setup State: In this state the access terminal and the access network set-up a connection.

Protocol states and events causing the transition between the states are shown in Figure 8.6.1-1 and Figure 8.6.1-2.



**Figure 8.6.1-1. Quick Idle State Protocol State Diagram (Access Terminal)**



Figure 8.6.1-2. Quick Idle State Protocol State Diagram (Access Network)

This protocol supports periodic network monitoring by the access terminal, allowing for significant power savings. The following access terminal operation modes are supported:

- Continuous operation, in which the access terminal continuously monitors the Control Channel.

- Suspended mode operation, in which the access terminal monitors the Control Channel continuously for a period of time and then proceeds to operate in the slotted mode. Suspended mode follows operation in the Air-Link Management Protocol Connected State and allows for quick network-initiated reconnection.

- Slotted mode operation, in which the access terminal monitors only selected slots.

This protocol supports two types of connection set-ups:

- Normal setup: this procedure is always performed at the initiative of the access terminal.[48] It consists of the access terminal sending a ConnectionRequest message which in turn causes the lower layers to open the connection. The Connection Setup State contains the requirements for normal setup.

---

[48] The access network may transmit a Page message to the access terminal directing it to initiate the procedure.

- Fast Connect: this procedure is always performed at the initiative of the access network and consists of the access network opening the connection directly via a *RouteUpdate.Open* command.[49] Fast Connect eliminates the need for the Page / ConnectionRequest exchange when the access network has pending data to transmit to an access terminal, and is especially useful when the access terminal is in suspended mode. Support for Fast Connect at the access network is optional. Support for Fast Connect at the access terminal is mandatory. The Monitor State contains the requirements for Fast Connect.

8.6.2 Primitives and Public Data

8.6.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

- *OpenConnection*

- *Close*

8.6.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionOpened*

- *ConnectionFailed*

8.6.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- QuickPaging

8.6.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

---

[49] This command triggers a transmission of a TrafficChannelAssignment message based on the last RouteUpdate message received from the access terminal.

8.6.4 Protocol Initialization

8.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.6.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.6.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – QuickPaging

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then

    – the access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Idle State protocol to the Inactive State.

    – the access network shall set the initial state of the InConfiguration and InUse protocol instances of the Idle State protocol to the Sleep State.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

1   – The access terminal and the access network shall purge the InConfiguration
2       instance of the protocol.

3   • If the InUse instance of this protocol does not have the same subtype as this protocol
4       instance, then the access terminal and the access network shall perform the following:

5   – The InConfiguration protocol instance shall become the InUse protocol
6       instance for the Idle State Protocol at the access terminal and the access
7       network.

8   • All the public data not defined by this protocol shall be removed from the public data of
9       the InUse protocol.

10  8.6.5.3 Message Formats

11  8.6.5.3.1 ConfigurationRequest

12  The ConfigurationRequest message format is as follows:

13

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|-----------------|---------------------|

14  MessageID          The sender shall set this field to 0x50.

15  TransactionID      The sender shall increment this value for each new
16                      ConfigurationRequest message sent.

17  AttributeRecord    The format of this record is specified in 14.3.

18

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|--------------|------------|---|---------|----------|
| **Addressing** | unicast | | **Priority** | 40 |

19  8.6.5.3.2 ConfigurationResponse

20  The ConfigurationResponse message format is as follows:

21

8-73

TIA-856-B                                                                      Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID           The sender shall set this field to 0x51.

2   TransactionID       The sender shall set this value to the TransactionID field of the
3                       corresponding ConfigurationRequest message.

4   AttributeRecord     An attribute record containing a single attribute value. If this
5                       message selects a complex attribute, only the ValueID field of the
6                       complex attribute shall be included in the message. The format of the
7                       AttributeRecord is given in 14.3. The sender shall not include more
8                       than one attribute record with the same attribute identifier.
9

| Channels | FTC     RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

10   8.6.6 Procedures and Messages for the InUse Instance of the Protocol

11   8.6.6.1 Procedures

12   8.6.6.1.1 Command Processing

13   8.6.6.1.1.1 Activate

14   When the protocol receives an *Activate* command in the Inactive State:

15   • The access terminal shall transition to the Monitor State.

16   • The access network shall transition to the Sleep State.[50]

17   If the protocol receives this command in any other state it shall be ignored.

18   8.6.6.1.1.2 Deactivate

19   When the protocol receives a *Deactivate* command in the Inactive State it shall be ignored.

20   When the protocol receives this command in any other state:

21   • The access terminal shall transition to the Inactive State.

---

[50] Since the transitions happen asynchronously, this requirement guarantees that the access
network  will not transmit unicast packets to the access terminal over the Control Channel when the
access terminal is not monitoring the channel.

- The access network shall transition to the Inactive State.

### 8.6.6.1.1.3 OpenConnection

When the protocol receives an *OpenConnection* command in the Inactive State or the Connection Setup State, the command shall be ignored.

When the protocol receives this command in the Sleep State:

- The access terminal shall transition to the Monitor state and perform the procedures in 8.6.6.1.2 for sending a ConnectionRequest message.
- The access network shall queue the command and execute it when it is in the Monitor State.

When the protocol receives this command in the Monitor State:

- The access terminal shall perform the procedures in 8.6.6.1.2 for sending a ConnectionRequest message.
- The access network shall send a Page message to the access terminal and transition to the Connection Setup State.

### 8.6.6.1.1.4 Close

When the protocol receives a *Close* command in the Inactive State it shall be ignored.

When the protocol receives a *Close* command in any other state:

- The access terminal shall transition to the Monitor State.
- The access network shall transition to the Sleep State.

### 8.6.6.1.2 Access Terminal Procedures for Sending a ConnectionRequest Message

When procedures in this section are invoked, the access terminal shall perform the following:

- If the access terminal invokes these procedures in response to an access terminal-initiated event and the ConnectionDenyBackoff attribute is set to a value in the range 0x00 to 0x78, then the access terminal should perform the following:
    - If the access terminal determines that the number of control channel cycles that have passed since receiving a ConnectionDeny message with DenyReason set to *0x01* is less than the value of the ConnectionDenyBackoff attribute, then the access terminal shall postpone sending the ConnectionRequest message until the number of control channel cycles since receiving the ConnectionDeny message is greater than or equal to the value specified by the ConnectionDenyBackoff attribute.
- Send a ConnectionRequest message,
- If an *AccessChannelMAC.TransmissionSuccessful* indication is received, it shall transition to the Connection Setup State,

1   • If an *AccessChannelMAC.TransmissionFailed* indication is received, it shall return a
2   *ConnectionFailed* indication.

3   **8.6.6.1.3 $T_{12}$ and $T_{23}$ Computation**

4   The access terminal shall compute $T_{12}$ and $T_{23}$ when an
5   *AccessChannelMAC.TransmissionSuccessful* indication or a
6   *ConnectedState.ConnectionClosed* indication is received. The access network shall compute
7   $T_{12}$ and $T_{23}$ when an *AccessChannelMAC.MACLayerCapsuleReceived* indication, a
8   *ConnectedState.ConnectionClosed*, or a *RouteUpdate.ConnectionLost indication* is received.
9   The access terminal and the access network shall compute $T_{12}$ and $T_{23}$ as follows:

10
$$T_{12} = T_c + PagePeriod1 - \left[\left(T_c + 256 \times R\right) \bmod PagePeriod1\right] + PagePeriod1 \times \left[24 \times \left(WakeCount1 + 1\right) - 1\right]$$
$$T_{23} = T_{12} + PagePeriod2 - \left[\left(T_{12} + 256 \times R\right) \bmod PagePeriod2\right] + PagePeriod2 \times \left[24 \times \left(WakeCount2 + 1\right) - 1\right]$$,

11   where PagePeriod1 and PagePeriod2 are specified in units of slots, $T_c$ is the current CDMA
12   system time.

13   **8.6.6.1.4 Inactive State**

14   When the protocol is in the Inactive State it waits for an *Activate* command.

15   If at the access terminal receives an *OverheadMessages.Updated* indication in this state,
16   then the access terminal shall queue the latest *OverheadMessages.Updated* indication for
17   processing in the Monitor state.

18   **8.6.6.1.5 Sleep State**

19   When the access terminal is in the Sleep State it may stop monitoring the Control Channel
20   by issuing the following commands:

21   • *OverheadMessages.Deactivate*

22   • *ControlChannelMAC.Deactivate*

23   The access terminal may shut down processing resources to reduce power consumption.

24   In order to transmit on the Access Channel in this state, the access terminal shall first
25   transition from the Sleep State to the Monitor State. If the access terminal requires opening
26   a connection, it shall transition to the Monitor state and perform the procedures in
27   8.6.6.1.2 for sending a ConnectionRequest message.

28   When the access network is in the Sleep State, it is prohibited from sending unicast
29   packets to the access terminal.

30   If the access network receives a ConnectionRequest message, it shall transition to the
31   Connection Setup State.

32   If the access terminal advertised a suspend period that is current, the access network may
33   transition to the Monitor State.

34   If QuickPagingEnabled is '0', then the access network and the access terminal shall
35   transition from the Sleep State to the Monitor State in time to send and receive,

respectively, the sub-synchronous capsule or the synchronous capsule sent at time T satisfying the following condition:

$$[T+256 \times R] \bmod \text{PagePeriod} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

If QuickPagingEnabled is '1' and SubSyncQuickPaging is '1', then the access network shall transition from the Sleep State to the Monitor State in time to send the quick synchronous capsule sent at time T satisfying the following condition:

$$[T+1+256 \times R] \bmod \text{PagePeriod} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

If QuickPagingEnabled is '1' and SubSyncQuickPaging is '0', then the access network shall transition from the Sleep State to the Monitor State in time to send the quick synchronous capsule sent at time T satisfying the following condition:

$$[T+1+256 \times R] \bmod \max[\text{PagePeriod}, 256] = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

If QuickPagingEnabled is '1', then the access network shall transition from the Sleep State to the Monitor State (if it is not already in the Monitor State) in time to send the sub-synchronous capsule or the synchronous capsule sent at time T satisfying the following condition:

$$[T+256 \times R] \bmod \text{PagePeriod} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

If QuickPagingEnabled is '1' and SubSyncQuickPaging is '1', then the access terminal should transition from the Sleep State to the Monitor State in time to receive the quick synchronous capsule sent at time T satisfying the following condition:

$$[T+1+256 \times R] \bmod \text{PagePeriod} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

If QuickPagingEnabled is '1' and SubSyncQuickPaging is '0', then the access terminal should transition from the Sleep State to the Monitor State in time to receive the quick synchronous capsule sent at time T satisfying the following condition:

$$[T+1+256 \times R] \bmod [\text{ma}(\text{PagePeriod}, 256)] = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol.

If QuickPagingEnabled is '1' and the access terminal did not transition from the Sleep State to the Monitor State to receive a quick synchronous capsule sent at time T satisfying

1   [T+1+256×$R$] mod PagePeriod = Offset, then the access terminal shall transition from the
2   Sleep State to the Monitor State to receive the sub-synchronous or synchronous capsule
3   sent at time T+1, where T is the CDMA System Time in slots, and Offset is public data of
4   the Control Channel MAC protocol.

5   $R$ shall be obtained as follows:

6   • If PreferredControlChannelCycleEnabled is equal to '0', then $R$ is the result of applying
7     the hash function (see 14.4) using the following parameters:

8        – Key = SessionSeed

9        – Decorrelate = 6 × SessionSeed[11:0]

10       – N = Max(PagePeriod3/256, 1)

11       – where SessionSeed is given as public data of the Address Management
12         Protocol.

13  • If PreferredControlChannelCycleEnabled is equal to '1', then $R$ is set to
14    PreferredControlChannelCycle.

15  PagePeriod shall be computed as follows:

16
$$PagePeriod = \begin{cases} PagePeriod1, & \text{CDMA System Time in slots} < T_{12} \\ PagePeriod2, & T_{12} \le \text{CDMA System Time in slots} < T_{23}. \\ PagePeriod3, & \text{Otherwise} \end{cases}$$

17  The access network and the access terminal shall compute PagePeriod$i$ according to Table
18  8.6.6.1.5-1.

19        **Table 8.6.6.1.5-1. Computation of PagePeriod$i$ from SlotCycle$i$**

| SlotCycle$i$ | PagePeriod$i$ |
|---|---|
| 0x00 to 0x06 | $2^{\text{SlotCycle}i} \times 4$ slots |
| 0x07 to 0x1c | $2^{(\text{SlotCycle}i - 0x7)} \times 768$ slots |

20  8.6.6.1.6 Monitor State

21  A paging mask is defined as a periodic interval with period and duty cycle defined by three
22  associated fields PreMaskDuration, MaskDuration, and PostMaskDuration in the
23  PagingMask attribute (see 8.6.7.3).

24  8.6.6.1.6.1 Access Terminal Requirements

25  Upon entering the Monitor State, the access terminal shall issue the following commands:

26  • *OverheadMessages.Activate*

27  • *ControlChannelMAC.Activate*

28  The access terminal shall comply with the following requirements when in the Monitor
29  State:

- If a QuickPage message is received, then the access terminal shall generate a *ControlChannelMAC.ResetSupervisionTimer* command.

- If the access terminal has queued an *OverheadMessages.Updated* indication or upon receiving an *OverheadMessages.Updated* indication, the access terminal shall tune to the CDMA Channel selected as specified in 8.6.6.1.6.1.1.

- If the access terminal entered Monitor State (or stayed in the Monitor State) to receive the synchronous capsule, it shall monitor the overhead messages as specified in the Overhead Messages Protocol (see 8.11.6.1.6).

- If the access terminal receives a Page message, it shall perform the procedures in 8.6.6.1.2 for sending a ConnectionRequest message.

- If the access terminal requires opening a connection, it shall perform the procedures in 8.6.6.1.2 for sending a ConnectionRequest message.

- If the access terminal receives a *RouteUpdate.ConnectionInitiated* indication it shall transition to the Connection Setup State.[51]

- If the access terminal receives a QuickPage message with ConfigurationChange field set to '11', then the access terminal shall generate an *OverheadMessages.ANRedirect* command.

- If the access terminal receives a QuickPage message with ConfigurationChange field not set to '11', then the access terminal shall generate an *OverheadMessages.CheckConfiguration* command, along with the following arguments:

  - (PN Offset, CDMA Channel) associated with the sector on which the QuickPage message was received.

  - ConfigurationChange field of the QuickPage message.

- The access terminal may transition to the Sleep State if the requirements specified in 8.6.6.1.6.1.2 are satisfied.

When the access terminal is in the Monitor State, it shall continuously monitor the Control Channel if MaskCount is equal to 0x00 or one of the following conditions is true for all MaskCount paging masks specified by the PagingMask attribute:

$$T \bmod [(\text{PreMaskDuration} + \text{MaskDuration} + \text{PostMaskDuration}) \times 4] < \text{PreMaskDuration} \times 4, \text{ or}$$

$$T \bmod [(\text{PreMaskDuration} + \text{MaskDuration} + \text{PostMaskDuration}) \times 4] \geq (\text{PreMaskDuration} + \text{MaskDuration}) \times 4,$$

where T is the CDMA System Time in slots, and PreMaskDuration, MaskDuration, and PostMaskDuration are parameters of the PagingMask complex attribute.

---

[51] This requirement provides Fast Connect on the access terminal side.

8.6.6.1.6.1.1 CDMA Channel Selection

The access terminal shall select a CDMA Channel from the list of channels or extended channels in the SectorParameters message. If no channels or extended channels are listed, the access terminal shall use the channel it is currently monitoring. If one or more channels are available, the access terminal shall use a hash function (see 14.4) to compute an index into the subset of a subset of advertised CDMA Channels according to the following procedures.

The access terminal shall create a combined channel list as follows:

- If the extended channel list is included in the SectorParameters message, the access terminal shall create a combined channel list by appending each CDMA Channel in the extended channel list (in order) to the set of CDMA Channels in the channel list (in order). Otherwise, the access terminal shall set the combined channel list to the set of CDMA Channels in the channel list.

- If the SupportedCDMAChannels public data of the Route Update Protocol lists any channels, then the access terminal shall remove from the combined channel list the following CDMA Channels:

  - All forward CDMA Channels that are not supported by the access terminal as indicated by the SupportedCDMAChannels public data of the Route Update Protocol.

  - All the forward CDMA Channels whose associated reverse CDMA Channel is not supported by the access terminal as indicated by the SupportedCDMAChannels public data of the Route Update Protocol.

The set, $S$, of CDMA Channels is determined as follows:

- If the AccessHashingChannelMaskIncluded field in the SectorParameters message is not included or is included and set to '0', the access terminal shall set $S$ to the subset of CDMA Channels in the combined channel list.

- If the AccessHashingChannelMaskIncluded field in the SectorParameters message is included and is set to '1', the access terminal shall set $S$ to the subset of CDMA Channels in the combined channel list for which:

  - Ni is equal to Nmax, where i is the index of the CDMA Channel in the combined channel list,

    where $N_j$ = bitcount(AccessHashingClassMask [AccessHashingMaskLength:0] $\otimes$ M$_j$), where M$_j$ is the AccessHashingChannelMask field in the SectorParameters message corresponding to the $j^{\text{th}}$ CDMA Channel in the combined channel list;

    $N_{\max}$ is the maximum value of $N_k$ for all $k$ , where $k$ is the index of the CDMA Channel in the combined channel list; and

    bitcount(x) is the number of '1' bits in the binary representation of $x$.

The CDMA Channels supported by the access terminal are public data of the Route Update Protocol. The access terminal shall use the following hash function parameters to obtain the index into set $S$:

- Key = SessionSeed

- Decorrelate = 0

- N = Number of CDMA Channels in set $S$

where SessionSeed is provided as public data by the Address Management Protocol.

If the SystemType field of the channel record which is the result of the above hash function computation is set to 0x00, then both the forward and reverse CDMA channels are specified by that channel record.  If the SystemType field of the channel record which is the result of the hash function is set to 0x02, then the reverse CDMA channel which the access terminal shall use in order to access the system is specified by the ReverseBandclass and ReverseChannelNumber fields of SectorParameters message associated with the forward CDMA channel as specified in the field description of ReverseChannelNumber field in the SectorParameters message.

8.6.6.1.6.1.2 Transition to Sleep State

The access terminal may transition to the Sleep State if all of the following requirements are met:

- One of the following requirements is met:

  – The access terminal entered the Monitor State to receive a quick synchronous capsule and received a QuickPage message with the $X$th QuickPageIndicator field set to '0' and the ConfigutationChange field not set to '11', and has determined that the SectorParameters message is up to date (see 8.10.6.1.6). $X$ is the result of applying the hash function (see 14.4) using the following parameters:

    + $Key$ = SessionSeed, which is provided as public data of the Address Management Protocol,

    + $N$ = 1 + QuickPageIndicatorCountMinusOne field of the QuickPage message, and

    + $Decorrelate$ = 0xa241.

  – The access terminal entered the Monitor State or stayed in the Monitor State to receive the synchronous capsule and has received a Control Channel synchronous Sleep State capsule in the current Control Channel Cycle and has determined that the SectorParameters message is up to date (see 8.10.6.1.6). The current Control Channel Cycle is defined to be the Control Channel Cycle that started at slot $\lfloor T/256 \rfloor$, where T is the current CDMA System Time in slots.

&ndash; The access terminal entered the Monitor State or stayed in the Monitor State to receive a sub-synchronous capsule, and has received the sub-synchronous capsule, or did not receive the sub-synchronous capsule in the expected slots.

- Access terminal received an *AccessChannelMAC.TxEnded* indication for every *AccessChannelMAC.TxStarted* indication it received since entering the Monitor State.[52]

- Access terminal has not advertised a suspend period that is current (see 8.7.6.1.2.1.1). The suspend period is current if the time advertised in the associated ConnectionClose message is greater than the current CDMA System Time.[53]

8.6.6.1.6.2 Access Network Requirements

When the access network is in the Monitor State, it may send unicast packets to the access terminal. When the access network is in the Monitor State, it should not send unicast packets to the access terminal unless one of the following conditions is true for all MaskCount paging masks specified by the PagingMask attribute:

$$T \bmod [(\text{PreMaskDuration} + \text{MaskDuration} + \text{PostMaskDuration}) \times 4] < \text{PreMaskDuration} \times 4, \text{ or}$$

$$T \bmod [(\text{PreMaskDuration} + \text{MaskDuration} + \text{PostMaskDuration}) \times 4] \geq (\text{PreMaskDuration} + \text{MaskDuration}) \times 4.$$

where T is the CDMA System Time in slots, and PreMaskDuration, MaskDuration, and PostMaskDuration are parameters of the PagingMask complex attribute.

When the access network is in the Monitor State and if QuickPagingEnabled is '1', then the access network shall not send unicast packets to the access terminal at time T satisfying the following condition:

$$[T+1+256 \times R] \bmod \text{PagePeriod} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol, and R is computed as defined in 8.6.6.1.5.

If QuickPagingEnabled is '1', then the access network should send a QuickPage message in the quick synchronous capsule that occurs at time T satisfying the following condition:

$$[T+1+256 \times R] \bmod \text{PagePeriod} = \text{Offset},$$

where T is the CDMA System Time in slots, and Offset is public data of the Control Channel MAC protocol, and R is computed as defined in 8.6.6.1.5.

Access network shall select the CDMA Channel following the same specifications as the access terminal, see 8.6.6.1.6.1.1.

---

[52]This pairing ensures that the access terminal does not have any outstanding messages waiting for an answer.

[53] The access terminal monitors the Control Channel continuously during a suspend period thus avoiding the delay in opening access network initiated connections due to the sleep period.

If the access network receives a ConnectionRequest message, it shall transition to the Connection Setup State.

If the access network requires opening a connection with the access terminal and does not use an accelerated procedure to set-up a connection, the access network shall send a Page message to the access terminal over the Control Channel.

Access network may use an accelerated procedure to set-up a connection with the access terminal by bypassing the paging process. The access network should only use this procedure if it has a reasonable estimate of the access terminal's current location. To set-up a connection in an accelerated fashion (Fast Connect) the access network shall:

- Issue a RouteUpdate.Open command.

- Transition to the Connection Setup State, when the protocol receives a RouteUpdate.ConnectionInitiated indication.

Access network shall transition to the Sleep State if the access terminal did not advertise a suspend period that is current.

8.6.6.1.7 Connection Setup State

The access terminal and the access network use the Connection Setup State to perform a normal connection set-up.

Figure 8.6.6.1.7-1 illustrates the process of opening a connection between the access terminal and the access network when this protocol is used along with the default Route Update and the default Reverse Traffic Channel MAC protocols.[54]

---

[54] The Fast Connect message exchange is identical except for not having the Idle State Protocol ConnectionRequest message and the Route Update Protocol RouteUpdate message.



**Figure 8.6.6.1.7-1. Connection Setup Exchange**

8.6.6.1.7.1 Access Terminal Requirements

The access terminal shall comply with the following requirements.

- Upon entering the Connection Setup State the access terminal shall:

    – Issue an *OverheadMessages.Activate* command,

    – Issue a *ControlChannelMAC.Activate* command,

    – Set a state timer for $T_{IDPATSetup}$ seconds,

- If the access terminal receives a ConnectionDeny message, the access terminal shall return a *ConnectionFailed* indication,

- If the state timer expires, the access terminal shall return a *ConnectionFailed* indication,

- If the access terminal receives a *RouteUpdate.ConnectionOpened* indication, it shall return a *ConnectionOpened* indication and transition to the Inactive State.

8.6.6.1.7.2 Access Network Requirements

If the ConnectionRequest message contains one or more preferred CDMA channels, then the access network should assign a Traffic Channel on one of the preferred CDMA channels.

The access network should deny the connection request if all of the following conditions are true:

- the ConnectionRequest message from the access terminal contains one or more preferred CDMA channels, and

- none of the preferred CDMA channels in the ConnectionRequest message can be used to assign a Traffic Channel.

Upon reception of a ConnectionRequest message the access network shall perform the following:

- If the access network denies the connection request, it should send the access terminal a ConnectionDeny message, shall return a ConnectionFailed indication, and shall transition to the Sleep State.

- Otherwise, the access network shall perform the following:

  - Set state timer for $T_{IDPANSetup}$ seconds.

  - Issue a *RouteUpdate.Open* command.

  - If the protocol receives a *RouteUpdate.ConnectionOpened* indication, the access network shall return a *ConnectionOpened* indication and transition to the Inactive State.

  - If the state timer expires, the access network shall return a *ConnectionFailed* indication.

8.6.6.2 Message Formats

8.6.6.2.1 Page

The access network sends the Page message to direct the access terminal to request a connection.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID            The access network shall set this field to 0x00.

TIA-856-B                                                                    Connection Layer

| **Channels** | CCsynSS   CCsubsyn | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 20 |

8.6.6.2.2 ConnectionRequest

The access terminal sends the ConnectionRequest message to request a connection.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| RequestReason | 4 |
| PreferredChannelCount | 5 |

PreferredChannelCount occurrences of the following field:

| | |
|---|---|
| PreferredChannel | 24 |

| | |
|---|---|
| Reserved | 7 |

MessageID              The access terminal shall set this field to 0x01.

TransactionID          The access terminal shall increment this value for each new ConnectionRequest message sent.

RequestReason          The access terminal shall set this field to one of the request reasons as shown in Table 8.6.6.2-1.

**Table 8.6.6.2-1. Encoding of the RequestReason Field**

| Field value | Description |
|---|---|
| 0x0 | Access Terminal Initiated |
| 0x1 | Access Network Initiated |
| All other values are invalid | |

PreferredChannelCount

                       The access terminal shall set this field to the number of occurrences of the PreferredChannel field in this message.

PreferredChannel       The access terminal shall set this field to the Channel record specification for the CDMA channel on which the access terminal prefers to be assigned a Traffic Channel (see 14.1).

Connection Layer                                                    TIA-856-B

Reserved                 The access terminal shall set this field to zero. The access network
                         shall ignore this field.

| **Channels** | AC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

8.6.6.2.3 ConnectionDeny

The access network sends the ConnectionDeny message to deny a connection.

| **Field** | **Length (bits)** |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| DenyReason | 4 |
| Reserved | 4 |

MessageID                The access network shall set this field to 0x02.

TransactionID            The access network shall set this value to the TransactionID field of
                         the corresponding ConnectionRequest message.

DenyReason               The access network shall set this field to indicate the reason it is
                         denying the connection, as shown in Table 8.6.6.2-2.

**Table 8.6.6.2-2. Encoding of the DenyReason Field**

| **Field value** | **Description** |
|---|---|
| 0x0 | General |
| 0x1 | Network Busy |
| 0x2 | Authentication or billing failure |
| 0x3 | Preferred channel not available |
| All other values are reserved ||

Reserved                 The access network shall set this field to zero. The access terminal
                         shall ignore this field.

| **Channels** | CC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

8.6.6.2.4 QuickPage

The access network sends the QuickPage message to inform the access terminal of the
likelihood of a Page message directed to the access terminal.

TIA-856-B                                                                    Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| ConfigurationChange | 2 |
| QuickPageIndicatorCountMinusOne | 8 |

QuickPageIndicatorCountMinusOne + 1 occurrences of the following field:

| QuickPageIndicator | 1 |
|---|---|

| Reserved | 0 – 7 (as needed) |
|---|---|

MessageID              The access network shall set this field to 0x03.

ConfigurationChange

If the Redirect public data of the Overhead Message Protocol is '1', then the access network shall set this field to '11'. Otherwise, the access network shall set this field as follows:

Every time an *OverheadMessages.ConfigurationChanged* indication is received, the access network shall set this field in subsequent QuickPage messages to one more (modulo '11') than the last value of this field before the indication was received and when the Redirect public data of the Overhead Message Protocol was '0'.

QuickPageIndicatorCountMinusOne

The access network shall set this field to one less than the number of occurrences of the QuickPageIndicator field in this message.

QuickPageIndicator     The access network shall set the $X$th occurrence of this field to '1' if the synchronous or sub-synchronous capsule that follows the quick synchronous capsule in which this message is sent carries a unicast message directed to the access terminal. $X$ is the result of applying the hash function (see 14.4) using the following parameters:

*Key* = SessionSeed, which is provided as public data of the Address Management Protocol,

$N$ = 1 + QuickPageIndicatorCountMinusOne, and

*Decorrelate* = 0xa241.

Reserved               The access network shall add reserved bits to make the length of the entire message equal to an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

Connection Layer                                                                    TIA-856-B

| Channels | CCsynQ | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | broadcast | | Priority | 20 |

8.6.6.2.5 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer a set of attribute values for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x52.

TransactionID      The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | FTC     RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

8.6.6.2.6 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

MessageID          The sender shall set this field to 0x53.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

TIA-856-B                                                      Connection Layer

| **Channels** | FTC     RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

### 8.6.6.2.7 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

MessageID            The access network shall set this field to 0x54.

TransactionID        The access network shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

### 8.6.6.3 Interface to Other Protocols

### 8.6.6.3.1 Commands Sent

This protocol issues the following commands:

- *RouteUpdate.Open* (access network only)
- *OverheadMessages.Activate*
- *OverheadMessages.Deactivate*
- *ControlChannelMAC.Activate*
- *ControlChannelMAC.Deactivate*
- *ControlChannelMAC.ResetSupervisionTimer* (access terminal only)
- *OverheadMessages.ANRedirect*
- *OverheadMessages.CheckConfiguration*

### 8.6.6.3.2 Indications

This protocol registers to receive the following indications:

- *RouteUpdate.ConnectionOpened*
- *RouteUpdate.ConnectionInitiated*
- *AccessChannelMAC.TxStarted*

1  • *AccessChannelMAC.TxEnded*

2  • *AccessChannelMAC.TransmissionSuccessful*

3  • *AccessChannelMAC.MACLayerCapsuleReceived*

4  • *AccessChannelMAC.TransmissionFailed*

5  • *OverheadMessages.Updated*

6  • *ConnectedState.ConnectionClosed*

7  • *RouteUpdate.ConnectionLost*

8  • *OverheadMessages.ConfigurationChanged*

9  8.6.7 Configuration Attributes

10  Unless specified otherwise, the access terminal and the access network shall not use the
11  Generic Attribute Update Protocol to update configurable attributes belonging to the Quick
12  Idle State Protocol. The access terminal and the access network shall support the use of
13  the Generic Attribute Update Protocol to update values of the following attributes belonging
14  to the Quick Idle State Protocol:

15  • PreferredControlChannelCycle

16  • SlottedMode

17  • PagingMask

18  • AccessHashingClassMask

19  • QuickPaging

20  The access terminal shall not include the AccessHashingClassMask in an
21  AttributeUpdateRequest message.

22  The access network shall not send an AttributeUpdateRequest message containing the
23  PreferredControlChannelCycle or the PagingMask attribute.

24  If the SmallSlotCycleAllowed attribute is set to 0x00, then the access network and the
25  access terminal shall not send an AttributeUpdateRequest message proposing a value of
26  the SlotCycle1 field of the SlottedMode attribute that is less than 0x06.

27  8.6.7.1 Simple Attributes

28  The simple configurable attributes are listed in Table 8.6.7.1-1. The access network and
29  the access terminal shall use the default values that are typed in ***bold italics.***

30  **Table 8.6.7.1-1. Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | SmallSlotCycleAllowed | 0x00 | Access terminal and access network will not propose a value of SlotCycle1 that is less than 0x06. |

TIA-856-B                                                          Connection Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | *0x01* | Access terminal and access network can propose a value of SlotCycle1 that is less than 0x06. |
| | | 0x02 to 0xff | Reserved |
| 0xfe | AccessHashingClassMask | *0x0000* | Access terminal and access network will hash to channels with any access hashing class. |
| | | 0x0001 to 0xffff | Access terminal and access network will hash to channels with designated access hashing classes (see 8.6.6.1.6.1.1). |
| 0xfd | ConnectionDenyBackoff | 0x00-0x78 | Access terminal is to observe a back off period specified by this attribute (in units of control channel cycles) after receiving a ConnectionDeny message with DenyReason field set to 0x01 before sending an access terminal-initiated ConnectionRequest message. |
| | | 0x79-0xfe | Reserved |
| | | *0xff* | Access terminal is to observe an implementation-specific back off period after receiving a ConnectionDeny message with DenyReason field set to 0x01 before sending an access terminal-initiated ConnectionRequest message. |

1    8.6.7.2 Complex Attributes

2    8.6.7.2.1 PreferredControlChannelCycle Attribute

3

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:
{

| ValueID | 8 | N/A |
|---------|---|-----|
| PreferredControlChannelCycleEnabled | 1 | '0' |
| PreferredControlChannelCycle | 0 or 15 | N/A |
| Reserved | 7 or 0 | N/A |

}

Length                        Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                   The sender shall set this field to 0x00.

ValueID                       The sender shall set this field to an identifier assigned to this complex value.

PreferredControlChannelCycleEnabled
                              The sender shall set this field to '1' if PreferredControlChannelCycle field is included in this attribute; otherwise, the sender shall set this field to '0'.

PreferredControlChannelCycle
                              If PreferredControlChannelCycleEnabled is set to '1', the sender shall include this field and set it to specify the Control Channel Cycle in which the access terminal transitions out of the Sleep State (see 0) in order to monitor the Control Channel. The sender shall omit this field if PreferredControlChannelCycleEnabled is set to '0'.

Reserved                      The length of this field shall be such that the attribute value record is octet-aligned. The sender shall set this field to zero. The receiver shall ignore this field.

8.6.7.2.2 SlottedMode Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| SlotCycle1 | 5 | 0x9 |
| SlotCycle2 | 5 | 0x9 |
| SlotCycle3 | 5 | 0x9 |
| WakeCount1 | 4 | 0x0 |
| WakeCount2 | 4 | 0x0 |
| Reserved | 1 | N/A |

}

Length
Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID
The sender shall set this field to 0x01.

ValueID
The sender shall set this field to an identifier assigned to this complex value.

SlotCycle1
The sender shall set this field to SlotCycle1. The sender shall not set this field to more than 0x1c.

SlotCycle2
The sender shall set this field to SlotCycle2. SlotCycle2 shall be greater than or equal to SlotCycle1. The sender shall not set this field to more than 0x1c.

SlotCycle3
The sender shall set this field to SlotCycle3. SlotCycle3 shall be greater than or equal to SlotCycle2. The sender shall not set this field to more than 0x1c.

WakeCount1
The sender shall set this field to WakeCount1.

WakeCount2
The sender shall set this field to WakeCount2. WakeCount2 shall be greater or equal to than WakeCount1.

Reserved
The sender shall set this field to '0'. The receiver shall ignore this field.

8.6.7.3 PagingMask Attribute

Connection Layer                                                                 TIA-856-B

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| MaskCount | 8 | 0x00 |
| MaskCount occurrences of the following four fields: | | |
| MaskPurpose | 8 | N/A |
| PreMaskDuration | 16 | N/A |
| MaskDuration | 16 | N/A |
| PostMaskDuration | 16 | N/A |

1  Length                    Length of the complex attribute in octets. The sender shall set this
2                            field to the length of the complex attribute excluding the Length field.

3  AttributeID               The sender shall set this field to 0x02.

4  ValueID                   The sender shall set this field to an identifier assigned to this
5                            complex value.

6  MaskCount                 The sender shall set this field to the number of paging masks
7                            specified in this complex attribute.

8  MaskPurpose               The sender shall set this field to indicate the purpose of the mask
9                            according to Table 8.6.7.2.2-1.

10                  **Table 8.6.7.2.2-1. Definition of MaskPurpose Field of a Paging Mask**

| MaskPurpose Value | Meaning |
|---|---|
| 0x00 | Unspecified purpose. |
| 0x01 | The paging mask is associated with monitoring the cdma2000 1x system (see [3]). |
| 0x02-0xff | Specified by [10]. |

11 PreMaskDuration            The sender shall set this field to the length of the pre-mask duration
12                            in units of four slots.

13 MaskDuration               The sender shall set this field to the length of the masked duration in
14                            units of four slots.

15 PostMaskDuration           The sender shall set this field to the length of the post-mask duration
16                            in units of four slots.

TIA-856-B                                                                    Connection Layer

8.6.7.4 QuickPaging Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| QuickPagingEnabled | 1 | 0x00 |
| SubSyncQuickPaging | 1 | N/A |
| Reserved | 6 | N/A |

Length                   Length of the complex attribute in octets. The sender shall set this
                         field to the length of the complex attribute excluding the Length field.

AttributeID              The sender shall set this field to 0x03.

ValueID                  The sender shall set this field to an identifier assigned to this
                         complex value.

QuickPagingEnabled       The sender shall set this field to '1' if the access network is to
                         transmit QuickPage messages. Otherwise, the sender shall set this
                         field to '0'.

SubSyncQuickPaging
                         If QuickPagingEnabled is set to '0', then the sender shall set this field
                         to '0'. Otherwise, the sender shall set this field as follows:
                         The sender shall set this field to '1' if the access network is to send
                         QuickPage messages in quick synchronous capsules that
                         immediately precede sub-synchronous capsules. Otherwise, the
                         sender shall set this field to '0'.

Reserved                 The sender shall set this field to '000000'. The receiver shall ignore
                         this field.

8.6.8 Protocol Numeric Constants

| Constant | Meaning | Value | Comments |
|---|---|---|---|
| $N_{IDPType}$ | Type field for this protocol | **Table 2.5.4-1** | |
| $N_{IDPEnhanced}$ | Subtype field for this protocol | 0x0002 | |
| $T_{IDPATSetup}$ | Maximum access terminal time in the Connection Setup State | 2.5 seconds | |
| $T_{IDPANSetup}$ | Maximum access network time in the Connection Setup State | 1 second | |

1   8.6.9 Session State Information

2   The Session State Information record (see 14.8) consists of parameter records.

3   The parameter records for this protocol consist of only the configuration attributes of this

4   protocol.

**8.7 Default Connected State Protocol**

8.7.1 Overview

The Default Connected State Protocol provides procedures and messages used by the access terminal and the access network while a connection is open.

This protocol can be in one of three states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Open State: In this state the access terminal can use the Reverse Traffic Channel and the access network can use the Forward Traffic Channel and Control Channel to send application traffic to each other.

- Close State: This state is associated only with the access network. In this state the access network waits for connection resources to be safely released.

Figure 8.7.1-1 and

Figure 8.7.1-2 show the state transition diagrams at the access terminal and the access network respectively.



**Figure 8.7.1-1. Default Connected State Protocol State Diagram (Access Terminal)**



**Figure 8.7.1-2. Default Connected State Protocol State Diagram (Access Network)**

8.7.2 Primitives and Public Data

8.7.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

- *CloseConnection*

8.7.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionClosed*

8.7.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- SuspendTime advertised by the access terminal

8.7.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol; and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

8.7.4 Protocol Initialization

8.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

• The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

• If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

• The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.7.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and access network shall perform the following:

• The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

• The protocol shall enter the Inactive State.

8.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.7.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.7.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

• All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

• If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The access terminal and the access network shall set the initial state of the InConfiguration protocol instance to the Inactive State.

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Connected State Protocol at the access terminal and the access network.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

8.7.5.3 Message Formats

8.7.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | FTC    RTC | | SLP | Reliable |
|----------|------------|---|-----|----------|
| Addressing | unicast | | Priority | 40 |

8.7.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID             The sender shall set this field to 0x51.

TransactionID         The sender shall set this value to the TransactionID field of the
                      corresponding ConfigurationRequest message.

AttributeRecord       An attribute record containing a single attribute value. If this
                      message selects a complex attribute, only the ValueID field of the
                      complex attribute shall be included in the message. The format of the
                      AttributeRecord is given in 14.3. The sender shall not include more
                      than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8.7.6 Procedures and Messages for the InUse Instance of the Protocol

8.7.6.1 Procedures

8.7.6.1.1 Command Processing

8.7.6.1.1.1 Activate

When the protocol receives an *Activate* command in the Inactive State:

• The access terminal shall transition to the Open State.

• The access network shall transition to the Open State.

When the protocol receives this command in any other state it shall be ignored.

8.7.6.1.1.2 Deactivate

When the protocol receives a *Deactivate* command in the Close State or in the Inactive
state, the command shall be ignored.

When the protocol receives this command in the Open State:

• The access terminal shall perform the cleanup procedures defined in 8.7.6.1.2.1.2.

• The access network shall perform the cleanup procedures defined in 8.7.6.1.2.2.2, and
  transition to the Inactive State.

8.7.6.1.1.3 CloseConnection

When the protocol receives a *CloseConnection* command in the Close State or in the Inactive state, the command shall be ignored.

When the protocol receives this command in the Open State:

- The access terminal shall send a ConnectionClose message to the access network and perform the cleanup procedures defined in 8.7.6.1.2.1.2.

- The access network shall send a ConnectionClose message to the access terminal and transition to the Close State.

8.7.6.1.2 Open State

In the Open State, the access terminal and the access network maintain a connection and can use it to exchange application traffic on the Reverse Traffic Channel, Forward Traffic Channel, and Control Channel.

8.7.6.1.2.1 Access Terminal Requirements

8.7.6.1.2.1.1 General Requirements

Upon entering the Open State, the access terminal shall issue the following commands:

- *OverheadMessages.Activate*

- *ControlChannelMAC.Activate*

The access terminal shall comply with the following requirements when in the Open State:

- The access terminal shall receive the Control Channel and the Forward Traffic Channel.

- The access terminal shall not transmit on the Access Channel.

- The access terminal shall monitor the overhead messages as specified in the Overhead Messages Protocol (see 8.11.6.1.6).

- If the access terminal receives a ConnectionClose message, it shall send a ConnectionClose message with CloseReason set to "Close Reply" and execute the cleanup procedures defined in 8.7.6.1.2.1.2. If the access terminal sends a ConnectionClose message, it may advertise, as part of the ConnectionClose message, that it shall be monitoring the Control Channel continuously, until a certain time following the closure of the connection. This period is called a suspend period, and can be used by the access network to accelerate the process of sending a unicast packet (and specifically, a Page message or TrafficChannelAssignment message) to the access terminal.

- If the access terminal sends a ConnectionClose message in response to a ConnectionClose message with CloseReason field set to '100', then the access terminal should advertise a non-zero suspend period in the ConnectionClose message. The access terminal shall not set the CloseReason field in a ConnectionClose message to '100' or '101'.

Connection Layer

**8.7.6.1.2.1.2 Cleanup Procedures**

If the access terminal executes cleanup procedures it shall:

- Issue *RouteUpdate.Close* command.

- Return a *ConnectionClosed* indication.

- Transition to the Inactive State.

**8.7.6.1.2.2 Access Network Requirements**

**8.7.6.1.2.2.1 General Requirements**

The access network shall comply with the following requirements when in the Open State:

- Access network shall receive the Reverse Traffic Channel and may transmit on the Forward Traffic Channel.

- If access network receives a ConnectionClose message, it shall consider the connection closed, and it should execute the cleanup procedures defined in 8.7.6.1.2.2.2 and transition to the Inactive State.

- If access network requires closing the connection, it shall transmit a ConnectionClose message, and transition to the Close State.

**8.7.6.1.2.2.2 Cleanup Procedures**

When the access network performs cleanup procedures it shall:

- Issue *RouteUpdate.Close* command,

- Return a *ConnectionClosed* indication.

**8.7.6.1.3 Close State**

The Close State is associated only with the access network. In this state the access network waits for a replying ConnectionClose message from the access terminal or for the expiration of the "CSP Close Timer" defined below.

Upon entering this state, the access network shall set a "CSP Close Timer" for $T_{CSPClose}$ seconds. If the access network receives a ConnectionClose message in this state, or if the timer expires, it shall execute the cleanup procedures defined in 8.7.6.1.2.2.2, it may close all connection-related resources assigned to the access terminal, and it should transition to the Inactive State.

**8.7.6.2 Message Formats**

**8.7.6.2.1 ConnectionClose**

The access terminal and the access network send the ConnectionClose message to close the connection.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| CloseReason | 3 |
| SuspendEnable | 1 |
| SuspendTime | 0 or 36 |
| Reserved | variable |

1    MessageID          The sender shall set this field to 0x00.

2    CloseReason        The sender shall set this field to reflect the close reason, as shown in
3                       Table 8.7.6.2-1.

4    **Table 8.7.6.2-1. Encoding of the CloseReason Field**

| Field value | Description |
|---|---|
| '000' | Normal Close; Reason Unspecified |
| '001' | Close Reply |
| '010' | Connection Error |
| '011' | Normal Close; Connection closed because of transition from the high rate packet data system to a cdma2000 1x system (see [2]) |
| '100' | Normal Close with request for non-zero suspend time |
| '101' | Normal Close with request for zero suspend time |
| All other values are reserved | |

5    SuspendEnable      The access terminal shall set this field to '1' if it will enable a
6                       suspend period following the close of the connection. The access
7                       network shall set this field to '0'.

8    SuspendTime        Suspend period end time. This field is included only if the
9                       SuspendEnable field is set to '1'. The access terminal shall set this
10                      field to the absolute CDMA System Time of the end of its suspend
11                      period in units of 80 ms.

12   Reserved           The length of this field shall be such that the entire message is octet-
13                      aligned. The sender shall set this field to zero. The receiver shall
14                      ignore this field.
15

TIA-856-B                                                                        Connection Layer

| **Channels** | | FTC     RTC |
|---|---|---|
| **Addressing** | | unicast |

| **SLP** | Best Effort |
|---|---|
| **Priority** | 40 |

1   8.7.6.3 Interface to Other Protocols

2   8.7.6.3.1 Commands Sent

3   This protocol sends the following commands:

4   • *RouteUpdate.Close*

5   • *OverheadMessages.Activate*

6   • *ControlChannelMAC.Activate*

7   8.7.6.3.2 Indications

8   This protocol does not register to receive any indications.

9   8.7.7 Configuration Attributes

10   No configuration attributes are defined for this protocol.

11   8.7.8 Protocol Numeric Constants

| Constant | Meaning | Value | Comments |
|---|---|---|---|
| $N_{CSPType}$ | Type field for this protocol | Table 2.5.4-1 | |
| $N_{CSPDefault}$ | Subtype field for this protocol | 0x0000 | |
| $T_{CSPClose}$ | Access network timer waiting for a responding ConnectionClose message | 1.5 seconds | |

12   8.7.9 Session State Information

13   This protocol does not define any parameter record to be included in a Session State
14   Information record (see 14.8).

**8.8 Default Route Update Protocol**

8.8.1 Overview

The Default Route Update Protocol provides the procedures and messages used by the access terminal and the access network to keep track of the access terminal's approximate location and to maintain the radio link as the access terminal moves between the coverage areas of different sectors.

This protocol can be in one of three states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Idle State: This state corresponds to the Air-Link Management Protocol Idle State. In this state, the access terminal autonomously maintains the Active Set. Route update messages from the access terminal to the access network are based on the distance between the access terminal's current serving sector and the serving sector at the time the access terminal last sent an update.

- Connected State: In this state the access network dictates the access terminal's Active Set. Route update messages from the access terminal to the access network are based on changing radio link conditions.

Transitions between states are driven by commands received from Connection Layer protocols and the transmission and reception of the TrafficChannelAssignment message.

The protocol states, messages and commands causing the transition between the states are shown in Figure 8.8.1-1.



**Figure 8.8.1-1. Default Route Update Protocol State Diagram**

This protocol uses parameters that are provided, as public data by the Overhead Messages Protocol, configured attributes, or protocol constants.

Table 8.8.1-1 lists all of the protocol parameters obtained from the public data of the Overhead Messages Protocol.

TIA-856-B                                                                                  Connection Layer

**Table 8.8.1-1. Route Update Protocol Parameters that are Public Data of the Overhead Messages Protocol**

| RU Parameter | Comment |
|---|---|
| Latitude | Latitude of sector in units of 0.25 second |
| Longitude | Longitude of sector in units of 0.25 second |
| RouteUpdateRadiusOverhead | Distance (unless modified by the RouteUpdateRadiusMultiply and/or RouteUpdateRadiusAdd attributes) between the serving sector and the sector in which location was last reported which triggers a new report. If this field is set to zero, then distance triggered reporting is disabled |
| NumNeighbors | Number of neighbors specified in the message |
| NeighborPN | PN Offset of each neighbor in units of 64 PN chips |
| NeighborChannelIncluded | Set to '1' if a Channel Record is included for the neighbor |
| NeighborChannel | Neighbor Channel Record specifying network type and frequency |

8.8.2 Primitives and Public Data

8.8.2.1 Commands

This protocol defines the following commands:

- *Activate*
- *Deactivate*
- *Open*
- *Close*
- *SendRouteUpdate*

8.8.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionLost* (access network only)
- *NetworkLost*
- *IdleHO*
- *ActiveSetUpdated*
- *AssignmentRejected*
- *ConnectionInitiated*
- *ConnectionOpened*

8.8.2.3 Public Data

This protocol shall make the following data public:

• Subtype for this protocol

• Active Set

• Pilot PN for every pilot in the Active Set

• Information provided by the SofterHandoff field in the TrafficChannelAssignment message for every pilot in the Active Set

• MACIndex for every pilot in the Active Set

• Channel record specified in the TrafficChannelAssignment message

• FrameOffset specified in the TrafficChannelAssignment message

• Current RouteUpdate message

• Information listed in SupportedCDMAChannels attribute

• Pilot strength of all pilots in the Active Set

8.8.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

8.8.4 Protocol Initialization

8.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

• The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

• If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

• The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.8.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and the access network shall perform the following:

• The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol shall enter the Inactive State.

8.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.8.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages. The access terminal should send a ConfigurationRequest message containing the SupportedCDMAChannels attribute. If the access terminal sends a ConfigurationRequest message containing the SupportedCDMAChannels attribute, then the access terminal shall include in the attribute all band classes and Band Sub-classes supported by the access terminal.

8.8.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse instance of the protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – SupportedCDMAChannels

- If the InUse instance of the Route Update Protocol has the same subtype as this protocol instance, but the InUse instance of any other protocol in the Connection Layer does not have the same subtype as the corresponding InConfiguration protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Inactive State.

    – The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Idle State.

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of all protocols in the Connection Layer have the same subtype as the corresponding InConfiguration protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The InUse protocol instance at the access terminal shall perform the procedures specified in 8.8.6.1.2.1.

– The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of the Route Update Protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  – The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Inactive State.

  – The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Idle State.

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Route Update Protocol at the access terminal and the access network.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

### 8.8.5.3 Message Formats

#### 8.8.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID        The sender shall set this field to 0x50.

TransactionID    The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord  The format of this record is specified in 14.3.

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

#### 8.8.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

TIA-856-B                                                                                   Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

8.8.6 Procedures and Messages for the InUse Instance of the Protocol

8.8.6.1 Procedures

8.8.6.1.1 Command Processing

8.8.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

• Issue an *AccessChannelMAC.Activate* command,

• Transition to the Idle State.

If this command is received in any other state, it shall be ignored.

8.8.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If the protocol receives this command in any other state, the access terminal and the access network shall:

• Issue a *ReverseTrafficChannelMAC.Deactivate* command,

• Issue a *ForwardTrafficChannelMAC.Deactivate* command,

• Issue an *AccessChannelMAC.Deactivate* command,

1  • Transition to the Inactive State.

2  8.8.6.1.1.3 Open

3  If the protocol receives an *Open* command in the Idle State,

4  • The access terminal shall ignore it.

5  • The access network shall:

6    – Transmit a TrafficChannelAssignment message as follows:

7    + The access network should base the TrafficChannelAssignment message on the
8      last RouteUpdate message it received from the access terminal.

9    + If the SupportedCDMAChannels attribute contains one or more band classes,
10     then the access network shall assign a Traffic Channel on a CDMA Channel
11     supported by the access terminal as indicated by the value of the
12     SupportedCDMAChannels attribute.

13    – Return a *ConnectionInitiated* indication,

14    – Issue a *ReverseTrafficChannelMAC.Activate* command,

15    – Issue a *ForwardTrafficChannelMAC.Activate* command,

16    – Issue an *AccessChannelMAC.Deactivate* command,

17    – Transition to the Connected State.

18  If this command is received in any other state it shall be ignored.

19  8.8.6.1.1.4 Close

20  If the protocol receives a *Close* command in the Connected State the access terminal and
21  the access network shall:

22  • Issue a *ReverseTrafficChannelMAC.Deactivate* command,

23  • Issue a *ForwardTrafficChannelMAC.Deactivate* command,

24  • Issue an *AccessChannelMAC.Activate* command,

25  • Transition to the Idle State.

26  If this command is received in any other state it shall be ignored.

27  8.8.6.1.2 Pilots and Pilot Sets

28  The access terminal estimates the strength of the Forward Channel transmitted by each
29  sector in its neighborhood. This estimate is based on measuring the strength of the
30  Forward Pilot Channel (specified by the pilot's PN offset and the pilot's CDMA Channel),
31  henceforth referred to as the pilot.

32  When this protocol is in the Connected State, the access terminal uses pilot strengths to
33  decide when to generate RouteUpdate messages.

When this protocol is in the Idle State, the access terminal uses pilot strengths to decide which sector's Control Channel it monitors.

The following pilot sets are defined to support the Route Update process:[55]

- Active Set: The set of pilots (specified by the pilot's PN offset and the pilot's CDMA Channel) associated with the sectors currently serving the access terminal. When a connection is open, a sector is considered to be serving an access terminal when there is a Forward Traffic Channel, Reverse Traffic Channel and Reverse Power Control Channel assigned to the access terminal. When a connection is not open, a sector is considered to be serving the access terminal when the access terminal is monitoring that sector's control channel.

- Candidate Set: The pilots (specified by the pilot's PN offset and the pilot's CDMA Channel) that are not in the Active Set, but are received by the access terminal with sufficient strength to indicate that the sectors transmitting them are good candidates for inclusion in the Active Set.

- Neighbor Set: The set of pilots (specified by the pilot's PN offset and the pilot's CDMA Channel) that are not in either one of the two previous sets, but are likely candidates for inclusion in the Active Set.

- Remaining Set: The set of all possible pilots (specified by the pilot's PN offset and the pilot's CDMA Channel) on the current channel assignment, excluding the pilots that are in any of the three previous sets.

At any given instant a pilot in the current CDMA Channel is a member of exactly one set.

The access terminal maintains all four sets. The access network maintains only the Active Set.

The access terminal complies with the following rules when searching for pilots, estimating the strength of a given pilot, and moving pilots between sets.

8.8.6.1.2.1 Neighbor Set Search Window Parameters Update

The access terminal shall maintain RouteUpdateNeighborList which is a list of structures of type Neighbor (defined below). For each pilot (specified by the pilot's PN offset and the pilot's CDMA Channel) in the Neighbor Set, the access terminal shall maintain a structure in the RouteUpdateNeighborList.

A Neighbor structure consists of four fields: PilotPN, Channel, SearchWindowSize, and SearchWindowOffset.

The RouteUpdateNeighborList is used by the access terminal to perform pilot search on a pilot in the Neighbor Set.

When this set of procedures is invoked, the access terminal shall perform the following steps in the order specified:

---

[55] In this context, a pilot identifies a sector.

- For each pilot (specified by its pilot PN and its channel) in the Neighbor Set, the access terminal shall first initialize the corresponding Neighbor structure in RouteUpdateNeighborList as follows:

  - Set the structure's PilotPN field to the neighbor pilot's PN.

  - Set the structure's Channel field to the neighbor pilot's channel record.

  - Set the structure's SearchWindowSize field to the configurable attribute SearchWindowNeighbor.

  - Set the structure's SearchWindowOffset to zero.

- For each pilot (specified by the pilot's PN offset and the pilot's CDMA Channel) listed in the OverheadMessagesNeighborList, the access terminal shall set the non-NULL fields of the corresponding Neighbor structure in the RouteUpdateNeighborList to the fields of the Neighbor structure in the OverheadMessagesNeighborList for this pilot.

- For each pilot (specified by the pilot's PN offset and the pilot's CDMA Channel) listed in the NeighborListMessageNeighborList, the access terminal shall set the non-NULL fields of the corresponding Neighbor structure in the RouteUpdateNeighborList to the fields of the Neighbor structure in the NeighborListMessageNeighborList for this pilot.

8.8.6.1.2.2 Pilot Search

The access terminal shall continually search for pilots in the Connected State and whenever it is monitoring the Control Channel in the Idle State. The access terminal shall search for pilots in all pilot sets. This search shall be governed by the following rules:

Search Priority: The access terminal should use the same search priority for pilots in the Active Set and Candidate Set. In descending order of search rate, the access terminal shall search, most often, the pilots in the Active Set and Candidate Set, then shall search the pilots in the Neighbor Set, and lastly shall search the pilots in the Remaining Set.

Search Window Size: The access terminal shall use the search window size specified by the configurable attribute SearchWindowActive for pilots in the Active Set and Candidate Set. For each pilot in the Neighbor Set, the access terminal shall use the search window size specified by Table 8.8.6.2-4 and SearchWindowSize field of the corresponding Neighbor structure in the RouteUpdateNeighborList. The access terminal shall use search window size specified by configurable attribute SearchWindowRemaining for pilots in the Remaining Set.

Search Window Center: The access terminal should center the search window around the earliest usable multipath component for pilots in the Active Set. The access terminal should center the search window for each pilot in the Neighbor Set around the pilot's PN sequence offset plus the search window offset specified by Table 8.8.6.2-5 and SearchWindowOffset field of the corresponding Neighbor structure in the RouteUpdateNeighborList using timing defined by the access terminal's time reference (see 11.4.1.3.6). The access terminal should center the search window around the pilot's PN sequence offset using timing defined by the access terminal's time reference (see 11.4.1.3.6) for the Remaining Set.

1  8.8.6.1.2.3 Pilot Strength Measurement

2  The access terminal shall measure the strength of every pilot it searches. The strength
3  estimate formed by the access terminal shall be computed as the sum of the ratios of
4  received pilot energy per chip, $E_c$, to total received spectral density, $I_0$ (signal and noise) for
5  at most $k$ multipath components, where $k$ is the maximum number of multipath
6  components that can be demodulated simultaneously by the access terminal.

7  8.8.6.1.2.4 Pilot Drop Timer Maintenance

8  For each pilot, the access terminal shall maintain a pilot drop timer.

9  If DynamicThresholds is equal to '0', the access terminal shall perform the following:

10  •   The access terminal shall start a pilot drop timer for each pilot in the Candidate Set or
11      the Active Set whenever the strength becomes less than the value specified by
12      PilotDrop. The access terminal shall consider the timer to be expired after the time
13      specified by PilotDropTimer.

14  •   The access terminal shall reset and disable the timer whenever the strength of the pilot
15      becomes greater than the value specified by PilotDrop.

16  If DynamicThresholds is equal to '1', the access terminal shall perform the following:

17  •   The access terminal shall start a pilot drop timer for each pilot in the Candidate Set
18      whenever the strength of the pilot becomes less than the value specified by PilotDrop.
19      The access terminal shall consider the timer value to be expired after the time specified
20      by PilotDropTimer. The access terminal shall reset and disable the timer if the strength
21      of the pilot becomes greater than the value specified by PilotDrop.

22  •   For each pilot in the Active Set, the access terminal shall sort pilots in the Active Set in
23      order of increasing strengths, i.e., $PS_1 < PS_2 < PS_3 < ... < PS_{N_A}$, where $N_A$ is the number
24      of the pilots in the Active Set. The access terminal shall start the Pilot drop timer for
25      each pilot $PS_i$ in the Active Set whenever the strength $PS_i$ satisfies the following
26      inequality:

27
$$10 \times \log_{10} PS_i < \max\left(\frac{\text{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{j>i} PS_j + \frac{\text{DropIntercept}}{2}, -\frac{\text{PilotDrop}}{2}\right)$$
$$i = 1, 2, ..., N_A - 1$$

28      The access terminal shall reset and disable the timer whenever the above inequality
29      is not satisfied for the corresponding pilot.

30  Sections 8.8.6.1.2.6 and 8.8.6.1.6.5 specify the actions the access terminal takes when the
31  pilot drop timer expires.

32  8.8.6.1.2.5 Active Set Management

33  The access terminal shall support a maximum Active Set size of $N_{\text{RUPActive}}$ pilots.

34  Rules for maintaining the Active Set are specific to each protocol state (see 8.8.6.1.5.1 and
35  8.8.6.1.6.1).

8.8.6.1.2.6 Candidate Set Management

The access terminal shall support a maximum Candidate Set size of $N_{RUPCandidate}$ pilots.

The access terminal shall add a pilot to the Candidate Set if one of the following conditions is met:

- Pilot is not already in the Active Set or Candidate Set and the strength of the pilot exceeds the value specified by PilotAdd.

- Pilot is deleted from the Active Set, its pilot drop timer has expired, DynamicThresholds is equal to '1', and the pilot strength is above the threshold specified by PilotDrop.

- Pilot is deleted from the Active Set but its pilot drop timer has not expired.

The access terminal shall delete a pilot from the Candidate Set if one of the following conditions is met:

- Pilot is added to the Active Set.

- Pilot's drop timer has expired.

- Pilot is added to the Candidate Set; and, as a consequence, the size of the Candidate Set exceeds $N_{RUPCandidate}$. In this case, the access terminal shall delete the weakest pilot in the set. Pilot A is considered weaker than pilot B:

    - If pilot A has an active drop timer but pilot B does not,

    - If both pilots have an active drop timer and pilot A's drop timer is closer to expiration than pilot B's, or

    - If neither of the pilots has an active drop timer and pilot A's strength is less than pilot B's.

8.8.6.1.2.7 Neighbor Set Management

The access terminal shall support a minimum Neighbor Set size of $N_{RUPNeighbor}$ pilots.

- The access terminal shall maintain a counter, AGE, for each pilot in the Neighbor Set as follows.

The access terminal shall perform the following in the order specified:

- If a pilot is added to the Active Set or Candidate Set, it shall be deleted from the Neighbor Set.

- If a pilot is deleted from the Active Set, but not added to the Candidate Set, then it shall be added to the Neighbor Set with the AGE of 0.

- If a pilot is deleted from the Candidate Set, but not added to the Active Set, then it shall be added to the Neighbor Set with the AGE of 0.

- If the size of the Neighbor Set is greater than the maximum Neighbor Set supported by the access terminal, the access terminal shall delete enough pilots from the Neighbor Set such that the size of the Neighbor Set is the maximum size supported by the access terminal and pilots with higher AGE are deleted first[56].

- If the access terminal receives an *OverheadMessages.Updated* indication, then:

  - The access terminal shall increment the AGE for every pilot in the Neighbor Set.

  - For each pilot in the neighbor list given as public data by the Overhead Messages Protocol that is a member of the Neighbor Set, the access terminal shall perform the following:

    + The access terminal shall set the AGE of this neighbor list pilot to the minimum of its current AGE and NeighborMaxAge.

  - For each pilot in the neighbor list given as public data by the Overhead Messages Protocol (in the order specified in the neighbor list) that is a member of the Remaining Set, the access terminal shall perform the following:

    + If the addition of this neighbor list pilot to the Neighbor Set would not cause the size of the Neighbor Set size to increase beyond the maximum Neighbor Set size supported by the access terminal, then the access terminal shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge.

    + If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set contains at least one pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, then the access terminal shall delete the pilot in the Neighbor Set for which the difference between its AGE and the NeighborMaxAge associated with that pilot's channel (i.e., AGE - NeighborMaxAge) is the greatest and shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge associated with the pilot's channel.

    + If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set does not contain a pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, the access terminal shall not add this neighbor list pilot to the Neighbor Set.

- If the access terminal receives a NeighborList message, then:

  - The access terminal shall increment the AGE for every pilot in the Neighbor Set.

---

[56] The order in which pilots of the same AGE are deleted does not matter in this case.

– For each pilot in the neighbor list given in the NeighborList message that is a member of the Neighbor Set, the access terminal shall perform the following:

+ The access terminal shall set the AGE of this neighbor list pilot to the minimum of its current AGE and NeighborMaxAge.

– For each pilot in the neighbor list given in the NeighborList message (in the order specified in the message) that is a member of the Remaining Set, the access terminal shall perform the following:

+ If the addition of this neighbor list pilot to the Neighbor Set would not cause the size of the Neighbor Set size to increase beyond the maximum Neighbor Set size supported by the access terminal, then the access terminal shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge.

+ If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set contains at least one pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, then the access terminal shall delete the pilot in the Neighbor Set for which the difference between its AGE and the NeighborMaxAge associated with that pilot's channel (i.e., AGE - NeighborMaxAge) is the greatest and shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge associated with the pilot's channel.

+ If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set does not contain a pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, the access terminal shall not add this neighbor list pilot to the Neighbor Set.

The access terminal shall perform the procedures specified in 8.8.6.1.2.1 if a pilot (specified by the pilot's PN offset and the pilot's CDMA Channel) is added to or deleted from the Neighbor Set.

8.8.6.1.2.8 Remaining Set Management

The access terminal shall initialize the Remaining Set to contain all the pilots whose PN offset index is an integer multiple of PilotIncrement and are not already members of any other set.

The access terminal shall add a pilot to the Remaining Set if it deletes the pilot from the Neighbor Set and if the pilot was not added to the Active Set or Candidate Set.

The access terminal shall delete the pilot from the Remaining Set if it adds it to another set.

8.8.6.1.2.9 Pilot PN Phase Measurement

The access terminal shall measure the arrival time, PILOT_ARRIVAL, for each pilot reported to the access network. The pilot arrival time shall be the time of occurrence, as measured at the access terminal antenna connector, of the earliest arriving usable multipath

component of the pilot. The arrival time shall be measured relative to the access terminal's time reference in units of PN chips. The access terminal shall compute the reported pilot PN phase, PILOT_PN_PHASE, as:

$$\text{PILOT\_PN\_PHASE} = (\text{PILOT\_ARRIVAL} + (64 \times \text{PILOT\_PN})) \bmod 2^{15},$$

where PILOT_PN is the PN sequence offset index of the pilot.

## 8.8.6.1.3 Message Sequence Numbers

The access network shall validate all received RouteUpdate messages as specified in 8.8.6.1.3.1.

The access terminal shall validate all received TrafficChannelAssignment messages as specified in 8.8.6.1.3.2.

The RouteUpdate message and the TrafficChannelAssignment message carry a MessageSequence field that serves to flag duplicate or stale messages.

The MessageSequence field of the RouteUpdate message is independent of the MessageSequence field of the TrafficChannelAssignment message.

### 8.8.6.1.3.1 RouteUpdate Message Validation

When the access terminal first sends a RouteUpdate message, it shall set the MessageSequence field of the message to zero. Subsequently, the access terminal shall increment this field each time it sends a RouteUpdate message.

The access network shall consider all RouteUpdate messages it receives in the Idle State as valid.

The access network shall initialize the receive pointer, *V(R)* to the MessageSequence field of the first RouteUpdate message it received in the Idle State, and the access network shall subsequently set it to the MessageSequence field of each received RouteUpdate message.

When the access network receives a RouteUpdate message in the Connected State, it shall validate the message using the procedure defined in 14.6. The access network shall discard the message if it is invalid.

### 8.8.6.1.3.2 TrafficChannelAssignment Message Validation

The access network shall set the MessageSequence field of the TrafficChannelAssignment message it sends in the Idle State to zero. Subsequently, each time the access network sends a new TrafficChannelAssignment message in the Connected State, it shall increment this field. If the access network is sending the same message multiple times, it shall not change the value of this field between transmissions.[57]

The access terminal shall initialize the receive pointer, *V(R)*, to the MessageSequence field of the TrafficChannelAssignment message that it receives in the Idle State.

---

[57] The access network may send a message multiple times to increase its delivery probability.

When the access terminal receives a TrafficChannelAssignment message in the Connected State, it shall validate the message using the procedure defined in 14.6. The access terminal shall discard the message if it is invalid.

### 8.8.6.1.3.3 AttributeOverride Message Validation

The access network shall set the MessageSequence field of the first AttributeOverride message that it sends after the Route Update protocol enters the Connected State to zero. Subsequently, each time the access network sends a new AttributeOverride message in the Connected State, it shall increment this field. If the access network is sending the same message multiple times, it shall not change the value of this field between transmissions.[58]

The access terminal shall initialize the receive pointer, $V(R)$, to the MessageSequence field of the first AttributeOverride message that it receives in the Connected State.

When the access terminal receives a subsequent AttributeOverride message, it shall validate the message using the procedure defined in 14.6. The access terminal shall discard the message if it is invalid.

### 8.8.6.1.4 Inactive State

Upon entering this state, the access terminal shall perform the following:

- The access terminal shall set the Active Set, the Candidate Set, and the Neighbor Set to NULL.

- The access terminal shall initialize the Remaining Set to contain all the pilots whose PN offset index is an integer multiple of PilotIncrement and are not already members of any other set.

- The access terminal shall perform the following in the order specified:

    – Remove all Neighbor structures from OverheadMessagesNeighborList.

    – Remove all Neighbor structures from NeighborListMessageNeighborList.

    – Perform the procedures specified in 8.8.6.1.2.1.

- The access terminal shall set $(x_L, y_L)$, the longitude and latitude of the sector in whose coverage area the access terminal last sent a RouteUpdate message, to (NULL, NULL).

### 8.8.6.1.5 Idle State

In this state, RouteUpdate messages from the access terminal are based on the distance between the sector where the access terminal last sent a RouteUpdate message and the sector currently in its active set.

The access network sends the TrafficChannelAssignment message to open a connection in this state.

Upon entering this state, the access terminal shall perform the following:

---

[58] The access network may send a message multiple times to increase its delivery probability.

- Remove all Neighbor structures from NeighborListMessageNeighborList and perform the procedures specified in 8.8.6.1.2.1.

- Stop using the parameters specified in the AttributeOverride message in the set management procedures and start using values specified by the SetManagementSameChannelParameters and the SetManagementDifferentChannelParameters attributes whichever applicable, in the set management procedures.

8.8.6.1.5.1 Active Set Maintenance

The access network shall not initially maintain an Active Set for the access terminal in this state.

If the access network receives an *Open* command, prior to send a TrafficChannelAssignment message, the access network shall initialize the Active Set to the set of pilots in the TrafficChannelAssignment message that it sends in response to command (see 8.8.6.1.1.3).

The access terminal shall initially keep an Active Set of size one when it is in the Idle State. The Active Set pilot shall be the pilot associated with the Control Channel the access terminal is currently monitoring. The access terminal shall return an *IdleHO* indication when the Active Set changes in the Idle State.

The access terminal shall not change its Active Set pilot at a time that causes it to miss a synchronous Control Channel capsule. Other rules governing when to replace this Active Set pilot are beyond the scope of this specification.

If the access terminal receives a TrafficChannelAssignment message, it shall set its Active Set to the list of pilots specified in the message if the TrafficChannelAssignment message does not contain a Channel Record, or if the TrafficChannelAssignment message contains a Channel Record and the access terminal supports the CDMA Channel specified by the Channel Record.

8.8.6.1.5.2 Pilot Channel Supervision in the Idle State

The access terminal shall perform pilot channel supervision in the Idle State as follows:

- Access terminal shall monitor the pilot strength of the pilot in its active set, all the pilots in the candidate set and all the pilots in the neighbor set that are on the same frequency.

- If the strength of all the pilots that the access terminal is monitoring goes below the value specified by PilotDrop, the access terminal shall start a pilot supervision timer. The access terminal shall consider the timer to be expired after the time specified by PilotDropTimer.

- If the strength of at least one of the pilots goes above the value specified by PilotDrop while the pilot supervision timer is counting down, the access terminal shall reset and disable the timer.

- If the pilot supervision timer expires, the access terminal shall return a *NetworkLost* indication.

8.8.6.1.5.3 Processing the TrafficChannelAssignment Message in the Idle State

If the access terminal receives a TrafficChannelAssignment message in this state, it shall perform the following if the TrafficChannelAssignment message does not contain a Channel Record, or if the TrafficChannelAssignment message contains a Channel Record and the access terminal supports the CDMA Channel specified by the Channel Record:

- Update its Active Set as described in 8.8.6.1.5.1

- Set the following public data of the Forward Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

    – DRCLength

    – ACKChannelGain

    – DRCCover for every pilot in the Active Set

    – DSC for every cell in the Active Set

- If the Forward Traffic Channel MAC protocol defines the DRCChannelGainBase as a public data, then set that public data to the DRCChannelGainBase field of the TrafficChannelAssignment message.  Otherwise, set the DRCChannelGain public data of the Forward Traffic Channel MAC protocol to the DRCChannelGainBase field of the TrafficChannelAssignment message.

- If the Forward Traffic Channel MAC protocol defines the DSCChannelGainBase as a public data, then set that public data to the DSCChannelGainBase field of the TrafficChannelAssignment message.

- Set the following public data of the Reverse Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

    – RAChannelGain for every pilot in the Active Set

    – RABLength for every pilot in the Active Set

    – RABOffset for every pilot in the Active Set

- If MACIndexMSB fields are included in the TrafficChannelAssignment message, then the access terminal shall determine the 7-bit MACIndex for each pilot in the Active Set by prepending the corresponding MACIndexMSB field of the TrafficChannelAssignment message to the corresponding MACIndexLSBs field of the TrafficChannelAssignment message. Otherwise the access terminal shall set the MACIndex to the corresponding MACIndexLSBs field.

- Return a *ConnectionInitiated* Indication.

- If the Channel Record is included in the message, then the access terminal shall tune to the CDMA Channel specified by the Channel Record.

- Issue the following commands:

1    −    *ReverseTrafficChannelMAC.Activate*

2    −    *ForwardTrafficChannelMAC.Activate*

3    −    *AccessChannelMAC.Deactivate*

4    •    Transition to the Connected State.

5    8.8.6.1.5.4  Route Update Report Rules

6    The access terminal shall send RouteUpdate messages to update its location with the
7    access network.

8    The access terminal shall not send a RouteUpdate message if the state timer of the
9    Connection Setup State in the Idle State Protocol is active.

10   The access terminal shall comply with the following rules regarding RouteUpdate
11   messages:

12   •    The Default Route Update Protocol shall send a RouteUpdate message upon receiving a
13        *SendRouteUpdate* command.

14   •    If the value of the SupportRouteUpdateEnhancements attribute is not 0x00, then the
15        access terminal shall send a RouteUpdate message whenever it receives a
16        RouteUpdateRequest message.

17   •    The access terminal shall send a RouteUpdate message with every access channel
18        capsule transmitted by the access terminal.

19   •    The access terminal shall include in the RouteUpdate message the pilot PN phase, pilot
20        strength, and drop timer status for every pilot in the Active Set and Candidate Set.

21   •    The access terminal shall send a RouteUpdate message if all of the following conditions
22        are true:

23        −    the RouteUpdateRadiusOverhead field of the SectorParameters message is not
24             set to zero, and

25        −    the value of the RouteUpdateRadiusMultiply attribute is not 0x00, and

26        −    the computed value r is greater than max ( 0, rm × ro + ra ), where ro is the
27             value provided in the RouteUpdateRadiusOverhead field of the
28             SectorParameters message transmitted by the sector in which the access
29             terminal last sent a RouteUpdate message, rm is the value of the
30             RouteUpdateRadiusMultiply attribute, and ra is the value of the
31             RouteUpdateRadiusAdd attribute.

32   If $(x_L, y_L)$ are the longitude and latitude of the sector to which the access terminal last sent a
33   RouteUpdate, and $(x_C, y_C)$ are the longitude and latitude of the sector currently providing
34   coverage to the access terminal, then *r* is given by[59]

---

[59] The *x's* denote longitude and the *y's* denote latitude.

$$r = \left\lfloor \frac{\sqrt{\left[(x_C - x_L) \times \cos\left(\frac{\pi}{180} \times \frac{y_L}{14400}\right)\right]^2 + \left[y_C - y_L\right]^2}}{16} \right\rfloor$$

The access terminal shall compute $r$ with an error of no more than ±5% of its true value when $|y_L/14400|$ is less than 60 and with an error of no more than ±7% of its true value when $|y_L/14400|$ is between 60 and 70.[60]

If the value of the SupportRouteUpdateEnhancements attribute is 0x00, then the access network shall not send a RouteUpdateRequest message. If the value of the SupportRouteUpdateEnhancements attribute is not 0x00, then the access network may send a RouteUpdateRequest message.

8.8.6.1.6 Connected State

In this state, RouteUpdate messages from the access terminal are based on changes in the radio link between the access terminal and the access network, obtained through pilot strength measurements at the access terminal.

The access network determines the contents of the Active Set through TrafficChannelAssignment messages.

8.8.6.1.6.1 Access Terminal Requirements

In the Connected State, the access terminal shall perform the following:

- If the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication the access terminal shall:
  - Send a TrafficChannelComplete message with the MessageSequence field of the message set to the MessageSequence field of the TrafficChannelAssignment message,
  - Return a *ConnectionOpened* indication.

8.8.6.1.6.2 Access Network Requirements

In the Connected State, the access network shall perform the following:

- If the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication the access network shall return a *ConnectionOpened* indication.

---

[60] $x_L$ and $y_L$ are given in units of 1/4 seconds. $x_L/14400$ and $y_L/14400$ are in units of degrees.

### 8.8.6.1.6.3 Active Set Maintenance

#### 8.8.6.1.6.3.1 Access Network

Whenever the access network sends a TrafficChannelAssignment message to the access terminal, it shall add to the Active Set any pilots listed in the message that are not currently in the Active Set. Upon sending a TrafficChannelAssignment message, the access network shall set the following public data of the Forward Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

- DRCLength

- ACKChannelGain

- DRCCover for every pilot in the Active Set

- DSC for every cell in the Active Set

- If the Forward Traffic Channel MAC protocol defines the DRCChannelGainBase as a public data, then set that public data to the DRCChannelGainBase field of the TrafficChannelAssignment message.  Otherwise, set the DRCChannelGain public data of the Forward Traffic Channel MAC protocol to the DRCChannelGainBase field of the TrafficChannelAssignment message.

- If the Forward Traffic Channel MAC protocol defines the DSCChannelGainBase as a public data, then set that public data to the DSCChannelGainBase field of the TrafficChannelAssignment message.

Upon sending a TrafficChannelAssignment message, the access network shall set the following public data of the Reverse Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

- RAChannelGain for every pilot in the Active Set

- RABLength for every pilot in the Active Set

- RABOffset for every pilot in the Active Set

The access network shall delete a pilot from the Active Set if the pilot was not listed in a TrafficChannelAssignment message and if the access network received the TrafficChannelComplete message, acknowledging that TrafficChannelAssignment message.

The access network should send a TrafficChannelAssignment message to the access terminal in response to changing radio link conditions, as reported in the access terminal's RouteUpdate messages.

The access network should only specify a pilot in the TrafficChannelAssignment message if it has allocated the required resources in the associated sector. This means that the sector specified by the pilot is ready to receive data from the access terminal and is ready to transmit queued data to the access terminal should the access terminal point its DRC at that sector.

If the SupportedCDMAChannels attribute contains one or more band classes, then the access network shall assign a Traffic Channel on a CDMA Channel supported by the access terminal as indicated by the value of the SupportedCDMAChannels attribute.

If the access network adds or deletes a pilot in the Active Set, it shall send an *ActiveSetUpdated* indication.

If the access network adds a pilot specified in a RouteUpdate message to the Active Set, the access network may use the PilotPNPhase field provided in the message to obtain a round trip delay estimate from the access terminal to the sector associated with this pilot. The access network may use this estimate to accelerate the acquisition of the access terminal's Reverse Traffic Channel in that sector.

### 8.8.6.1.6.3.2 Access Terminal

If the access terminal receives a valid TrafficChannelAssignment message (see 8.8.6.1.3.2), it shall replace the contents of its current Active Set with the pilots specified in the message. The access terminal shall process the message as defined in 8.8.6.1.6.6.

### 8.8.6.1.6.4 ResetReport Message

The access network may send a ResetReport message to reset the conditions under which RouteUpdate messages are sent from the access terminal. Access terminal usage of the ResetReport message is specified in the following section.

### 8.8.6.1.6.5 Route Update Report Rules

The access terminal sends a RouteUpdate message to the access network in this state to request addition or deletion of pilots from its Active Set. If the access terminal is sending the RouteUpdate message in response to a RouteUpdateRequest message that contains a Channel record, the access terminal shall include in a RouteUpdate message the pilot PN phase, pilot strength, and drop status for pilots whose strength is above the value specified by PilotAdd and subject to the following conditions:

- If the RouteUpdateRequest message contains one or more SectorPilotPN fields, the access terminal shall include pilots in the CDMA channel indicated by the Channel record and that are indicated by the SectorPilotPN fields. Otherwise, the access terminal shall include pilots which are in the CDMA channel indicated by the Channel record.

If the access terminal is not sending the RouteUpdate message in response to a RouteUpdateRequest message that contains a Channel record, the access terminal shall determine which pilots to include in the RouteUpdate message as follows:

- If DynamicThresholds is equal to '0', the access terminal shall include in the RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for every pilot in the Active Set and Candidate Set. If DynamicThresholds is equal to '1', then the access terminal shall include in the RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for every pilot in the Active Set, for each pilot in the Candidate Set whose strength is above the values specified by PilotAdd, and for each pilot in the Candidate Set whose strength, PS, satisfies the following inequality:

$$10 \times \log_{10} \text{PS} > \frac{\text{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} \text{PS}_i + \frac{\text{AddIntercept}}{2},$$

where the summation is performed over all pilots currently in the Active Set.

The access terminal shall send a RouteUpdate message if any one of the following occurs:

- The value of the SupportRouteUpdateEnhancements attribute is not 0x00 and the access terminal receives a RouteUpdateRequest message.

- The Default Route Update Protocol receives a *SendRouteUpdate* command.

- If DynamicThresholds is equal to '0' and the strength of a Neighbor Set or Remaining Set pilot is greater than the value specified by PilotAdd.

- If DynamicThresholds is equal to '1' and the strength of a Neighbor Set or Remaining Set pilot, PS, satisfies the following inequality:

$$10 \times \log_{10} \mathrm{PS} > \max\left( \frac{\mathrm{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} \mathrm{PS}_i + \frac{\mathrm{AddIntercept}}{2}, -\frac{\mathrm{PilotAdd}}{2} \right)$$

  where the summation is performed over all pilots currently in the Active Set.

- If DynamicThresholds is equal to '0' and the strength of a Candidate Set pilot is greater than the value specified by PilotCompare above an Active Set pilot, and a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- If DynamicThresholds is equal to '0' and the strength of a Candidate Set pilot is above PilotAdd, and a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- If DynamicThresholds is equal to '1' and

  – the strength of a Candidate Set pilot, PS, satisfies the following inequality:

$$10 \times \log_{10} \mathrm{PS} > \frac{\mathrm{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} \mathrm{PS}_i + \frac{\mathrm{AddIntercept}}{2}$$

  where the summation is performed over all pilots currently in the Active Set, and

  – a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- If DynamicThresholds is equal to '1' and

  – the strength of a Candidate Set pilot is greater than the value specified by PilotCompare above an Active Set pilot, and

  – the strength of a Candidate Set pilot, PS, satisfies the following inequality:

$$10 \times \log_{10} \mathrm{PS} > \frac{\mathrm{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} \mathrm{PS}_i + \frac{\mathrm{AddIntercept}}{2}$$

  where the summation is performed over all pilots currently in the Active Set, and

  – a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- The pilot drop timer of an Active Set pilot has expired, and a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

If the value of the SupportRouteUpdateEnhancements attribute is 0x00, then the access network shall not send a RouteUpdateRequest message. If the value of the SupportRouteUpdateEnhancements attribute is not 0x00, then the access network may send a RouteUpdateRequest message.

8.8.6.1.6.6 Processing the TrafficChannelAssignment Message in the Connected State

If valid TrafficChannelAssignment (see 8.8.6.1.3.2) message does not contain a Channel Record, or if a valid TrafficChannelAssignment message contains a Channel Record and the access terminal supports the CDMA Channel specified by the Channel Record, then the access terminal shall process the message as follows:

- The access terminal shall set the following public data of the Forward Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

  - DRCLength
  - ACKChannelGain
  - DRCCover for every pilot in the Active Set
  - DSC for every cell in the Active Set

- If the Forward Traffic Channel MAC protocol defines the DRCChannelGainBase as a public data, then set that public data to the DRCChannelGainBase field of the TrafficChannelAssignment message.  Otherwise, set the DRCChannelGain public data of the Forward Traffic Channel MAC protocol to the DRCChannelGainBase field of the TrafficChannelAssignment message.

- If the Forward Traffic Channel MAC protocol defines the DSCChannelGainBase as a public data, then set that public data to the DSCChannelGainBase field of the TrafficChannelAssignment message.

- The access terminal shall set the following public data of the Reverse Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

  - RAChannelGain for every pilot in the Active Set
  - RABLength for every pilot in the Active Set
  - RABOffset for every pilot in the Active Set

- If the TrafficChannelAssignment message contains a value for the FrameOffset that is different from the value of the FrameOffset received in the last TrafficChannelAssignment message that was received in the Idle state, then the access terminal shall return a *RouteUpdate.AssignmentRejected* indication and shall discard the message.

- The access terminal shall update its Active Set as defined in 8.8.6.1.6.3.2.

Connection Layer

- The access terminal shall tune to the CDMA Channel defined by the Channel Record, if this record is included in the message.

- If MACIndexMSB fields are included in the TrafficChannelAssignment message, then the access terminal shall determine the 7-bit MACIndex for each pilot in the Active Set by prepending the corresponding MACIndexMSB field of the TrafficChannelAssignment message to the corresponding MACIndexLSBs field of the TrafficChannelAssignment message. Otherwise the access terminal shall set the MACIndex to the corresponding MACIndexLSBs field.

- The access terminal shall start monitoring and responding to the Power Control Channels defined by the MACIndex fields provided in the message. The access terminal should use the SofterHandoff fields to identify the Power Control Channels that are carrying identical information and can therefore be soft-combined.

- The access terminal shall send the access network a TrafficChannelComplete message specifying the MessageSequence value received in the TrafficChannelAssignment message.

8.8.6.1.6.7 Processing the TrafficChannelComplete Message

The access network should set a transaction timer when it sends a TrafficChannelAssignment message. If the access network sets a transaction timer, it shall reset the timer when it receives a TrafficChannelComplete message containing a MessageSequence field equal to the one sent in the TrafficChannelAssignment message.

If the timer expires, the access network should return a *ConnectionLost* indication.

8.8.6.1.6.8 Transmission and Processing of the NeighborList Message

The access network may send the NeighborList message to the access terminal when the protocol is in the Connected State to override the search window size and/or search window offset corresponding to a pilot in the Neighbor Set.

Upon receiving a NeighborList message, the access terminal shall perform the following in the order specified:

- The access terminal shall remove all Neighbor structures from NeighborListMessageNeighborList.

- For each pilot (specified by its pilot PN and its channel) listed in the received NeighborList message, the access terminal shall add a Neighbor structure to NeighborListMessageNeighborList and populate it as follows:

    – Set the structure's PilotPN field to the message's corresponding PilotPN field.

    – If the message's ChannelIncluded field is set to '1', set the structure's Channel field to the message's corresponding Channel field. Otherwise, set the structure's Channel field to the current channel.

- If the message's SearchWindowSizeIncluded field is set to '1', then set the structure's SearchWindowSize field to the message's corresponding SearchWindowSize field. Otherwise, set the structure's SearchWindowSize field to NULL.

- If the SearchWindowOffsetIncluded field is set to '1', then set the structure's SearchWindowOffset field to the message's corresponding SearchWindowOffset field. Otherwise, set the structure's SearchWindowOffset field to NULL.

• Perform the procedures specified in 8.8.6.1.2.1.

### 8.8.6.1.6.9 Transmission and Processing of the AttributeOverride Message

The access network may send the AttributeOverride message to the access terminal to override the parameters specified in the SetManagementSameChannelParameters and SetManagementDifferentChannelParameters configuration attributes.

If the value of the SetManagementOverrideAllowed attribute is 0x01, then upon receiving a valid (see 8.8.6.1.3.3) AttributeOverride message, the access terminal shall start using the values specified in the message.

The access terminal shall discard the values of the SetManagementSameChannelParameters and SetManagementDifferentChannelParameters in the AttributeOverride message if the SetManagementOverrideAllowed attribute is set to 0x00.

When the access terminal receives a valid (see 8.8.6.1.3.3) AttributeOverride message, it shall send the access network an AttributeOverrideResponse message specifying the MessageSequence value received in the AttributeOverride message.

### 8.8.6.1.6.10 Processing of OverheadMessages.Updated Indication

Upon receiving *OverheadMessages.Updated* indication, the access terminal shall perform the OverheadMessagesNeighborList Initialization procedures as specified in 8.8.6.1.6.11 and then perform the procedures specified in 8.8.6.1.2.1.

### 8.8.6.1.6.11 OverheadMessagesNeighborList Initialization

When the OverheadMessagesNeighborList initialization procedures are invoked by the access terminal, it shall perform the following:

• The access terminal shall remove all Neighbor structures from the OverheadMessagesNeighborList list.

• For each pilot (specified by its pilot PN and its channel) in the neighbor list given as public data of Overhead Messages Protocol, the access terminal shall add a Neighbor structure to the OverheadMessagesNeighborList list and populate it as follows:

- Set the structure's PilotPN field to the corresponding NeighborPilotPN field given as public data of the Overhead Messages Protocol.

- If the Overhead Messages Protocol's NeighborChannelIncluded field is set to '1', set the structure's Channel field to the Overhead Messages Protocol's corresponding NeighborChannel. Otherwise, set the structure's Channel field to the current channel.

- If the Overhead Messages Protocol's SearchWindowSizeIncluded field is set to '1', then set the structure's SearchWindowSize field to the Overhead Messages Protocol's corresponding SearchWindowSize field. Otherwise, set the structure's SearchWindowSize field to NULL.

- If the Overhead Messages Protocol's SearchWindowOffsetIncluded field is set to '1', then set the structure's SearchWindowOffset field to the Overhead Messages Protocol's corresponding SearchWindowOffset field. Otherwise, set the structure's SearchWindowOffset field to NULL.

8.8.6.2 Message Formats

8.8.6.2.1 RouteUpdate

The access terminal sends the RouteUpdate message to notify the access network of its current location and provide it with an estimate of its surrounding radio link conditions.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| ReferencePilotPN | 9 |
| ReferencePilotStrength | 6 |
| ReferenceKeep | 1 |
| NumPilots | 4 |

NumPilots occurrences of the following fields:

| | |
|---|---|
| PilotPNPhase | 15 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| PilotStrength | 6 |
| Keep | 1 |

| | |
|---|---|
| Reserved | Variable |

MessageID        The access terminal shall set this field to 0x00.

MessageSequence  The access terminal shall set this field to the sequence number of this message. The sequence number of this message is 1 more than the sequence number of the last RouteUpdate message (modulo $2^8$)

Connection Layer                                                          TIA-856-B

sent by this access terminal. If this is the first RouteUpdate message sent by the access terminal, it shall set this field to 0x00.

ReferencePilotPN          The access terminal shall set this field to the access terminal's time reference (the reference pilot), relative to the zero offset pilot PN sequence in units of 64 PN chips.

ReferencePilotStrength

The access terminal shall set this field to $\lfloor -2 \times 10 \times \log_{10} PS \rfloor$, where PS is the strength of the reference pilot, measured as specified in 8.8.6.1.2.3. If this value is less than 0, the access terminal shall set this field to '000000'. If this value is greater than '111111', the access terminal shall set this field to '111111'.

ReferenceKeep             If the pilot drop timer corresponding to the reference pilot has expired, the access terminal shall set this field to '0'; otherwise, the access terminal shall set this field to '1'.

NumPilots                 The access terminal shall set this field to the number of pilots that follow this field in the message.

PilotPNPhase              The PN offset in resolution of 1 chip of a pilot in the Active Set or Candidate Set of the access terminal that is not the reference pilot.

ChannelIncluded           The access terminal shall set this field to '1' if the channel for this pilot offset is not the same as the current channel. Otherwise, the access terminal shall set this field to '0'.

Channel                   The access terminal shall include this field if the ChannelIncluded field is set to '1'. The access terminal shall set this to the channel record corresponding to this pilot (see 14.1). Otherwise, the access terminal shall omit this field for this pilot offset.

PilotStrength             The access terminal shall set this field to $\lfloor -2 \times 10 \times \log_{10} PS \rfloor$, where PS is the strength of the pilot in the above field, measured as specified in 8.8.6.1.2.3. If this value is less than 0, the access terminal shall set this field to '000000'. If this value is greater than '111111', the access terminal shall set this field to '111111'.

Keep                      If the pilot drop timer corresponding to the pilot in the above field has expired, the access terminal shall set this field to '0'; otherwise, the access terminal shall set this field to '1'.

Reserved                  The number of bits in this field is equal to the number needed to make the message length an integer number of octets. This field shall be set to all zeros.

TIA-856-B                                                                    Connection Layer

| **Channels** | AC | RTC |
|---|---|---|
| **Addressing** | | unicast |

| **SLP** | Reliable[61]  Best Effort |
|---|---|
| **Priority** | 20 |

8.8.6.2.2 TrafficChannelAssignment

The access network sends the TrafficChannelAssignment message to manage the access terminal's Active Set.

---

[61] This message is sent reliably when it is sent over the Reverse Traffic Channel.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| FrameOffset | 4 |
| DRCLength | 2 |
| DRCChannelGainBase | 6 |
| ACKChannelGain | 6 |
| NumPilots | 4 |

NumPilots occurrences of the following record:

| | |
|---|---|
| PilotPN | 9 |
| SofterHandoff | 1 |
| MACIndexLSBs | 6 |
| DRCCover | 3 |
| RABLength | 2 |
| RABOffset | 3 |

| | |
|---|---|
| RAChannelGainIncluded | 0 or 1 |

NumPilots occurrences of the following field:

| | |
|---|---|
| RAChannelGain | 0 or 2 |

| | |
|---|---|
| MACIndexMSBsIncluded | 0 or 1 |

NumPilots occurrences of the following field:

| | |
|---|---|
| MACIndexMSB | 0 or 1 |

| | |
|---|---|
| DSCChannelGainBase | 0 or 5 |

0 or N occurrences of the following field, where N is the number of SofterHandoff fields set to '0' in this message

| | |
|---|---|
| DSC | 0 or 3 |

| | |
|---|---|
| Reserved | Variable |

[1]      MessageID                      The access network shall set this field to 0x01.

TIA-856-B                                                                 Connection Layer

MessageSequence        The access network shall set this to 1 higher than the
                       MessageSequence field of the last TrafficChannelAssignment message
                       (modulo $2^S$, S=8) sent to this access terminal.

ChannelIncluded        The access network shall set this field to '1' if the Channel record is
                       included for these pilots. Otherwise, the access network shall set this
                       field to '0'.

Channel                The access network shall include this field if the ChannelIncluded
                       field is set to '1'. The access network shall set this to the channel
                       record corresponding to this pilot (see 14.1). Otherwise, the access
                       network shall omit this field for this pilot offset. If Channel is
                       included, the access network shall set the SystemType field of the
                       Channel record to '0000'.

FrameOffset            The access network shall set this field to the frame offset the access
                       terminal shall use when transmitting the Reverse Traffic Channel, in
                       units of slots.

DRCLength              The access network shall set this field to the number of slots the
                       access terminal shall use to transmit a single DRC value, as shown
                       in Table 8.8.6.2-1.

**Table 8.8.6.2-1. DRCLength Encoding**

| Field value (binary) | DRCLength (slots) |
|---|---|
| '00' | 1 |
| '01' | 2 |
| '10' | 4 |
| '11' | 8 |

DRCChannelGainBase
                       The access network shall set this field to the ratio of the power level
                       of the DRC Channel (when it is transmitted) to the power level of the
                       Reverse Traffic Pilot Channel expressed as 2's complement value in
                       units of 0.5 dB. The valid range for this field is from −9 dB to +6 dB,
                       inclusive. The access terminal shall support all the values in the
                       valid range for this field.

ACKChannelGain         The access network shall set this field to the ratio of the power level
                       of the Ack Channel (when it is transmitted) to the power level of the
                       Reverse Traffic Pilot Channel expressed as 2's complement value in
                       units of 0.5 dB. The valid range for this field is from −3 dB to +6 dB,

inclusive. The access terminal shall support all the values in valid range for this field.

NumPilots

The access network shall set this field to the number of pilots included in this message.

PilotPN

The access network shall set this field to the PN Offset associated with the sector that will transmit a Power Control Channel to the access terminal, to whom the access terminal is allowed to point its DRC, and whose Control Channel and Forward Traffic Channel the access terminal may monitor.

SofterHandoff

If the Forward Traffic Channel associated with this pilot will carry the same closed-loop power-control bits as that of the previous pilot in this message, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'. The access network shall set the first instance of this field to '0'. If the SofterHandoff field associated with a PilotPN is equal to '1', then the PilotPN is defined to belong to the same cell as the previous PilotPN in this message.

MACIndexLSBs

Least Significant Bits of the Medium Access Control Index. The access network shall set this field to the six least significant bits of the MACIndex assigned to the access terminal by this sector.

DRCCover

The access network shall set this field to the index of the DRC cover associated with the sector specified in this record.

RABLength

If the traffic channel being assigned by this message is to use Subtype 0 or Subtype 1 Reverse Traffic Channel MAC protocol, the access network shall set the RABLength to specify the Reverse Activity Bit length according to Table 9.7.6.2-2.  Otherwise, the access network shall set this field to '00'.

**Table 8.8.6.2-2. Encoding of the RABLength Field**

| Field value (binary) | RABLength (slots) |
|---|---|
| '00' | 8 |
| '01' | 16 |
| '10' | 32 |
| '11' | 64 |

RABOffset

If the traffic channel being assigned by this message is to use Subtype 0 or Subtype 1 Reverse Traffic Channel MAC protocol, the access network shall set this field to indicate the offset associated with the Reverse Activity Bit.  Otherwise, the access network shall set

this field to '000'.  The value (in slots) of RABOffset is the number the field is set to multiplied by RABLength/8.

RAChannelGainIncluded

If this field is included, the access network shall set this field as follows: If RAChannelGain field is included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

RAChannelGain

If RAChannelGainIncluded field is not included in this message or if RAChannelGainIncluded field is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field as follows:

The $i$th occurrence of this field corresponds to the $i$th occurrence of the PilotPN field in this message. The access network shall set the $i$th occurrence of this field to the RA Channel Gain to be used by the access terminal according to Table 8.8.6.2-3 of the $i$th PilotPN. The access terminal uses this information to demodulate the RA Channel.

**Table 8.8.6.2-3. Reverse Activity Channel Gain Encoding**

| Field value (binary) | RA Channel Gain (dB) |
|---|---|
| '00' | −6 |
| '01' | −9 |
| '10' | −12 |
| '11' | −15 |

MACIndexMSBsIncluded

If the RAChannelGainIncluded field is not included in this message or if RAChannelGainIncluded field is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field as follows: If MACIndexMSB fields are included in this message, then the access network shall set this field to '1'. Otherwise, the access network shall set this field to '0'.

MACIndexMSB

Most significant bit of the Medium Access Control Index. If MACIndexMSBsIncluded field is not included in this message or if MACIndexMSBsIncluded field is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field as follows:

The $i$th occurrence of this field corresponds to the $i$th occurrence of the PilotPN field in this message. The access network shall set the $i$th

occurrence of this field to the most significant bit of the 7-bit MACIndex assigned to the access terminal by the $i$th PilotPN.

DSCChannelGainBase

If MACIndexMSBsIncluded field is not included in this message or if MACIndexMSBsIncluded field is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field to the power of the DSC channel relative to the pilot channel in units of −0.5 dB, in the range from zero to −15.5 dB, inclusive. DSC If MACIndexMSBsIncluded field is not included in this message or if MACIndexMSBsIncluded field is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field as follows: The access network shall set the $i$th occurrence of this field to the DSC associated with the $i$th cell specified by the PilotPN fields in this message.

Reserved

The number of bits in this field is equal to the number needed to make the message length an integer number of octets. This field shall be set to all zeros.

| **Channels** | CC          FTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable     Best Effort[62] |
|---|---|
| **Priority** | 20 |

8.8.6.2.3 TrafficChannelComplete

The access terminal sends the TrafficChannelComplete message to provide an acknowledgment for the TrafficChannelAssignment message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

MessageID                    The access terminal shall set this field to 0x02.

MessageSequence              The access terminal shall set this field to the MessageSequence field of the TrafficChannelAssignment message whose receipt this message is acknowledging.

---

[62] The TrafficChannelAssignment message sent in response to the Open command is sent using best effort SLP. All subsequent TrafficChannelAssignment messages are sent using reliable delivery SLP.

TIA-856-B                                                                    Connection Layer

| **Channels** | RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8.8.6.2.4 ResetReport

The access network sends the ResetReport message to reset the RouteUpdate transmission rules at the access terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID          The access network shall set this field to 0x03.

| **Channels** | FTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8.8.6.2.5 NeighborList

The NeighborList message is used to convey information corresponding to the neighboring sectors to the access terminals when the access terminal is in the Connected State.

Connection Layer                                                                TIA-856-B

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| Count | 5 |
| Count occurrences of the following field: | |
| PilotPN | 9 |

| | |
|---|---|
| Count occurrences of the following two fields: | |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |

| | |
|---|---|
| SearchWindowSizeIncluded | 1 |
| Count occurrences of the following field | |
| SearchWindowSize | 0 or 4 |

| | |
|---|---|
| SearchWindowOffsetIncluded | 1 |
| Count occurrences of the following field | |
| SearchWindowOffset | 0 or 3 |

| | |
|---|---|
| FPDCHSupportedIncluded | 0 or 1 |
| $m$, $0 \le m \le$ Count. occurrences of the following field: | |
| FPDCHSupported | 0 or 1 |

| | |
|---|---|
| Reserved | Variable |

MessageID        The access network shall set this field to 0x04.

Count            The access network shall set this field to the number of records specifying neighboring sectors information included in this message.

PilotPN          The access network shall set this field to the PN Offset of a neighboring sector for which the access network is providing search window information in this message.

ChannelIncluded  The access network shall set this field to '1' if a Channel record is included for this neighbor, and to '0' otherwise. The access network shall omit this field if the corresponding NeighborChannelIncluded field is set to '0'. Otherwise, if included, the $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of PilotPN in the record that contains the PilotPN field above.

Connection Layer

Channel                     Channel record specification for the neighbor channel. See 14.1 for
                            the Channel record format. The $n^{th}$ occurrence of this field
                            corresponds to the $n^{th}$ occurrence of PilotPN in the record that
                            contains the PilotPN field above.

SearchWindowSizeIncluded
                            The access network shall set this field to '1' if SearchWindowSize field
                            for neighboring sectors is included in this message. Otherwise, the
                            access network shall set this field to '0'.

SearchWindowSize            The access network shall omit this field if SearchWindowSizeIncluded
                            is set to '0'. If SearchWindowSizeIncluded is set to '1', the access
                            network shall set this field to the value shown in Table 8.8.6.2-4
                            corresponding to the search window size to be used by the access
                            terminal for the neighbor pilot. The $n^{th}$ occurrence of this field
                            corresponds to the $n^{th}$ occurrence of PilotPN in the record that
                            contains the PilotPN field above.

**Table 8.8.6.2-4. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

SearchWindowOffsetIncluded

> The access network shall set this field to '1' if SearchWindowOffset field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

SearchWindowOffset

> The access network shall omit this field if SearchWindowOffsetIncluded is set to '0'. If SearchWindowOffsetIncluded is set to '1', the access network shall set this field to the value shown in Table 8.8.6.2-5 corresponding to the search window offset to be used by the access terminal for the neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of PilotPN in the record that contains the PilotPN field above.

**Table 8.8.6.2-5. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|---|---|
| 0 | 0 |
| 1 | WindowSize[63] /2 |
| 2 | WindowSize |
| 3 | $3 \times$ WindowSize /2 |
| 4 | - WindowSize /2 |
| 5 | - WindowSize |
| 6 | $-3 \times$ WindowSize /2 |
| 7 | Reserved |

FPDCHSupportedIncluded

If this field is included, the access network shall set this field as follows:

The access network shall set this field to '0' if the FPDCHSupported fields are omitted.  Otherwise, the access network shall set this field to '1'.

FPDCHSupported    If FPDCHSupportedIncluded is not included or is included and is set to '0', the access network shall omit all occurrences of this field. Otherwise, the access network shall include *m* occurrences of this field, where *m* is the number of Channel records in this message that have SystemType equal to 0x01, and the access network shall set the occurrences of this field as follows:

The access network shall set the *i*th occurrence of this field as follows:

If the system on the CDMA Channel corresponding to the *i*th Channel record (see 14.1) that has SystemType equal to 0x01 supports the Forward Packet Data Channel (see [3]), the access terminal shall set the *i*th occurrence of this field to '1'. Otherwise, the access network shall set the *i*th occurrence of this field to '0'.

Reserved    The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

---

[63] WindowSize is pilot's search window size in PN chips.

Connection Layer                                                              TIA-856-B

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

## 8.8.6.2.6 AttributeOverride

The access network may send this message in order to override the configured values for the attributes includes in this message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

One or more instances of the following record:

| AttributeRecord | variable |
|---|---|

MessageID               The access network shall set this field to 0x05.

MessageSequence    The access network shall set this to 1 higher than the MessageSequence field of the last AttributeOverride message (modulo $2^S$, S=8) sent to this access terminal.

The access network shall include one or more instances of the following record:

AttributeRecord       The access network shall set this record to the attribute record that the access terminal is to use to override the values of the configured attribute specified by the AttributeID of this record. See 14.3 for the format of the attributes. The access network shall not include more than one AttributeRecord with the same AttributeID in this message. The access network shall include exactly one instance of attribute values per AttributeID. The access network shall set the ValueID associated with the complex attributes to zero. The valid attribute records that can be included in this message are SetManagementSameChannelParameters and SetManagementDifferentChannelParameters.

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

## 8.8.6.2.7 AttributeOverrideResponse

The access terminal sends the AttributeOverrideResponse message to provide an acknowledgment for the AttributeOverride message.

Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

MessageID                  The access network shall set this field to 0x06.

MessageSequence            The access terminal shall set this field to the MessageSequence field of the AttributeOverride message whose receipt this message is acknowledging.

| Channels | RTC |
|---|---|
| Addressing | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

## 8.8.6.2.8 RouteUpdateRequest

The access network sends a RouteUpdateRequest message to request the access terminal to send a RouteUpdate message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| SectorCount | 0 or 4 |

SectorCount occurrences of the following field:

| SectorPilotPN | 9 |
|---|---|

| SectorSearchWindowSizeIncluded | 0 or 1 |
|---|---|

SectorCount occurrences of the following field:

| SectorSearchWindowSize | 0 or 4 |
|---|---|

| SectorSearchWindowOffsetIncluded | 0 or 1 |
|---|---|

SectorCount occurrences of the following field:

| SectorSearchWindowOffset | 0 or 3 |
|---|---|

| Reserved | 0 – 7 (as needed) |
|---|---|

MessageID                  The access network shall set this field to 0x07.

| | | |
|---|---|---|
| ChannelIncluded | | If SupportRouteUpdateEnhancements is less than 0x02 or if this message is being sent on the Control Channel, the access network shall set this field to '0'. Otherwise, the access network may set this field to '1' to indicate that the Channel field is included or to '0' to indicate that the Channel field is not included. |
| Channel | | If ChannelIncluded is set to '0', the access network shall omit this field.  Otherwise, the access network shall set this field to a Channel record specification. See 14.1 for the Channel record format. The access network shall set the SystemType field of this record to 0x00 if SupportRouteUpdateEnhancements is equal to 0x02.  The access network shall set SystemType field of this record to 0x00 or 0x01 if SupportRouteUpdateEnhancements is equal to 0x03. |
| SectorCount | | If ChannelIncluded is set to '0', the access network shall omit this field. Otherwise, the access network shall set this field to the number of records specifying neighboring sectors information included in this message. |
| SectorPilotPN | | The access network shall set this field to the PN Offset of a neighboring sector for which the access terminal is to report pilot strength information. |
| SectorSearchWindowSizeIncluded | | If ChannelIncluded is set to '0', the access network shall omit this field.  Otherwise, the access network shall set this field to '1' if SectorSearchWindowSize field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'. |
| SectorSearchWindowSize | | The access network shall omit this field if SectorSearchWindowSizeIncluded is set to '0'.  If SectorSearchWindowSizeIncluded is set to '1', the access network shall set this field to the value shown in Table 8.8.6.2.8-1 corresponding to the search window size to be used by the access terminal for the neighbor pilot. The $n^{\text{th}}$ occurrence of this field corresponds to the $n^{\text{th}}$ occurrence of SectorPilotPN in the record that contains the SectorPilotPN field above. |

**Table 8.8.6.2.8-1. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

SectorSearchWindowOffsetIncluded

If ChannelIncluded is set to '0', the access network shall omit this field. Otherwise, the access network shall set this field to '1' if SectorSearchWindowOffset field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

SectorSearchWindowOffset

The access network shall omit this field if SectorSearchWindowOffsetIncluded is set to '0'. If SectorSearchWindowOffsetIncluded is set to '1', the access network shall set this field to the value shown in Table 8.8.6.2.8-2 corresponding to the search window offset to be used by the access terminal for the neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of SectorPilotPN in the record that contains the SectorPilotPN field above.

**Table 8.8.6.2.8-2. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|---|---|
| 0 | 0 |
| 1 | WindowSize[64] /2 |
| 2 | WindowSize |
| 3 | $3 \times$ WindowSize /2 |
| 4 | - WindowSize /2 |
| 5 | - WindowSize |
| 6 | $-3 \times$ WindowSize /2 |
| 7 | Reserved |

Reserved            The access network shall add reserved bits to make the length of the entire message equal to an integer number of octets.  The access network shall set this field to 0.  The access terminal shall ignore this field.

| **Channels** | FTC     CC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

8.8.6.2.9 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute value for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x52.

TransactionID      The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

---

[64] WindowSize is pilot's search window size in PN chips.

TIA-856-B                                                          Connection Layer

| **Channels** | FTC     RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

8.8.6.2.10 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID            The sender shall set this field to 0x53.

TransactionID        The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC     RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

8.8.6.2.11 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID            The access network shall set this field to 0x54.

TransactionID        The access network shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

8.8.6.3 Interface to Other Protocols

8.8.6.3.1 Commands Sent

This protocol sends the following commands:

1  • *ReverseTrafficChannelMAC.Activate*

2  • *ReverseTrafficChannelMAC.Deactivate*

3  • *ForwardTrafficChannelMAC.Activate*

4  • *ForwardTrafficChannelMAC.Deactivate*

5  • *AccessChannelMAC.Activate*

6  • *AccessChannelMAC.Deactivate*

7  8.8.6.3.2 Indications

8  This protocol registers to receive the following indications:

9  • *ReverseTrafficChannelMAC.LinkAcquired*

10  • *OverheadMessages.Updated*

11  8.8.7 Configuration Attributes

12  Unless specified otherwise, the access terminal and the access network shall not use the
13  Generic Attribute Update Protocol to update configurable attributes belonging to the
14  Default Route Update Protocol. If the value of the SupportRouteUpdateEnhancements
15  attribute is not 0x00, then the access terminal and the access network shall support the
16  use of the Generic Attribute Update Protocol to update values of the following attributes
17  belonging to the Default Route Update Protocol:

18  • RouteUpdateRadiusMultiply

19  • RouteUpdateRadiusAdd

20  If the value of the SupportRouteUpdateEnhancements attribute is 0x00, then the access
21  network shall not include the RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd
22  attributes in an AttributeUpdateRequest message.

23  8.8.7.1 Simple Attributes

24  The configurable simple attributes for this protocol are listed in Table 8.8.7.1-1. The access
25  terminal shall not include these simple attributes in a ConfigurationRequest message or an
26  AttributeUpdateRequest message.

27  The access terminal and access network shall use as defaults the values in Table 8.8.7.1-1
28  that are typed in ***bold italics***.

**Table 8.8.7.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x03 | SetManagementOverrideAllowed | *0x00* | The SetManagementSameChannelParameters and SetManagementDifferentChannel Parameters attributes in the AttributeOverride message are discarded. |
| | | 0x01 | The SetManagementSameChannelParameters and SetManagementDifferentChannel Parameters attributes in the AttributeOverride message are acted upon. |
| | | 0x02-0xff | Reserved |
| 0xff | RouteUpdateRadiusMultiply | 0x00 | Distance-based registration is disabled. |
| | | *0x0a* | Multiplier for the Route update radius is 1. |
| | | 0x01 to 0x64 | Multiplier for the Route update radius in units of 0.1. |
| | | All other values | Reserved |
| 0xfe | RouteUpdateRadiusAdd | *0x0000* | Addition to the Route update radius is zero. |
| | | 0x0001 to 0x0fff | Addition to the Route update radius expressed as 2's complement value. |
| | | All other values | Reserved |
| 0xfd | SupportRouteUpdateEnhancements | *0x00* | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message is not supported. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x01 | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message without Channel Record is supported. |
| | | 0x02 | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message with Channel Record whose SystemType is equal to 0x00 is supported. |
| | | 0x03 | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message with Channel Record whose SystemType is equal to 0x00 and 0x01 is supported. |
| | | All other values | Reserved |

8.8.7.2 Complex Attributes

The following complex attributes and default values are defined (see 14.3 for attribute record definition). The following complex attributes are to be used only by the access network in a ConfigurationRequest message:

• SearchParameters

• SetManagementSameChannelParameters

• SetManagementDifferentChannelParameters

The following complex attributes are to be used only by the access terminal in a ConfigurationRequest message:

• SupportedCDMAChannels

8.8.7.2.1 SearchParameters Attribute

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| PilotIncrement | 4 | 4 |
| SearchWindowActive | 4 | 8 |
| SearchWindowNeighbor | 4 | 10 |
| SearchWindowRemaining | 4 | 10 |

Length
Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID
The access network shall set this field to 0x00.

ValueID
This field identifies this particular set of values for the attribute. The access network shall increment this field for each complex attribute-value record for a particular attribute.

PilotIncrement
The access network shall set this field to the pilot PN sequence increment, in units of 64 PN chips, that access terminals are to use for searching the Remaining Set. The access network should set this field to the largest increment such that the pilot PN sequence offsets of all its neighbor access networks are integer multiples of that increment. The access terminal shall support all the valid values for this field.

SearchWindowActive
Search window size for the Active Set and Candidate Set. The access network shall set this field to the value shown in Table 8.8.6.2-4 corresponding to the search window size to be used by the access terminal for the Active Set and Candidate Set. The access terminal shall support all the valid values specified by this field.

SearchWindowNeighbor
Search window size for the Neighbor Set. The access network shall set this field to the value shown in Table 8.8.6.2-4 corresponding to the search window size to be used by the access terminal for the Neighbor Set. The access terminal shall support all the valid values specified by this field.

SearchWindowRemaining
Search window size for the Remaining Set. The access network shall

set this field to the value shown in Table 8.8.6.2-4 corresponding to the search window size to be used by the access terminal for the Remaining Set. The access terminal shall support all the valid values specified by this field.

### 8.8.7.2.2 SetManagementSameChannelParameters Attribute

The access terminal shall use these attributes if the pilot being compared is on the same channel as the active set pilots' channel.

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| PilotAdd | 6 | 0x0e |
| PilotCompare | 6 | 0x05 |
| PilotDrop | 6 | 0x12 |
| PilotDropTimer | 4 | 3 |
| DynamicThresholds | 1 | 0 |
| SoftSlope | 0 or 6 | N/A |
| AddIntercept | 0 or 6 | N/A |
| DropIntercept | 0 or 6 | N/A |
| NeighborMaxAge | 4 | 0 |
| Reserved | variable | N/A |

}

Length                          Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                     The access network shall set this field to 0x01.

ValueID                         This field identifies this particular set of values for the attribute. The access network shall increment this field for each complex attribute-value record for a particular attribute.

PilotAdd                        This value is used by the access terminal to trigger a RouteUpdate in the Connected State. The access network shall set this field to the pilot detection threshold, expressed as an unsigned binary number

TIA-856-B                                                    Connection Layer

equal to $\lfloor -2 \times 10 \times \log10 \ \text{Ec}/\text{I}_0 \rfloor$. The value used by the access terminal is –0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

PilotDrop          This value is used by the access terminal to start a pilot drop timer for a pilot in the Active Set or the Candidate Set. The access network shall set this field to the pilot drop threshold, expressed as an unsigned binary number equal to $\lfloor -2 \times 10 \times \log10 \ \text{Ec}/\text{I}_0 \rfloor$. The value used by the access terminal is –0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

PilotCompare       Active Set versus Candidate Set comparison threshold, expressed as a 2's complement number. The access terminal transmits a RouteUpdate message when the strength of a pilot in the Candidate Set exceeds that of a pilot in the Active Set by this margin. The access network shall set this field to the threshold Candidate Set pilot to Active Set pilot ratio, in units of 0.5 dB. The access terminal shall support all the valid values specified by this field.

PilotDropTimer     Timer value after which an action is taken by the access terminal for a pilot that is a member of the Active Set or Candidate Set, and whose strength has not become greater than the value specified by PilotDrop. If the pilot is a member of the Active Set, a RouteUpdate message is sent in the Connected State. If the pilot is a member of the Candidate Set, it will be moved to the Neighbor Set. The access network shall set this field to the drop timer value shown in Table 8.8.7.2.2-1 corresponding to the pilot drop timer value to be used by access terminals. The access terminal shall support all the valid values specified by this field.

**Table 8.8.7.2.2-1. Pilot Drop Timer Values**

| PilotDropTimer | Timer Expiration (seconds) | PilotDropTimer | Timer Expiration (seconds) |
|---|---|---|---|
| 0 | < 0.1 | 8 | 27 |
| 1 | 1 | 9 | 39 |
| 2 | 2 | 10 | 55 |
| 3 | 4 | 11 | 79 |
| 4 | 6 | 12 | 112 |
| 5 | 9 | 13 | 159 |
| 6 | 13 | 14 | 225 |
| 7 | 19 | 15 | 319 |

DynamicThresholds   This field shall be set to '1' if the following three fields are included in this record. Otherwise, this field shall be set to '0'.

SoftSlope   This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to an unsigned binary number, which is used by the access terminal in the inequality criterion for adding a pilot to the Active Set or dropping a pilot from the Active Set. The access terminal shall support all the valid values specified by this field.

AddIntercept   This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to a 2's complement signed binary number in units of dB. The access terminal shall support all the valid values specified by this field.

DropIntercept   This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to a 2's complement signed binary number in units of dB. The access terminal shall support all the valid values specified by this field.

NeighborMaxAge   The access network shall set this field to the maximum AGE value beyond which the access terminal is to drop members from the Neighbor Set. The access terminal shall support all the valid values specified by this field.

Reserved   The access network shall set this field to zero. The access terminal shall ignore this field. The length of this field shall be such that the attribute value record is octet-aligned.

1   8.8.7.2.3 SetManagementDifferentChannelParameters Attribute

2   The access terminal shall use these attributes if the pilot being compared is on a channel
3   that is different from the active set pilots' channel.
4

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| PilotAdd | 6 | 0x0e |
| PilotCompare | 6 | 0x05 |
| PilotDrop | 6 | 0x12 |
| PilotDropTimer | 4 | 3 |
| DynamicThresholds | 1 | 0 |
| SoftSlope | 0 or 6 | N/A |
| AddIntercept | 0 or 6 | N/A |
| DropIntercept | 0 or 6 | N/A |
| NeighborMaxAge | 4 | 0 |
| Reserved | variable | N/A |

}

5   Length                    Length of the complex attribute in octets. The access network shall
6                             set this field to the length of the complex attribute excluding the
7                             Length field.

8   AttributeID               The access network shall set this field to 0x02.

9   ValueID                   This field identifies this particular set of values for the attribute. The
10                            access network shall increment this field for each complex attribute-
11                            value record for a particular attribute.

12  PilotAdd                  This value is used by the access terminal to trigger a RouteUpdate in
13                            the Connected State. The access network shall set this field to the
14                            pilot detection threshold, expressed as an unsigned binary number
15                            equal to $\lfloor - 2 \times 10 \times \log10\ Ec/I_0 \rfloor$. The value used by the access
16                            terminal is −0.5 dB times the value of this field. The access terminal
17                            shall support all the valid values specified by this field.

PilotDrop    This value is used by the access terminal to start a pilot drop timer for a pilot in the Active Set or the Candidate Set. The access network shall set this field to the pilot drop threshold, expressed as an unsigned binary number equal to $\lfloor - 2 \times 10 \times \log 10 \ Ec/I_0 \rfloor$. The value used by the access terminal is −0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

PilotCompare    Active Set versus Candidate Set comparison threshold, expressed as a 2's complement number. The access terminal transmits a RouteUpdate message when the strength of a pilot in the Candidate Set exceeds that of a pilot in the Active Set by this margin. The access network shall set this field to the threshold Candidate Set pilot to Active Set pilot ratio, in units of 0.5 dB. The access terminal shall support all the valid values specified by this field.

PilotDropTimer    Timer value after which an action is taken by the access terminal for a pilot that is a member of the Active Set or Candidate Set, and whose strength has not become greater than the value specified by PilotDrop. If the pilot is a member of the Active Set, a RouteUpdate message is sent in the Connected State. If the pilot is a member of the Candidate Set, it will be moved to the Neighbor Set. The access network shall set this field to the drop timer value shown in Table 8.8.7.2.2-1 corresponding to the pilot drop timer value to be used by access terminals. The access terminal shall support all the valid values specified by this field.

DynamicThresholds    This field shall be set to '1' if the following three fields are included in this record. Otherwise, this field shall be set to '0'.

SoftSlope    This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to an unsigned binary number, which is used by the access terminal in the inequality criterion for adding a pilot to the Active Set or dropping a pilot from the Active Set. The access terminal shall support all the valid values specified by this field.

AddIntercept    This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to a 2's complement signed binary number in units of dB. The access terminal shall support all the valid values specified by this field.

DropIntercept    This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to a 2's complement signed binary number in units of dB. The access terminal shall support all the valid values specified by this field.

TIA-856-B                                                                        Connection Layer

1   NeighborMaxAge         The access network shall set this field to the maximum AGE value
2                          beyond which the access terminal is to drop members from the
3                          Neighbor Set. The access terminal shall support all the valid values
4                          specified by this field.

5   Reserved               The access network shall set this field to zero. The access terminal
6                          shall ignore this field. The length of this field shall be such that the
7                          attribute value record is octet-aligned.

8   8.8.7.2.4 SupportedCDMAChannels Attribute

9   The access terminal uses this attribute to convey to the access network the CDMA
10  Channels supported by the access terminal.

11

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---|---|---|
| BandClassCount | 8 | 0 |

BandClassCount occurrences of the following record:

{

| BandClass | 5 | N/A |
|---|---|---|
| BandSubClassCount | 8 | N/A |

BandSubClassCount occurrences of the following field:

| BandSubClass | 8 | N/A |
|---|---|---|

}

| Reserved | 0 – 7 (as needed) | N/A |
|---|---|---|

}

12  Length                 Length of the complex attribute in octets. The access terminal shall
13                         set this field to the length of the complex attribute excluding the
14                         Length field.

15  AttributeID            The access terminal shall set this field to 0x04.

16  ValueID                This field identifies this particular set of values for the attribute. The
17                         access terminal shall set this field to an identifier assigned to this
18                         complex value.

| | |
|---|---|
| BandClassCount | The access terminal shall set this field to the number of occurrences of the BandClass field in this complex value. |
| BandClass | The access terminal shall set this field to the band class supported by the access terminal. |
| BandSubClassCount | The access terminal shall set this field to the number of band sub-classes supported by the access terminal in this band class. |
| BandSubClass | The access terminal shall set this field to the band sub-class supported by the access terminal. |
| Reserved | The access terminal shall add reserved bits to make the length of each attribute value record equal to an integer number of octets. The access terminal shall set this field to zero. The access network shall ignore this field. |

8.8.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{RUPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{RUPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{RUPActive}$ | Maximum size of the Active Set | 6 |
| $N_{RUPCandidate}$ | Maximum size of the Candidate Set | 6 |
| $N_{RUPNeighbor}$ | Minimum size of the Neighbor Set | 20 |

8.8.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This protocol defines the following parameter record in addition to the configuration attributes for this protocol.

8.8.9.1 RouteUpdate Parameter

The following parameter shall be included in the Session State Information record only if the Session State Information is being transferred while the connection is open.

1   **Table 8.8.9.1-1. The Format of the Parameter Record for the RouteUpdate Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| TCAMessageSequence | 8 |
| RUPMessageSequence | 8 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| FrameOffset | 4 |
| DRCLength | 2 |
| DRCChannelGainBase | 6 |
| ACKChannelGain | 6 |
| NumPilots | 4 |

NumPilots occurrences of the following fields

| | |
|---|---|
| PilotPN | 9 |
| SectorID | 128 |
| SofterHandoff | 1 |
| MACIndexLSBs | 6 |
| DRCCover | 3 |
| RABLength | 2 |
| RABOffset | 3 |

| | |
|---|---|
| Reserved | Variable |

2   ParameterType          This field shall be set to 0x01 for this parameter record.

3   Length                 This field shall be set to the length of this parameter record in units
4                          of octets excluding the Length field.

5   TCAMessageSequence
6                          This field shall be set to the MessageSequence field of the last
7                          TrafficChannelAssignment message that was sent by the source
8                          access network.

9   RUPMessageSequence
10                         This field shall be set to the MessageSequence field of the last
11                         RouteUpdate message that was received by the source access
12                         network.

Connection Layer                                                            TIA-856-B

| | |
|---|---|
| ChannelIncluded | This field shall be set to the ChannelIncluded field in the last TrafficChannelAssignment message that was sent by the source access network. |
| Channel | This field shall be included only if the ChannelIncluded field is set to '1'. If included, this field shall be set to the last Channel field of the last TrafficChannelAssignment message that was sent by the source access network. |
| FrameOffset | This field shall be set to the FrameOffset field in the last TrafficChannelAssignment message that was sent by the source access network. |
| DRCLength | This field shall be set to the DRCLength field in the last TrafficChannelAssignment message that was sent by the source access network. |
| DRCChannelGainBase | This field shall be set to the DRCChannelGainBase field in the last TrafficChannelAssignment message that was sent by the source access network. |
| ACKChannelGain | This field shall be set to the ACKChannelGain field in the last TrafficChannelAssignment message that was sent by the source access network. |
| NumPilots | This field shall be set to the NumPilots field in the last TrafficChannelAssignment message that was sent by the source access network. |
| PilotPN | This field shall be set to the corresponding PilotPN field in the last TrafficChannelAssignment message that was sent by the source access network. |
| SectorID | This field shall be set to the SectorID corresponding to the sector associated with the PilotPN specified above. |
| SofterHandoff | This field shall be set to the corresponding SofterHandoff field in the last TrafficChannelAssignment message that was sent by the source access network. |
| MACIndexLSBs | This field shall be set to the corresponding MACIndexLSBs field in the last TrafficChannelAssignment message that was sent by the source access network. |

TIA-856-B                                                          Connection Layer

DRCCover            This field shall be set to the corresponding DRCCover field in the last TrafficChannelAssignment message that was sent by the source access network.

RABLength           This field shall be set to the corresponding RABLength field in the last TrafficChannelAssignment message that was sent by the source access network.

RABOffset           This field shall be set to the corresponding RABOffset field in the last TrafficChannelAssignment message that was sent by the source access network.

Reserved            The number of bits in this field is equal to the number needed to make the length of this parameter record length an integer number of octets. This field shall be set to all zeros.

8.8.9.2 ExtendedRouteUpdate Parameter

The following parameter shall be included in the Session State Information record only if the Session State Information is being transferred while the connection is open, and if MACIndexMSB fields were included in the last TrafficChannelAssignment message that was sent by the source access network.

**Table 8.8.9.2-1. The Format of the Parameter Record for the ExtendedRouteUpdate Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| NumPilots | 4 |
| NumPilots occurrences of the following field: | |
| MACIndexMSB | 1 |

| Field | Length (bits) |
|---|---|
| DSCChannelGainBase | 5 |
| NumCells | 4 |
| NumCells occurrences of the following field: | |
| DSC | 3 |

| Field | Length (bits) |
|---|---|
| Reserved | 0 – 7 (as needed) |

ParameterType       This field shall be set to 0x02 for this parameter record.

Length              This field shall be set to the length of this parameter record in units of octets excluding the Length field.

NumPilots          This field shall be set to the NumPilots field in the last TrafficChannelAssignment message that was sent by the source access network.

MACIndexMSB        This field shall be set to the corresponding MACIndexMSB field in the last TrafficChannelAssignment message that was sent by the source access network.

DSCChannelGainBase
                   This field shall be set to the DSCChannelGainBase field in the last TrafficChannelAssignment message that was sent by the source access network.

NumCells           This field shall be set to the number of DSC fields included in the last TrafficChannelAssignment message that was sent by the source access network.

DSC                This field shall be set to the corresponding DSC field in the last TrafficChannelAssignment message that was sent by the source access network.

Reserved           The number of bits in this field is equal to the number needed to make the length of this parameter record length an integer number of octets. This field shall be set to all zeros.

8.8.9.3 AttributeOverrideMessageSequence Parameter

The following parameter shall be included in the Session State Information Record only if the Session State Information is being transferred while the Connection is open and SetManagementOverrideAllowed is set to 0x01.

**Table 9.7.9.3-1. The Format of the Parameter Record for the
AttributeOverrideMessageSequence Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| AttributeOverrideMessageSequence | 8 |

ParameterType      This field shall be set to 0x03 for this parameter record.

Length             This field shall be set to the length of this parameter record in units of octets excluding the Length field.

AttributeOverrideMessageSequence
                   This field shall be set to the MessageSequence field of the last

Connection Layer

AttributeOverride message that was sent by the source access
network. If the access network has not sent the AttributeOverride
message during this connection, then this field shall be set to 255.

**8.9 Multicarrier Route Update Protocol**

8.9.1 Overview

The Multicarrier Route Update Protocol provides the procedures and messages used by the access terminal and the access network to keep track of the access terminal's approximate location and to maintain the radio link as the access terminal moves between the coverage areas of different sectors.  .  This protocol is not designed to operate with subtype 0, 1, and 2 of the Reverse Traffic Channel MAC Protocol.

This protocol can be in one of three states:

- Inactive State: In this state the protocol waits for an *Activate* command.

- Idle State: This state corresponds to the Air-Link Management Protocol Idle State. In this state, the access terminal autonomously maintains the Active Set. Route update messages from the access terminal to the access network are based on the distance between the access terminal's current serving sector and the serving sector at the time the access terminal last sent an update.

- Connected State: In this state the access network dictates the access terminal's Active Set. Route update messages from the access terminal to the access network are based on changing radio link conditions.

Transitions between states are driven by commands received from Connection Layer protocols and the transmission and reception of the TrafficChannelAssignment message.

The protocol states, messages and commands causing the transition between the states are shown in Figure 8.9.1-1.



**Figure 8.9.1-1. Multicarrier Route Update Protocol State Diagram**

Throughout this protocol a pilot is defined to be specified by a <Pilot PN, CDMA Channel> pair.

This protocol uses parameters that are provided, as public data by the Overhead Messages Protocol, configured attributes, or protocol constants.

Table 8.9.1-1 lists all of the protocol parameters obtained from the public data of the
Overhead Messages Protocol.

**Table 8.9.1-1. Route Update Protocol Parameters that are Public Data of the
Overhead Messages Protocol**

| RU Parameter | Comment |
|---|---|
| Latitude | Latitude of sector in units of 0.25 second |
| Longitude | Longitude of sector in units of 0.25 second |
| RouteUpdateRadiusOverhead | Distance (unless modified by the RouteUpdateRadiusMultiply and/or RouteUpdateRadiusAdd attributes) between the serving sector and the sector in which location was last reported which triggers a new report. If this field is set to zero, then distance triggered reporting is disabled |
| NumNeighbors | Number of neighbors specified in the message |
| NeighborPN | PN Offset of each neighbor in units of 64 PN chips |
| NeighborChannelIncluded | Set to '1' if a Channel Record is included for the neighbor |
| NeighborChannel | Neighbor Channel Record specifying network type and frequency |

8.9.2 Primitives and Public Data

8.9.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

- *Open*

- *Close*

- *SendRouteUpdate*

8.9.2.2 Return Indications

This protocol returns the following indications:

- *ConnectionLost* (access network only)

- *NetworkLost*

- *IdleHO*

- *ActiveSetUpdated*

- *AssignmentRejected*

- *ConnectionInitiated*

1    • *ConnectionOpened*

2    8.9.2.3 Public Data

3    This protocol shall make the following data public:

4    • Subtype for this protocol

5    • All <Pilot PN, CDMA Channel> pairs in the Active Set

6    • The reverse link CDMA channels assigned to the access terminal.

7    • The FeedbackEnable field associated with each sub-Active Set.

8    • If the FeedbackEnabled field associated with the sub-Active Set is set to '1', the reverse
9    link CDMA channel that is used to send the MAC channel information (e.g., DRC, DSC,
10    ACK) associated with each sub-Active Set and the corresponding
11    FeedbackMultiplexingIndex for transmission of DRC, DSC, and ACK channels. If the
12    FeedbackEnabled field associated with the sub-Active Set is set to '0', the above
13    information is not made public.

14    • The DSCForThisSubActiveSetEnabled associated with each of the assigned sub-Active
15    Sets

16    • The pilots in the Active Set that carry Control Channel.

17    • Information provided by the SofterHandoff field in the TrafficChannelAssignment
18    message for every pilot in the Active Set

19    • ForwardTrafficMACIndex and the associated interlaces for every pilot in the Active Set

20    • For each of the reverse CDMA channels assigned to the access terminal, the Active Set
21    member and the corresponding ReverseLinkMACIndex associated with the reverse link
22    CDMA channel.

23    • For each of the reverse CDMA channels assigned to the access terminal, the Active Set
24    member and the corresponding RABMACIndex associated with the reverse link CDMA
25    channel.

26    • Scheduler Group associated with each of the pilots in the Active Set.

27    • The sub-Active Set associated with each DRC Cover channel (see 8.9.6.1.2.5).

28    • The ReverseChannelDroppingRank associated with each of the assigned reverse link
29    CDMA channels.

30    • The MAC Index associated with each of the pilots in a sub-Active Set that is used to
31    carry the DRCLock channel for each of the reverse link CDMA channels[65].

32    • SupportedCDMAChannels attribute

33    • Pilot strength of all pilots in the Active Set

---

[65] In this protocol subtype, the MAC index and the forward CDMA channel that carry the RPC and
DRCLock are the same.

- FrameOffset specified in the TrafficChannelAssignment message

- Current RouteUpdate message

- The PilotReference sub-Active Set as specified in the TrafficChannelAssignment message

8.9.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

8.9.4 Protocol Initialization

8.9.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.9.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.9.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages. The access terminal should send a ConfigurationRequest message containing the SupportedCDMAChannels attribute. If the access terminal sends a ConfigurationRequest message containing the SupportedCDMAChannels attribute, then the access terminal shall include in the attribute all band classes and Band Sub-classes supported by the access terminal.

8.9.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse instance of the protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

       –    SupportedCDMAChannels

- If the InUse instance of the Route Update Protocol has the same subtype as this protocol instance, but the InUse instance of any other protocol in the Connection Layer does not have the same subtype as the corresponding InConfiguration protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Inactive State.

  - The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Idle State.

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of all protocols in the Connection Layer have the same subtype as the corresponding InConfiguration protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The InUse protocol instance at the access terminal shall perform the procedures specified in 8.9.6.1.2.1.

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of the Route Update Protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Inactive State.

  - The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Route Update protocol to the Idle State.

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Route Update Protocol at the access terminal and the access network.

- All the public data that are not defined by this protocol shall be removed from the list of public data for the InUse protocol instance.

### 8.9.5.3 Message Formats

#### 8.9.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | | FTC      RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

8.9.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | | FTC     RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

8.9.6 Procedures and Messages for the InUse Instance of the Protocol

8.9.6.1 Procedures

8.9.6.1.1 Command Processing

8.9.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

- Issue an *AccessChannelMAC.Activate* command,

- Transition to the Idle State.

8.9.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If the protocol receives this command in any other state, the access terminal and the access network shall:

- Issue a *ReverseTrafficChannelMAC.Deactivate* command,

- Issue a *ForwardTrafficChannelMAC.Deactivate* command,

- Issue an *AccessChannelMAC.Deactivate* command,

- Transition to the Inactive State.

8.9.6.1.1.3 Open

If the protocol receives an *Open* command in the Idle State,

- The access terminal shall ignore it.

- The access network shall:

    – Transmit a TrafficChannelAssignment message as follows:

        + The access network should base the TrafficChannelAssignment message on the last RouteUpdate message it received from the access terminal,

        + If the SupportedCDMAChannels attribute contains one or more band classes, then the access network shall assign a Traffic Channel on CDMA Channel(s) supported by the access terminal as indicated by the value of the SupportedCDMAChannels attribute.

        + Channel(s) assigned to the access terminal shall be subject to the constraints specified by the attributes of this protocol and the restrictions made public by the physical layer protocol.

+ The forward interlaces assigned to the access terminal shall be subject to the supported DRX pattern(s) as specified by the SupportedDRXPatterns attribute.

+ The access network shall set the SubActiveSetCarriesControlChannel field of the TrafficChannelAssignment for exactly one sub-Active Set in the access terminal's Active Set.   The access network shall not set the SubActiveSetCarriesControlChannel field associated with a sub-Active Set to '1' unless the sub-Active Set carries power control commands for at least one reverse CDMA channel.[66]

+ The access network shall set the FeedbackEnabled field for the sub-Active Sets that carry power control commands for a reverse CDMA channel to '1'.

+ DRC covers associated with members of the sub-Active Set shall be unique within the sub-Active set

+ No two pilots in the sub-Active Set shall be in the same Pilot Group

− Return a *ConnectionInitiated* indication,

− Issue a *ReverseTrafficChannelMAC.Activate* command including the list of Reverse CDMA Channels that are assigned in the TrafficChannelAssignment message,

− Issue a *ForwardTrafficChannelMAC.Activate* command,

− Issue an *AccessChannelMAC.Deactivate* command,

− Transition to the Connected State.

If this command is received in any other state it shall be ignored.

8.9.6.1.1.4 Close

If the protocol receives a *Close* command in the Connected State the access terminal and the access network shall:

• Issue a *ReverseTrafficChannelMAC.Deactivate* command,

• Issue a *ForwardTrafficChannelMAC.Deactivate* command,

• Issue an *AccessChannelMAC.Activate* command,

• Transition to the Idle State.

If this command is received in any other state it shall be ignored.

---

[66] This is to ensure that there is a ForwardTrafficValid bit in the QuickConfig message associated with the access terminal.

8.9.6.1.2 Pilots and Pilot Sets

The access terminal estimates the strength of the Forward Channel transmitted by each sector in its neighborhood. This estimate is based on measuring the strength of the Forward Pilot Channel, henceforth referred to as the pilot.

When this protocol is in the Connected State, the access terminal uses pilot strengths to decide when to generate RouteUpdate messages.

When this protocol is in the Idle State, the access terminal uses pilot strengths to decide which sector's Control Channel it monitors.

The following pilot sets are defined to support the Route Update process:

- Active Set: The set of pilots  associated with the sectors currently serving the access terminal. When a connection is open, a sector is considered to be serving an access terminal when there is a Forward Traffic Channel assigned to the access terminal. When a connection is not open, a sector is considered to be serving the access terminal when the access terminal is monitoring that sector's control channel.

- Candidate Set: The pilots  that are not in the Active Set, but are received by the access terminal with sufficient strength to indicate that the sectors transmitting them are good candidates for inclusion in the Active Set.

- Neighbor Set: The set of pilots  that are not in either one of the two previous sets, but are likely candidates for inclusion in the Active Set.

- Remaining Set: The set of all possible pilots  excluding the pilots that are in any of the three previous sets.

At any given instant a pilot is a member of exactly one set.

The access terminal maintains all four sets. The access network maintains only the Active Set.

The access terminal complies with the following rules when searching for pilots, estimating the strength of a given pilot, and moving pilots between sets.

8.9.6.1.2.1 Neighbor Set Search Window Parameters Update

The access terminal shall maintain RouteUpdateNeighborList which is a list of structures of type Neighbor (defined below). For each pilot  in the Neighbor Set, the access terminal shall maintain a structure in the RouteUpdateNeighborList.

A Neighbor structure consists of four fields: PilotPN, CDMA Channel, SearchWindowSize, and SearchWindowOffset.

The RouteUpdateNeighborList is used by the access terminal to perform pilot search on a pilot in the Neighbor Set.

When this set of procedures is invoked, the access terminal shall perform the following steps in the order specified:

- For each pilot in the Neighbor Set, the access terminal shall first initialize the corresponding Neighbor structure in RouteUpdateNeighborList as follows:

1    – Set the structure's PilotPN field to the neighbor pilot's PN.

2    – Set the structure's Channel field to the neighbor pilot's channel record.

3    – Set the structure's SearchWindowSize field to the configurable attribute
4      SearchWindowNeighbor.

5    – Set the structure's SearchWindowOffset to zero.

6  • For each pilot listed in the OverheadMessagesNeighborList, the access terminal shall
7    set the non-NULL fields of the corresponding Neighbor structure in the
8    RouteUpdateNeighborList to the fields of the Neighbor structure in the
9    OverheadMessagesNeighborList for this pilot.

10 • For each pilot listed in the NeighborListMessageNeighborList, the access terminal shall
11   set the non-NULL fields of the corresponding Neighbor structure in the
12   RouteUpdateNeighborList to the fields of the Neighbor structure in the
13   NeighborListMessageNeighborList for this pilot.

14 8.9.6.1.2.2 Pilot Search

15 The access terminal shall continually search for pilots in the Connected State and
16 whenever it is monitoring the Control Channel in the Idle State. The access terminal shall
17 search for pilots in all pilot sets. This search shall be governed by the following rules:

18 Search Priority: The access terminal should use the same search priority for pilots in
19     the Active Set and Candidate Set. In descending order of search rate, the access
20     terminal shall search, most often, the pilots in the Active Set and Candidate Set,
21     then shall search the pilots in the Neighbor Set, and lastly shall search the pilots in
22     the Remaining Set.

23 Search Window Size: The access terminal shall use the search window size specified by
24     the configurable attribute SearchWindowActive for pilots in the Active Set and
25     Candidate Set. For each pilot in the Neighbor Set, the access terminal shall use the
26     search window size specified by Table 8.9.6.2-4 and SearchWindowSize field of the
27     corresponding Neighbor structure in the RouteUpdateNeighborList. The access
28     terminal shall use search window size specified by configurable attribute
29     SearchWindowRemaining for pilots in the Remaining Set.

30 Search Window Center: The access terminal should center the search window around
31     the earliest usable multipath component for pilots in the Active Set. The access
32     terminal should center the search window for each pilot in the Neighbor Set around
33     the pilot's PN sequence offset plus the search window offset specified by Table
34     8.9.6.2-5 and SearchWindowOffset field of the corresponding Neighbor structure in
35     the RouteUpdateNeighborList using timing defined by the access terminal's time
36     reference (see 11.4.1.3.6). The access terminal should center the search window
37     around the pilot's PN sequence offset using timing defined by the access terminal's
38     time reference (see 11.4.1.3.6) for the Remaining Set.

8.9.6.1.2.3 Pilot Strength Measurement

The access terminal shall measure the strength of every pilot it searches. The strength estimate formed by the access terminal shall be computed as the sum of the ratios of received pilot energy per chip, $E_c$, to total received spectral density, $I_0$ (signal and noise) for at most $k$ multipath components, where $k$ is the maximum number of multipath components that can be demodulated simultaneously by the access terminal.

8.9.6.1.2.4 Pilot Drop Timer Maintenance

For each pilot, the access terminal shall maintain a pilot drop timer.

If DynamicThresholds is equal to '0', the access terminal shall perform the following:

- The access terminal shall start a pilot drop timer for each pilot in the Candidate Set or the Active Set whenever the strength becomes less than the value specified by PilotDrop. The access terminal shall consider the timer to be expired after the time specified by PilotDropTimer.

- The access terminal shall reset and disable the timer whenever the strength of the pilot becomes greater than the value specified by PilotDrop.

If DynamicThresholds is equal to '1', the access terminal shall perform the following:

- The access terminal shall start a pilot drop timer for each pilot in the Candidate Set whenever the strength of the pilot becomes less than the value specified by PilotDrop The access terminal shall consider the timer value to be expired after the time specified by PilotDropTimer. The access terminal shall reset and disable the timer if the strength of the pilot becomes greater than the value specified by PilotDrop.

- The access terminal shall sort pilots in each Sub-Active Set in order of increasing strengths, i.e., $PS_1 < PS_2 < PS_3 < ... < PS_{N_A}$, where $N_A$ is the number of the pilots in the sub-Active Set. The access terminal shall start the timer whenever the strength $PS_i$ satisfies the following inequality:

$$10 \times \log_{10} PS_i < \max\left( \frac{SoftSlope}{8} \times 10 \times \log_{10} \sum_{j>i} PS_j + \frac{DropIntercept}{2}, -\frac{PilotDrop}{2} \right)$$

$$i = 1, 2, ..., N_A - 1$$

The access terminal shall reset and disable the timer whenever the above inequality is not satisfied for the corresponding pilot.

Sections 8.9.6.1.2.8 and 8.9.6.1.2.9 specify the actions the access terminal takes when the pilot drop timer expires.

8.9.6.1.2.5 Sub-Active Sets

The sub-Active Set associated with a DRC Cover channel is defined to be the set of pilots in the Active Set to which the access terminal can point using the DRC Cover channel. A DRC Cover Channel is specified in the TrafficChannelAssignment message by the Reverse CDMA Channel on which the DRC Cover is transmitted and the

FeedbackMultiplexingIndex associated with that DRC channel. Each pilot in the Active Set belongs to exactly one sub-Active Set.

### 8.9.6.1.2.6 Pilot Groups

Two pilots are defined to belong to the same Pilot Group if both the PN offset and the PilotGroupID associated with the two pilots are the same. The PilotGroupID for a pilot is determined as follows:

- The PilotGroupID associated with a pilot in the Active Set is specified in the TrafficChannelAssignment message.

- If public data of the Overhead Messages protocol specifies the PilotGroupID for a pilot that is not included in the most recently received TrafficChannelAssignment message, then that value is the PilotGroupID for that pilot.

- If public data of the Overhead Messages protocol does not specify the PilotGroupID for a pilot and there is no PilotGroupID specified for the pilot in the most recently received TrafficChannelAssignment message, then the value of the PilotGroupID for that pilot is assumed to be zero.

- The access terminal shall associate a PilotGroupID with each pilot in the Remaining Set that is different from any other PilotGroupID associated with any other pilot.

### 8.9.6.1.2.7 Scheduler Groups

Each pilot in the Active Set belongs to a Scheduler Group[67]. Two pilots are defined to belong to the same Scheduler Group if either of the following conditions is satisfied:

- The SchedulerTagIncluded field of the TrafficChannelAssignment message that assigned the current Active Set is set to '1' and the SchedulerTag associated with the two pilots are the same.

- The SchedulerTagIncluded field of the TrafficChannelAssignment message that assigned the current Active Set is set to '0', and the two pilots are in the same sub-Active Set, and the two pilots are in softer handoff with each other (as identified in the TrafficChannelAssignment message).

If the TrafficChannelAssignment message does not specify the SchedulerTag for a pilot in the Active Set, then the SchedulerTag associated with that pilot is assumed to be a number that is different from all other SchedulerTag specified in the message.

### 8.9.6.1.2.8 Active Set Management

The access terminal shall support a maximum Active Set size of $N_{RUPActive}$ pilots per sub-Active Set.

Rules for maintaining the Active Set are specific to each protocol state (see 8.9.6.1.5 and 8.9.6.1.6).

---

[67] For example, pilots in the same Scheduler Group share the same QNSequence space as specified by the Multi-Link Multi-Flow Packet Application defined in [20].

8.9.6.1.2.9 Candidate Set Management

The access terminal shall support a maximum Candidate Set size of $N_{RUPCandidate}$ pilots. The Candidate Set shall not include multiple pilots in the same Pilot Group. When adding a pilot to the Candidate Set from a certain Pilot Group, the access terminal may choose to add any pilot that belongs to the same Pilot Group. Also, the access terminal may replace at any time a pilot in the Candidate Set with another pilot that belongs to the same Pilot Group.

The access terminal shall add a pilot to the Candidate Set if one of the following conditions is met:

- The pilot does not belong to the same Pilot Group as one of the pilots that is already in the Active Set or Candidate Set and the strength of the pilot exceeds the value specified by PilotAdd.

- Pilot is deleted from the Active Set, the Active Set does not include a pilot in the same Pilot Group as the deleted pilot, its pilot drop timer has expired, DynamicThresholds is equal to '1', and the pilot strength is above the threshold specified by PilotDrop, and the ThisSubActiveSetNotReportable field corresponding to the sub-Active Set to which the pilot belonged was not set to '1' in the TrafficChannelAssignment message that assigned the previous Active Set (i.e., prior to deleting this pilot).

- Pilot is deleted from the Active Set, the Active Set does not include a pilot in the same Pilot Group as the deleted pilot, and the pilot's drop timer has not expired, and the ThisSubActiveSetNotReportable field corresponding to the sub-Active Set to which the pilot belonged was not set to '1' in the TrafficChannelAssignment message that assigned the previous Active Set (i.e., prior to deleting this pilot).

The access terminal shall delete a pilot from the Candidate Set if one of the following conditions is met:

- A pilot in the same Pilot Group is added to the Active Set.

- Pilot's drop timer has expired.

- Pilot is added to the Candidate Set; and, as a consequence, the size of the Candidate Set exceeds $N_{RUPCandidate}$. In this case, the access terminal shall delete the weakest pilot in the set. Pilot A is considered weaker than pilot B:
    – If pilot A has an active drop timer but pilot B does not,
    – If both pilots have an active drop timer and pilot A's drop timer is closer to expiration than pilot B's, or
    – If neither of the pilots has an active drop timer and pilot A's strength is less than pilot B's.

8.9.6.1.2.10 Neighbor Set Management

The access terminal shall support a minimum Neighbor Set size of $N_{RUPNeighbor}$ pilots. The Neighbor Set shall not include multiple pilots in the same Pilot Group. When adding a pilot to the Neighbor Set from a certain Pilot Group, the access terminal may choose to add any

pilot that belongs to the same Pilot Group. Also, the access terminal may replace at any time a pilot in the Neighbor Set with another pilot that belongs to the same Pilot Group. The access terminal shall maintain a counter, AGE, for each pilot in the Neighbor Set as follows.

- If a pilot is added to the Active Set or Candidate Set, then all the pilots in the Neighbor Set that belong to the same Pilot Group as the pilot added to the Active Set or Candidate Set shall be deleted from the Neighbor Set.

- If a pilot in the Neighbor Set is replaced by another pilot belonging to the same Pilot Group, then the same value for the AGE shall be associated with the newly added pilot.

- If a pilot is deleted from the Active Set, but a pilot that belongs to the same Pilot Group is not added to the Candidate Set and the Active Set does not include a pilot that belongs to the same Pilot Group as the deleted pilot and the ThisSubActiveSetNotReportable field corresponding to the sub-Active Set to which the pilot belonged was not set to '1' in the TrafficChannelAssignment message that assigned the previous Active Set (i.e., prior to deleting this pilot), then it shall be added to the Neighbor Set with the AGE of 0.

- If a pilot is deleted from the Candidate Set, but a pilot that belongs to the same Pilot Group is not added to the Active Set and the Active Set does not include a pilot that belongs to the same Pilot Group as the deleted pilot, then it shall be added to the Neighbor Set with the AGE of 0.

- If the size of the Neighbor Set is greater than the maximum Neighbor Set supported by the access terminal, the access terminal shall delete enough pilots from the Neighbor Set such that the size of the Neighbor Set is the maximum size supported by the access terminal and pilots with higher AGE are deleted first.

- If the access terminal receives an *OverheadMessages.Updated* indication, then:

  – The access terminal shall increment the AGE for every pilot in the Neighbor Set.

  – For each pilot in the neighbor list given as public data by the Overhead Messages Protocol that is a member of the Neighbor Set, the access terminal shall perform the following:

    + The access terminal shall set the AGE of this neighbor list pilot to the minimum of its current AGE and NeighborMaxAge.

  – For each pilot in the neighbor list given as public data by the Overhead Messages Protocol (in the order specified in the neighbor list) that is a member of the Remaining Set, the access terminal shall perform the following:

    + If the addition of this neighbor list pilot to the Neighbor Set would not cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal, then the access terminal shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge.

+ If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set contains at least one pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, then the access terminal shall delete the pilot in the Neighbor Set for which the difference between its AGE and the NeighborMaxAge associated with that pilot's channel (i.e., AGE - NeighborMaxAge) is the greatest and shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge associated with the pilot's channel.

+ If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set does not contain a pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, the access terminal shall not add this neighbor list pilot to the Neighbor Set.

- If the access terminal receives a NeighborList message, then:

  - The access terminal shall increment the AGE for every pilot in the Neighbor Set.

  - For each pilot in the neighbor list given in the NeighborList message that is a member of the Neighbor Set, the access terminal shall perform the following:

    + The access terminal shall set the AGE of this neighbor list pilot to the minimum of its current AGE and NeighborMaxAge.

  - For each pilot in the neighbor list given in the NeighborList message (in the order specified in the message) that is a member of the Remaining Set, the access terminal shall perform the following:

    + If the addition of this neighbor list pilot to the Neighbor Set would not cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal, then the access terminal shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge.

    + If the addition of this neighbor list pilot would cause the size of the Neighbor Set to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set contains at least one pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, then the access terminal shall delete the pilot in the Neighbor Set for which the difference between its AGE and the NeighborMaxAge associated with that pilot's channel (i.e., AGE - NeighborMaxAge) is the greatest and shall add this neighbor list pilot to the Neighbor Set with its AGE set to NeighborMaxAge associated with the pilot's channel.

    + If the addition of this neighbor list pilot would cause the Neighbor Set size to increase beyond the maximum Neighbor Set size supported by the access terminal and the Neighbor Set does not contain a pilot with AGE greater than NeighborMaxAge associated with the pilot's channel, the access terminal shall not add this neighbor list pilot to the Neighbor Set.

The access terminal shall perform the procedures specified in 8.9.6.1.2.1 if a pilot  is added to or deleted from the Neighbor Set.

8.9.6.1.2.11 Remaining Set Management

The access terminal shall initialize the Remaining Set to contain all the pilots whose PN offset index is an integer multiple of PilotIncrement and are not already members of any other set.

The access terminal shall add a pilot to the Remaining Set if it deletes the pilot from the Neighbor Set and if a pilot belonging to the same Pilot Group was not added to the Active Set or Candidate Set.

The access terminal shall delete the pilot from the Remaining Set if it adds the pilot or another pilot belonging to the same Pilot Group to another set.

8.9.6.1.2.12 Pilot PN Phase Measurement

The access terminal shall measure the arrival time, PILOT_ARRIVAL, for each pilot reported to the access network. The pilot arrival time shall be the time of occurrence, as measured at the access terminal antenna connector, of the earliest arriving usable multipath component of the pilot. The arrival time shall be measured relative to the access terminal's time reference in units of PN chips. The access terminal shall compute the reported pilot PN phase, PILOT_PN_PHASE, as:

$$PILOT\_PN\_PHASE = (PILOT\_ARRIVAL + (64 \times PILOT\_PN)) \bmod 2^{15},$$

where PILOT_PN is the PN sequence offset index of the pilot.

8.9.6.1.3 Message Sequence Numbers

The access network shall validate all received RouteUpdate messages as specified in 8.9.6.1.3.1.

The access terminal shall validate all received TrafficChannelAssignment messages as specified in 8.9.6.1.3.2.

The RouteUpdate message and the TrafficChannelAssignment message carry a MessageSequence field that serves to flag duplicate or stale messages.

The MessageSequence field of the RouteUpdate message is independent of the MessageSequence field of the TrafficChannelAssignment message.

8.9.6.1.3.1 RouteUpdate Message Validation

When the access terminal first sends a RouteUpdate message, it shall set the MessageSequence field of the message to zero. Subsequently, the access terminal shall increment this field each time it sends a RouteUpdate message.

The access network shall consider all RouteUpdate messages it receives in the Idle State as valid.

The access network shall initialize the receive pointer, *V(R)* to the MessageSequence field of the first RouteUpdate message it received in the Idle State, and the access network shall subsequently set it to the MessageSequence field of each received RouteUpdate message.

When the access network receives a RouteUpdate message in the Connected State, it shall validate the message using the procedure defined in 14.6. The access network shall discard the message if it is invalid.

8.9.6.1.3.2 TrafficChannelAssignment Message Validation

The access network shall set the MessageSequence field of the TrafficChannelAssignment message it sends in the Idle State to zero. Subsequently, each time the access network sends a new TrafficChannelAssignment message in the Connected State, it shall increment this field. If the access network is sending the same message multiple times, it shall not change the value of this field between transmissions.[68]

The access terminal shall initialize the receive pointer, *V(R)*, to the MessageSequence field of the TrafficChannelAssignment message that it receives in the Idle State.

When the access terminal receives a TrafficChannelAssignment message in the Connected State, it shall validate the message using the procedure defined in 14.6. The access terminal shall discard the message if it is invalid.

8.9.6.1.4 Inactive State

Upon entering this state, the access terminal shall perform the following:

- The access terminal shall set the Active Set, the Candidate Set, and the Neighbor Set to NULL.

- The access terminal shall initialize the Remaining Set to contain all the pilots whose PN offset index is an integer multiple of PilotIncrement and are not already members of any other set.

- The access terminal shall perform the following in the order specified:
  – Remove all Neighbor structures from OverheadMessagesNeighborList.
  – Remove all Neighbor structures from NeighborListMessageNeighborList.
  – Perform the procedures specified in 8.9.6.1.2.1.

- The access terminal shall set $(x_L, y_L)$, the longitude and latitude of the sector in whose coverage area the access terminal last sent a RouteUpdate message, to (NULL, NULL).

8.9.6.1.5 Idle State

In this state, RouteUpdate messages from the access terminal are based on the distance between the sector where the access terminal last sent a RouteUpdate message and the sector currently in its active set.

---

[68] The access network may send a message multiple times to increase its delivery probability.

The access network sends the TrafficChannelAssignment message to open a connection in this state.

Upon entering this state, the access terminal shall perform the following:

- Remove all Neighbor structures from NeighborListMessageNeighborList and perform the procedures specified in 8.9.6.1.2.1.

8.9.6.1.5.1 Active Set Maintenance

The access network shall not initially maintain an Active Set for the access terminal in this state.

If the access network receives an *Open* command, prior to sending a TrafficChannelAssignment message, the access network shall initialize the Active Set to the set of pilots in the TrafficChannelAssignment message that it sends in response to command (see 8.9.6.1.1.3).

The access terminal shall initially keep an Active Set of size one when it is in the Idle State. The Active Set pilot shall be the pilot associated with the Control Channel the access terminal is currently monitoring. The access terminal shall return an *IdleHO* indication when the Active Set changes in the Idle State.

The access terminal shall not change its Active Set pilot at a time that causes it to miss a synchronous Control Channel capsule. Other rules governing when to replace this Active Set pilot are beyond the scope of this specification.

If the access terminal receives a TrafficChannelAssignment message, it shall set its Active Set to the list of pilots specified in the message if the TrafficChannelAssignment message does not contain an AssignedChannel Record, or if the TrafficChannelAssignment message contains a AssignedChannel Record and the access terminal supports the CDMA Channel specified by the AssignedChannel Record.

8.9.6.1.5.2 Pilot Channel Supervision in the Idle State

The access terminal shall perform pilot channel supervision in the Idle State as follows:

- Access terminal shall monitor the pilot strength of the pilot in its active set, all the pilots in the Candidate Set and all the pilots in the neighbor set that are on the same frequency.

- If the strength of all the pilots that the access terminal is monitoring goes below the value specified by PilotDrop, the access terminal shall start a pilot supervision timer. The access terminal shall consider the timer to be expired after the time specified by PilotDropTimer.

- If the strength of at least one of the pilots goes above the value specified by PilotDrop while the pilot supervision timer is counting down, the access terminal shall reset and disable the timer.

- If the pilot supervision timer expires, the access terminal shall return a *NetworkLost* indication.

8.9.6.1.5.3 Processing the TrafficChannelAssignment Message in the Idle State

If the access terminal receives a TrafficChannelAssignment message in this state, it shall, perform the following if the TrafficChannelAssignment message does not contain an AssignedChannel Record, or if the TrafficChannelAssignment message contains an AssignedChannel Record and the access terminal supports the CDMA Channel specified by the AssignedChannel Record:

- Update its Active Set as described in 8.9.6.1.2.8

- Set the following public data of the Forward Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

    - DRCLength for each of the assigned sub-Active Sets

    - ACKChannelGain for each of the assigned sub-Aactive Sets

    - DRCCover for every pilot in the Active Set

    - AuxDRCCover (if assigned) for every pilot in the Active Set

    - DSC for every cell in the Active Set

- If the Forward Traffic Channel MAC protocol defines the DRCChannelGainBase as a public data, then set that public data to the DRCChannelGainBase field of the TrafficChannelAssignment message. Otherwise, set the DRCChannelGain public data of the Forward Traffic Channel MAC protocol to the DRCChannelGainBase field of the TrafficChannelAssignment message.

- If the Forward Traffic Channel MAC protocol defines the DSCChannelGainBase as a public data, then set that public data to the DSCChannelGainBase field of the TrafficChannelAssignment message.

- Set the following public data of the Reverse Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

    - RAChannelGain for every pilot in the Active Set

- Return a *ConnectionInitiated* Indication,

- If the AssignedChannel Record is included in the message, the access terminal shall tune to the CDMA Channels specified by the CDMA AssignedChannel Records associated with each pilot included in the message.

- Issue the following commands:

    - *ReverseTrafficChannelMAC.Activate* with a parameter that indicates the reverse CDMA channel(s) that are assigned by the TrafficChannelAssignment message.

    - *ForwardTrafficChannelMAC.Activate*

    - *AccessChannelMAC.Deactivate*

- Transition to the Connected State.

8.9.6.1.5.4  Route Update Report Rules

The access terminal shall send RouteUpdate messages to update its location with the access network.

The access terminal shall not send a RouteUpdate message if the state timer of the Connection Setup State in the Idle State Protocol is active.

The access terminal shall comply with the following rules regarding RouteUpdate messages:

- The access terminal shall send a *RouteUpdate* message upon receiving a *SendRouteUpdate* command.

- If the value of the SupportRouteUpdateEnhancements attribute is not 0x00, then the access terminal shall send a RouteUpdate message whenever it receives a RouteUpdateRequest message.

- The access terminal shall send a RouteUpdate message with every access channel capsule transmitted by the access terminal.

- The access terminal shall include in the RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for exactly one pilot in each Pilot Group in the Active Set and Candidate Set.

- The access terminal shall send a RouteUpdate message if all of the following conditions are true:

  – the RouteUpdateRadiusOverhead field of the SectorParameters message is not set to zero, and

  – the value of the RouteUpdateRadiusMultiply attribute is not 0x00, and

  – the computed value r is greater than max ( 0, rm × ro + ra ), where ro is the value provided in the RouteUpdateRadiusOverhead field of the SectorParameters message transmitted by the sector in which the access terminal last sent a RouteUpdate message, rm is the value of the RouteUpdateRadiusMultiply attribute, and ra is the value of the RouteUpdateRadiusAdd attribute.

If ($x_L$, $y_L$) are the longitude and latitude of the sector to which the access terminal last sent a RouteUpdate, and ($x_C$, $y_C$) are the longitude and latitude of the sector currently providing coverage to the access terminal, then $r$ is given by[69]

$$r = \left\lfloor \frac{\sqrt{\left[(x_C - x_L) \times \cos\left(\frac{\pi}{180} \times \frac{y_L}{14400}\right)\right]^2 + \left[y_C - y_L\right]^2}}{16} \right\rfloor$$

---

[69] The *x*'s denote longitude and the *y*'s denote latitude.

The access terminal shall compute $r$ with an error of no more than ±5% of its true value when $|y_L/14400|$ is less than 60 and with an error of no more than ±7% of its true value when $|y_L/14400|$ is between 60 and 70.[70]

If the value of the SupportRouteUpdateEnhancements attribute is 0x00, then the access network shall not send a RouteUpdateRequest message. If the value of the SupportRouteUpdateEnhancements attribute is not 0x00, then the access network may send a RouteUpdateRequest message.

### 8.9.6.1.6 Connected State

In this state, RouteUpdate messages from the access terminal are based on changes in the radio link between the access terminal and the access network, obtained through pilot strength measurements at the access terminal.

The access network determines the contents of the Active Set through TrafficChannelAssignment messages.

### 8.9.6.1.6.1 Access Terminal Requirements

In the Connected State, the access terminal shall perform the following:

- If the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication the access terminal shall:
  - Send a TrafficChannelComplete message with the MessageSequence field of the message set to the MessageSequence field of the TrafficChannelAssignment message,
  - Return a *ConnectionOpened* indication.

### 8.9.6.1.6.2 Access Network Requirements

In the Connected State, the access network shall perform the following:

- If the protocol receives a *ReverseTrafficChannelMAC.LinkAcquired* indication the access network shall return a *ConnectionOpened* indication.

### 8.9.6.1.6.3 Active Set Maintenance

### 8.9.6.1.6.3.1 Access Network

Whenever the access network sends a TrafficChannelAssignment message to the access terminal, it shall add to the Active Set any pilots listed in the message that are not currently in the Active Set.

Upon sending a TrafficChannelAssignment message to the access terminal the access network shall issue the following command:

- A *ReverseTrafficChannelMAC.Activate* command including the list of reverse CDMA channels that this TrafficChannelAssignment message has added.

---

[70] $x_L$ and $y_L$ are given in units of 1/4 seconds. $x_L/14400$ and $y_L/14400$ are in units of degrees.

Upon receiving the TrafficChannelComplete message, the access network shall perform the following:

• A *ReverseTrafficChannelMAC.Deactivate* command including the list of reverse CDMA channels that the corresponding TrafficChannelAssignment message has removed.

Upon sending a TrafficChannelAssignment message, the access network shall set the following public data of the Forward Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

• DRCLength for each of the assigned sub-Active Sets

• ACKChannelGain for each of the assigned sub-Active  Sets

• DRCCover for every pilot in the Active Set

• AuxDRCCover (if assigned) for every pilot in the Active Set

• DSC for every cell in the Active Set

• If the Forward Traffic Channel MAC protocol defines the DRCChannelGainBase as a public data, then set that public data to the DRCChannelGainBase field of the TrafficChannelAssignment message. Otherwise, set the DRCChannelGain public data of the Forward Traffic Channel MAC protocol to the DRCChannelGainBase field of the TrafficChannelAssignment message.

• If the Forward Traffic Channel MAC protocol defines the DSCChannelGainBase as a public data, then set that public data to the DSCChannelGainBase field of the TrafficChannelAssignment message.

Upon sending a TrafficChannelAssignment message, the access network shall set the following public data of the Reverse Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

• RAChannelGain for every pilot in the Active Set

The access network shall delete a pilot from the Active Set if the pilot was not listed in a TrafficChannelAssignment message and if the access network received the TrafficChannelComplete message, acknowledging that TrafficChannelAssignment message.

The access network should send a TrafficChannelAssignment message to the access terminal in response to changing radio link conditions, as reported in the access terminal's RouteUpdate messages.

The access network should only specify a pilot in the TrafficChannelAssignment message if it has allocated the required resources in the associated sector.

If the SupportedCDMAChannels attribute contains one or more band classes, then the access network shall assign a Traffic Channel on a CDMA Channel supported by the access terminal as indicated by the value of the SupportedCDMAChannels attribute.

If the access network adds or deletes a pilot in the Active Set, it shall send an *ActiveSetUpdated* indication.

If the access network adds a pilot that belongs to the same Pilot Group as a pilot specified in a RouteUpdate message to the Active Set, the access network may use the PilotPNPhase

field provided in the message to obtain a round trip delay estimate from the access terminal to the sector associated with this pilot. The access network may use this estimate to accelerate the acquisition of the access terminal's Reverse Traffic Channel in that sector.

The access network shall not set DRC Length associated with any sub-Active Set in the TrafficChannelAssignment message to less than 4 slots if the Physical Layer Protocol defines the DTXMode as public data, and it is set to '1'.

### 8.9.6.1.6.3.2 Access Terminal

If the access terminal receives a valid TrafficChannelAssignment message (see 8.9.6.1.3.2), it shall replace the contents of its current Active Set with the pilots specified in the message. The access terminal shall process the message as defined in 8.9.6.1.6.6.

Upon receiving a valid TrafficChannelAssignment message, the access terminal shall issue the following commands:

- A *ReverseTrafficChannelMAC.Activate* command including the list of reverse CDMA channels that this TrafficChannelAssignment message has added.

- A *ReverseTrafficChannelMAC.Deactivate* command including the list of reverse CDMA channels that this TrafficChannelAssignment message has removed.

### 8.9.6.1.6.4 ResetReport Message

The access network may send a ResetReport message to reset the conditions under which RouteUpdate messages are sent from the access terminal. Access terminal usage of the ResetReport message is specified in the following section.

### 8.9.6.1.6.5 Route Update Report Rules

The access terminal sends a RouteUpdate message to the access network in this state to request addition or deletion of pilots from its Active Set.

If the access terminal is sending the RouteUpdate message in response to a RouteUpdateRequest message that contains a Channel record, the access terminal shall include in a RouteUpdate message the pilot PN phase, pilot strength, and drop status for pilots whose strength is above the value specified by PilotAdd and subject to the following conditions:

- If the RouteUpdateRequest message contains one or more SectorPilotPN fields, the access terminal shall include pilots in the CDMA channel indicated by the Channel record and that are indicated by the SectorPilotPN fields. Otherwise, the access terminal shall include pilots which are in the CDMA channel indicated by the Channel record.

If the access terminal is not sending the RouteUpdate message in response to a RouteUpdateRequest message that contains a Channel record, the access terminal shall determine which pilots to include in the RouteUpdate message as follows:

If DynamicThresholds is equal to '0', the access terminal shall include in the RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for exactly one pilot in each Pilot Group in the Active Set and Candidate Set. If DynamicThresholds is equal to '1',

then the access terminal shall include in the RouteUpdate message the pilot PN phase, pilot strength, and drop timer status for exactly one pilot in each Pilot Group in the Active Set, for each pilot in the Candidate Set whose strength is above the values specified by PilotAdd, and for each pilot in the Candidate set whose strength, PS, satisfies the following inequality for any sub-Active Set currently in the Active Set:

$$10\times\log_{10}\text{PS} > \frac{\text{SoftSlope}}{8}\times10\times\log_{10}\sum_{i\in A}\text{PS}_i + \frac{\text{AddIntercept}}{2},$$

where the summation is performed over all pilots belonging to the sub-Active Set.

The access terminal shall send a RouteUpdate message if any one of the following occurs:

- The value of the SupportRouteUpdateEnhancements attribute is not 0x00 and the access terminal receives a RouteUpdateRequest message.

- The Multicarrier Route Update Protocol receives a *SendRouteUpdate* command.

- If DynamicThresholds is equal to '0' and the strength of a Neighbor Set or Remaining Set pilot is greater than the value specified by PilotAdd.

- If DynamicThresholds is equal to '1' and the strength of a Neighbor Set or Remaining Set pilot, PS, satisfies the following inequality for any sub-Active Set currently in the Active Set:

$$10\times\log_{10}\text{PS} > \max\left(\frac{\text{SoftSlope}}{8}\times10\times\log_{10}\sum_{i\in A}\text{PS}_i + \frac{\text{AddIntercept}}{2}, -\frac{\text{PilotAdd}}{2}\right)$$

  where the summation is performed over all pilots belonging to the sub-Active Set.

- If DynamicThresholds is equal to '0' and the strength of a Candidate Set pilot is greater than the value specified by PilotCompare above an Active Set pilot, and a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- If DynamicThresholds is equal to '0' and the strength of a Candidate Set pilot is above PilotAdd, and a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- If DynamicThresholds is equal to '1' and

  – the strength of a Candidate Set pilot, PS, satisfies the following inequality for any sub-Active Set currently in the Active Set:

$$10\times\log_{10}\text{PS} > \frac{\text{SoftSlope}}{8}\times10\times\log_{10}\sum_{i\in A}\text{PS}_i + \frac{\text{AddIntercept}}{2}$$

  where the summation is performed over all pilots belonging to the sub-Active Set, and

  – a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

- If DynamicThresholds is equal to '1' and

– the strength of a Candidate Set pilot is greater than the value specified by PilotCompare above an Active Set pilot, and

– the strength of a Candidate Set pilot, PS, satisfies the following inequality for any sub-Active Set currently in the Active Set::

$$10 \times \log_{10} \mathrm{PS} > \frac{\mathrm{SoftSlope}}{8} \times 10 \times \log_{10} \sum_{i \in A} \mathrm{PS}_i + \frac{\mathrm{AddIntercept}}{2}$$

where the summation is performed over all pilots belonging to the sub-Active Set, and

– a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

• The pilot drop timer of an Active Set pilot has expired, and a RouteUpdate message carrying this information has not been sent since the last ResetReport message was received.

If the value of the SupportRouteUpdateEnhancements attribute is 0x00, then the access network shall not send a RouteUpdateRequest message. If the value of the SupportRouteUpdateEnhancements attribute is not 0x00, then the access network may send a RouteUpdateRequest message.

8.9.6.1.6.6 Processing the TrafficChannelAssignment Message in the Connected State

If a valid TrafficChannelAssignment (see 8.9.6.1.3.2) message does not contain an AssignedChannel Record, or if a valid TrafficChannelAssignment message contains an AssignedChannel Record and the access terminal supports the CDMA Channel specified by the Channel Record, then the access terminal shall process the message as follows:

• The access terminal shall set the following public data of the Forward Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:

– DRCLength for each of the assigned sub-Active Sets

– ACKChannelGain for each of the assigned sub-Active Sets

– DRCCover for every pilot in the Active Set

– AuxDRCCover (if assigned) for every pilot in the Active Set

– DSC for every cell in the Active Set

• If the Forward Traffic Channel MAC protocol defines the DRCChannelGainBase as a public data, then set that public data to the DRCChannelGainBase field of the TrafficChannelAssignment message. Otherwise, set the DRCChannelGain public data of the Forward Traffic Channel MAC protocol to the DRCChannelGainBase field of the TrafficChannelAssignment message.

• If the Forward Traffic Channel MAC protocol defines the DSCChannelGainBase as a public data, then set that public data to the DSCChannelGainBase field of the TrafficChannelAssignment message.

- The access terminal shall set the following public data of the Reverse Traffic Channel MAC Protocol to the corresponding fields of the TrafficChannelAssignment message:
  - RAChannelGain for every pilot in the Active Set

- If the TrafficChannelAssignment message contains a value for the FrameOffset that is different from the value of the FrameOffset received in the last TrafficChannelAssignment message that was received in the Idle state, then the access terminal shall return a *RouteUpdate.AssignmentRejected* indication and shall discard the message.

- The access terminal shall update its Active Set as defined in 8.9.6.1.6.3.2.

- The access terminal shall issue the following command:
  - *ReverseTrafficChannelMAC.Activate* with a parameter that indicates the reverse CDMA channel(s) that are assigned by the TrafficChannelAssignment message.

- The access terminal shall tune to the CDMA channels specified in the TrafficChannelAssignment messages associated with each pilot.

- For each reverse link CDMA channel, the access terminal shall start monitoring and responding to the Power Control Channels sent from the forward link CDMA channel associated with that reverse link CDMA channel as specified in the TrafficChannelAssignment message and defined by the ReverseLinkMACIndex fields provided in the message. The access terminal should use the SofterHandoff fields to identify the Power Control Channels that are carrying identical information and can, therefore, be soft-combined.

- The access terminal shall send the access network a TrafficChannelComplete message specifying the MessageSequence value received in the TrafficChannelAssignment message.

8.9.6.1.6.7 Processing the TrafficChannelComplete Message

The access network should set a transaction timer when it sends a TrafficChannelAssignment message. If the access network sets a transaction timer, it shall reset the timer when it receives a TrafficChannelComplete message containing a MessageSequence field equal to the one sent in the TrafficChannelAssignment message.

If the timer expires, the access network should return a *ConnectionLost* indication.

8.9.6.1.6.8 Transmission and Processing of the NeighborList Message

The access network may send the NeighborList message to the access terminal when the protocol is in the Connected State to override the search window size and/or search window offset corresponding to a pilot in the Neighbor Set.

Upon receiving a NeighborList message, the access terminal shall perform the following in the order specified:

- The access terminal shall remove all Neighbor structures from NeighborListMessageNeighborList.

- For each pilot listed in the received NeighborList message, the access terminal shall add a Neighbor structure to NeighborListMessageNeighborList and populate it as follows:

    - Set the structure's PilotPN field to the message's corresponding PilotPN field.

    - If the message's ChannelIncluded field is set to '1', set the structure's Channel field to the message's corresponding Channel field. Otherwise, set the structure's Channel field to the current channel.

    - If the message's SearchWindowSizeIncluded field is set to '1', then set the structure's SearchWindowSize field to the message's corresponding SearchWindowSize field. Otherwise, set the structure's SearchWindowSize field to NULL.

    - If the SearchWindowOffsetIncluded field is set to '1', then set the structure's SearchWindowOffset field to the message's corresponding SearchWindowOffset field. Otherwise, set the structure's SearchWindowOffset field to NULL.

- Perform the procedures specified in 8.9.6.1.2.1.

8.9.6.1.6.9 Processing of OverheadMessages.Updated Indication

Upon receiving *OverheadMessages.Updated* indication, the access terminal shall perform the OverheadMessagesNeighborList Initialization procedures as specified in 8.9.6.1.6.10 and then perform the procedures specified in 8.9.6.1.2.1.

8.9.6.1.6.10  OverheadMessagesNeighborList Initialization

When the OverheadMessagesNeighborList initialization procedures are invoked by the access terminal, it shall perform the following:

- The access terminal shall remove all Neighbor structures from the OverheadMessagesNeighborList list.

- For each pilot in the neighbor list given as public data of Overhead Messages Protocol, the access terminal shall add a Neighbor structure to the OverheadMessagesNeighborList list and populate it as follows:

    - Set the structure's PilotPN field to the corresponding NeighborPilotPN field given as public data of the Overhead Messages Protocol.

    - If the Overhead Messages Protocol's NeighborChannelIncluded field is set to '1', set the structure's Channel field to the Overhead Messages Protocol's corresponding NeighborChannel. Otherwise, set the structure's Channel field to the current channel.

    - If the Overhead Messages Protocol's SearchWindowSizeIncluded field is set to '1', then set the structure's SearchWindowSize field to the Overhead Messages Protocol's corresponding SearchWindowSize field. Otherwise, set the structure's SearchWindowSize field to NULL.

1    – If the Overhead Messages Protocol's SearchWindowOffsetIncluded field is set to
2    '1', then set the structure's SearchWindowOffset field to the Overhead
3    Messages Protocol's corresponding SearchWindowOffset field. Otherwise, set
4    the structure's SearchWindowOffset field to NULL.

## 8.9.6.2 Message Formats

### 8.9.6.2.1 RouteUpdate

The access terminal sends the RouteUpdate message to notify the access network of its
current location and provide it with an estimate of its surrounding radio link conditions.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| ReferencePilotPN | 9 |
| ReferencePilotStrength | 6 |
| ReferenceKeep | 1 |
| NumPilots | 4 |

NumPilots occurrences of the following fields:

{

| PilotPNPhase | 15 |
|---|---|
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| PilotStrength | 6 |
| Keep | 1 |

}

| ATTotalPilotTransmissionIncluded | 0 or 1 |
|---|---|
| ATTotalPilotTransmission | 0 or 8 |
| ReferencePilotChannelIncluded | 0 or 1 |
| ReferencePilotChannel | 0 or 24 |

| Reserved | Variable |
|---|---|

10   MessageID             The access terminal shall set this field to 0x00.

11   MessageSequence       The access terminal shall set this field to the sequence number of
12                         this message. The sequence number of this message is 1 more than
13                         the sequence number of the last RouteUpdate message (modulo $2^8$)

sent by this access terminal. If this is the first RouteUpdate message sent by the access terminal, it shall set this field to 0x00.

ReferencePilotPN    The access terminal shall set this field to the access terminal's time reference (the reference pilot), relative to the zero offset pilot PN sequence in units of 64 PN chips.

ReferencePilotStrength

The access terminal shall set this field to $\lfloor -2 \times 10 \times \log_{10} PS \rfloor$, where PS is the strength of the reference pilot, measured as specified in 8.9.6.1.2.3. If this value is less than 0, the access terminal shall set this field to '000000'. If this value is greater than '111111', the access terminal shall set this field to '111111'.

ReferenceKeep    If the pilot drop timer corresponding to the reference pilot has expired, the access terminal shall set this field to '0'; otherwise, the access terminal shall set this field to '1'.

NumPilots    The access terminal shall set this field to the number of pilots that follow this field in the message.

PilotPNPhase    The PN offset in resolution of 1 chip of a pilot in the Active Set or Candidate Set of the access terminal that is not the reference pilot.

ChannelIncluded    The access terminal shall set this field to '1' if the following Channel record is included in this message. Otherwise, the access terminal shall set this field to '0' to indicate that the channel associated with this pilot is the FDD-paired forward CDMA channel associated with the reverse CDMA channel on which this message is being sent.

Channel    The access terminal shall include this field if the ChannelIncluded field is set to '1'. The access terminal shall set this to the channel record corresponding to this pilot (see 14.1). Otherwise, the access terminal shall omit this field for this pilot offset.

PilotStrength    The access terminal shall set this field to $\lfloor -2 \times 10 \times \log_{10} PS \rfloor$, where PS is the strength of the pilot in the above field, measured as specified in 8.9.6.1.2.3. If this value is less than 0, the access terminal shall set this field to '000000'. If this value is greater than '111111', the access terminal shall set this field to '111111'.

Keep    If the pilot drop timer corresponding to the pilot in the above field has expired, the access terminal shall set this field to '0'; otherwise, the access terminal shall set this field to '1'.

ATTotalPilotTransmissionIncluded

If this message is sent on the access channel, the access terminal

shall omit this field.  Otherwise, the access terminal shall include this field and set it to '1'.

ATTotalPilotTransmission

The access terminal shall include this field only if the ATTotalPilotTransmissionIncluded is included and is set to '1'.  If included, the access terminal shall set this field to the current total average transmission power of pilot(s) when the transmitter is enabled in units of 0.5 dBm.  This field is expressed as a two's complement signed number.

ReferencePilotChannelIncluded

The access terminal shall not include this field when the message is sent on the access channel. When this message is being sent on the reverse traffic channel the access terminal shall include this field and perform the following:

If the ReferencePilotChannel is the FDD-paired forward CDMA channel associated with the reverse CDMA channel on which this message is being sent, the access terminal shall include and set this field to '0'; otherwise the access terminal shall include and set this field to '1'.

ReferencePilotChannel

The access terminal shall include this field only if ReferencePilotChannelIncluded is included and set to '1'. If included, the access terminal shall set this to the channel record corresponding to the reference pilot (see 14.1).

Reserved

The number of bits in this field is equal to the number needed to make the message length an integer number of octets. This field shall be set to all zeros.

| **Channels** | AC | RTC | **SLP** | Reliable[71]   Best Effort |
|---|---|---|---|---|
| **Addressing** | | unicast | **Priority** | 20 |

8.9.6.2.2 TrafficChannelAssignment

The access network sends the TrafficChannelAssignment message to manage the access terminal's Active Set.

---

[71] This message is sent reliably when it is sent over the Reverse Traffic Channel.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |
| DSCChannelGainBase | 5 |
| FrameOffset | 4 |
| NumSectors | 5 |
| NumSubActiveSets | 4 |
| AssignedChannelIncluded | 1 |
| SchedulerTagIncluded | 1 |
| FeedbackMultiplexingEnabled | 1 |

NumSectors occurrences of the following SectorInformation record:

{0

| RAChannelGain | 2 |
|---|---|
| PilotPN | 9 |
| DRCCover | 3 |
| SofterHandoff | 1 |

}0

N occurrences of the following field, where N is the number of SofterHandoff fields set to '0' in this message

| DSC | 3 |
|---|---|

NumSubActiveSets occurrences of the following SubActiveSetParameters record (starting from NumFwdChannelsThisSubActiveSet  and ending at RABMACIndex, inclusive):

{0

| NumFwdChannelsThisSubActiveSet | 4 |
|---|---|

NumFwdChannelsThisSubActiveSet occurrences of the following field:

{1

| AssignedChannel | 0 or 24 |
|---|---|

}1

| FeedbackEnabled | 1 |
|---|---|
| FeedbackMultiplexingIndex | 0 or 9 |
| FeedbackReverseChannelIndex | 0 or 4 |
| SubActiveSetCarriesControlChannel | 1 |
| ThisSubActiveSetNotReportable | 1 |
| DSCForThisSubActiveSetEnabled | 0 or 1 |

TIA-856-B                                                          Connection Layer

| Next3FieldsSameAsBefore | 0 or 1 |
|---|---|
| DRCLength | 0 or 2 |
| DRCChannelGainBase | 0 or 6 |
| ACKChannelGain | 0 or 6 |
| NumReverseChannelsIncluded | 1 |
| NumReverseChannels | 0 or 4 |

NumReverseChannels occurrences of the following record:

{1

| ReverseChannelConfiguration | 0 or 2 |
|---|---|
| ReverseBandClass | 0 or 5 |
| ReverseChannelNumber | 0 or 11 |
| ReverseChannelDroppingRank | 0 or 3 |

}1

NumSectors occurrences of the following record:

{1

| PilotInThisSectorIncluded | 1 |
|---|---|
| ForwardChannelIndexThisPilot | 0 or 4 |
| PilotGroupID | 0 or 3 |
| NumUniqueForwardTrafficMACIndices | 0 or 3 |
| SchedulerTag | 0 or 7 |
| AuxDRCCoverIncluded | 0 or 1 |
| AuxDRCCover | 0 or 3 |
| ForwardTrafficMACIndexPerInterlaceEnabled | 0 or 1 |

NumUniqueForwardTrafficMACIndices (if included) or zero occurrences of the following record:

{2

| ForwardTrafficMACIndex | 0 or 10 |
|---|---|
| AssignedInterlaces | 0 or 4 |

}2

NumReverseChannels occurrences of the following record:

{2

| ReverseLinkMACIndex | 0 or 9 |
|---|---|
| RABMACIndex | 0 or 7 |

}2

Connection Layer                                                          TIA-856-B

}1

}0

| Reserved | Variable |
|---|---|

MessageID                The access network shall set this field to 0x01.

MessageSequence          The access network shall set this to 1 higher than the
                         MessageSequence field of the last TrafficChannelAssignment message
                         (modulo $2^S$, S=8) sent to this access terminal.

DSCChannelGainBase       The access network shall set this field to the power of the DSC
                         channel relative to the pilot channel in units of –0.5 dB, in the range
                         from zero to –15.5 dB, inclusive.

FrameOffset              The access network shall set this field to the frame offset the access
                         terminal is to use when transmitting the Reverse Traffic Channel, in
                         units of slots.

NumSectors               The access network shall set this field to the number of
                         SectorInformationRecords included in this message.

NumSubActiveSets         The access network shall set this field to the number of sub-Active
                         Set assigned to the access terminal.

AssignedChannelIncluded
                         The access network shall set this field to '1' if an AssignedChannel
                         field is included in this message.

SchedulerTagIncluded
                         The access network shall set this field to '1' if the SchedulerTag field
                         is included in this message.

FeedbackMultiplexingEnabled
                         The access network shall set this field to '1' if there is at least one
                         reverse link CDMA channel that carries DRC/DSC/ACK for more
                         than one sub-Active Sets.  Otherwise, the access network shall set
                         this field to '0'.

RAChannelGain            The access network shall set this field to the RA Channel Gain for
                         this pilot.  The encoding of this field is as specified in Table 8.9.6.2-1.

8-199

TIA-856-B                                                                                    Connection Layer

**Table 8.9.6.2-1. Reverse Activity Channel Encoding**

| Field value (binary) | RA Channel Gain (dB) |
|---|---|
| '00' | –6 |
| '01' | –9 |
| '10' | –12 |
| '11' | –15 |

PilotPN                         The access network shall set this field to the PN Offset associated with this sector.

DRCCover                        The access network shall set this field to the index of the DRC cover associated with the sector specified in this record.

SofterHandoff                   If the Forward Traffic Channel associated with this sector will carry the same closed-loop power control bits as that of the previous sector in this message, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'. The access network shall set the first instance of this field to '0'. If the SofterHandoff field associated with a sector is equal to '1', then the sector is defined to belong to the same cell as the previous sector in this record.

DSC                             The access network shall set this field as follows: The access network shall set the $i$th occurrence of this field to the DSC associated with the $i$th cell specified by the SofterHandoff field in this message.

NumSubActiveSets occurrences of the following SubActiveSetParameters record (starting from NumFwdChannelsThisSubActiveSet and ending at RABMACIndex, inclusive) are included in this message. The fields in the SubActiveSetParameters record are associated with a single sub-Active Set. The first instance of the sub-Active Set specified below is referred to as the PilotReference sub-Active Set[72].

NumFwdChannelsThisSubActiveSet
                                The access network shall omit this field if the AssignedChannelIncluded is set to '0'. If included, the access network shall set this field to the number of forward link CDMA channels associated with this sub-Active Set. The valid range for this field is from 1 to 7, inclusive. All other vales are reserved. If not included, then the value of this field is assumed to be one.AssignedChannel The access network shall omit this field if the

---

[72] The Reference Sub-Active Set is to be used by the Reverse Traffic Chanel MAC protocol.

AssignedChannelIncluded is set to '0'.  If this field is omitted, then the channel that carries this message is the channel that the access network is assigning to the access terminal.  If included, the access network shall set this record to the channel record that specifies each of the forward link CDMA channels in this sub-Active Set. The access network shall set the SystemType field of the Channel record to 0x00 or 0x02 (see 14.1).   The multiplexing rules associated with transmission of the DRC, DSC, and ACK channels corresponding to this sub-Active Set is specified by the following field.

FeedbackEnabled   The access network shall set this field to '0' to indicate that the access terminal is not to send DRC/DSC/ACK channels associated with this sub-Active Set.  Otherwise, the access network shall set this field to '1'.

FeedbackMultiplexingIndex

The access network shall include this field only if the the FeedbackEnabled is set to '1' and FeedbackMultiplexingEnabled field is set to '1'.  If included, the access network shall set this field to specify how the MAC channels (DRC, DSC, and ACK) in support of the forward link channel specified by the Channel record above are to be multiplexed on the same reverse CDMA channel for this sub-Active Set.  The Physical Layer Protocol specifies multiplexing rules based on the value of this field.  If not included, the value of this field is assumed to be zero.

FeedbackReverseChannelIndex

The access network shall include this field only if the FeedbackEnabled field is set to '1'.  If included, the access network shall set this field to indicate the reverse link CDMA channel on which the DSC (if applicable), DRC, and ACK channels are sent associated with the sub-Active Set.   A value of 'n' for this field refers to the $n^{th}$ reverse link CDMA channel in the ascending order of frequency that is assigned to the access terminal in this message.

SubActiveSetCarriesControlChannel

The access network shall include this field only if the FeedbackEnabled field is set to '1'.  If included, the access network shall set this field to '1' to indicate that the access terminal shall transmit a DSC channel for this sub-Active Set. The DSC channel is to be transmitted on the same reverse link CDMA channel that carries the DRC and ACK for this sub-Active Set.

ThisSubActiveSetNotReportable

The access network shall set this field to '1' if the access terminal is not to report pilots in this sub-Active Set.

TIA-856-B                                                          Connection Layer

DSCForThisSubActiveSetEnabled

> The access network shall include this field only if the FeedbackEnabled field is set to '1'. If included, the access network shall set this field to '1' to indicate that the access terminal shall transmit a DSC channel for this Sub-Active Set. The DSC channel is to be transmitted on the same reverse link CDMA channel that carries the DRC and ACK for this Sub-Active Set.

Next3FieldsSameAsBefore

> The access network shall include this field only if the FeedbackEnabled field is set to '1'. If included, the access network shall set this field to '1' if the value of the next three fields for this sub-Active Set is the same as the value of these three fields associated with the previous sub-Active Set in this message. Otherwise, the access network shall set this field to '0'. The access network shall set the value of the first instance of this field in this message to '0'.

DRCLength

> The access network shall include this field only if the Next3FieldsSameAsBefore field is included and is set to '0'. If included, the access network shall set this field to the number of slots the access terminal shall use to transmit a single DRC value, as shown in Table 8.9.6.2-2.

**Table 8.9.6.2-2. DRCLength Encoding**

| Field value (binary) | DRCLength (slots) |
|---|---|
| '00' | 1 |
| '01' | 2 |
| '10' | 4 |
| '11' | 8 |

DRCChannelGainBase

> The access network shall include this field only if the Next3FieldsSameAsBefore field is included and is set to '0'. If included, the access network shall set this field to the ratio of the power level of the DRC Channel (when it is transmitted) to the power level of the Reverse Traffic Pilot Channel expressed as 2's complement value in units of 0.5 dB. The valid range for this field is from −9 dB to +6 dB, inclusive. The access terminal shall support all the values in the valid range for this field.

ACKChannelGain

> The access network shall include this field only if the Next3FieldsSameAsBefore field is included and is set to '0'. If

Connection Layer                                                    TIA-856-B

included, the access network shall set this field to the ratio of the power level of the ACK Channel (when it is transmitted) to the power level of the Reverse Traffic Pilot Channel expressed as 2's complement value in units of 0.5 dB. The valid range for this field is from −3 dB to +6 dB, inclusive. The access terminal shall support all the values in valid range for this field.

NumReverseChannelsIncluded

The access network shall set this field to '1' if the next field is included in this message. Otherwise, the access network shall set this field to '0'. If the configured value of the ForwardFeedbackMultiplexingSupported attribute is 0x00, then the access network shall set this field to '0'.

NumReverseChannels

If NumReverseChannelsIncluded is set to '0', then the access network shall omit this field.  Otherwise, the access network shall include this field and shall set this field to the number of reverse CDMA channels associated with this sub-Active Set.  If this field is not included explicitly in the message then the value of this field shall be assumed to be one.

ReverseChannelConfiguration

The access network shall set this field according to the table below to specify the configuration of the CDMA reverse channel associated with this sub-Active Set. If NumFwdChannelsThisSubActiveSet associated with this sub-Active set is included and set to more than one, the access network shall not set this field to '01'.

**Table 8.9.6.1.6.10-3. ReverseChannelConfiguration Encoding**

| Value | Meaning |
|-------|---------|
| '00' | There is no reverse link CDMA channel associated with the sub-Active Set. |
| '01' | The paired CDMA reverse link channel associated with  this sub-Active Set is enabled. The power control bits, RAB, DRC Lock, and ARQ channel associated with the paired reverse link CDMA channel are sent on the pilots in this sub-Active Set. |
| '10' | The reverse link CDMA channel associated with this sub-Active Set is specified using the ReverseBandclass and ReverseChannelNumber fields. The power control bits, RAB, DRC Lock, and ARQ channel associated with the reverse link CDMA channel specified by the ReverseBandclass and ReverseChannelNumber fields is carried by the pilots in this sub-Active Set. |
| '11' | Reserved |

ReverseBandClass    The access network shall include this field only if the ReverseChannelConfiguration field is included and is set to '10'.   The access network shall set this field to the band class number for the reverse CDMA channel associated with this sub-Active Set.

ReverseChannelNumber

The access network shall include this field only if the ReverseChannelConfiguration field is included and is set to '10'.   The access network shall set this field to the channel number that identifies the reverse CDMA channel associated with this sub-Active Set.

ReverseChannelDroppingRank

The access network shall omit this field if the ReverseChannelConfiguration field is included and is set to '00'.  If included this field shall be set to the rank that specifies the order in which the access terminal is to drop the reverse CDMA channels if it decides to do so (e.g., due to power-headroom limitation).  A reverse CDMA channel with a lower value of this field is to be dropped before a reverse CDMA channel with a higher value for this field.

The $n^{th}$ occurrence of the following record corresponds to the $n^{th}$ occurrence of the SectorInformation record above.

PilotInThisSectorIncluded

The access network shall set the $n^{th}$ occurrence of this field to '1', if the Active Set is to include a pilot in this sector (specified by the $n^{th}$

occurrence of the SectorInformation record) associated with the sub-Active Setspecified by this SubActiveSetParameter record. Otherwise, the access network shall set this field to '0'.

ForwardChannelIndexThisPilot

The access network shall only include this field if the PilotInThisSectorIncluded field is set to '1'. If included, the access network shall set this field to indicate the forward CDMA channel associated with this pilot. A value of '$n$' for this field refers to the $n^{th}$ forward CDMA channel in the ascending order of frequency in this sub-Active Set.

PilotGroupID

The access network shall only include this field if the SectorInThisFrequencyIncluded field is set to '1'. If included, the access network shall set this field to the Pilot Group ID associated with this member of the active set.

NumUniqueForwardTrafficMACIndices

The access network shall include this field only if the PilotInThisSectorIncluded field is set to '1' and if the FeedbackEnabled field is set to '1'. If included, the access network shall set this field to the number of unique ForwardTrafficMACIndex fields that are assigned to the access terminal. A value greater than one indicates that the ForwardTrafficMACIndex assignment is made per interlace.

SchedulerTag

The access network shall only include this field if the NumUniqueForwardTrafficMACIndices field is included and is set to a value other than zero, and the SchedulerTagIncluded field is set to '1'. If included, the access network shall set this field to a number that indicate the Scheduler Group to which this pilot belongs.

AuxDRCCoverIncluded

The access network shall include this field only if the NumUniqueForwardTrafficMACIndices field is included and is set to a value other than zero. If included, the access network shall set this field to '1' if the following AuxDRCCover field is included.

AuxDRCCover

The access network shall include this field only if the AuxDRCCoverIncluded field is included and is set to '1'. If included, the access network shall set this field to the auxiliary DRC Cover associated with the sector specified in this record.

ForwardTrafficMACIndexPerInterlaceEnabled

The access network shall include this field only if the NumUniqueForwardTrafficMACIndices field is included and is set to one. If included, the access network shall set this field to indicate

Connection Layer

whether the ForwardTrafficMACIndex assignment is made per interlace or not for this member of the Active Set. A '1' indicates that the ForwardTrafficMACIndex assignment is performed per interlace. A '0' indicates that the ForwardTrafficMACIndex assignment is valid for all interlaces for this member of the Active Set.

ForwardTrafficMACIndex

The access network shall include this field only if the ForwardTrafficMACIndexPerInterlaceEnabled is included and is set to '1' or if NumUniqueForwardTrafficMACIndices is set to a value greater than one. If included, the access network shall set this field to the Forward Traffic Channel MAC Index assigned to the access terminal corresponding to this pilot on the interlace(s) specified by AssignedInterlaces. If the ForwardTrafficMACIndexPerInterlaceEnabled is included and is set to '0', then the access network shall set this field to the Forward Traffic Channel MAC Index assigned to the access terminal on all of the forward link interlaces. This MAC Index identifies packets that are destined for this access terminal.

AssignedInterlaces    The access network shall include this field only if ForwardTrafficMACIndexPerInterlaceEnabled is included and is set to '1', or if NumUniqueForwardTrafficMACIndices is set to a value greater than one. If included, the access network shall set this field to indicate interlaces associated with the assigned ForwardTrafficMACIndex field below. A '1' in the $k^{th}$ position of this bitmap field indicates that the corresponding ForwardTrafficMACIndex (specified in the next field) is valid on the interlace $k\text{-}1$. A '0' in the $k^{th}$ position of this bitmap field indicates that the access terminal will not be served in the interlace $k\text{-}1$ with the ForwardTrafficMACIndex specified in the following field. The 1st position refers to the LSB of this field and the 4th position refers to the MSB of this field. The access network shall set this field so that at most one ForwardTrafficMACIndex is valid on each interlace.

ReverseLinkMACIndex   If the PilotInThisSectorIncluded field is set to '0' or if ReverseChannelConfiguration is set to '00', the access network shall omit this field. Otherwise, the $n^{th}$ occurrence of this field shall indicate the MAC Index that is used to send the power control commands for $n^{th}$ reverse CDMA channel from this sector of this sub-Active Set.

RABMACIndex          If the PilotInThisSectorIncluded field is set to '0' or if the preceding ReverseChannelConfiguration is set to '00', the access network shall omit this field. Otherwise, the $n^{th}$ occurrence of this field shall

indicate the MAC Index that is used to send the RAB commands for $n^{th}$ reverse CDMA channel from this sector of this sub-Active Set.

Reserved              The number of bits in this field is equal to the number needed to make the message length an integer number of octets. This field shall be set to all zeros.

| **Channels** | CC          FTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable    Best Effort[73] |
|---|---|
| **Priority** | 20 |

### 8.9.6.2.3 TrafficChannelComplete

The access terminal sends the TrafficChannelComplete message to provide an acknowledgment for the TrafficChannelAssignment message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| MessageSequence | 8 |

MessageID             The access terminal shall set this field to 0x02.

MessageSequence       The access terminal shall set this field to the MessageSequence field of the TrafficChannelAssignment message whose receipt this message is acknowledging.

| **Channels** | RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

### 8.9.6.2.4 ResetReport

The access network sends the ResetReport message to reset the RouteUpdate transmission rules at the access terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID             The access network shall set this field to 0x03.

---

[73] The TrafficChannelAssignment message snt in response to the Open command is sent using best effort SLP. All subsequent TrafficChannelAssignment messages are sent using reliable delivery SLP.

TIA-856-B                                                    Connection Layer

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

1   8.9.6.2.5 NeighborList

2   The NeighborList message is used to convey information corresponding to the neighboring

3   sectors to the access terminals when the access terminal is in the Connected State.

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| Count | 5 |
| Count occurrences of the following field: | |
| PilotPN | 9 |

| | |
|---|---|
| Count occurrences of the following two fields: | |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |

| | |
|---|---|
| SearchWindowSizeIncluded | 1 |
| Count occurrences of the following field | |
| SearchWindowSize | 0 or 4 |

| | |
|---|---|
| SearchWindowOffsetIncluded | 1 |
| Count occurrences of the following field | |
| SearchWindowOffset | 0 or 3 |

| | |
|---|---|
| FPDCHSupportedIncluded | 0 or 1 |
| $m$, $0 \le m \le$ Count, occurrences of the following field: | |
| FPDCHSupported | 0 or 1 |
| Count - $m$ occurrences of the following two fields: | |
| PilotGroupIDIncluded | 1 |
| PilotGroupID | 0 or 3 |

| | |
|---|---|
| Reserved | Variable |

5   MessageID            The access network shall set this field to 0x04.

Count

The access network shall set this field to the number of records specifying neighboring sectors information included in this message.

PilotPN

The access network shall set this field to the PN Offset of a neighboring sector for which the access network is providing search window information in this message.

ChannelIncluded

The access network shall set this field to '1' if a Channel record is included for this neighbor, and to '0' otherwise. The access network may set this field to '0' if the channel associated with this pilot is the same as the channel that is used to carry this message. If this field is set to '0', the access terminal shall assume that the channel associated with this pilot is the same as the channel on which this message is received. The $n$th occurrence of this field corresponds to the $n$th occurrence of PilotPN in the record that contains the PilotPN field above.

Channel

Channel record specification for the neighbor pilot. See 14.1 for the Channel record format. The $n$th occurrence of this field corresponds to the $n$th occurrence of PilotPN in the record that contains the PilotPN field above.

SearchWindowSizeIncluded

The access network shall set this field to '1' if SearchWindowSize field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

SearchWindowSize

The access network shall omit this field if SearchWindowSizeIncluded is set to '0'. If SearchWindowSizeIncluded is set to '1', the access network shall set this field to the value shown in Table 8.9.6.2-4 corresponding to the search window size to be used by the access terminal for the neighbor pilot. The $n$th occurrence of this field corresponds to the $n$th occurrence of PilotPN in the record that contains the PilotPN field above.

**Table 8.9.6.2-4. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

SearchWindowOffsetIncluded

The access network shall set this field to '1' if SearchWindowOffset field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

SeachWindowOffset

The access network shall omit this field if SearchWindowOffsetIncluded is set to '0'. If SearchWindowOffsetIncluded is set to '1', the access network shall set this field to the value shown in Table 8.9.6.2-5 corresponding to the search window offset to be used by the access terminal for the neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of PilotPN in the record that contains the PilotPN field above.

**Table 8.9.6.2-5. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|:---:|:---:|
| 0 | 0 |
| 1 | WindowSize[74] /2 |
| 2 | WindowSize |
| 3 | $3 \times$ WindowSize /2 |
| 4 | - WindowSize /2 |
| 5 | - WindowSize |
| 6 | $-3 \times$ WindowSize /2 |
| 7 | Reserved |

FPDCHSupportedIncluded

If this field is included, the access network shall set this field as follows:

The access network shall set this field to '0' if the FPDCHSupported fields are omitted.  Otherwise, the access network shall set this field to '1'.

FPDCHSupported    If FPDCHSupportedIncluded is not included or is included and is set to '0', the access network shall omit all occurrences of this field. Otherwise, the access network shall include $m$ occurrences of this field, where $m$ is the number of Channel records in this message that have SystemType equal to 0x01, and the access network shall set the occurrences of this field as follows:

The access network shall set the $i$th occurrence of this field as follows:

If the system on the CDMA Channel corresponding to the $i$th Channel record that has SystemType equal to 0x01 supports the Forward Packet Data Channel (see **[3]**), the access terminal shall set the $i$th occurrence of this field to '1'. Otherwise, the access network shall set the $i$th occurrence of this field to '0'.

PilotGroupIDIncluded    The access network shall set this field to '1' if PilotGroupID field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

---

[74] WindowSize is pilot's search window size in PN chips.

TIA-856-B                                                                 Connection Layer

PilotGroupID        The access network shall omit this field if PilotGroupIDIncluded is
                    set to '0'. If PilotGroupIDIncluded is set to '1', the access network
                    shall set this field to the PilotGroupID associated with the neighbor
                    pilot. The field associated with the $n^{th}$ occurrence of the
                    PilotGroupIDIncluded field corresponds to the $n^{th}$ occurrence of
                    PilotPN in the record with corresponding SystemType equal to 0x00
                    or 0x02. The PilotPN together with the PilotGroupID identify a Pilot
                    Group (see 8.9.6.1.2.5).

Reserved            The number of bits in this field is equal to the number needed to
                    make the message length an integer number of octets. The access
                    network shall set this field to zero. The access terminal shall ignore
                    this field.

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 8.9.6.2.6 RouteUpdateRequest

The access network sends a RouteUpdateRequest message to request the access terminal
to send a RouteUpdate message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| ChannelIncluded | 1 |
| Channel | 0 or 24 |
| SectorCount | 0 or 4 |

SectorCount occurrences of the following field:

| | |
|---|---|
| SectorPilotPN | 9 |

| | |
|---|---|
| SectorSearchWindowSizeIncluded | 0 or 1 |

SectorCount occurrences of the following field:

| | |
|---|---|
| SectorSearchWindowSize | 0 or 4 |

| | |
|---|---|
| SectorSearchWindowOffsetIncluded | 0 or 1 |

SectorCount occurrences of the following field:

| | |
|---|---|
| SectorSearchWindowOffset | 0 or 3 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

MessageID    The access network shall set this field to 0x07.

ChannelIncluded    If SupportRouteUpdateEnhancements is less than 0x02 or if this message is being sent on the Control Channel, the access network shall set this field to '0'. Otherwise, the access network may set this field to '1' to indicate that the Channel field is included or to '0' to indicate that the Channel field is not included.

Channel    If ChannelIncluded is set to '0', the access network shall omit this field. Otherwise, the access network shall set this field to a Channel record specification. See 14.1 for the Channel record format. The access network shall set the SystemType field of this record to 0x00 if SupportRouteUpdateEnhancements is equal to 0x02. The access network shall set the SystemType field of this record to 0x00 or 0x01 if SupportRouteUpdateEnhancements is equal to 0x03.

SectorCount    If ChannelIncluded is set to '0', the access network shall omit this field. Otherwise, the access network shall set this field to the number of records specifying neighboring sectors information included in this message.

TIA-856-B                                                                    Connection Layer

SectorPilotPN                 The access network shall set this field to the PN Offset of a
                              neighboring sector for which the access terminal is to report pilot
                              strength information.

SectorSearchWindowSizeIncluded
                              If ChannelIncluded is set to '0', the access network shall omit this
                              field.    Otherwise, the access network shall set this field to '1' if
                              SectorSearchWindowSize field for neighboring sectors is included in
                              this message. Otherwise, the access network shall set this field to '0'.

SectorSearchWindowSize
                              The     access    network    shall    omit    this    field    if
                              SectorSearchWindowSizeIncluded     is     set     to     '0'.     If
                              SectorSearchWindowSizeIncluded is set to '1', the access network
                              shall set this field to the value shown in Table 8.9.6.2.6-1
                              corresponding to the search window size to be used by the access
                              terminal for the neighbor pilot. The $n^{th}$ occurrence of this field
                              corresponds to the $n^{th}$ occurrence of SectorPilotPN in the record that
                              contains the SectorPilotPN field above.

**Table 8.9.6.2.6-1. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

SectorSearchWindowOffsetIncluded

If ChannelIncluded is set to '0', the access network shall omit this field. Otherwise, the access network shall set this field to '1' if SectorSearchWindowOffset field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

SectorSearchWindowOffset

The access network shall omit this field if SectorSearchWindowOffsetIncluded is set to '0'. If SectorSearchWindowOffsetIncluded is set to '1', the access network shall set this field to the value shown in Table 8.9.6.2.6-2 corresponding to the search window offset to be used by the access terminal for the neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of SectorPilotPN in the record that contains the SectorPilotPN field above.

**Table 8.9.6.2.6-2. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|---|---|
| 0 | 0 |
| 1 | WindowSize[75] $/2$ |
| 2 | WindowSize |
| 3 | $3 \times$ WindowSize $/2$ |
| 4 | - WindowSize $/2$ |
| 5 | - WindowSize |
| 6 | $-3 \times$ WindowSize $/2$ |
| 7 | Reserved |

Reserved          The access network shall add reserved bits to make the length of the entire message equal to an integer number of octets.  The access network shall set this field to 0.  The access terminal shall ignore this field.

| Channels | | FTC    CC |
|---|---|---|
| Addressing | | unicast |

| SLP | Best Effort |
|---|---|
| Priority | 40 |

8.9.6.2.7 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute value for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x52.

TransactionID          The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord          The format of this record is specified in 14.3.

---

[75] WindowSize is pilot's search window size in PN chips.

Connection Layer                                                                 TIA-856-B

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 8.9.6.2.8 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID             The sender shall set this field to 0x53.

TransactionID         The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 8.9.6.2.9 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID             The access network shall set this field to 0x54.

TransactionID         The access network shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 8.9.6.3 Interface to Other Protocols

### 8.9.6.3.1 Commands Sent

This protocol sends the following commands:

TIA-856-B                                                                                            Connection Layer

- *ReverseTrafficChannelMAC.Activate*

- *ReverseTrafficChannelMAC.Deactivate*

- *ForwardTrafficChannelMAC.Activate*

- *ForwardTrafficChannelMAC.Deactivate*

- *AccessChannelMAC.Activate*

- *AccessChannelMAC.Deactivate*

8.9.6.3.2 Indications

This protocol registers to receive the following indications:

- *ReverseTrafficChannelMAC.LinkAcquired*

- *OverheadMessages.Updated*

8.9.7 Configuration Attributes

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Multicarrier Route Update Protocol. The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following attributes belonging to the Multicarrier Route Update Protocol:

- RouteUpdateRadiusMultiply

- RouteUpdateRadiusAdd

- SetManagementParameters

If the value of the SupportRouteUpdateEnhancements attribute is 0x00, then the access network shall not include the RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd attributes in an AttributeUpdateRequest message.

8.9.7.1 Simple Attributes

The configurable simple attributes for this protocol are listed in Table 8.9.7.1-1.

The access terminal and access network shall use as defaults the values in Table 8.9.7.1-1 that are typed in **bold italics**.

**Table 8.9.7.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | RouteUpdateRadiusMultiply | 0x00 | Distance-based registration is disabled. |
| | | *0x0A* | Multiplier for the Route update radius is 1. |
| | | 0x01 to 0x64 | Multiplier for the Route update radius in units of 0.1. |
| | | All other values | Reserved |
| 0xfe | RouteUpdateRadiusAdd | *0x0000* | Addition to the Route update radius is zero. |
| | | 0x0001 to 0x0fff | Addition to the Route update radius expressed as 2's complement value. |
| | | All other values | Reserved |

TIA-856-B                                                Connection Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfd | SupportRouteUpdateEnhancements | *0x00* | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message is not supported. |
| | | 0x01 | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message without Channel Record is supported. |
| | | 0x02 | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message with Channel Record whose System Type is equal to 0x00 is supported. |
| | | 0x03 | Use of Generic Attribute Update Protocol to update RouteUpdateRadiusMultiply and RouteUpdateRadiusAdd and processing of RouteUpdateRequest message with Channel Record whose System Type is equal to 0x00 and 0x01 is supported. |
| | | All other values | Reserved |
| 0xfc | MaxNumberofFLSupported | *0x01* | The access terminal supports a maximum of one forward link CDMA channels for pilots in the Active Set |
| | | 0x02 to 0x10 | The value of the attribute indicates the maximum number of forward link CDMA channels for pilots in the Active Set |
| | | All other values | Reserved |

Connection Layer

TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfb | MaxNumberofRLSupported | *0x01* | The access terminal supports a maximum of one reverse link CDMA channels for pilots in the Active Set |
| | | 0x02 to 0x10 | The value of the attribute indicates the maximum number of assigned reverse link CDMA channels that the access terminal supports |
| | | All other values | Reserved |
| 0xfa | MaxForwardLinkBandwidthNoJammer | *0x0000* | The access terminal supports only a single forward link CDMA channel. |
| | | 0xNNNN | The maximum separation between the highest and lowest forward link CDMA channels within a Bandclass that can be assigned to the access terminal assuming that there is no jammer signal[76] in between.  The unit of this attribute is 2.5 KHz. |
| 0xf9 | MaxForwardLinkBandwidthWithJammer | *0x0000* | The access terminal supports only a single forward link CDMA channel. |
| | | 0xNNNN | The maximum separation between the highest and lowest forward link CDMA channels within a Bandclass that can be assigned to the access terminal assuming that there can be a jammer signal in between.  The unit of this attribute is 2.5 KHz. |
| 0xf8 | MaxReverseLinkBandwidth | *0x0000* | The access terminal supports only a single reverse link CDMA channel. |

---

[76] The jammer signal refers to a non-HRPD signal.

TIA-856-B                                                Connection Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0xNNNN | The maximum separation between the highest and lowest reverse link CDMA channels within a Bandclass that can be assigned to the access terminal in units of 2.5 KHz. |
| 0xf7 | MaxNumberOfSub-ActiveSets | *0x01* | The access terminal supports a single sub-Active Set only. |
| | | 0x02 to 0x10 | The maximum number of sub-Active Sets that the access terminal can support. |
| | | All the other values | Reserved |
| 0xf6 | ForwardFeedbackMultiplexingSupported | *0x00* | The access terminal does not support reception of more than one RPC/RAB/ARQ/DRCLock channel from a single sub-Active Set. |
| | | 0x01 | The access terminal does support reception of more than one RPC/RAB/ARQ/DRCLock channel from a single sub-Active Set. |
| | | All other values | Reserved |

1    8.9.7.2 Complex Attributes

The following complex attributes and default values are defined (see 14.3 for attribute record definition). The following complex attributes are to be used only by the access network in a ConfigurationRequest message or an AttributeUpdateRequest message.

- SearchParameters

- SetManagementParameters

The following complex attributes are to be used only by the access terminal in a ConfigurationRequest message:

- SupportedCDMAChannels

- SupportedDRXPatterns

8.9.7.2.1 SearchParameters Attribute

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| PilotIncrement | 4 | 4 |
| SearchWindowActive | 4 | 8 |
| SearchWindowNeighbor | 4 | 10 |
| SearchWindowRemaining | 4 | 10 |

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The access network shall set this field to 0x00.

ValueID                   This field identifies this particular set of values for the attribute. The access network shall increment this field for each complex attribute-value record for a particular attribute.

PilotIncrement            The access network shall set this field to the pilot PN sequence increment, in units of 64 PN chips, that access terminals are to use for searching the Remaining Set. The access network should set this field to the largest increment such that the pilot PN sequence offsets of all its neighbor access networks are integer multiples of that increment. The access terminal shall support all the valid values for this field.

SearchWindowActive

      Search window size for the Active Set and Candidate Set. The access network shall set this field to the value shown in Table 8.9.6.2-4 corresponding to the search window size to be used by the access terminal for the Active Set and Candidate Set. The access terminal shall support all the valid values specified by this field.

SearchWindowNeighbor

      Search window size for the Neighbor Set. The access network shall set this field to the value shown in Table 8.9.6.2-4 corresponding to the search window size to be used by the access terminal for the Neighbor Set. The access terminal shall support all the valid values specified by this field.

SearchWindowRemaining

      Search window size for the Remaining Set. The access network shall set this field to the value shown in Table 8.9.6.2-4 corresponding to the search window size to be used by the access terminal for the Remaining Set. The access terminal shall support all the valid values specified by this field.

8.9.7.3 SetManagementParameters Attribute

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------------|
| ValueID | 8 | N/A |
| PilotAdd | 6 | 0x0e |
| PilotCompare | 6 | 0x05 |
| PilotDrop | 6 | 0x12 |
| PilotDropTimer | 4 | 3 |
| DynamicThresholds | 1 | 0 |
| SoftSlope | 0 or 6 | N/A |
| AddIntercept | 0 or 6 | N/A |
| DropIntercept | 0 or 6 | N/A |
| NeighborMaxAge | 4 | 0 |
| Reserved | variable | N/A |

Length
Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID
The access network shall set this field to 0x01.

ValueID
This field identifies this particular set of values for the attribute. The access network shall increment this field for each complex attribute-value record for a particular attribute.

PilotAdd
This value is used by the access terminal to trigger a RouteUpdate in the Connected State. The access network shall set this field to the pilot detection threshold, expressed as an unsigned binary number equal to $\lfloor -2 \times 10 \times \log 10\ Ec/I_0 \rfloor$. The value used by the access terminal is −0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

PilotDrop
This value is used by the access terminal to start a pilot drop timer for a pilot in the Active Set or the Candidate Set. The access network shall set this field to the pilot drop threshold, expressed as an unsigned binary number equal to $\lfloor -2 \times 10 \times \log 10\ Ec/I_0 \rfloor$. The value used by the access terminal is −0.5 dB times the value of this field. The access terminal shall support all the valid values specified by this field.

Connection Layer

PilotCompare | Active Set versus Candidate Set comparison threshold, expressed as a 2's complement number. The access terminal transmits a RouteUpdate message when the strength of a pilot in the Candidate Set exceeds that of a pilot in the Active Set by this margin. The access network shall set this field to the threshold Candidate Set pilot to Active Set pilot ratio, in units of 0.5 dB. The access terminal shall support all the valid values specified by this field.

PilotDropTimer | Timer value after which an action is taken by the access terminal for a pilot that is a member of the Active Set or Candidate Set, and whose strength has not become greater than the value specified by PilotDrop. If the pilot is a member of the Active Set, a RouteUpdate message is sent in the Connected State. If the pilot is a member of the Candidate Set, it will be moved to the Neighbor Set. The access network shall set this field to the drop timer value shown in Table 8.9.7.2.1-1 corresponding to the pilot drop timer value to be used by access terminals. The access terminal shall support all the valid values specified by this field.

**Table 8.9.7.2.1-1. Pilot Drop Timer Values**

| PilotDropTimer | Timer Expiration (seconds) | PilotDropTimer | Timer Expiration (seconds) |
|---|---|---|---|
| 0 | < 0.1 | 8 | 27 |
| 1 | 1 | 9 | 39 |
| 2 | 2 | 10 | 55 |
| 3 | 4 | 11 | 79 |
| 4 | 6 | 12 | 112 |
| 5 | 9 | 13 | 159 |
| 6 | 13 | 14 | 225 |
| 7 | 19 | 15 | 319 |

DynamicThresholds | This field shall be set to '1' if the following three fields are included in this record. Otherwise, this field shall be set to '0'.

SoftSlope | This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to an unsigned binary number, which is used by the access terminal in the inequality criterion for adding a pilot to the Active Set or dropping a pilot from the Active Set. The access terminal shall support all the valid values specified by this field.

AddIntercept | This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to a 2's complement signed binary number in

units of dB. The access terminal shall support all the valid values specified by this field.

DropIntercept          This field shall be included only if DynamicThresholds is set to '1'. This field shall be set to a 2's complement signed binary number in units of dB. The access terminal shall support all the valid values specified by this field.

NeighborMaxAge         The access network shall set this field to the maximum AGE value beyond which the access terminal is to drop members from the Neighbor Set. The access terminal shall support all the valid values specified by this field.

Reserved               The access network shall set this field to zero. The access terminal shall ignore this field. The length of this field shall be such that the entire record is octet-aligned.

8.9.7.3.1 SupportedCDMAChannels Attribute

The access terminal uses this attribute to convey to the access network the CDMA Channels supported by the access terminal.

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| Field | Length (bits) | Default Value |
|---|---|---|
| ValueID | 8 | N/A |
| BandClassCount | 8 | 0 |

BandClassCount occurrences of the following record:

{

| Field | Length (bits) | Default Value |
|---|---|---|
| BandClass | 5 | N/A |
| InterFlexDuplexTag | 8 | N/A |
| IntraFlexDuplexFlag | 1 | N/A |
| BandSubClassCount | 8 | N/A |

BandSubClassCount occurrences of the following field:

| Field | Length (bits) | Default Value |
|---|---|---|
| BandSubClass | 8 | N/A |

}

| Field | Length (bits) | Default Value |
|---|---|---|
| Reserved | 0 – 7 (as needed) | N/A |

}

Length
Length of the complex attribute in octets. The access terminal shall set this field to the length of the complex attribute excluding the Length field.

AttributeID
The access terminal shall set this field to 0x04.

ValueID
This field identifies this particular set of values for the attribute. The access terminal shall set this field to an identifier assigned to this complex value.

BandClassCount
The access terminal shall set this field to the number of occurrences of the BandClass field in this complex value.

BandClass
The access terminal shall set this field to the band class supported by the access terminal.

InterFlexDuplexTag
The access terminal shall set this field to indicate the forward and reverse CDMA channels across band classes that can be assigned to it simultaneously as follows:

If the value of the InterFlexDuplexTag field associated with a set of band class records are the same, then the access terminal supports the reception from a forward CDMA channel(s) that belong to one of the band classes in that set, in combination with transmission on a reverse CDMA channel(s) that belong to a different band class in that set.

For example, if the value of the InterFlexDuplexTag associated with Band Class X and Band Class Y are the same, then the access terminal supports assignment of a forward CDMA channel from Band Class X and assignment of a reverse CDMA channel from Band Class Y.

IntraFlexDuplexFlag    The access terminal shall set this field to '1' to indicate that the access terminal supports reception from any forward CDMA channel and transmission on any reverse CDMA channel within this band class.  The access terminal shall set this field to '0' to indicate that the access terminal supports reception and transmission only on FDD-paired forward and reverse CDMA channels, respectively for this band class (i.e., with the nominal frequency separation specified for the band class).

BandSubClassCount    The access terminal shall set this field to the number of band sub-classes supported by the access terminal in this band class.

BandSubClass    The access terminal shall set this field to the band sub-class supported by the access terminal.

Reserved    The access terminal shall add reserved bits to make the length of each attribute value record equal to an integer number of octets. The access terminal shall set this field to zero. The access network shall ignore this field.

8.9.7.3.2 SupportedDRXPatterns Attribute

The access terminal uses this attribute to convey to the access network the supported DRX pattern(s).

TIA-856-B                                                                      Connection Layer

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---|---|---|
| NumberofDRXPatterns | 4 | 1 |

NumberofDRXPatterns occurrences of the following field:

{

| SupportedDRXPattern | 8 | 0x00 |
|---|---|---|

}

| Reserved | 0 – 7 (as needed) | N/A |
|---|---|---|

}

Length                    Length of the complex attribute in octets. The access terminal shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The access terminal shall set this field to 0x05.

ValueID                   This field identifies this particular set of values for the attribute. The access terminal shall set this field to an identifier assigned to this complex value.

NumberofDRXPatterns       The access terminal shall set this field to the number of occurrences of the SupportedDRXPattern field in this complex value.

SupportedDRXPattern       This field identifies the forward link interlaces for which the access terminal supports assignment of ForwardTrafficMACIndex.   The encoding of this field is as shown in Table 8.9.7.3.2-1.  The access terminal shall list the SupportedDRXPattern in the order of preference.

**Table 8.9.7.3.2-1. Encoding of the SupportedDRXPattern Field**

| Field Value | Meaning |
|---|---|
| 0x00 | The access terminal supports assignment of Forward Traffic Channel MAC Index on all four forward interlaces. |
| 0x01 | A DRX pattern is supported in which two consecutive interlaces out of four forward link interlaces have assigned ForwardTrafficMACIndices and the next two consecutive forward link interlaces do not have assigned ForwardTrafficMACIndices. |
| 0x02 | A DRX pattern is supported in which three consecutive interlaces out of four forward link interlaces have assigned ForwardTrafficMACIndices and the next forward link interlaces does not have an assigned ForwardTrafficMACIndex. |
| 0x03 | A DRX pattern is supported in which three consecutive interlaces out of four forward link interlaces do not have assigned ForwardTrafficMACIndices and the next forward link interlaces does have an assigned ForwardTrafficMACIndex. |
| 0x04 | A DRX pattern is supported in which alternating interlaces are assigned a ForwardTrafficMACIndex. |
| All the other values | Reserved |

## 8.9.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{RUPType}$ | Type field for this protocol | **Table 2.5.4-1** |
| $N_{RUPMultiCarrier}$ | Subtype field for this protocol | 0x0001 |
| $N_{RUPActive}$ | Maximum number of the Active Set pilots per sub-Active Set | 6 |
| $N_{RUPCandidate}$ | Maximum number of Pilot Groups in the Candidate Set | 6 |
| $N_{RUPNeighbor}$ | Minimum size of Pilot Groups in the Neighbor Set | 20 |

## 8.9.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

TIA-856-B                                                                                     Connection Layer

1 This protocol defines the following parameter record in addition to the configuration
2 attributes for this protocol.

3 8.9.9.1 RouteUpdate Parameter

4 The following parameter shall be included in the Session State Information record only if
5 the Session State Information is being transferred while the connection is open.

1   **Table 8.9.9.1-1. The Format of the Parameter Record for the RouteUpdate Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| TCAMessageSequence | 8 |
| RUPMessageSequence | 8 |
| DSCChannelGainBase | 5 |
| FrameOffset | 4 |
| NumSectors | 5 |
| NumSubActiveSets | 4 |
| AssignedChannelIncluded | 1 |
| SchedulerTagIncluded | 1 |
| FeedbackMultiplexingEnabled | 1 |

NumSectors occurrences of the following SectorInformation record:

{0

| RAChannelGain | 2 |
|---|---|
| PilotPN | 9 |
| DRCCover | 3 |
| SofterHandoff | 1 |

}0

N occurrences of the following field, where N is the number of SofterHandoff fields set to '0' in this message

| DSC | 3 |
|---|---|

NumSubActiveSets occurrences of the following SubActiveSetParameters record (starting from NumFwdChannelsThisSubActiveSet  and ending at RABMACIndex, inclusive):

{0

| NumFwdChannelsThisSubActiveSet | 4 |
|---|---|

NumFwdChannelsThisSubActiveSet occurrences of the following field:

{1

| AssignedChannel | 0 or 24 |
|---|---|

}1

| FeedbackEnabled | 1 |
|---|---|

| | |
|---|---|
| FeedbackMultiplexingIndex | 0 or 9 |
| FeedbackReverseChannelIndex | 0 or 4 |
| SubActiveSetCarriesControlChannel | 1 |
| ThisSubActiveSetNotReportable | 1 |
| DSCForThisSubActiveSetEnabled | 0 or 1 |
| Next3FieldsSameAsBefore | 0 or 1 |
| DRCLength | 0 or 2 |
| DRCChannelGainBase | 0 or 6 |
| ACKChannelGain | 0 or 6 |
| NumReverseChannelsIncluded | 1 |
| NumReverseChannels | 0 or 4 |

NumReverseChannels occurrences of the following record:

{1

| | |
|---|---|
| ReverseChannelConfiguration | 0 or 2 |
| ReverseBandClass | 0 or 5 |
| ReverseChannelNumber | 0 or 11 |
| ReverseChannelDroppingRank | 0 or 3 |

}1

NumSectors occurrences of the following record:

{1

| | |
|---|---|
| PilotInThisSectorIncluded | 1 |
| ForwardChannelIndexThisPilot | 0 or 4 |
| PilotGroupID | 0 or 3 |
| NumUniqueForwardTrafficMACIndices | 0 or 3 |
| SchedulerTag | 0 or 7 |
| AuxDRCCoverIncluded | 0 or 1 |
| AuxDRCCover | 0 or 3 |
| ForwardTrafficMACIndexPerInterlaceEnabled | 0 or 1 |

NumUniqueForwardTrafficMACIndices (if included) or zero occurrences of the following record:

{2

| | |
|---|---|
| ForwardTrafficMACIndex | 0 or 10 |
| AssignedInterlaces | 0 or 4 |

}2

NumReverseChannels occurrences of the following record:

{2

| ReverseLinkMACIndex | 0 or 9 |
|---------------------|--------|
| RABMACIndex | 0 or 7 |

}2

}1

}0

| Reserved | 0 – 7 (as needed) |
|----------|-------------------|

ParameterType            This field shall be set to 0x01 for this parameter record.

Length                   This field shall be set to the length of this parameter record in units of octets excluding the Length field.

TCAMessageSequence

This field shall be set to the MessageSequence field of the last TrafficChannelAssignment message that was sent by the source access network.

RUPMessageSequence

This field shall be set to the MessageSequence field of the last RouteUpdate message that was received by the source access network.

The access network shall set the remaining fields in this Parameter Record to the values of the corresponding fields in the last TrafficChannelAssignment message that was sent by the source access network.

Reserved                 The number of bits in this field is equal to the number needed to make the length of this parameter record length an integer number of octets. This field shall be set to all zeros.

**8.10 Default Packet Consolidation Protocol**

8.10.1 Overview

The Default Packet Consolidation Protocol provides packet consolidation on the transmit side and provides packet de-multiplexing on the receive side.

8.10.2 Primitives and Public Data

8.10.2.1 Commands

This protocol does not define any commands.

8.10.2.2 Return Indications

This protocol does not return any indications.

8.10.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

8.10.3 Protocol Data Unit

The Protocol Data Unit for this protocol is a Connection Layer packet. Connection Layer packets contain Session Layer packets destined to or from the same access terminal address.

Two types of Connection Layer packets are defined:

- Format A: These packets are maximum length packets (including lower layer headers). Format A packets contain one Session Layer packet and do not have Connection Layer headers or padding.

- Format B: These packets are maximum length packets (including lower layer headers). Format B packets contain one or more Session Layer packets and have a Connection Layer header(s). The protocol places the Connection Layer header defined in 8.10.6.3.2 in front of each Session Layer packet and enough padding to create a maximum length packet.

Format A provides an extra octet of payload per packet.

The packet format type is passed with the packet to the lower layers.

The Connection Layer encapsulation is shown in Figure 8.10.3-1 and Figure 8.10.3-2.

All transmitted packets are forwarded to the Security Layer.

All received packets are forwarded to the Session Layer after removing the Connection Layer headers.

The maximum size Session Layer packet the protocol can encapsulate depends on the Physical Layer channel on which this packet will be transmitted and on the specific security protocols negotiated.



**Figure 8.10.3-1. Connection Layer Packet Structure (Format A)**



**Figure 8.10.3-2. Connection Layer Packet Structure (Format B)**

8.10.4 Protocol Initialization

8.10.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

8.10.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation of the InUse instance of this protocol, the access terminal and the access network shall set the value of the attributes for this protocol instance to the default values specified for each attribute.

8.10.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.10.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.10.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then

    – The InConfiguration protocol instance at the access terminal and access network shall become the InUse protocol instance for the Packet Consolidation Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

8.10.5.3 Message Formats

8.10.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

Connection Layer                                                             TIA-856-B

| Channels | FTC    RTC | SLP | Reliable |
|----------|------------|-----|----------|
| Addressing | unicast | Priority | 40 |

8.10.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the
                     corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this
                     message selects a complex attribute, only the ValueID field of the
                     complex attribute shall be included in the message. The format of the
                     AttributeRecord is given in 14.3. The sender shall not include more
                     than one attribute record with the same attribute identifier.

| Channels | FTC    RTC | SLP | Reliable |
|----------|------------|-----|----------|
| Addressing | unicast | Priority | 40 |

8.10.6 Procedures and Messages for the InUse Instance of the Protocol

8.10.6.1 Procedures

This protocol receives the following information with every transmitted Session Layer
packet:

• Destination channel: Forward Traffic Channel, Control Channel, Reverse Traffic
  Channel, Access Channel, or Broadcast Channel [14].

• Priority.

• Forced Single Encapsulation: Whether or not the Session Layer packet can be
  encapsulated with other Session Layer packets in the same Connection Layer packet.

8.10.6.1.1 Destination Channels

Associated with a Connection Layer packet received by this protocol there shall be a
parameter indicating the destination channel on which the packet is to be transmitted.

Associated with a Connection Layer packet received by this protocol there may be a parameter indicating a transmission deadline.

### 8.10.6.1.2 Priority Order

Packets are prioritized according to the following rules:

- If two packets have different priority numbers, the packet with the lower priority number has priority.

- If two packets have the same priority number, the packet that was received first by the protocol has priority.

Transmission of packets that have higher priority shall take precedence over transmission of packets with lower priority within the constraints imposed by lower layer protocols. The priority assigned to packets applies only to the order in which packets are chosen for inclusion into a Connection Layer packet. The relative placement of Session Layer packets within a Connection Layer packet shall follow the order in which they are to be processed on the receive side.

### 8.10.6.1.3 Forced Single Encapsulation

If a Forward Traffic Channel Session Layer packet is marked as Forced Single Encapsulation, the access network shall encapsulate it without any other Session Layer packets in a Connection Layer packet. The Packet Consolidation Protocol shall also pass an indication down to the physical layer with the Connection Layer packet, instructing the physical layer to ensure that the Physical Layer packet containing this packet does not contain any other Connection Layer packet. Forced Single Encapsulation applies only to the Forward Traffic Channel MAC Layer packets.

Forced Single Encapsulation is used for test services that require a one to one mapping between application packets and Physical Layer packets.

### 8.10.6.1.4 Access Terminal Procedures

#### 8.10.6.1.4.1 Format A Packets

The access terminal shall create a Format A Connection Layer packet, only if the highest priority pending Session Layer packet will fill the Security Layer payload.

The access terminal shall forward the Connection Layer packet for transmission to the Security Layer.

#### 8.10.6.1.4.2 Format B Packets

The access terminal shall create a Format B Connection Layer packet by adding the Connection Layer header, defined in 8.10.6.3.2 in front of every Session Layer packet, concatenating the result and adding enough padding to fill the Security Layer payload. The resulting packet length shall not exceed the maximum payload that can be carried on the Physical Layer Channel, given the transmission rate that will be used to transmit the

packet and the headers added by the lower layers. All concatenated Connection Layer packets shall be transmitted on the same Physical Layer Channel.[77]

The protocol shall use the priority order to determine which Session Layer packets shall be included in the Connection Layer packet. The protocol shall concatenate and encapsulate Session Layer packets into a Connection Layer Packet.

The access terminal shall forward the Connection Layer packet for transmission to the Security Layer.

8.10.6.1.5 Access Network Procedures

8.10.6.1.5.1 Control Channel

The Control Channel carries broadcast transmissions as well as directed transmissions to multiple access terminals.

If the access network transmits a unicast packet to an access terminal over the Control Channel, it should transmit this packet at least from all the sectors in the access terminal's Active Set. If the data is carried in a synchronous or sub-synchronous capsule, the transmission should occur simultaneously at least once. The access network shall create the Connection Layer packets as defined in 8.10.6.1.5.1.1.

The access network shall prioritize Connection Layer packets marked for transmission in a Control Channel synchronous capsule as defined in 8.10.6.1.5.1.2.

The access network shall prioritize Connection Layer packets marked for transmission in a Control Channel sub-synchronous capsule as defined in 8.10.6.1.5.1.3.

The access network shall prioritize Connection Layer packets marked for transmission in a Control Channel asynchronous capsule as defined in 8.10.6.1.5.1.1 and 8.10.6.1.5.1.4

8.10.6.1.5.1.1 Control Channel Connection Layer Packets

The access network shall not encapsulate Session Layer packets destined to different access terminals in the same Connection Layer packet.

The access network may encapsulate multiple Session Layer packets destined to a single access terminal in the same Connection Layer packet.

The access network should assign a priority to the Connection Layer packet based on its component Session Layer packets. If the Connection Layer packet contains a single Session Layer packet, the priority of the Connection Layer packet should be the priority received with the Session Layer packet.

If any Session Layer packet encapsulated in a Connection Layer packet is marked for transmission in a synchronous capsule, the Connection Layer packet shall be marked for transmission in a synchronous capsule. Connection Layer packets may be either Format A or Format B. When the access network forms a Format A Connection Layer packet, it shall set the Format A Connection Layer packet to the Session Layer packet. The resulting

---

[77] i.e., Access Channel or Reverse Traffic Channel.

packet length shall not exceed the maximum payload that can be carried in a Control Channel MAC Layer packet given the headers added by the lower layers. When the access network forms a Format B Connection Layer packet, it shall create the Format B Connection Layer packet by appending the Connection Layer header defined in 8.10.6.3.2 in front of every Session Layer packet it is encapsulating in this Connection Layer packet and then concatenating the result. The resulting packet length shall not exceed the maximum payload that can be carried in a Control Channel MAC Layer packet given the headers added by the lower layers.

The access network shall forward the Connection Layer packet for transmission to the Security Layer.

8.10.6.1.5.1.2 Synchronous Capsule Priority Rules

The access network should transmit, in priority order, all Connection Layer packets marked for transmission in a Control Channel synchronous capsule. If the amount of transmitted data (including lower layer headers) exceeds a single Control Channel MAC Layer packet, the access network may extend the synchronous capsule, delay the transmission of some Session Layer packets, or discard Session Layer packets. If the access network discards packets, it should discard them in reverse priority order.

In addition to transmitting the above Connection Layer packets, the access network may also transmit the following packets in a synchronous Control Channel capsule:

• Packets marked for transmission in an asynchronous Control Channel capsule, in priority order

• Packets marked for transmission either on the Forward Traffic Channel or the Control Channel, in priority order

If the access network transmits these additional packets, it should follow the above priority ordering, and should transmit them at a lower priority than packets marked for transmission in synchronous capsules only.

8.10.6.1.5.1.3 Sub-synchronous Capsule Priority Rules

Transmitting sub-synchronous capsules on the Control Channel is optional, because all data marked for transmission in these capsules can also be transmitted in a synchronous capsule.

If the access network chooses to transmit Connection Layer packets in a sub-synchronous capsule of the Control Channel, it should do so in the following order:

• Packets marked for transmission in a sub-synchronous capsule of the Control Channel, in priority order

• Packets marked for transmission in an asynchronous capsule of the Control Channel, in priority order

• Packets marked for transmission either on the Forward Traffic Channel or the Control Channel, in priority order

If the access network transmits packets marked for transmission an asynchronous Control Channel capsule or the Forward Traffic Channel in a sub-synchronous capsule, then it should follow the above priority ordering, and should transmit such packets at a lower priority than packets marked for transmission in sub-synchronous capsules.

### 8.10.6.1.5.1.4 Asynchronous Capsule Priority Rules

Transmitting asynchronous capsules on the Control Channel is optional, because all data marked for transmission in these capsules can also be transmitted in a synchronous capsule.

If the access network chooses to transmit Connection Layer packets in an asynchronous capsule of the Control Channel, it should do so in the following order:

- Packets marked for transmission in an asynchronous capsule of the Control Channel, in priority order

- Packets marked for transmission either on the Forward Traffic Channel or the Control Channel, in priority order

### 8.10.6.1.5.2 Forward Traffic Channel

The Forward Traffic Channel is time-multiplexed between the different access terminals. The transmission priority given to each access terminal is beyond the scope of this specification.[78]

### 8.10.6.1.5.2.1 Format A Packets

The access network shall create a Format A Connection Layer packet, only if the length of the highest priority pending Session Layer packet will fill the security layer payload.

The access network shall forward the Connection Layer packet for transmission to the Security Layer.

### 8.10.6.1.5.2.2 Format B Packets

The access network shall create a Format B Connection Layer packet by adding the Connection Layer header defined in 8.10.6.3.2 in front of every Session Layer packet, concatenating the result and adding padding to fill the Security Layer payload. The resulting packet length shall not exceed the maximum payload that can be carried on the Forward Traffic Channel given the headers added by the lower layers.

The protocol shall encapsulate and concatenate Session Layer packets in priority order.

The access network shall forward the Connection Layer packet for transmission to the Security Layer.

---

[78] Typical considerations for the access network are throughput maximization balanced with a fairness criteria between users.

8.10.6.2 Message Formats

No messages are defined for the InUse instance of this protocol.

8.10.6.3 Header Format

8.10.6.3.1 Pad

When creating a Format B Connection Layer packet, the access network and the access terminal shall add sufficient padding so that the packet fills the Security Layer payload and set the padding bits to '0'. When receiving a Format B Connection Layer packet, the access network and the access terminal shall ignore the padding bits.

8.10.6.3.2 Connection Layer Header

The access terminal and the access network add the following header in front of every Session Layer packet encapsulated in a Format B Connection Layer packet.

| Field | Length (bits) |
|---|---|
| Length | 8 |

Length                Length of Session Layer packet in octets. The sender shall not set this field to zero.

8.10.6.4 Interface to Other Protocols

8.10.6.4.1 Commands Sent

This protocol does not issue any commands.

8.10.6.4.2 Indications

This protocol does not register to receive any indications.

8.10.7 Configuration Attributes

No configuration attributes are defined for this protocol.

8.10.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{PCPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{PCPDefault}$ | Subtype field for this protocol | 0x0000 |

8.10.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**8.11 Overhead Messages Protocol**

8.11.1 Overview

The QuickConfig message and the SectorParameters message are collectively termed the overhead messages. These messages are broadcast by the access network over the Control Channel. These messages are unique, in that they pertain to multiple protocols and are, therefore, specified separately. The Overhead Messages Protocol provides procedures related to transmission, reception and supervision of these messages.

This protocol can be in one of two states:

• Inactive State: In this state, the protocol waits for an *Activate* command. This state corresponds only to the access terminal and occurs when the access terminal has not acquired an access network or is not required to receive overhead messages.

• Active State: In this state the access network transmits and the access terminal receives overhead messages.



**Figure 8.11.1-1. Overhead Messages Protocol State Diagram**

8.11.2 Primitives and Public Data

8.11.2.1 Commands

This protocol defines the following commands:

• *Activate*

• *Deactivate*

• *ANRedirect* (access terminal only)

• *CheckConfiguration* (access terminal only)

8.11.2.2 Return Indications

This protocol returns the following indications:

• *ANRedirected*

• *SupervisionFailed*

1   • *Updated*

2   • *ConfigurationChanged* (access network only)

3   8.11.2.3 Public Data

4   This protocol shall make the following data public:

5   • Subtype for this protocol

6   • All data in the overhead messages

7   • OverheadParametersUpToDate

8   8.11.3 Protocol Data Unit

9   The transmission unit of this protocol is a message. This is a control protocol; and,
10  therefore, it does not carry payload on behalf of other layers or protocols.

11  This protocol uses the Signaling Application to transmit and receive messages.

12  8.11.4 Protocol Initialization

13  8.11.4.1 Protocol Initialization for the InConfiguration Protocol Instance

14  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
15  access network shall perform the following in the order specified:

16  • The fall-back values of the attributes for this protocol instance shall be set to the
17    default values specified for each attribute.

18  • If the InUse instance of this protocol has the same protocol subtype as this
19    InConfiguration protocol instance, then the fall-back values of the attributes defined by
20    the InConfiguration protocol instance shall be set to the values of the corresponding
21    attributes associated with the InUse protocol instance.

22  • The value for each attribute for this protocol instance shall be set to the fall-back value
23    for that attribute.

24  8.11.4.2 Protocol Initialization for the InUse Protocol Instance

25  Upon creation, the InUse instance of this protocol in the access terminal and access
26  network shall perform the following:

27  • The value of the attributes for this protocol instance shall be set to the default values
28    specified for each attribute.

29  • The protocol at the access terminal shall enter the Inactive State.

30  • The protocol at the access network shall enter the Active State.

8.11.5 Procedures and Messages for the InConfiguration Instance of the Protocol

8.11.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

8.11.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- If the InUse instance of any of the Connection Layer protocols does not have the same subtype as the corresponding InConfiguration protocol instance, then

    – The access terminal shall set the initial state of the InConfiguration and InUse protocol instances of the Overhead Messages protocol to the Inactive State.

    – The access network shall set the initial state of the InConfiguration and InUse protocol instances of the Overhead Messages protocol to the Active State.

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Overhead Messages Protocol at the access terminal and the access network.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

8.11.5.3 Message Formats

8.11.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

Connection Layer

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID              The sender shall set this field to 0x50.

2   TransactionID          The sender shall increment this value for each new
3                          ConfigurationRequest message sent.

4   AttributeRecord        The format of this record is specified in 14.3.

5

| Channels | FTC    RTC |
|----------|------------|
| Addressing | unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 40 |

6   8.11.5.3.2 ConfigurationResponse

7   The ConfigurationResponse message format is as follows:

8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9   MessageID              The sender shall set this field to 0x51.

10  TransactionID          The sender shall set this value to the TransactionID field of the
11                         corresponding ConfigurationRequest message.

12  AttributeRecord        An attribute record containing a single attribute value. If this
13                         message selects a complex attribute, only the ValueID field of the
14                         complex attribute shall be included in the message. The format of the
15                         AttributeRecord is given in 14.3. The sender shall not include more
16                         than one attribute record with the same attribute identifier.

17

Connection Layer                                                                      TIA-856-B

| Channels | FTC     RTC | SLP | Reliable |
|----------|-------------|-----|----------|
| Addressing | unicast | Priority | 40 |

8.11.6 Procedures and Messages for the InUse Instance of the Protocol

8.11.6.1 Procedures

8.11.6.1.1 Extensibility Requirements

Further revisions of the access network may add new overhead messages.

The access terminal shall discard overhead messages with a MessageID field it does not recognize.

Further revisions of the access network may add new fields to existing overhead messages. These fields shall be added to the end of the message, prior to the Reserved field if such a field is defined.

The access terminal shall ignore fields it does not recognize.

8.11.6.1.2 Command Processing

The access network shall ignore all commands.

8.11.6.1.2.1 Activate

If this protocol receives an *Activate* command in the Inactive State:

• The access terminal shall transition to the Active State.

• The access network shall ignore it.

If this protocol receives the command in the Active State, it shall be ignored.

8.11.6.1.2.2 Deactivate

If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If this protocol receives the command in the Active State:

• Access terminal shall transition to the Inactive State.

• Access network shall ignore it.

8.11.6.1.3 Inactive State

This state corresponds only to the access terminal and occurs when the access terminal has not acquired an access network or is not required to receive overhead messages. In this state, the protocol waits for an *Activate* command.

8.11.6.1.4 Active State

8.11.6.1.5 Access Network Requirements

The access network shall include a QuickConfig message in every Control Channel synchronous Sleep State capsule. The access network should include a SectorParameters message in the synchronous capsule at least once every $N_{OMPSectorParameters}$ Control Channel cycles. The access network shall set the SectorSignature field of the QuickConfig message to the SectorSignature field of the next SectorParameters message. The access network shall set the AccessSignature field of the QuickConfig message to the public data AccessSignature (see Access Channel MAC Protocol). If the value of the SectorSignature field of the QuickConfig message is different from that of the last QuickConfig message, then the access network shall generate a *ConfigurationChanged* indication. The access network shall not generate more than two *ConfigurationChanged* indications in any OverheadCachePeriod interval.

8.11.6.1.6 Access Terminal Requirements

When in the Active State, the access terminal shall perform supervision on the QuickConfig and the SectorParameters messages as specified in 8.11.6.1.6.1.1 and 8.11.6.1.6.1.2, respectively.

If the access terminal does not have any stored value for the overhead parameters or if it receives a *RouteUpdate.IdleHO* indication, or if it receives a *ConnectedState.ConnectionClosed* indication, the access terminal shall set OverheadParametersUpToDate to 0.

When the access terminal receives the QuickConfig message, it shall perform the following:

- If any of the following conditions are true:

    - OverheadParametersUpToDate is equal to 0,

    - the value of the SectorSignature field of the new QuickConfig message is different from the last received value for SectorSignature corresponding to the same sector[79] from which the QuickConfig message is received, or

    - the sector from which this QuickConfig message is received is different from the sector from which the last QuickConfig message was received,

    then the access terminal shall perform the following:

    - The access terminal shall set OverheadParametersUpToDate to 0.

    - The access terminal shall monitor every subsequent Control Channel synchronous capsule until it receives the updated SectorParameters message. When the access terminal receives the updated SectorParameters message, it shall return an *Updated* indication and set OverheadParametersUpToDate to 1.

---

[79] A sector is specified by its SectorID and the CDMA channel associated with it (see the definition of Sector).

Upon receiving an updated overhead message, the access terminal should store the signature associated with the message, the overhead message parameters, and the (PN Offset, CDMA Channel) associated with the sector for at least OverheadCachePeriod interval.

Upon receiving a *CheckConfiguration* command, the access terminal shall perform the following:

- If any of the following conditions is true, then the access terminal shall set OverheadParametersUpToDate to '0', and monitor every subsequent Control Channel synchronous capsule until it receives a SectorParameters message or a QuickConfig message whose SectorSignature field is the same as the last received value for SectorSignature from the same sector.

    – OverheadParametersUpToDate is '0', or

    – the ConfigurationChange argument received with the command is different than that received with the last *CheckConfiguration* command whose (PN Offset, CDMA Channel) argument was the same as that of this command, or

    – the access terminal's overhead cache associated with the (PN Offset, CDMA Channel) argument received with the command is older than OverheadCachePeriod interval.

When the access terminal receives the above SectorParameters message or QuickConfig message, it shall return an *Updated* indication and set OverheadParametersUpToDate to '1'.If the Redirect field of the QuickConfig message is set to '1', the access terminal shall return an *ANRedirected* indication.[80] Upon receiving an *ANRedirect* command, the access terminal shall generate an *ANRedirected* indication.

The access terminal shall store a list of RouteUpdateTriggerCodes associated with subnets visited by the access terminal for future comparisons and for future use. This list is called the RouteUpdateTriggerCodeList. Each entry in the RouteUpdateTriggerCodeList shall include the subnet and the RouteUpdateTriggerCode. Other protocols may cache information keyed by (Subnet, RouteUpdateTriggerCode) pairs. If other protocols cache information keyed by (Subnet, RouteUpdateTriggerCode) pairs, then these protocols shall delete such information when the (Subnet, RouteUpdateTriggerCode) pair is deleted from the RouteUpdateTriggerCodeList.

If RouteUpdateTriggerCodeListSize is set to 0x00, the access terminal shall delete all entries in the RouteUpdateTriggerCodeList. Otherwise, the access terminal shall perform the following:

- The access terminal shall delete any entries in the RouteUpdateTriggerCodeList other than the current (Subnet, RouteUpdateTriggerCode) received in the most recent SectorParameters message if the entries have an expiration timer that has been running for at least $2^{\wedge}(\text{RouteUpdateTriggerMaxAge} + 3) \times 1.28$ seconds.

---

[80] Redirection is commonly used in networks under test.

- If the expiration timer for the RouteUpdateTriggerCodeList entry corresponding to the current (Subnet, RouteUpdateTriggerCode) received in the most recent SectorParameters message has been running for at least $2\^{}$(RouteUpdateTriggerMaxAge + 3) × 1.28 seconds, the access terminal shall reset, initialize to zero, and restart the expiration timer for that entry.

- If the (Subnet, RouteUpdateTriggerCode) pair from the most recently received SectorParameters message is not included in the RouteUpdateTriggerCodeList, then the access terminal shall add the entry to the RouteUpdateTriggerCodeList and shall reset, initialize to zero, and start the expiration timer for that entry. The access terminal shall generate a *RouteUpdate.SendRouteUpdate* command when it adds an entry to the RouteUpdateTriggerCodeList. If there are more than the number of entries specified by the RouteUpdateTriggerCodeListSize attribute in the RouteUpdateTriggerCodeList, then the access terminal shall delete entries from the list until there are exactly RouteUpdateTriggerCodeListSize entries in the list according to the following rules:

    - The access terminal shall delete the oldest entries in the list first, and

    - the access terminal shall not delete the entry in the list that corresponds to the (Subnet, RouteUpdateTriggerCode) received in the most recent SectorParameters message.

### 8.11.6.1.6.1 Supervision Procedures

#### 8.11.6.1.6.1.1 Supervision of QuickConfig Message

Upon entering the Active State, the access terminal shall start the following procedure to supervise the QuickConfig message:

The access terminal shall set a QuickConfig supervision timer for $T_{OMPQCSupervision}$.

If a QuickConfig message is received while the timer is active, the access terminal shall reset and restart the timer.

If the timer expires, the access terminal shall return a *SupervisionFailed* indication and disable the timer.

#### 8.11.6.1.6.1.2 Supervision of SectorParameters Message

Upon entering the Active State, the access terminal shall start the following procedure to supervise the SectorParameters message:

The access terminal shall set a SectorParameters supervision timer for $T_{OMPSPSupervision}$.

If a SectorParameters message is received while the timer is active, the access terminal shall reset and restart the timer.

If a QuickConfig message is received while the timer is active and the SectorSignature field of the QuickConfig message matches the last received value for SectorSignature

corresponding to the same sector[81] from which the QuickConfig message is received, the access terminal shall reset and restart the timer.

If the timer expires, the access terminal shall return a *SupervisionFailed* indication and disable the timer.

8.11.6.2 Message Formats

8.11.6.2.1 QuickConfig

The QuickConfig message is used to indicate a change in the overhead messages' contents and to provide frequently changing information.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| ColorCode | 8 |
| SectorID24 | 24 |
| SectorSignature | 16 |
| AccessSignature | 16 |
| Redirect | 1 |
| RPCCount63To0 | 6 |

RPCCount63To0 occurrences of the following field

| | |
|---|---|
| ForwardTrafficValid63To0 | 1 |

| | |
|---|---|
| RPCCount127To64Included | 0 or 1 |
| RPCCount127To64 | 0 or 6 |

RPCCount127To64 occurrences of the following field:

| | |
|---|---|
| ForwardTrafficValid127To64 | 0 or 1 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

MessageID            The access network shall set this field to 0x00.

ColorCode            The access network shall set this field to the color code corresponding to this sector.

SectorID24           The access network shall set this field to the least significant 24 bits of the SectorID value corresponding to this sector.

---

[81] A sector is specified by its SectorID and the CDMA channel associated with it (see the definition of Sector).

TIA-856-B                                                    Connection Layer

SectorSignature         The access network shall set this field to the value of the
                        SectorSignature field of the next SectorParameters message it will
                        transmit.

AccessSignature         The access network shall set this field to the value of the
                        AccessSignature parameter from the AccessParameters message that
                        is Public Data of the Access Channel MAC Protocol.

Redirect                Access network redirect. The access network shall set this field to '1'
                        if it is redirecting all access terminals away from this access
                        network.[82]

RPCCount63To0           The access network shall set this field to the maximum number of
                        RPC channels supported by the sector corresponding to Forward
                        Traffic Channels associated with MAC indices 0 through 63,
                        inclusive.

ForwardTrafficValid63To0

                        The access network shall set occurrence $n$ of this field to '1' if the
                        Forward Traffic Channel associated with MACIndex 64-$n$ is valid. The
                        access terminal uses this field to perform supervision of the Forward
                        Traffic Channel.

RPCCount127To64Included

                        If this field is included, the access network shall set this field to '1' if
                        the RPCCount127To64 field is included in this message. Otherwise,
                        the access network shall set this field to '0'.

RPCCount127To64         If the RPCCount127To64Included field is omitted, or if
                        RPCCount127To64Included is '0', then the access network shall omit
                        this field. Otherwise, the access network shall set this field to the
                        maximum number of RPC channels supported by the sector
                        corresponding to Forward Traffic Channels associated with MAC
                        indices 64 through 127, inclusive.

ForwardTrafficValid127To64

                        If the RPCCount127To64Included field is omitted, or if
                        RPCCount127To64Included is '0', then the access network shall omit
                        this field. Otherwise, the access network shall set occurrence $n$ of
                        this field to '1' if the Forward Traffic Channel associated with

---

[82] Network redirect is commonly used during testing.

MACIndex 128-$n$ is valid. The access terminal uses this field to perform supervision of the Forward Traffic Channel.

Reserved            The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | CCsynSS |
|---|---|
| Addressing | broadcast |

| SLP | Best Effort |
|---|---|
| Priority | 10 |

8.11.6.2.2 SectorParameters

The SectorParameters message is used to convey sector specific information to the access terminals.

TIA-856-B                                                    Connection Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| CountryCode | 12 |
| SectorID | 128 |
| SubnetMask | 8 |
| SectorSignature | 16 |
| Latitude | 22 |
| Longitude | 23 |
| RouteUpdateRadiusOverhead | 11 |
| LeapSeconds | 8 |
| LocalTimeOffset | 11 |
| ReverseLinkSilenceDuration | 2 |
| ReverseLinkSilencePeriod | 2 |
| ChannelCount | 5 |

ChannelCount occurrences of the following field:

| Channel | 24 |
|---|---|

| NeighborCount | 5 |
|---|---|

NeighborCount occurrences of the following field:

| NeighborPilotPN | 9 |
|---|---|

NeighborCount occurrences of the following two fields:

| NeighborChannelIncluded | 1 |
|---|---|
| NeighborChannel | 0 or 24 |

| NeighborSearchWindowSizeIncluded | 1 |
|---|---|

NeighborCount occurrences of the following field

| NeighborSearchWindowSize | 0 or 4 |
|---|---|

| NeighborSearchWindowOffsetIncluded | 1 |
|---|---|

NeighborCount occurrences of the following field

| NeighborSearchWindowOffset | 0 or 3 |
|---|---|

| ExtendedChannelIncluded | 0 or 1 |
|---|---|

| Field | Length (bits) |
|---|---|
| ExtendedChannelCount | 0 or 5 |

0 or ExtendedChannelCount occurrences of the following field:

| Field | Length (bits) |
|---|---|
| ExtendedChannel | 24 |

| Field | Length (bits) |
|---|---|
| AccessHashingChannelMaskIncluded | 0 or 1 |
| AccessHashingMaskLength | 0 or 4 |

$n$, occurrences of the following record, where $0 \le n \le$ (ChannelCount + ExtendedChannelCount),

| Field | Length (bits) |
|---|---|
| AccessHashingChannelMaskSameAsPrevious | 1 |
| AccessHashingChannelMask | 0 or AccessHashingMaskLength + 1 |

| Field | Length (bits) |
|---|---|
| RouteUpdateTriggerCodeIncluded | 0 or 1 |
| RouteUpdateTriggerCode | 0 or 12 |
| RouteUpdateTriggerMaxAge | 0 or 4 |
| PriorSessionGAUP | 0 or 1 |
| FPDCHSupportedIncluded | 0 or 1 |

$m$, $0 \le m \le$ NeighborCount occurrences of the following field:

| Field | Length (bits) |
|---|---|
| FPDCHSupported | 0 or 1 |

| Field | Length (bits) |
|---|---|
| PilotGroupIDLoopIncluded | 0 or 1 |

Zero or NeighborCount + 1 - $m$ occurrences of the following two fields:

| Field | Length (bits) |
|---|---|
| PilotGroupIDIncluded | 1 |
| PilotGroupID | 0 or 3 |

| Field | Length (bits) |
|---|---|
| IsSectorMultiCarrierCapable | 0 or 1 |

$n$, occurrences of the following two fields, where $n$ is the total number of Channel and ExtendedChannel records in this message that have SystemType equal to 0x02

| Field | Length (bits) |
|---|---|
| ReverseBandClass | 0 or 5 |

Connection Layer

| Field | Length (bits) |
|---|---|
| ReverseChannelNumber | 0 or 11 |

| | |
|---|---|
| SecondaryColorCodeIncluded | 0 or 1 |
| SecondaryColorCodeCount | 0 or 3 |

Zero or SecondaryColorCodeCount occurrences of the following field:

| | |
|---|---|
| SecondaryColorCode | 8 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

1   MessageID                    The access network shall set this field to 0x01.

2   CountryCode                  The access network shall set this field to the three-digit BCD (binary
3                                coded decimal) encoded representation of the Mobile Country Code
4                                (as specified in [12]) associated with this sector.

5   SectorID                     Sector Address Identifier. The Access Network shall set the value of
6                                the SectorID according to the rules specified in 14.9. The Access
7                                Terminal shall not assume anything about the format of the SectorID
8                                other than the (SectorID, CDMA Channel) pair uniquely identifies a
9                                sector. The value of this field should be less than or equal to 104 if
10                               SecondaryColorCodeIncluded field is included and is set to '1'.

11  SubnetMask                   Sector Subnet identifier. The access network shall set this field to the
12                               number of consecutive 1's in the subnet mask of the subnet to which
13                               this sector belongs. The value of this field should be less than or
14                               equal to 104 if SecondaryColorCodeInclude field is included and is
15                               set to '1'.

16  SectorSignature              SectorParameters message signature. The access network shall
17                               change this field if the contents of the SectorParameters message
18                               changes.

19  Latitude                     The latitude of the sector. The access network shall set this field to
20                               this sector's latitude in units of 0.25 second, expressed as a two's
21                               complement signed number with positive numbers signifying North
22                               latitudes. The access network shall set this field to a value in the
23                               range -1296000 to 1296000 inclusive (corresponding to a range of -
24                               90° to +90°).

25  Longitude                    The longitude of the sector. The access network shall set this field to
26                               this sector's longitude in units of 0.25 second, expressed as a two's

complement signed number with positive numbers signifying East longitude. The access network shall set this field to a value in the range -2592000 to 2592000 inclusive (corresponding to a range of -180° to +180°).

RouteUpdateRadiusOverhead

If the access terminal is to perform distance based route updates, the access network shall set this field to the non-zero "distance" beyond which the access terminal is to send a new RouteUpdate message (see Default Route Update Protocol). If access terminals are not to perform distance based route updates, the access network shall set this field to 0.[83]

LeapSeconds

The number of leap seconds that have occurred since the start of CDMA System Time.

LocalTimeOffset

The access network shall set this field to the offset of the local time from CDMA System Time. This value will be in units of minutes, expressed as a two's complement signed number.

ReverseLinkSilenceDuration

The access network shall set this field to specify the duration of the Reverse Link Silence Interval in units of frames.

ReverseLinkSilencePeriod

The access network shall set this field to specify the period of the Reverse Link Silence Interval. The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T where T is the CDMA System Time in units of frames and it satisfies the following equation:

$$T \bmod (2048 \times 2^{\text{ReverseLinkSilencePeriod}} - 1) = 0.$$

ChannelCount

The access network shall set this field to the number of cdma2000 high rate packet data channels available to the access terminal on this sector.

Channel

Channel record specification for each channel. See 14.1 for the Channel record format. The access network shall set the SystemType field of this record to 0x00 or 0x02.

---

[83] The access terminal determines whether to send a distance based RouteUpdate message or not using the RouteUpdateRadiusOverhead value of the serving sector. If the serving sector allows distance based Route Updates, the access terminal uses the RouteUpdateRadiusOverhead value sent by the sector in which the access terminal last registered.

TIA-856-B                                                                                          Connection Layer

NeighborCount            The access network shall set this field to the number of records specifying neighboring sectors information included in this message.

NeighborPilotPN          The access network shall set this field to the PN Offset of a neighboring sector that the access terminal should add to its Neighbor Set.

NeighborChannelIncluded

The access network shall set this field to '1' if a Channel record is included for this neighbor, and to '0' otherwise. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of NeighborPilotPN in the record that contains the NeighborPilotPN field above.

NeighborChannel          Channel record specification for the neighbor channel. See 14.1 for the Channel record format. The access network shall omit this field if the corresponding NeighborChannelIncluded field is set to '0'. Otherwise, if included, the $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of NeighborPilotPN in the record that contains the NeighborPilotPN field above.

NeighborSearchWindowSizeIncluded

The access network shall set this field to '1' if NeighborSearchWindowSize field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

NeighborSearchWindowSize

The access network shall omit this field if NeighborSearchWindowSizeIncluded is set to '0'. If NeighborSearchWindowSizeIncluded is set to '1', the access network shall set this field to the value shown in Table 8.11.6.2-1 corresponding to the search window size to be used by the access terminal for the neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of NeighborPilotPN in the record that contains the NeighborPilotPN field above.

**Table 8.11.6.2-1. Search Window Sizes**

| SearchWindowSize Value | Search Window Size (PN chips) |
|:---:|:---:|
| 0 | 4 |
| 1 | 6 |
| 2 | 8 |
| 3 | 10 |
| 4 | 14 |
| 5 | 20 |
| 6 | 28 |
| 7 | 40 |
| 8 | 60 |
| 9 | 80 |
| 10 | 100 |
| 11 | 130 |
| 12 | 160 |
| 13 | 226 |
| 14 | 320 |
| 15 | 452 |

NeighborSearchWindowOffsetIncluded

The access network shall set this field to '1' if NeighborSearchWindowOffset field for neighboring sectors is included in this message. Otherwise, the access network shall set this field to '0'.

NeighborSearchWindowOffset

The access network shall omit this field if NeighborSearchWindowOffsetIncluded is set to '0'. If NeighborSearchWindowOffsetIncluded is set to '1', the access network shall set this field to the value shown in Table 8.11.6.2-2 corresponding to the search window offset to be used by the access terminal for the neighbor pilot. The $n^{th}$ occurrence of this field corresponds to the $n^{th}$ occurrence of NeighborPilotPN in the record that contains the NeighborPilotPN field above.

TIA-856-B                                                    Connection Layer

**Table 8.11.6.2-2. Search Window Offset**

| SearchWindowOffset | Offset ( PN chips) |
|---|---|
| 0 | 0 |
| 1 | $WindowSize^{84}$ /2 |
| 2 | WindowSize |
| 3 | $3 \times WindowSize$ /2 |
| 4 | - WindowSize /2 |
| 5 | - WindowSize |
| 6 | $-3 \times WindowSize$ /2 |
| 7 | Reserved |

ExtendedChannelIncluded

> If any of the fields after this field except for Reserved are included, the access network shall include this field.  Otherwise, the access network shall omit this field. If included, the access network shall set this field as follows:

> The access network shall set this field to '0' if the ExtendedChannel fields are omitted.  Otherwise, the access network shall set this field to '1'.

ExtendedChannelCount

> If the ExtendedChannelIncluded field is omitted or is included and set to '0', the access network shall omit this field. Otherwise, the access network shall include this field and shall set this field to the number of cdma2000 high rate packet data extended channels available to the access terminal on this sector. If this field is not included, the access terminal shall assume that the value of this field is '00000'.

ExtendedChannel

> Channel record specification for each extended channel.  If ExtendedChannelCount is not included, the access network shall omit this field. See 14.1 for the Channel record format. The access network shall set the SystemType field of this record to 0x00 or 0x02.

AccessHashingChannelMaskIncluded

> If any of the fields after this field except for Reserved are included, the access network shall include this field.  Otherwise, the access network shall omit this field. If included, the access network shall set this field as follows:

> The   access   network   shall   set   this   field   to   '0'   if   the

---

[84] WindowSize is pilot's search window size in PN chips.

AccessHashingChannelMask fields are omitted.   Otherwise, the access network shall set this field to '1'.

AccessHashingMaskLength

If the AccessHashingChannelMaskIncluded field is omitted or is included and set to '0', the access network shall omit this field. Otherwise, the access network shall set this field one less than the number of bits in the AccessHashingChannelMask field(s).

If the AccessHashingChannelMaskIncluded field is omitted or is included and set to '0', the access network shall omit the following two-field record.  Otherwise, the access network shall include $m$ occurrences of the following two field record, where $m$ is the total number of Channel and ExtendedChannel records in this message that have SystemType equal to 0x00 or 0x02.

AccessHashingChannelMaskSameAsPrevious

The access network shall set this field in the $i^{th}$ occurrence of this record as follows:

If $i$ is greater than 1 and the AccessHashingChannelMask for the $i^{th}$ Channel or ExtendedChannel record with SystemType equal to 0x00 or 0x02 in this message is the same as the AccessHashingChannelMask for the $(i\text{-}1)^{th}$ Channel or ExtendedChannel record with SystemType equal to 0x00 or 0x02 in this message, the access network may set this field to '1'.  Otherwise, the access network shall set this field to '0'.

AccessHashingChannelMask

The access network shall set this field in the $i^{th}$ occurrence of this record as follows:

If the AccessHashingChannelMaskSameAsPrevious field in this record is set to '1', the access network shall omit this field. Otherwise, the access network shall set this field to the (AccessHashingMaskLength + 1) bit access hashing class of the $i^{th}$ combined channel list entry in this message that has SystemType equal to 0x00 or 0x02, where the combined channel list is defined to be the ordered set of all Channel records in order (if any) with all Extended Channel records appended in order (if any). If this field is not included, the access terminal shall assume that the value of this field is the same as the value for this field in the previous occurrence of this record.

RouteUpdateTriggerCodeIncluded

The access network shall include this field if any of the fields other than the Reserved field that follow this field are to be included in the message. If this field is included, the access network shall set it as follows:  The access network shall set this field to '1' if RouteUpdateTriggerCode is included in this message. Otherwise, the

access network shall set this field to '0'. If this field is not included in the message, that access terminal shall assume a value of '0' for this field.

RouteUpdateTriggerCode    If the RouteUpdateTriggerCodeIncluded field is not included in this message, or if the RouteUpdateTriggerCodeIncluded field is included and is set to '0', then the access network shall omit this field. Otherwise, the access network shall set this field to a 12-bit value[85].

RouteUpdateTriggerMaxAge    If the RouteUpdateTriggerCodeIncluded field is not included in this message or if the RouteUpdateTriggerCodeIncluded field is included and set to '0', the access network shall omit this field. Otherwise, the access network shall set this field to indicate the duration of the RouteUpdateTriggerCode timer.

PriorSessionGAUP    The access network shall include this field if any of the fields other than the Reserved field that follow this field are to be included in the message. If this field is included, then the access network shall set this field as follows:
If the access terminal is not allowed to include the PriorSession attribute in an AttributeUpdateRequest message, then the access network shall set this field to '0'. Otherwise, the access network shall set this field to '1'.

FPDCHSupportedIncluded    The access network shall include this field if any of the fields other than the Reserved field that follow this field are to be included in the message. If this field is not included in the message, the access terminal shall assume a value of '0' for this field. If this field is included, the access network shall set this field as follows:
The access network shall set this field to '0' if the FPDCHSupported fields are omitted. Otherwise, the access network shall set this field to '1'.

FPDCHSupported    If FPDCHSupportedIncluded is not included or is included and is set to '0', then the access network shall omit all occurrences of this field. Otherwise, the access network shall include $m$ occurrences of this field, where $m$ is the number of NeighborChannel records in this message that have SystemType equal to 0x01, and the access

---

[85] The RouteUpdateTriggerCode represents parameters associated with other protocols or applications. A RouteUpdate message is triggered when the RouteUpdateTriggerCode changes. The access network can update parameters associated with other protocols or applications when it determines that the parameters at the access terminal need to be updated.

network shall set the occurrences of this field as follows:

The access network shall set the $i^{th}$ occurrence of this field as follows: If the system on the CDMA Channel corresponding to the $i^{th}$ NeighborChannel record that has SystemType equal to 0x01 supports the Forward Packet Data Channel (see [3]), the access network shall set the $i^{th}$ occurrence of this field to '1'.  Otherwise, the access network shall set the $i^{th}$ occurrence of this field to '0'.

PilotGroupIDLoopIncluded

The access network shall include this field if any of the non-reserved fields that follow this field are to be included in the message. If included, the access network shall set this field as follows:

The access network shall set this field to '1' if one or more PilotGroupIDIncluded fields are included in this message. Otherwise, the access network shall set this field to '0'.

PilotGroupIDIncluded

The access network shall omit this field if PilotGroupIDLoopIncluded field is omitted or set to '0'. Otherwise, the access network shall include this field and set it as follows: The access network shall set the first occurrence of this field to '1' if the PilotGroupID field corresponding to the pilot transmitting this message is included in this message. The access network shall set the n+1 th  occurrence of this field to '1' if PilotGroupID field corresponding to the $n^{th}$ occurrence of NeighborPilotPN field, with corresponding SystemType equal to 0x00 or 0x02, is included in this message. Otherwise, the access        network        shall        set        this        field        to        '0'. If this field is not included in the message, the access terminal shall assume a value of '0' for this field.

PilotGroupID

The access network shall omit this field if GroupIDIncluded field is omitted or set to '0'. Otherwise, the access network shall include this field and set it as follows:

The access network shall set this field to the PilotGroupID associated with the neighbor pilot or the pilot transmitting this message. The PilotPN of a neighbor pilot or the pilot transmitting this message, together with the PilotGroupID identify a Pilot Group (see 8.9.6.1.2.5).

IsSectorMultiCarrierCapable

The access network shall include this field if any of the non-reserved fields that follow this field are to be included in the message.  If this field is not included in the message, the access terminal shall assume a value of '0' for this field.  If included, the access network shall set this field to '1' if the access network is capable of assigning

more than one channel to the access terminal while connected. Otherwise, the access network shall set this field to '0'.

The access network shall include $n$ occurrences of the following two field record, where $n$ is the total number of Channel and ExtendedChannel records in this message that have SystemType equal to 0x02.

ReverseBandClass        The access network shall include this field if any of the non-reserved fields that follow this field are to be included in the message. The access network shall set the $i$th occurrence of this field to the band class number for the reverse CDMA channel associated with the $i$th combined channel list entry in this message that has SystemType equal to 0x02.  The combined channel list is defined to be the ordered set of all Channel records in order (if any) with all Extended Channel records appended in order (if any).

ReverseChannelNumber        The access network shall include this field if any of the non-reserved fields that follow this field are to be included in the message.  The access network shall set the $i$th occurrence of this field to the channel number that identifies the reverse CDMA channel associated with the $i$th combined channel list entry in this message that has SystemType equal to 0x02.  The combined channel list is defined to be the ordered set of all Channel records in order (if any) with all Extended Channel records appended in order (if any).

SecondaryColorCodeIncluded

The access network shall include this field if any of the non-reserved fields that follow this field are to be included in the message. If included, the  access network shall set this field as follows:
The   access   network   shall   set   this   field   to  '1'   if   the SecondaryColorCodeCount field is included. Otherwise, the access network shall set this field to '0'.

SecondaryColorCodeCount

If SecondaryColorCodeIncluded is omitted or set to '0', then the access network shall omit this field. Otherwise, the access network shall set this field as follows:
If SecondaryColorCodeIncluded is included and set to '1', then the access network shall set this field to indicate the number of secondary color codes covering this sector.  If the access terminal is to consider all possible values of SecondaryColorCode to be included in this message, then the access network shall set this field to '000'.

SecondaryColorCode

If SecondaryColorCodeCount is omitted or included and set to '000', then the access network shall omit this field. Otherwise, the access

network shall set this field as follows:

The access network shall set this field to a color code that is to be considered to be a member of the set of the SecondaryColorCode values.

Reserved             The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | CCsyn |
|---|---|
| Addressing | broadcast |

| SLP | Best Effort |
|---|---|
| Priority | 30 |

## 8.11.6.3 Interface to Other Protocols

### 8.11.6.3.1 Commands Sent

This protocol sends the following command:

- *RouteUpdate.SendRouteUpdate*

### 8.11.6.3.2 Indications

This protocol registers to receive the following indications:

- *RouteUpdate.IdleHO*

- *ConnectedState.ConnectionClosed*

## 8.11.7 Configuration Attributes

The simple configurable attributes are listed in Table 8.11.7-1. The access network and the access terminal shall use the default values that are typed in **bold italics.**

**Table 8.11.7-1 Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | OverheadCachePeriod | *0x00* | Value of overhead cache period is zero. |
| | | 0x01 to 0xff | Value of overhead cache period in units of 5.12 seconds. |
| 0xfe | RouteUpdateTriggerCodeListSize | *0x00* | Sending of RouteUpdate messages based on the RouteUpdateTriggerCodeList is disabled. |
| | | 0x01 – 0x05 | Size of the RouteUpdateTriggerCodeList |
| | | All other values | Reserved. |

TIA-856-B                                                               Connection Layer

8.11.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{OMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{OMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{OMPQCSupervision}$ | QuickConfig supervision timer | 12 Control Channel cycles |
| $T_{OMPSPSupervision}$ | SectorParameters supervision timer | 12 Control Channel cycles |
| $N_{OMPSectorParameters}$ | The recommended maximum number of Control Channel cycles between two consecutive SectorParameters message transmissions | 4 |

8.11.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

1     No text.

**9 SECURITY LAYER**

**9.1 Introduction**

9.1.1 General Overview

The Security Layer provides the following functions:

- Key Exchange: Provides the procedures followed by the access network and by the access terminal to exchange security keys for authentication and encryption.

- Authentication: Provides the procedures followed by the access network and the access terminal for authenticating traffic.

- Encryption: Provides the procedures followed by the access network and the access terminal for encrypting traffic.

The Security Layer uses the Key Exchange Protocol, Authentication Protocol, Encryption Protocol, and Security Protocol to provide these functions. Security Protocol provides public variables needed by the authentication and encryption protocols (e.g., cryptosync, time-stamp, etc.).

Figure 9.1.1-1 shows the protocols within the Security Layer.



**Figure 9.1.1-1. Security Layer Protocols**

**9.2 Data Encapsulation for the InUse Protocol Instances**

Figure 9.2-1 illustrates the relationship between a Connection Layer packet, a Security Layer packet and a MAC Layer payload.



**Figure 9.2-1. Security Layer Encapsulation**

The Security Layer headers or trailers may not be present (or equivalently, have a size of zero) if session configuration establishes the Default Security Layer or if the configured Security Protocol does not require a header or trailer. The Encryption Protocol may add a trailer to hide the actual length of the plain-text or padding to be used by the encryption algorithm. The Encryption Protocol Header may contain variables such as initialization vector (IV) to be used by the Encryption Protocol. The Authentication Protocol header or trailer may contain the digital signature that is used to authenticate the portion of the Authentication Protocol Packet that is authenticated. The Security Protocol header or trailer may contain variables needed by the authentication and encryption protocols (e.g., cryptosync, time-stamp, etc.).

Figure 9.2-1 shows the portions of the security layer packet that may be encrypted and authenticated. The authentication is performed on the Encryption Protocol Packet. This avoids unnecessary decryption when authentication fails.

The Security Layer shall pass the ConnectionLayerFormat field given to it by the MAC Layer to the Connection Layer with the Connection Layer packet.

**9.3 Default Security Protocol**

9.3.1 Overview

The Default Security Protocol does not provide any services, except for transferring packets between the Authentication Protocol and the MAC layer.

9.3.2 Primitives and Public Data

9.3.2.1 Commands

This protocol does not define any commands.

9.3.2.2 Return Indications

This protocol does not return any indications.

9.3.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

9.3.3 Protocol Data Unit

The protocol data unit for this protocol is a Security Layer packet. Each Security Layer packet consists of an Authentication Protocol packet.

9.3.4 Protocol Initialization

9.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

9.3.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation of the InUse instance of this protocol, the access terminal and the access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

9.3.5 Procedures and Messages for the InConfiguration Instance of the Protocol

9.3.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

9.3.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Security Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

9.3.5.3 Message Formats

9.3.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID                    The sender shall set this field to 0x50.

TransactionID    The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.3.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID    The sender shall set this field to 0x51.

TransactionID    The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.3.6 Procedures and Messages for the InUse Instance of the Protocol

9.3.6.1 Procedures

The protocol shall set the Security Layer packet to the Authentication Protocol packet and shall forward it for transmission to the MAC Layer. This protocol does not define a Security Protocol header or trailer.

This protocol shall set the Authentication Protocol packet to the Security Layer packet received from the MAC Layer, and shall forward the packet to the Authentication Protocol.

TIA-856-B                                                                 Security Layer

1   9.3.6.2 Message Formats

2   No messages are defined for the InUse instance of this protocol.

3   9.3.6.3 Default Security Protocol Header

4   The Default Security Protocol does not add a header.

5   9.3.6.4 Default Security Protocol Trailer

6   The Default Security Protocol does not add a trailer.

7   9.3.6.5 Interface to Other Protocols

8   9.3.6.5.1 Commands

9   This protocol does not issue any commands.

10   9.3.6.5.2 Indications

11   This protocol does not register to receive any indications.

12   9.3.7 Configuration Attributes

13   No configuration attributes are defined for this protocol.

14   9.3.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{SPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SPDefault}$ | Subtype field for this protocol | 0x0000 |

15   9.3.9 Session State Information

16   This protocol does not define any parameter record to be included in a Session State
17   Information record (see 14.8).

**9.4 Generic Security Protocol**

9.4.1 Overview

The Generic Security protocol performs the following tasks:

- On the transmission side, this protocol provides a cryptosync that may be used by the negotiated Authentication Protocol and Encryption Protocol.

- On the receiving side, this protocol computes the cryptosync using the information provided in the Generic Security Protocol header and makes the cryptosync publicly available.

9.4.2 Primitives and Public Data

9.4.2.1 Commands

This protocol does not define any commands.

9.4.2.2 Return Indications

This protocol does not return any indications.

9.4.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- Cryptosync

9.4.3 Protocol Data Unit

The protocol data unit for this protocol is a Security Layer packet.

9.4.4 Protocol Initialization

9.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

9.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

9.4.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

9.4.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Security Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

9.4.5.3 Message Formats

9.4.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID              The sender shall set this field to 0x50.

Security Layer                                                                    TIA-856-B

TransactionID          The sender shall increment this value for each new
                       ConfigurationRequest message sent.

AttributeRecord        The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.4.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the
                   corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this
                   message selects a complex attribute, only the ValueID field of the
                   complex attribute shall be included in the message. The format of the
                   AttributeRecord is given in 14.3. The sender shall not include more
                   than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.4.6 Procedures and Messages for the InUse Instance of the Protocol

9.4.6.1 Procedures

Each Security Layer packet consists of an Authentication Protocol packet and a Security
Protocol header.

The protocol shall construct a Security Layer packet out of the Authentication Protocol
packet as follows and shall pass the packets for transmission to the MAC Layer:

- When the protocol receives an Authentication Protocol packet from the Authentication Protocol that is either authenticated or encrypted, it shall set CryptosyncShort in the Generic Security Protocol header to the least significant 16 bits of the value of the Cryptosync that is used by the Authentication Protocol or the Encryption Protocol to authenticate or encrypt this packet. The Generic Security Protocol shall then add the Generic Security Protocol header in front of the Authentication Protocol packet. The packet structure is shown in Figure 9.2-1.

- When the protocol receives an Authentication Protocol packet from the Authentication Protocol that is neither authenticated nor encrypted, the protocol shall not add a security protocol header to the Authentication Protocol packet.

- This protocol shall not append a trailer to the Authentication Protocol packet.

This Generic Security Protocol shall construct the Authentication Protocol packet using the Security Layer packet (received from the MAC Layer) as follows and shall forward the packet to the Authentication Protocol:

- When the protocol receives a Security Layer packet from the MAC Layer that is either authenticated or encrypted, it shall construct the Authentication Protocol packet by removing the Security Layer header.

- When the protocol receives a Security Layer packet from the MAC Layer that is neither authenticated nor encrypted, it shall set the Authentication Protocol packet to the Security Layer packet.

When the Security Layer receives a Connection Layer packet that is to be either authenticated or encrypted, the Generic Security Protocol shall choose a value for the Cryptosync based on the current 64-bit representation of the CDMA System Time in units of 80 ms, such that Cryptosync does not specify a time later than the time that the security layer packet will be transmitted by the physical layer, and is not earlier than the current CDMA System Time[86]. The protocol shall then set CryptosyncShort in the Generic Security Protocol header to Cryptosync[15:0].

When the Generic Security Protocol receives a Security Layer packet from the MAC Layer that is either authenticated or encrypted, it shall compute the 64-bit Cryptosync using CryptosyncShort given in the Generic Security Protocol Header as follows:

$$\text{Cryptosync} = (\text{SystemTime} - (\text{SystemTime}[15:0] - \text{CryptosyncShort}) \bmod 2^{16}) \bmod 2^{64},$$

where SystemTime is the current CDMA System Time in units of 80 ms, SystemTime[15:0] is the 16 least significant bits of the SystemTime, and CryptosyncShort is the 16-bit Generic Security protocol header.

9.4.6.2 Message Formats

No messages are defined for the InUse instance of this protocol.

---

[86] For example, the protocol may choose the current CDMA System Time as Cryptosync.

1    9.4.6.3 Generic Security Protocol Header

2    The Generic Security Protocol Header is as follows:

3

| Field | Length(bits) |
|---|---|
| CryptosyncShort | 0 or 16 |

4    CryptosyncShort       The sender shall include this field, only if the Authentication Protocol
5                          packet is either authenticated or encrypted. The sender shall set this
6                          field to the 16 least significant bits of the Cryptosync.

7    9.4.6.4 Generic Security Protocol Trailer

8    The Generic Security Protocol does not add a trailer.

9    9.4.6.5 Interface to Other Protocols

10   9.4.6.5.1 Commands

11   This protocol does not issue any commands.

12   9.4.6.5.2 Indications

13   This protocol does not register to receive any indications.

14   9.4.7 Configuration Attributes

15   No configuration attributes are defined for this protocol.

16   9.4.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{SPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{SPGeneric}$ | Subtype field for this protocol | 0x0001 |

17   9.4.9 Session State Information

18   This protocol does not define any parameter record to be included in a Session State
19   Information record (see 14.8).

**9.5 Default Key Exchange Protocol**

9.5.1 Overview

The Default Key Exchange Protocol does not provide any services and is selected when the Default Authentication Protocol and the Default Encryption Protocol are selected.

9.5.2 Primitives and Public Data

9.5.2.1 Commands

This protocol does not define any commands.

9.5.2.2 Return Indications

This protocol does not return any indications.

9.5.2.3 Public Data

This protocol shall make the following data public:

• Subtype for this protocol

9.5.3 Protocol Data Unit

This protocol does not carry payload on behalf of other layers or protocols.

9.5.4 Protocol Initialization

9.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

• The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

• If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

• The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

9.5.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

• The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

9.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

9.5.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

9.5.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Key Exchange Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

9.5.5.3 Message Formats

9.5.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID              The sender shall set this field to 0x50.

TIA-856-B                                                                          Security Layer

TransactionID          The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord        The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.5.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID              The sender shall set this field to 0x51.

TransactionID          The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord        An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.5.6 Procedures and Messages for the InUse Instance of the Protocol

9.5.6.1 Procedures

There are no procedures associated with the InUse instance of this protocol.

9.5.6.2 Message Formats

No messages are defined for the InUse instance of this protocol.

9.5.6.3 Interface to Other Protocols

9.5.6.3.1 Commands

This protocol does not issue any commands.

9.5.6.3.2 Indications

This protocol does not register to receive any indications.

9.5.7 Configuration Attributes

No configuration attributes are defined for this protocol.

9.5.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{KEPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{KEPDefault}$ | Subtype field for this protocol | 0x0000 |

9.5.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**9.6 DH Key Exchange Protocol**

9.6.1 Overview

The DH Key Exchange Protocol provides a method for session key exchange based on the Diffie-Hellman (DH) key exchange algorithm.

9.6.2 Primitives and Public Data

9.6.2.1 Commands

This protocol does not define any commands.

9.6.2.2 Return Indications

This protocol does not return any indication.

9.6.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- FACAuthKey and its length
  The authentication key for use on Forward Assigned Channels (e.g., the Forward Traffic Channel).

- RACAuthKey and its length
  The authentication key for use on Reverse Assigned Channels (e.g., the Reverse Traffic Channel).

- FACEncKey and its length
  The encryption key for use on Forward Assigned Channels (e.g., the Forward Traffic Channel).

- RACEncKey and its length
  The encryption key for use on Reverse Assigned Channels (e.g., the Reverse Traffic Channel).

- FPCAuthKey and its length
  The authentication key for use on Forward Public Channels (e.g., the Control Channel).

- RPCAuthKey and its length
  The authentication key for use on Reverse Public Channels (e.g., the Access Channel).

- FPCEncKey and its length
  The encryption key for use on Forward Public Channels (e.g. the Control Channel).

- RPCEncKey and its length
  The encryption key for use on Reverse Public Channels (e.g. the Access Channel).

9.6.2.4 Interface to Other Protocols

9.6.2.4.1 Commands

This protocol does not define any commands.

9.6.2.4.2 Indications

This protocol does not register to receive any indications.

9.6.3 Protocol Data Unit

The transmission unit of this protocol is a message. This is a control protocol and, therefore, it does not carry payload on behalf of other layers or protocols.

This protocol uses the Signaling Application to transmit and receive messages.

9.6.4 Protocol Initialization

9.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The access terminal and the access network shall perform the following:
    – Set SKey to zero and its length to the value of the KeyLength attribute,
    – Set FACAuthKey to zero and its length to 160,
    – Set RACAuthKey to zero and its length to 160,
    – Set FACEncKey to zero and its length to 160,
    – Set RACEncKey to zero and its length to 160,
    – Set FPCAuthKey to zero and its length to 160,
    – Set RPCAuthKey to zero and its length to 160,
    – Set FPCEncKey to zero and its length to 160,
    – Set RPCEncKey to zero and its length to 160.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then
    – The access terminal and the access network shall set the fall-back values of the attributes defined by the InConfiguration protocol instance to the values of the corresponding attributes associated with the InUse protocol instance.
    – The access terminal and the access network shall set the value of the public data associated with the InConfiguration protocol instance to the corresponding public data values for the InUse protocol.

1  • The value for each attribute for this protocol instance shall be set to the fall-back value
2     for that attribute.

3  9.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol

4  9.6.5.1 Procedures

5  This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of
6  the configuration messages.

7  • If the access terminal and access network agree upon a different value for the
8     KeyLength attribute (per Generic Configuration Protocol), the access terminal and the
9     access network shall perform the following:

10       – Set SKey to zero and its length to the value of the KeyLength attribute,

11       – Set FACAuthKey to zero and its length to 160,

12       – Set RACAuthKey to zero and its length to 160,

13       – Set FACEncKey to zero and its length to 160,

14       – Set RACEncKey to zero and its length to 160,

15       – Set FPCAuthKey to zero and its length to 160,

16       – Set RPCAuthKey to zero and its length to 160,

17       – Set FPCEncKey to zero and its length to 160,

18       – Set RPCEncKey to zero and its length to 160.

19  The Key Exchange Protocol uses the KeyRequest and KeyResponse messages for
20  exchanging public session keys, and the ANKeyComplete and ATKeyComplete messages for
21  indicating that the secret session keys have been calculated.

22  The access terminal and the access network shall perform the following key exchange
23  procedure during session configuration.

24  9.6.5.1.1 Access Terminal Requirements

25  Upon receiving the KeyRequest message, the access terminal shall perform the following:

26  • The access terminal shall choose a random number ATRand between 1 and p–2
27     (inclusive) and set the ATPubKey field of the KeyResponse message as follows:

28                         $ATPubKey = g^{ATRand} \bmod p$

29     where g and p are KeyLength dependent protocol constants for the DH Key
30     Exchange protocol, and KeyLength is specified during session configuration of the
31     DH Key Exchange Protocol.

32  • The access terminal shall send a KeyResponse message with the ATPubKey field set to
33     the value computed in the previous step, within $T_{KEPATResponse}$ second of receiving a
34     KeyRequest message.

35  • The access terminal shall compute SKey, the session key as follows:

1               $\text{SKey} = \text{ANPubKey}^{\text{ATRand}} \bmod p.$

2 The random number ATRand should have the following properties:

3 • Number generated should have a uniform statistical distribution over its range,

4 • Numbers used in formulating different KeyResponse messages should be statistically
5 uncorrelated,

6 • Number used in formulating each KeyResponse message should not be derivable from
7 the previously used random numbers,

8 • Numbers used in formulating KeyResponse message sent by different access terminals
9 should be statistically uncorrelated.

10 After the access terminal sends a KeyResponse message, it shall set $T_{\text{KEPKeyCompAN}}$ to the
11 duration of time specified by Timeout, reported by the access network in the KeyRequest
12 message. The access terminal shall then start the AN Key Computation Timer with a time-
13 out value of $T_{\text{KEPKeyCompAN}}$. The access terminal shall disable the AN Key Computation Timer
14 when it receives the ANKeyComplete message with a TransactionID that matches the
15 TransactionID field of the associated KeyRequest and KeyResponse messages.

16 When the AN Key Computation Timer expires, the access terminal shall declare failure.

17 After receiving an ANKeyComplete message with a TransactionID field that matches the
18 TransactionID field of the associated KeyRequest message, the access terminal shall
19 perform the following:

20 • Access terminal shall compute the 64-bit variable TimeStampLong as follows:

21          $\text{TimeStampLong} = (\text{SystemTime} - (\text{SystemTime}[15:0] - \text{TimeStampShort}) \bmod 2^{16})$
22                             $\bmod \ 2^{64},$

23       where SystemTime is the current CDMA System Time in units of 80 ms,
24       SystemTime[15:0] is the 16 least significant bits of the SystemTime, and
25       TimeStampShort is the 16-bit field received in the ANKeyComplete message.

26 • Access terminal shall construct the *message bits* as shown in Table 9.6.5.1-1 using the
27 computed SKey, computed TimeStampLong, and TransactionID, and Nonce fields of the
28 ANKeyComplete message.

29 **Table 9.6.5.1-1. Message Bits**

| Field | Length(bits) |
|---|---|
| SKey | KeyLength |
| TransactionID | 8 |
| Nonce | 16 |
| TimeStampLong | 64 |

30 • Access terminal shall pad the *message bits* constructed in the previous step, as
31 specified in [6], and compute the 160-bit *message digest* as specified in [6].

- If the *message digest* computed in the previous step matches the KeySignature field of ANKeyComplete message, the access terminal shall send an ATKeyComplete message with the Result field set to '1' within $T_{KEPSigCompAT}$ seconds of the later of the following two events:

    - Reception of the ANKeyComplete message.

    - Finishing computing the SKey.

- Otherwise, the access terminal shall declare failure and send an ATKeyComplete message with the Result field set to '0'.

9.6.5.1.2 Access Network Requirements

The access network shall initiate the key exchange by sending a KeyRequest message. The access network shall choose a random number ANRand between 1 and p–2 (inclusive) and set the ANPubKey field of the KeyRequest message as follows:

$$ANPubKey = g^{ANRand} \bmod p$$

where g, p, and KeyLength are specified during session configuration of the DH Key Exchange Protocol.

The random number ANRand should have the following properties:

- The number generated should have a uniform statistical distribution over its range.

- The numbers used in formulating different KeyRequest messages should be statistically uncorrelated.

- The number used in formulating each KeyRequest message should not be derivable from the previously used random numbers.

- The numbers used in formulating KeyRequest message sent by different access networks should be statistically uncorrelated.

If the access network does not receive a KeyResponse message with a TransactionID field that matches the TransactionID field of the associated KeyRequest message, within $T_{KEPANResponse}$, the access network shall declare failure and stop performing the rest of the key exchange procedure.

After receiving a KeyResponse message with a TransactionID field that matches the TransactionID field of the associated KeyRequest message, the access network shall perform the following:

- The access network shall set $T_{KEPKeyCompAT}$ to the duration of time specified by Timeout, reported by the access terminal in the KeyResponse message. The access network shall then start the AT Key Computation Timer with a time-out value of $T_{KEPKeyCompAT}$.

- The access network shall compute SKey, the session key as follows:

$$SKey = ATPubKey^{ANRand} \bmod p$$

- The access network shall construct the *message bits,* as shown in Table 9.6.5.1-2, using the computed SKey, TimeStampLong, the TransactionID, and a 16-bit pseudo-random value, Nonce. TimeStampLong is a 64-bit value that is set, based on the current 64-bit representation of the CDMA System Time in units of 80 ms, such that TimeStampLong does not specify a time later than the time that the message will be transmitted by physical layer and is not earlier than the current CDMA System Time[87].

**Table 9.6.5.1-2. Message Bits**

| Field | Length(bits) |
|---|---|
| SKey | KeyLength |
| TransactionID | 8 |
| Nonce | 16 |
| TimeStampLong | 64 |

- The access network shall pad the *message bits* constructed in the previous step, as specified in [6], and compute the 160-bit *message digest* as specified in [6].

- The access network shall send an ANKeyComplete message with the KeySignature field of the message set to the *message digest* computed in the previous step and the TimeStampShort field of the message set to the 16 least significant bits of the CDMA System Time used in the previous step. The access network shall then start the AT Signature Computation Timer with a time-out value of $T_{KEPSigCompAN}$.

The access network shall disable both the AT Key Computation Timer and the AT Key Signature Computation Timer when it receives an ATKeyComplete message with a TransactionID that matches the TransactionID field of the associated KeyRequest and KeyResponse messages.

The access network shall declare failure and stop performing the rest of the key exchange procedure if any of the following events occur:

- Both AT Key Computation and the AT Key Signature Computation Timers are expired, or

- Access network receives an ATKeyComplete message with Result field set to '0'.

9.6.5.1.3 Authentication Key and Encryption Key Generation

The keys used for authentication and encryption are generated from the session key, SKey, using the procedures specified in this section.

Table 9.6.5.1-3 defines eight sub-fields within the SKey. These sub-fields are of equal length.

---

[87] For example, the protocol may choose the current CDMA System Time as TimeStampLong.

**Table 9.6.5.1-3. Subfields of SKey**

| Sub-Field | Length (bits) |
|-----------|---------------|
| K0 | KeyLength / 8 |
| K1 | KeyLength / 8 |
| K2 | KeyLength / 8 |
| K3 | KeyLength / 8 |
| K4 | KeyLength / 8 |
| K5 | KeyLength / 8 |
| K6 | KeyLength / 8 |
| K7 | KeyLength / 8 |

The access network and the access terminal shall construct the *message bits* as shown in Figure 9.6.5.1-1. In this figure, TimeStampLong and Nonce are the same as the one used for generation of KeySignature (see 9.6.5.1.1, and 9.6.5.1.2).

|  | MSB |  | LSB |
|--|-----|--|-----|
| **Message bits for generation of FACAuthKey** | K0 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RACAuthKey** | K1 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of FACEncKey** | K2 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RACEncKey** | K3 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of FPCAuthKey** | K4 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RPCAuthKey** | K5 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of FPCEncKey** | K6 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |
| **Message bits for generation of RPCEncKey** | K7 (KeyLength / 8) | Nonce (16 bits) | TimeStampLong (64 bits) |

**Figure 9.6.5.1-1. Message Bits for Generation of Authentication and Encryption Keys**

The access terminal and access network shall then pad the *message bits* constructed in the previous step, as specified in [6], and compute the 160-bit *message digests* (for each of the eight keys) as specified in [6]. The access network and the access terminal shall set the FACAuthKey, RACAuthKey, FACEncKey, RACEncKey, FPCAuthKey, RPCAuthKey, FPCEncKey, and RPCEncKey to the *message digests* for the corresponding key as shown in Figure 9.6.5.1-1.

9.6.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol instance shall be set to the value of the corresponding public data of the InConfiguration protocol instance:

    – FACAuthKey and its length

    – RACAuthKey and its length

    – FACEncKey and its length

    – RACEncKey and its length

    – FPCAuthKey and its length

    – RPCAuthKey and its length

    – FPCEncKey and its length

    – RPCEncKey and its length

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol,

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Key Exchange Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

TIA-856-B                                                              Security Layer

1    9.6.5.3 Message Formats

2    9.6.5.3.1 KeyRequest

3    The access network sends the KeyRequest message to initiate the session key exchange.

4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Timeout | 8 |
| ANPubKey | KeyLength (as negotiated) |

5    MessageID            The access network shall set this field to 0x00.

6    TransactionID        The access network shall increment this value for each new
7                         KeyRequest message sent.

8    Timeout              Shared secret calculation timeout. The access network shall set this
9                         field to the maximum time in the number of seconds that the access
10                        network requires for calculation of the session key (SKey).

11   ANPubKey             Access network's ephemeral public Diffie-Hellman key. The access
12                        network shall set this field to the ephemeral public Diffie-Hellman
13                        key of the access network as specified in 9.6.5.1.2.

14

| **Channels** | FTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

15   9.6.5.3.2 KeyResponse

16   The access terminal sends the KeyResponse message in response to the KeyRequest
17   message.
18

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Timeout | 8 |
| ATPubKey | KeyLength (as negotiated) |

19   MessageID            The access terminal shall set this field to 0x01.

Security Layer                                                              TIA-856-B

TransactionID            The access terminal shall set this field to the value of the
                         TransactionID field of the KeyRequest message to which the access
                         terminal is responding.

Timeout                  Shared secret calculation timeout. The access terminal shall set this
                         field to the maximum time in seconds that the access terminal
                         requires for calculation of the session key (SKey).

ATPubKey                 Access terminal's ephemeral public Diffie-Hellman key. The access
                         terminal shall set this field to the ephemeral public Diffie-Hellman
                         key of the access terminal as specified in 9.6.5.1.1.

| **Channels** | RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

9.6.5.3.3 ANKeyComplete

The access network sends the ANKeyComplete message in response to the KeyResponse
message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Nonce | 16 |
| TimeStampShort | 16 |
| KeySignature | 160 |

MessageID                The access network shall set this field to 0x02.

TransactionID            The access network shall set this field to the value of the
                         TransactionID field of the corresponding KeyRequest message.

Nonce                    The access network shall set this field to an arbitrarily chosen 16-bit
                         value Nonce that is used to compute the KeySignature.

TimeStampShort           The access network shall set this field to the 16 least significant bits
                         of the TimeStampLong used in computing the KeySignature as
                         specified in 9.6.5.1.2.

KeySignature             The access network shall set this field to the 20-octet signature of the
                         session key (SKey) as specified in 9.6.5.1.2.

TIA-856-B                                                                Security Layer

| **Channels** | FTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

1    9.6.5.3.4 ATKeyComplete

2    The access terminal sends the ATKeyComplete message in response to the ANKeyComplete
3    message.
4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Result | 1 |
| Reserved | 7 |

5    MessageID              The access terminal shall set this field to 0x03.

6    TransactionID          The access terminal shall set this field to the value of the
7                           TransactionID field of the corresponding KeyRequest message.

8    Result                 The access terminal shall set this field to '1' if the KeySignature field
9                           of ANKeyComplete message matches the *message digest* computed
10                          for the KeySignature as specified in 9.6.5.1.1; otherwise the access
11                          terminal shall set this field to '0'.

12   Reserved               The access terminal shall set this field to zero. The access network
13                          shall ignore this field.
14

| **Channels** | RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

15   9.6.5.3.5 ConfigurationRequest

16   The ConfigurationRequest message format is as follows:

17

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

18   MessageID              The sender shall set this field to 0x50.

Security Layer                                                                TIA-856-B

TransactionID          The sender shall increment this value for each new
                       ConfigurationRequest message sent.

AttributeRecord        The format of this record is specified in 14.3.

| **Channels** | FTC     RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 9.6.5.3.6 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID              The sender shall set this field to 0x51.

TransactionID          The sender shall set this value to the TransactionID field of the
                       corresponding ConfigurationRequest message.

AttributeRecord        An attribute record containing a single attribute value. If this
                       message selects a complex attribute, only the ValueID field of the
                       complex attribute shall be included in the message. The format of the
                       AttributeRecord is given in 14.3. The sender shall not include more
                       than one attribute record with the same attribute identifier.

| **Channels** | FTC     RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

### 9.6.6 Procedures and Messages for the InUse Instance of the Protocol

### 9.6.6.1 Procedures

There are no procedures associated with the InUse instance of this protocol.

### 9.6.6.2 Message Formats

No messages are defined for the InUse instance of this protocol.

1    9.6.6.3 Interface to Other Protocols

2    9.6.6.3.1 Commands

3    This protocol does not issue any commands.

4    9.6.6.3.2 Indications

5    This protocol does not register to receive any indications.

6    9.6.7 Configuration Attributes

7    The configurable simple attribute for this protocol is listed in Table 9.6.7-1.

8    The access terminal shall use as defaults the values in Table 9.6.7-1 that are typed in ***bold***
9    ***italics***.

10    <div align="center">**Table 9.6.7-1. Configurable Values**</div>

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00 | Session Key Length (KeyLength) | ***0x00*** | Default is 96-octet (768-bit) Diffie-Hellman key. KeyLength = 768 |
| | | 0x01 | 128-octet (1024-bit) Diffie-Hellman key. KeyLength = 1024 |
| | | 0x02-0xff | Reserved |

11    9.6.8 Protocol Numeric Constants
12

| Constant | Meaning | Value |
|---|---|---|
| $N_{KEPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{KEPDH}$ | Subtype field for this protocol | 0x0001 |
| $T_{KEPSigCompAN}$ | Time to receive ATKeyComplete after sending ANKeyComplete | 3.5 seconds |
| $T_{KEPSigCompAT}$ | Time to send ATKeyComplete after receiving ANKeyComplete | 3 seconds |
| $T_{KEPANResponse}$ | Time to receive KeyResponse after sending KeyRequest | 3.5 seconds |
| $T_{KEPATResponse}$ | Time to send KeyResponse after receiving KeyRequest | 3 second |

13

**Table 9.6.6.3-1. Common Primitive Base and Common Prime Modulus for KeyLength equal to 768[88]**

| Constant | Meaning | Value | | |
|---|---|---|---|---|
| g | Common primitive base | 0x02 | | |
| p | Common prime modulus (MSB first) | 0xFFFFFFFF | 0xFFFFFFFF | 0xC90FDAA2 |
| | | 0x2168C234 | 0xC4C6628B | 0x80DC1CD1 |
| | | 0x29024E08 | 0x8A67CC74 | 0x020BBEA6 |
| | | 0x3B139B22 | 0x514A0879 | 0x8E3404DD |
| | | 0xEF9519B3 | 0xCD3A431B | 0x302B0A6D |
| | | 0xF25F1437 | 0x4FE1356D | 0x6D51C245 |
| | | 0xE485B576 | 0x625E7EC6 | 0xF44C42E9 |
| | | 0xA63A3620 | 0xFFFFFFFF | 0xFFFFFFFF |

**Table 9.6.6.3-2. Common Primitive Base and Common Prime Modulus for KeyLength equal to 1024**

| Constant | Meaning | Value | | |
|---|---|---|---|---|
| g | Common primitive base | 0x02 | | |
| p | Common prime modulus (MSB first) | 0xFFFFFFFF | 0xFFFFFFFF | 0xC90FDAA2 |
| | | 0x2168C234 | 0xC4C6628B | 0x80DC1CD1 |
| | | 0x29024E08 | 0x8A67CC74 | 0x020BBEA6 |
| | | 0x3B139B22 | 0x514A0879 | 0x8E3404DD |
| | | 0xEF9519B3 | 0xCD3A431B | 0x302B0A6D |
| | | 0xF25F1437 | 0x4FE1356D | 0x6D51C245 |
| | | 0xE485B576 | 0x625E7EC6 | 0xF44C42E9 |
| | | 0xA637ED6B | 0x0BFF5CB6 | 0xF406B7ED |
| | | 0xEE386BFB | 0x5A899FA5 | 0xAE9F2411 |
| | | 0x7C4B1FE6 | 0x49286651 | 0xECE65381 |
| | | 0xFFFFFFFF | 0xFFFFFFFF | |

9.6.9 Message Flows

Figure 9.6.9-1 shows an example flow diagram in which the access network quickly computes the Key and the signature and sends it to the access terminal. The access terminal still needs time to finish the Key calculation. In this case the *AT Signature Computation Timer* expires, but the *AT Key Computation Timer* does not expire.

---

[88] The values for p and g are taken from [7].



1

**Figure 9.6.9-1. Example Call Flow: Timer $T_{KEPSigCompAN}$ Expires But $T_{KEPKeyCompAT}$ Does**
**Not Expire**

4  Figure 9.6.9-2 shows an example flow diagram in which the access network requires a
5  longer period of time to compute the Key. In this case the *AT Key Computation Timer*
6  expires, but the *AT Signature Computation Timer* does not expire.

Security Layer                                                        TIA-856-B



<sup>1</sup>

<sup>2</sup>  **Figure 9.6.9-2. Example Call Flow: Timer $T_{KEPSigCompAN}$ Does Not Expire But**

<sup>3</sup>  **$T_{KEPKeyCompAT}$ Expires**

<sup>4</sup>  9.6.10 Session State Information

<sup>5</sup>  The Session State Information record (see 14.8) consists of parameter records.

<sup>6</sup>  This protocol defines the following parameter record in addition to the configuration
<sup>7</sup>  attributes for this protocol.

<sup>8</sup>  9.6.10.1 SKey Parameter

<sup>9</sup>  **Table 9.6.10.1-1. The Format of the Parameter Record for the SKey Parameter**

| Field | Length (bits) |
|-------|---------------|
| ParameterType | 8 |
| Length | 8 |
| SKey | $8 \times (\text{Length} - 1)$ |

<sup>10</sup>  ParameterType       This field shall be set to 0x01 for this parameter record.

<sup>11</sup>  Length              This field shall be set to the length of this parameter record in units
<sup>12</sup>                      of octets excluding the Length field.

TIA-856-B                                                                    Security Layer

SKey                        This field shall be set to the value of the SKey associated with the access terminal's session.

9.6.10.2 FACAuthKey Parameter

**Table 9.6.10.2-1. The Format of the Parameter Record for the FACAuthKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FACAuthKey | $8 \times (\text{Length} - 1)$ |

ParameterType              This field shall be set to 0x02 for this parameter record.

Length                     This field shall be set to the length of this parameter record in units of octets excluding the Length field.

FACAuthKey                 This field shall be set to the value of the FACAuthKey associated with the access terminal's session.

9.6.10.3 RACAuthKey Parameter

**Table 9.6.10.3-1. The Format of the Parameter Record for the RACAuthKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RACAuthKey | $8 \times (\text{Length} - 1)$ |

ParameterType              This field shall be set to 0x03 for this parameter record.

Length                     This field shall be set to the length of this parameter record in units of octets excluding the Length field.

RACAuthKey                 This field shall be set to the value of the RACAuthKey associated with the access terminal's session.

9.6.10.4 FACEncKey Parameter

**Table 9.6.10.4-1. The Format of the Parameter Record for the FACEncKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FACEncKey | $8 \times (\text{Length} - 1)$ |

ParameterType          This field shall be set to 0x04 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

FACEncKey              This field shall be set to the value of the FACEncKey associated with the access terminal's session.

9.6.10.5 RACEncKey Parameter

**Table 9.6.10.5-1. The Format of the Parameter Record for the RACEncKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RACEncKey | $8 \times (\text{Length} - 1)$ |

ParameterType          This field shall be set to 0x05 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

RACEncKey              This field shall be set to the value of the RACEncKey associated with the access terminal's session.

9.6.10.6 FPCAuthKey Parameter

**Table 9.6.10.6-1. The Format of the Parameter Record for the FPCAuthKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FPCAuthKey | $8 \times (\text{Length} - 1)$ |

ParameterType          This field shall be set to 0x06 for this parameter record.

Security Layer

Length                          This field shall be set to the length of this parameter record in units of octets excluding the Length field.

FPCAuthKey                      This field shall be set to the value of the FPCAuthKey associated with the access terminal's session.

9.6.10.7 RPCAuthKey Parameter

**Table 9.6.10.7-1. The Format of the Parameter Record for the RPCAuthKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RPCAuthKey | $8 \times (\text{Length} - 1)$ |

ParameterType                   This field shall be set to 0x07 for this parameter record.

Length                          This field shall be set to the length of this parameter record in units of octets excluding the Length field.

RPCAuthKey                      This field shall be set to the value of the RPCAuthKey associated with the access terminal's session.

9.6.10.8 FPCEncKey Parameter

**Table 9.6.10.8-1. The Format of the Parameter Record for the FPCEncKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| FPCEncKey | $8 \times (\text{Length} - 1)$ |

ParameterType                   This field shall be set to 0x08 for this parameter record.

Length                          This field shall be set to the length of this parameter record in units of octets excluding the Length field.

FPCEncKey                       This field shall be set to the value of the FPCEncKey associated with the access terminal's session.

1   9.6.10.9 RPCEncKey Parameter

2   **Table 9.6.10.9-1. The Format of the Parameter Record for the RPCEncKey Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| RPCEncKey | $8 \times (\text{Length} - 1)$ |

3   ParameterType          This field shall be set to 0x09 for this parameter record.

4   Length                 This field shall be set to the length of this parameter record in units
5                          of octets excluding the Length field.

6   RPCEncKey              This field shall be set to the value of the RPCEncKey associated with
7                          the access terminal's session.

## 9.7 Default Authentication Protocol

9.7.1 Overview

The Default Authentication Protocol does not provide any services except for transferring packets between the Encryption Protocol and the Security Protocol.

9.7.2 Primitives and Public Data

9.7.2.1 Commands

This protocol does not define any commands.

9.7.2.2 Return Indications

This protocol does not return any indications.

9.7.2.3 Public Data

This protocol shall make the following data public:

• Subtype for this protocol

9.7.3 Protocol Data Unit

The protocol data unit for this protocol is an Authentication Protocol packet.

9.7.4 Protocol Initialization

9.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

• The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

• If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

• The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

9.7.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation of the InUse instance of this protocol, the access terminal and the access network shall set the value of the attributes for this protocol instance to the default values specified for each attribute.

9.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol

9.7.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

9.7.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

  - The InConfiguration protocol instance shall become the InUse protocol instance for the Authentication Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

9.7.5.3 Message Formats

9.7.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID          The sender shall set this field to 0x50.

TIA-856-B                                                          Security Layer

TransactionID       The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord     The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.7.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID           The sender shall set this field to 0x51.

TransactionID       The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord     An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.7.6 Procedures and Messages for the InUse Instance of the Protocol

9.7.6.1 Procedures

When this protocol receives Encryption Protocol packets, it shall forward them to the Security Protocol.

When the protocol receives a Security Protocol packet from the Security Protocol, it shall set the Encryption Protocol packet to the Authentication Protocol packet and shall forward the Encryption Protocol packet to the Encryption Protocol.

9.7.6.2 Default Authentication Protocol Header

The Default Authentication Protocol does not add a header.

9.7.6.3 Default Authentication Protocol Trailer

The Default Authentication Protocol does not add a trailer.

9.7.6.4 Message Formats

No messages are defined for the InUse instance of this protocol.

9.7.6.5 Interface to Other Protocols

9.7.6.5.1 Commands

This protocol does not issue any commands.

9.7.6.5.2 Indications

This protocol does not register to receive any indications.

9.7.7 Configuration Attributes

No configuration attributes are defined for this protocol.

9.7.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{APType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{APDefault}$ | Subtype field for this protocol | 0x0000 |

9.7.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**9.8 SHA-1 Authentication Protocol**

9.8.1 Overview

The SHA-1 Authentication Protocol provides a method for authentication of the Access Channel MAC Layer packets by applying the SHA-1 hash function to *message bits* that are composed of the ACAuthKey, security layer payload, CDMA System Time, and the sector ID.

9.8.2 Primitives and Public Data

9.8.2.1 Commands

This protocol does not define any commands.

9.8.2.2 Return Indications

This protocol returns the following indication:

- *Failed*

9.8.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

9.8.3 Protocol Data Unit

The protocol data unit for this protocol is an Authentication Protocol packet.

9.8.4 Protocol Initialization

9.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

9.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol

9.8.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

9.8.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following:

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Authentication Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

9.8.5.3 Message Formats

9.8.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TIA-856-B                                                                 Security Layer

TransactionID            The sender shall increment this value for each new
                         ConfigurationRequest message sent.

AttributeRecord          The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.8.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID                The sender shall set this field to 0x51.

TransactionID            The sender shall set this value to the TransactionID field of the
                         corresponding ConfigurationRequest message.

AttributeRecord          An attribute record containing a single attribute value. If this
                         message selects a complex attribute, only the ValueID field of the
                         complex attribute shall be included in the message. The format of the
                         AttributeRecord is given in 14.3. The sender shall not include more
                         than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

9.8.6 Procedures and Messages for the InUse Instance of the Protocol

9.8.6.1 Procedures

This protocol receives Encryption Protocol Packets and adds the authentication layer
header defined in 9.8.6.1.2 in front of each Access Channel Encryption Protocol Packet to
make an Access Channel Authentication Protocol Packet and forwards it to the Security
protocol.

When the protocol receives Access Channel Security protocol packets from the Security protocol, it constructs the Encryption Protocol Packet by removing the Authentication Protocol Header, and forwards the Encryption Protocol Packet to the Encryption Protocol.

The procedures in 9.8.6.1.2 and 9.8.6.1.1 shall apply to packets carried by the Access Channel. For all other packets, the protocol shall perform the following:

• When this protocol receives Encryption Protocol packets, it shall forward them to the Security Protocol.

• When the protocol receives a Security Protocol packet from the Security Protocol, it shall set the Encryption Protocol packet to the Authentication Protocol packet and shall forward the Encryption Protocol packet to the Encryption Protocol.

9.8.6.1.1 Access Terminal Requirements

Upon reception of an Encryption Protocol packet destined for the Access Channel, the access terminal shall compute ACPAC as follows:

• The access terminal shall construct the ACAuthKey as follows:

   – If the Key Exchange Protocol does not define RPCAuthKey as public data, the access terminal shall set ACAuthKey to zero of length specified by ACAuthKeyLength.

   – Otherwise, the access terminal shall perform the following:

      + If the length of RPCAuthKey is equal to the length of ACAuthKey, then ACAuthKey shall be RPCAuthKey.

      + Otherwise, if the length of RPCAuthKey is greater than the length of ACAuthKey, then ACAuthKey shall be the ACAuthKeyLength least significant bits of RPCAuthKey.

      + Otherwise, if the length of RPCAuthKey is less than the length of ACAuthKey, then ACAuthKey shall be the concatenation of zeros at the end (LSB) of RPCAuthKey, such that the length of the result is ACAuthKeyLength.

• The access terminal shall construct the Cryptosync as follows:

   – If the Security Protocol does not define Cryptosync as its public data, then the access terminal shall set the Cryptosync field used in Table 9.8.6.1-1 to zero. Otherwise, this protocol shall use the value of the Cryptosync given as public data by the Security Protocol.

   – If the Security Protocol does not define CryptosyncLength as its public data, then the access terminal shall set the CryptosyncLength field used in Table 9.8.6.1-1 to 64. Otherwise, this protocol shall use the value of the CryptosyncLength given as public data by the Security Protocol.

• The access terminal shall construct the *message bits* for computing ACPAC as shown in Table 9.8.6.1-1:

**Table 9.8.6.1-1. Message Bits for ACPAC Computation**

| Field | Length(bits) |
|-------|--------------|
| ACAuthKey | ACAuthKeyLength |
| Authentication Protocol Payload | variable |
| SectorID | 128 |
| Cryptosync | CryptosyncLength |

where SectorID is provided as public data by the Overhead Messages Protocol.

- The access terminal shall pad the *message bits* constructed in the previous step, as specified in [6], and compute the 160-bit *message digest* as specified in [6] and set the ACPAC field to the 64 least significant bits of the *message digest*.

9.8.6.1.2 Access Network Requirements

Upon reception of an Authentication Protocol packet from the Access Channel, the access network shall compute and verify the Access Channel MAC Layer packet authentication code (ACPAC) given in the authentication protocol header as follows:

- The access network shall construct the ACAuthKey as follows:

  – If the Key Exchange Protocol does not define RPCAuthKey as public data, the access network shall set ACAuthKey to zero of length specified by ACAuthKeyLength.

  – Otherwise, the access network shall perform the following:

    + If the length of RPCAuthKey is equal to the length of ACAuthKey, then ACAuthKey shall be RPCAuthKey.

    + Otherwise, if the length of RPCAuthKey is greater than the length of ACAuthKey, then ACAuthKey shall be the ACAuthKeyLength least significant bits of RPCAuthKey.

    + Otherwise, if the length of RPCAuthKey is less than the length of ACAuthKey, then ACAuthKey shall be set to RPCAuthKey with zeros concatenated to the end (LSB) of it, such that the length of the result is ACAuthKeyLength.

- The access network shall construct the Cryptosync as follows:

  – If the Security Protocol does not define Cryptosync as its public data, then the access network shall set the Cryptosync field used in Table 9.8.6.1-2 to zero. Otherwise, this protocol shall use the value of the Cryptosync given as public data by the Security Protocol.

  – If the Security Protocol does not define CryptosyncLength as its public data, then the access network shall set the CryptosyncLength field used in Table 9.8.6.1-2 to 64. Otherwise, this protocol shall use the value of the CryptosyncLength given as public data by the Security Protocol.

- The access network shall construct the *message bits* for computing ACPAC as shown in Table 9.8.6.1-2:

**Table 9.8.6.1-2. Message Bits for ACPAC Computation**

| Field | Length(bits) |
|---|---|
| ACAuthKey | ACAuthKeyLength |
| Authentication Protocol Payload | variable |
| SectorID | 128 |
| Cryptosync | CryptosyncLength |

where SectorID is provided as public data by the Overhead Messages protocol.

- The access network shall pad the *message bits* constructed in the previous step, as specified in [6], and compute the 160-bit *message digest* as specified in [6] and set ACPAC to the 64 least significant bits of the *message digest*.

If the ACPAC computed in the previous step matches the ACPAC field in the Protocol Header, then the Protocol shall deliver the Authentication Layer Payload to the Encryption Protocol. Otherwise, the Protocol shall issue a *Failed* indication and shall discard the security layer packet.

9.8.6.2 SHA-1 Authentication Protocol Header Format

The SHA-1 Authentication Protocol Header is as follows:

| Field | Length(bits) |
|---|---|
| ACPAC | 0 or 64 |

ACPAC                     Access Channel Packet Authentication Code. The access terminal shall include this field for Encryption Protocol packets transmitted on the Access Channel. Otherwise, the access terminal shall omit this field. If included, the access terminal shall compute this field as specified in 9.8.6.1.1. The access network shall omit this field.

9.8.6.3 SHA-1 Authentication Protocol Trailer

The SHA-1 Authentication Protocol does not add a trailer.

9.8.7 Interface to Other Protocols

9.8.7.1 Commands

This protocol does not issue any commands.

9.8.7.2 Indications

This protocol does not register to receive any indications.

TIA-856-B                                                                 Security Layer

1   9.8.8 Configuration Attributes

2   The configurable simple attributes for this protocol are listed in Table 9.8.8-1.

3   The access terminal shall use as defaults the values in Table 9.8.8-1 that are typed in **_bold_**
4   **_italics_**.

5                          **Table 9.8.8-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00 | ACAuthKeyLength | **_0x00A0_** | Default value for the authentication key length in bits. |
| | | 0x0000 – 0xFFFF | Access Channel authentication key length in bits. |

6   9.8.9 Protocol Numeric Constants
7

| Constant | Meaning | Value |
|---|---|---|
| $N_{APType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{APSHA1}$ | Subtype field for this protocol | 0x0001 |

8   9.8.10 Session State Information

9   The Session State Information record (see 14.8) consists of parameter records.

10   The parameter records for this protocol consist of only the configuration attributes of this
11   protocol.

**9.9 Default Encryption Protocol**

The Default Encryption Protocol does not alter the Security Layer packet payload (i.e., no encryption/decryption) and does not add an Encryption Protocol Header or Trailer; therefore, the Cipher-text for this protocol is equal to the Connection Layer packet. If needed, end-to-end encryption can be provided at the application layer (which is outside the scope of this specification).

9.9.1 Primitives and Public Data

9.9.1.1 Commands

This protocol does not define any commands.

9.9.1.2 Return Indications

This protocol does not return any indications.

9.9.1.3 Public Data

This protocol shall make the following data public:

• Subtype for this protocol

9.9.2 Protocol Data Unit

The protocol data unit for this protocol is an Encryption Protocol Packet.

9.9.3 Protocol Initialization

9.9.3.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

• The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

• If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

• The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

9.9.3.2 Protocol Initialization for the InUse Protocol Instance

Upon creation of the InUse instance of this protocol, the access terminal and the access network shall set the value of the attributes for this protocol instance to the default values specified for each attribute.

9.9.4 Procedures and Messages for the InConfiguration Instance of the Protocol

9.9.4.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

9.9.4.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Encryption Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

9.9.4.3 Message Formats

9.9.4.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID    The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

9.9.4.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID    The sender shall set this field to 0x51.

TransactionID    The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

9.9.5 Procedures and Messages for the InUse Instance of the Protocol

9.9.5.1 Procedures

The protocol shall set the Encryption Protocol Packet to the Connection Layer packet.

9.9.5.2 Message Formats

No messages are defined for the InUse instance of this protocol.

TIA-856-B                                                      Security Layer

1   9.9.5.3 Default Encryption Protocol Header

2   The Default Encryption Protocol does not add a header.

3   9.9.5.4 Default Encryption Protocol Trailer

4   The Default Encryption Protocol does not add a trailer.

5   9.9.5.5 Interface to Other Protocols

6   9.9.5.5.1 Commands

7   This protocol does not issue any commands.

8   9.9.5.5.2 Indications

9   This protocol does not register to receive any indications.

10   9.9.6 Configuration Attributes

11   No configuration attributes are defined for this protocol.

12   9.9.7 Protocol Numeric Constants

13

| Constant | Meaning | Value |
|---|---|---|
| $N_{EPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{EPDefault}$ | Subtype field for this protocol | 0x0000 |

14   9.9.8 Session State Information

15   This protocol does not define any parameter record to be included in a Session State
16   Information record (see 14.8).

Security Layer                                                                    TIA-856-B

1    No text.

**10 MAC LAYER**

**10.1 Introduction**

10.1.1 General Overview

The MAC Layer contains the rules governing operation of the Control Channel, the Access Channel, the Forward Traffic Channel, and the Reverse Traffic Channel.

This section presents the protocols for the MAC Layer. Each of these protocols can be independently negotiated at the beginning of the session.

The MAC Layer contains the following protocols:

- Control Channel MAC Protocol: This protocol builds Control Channel MAC Layer packets out of one or more Security Layer packets, contains the rules concerning access network transmission and packet scheduling on the Control Channel, access terminal acquisition of the Control Channel, and access terminal Control Channel MAC Layer packet reception. This protocol also adds the access terminal address to transmitted packets.

- Access Channel MAC Protocol: This protocol contains the rules governing access terminal transmission timing and power characteristics for the Access Channel.

- Forward Traffic Channel MAC Protocol: This protocol contains the rules governing operation of the Forward Traffic Channel. It dictates the rules the access terminal follows when transmitting the Data Rate Control Channel, along with the rules the access network uses to interpret this channel. The protocol supports both variable rate and fixed rate operation of the Forward Traffic Channel.

- Reverse Traffic Channel MAC Protocol: This protocol contains the rules governing operation of the Reverse Traffic Channel. It dictates the rules the access terminal follows to assist the access network in acquiring the Reverse Traffic Channel. It also indicates the rules the access terminal and the access network use to select the transmission rate used over the Reverse Traffic Channel.

10.1.2 Data Encapsulation for the InUse Instances of the MAC Protocols

In the transmit direction, the MAC Layer receives Security Layer packets, adds layer-related headers, trailers, concatenates them in the order to be processed on the receive side, adds padding where applicable, and forwards the resulting packet for transmission to the Physical Layer.

In the receive direction, the MAC Layer receives MAC packets from the Physical Layer and forwards the contained Security Layer packets to the Security Layer in the order received after removing the layer-related headers, trailers, and padding.

Figure 10.1.2-1, Figure 10.1.2-2, Figure 10.1.2-3, and Figure 10.1.2-4 illustrate the relationship between Security Layer packets, MAC packets and Physical Layer packets for the Control Channel, the Access Channel, and the Forward and Reverse Traffic Channels.



**Figure 10.1.2-1. Control Channel MAC Layer Packet Encapsulation**



**Figure 10.1.2-2. Access Channel MAC Layer Packet Encapsulation**

TIA-856-B



**Figure 10.1.2-3. Forward Traffic Channel MAC Layer Packet Encapsulation**



**Figure 10.1.2-4. Reverse Traffic Channel MAC Layer Packet Encapsulation**

**10.2 Default Control Channel MAC Protocol**

10.2.1 Overview

The Default Control Channel MAC Protocol provides the procedures and messages required for an access network to transmit and for an access terminal to receive the Control Channel. This protocol operates with the Default (Subtype 0) Physical Layer Protocol, the Subtype 1 Physical Layer Protocol, the Subtype 2 Physical Layer Protocol, or the Subtype 3 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for all access terminals.

This protocol can be in one of two states:

- Inactive State: in this state the protocol waits for an *Activate* command. This state applies only to the access terminal and occurs when the access terminal has not acquired an access network or is not monitoring the Control Channel.

- Active State: in this state the access network transmits and the access terminal receives the Control Channel.



**Figure 10.2.1-1. Default (Subtype 0) Control Channel MAC Protocol State Diagram**

10.2.2 Primitives and Public Data

10.2.2.1 Commands

This protocol defines the following commands:

- *Activate*.

- *Deactivate*.

10.2.2.2 Return Indications

This protocol returns the following indications:

- *SupervisionFailed*

- *Interrupted*

### 10.2.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- Offset field of the Control Channel Header of the first Control Channel MAC Layer packet of a synchronous capsule.

### 10.2.3 Protocol Data Unit

The transmission unit of this protocol is the Control Channel MAC Layer packet.

### 10.2.4 Protocol Initialization

### 10.2.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

### 10.2.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and the access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- The protocol at the access terminal shall enter the Inactive State.
- The protocol at the access network shall enter the Active State.

### 10.2.5 Procedures and Messages for the InConfiguration Instance of the Protocol

### 10.2.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

TIA-856-B                                                                           MAC Layer

10.2.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

  – The access terminal shall set the initial state for the InConfiguration instance of this protocol to the Active State.

  – The access network shall set the initial state for the InConfiguration instance of this protocol to the Active State.

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Control Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.2.5.3 Message Formats

10.2.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| | |
|-------|---------------|
| AttributeRecord | Attribute dependent |

MessageID                    The sender shall set this field to 0x50.

MAC Layer                                                                    TIA-856-B

TransactionID          The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord        The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.2.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID             The sender shall set this field to 0x51.

TransactionID          The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord        An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.2.6 Procedures and Messages for the InUse Instance of the Protocol

10.2.6.1 Procedures

Each Control Channel MAC Layer packet consists of zero or more Security Layer packets for zero or more access terminals.

The protocol constructs a packet out of the Security Layer packets, as follows:

- The protocol adds the MAC Layer header specified in 10.2.6.2.1 in front of every Security Layer packet.

1   • The protocol concatenates the Control Channel Header specified in 10.2.6.2.2 followed
2     by the above formed packets.

3   • The protocol pads the resulting packet as defined in 10.2.6.2.3.

4   • The protocol adds the reserved bits as defined in 10.2.6.2.4.

5   The protocol then sends the packet for transmission to the Physical Layer. The packet
6   structure is shown in Figure 10.2.6-1.

7   Control Channel MAC Layer packets can be transmitted in a synchronous capsule that is
8   transmitted at a particular time, in a sub-synchronous capsule that is transmitted at a
9   particular time, or in an asynchronous capsule that can be transmitted at any time except
10  when a synchronous or sub-synchronous capsule is transmitted. A synchronous capsule
11  consists of one or more Control Channel MAC Layer packets.

12  A Control Channel Synchronous Sleep State capsule constitutes the Control Channel MAC
13  Layer packets of a Control Channel synchronous capsule starting from the beginning of a
14  synchronous capsule up to and including the first MAC Layer packet for which the
15  SleepStateCapsuleDone bit in the Control Channel header is set to '1'.

16  A sub-synchronous capsule consists of one Control Channel MAC Layer packet. An
17  asynchronous capsule consists of one Control Channel MAC Layer packet.

18  This protocol expects an address and a parameter indicating transmission in a
19  synchronous capsule, synchronous Sleep State capsule, sub-synchronous capsule, or an
20  asynchronous capsule with each transmitted Security Layer packet. For Security Layer
21  packets that are carried by an asynchronous capsule or by a sub-synchronous capsule,
22  this protocol can also receive an optional parameter indicating a transmission deadline.



23

24                  **Figure 10.2.6-1. Control Channel MAC Packet Structure**

25  Received packets are parsed into their constituent Security Layer packets. The packets that
26  are addressed to the access terminal (see 10.2.6.1.4.2.4) are then forwarded for further
27  processing to the Security Layer.

28  10.2.6.1.1 Command Processing

29  The access network shall ignore all commands.

30  10.2.6.1.1.1 Activate

31  If this protocol receives an *Activate* command in the Inactive State, the access terminal
32  shall transition to the Active State

33  If this protocol receives this command in the Active State it shall be ignored.

MAC Layer                                                                   TIA-856-B

10.2.6.1.1.2 Deactivate

If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If this protocol receives this command in the Active State, the access terminal shall generate an *Interrupted* indication and transition to the Inactive State

10.2.6.1.2 Control Channel Cycle

The Control Channel cycle is defined as a 256 slot period, synchronous with CDMA System Time; i.e., there is an integer multiple of 256 slots between the beginning of a cycle and the beginning of CDMA System Time.

10.2.6.1.3 Inactive State

This state applies only to the access terminal.

When the protocol is in the Inactive State, the access terminal waits for an *Activate* command.

10.2.6.1.4 Active State

In this state, the access network transmits, and the access terminal monitors the Control Channel.

10.2.6.1.4.1 Access Network Requirements

10.2.6.1.4.1.1 General Requirements

The access network shall always have one instance of this protocol operating per sector.

When the access network transmits the Control Channel, it shall do so using a rate of 38.4 kbps or 76.8 kbps.

The access network shall transmit synchronous capsules and it may transmit sub-synchronous capsules and asynchronous capsules. When the access network transmits synchronous capsules, it shall comply with 10.2.6.1.4.1.2. When the access network transmits sub-synchronous capsules, it shall comply with 10.2.6.1.4.1.4. When the access network transmits asynchronous capsules, it shall comply with 10.2.6.1.4.1.3.

The timing of synchronous, sub-synchronous, and asynchronous capsules is shown in Figure 10.2.6.1.4.1-1.



SC: First slot of a Synchronous Control Channel Capsule Packet
SSC: First slot Sub-Synchronous Control Channel Capsule
AC: First slot of Asynchronous Control Channel Capsule

**Figure 10.2.6.1.4.1-1. Location of Control Channel Capsules**

10.2.6.1.4.1.2 Transmission of Synchronous Capsules

The access network shall construct a synchronous capsule out of all the pending Security Layer packets that are destined for transmission in a synchronous capsule. The synchronous capsule may contain more than one Control Channel MAC Layer packet. The access network shall transmit exactly one synchronous control channel capsule per sector during each control channel cycle.

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '1' for the Control Channel MAC Layer packet of a synchronous capsule.

The access network shall set the LastPacket bit of the Control Channel Header to '1' only for the last Control Channel MAC Layer packet of a synchronous capsule.

The access network shall set the FirstPacket bit of the Control Channel Header to '1' only for the first Control Channel MAC Layer packet of the Control Channel synchronous capsule.

The access network shall set the SleepStateCapsuleDone bit of the Control Channel header to '0' if the MAC Layer packet belongs to the Control Channel synchronous Sleep State capsule and the MAC Layer packet is not the last packet in the Control Channel synchronous Sleep State capsule.

The access network shall set the Offset field of the Control Channel Header of the first Control Channel MAC Layer packet of a synchronous capsule to the offset in slots of the synchronous Control Channel capsule relative to the Control Channel Cycle. If the access network has no pending Security Layer packets, it shall transmit a synchronous capsule with one Control Channel MAC Layer packet containing only the Control Channel header. The access network shall transmit the Control Channel MAC Layer packets of a synchronous capsule as follows:

- The first MAC Layer packet shall start transmission at times T where T satisfies the following equation:

$$T \bmod 256 = \text{Offset}.$$

- All other MAC Layer packets of the capsule shall start transmission at the earliest time T following the end of transmission of the previous packet of the capsule that satisfies the following equation:

$$T \bmod 4 = \text{Offset},$$

where T is CDMA System Time in slots and Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of the synchronous capsule.

10.2.6.1.4.1.3 Transmission of Asynchronous Capsules

The access network may transmit asynchronous capsules at any time during the Control Channel cycle in which it does not transmit a synchronous capsule or a sub-synchronous capsule. If the access network has queued Security Layer packets that are marked for transmission in an asynchronous capsule, it should transmit the packets no later than their associated transmission deadline, if one was provided. The access network may:

- Transmit these packets in a synchronous capsule.

- Transmit these packets in a sub-synchronous capsule.

- Transmit these packets in an asynchronous capsule.

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '0' for the Control Channel MAC Layer packet of an asynchronous capsule.

The access network shall set the FirstPacket and LastPacket bits of the Control Channel Header to '1' for the Control Channel MAC Layer packet of an asynchronous capsule.

The access network shall set the Offset field of the Control Channel Header to '00' for the Control Channel MAC Layer packet of an asynchronous capsule.

10.2.6.1.4.1.4 Transmission of Sub-synchronous Capsules

The access network shall construct a sub-synchronous capsule out of pending Security Layer packets that are destined for transmission in a sub-synchronous capsule. The sub-synchronous capsule shall contain one Control Channel MAC Layer packet. The access network may transmit zero or more sub-synchronous control channel capsules per sector during each control channel cycle.

If the access network has queued Security Layer packets that are marked for transmission in a sub-synchronous capsule, it should transmit the packets no later than their associated transmission deadline, if one was provided. The access network may:

- Transmit these packets in a synchronous capsule, or

- Transmit these packets in a sub-synchronous capsule.

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '0' for the Control Channel MAC Layer packet of a sub-synchronous capsule.

The access network shall set the FirstPacket and LastPacket bits of the Control Channel Header to '1' for the Control Channel MAC Layer packet of a sub-synchronous capsule.

The access network shall set the Offset field of the Control Channel Header to '00' for the Control Channel MAC Layer packet of a sub-synchronous capsule.

The access network shall not transmit the Control Channel MAC Layer packet of a sub-synchronous capsule except when the MAC Layer packet starts transmission at times T where T satisfies both of the following equations:

$$T \bmod 4 = Offset$$

$$T \bmod 256 \neq Offset$$

where T is CDMA System Time in slots and Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of a synchronous capsule.

10.2.6.1.4.2 Access Terminal Requirements

10.2.6.1.4.2.1 Initial Acquisition

When the access terminal detects a Control Channel preamble and determines that the packet being transmitted is the first Control Channel MAC Layer packet of a synchronous capsule, it shall subtract Offset slots from the beginning of the half slot boundary at which the preamble was detected, and shall set the result to the beginning of the 16-slot frame and the beginning of the Control Channel Cycle. The Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of the synchronous capsule.

10.2.6.1.4.2.2 Normal Operation

If the access terminal changes the sector on which it is monitoring the Control Channel, then the access terminal shall generate an *Interrupted* indication. If the access terminal receives a Control Channel MAC Layer packet that has the LastPacket bit in the Control Channel header set to '0', the access terminal shall continue monitoring the Control Channel for the Control Channel MAC Layer packets of the same capsule until at least one of the following events occur:

- The protocol does not receive a Control Channel MAC Layer Packet at the designated time,

- The protocol receives a *Deactivate* command[89], or

- The protocol receives a Control Channel MAC Layer packet with the LastPacket bit set to '1'.

10.2.6.1.4.2.3 Control Channel Supervision

Upon entering the active state, the access terminal shall set the Control Channel supervision timer for $T_{CCMPSupervision}$. If a Synchronous Control Channel capsule is received while the timer is active, the timer is reset and restarted. If the timer expires the protocol

---

[89] For example, this may occur if the access terminal is finished monitoring the Control Channel Sleep State synchronous capsule and transitioning to the Sleep State.

returns a *SupervisionFailed* indication and disables the timer. A synchronous Control Channel capsule is defined to have been received if all the MAC layer packets of that synchronous Control Channel capsule were received successfully.

#### 10.2.6.1.4.2.4 Address Matching

When the access terminal receives a Control Channel MAC packet, it shall perform the following:

- Access terminal shall parse the packet into its constituent Security Layer packets.

- Access terminal shall forward the Security Layer packet along with the SecurityLayerFormat and the ConnectionLayerFormat fields to the Security Layer if either of the following two conditions are met:

  – If the ATIType field and the ATI field of the ATI Record in the MAC Layer header of a Security Layer packet is equal to the ATIType and ATI fields of any member of the Address Management Protocol's ReceiveATIList.

  – If the ATIType of the ATI Record in the MAC Layer header of a Security Layer packet is equal to '00' (i.e., BATI) and the ReceiveATIList includes a record with ATIType set to '00'.

- Otherwise, the access terminal shall discard the Security Layer packet.

#### 10.2.6.2 Header and Trailer Formats

#### 10.2.6.2.1 MAC Layer Header

The access network shall place the following header in front of every transmitted Security Layer packet:

| Field | Length (bits) |
| --- | --- |
| Length | 8 |
| SecurityLayerFormat | 1 |
| ConnectionLayerFormat | 1 |
| Reserved | 4 |
| ATI Record | 2 or 34 |

Length                    The access network shall set this field to the combined length, in octets, of the Security Layer packet and this MAC Layer header excluding the Length field.

SecurityLayerFormat      The access network shall set this field to '1' if security layer packet is either authenticated or encrypted; otherwise, the access network shall set this field to '0'.

ConnectionLayerFormat    The access network shall set this field to '1' if the connection layer

packet is Format B; otherwise, the access network shall set this field to '0'.

Reserved    The access network shall set this field to all zeros. The access terminal shall ignore this field.

ATI Record    Access Terminal Identifier Record. The access network shall set this field to the record specifying the access terminal's address. This record is defined in 14.2.

10.2.6.2.2 Control Channel Header

The access network shall place the following header in front of every Control Channel MAC Layer packet:

| Field | Length (bits) |
|---|---|
| SynchronousCapsule | 1 |
| FirstPacket | 1 |
| LastPacket | 1 |
| Offset | 2 |
| SleepStateCapsuleDone | 1 |
| Reserved | 2 |

SynchronousCapsule

For a Control Channel MAC Layer packet of a synchronous capsule, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'.

FirstPacket

For the first Control Channel MAC Layer packet of a synchronous capsule, asynchronous capsule, or sub-synchronous capsule, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'.

LastPacket

For the last Control Channel MAC Layer packet of a synchronous capsule, asynchronous capsule, or sub-synchronous capsule, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'.

Offset

For the first Control Channel MAC Layer packet of a synchronous capsule, the access network shall set this field to the offset in slots of the Synchronous Control Channel relative to the Control Channel Cycle; otherwise, the access network shall set this field to zero.

SleepStateCapsuleDone

The access network shall set this field to '0' if the MAC Layer packet belongs to the Control Channel synchronous Sleep State capsule and

the MAC Layer packet is not the last packet in the Control Channel synchronous Sleep State capsule. Otherwise, the access network shall set this field to '1'.

Reserved    The access network shall set this field to zero. The access terminal shall ignore this field.

### 10.2.6.2.3 Pad

The access network shall add sufficient padding so that the Control Channel MAC Layer packet including all payload and headers is 1000 bits long.

The access network shall set the padding bits to '0'. The access terminal shall ignore the padding bits.

### 10.2.6.2.4 Reserved

The access network shall add 2 reserved bits.

The access network shall set the reserved bits to '0'. The access terminal shall ignore the reserved bits.

### 10.2.6.3 Interface to Other Protocols

### 10.2.6.3.1 Commands

This protocol does not issue any commands.

### 10.2.6.3.2 Indications

This protocol does not register to receive any indications.

### 10.2.7 Configuration Attributes

No configuration attributes are defined for this protocol.

### 10.2.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{CCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{CCMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{CCMPSupervision}$ | Control Channel supervision timer value | 12 Control Channel Cycles |

### 10.2.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**10.3 Enhanced Control Channel MAC Protocol**

10.3.1 Overview

The Enhanced Control Channel MAC Protocol provides the procedures and messages required for an access network to transmit and for an access terminal to receive the Control Channel. This protocol operates with the Subtype 2 Physical Layer Protocol or the Subtype 3 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for all access terminals.

This protocol can be in one of two states:

- Inactive State: in this state the protocol waits for an *Activate* command. This state applies only to the access terminal and occurs when the access terminal has not acquired an access network or is not monitoring the Control Channel.

- Active State: in this state the access network transmits and the access terminal receives the Control Channel.



**Figure 10.3.1-1. Enhanced Control Channel MAC Protocol State Diagram**

10.3.2 Primitives and Public Data

10.3.2.1 Commands

This protocol defines the following commands:

- *Activate*.

- *Deactivate*.

- *ResetSupervisionTimer*.

10.3.2.2 Return Indications

This protocol returns the following indications:

- *SupervisionFailed*

- *Interrupted*

### 10.3.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- Offset field of the Control Channel Header of the first Control Channel MAC Layer packet of a synchronous capsule.
- CCShortPacketsMACIndex

### 10.3.3 Protocol Data Unit

The transmission unit of this protocol is the Control Channel MAC Layer packet.

### 10.3.4 Protocol Initialization

#### 10.3.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

### 10.3.5 Protocol Initialization for the InUse Protocol Instance

#### 10.3.5.1 Procedures

This protocol in the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

#### 10.3.5.2 Commit Procedures

The access terminal and access network shall perform the procedures specified in this section, in the Inactive State.

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.
- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

  - CCShortPacketsMACIndex

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

    - The access terminal shall set the value of the ConnectionOpen parameter to NO.

    - The access network shall enter the Active State.

10.3.6 Procedures and Messages for the InConfiguration Instance of the Protocol

10.3.6.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

10.3.6.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol, and

    - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access terminal and the access network shall perform the following in the order specified:

    - The access terminal shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    - The access network shall set the initial state for the InConfiguration instance of this protocol to the Active State.

MAC Layer                                                              TIA-856-B

1    – The InConfiguration protocol instance shall become the InUse protocol
2      instance for the Control Channel MAC Protocol.

3  • All the public data not defined by this protocol shall be removed from the public data of
4    the InUse protocol.

5  10.3.6.3 Message Formats

6  10.3.6.3.1 ConfigurationRequest

7  The ConfigurationRequest message format is as follows:

8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9   MessageID          The sender shall set this field to 0x50.

10  TransactionID      The    sender    shall    increment    this    value    for    each    new
11                     ConfigurationRequest message sent.

12  AttributeRecord    The format of this record is specified in 14.3.

13

| Channels | FTC    RTC | | SLP | Reliable |
|----------|------------|--|-----|----------|
| Addressing | unicast | | Priority | 40 |

14  10.3.6.3.2 ConfigurationResponse

15  The ConfigurationResponse message format is as follows:

16

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

17  MessageID          The sender shall set this field to 0x51.

18  TransactionID      The    sender    shall    set    this    value    to    the    TransactionID    field    of    the
19                     corresponding ConfigurationRequest message.

TIA-856-B                                                                    MAC Layer

| AttributeRecord | An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier. |
|---|---|

| **Channels** | FTC    RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

10.3.7 Procedures and Messages for the InUse Instance of the Protocol

10.3.7.1 Procedures

Each Control Channel MAC Layer packet consists of one or more Security Layer packets for one or more access terminals.

The protocol constructs a packet out of the Security Layer packets, as follows:

• The protocol adds the MAC Layer header specified in 10.3.7.2.1 in front of every Security Layer packet.

• The protocol concatenates the Control Channel Header specified in 10.3.7.2.2 followed by the above formed packets.

• The protocol pads the resulting packet as defined in 10.3.7.2.3.

• The protocol adds the reserved bits as defined in 10.3.7.2.4.

The protocol then sends the packet for transmission to the Physical Layer. The packet structure is shown in Figure 10.3.7-1.

Control Channel MAC Layer packets can be transmitted in a synchronous capsule that is transmitted at a particular time, in a quick synchronous capsule that is transmitted at a particular time, in a sub-synchronous capsule that is transmitted at a particular time, or in an asynchronous capsule that can be transmitted at any time except when a synchronous capsule or sub-synchronous is transmitted. A synchronous capsule consists of one or more Control Channel MAC Layer packets.

A Control Channel Synchronous Sleep State capsule constitutes the Control Channel MAC Layer packets of a Control Channel synchronous capsule starting from the beginning of a synchronous capsule up to and including the first MAC Layer packet for which the SleepStateCapsuleDone bit in the Control Channel header is set to '1'.

A sub-synchronous capsule consists of one Control Channel MAC Layer packet. An asynchronous capsule consists of one Control Channel MAC Layer packet. A quick synchronous capsule consists of one Control Channel MAC Layer packet.

This protocol expects an address and a parameter indicating transmission in a synchronous capsule, synchronous Sleep State capsule, sub-synchronous capsule, quick synchronous capsule, or an asynchronous capsule with each transmitted Security Layer packet. For Security Layer packets that are carried by an asynchronous capsule, quick

MAC Layer                                                                                          TIA-856-B

synchronous capsule, or by a sub-synchronous capsule this protocol can also receive an optional parameter indicating a transmission deadline.



**Figure 10.3.7-1. Enhanced Control Channel MAC Packet Structure**

Received packets are parsed into their constituent Security Layer packets. The packets that are addressed to the access terminal (see 10.3.7.1.4.2.4) are then forwarded for further processing to the Security Layer.

10.3.7.1.1 Command Processing

The access network shall ignore all commands.

10.3.7.1.1.1 Activate

If this protocol receives an *Activate* command in the Inactive State, the access terminal shall transition to the Active State

If this protocol receives this command in the Active State it shall be ignored.

10.3.7.1.1.2 Deactivate

If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If this protocol receives this command in the Active State, the access terminal shall generate an *Interrupted* indication and transition to the Inactive State

10.3.7.1.2 Control Channel Cycle

The Control Channel cycle is defined as a 256 slot period, synchronous with CDMA System Time; i.e., there is an integer multiple of 256 slots between the beginning of a cycle and the beginning of CDMA System Time.

10.3.7.1.3 Inactive State

This state applies only to the access terminal.

When the protocol is in the Inactive State, the access terminal waits for an *Activate* command.

10.3.7.1.4 Active State

In this state, the access network transmits, and the access terminal monitors the Control Channel. Upon entering the Active State, the access terminal shall set the value of the ConnectionOpen parameter to NO.

10.3.7.1.4.1 Access Network Requirements

10.3.7.1.4.1.1 General Requirements

When the access network transmits the Control Channel, it shall do so using the Transmission Formats[90] of [128, 4, 1024], [256, 4, 1024], [512, 4, 1024], [1024, 16, 1024], or [1024, 8, 512] with nominal data rates of 19.2 kbps, 38.4 kbps, or 76.8 kbps. The access network may transmit the Control Channel using Transmission Formats of [128, 4, 256] and [256, 4, 256].

If the value of the CCShortPacketsMACIndex attribute is 0x00, then the access network shall use the preamble MAC Index specified by Table 13.4.1.3.2.2-2 when transmitting Control Channel packets with Transmission Formats [128, 4, 1024], [256, 4, 1024], or [512, 4, 1024]. Otherwise, the access network may use either the preamble MAC Index specified by the CCShortPacketsMACIndex attribute or the preamble MAC Index specified by Table 13.4.1.3.2.2-2 when transmitting Control Channel packets with Transmission Formats [128, 4, 1024], [256, 4, 1024], or [512, 4, 1024]. When the access network transmits Control Channel packets with Transmission Formats (128, 4, 256) or (256, 4, 256) the access network shall use the preamble MAC Index specified by Table 13.4.1.3.2.2-3.

The access network shall transmit synchronous capsules and it may transmit sub-synchronous capsules, quick synchronous capsules, and asynchronous capsules. When the access network transmits synchronous capsules, it shall comply with 10.3.7.1.4.1.2. When the access network transmits sub-synchronous capsules, it shall comply with 10.3.7.1.4.1.4. When the access network transmits asynchronous capsules, it shall comply with 10.3.7.1.4.1.3. When the access network transmits quick synchronous capsules, it shall comply with 10.3.7.1.4.1.5.

The timing of synchronous, sub-synchronous, quick synchronous, and asynchronous capsules is shown in Figure 10.3.7.1.4.1-1.

---

[90] Transmission Format is defined as [ Payload Size(bits), Termination Target(slots), Preamble Length(chips))



1

2       **Figure 10.3.7.1.4.1-1. Location of Control Channel Capsules**

3       10.3.7.1.4.1.2 Transmission of Synchronous Capsules

4       The access network shall construct a synchronous capsule out of all the pending Security
5       Layer packets that are destined for transmission in a synchronous capsule. The
6       synchronous capsule may contain more than one Control Channel MAC Layer packet. The
7       access network shall transmit exactly one synchronous control channel capsule per sector
8       during each control channel cycle.

9       The access network shall transmit the synchronous capsule using the Transmission
10      Formats of either [1024, 16, 1024] or [1024, 8, 512].

11      The access network shall set the SynchronousCapsule bit of the Control Channel Header to
12      '1' for all the Control Channel MAC Layer packets of a synchronous capsule.

13      The access network shall set the LastPacket bit of the Control Channel Header to '1' only
14      for the last Control Channel MAC Layer packet of a synchronous capsule.

15      The access network shall set the FirstPacket bit of the Control Channel Header to '1' only
16      for the first Control Channel MAC Layer packet of the Control Channel synchronous
17      capsule.

18      The access network shall set the SleepStateCapsuleDone bit of the Control Channel header
19      to '0' if the MAC Layer packet belongs to the Control Channel synchronous Sleep State
20      capsule and the MAC Layer packet is not the last packet in the Control Channel
21      synchronous Sleep State capsule.

22      The access network shall set the Offset field of the Control Channel Header of the first
23      Control Channel MAC Layer packet of a synchronous capsule to the offset in slots of the
24      synchronous Control Channel capsule relative to the Control Channel Cycle. If the access
25      network has no pending Security Layer packets, it shall transmit a synchronous capsule
26      with one Control Channel MAC Layer packet containing only the Control Channel header.
27      The access network shall transmit the Control Channel MAC Layer packets of a
28      synchronous capsule as follows:

29      • The first MAC Layer packet shall start transmission at times T where T satisfies the
30         following equation:

$$T \bmod 256 = \text{Offset.}$$

- All other MAC Layer packets of the capsule shall start transmission at the earliest time T following the end of transmission of the previous packet of the capsule that satisfies the following equation:

$$T \bmod 4 = \text{Offset,}$$

where T is CDMA System Time in slots and Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of the synchronous capsule.

10.3.7.1.4.1.3 Transmission of Asynchronous Capsules

The access network may transmit asynchronous capsules at any time during the Control Channel cycle in which it does not transmit a synchronous capsule or a sub-synchronous capsule. If the access network has queued Security Layer packets that are marked for transmission in an asynchronous capsule, it should transmit the packets no later than their associated transmission deadline, if one was provided. The access network may:

- Transmit these packets in a synchronous capsule, or

- Transmit these packets in a sub-synchronous capsule, or

- Transmit these packets in an asynchronous capsule.

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '0' for the Control Channel MAC Layer packet of an asynchronous capsule.

The access network shall set the FirstPacket and LastPacket bits of the Control Channel Header to '1' for the Control Channel MAC Layer packet of an asynchronous capsule.

The access network shall set the Offset field of the Control Channel Header to '00' for the Control Channel MAC Layer packet of an asynchronous capsule.

10.3.7.1.4.1.4 Transmission of Sub-synchronous Capsules

The access network shall construct a sub-synchronous capsule out of pending Security Layer packets that are destined for transmission in a sub-synchronous capsule. The sub-synchronous capsule shall contain one Control Channel MAC Layer packet. The access network may transmit zero or more sub-synchronous control channel capsules per sector during each control channel cycle.

If the access network has queued Security Layer packets that are marked for transmission in a sub-synchronous capsule, it should transmit the packets no later than their associated transmission deadline, if one was provided. The access network may:

- Transmit these packets in a synchronous capsule, or

- Transmit these packets in a sub-synchronous capsule.

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '0' for the Control Channel MAC Layer packet of a sub-synchronous capsule.

The access network shall set the FirstPacket and LastPacket bits of the Control Channel Header to '1' for the Control Channel MAC Layer packet of a sub-synchronous capsule.

The access network shall set the Offset field of the Control Channel Header to '00' for the Control Channel MAC Layer packet of a sub-synchronous capsule.

The access network shall not transmit the Control Channel MAC Layer packet of a sub-synchronous capsule except when the MAC Layer packet starts transmission at times T where T satisfies both of the following equations:

$$T \bmod 4 = \text{Offset}$$

$$T \bmod 256 \neq \text{Offset}$$

where T is CDMA System Time in slots and Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of a synchronous capsule.

10.3.7.1.4.1.5 Transmission of Quick Synchronous Capsules

The access network shall construct a quick synchronous capsule out of pending Security Layer packets that are destined for transmission in a quick synchronous capsule. The quick synchronous capsule shall contain one Control Channel MAC Layer packet. The access network may transmit zero or more quick synchronous control channel capsules per sector during each control channel cycle.

The access network shall transmit the quick synchronous capsule using the first slot of Transmission Format [128, 4, 256] or [256, 4, 256].

The access network shall set the SynchronousCapsule bit of the Control Channel Header to '0' for the Control Channel MAC Layer packet of a quick synchronous capsule.

The access network shall set the Offset field of the Control Channel Header to '00' for the Control Channel MAC Layer packet of a quick synchronous capsule.

The access network shall not transmit the Control Channel MAC Layer packet of a quick synchronous capsule except when the MAC Layer packet starts transmission at times T where T satisfies the following equations:

$$(T + 1) \bmod 4 = \text{Offset (if QuickPagingEnabled equals '1' and SubSyncQuickPaging}$$
$$\text{equals '1')}$$

$$(T + 1) \bmod 256 = \text{Offset (if QuickPagingEnabled equals '1')}$$

where T is CDMA System Time in slots and Offset is the value specified in the Control Channel header of the first Control Channel MAC Layer packet of a synchronous capsule and SubSyncQuickPaging is public data of the Idle State Protocol.

10.3.7.1.4.2 Access Terminal Requirements

10.3.7.1.4.2.1 Initial Acquisition

When the access terminal detects a Control Channel preamble and determines that the packet being transmitted is the first Control Channel MAC Layer packet of a synchronous capsule, it shall subtract Offset slots from the beginning of the half slot boundary at which the preamble was detected, and shall set the result to the beginning of the 16-slot frame and the beginning of the Control Channel Cycle. The Offset is the value specified in the

Control Channel header of the first Control Channel MAC Layer packet of the synchronous capsule.

### 10.3.7.1.4.2.2 Normal Operation

If the access terminal changes the sector on which it is monitoring the Control Channel, then the access terminal shall generate an *Interrupted* indication. The access terminal shall maintain a parameter called ConnectionOpen. Upon receiving an *IdleState.ConnectionOpened* indication, the access terminal shall set ConnectionOpen to YES. Upon receiving a *ConnectedState.ConnectionClosed* indication, the access terminal shall set ConnectionOpen to NO.

The access terminal need not look for preamble for the Control Channel packets with Transmission Formats [128, 4, 1024], [256, 4, 1024], and [512, 4, 1024] when ConnectionOpen is YES.

If the access terminal receives a Control Channel MAC Layer packet that has the LastPacket bit in the Control Channel header set to '0', the access terminal shall continue monitoring the Control Channel for the Control Channel MAC Layer packets of the same capsule until at least one of the following events occur:

- The protocol does not receive a Control Channel MAC Layer Packet at the designated time,

- The protocol receives a *Deactivate* command[91], or

- The protocol receives a Control Channel MAC Layer packet with the LastPacket bit set to '1'.

### 10.3.7.1.4.2.3 Control Channel Supervision

Upon entering the active state, the access terminal shall set the Control Channel supervision timer for $T_{CCMPSupervision}$. If a Synchronous Control Channel capsule is received while the timer is active, the access terminal shall reset the timer and restart the timer. If a ResetSupervisionTimer command is received, then the access terminal shall reset and restart the supervision timer. If the timer expires the protocol returns a *SupervisionFailed* indication and disables the timer. A synchronous Control Channel capsule is defined to have been received if all the MAC layer packets of that synchronous Control Channel capsule were received successfully.

### 10.3.7.1.4.2.4 Address Matching

When the access terminal receives a Control Channel MAC packet, it shall perform the following:

- The access terminal shall parse the packet into its constituent Security Layer packets.

---

[91] For example, this may occur if the access terminal is finished monitoring the Control Channel Sleep State synchronous capsule and transitioning to the Sleep State.

- The access terminal shall forward the Security Layer packet along with the SecurityLayerFormat and the ConnectionLayerFormat fields to the Security Layer if either of the following two conditions are met:

  – If the ATIType field and the ATI field of the ATI Record in the MAC Layer header of a Security Layer packet is equal to the ATIType and ATI fields of any member of the Address Management Protocol's ReceiveATIList.

  – If the ATIType of the ATI Record in the MAC Layer header of a Security Layer packet is equal to '00' (i.e., BATI) and the ReceiveATIList includes a record with ATIType set to '00'.

- Otherwise, the access terminal shall discard the Security Layer packet.

10.3.7.2 Header and Trailer Formats

10.3.7.2.1 MAC Layer Header

The access network shall place the following header in front of every transmitted Security Layer packet:

| Field | Length (bits) |
|---|---|
| Length | 8 |
| SecurityLayerFormat | 1 |
| ConnectionLayerFormat | 1 |
| Reserved | 4 |
| ATI Record | 2 or 34 |

Length                  The access network shall set this field to the combined length, in octets, of the Security Layer packet and this MAC Layer header excluding the Length field.

SecurityLayerFormat     The access network shall set this field to '1' if security layer packet is either authenticated or encrypted; otherwise, the access network shall set this field to '0'.

ConnectionLayerFormat   The access network shall set this field to '1' if the connection layer packet is Format B; otherwise, the access network shall set this field to '0'.

Reserved                The access network shall set this field to all zeros. The access terminal shall ignore this field.

ATI Record              Access Terminal Identifier Record. The access network shall set this field to the record specifying the access terminal's address. This record is defined in 14.2.

10.3.7.2.2 Control Channel Header

The access network shall place the following header in front of every Control Channel MAC Layer packet:

| Field | Length (bits) |
|-------|---------------|
| SynchronousCapsule | 1 |
| FirstPacket | 1 |
| LastPacket | 1 |
| Offset | 2 |
| SleepStateCapsuleDone | 1 |
| Reserved | 2 |

SynchronousCapsule

For a Control Channel MAC Layer packet of a synchronous capsule, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'.

FirstPacket

For the first Control Channel MAC Layer packet of a synchronous capsule, asynchronous capsule, or sub-synchronous capsule, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'.

LastPacket

For the last Control Channel MAC Layer packet of a synchronous capsule, asynchronous capsule, or sub-synchronous capsule, the access network shall set this field to '1'; otherwise, the access network shall set this field to '0'.

Offset

For the first Control Channel MAC Layer packet of a synchronous capsule, the access network shall set this field to the offset in slots of the Synchronous Control Channel relative to the Control Channel Cycle; otherwise, the access network shall set this field to zero.

SleepStateCapsuleDone

The access network shall set this field to '0' if the MAC Layer packet belongs to the Control Channel synchronous Sleep State capsule and the MAC Layer packet is not the last packet in the Control Channel synchronous Sleep State capsule. Otherwise, the access network shall set this field to '1'.

Reserved

The access network shall set this field to zero. The access terminal shall ignore this field.

10.3.7.2.3 Pad

The access network shall add sufficient padding so that the size of the Control Channel MAC Layer packet is equal to the size of the payload of the Physical Layer packet that will be used to transmit the Control Channel MAC packet.

The access network shall set the padding bits to '0'. The access terminal shall ignore the padding bits.

10.3.7.2.4 Reserved

The access network shall add 2 reserved bits.

The access network shall set the reserved bits to '0'. The access terminal shall ignore the reserved bits.

10.3.7.3 Interface to Other Protocols

10.3.7.3.1 Commands

This protocol does not issue any commands.

10.3.7.3.2 Indications

This protocol registers to receive the following indications:

- *IdleState.ConnectionOpened*
- *ConnectedState.ConnectionClosed*
- *RouteUpdate.ConnectionLost*

10.3.8 Configuration Attributes

The configurable simple attributes for this protocol are listed in Table 10.3.8-1. The access terminal and the access network shall use as defaults the values in Table 10.3.8-1 that are typed in **bold italics**.

**Table 10.3.8-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00 | CCShortPacketsMACIndex | *0x00* | Preamble MAC Index for short packet transmissions on the Control Channel is not defined |
| | | 0x01 to 0x05 | Reserved |
| | | 0x06 to 0x3f | Preamble MAC Index for short packet transmissions on the Control Channel |
| | | 0x40 to 0x47 | Reserved |
| | | 0x48 to 0x7f | Preamble MAC Index for short packet transmissions on the Control Channel |
| | | 0x80 to 0xff | Reserved |

10.3.9 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{CCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S1ECCMP}$ | Subtype field for this protocol | 0x0001 |
| $T_{CCMPSupervision}$ | Control Channel supervision timer value | 12 Control Channel Cycles |

10.3.10 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**10.4 Default Access Channel MAC Protocol**

10.4.1 Overview

The Default Access Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit and an access network to receive the Access Channel. This protocol operates with the Default (Subtype 0) Physical Layer Protocol, the Subtype 1 Physical Layer Protocol, the Subtype 2 Physical Layer Protocol, or the Subtype 3 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for all access terminals.

This protocol can be in one of two states:

- Inactive State: In this state the protocol waits for an *Activate* command. This state applies only to the access terminal and occurs when the access terminal has not acquired an access network or the access terminal has a connection open.

- Active State: In this state the access terminal transmits and the access network receives the Access Channel.



**Figure 10.4.1-1. Default Access Channel MAC Protocol State Diagram**

10.4.2 Primitives and Public Data

10.4.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

10.4.2.2 Return Indications

This protocol returns the following indications:

- *TransmissionSuccessful*

- *TransmissionAborted*
- *TransmissionFailed*
- *TxStarted*
- *TxEnded*
- *SupervisionFailed*
- *MACLayerCapsuleReceived*

10.4.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- DataOffsetNom
- DataOffset9k6
- PowerStep
- OpenLoopAdjust
- ProbeInitialAdjust
- PreambleLength
- AccessSignature field of the next AccessParameters message to be sent by the access network
- $MI_{ACMAC}$
- $MQ_{ACMAC}$

10.4.3 Protocol Data Unit

The transmission unit of this protocol is the Access Channel MAC Layer packet. Each Access Channel MAC Layer packet contains part or all of a Security Layer packet.

10.4.4 Protocol Initialization

10.4.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

10.4.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and the access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol at the access terminal shall enter the Inactive State.

- The protocol at the access network shall enter the Active State.

10.4.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.4.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

10.4.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – DataOffsetNom

    – DataOffset9k6

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then:

    – The access terminal shall set the initial state for the InConfiguration instance of this protocol to the Active State.

    – The access network shall set the state for the InConfiguration instance of this protocol to the Active State.

TIA-856-B                                                                                    MAC Layer

1             –   The InConfiguration protocol instance shall become the InUse protocol
2                instance for the Access Channel MAC Protocol.

3    •  All the public data not defined by this protocol shall be removed from the public data of
4      the InUse protocol.

5    10.4.5.3 Message Formats

6    10.4.5.3.1 ConfigurationRequest

7    The ConfigurationRequest message format is as follows:

8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9    MessageID           The sender shall set this field to 0x50.

10    TransactionID        The sender shall increment this value for each new
11                           ConfigurationRequest message sent.

12    AttributeRecord       The format of this record is specified in 14.3.

13

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

14    10.4.5.3.2 ConfigurationResponse

15    The ConfigurationResponse message format is as follows:

16

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

17    MessageID           The sender shall set this field to 0x51.

18    TransactionID        The sender shall set this value to the TransactionID field of the
19                           corresponding ConfigurationRequest message.

MAC Layer                                                                TIA-856-B

AttributeRecord          An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| **Channels** | FTC     RTC |
|---|---|
| **Addressing** | unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

10.4.6 Procedures and Messages for the InUse Instance of the Protocol

10.4.6.1 Procedures

The protocol constructs one or more packets out of the Security Layer packet as follows:

- The protocol adds the MAC Layer header specified in 10.4.6.2.1 in front of the Security Layer packet,

- The protocol adds the FCS as defined in 10.4.6.2.2,

- The protocol pads the result as defined in 10.4.6.2.3,

- The protocol splits the result into one or more Access Channel MAC Layer capsule fragments,

- The protocol adds the reserved bits, as defined in 10.4.6.2.4, to the capsule fragments to construct the Access Channel MAC Layer packets.

This protocol passes the packets for transmission to the Physical Layer. An example of the packet structure is shown in Figure 10.4.6.1-1.

Received packets are passed for further processing to the Security Layer after concatenation, removing the padding, FCS checking, and removing the MAC layer headers. The value of the SecurityLayerFormat and ConnectionLayerFormat fields shall be passed to the Security Layer with the Security Layer packet.



**Figure 10.4.6.1-1. Access Channel MAC Packet Structure**

1    10.4.6.1.1 Command Processing

2    The access network shall ignore all commands.

3    10.4.6.1.1.1 Activate

4    If this protocol receives an *Activate* command in the Inactive State,

5    • The access terminal shall transition to the Active State.

6    • The access network shall ignore it.

7    If this protocol receives the command in the Active State it shall be ignored.

8    10.4.6.1.1.2 Deactivate

9    If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

10   If this protocol receives the command in the Active State,

11   • The access terminal shall transition to the Inactive State.

12   • The access network shall ignore it.

13   10.4.6.1.2 Access Channel Structure

14   Figure 10.4.6.1.2-1 and Figure 10.4.6.1.2-2 illustrate the access probe structure and the
15   access probe sequence.

16   The Access Channel Cycle specifies the time instants at which the access terminal may
17   start an access probe. An Access Channel probe may only begin at times T such that

18   $$T \bmod \text{AccessCycleDuration} = 0,$$

19   where T is CDMA System Time in slots.

20   The structure of an individual access probe is shown in Figure 10.4.6.1.2-1. In each access
21   probe, the pilot (I-channel) is first enabled and functions as a preamble. After
22   PreambleLength frames (PreambleLength × 16 slots), the probe data (Q-channel) is enabled
23   for up to CapsuleLengthMax × 16 slots.



1

2 **Figure 10.4.6.1.2-1. Access Probe Structure**

3 Each probe in a sequence is transmitted at increased power until any of the following
4 conditions are met:

5 • The access terminal receives an ACAck message,

6 • Transmission is aborted because the protocol received a *Deactivate* command, or

7 • Maximum number of probes per sequence (ProbeNumStep) has been transmitted.

8 Prior to the transmission of the first probe, the access terminal performs a persistence test
9 which is used to control congestion on the Access Channel.

10 Additionally the access terminal performs a persistence test in between probe sequences.



11

12 **Figure 10.4.6.1.2-2. Access Probe Sequences**

13 10.4.6.1.3 Inactive State

14 This state applies only to the access terminal.

15 In this state the access terminal waits for an *Activate* command.

10.4.6.1.4 Active State

In this state the access terminal is allowed to transmit on the Access Channel and the access network is monitoring the Access Channel.

If the protocol receives a *Deactivate* command,

- Access terminal shall:
    - Immediately cease transmitting on the Access Channel if it is in the process of sending a probe.
    - Return a *TransmissionAborted* indication if it was in the process of sending an Access Channel MAC Layer capsule.
    - Transition to the Inactive State.
- Access network shall ignore this command.

All other commands shall be ignored in this state.

10.4.6.1.4.1 Access Terminal Requirements

This protocol enforces a stop-and-wait packet transmission policy over the Access Channel. That is, the access terminal shall not send a new Access Channel MAC Layer capsule before either:

- Receipt of an ACAck message for the previous capsule, or
- Transmission of the previous capsule failed after transmitting ProbeSequenceMax probe sequences for it.

The access terminal shall return a *TxStarted* indication before transmitting the first probe for an Access Channel MAC Layer capsule.[92]

The access terminal shall return a *TxEnded* indication either:

- Simultaneous with a *TransmissionAborted* or a *TransmissionFailed* indication, or
- $T_{ACMPTransaction}$ seconds after a *TransmissionSuccessful* indication.

10.4.6.1.4.1.1 Reverse Link Silence Interval

The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T specified by the following equation:

$$T \bmod (2048 \times 2^{ReverseLinkSilencePeriod} - 1) = 0.$$

where T is the CDMA System Time in units of frames.

The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are given as public data by the Overhead Messages Protocol.

---

[92] Higher layer protocols use this indication as a notification that there may be an outstanding transaction on the Access Channel; and, therefore, the access terminal should not go to sleep.

10.4.6.1.4.1.2 Probe Transmission

The access terminal shall conform to the following rules when sending a probe:

1.  Current SectorParameters. The access terminal shall verify that the value of SectorSignature field of the latest QuickConfig message is the same as SectorSignature field of the latest SectorParameters message prior to sending the first probe of the first probe sequence. Both SectorSignature values (one belonging to the QuickConfig message and one belonging to the SectorParameters message) are public data of the Overhead Messages Protocol.

2.  Current AccessParameters. Prior to sending the first probe of the first probe sequence, the access terminal shall verify that the last AccessParameters message it received is current, according to the last AccessSignature value given as public data by the Overhead Messages Protocol. If the AccessParameters message is not current, the access terminal shall start the AccessParameters supervision timer for $T_{ACMPAPSupervision}$. If the timer expires before it receives the current AccessParameters message, the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

3.  ATI Record. The access terminal shall set the ATI and ATIType fields of the ATI Record in the MAC Layer header to TransmitATI.ATI and TransmitATI.ATIType, respectively (TransmitATI is provided as public data by the Address Management Protocol).

4.  Probe Power Control. The access terminal shall send the *i*th probe in the probe sequence at a power level given by $X_0+(i-1)\times$PowerStep, where $X_0$ represents the access terminal's open-loop mean output power of the Pilot Channel and is given by

    $X_0$ = - Mean $R_X$ Power (dBm) + OpenLoopAdjust + ProbeInitialAdjust

    and the Mean $R_X$ Power is estimated throughout the transmission of each probe.

5.  Probe Structure. When sending a probe, the access terminal shall transmit PreambleLength frames of pilot only, followed by up to CapsuleLengthMax frames of probe data and pilot. The access terminal shall transmit a single Access Channel Capsule per probe. The access terminal shall not change the probe data contents in between probes.

6.  Long Code Cover. The access terminal shall use the Access Channel long codes to cover the entire probe. The Access Channel long code is specified in 11.3.1.3.7.2.

7.  Inter-Probe Backoff. If the access terminal receives an ACAck message or it has already transmitted ProbeNumStep ($N_P$ in Figure 10.4.6.1.2-2) probes in this probe sequence, then it shall not send the next probe in this probe sequence. Otherwise, after sending an access probe within an access probe sequence, the access terminal shall perform the following procedures:

    a.  Set yTotal to 0,

    b.  Generate a pseudo random number y which is a uniformly distributed integer random number between 0 and ProbeBackoff,

    c. Add y to yTotal (i.e., yTotal = yTotal + y),

    d. Compute τP = TACMPATProbeTimeout + (yTotal × AccessCycleDuration)

    e. If any portion of the access probe that would start at the first Access Channel Cycle instance that occurs at least τP slots after the end of the previous access probe overlaps with the Reverse Link Silence Interval (see 10.4.6.1.4.1.1), then the access terminal shall re-start the procedures from step 'b' above.

    f. Consider the access probe that would start at the first Access Channel Cycle instance that occurs at least τP slots after the end of the previous access probe. If any portion of the access probe plus the time interval that is required to receive the corresponding ACAck message (as estimated by the access terminal)[93] overlaps with slots when the access terminal does not receive the Forward Channel, then the access terminal shall transmit the next access probe at the first Access Channel Cycle instance that occurs at least τP + T ×AccessCycleDuration) slots after the end of the previous access probe where T is the minimum number of intervals of length AccessCycleDuration that are needed to be added to τP in order to ensure that the access probe does not overlap with the slots when the access terminal does not receive the Forward Channel. If the access probe starting at new start time overlaps with a Reverse Link Silence Interval, then add T to ytotal and then the access terminal shall re-start the procedure from step 'b' above.

    g. Otherwise, if neither condition 'e' nor condition 'f' are satisfied, the access terminal shall transmit the next access probe at the first Access Channel Cycle instance that occurs at least τP slots after the end of the previous access probe.

10.4.6.1.4.1.3 Access Channel Long Code Mask

The access terminal shall set the Access Channel long masks, $MI_{ACMAC}$ and $MQ_{ACMAC}$ as follows.

The 42-bit mask $MI_{ACMAC}$ shall be as specified in Table 10.4.6.1.4.1.3-1.

**Table 10.4.6.1.4.1.3-1. Access Channel Long Code Masks**

| BIT | 41 | 40 | 39 38 37 36 35 34 33 32 31 | 30 29 28 27 26 25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 09 08 07 06 05 04 03 02 01 00 |
|-----|----|----|-----------------------------|-----|
| $MI_{ACMAC}$ | 1 | 1 | AccessCycleNumber | Permuted (ColorCode \| SectorID[23:0]) |

The 42-bit mask $MQ_{ACMAC}$ shall be derived from the mask $MI_{ACMAC}$ as follows:

---

[93] The turn-around time between the access network receiving an access probe and sending an ACAck message is determined by the access network implementation, but the access terminal may estimate such time interval.

1    $MQ_{ACMAC}[k] = MI_{ACMAC}[k-1]$, for k = 1,..., 41

2    $MQ_{ACMAC}[0] = MI_{ACMAC}[0] \oplus MI_{ACMAC}[1] \oplus MI_{ACMAC}[2] \oplus MI_{ACMAC}[4] \oplus MI_{ACMAC}[5] \oplus$

3    $MI_{ACMAC}[6] \oplus MI_{ACMAC}[9] \oplus MI_{ACMAC}[15] \oplus MI_{ACMAC}[16] \oplus MI_{ACMAC}[17] \oplus$

4    $MI_{ACMAC}[18] \oplus MI_{ACMAC}[20] \oplus MI_{ACMAC}[21] \oplus MI_{ACMAC}[24] \oplus MI_{ACMAC}[25] \oplus$

5    $MI_{ACMAC}[26] \oplus MI_{ACMAC}[30] \oplus MI_{ACMAC}[32] \oplus MI_{ACMAC}[34] \oplus MI_{ACMAC}[41]$

6    where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{ACMAC}[i]$ and $MI_{ACMAC}[i]$ denote the

7    $i$th least significant bit of $MQ_{ACMAC}$ and $MI_{ACMAC}$, respectively.

8    In Table 10.4.6.1.4.1.3-1:

9    • SectorID is given as public data of Overhead Messages Protocol and corresponds to the

10      sector to which the access terminal is sending the access probe.

11   • ColorCode is given as public data of Overhead Messages Protocol and corresponds to

12      the sector to which the access terminal is sending the access probe.

13   • AccessCycleNumber is defined as follows:

14                    AccessCycleNumber = SystemTime mod 256

15        Where:

16   • SystemTime is the CDMA System Time in slots corresponding to the slot in which the

17      first access probe preamble for this access probe is sent. Permuted(ColorCode |

18      SectorID[23:0]) is a permutation of the bits in ColorCode | SectorID[23:0] and is defined

19      as follows:

20                    ColorCode | SectorID[23:0] = $(S_{31}, S_{30}, S_{29}, ..., S_0)$

21                    Permuted(ColorCode | SectorID[23:0]) =

22      $(S_0, S_{31}, S_{22}, S_{13}, S_4, S_{26}, S_{17}, S_8, S_{30}, S_{21}, S_{12}, S_3, S_{25}, S_{16}, S_7, S_{29}, S_{20}, S_{11}, S_2, S_{24},$

23      $S_{15}, S_6, S_{28}, S_{19}, S_{10}, S_1, S_{23}, S_{14}, S_5, S_{27}, S_{18}, S_9).$

24   10.4.6.1.4.1.4 Probe Sequence Transmission

25   The access terminal shall conform to the following rules when sending a probe sequence:

26      1. Transmission of the First Probe.

27         –   Prior to sending the first probe of the sequence, the access terminal shall

28             perform the following in the order specified:

29         +   Silence Period Test: The access terminal shall wait until the beginning of the

30             first Access Channel Cycle such that transmission of the access probe that

31             would start at the beginning of the current Access Channel Cycle would not

32             overlap with the Reverse Link Silence Interval (see 10.4.6.1.4.1.1 for definition

33             of the Reverse Link Silence Interval).

+ Persistence Test : For this test, the access terminal shall use the value $p$ as specified by APersistence[$i$] where $i$ is the class of the access terminal and APersistence[$i$] is the $(i+1)$st occurrence of the APersistence field in the AccessParameters message.[94] The value $i$=2 is reserved for test access terminals. If the access terminal does not have a class defined, it shall use $i$=0, corresponding to non-emergency access terminals. All other values of $i$ are reserved.

When $p$ is not zero, the persistence test consists of comparing a uniformly distributed random number $x$, $0 < x < 1$, (using the procedure specified in 14.5) with $p$. If $x < p$ the test is said to succeed. If the persistence test succeeds or if the number of consecutive unsuccessful persistence tests exceeds $4/p$, the access terminal may transmit in the first upcoming Access Channel Cycle such that no portion of the access probe overlaps with the Reverse Link Silence Interval and no portion of the access probe plus the time interval that is required to receive the corresponding ACAck message (as estimated by the access terminal)[95] will overlap with slots when the access terminal does not receive the Forward Channel. If any portion of the access probe overlaps with the Reverse Link Silence Interval, then the access terminal shall not transmit the access probe and shall re-start the procedures for Transmission of the First Probe from the beginning. Otherwise, if $p$ is not equal to zero, the access terminal shall repeat the above-mentioned Silence Period Test and then the Persistence Test starting from the next Access Channel Cycle. If $p$ is equal to zero, the access terminal shall return a *TransmissionFailed* indication and end the access.

2. Probe Contents. The access terminal shall not change the data portion of the probe contents between probe sequences.

3. Success Condition. If the access terminal receives an ACAck message it shall stop the probe sequence, including any transmission in progress, and shall return a *TransmissionSuccessful* indication.

---

[94] The access terminal's class is configured through means that are outside the scope of this specification.

[95] The turn-around time between the access network receiving an access probe and sending an ACAck message is determined by the access network implementation, but the access terminal may estimate such time interval.

4. Failure Condition. If the access terminal has already sent ProbeSequenceMax probe sequences for this access ($N_S$ in Figure 10.4.6.1.2-2), and if it does not receive an ACAck message acknowledging its receipt within ($T_{ACMPATProbeTimeout}$ + $T_{ACMPCycleLen}$) slots after the end of the last access probe, or if the interval between two adjacent probes in the access attempt is greater than $T_{ACMPATProbeTimeout}$ + max(ProbeBackoff, ProbeSequenceBackoff) × AccessCycleDuration + $T_{ACMPMaxDelayPrevProbe}$ slots[96], then the access terminal shall return a *TransmissionFailed* indication and abort the access.

5. Inter-Sequence Backoff. The access terminal shall generate a uniformly distributed integer random number *k* between 0 and ProbeSequenceBackoff. The access terminal shall wait for $\tau_S$ = (*k* × AccessCycleDuration) + $T_{ACMPATProbeTimeout}$ slots from the end of the last probe of the previous sequence before repeating this sequence.

10.4.6.1.4.2 Access Network Requirements

The access network should send an AccessParameters message at least once every $N_{ACMPAccessParameters}$ slots.

The access network should send an ACAck message in response to every Access Channel MAC Layer capsule it receives. The message should be sent within $T_{ACMPANProbeTimeout}$ slots of receipt of the packet. The access network shall return a *MACLayerCapsuleReceived* indication upon sending an ACAck message.

The access network should monitor and control the load on the Access Channel. The access network may control the load by adjusting the access persistence vector, APersistence, sent as part of the AccessParameters message.

10.4.6.2 Header and Message Formats

10.4.6.2.1 MAC Layer Header

The access terminal shall place the following header in front of the Security Layer packet:

---

[96] E.g., because the access terminal has tuned to the frequency associated with another air-interface.

TIA-856-B                                                                   MAC Layer

| Field | Length (bits) |
|---|---|
| Length | 8 |
| SessionConfigurationToken | 16 |
| SecurityLayerFormat | 1 |
| ConnectionLayerFormat | 1 |
| Reserved | 4 |
| ATI Record | 34 |

Length                   The access terminal shall set this field to the combined length, in
                         octets, of the Security Layer packet and this MAC Layer header.
                         excluding the Length field.

SessionConfigurationToken
                         The access terminal shall set this field to the value of the
                         SessionConfigurationToken which is public data of the Session
                         Configuration Protocol.

SecurityLayerFormat
                         The access terminal shall set this field to '1' if security layer packet is
                         either authenticated or encrypted; otherwise, the access terminal
                         shall set this field to '0'.

ConnectionLayerFormat
                         The access terminal shall set this field to '1' if the connection layer
                         packet is Format B; otherwise, the access terminal shall set this field
                         to '0'.

Reserved                 The access terminal shall set this field to zero. The access network
                         shall ignore this field.

ATI Record               Access Terminal Identifier Record. The access terminal shall set this
                         field to the record specifying the access terminal's ID specified by
                         TransmitATI.ATI and TransmitATI.ATIType. This record is defined in
                         14.2.

10.4.6.2.2 FCS

The FCS shall be calculated using the standard CRC-CCITT generator polynomial:

$$g(x) = x^{32} + x^{26} + x^{23} + x^{22} + x^{16} + x^{12} + x^{11} + x^{10} + x^8 + x^7 + x^5 + x^4 + x^2 + x^1 + 1$$

The FCS shall be equal to the value computed by the following procedure and the logic
shown below:

• All shift register elements shall be initialized to logical zeros.

• Switches shall be set in the up position.

10-44

MAC Layer                                                                  TIA-856-B

- Register shall be clocked once for each bit of Access Channel MAC Layer Capsule, excluding the FCS and padding bits. The Access Channel MAC Layer Capsule is read in order from MSB to LSB, starting with the MSB of the MAC Layer header

- Switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift register inputs are '0'.

- Register shall be clocked an additional 32 times for the 32 FCS bits.



**Figure 10.4.6.2-1. Access Channel MAC Layer Capsule FCS**

## 10.4.6.2.3 Padding Bits

The access terminal shall add sufficient padding so that the Access Channel MAC capsule, including all payload, FCS, padding, and headers, is the smallest possible integer multiple of 232 bits. The access terminal shall set the padding bits to '0'. The access network shall ignore the padding bits.

## 10.4.6.2.4 Reserved Bits

The access terminal shall add 2 reserved bits to each Access Channel capsule fragment.

The access terminal shall set the reserved bits to '0'. The access network shall ignore the reserved bits.

## 10.4.6.2.5 ACAck

The access network sends the ACAck message to acknowledge receipt of an Access Channel MAC Layer capsule.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID              The access network shall set this field to 0x00.

TIA-856-B                                                                                  MAC Layer

| Channels | CC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 10 |

10.4.6.2.6 AccessParameters

The AccessParameters message is used to convey Access Channel information to the access terminals.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| AccessCycleDuration | 8 |
| AccessSignature | 16 |
| OpenLoopAdjust | 8 |
| ProbeInitialAdjust | 5 |
| ProbeNumStep | 4 |
| PowerStep | 4 |
| PreambleLength | 3 |
| CapsuleLengthMax | 4 |
| $N_{ACMPAPersist}$ occurrences of the following field: | |
| APersistence | 6 |
| | |
| Reserved | variable |

MessageID            The access network shall set this field to 0x01.

AccessCycleDuration

                      The access network shall set this field to the duration of an Access
                      Channel Cycle in units of slots.

AccessSignature       AccessParameters message signature. The access network shall
                      change this field if the contents of the AccessParameters message
                      change.

OpenLoopAdjust        The access network shall set this field to the negative of the nominal
                      power to be used by access terminals in the open loop power
                      estimate, expressed as an unsigned value in units of 1 dB. The value
                      used by the access terminal is -1 times the value of this field.

ProbeInitialAdjust    The access network shall set this field to the correction factor to be
                      used by access terminals in the open loop power estimate for the

initial transmission on the Access Channel, expressed as a two's complement value in units of 1 dB.

ProbeNumStep        The access network shall set this field to the maximum number of access probes access terminals are to transmit in a single access probe sequence. The access network shall set this field to a value in the range [1 ... 15].

PowerStep           Probe power increase step. The access network shall set this field to the increase in power between probes, in resolution of 0.5 dB. The access terminal shall support all the valid values specified by this field.

PreambleLength      The access network shall set this field to the length in frames of the access probe preamble in the range [1 ... 7]. The access terminal shall support all the valid values specified by this field.

CapsuleLengthMax    Access Channel Max Capsule length. The access network shall set this field to the maximum number of frames in an Access Channel Capsule. The access network shall set this field to a value in the range [2 ... 15]. The access terminal shall support all the valid values specified by this field.

APersistence        Access persistence vector. If a value in this vector is 0x3F, the access terminal shall use zero as the corresponding persistence probability; otherwise, if the value of this field, n, not equal to 0x3F, the access terminal shall use $2^{-n/4}$ as the corresponding persistence probability.

Reserved            Number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| **Channels** | CC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | Broadcast | | **Priority** | 30 |

10.4.6.3 Interface to Other Protocols

10.4.6.3.1 Commands

This protocol does not issue any commands.

10.4.6.3.2 Indications

This protocol does not register to receive any indications.

1   10.4.7 Configuration Attributes

2   The following complex attributes and default values are defined (see 14.3 for attribute
3   record definition).

4   10.4.7.1 InitialConfiguration Attribute
5

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| ProbeSequenceMax | 4 | 3 |
| ProbeBackoff | 4 | 4 |
| ProbeSequenceBackoff | 4 | 8 |
| Reserved | 4 | N/A |

}

6   Length                        Length of the complex attribute in octets. The access network shall
7                                 set this field to the length of the complex attribute excluding the
8                                 Length field.

9   AttributeID                   Parameter set identifier. The access network shall set this field to
10                                0x00.

11  ValueID                       The access network shall set this field to an identifier assigned to this
12                                complex attribute. The access network should change this field for
13                                each set of values for this complex attribute.

14  ProbeSequenceMax              Maximum number of probe sequences. The access network shall set
15                                this field to the maximum number of probe sequences for a single
16                                access attempt. The access network shall set this field to a value in
17                                the range [1 ... 15]. The access terminal shall support all the valid
18                                values specified by this field.

19  ProbeBackoff                  Inter-probe backoff. The access network shall set this field to the
20                                upper limit of the backoff range (in units of AccessCycleDuration)
21                                that the access terminal is to use between probes. The access
22                                terminal shall support all the valid values specified by this field.

23  ProbeSequenceBackoff
24                                Inter-probe sequence backoff. The access network shall set this field
25                                to   the   upper   limit   of   the   backoff   range   (in   units   of

AccessCycleDuration) that the access terminal is to use between probe sequences. The access terminal shall support all the valid values specified by this field.

Reserved                  The access network shall set this field to zero. The access terminal shall ignore this field.

## 10.4.7.2 PowerParameters Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| DataOffsetNom | 4 | 0 |
| DataOffset9k6 | 4 | 0 |

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The access network shall set this field to 0x01.

ValueID                   The access network shall set this field to an identifier assigned to this complex value.

DataOffsetNom             The access network shall set this field to the nominal offset of the access data channel power to pilot channel power, expressed as 2's complement value in units of 0.5 dB. The access terminal shall support all the valid values specified by this field.

DataOffset9k6             The access network shall set this field to the ratio of access channel power at 9600 bps to the nominal access channel power at 9600 bps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field.

TIA-856-B                                                                    MAC Layer

1    10.4.8 Protocol Numeric Constants

2

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{ACMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{ACMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{ACMPAPersist}$ | Number of different persistence values | 4 |
| $N_{ACMPAccessParameters}$ | The recommended maximum number of slots between transmission of two consecutive AccessParameters message. | $3 * T_{ACMPCycleLen}$ |
| $T_{ACMPAPSupervision}$ | AccessParameters supervision timer | $12 * T_{ACMPCycleLen}$ |
| $T_{ACMPATProbeTimeout}$ | Time to receive an acknowledgment at the access terminal for a probe before sending another probe | 128 slots |
| $T_{ACMPANProbeTimeout}$ | Maximum time to send an acknowledgment for a probe at the access network | 96 slots |
| $T_{ACMPTransaction}$ | Time for access terminal to wait after a successful transmission before returning a *TxEnded* indication | 1 second |
| $T_{ACMPCycleLen}$ | Length of Control Channel Cycle used by the Access Channel MAC Protocol | 256 slots |
| $T_{ACMPMaxDelayPrevProbe}$ | A constant that determines the time for the access terminal to wait until after transmitting an access probe in the access attempt before returning a *TransmissionFailed* indication | 300 slots |

3    10.4.9 Session State Information

4    The Session State Information record (see 14.8) consists of parameter records.

5    The parameter records for this protocol consist of only the configuration attributes of this
6    protocol.

MAC Layer                                                                TIA-856-B

**10.5 Enhanced Access Channel MAC Protocol**

10.5.1 Overview

The Enhanced Access Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit and an access network to receive the Access Channel. This protocol operates with Subtype 1 Physical Layer Protocol, Subtype 2 Physical Layer Protocol, or Subtype 3 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for all access terminals.

This protocol can be in one of two states:

- Inactive State: In this state the protocol waits for an *Activate* command. This state applies only to the access terminal and occurs when the access terminal has not acquired an access network or the access terminal has a connection open.

- Active State: In this state the access terminal transmits and the access network receives the Access Channel.



**Figure 10.5.1-1. Enhanced Access Channel MAC Protocol State Diagram**

10.5.2 Primitives and Public Data

10.5.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

10.5.2.2 Return Indications

This protocol returns the following indications:

- *TransmissionSuccessful*

- *TransmissionAborted*

- *TransmissionFailed*
- *TxStarted*
- *TxEnded*
- *SupervisionFailed*
- *MACLayerCapsuleReceived*

10.5.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- DataOffsetNom
- DataOffset9k6
- DataOffset19k2
- DataOffset38k4
- PowerStep
- OpenLoopAdjust
- ProbeInitialAdjust
- Length of the preamble
- AccessRateMax
- AccessSignature field of the next AccessParameters message to be sent by the access network
- $MI_{ACMAC}$
- $MQ_{ACMAC}$
- PNRandomizationDelay

10.5.3 Protocol Data Unit

The transmission unit of this protocol is the Access Channel MAC Layer packet. Each Access Channel MAC Layer packet contains part or all of a Security Layer packet.

10.5.4 Protocol Initialization

10.5.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

10.5.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.5.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

10.5.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    − DataOffsetNom

    − DataOffset9k6

    − DataOffset19k2

    − DataOffset38k4

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    − The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    − The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then:

    − The access terminal shall set the initial state for the InConfiguration instance of this protocol to the Active State.

    − The access network shall set the state for the InConfiguration instance of this protocol to the Active State.

MAC Layer                                                                    TIA-856-B

1              –      The InConfiguration protocol instance shall become the InUse protocol
2                     instance for the Access Channel MAC Protocol.

3     •    All the public data not defined by this protocol shall be removed from the public data of
4        the InUse protocol.

5    10.5.5.3 Message Formats

6    10.5.5.3.1 ConfigurationRequest

7    The ConfigurationRequest message format is as follows:

8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

9    MessageID             The sender shall set this field to 0x50.

10    TransactionID        The sender shall increment this value for each new
11                          ConfigurationRequest message sent.

12    AttributeRecord       The format of this record is specified in 14.3.

13

| Channels | | FTC     RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

14    10.5.5.3.2 ConfigurationResponse

15    The ConfigurationResponse message format is as follows:
16

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

17    MessageID             The sender shall set this field to 0x51.

18    TransactionID        The sender shall set this value to the TransactionID field of the
19                          corresponding ConfigurationRequest message.

AttributeRecord   An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.5.6 Procedures and Messages for the InUse Instance of the Protocol

10.5.6.1 Procedures

The protocol constructs one or more packets out of the Security Layer packet as follows:

- The protocol adds the MAC Layer header specified in 10.5.6.2.1 in front of the Security Layer packet,

- The protocol adds the FCS as defined in 10.5.6.2.2,

- The protocol pads the result as defined in 10.5.6.2.3,

- The protocol splits the result into one or more Access Channel MAC Layer capsule fragments,

- The protocol adds the reserved bits, as defined in 10.5.6.2.4, to the capsule fragments to construct the Access Channel MAC Layer packets.

This protocol passes the packets for transmission to the Physical Layer. An example of the packet structure is shown in Figure 10.5.6.1-1.

Received packets are passed for further processing to the Security Layer after concatenation, removing the padding, FCS checking, and removing the MAC layer headers. The value of the SecurityLayerFormat and ConnectionLayerFormat fields shall be passed to the Security Layer with the Security Layer packet.



**Figure 10.5.6.1-1. Enhanced Access Channel MAC Packet Structure**

### 10.5.6.1.1 Command Processing

The access network shall ignore all commands.

### 10.5.6.1.1.1 Activate

If this protocol receives an *Activate* command in the Inactive State,

- The access terminal shall transition to the Active State.

- The access network shall ignore it.

If this protocol receives the command in the Active State it shall be ignored.

### 10.5.6.1.1.2 Deactivate

If this protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

If this protocol receives the command in the Active State,

- The access terminal shall transition to the Inactive State.

- The access network shall ignore it.

### 10.5.6.1.2 Access Channel Structure

Figure 10.5.6.1.2-1 and Figure 10.5.6.1.2-2 illustrate the access probe structure and the access probe sequence.

The Access Channel Cycle specifies the time instants at which the access terminal may start an access probe. An Access Channel probe may only begin at times T such that

$$(T - AccessOffset) \bmod AccessCycleDuration = 0,$$

where T is CDMA System Time in slots. If the AccessOffset field is not included in the AccessParameters message, then the access terminal sets AccessOffset to zero.

The structure of an individual access probe is shown in Figure 10.5.6.1.2-1. In each access probe, the pilot (I-channel) is first enabled and functions as a preamble. After PreambleLengthSlots slots, the probe data (Q-channel) is enabled for up to CapsuleLengthMax × 16 slots. If the PreambleLengthSlots field is not included in the AccessParameters message, then the access terminal sets PreambleLengthSlots to (PreambleLength × 16).



**Figure 10.5.6.1.2-1. Access Probe Structure**

Each probe in a sequence is transmitted at increased power until any of the following conditions are met:

- The access terminal receives an ACAck message,

- Transmission is aborted because the protocol received a *Deactivate* command, or

- Maximum number of probes per sequence (ProbeNumStep) has been transmitted.

If the value of MaxPNRandomizationDelay is not equal to zero, the access terminal computes a random delay, PNRandomizationDelay, prior to the transmission of each access probe.

Prior to the transmission of the first probe, the access terminal performs a persistence test which is used to control congestion on the Access Channel.

Additionally the access terminal performs a persistence test in between probe sequences.



**Figure 10.5.6.1.2-2. Access Probe Sequences**

### 10.5.6.1.3 Inactive State

This state applies only to the access terminal.

In this state the access terminal waits for an *Activate* command.

### 10.5.6.1.4 Active State

In this state the access terminal is allowed to transmit on the Access Channel and the access network is monitoring the Access Channel.

If the protocol receives a *Deactivate* command,

- Access terminal shall:
  - Immediately cease transmitting on the Access Channel if it is in the process of sending a probe.
  - Return a *TransmissionAborted* indication if it was in the process of sending an Access Channel MAC Layer capsule.
  - Transition to the Inactive State.
- Access network shall ignore this command.

All other commands shall be ignored in this state.

### 10.5.6.1.4.1 Access Terminal Requirements

This protocol enforces a stop-and-wait packet transmission policy over the Access Channel. That is, the access terminal shall not send a new Access Channel MAC Layer capsule before either:

- Receipt of an ACAck message for the previous capsule, or
- Transmission of the previous capsule failed after transmitting ProbeSequenceMax probe sequences for it.

The access terminal shall return a *TxStarted* indication before transmitting the first probe for an Access Channel MAC Layer capsule.[97]

The access terminal shall return a *TxEnded* indication either:

- Simultaneously with a *TransmissionAborted* or a *TransmissionFailed* indication, or
- $T_{\text{ACMPTransaction}}$ seconds after a *TransmissionSuccessful* indication.

### 10.5.6.1.4.1.1 Reverse Link Silence Interval

The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T and it satisfies the following equation:

---

[97] Higher layer protocols use this indication as a notification that there may be an outstanding transaction on the Access Channel; and, therefore, the access terminal should not go to sleep.

1          $$T \bmod (2048 \times 2^{\text{ReverseLinkSilencePeriod}} - 1) = 0,$$

2     where T is the CDMA System Time in units of frames.

3     The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are given as
4     public data by the Overhead Messages Protocol.

5     10.5.6.1.4.1.2 Probe Transmission

6     The access terminal shall conform to the following rules when sending a probe:

7        1. Current SectorParameters. The access terminal shall verify that the value of
8           SectorSignature field of the latest QuickConfig message is the same as
9           SectorSignature field of the latest SectorParameters message prior to sending the
10          first probe of the first probe sequence. Both SectorSignature values (one belonging
11          to the QuickConfig message and one belonging to the SectorParameters message)
12          are public data of the Overhead Messages Protocol.

13       2. Current AccessParameters. Prior to sending the first probe of the first probe
14          sequence, the access terminal shall verify that the last AccessParameters message it
15          received is current, according to the last AccessSignature value given as public data
16          by the Overhead Messages Protocol. If the AccessParameters message is not
17          current, the access terminal shall start the AccessParameters supervision timer for
18          $T_{\text{ACMPAPSupervision}}$. If the timer expires before it receives the current AccessParameters
19          message, the access terminal shall return a *SupervisionFailed* indication and
20          transition to the Inactive State.

21       3. ATI Record. The access terminal shall set the ATI and ATIType fields of the ATI
22          Record in the MAC Layer header to TransmitATI.ATI and TransmitATI.ATIType,
23          respectively (TransmitATI is provided as public data by the Address Management
24          Protocol).

25       4. Probe Power Control. The access terminal shall send the *i*th probe in the probe
26          sequence at a power level given by $X_0 + (i-1) \times$ PowerStep, where $X_0$ represents the
27          access terminal's open-loop mean output power of the Pilot Channel and is given by

28          $X_0$ = - Mean $R_X$ Power (dBm) + OpenLoopAdjust + ProbeInitialAdjust

29              where

30              ProbeInitialAdjust          =          ProbeInitialAdjustEACMAC          +
31              min(PilotStrengthCorrectionMax, max(PilotStrengthNominal – PilotStrength,
32              PilotStrengthCorrectionMin)),

33              PilotStrength is the pilot strength of the sector to which the access terminal is
34              sending        the        access        probe,        and        PilotStrengthNominal,
35              PilotStrengthCorrectionMin, PilotStrengthCorrectionMax, OpenLoopAdjust are
36              values of the corresponding fields of the AccessParameters message, and the
37              Mean $R_X$ Power is estimated throughout the transmission of each probe.

38              If the PilotStrengthNominal is not included in the AccessParameters message
39              then the access terminal shall set its value to 0 dB. If the
40              PilotStrengthCorrectionMin is not included in the AccessParameters message

then the access terminal shall set its value to 0 dB. If the PilotStrengthCorrectionMax is not included in the AccessParameters message then the access terminal shall set its value to 0 dB.

5. Maximum Payload Size. The access terminal shall determine the maximum payload size that can be transmitted on the access channel as AccessPayloadMax = CapsuleLengthMax × R96 bits, where R96 is the maximum Access Channel payload contained in a 9.6 kbps physical layer packet as specified in Table 10.5.6.1.4.1.2-1.

**Table 10.5.6.1.4.1.2-1. Access Channel Rates and Payload**

| Transmission Rate (kbps) | Minimum Payload (bits) | Maximum Payload (bits) |
|---|---|---|
| 9.6 | 1 | 232 |
| 19.2 | 233 | 488 |
| 38.4 | 489 | 1000 |

6. Transmitted Data Rate. The access terminal may update the transmitted data rate for each frame in an access channel capsule. If the SectorAccessMaxRate field is omitted from the AccessParameters message, then the access terminal shall select a data rate of 9600 bps. Otherwise, the access terminal shall follow all of the following rules when determining the access channel transmit data rate:

   + The access terminal shall not select a data rate higher than AccessRateMax, where AccessRateMax[98] is computed as:

   AccessRateMax = max (SectorAccessMaxRate, TerminalAccessRateMax).

   + The access terminal shall not select a data rate for which the minimum payload length, as specified in Table 10.5.6.1.4.1.2-1, is greater than the size of data it has to send.

   + The access terminal shall transmit at a data rate no higher than the highest data rate that can be accommodated by the available transmit power.

7. Probe Structure. If the PreambleLengthSlots field is not included in the AccessParameters message, then the access terminal shall set PreambleLengthSlots to (PreambleLength × 16). When sending a probe, the access terminal shall transmit PreambleLengthSlots slots of pilot only, followed by up to CapsuleLengthMax frames of probe data and pilot. The access terminal shall transmit a single Access Channel Capsule per probe. The access terminal shall not change the probe data contents in between probes.

8. Long Code Cover. The access terminal shall use the Access Channel long codes to cover the entire probe. The Access Channel long code is specified in 11.3.1.3.7.2.

---

[98] SectorAccessMaxRate is the maximum data rate at which the access terminal is allowed to transmit on the access channel unless TerminalAccessRateMax is higher.

9.  PN randomization. If PNRandomizationDelaySupported attribute is set to 0x00, or the MaxPNRandomizationDelay field is  not included in the AccessParameters message or is included and equal to zero, then the PNRandomizationDelay shall be set to zero.  Otherwise, the access terminal shall perform the following procedure to compute the PNRandomizationDelay at the start of each access probe:

   –  The access terminal shall use the hash function (see 14.4) to compute the PNRandomizationDelay to be used for the access probe. The access terminal shall use the following hash function parameters as input to the hash function and set the output of the hash function to PNRandomizationDelay:

      •  Key = The 32-bit ATI field in the ATI Record as specified in '3' above

      •  Decorrelate: ProbeNumber

      •  N = MaxPNRandomizationDelay

10. Inter-Probe Backoff. If the access terminal receives an ACAck message or it has already transmitted ProbeNumStep ($N_P$ in Figure 10.5.6.1.2-2) probes in this probe sequence, then it shall not send the next probe in this probe sequence. Otherwise, after sending an access probe within an access probe sequence, the access terminal shall perform the following procedures:

   h.  Set $y_{Total}$ to 0,

   i.  Generate a pseudo random number $y$ which is a uniformly distributed integer random number between 0 and ProbeBackoff,

   j.  Add $y$ to $y_{Total}$ (i.e., $y_{Total} = y_{Total} + y$),

   k.  Compute $\tau_P$ = $T_{ACMPATProbeTimeout}$ + ($y_{Total}$ × AccessCycleDuration) – ProbeTimeOutAdjust

   l.  If any portion of the access probe that would start at the first Access Channel Cycle instance that occurs at least $\tau_P$ slots plus (PNRandomizationDelay × 8) chips after the end of the previous access probe overlaps with the Reverse Link Silence Interval (see 10.5.6.1.4.1.1), then the access terminal shall re-start the procedures from step 'b' above.

m. Consider the access probe that would start at the first Access Channel Cycle instance that occurs at least $\tau_P$ slots plus (PNRandomizationDelay × 8) chips after the end of the previous access probe. If any portion of the access probe plus the time interval that is required to receive the corresponding ACAck message (as estimated by the access terminal)[99] overlaps with slots when the access terminal does not receive the Forward Channel, then the access terminal shall transmit the next access probe at the first Access Channel Cycle instance that occurs at least ($\tau_P$ + T × AccessCycleDuration) slots plus (PNRandomizationDelay × 8) chips after the end of the previous access probe where T is the minimum number of intervals of length AccessCycleDuration that are needed to be added to $\tau_P$ in order to ensure that the access probe does not overlap with the slots when the access terminal does not receive the Forward Channel. If the access probe starting at new start time overlaps with a Reverse Link Silence Interval, then add T to $y_{total}$ and then the access terminal shall re-start the procedure from step 'b' above.

n. Otherwise, (if neither condition 'e' nor condition 'f' are satisfied) the access terminal shall transmit the next access probe at the first Access Channel Cycle instance that occurs at least $\tau_P$ slots plus (PNRandomizationDelay × 8) chips after the end of the previous access probe.

If the AccessOffset field is not included in the AccessParameters message, then the access terminal shall set AccessOffset to zero.

If the ProbeTimeOutAdjust field is not included in the AccessParameters message, then the access terminal shall set ProbeTimeOutAdjust to zero.

10.5.6.1.4.1.3 Access Channel Long Code Mask

The access terminal shall set the Access Channel long masks, $MI_{ACMAC}$ and $MQ_{ACMAC}$ as follows.

The 42-bit mask $MI_{ACMAC}$ shall be as specified in Table 10.5.6.1.4.1.3-1.

**Table 10.5.6.1.4.1.3-1. Access Channel Long Code Masks**

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{ACMAC}$ | 1 | 1 | AccessCycleNumber | | | | | | | | Permuted (ColorCode \| SectorID[23:0]) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

The 42-bit mask $MQ_{ACMAC}$ shall be derived from the mask $MI_{ACMAC}$ as follows:

$MQ_{ACMAC}[k] =$   $MI_{ACMAC}[k-1]$,  for k = 1,…, 41

---

[99] The turn-around time between the access network receiving an access probe and sending an ACAck message is determined by the access network implementation, but the access terminal may estimate such time interval.

$MQ_{ACMAC}[0] = MI_{ACMAC}[0] \oplus MI_{ACMAC}[1] \oplus MI_{ACMAC}[2] \oplus MI_{ACMAC}[4] \oplus MI_{ACMAC}[5] \oplus$

$MI_{ACMAC}[6] \oplus MI_{ACMAC}[9] \oplus MI_{ACMAC}[15] \oplus MI_{ACMAC}[16] \oplus MI_{ACMAC}[17] \oplus$

$MI_{ACMAC}[18] \oplus MI_{ACMAC}[20] \oplus MI_{ACMAC}[21] \oplus MI_{ACMAC}[24] \oplus MI_{ACMAC}[25] \oplus$

$MI_{ACMAC}[26] \oplus MI_{ACMAC}[30] \oplus MI_{ACMAC}[32] \oplus MI_{ACMAC}[34] \oplus MI_{ACMAC}[41]$

where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{ACMAC}[i]$ and $MI_{ACMAC}[i]$ denote the $i$th least significant bit of $MQ_{ACMAC}$ and $MI_{ACMAC}$, respectively.

In Table 10.5.6.1.4.1.3-1:

- SectorID is given as public data of Overhead Messages Protocol and corresponds to the sector to which the access terminal is sending the access probe.

- ColorCode is given as public data of Overhead Messages Protocol and corresponds to the sector to which the access terminal is sending the access probe.

- AccessCycleNumber is defined as follows :

    AccessCycleNumber = (SystemTime − AccessOffset) mod 256

    Where:

- SystemTime is the CDMA System Time in slots corresponding to the slot in which the first access probe preamble for this access probe is sent. Permuted(ColorCode | SectorID[23:0]) is a permutation of the bits in ColorCode | SectorID[23:0] and is defined as follows:

    ColorCode | SectorID[23:0] = $(S_{31}, S_{30}, S_{29}, ..., S_0)$

    Permuted(ColorCode | SectorID[23:0]) = $(S_0, S_{31}, S_{22}, S_{13}, S_4, S_{26}, S_{17}, S_8, S_{30}, S_{21}, S_{12}, S_3, S_{25}, S_{16}, S_7, S_{29}, S_{20}, S_{11}, S_2, S_{24}, S_{15}, S_6, S_{28}, S_{19}, S_{10}, S_1, S_{23}, S_{14}, S_5, S_{27}, S_{18}, S_9)$.

10.5.6.1.4.1.4 Probe Sequence Transmission

The access terminal shall conform to the following rules when sending a probe sequence:

1. Transmission of the First Probe.

    – Prior to sending the first probe of the sequence, the access terminal shall perform the following in the order specified:

    + Silence Period Test: The access terminal shall wait until the beginning of the first Access Channel Cycle such that transmission of the access probe that would start at the beginning of the current Access Channel Cycle would not overlap with the Reverse Link Silence Interval (see 10.5.6.1.4.1.1 for definition of the Reverse Link Silence Interval).

    + Persistence Test : If the value of the APersistenceOverride attribute is not 0xff, then the access terminal shall use the value $p$ as specified by APersistenceOverride. Otherwise, the access terminal shall determine the value $p$ as follows:

+ If the value of the AccessTerminalClassOverride attribute is not 0xff, the access terminal shall use the value $p$ as specified by APersistence[$i$], where $i$ is AccessTerminalClassOverride and APersistence[$i$] is the $(i{+}1)$st occurrence of the APersistence field in the AccessParameters message. Otherwise, the access terminal shall use the value $p$ as specified by APersistence[$i$] where $i$ is the class of the access terminal and APersistence[$i$] is the $(i{+}1)$st occurrence of the APersistence field in the AccessParameters message.[100] The value $i{=}2$ is reserved for test access terminals. If the access terminal does not have a class defined, it shall use $i{=}0$, corresponding to non-emergency access terminals. All other values of $i$ are reserved.

+ When $p$ is not zero, the persistence test consists of comparing a uniformly distributed random number $x$, $0 < x < 1$, (using the procedure specified in 14.5) with $p$. If $x < p$ the test is said to succeed. If the persistence test succeeds or if the number of consecutive unsuccessful persistence tests exceeds $4/p$, the access terminal may transmit in the first upcoming Access Channel Cycle such that no portion of the access probe overlaps with the Reverse Link Silence Interval and no portion of the access probe plus the time interval that is required to receive the corresponding ACAck message (as estimated by the access terminal)[101] will overlap with slots when the access terminal does not receive the Forward Channel. If any portion of the access probe overlaps with the Reverse Link Silence Interval, then the access terminal shall not transmit the access probe and shall re-start the procedures for Transmission of the First Probe from the beginning. Otherwise, if $p$ is not equal to zero, the access terminal shall repeat the above-mentioned Silence Period Test and then the Persistence Test starting from the next Access Channel Cycle. If $p$ is equal to zero, the access terminal shall return a *TransmissionFailed* indication and end the access.

+ PN randomization: If PNRandomizationDelaySupported attribute is set to 0x01, and the MaxPNRandomizationDelay field is included in the AccessParameters message and is not equal to zero, then the access terminal shall compute the PN randomization delay as follows:

   i. The access terminal shall use the hash function (see 14.4) to compute the PNRandomizationDelay to be used for the access probe. The access terminal shall use the following hash function parameters as input to the hash function and set the output of the hash function to PNRandomizationDelay:

---

[100] The access terminal's class is configured through means that are outside the scope of this specification.

[101] The turn-around time between the access network receiving an access probe and sending an ACAck message is determined by the access network implementation, but the access terminal may estimate such time interval.

- Key = The 32-bit ATI field in the ATI Record as specified in '3' of 10.5.6.1.4.1.2.

- Decorrelate: ProbeNumber

- N = MaxPNRandomizationDelay

    ii. Otherwise, the access terminal shall set the PNRandomizationDelay to zero.

    iii. The access terminal shall delay start of the access probe by PNRandomizationDelay × 8 chips.

2. Probe Contents. The access terminal shall not change the data portion of the probe contents between probe sequences.

3. Success Condition. If the access terminal receives an ACAck message it shall stop the probe sequence, including any transmission in progress, and shall return a *TransmissionSuccessful* indication.

4. Failure Condition. If the access terminal has already sent ProbeSequenceMax probe sequences for this access ($N_S$ in Figure 10.5.6.1.2-2), and if it does not receive an ACAck message acknowledging its receipt within ($T_{ACMPATProbeTimeout}$ + $T_{ACMPCycleLen}$) slots after the end of the last access probe, or if the interval between two adjacent probes in the access attempt is greater than $T_{ACMPATProbeTimeout}$ + max(ProbeBackoff, ProbeSequenceBackoff) × AccessCycleDuration + $T_{ACMPMaxDelayPrevProbe}$ ms[102], then the access terminal shall return a *TransmissionFailed* indication and abort the access.

5. Inter-Sequence Backoff. The access terminal shall generate a uniformly distributed integer random number $k$ between 0 and ProbeSequenceBackoff. The access terminal shall wait for $\tau_S$ = ($k$ × AccessCycleDuration) + $T_{ACMPATProbeTimeout}$ slots from the end of the last probe of the previous sequence before repeating this sequence.

10.5.6.1.4.2 Access Network Requirements

The access network should send an AccessParameters message at least once every $N_{ACMPAccessParameters}$ slots.

The access network should send an ACAck message in response to every Access Channel MAC Layer capsule it receives. The message should be sent within $T_{ACMPANProbeTimeout}$ slots of receipt of the packet. The access network shall return a *MACLayerCapsuleReceived* indication upon sending an ACAck message.

The access network should monitor and control the load on the Access Channel. The access network may control the load by adjusting the access persistence vector, APersistence, sent as part of the AccessParameters message.

---

[102] E.g., because the access terminal has tuned to the frequency associated with another air-interface.

10.5.6.2 Header and Message Formats

10.5.6.2.1 MAC Layer Header

The access terminal shall place the following header in front of the Security Layer packet:

| Field | Length (bits) |
|---|---|
| Length | 8 |
| SessionConfigurationToken | 16 |
| SecurityLayerFormat | 1 |
| ConnectionLayerFormat | 1 |
| ProbeNumber | 4 |
| ATI Record | 34 |

Length                    The access terminal shall set this field to the combined length, in octets, of the Security Layer packet and this MAC Layer header. excluding the Length field.

SessionConfigurationToken The access terminal shall set this field to the value of the SessionConfigurationToken which is public data of the Session Configuration Protocol.

SecurityLayerFormat       The access terminal shall set this field to '1' if security layer packet is either authenticated or encrypted; otherwise, the access terminal shall set this field to '0'.

ConnectionLayerFormat     The access terminal shall set this field to '1' if the connection layer packet is Format B; otherwise, the access terminal shall set this field to '0'.

ProbeNumber               The access terminal shall set this field to one less than the probe number during the current probe sequence. The access terminal shall not set the value to '1111'.

**Table 10.5.6.2.1-1. ProbeNumber Encoding**

| Value | Meaning |
|---|---|
| '0000-1110' | One less than the probe number in a probe sequence |
| '1111' | Reserved |

ATI Record                Access Terminal Identifier Record. The access terminal shall set this field to the record specifying the access terminal's ID specified by

1   TransmitATI.ATI and TransmitATI.ATIType. This record is defined in
2   14.2.

3   10.5.6.2.2 FCS

4   The FCS shall be calculated using the standard CRC-CCITT generator polynomial:

5   $$g(x) = x^{32} + x^{26} + x^{23} + x^{22} + x^{16} + x^{12} + x^{11} + x^{10} + x^8 + x^7 + x^5 + x^4 + x^2 + x^1 + 1$$

6   The FCS shall be equal to the value computed by the following procedure and the logic
7   shown below:

8   •   All shift register elements shall be initialized to logical zeros.

9   •   Switches shall be set in the up position.

10  •   Register shall be clocked once for each bit of Access Channel MAC Layer Capsule,
11      excluding the FCS and padding bits. The Access Channel MAC Layer Capsule is read in
12      order from MSB to LSB, starting with the MSB of the MAC Layer header

13  •   Switches shall be set in the down position so that the output is a modulo-2 addition
14      with a '0' and the successive shift register inputs are '0'.

15  •   Register shall be clocked an additional 32 times for the 32 FCS bits.



16

17  **Figure 10.5.6.2-1. Access Channel MAC Layer Capsule FCS**

18  10.5.6.2.3 Padding Bits

19  The access terminal shall add sufficient padding so that the length of the Access Channel
20  MAC capsule, including all payload, FCS, padding, and headers, is equal to the sum of the
21  maximum payloads corresponding to the selected data rates (as shown in Table
22  10.5.6.1.4.1.2-1) of the Access Channel frames carrying the MAC capsule. The access
23  terminal shall set the padding bits to '0'. The access network shall ignore the padding bits.

24  10.5.6.2.4 Reserved Bits

25  The access terminal shall add 2 reserved bits to each Access Channel capsule fragment.

26  The access terminal shall set the reserved bits to '0'. The access network shall ignore the
27  reserved bits.

1   10.5.6.2.5 ACAck

2   The access network sends the ACAck message to acknowledge receipt of an Access
3   Channel MAC Layer capsule.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

4   MessageID          The access network shall set this field to 0x00.

5

| Channels | CC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 10 |

6   10.5.6.2.6 AccessParameters

7   The AccessParameters message is used to convey Access Channel information to the access
8   terminals.

9

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| AccessCycleDuration | 8 |
| AccessSignature | 16 |
| OpenLoopAdjust | 8 |
| ProbeInitialAdjustEACMAC | 5 |
| ProbeNumStep | 4 |
| PowerStep | 4 |
| PreambleLength | 3 |
| CapsuleLengthMax | 4 |

$N_{ACMPAPersist}$ occurrences of the following field:

| | |
|-------|---------------|
| APersistence | 6 |

| | |
|-------|---------------|
| EnhancedAccessParametersIncluded | 0 or 1 |
| PreambleLengthSlots | 0 or 1 |
| AccessOffset | 0 or 2 |
| SectorAccessMaxRate | 0 or 2 |
| ProbeTimeOutAdjust | 0 or 3 |
| PilotStrengthNominal | 0 or 3 |
| PilotStrengthCorrectionMin | 0 or 3 |
| PilotStrengthCorrectionMax | 0 or 3 |
| MaxPNRandomizationDelayIncluded | 0 or 1 |
| MaxPNRandomizationDelay | 0 or 4 |

| | |
|-------|---------------|
| Reserved | variable |

1    MessageID              The access network shall set this field to 0x01.

2    AccessCycleDuration

3                           The access network shall set this field to the duration of an Access
4                           Channel Cycle in units of slots.

5    AccessSignature        AccessParameters message signature. The access network shall
6                           change this field if the contents of the AccessParameters message
7                           change.

8    OpenLoopAdjust         The access network shall set this field to the negative of the nominal
9                           power to be used by access terminals in the open loop power

MAC Layer                                                                      TIA-856-B

estimate, expressed as an unsigned value in units of 1 dB. The value
used by the access terminal is -1 times the value of this field.

ProbeInitialAdjustEACMAC

The access network shall set this field to the correction factor to be
used by access terminals in the open loop power estimate for the
initial transmission on the Access Channel, expressed as a two's
complement value in units of 1 dB.

ProbeNumStep

The access network shall set this field to the maximum number of
access probes access terminals are to transmit in a single access
probe sequence. The access network shall set this field to a value in
the range [1 ... 15].

PowerStep

Probe power increase step. The access network shall set this field to
the increase in power between probes, in resolution of 0.5 dB. The
access terminal shall support all the valid values specified by this
field.

PreambleLength

The access network shall set this field to the length in frames of the
access probe preamble in the range [1 ... 7]. The access terminal
shall support all the valid values specified by this field. If the
PreambleLengthSlots field is included in this message, then, the
access terminal shall ignore this field CapsuleLengthMax  Access
Channel Max Capsule length. The access network shall set this field
to the maximum number of frames in an Access Channel Capsule.
The access network shall set this field to a value in the range [2 ...
15]. The access terminal shall support all the valid values specified
by this field.

APersistence

Access persistence vector. If a value in this vector is 0x3F, the access
terminal shall use zero as the corresponding persistence probability;
otherwise, if the value of this field, n, not equal to 0x3F, the access
terminal shall use $2^{-n/4}$ as the corresponding persistence probability.

EnhancedAccessParametersIncluded

If any of the fields after this field except for Reserved are included,
the access network shall include this field. Otherwise, the access
network shall omit this field. If included, the access network shall set
the field as follows: The access network shall set this field to '0' if the
following seven fields are omitted. Otherwise, the access network
shall set this field to '1'.

PreambleLengthSlots

If the EnhancedAccessParametersIncluded field is not included in
this message, or if EnhancedAccessParametersIncluded is included
and is equal to '0', then the access network shall omit this field.

TIA-856-B                                                                    MAC Layer

Otherwise, the access network shall set this field to the length in units of slots of the access probe preamble according to Table 10.5.6.2.6-1.

**Table 10.5.6.2.6-1. PreambleLengthSlots Encoding**

| Field value (binary) | Meaning |
|---|---|
| '0' | 4 slots |
| '1' | 16 slots |

AccessOffset

If the EnhancedAccessParametersIncluded field is not included in this message, or if EnhancedAccessParametersIncluded is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field to indicate the slot relative to the start of the AccessCycleDuration when the access terminal may start an access probe according to Table 10.5.6.2.6-2.

**Table 10.5.6.2.6-2. AccessOffset Encoding**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0 slots |
| '01' | 4 slots |
| '10' | 8 slots |
| '11' | 12 slots |

SectorAccessMaxRate

If the EnhancedAccessParametersIncluded field is not included in this message, or if EnhancedAccessParametersIncluded is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field to indicate the maximum data rate at which the Access Channel capsule can be transmitted according to Table 10.5.6.2.6-3.

**Table 10.5.6.2.6-3. SectorAccessMaxRate Encoding**

| Field value (binary) | Meaning |
|---|---|
| '00' | 9.6 kbps |
| '01' | 19.2 kbps |
| '10' | 38.4 kbps |
| '11' | Reserved |

ProbeTimeOutAdjust

If the EnhancedAccessParametersIncluded field is not included in this message, or if EnhancedAccessParametersIncluded is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field in slots according to Table 10.5.6.2.6-4.

**Table 10.5.6.2.6-4. ProbeTimeOutAdjust Encoding**

| Field value (binary) | Meaning |
|---|---|
| '000' | 0 slots |
| '001' | 16 slots |
| '010' | 32 slots |
| '011' | 48 slots |
| '100' | 64 slots |
| '101' | 80 slots |
| '110' | 96 slots |
| '111' | 112 slots |

PilotStrengthNominal

If the EnhancedAccessParametersIncluded field is not included in this message, or if EnhancedAccessParametersIncluded is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to Table 10.5.6.2.6-5.

TIA-856-B                                                                                    MAC Layer

**Table 10.5.6.2.6-5. PilotStrengthNominal Encoding**

| Field value (binary) | Meaning |
|---|---|
| '000' | 0 dB |
| '001' | − 1 dB |
| '010' | − 2 dB |
| '011' | − 3 dB |
| '100' | − 4 dB |
| '101' | 1 dB |
| '110' | 2 dB |
| '111' | 3 dB |

PilotStrengthCorrectionMin

If the EnhancedAccessParametersIncluded field is not included in this message, or if EnhancedAccessParametersIncluded is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to Table 10.5.6.2.6-6.

**Table 10.5.6.2.6-6. PilotStrengthCorrectionMin Encoding**

| Field value (binary) | Meaning |
|---|---|
| '000' | 0 dB |
| '001' | − 1 dB |
| '010' | − 2 dB |
| '011' | − 3 dB |
| '100' | − 4 dB |
| '101' | − 5 dB |
| '110' | Reserved |
| '111' | Reserved |

PilotStrengthCorrectionMax

If the EnhancedAccessParametersIncluded field is not included in this message, or if EnhancedAccessParametersIncluded is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field according to Table 10.5.6.2.6-7.

**Table 10.5.6.2.6-7. PilotStrengthCorrectionMax Encoding**

| Field value (binary) | Meaning |
|---|---|
| '000' | 0 dB |
| '001' | 1 dB |
| '010' | 2 dB |
| '011' | 3 dB |
| '100' | 4 dB |
| '101' | 5 dB |
| '110' | Reserved |
| '111' | Reserved |

MaxPNRandomizationDelayIncluded

> If any of the fields after this field except for Reserved are included, the access network shall include this field. Otherwise, the access network shall omit this field. If included, the access network shall set this field as follows: The access network shall set this field to '0' if the MaxPNRandomizationDelay is omitted. Otherwise, the access network shall set this field to '1'.

MaxPNRandomizationDelay

> If the MaxPNRandomizationDelayIncluded field is omitted or is included and is equal to '0', then the access network shall omit this field. Otherwise, the access network shall set this field to the maximum random delay at the start of each access probe in units of 8 chips.

Reserved

> Number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| **Channels** | CC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | Broadcast | | **Priority** | 30 |

10.5.6.2.7 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a given attribute.

TIA-856-B                                                                                  MAC Layer

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID              The sender shall set this field to 0x52.

2   TransactionID          The sender shall increment this value for each new
3                          AttributeUpdateRequest message sent.

4   AttributeRecord        The format of this record is specified in 14.3.
5

| Channels | FTC    RTC | | SLP | Reliable |
|----------|-----------|---|-----|----------|
| Addressing | unicast | | Priority | 40 |

6   **10.5.6.2.8 AttributeUpdateAccept**

7   The sender sends an AttributeUpdateAccept message in response to an
8   AttributeUpdateRequest message to accept the offered attribute values.
9

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

10   MessageID             The sender shall set this field to 0x53.

11   TransactionID         The sender shall set this value to the TransactionID field of the
12                         corresponding AttributeUpdateRequest message.
13

| Channels | FTC    RTC | | SLP | Reliable |
|----------|-----------|---|-----|----------|
| Addressing | unicast | | Priority | 40 |

14   **10.5.6.2.9 AttributeUpdateReject**

15   The access network sends an AttributeUpdateReject message in response to an
16   AttributeUpdateRequest message to reject the offered attribute values.
17

MAC Layer                                                                    TIA-856-B

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

1  MessageID              The access network shall set this field to 0x54.

2  TransactionID          The access network shall set this value to the TransactionID field of
3                         the corresponding AttributeUpdateRequest message.

4

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

5  10.5.6.3 Interface to Other Protocols

6  10.5.6.3.1 Commands

7  This protocol does not issue any commands.

8  10.5.6.3.2 Indications

9  This protocol does not register to receive any indications.

10  10.5.7 Configuration Attributes

11  Unless specified otherwise, the access terminal and the access network shall not use the
12  Generic Attribute Update Protocol to update configurable attributes belonging to the
13  Enhanced Access Channel MAC Protocol. The access terminal and the access network shall
14  support the use of the Generic Attribute Update Protocol to update values of the following
15  attributes belonging to the Enhanced Access Channel MAC Protocol:

16  • TerminalAccessRateMax

17  • APersistenceOverride

18  • AccessTerminalClassOverride

19  The negotiable simple attributes for this protocol are listed in Table 10.5.7-1. The access
20  terminal and the access network shall use as default the values in Table 10.5.7-1 typed in
21  **bold italics**.

**Table 10.5.7-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | APersistenceOverride | *0xff* | The access terminal shall use persistence probability value as specified by the appropriate APersistence field of the AccessParameters message. |
| | | 0x3f | The access terminal shall use zero as the persistence probability. |
| | | 0x00 to 0x3e | The access terminal shall use $2^{-n/4}$ as the persistence probability. |
| | | 0x40 to 0xfe | Reserved |
| 0xfe | TerminalAccessRateMax | *0x00* | Maximum data rate at which the access terminal is allowed to transmit an access probe is 9.6 kbps. |
| | | 0x01 | Maximum data rate at which the access terminal is allowed to transmit an access probe is 19.2 kbps. |
| | | 0x02 | Maximum data rate at which the access terminal is allowed to transmit an access probe is 38.4 kbps. |
| | | All other values | Reserved |
| 0xfd | DataOffsetNom | *0x00* | Nominal offset of the access data channel power to the pilot channel power is zero dB. |
| | | 0x01-0x07 and 0xf8-0xff | Nominal offset of the access data channel power to the pilot channel power,expressed as 2's complement in units of 0.5 dB. |
| | | All other values | Reserved |
| 0xfc | DataOffset9k6 | *0x00* | Ratio of access channel power at 9600 bps to the nominal access channel power at 9600 bps is zero dB. |

MAC Layer                                                                                    TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x01-0x07 and 0xf8-0xff | Ratio of access channel power at 9600 bps to the nominal access channel power at 9600 bps, expressed as 2's complement number in units of 0.25 dB. |
| | | All other values | Reserved |
| 0xfb | DataOffset19k2 | *0x00* | Ratio of access channel power at 19200 bps to the nominal access channel power at 19200 bps is zero dB. |
| | | 0x01-0x07 and 0xf8-0xff | Ratio of access channel power at 19200 bps to the nominal access channel power at 19200 bps, expressed as a 2's complement number in units of 0.25 dB. |
| | | All other values | Reserved |
| 0xfa | DataOffset38k4 | *0x00* | Ratio of access channel power at 38400 bps to the nominal access channel power at 38400 bps is zero dB. |
| | | 0x01-0x07 and 0xf8-0xff | Ratio of access channel power at 38400 bps to the nominal access channel power at 38400 bps, expressed as a 2's complement number in units of 0.25 dB. |
| | | All other values | Reserved |
| 0xf9 | AccessTerminalClassOverride | *0xff* | The access terminal uses persistence probability value as specified by APersistence[i] of the AccessParameters message where i is the class of the access terminal. |
| | | 0x00 to 0x03 | The access terminal uses persistence probability value as specified by APersistence[AccessTerminalClassOverride] of the AccessParameters message. |
| | | All other values | Reserved |

TIA-856-B                                                                          MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xf8 | PNRandomization DelaySupported | ***0x00*** | PN randomization is not supported. |
| | | 0x01 | PN randomization is supported. |
| | | All other values | Reserved |

1  The following complex attributes and default values are defined (see 14.3 for attribute
2  record definition).

3  **10.5.7.1 InitialConfiguration Attribute**
4

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---|---|---|
| ProbeSequenceMax | 4 | 3 |
| ProbeBackoff | 4 | 4 |
| ProbeSequenceBackoff | 4 | 8 |
| Reserved | 4 | N/A |

}

5   Length            Length of the complex attribute in octets. The access network shall
6                     set this field to the length of the complex attribute excluding the
7                     Length field.

8   AttributeID       Parameter set identifier. The access network shall set this field to
9                     0x00.

10  ValueID           The access network shall set this field to an identifier assigned to this
11                    complex attribute. The access network should change this field for
12                    each set of values for this complex attribute.

13  ProbeSequenceMax  Maximum number of probe sequences. The access network shall set
14                    this field to the maximum number of probe sequences for a single
15                    access attempt. The access network shall set this field to a value in
16                    the range [1 ... 15]. The access terminal shall support all the valid
17                    values specified by this field.

18  ProbeBackoff      Inter-probe backoff. The access network shall set this field to the
19                    upper limit of the backoff range (in units of AccessCycleDuration)

that the access terminal is to use between probes. The access terminal shall support all the valid values specified by this field.

ProbeSequenceBackoff

Inter-probe sequence backoff. The access network shall set this field to the upper limit of the backoff range (in units of AccessCycleDuration) that the access terminal is to use between probe sequences. The access terminal shall support all the valid values specified by this field.

Reserved

The access network shall set this field to zero. The access terminal shall ignore this field.

10.5.8 Protocol Numeric Constants

TIA-856-B                                                                                                    MAC Layer

| Constant | Meaning | Value |
|---|---|---|
| $N_{ACMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S1ACMP}$ | Subtype field for this protocol | 0x0001 |
| $N_{ACMPAPersist}$ | Number of different persistence values | 4 |
| $N_{ACMPAccessParameters}$ | The recommended maximum number of slots between transmission of two consecutive AccessParameters message. | $3 * T_{ACMPCycleLen}$ |
| $T_{ACMPAPSupervision}$ | AccessParameters supervision timer | $12 * T_{ACMPCycleLen}$ |
| $T_{ACMPATProbeTimeout}$ | Time to receive an acknowledgment at the access terminal for a probe before sending another probe | 128 slots |
| $T_{ACMPANProbeTimeout}$ | Maximum time to send an acknowledgment for a probe at the access network | 96 slots |
| $T_{ACMPTransaction}$ | Time for access terminal to wait after a successful transmission before returning a *TxEnded* indication | 1 second |
| $T_{ACMPCycleLen}$ | Length of Control Channel Cycle used by the Access Channel MAC Protocol | 256 slots |
| $T_{ACMP\_MaxDelayPrevProbe}$ | A constant that determines the time for the access terminal to wait until after transmitting an access probe in the access attempt before returning a *TransmissionFailed* indication | 300 slots |

1  10.5.9 Session State Information

2  The Session State Information record (see 14.8) consists of parameter records.

3  The parameter records for this protocol consist of only the configuration attributes of this

4  protocol.

**10.6 Default Forward Traffic Channel MAC Protocol**

10.6.1 Overview

The Default Forward Traffic Channel MAC Protocol provides the procedures and messages required for an access network to transmit and an access terminal to receive the Forward Traffic Channel. Specifically, this protocol addresses Forward Traffic Channel addressing and Forward Traffic Channel rate control. This protocol operates with the Default (Subtype 0) Physical Layer Protocol or the Subtype 1 Physical Layer Protocol.

The access network maintains an instance of this protocol for every access terminal.

This protocol operates in one of three states:

- Inactive State: In this state, the access terminal is not assigned a Forward Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- Variable Rate State: In this state, the access network transmits the Forward Traffic Channel at a variable rate, as a function of the access terminal's DRC value.

- Fixed Rate State: In this state, the access network transmits the Forward Traffic Channel to the access terminal from one particular sector, at one particular rate.

The protocol states and allowed transitions between the states are shown in Figure 10.6.1-1. The rules governing these transitions are provided in sections 10.6.6.1.3, 10.6.6.1.4, and 10.6.6.1.5 for transitions out of the Inactive State, Variable Rate State, and Fixed Rate State.



**Figure 10.6.1-1. Default Forward Traffic Channel MAC Protocol State Diagram**

10.6.2 Primitives and Public Data

10.6.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

10.6.2.2 Return Indications

This protocol returns the following indication:

- *SupervisionFailed*

10.6.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- DRCGating

- DRCLength

- DRCChannelGain

- DRCLockPeriod

- DRCLockLength

- ACKChannelGain

- DRCCover for every pilot in the Active Set

- Transmission rate in the Fixed Rate State

10.6.3 Protocol Data Unit

The transmission unit of this protocol is a Forward Traffic Channel MAC Layer packet. Each packet consists of one Security Layer packet.

10.6.4 Protocol Initialization

10.6.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

1  • The value for each attribute for this protocol instance shall be set to the fall-back value
2    for that attribute.

3  10.6.4.2 Protocol Initialization for the InUse Protocol Instance

4  Upon creation, the InUse instance of this protocol in the access terminal and the access
5  network shall perform the following:

6  • The value of the attributes for this protocol instance shall be set to the default values
7    specified for each attribute.

8  • The protocol at the access terminal and the access network shall enter the Inactive
9    State.

10 10.6.5 Procedures and Messages for the InConfiguration Instance of the Protocol

11 10.6.5.1 Procedures

12 This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of
13 the configuration messages.

14 10.6.5.2 Commit Procedures

15 The access terminal and the access network shall perform the procedures specified in this
16 section, in the order specified, when directed by the InUse instance of the Session
17 Configuration Protocol to execute the Commit procedures:

18 • All the public data that are defined by this protocol, but are not defined by the InUse
19   protocol instance shall be added to the public data of the InUse protocol.

20 • The value of the following public data of the InUse protocol shall be set to the
21   corresponding attribute value of the InConfiguration protocol instance:

22     – DRCGating

23     – DRCLockPeriod

24     – DRCLockLength

25 • If the InUse instance of this protocol has the same subtype as this protocol instance,
26   then

27     – The access terminal and the access network shall set the attribute values
28       associated with the InUse instance of this protocol to the attribute values
29       associated with the InConfiguration instance of this protocol.

30     – The access terminal and the access network shall purge the InConfiguration
31       instance of the protocol.

32 • If the InUse instance of this protocol does not have the same subtype as this protocol
33   instance, then the access network and the access terminal shall perform the following
34   in the order specified:

35     – The access terminal and the access network shall set the initial state for the
36       InConfiguration instance of this protocol to the Inactive State.

TIA-856-B                                                                    MAC Layer

– The InConfiguration protocol instance shall become the InUse protocol instance for the Forward Traffic Channel MAC Protocol.

• All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.6.5.3 Message Formats

10.6.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

10.6.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

MAC Layer                                                                TIA-856-B

AttributeRecord     An attribute record containing a single attribute value. If this
                    message selects a complex attribute, only the ValueID field of the
                    complex attribute shall be included in the message. The format of the
                    AttributeRecord is given in 14.3. The sender shall not include more
                    than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

10.6.6 Procedures and Messages for the InUse Instance of the Protocol

10.6.6.1 Procedures

The protocol constructs a Forward Traffic Channel MAC Layer packet out of the Security
Layer packet by adding the MAC Layer trailer as defined in 10.6.6.2.1.

The protocol then sends the packet for transmission to the Physical Layer. The packet
structure is shown in Figure 10.6.6-1.



**Figure 10.6.6-1. Forward Traffic Channel MAC Layer Packet Structure**

If the MACLayerFormat field of the MAC Layer trailer is equal to '1', received packets are
passed for further processing to the Security Layer after removing the layer-related trailer.
The access terminal shall discard the MAC packet if the MACLayerFormat field of the MAC
Layer trailer is equal to '0'. The ConnectionLayerFormat field within the MAC Layer trailer
shall be passed to the Security Layer with the Security Layer packet.

10.6.6.1.1 Command Processing

10.6.6.1.1.1 Activate

If this protocol receives an *Activate* command in the Inactive State, the access terminal and
the access network shall transition to the Variable Rate State.

If this protocol receives the command in any other state it shall be ignored.

10.6.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Variable Rate State or the Fixed Rate
State,

• The access terminal shall cease monitoring the Forward Traffic Channel, shall cease
  transmitting the DRC Channel, and shall transition to the Inactive State.

- The access network should cease transmitting the Forward Traffic Channel to this access terminal, should cease receiving the DRC channel from this access terminal, and should transition to the Inactive State.

If this command is received in the Inactive State it shall be ignored.

### 10.6.6.1.2 Forward Traffic Channel Addressing

Transmission on the Forward Traffic Channel is time division multiplexed. At any given time, the channel is either being transmitted or not; and, if it is being transmitted, it is addressed to a single user. When transmitting the Forward Traffic Channel, the access network uses the MACIndex to identify the target access terminal.

Requirements for Forward Traffic Channel addressing are part of the Physical Layer.

### 10.6.6.1.3 Inactive State

When the protocol is in the Inactive State, the access terminal and the access network wait for an *Activate* command.

### 10.6.6.1.4 Variable Rate State

In the Variable Rate State, the access network transmits at the rate dictated by the Data Rate Control (DRC) Channel transmitted by the access terminal. The access terminal shall use either a DRC cover index 0 or the DRC Cover index associated with a sector in its Active Set. The DRC cover index 0 is called the "null cover". A DRC cover that corresponds to a sector in the access terminal's Active Set is called a "sector cover". The access terminal is said to be pointing the DRC at a sector in its Active Set if the access terminal is using the DRC cover corresponding to that sector.

The access terminal shall perform the supervision procedures described in 10.6.6.1.6.1 in the Variable Rate State.

### 10.6.6.1.4.1 DRC and Packet Transmission Requirements

The access terminal uses the DRC cover to specify the transmitting sector (the access terminal is said to point the DRC at that sector). The access terminal uses the DRC value to specify the requested transmission rate.

### 10.6.6.1.4.1.1 Access Terminal Requirements

The access terminal shall obey the following rules when transmitting the DRC:

- access terminal shall use DRCLength slots to send a single DRC.

- The DRC value and/or cover may change in slots T such that:

$$(T + 1 - \text{FrameOffset}) \bmod \text{DRCLength} = 0,$$

where T is the CDMA System Time in slots.

- If the value of the DRCGating attribute is equal to 1, the access terminal shall transmit the DRC over a one slot duration, starting in slot T that satisfies the following equation:

$$(T + 2 - \text{FrameOffset}) \bmod \text{DRCLength} = 0,$$

where T is the CDMA System Time in slots.

- DRC cover shall obey the following rules:

    - If the access terminal's current DRC cover is a sector cover, then the access terminal's next DRC cover shall not be a different sector cover. It may only be the same sector cover or a null cover.

    - If the access terminal's most recent sector cover corresponds to sector A, then the access terminal shall not use a sector cover corresponding to a sector B until the access terminal has determined that packets received from sector B will not overlap in time with packets received from sector A.

    - The access terminal may inhibit transmission of data from the access network by covering the DRC with the null cover. The access terminal shall set the DRC to the value it would have used had it requested data from the best serving sector.

    - The access terminal shall use either the null cover or a sector cover (see 10.6.6.1.4) as DRC cover.

- Access terminal shall set the DRC to one of the valid values in Table 10.6.6.1.4.1-1, corresponding to the rate it requests.

- Access terminal shall set the DRC to the maximum value that channel conditions permit for the sector at which the access terminal is pointing its DRC. The access terminal uses the null rate if the channel conditions do not permit even the lowest non-null rate.

**Table 10.6.6.1.4.1-1. DRC Value Specification**

| DRC value | Rate (kbps) | Packet Length (Slots) |
|-----------|-------------|-----------------------|
| 0x0 | null rate | N/A |
| 0x1 | 38.4 | 16 |
| 0x2 | 76.8 | 8 |
| 0x3 | 153.6 | 4 |
| 0x4 | 307.2 | 2 |
| 0x5 | 307.2 | 4 |
| 0x6 | 614.4 | 1 |
| 0x7 | 614.4 | 2 |
| 0x8 | 921.6 | 2 |
| 0x9 | 1228.8 | 1 |
| 0xa | 1228.8 | 2 |
| 0xb | 1843.2 | 1 |
| 0xc | 2457.6 | 1 |
| 0xd | Invalid | N/A |
| 0xe | Invalid | N/A |
| 0xf | Invalid | N/A |

- If the access terminal has finished sending its DRC to sector A during slot $n$ specifying a requested a non-null rate $r$, then the access terminal shall attempt to receive a packet transmitted at rate $r$ from sector A during slots $n + 1$ through $n +$ DRCLength if it is not already receiving a packet during these slots.

- If the access terminal has finished sending its DRC to sector A during slot $n$ requesting the null rate, and if the value of the NullRateDRC38.4Enable attribute is 0x0001, then the access terminal shall attempt to receive a packet transmitted at rate 38.4 kbps from sector A during slots $n + 1$ through $n +$ DRCLength if it is not already receiving a packet during these slots.

- If the access terminal detects a preamble from any sector, the access terminal shall continue to receive the entire packet from that sector, using the requested rate.

- If the access terminal receives a DRCLock bit that is set to '0' from a cell associated with a sector in its active set and the access terminal is pointing its DRC to a sector associated with that cell, the access terminal should stop pointing its DRC at that sector.

10.6.6.1.4.1.2 Access Network Requirements

The access network shall obey the following rules when processing the DRC and sending a packet to the access terminal:

- If the access network begins transmitting a packet to the access terminal at slot T, it shall do so at the rate specified by the DRC whose reception was completed in slot T − 1 − ((T − FrameOffset) mod DRCLength).

- If the DRC whose reception was completed in slot T − 1 − ((T − FrameOffset) mod DRCLength) specified the null rate, and if the value of the NullRateDRC38.4Enable attribute is 0x0001, then the access network may begin transmitting a packet to the access terminal at slot T using the 38.4 kbps rate.

- Once the access network initiates a packet transmission to a particular access terminal, it shall continue transmitting to that access terminal until it receives a *PhysicalLayer.ForwardTrafficCompleted* indication.

The access network shall discard the FixedModeXoff message if the access network receives the message in the Variable Rate State.

### 10.6.6.1.4.2 Transitions from the Variable Rate State

The access terminal may initiate procedures for transitioning to the Fixed Rate State at any time. The access terminal shall perform the following steps in order to transition to the Fixed Rate State:

- The access terminal shall start covering the DRC with the null cover.

- The access terminal shall wait until it has determined that it will not be served by any sector and then, the access terminal shall send the FixedModeEnable message specifying:

  – A sector in the active set.

  – A data rate.

  – An "end time" for the operation in the Fixed Rate mode.

The access terminal shall transition to the Fixed Rate State after sending a FixedModeEnable message. The access network shall transition to the Fixed Rate State after reception of a FixedModeEnable message.

### 10.6.6.1.5 Fixed Rate State

In the Fixed Rate State, the access terminal receives Forward Traffic Channel MAC Layer packets at a specific rate from a specific sector. When the access network transmits a Forward Traffic Channel MAC Layer packet to the access terminal, it uses the specified sector at the specified rate.

While in this state, the access terminal may send a FixedModeEnable message (e.g., to extend the EndTime specified in the last FixedModeEnable message). If the access terminal sends a FixedModeEnable message in this state, then the access terminal shall set the fields included in the message according to the following rules:

- The <DRCCover, TCAMessageSequence> pair of fields included in the message shall be set to the value of the <DRCCover, TCAMessageSequence> specified in the last FixedModeEnable message sent,

- The DRCValue field included in the message shall be set to the value of the DRCValue specified in the last FixedModeEnable message sent, and

- The EndTime field included in the message shall not specify a time earlier than the time specified by the EndTime included in the last FixedModeEnable message sent.

The access terminal shall perform the supervision procedures described in 10.6.6.1.6.1 in the Fixed Rate State.

### 10.6.6.1.5.1 DRC Requirements

The access terminal shall cover the DRC with the null cover. The null cover is defined in 10.6.6.1.4.

The access terminal shall set the DRC value to the value it would have requested from this serving sector, had it been in the Variable Rate State.

### 10.6.6.1.5.2 Packet Transmission

The access network shall only schedule Forward Traffic Channel MAC Layer packet transmissions to the access terminal on the Forward Traffic Channel transmitted by the sector specified in the last FixedModeEnable message received from the access terminal. The access network shall set the transmission rate of any Forward Traffic Channel MAC Layer packets sent to the access terminal to the rate specified in the last FixedModeEnable message received from the access terminal. If the access network begins a Forward Traffic Channel MAC Layer packet transmission, it shall continue transmitting the packet until it receives a *PhysicalLayer.ForwardTrafficCompleted* indication. The access terminal shall monitor the Forward Traffic Channel transmitted by the sector specified in the FixedModeEnable message.

If the access terminal is not able to receive Forward Traffic Channel MAC Layer packets from the sector specified in the last FixedModeEnable message at the rate specified in that message, it should send at least one FixedModeXoff message to the access network[103]. The access network shall not start transmission of any new Forward Traffic Channel MAC Layer packets to the access terminal after reception of a FixedModeXoff message until the access network transitions to the Variable Rate State.

### 10.6.6.1.5.3 Transitions from the Fixed Rate State

The access terminal shall transition to the Variable Rate State when either of the following conditions is satisfied:

- If the current CDMA System Time is greater than or equal to the time specified by the EndTime field in the last FixedModeEnable message sent.

---

[103] Note that sending a FixedModeXoff message does not cause a transition out of the Fixed Rate State. The process of determining the precise time to send the FixedModeXoff message when access terminal is not able to receive Forward Traffic Channel MAC layer packets is left to the access terminal implementation.

- If the sector specified in the last sent FixedModeEnable message is no longer a member of the access terminal's Active Set.

The access network shall transition to the Variable Rate State when either of the following conditions is satisfied:

- If the current CDMA System Time is greater than or equal to the time specified by the EndTime field in the last FixedModeEnable message received.

- If the access network determines that sector specified in the last received FixedModeEnable message is no longer a member of the access terminal's Active Set.

The time specified by EndTime (denoted by EndTimeLong) is computed as follows:

$$EndTimeLong = SystemTime + (EndTime - SystemTime[15:0]) \bmod 2^{16},$$

Where, SystemTime is the current CDMA System Time in units of slots.

10.6.6.1.6 Supervision Procedures

10.6.6.1.6.1 DRC Supervision

The access terminal shall perform supervision on the DRC as follows:

- The access terminal shall set the DRC supervision timer for $T_{FTCMDRCSupervision}$ when it transmits a null rate DRC.

- The access terminal shall disable the timer if the DRC supervision timer is active and any of the following conditions is true:

  – the access terminal requests  a non-null rate

  – the access terminal successfully receives a Forward Traffic Channel packet addressed to the access terminal's unicast address and the value of the NullRateDRC38.4Enable attribute is equal to 0x0001.

- If the DRC supervision timer expires, the access terminal shall disable the Reverse Traffic Channel transmitter and set the Reverse Traffic Channel Restart timer for time $T_{FTCMPRestartTx}$.

- If the access terminal generates consecutive non-null rate DRC values for more than $N_{FTCMPRestartTx}$ slots or successfully receives a packet, the access terminal shall disable the Reverse Traffic Channel Restart timer and shall enable the Reverse Traffic Channel transmitter.

- If the Reverse Traffic Channel Restart timer expires, the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

10.6.6.1.6.2 ForwardTrafficValid Monitoring

The access terminal shall monitor the bit associated with its MACIndex in the ForwardTrafficValid63To0 field made available by the Overhead Messages Protocol. If the Overhead Messages Protocol does not provide a ForwardTrafficValid63To0 field associated with the access terminal, then the access terminal shall behave as if the field were set to

TIA-856-B                                                                                                    MAC Layer

'0'. If this bit is set to 0, the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

10.6.6.2 Trailer and Message Formats

10.6.6.2.1 MAC Layer Trailer

The access network shall set the MAC Layer Trailer as follows:

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| MACLayerFormat | 1 |

ConnectionLayerFormat

        The access network shall set this field to '1' if the connection layer packet is Format B; otherwise, the access network shall set this field to '0'.

MACLayerFormat    The access network shall set this field to '1' if the MAC layer packet contains a valid payload; otherwise, the access network shall set this field to '0'.

10.6.6.2.2 FixedModeEnable

The access terminal sends the FixedModeEnable message to indicate a transition to the Fixed Rate State.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TCAMessageSequence | 8 |
| DRCCover | 3 |
| DRCValue | 4 |
| EndTime | 16 |
| Reserved | 1 |

MessageID        The access terminal shall set this field to 0x00.

TCAMessageSequence

        The access terminal shall set this field to the MessageSequence field of the TrafficChannelAssignment message that specifies the association between the DRCCover field in this message and the sector in the Active Set.

DRCCover                The access terminal shall set this field to the DRC cover associated with the sector in its Active Set from which it wants to receive packets on the Forward Traffic Channel.

DRCValue                The access terminal shall set this field to one of the valid DRC values in Table 10.6.6.1.4.1-1 to indicate the rate at which it wants to receive packets.

EndTime                 The access terminal shall set this field to the least significant 16 bits of the CDMA System Time in units of slots until which (inclusive) it requests to remain in the Fixed Rate State.

Reserved                The access terminal shall set this field to zero. The access network shall ignore this field.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 10.6.6.2.3 FixedModeXoff

The access terminal sends the FixedModeXoff message if it is not able to receive packets from the sector specified in the last FixedModeEnable message at the rate specified in that message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID               The access terminal shall set this field to 0x01.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

### 10.6.6.3 Interface to Other Protocols

### 10.6.6.3.1 Commands Sent

This protocol does not issue any commands.

### 10.6.6.3.2 Indications

This protocol registers to receive the following indication:

- *PhysicalLayer.ForwardTrafficCompleted*

10.6.7 Configuration Attributes

The following attributes and default values are defined (see 14.3 for attribute record definition).

10.6.7.1 Simple Attributes

The negotiable simple attribute for this protocol is listed in Table 10.6.7.1-1. The access terminal shall use as defaults the values in Table 10.6.7.1-1 that are typed in **bold italics**.

**Table 10.6.7.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | DRCGating | ***0x0000*** | Continuous transmission |
| | | 0x0001 | Discontinuous transmission |
| | | All other values | Reserved |
| 0xfd | NullRateDRC38.4Enable | ***0x0000*** | The access network will not serve an access terminal requesting the null rate. |
| | | 0x0001 | The access network may serve an access terminal requesting the null rate at 38.4 kbps. |
| | | All other values | Reserved |

The access terminal shall support the default value of these attributes.

10.6.7.2 Complex Attributes

10.6.7.2.1 DRCLock Attribute

The following DRCLock complex attribute and default values are defined:

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| DRCLockPeriod | 1 | '1' |
| DRCLockLength | 2 | '01' |
| Reserved | 5 | N/A |

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The access network shall set this field to 0x01.

ValueID                   The access network shall set this field to an identifier assigned to this complex value.

DRCLockPeriod             The access network shall set this field according to Table 10.6.7.2.1-1 to specify the time interval in units of slots between transmission of two consecutive DRCLock bit transmissions on the Forward MAC Channel. The access terminal shall support all the values of this attribute.

**Table 10.6.7.2.1-1. DRCLockPeriod Encoding.**

| Field value (binary) | DRCLockPeriod (slots) |
|----------------------|-----------------------|
| '0' | 8 |
| '1' | 16 |

DRCLockLength             The access network shall set this according to Table 10.6.7.2.1-2 to specify the number of times that a DRCLock bit is repeated. The access terminal shall support all the values of this attribute.

TIA-856-B                                                                                    MAC Layer

**Table 10.6.7.2.1-2. DRCLockLength Encoding**

| Field value (binary) | DRCLockLength |
|---|---|
| '00' | 4 |
| '01' | 8 |
| '10' | 16 |
| '11' | 32 |

Reserved                    This field shall be set to all zeros.

10.6.7.2.2 HandoffDelays Attribute

The following HandoffDelays complex attribute and default values are defined:

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| SofterHandoffDelay | 8 | 0x01 |
| SoftHandoffDelay | 8 | 0x10 |

Length                      Length of the complex attribute in octets. The access network shall
                            set this field to the length of the complex attribute excluding the
                            Length field.

AttributeID                 The access network shall set this field to 0x00.

ValueID                     The access network shall set this field to an identifier assigned to this
                            complex value.

SofterHandoffDelay          The access network shall set this field to the minimum interruption
                            that the access terminal should expect when the access terminal
                            switches the DRC from a source sector to a target sector where the
                            target sector is such that its Forward Traffic Channel carries the
                            same closed-loop power-control bits as the source sector (see
                            SofterHandoff field of the Route Update Protocol
                            TrafficChannelAssignment message). The access network shall
                            specify this field in units of 8 slots. The value of this field excludes
                            the duration of time that the access terminal uses a null cover for the
                            DRC when it switches from the source sector to the target sector (see
                            10.6.6.1.4.1.1). The access terminal may use this number to adjust

MAC Layer                                                                TIA-856-B

its algorithm controlling DRC switching. The access terminal shall support all the values of this attribute.

SoftHandoffDelay    The access network shall set this field to the minimum interruption that the access terminal should expect when the access terminal switches the DRC from a source sector to a target sector where the target sector is such that its Forward Traffic Channel does not always carry the same closed-loop power-control bits as the source sector (see SofterHandoff field of the Route Update Protocol TrafficChannelAssignment message). The access network shall specify this field in units of 8 slots. The value of this field excludes the duration of time that the access terminal uses a null cover for the DRC when it switches from the source sector to the target sector (see 10.6.6.1.4.1.1). The access terminal may use this number to adjust its algorithm controlling DRC switching. The access terminal shall support all the values of this attribute.

10.6.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{FTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{FTCMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $N_{FTCMPRestartTx}$ | Number of consecutive slots of non-null rate DRCs to re-enable the Reverse Traffic Channel transmitter once it is disabled due to DRC supervision failure. | 16 |
| $T_{FTCMDRCSupervision}$ | DRC supervision timer | 240 ms |
| $T_{FTCMPRestartTx}$ | Reverse Channel Restart Timer | 12 Control Channel cycles |

10.6.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

The parameter records for this protocol consist of only the configuration attributes of this protocol.

**10.7 Enhanced Forward Traffic Channel MAC Protocol**

10.7.1 Overview

The Enhanced Forward Traffic Channel MAC Protocol provides the procedures and messages required for an access network to transmit and an access terminal to receive the Forward Traffic Channel. Specifically, this protocol addresses Forward Traffic Channel addressing and Forward Traffic Channel rate control. This protocol operates with the Subtype 2 Physical Layer Protocol.

The access network maintains an instance of this protocol for every access terminal.

This protocol operates in one of three states:

- Inactive State: In this state, the access terminal is not assigned a Forward Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- Variable Rate State: In this state, the access network transmits the Forward Traffic Channel to the access terminal, in accordance with the DRC Channel received from the access terminal.

- Fixed DRC State: In this state, the access network transmits the Forward Traffic Channel to the access terminal, in accordance with the FixedModeEnable message received from the access terminal.

The protocol states and allowed transitions between the states are shown in Figure 10.7.1-1. The rules governing these transitions are provided in sections 10.7.6.1.7, 10.7.6.1.8, and 10.7.6.1.9.2 for transitions out of the Inactive State, Variable Rate State, and Fixed DRC State.



**Figure 10.7.1-1. Enhanced Forward Traffic Channel MAC Protocol State Diagram**

10.7.2 Primitives and Public Data

10.7.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

10.7.2.2 Return Indications

This protocol returns the following indication:

- *SupervisionFailed*

10.7.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- DRCGating

- DRCLockLength

- DRCLength

- DSCLength

- DRCChannelGain

- DRCChannelGainBase

- DSCChannelGain

- DSCChannelGainBase

- ACKChannelGain

- MultiUserPacketsEnabled

- DeltaACKChannelGainMUP

- DRCCover for every pilot in the Active Set

- DSC for every cell in the Active Set

- State of the Enhanced Forward Traffic Channel MAC Protocol (Inactive State, Variable Rate State, or Fixed DRC State)

- The DRC value and DRC cover specified by the latest FixedModeEnable message, if in Fixed DRC State

10.7.3 Protocol Data Unit

The transmission unit of this protocol is a Forward Traffic Channel MAC Layer packet. Each Forward Traffic Channel MAC Layer packet consists of zero or more Security Layer packets.

10.7.4 Protocol Initialization

10.7.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

10.7.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.7.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

10.7.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – DRCGating

    – DRCLockLength

    – DSCLength

    – MultiUserPacketsEnabled

    – DeltaACKChannelGainMUP

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

MAC Layer                                                                       TIA-856-B

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    – The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Forward Traffic Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.7.5.3 Message Formats

10.7.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.7.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

TIA-856-B                                                                                      MAC Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the
                     corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this
                     message selects a complex attribute, only the ValueID field of the
                     complex attribute shall be included in the message. The format of the
                     AttributeRecord is given in 14.3. The sender shall not include more
                     than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.7.6 Procedures and Messages for the InUse Instance of the Protocol

10.7.6.1 Procedures

At the access network, the Enhanced Forward Traffic Channel MAC Protocol encapsulates
zero or more Security Layer packets into a MAC Layer packet and passes the MAC Layer
packet for transmission to the Physical Layer Protocol, along with the Preamble MAC Index
and Transmission Format of the Forward Traffic Channel. The choice of Transmission
Format is governed by the DRC value and DRC cover information received from the access
terminal.

10.7.6.1.1 MAC Layer Packet

The MAC Layer packet is the basic unit of data provided by the Enhanced Forward Traffic
Channel MAC protocol to the Physical Layer Protocol. The MAC Layer packets shall be of
one of the following three types:

• Single User Simplex

• Single User Multiplex

• Multi-User

The access network shall not transmit Single User Multiplex packets to the access terminal
if the SingleUserMultiplexPacketsEnabled attribute is set to 0x00. The access network shall
not transmit a Multi-User packet to the access terminal if the MultiUserPacketsEnabled
attribute is set to 0x00.

Single User Simplex packets and Single User Multiplex packets are collectively referred to as Single User packets. The structure of a MAC Layer packet is shown in Figure 10.7.6.1.1-1. The MAC Layer packet consists of the following (in order):

- MAC Layer Header (which may be empty)

- MACHeaderDelimiter (if required)

- MAC Layer Payload

- PAD (if required)

- MAC Layer Trailer

The size of a MAC Layer packet takes on a discrete set of values, as shown in Figure 10.7.6.1.1-1.



**Figure 10.7.6.1.1-1. Enhanced Forward Traffic Channel MAC Layer Packet Structure**

The MAC Layer payload consists of zero or more Security Layer packets addressed to zero or more access terminals. The MAC Layer Header (if included), MACHeaderDelimiter (if included), and MAC Layer Trailer are used to provide information needed to parse the contents of the MAC Layer Payload and to specify the type of the MAC Layer packet (Single User Simplex, Single User Multiplex, or Multi-User).

The MAC Layer payload may be followed by padding, which consists of a sequence of all '0's. The size of the padding sequence is chosen such that the overall size of the MAC Layer packet is one of 98, 226, 482, 994, 2018, 3042, 4066, or 5090 bits.

10.7.6.1.1.1 Description of MAC Layer packet types

A Single User Simplex MAC Layer packet is used to carry one Security Layer packet in its payload and is addressed to one access terminal. The MAC Layer Payload size equals the size of the MAC Layer Packet minus the size of the MAC Layer Trailer. A Single User Simplex packet consists of the following (in order):

- An empty MAC Layer Header

- A MAC Layer Payload consisting of one Security Layer packet

- No PAD

The Security Layer packet in a Single User Simplex packet contains a Format A or Format B Connection Layer packet.

A Single User Multiplex MAC Layer packet is used to carry in its payload, one or more Security Layer packets addressed to one access terminal. A Single User Multiplex packet consists of the following (in order):

- Non-empty MAC Layer Header

- MACHeaderDelimiter (if required)

- MAC Layer Payload consisting of one or more Security Layer packets addressed to one access terminal

- PAD (if required)

- MAC Layer Trailer

Each Security Layer packet in a Single User Multiplex packet contains a Format A Connection Layer packet.

A Multi-User MAC Layer Packet is used to carry in its payload, zero or more Security Layer packets addressed to zero or more access terminals. A Multi-User packet consists of the following (in order):

- Non-empty MAC Layer Header

- MACHeaderDelimiter (if required)

- MAC Layer Payload consisting of zero or more (max of eight) Security Layer packets

- PAD (if required)

- MAC Layer Trailer

Each Security Layer packet in a Multi-User packet contains a Format A or Format B Connection Layer packet.

10.7.6.1.1.2 Construction of MAC Layer packets

The structure of Single User Simplex MAC packets, Single User Multiplex packets and Multi-User MAC packets are shown in Figure 10.7.6.1.1.2-1, Figure 10.7.6.1.1.2-2, and Figure 10.7.6.1.1.2-3 respectively. The type of MAC Layer packet may be inferred from the Preamble MAC Index and the MAC Layer Trailer. When the Preamble MAC Index is set to the MAC Index assigned to the access terminal, the MAC Layer Trailer field indicates a Single User Simplex packet if equal to '01' or '11', or a Single User Multiplex packet if equal to '10'. For Single-User MAC packets, the value of '00' for the MAC Trailer is reserved. The access terminal shall not pass the payload of the Single-User Simplex MAC packet to the higher layer if the MAC Layer Trailer is set to '00'.

When the Preamble MAC Index is set to a Multi-User Preamble MAC Index as specified in 10.7.6.1.2, the access network shall set the MAC Trailer to '00'. For Multi-User MAC packets, the values for the MAC Trailer other than '00' are reserved. The access terminal shall not pass the payload of the Multi-User MAC packet to the higher layer if the MAC Layer Trailer associated with the Multi-User packet is set to any value other than '00'.

MAC Layer                                                                           TIA-856-B



1
2       **Figure 10.7.6.1.1.2-1 Format of Forward Traffic Channel Single User Simplex MAC**
3                                          **Layer Packet**



4
5       **Figure 10.7.6.1.1.2-2 Format of Forward Traffic Channel Single User Multiplex MAC**
6                                          **Layer Packet**



7
8       **Figure 10.7.6.1.1.2-3 Format of Forward Traffic Channel Multiuser MAC Layer Packet**

9       The access network shall construct a Single User Simplex MAC Layer packet as shown
10      below:
11

| Field | Length (bits) |
|---|---|
| Security Layer Packet | 96, 224, 480, 992, 2016, 3040, 4064, or 5088 |
| MAC Layer Trailer | 2 |

12      Security Layer Packet

                                                                                    10-107

The access network shall set this field to a Security Layer packet from the Security Protocol, containing a Format A or a Format B Connection Layer packet.

MAC Layer Trailer    If the Security Layer packet contains a Format B Connection Layer Packet, the access network shall set this field to '11'. Otherwise, the access network shall set this field to '01'.

The access network shall construct a Single User Multiplex MAC Layer packet as shown below.

| Field | Length (bits) |
|---|---|
| n occurrences following field: | |
| Length | 8 |

| | |
|---|---|
| MACHeaderDelimiter | 0 or 8 |
| n (n ≥ 1) occurrences of the following field: | |
| Security Layer Packet | 8 × i, where i is the value of the corresponding Length field in the MAC Layer Header |

| | |
|---|---|
| Pad | As needed |
| MAC Layer Trailer | 2 |

Length    For $1 \le i \le n$, the access network shall set the $i^{th}$ occurrence of this field to the length, in octets, of the $i^{th}$ Security Layer packet in this MAC Layer packet.

MACHeaderDelimiter

This field shall not be included if the sum of the lengths of the Security Layer Packets, MAC header, and MAC trailer equals the size of the corresponding MAC Layer packet. This field shall be included if the MAC Layer Packet size exceeds the sum of the length of the Security Layer Packets, MAC header, and MAC trailer by one or more octets. If included this field shall be set to '0000000'.

Security Layer Packet

Security Layer packet from the Security Protocol containing a Format A Connection Layer packet.

PAD    The access network shall set the size of this field to the size of the MAC Layer Packet minus the size of MAC Layer Header (m octets),

MAC Layer                                                                TIA-856-B

payload and Trailer (two bits). The access network shall set the value of this field to all '0's. The receiver shall ignore this field.

MAC Layer Trailer     The access network shall set this field to '10'.

The MAC Layer Payload consists of n Security Layer packets, where n is an integer greater than or equal to one.

The access network shall construct a Multi-User MAC Layer packet as shown below.

| Field | Length (bits) |
|---|---|
| n occurrences (0 ≤ n ≤ 8) of the following two fields: | |
| PktInfo | 8 |
| Length | 8 |

| MACHeaderDelimiter | 0 or 8 |
|---|---|
| n occurrences (0 ≤ n ≤ 8) of the following field: | |
| Security Layer Packet | $8 \times i$, where i is the value of the corresponding Length field |

| Pad | As needed |
|---|---|
| MAC trailer | 2 |

PktInfo     For $1 \leq i \leq n$, the $i^{th}$ occurrence of this field as shown below.

| Field | Length (bits) |
|---|---|
| Format | 1 |
| MACIndex | 7 |

Format     If the $i^{th}$ Security Layer packet contains a Format B Connection Layer packet, the access network shall set the $i^{th}$ occurrence of this field to '1'. Otherwise, the access network shall set the $i^{th}$ occurrence of this field to '0'.

MACIndex     The $i^{th}$ occurrence of this field shall be set to MACIndex of the access terminal to which the $i^{th}$ Security Layer packet is addressed. The access network shall use the MACIndex assigned to the access terminal by the sector transmitting this MAC Layer packet.

Length                      The $i^{th}$ occurrence of this field shall be set to the length, in octets, of the $i^{th}$ Security Layer packet in this MAC Layer payload.

MACHeaderDelimiter

This field shall not be included if the sum of the lengths of the Security Layer Packets, MAC header, and MAC trailer equals the size of the corresponding MAC Layer packet. This field shall be included if the MAC Layer Packet size exceeds the sum of the length of the Security Layer Packets, MAC header, and MAC trailer by one or more octets. If included this field shall be set to '0000000'.

Security Layer Packet

Security Layer packet from the Security Protocol, containing a Format A or Format B Connection Layer packet.

Pad                         The access network shall set the size of this field to the size of the MAC Layer packet minus the size of MAC Layer header (2n octets), MACHeaderDelimiter (if included), payload and trailer (2 bits). The access network shall set the value of this field to all '0's. The receiver shall ignore this field.

MAC trailer                 Forward Traffic Channel Medium Access Control trailer. The access network shall set this field to '00'.

The MAC Layer payload consists of n Security Layer packets, where n is an integer from zero to eight. The MAC Layer header consists of n PktInfo fields and n Length fields The MACHeaderDelimiter is included if the MAC Layer Packet size exceeds the sum of the length of the Security Layer Packets, MAC header, and MAC trailer by one or more octets. If included this field shall be set to '0000000'. The Pad bits are included if the size of the MAC Layer Packet exceeds the sum of the lengths of the Security Layer packets, MAC header, MACHeaderDelimiter (if included), and MAC trailer.

10.7.6.1.2 Preamble MAC Index

The Forward Traffic Channel transmits at most one MAC Layer Packet at any given time. The transmission of a MAC Layer packet on the Forward Traffic Channel is preceded by the transmission of a Preamble MAC Index. The Preamble MAC Index preceding a Single User MAC Layer packet specifies the address of the Single User MAC Layer packet. The Preamble MAC Index preceding a Multi-User MAC Layer packet specifies the MAC Layer Packet Size of the Multi-User MAC Layer packet.

When transmitting a Single User MAC Layer packet to an access terminal on the Forward Traffic Channel, the access network shall set the Preamble MAC Index to the MACIndex assigned to the access terminal by the transmitting sector. When transmitting a Multi-User MAC Layer packet on the Forward Traffic Channel, the access network shall set the Preamble MAC Index based on the size of the packet, in accordance with Table 10.7.6.1.2-1.

**Table 10.7.6.1.2-1 Preamble MAC Index of Multi-User MAC packets**

| MAC Layer Packet Size (bits) | Preamble MAC Index |
|---|---|
| 98, 226, 482, or 994 | 66 |
| 2018 | 67 |
| 3042 | 68 |
| 4066 | 69 |
| 5090 | 70 |

10.7.6.1.3 Forward Traffic Channel Addressing

A Single User (Simplex or Multiplex) MAC Layer packet is addressed to one access terminal, while different Security Layer packets embedded in a Multi-User MAC Layer packet may be addressed to different access terminals. When transmitting a Single User (Simplex or Multiplex) packet, the MACIndex of the access terminal is indicated by the Preamble MAC Index. When transmitting a Multi-User packet, the MACIndex of the access terminal is specified in the PktInfo field of the MAC Layer Header, corresponding to the Security Layer packet being addressed to the access terminal.

10.7.6.1.4 Transmission Format of the Forward Traffic Channel

After constructing a MAC Layer packet, the protocol sends the MAC Layer packet along with a preamble MAC Index and a transmission format to the Physical Layer. The Physical Layer protocol encapsulates the MAC Layer packet in a Physical Layer packet and embeds the preamble MAC Index in a packet preamble. The packet preamble and the Physical Layer packet are transmitted on the Forward Traffic Channel in accordance with the transmission format specified by the Enhanced Forward Traffic Channel MAC protocol.

The transmission format of the Forward Traffic Channel is represented by an 3-tuple of numbers, whose components are defined as follows:

- Physical Layer Packet Size: the total number of bits in the Physical Layer packet, which encapsulates the MAC Layer packet.

- Nominal Transmit Duration: the maximum number of slots over which the Physical Layer packet is transmitted on the Forward Link.

- Preamble Length: the number of chips of the packet preamble, which precedes the transmission of the Physical Layer packet.

The Nominal Data Rate of a transmission format may be computed by dividing the Physical Layer Packet Size by the Nominal Transmit Duration. For example, the transmission format represented by the 3-tuple (512, 4, 256) has a Nominal Data Rate of 76.8 kbps. The actual transmit duration of a packet may be smaller than its Nominal Transmit Duration; consequently, the actual data rate of a packet may be higher than its Nominal Data Rate.

A transmission format is defined to be consistent with a MAC Layer packet if the size of the MAC Layer packet is equal to the Physical Layer Packet Size of the transmission format, less 30 bits (FCS + Tail). Table 10.7.6.1.4-1 provides the set of all transmission formats defined by the Enhanced Forward Traffic Channel MAC protocol, as well as the list of all transmission formats consistent with MAC Layer packets of each size.

**Table 10.7.6.1.4-1 List of all Transmission Formats Consistent with each MAC Layer Packet Size**

| MAC Layer Packet Size (bits) | List of consistent Transmission Formats (Physical Layer Packet Size (bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|---|---|
| 98 | (128, 16, 1024), (128, 8, 512), (128, 4, 256), (128, 2, 128), (128, 1, 64) |
| 226 | (256, 16, 1024), (256, 8, 512), (256, 4, 256), (256, 2, 128), (256, 1, 64) |
| 482 | (512, 16, 1024), (512, 8, 512), (512, 4, 256), (512, 2, 128), (512, 1, 64), (512, 2, 64), (512, 4, 128) |
| 994 | (1024, 16, 1024), (1024, 8, 512), (1024, 4, 256), (1024, 2, 128), (1024, 1, 64), (1024, 2, 64), (1024, 4, 128) |
| 2018 | (2048, 4, 128), (2048, 2, 64), (2048, 1, 64) |
| 3042 | (3072, 2, 64), (3072, 1, 64) |
| 4066 | (4096, 2, 64), (4096, 1, 64) |
| 5090 | (5120, 2, 64), (5120, 1, 64) |

When passing the MAC Layer packet and Transmission Format from the MAC Layer Protocol to the Physical Layer Protocol, the access network shall specify a Transmission Format that is consistent with the MAC Layer packet.

10.7.6.1.5 Data Rate Control and Data Source Control Channels

The access terminal transmits the DRC Channel and the DSC Channel in the Variable Rate State, as well as in the Fixed DRC State. The DRC Channel transmission consists of a DRC cover and a DRC value. The access terminal uses the DRC cover to specify the requested sector for packet transmission. The access terminal uses the DRC value to specify the set of requested transmission formats.

The access terminal shall use either the DRC cover index 0 or the 3-bit DRC Cover index associated with a sector in its Active Set. The DRC cover index 0 is called the "null cover". A DRC cover that corresponds to a sector in Active Set of the access terminal is called a "sector cover".

The DSC Channel transmission is either a null-cover or a cell-cover. The DSC symbol index 0 is called the "null cover". If the DSC is a cell-cover, it specifies the Forward Link Data Source represented by the cell cover. A Forward Link Data Source (or equivalently, a Data Source) of the access terminal is a group of sectors that maintain a common forward link data queue for the access terminal. Sectors in the active set of an access terminal belonging to the same cell constitute a Data Source of the access terminal. The access

1  terminal is defined to be pointing the DSC at a Forward Link Data Source, if the DSC
2  transmitted by the access terminal is the cell cover associated with that Data Source.

3  The access terminal shall set the DRC value to a 4-bit DRC index, ranging from 0x0 to 0xe.
4  The DRC index 0 is also known as the null-rate DRC. Each DRC index is associated with a
5  Rate Metric, a Span, a list of Single User transmission formats and a list of Multi-User
6  transmission formats, as shown in Table 10.7.6.1-2. Among the Single User transmission
7  formats associated with a DRC index, the transmission format with the largest Physical
8  Layer Packet Size is defined to be the canonical transmission format of the DRC index. In
9  Table 10.7.6.1-2, the canonical transmission format of each DRC index is typed in ***bold
10 italics***. The Rate Metric and Span of a non-zero DRC index are equal to the Nominal Data
11 Rate (in kbps) and Nominal Transmit Duration (in slots) respectively, of the canonical
12 transmission format of the DRC index.

Table 10.7.6.1-2 Rate Metric, Span and Lists of Associated Transmission Formats

| DRC Index | Rate Metric (kbps) | Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|
| 0x0 | 0 | 16 | (128, 16, 1024), (256, 16, 1024), (512, 16, 1024), *(1024, 16, 1024)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x1 | 38.4 | 16 | (128, 16, 1024), (256, 16, 1024), (512, 16, 1024), *(1024, 16, 1024)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x2 | 76.8 | 8 | (128, 8, 512), (256, 8, 512), (512, 8, 512), *(1024, 8, 512)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x3 | 153.6 | 4 | (128, 4, 256), (256, 4, 256), (512, 4, 256), *(1024, 4, 256)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x4 | 307.2 | 2 | (128, 2, 128), (256, 2, 128), (512, 2, 128), *(1024, 2, 128)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x5 | 307.2 | 4 | (512, 4, 128), (1024, 4, 128), *(2048, 4, 128)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x6 | 614.4 | 1 | (128, 1, 64), (256, 1, 64), (512, 1, 64), *(1024, 1, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x7 | 614.4 | 2 | (512, 2, 64), (1024, 2, 64), *(2048, 2, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x8 | 921.6 | 2 | (1024, 2, 64), *(3072, 2, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), |

MAC Layer                                                              TIA-856-B

| DRC Index | Rate Metric (kbps) | Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|
|  |  |  |  | (2048, 4, 128), (3072, 2, 64) |
| 0x9 | 1228.8 | 1 | (512, 1, 64), (1024, 1, 64), **(2048, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0xa | 1228.8 | 2 | **(4096, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64) |
| 0xb | 1843.2 | 1 | (1024, 1, 64), **(3072, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64) |
| 0xc | 2457.6 | 1 | **(4096, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64) |
| 0xd | 1536 | 2 | **(5120, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0xe | 3072 | 1 | **(5120, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |

The canonical packet size of a DRC index is defined to be the Physical Layer Packet Size of the canonical transmission format of that DRC index. A Single User Transmission Format associated with a DRC index shown in Table 10.7.6.1-2 is defined to be compatible with the DRC index, if at least one of the following conditions is met:

- The given transmission format coincides with the canonical transmission format of the DRC index, or

- The canonical packet size of the DRC index is strictly less than the value of the ShortPacketsEnabledThresh attribute.

A Multi-User transmission format associated with a DRC index is defined to be compatible with the DRC index, if the value of the MultiUserPacketsEnabled attribute is 0x01

The access terminal shall obey the following rules when transmitting the DRC Channel:

- Access terminal shall use DRCLength slots to send a single DRC. The DRC (value and cover) is defined to take effect at the slot boundary following the end of its transmission, and stay in effect for DRCLength slots.

- If the DRC cover changes in slot T the access terminal shall set DRCChannelGain equal to DRCChannelGainBase + DRCChannelGainBoost from slot T through slot (T + DRCBoostLength − 1). Otherwise, the access terminal shall set the DRCChannelGain equal to DRCChannelGainBase.

- The DRC (value and cover) shall not change in slots other than T such that:

$$(T + 1 - FrameOffset) \bmod DRCLength = 0,$$

  where T is the CDMA System Time in slots.

- If the value of the DRCGating attribute is equal to 1, the access terminal shall transmit the DRC over a one slot duration, starting in slot T that satisfies the following equation:

$$(T + 2 - FrameOffset) \bmod DRCLength = 0,$$

  where T is the CDMA System Time in slots.

The access terminal shall obey the following rules when transmitting the DSC Channel:

- Access terminal shall use DSCLength slots to send a single DSC. The DSC is defined to take effect one slot after the end of its transmission and to stay in effect for DSCLength slots.

- The DSC shall not change in slots other that T such that:

$$[T + 1 + 15 \times FrameOffset] \bmod DSCLength = 0,$$

where T is the CDMA System Time in slots[104].

- If the DSC changes in slot T the access terminal shall set DSCChannelGain equal to DSCChannelGainBase + DSCChannelGainBoost from slot T through slot (T + DSCBoostLength − 1). Otherwise, the access terminal shall set the DSCChannelGain equal to DSCChannelGainBase.

- If the access terminal receives a DRCLock bit that is set to '0' from a cell associated with a sector in its active set and the access terminal is pointing its DRC to a sector associated with that cell, then the access terminal should not point the DSC to the Data Source associated with that sector.

When transmitting the DRC Channel, the access terminal shall set the DRC cover according to the following rules:

---

[104] Note that $[T + 1 + 15 \times FrameOffset] = (T + 1 - FrameOffset) + (16 \times FrameOffset)$, where the first term on the right hand side ensures that DSC symbol boundaries coincide with DRC symbol boundaries, and the second term enables frame offset staggering of DSC symbol boundaries over the maximum allowed value of DSC length (i.e., 256 slots).

- If the access terminal's current DRC cover is a sector cover, then the access terminal's next DRC cover shall not be a different sector cover. It may only be the same sector cover or a null cover.

- If the DRC cover is a sector cover and the Data Source indicated by the DSC is included in the terminals active set and the DRCLock bit associated with that Data Source is set to '1', then the sector indicated by the DRC cover shall belong to the Data Source indicated by the DSC that is in effect during the next DRCLength slots following transmission of the DRC.

- If the access terminal's most recent sector cover belongs to sector A, then the access terminal shall not use a sector cover corresponding to any other sector B, until the access terminal has determined that packets that may be transmitted to the access terminal from sector B will not overlap in time with packets transmitted from sector A.

A DRC transmitted by the access terminal is defined to be sustainable with respect to a sector $S$ in the active set of the access terminal, if one of the following conditions is met:

- The DRC value is zero, or

- The access terminal is capable of receiving any MAC layer packet from sector S, provided the transmission format of the packet is compatible with the DRC value, and the packet transmission begins when the DRC is in effect.

When transmitting the DRC Channel, the access terminal shall set the DRC value according to the following rules:

- If the access terminal sets the DRC cover to a sector cover, it shall set the DRC value as follows:

  – The access terminal shall set the Tentative DRC value to a DRC index with the maximum Rate Metric, such that the DRC is sustainable with respect to the sector denoted by the DRC cover.

  – The access terminal shall set the Transmitted DRC value to the Tentative DRC value minus DRCOffset$N$, where $N$ is the one-digit hexadecimal value of the DRC index, and DRCOffset$N$ is the corresponding parameter of the DRCTranslationOffset attribute.

- If the access terminal sets the DRC cover to the null cover, it shall set the DRC value as follows:

  – The access terminal shall set the Tentative DRC value to a DRC index with the maximum Rate Metric, such that the DRC is sustainable with respect to the best sector in its active set.

  – The access terminal shall set the Transmitted DRC value to the Tentative DRC value minus DRCOffset$N$, where $N$ is the one-digit hexadecimal value of the DRC index, and DRCOffset$N$ is the corresponding parameter of the DRCTranslationOffset attribute.

The access terminal and the access network shall set the DRCOffset$N$ parameters of the DRCTranslationOffset attribute such that both of the following conditions are satisfied:

- Rate Metric of the DRC index corresponding to the Transmitted DRC value shall be less than or equal to that of the DRC index corresponding to the Tentative DRC value, and

- Span of the DRC index corresponding to the Transmitted DRC value shall be greater than or equal to that of the DRC index corresponding to the Tentative DRC value.

An access terminal is defined to be a potential target of a Single User MAC Layer packet if the packet is addressed to the access terminal, and is received using a transmission format, transmitting sector, and the start time that could be used to receive a Single-User packet to the access terminal. An access terminal is defined to be a potential target of a Multi-User MAC Layer packet if the packet is received using a transmission format, transmitting sector, and the start time that could be used to receive a Multi-User packet.

A slot t is defined to be a continuation of an earlier slot s, if the following conditions are met:

- The access terminal is a potential target of a packet for which the reception began in slot s.

- The slot t is in the same forward link interlace as the slot s; i.e., $(t - s) \bmod 4 = 0$.

- $s < t < s + 4 \times \min(N_1, N_2, \text{MinimumContinuationSpan})$, where $N_1$ denotes the Nominal Transmit Duration of the packet whose reception began in slot s and $N_2$ denotes the Span of the DRC index corresponding to the DRC value that is in effect during slot s (according to Table 10.7.6.1-2).

- Prior to slot t, the access network has not received a positive acknowledgment for the packet for which the reception began in slot s.

If the access terminal is a potential target of a packet transmitted by a sector starting in slot s, the access network shall not transmit a new packet from the same Forward Link Data Source to the access terminal in any slot t that is a continuation of slot s.

10.7.6.1.6 Command Processing

10.7.6.1.6.1 Activate

If this protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall transition to the Variable Rate State.

If this protocol receives the command in any other state it shall be ignored.

10.7.6.1.6.2 Deactivate

If the protocol receives a *Deactivate* command in the Variable Rate State or the Fixed DRC State,

- The access terminal shall cease monitoring the Forward Traffic Channel, shall cease transmitting the DRC and DSC Channels, and shall transition to the Inactive State.

- The access network should cease transmitting the Forward Traffic Channel to this access terminal, should cease receiving the DRC and DSC channels from this access terminal, and should transition to the Inactive State.

1   If this command is received in the Inactive State it shall be ignored.

2   10.7.6.1.7 Inactive State

3   When the protocol is in the Inactive State, the access terminal and the access network wait
4   for an *Activate* command.

5   10.7.6.1.8 Variable Rate State

6   In the Variable Rate State, the access network transmits the Forward Traffic Channel using
7   a sector and transmission format determined by the DRC Channel and the DSC Channel
8   transmitted by the access terminal.

9   The access terminal shall perform the supervision procedures described in 10.7.6.1.10.1 in
10  the Variable Rate State.

11  10.7.6.1.8.1 Packet Transmission and DRC Requirements

12  10.7.6.1.8.1.1 Access Terminal Requirements

13  The access terminal shall transmit a cell cover on the DSC Channel. The access terminal
14  shall set the cell cover to the value indicated by one of the DSC fields received in the last
15  TrafficChannelAssignment message.

16  The access terminal may inhibit transmission of data from the access network by setting
17  the DRC cover to the null cover.

18  In the Variable Rate State, a slot t is defined to be open at the access terminal, if slot t is
19  not the continuation of any previous slot, and the DRC in effect during slot t contains a
20  sector cover. The sector denoted by the sector cover is defined to be the serving sector of
21  the access terminal at slot t. In any open slot T, the access terminal shall attempt to receive
22  a MAC Layer packet from the serving sector, whose transmission begins in slot T and
23  whose packet type and transmission format are compatible with the DRC value in effect at
24  slot T.

25  10.7.6.1.8.1.2 Access Network Requirements

26  The access network shall obey the following rules when processing the DRC and sending a
27  packet to the access terminal:

28  •   If the access network transmits a packet to the access terminal starting in slot T, it
29      shall do so from the sector associated with the DRC cover in effect at slot T.

30  •   If the access network transmits a MAC Layer packet to the access terminal starting in
31      slot T, it shall use a packet type and transmission format compatible with the DRC
32      value in effect at slot T.

33  The access network shall discard the FixedModeXoff message if the access network receives
34  the message in the Variable Rate State.

1  **10.7.6.1.8.2 Transitions from the Variable Rate State**

2  The access terminal may initiate procedures for transitioning to the Fixed DRC State at any
3  time. The access terminal shall perform the following steps in order to transition to the
4  Fixed DRC State:

5  • The access terminal shall start covering the DRC with the null cover

6  • The access terminal shall set the DSC to the null cover .

7  • The access terminal shall wait until it has determined that it will not be served by
8    any sector and then, the access terminal shall send the FixedModeEnable message
9    specifying:

10    – A sector in the active set.

11    – A data rate.

12    – An "end time" for the operation in the Fixed DRC State.

13  The access terminal shall transition to the Fixed DRC State after sending a
14  FixedModeEnable message. The access network shall transition to the Fixed DRC State
15  after receiving of a FixedModeEnable message.

16  **10.7.6.1.9 Fixed DRC State**

17  While in this state, the access terminal may send a FixedModeEnable message (e.g., to
18  extend the EndTime specified in the last FixedModeEnable message). If the access terminal
19  sends a FixedModeEnable message in this state, then the access terminal shall set the
20  fields included in the message according to the following rules:

21  • The <DRCCover, TCAMessageSequence> pair of fields included in the message shall
22    be set to the value of the <DRCCover, TCAMessageSequence> specified in the last
23    FixedModeEnable message sent,

24  • The DRCValue field included in the message shall be set to the value of the
25    DRCValue specified in the last FixedModeEnable message sent, and

26  • The EndTime field included in the message shall not specify a time earlier than the
27    time specified by the EndTime included in the last FixedModeEnable message sent.

28  The access terminal shall perform the supervision procedures described in 10.7.6.1.10.1 in
29  the Fixed DRC State.

30  If the access terminal is not able to receive Forward Traffic Channel MAC Layer packets
31  from the sector specified in the last FixedModeEnable message at the rate compatible with
32  the DRCValue specified in that message, it should send at least one FixedModeXoff
33  message to the access network[105]. The access network should not start transmission of

---

[105] Note that sending an FixedModeXoff message does not cause a transition out of the Fixed DRC
State. The process of determining the precise time to send the FixedModeXoff message when access
terminal is not able to receive Forward Traffic Channel MAC layer packets is left to the access
terminal implementation.

any new Forward Traffic Channel MAC Layer packets to the access terminal after reception of a FixedModeXoff message until the access network transitions to the Variable Rate State.

### 10.7.6.1.9.1 Packet Transmission Requirements

### 10.7.6.1.9.1.1 Access Terminal Requirements

The access terminal shall transmit the null cover on the DSC Channel.

In the Fixed DRC state, a slot t is said to be open if it is not the continuation of any previous slot. The sector denoted by the DRCCover field of the most recent FixedModeEnable message is defined to be the serving sector of the access terminal.

In any open slot T, the access terminal shall attempt to receive a MAC Layer packet from the serving sector, whose transmission begins in slot T and whose packet type and transmission format are compatible with the DRC index specified by the DRCValue field of the most recent FixedModeEnable message.

### 10.7.6.1.9.1.2 Access Network Requirements

The access network shall obey the following rules when processing the DRC and sending a packet to the access terminal:

- If the access network transmits a packet to the access terminal starting in slot T, it shall do so from the sector denoted by the DRCCover field in the most recent FixedModeEnable message from the access terminal.

- If the access network transmits a Single User (Simplex or Multiplex) packet to the access terminal starting in slot T, it shall use a packet type and transmission format that are compatible with the DRC index specified by the DRCValue field of the most recent FixedModeEnable message from the access terminal.

### 10.7.6.1.9.2 Transitions from the Fixed DRC State

The access terminal shall transition to the Variable Rate State when either of the following conditions is satisfied:

- If the current CDMA System Time is greater than or equal to the time specified by the EndTime field in the last FixedModeEnable message sent.

- If the sector specified in the last sent FixedModeEnable message is no longer a member of the access terminal's Active Set.

The access network shall transition to the Variable Rate State when either of the following conditions is satisfied:

- If the current CDMA System Time is greater than or equal to the time specified by the EndTime field in the last FixedModeEnable message received.

- If the access network determines that sector specified in the last received FixedModeEnable message is no longer a member of the access terminal's Active Set.

The time specified by EndTime (denoted by EndTimeLong) is computed as follows:

$$\text{EndTimeLong} = \text{SystemTime} + (\text{EndTime} - \text{SystemTime}[15:0]) \bmod 2^{16},$$

where, SystemTime is the current CDMA System Time in units of slots.

10.7.6.1.10 Supervision Procedures

10.7.6.1.10.1 DRC Supervision

The access terminal shall perform supervision on the DRC as follows:

- The access terminal shall set the DRC supervision timer for(DRCSupervisionTimer × 10) + 240 ms when its Tentative DRC is a null rate DRC.

- The access terminal shall disable the timer if the DRC supervision timer is active and any of the following conditions is true:

  − the access terminal's Tentative DRC indicates a non-null rate

  − the access terminal successfully receives a Forward Traffic Channel packet or a Control Channel packet

- If the DRC supervision timer expires, the access terminal shall disable the Reverse Traffic Channel transmitter and set the Reverse Traffic Channel Restart timer for time $T_{\text{FTCMPRestartTx}}$.

- If the access terminal generates consecutive Tentative DRC values that correspond to non-null rates for more than $N_{\text{FTCMPRestartTx}}$ slots or the access terminal successfully receives a Forward Traffic Channel packet or a Control Channel packet, the access terminal shall disable the Reverse Traffic Channel Restart timer and shall enable the Reverse Traffic Channel transmitter.

- If the Reverse Traffic Channel Restart timer expires, the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

10.7.6.1.10.2 ForwardTrafficValid Monitoring

The access terminal shall monitor the bit associated with its MACIndex in the ForwardTrafficValid63To0 or ForwardTrafficValid127To64 field made available by the Overhead Messages protocol. If the Overhead Messages Protocol does not provide a ForwardTrafficValid63To0 or ForwardTrafficValid127To64 field associated with the access terminal, then the access terminal shall behave as if the field were set to '0'. If this bit is set to 0, the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

10.7.6.2 Message Formats

10.7.6.2.1 FixedModeEnable

The access terminal sends the FixedModeEnable message to indicate a transition to the Fixed DRC State.

MAC Layer                                                              TIA-856-B

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TCAMessageSequence | 8 |
| DRCCover | 3 |
| DRCValue | 4 |
| EndTime | 16 |
| Reserved | 1 |

MessageID                 The access terminal shall set this field to 0x00.

TCAMessageSequence

                          The access terminal shall set this field to the MessageSequence field
                          of the TrafficChannelAssignment message that specifies the
                          association between the DRCCover field in this message and the
                          sector in the Active Set.

DRCCover                  The access terminal shall set this field to the DRC cover associated
                          with the sector in its Active Set from which it wants to receive
                          packets on the Forward Traffic Channel.

DRCValue                  The access terminal shall set this field to one of the valid DRC values
                          (or DRC indices) in Table 10.7.6.1-2.

EndTime                   The access terminal shall set this field to the least significant 16 bits
                          of the CDMA System Time in units of slots until which (inclusive) it
                          requests to remain in the Fixed DRC State.

Reserved                  The access terminal shall set this field to zero. The access network
                          shall ignore this field.

| Channels | RTC | SLP | Best Effort |
|----------|-----|-----|-------------|
| Addressing | unicast | Priority | 40 |

## 10.7.6.2.2 FixedModeXoff

The access terminal sends the FixedModeXoff message if it is not able to receive packets
from the sector specified in the last FixedModeEnable message at the rate specified in that
message.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID                 The access terminal shall set this field to 0x01.

TIA-856-B                                                          MAC Layer

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

**10.7.6.2.3 AttributeUpdateRequest**

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

One or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID             The sender shall set this field to 0x52.

TransactionID         The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord       The format of this record is specified in 14.3.

| Channels | FTC     RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

**10.7.6.2.4 AttributeUpdateAccept**

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID             The sender shall set this field to 0x53.

TransactionID         The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC     RTC | **SLP** | Reliable |
|--------------|-------------|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

10.7.6.2.5 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

MessageID              The access network shall set this field to 0x54.

TransactionID          The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC | **SLP** | Reliable |
|--------------|-----|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

10.7.6.3 Interface to Other Protocols

10.7.6.3.1 Commands Sent

This protocol does not issue any commands.

10.7.6.3.2 Indications

This protocol does not register to receive any indications.

10.7.7 Configuration Attributes

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Enhanced Forward Traffic Channel MAC Protocol. The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following attributes belonging to the Enhanced Forward Traffic Channel MAC Protocol:

• MultiUserPacketsEnabled

• ShortPacketsEnabledThresh

• DRCSupervisionTimer

• DRCTranslationOffset

• DRCChannelGainBoost

• DRCBoostLength

1  • DSCChannelGainBoost

2  • DSCBoostLength

3  10.7.7.1 Simple Attributes

4  The negotiable simple attributes for this protocol are listed in Table 10.7.7.1-1. The access
5  terminal shall use as defaults the values in Table 10.7.7.1-1 that are typed in **bold italics**.

6  **Table 10.7.7.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | DRCGating | ***0x00*** | Continuous transmission |
| | | 0x01 | Discontinuous transmission |
| | | All other values | Reserved |
| 0xfe | DRCLockLength | 0x00 | DRCLock bit is repeated 8 times. |
| | | ***0x01*** | DRCLock bit is repeated 16 times. |
| | | 0x02 | DRCLock bit is repeated 32 times. |
| | | 0x03 | DRCLock bit is repeated 64 times. |
| | | All other values | Reserved |
| 0xfd | MultiUserPacketsEnabled | ***0x00*** | Use of Multi-User MAC packets is disabled |
| | | 0x01 | Use of Multi-User MAC packets is enabled |
| | | All other values | Reserved |
| 0xfc | DSCLength | ***0x08*** | Length of a single DSC transmission is 64 slots. |
| | | 0x01 to 0x20 | Length of a single DSC transmission in units of 8 slots. |
| | | All other values | Reserved |
| 0xfb | DeltaACKChannelGainMUP | ***0x0c*** | DeltaACKChannelGainMUP is 6 dB. |
| | | 0x00 to 0x12 | DeltaACKChannelGainMUP in units of 0.5 dB. |
| | | All other values | Reserved |

MAC Layer                                                                    TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfa | ShortPacketsEnabledThresh | *0x01* | ShortPacketsEnabledThresh is 2048 bits. |
| | | 0x00 | ShortPacketsEnabledThresh is 1024 bits. |
| | | 0x02 | ShortPacketsEnabledThresh is 3072 bits. |
| | | 0x03 | ShortPacketsEnabledThresh is 4096 bits. |
| | | All other values | Reserved |
| 0xf9 | SingleUserMultiplexPackets Enabled | *0x00* | Use of Single User Multiplex Packets is disabled |
| | | 0x01 | Use of Single User Multiplex Packets is enabled |
| | | All other values | Reserved |
| 0xf8 | DRCSupervisionTimer | *0x00* | DRC Supervision Timer is 0 |
| | | 0x01-0xff | Value of DRC Supervision Timer |
| 0xf7 | MinimumContinuationSpan | *0x04* | Minimum continuation span is 4 sub-packets |
| | | 0x01-0x03 and 0x05-0x10 | Value of Minimum continuation span in sub-packets |
| | | All other values | Reserved |
| 0xf6 | DSCChannelGainBoost | *0x00* | Increase in DSCChannelGain is 0dB relative to DSCChannelGainBase starting in slot where DSC is changed |
| | | 0x01-0x06 | Increase in DSCChannelGain in dB relative to DSCChannelGainBase starting in slot where DSC is changed |
| | | All other values | Reserved |
| 0xf5 | DSCBoostLength | *0x10* | Number of slots starting with the slot in which the DSC is changed for which the DSC Channel Gain is boosted is 128 slots |

TIA-856-B                                                                    MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x00-0x0F and 0x11-0x40 | Number of slots in units of 8 slots starting with the slot in which the DSC is changed for which the DSC Channel Gain is boosted |
| | | All other values | Reserved |
| 0xf4 | DRCChannelGainBoost | *0x00* | Increase in DRCChannelGain is 0dB relative to DRCChannelGainBase starting in slot where DRC cover is changed |
| | | 0x01-0x06 | Increase in DRCChannelGain in dB relative to DRCChannelGainBase starting in slot where DSC cover is changed |
| | | All other values | Reserved |
| 0xf3 | DRCBoostLength | *0x04* | Number of slots starting with the slot in which the DRC cover is changed for which the DRCChannelGain is boosted is 8 slots |
| | | 0x00-0x03 and 0x05-0x20 | Number of slots in units of 2 slots starting with the slot in which the DRC cover is changed for which the DRCChannelGain is boosted |
| | | All other values | Reserved |

1

2   The access terminal shall support the default value of the DRCGating attribute.

3   10.7.7.2 Complex Attributes

4   10.7.7.2.1 HandoffDelays Attribute

5

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| SofterHandoffDelay | 8 | 0x01 |
| SoftHandoffDelay | 8 | 0x10 |

Length                  Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID             The sender shall set this field to 0x00.

ValueID                 The sender shall set this field to an identifier assigned to this complex value.

SofterHandoffDelay      The sender shall set this field to the minimum interruption that the access terminal should expect when the access terminal switches the DRC from one sector to another sector in the same Forward Link Data Source. The sender shall specify this field in units of 8 slots. The access terminal may use this number to adjust its algorithm controlling DRC switching. The access terminal shall support all the values of this field.

SoftHandoffDelay        The sender shall set this field to the minimum interruption that the access terminal should expect when the access terminal changes the DSC from one Forward Link Data Source to another. The sender shall specify this field in units of 8 slots. The access terminal may use this number to adjust its algorithm controlling DSC switching. The access terminal shall support all the values of this field.

10.7.7.2.2 DRCTranslationOffset Attribute

TIA-856-B                                                                           MAC Layer

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| DRCOffset1 | 1 | 0 |
| DRCOffset2 | 2 | 0 |
| DRCOffset3 | 2 | 0 |
| DRCOffset4 | 3 | 0 |
| DRCOffset5 | 3 | 0 |
| DRCOffset6 | 3 | 0 |
| DRCOffset7 | 3 | 0 |
| DRCOffset8 | 4 | 0 |
| DRCOffset9 | 4 | 0 |
| DRCOffsetA | 4 | 0 |
| DRCOffsetB | 4 | 0 |
| DRCOffsetC | 4 | 0 |
| DRCOffsetD | 4 | 0 |
| DRCOffsetE | 4 | 0 |

}

| Reserved | 0-7 (as needed) | N/A |
|----------|-----------------|------|

Length                  Length of the complex attribute in octets. The sender shall set this
                        field to the length of the complex attribute excluding the Length field.

AttributeID             The sender shall set this field to 0x01.

ValueID                 The sender shall set this field to an identifier assigned to this
                        complex value.

DRCOffset1              The sender shall set this field to the offset to be used for computing
                        Transmitted DRC value when the Tentative DRC value is 0x1.

DRCOffset2              The sender shall set this field to the offset to be used for computing
                        Transmitted DRC value when the Tentative DRC value is 0x2.

| | | |
|---|---|---|
| DRCOffset3 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x3. | |
| DRCOffset4 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x4. | |
| DRCOffset5 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x5. | |
| DRCOffset6 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x6. | |
| DRCOffset7 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x7. | |
| DRCOffset8 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x8. | |
| DRCOffset9 | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0x9. | |
| DRCOffsetA | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0xa. | |
| DRCOffsetB | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0xb. | |
| DRCOffsetC | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0xc. | |
| DRCOffsetD | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0xd. | |
| DRCOffsetE | The sender shall set this field to the offset to be used for computing Transmitted DRC value when the Tentative DRC value is 0xe. | |
| Reserved | The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zeros. The receiver shall ignore this field. | |

TIA-856-B                                                                                           MAC Layer

10.7.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{FTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S1FTCMPEnhanced}$ | Subtype field for this protocol | 0x0001 |
| $N_{FTCMPRestartTx}$ | Number of consecutive slots of non-null rate DRCs to re-enable the Reverse Traffic Channel transmitter once it is disabled due to DRC supervision failure. | 16 |
| $T_{FTCMPRestartTx}$ | Reverse Channel Restart Timer | 12 Control Channel cycles |

10.7.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

The parameter records for this protocol consist of only the configuration attributes of this protocol.

**10.8 Multicarrier Forward Traffic Channel MAC Protocol**

10.8.1 Overview

The Multicarrier Forward Traffic Channel MAC Protocol provides the procedures and messages required for an access network to transmit and an access terminal to receive the Forward Traffic Channel. Specifically, this protocol addresses Forward Traffic Channel addressing and Forward Traffic Channel rate control on each Forward CDMA Channel assigned to the access terminal. This protocol operates with the Subtype 3 Physical Layer Protocol.

The access network maintains an instance of this protocol for every access terminal.

This protocol operates in one of three states:

- Inactive State: In this state, the access terminal is not assigned a Forward Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- Variable Rate State: In this state, the access network transmits the Forward Traffic Channel to the access terminal on one or more CDMA Channels, in accordance with the DRC Channel received from the access terminal.

- Fixed DRC State: In this state, the access network transmits the Forward Traffic Channel to the access terminal on one or more CDMA Channels, in accordance with the FixedModeEnable message received from the access terminal.

The protocol states and allowed transitions between the states are shown in Figure 10.8.1-1. The rules governing these transitions are provided in sections 10.8.6.1.7, 10.8.6.1.8, and 10.8.6.1.9.2 for transitions out of the Inactive State, Variable Rate State, and Fixed DRC State.



**Figure 10.8.1-1. Multicarrier Forward Traffic Channel MAC Protocol State Diagram**

TIA-856-B                                                                                    MAC Layer

10.8.2 Primitives and Public Data

10.8.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

10.8.2.2 Return Indications

This protocol returns the following indication:

- *SupervisionFailed*

- *ReverseTrafficChannelRestartTimerExpired* along with arguments indicating the reverse CDMA Channel associated with the expired Restart timer

10.8.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- DRCGating

- DRCLockLength

- DSCLength

- DRCChannelGain

- DRCChannelGainBase

- DSCChannelGain

- DSCChannelGainBase

- DeltaACKChannelGainMUP

- DRCCover for every sub-Active set in the Active Set

- DSC for every sub-Active set in the Active Set

- State of the Multicarrier Forward Traffic Channel MAC Protocol (Inactive State, Variable Rate State, or Fixed DRC State)

- The DRC value and DRC cover specified by the latest FixedModeEnable message, if in Fixed DRC State

- AuxDRCCover for every pilot in the Active Set to which a DRCCover is assigned

- ExtendedSpansEnabled

- MUPPreambleBase

10.8.3 Protocol Data Unit

The transmission unit of this protocol is a Forward Traffic Channel MAC Layer packet. Each Forward Traffic Channel MAC Layer packet consists of zero or more Security Layer packets.

10.8.4 Protocol Initialization

10.8.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

10.8.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.8.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see **14.7**) to define the processing of the configuration messages.

The access network shall not send a ConfigurationRequest message containing the ATSupportedPacketFormats attribute.

10.8.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

  - DRCGating

  - DRCLockLength

  - DSCLength

  - DeltaACKChannelGainMUP

TIA-856-B                                                                                      MAC Layer

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    - The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    - The InConfiguration protocol instance shall become the InUse protocol instance for the Forward Traffic Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.8.5.3 Message Formats

10.8.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID              The sender shall set this field to 0x50.

TransactionID          The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord        The format of this record is specified in 14.3.

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

10.8.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID                The sender shall set this field to 0x51.

TransactionID            The sender shall set this value to the TransactionID field of the
                         corresponding ConfigurationRequest message.

AttributeRecord          An attribute record containing a single attribute value. If this
                         message selects a complex attribute, only the ValueID field of the
                         complex attribute shall be included in the message. The format of the
                         AttributeRecord is given in 14.3. The sender shall not include more
                         than one attribute record with the same attribute identifier.

| **Channels** | FTC    RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.8.6 Procedures and Messages for the InUse Instance of the Protocol

10.8.6.1 Procedures

At the access network, the Multicarrier Forward Traffic Channel MAC Protocol
encapsulates zero or more Security Layer packets into a MAC Layer packet and passes the
MAC Layer packet for transmission to the Physical Layer Protocol, along with the Preamble
MAC Index, Transmission Format, and the forward CDMA channel assigned to the access
terminal (as indicated by public data of the Route Update Protocol) on which the packet is
to be transmitted. The choice of Transmission Format is governed by the DRC value and
DRC cover information corresponding to the CDMA channel on which the packet is to be
transmitted as received from the access terminal.

10.8.6.1.1 MAC Layer Packet

The MAC Layer packet is the basic unit of data provided by the Multicarrier Forward Traffic
Channel MAC protocol to the Physical Layer Protocol. The MAC Layer packets shall be of
one of the following two types:

• Single User

• Multi-User

The structure of a MAC Layer packet is shown in Figure 10.8.6.1.1-1.

The MAC Layer packet consists of the following (in order):

TIA-856-B                                                                         MAC Layer

1   • MAC Layer Header (which may be empty)

2   • MACHeaderDelimiter (if required)

3   • MAC Layer Payload

4   • PAD (if required)

5   • MACTrailerDelimiter (if required)

6   • MAC Layer Trailer

7   The size of a MAC Layer packet takes on a discrete set of values, as shown in Figure
8   10.8.6.1.1-1.



**Figure 10.8.6.1.1-1. Multicarrier Forward Traffic Channel MAC Layer Packet
Structure**

12  The MAC Layer payload consists of zero or more Security Layer packets addressed to zero
13  or more access terminals. The MAC Layer Header (if included), MACHeaderDelimiter (if
14  included), MACTrailerDelimiter (if included), and MAC Layer Trailer are used to provide
15  information needed to parse the contents of the MAC Layer Payload and to specify the type
16  of the MAC Layer packet (Single User or Multi-User).

17  The MAC Layer payload may be followed by padding, which consists of a sequence of all
18  '0's. The size of the padding sequence is chosen such that the overall size of the MAC Layer
19  packet is one of 98, 226, 482, 994, 2018, 3042, 4066, 5090, 6114, 7138, or 8162 bits.

20  10.8.6.1.1.1 Description of MAC Layer packet types

21  A Single User MAC Layer packet is used to carry one Security Layer packet in its payload
22  and is addressed to one access terminal. The MAC Layer Payload size equals the size of the
23  MAC Layer Packet minus the size of the MAC Layer Trailer. A Single User packet consists of
24  the following (in order):

25  • An empty MAC Layer Header

26  • A MAC Layer Payload consisting of one Security Layer packet

27  • No PAD

28  The Security Layer packet in a Single User packet contains a Format A or Format B
29  Connection Layer packet.

30  A Multi-User MAC Layer Packet is used to carry in its payload, zero or more Security Layer
31  packets addressed to zero or more access terminals. A Multi-User packet consists of the
32  following (in order):

33  • MAC Layer Header (if required)

1  • DelimiterH (if required)

2  • MAC Layer Payload consisting of zero or more (max of sixteen) Security Layer packets

3  • PAD (if required)

4  • DelimiterT (if required)

5  • MAC Layer Trailer

6  Each Security Layer packet addressed to an access terminal with ForwardTrafficMACIndex
7  ≤127 in a Multi-User packet contains a Format A or Format B Connection Layer packet.
8  Each Security Layer packet addressed to an access terminal with ForwardTrafficMACIndex
9  > 127 in a Multi-User packet contains a Format A Connection Layer packet.

10  10.8.6.1.1.2 Construction of MAC Layer packets

11  The structure of Single User MAC packets and Multi-User MAC packets are shown in
12  Figure 10.8.6.1.1.2-2 and Figure 10.8.6.1.1.2-2 respectively. The type of MAC Layer packet
13  may be inferred from the Preamble MAC Index and the MACPacketType field of the MAC
14  Layer Trailer. When the Preamble MAC Index is set to the ForwardTrafficMACIndex
15  assigned to the access terminal, the MACPacketType field indicates a Single User packet if
16  equal to '01' or '11',. For Single-User MAC packets, the values '10' and '00' for the
17  MACPacketType are reserved.  The access terminal shall not pass the payload of the Single-
18  User MAC packet to the higher layer if the MACPacketType is set to '10' or '00'. The access
19  terminal shall not ACK a Single User MAC packet if the MACPacketType is set to '10' or
20  '00'. The access terminal shall not pass the payload of a Multi-User MAC packet to the
21  higher layer if the MACPacketType is set to a value other than '00'. The access terminal
22  shall not ACK a Multi-User MAC packet if the MACPacketType is set to a value other than
23  '00'.

24  When the Preamble MAC Index is set to a Multi-User Preamble MAC Index as specified in
25  10.8.6.1.2, the access network shall set the MACPacketType to '00'. For Multi-User MAC
26  packets, the values for the MACPacketType other than '00' are reserved.



27

28  **Figure 10.8.6.1.1.2-1 Format of Forward Traffic Channel Single User MAC Layer**
29  **Packet**



**Figure 10.8.6.1.1.2-2 Format of Forward Traffic Channel Multi-User MAC Layer Packet**

The access network shall construct a Single User MAC Layer packet as shown below:

| Field | Length (bits) |
|---|---|
| Security Layer Packet | 96, 224, 480, 992, 2016, 3040, 4064, 5088, 6112, 7136, or 8160 |
| MACPacketType | 2 |

Security Layer Packet

> The access network shall set this field to a Security Layer packet from the Security Protocol, containing a Format A or a Format B Connection Layer packet.

MACPacketType          If the Security Layer packet contains a Format B Connection Layer Packet, then the access network shall set this field to '11'. Otherwise, the access network shall set this field to '01'.

The access network shall construct a Multi-User MAC Layer packet as shown below. A Multi-User packet carries 0 to 16 Security Layer packets. A Multi-User packet carries 0 to to 8 Security Layer packets for access terminals with ForwardTrafficMACIndex $\leq$ 127, and 0 to 8 Security Layer packets for access terminals with ForwardTrafficMACIndex > 127. The first n ($0 \leq n \leq 8$) Security Layer packets are addressed to access terminals with ForwardTrafficMACIndex $\leq$127. The last r ($0 \leq r \leq 8$) Security Layer packets are addressed to access terminals with ForwardTrafficMACIndex >127.

TIA-856-B                                                                    MAC Layer

| Field | Length (bits) |
|---|---|
| n occurrences (0 ≤ n ≤ 8) of the following two fields: | |
| PacketInfoH | 8 |
| LengthH | 8 |

| | |
|---|---|
| DelimiterH | 0 or 8 |
| n occurrences (0 ≤ n ≤ 8) of the following field: | |
| Security Layer Packet | $8 \times i$, where $i$ is the value of the corresponding LengthH field |
| r occurrences (0 ≤ r ≤ 8) of the following field: | |
| Security Layer Packet | $8 \times j$, where $j$ is the value of the corresponding LengthT field |

| | |
|---|---|
| Pad | As needed |
| DelimiterT | 0 or 8 |
| r occurrences (0 ≤ r ≤ 8) of the following two fields: | |
| PacketInfoT | 8 |
| LengthT | 8 |

| | |
|---|---|
| MACPacketType | 2 |

PacketInfoH          For 0 ≤ i ≤ n, the $i^{th}$ occurrence of this field as shown below.

| Field | Length (bits) |
|---|---|
| Format | 1 |
| ForwardTrafficMACIndex | 7 |

Format               If the $i^{th}$ Security Layer packet contains a Format B Connection Layer packet, the access network shall set the $i^{th}$ occurrence of this field to '1'. Otherwise, the access network shall set the $i^{th}$ occurrence of this field to '0'.

ForwardTrafficMACIndex

MAC Layer                                                                TIA-856-B

The $i^{th}$ occurrence of this field shall be set to ForwardTrafficMACIndex of the access terminal to which the $i^{th}$ Security Layer packet is addressed. The access network shall use the ForwardTrafficMACIndex assigned to the access terminal by the sector transmitting this MAC Layer packet for the CDMA Channel and interlace on which the MAC Layer packet is to be transmitted.

LengthH          The $i^{th}$ occurrence of this field shall be set to the length, in octets, of the $i^{th}$ Security Layer packet in this MAC Layer payload.

DelimiterH

This field shall not be included if the sum of the lengths of the first n Security Layer Packets, PacketInfoH fields, LenghtH fields, and the MACPacketType field equals the size of the corresponding MAC Layer packet. Otherwise, this field shall be included and shall be set to 0x00.

Security Layer Packet

The first n occurrences of this field shall contain a Security Layer packet for access terminal with ForwardTrafficMACIndex ≤ 127 from the Security Protocol, containing a Format A or Format B Connection Layer packet. The next r occurrences of this field shall contain a Security Layer packet for access terminal with ForwardTrafficMACIndex > 127 from the Security Protocol, containing a Format A Connection Layer packet.

Pad              The access network shall set the length of this field to the size of the MAC Layer packet minus the sum of the lengths of the rest of the fields included in the MAC Layer packet. The access network shall set the value of this field to all '0's. The receiver shall ignore this field.

DelimiterT       This field shall not be included if the sum of the lengths of the first (n+r) Security Layer Packets, n PacketInfoH fields, n LengthH fields, r PacketInfoT fields, r LengthT fields, and MACPacketType field equals the length of the MAC Layer packet. Otherwise, this field shall be included and shall be set to 0x00.

PacketInfoT      For $0 \le j \le r$, the $j^{th}$ occurrence of this field as shown below.

| Field | Length (bits) |
|-------|---------------|
| ForwardTrafficMACIndex | 8 |

ForwardTrafficMACIndex

The $j^{th}$ occurrence of this field shall be set to 128 less than the ForwardTrafficMACIndex of the access terminal to which the $(n+j)^{th}$

Security Layer packet is addressed. The access network shall use the ForwardTrafficMACIndex assigned to the access terminal by the sector transmitting this MAC Layer packet for the CDMA Channel and interlace on which the MAC Layer packet is to be transmitted.

LengthT                The $j^{th}$ occurrence of this field shall be set to the length, in octets, of the $(n+j)^{th}$ Security Layer packet in this MAC Layer packet.

MACPacketType          The access network shall set this field to '00'.

10.8.6.1.2 Preamble MAC Index

The Forward Traffic Channel transmits at most one MAC Layer Packet at any given time on a given CDMA Channel. The transmission of a MAC Layer packet on the Forward Traffic Channel is preceded by the transmission of a Preamble MAC Index. The Preamble MAC Index preceding a Single User MAC Layer packet specifies the address of the Single User MAC Layer packet. The Preamble MAC Index preceding a Multi-User MAC Layer packet specifies the MAC Layer Packet Size of the Multi-User MAC Layer packet.

When transmitting a Single User MAC Layer packet to an access terminal on the Forward Traffic Channel, the access network shall set the Preamble MAC Index to the ForwardTrafficMACIndex assigned to the access terminal by the transmitting sector for the CDMA Channel and the interlace on which the packet is to be transmitted. When transmitting a Multi-User MAC Layer packet on the Forward Traffic Channel, the access network shall set the Preamble MAC Index based on the size of the packet, in accordance with Table 10.8.6.1.2-1.

**Table 10.8.6.1.2-1 Preamble MAC Index of Multi-User MAC packets**

| MAC Layer Packet Size (bits) | Preamble MAC Index |
|---|---|
| 98, 226, 482, or 994 | MUPPreambleBase |
| 2018 | MUPPreambleBase + 1 |
| 3042 | MUPPreambleBase + 2 |
| 4066 | MUPPreambleBase + 3 |
| 5090 | MUPPreambleBase + 4 |

10.8.6.1.3 Forward Traffic Channel Addressing

A Single User MAC Layer packet is addressed to one access terminal, while different Security Layer packets embedded in a Multi-User MAC Layer packet may be addressed to different access terminals. When transmitting a Single User packet, the ForwardTrafficMACIndex of the access terminal is indicated by the Preamble MAC Index. When transmitting a Multi-User packet, the ForwardTrafficMACIndex of the access terminal is specified in the PacketInfoH or PacketInfoT field of the MAC Layer Header or

MAC Layer Trailer respectively, corresponding to the Security Layer packet being addressed to the access terminal.

### 10.8.6.1.4 Transmission Format of the Forward Traffic Channel

After constructing a MAC Layer packet, the protocol sends the MAC Layer packet along with a preamble MAC Index, transmission format and CDMA Channel to the Physical Layer. The Physical Layer protocol encapsulates the MAC Layer packet in a Physical Layer packet and embeds the preamble MAC Index in a packet preamble. The packet preamble and the Physical Layer packet are transmitted on the Forward Traffic Channel in accordance with the transmission format specified by the Multicarrier Forward Traffic Channel MAC protocol.

The transmission format of the Forward Traffic Channel is represented by an 3-tuple of numbers Physical Layer Packet Size, Termination Target, and PreambleLength, and are defined as follows:

- Physical Layer Packet Size: the total number of bits in the Physical Layer packet, which encapsulates the MAC Layer packet.

- Termination Target: the nominal number of slots over which the Physical Layer packet is transmitted on the Forward Link.

- Maximum Span: the maximum number of slots over which the Physical Layer packet is transmitted on the Forward Link.

- Preamble Length: the number of chips of the packet preamble.

The Nominal Data Rate of a transmission format may be computed by dividing the Physical Layer Packet Size by the Termination Target. For example, the transmission format represented by the 3-tuple (512, 4, 256) has a Nominal Data Rate of 76.8 kbps. The actual transmit duration of a packet may be smaller than its Termination Target; consequently, the actual data rate of a packet may be higher than its Nominal Data Rate.

A transmission format is defined to be consistent with a MAC Layer packet if the size of the MAC Layer packet is equal to the Physical Layer Packet Size of the transmission format, less 30 bits (FCS + Tail). Table 10.8.6.1.4-1 provides the set of all transmission formats defined by the Multicarrier Forward Traffic Channel MAC protocol, as well as the list of all transmission formats consistent with MAC Layer packets of each size.

TIA-856-B                                                                        MAC Layer

**Table 10.8.6.1.4-1 List of all Transmission Formats Consistent with each MAC Layer Packet Size**

| MAC Layer Packet Size (bits) | List of consistent Transmission Formats (Physical Layer Packet Size (bits), Termination Target (slots), Preamble Length (chips)) |
|---|---|
| 98 | (128, 16, 1024), (128, 8, 512), (128, 4, 256), (128, 2, 128), (128, 1, 64) |
| 226 | (256, 16, 1024), (256, 8, 512), (256, 4, 256), (256, 2, 128), (256, 1, 64) |
| 482 | (512, 16, 1024), (512, 8, 512), (512, 4, 256), (512, 2, 128), (512, 1, 64), (512, 2, 64), (512, 4, 128) |
| 994 | (1024, 4, 64), (1024, 16, 1024), (1024, 8, 512), (1024, 4, 256), (1024, 2, 128), (1024, 1, 64), (1024, 2, 64), (1024, 4, 128) |
| 2018 | (2048, 4, 64), (2048, 4, 128), (2048, 2, 64), (2048, 1, 64) |
| 3042 | (3072, 4, 64), (3072, 2, 64), (3072, 1, 64) |
| 4066 | (4096, 4, 64), (4096, 2, 64), (4096, 1, 64) |
| 5090 | (5120, 4, 64), (5120, 2, 64), (5120, 1, 64) |
| 6114 | (6144, 4, 64), (6144, 2, 64), (6144, 1, 64) |
| 7138 | (7168, 4, 64), (7168, 2, 64), (7168, 1, 64) |
| 8162 | (8192, 4, 64), (8192, 2, 64), (8192, 1, 64) |

When passing the MAC Layer packet and Transmission Format from the MAC Layer Protocol to the Physical Layer Protocol, the access network shall specify a Transmission Format that is consistent with the MAC Layer packet.

10.8.6.1.5 Data Rate Control and Data Source Control Channels

This section defines the procedures for transmitting the DRC and DSC Channels associated with each sub-Active Set in the access terminal's Active Set.

The access terminal transmits a DRC Channel corresponding to each sub-Active Set as indicated by public data of the Route Update Protocol in the Variable Rate State, as well as in the Fixed DRC State. The access terminal transmits a DSC Channel corresponding to each sub-Active Set as indicated by public data of the Route Update Protocol in the Variable Rate State, as well as in the Fixed DRC State.

The DSC Channel transmission is either a null-cover or a cell-cover. The DSC symbol index 0 is called the "null cover". If the DSC is a cell-cover, it specifies the Forward Link Data Source represented by the cell cover. A Forward Link Data Source (or equivalently, a Data Source) of the access terminal is a group of pilots in the sub-Active Set that maintain a common forward link data queue for the access terminal. Pilots in the sub-Active Set of an access terminal belonging to the same cell constitute a Data Source of the access terminal. The access terminal is defined to be pointing the DSC at a Forward Link Data Source, if the DSC transmitted by the access terminal is the cell cover associated with that Data Source.

Each DRC Channel transmission consists of a DRC cover and a DRC value. The access terminal uses (DRC value, DRC cover) or (DRC value, auxiliary DRC cover) to specify the set of requested transmission formats.  The access terminal shall use the DRC cover or the DSC and the auxiliary DRC cover to specify the requested pilot for packet transmission. The access terminal shall use either the DRC cover index 0, the 3-bit DRC Cover index, or the 3-bit auxiliary DRC Cover index associated with a sector in its sub-Active Set. The DRC cover index 0 is called the "null cover".  A DRC cover or an auxiliary DRC cover that corresponds to a pilot in the sub-Active Set of the access terminal is called a "pilot cover". Each pilot in the access terminal's sub-Active Set is associated with one pilot cover (DRC Cover) or two pilot covers (DRC Cover and Auxiliary DRC Cover).  The access terminal may have an auxiliary DRC cover associated with some of the pilots in its sub-Active Set.

The access terminal shall set the DRC value to a 5-bit DRC index, ranging from 0x0 to 0x1a. The DRC index 0 is also known as the null-rate DRC. Each DRC index is associated with a Rate Metric, a Termination Target, a Maximum Span, a list of Single User transmission formats and a list of Multi-User transmission formats, as shown in Table 10.8.6.1-2. Among the Single User transmission formats associated with a DRC index, the transmission format with the largest Physical Layer Packet Size is defined to be the canonical transmission format of the DRC index. In Table 10.8.6.1-2, the canonical transmission format of each DRC index is typed in **_bold italics_**. The Rate Metric of a non-zero DRC index is equal to the Nominal Data Rate (in kbps) of the canonical transmission format of the DRC index. The Termination Target for each DRC Index specifies the nominal duration over which the transmission formats associated with the DRC index are transmitted. The Maximum Span for each DRC Index specifies the maximum duration over which the Single User canonical transmission formats associated with the DRC index are transmitted. The actual transmit duration of a single user packet with canonical transmission format may be longer than its Termination Target, up to its Maximum Span; consequently the actual data rate of a packet may be lower than its Nominal Data Rate.

TIA-856-B                                                              MAC Layer

**Table 10.8.6.1-2 Rate Metric, Termination Target, Maximum Span, and Lists of Associated Transmission Formats**

| DRC Index | Rate Metric (kbps) | Termination Target (slots) | Maximum Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|---|
| 0x00 | 0 | 16 | 16 | (128, 16, 1024), (256, 16, 1024), (512, 16, 1024), **(1024, 16, 1024)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x01 | 38.4 | 16 | 16 | (128, 16, 1024), (256, 16, 1024), (512, 16, 1024), **(1024, 16, 1024)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x02 | 76.8 | 8 | 8 | (128, 8, 512), (256, 8, 512), (512, 8, 512), **(1024, 8, 512)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x03 | 153.6 | 4 | 8 | (128, 4, 256), (256, 4, 256), (512, 4, 256), **(1024, 4, 256)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x04 | 307.2 | 2 | 4 | (128, 2, 128), (256, 2, 128), (512, 2, 128), **(1024, 2, 128)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |
| 0x05 | 307.2 | 4 | 8 | (512, 4, 128), (1024, 4, 128), **(2048, 4, 128)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x06 | 614.4 | 1 | 4 | (128, 1, 64), (256, 1, 64), (512, 1, 64), **(1024, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256) |

MAC Layer                                                                    TIA-856-B

| DRC Index | Rate Metric (kbps) | Termination Target (slots) | Maximum Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|---|
| 0x07 | 614.4 | 2 | 4 | (512, 2, 64), (1024, 2, 64), **(2048, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x08 | 921.6 | 2 | 4 | (1024, 2, 64), **(3072, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64) |
| 0x09 | 1228.8 | 1 | 4 | (512, 1, 64), (1024, 1, 64), **(2048, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x0a | 1228.8 | 2 | 4 | **(4096, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64) |
| 0x0b | 1843.2 | 1 | 4 | (1024, 1, 64), **(3072, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64) |
| 0x0c | 2457.6 | 1 | 4 | **(4096, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), |

TIA-856-B                                                                          MAC Layer

| DRC Index | Rate Metric (kbps) | Termination Target (slots) | Maximum Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|---|
| | | | | | (4096, 2, 64) |
| 0x0d | 1536 | 2 | 4 | *(5120, 2, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0x0e | 3072 | 1 | 4 | *(5120, 1, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0x0f | N/A | N/A | N/A | *N/A* | N/A |
| 0x10 | 460.8 | 4 | 8 | (1024, 4, 64), (2048, 4, 64), *(3072, 4, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x11 | 614.4 | 4 | 8 | (1024, 4, 64), (2048, 4, 64), *(4096, 4, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x12 | 768.0 | 4 | 8 | (1024, 4, 64) (2048, 4, 64) *(5120, 4, 64)* | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x13 | 921.6 | 4 | 8 | (2048, 4, 64), *(6144, 4, 64)* | (128, 4, 256), (256, 4, 256), |

MAC Layer                                                                    TIA-856-B

| DRC Index | Rate Metric (kbps) | Termination Target (slots) | Maximum Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|---|
| | | | | | (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x14 | 1075.2 | 4 | 8 | (1024, 4, 64), **(7168, 4, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x15 | 1228.8 | 4 | 8 | **(8192, 4, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128) |
| 0x16 | 1843.2 | 2 | 4 | (2048, 2, 64), **(6144, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0x17 | 2150.4 | 2 | 4 | (1024, 2, 64), **(7168, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0x18 | 2457.6 | 2 | 4 | **(8192, 2, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), |

TIA-856-B                                                                      MAC Layer

| DRC Index | Rate Metric (kbps) | Termination Target (slots) | Maximum Span (slots) | List of Associated Single User Transmission Formats | List of Associated Multi-User Transmission Formats |
|---|---|---|---|---|---|
| | | | | | (5120, 2, 64) |
| 0x19 | 3686.4 | 1 | 4 | (2048, 1, 64), **(6144, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0x1a | 4300.8 | 1 | 4 | (1024, 1, 64), **(7168, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |
| 0x1b | 4915.2 | 1 | 4 | **(8192, 1, 64)** | (128, 4, 256), (256, 4, 256), (512, 4, 256), (1024, 4, 256), (2048, 4, 128), (3072, 2, 64), (4096, 2, 64), (5120, 2, 64) |

The canonical packet size of a DRC index is defined to be the Physical Layer Packet Size of the canonical transmission format of that DRC index.

The access terminal and the access network shall support all packet formats associated with DRC indices 0x00 through 0x0e. The access terminal and the access network should support all packet formats associated with DRC indices 0x10 through 0x1b. The access terminal and the access network shall support all the packet formats associated with DRC indices 0x10 through 0x1b for which the data rate is less than or equal to that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute, and for which the packet size is less than or equal to that indicated by the MaxOptionalPacketSize parameter of the ATSupportedPacketFormats arttribute.

A Single User Transmission Format associated with a DRC index shown in Table 10.8.6.1-2 is defined to be compatible with the DRC index, if at least one of the following conditions is met:

- The given transmission format coincides with the canonical transmission format of the DRC index, or

- The canonical packet size of the DRC index is strictly less than the value of the ShortPacketsEnabledThresh parameter of the ATSupportedPacketFormats attribute.

The access terminal shall obey the following rules when transmitting the DRC Channel:

- Access terminal shall use DRCLength slots to send a single DRC. The DRC (value and cover) is defined to take effect at the slot boundary following the end of its transmission, and stay in effect for DRCLength slots.

- If the DRC cover changes in slot T the access terminal shall set DRCChannelGain equal to DRCChannelGainBase + DRCChannelGainBoost from slot T through slot (T + DRCBoostLength − 1). Otherwise, the access terminal shall set the DRCChannelGain equal to DRCChannelGainBase.

- The DRC (value and cover) shall not change in slots other than T such that:

$$(T + 1 - FrameOffset) \bmod DRCLength = 0,$$

where T is the CDMA System Time in slots.

- If the value of the DRCGating attribute is equal to 1, the access terminal shall transmit the DRC over a one slot duration, starting in slot T that satisfies the following equation:

$$(T + 2 - FrameOffset) \bmod DRCLength = 0,$$

where T is the CDMA System Time in slots.

The access terminal shall obey the following rules when transmitting the DSC Channel:

- Access terminal shall use DSCLength slots to send a single DSC. The DSC is defined to take effect one slot after the end of its transmission and to stay in effect for DSCLength slots.

- The DSC shall not change in slots other that T such that:

$$[T + 1 + 15 \times FrameOffset] \bmod DSCLength = 0,$$

where T is the CDMA System Time in slots[106].

---

[106] Note that [T + 1 + 15 × FrameOffset] = (T + 1 − FrameOffset) + (16 × FrameOffset), where the first term on the right hand side ensures that DSC symbol boundaries coincide with DRC symbol boundaries, and the second term enables frame offset staggering of DSC symbol boundaries over the maximum allowed value of DSC length (i.e., 256 slots).

- If the DSC changes in slot T the access terminal shall set DSCChannelGain equal to DSCChannelGainBase + DSCChannelGainBoost from slot T through slot (T + DSCBoostLength − 1). Otherwise, the access terminal shall set the DSCChannelGain equal to DSCChannelGainBase.

- The access terminal receives DRCLock bits associated with every cell in each sub-Active Set. The CDMA Channel and the MAC Index on which the DRCLock bits are received are public data of the Route Update Protocol. If the access terminal receives a DRCLock bit that is set to '0' from a cell associated with a pilot in its active set and the access terminal is pointing its DRC to a pilot associated with that cell, then the access terminal should not point the DSC to the Data Source associated with that pilot.

When transmitting the DRC Channel, the access terminal shall set the DRC cover according to the following rules:

- If the access terminal's current DRC cover or auxiliary DRC cover is a pilot cover, then the access terminal's next DRC cover or auxiliary DRC cover shall not be a different pilot cover. It may only be a cover for the same pilot or a null cover.

- If the DRC cover or auxiliary DRC cover is a pilot cover and the Data Source indicated by the DSC is included in the terminals active set and the DRCLock bit associated with that Data Source is set to '1', then the pilot indicated by the DRC cover or auxiliary DRC cover shall belong to the Data Source indicated by the DSC that is in effect during the next DRCLength slots following transmission of the DRC.

- If the access terminal transmits a pilot cover when the DSC associated with that sub-Active Set is not in effect, then the pilot cover shall be set to a DRC cover, and shall not be set to an auxiliary DRC cover.

- If the access terminal's most recent pilot cover belongs to pilot A, then the access terminal shall not use a pilot cover corresponding to any other pilot B, until the access terminal has determined that packets that may be transmitted to the access terminal from pilot B will not overlap in time with packets transmitted from sector A.

A DRC transmitted by the access terminal is defined to be sustainable with respect to a sector $S$ in the active set of the access terminal, if one of the following conditions is met:

- The DRC value is zero, or

- The access terminal is capable of receiving any MAC layer packet from pilot S, provided the transmission format of the packet is compatible with the DRC value, and the packet transmission begins when the DRC is in effect.

When transmitting the DRC Channel, the access terminal shall set the DRC value according to the following rules:

- If the access terminal sets the DRC cover or auxiliary DRC cover to a pilot cover, it shall set the DRC value as follows:

    - The access terminal shall set the Tentative DRC value to a DRC index with the maximum Rate Metric, such that the DRC is sustainable with respect to the pilot denoted by the DRC cover or auxiliary DRC cover.

- The access terminal shall set the Transmitted DRC value to four least significant bits (LSBs) of the result of the DRC value specified by TxDRCMap$N$ that corresponds to the Tentative DRC value, where $N$ is the hexadecimal value of the DRC index, and TxDRCMap$N$ is the corresponding parameter of the TentativeDRCtoTxDRCMap attribute. If the most significant bit (MSB) of the DRC value specified by TxDRCMap$N$ of the Tentative DRC value is '1', the access terminal shall use the auxiliary DRC cover associated with the pilot. Otherwise, the access terminal shall use the DRC cover associated with the pilot.

- If the access terminal sets the DRC cover to the null cover, it shall set the DRC value as follows:

  - The access terminal shall set the Tentative DRC value to a DRC index with the maximum Rate Metric, such that the DRC is sustainable with respect to the best pilot in its sub-Active Set.

  - The access terminal shall set the Transmitted DRC value to the DRC value specified by TxDRCMap$N$ that corresponds to the Tentative DRC value, where $N$ is the hexadecimal value of the DRC index, and   TxDRCMap$N$ is the corresponding parameter of the TentativeDRCtoTxDRCMap attribute.

  - The access terminal shall not use the optional transmission format when it sets the DRC cover to the null cover.

The access terminal and the access network shall set the TxDRCMap$N$ parameters of the TentativeDRCtoTxDRCMap attribute such that both of the following conditions are satisfied:

- Rate Metric of the DRC index corresponding to the Transmitted DRC value shall be less than or equal to that of the DRC index corresponding to the Tentative DRC value, and

- Termination Target of the DRC index corresponding to the Transmitted DRC value shall be greater than or equal to that of the DRC index corresponding to the Tentative DRC value.

An access terminal is defined to be a potential target of a Single User MAC Layer packet if the packet is addressed to the access terminal, and is received using a transmission format, transmitting pilot, and the start time that could be used to receive a Single-User packet to the access terminal. An access terminal is defined to be a potential target of a Multi-User MAC Layer packet if the packet is received using a transmission format, transmitting pilot, and the start time that could be used to receive a Multi-User packet.

A slot t is defined to be a continuation of an earlier slot s, if the following conditions are met:

- The access terminal is a potential target of a packet for which the reception began in slot s.

- The slot t is in the same forward link interlace as the slot s; i.e., (t − s) mod 4 = 0.

- $s < t < s + 4 \times \min(N_1, N_2, \text{MinimumContinuationSpan})$, where $N_1$ denotes the Termination Target of the packet whose reception began in slot s and $N_2$ denotes the Termination Target of the DRC index corresponding to the DRC value that is in effect during slot s (according to Table 10.8.6.1-2).

- Prior to slot t, the access network has not received a positive acknowledgment for the packet for which the reception began in slot s.

If the access terminal is a potential target of a packet transmitted by a pilot starting in slot s, the access network shall not transmit another packet from the same Forward Link Data Source to the access terminal in any slot t that is a continuation of slot s.

A slot t is defined to be an extension of an earlier slot s, if the following conditions are met:

- The access terminal is a potential target of a packet for which the reception began in slot s.

- The slot t is in the same forward link interlace as the slot s; i.e., $(t - s) \bmod 4 = 0$.

- $s + 4 \times N_1 \le t < s + 4 \times N_3$, where $N_1$ denotes the Termination Target of the packet whose reception began in slot s and $N_3$ denotes the Maximum Span of the DRC index corresponding to the DRC value that is in effect during slot s (according to Table 10.7.6.1-2).

- Prior to slot t, the access network has not received a positive acknowledgment for the packet for which the reception began in slot s.

10.8.6.1.6 Command Processing

10.8.6.1.6.1 Activate

If this protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall transition to the Variable Rate State.

If this protocol receives the command in any other state it shall be ignored.

10.8.6.1.6.2 Deactivate

If the protocol receives a *Deactivate* command in the Variable Rate State or the Fixed DRC State,

- The access terminal shall cease monitoring the Forward Traffic Channel, shall cease transmitting the DRC and DSC Channels, and shall transition to the Inactive State.

- The access network should cease transmitting the Forward Traffic Channel to this access terminal, should cease receiving the DRC and DSC channels from this access terminal, and should transition to the Inactive State.

If this command is received in the Inactive State it shall be ignored.

10.8.6.1.7 Inactive State

When the protocol is in the Inactive State, the access terminal and the access network wait for an *Activate* command.

10.8.6.1.8 Variable Rate State

In the Variable Rate State, the access network transmits one Forward Traffic Channel per sub-Active Set using a sector and transmission format determined by the DRC Channel(s) and the DSC Channel(s) transmitted by the access terminal.

The access terminal shall perform the supervision procedures described in 10.8.6.1.10.1 in the Variable Rate State.

10.8.6.1.8.1 Packet Transmission and DRC Requirements

10.8.6.1.8.1.1 Access Terminal Requirements

The access terminal shall transmit a cell cover on the DSC Channel. The access terminal shall set the cell cover to the value indicated by one of the DSC fields received in the last TrafficChannelAssignment message.

The access terminal may inhibit transmission of data from pilots belonging to a sub-Active Set by setting the corresponding DRC cover and the auxiliary DRC cover to the null cover.

In the Variable Rate State, a slot t is defined to be open at the access terminal, if slot t is not the continuation of any previous slot, and the DRC in effect during slot t contains a pilot cover. The pilot denoted by the pilot cover is defined to be the serving pilot of the access terminal at slot t in the sub-Active Set that the pilot belongs to. In any open slot T, the access terminal shall attempt to receive a MAC Layer packet from the serving pilot, whose transmission begins in slot T and whose packet type and transmission format are compatible with the DRC value in effect at slot T.

10.8.6.1.8.1.2 Access Network Requirements

The access network shall obey the following rules when processing the DRC and sending a packet to the access terminal:

- If the access network transmits a packet to the access terminal starting in slot T, it shall do so from the pilot associated with the DRC cover or the auxiliary DRC cover in effect at slot T.

- If the access network transmits a MAC Layer packet to the access terminal starting in slot T, it shall use a packet type and transmission format compatible with the DRC value in effect at slot T.

The access network shall discard the FixedModeXoff message if the access network receives the message in the Variable Rate State.

10.8.6.1.8.2 Transitions from the Variable Rate State

The access terminal may initiate procedures for transitioning to the Fixed DRC State at any time. The access terminal shall perform the following steps in order to transition to the Fixed DRC State:

- The access terminal shall start covering all DRC channels with the null cover

- The access terminal shall set all DSC channels to the null cover .

- The access terminal shall wait until it has determined that it will not be served by any pilot and then, the access terminal shall send the FixedModeEnable message specifying:

  – A pilot in each sub-Active Set.

  – A data rate associated with the pilot identified above.

  – An "end time" for the operation in the Fixed DRC State.

The access terminal shall transition to the Fixed DRC State after sending a FixedModeEnable message. The access network shall transition to the Fixed DRC State after receiving of a FixedModeEnable message.

10.8.6.1.9 Fixed DRC State

While in this state, the access terminal may send a FixedModeEnable message (e.g., to extend the EndTime specified in the last FixedModeEnable message). If the access terminal sends a FixedModeEnable message in this state, then the access terminal shall set the fields included in the message according to the following rules:

- The <DRCCover, TCAMessageSequence> pair of fields included in the message shall be set to the value of the <DRCCover, TCAMessageSequence> specified in the last FixedModeEnable message sent,

- The DRCValue field included in the message shall be set to the value of the DRCValue specified in the last FixedModeEnable message sent, and

- The EndTime field included in the message shall not specify a time earlier than the time specified by the EndTime included in the last FixedModeEnable message sent.

The access terminal shall perform the supervision procedures described in 10.8.6.1.10.1 in the Fixed DRC State.

If the access terminal is not able to receive Forward Traffic Channel MAC Layer packets from the pilot(s) specified in the last FixedModeEnable message at the rate compatible with the DRCValue specified in that message, it should send at least one FixedModeXoff message to the access network[107]. The access network should not start transmission of any new Forward Traffic Channel MAC Layer packets to the access terminal after reception of a FixedModeXoff message until the access network transitions to the Variable Rate State.

10.8.6.1.9.1 Packet Transmission Requirements

10.8.6.1.9.1.1 Access Terminal Requirements

The access terminal shall transmit the null cover on the DSC Channel.

---

[107] Note that sending an FixedModeXoff message does not cause a transition out of the Fixed DRC State. The process of determining the precise time to send the FixedModeXoff message when access terminal is not able to receive Forward Traffic Channel MAC layer packets is left to the access terminal implementation.

In the Fixed DRC state, a slot t is said to be open if it is not the continuation of any previous slot. The pilot denoted by the DRCCover field of the most recent FixedModeEnable message is defined to be the serving pilot of the access terminal.

In any open slot T, the access terminal shall attempt to receive a MAC Layer packet from the serving pilot(s), whose transmission begins in slot T and whose packet type and transmission format are compatible with the DRC index specified by the DRCValue field(s) of the most recent FixedModeEnable message.

10.8.6.1.9.1.2 Access Network Requirements

The access network shall obey the following rules when processing the DRC and sending a packet to the access terminal:

- If the access network transmits a packet to the access terminal starting in slot T, it shall do so from the pilot denoted by the DRCCover field in the most recent FixedModeEnable message from the access terminal.

- If the access network transmits a Single User packet to the access terminal starting in slot T, it shall use a packet type and transmission format that are compatible with the DRC index specified by the DRCValue field of the most recent FixedModeEnable message from the access terminal.

10.8.6.1.9.2 Transitions from the Fixed DRC State

The access terminal shall transition to the Variable Rate State when either of the following conditions is satisfied:

- If the current CDMA System Time is greater than or equal to the time specified by the EndTime field in the last FixedModeEnable message sent.

- If the pilot specified in the last sent FixedModeEnable message is no longer a member of the access terminal's Active Set.

The access network shall transition to the Variable Rate State when either of the following conditions is satisfied:

- If the current CDMA System Time is greater than or equal to the time specified by the EndTime field in the last FixedModeEnable message received.

- If the access network determines that pilot specified in the last received FixedModeEnable message is no longer a member of the access terminal's Active Set.

The time specified by EndTime (denoted by EndTimeLong) is computed as follows:

$$EndTimeLong = SystemTime + (EndTime - SystemTime[15:0]) \bmod 2^{16},$$

where, SystemTime is the current CDMA System Time in units of slots.

1  10.8.6.1.10 Supervision Procedures

2  10.8.6.1.10.1 DRC Supervision

The access terminal shall perform the DRC supervision independently for each of the assigned reverse CDMA channels. The assigned reverse CDMA Channels are public data of the Route Update Protocol. In the following procedures the Tentative DRC refers to the Tentative DRC associated with a sub-Active set that carries the reverse power control bits for that reverse link CDMA channel.  The set of reverse CDMA channels that receive RPC commands from a particular sub-Active set is referred to as reverse CDMA channel associated with that sub-Active set.

The following figure shows an example in which  the supervision for the reverse link CDMA channel 'y' is performed based on the Tentative DRC_b because that is the Tentative DRC associated with the sub-Active set that transmits power control bits associated with reverse link CDMA channel 'y'.



**Figure 10.8.6-3. Example of the RPC and DRC Mapping Related to DRC supervision**

The access terminal shall perform supervision on the DRC Supervision for each of the assigned reverse CDMA channels associated with a sub-Active set (as defined above)  as follows:

- The access terminal shall maintain a DRC supervision timer for each assigned reverse CDMA channel.

- The access terminal shall set the DRC supervision timer for (DRCSupervisionTimer × 10) + 240 ms when the  Tentative DRC of the associated sub-Active set is a null rate DRC.

- The access terminal shall disable the timer if the DRC supervision timer is active and any of the following conditions is true:

  – the access terminal's Tentative DRC of the associated sub-Active set indicates a non-null rate

  – the access terminal successfully receives a Forward Traffic Channel packet or a Control Channel packet from a member of the associated sub-Active set

- If the DRC supervision timer expire, the access terminal shall disable transmission of the corresponding Reverse Traffic Channel  and set the Reverse Traffic Channel Restart timer for time $T_{FTCMPRestartTx}$ for that reverse link CDMA Channel.

- If the Reverse Traffic Channel Restart timer is active and not expired, and either of the following two conditions is satisfied, then the access terminal shall disable the Reverse Traffic Channel Restart timer for that reverse link CDMA Channel and shall enable transmission of the Reverse Traffic Channel on that reverse link CDMA Channel.

  – The access terminal generates consecutive Tentative DRC values that correspond to non-null rates for more than $N_{FTCMPRestartTx}$ slots for the associated sub-Active set, or

  – the access terminal successfully receives a Forward Traffic Channel packet or a Control Channel packet from a member of the e associated sub-Active set.

- If the Reverse Traffic Channel Restart timer expires for a reverse link CDMA channel, the access terminal shall generate a *ReverseTrafficChannelRestartTimerExpired* indication along with arguments indicating the reverse CDMA Channel associated with the expired Restart timer.

- If the Reverse Traffic Channel Restart timers expire for all reverse link CDMA Channels, then the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

10.8.6.1.10.2 ForwardTrafficValid Monitoring

The access terminal shall monitor the bit associated with its ReverseLinkMACIndex in the ForwardTrafficValid63To0 or ForwardTrafficValid127To64 fields made available as public data by the Overhead Messages protocol. If the Overhead Messages Protocol does not provide a ForwardTrafficValid63To0 or ForwardTrafficValid127To64 field associated with the access terminal, then the access terminal shall behave as if the field were set to '0'. If this field is set to '0', then the access terminal shall return a *SupervisionFailed* indication and transition to the Inactive State.

10.8.6.2 Message Formats

10.8.6.2.1 FixedModeEnable

The access terminal sends the FixedModeEnable message to indicate a transition to the Fixed DRC State.

TIA-856-B                                                                          MAC Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TCAMessageSequence | 8 |
| NumSubActiveSets | 5 |

NumSubActiveSets occurrences of the following record:

| | |
|---|---|
| DSC | 3 |
| DRCCover | 3 |
| DRCValue | 4 |

| | |
|---|---|
| EndTime | 16 |
| Reserved | 0 – 7 (as needed) |

1   MessageID                The access terminal shall set this field to 0x00.

2   TCAMessageSequence

3                            The access terminal shall set this field to the MessageSequence field
4                            of the TrafficChannelAssignment message that specifies the
5                            association between the DRCCover field in this message and the
6                            sector in the Active Set.

7   NumSubActiveSets

8                            The access terminal shall set this field to the number of sub-Active
9                            Sets assigned to the access terminal in the
10                           TrafficChannelAssignment message with MessageSequence field
11                           equal to the TCAMessageSequence field of this message.

12  DSC                      The $i^{th}$ occurrence of this field corresponds to the sub-Active Set
13                           associated with the $i^{th}$ unique (FeedbackMultiplexIndex,
14                           FeedbackReverseChannelIndex) pair that the access terminal has
15                           been assigned in the order of occurrence of unique
16                           (FeedbackMultiplexIndex, FeedbackReverseChannelIndex) pairs in
17                           the TrafficChannelAssignment message whose MessageSequence
18                           field is equal to the TCAMessageSequence field of this message. The
19                           access terminal shall set the $i^{th}$ occurrence of this field to the DSC
20                           value associated with the cell in the sub-Active Set from which it
21                           wants to receive packets on the Forward Traffic Channel of the
22                           corresponding CDMA Channel.

23  DRCCover                 The $i^{th}$ occurrence of this field corresponds to the sub-Active Set
24                           associated with the $i^{th}$ unique (FeedbackMultiplexIndex,
25                           FeedbackReverseChannelIndex) pair that the access terminal has

been assigned in the order of occurrence of unique (FeedbackMultiplexIndex, FeedbackReverseChannelIndex) pairs in the TrafficChannelAssignment message whose MessageSequence field is equal to the TCAMessageSequence field of this message. The access terminal shall set the $i^{th}$ occurrence of this field to the DRC cover associated with the pilot in the sub-Active Set from which it wants to receive packets on the Forward Traffic Channel of the corresponding CDMA Channel.

DRCValue        The $i^{th}$ occurrence of this field corresponds to pilot pointed to by the $i^{th}$ DRCCover field. The access terminal shall set this field to one of the valid DRC values (or DRC indices) in 10.8.6.2.1.EndTime  The access terminal shall set this field to the least significant 16 bits of the CDMA System Time in units of slots until which (inclusive) it requests to remain in the Fixed DRC State.

Reserved        The access terminal shall add reserved bits to make the length of the entire message equal to an integer number of octets. The access terminal shall set these bits to '0'. The access network shall ignore this field.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

## 10.8.6.2.2 FixedModeXoff

The access terminal sends the FixedModeXoff message if it is not able to receive packets from the sector specified in the last FixedModeEnable message at the rate specified in that message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID       The access terminal shall set this field to 0x01.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

## 10.8.6.2.3 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a given attribute.

TIA-856-B                                                                                                    MAC Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID              The sender shall set this field to 0x52.

2   TransactionID          The   sender   shall   increment   this   value   for   each   new
3                          AttributeUpdateRequest message sent.

4   AttributeRecord        The format of this record is specified in 14.3.
5

| **Channels** | FTC     RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

6   10.8.6.2.4 AttributeUpdateAccept

7   The   sender   sends   an   AttributeUpdateAccept   message   in   response   to   an
8   AttributeUpdateRequest message to accept the offered attribute values.  .
9

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

10  MessageID              The sender shall set this field to 0x53.

11  TransactionID          The  sender  shall  set  this  value  to  the  TransactionID  field  of  the
12                         corresponding AttributeUpdateRequest message.
13

| **Channels** | FTC     RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

14  10.8.6.2.5 AttributeUpdateReject

15  The  access  network  sends  an  AttributeUpdateReject  message  in  response  to  an
16  AttributeUpdateRequest message to reject the offered attribute values.
17

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

1  MessageID          The access network shall set this field to 0x54.

2  TransactionID      The sender shall set this value to the TransactionID field of the
3                     corresponding AttributeUpdateRequest message.
4

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

5  10.8.6.3 Interface to Other Protocols

6  10.8.6.3.1 Commands Sent

7  This protocol does not issue any commands.

8  10.8.6.3.2 Indications

9  This protocol does not register to receive any indications.

10  10.8.7 Configuration Attributes

11  Unless specified otherwise, the access terminal and the access network shall not use the
12  Generic Attribute Update Protocol to update configurable attributes belonging to the
13  Multicarrier Forward Traffic Channel MAC Protocol. The access terminal and the access
14  network shall support the use of the Generic Attribute Update Protocol to update values of
15  the following attributes belonging to the Multicarrier Forward Traffic Channel MAC
16  Protocol:

17  • DRCSupervisionTimer

18  • TentativeDRCtoTxDRCMap

19  • DRCChannelGainBoost

20  • DRCBoostLength

21  • DSCChannelGainBoost

22  • DSCBoostLength

23  If the value of the SupportGAUPMUPPreambleBase attribute is 0x01, then the access
24  terminal and the access network shall support the use of the Generic Attribute Update
25  Protocol to update values of the following attribute:

26  • MUPPreambleBase

27  If the value of the SupportGAUPDeltaACKChannelGainMUP attribute is 0x01, then the
28  access terminal and the access network shall support the use of the Generic Attribute

1   Update Protocol to update value of the following attribute belonging to the Multicarrier

2   Forward Traffic Channel MAC Protocol:

3   • DeltaACKChannelGainMUP

4   If the value of the SupportGAUPDeltaACKChannelGainMUP attribute is 0x00, the access

5   network     shall     not     include     the     DeltaACKChannelGainMUP     attribute     in     an

6   AttributeUpdateRequest message.

7   The access terminal shall not send an AttributeUpdateRequest message containing the

8   DeltaACKChannelGainMUP attribute.

9   10.8.7.1 Simple Attributes

10   The negotiable simple attributes for this protocol are listed in Table 10.8.7.1-1. The access

11   terminal shall use as defaults the values in Table 10.8.7.1-1 that are typed in **_bold italics_**.

1

**Table 10.8.7.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | DRCGating | ***0x00*** | Continuous transmission |
| | | 0x01 | Discontinuous transmission |
| 0xfe | DRCLockLength | 0x00 | DRCLock bit is repeated 8 times. |
| | | ***0x01*** | DRCLock bit is repeated 16 times. |
| | | 0x02 | DRCLock bit is repeated 32 times. |
| | | 0x03 | DRCLock bit is repeated 64 times. |
| | | All other values | Reserved |
| 0xfd | DSCLength | ***0x08*** | Length of a single DSC transmission is 64 slots. |
| | | 0x01 to 0x20 | Length of a single DSC transmission in units of 8 slots. |
| | | All other values | Reserved |
| 0xfc | DeltaACKChannelGainMUP | ***0x0c*** | DeltaACKChannelGainMUP is 6 dB. |
| | | 0x00 to 0x12 | DeltaACKChannelGainMUP in units of 0.5 dB. |
| | | 0xff | DeltaACKChannelGainMUP is $-\infty$ dB. |
| | | All other values | Reserved |
| 0xfb | DRCSupervisionTimer | ***0x00*** | DRC Supervision Timer is 0 |
| | | 0x01-0xff | Value of DRC Supervision Timer |
| 0xfa | MinimumContinuationSpan | ***0x04*** | Minimum continuation span is 4 sub-packets |
| | | 0x01-0x03 and 0x05-0x10 | Value of Minimum continuation span in sub-packets |
| | | All other values | Reserved |

TIA-856-B                                                                                    MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xf9 | DSCChannelGainBoost | *0x00* | Increase in DSCChannelGain is 0dB relative to DSCChannelGainBase starting in slot where DSC is changed |
| | | 0x01-0x06 | Increase in DSCChannelGain in dB relative to DSCChannelGainBase starting in slot where DSC is changed |
| | | All other values | Reserved |
| 0xf8 | DSCBoostLength | *0x10* | Number of slots starting with the slot in which the DSC is changed for which the DSC Channel Gain is boosted is 128 slots |
| | | 0x00-0x0F and 0x11-0x40 | Number of slots in units of 8 slots starting with the slot in which the DSC is changed for which the DSC Channel Gain is boosted |
| | | All other values | Reserved |
| 0xf7 | DRCChannelGainBoost | *0x00* | Increase in DRCChannelGain is 0dB relative to DRCChannelGainBase starting in slot where DRC cover is changed |
| | | 0x01-0x06 | Increase in DRCChannelGain in dB relative to DRCChannelGainBase starting in slot where DSC cover is changed |
| | | All other values | Reserved |
| 0xf6 | DRCBoostLength | *0x04* | Number of slots starting with the slot in which the DRC cover is changed for which the DRCChannelGain is boosted is 8 slots |
| | | 0x00-0x03 and 0x05-0x20 | Number of slots in units of 2 slots starting with the slot in which the DRC cover is changed for which the DRCChannelGain is boosted |

MAC Layer                                                                TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | All other values | Reserved |
| 0xf5 | SupportGAUPMUPPreambleBase | *0x00* | Use of Generic Attribute Update Protocol to modify the MUPPreambleBase attribute is not supported |
| | | 0x01 | Use of Generic Attribute Update Protocol to modify the MUPPreambleBase attribute is supported |
| | | All other values | Reserved |
| 0xf4 | MUPPreambleBase | *0x42* | Base MAC Index for Multi-User packet preambles is decimal 66. |
| | | 0x06 to 0x3b and 0x48 to 0x7b | Base MAC Index for Multi-User packet preambles. |
| | | All other values | Reserved |
| 0xf0 | SupportGAUPDeltaACKChannelGainMUP | *0x00* | DeltaACKChannelGainMUP attribute can not be modified using the Generic Attribute Update Protocol. |
| | | 0x01 | DeltaACKChannelGainMUP attribute can be modified using the Generic Attribute Update Protocol. |
| | | All other values | Reserved |

The access terminal shall support the default value of the DRCGating attribute.

10.8.7.2 Complex Attributes

10.8.7.2.1 HandoffDelays Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| SofterHandoffDelay | 8 | 0x01 |
| SoftHandoffDelay | 8 | 0x10 |

Length              Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID         The sender shall set this field to 0x00.

ValueID             The sender shall set this field to an identifier assigned to this complex value.

SofterHandoffDelay  The sender shall set this field to the minimum interruption that the access terminal should expect when the access terminal switches the DRC from one sector to another sector in the same Forward Link Data Source. The sender shall specify this field in units of 8 slots. The access terminal may use this number to adjust its algorithm controlling DRC switching. The access terminal shall support all the values of this field.

SoftHandoffDelay    The sender shall set this field to the minimum interruption that the access terminal should expect when the access terminal changes the DSC from one Forward Link Data Source to another. The sender shall specify this field in units of 8 slots. The access terminal may use this number to adjust its algorithm controlling DSC switching. The access terminal shall support all the values of this field.

10.8.7.2.2 TentativeDRCtoTxDRCMap Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| TxDRCMap01 | 5 | 0x01 |
| TxDRCMap02 | 5 | 0x02 |
| TxDRCMap03 | 5 | 0x03 |
| TxDRCMap04 | 5 | 0x04 |
| TxDRCMap05 | 5 | 0x05 |
| TxDRCMap06 | 5 | 0x06 |
| TxDRCMap07 | 5 | 0x07 |
| TxDRCMap08 | 5 | 0x08 |
| TxDRCMap09 | 5 | 0x09 |
| TxDRCMap0A | 5 | 0x0a |
| TxDRCMap0B | 5 | 0x0b |
| TxDRCMap0C | 5 | 0x0c |
| TxDRCMap0D | 5 | 0x0d |
| TxDRCMap0E | 5 | 0x0e |
| TxDRCMap10 | 5 | 0x05 |
| TxDRCMap11 | 5 | 0x07 |
| TxDRCMap12 | 5 | 0x07 |
| TxDRCMap13 | 5 | 0x08 |
| TxDRCMap14 | 5 | 0x08 |
| TxDRCMap15 | 5 | 0x0a |
| TxDRCMap16 | 5 | 0x0b |
| TxDRCMap17 | 5 | 0x0b |
| TxDRCMap18 | 5 | 0x0c |
| TxDRCMap19 | 5 | 0x0e |
| TxDRCMap1A | 5 | 0x0e |
| TxDRCMap1B | 5 | 0x0e |

}

| Reserved | 0 – 7 (as needed) | N/A |
|----------|-------------------|-----|

TIA-856-B                                                                                      MAC Layer

| | |
|---|---|
| Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| AttributeID | The sender shall set this field to 0x02. |
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| TxDRCMap01 | The sender shall set this field to the DRC value that Tentative DRC 0x01 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x01. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x01. |
| TxDRCMap02 | The sender shall set this field to the DRC value that Tentative DRC 0x02 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x02. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x02. |
| TxDRCMap03 | The sender shall set this field to the DRC value that Tentative DRC 0x03 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC |

index 0x03. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x03.

TxDRCMap04   The sender shall set this field to the DRC value that Tentative DRC 0x04 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x04. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x04.

TxDRCMap05   The sender shall set this field to the DRC value that Tentative DRC 0x05 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x05. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x05.

TxDRCMap06   The sender shall set this field to the DRC value that Tentative DRC 0x06 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x06. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x06.

TxDRCMap07    The sender shall set this field to the DRC value that Tentative DRC 0x07 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x07. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x07.

TxDRCMap08    The sender shall set this field to the DRC value that Tentative DRC 0x08 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x08. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x08.

TxDRCMap09    The sender shall set this field to the DRC value that Tentative DRC 0x09 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x09. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x09.

TxDRCMap0A    The sender shall set this field to the DRC value that Tentative DRC 0x0a maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter

of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x0a. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x0a.

TxDRCMap0B    The sender shall set this field to the DRC value that Tentative DRC 0x0b maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x0b. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x0b.

TxDRCMap0C    The sender shall set this field to the DRC value that Tentative DRC 0x0c maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x0c. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x0c.

TxDRCMap0D    The sender shall set this field to the DRC value that Tentative DRC 0x0d maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the

MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x0d. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x0d.

TxDRCMap0E     The sender shall set this field to the DRC value that Tentative DRC 0x0e maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x0e. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x0e.

TxDRCMap10     The sender shall set this field to the DRC value that Tentative DRC 0x10 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x10. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x10.

TxDRCMap11     The sender shall set this field to the DRC value that Tentative DRC 0x11 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC

MAC Layer                                                          TIA-856-B

index 0x11. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x11.

TxDRCMap12    The sender shall set this field to the DRC value that Tentative DRC 0x012 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x12. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x12.

TxDRCMap13    The sender shall set this field to the DRC value that Tentative DRC 0x013 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x13. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x13.

TxDRCMap14    The sender shall set this field to the DRC value that Tentative DRC 0x014 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x14. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x14.

TxDRCMap15    The sender shall set this field to the DRC value that Tentative DRC 0x015 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x15. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x15.

TxDRCMap16    The sender shall set this field to the DRC value that Tentative DRC 0x016 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x16. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x16.

TxDRCMap17    The sender shall set this field to the DRC value that Tentative DRC 0x017 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x17. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x17.

TxDRCMap18    The sender shall set this field to the DRC value that Tentative DRC 0x018 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate

parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x18. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x18.

TxDRCMap19    The sender shall set this field to the DRC value that Tentative DRC 0x019 maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x19. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x19.

TxDRCMap1A    The sender shall set this field to the DRC value that Tentative DRC 0x01A maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x1A. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x1A.

TxDRCMap1B    The sender shall set this field to the DRC value that Tentative DRC 0x01B maps to. The sender shall not set this field to a DRC value that corresponds to an optional canonical packet format with data rate greater than that indicated by the MaxOptionalDataRate parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value such that the corresponding canonical packet format is optional and the payload size of the corresponding canonical packet format is higher than that indicated

TIA-856-B                                                                MAC Layer

by the MaxOptionalPayloadSize parameter of the ATSupportedPacketFormats attribute. The sender shall not set this field to a DRC value whose Rate Metric is greater than that of DRC index 0x1B. The sender shall not set this field to a DRC value whose Span is less than that of DRC index 0x1B.

Reserved            The sender shall add reserved bits to make the length of the attribute an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

10.8.7.2.3 ATSupportedPacketFormats Attribute

| Field | Length (bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| MaxOptionalDataRate | 4 | 0x0 |
| MaxOptionalPayloadSize | 4 | 0x4 |
| ShortPacketsEnabledThresh | 4 | 0x1 |

}

| Reserved | 0 – 7 (as needed) | N/A |
|----------|-------------------|-----|

Length              Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID         The sender shall set this field to 0x01.

ValueID             The sender shall set this field to an identifier assigned to this complex value.

MaxOptionalDataRate
                    The sender shall set this field to the highest data rate it can support if using the optional data rates as shown in Table 10.8.7.2.3-1.

**Table 10.8.7.2.3-1. Values for MaxOptionalDataRate**

| Maximum Optional Data Rate Supported (kbps) | MaxOptionalDataRate |
|---|---|
| 0.0 | 0x0 |
| 1228.8 | 0x1 |
| 3686.4 | 0x2 |
| 4300.8 | 0x3 |
| 4915.2 | 0x4 |
| All other values | Reserved |

MaxOptionalPayloadSize

The sender shall set this field to the largest payload size it can support as shown in Table 10.8.7.2.3-2.

**Table 10.8.7.2.3-2. Values for MaxOptionalPayloadSize**

| Maximum Optional Physical Payload Supported (bits) | MaxOptionalPayloadSize |
|---|---|
| 5120 | 0x4 |
| 6144 | 0x5 |
| 7168 | 0x6 |
| 8192 | 0x7 |
| All other values | Reserved |

ShortPacketsEnabledThresh

The sender shall set this value according to Table 10.8.7.2.3-3. This field shall be not be set to a value greater than MaxOptionalPayloadSize.

**Table 10.8.7.2.3-3. Values for ShortPacketsEnabledThresh**

| ShortPacketsEnabledThresh (bits) | Field |
|---|---|
| 1024 | 0x0 |
| 2048 | 0x1 |
| 3072 | 0x2 |
| 4096 | 0x3 |
| 5120 | 0x4 |
| 6144 | 0x5 |
| 7168 | 0x6 |
| 8192 | 0x7 |
| All other values | Reserved |

Reserved            The sender shall add reserved bits to make the length of the attribute an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

10.8.7.2.4 ExtendedSpans Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| Field | Length (bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| ExtendedSpansEnabled | 1 | '0' |
| PERTargetSpan | 0 or 1 | N/A |

| Field | Length (bits) | Default |
|---|---|---|
| Reserved | 0 – 7 (as needed) | N/A |

Length            Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x03.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

ExtendedSpansEnabled

        The sender shall set this field to '0' to indicate that packet extensions are disabled and to '1' to indicate that packet extensions are enabled.

PERTargetSpan        If ExtendedSpansEnabled is '0', then the sender shall omit this field. Otherwise, the sender shall set this field as follows: The sender shall set this field to '0' if the DRC Index generation is performed to achieve a target PER after the termination target and to '1' if the DRC generation is performed to achieve a target PER after the maximum span.

Reserved        The sender shall add reserved bits to make the length of this attribute an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

## 10.8.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{FTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S1FTCMPEnhanced}$ | Subtype field for this protocol | 0x0002 |
| $N_{FTCMPRestartTx}$ | Number of consecutive slots of non-null rate DRCs to re-enable the Reverse Traffic Channel transmitter once it is disabled due to DRC supervision failure. | 16 |
| $T_{FTCMPRestartTx}$ | Reverse Channel Restart Timer | 12 Control Channel cycles |

## 10.8.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

The parameter records for this protocol consist of only the configuration attributes of this protocol.

**10.9 Default Reverse Traffic Channel MAC Protocol**

10.9.1 Overview

The Default Reverse Traffic Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit, and for an access network to receive the Reverse Traffic Channel. Specifically, this protocol addresses Reverse Traffic Channel transmission rules and rate control. This protocol operates with the Default (Subtype 0) Physical Layer Protocol or the Subtype 1 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for every access terminal.

This protocol operates in one of three states:

• Inactive State: In this state, the access terminal is not assigned a Reverse Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

• Setup State: In this state, the access terminal obeys the power control commands that it receives from the access network. Data transmission on the Reverse Traffic Channel is not allowed in this state.

• Open State: In this state, the access terminal may transmit data and negotiate different transmission rates on the Reverse Traffic Channel.

The protocol states and the indications and events causing the transition between the states are shown in Figure 10.9.1-1.



**Figure 10.9.1-1. Default (Subtype 0) Reverse Traffic Channel MAC Protocol State Diagram**

10.9.2 Primitives and Public Data

10.9.2.1 Commands

This protocol defines the following commands:

- *Activate*
- *Deactivate*

10.9.2.2 Return Indications

This protocol returns the following indications:

- *LinkAcquired*
- *SupervisionFailed*

10.9.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- RABLength for every pilot in the Active Set
- RABOffset for every pilot in the Active Set
- DataOffsetNom
- DataOffset9k6
- DataOffset19k2
- DataOffset38k4
- DataOffset76k8
- DataOffset153k6
- RPCStep
- $MI_{RTCMAC}$
- $MQ_{RTCMAC}$

10.9.3 Protocol Data Unit

The transmission unit of this protocol is a Reverse Traffic Channel MAC Layer packet. Each packet contains one Security Layer packet.

10.9.4 Protocol Initialization

10.9.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

10.9.4.2 Protocol Initialization for the InUse Protocol Instance

Upon creation, the InUse instance of this protocol in the access terminal and the access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- The protocol at the access terminal and the access network shall enter the Inactive State.

10.9.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.9.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

10.9.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – DataOffsetNom

    – DataOffset9k6

    – DataOffset19k2

    – DataOffset38k4

    – DataOffset76k8

    – DataOffset153k6

1    – RPCStep

2  • If the InUse instance of this protocol has the same subtype as this protocol instance,
3    then

4       – The access terminal and the access network shall set the attribute values
5         associated with the InUse instance of this protocol to the attribute values
6         associated with the InConfiguration instance of this protocol.

7       – The access terminal and the access network shall purge the InConfiguration
8         instance of the protocol.

9  • If the InUse instance of this protocol does not have the same subtype as this protocol
10   instance, then the access network and the access terminal shall perform the following
11   in the order specified:

12      – The access terminal and the access network shall set the initial state for the
13        InConfiguration instance of this protocol to the Inactive State.

14      – The InConfiguration protocol instance shall become the InUse protocol
15        instance for the Reverse Traffic Channel MAC Protocol.

16 • All the public data not defined by this protocol shall be removed from the public data of
17   the InUse protocol.

18 10.9.5.3 Message Formats

19 10.9.5.3.1 ConfigurationRequest

20 The ConfigurationRequest message format is as follows:

21

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

22 MessageID            The sender shall set this field to 0x50.

23 TransactionID        The sender shall increment this value for each new
24                      ConfigurationRequest message sent.

25 AttributeRecord      The format of this record is specified in 14.3.

26

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

10.9.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|---|---|

MessageID              The sender shall set this field to 0x51.

TransactionID          The sender shall set this value to the TransactionID field of the
                       corresponding ConfigurationRequest message.

AttributeRecord        An attribute record containing a single attribute value. If this
                       message selects a complex attribute, only the ValueID field of the
                       complex attribute shall be included in the message. The format of the
                       AttributeRecord is given in 14.3. The sender shall not include more
                       than one attribute record with the same attribute identifier.

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | unicast | Priority | 40 |

10.9.6 Procedures and Messages for the InUse Instance of the Protocol

10.9.6.1 Procedures

The protocol constructs a packet out of the Security Layer packets by adding the MAC
Layer trailer defined in 10.9.6.3.1. The protocol then sends the packet for transmission to
the Physical Layer. The packet structure is shown in Figure 10.9.6-1



**Figure 10.9.6-1. Reverse Traffic Channel MAC Layer Packet Structure**

If the MACLayerFormat field of the MAC Layer trailer is equal to '1', received packets are passed for further processing to the Security Layer after removing the layer-related trailer. The access network shall discard the MAC packet if the MACLayerFormat field of the MAC Layer trailer is equal to '0'. The ConnectionLayerFormat field in the MAC Layer trailer shall be passed to the Security Layer with the Security Layer packet.

The maximum size payload this protocol can support (i.e., the maximum size Security Layer packet that can be carried) is a function of the transmission rate used on the Reverse Traffic Channel. Table 10.9.6-1 provides the transmission rates and corresponding minimum and maximum payload sizes available on the Reverse Traffic Channel.

**Table 10.9.6-1. Reverse Traffic Channel Rates and Payload**

| Transmission Rate (kbps) | Minimum Payload (bits) | Maximum Payload (bits) |
|---|---|---|
| 0.0 | 0 | 0 |
| 9.6 | 1 | 232 |
| 19.2 | 233 | 488 |
| 38.4 | 489 | 1000 |
| 76.8 | 1001 | 2024 |
| 153.6 | 2025 | 4072 |

10.9.6.1.1 Command Processing

10.9.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

- Set $ATI_{LCM}$ to TransmitATI.ATI
- Transition to the Setup State

If the protocol receives this command in any other state it shall be ignored.

10.9.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Setup State or the Open State,

- Access terminal shall cease transmitting the Reverse Traffic Channel and shall transition to the Inactive State.
- Access network shall cease monitoring the Reverse Traffic Channel from this access terminal and shall transition to the Inactive State.

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

10.9.6.1.2 Reverse Traffic Channel Long Code Mask

The access terminal shall set the long code masks for the reverse traffic channel ($MI_{RTCMAC}$ and $MQ_{RTCMAC}$) as follows. The 42-bit mask $MI_{RTCMAC}$ shall be specified as shown in Table 10.9.6.1.2-1.

**Table 10.9.6.1.2-1. Reverse Traffic Channel Long Code Masks**

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{RTCMAC}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Permuted ($ATI_{LCM}$) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Permuted ($ATI_{LCM}$) is defined as follows:

$$ATI_{LCM} = (A_{31}, A_{30}, A_{29}, ..., A_0)$$

$$\text{Permuted } (ATI_{LCM}) =$$

$$(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24},$$
$$A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9).$$

The 42-bit mask $MQ_{RTCMAC}$ shall be derived from the mask $MI_{RTCMAC}$ as follows:

$MQ_{RTCMAC}[k] = MI_{RTCMAC}[k-1],$     for k = 1,...,41

$MQ_{RTCMAC}[0] = MI_{RTCMAC}[0] \oplus MI_{RTCMAC}[1] \oplus MI_{RTCMAC}[2] \oplus MI_{RTCMAC}[4] \oplus MI_{RTCMAC}[5] \oplus$

$MI_{RTCMAC}[6] \oplus MI_{RTCMAC}[9] \oplus MI_{RTCMAC}[15] \oplus MI_{RTCMAC}[16] \oplus MI_{RTCMAC}[17] \oplus$

$MI_{RTCMAC}[18] \oplus MI_{RTCMAC}[20] \oplus MI_{RTCMAC}[21] \oplus MI_{RTCMAC}[24] \oplus MI_{RTCMAC}[25] \oplus$

$MI_{RTCMAC}[26] \oplus MI_{RTCMAC}[30] \oplus MI_{RTCMAC}[32] \oplus MI_{RTCMAC}[34] \oplus MI_{RTCMAC}[41]$

where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{RTCMAC}[i]$ and $MI_{RTCMAC}[i]$ denote the $i$th least significant bit of $MQ_{RTCMAC}$ and $MI_{RTCMAC}$, respectively.

10.9.6.1.3 Inactive State

When the protocol is in the Inactive State the access terminal and the access network wait for an *Activate* command.

10.9.6.1.4 Setup State

10.9.6.1.4.1 Access Terminal Requirements

The access terminal shall set a timer for $T_{RTCMPATSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access terminal shall return a *SupervisionFailed* indication.

The access terminal shall start transmission on the Reverse Traffic Channel upon entering this state, and shall obey the Reverse Power Control Channel. The access terminal shall set the DRC value and cover as specified in the Forward Traffic Channel MAC Protocol.

1 The access terminal shall follow procedures specified in 10.9.6.2 in addition to the
2 requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

3 The access terminal shall not transmit any data on the Reverse Traffic Data Channel while
4 in this state.

5 If the access terminal receives an RTCAck message it shall return a *LinkAcquired* indication
6 and transition to the Open State.

7 10.9.6.1.4.2 Access Network Requirements

8 The access network shall set a timer for $T_{RTCMPANSetup}$ seconds when it enters this state. If
9 the protocol is still in the Setup State when the timer expires, the access network shall
10 return a *SupervisionFailed* indication.

11 The access network shall attempt to acquire the Reverse Traffic Channel in this state. If the
12 access network acquires the Reverse Traffic Channel, it shall send an RTCAck message to
13 the access terminal, return a *LinkAcquired* indication, and shall transition to the Open
14 State.

15 10.9.6.1.5 Open State

16 The access terminal shall follow procedures specified in 10.9.6.2 in addition to the
17 requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

18 10.9.6.1.5.1 Frame Offset Delay

19 The access terminal shall delay the Reverse Traffic Data Channel and Reverse Rate
20 Indicator Channel (RRI) transmissions by FrameOffset slots with respect to the system-
21 time-aligned frame boundary.

22 10.9.6.1.5.2 Rate Control

23 The description in this section uses the following variables: MaxRate, CurrentRate,
24 CombinedBusyBit, and CurrentRateLimit.

25 CurrentRateLimit shall be set initially to 9.6kbps. After a BroadcastReverseRateLimit
26 message or a UnicastReverseRateLimit message is received by the access terminal, the
27 access terminal shall update the CurrentRateLimit value as follows:

28 • If the RateLimit value in the message is less than or equal to the CurrentRateLimit
29 value, the access terminal shall set CurrentRateLimit to the RateLimit value in the
30 message immediately after the receipt of the message.

31 • If the RateLimit value in the message is greater than the CurrentRateLimit value, then
32 the access terminal shall set CurrentRateLimit to the RateLimit value in the message,
33 one frame (16 slots) after the message is received.

34 If the last received reverse activity bit is set to '1' from any sector in the access terminal's
35 active set, the access terminal shall set CombinedBusyBit to '1'. Otherwise, the access
36 terminal shall set CombinedBusyBit to '0'.

TIA-856-B                                                                                    MAC Layer

CurrentRate shall be set to the rate at which the access terminal was transmitting data immediately before the new transmission time. If the access terminal was not transmitting data immediately before the new transmission time, the access terminal shall set CurrentRate to 0.

The access terminal sets the variable MaxRate based on its current transmission rate, the value of the CombinedBusyBit, and a random number. The access terminal shall generate a uniformly distributed random number $x$, $0 < x < 1$, using the procedure specified in 14.5. The access terminal shall evaluate the condition shown in Table 10.9.6.1.5-1 based on the values of CurrentRate, CombinedBusyBit, and Condition. If the Condition is true, the access terminal shall set MaxRate to the MaxRateTrue value for the corresponding row in Table 10.9.6.1.5-1. Otherwise, the access terminal shall set MaxRate to the MaxRateFalse value for the corresponding row in Table 10.9.6.1.5-1.

**Table 10.9.6.1.5-1. Determination of MaxRate**

| CurrentRate | Combined BusyBit | Condition | MaxRateTrue | MaxRateFalse |
|---|---|---|---|---|
| 0 | '0' | True | 9.6kbps | N/A |
| 9.6kbps | '0' | $x <$ Transition009k6_019k2 | 19.2kbps | 9.6kbps |
| 19.2kbps | '0' | $x <$ Transition019k2_038k4 | 38.4kbps | 19.2kbps |
| 38.4kbps | '0' | $x <$ Transition038k4_076k8 | 76.8kbps | 38.4kbps |
| 76.8kbps | '0' | $x <$ Transition076k8_153k6 | 153.6kbps | 76.8kbps |
| 153.6kbps | '0' | False | N/A | 153.6kbps |
| 0 | '1' | False | N/A | 9.6kbps |
| 9.6kbps | '1' | False | N/A | 9.6kbps |
| 19.2kbps | '1' | $x <$ Transition019k2_009k6 | 9.6kbps | 19.2kbps |
| 38.4kbps | '1' | $x <$ Transition038k4_019k2 | 19.2kbps | 38.4kbps |
| 76.8kbps | '1' | $x <$ Transition076k8_038k4 | 38.4kbps | 76.8kbps |
| 153.6kbps | '1' | $x <$ Transition153k6_076k8 | 76.8kbps | 153.6kbps |

The access terminal shall select a transmission rate that satisfies the following constraints:

- The access terminal shall transmit at a rate that is no greater than the value of MaxRate.

- The access terminal shall transmit at a rate that is no greater than the value of CurrentRateLimit.

- The access terminal shall transmit at a data rate no higher than the highest data rate that can be accommodated by the available transmit power.

- The access terminal shall not select a data rate for which the minimum payload length, as specified in Table 10.9.6-1, is greater than the size of data it has to send.

10.9.6.1.5.3 Power Control

The access terminal shall control the reverse link transmit power in accordance with the requirements of the Physical Layer Protocol.

10.9.6.2 Reverse Link Silence Interval

When invoked, the access terminal shall perform the procedures listed in this section.

The access terminal shall not transmit on the Reverse Traffic Data Channel if the transmission of the Reverse Traffic Channel packet would overlap with the Reverse Link Silence Interval[108].

The access terminal shall not transmit on the Reverse Traffic Channel in time slots that overlap with the Reverse Link Silence Interval.

The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T specified by the following equation:

$$T \bmod (2048 \times 2^{ReverseLinkSilencePeriod} - 1) = 0,$$

where T is the CDMA System Time in units of frames.

The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are given as public data by the Overhead Messages Protocol.

10.9.6.3 Trailer and Message Formats

10.9.6.3.1 MAC Layer Trailer

The access terminal shall set the MAC Layer trailer as follows:

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| MACLayerFormat | 1 |

ConnectionLayerFormat

    The access terminal shall set this field to '1' if the connection layer packet is Format B; otherwise, the access terminal shall set this field to '0'.

MACLayerFormat    The access terminal shall set this field to '1' if the MAC layer packet contains a valid payload; otherwise, the access terminal shall set this field to '0'.

---

[108] This implies that the access terminal must not even start transmission on the Reverse Traffic Data Channel if the transmission of the Reverse Traffic Channel packet would overlap with the Reverse Link Silence Interval.

TIA-856-B                                                                                  MAC Layer

10.9.6.3.2 RTCAck

The access network sends the RTCAck message to notify the access terminal that it has acquired the Reverse Traffic Channel. The access network shall send this message using the access terminal's current ATI.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

MessageID                The access network shall set this field to 0x00.

| Channels | FTC |   | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast |   | Priority | 10 |

10.9.6.3.3 BroadcastReverseRateLimit

The BroadcastReverseRateLimit message is used by the access network to control the transmission rate on the reverse link.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RPCCount | 6 |

RPCCount occurrences of the following field

| RateLimit | 4 |
|---|---|

| Reserved | Variable |
|---|---|

MessageID                The access network shall set this field to 0x01.

RPCCount                 The access network shall set this field to the number of RateLimit fields in this message. RPCCount shall be greater than or equal to 64 minus the smallest MAC Index assigned to an access terminal that has negotiated the Subtype 0 or Subtype 1 Reverse Traffic Channel MAC Protocol.

RateLimit                The access network shall set occurrence $n$ of this field to the highest data rate that the access terminal associated with MACIndex 64-$n$ is allowed to use on the Reverse Traffic Channel, as shown in Table 10.9.6.3-1.

MAC Layer                                                                TIA-856-B

**Table 10.9.6.3-1. Encoding of the RateLimit Field**

| Field value | Meaning |
|---|---|
| 0x0 | 0 kbps |
| 0x1 | 9.6 kbps |
| 0x2 | 19.2 kbps |
| 0x3 | 38.4 kbps |
| 0x4 | 76.8 kbps |
| 0x5 | 153.6 kbps |
| All other values | Invalid |

Reserved              The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | CC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | broadcast | | Priority | 40 |

10.9.6.3.4 UnicastReverseRateLimit

The UnicastReverseRateLimit message is used by the access network to control the transmission rate on the reverse link for a particular access terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RateLimit | 4 |
| Reserved | 4 |

MessageID             The access network shall set this field to 0x02.

RateLimit             The access network shall set this field to the highest data rate that the access terminal is allowed to use on the Reverse Traffic Channel, as shown in Table 10.9.6.3-2.

**Table 10.9.6.3-2. Encoding of the RateLimit Field**

| Field value | Meaning |
|---|---|
| 0x0 | 0 kbps |
| 0x1 | 9.6 kbps |
| 0x2 | 19.2 kbps |
| 0x3 | 38.4 kbps |
| 0x4 | 76.8 kbps |
| 0x5 | 153.6 kbps |
| All other values | Invalid |

Reserved                    The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

10.9.6.4 Interface to Other Protocols

10.9.6.4.1 Commands Sent

This protocol does not issue any commands.

10.9.6.4.2 Indications

This protocol does not register to receive any indications.

10.9.7 Configuration Attributes

The following attributes and default values are defined (see 14.3 for attribute record definition).

10.9.7.1 PowerParameters Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| DataOffsetNom | 4 | 0 |
| DataOffset9k6 | 4 | 0 |
| DataOffset19k2 | 4 | 0 |
| DataOffset38k4 | 4 | 0 |
| DataOffset76k8 | 4 | 0 |
| DataOffset153k6 | 4 | 0 |
| RPCStep | 2 | 1 |
| Reserved | 6 | N/A |

}

**Length**            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

**AttributeID**       The access network shall set this field to 0x00.

**ValueID**           The access network shall set this field to an identifier assigned to this complex value.

**DataOffsetNom**     The access network shall set this field to the nominal offset of the reverse link data channel power to pilot channel power, expressed as 2's complement value in units of 0.5 dB. The access terminal shall support all the valid values specified by this field.

**DataOffset9k6**     The access network shall set this field to the ratio of reverse link data channel power at 9.6 kbps to the nominal reverse link data channel power at 9.6 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field.

**DataOffset19k2**    The access network shall set this field to the ratio of reverse link data channel power at 19.2 kbps to the nominal reverse link data channel power at 19.2 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field.

DataOffset38k4        The access network shall set this field to the ratio of reverse link data channel power at 38.4 kbps to the nominal reverse link data channel power at 38.4 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field.

DataOffset76k8        The access network shall set this field to the ratio of reverse link data channel power at 76.8 kbps to the nominal reverse link data channel power at 76.8 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field.

DataOffset153k6       The access network shall set this field to the ratio of reverse link data channel power at 153.6 kbps to the nominal reverse link data channel power at 153.6 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field.

RPCStep               Reverse Power Control step. The access network shall set this field to the power control step size the access terminal shall use when controlling the power of the reverse link, as shown in Table 10.9.7.1-1. The access terminal shall support all the valid values specified by this field.

**Table 10.9.7.1-1. Encoding of the RPCStep Field**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0.5 dB |
| '01' | 1.0 dB |
| All other values | Invalid |

Reserved              The access network shall set this field to zero. The access terminal shall ignore this field.

10.9.7.2 RateParameters Attribute

MAC Layer                                                                TIA-856-B

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| Transition009k6_019k2 | 8 | 0x30 |
| Transition019k2_038k4 | 8 | 0x10 |
| Transition038k4_076k8 | 8 | 0x08 |
| Transition076k8_153k6 | 8 | 0x08 |
| Transition019k2_009k6 | 8 | 0x10 |
| Transition038k4_019k2 | 8 | 0x10 |
| Transition076k8_038k4 | 8 | 0x20 |
| Transition153k6_076k8 | 8 | 0xFF |

Length                    Length of the complex attribute in octets. The sender shall set this
                          field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x01.

ValueID                   The sender shall set this field to an identifier assigned to this
                          complex value.

Transition009k6_019k2
                          The field is set to the probability the access terminal uses to increase
                          its transmission rate to 19.2kbps if it is currently transmitting at
                          9.6kbps. The probability is expressed in units of 1/255. The access
                          terminal shall support all the valid values specified by this field.

Transition019k2_038k4
                          The field is set to the probability the access terminal uses to increase
                          its transmission rate to 38.4kbps if it is currently transmitting at
                          19.2kbps. The probability is expressed in units of 1/255. The access
                          terminal shall support all the valid values specified by this field.


Transition038k4_076k8
                          The field is set to the probability the access terminal uses to increase
                          its transmission rate to 76.8kbps if it is currently transmitting at
                          38.4kbps. The probability is expressed in units of 1/255. The access
                          terminal shall support all the valid values specified by this field.

Transition076k8_153k6

The field is set to the probability the access terminal uses to increase its transmission rate to 153.6kbps if it is currently transmitting at 76.8kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition019k2_009k6

The field is set to the probability the access terminal uses to decrease its transmission rate to 9.6kbps or lower if it is currently transmitting at 19.2kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition038k4_019k2

The field is set to the probability the access terminal uses to decrease its transmission rate to 19.2kbps or lower if it is currently transmitting at 38.4kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition076k8_038k4

The field is set to the probability the access terminal uses to decrease its transmission rate to 38.4kbps or lower if it is currently transmitting at 76.8kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

Transition153k6_076k8

The field is set to the probability the access terminal uses to decrease its transmission rate to 76.8kbps or lower if it is currently transmitting at 153.6kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

MAC Layer                                                                      TIA-856-B

10.9.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{RTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{RTCMPDefault}$ | Subtype field for this protocol | 0x0000 |
| $T_{RTCMPATSetup}$ | Maximum time for the access terminal to transmit the Reverse Traffic Channel in the Setup State | 1.5 seconds |
| $T_{RTCMPANSetup}$ | Maximum time for the access network to acquire the Reverse Traffic Channel and send a notification to the access terminal. | 1 second |

10.9.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This protocol defines the following parameter record in addition to the configuration attributes for this protocol.

10.9.9.1 LongCodeMask Parameter

The following parameter shall be included in the Session State Information record only if the Session State Information is being transferred while the connection is open.

**Table 10.9.9.1-1. The Format of the Parameter Record for the LongCodeMask Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| MIRTCMAC | 42 |
| MQRTCMAC | 42 |
| Reserved | 4 |

ParameterType          This field shall be set to 0x01 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

MIRTCMAC               This field shall be set to the value of the reverse traffic channel in-phase long code mask associated with the access terminal's session.

MQRTCMAC               This field shall be set to the value of the reverse traffic channel quadrature-phase long code mask associated with the access terminal's session.

Reserved               This field shall be set to zero.

**10.10  Subtype 1 Reverse Traffic Channel MAC Protocol**

10.10.1 Overview

The Subtype 1 Reverse Traffic Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit, and for an access network to receive the Reverse Traffic Channel. Specifically, this protocol addresses Reverse Traffic Channel transmission rules and rate control. This protocol operates with the Default (Subtype 0) and Subtype 1 Physical Layer Protocols.

This specification assumes that the access network has one instance of this protocol for every access terminal.

This protocol operates in one of three states:

- Inactive State: In this state, the access terminal is not assigned a Reverse Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- Setup State: In this state, the access terminal obeys the power control commands that it receives from the access network. Data transmission on the Reverse Traffic Channel is not allowed in this state.

- Open State: In this state, the access terminal may transmit data and negotiate different transmission rates on the Reverse Traffic Channel.

The protocol states and the indications and events causing the transition between the states are shown in Figure 10.10.1-1.



**Figure 10.10.1-1. Subtype 1 Reverse Traffic Channel MAC Protocol State Diagram**

10.10.2 Primitives and Public Data

10.10.2.1 Commands

This protocol defines the following commands:

- *Activate*
- *Deactivate*

10.10.2.2 Return Indications

This protocol returns the following indications:

- *LinkAcquired*
- *SupervisionFailed*

10.10.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- RABLength for every pilot in the Active Set
- RABOffset for every pilot in the Active Set
- DataOffsetNom
- DataOffset9k6
- DataOffset19k2
- DataOffset38k4
- DataOffset76k8
- DataOffset153k6
- RPCStep
- $MI_{RTCMAC}$
- $MQ_{RTCMAC}$

10.10.3 Protocol Data Unit

The transmission unit of this protocol is a Reverse Traffic Channel MAC Layer packet. Each packet contains one Security Layer packet.

10.10.4 Protocol Initialization

10.10.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

10.10.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.10.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

10.10.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

- DataOffsetNom

- DataOffset9k6

- DataOffset19k2

- DataOffset38k4

- DataOffset76k8

- DataOffset153k6

- RPCStep

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  - The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

  - The access terminal and the access network shall purge the InConfiguration instance of the protocol.

TIA-856-B

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

  – The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

  – The InConfiguration protocol instance shall become the InUse protocol instance for the Reverse Traffic Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.10.5.3 Message Formats

10.10.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID             The sender shall set this field to 0x50.

TransactionID         The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord       The format of this record is specified in 14.3.

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|--------------|------------|---|---------|----------|
| **Addressing** | unicast | | **Priority** | 40 |

10.10.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

TIA-856-B                                                                                     MAC Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

1   MessageID              The sender shall set this field to 0x51.

2   TransactionID          The sender shall set this value to the TransactionID field of the
3                          corresponding ConfigurationRequest message.

4   AttributeRecord        An attribute record containing a single attribute value. If this
5                          message selects a complex attribute, only the ValueID field of the
6                          complex attribute shall be included in the message. The format of the
7                          AttributeRecord is given in 14.3. The sender shall not include more
8                          than one attribute record with the same attribute identifier.
9

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

10   10.10.6 Procedures and Messages for the InUse Instance of the Protocol

11   10.10.6.1 Procedures

12   The protocol constructs a packet out of the Security Layer packets by adding the MAC
13   Layer trailer defined in 10.10.6.3.1. The protocol then sends the packet for transmission to
14   the Physical Layer. The packet structure is shown in Figure 10.10.6-1.



15
16                    **Figure 10.10.6-1. Reverse Traffic Channel MAC Layer Packet Structure**

17   If the MACLayerFormat field of the MAC Layer trailer is equal to '1', received packets are
18   passed for further processing to the Security Layer after removing the layer-related trailer.
19   The access network shall discard the MAC packet if the MACLayerFormat field of the MAC
20   Layer trailer is equal to '0'. The ConnectionLayerFormat field in the MAC Layer trailer shall
21   be passed to the Security Layer with the Security Layer packet.

22   The maximum size payload this protocol can support (i.e., the maximum size Security
23   Layer packet that can be carried) is a function of the transmission rate used on the Reverse

MAC Layer                                                                TIA-856-B

Traffic Channel. Table 10.10.6-1 provides the transmission rates and corresponding minimum and maximum payload sizes available on the Reverse Traffic Channel.

**Table 10.10.6-1. Reverse Traffic Channel Rates and Payload**

| Transmission Rate (kbps) | Minimum Payload (bits) | Maximum Payload (bits) |
|---|---|---|
| 0.0 | 0 | 0 |
| 9.6 | 1 | 232 |
| 19.2 | 233 | 488 |
| 38.4 | 489 | 1000 |
| 76.8 | 1001 | 2024 |
| 153.6 | 2025 | 4072 |

10.10.6.1.1 Command Processing

10.10.6.1.1.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

- Set $ATI_{LCM}$ to TransmitATI.ATI

- Transition to the Setup State

If the protocol receives this command in any other state it shall be ignored.

10.10.6.1.1.2 Deactivate

If the protocol receives a *Deactivate* command in the Setup State or the Open State,

- Access terminal shall cease transmitting the Reverse Traffic Channel and shall transition to the Inactive State.

- Access network shall cease monitoring the Reverse Traffic Channel from this access terminal and shall transition to the Inactive State.

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

10.10.6.1.2 Reverse Traffic Channel Long Code Mask

The access terminal shall set the long code masks for the reverse traffic channel ($MI_{RTCMAC}$ and $MQ_{RTCMAC}$) as follows. The 42-bit mask $MI_{RTCMAC}$ shall be specified as shown in Table 10.10.6.1.2-1.

**Table 10.10.6.1.2-1. Reverse Traffic Channel Long Code Masks**

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{RTCMAC}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | Permuted ($ATI_{LCM}$) | | | | | | | | | | | | | | | | | | | | | |

Permuted ($ATI_{LCM}$) is defined as follows:

$$ATI_{LCM} = (A_{31}, A_{30}, A_{29}, ..., A_0)$$

$$\text{Permuted } (ATI_{LCM}) =$$

$$(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24},$$
$$A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9).$$

The 42-bit mask $MQ_{RTCMAC}$ shall be derived from the mask $MI_{RTCMAC}$ as follows:

$MQ_{RTCMAC}[k] = MI_{RTCMAC}[k-1],$     for k = 1,...,41

$MQ_{RTCMAC}[0] = MI_{RTCMAC}[0] \oplus MI_{RTCMAC}[1] \oplus MI_{RTCMAC}[2] \oplus MI_{RTCMAC}[4] \oplus MI_{RTCMAC}[5] \oplus$

$MI_{RTCMAC}[6] \oplus MI_{RTCMAC}[9] \oplus MI_{RTCMAC}[15] \oplus MI_{RTCMAC}[16] \oplus MI_{RTCMAC}[17] \oplus$

$MI_{RTCMAC}[18] \oplus MI_{RTCMAC}[20] \oplus MI_{RTCMAC}[21] \oplus MI_{RTCMAC}[24] \oplus MI_{RTCMAC}[25] \oplus$

$MI_{RTCMAC}[26] \oplus MI_{RTCMAC}[30] \oplus MI_{RTCMAC}[32] \oplus MI_{RTCMAC}[34] \oplus MI_{RTCMAC}[41]$

where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{RTCMAC}[i]$ and $MI_{RTCMAC}[i]$ denote the $i^{\text{th}}$ least significant bit of $MQ_{RTCMAC}$ and $MI_{RTCMAC}$, respectively.

10.10.6.1.3 Inactive State

When the protocol is in the Inactive State the access terminal and the access network wait for an *Activate* command.

10.10.6.1.4 Setup State

10.10.6.1.4.1 Access Terminal Requirements

The access terminal shall set a timer for $T_{RTCMPATSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access terminal shall return a *SupervisionFailed* indication.

The access terminal shall start transmission on the Reverse Traffic Channel upon entering this state, and shall obey the Reverse Power Control Channel. The access terminal shall set the DRC value and DRC cover as specified in the Forward Traffic Channel MAC Protocol that has been negotiated.

The access terminal shall follow procedures specified in 10.10.6.2 in addition to the requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

The access terminal shall not transmit any data on the Reverse Traffic Data Channel while in this state.

If the access terminal receives an RTCAck message it shall return a *LinkAcquired* indication and transition to the Open State.

### 10.10.6.1.4.2 Access Network Requirements

The access network shall set a timer for $T_{RTCMPANSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access network shall return a *SupervisionFailed* indication.

The access network shall attempt to acquire the Reverse Traffic Channel in this state. If the access network acquires the Reverse Traffic Channel, it shall send an RTCAck message to the access terminal, return a *LinkAcquired* indication, and shall transition to the Open State.

### 10.10.6.1.5 Open State

The access terminal shall follow procedures specified in 10.10.6.2 in addition to the requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

### 10.10.6.1.5.1 Frame Offset Delay

The access terminal shall delay the Reverse Traffic Data Channel and Reverse Rate Indicator Channel (RRI) transmissions by FrameOffset slots with respect to the system-time-aligned frame boundary.

### 10.10.6.1.5.2 Rate Control

The description in this section uses the following variables: MaxRate, CurrentRate, CombinedBusyBit, and CurrentRateLimit.

CurrentRateLimit shall be set initially to 9.6kbps. After a BroadcastReverseRateLimit message or a UnicastReverseRateLimit message is received by the access terminal, the access terminal shall update the CurrentRateLimit value as follows:

- If the RateLimit value in the message is less than or equal to the CurrentRateLimit value, the access terminal shall set CurrentRateLimit to the RateLimit value in the message immediately after the receipt of the message.

- If the RateLimit value in the message is greater than the CurrentRateLimit value, then the access terminal shall set CurrentRateLimit to the RateLimit value in the message, one frame (16 slots) after the message is received.

If the last received reverse activity bit is set to '1' from any sector in the access terminal's active set, the access terminal shall set CombinedBusyBit to '1'. Otherwise, the access terminal shall set CombinedBusyBit to '0'.

CurrentRate shall be set to the rate at which the access terminal was transmitting data immediately before the new transmission time. If the access terminal was not transmitting data immediately before the new transmission time, the access terminal shall set CurrentRate to 0.

The access terminal sets the variable MaxRate based on its current transmission rate, the value of the CombinedBusyBit, and a random number. The access terminal shall generate

TIA-856-B                                                                                           MAC Layer

1  a uniformly distributed random number $x$, $0 < x < 1$, using the procedure specified in 14.5.
2  The access terminal shall evaluate the condition shown in Table 10.10.6.1.5-1 based on the
3  values of CurrentRate, CombinedBusyBit, and Condition. If the Condition is true, the
4  access terminal shall set MaxRate to the MaxRateTrue value for the corresponding row in
5  Table 10.10.6.1.5-1. Otherwise, the access terminal shall set MaxRate to the MaxRateFalse
6  value for the corresponding row in Table 10.10.6.1.5-1.

7  **Table 10.10.6.1.5-1. Determination of MaxRate**

| CurrentRate | Combined BusyBit | Condition | MaxRateTrue | MaxRateFalse |
|---|---|---|---|---|
| 0 | '0' | True | 9.6kbps | N/A |
| 9.6kbps | '0' | $x$ < Transition009k6_019k2 | 19.2kbps | 9.6kbps |
| 19.2kbps | '0' | $x$ < Transition019k2_038k4 | 38.4kbps | 19.2kbps |
| 38.4kbps | '0' | $x$ < Transition038k4_076k8 | 76.8kbps | 38.4kbps |
| 76.8kbps | '0' | $x$ < Transition076k8_153k6 | 153.6kbps | 76.8kbps |
| 153.6kbps | '0' | False | N/A | 153.6kbps |
| 0 | '1' | False | N/A | 9.6kbps |
| 9.6kbps | '1' | False | N/A | 9.6kbps |
| 19.2kbps | '1' | $x$ < Transition019k2_009k6 | 9.6kbps | 19.2kbps |
| 38.4kbps | '1' | $x$ < Transition038k4_019k2 | 19.2kbps | 38.4kbps |
| 76.8kbps | '1' | $x$ < Transition076k8_038k4 | 38.4kbps | 76.8kbps |
| 153.6kbps | '1' | $x$ < Transition153k6_076k8 | 76.8kbps | 153.6kbps |

9  The access terminal shall select a transmission rate that satisfies the following constraints:

10  • The access terminal shall transmit at a rate that is no greater than the value of
11  MaxRate.

12  • The access terminal shall transmit at a rate that is no greater than the value of
13  CurrentRateLimit.

14  • The access terminal shall transmit at a data rate no higher than the highest data rate
15  that can be accommodated by the available transmit power.

16  • The access terminal shall not select a data rate for which the minimum payload length,
17  as specified in Table 10.10.6-1, is greater than the size of data it has to send.

18  10.10.6.1.5.3 Power Control

19  The access terminal shall control the reverse link transmit power in accordance with the
20  requirements of the Physical Layer Protocol.

21  10.10.6.2 Reverse Link Silence Interval

22  When invoked, the access terminal shall perform the procedures listed in this section.

The access terminal shall not transmit on the Reverse Traffic Data Channel if the transmission of the Reverse Traffic Channel packet would overlap with the Reverse Link Silence Interval[109].

The access terminal shall not transmit on the Reverse Traffic Channel in time slots that overlap with the Reverse Link Silence Interval.

The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T, specified by the following equation:

$$T \bmod (2048 \times 2^{\text{ReverseLinkSilencePeriod}} - 1) = 0,$$

where T is the CDMA System Time in units of frames.

The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are given as public data by the Overhead Messages Protocol.

10.10.6.3 Trailer and Message Formats

10.10.6.3.1 MAC Layer Trailer

The access terminal shall set the MAC Layer trailer as follows:

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| MACLayerFormat | 1 |

ConnectionLayerFormat

                        The access terminal shall set this field to '1' if the connection layer packet is Format B; otherwise, the access terminal shall set this field to '0'.

MACLayerFormat     The access terminal shall set this field to '1' if the MAC layer packet contains a valid payload; otherwise, the access terminal shall set this field to '0'.

10.10.6.3.2 RTCAck

The access network sends the RTCAck message to notify the access terminal that it has acquired the Reverse Traffic Channel. The access network shall send this message using the access terminal's current ATI.

---

[109] This implies that the access terminal must not even start transmission on the Reverse Traffic Data Channel if the transmission of the Reverse Traffic Channel packet would overlap with the Reverse Link Silence Interval.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

MessageID             The access network shall set this field to 0x00.

| Channels | FTC | | SLP | Reliable |
|----------|-----|-|-----|----------|
| Addressing | unicast | | Priority | 10 |

10.10.6.3.3 BroadcastReverseRateLimit

The BroadcastReverseRateLimit message is used by the access network to control the transmission rate on the reverse link.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| RPCCount | 6 |

RPCCount occurrences of the following field

| RateLimit | 4 |
|-----------|---|

| Reserved | Variable |
|----------|----------|

MessageID             The access network shall set this field to 0x01.

RPCCount              The access network shall set this field to the number of RateLimit fields in this message. RPCCount shall be greater than or equal to 64 minus the smallest MAC Index assigned to an access terminal that has negotiated the Subtype 0 or Subtype 1 Reverse Traffic Channel MAC Protocol.

RateLimit             The access network shall set occurrence $n$ of this field to the highest data rate that the access terminal associated with MACIndex 64-$n$ is allowed to use on the Reverse Traffic Channel, as shown in Table 10.9.6.3-1.

MAC Layer                                                                    TIA-856-B

**Table 10.10.6.3-1. Encoding of the RateLimit Field**

| Field value | Meaning |
|---|---|
| 0x0 | 0 kbps |
| 0x1 | 9.6 kbps |
| 0x2 | 19.2 kbps |
| 0x3 | 38.4 kbps |
| 0x4 | 76.8 kbps |
| 0x5 | 153.6 kbps |
| All other values | Invalid |

Reserved          The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| **Channels** | CC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | broadcast | | **Priority** | 40 |

10.10.6.3.4 UnicastReverseRateLimit

The UnicastReverseRateLimit message is used by the access network to control the transmission rate on the reverse link for a particular access terminal.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RateLimit | 4 |
| Reserved | 4 |

MessageID         The access network shall set this field to 0x02.

RateLimit         The access network shall set this field to the highest data rate that the access terminal is allowed to use on the Reverse Traffic Channel, as shown in Table 10.10.6.3-2.

**Table 10.10.6.3-2. Encoding of the RateLimit Field**

| Field value | Meaning |
|---|---|
| 0x0 | 0 kbps |
| 0x1 | 9.6 kbps |
| 0x2 | 19.2 kbps |
| 0x3 | 38.4 kbps |
| 0x4 | 76.8 kbps |
| 0x5 | 153.6 kbps |
| All other values | Invalid |

Reserved        The number of bits in this field is equal to the number needed to make the message length an integer number of octets. The access network shall set this field to zero. The access terminal shall ignore this field.

| Channels | FTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | unicast | | Priority | 40 |

10.10.6.3.5 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID        The sender shall set this field to 0x52.

TransactionID    The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord  The format of this record is specified in 14.3.

MAC Layer                                                                    TIA-856-B

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

1  10.10.6.3.6 AttributeUpdateAccept

2  The sender sends an AttributeUpdateAccept message in response to an
3  AttributeUpdateRequest message to accept the offered attribute values.

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

5  MessageID          The sender shall set this field to 0x53.

6  TransactionID      The sender shall set this value to the TransactionID field of the
7                     corresponding AttributeUpdateRequest message.

8

| **Channels** | FTC    RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

9  10.10.6.3.7 AttributeUpdateReject

10  The access network sends an AttributeUpdateReject message in response to an
11  AttributeUpdateRequest message to reject the offered attribute values.

12

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

13  MessageID          The access network shall set this field to 0x54.

14  TransactionID      The access network shall set this value to the TransactionID field of
15                     the corresponding AttributeUpdateRequest message.

16

| **Channels** | FTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

17  10.10.6.4 Interface to Other Protocols

18  10.10.6.4.1 Commands Sent

19  This protocol does not issue any commands.

TIA-856-B                                                                                          MAC Layer

10.10.6.4.2 Indications

This protocol does not register to receive any indications.

10.10.7 Configuration Attributes

Unless specified otherwise, the access terminal and the access network shall not use the Generic Attribute Update Protocol to update configurable attributes belonging to the Subtype 1 Reverse Traffic Channel MAC Protocol. The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the RateParameters attribute belonging to the  Subtype 1 Reverse Traffic Channel MAC Protocol.

The following attributes and default values are defined (see 14.3 for attribute record definition).

10.10.7.1 PowerParameters Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| DataOffsetNom | 4 | 0 |
| DataOffset9k6 | 4 | 0 |
| DataOffset19k2 | 4 | 0 |
| DataOffset38k4 | 4 | 0 |
| DataOffset76k8 | 4 | 0 |
| DataOffset153k6 | 4 | 0 |
| RPCStep | 2 | 1 |
| Reserved | 6 | N/A |

}

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The access network shall set this field to 0x00.

ValueID                   The access network shall set this field to an identifier assigned to this complex value.

| DataOffsetNom | The access network shall set this field to the nominal offset of the reverse link data channel power to pilot channel power, expressed as 2's complement value in units of 0.5 dB. The access terminal shall support all the valid values specified by this field. |
|---|---|
| DataOffset9k6 | The access network shall set this field to the ratio of reverse link data channel power at 9.6 kbps to the nominal reverse link data channel power at 9.6 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| DataOffset19k2 | The access network shall set this field to the ratio of reverse link data channel power at 19.2 kbps to the nominal reverse link data channel power at 19.2 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| DataOffset38k4 | The access network shall set this field to the ratio of reverse link data channel power at 38.4 kbps to the nominal reverse link data channel power at 38.4 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| DataOffset76k8 | The access network shall set this field to the ratio of reverse link data channel power at 76.8 kbps to the nominal reverse link data channel power at 76.8 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| DataOffset153k6 | The access network shall set this field to the ratio of reverse link data channel power at 153.6 kbps to the nominal reverse link data channel power at 153.6 kbps, expressed as 2's complement in units of 0.25 dB. The access terminal shall support all the valid values specified by this field. |
| RPCStep | Reverse Power Control step. The access network shall set this field to the power control step size the access terminal shall use when controlling the power of the reverse link, as shown in Table 10.10.7.1-1. The access terminal shall support all the valid values specified by this field. |

TIA-856-B                                                                                    MAC Layer

**Table 10.10.7.1-1. Encoding of the RPCStep Field**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0.5 dB |
| '01' | 1.0 dB |
| All other values | Invalid |

Reserved              The access network shall set this field to zero. The access terminal
                      shall ignore this field.

10.10.7.2 RateParameters Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| Field | Length (bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| Transition009k6_019k2 | 8 | 0x30 |
| Transition019k2_038k4 | 8 | 0x10 |
| Transition038k4_076k8 | 8 | 0x08 |
| Transition076k8_153k6 | 8 | 0x08 |
| Transition019k2_009k6 | 8 | 0x10 |
| Transition038k4_019k2 | 8 | 0x10 |
| Transition076k8_038k4 | 8 | 0x20 |
| Transition153k6_076k8 | 8 | 0xFF |

Length                Length of the complex attribute in octets. The sender shall set this
                      field to the length of the complex attribute excluding the Length field.

AttributeID           The sender shall set this field to 0x01.

ValueID               The sender shall set this field to an identifier assigned to this
                      complex value.

Transition009k6_019k2
                      The field is set to the probability the access terminal uses to increase
                      its transmission rate to 19.2kbps if it is currently transmitting at
                      9.6kbps. The probability is expressed in units of 1/255. The access
                      terminal shall support all the valid values specified by this field.

**Transition019k2_038k4**

The field is set to the probability the access terminal uses to increase its transmission rate to 38.4kbps if it is currently transmitting at 19.2kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

**Transition038k4_076k8**

The field is set to the probability the access terminal uses to increase its transmission rate to 76.8kbps if it is currently transmitting at 38.4kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

**Transition076k8_153k6**

The field is set to the probability the access terminal uses to increase its transmission rate to 153.6kbps if it is currently transmitting at 76.8kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

**Transition019k2_009k6**

The field is set to the probability the access terminal uses to decrease its transmission rate to 9.6kbps or lower if it is currently transmitting at 19.2kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

**Transition038k4_019k2**

The field is set to the probability the access terminal uses to decrease its transmission rate to 19.2kbps or lower if it is currently transmitting at 38.4kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

**Transition076k8_038k4**

The field is set to the probability the access terminal uses to decrease its transmission rate to 38.4kbps or lower if it is currently transmitting at 76.8kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

**Transition153k6_076k8**

The field is set to the probability the access terminal uses to decrease its transmission rate to 76.8kbps or lower if it is currently transmitting at 153.6kbps. The probability is expressed in units of 1/255. The access terminal shall support all the valid values specified by this field.

10.10.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{RTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S1RTCMP}$ | Subtype field for this protocol | 0x0001 |
| $T_{RTCMPATSetup}$ | Maximum time for the access terminal to transmit the Reverse Traffic Channel in the Setup State | 1.5 seconds |
| $T_{RTCMPANSetup}$ | Maximum time for the access network to acquire the Reverse Traffic Channel and send a notification to the access terminal. | 1 second |

10.10.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This protocol defines the following parameter record in addition to the configuration attributes for this protocol.

10.10.9.1 LongCodeMask Parameter

The following parameter shall be included in the Session State Information record only if the Session State Information is being transferred while the connection is open.

**Table 10.10.9.1-1. The Format of the Parameter Record for the LongCodeMask Parameter**

| Field | Length (bits) |
|-------|---------------|
| ParameterType | 8 |
| Length | 8 |
| MIRTCMAC | 42 |
| MQRTCMAC | 42 |
| Reserved | 4 |

ParameterType          This field shall be set to 0x01 for this parameter record.

Length                 This field shall be set to the length of this parameter record in units of octets excluding the Length field.

MIRTCMAC               This field shall be set to the value of the reverse traffic channel in-phase long code mask associated with the access terminal's session.

MQRTCMAC               This field shall be set to the value of the reverse traffic channel quadrature-phase long code mask associated with the access terminal's session.

1     Reserved                  This field shall be set to zero.

**10.11 Subtype 2 Reverse Traffic Channel MAC Protocol**

10.11.1 Overview

The Subtype 2 Reverse Traffic Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit, and for an access network to receive the Reverse Traffic Channel. Specifically, this protocol addresses Reverse Traffic Channel transmission rules and rate control. This protocol supports intra-access terminal Quality of Service (QoS) for multiple concurrent MAC flows at the access terminal. Rate control is accomplished via per MAC flow Traffic-to-Pilot power ratio (T2P) control. The Subtype 2 Reverse Traffic Channel MAC protocol provides per MAC flow QoS control. This is achieved by distributed rate selection (at the access terminal) with centralized (scheduled) resource allocation (by the access network). This protocol operates with the Default (Subtype 0) Physical Layer Protocol or the Subtype 1 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for every access terminal.

This protocol operates in one of three states:

- Inactive State: In this state, the access terminal is not assigned a Reverse Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- Setup State: In this state, the access terminal obeys the power control commands that it receives from the access network. Data transmission on the Reverse Traffic Channel is not allowed in this state.

- Open State: In this state, the access terminal obeys the power control commands that it receives from the access network. In this state, the access terminal may negotiate different Subtype 2 Reverse Traffic Channel MAC Protocol parameters and attributes per MAC flow and transmit data on the Reverse Traffic Channel.

The protocol states and the indications and events causing the transition between the states are shown in Figure 10.11.1-1.



1

2  **Figure 10.11.1-1. Subtype 2 Reverse Traffic Channel MAC Protocol State Diagram**

3  Each active MAC flow contributes to sector loading and its contribution is strongly
4  correlated with its average transmit T2P. An access terminal may transmit multiple active
5  MAC flows simultaneously. The Subtype 2 Reverse Traffic Channel MAC protocol uses the
6  average transmit T2P per active MAC flow as a measure of the air link resource used by
7  that MAC flow. The Subtype 2 Reverse Traffic Channel MAC protocol treats multiple active
8  flows associated with a single access terminal in a manner consistent with multiple active
9  MAC flows associated with multiple access terminals, subject to access terminal transmit
10 power constraints. This protocol controls the average T2P of an active MAC flow based on
11 the requirements of that MAC flow, requirements of other concurrent active MAC flows,
12 transmit power constraints, and sector loading. The Subtype 2 Reverse Traffic Channel
13 MAC protocol allows updating Reverse Traffic Channel MAC attributes (access terminal
14 specific and MAC flow specific) using the Generic Attribute Update Protocol.

15 10.11.2 Primitives and Public Data

16 10.11.2.1 Commands

17 This protocol defines the following commands:

18 • *Activate*

19 • *Deactivate*

20 10.11.2.2 Return Indications

21 This protocol returns the following indications:

22 • *LinkAcquired*

23 • *SupervisionFailed*

10.11.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- RRI
- TxT2P
- RPCStep
- $MI_{RTCMAC}$
- $MQ_{RTCMAC}$
- RAChannelGain for each pilot in the Active Set.

10.11.3 Protocol Data Unit

The transmission unit of this protocol is a Reverse Traffic Channel MAC Layer packet. Each Reverse Traffic Channel MAC Layer packet contains one Security Layer packet.

10.11.4 Protocol Initialization

10.11.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.
- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

10.11.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.11.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

The access network shall not initiate negotiation of the MaxMACFlows attribute.

10.11.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – RPCStep

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    – The access terminal shall set $FRAB_n = 0$, where n is the current sub-frame.

    – For each MAC flow i, the access terminal shall set $LastBucketLevelMax_i$ to NULL.

    – The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Reverse Traffic Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.11.5.3 Message Formats

10.11.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

TIA-856-B                                                                    MAC Layer

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record: | |
| AttributeRecord | Attribute dependent |

1   MessageID          The sender shall set this field to 0x50.

2   TransactionID      The sender shall increment this value for each new
3                      ConfigurationRequest message sent.

4   AttributeRecord    The format of this record is specified in 14.3.

5

| Channels | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | Unicast | | Priority | 40 |

6   10.11.5.3.2 ConfigurationResponse

7   The ConfigurationResponse message format is as follows:

8

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record: | |
| AttributeRecord | Attribute dependent |

9   MessageID          The sender shall set this field to 0x51.

10  TransactionID      The sender shall set this value to the TransactionID field of the
11                     corresponding ConfigurationRequest message.

12  AttributeRecord    An attribute record containing a single attribute value. If this
13                     message selects a complex attribute, only the ValueID field of the
14                     complex attribute shall be included in the message. The format of the
15                     AttributeRecord is given in 14.3. The sender shall not include more
16                     than one attribute record with the same attribute identifier.
17

| Channels | | FTC    RTC | SLP | Reliable |
|---|---|---|---|---|
| Addressing | | Unicast | Priority | 40 |

10.11.6 Procedures and Messages for the InUse Instance of the Protocol

10.11.6.1 Procedures

The protocol constructs a Subtype 2 Reverse Traffic Channel MAC Layer packet out of a Security Layer packet and passes the packet for transmission to the Physical Layer Protocol.

The Subtype 2 Reverse Traffic Channel MAC Protocol supports multiple MAC flows. MAC flow *NN* is defined to be active if the value of the BucketLevelMax*NN* attribute associated with MAC flow *NN* is not NULL, where *NN* is the two-digit hexadecimal flow number in the range 0x00 to MaxNumMACFlows −1, inclusive. The number of active MAC Flows shall not exceed the value of the MaxNumActiveMACFlows parameter of the MaxMACFlows attribute.

10.11.6.1.1 MAC Layer Packet

The MAC Layer packet is the basic unit of data provided by the Subtype 2 Reverse Traffic Channel MAC protocol to the Physical Layer Protocol. The structure of a MAC Layer packet is shown in Figure 10.11.6.1.1-1. The MAC Layer packet consists of a Security Layer packet followed by the MAC Layer trailer.



**Figure 10.11.6.1.1-1.Reverse Traffic Channel MAC Layer Packet Structure**

10.11.6.1.2 Command Processing

10.11.6.1.2.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

- Set ATI$_{LCM}$ to TransmitATI.ATI

- Transition to the Setup State

If the protocol receives this command in any other state it shall be ignored.

10.11.6.1.2.2 Deactivate

If the protocol receives a *Deactivate* command in the Setup State or the Open State,

- Access terminal shall cease transmitting the Reverse Traffic Channel and shall transition to the Inactive State.

- Access network shall cease monitoring the Reverse Traffic Channel from this access terminal and shall transition to the Inactive State.

If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

10.11.6.1.3 Reverse Traffic Channel Long Code Mask

The access terminal shall set the long code masks for the reverse traffic channel ($MI_{RTCMAC}$ and $MQ_{RTCMAC}$) as follows. The 42-bit mask $MI_{RTCMAC}$ shall be specified as shown in Table 10.11.6.1.3-1.

**Table 10.11.6.1.3-1.Reverse Traffic Channel Long Code Masks**

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 29 28 27 26 25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 09 08 07 06 05 04 03 02 01 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{RTCMAC}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Permuted ($ATI_{LCM}$) |

Permuted ($ATI_{LCM}$) is defined as follows:

$ATI_{LCM} = (A_{31}, A_{30}, A_{29}, \ldots, A_0)$

Permuted ($ATI_{LCM}$) =

$(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24}, A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9)$.

The 42-bit mask $MQ_{RTCMAC}$ shall be derived from the mask $MI_{RTCMAC}$ as follows:

$MQ_{RTCMAC}[k] = MI_{RTCMAC}[k-1]$,     for k = 1,...,41

$MQ_{RTCMAC}[0] = MI_{RTCMAC}[0] \oplus MI_{RTCMAC}[1] \oplus MI_{RTCMAC}[2] \oplus MI_{RTCMAC}[4] \oplus MI_{RTCMAC}[5] \oplus$

$MI_{RTCMAC}[6] \oplus MI_{RTCMAC}[9] \oplus MI_{RTCMAC}[15] \oplus MI_{RTCMAC}[16] \oplus MI_{RTCMAC}[17] \oplus$

$MI_{RTCMAC}[18] \oplus MI_{RTCMAC}[20] \oplus MI_{RTCMAC}[21] \oplus MI_{RTCMAC}[24] \oplus MI_{RTCMAC}[25] \oplus$

$MI_{RTCMAC}[26] \oplus MI_{RTCMAC}[30] \oplus MI_{RTCMAC}[32] \oplus MI_{RTCMAC}[34] \oplus MI_{RTCMAC}[41]$

where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{RTCMAC}[i]$ and $MI_{RTCMAC}[i]$ denote the $i^{\text{th}}$ least significant bit of $MQ_{RTCMAC}$ and $MI_{RTCMAC}$, respectively.

10.11.6.1.4 Inactive State

When the protocol is in the Inactive State the access terminal and the access network wait for an *Activate* command.

10.11.6.1.5 Setup State

10.11.6.1.5.1 Access Terminal Requirements

The access terminal shall set a timer for $T_{RTCMPATSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access terminal shall return a *SupervisionFailed* indication.

The access terminal shall start transmission on the Reverse Traffic Channel upon entering this state, and shall obey the Reverse Power Control Channel. The access terminal shall set the DRC value and DRC cover as specified by the Forward Traffic Channel MAC Protocol .

The access terminal shall follow procedures specified in 10.9.6.2 in addition to the requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

The access terminal shall not transmit any data on the Reverse Traffic Data Channel while in this state.

If the access terminal receives an RTCAck message it shall return a *LinkAcquired* indication and transition to the Open State.

10.11.6.1.5.2 Access Network Requirements

The access network shall set a timer for $T_{RTCMPANSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access network shall return a *SupervisionFailed* indication.

The access network shall attempt to acquire the Reverse Traffic Channel in this state. If the access network acquires the Reverse Traffic Channel, it shall send an RTCAck message to the access terminal, return a *LinkAcquired* indication, and shall transition to the Open State.

10.11.6.1.6 Open State

10.11.6.1.6.1 Access Terminal Requirements

Upon entering the Open State the access terminal shall perform the following.

 – Set $FRAB_n$ = 0, where n is the current sub-frame.

 – For each MAC flow i, set $LastBucketLevelMax_i$ to NULL.

Table 10.11.6.1.6.1-1 provides the transmission rates and corresponding minimum and maximum payload sizes available on the Reverse Traffic Channel.

**Table 10.11.6.1.6.1-1. Reverse Traffic Channel Rates and Payload**

| Transmission Rate (kbps) | Minimum Payload (bits) | Maximum Payload (bits) |
|---|---|---|
| 0.0 | 0 | 0 |
| 9.6 | 1 | 232 |
| 19.2 | 233 | 488 |
| 38.4 | 489 | 1000 |
| 76.8 | 1001 | 2024 |
| 153.6 | 2025 | 4072 |

TIA-856-B                                                                                    MAC Layer

**Table 10.11.6.1.6.1-2. Traffic Channel to Pilot Channel power ratios**

| Physical Layer Packet Size (bits) | Data Channel Gain Relative to Pilot (dB) |
|---|---|
| 0 | $-\infty$ (Data Channel is not transmitted) |
| 256 | T2P256 |
| 512 | T2P512 |
| 1024 | T2P1024 |
| 2048 | T2P2048 |
| 4096 | T2P4096 |

The physical layer transmit duration is one frame.

T2P$PS$ define the T2P's used by the access terminal for transmitting a Reverse Traffic Channel packet with packet size $PS$, where $PS$ can take on the following values: 256, 512, 1024, 2048, and 4096 bits.

The access network uses the Reverse Activity (RA) bit (one RA bit per sector) to provide an indication of loading on the each sector's reverse link to the access terminal. The reliability of the RA channel is improved by filtering the RA bit at the access terminal. A long term filter is used to generate the FRAB (Filtered RA Bit) which indicates long term sector loading.

The access terminal shall start transmission of the Reverse Traffic Data Channel and Reverse Rate Indicator at the earliest time T following the end of transmission of the previous packet that satisfies the following equation:

$$(T - FrameOffset) \bmod 16 = 0,$$

where T is the CDMA System Time in slots.

This section defines the procedures and rules that the access terminal shall use to determine the T2P allocation for each active MAC flow. Variables with suffix m indicate quantities that are updated every slot and variables with suffix n indicate quantities that are updated every sub-frame. Unless otherwise stated, all filters used in this section are first order IIR filters (see 14.13). $PS$ indicates the physical layer packet size and takes on values of 256, 512, 1024, 2048, or 4096 bits.

The description in this section uses the following variables:

- AllocationStagger: T2P allocation time stagger.

- BucketLevel$_{i,n}$: Bucket Level (or accumulated T2P resource) at sub-frame n for MAC flow i.

10-230

- BucketFactor$_i$( ): Indicates by what factor (linear) the T2POutflow$_{i,n}$ can exceed T2PInflow$_{i,n}$ for MAC flow i.

- BucketLevelMax$_i$: Max T2P resource that can be accumulated (bucket size) for MAC flow i.

- BucketLevelSat$_{i,n}$: Saturation Level for BucketLevel $_{i,n}$.

- BurstDurationFactor$_i$: Maximum duration (in sub-frames) for which MAC flow i can sustain a peak rate based on its T2P allocation.

- $d_{i,n}$: Number of octets allocated to MAC flow i for a Reverse Traffic Channel transmission during sub-frame n.

- F: Set of all active MAC flows with non-empty queues.

- FRAB$_n$: Effective Filtered RAB value at sub-frame n.

- FRAB$_{n,s}$: Indicates the Filtered RAB value from sector s at sub-frame n.

- LastBucketLevelMax$_i$: The last recorded value of BucketLevelMax$_{i,n}$.

- PacketSize$PS_n$: Physical Layer packet size, in octets, with packet size $PS$ transmitted in sub-frame n.

- PermittedPayload$PS$_k: Maximum Physical Layer packet size that an access terminal is permitted to transmit in sub-frame n if the Physical Layer packet size transmitted in sub-frame n – (4 × k) was $PS$ bits.

- PilotStrength$_{m,s}$: Filtered PilotStrength (filter time constant of PilotStrengthFilterTC) of a sector s in the access terminal's active set.

- PilotStrength$_{n,s}$: Filtered PilotStrength of sector s sampled at the start of sub-frame n.

- PilotStrength( ): Function that provides the scale factor for scaling T2PInflow$_{i,n}$ based on the Pilot strength of the forward link serving sector. .

- PilotStrengthQRABThresholdDRCLock: Minimum PilotStrength value required for QRAB (from any sector other than the Forward Link serving sector) to be included in the QRABps$_n$ computation when sector DRC is in lock.

- PilotStrengthQRABThresholdDRCUnlock: Minimum PilotStrength value required for QRAB (from any sector other than the Forward Link serving sector) to be included in the QRABps$_n$ computation when sector DRC is not in lock.

- PotentialT2POutflow$_i$: Potential Outflow from the bucket for MAC flow i.

- $Q_{i,n}$: Queue length (in octets) of MAC flow i at sub-frame n.

- QRAB$_{i,n}$: Effective Quick RAB value for MAC flow i at sub-frame n.

- QRAB$_n$: Effective Quick RAB value at sub-frame n. QRAB$_{n,s}$: Indicates the Quick RAB value from sector s at sub-frame n.

- QRABps$_n$: Indicates the effective Quick RAB value generated at sub-frame n based on PilotStrength$_{n,s}$ of the sectors s in its active set.

- QRABSelect$_i$: Indicates which QRAB value, QRABps$_n$ or QRAB$_n$ that the access terminal uses as an indication of sector loading for MAC flow i.

- r$_n$: Real-valued uniformly distributed random number in the range [–1,1].

- SlotFRAB$_{m,s}$: Filtered value (with filter time constant FRABFilterTC) at slot m of the soft RA bit SoftRAB$_{m,s}$ provided by the Physical Layer Protocol.

- SlotQRAB$_{m,s}$: Hard-limited value of SoftQRAB$_{m,s}$, taking on a value of –1 or +1.

- SoftQRAB$_{m,s}$: Filtered value (with filter time constant QRABFilterTC) at slot m of the soft RA bit SoftRAB$_{m,s}$ provided by the physical layer.

- SoftRAB$_{m,s}$: Soft RA bit provided by the Physical Layer Protocol at slot m for sector *s*.

- SumPayload$_n$: Sum of the octets d$_{i,n}$ of all active MAC flows i included in a packet transmitted in sub-frame n.

- T2PInflowmin$_i$: Minimum value of the permitted T2PInflow for MAC flow i.

- T2PInflowmax$_i$: Maximum value of the permitted T2PInflow for MAC flow i.

- T2PConversionFactor: Conversion Factor from T2P to Physical Layer packet size.

- T2PFilterTC$_i$: Filter time constant for MAC flow i used to compute the average T2P.

- T2PNoTxFilterTC: Filter time constant used to compute the average T2P when the access terminal is in Open state but not transmitting on the Reverse Traffic Channel due to not receiving the corresponding Forward Channel.

- TT2PHold$_{i,n}$: Indicates number of sub-frames following sub-frame n for which the T2P allocation received via the Grant message shall be maintained by the access terminal for MAC flow i.

- T2PInflow$_{i,n}$: Denotes the average T2P resource added to the bucket for MAC flow i at sub-frame n.

- T2POutflow$_{i,n}$: Denotes the average T2P resource utilized (and subtracted) from the bucket for MAC flow i at sub-frame n.

- TxT2Pmax( ): Maximum TxT2P that an access terminal is permitted to transmit as a function of PilotStrength$_{n,s}$, where s is the forward link serving sector.

- TxT2Pmin: TxT2P that an access terminal is permitted to transmit at any time.

- TxT2P$_n$: Transmitted T2P during sub-frame n.

- $\Delta$T2PInflow$_{i,n}$: Increase or decrease in T2PInflow$_{i,n}$ at sub-frame n for MAC flow i.

- T2PUp$_i$( ): Two-dimensional piecewise linear function for computing increase in T2PInflow for MAC flow i based on current T2PInflow and current FRAB.

- T2PDn$_i$( ): Two-dimensional piecewise linear function for computing decrease in T2PInflow for MAC flow i based on current T2PInflow and current FRAB.

The access terminal shall determine $T2PUp_i(T2PInflow_{i,n}, FRAB_n)$ and $T2PDn_i(T2PInflow_{i,n}, FRAB_n)$ by bilinear interpolation on the T2P-FRAB grid using the method described in 14.12. The access terminal shall determine $PilotStrength(PilotStrength_{n,s})$ by linear interpolation on the PilotStrength axis using the method described in 14.11.

The access terminal shall determine $BucketFactor_{i,n}$ by bilinear interpolation on the T2P-FRAB grid using the method described in 14.12. The access terminal shall determine $TxT2Pmax_n(PilotStrength_{n,s})$ by linear interpolation on the PilotStrength axis using the method described in 14.11.

The $T2PUp()$, $T2PDn()$, $PilotStrength()$, $BucketFactor()$, and $TxT2Pmax()$ functions are piecewise linear in the dB domain.

If the access terminal is receiving the corresponding Forward Channel and no slot of sub-frame n overlaps with a Reverse Link Silence Interval, then the access terminal shall perform the following operations at the start of every slot m of sub-frame n for each sector s in its active set:

1. Initialization due to active set update: Upon inclusion of a new sector s into the access terminal's active set, the access terminal shall perform the following steps:

   – Set $PilotStrength_{m,s}$ to the corresponding PilotStrength which is public data of the Route Update Protocol

   – Set $SoftQRAB_{m,s} = 0$

   – Set $SlotFRAB_{m,s} = FRAB_{n-1}$

2. Update $PilotStrength_{m,s}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter time constant PilotStrengthFilterTC, where PilotStrength is public data of the Route Update Protocol.

3. Update $SlotQRAB_{m,s}$: The access terminal shall generate $SlotQRAB_{m,s}$ by filtering (IIR filter with filter time constant QRABFilterTC) the soft RA bit from sector s in slot m to generate $SoftQRAB_{m,s}$, and then hard-limiting $SoftQRAB_{m,s}$ to generate $SlotQRAB_{m,s}$. The hard-limiter maps positive input values to +1 and negative or zero input values to −1.

4. Update $SlotFRAB_{m,s}$: The access terminal shall generate $SlotFRAB_{m,s}$ by filtering (IIR filter with filter time constant FRABFilterTC) the soft RA bit ($SoftRAB_{m,s}$) from sector s in slot m.

If the access terminal is receiving the Forward Channel and any slot of sub-frame n overlaps with a Reverse Link Silence Interval, the access terminal shall perform the following operations at the start of every slot m of sub-frame n for each sector s in its active set:

1. Update $PilotStrength_{m,s}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter time constant PilotStrengthFilterTC, where PilotStrength is public data of the Route Update Protocol.

2. Update $SlotQRAB_{m,s}$: Set $SoftQRAB_{m,s} = 0$ and $SlotQRAB_{m,s} = −1$.

3. Update SlotFRAB$_{m,s}$: Set SlotFRAB$_{m,s}$ = max(0, SlotFRAB$_{m-1,s}$).

If the access terminal is not receiving the Forward Channel, the access terminal shall perform the following operations at the start of every slot m of sub-frame n for each sector s in its active set:

1. Update PilotStrength$_{m,s}$: This value is not changed as part of this operation.

2. Update SlotQRAB$_{m,s}$: Set SoftQRAB$_{m,s}$ = 0 and SlotQRAB$_{m,s}$ = −1.

3. Update SlotFRAB$_{m,s}$: This value is not changed as part of this operation.

The access terminal shall perform the following operations at the start of each sub-frame n to determine allocation for that sub-frame:

1. Update PilotStrength$_{n,s}$

   – The access terminal shall sample PilotStrength$_{m,s}$ for a sector s in the access terminal's active set at sub-frame n to generate PilotStrength$_{n,s}$.

2. Update QRAB$_n$

   – The access terminal shall sample SlotQRAB$_{m,s}$ from each sector s in the access terminal's active set at sub-frame n to generate QRAB$_{n,s}$.

   – The access terminal shall determine QRAB$_n$ from QRAB$_{n,s}$ at sub-frame n using the following rules :

     + The access terminal shall set QRAB$_n$ = +1 (Loaded) if QRAB$_{n,s}$ == +1 (Loaded) for any sector s in the access terminal's active set.

     + The access terminal shall set QRAB$_n$ = −1 (UnLoaded) if QRAB$_{n,s}$ == −1 (UnLoaded) for every sector s in the access terminal's active set.

3. Update QRABps$_n$

   – The access terminal shall determine QRABps$_n$ from QRAB$_{n,s}$ at sub-frame n using the following rules :

     + The access terminal shall set QRABps$_n$ = +1 (Loaded) if QRAB$_{n,s}$ == +1 for a sector s in the access terminal's active set, which satisfies one or more of the following conditions:

   – Sector s is the forward link serving sector for the access terminal

   – The DRCLock bit from a cell associated with sector s is '0' (Out of Lock) and PilotStrength$_{n,s}$ of sector s is greater than PilotStrengthQRABThresholdDRCUnlock.

   – The DRCLock bit from a cell associated with sector s is '1' (In Lock) and PilotStrength$_{n,s}$ of sector s is greater than PilotStrengthQRABThresholdDRCLock.

     + The access terminal shall set QRABps$_n$ = −1 (UnLoaded) if none of the conditions above are satisfied.

4. Update $FRAB_n$

 – The access terminal shall sample $SlotFRAB_{m,s}$ at sub-frame n to generate $FRAB_{n,s}$. The access terminal shall set $FRAB_n$ to the largest value of $FRAB_{n,s}$ received from all sectors s in the access terminal's active set.

5. Initialization for each active MAC flow i

 – For each active MAC flow i the access terminal shall perform the following step:

 + If $LastBucketLevelMax_i$ is NULL and $BucketLevelMax_i$ is not NULL then the access terminal shall perform the following:

 – Set $BucketLevel_{i,n}$[110] $= 0$.

 – Set $T2PInflow_{i,n-1} = 10^{\wedge}(T2PInflowmin_i / 10)$.

 – Set $TT2PHold_{i,n-1} = 0$.

 – Set $T2POutflow_{i,n-1} = 0$.

 – Set $BucketLevelSat_{i,n} = 10^{\wedge}(BucketLevelMax_i / 10)$.

 + Set $LastBucketLevelMax_i = BucketLevelMax_i$.

6. Update buckets with inflows for each active MAC flow i.

 – Determine $\Delta T2PInflow_{i,n}$

 + The access terminal shall set $QRAB_{i,n} = +1$ (Loaded) if either of the following conditions is satisfied:

 – $QRABSelect_i == +1$ for MAC flow i and $QRABps_n == +1$ at sub-frame n

 – $QRABSelect_i == 0$ for MAC flow i and $QRAB_n == +1$ at sub-frame n

 + If none of the conditions above are satisfied, the access terminal shall set $QRAB_{i,n} = -1$ (Unloaded)

 + If $TT2PHold_{i,n-1} == 0$ and $QRAB_{i,n} == +1$ the access terminal shall compute $\Delta T2PInflow_{i,n}$ using the following equation:

$$\Delta T2PInflow_{i,n} = -1 \times 10^{\wedge}(T2PDn_i(10 \times \log10(T2PInflow_{i,n-1}) + PilotStrength(PilotStrength_{n,s}), FRAB_n)/10)$$

where s is the forward link serving sector for the access terminal.

 + If $TT2PHold_{i,n-1} == 0$ and $QRAB_{i,n} == -1$ and $BucketLevel_{i,n} < BucketLevelSat_{i,n}$, then the access terminal shall compute $\Delta T2PInflow_{i,n}$ using the following equation:

---

[110] $BucketLevel_{i,n}$ is allowed to take on a negative value.

$$\Delta\text{T2PInflow}_{i,n} = +1 \times 10^{\wedge}(\text{T2PUp}_i(10 \times \log_{10}(\text{T2PInflow}_{i,n-1}) + \\ \text{PilotStrength}(\text{PilotStrength}_{n,s}), \text{FRAB}_n)/10)$$

where s is the forward link serving sector for the access terminal.

+ If $\text{TT2PHold}_{i,n-1} == 0$ and $\text{QRAB}_{i,n} == -1$ and $\text{BucketLevel}_{i,n} \geq \text{BucketLevelSat}_{i,n}$, then the access terminal shall set $\Delta\text{T2PInflow}_{i,n}$ using the following equation:

$$\Delta\text{T2PInflow}_{i,n} = 0$$

+ The access terminal shall set $\Delta\text{T2PInflow}_{i,n}$ to 0 if the access terminal is not receiving the corresponding Forward Channel or any slot of sub-frame n overlaps with a Reverse Link Silence Interval.

– Update T2P Inflows

+ If $\text{TT2PHold}_{i,n-1} == 0$, then the access terminal shall update $\text{T2PInflow}_{i,n}$, using the following equations if receiving the corresponding Forward Channel during sub-frame n.

$$\text{T2PInflow}_{i,n} = (1 - (1/\text{T2PFilterTC}_i)) \times \text{T2PInflow}_{i,n-1} + (1/\text{T2PFilterTC}_i) \times \\ \text{T2POutflow}_{i,n-1} + \Delta\text{T2PInflow}_{i,n}$$

$$\text{T2PInflow}_{i,n} = \max(\text{T2PInflow}_{i,n}, 10^{\wedge}(\text{T2PInflowmin}_i / 10))$$

$$\text{T2PInflow}_{i,n} = \min(\text{T2PInflow}_{i,n}, 10^{\wedge}(\text{T2PInflowmax}_i / 10))$$

+ If $\text{TT2PHold}_{i,n-1} == 0$, then the access terminal shall update $\text{T2PInflow}_{i,n}$ if not receiving the corresponding Forward Channel during sub-frame n using the following equations:

$$\text{T2PInflow}_{i,n} = (1 - (1/\text{T2PNoTxFilterTC})) \times \text{T2PInflow}_{i,n-1}$$

$$\text{T2PInflow}_{i,n} = \max(\text{T2PInflow}_{i,n}, 10^{\wedge}(\text{T2PInflowmin}_i / 10))$$

$$\text{T2PInflow}_{i,n} = \min(\text{T2PInflow}_{i,n}, 10^{\wedge}(\text{T2PInflowmax}_i / 10))$$

+ If $\text{TT2PHold}_{i,n-1} > 0$, then the access terminal shall maintain the inflow $\text{T2PInflow}_{i,n}$ as the inflow in the previous sub-frame $\text{T2PInflow}_{i,n-1}$.

+ If $\text{TT2PHold}_{i,n-1} > 0$, the access terminal shall decrement the value of TT2PHold by 1 sub-frame using the following equation:

$$\text{TT2PHold}_{i,n} = \text{TT2PHold}_{i,n-1} - 1$$

7. Determine Reverse Traffic Channel packet transmission for sub-frame n

– If the access terminal started transmission of a reverse traffic channel packet in sub-frame n-1, n-2, or n-3, it shall continue transmission of that packet in sub-frame n.

– The access terminal shall not start transmission of a Reverse Traffic Channel packet in sub-frame n if the first slot T within sub-frame n does not satisfy the following equation:

$$(T - \text{FrameOffset}) \bmod 16 = 0,$$

where T is the CDMA System Time in slots.

- If the access terminal starts transmission a Reverse Traffic Channel packet in sub-frame n, it shall determine the packet size, and contents of the packet in accordance with 10.11.6.1.6.1.1.

8. Determine $\text{TxT2P}_n$

- If the access terminal transmits a Reverse Traffic Channel packet in sub-frame n with Physical Layer packet size *PS*, the access terminal shall set $\text{TxT2P}_n$ during sub-frame n using the following equation:

$$\text{TxT2P}_n = 10\text{\^{}}(\text{T2P}PS / 10)$$

9. Update T2P outflows for each active MAC flow i

- If the access terminal transmits a Reverse Traffic Channel packet in sub-frame n, the bucket outflows shall be specified by the following equation:

$$\text{T2POutflow}_{i,n} = (d_{i,n} / \text{SumPayload}_n) \times \text{TxT2P}_n$$

where $d_{i,n}$ is the number of octets from active MAC flow i contained in the payload and $\text{SumPayload}_n$ is the sum of $d_{i,n}$ over all active MAC flows i.

- If the access terminal does not transmit a Reverse Traffic Channel packet in sub-frame n, the bucket outflows shall be specified by the following equation:

$$\text{T2POutflow}_{i,n} = 0$$

10. Update Bucket Level for each active MAC flow i

- The access terminal shall determine $\text{BucketLevelSat}_{i,n+1}$ for active MAC flow i using the following equation:

$$\text{BucketLevelSat}_{i,n+1} = \min(\text{BurstDurationFactor}_i \times \text{BucketFactor}_i(10 \times \log_{10}(\text{T2PInflow}_{i,n}), \text{FRAB}_n) \times \text{T2PInflow}_{i,n}, 10\text{\^{}}(\text{BucketLevelMax}_i / 10)).$$

- If the access terminal is not receiving the corresponding Forward Channel during sub-frame n or any slot of sub-frame n overlaps with the Reverse Link Silence Interval, then the access terminal shall set $\text{BucketLevel}_{i,n+1} = 0$.

- If the access terminal is receiving the corresponding Forward Channel during sub-frame n and no slot of sub-frame n overlaps with the Reverse Link Silence Interval, then the access terminal shall set the bucket level for the next sub-frame as specified by the following equation[111]:

$$\text{BucketLevel}_{i,n+1} = \min(\text{BucketLevel}_{i,n} + \text{T2PInflow}_{i,n} - \text{T2POutflow}_{i,n}, \text{BucketLevelSat}_{i,n+1})$$

---

[111] $\text{BucketLevel}_{i,n}$ is allowed to take on a negative value

11. When the access terminal transmits a security layer packet, the access terminal shall transmit the Security Layer packet only on the active MAC flow associated by the AssociatedFlows*NN* attribute with the application layer packet(s) contained in the Security Layer packet . The access terminal shall not transmit Security Layer packets containing signaling using any flow other than MAC flow 0x00.

10.11.6.1.6.1.1 Packet size and Transmission Mode selection requirements

10.11.6.1.6.1.1.1 Procedures

1. The access terminal shall set $\text{PotentialT2POutflow}_i$ for each active MAC flow i by using the following equation:

$\text{PotentialT2POutflow}_i = \max (0, \min((1 + \text{AllocationStagger} \times r_n) \times (\text{BucketLevel}_{i,n} / 4 + \text{T2PInflow}_{i,n}), \text{BucketFactor}_i(10 \times \log10(\text{T2PInflow}_{i,n}), \text{FRAB}_n \times \text{T2PInflow}_{i,n}))$

2. The access terminal shall determine T2PConversionFactor by maximizing the T2PConversionFactor over all permitted Physical Layer packet sizes, using the following equation:

$$\text{T2PConversionFactor} = \max_{PS}(\text{PacketSize}PS / 10^{\wedge}(\text{T2P}PS / 10))$$

3. The access terminal shall construct the set F to be the set of all active MAC flows with non-empty queues at sub-frame n.

10.11.6.1.6.1.1.2 Requirements

1. If the access terminal starts transmission of a Reverse Traffic Channel packet in sub-frame n with packet size *PS* with $d_{i,n}$ octets from each active MAC flow i, then the access terminal shall ensure that the following conditions are satisfied:

   – Condition 1:

   $PS \leq \min(\text{PermittedPayload}PS1\_1, \text{PermittedPayload}PS2\_2, \text{PermittedPayload}PS3\_3)$

   where *PSk* is the Physical Layer packet size transmitted in sub-frame n - 4 × *k*

   – Condition 2:

   $10^{\wedge}(\text{T2P}PS/10) \leq \max(10^{\wedge}(\text{TxT2P}_{min} / 10), \sum_{i \in F} \text{PotentialT2POutflow}_i)$

   – Condition 3:

   $10^{\wedge}(\text{T2P}PS / 10) \leq 10^{\wedge}(\text{TxT2Pmax}(\text{PilotStrength}_{n,s}) / 10)$

   – Condition 4: No packet with lower T2P*PS* is able to carry a packet of size *PS* as specified by the following equation:

   $$\sum_{i \in F} \min(d_{i,n}, \text{T2PConversionFactor} \times \text{PotentialT2POutflow}_i)$$

   – Condition 5: Packet size *PS* can be accommodated by the available transmit power.

10.11.6.1.6.1.2 Request message

The access terminal may include a request in the Request message for up to MaxNumMACFlows MAC flows. The access terminal can include requests for multiple MAC flows in a single Request packet. The access terminal shall transmit the Request message in the first Reverse Traffic Channel packet that it transmits after one of the following conditions is satisfied:

1. ReqRatio is not equal to 0 and the access terminal has transmitted (1 / ReqRatio – 1) × RequestPktSize bits of data on the traffic channel since the last Request packet transmission, where RequestPktSize denotes the number of bits in the Request message.

2. MaxReqInterval is not equal to zero and MaxReqInterval frames have elapsed since the last transmission of a Request message.

10.11.6.1.6.1.3 Grant message

If the access terminal receives a Grant message the access terminal shall update the following parameters for each MAC flow i for which the Grant message was received.

- T2PInflow$_{i,n}$ with $10^{x/10}$, where $x$ is the value of T2PInflow in units of dB

- BucketLevel$_{i,n}$ with $10^{x/10}$, where $x$ is the value of BucketLevel in units of dB

- TT2PHold$_{i,n}$ with $4 \times x$, where $x$ is the value of TT2PHold in units of frames

10.11.6.1.6.1.4 Power Control

The access terminal shall control the reverse link transmit power in accordance with the requirements of the Physical Layer.

10.11.6.1.6.1.5 Reverse Link Silence Interval

When invoked, the access terminal shall perform the procedures listed in this section.

The access terminal shall not transmit on the Reverse Traffic Data Channel if the transmission of the Reverse Traffic Channel packet would overlap with the Reverse Link Silence Interval.

The access terminal shall not transmit on the Reverse Traffic Channel in time slots that overlap with the Reverse Link Silence Interval.

The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T and it satisfies the following equation:

$$T \bmod (2048 \times (2^{\text{ReverseLinkSilencePeriod}}) - 1) = 0$$

where T is the CDMA System Time in units of frames.

The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are public data of the Overhead Messages Protocol.

10.11.6.1.6.2 Access Network Requirements

The access network uses the RA bit to reflect the reverse link sector loading. The access network should transmit the Reverse Activity Channel with a gain equal to or greater than that specified by RAChannelGain.

The access network should ensure that T2P*PS* is such that the Reverse Traffic Channel packet is received by the access network with the target packet erasure rate.

10.11.6.1.6.2.1 Grant message

The access network may transmit Grant messages at any time. The Grant messages are either transmitted autonomously or are transmitted in response to Request messages received from the access terminal. The Grant message is transmitted by the access network to an access terminal for which the access network is the forward link serving sector. The timing and content of the Grant message is determined by the access network. The Grant message contains "grants" for one or more MAC flows. A per MAC flow resource allocation contains the following:

    &ndash;   T2PInflow

    &ndash;   BucketLevel

    &ndash;   TT2PHold

10.11.6.2 Trailer and Message Formats

10.11.6.2.1 MAC Layer Trailer

The access terminal shall set the MAC Layer trailer as follows:

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| MACLayerFormat | 1 |

ConnectionLayerFormat

                If the Security Layer packet contains a Format B Connection Layer packet, then the access terminal shall set this field to '1'. Otherwise, the access terminal shall set this field to '0'.

MACLayerFormat       The access terminal shall set this field to '1' if the MAC layer packet contains a valid payload; otherwise, the access terminal shall set this field to '0'.

10.11.6.2.2 RTCAck

The access network sends the RTCAck message to notify the access terminal that it has acquired the Reverse Traffic Channel. The access network shall send this message using the access terminal's current ATI.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

1   MessageID                The access network shall set this field to 0x00.

2

| Channels | FTC | | SLP | Reliable |
|----------|-----|--|-----|----------|
| **Addressing** | Unicast | | **Priority** | 10 |

3   10.11.6.2.3 Request

4   The access terminal sends the Request message to notify the access network of the
5   maximum TxT2P that it can use for Reverse Traffic Channel transmissions and the queue
6   length for zero or more of its MAC flows.

7

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| MaxSupportableTxT2P | 8 |
| NumMACFlows | 5 |

NumMACFlows occurrences of the following record:

| | |
|-------|---|
| MACFlowID | 4 |
| QueueLength | 4 |

| | |
|----------|---|
| Reserved | 3 |

8   MessageID                The access network shall set this field to 0x02.

9   MaxSupportableTxT2P

10                           The access terminal shall set this field to its maximum supportable
11                           Transmit Traffic-to-Pilot power ratio. The access terminal shall
12                           specify this field as an 8-bit value with units of 0.25 dB.

13  NumMACFlows              The access terminal shall set this field to the number of MAC flows
14                           for which the access terminal transmits a request.

15  MACFlowID               The access terminal shall set this field to the identifier that is
16                           assigned to the MAC flow. The access terminal shall support MAC
17                           flow identifiers in the range 0…15, inclusive.

18  QueueLength             The access terminal shall set this field to the length of the queue
19                           associated with the MACFlowID indicated by this field. The access

terminal shall specify this field as a 4-bit number as specified in Table 10.11.6.2.3-1.

**Table 10.11.6.2.3-1.Encoding of QueueLength Field**

| QueueLength, q | QueueLength (octets) QL |
|:---:|:---:|
| 0 | $0 \leq QL < 32$ |
| 1 | $32 \leq QL < 64$ |
| 2 | $64 \leq QL < 96$ |
| 3 | $96 \leq QL < 128$ |
| 4 | $128 \leq QL < 192$ |
| 5 | $192 \leq QL < 256$ |
| 6 | $256 \leq QL < 384$ |
| 7 | $384 \leq QL < 512$ |
| 8 | $512 \leq QL < 768$ |
| 9 | $768 \leq QL < 1024$ |
| 10 | $1024 \leq QL < 1536$ |
| 11 | $1536 \leq QL < 2048$ |
| 12 | $2048 \leq QL < 4096$ |
| 13 | $4096 \leq QL < 8192$ |
| 14 | $8192 \leq QL < 16384$ |
| 15 | $QL \geq 16384$ |

Reserved          The access terminal shall set this field to '000'. The access network shall ignore this field.

| **Channels** | RTC |
|:---:|:---:|
| **Addressing** | Unicast |

| **SLP** | Best Effort |
|:---:|:---:|
| **Priority** | 50 |

10.11.6.2.4 Grant

The access network transmits the Grant message to notify the access terminal of the following parameters for one or more of the active MAC flows at the access terminal:

- T2PInflow

- BucketLevel

- TT2PHold

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

| | |
|---|---|
| NumMACflows | 4 |
| (NumMACflows+1) occurrences of the following record: | |
| MACFlowID | 4 |
| T2PInflow | 8 |
| BucketLevel | 8 |
| TT2PHold | 6 |
| | |
| Reserved | 0-7 (as needed) |

MessageID            The access network shall set this field to 0x03.

NumMACflows          The access network shall set this field to one less than the number of MAC Flows for which the Grant is transmitted. The access network shall specify this field as a 4-bit value in the range 0...15, inclusive. The access terminal shall support all valid values for this field.

MACFlowID            The access network shall set this field to the MAC Flow identifier for which the Grant is transmitted. The access network shall specify this field as a 4-bit value in the range 0...15, inclusive. The access terminal shall support all valid values for this field.

T2PInflow            The access network shall set this field to the T2PInflow for the MAC flow identified by the corresponding MACFlowID. The access network may set this field to 255 to indicate a value of -∞. Otherwise, the access network shall specify this field as an 8-bit value in the range of 0 to 63.5 dB in units of 0.25 dB. The access network shall support all valid values of this field. The access terminal shall support all valid values for this field.

BucketLevel          The access network shall set this field to BucketLevel for the MAC flow identified by the corresponding MACFlowID. The access network may set this field to 255 to indicate a value of -∞. Otherwise, the access network shall specify this field as an 8-bit value in the range of 0 to 63.5 dB in units of 0.25 dB. The access terminal shall support all valid values of this field.

TT2PHold             The access network shall set this field to the interval of time, for which the access terminal shall maintain the T2PInflow for the MAC

TIA-856-B                                                                    MAC Layer

flow identified by the corresponding MACFlowID after receiving the Grant message. The access network shall specify this field as a 6-bit in units of frames. The access terminal shall support all valid values of this field.

Reserved            The access network shall add reserved bits to make the length of the entire message an integer number of octets.  The access network shall set these bits to '0'. The access terminal shall ignore this field.

| Channels | FTC    CC |
|----------|-----------|
| Addressing | Unicast |

| SLP | Best Effort |
|-----|-------------|
| Priority | 50 |

## 10.11.6.2.5 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute value for a given attribute.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID           The sender shall set this field to 0x52.

TransactionID       The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord     The format of this record is specified in 14.3.

| Channels | FTC    RTC |
|----------|-----------|
| Addressing | unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 40 |

## 10.11.6.2.6 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

MessageID           The sender shall set this field to 0x53.

TransactionID          The sender shall set this value to the TransactionID field of the
                       corresponding AttributeUpdateRequest message.

| Channels | FTC   RTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

### 10.11.6.2.7 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an
AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID              The access network shall set this field to 0x54.

TransactionID          The access network shall set this value to the TransactionID field of
                       the corresponding AttributeUpdateRequest message.

| Channels | FTC |
|---|---|
| Addressing | unicast |

| SLP | Reliable |
|---|---|
| Priority | 40 |

### 10.11.6.3 Interface to Other Protocols

### 10.11.6.3.1 Commands Sent

This protocol does not issue any commands.

### 10.11.6.3.2 Indications

This protocol does not register to receive any indications.

### 10.11.7 Configuration Attributes

The access terminal and the access network shall support the use of the Generic Attribute
Update Protocol to configure values of the following attributes:

- AssociatedFlows*NN*
- BucketFactor*NN*
- BucketLevelMax*NN*
- BurstDurationFactor*NN*
- PermittedPayload
- PilotStrengthQRABThresholdDRCLock

- PilotStrengthQRABThresholdDRCUnlock

- QRABSelect*NN*

- RequestParameters

- T2PFilterTC*NN*

- T2PTransitionFunction*NN*

- T2PInflowRange*NN*

where *NN* is the two-digit hexadecimal flow number in the range 0x00 to MaxNumMACFlows – 1, inclusive. The updated values of the attributes shall be consistent with the value of the MaxNumActiveMACFlows parameter of the MaxMACFlows attribute.

The access network and the access terminal shall not use the Generic Attribute Update Protocol to configure any other attributes of the Subtype 2 Reverse Traffic Channel MAC Protocol.

The following attributes and default values are defined (see 14.3 for attribute record definition).

10.11.7.1 Simple Attributes

The simple configurable attributes are listed in Table 10.11.7.1-1. The access network and the access terminal shall use the default values that are typed in ***bold italics.***

<sup>1</sup> **Table 10.11.7.1-1.Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xffff | FRABFilterTC | *0x02* | IIR filter time constant the access terminal uses for computing the Filtered RA bit is 384 slots. |
| | | 0x00 | IIR filter time constant the access terminal uses for computing the Filtered RA bit is 128 slots. |
| | | 0x01 | IIR filter time constant the access terminal uses for computing the Filtered RA bit is 256 slots. |
| | | 0x03 | IIR filter time constant the access terminal uses for computing the Filtered RA bit is 512 slots. |
| | | All other values | Reserved |
| 0xfffe | PilotStrengthFilterTC | *0x01* | IIR filter time constant the access terminal uses for computing the filtered serving sector Pilot Strength, $\text{PilotStrength}_{n,s}$ for sector s is 64 slots. |
| | | 0x00 | IIR filter time constant the access terminal uses for computing the filtered serving sector Pilot Strength, $\text{PilotStrength}_{n,s}$ for sector s is 32 slots. |
| | | 0x02 | IIR filter time constant the access terminal uses for computing the filtered serving sector Pilot Strength, $\text{PilotStrength}_{n,s}$ for sector s is 128 slots. |
| | | All other values | Reserved |
| 0xfffd | QRABFilterTC | *0x00* | IIR filter time constant the access terminal uses for computing the Quick RA bit is 4 slots. |
| | | 0x01 | IIR filter time constant the access terminal uses for computing the Quick RA bit is 8 slots. |
| | | All other values | Reserved |
| 0xfffc | T2PNoTxFilterTC | *0x01* | IIR filter time constant the access terminal uses for computing $\text{T2PInflow}_n$ is 24 sub-frames when access terminal is in Open state but not transmitting on the Reverse Link. |

TIA-856-B                                                                MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x00 | IIR filter time constant that the access terminal uses for computing $T2PInflow_n$ is 16 sub-frames when access terminal is in Open state but not transmitting on the Reverse Link. |
| | | 0x02 | IIR filter time constant the access terminal uses for computing $T2PInflow_n$ is 32 sub-frames when access terminal is in Open state but not transmitting on the Reverse Link. |
| | | 0x03 | IIR filter time constant the access terminal uses for computing $T2PInflow_n$ is 64 sub-frames when access terminal is in Open state but not transmitting on the Reverse Link. |
| | | 0x04 | IIR filter time constant the access terminal uses for computing $T2PInflow_n$ is 128 sub-frames when access terminal is in Open state but not transmitting on the Reverse Link. |
| | | All other values | Reserved |
| 0xfffb | PilotStrengthQRABThresholdDRCLock | *0x18* | PilotStrengthQRABThresholdDRCLock is −6 dB |
| | | 0x00 to 0x3f | PilotStrengthQRABThresholdDRCLock is in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive |
| | | All other values | Reserved |
| 0xfffa | PilotStrengthQRABThresholdDRCUnlock | *0x0c* | PilotStrengthQRABThresholdDRCUnlock is −3 dB |
| | | 0x00 to 0x3f | PilotStrengthQRABThresholdDRCUnlock is in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive |
| | | All other values | Reserved |
| 0xfe00 | BucketLevelMax00 | *0x50* | BucketLevelMax for flow 0x00 is 20 dB |
| | | 0x01 to 0xff | BucketLevelMax for flow 0x00 in units of 0.25 dB |
| | | 0x00 | Reserved |
| 0xfe01 | BucketLevelMax01 | *0x6c* | BucketLevelMax for flow 0x01 is 27 dB |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x01 to 0xff | BucketLevelMax for flow 0x01 in units of 0.25 dB |
| | | 0x00 | BucketLevelMax for flow 0x01 is NULL |
| 0xfe*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x02 through MaxNumMACFlows −1, inclusive. | BucketLevelMax*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x02 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | BucketLevelMax for flow *NN* is NULL. |
| | | 0x01 to 0xff | BucketLevelMax for flow *NN* in units of 0.25 dB |
| 0xfd*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive. | QRABSelect*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | Use QRAB |
| | | 0x01 | Use QRABps |
| | | All other values | Reserved |
| 0xfc*NN*<br><br>*NN* is the two-digit hexadecimal MAC | BurstDurationFactor*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through | ***0x00*** | BurstDurationFactor for flow *NN* is 4 |
| | | 0x01 | BurstDurationFactor for flow *NN* is 8 |
| | | 0x02 | BurstDurationFactor for flow *NN* is 16 |
| | | 0x03 | BurstDurationFactor for flow *NN* is 32 |

TIA-856-B                                                                      MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| flow number in the range 0x00 through MaxNum MACFlows −1, inclusive. | MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | All other values | Reserved |
| 0xfb*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through N$_{\text{MFRTCMACFlowMax}}$ −1, inclusive. | T2PFilterTC*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through N$_{\text{MFRTCMACFlowMax}}$ − 1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | *0x01* | IIR filter time constant the access terminal uses for computing T2PInflow$_{i,n}$ for flow 0x*NN* is 24 sub-frames. |
| | | 0x00 | IIR filter time constant the access terminal uses for computing T2PInflow$_{i,n}$ for flow 0x*NN* is 16 sub-frames. |
| | | 0x02 | IIR filter time constant the access terminal use for computing T2PInflow$_{i,n}$ for flow 0x*NN* is 32 sub-frames. |
| | | 0x03 | IIR filter time constant the access terminal uses for computing T2PInflow$_{i,n}$ for flow 0x*NN* is 64 sub-frames. |
| | | 0x04 | IIR filter time constant the access terminal uses for computing T2PInflow$_{i,n}$ for flow 0x*NN* is 128 sub-frames. |
| | | All other values | Reserved |

10.11.7.2 Complex Attributes

The following configurable complex attributes are defined:

10.11.7.2.1 AssociatedFlows*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x01 through MaxNumMACFlows −1, inclusive.

| Field | Length(bits) | Default for *NN* between 0x02 and (MaxNumMACFlows −1), inclusive | Default for *NN* = 0x01 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| | | | |
|---|---|---|---|
| ValueID | 8 | N/A | N/A |
| FlowCount | 8 | 0 | 1 |

FlowCount occurrences of the following two fields:

{

| | | | |
|---|---|---|---|
| Stream | 9 | N/A | 511 |
| SubStream | 8 | N/A | 0 |

}

| | | | |
|---|---|---|---|
| Reserved | 0 – 7 (as needed) | N/A | N/A |

}

| | |
|---|---|
| Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| AttributeID | The sender shall set this field to 0x01*NN*, where *NN* is the two-digit hexadecimal number that identifies the MAC Flow in the range 0x01 through MaxNumMACFlows −1, inclusive. |
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| FlowCount | The sender shall set this field to the number of higher layer  flows associated with this MAC Flow. |
| Stream | If this flow is generated by an application bound to a stream, then the sender shall set this field to the stream number. If this flow is generated by an application bound to a virtual stream, then the sender shall set this field to three more than the virtual stream number. If this MAC flow is to be associated with all higher layer flow not associated with a MAC flow, then the sender shall set this field to '111111111'. |
| SubStream | If the application bound generating this flow defines sub-streams, then the sender shall set this field to the number of the sub-stream |

TIA-856-B                                                                    MAC Layer

associated with this MAC flow[112]. Otherwise, the sender shall set this field to '00000000'. If Stream is '111111111', then the sender shall set this field to '00000000'.

Reserved             The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The receiver shall ignore this field.

10.11.7.2.2 BucketFactor*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

---

[112] For example, in case of the Multi-flow Packet Application, this field is set to the RLP flow number corresponding to the RLP flow associated with this MAC flow.

| Field | Length (bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A | N/A |
|---|---|---|---|
| NumT2PAxisValues | 4 | 0x04 | 0x01 |
| NumFRABAxisValues | 3 | 0x01 | 0x00 |

NumT2PAxisValues + 1 occurrences of the following field:

| T2PAxis | 8 | See Table 10.11.7.2.2-1 | See Table 10.11.7.2.2-4 |
|---|---|---|---|

NumFRABAxisValues + 1 occurrences of the following field:

| FRABAxis | 4 | See Table 10.11.7.2.2-2 | See Table 10.11.7.2.2-5 |
|---|---|---|---|

(NumT2PAxisValues + 1) × (NumFRABAxisValues + 1) occurrences of the following field:

| BucketFactorT2PAxisFRABAxis | 8 | See Table 10.11.7.2.2-3 | See Table 10.11.7.2.2-6 |
|---|---|---|---|

| Reserved | 0-7 (as needed) | N/A | N/A |
|---|---|---|---|

}

Length                     Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                The sender shall set this field to 0x02*NN*, where *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows − 1, inclusive.

ValueID                    The sender shall set this field to an identifier assigned to this complex value.

NumT2PAxisValues           The sender shall set this field to the number of occurrences of T2PAxis field in this record minus 1. The sender shall specify this field as an 4-bit value. The receiver shall support all valid values specified by this field.

NumFRABAxisValues

The sender shall set this field to the number of occurrences of FRABAxis field in this record minus 1. The sender shall specify this field as an 3-bit value. The receiver shall support all valid values specified by this field.

T2PAxis            The sender shall set this field to values that define the T2P axis. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

FRABAxis           The sender shall set this field to values that define the FRAB axis. The sender shall specify this field as a 4-bit 2's complement value in the range -1...7/8, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

BucketFactorT2PAxisFRABAxis

The sender shall set this field to the values of the function BucketFactor() at the T2PInflow value of T2PAxis and FRAB value of FRABAxis. The sender shall set the data in the following order: BucketFactor( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value.  The sender shall specify this field as an 8-bit value in the range 1...32 7/8, inclusive, in units of 1/8. The receiver shall support all valid values specified by this field.

Reserved           The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zero. The receiver shall ignore this field.

**Table 10.11.7.2.2-1. T2PAxis Default Values**

| Field | Default for *NN* > 0x00 |
|-------|-------------------------|
| T2PAxis00 | 0x00 |
| T2PAxis01 | 0x34 |
| T2PAxis02 | 0x35 |
| T2PAxis03 | 0x44 |
| T2PAxis04 | 0x50 |

MAC Layer                                                                    TIA-856-B

1

**Table 10.11.7.2.2-2. FRABAxis Default Values**

| Field | Default for *NN* > 0x00 |
|-------|-------------------------|
| FRABAxis0 | 0x8 |
| FRABAxis1 | 0xb |

2

3

**Table 10.11.7.2.2-3. BucketFactor Default Values**

| Field | Default for *NN* > 0x00 |
|-------|-------------------------|
| BucketFactorT2PAxis00FRABAxis0 | 0x28 |
| BucketFactorT2PAxis00FRABAxis1 | 0x08 |
| BucketFactorT2PAxis01FRABAxis0 | 0x08 |
| BucketFactorT2PAxis01FRABAxis1 | 0x08 |
| BucketFactorT2PAxis02FRABAxis0 | 0x18 |
| BucketFactorT2PAxis02FRABAxis1 | 0x18 |
| BucketFactorT2PAxis03FRABAxis0 | 0x02 |
| BucketFactorT2PAxis03FRABAxis1 | 0x02 |
| BucketFactorT2PAxis04FRABAxis0 | 0x02 |
| BucketFactorT2PAxis04FRABAxis1 | 0x02 |

4

5

**Table 10.11.7.2.2-4. T2PAxis Default Values**

| Field | Default for *NN* = 0x00 |
|-------|-------------------------|
| T2PAxis00 | 0x10 |
| T2PAxis01 | 0x2b |

6

7

**Table 10.11.7.2.2-5. FRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|-------|-------------------------|
| FRABAxis0 | 0x0 |

8

**Table 10.11.7.2.2-6. BucketFactor Default Values**

| Field | Default for $NN$ = 0x00 |
|---|---|
| BucketFactorT2PAxis00FRABAxis0 | 0x18 |
| BucketFactorT2PAxis01FRABAxis0 | 0x08 |

10.11.7.2.3 CommonPowerParameters Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| Field | Length (bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| AllocationStagger | 4 | '0101' |
| TxT2Pmin | 8 | 0x0F |
| RPCStep | 2 | '01' |
| Reserved | 0-7(as needed) | N/A |

}

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The access network shall set this field to 0x0000.

ValueID           The access network shall set this field to an identifier assigned to this complex value.

AllocationStagger T2P allocation stagger factor. The access network shall set this field to the desired T2P allocation dither factor across MAC flows at an access terminal and across access terminals. This field is a 4-bit value in steps of 1/16 in the range of 0…15/16, inclusive. The access terminal shall support all valid values specified by this field.

TxT2Pmin          The sender shall set this field to the minimum TxT2P that the receiver is always allowed to transmit, expressed as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field.

RPCStep            Reverse Power Control step. The access network shall set this field to the power control step size the access terminal shall use when controlling the power of the reverse link, as shown in Table 10.11.7.2.3-1. The access terminal shall support all the valid values specified by this field.

**Table 10.11.7.2.3-1.Encoding of the RPCStep Field**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0.5 dB |
| '01' | 1.0 dB |
| '10' | Reserved |
| '11' | Reserved |

Reserved           The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

1   10.11.7.2.4 PermittedPayload Attribute
2

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

| ValueID | 8 | N/A |
|---------|---|-----|
| PermittedPayload0_1 | 4 | 0x1 |
| PermittedPayload0_2 | 4 | 0x5 |
| PermittedPayload0_3 | 4 | 0x5 |
| PermittedPayload256_1 | 4 | 0x2 |
| PermittedPayload256_2 | 4 | 0x5 |
| PermittedPayload256_3 | 4 | 0x5 |
| PermittedPayload512_1 | 4 | 0x3 |
| PermittedPayload512_2 | 4 | 0x5 |
| PermittedPayload512_3 | 4 | 0x5 |
| PermittedPayload1024_1 | 4 | 0x4 |
| PermittedPayload1024_2 | 4 | 0x5 |
| PermittedPayload1024_3 | 4 | 0x5 |
| PermittedPayload2048_1 | 4 | 0x5 |
| PermittedPayload2048_2 | 4 | 0x5 |
| PermittedPayload2048_3 | 4 | 0x5 |
| PermittedPayload4096_1 | 4 | 0x5 |
| PermittedPayload4096_2 | 4 | 0x5 |
| PermittedPayload4096_3 | 4 | 0x5 |

3   Length                 Length of the complex attribute in octets. The sender shall set this
4                          field to the length of the complex attribute excluding the Length field.

5   AttributeID            The sender shall set this field to 0x0001.

6   ValueID                The sender shall set this field to an identifier assigned to this
7                          complex value.

8   PermittedPayload0_1

9                          The sender shall set this field to the maximum packet size that the
10                         receiver can transmit in the sub-frame n if the Data Channel was not

transmitted in sub-frame n–4. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload0_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Data Channel was not transmitted in sub-frame n–8. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload0_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Data Channel was not transmitted in sub-frame n–12. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–4 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–8 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–12 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–4 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–8 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–12 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–4 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–8 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–12 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–4 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–8 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–12 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–4 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic

Channel payload transmitted in sub-frame n–8 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–12 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.11.7.2.4-1. The receiver shall support all valid values specified by this field.

**Table 10.11.7.2.4-1. Packet Size Encoding**

| Packet size (bits) | Value |
|---|---|
| 0 | 0x0 |
| 256 | 0x1 |
| 512 | 0x2 |
| 1024 | 0x3 |
| 2048 | 0x4 |
| 4096 | 0x5 |

10.11.7.2.5 PilotStrength Attribute

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| NumPilotStrengthAxisValues | 4 | 0x2 |

NumPilotStrengthAxisValues occurrences of the following two fields:

{

| PilotStrengthAxis | 6 | See Table 10.11.7.2.5-1 |
|-------------------|---|-------------------------|
| PilotStrengthPilotStrengthAxis | 4 | 0x0 |

}

| Reserved | 0 – 7 (as needed) | N/A |
|----------|-------------------|-----|

}

Length                  Length of the complex attribute in octets. The access network shall
                        set this field to the length of the complex attribute excluding the
                        Length field.

AttributeID             The sender shall set this field to 0x0002.

ValueID                 The sender shall set this field to an identifier assigned to this
                        complex value.

NumPilotStrengthAxisValues

                        The sender shall set this field to the number of occurrences of
                        PilotStrengthAxis field in this record. The sender shall not set this
                        field to zero.

PilotStrengthAxis

                        The sender shall set this field to the values that define the
                        PilotStrength axis. The sender shall specify this field as a 6-bit value
                        in units of –0.25 dB in the range 0 dB to –15.75 dB, inclusive. The
                        values specified shall be monotonically increasing. The receiver shall
                        support all valid values specified by this field.

PilotStrengthPilotStrengthAxis

TIA-856-B                                                                MAC Layer

The sender shall set this field to the scale factor used to scale the T2PInflow if the filtered serving sector PilotStrength equals the corresponding PilotStrengthAxis. The sender shall specify this field as a 2's complement 4-bit value in units of 1 dB. The receiver shall support all valid values specified by this field.

Reserved                    The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

**Table 10.11.7.2.5-1. PilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthAxis0 | 0x3C |
| PilotStrengthAxis1 | 0x00 |

10.11.7.2.6 PowerParameters Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more of the following record:

| Field | Length (bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| T2P256 | 8 | 0x0f |
| T2P512 | 8 | 0x1b |
| T2P1024 | 8 | 0x27 |
| T2P2048 | 8 | 0x35 |
| T2P4096 | 8 | 0x4a |

Length                      Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                 The access network shall set this field to 0x0003.

ValueID                     The access network shall set this field to an identifier assigned to this complex value.

T2P256                      The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload. The sender shall specify this field as an 8-bit number in units of 0.25 dB.

MAC Layer                                                                TIA-856-B

The receiver shall support all valid values specified by this field in the range 0xf7 to 0x24, inclusive[113].

T2P512             The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field in the range 0x03 to 0x30, inclusive.

T2P1024            The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field in the range 0x0f to 0x3c, inclusive.

T2P2048            The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2048-bit payload. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field in the range 0x1d to 0x4a, inclusive.

T2P4096            The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field in the range 0x32 to 0x5f, inclusive.

10.11.7.2.7 RequestParameters Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| ReqRatio | 4 | 0x0 |
| MaxReqInterval | 4 | 0x0 |

Length             Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

---

[113] The range for T2PXXXX values is consistent with the range for DataOffsetNom and DataOffsetXXXX for subtype 0 and subtype 1 Reverse Traffic Channel MAC Protocol. The range relative to the default is [-6dB, +5.25dB]

| | | |
|---|---|---|
| 1 | AttributeID | The sender shall set this field to 0x0004. |
| 2,3 | ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| 4,5,6,7 | ReqRatio | The sender shall set this field to the maximum permitted ratio of the request bits to traffic bits. The sender shall specify this field as a 4-bit value in units of 0.005 for a range of 0...0.075, inclusive. The receiver shall support all valid values specified by this field. |
| 8,9,10,11,12,13,14 | MaxReqInterval | The sender shall set this field to the maximum time duration that the access terminal shall wait to transmit Request packet once it has transmitted a Request packet. The sender shall specify this field as a 4-bit number in units of frames and has a range of 1...15 frames, inclusive. A value of 0 will disable Request packet transmission due to any fixed interval. The sender shall support all valid values specified by this field. |

10.11.7.2.8 T2PInflowRange*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

| Field | Length(bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |
| One or more occurrences of the following record: | | | |
| ValueID | 8 | N/A | N/A |
| T2PInflowmin | 8 | 0x07 | 0x10 |
| T2PInflowmax | 8 | 0x78 | 0x2b |

| | | |
|---|---|---|
| 19,20,21 | Length | Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field. |
| 22,23,24 | AttributeID | The sender shall set this field to 0x08*NN*, where *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive. |
| 25,26 | ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| 27,28,29 | T2PInflowmin | The sender shall set this field to the minimum T2P inflow that the receiver is to use as input to the Subtype 2 Reverse Traffic Channel MAC algorithm. The sender shall specify this field as an 8-bit value in |

MAC Layer                                                                TIA-856-B

units of 0.25 dB. The receiver shall support all valid values specified by this field.

T2PInflowmax        The sender shall set this field to the maximum T2P inflow that the receiver is to use as input to the Subtype 2 Reverse Traffic Channel MAC algorithm. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The receiver shall support all valid values specified by this field.

10.11.7.2.9 T2PTransitionFunction*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

| Field | Length(bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| | | | |
|---|---|---|---|
| ValueID | 8 | N/A | N/A |
| NumT2PAxisValues | 4 | 0x03 | 0x01 |
| NumFRABAxisValues | 3 | 0x03 | 0x00 |

NumT2PAxisValues + 1 occurrences of the following field:

| | | | |
|---|---|---|---|
| T2PAxis | 8 | See Table 10.11.7.2.9-1 | See Table 10.11.7.2.9-4 |

NumFRABAxisValues + 1 occurrences of the following field:

| | | | |
|---|---|---|---|
| FRABAxis | 4 | See Table 10.11.7.2.9-2 | See Table 10.11.7.2.9-6 |

(NumT2PAxisValues + 1) × (NumFRABAxisValues + 1) of the following two fields:

| | | | |
|---|---|---|---|
| T2PUpT2PAxisFRABAxis | 8 | See Table 10.11.7.2.9-3 | See Table 10.11.7.2.9-7 |
| T2PDnT2PAxisFRABAxis | 8 | See Table 10.11.7.2.9-4 | See Table 10.11.7.2.9-8 |

| | | | |
|---|---|---|---|
| Reserved | 0-7 (as needed) | N/A | N/A |

}

Length              Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

| | |
|---|---|
| AttributeID | The sender shall set this field to 0x09*NN*, where *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive. |
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| NumT2PAxisValues | The sender shall set this field to the number of values specified on the T2P axis minus 1. The sender shall specify this field as an 4-bit value. The receiver shall support all valid values specified by this field. |
| NumFRABAxisValues | The sender shall set this field to the number of values specified on the FRAB axis minus 1. The sender shall specify this field as a 3-bit value. The receiver shall support all valid values specified by this field. |
| T2PAxis | The sender shall set this field to values that define the T2P axis. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field. |
| FRABAxis | The sender shall set this field to values that define the FRAB axis. The sender shall specify this field as a 4-bit 2's complement value in the range -1...7/8, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field. |
| T2PUpT2PAxisFRABAxis | |
| | The sender shall set this field to the value of the function T2PUp of the associated MAC flow at [T2PAxis, FRABAxis]. The sender shall set the data in the following order:  T2PUp( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The receiver shall use the value of this field to compute ∆T2PInflow. The sender shall specify this field as an 8-bit 2's complement in units of 0.25 dB. The receiver shall support all valid values specified by this field. |
| T2PDnT2PAxisFRABAxis | |
| | The sender shall set this field to the value of the function T2PDn of the associated MAC flow at [T2PAxis, FRABAxis]. The sender shall set the data in the following order:  T2PDn( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The receiver shall use the value of this field to compute ∆T2PInflow. The sender shall specify this field as an 8-bit 2's complement in units of |

MAC Layer                                                              TIA-856-B

1    0.25 dB. The receiver shall support all valid values specified by this
2    field.

3    Reserved        The sender shall add reserved bits to make the length of each
4                    attribute value record an integer number of octets. The sender shall
5                    set these bits to zero. The receiver shall ignore this field.

1

**Table 10.11.7.2.9-1. T2PAxis Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| T2PAxis00 | 0x0e |
| T2PAxis01 | 0xfb |
| T2PAxis02 | 0xef |
| T2PAxis03 | 0xef |

2

**Table 10.11.7.2.9-2. FRABAxis Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| FRABAxis0 | 0x8 |
| FRABAxis1 | 0xb |
| FRABAxis2 | 0xe |
| FRABAxis3 | 0x7 |

3

**Table 10.11.7.2.9-3. T2PUpT2PAxisFRABAxis Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| T2PUpT2PAxis00FRABAxis0 | 0x0e |
| T2PUpT2PAxis00FRABAxis1 | 0xfb |
| T2PUpT2PAxis00FRABAxis2 | 0xef |
| T2PUpT2PAxis00FRABAxis3 | 0xef |
| T2PUpT2PAxis01FRABAxis0 | 0xfb |
| T2PUpT2PAxis01FRABAxis1 | 0xe8 |
| T2PUpT2PAxis01FRABAxis2 | 0xdc |
| T2PUpT2PAxis01FRABAxis3 | 0xdc |
| T2PUpT2PAxis02FRABAxis0 | 0xfb |
| T2PUpT2PAxis02FRABAxis1 | 0xe8 |
| T2PUpT2PAxis02FRABAxis2 | 0xdc |
| T2PUpT2PAxis02FRABAxis3 | 0xdc |
| T2PUpT2PAxis03FRABAxis0 | 0x17 |
| T2PUpT2PAxis03FRABAxis1 | 0x80 |
| T2PUpT2PAxis03FRABAxis2 | 0x80 |
| T2PUpT2PAxis03FRABAxis3 | 0x80 |

4

MAC Layer                                                                 TIA-856-B

**Table 10.11.7.2.9-4. T2PDnT2PAxisFRABAxis Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| T2PDnT2PAxis00FRABAxis0 | 0xe3 |
| T2PDnT2PAxis00FRABAxis1 | 0xdc |
| T2PDnT2PAxis00FRABAxis2 | 0xd0 |
| T2PDnT2PAxis00FRABAxis3 | 0xd0 |
| T2PDnT2PAxis01FRABAxis0 | 0xe3 |
| T2PDnT2PAxis01FRABAxis1 | 0xdc |
| T2PDnT2PAxis01FRABAxis2 | 0xd0 |
| T2PDnT2PAxis01FRABAxis3 | 0xd0 |
| T2PDnT2PAxis02FRABAxis0 | 0x0e |
| T2PDnT2PAxis02FRABAxis1 | 0x07 |
| T2PDnT2PAxis02FRABAxis2 | 0xfb |
| T2PDnT2PAxis02FRABAxis3 | 0xfb |
| T2PDnT2PAxis03FRABAxis0 | 0x1e |
| T2PDnT2PAxis03FRABAxis1 | 0x17 |
| T2PDnT2PAxis03FRABAxis2 | 0x0b |
| T2PDnT2PAxis03FRABAxis3 | 0x0b |

**Table 10.11.7.2.9-5. T2PAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| T2PAxis00 | 0x10 |
| T2PAxis01 | 0x2b |

**Table 10.11.7.2.9-6. FRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| FRABAxis0 | 0x0 |

TIA-856-B                                                                                    MAC Layer

**Table 10.11.7.2.9-7. T2PUpT2PAxisFRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| T2PUpT2PAxis00FRABAxis0 | 0xf4 |
| T2PUpT2PAxis01FRABAxis0 | 0xbc |

**Table 10.11.7.2.9-8. T2PDnT2PAxisFRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| T2PDnT2PAxis00FRABAxis0 | 0xd8 |
| T2PDnT2PAxis01FRABAxis0 | 0xd8 |

10.11.7.2.10 TxT2Pmax Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| Field | Length(bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| NumPilotStrengthAxisValues | 3 | 0x2 |

NumPilotStrengthAxisValues occurrences of the following two fields:

{

| Field | Length(bits) | Default |
|---|---|---|
| PilotStrengthAxis | 6 | See Table 10.11.7.2.10-1 |
| TxT2PmaxPilotStrengthAxis | 7 | See Table 10.11.7.2.10-2 |

}

| Field | Length(bits) | Default |
|---|---|---|
| Reserved | 0 – 7 (as needed) | N/A |

}

Length                  Length of the complex attribute in octets. The access network shall
                        set this field to the length of the complex attribute excluding the
                        Length field.

AttributeID             The access network shall set this field to 0x0005.

ValueID                 The sender shall set this field to an identifier assigned to this
                        complex value.

NumPilotStrengthAxisValues

The sender shall set this field to the number of occurrences of PilotStrengthAxis field in this record. The sender shall not set this field to zero.

PilotStrengthAxis   The sender shall set this field to the values that define the PilotStrength axis. The sender shall specify this field as a 6-bit value in units of −0.25dB in the range 0 dB to −15.75 dB, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

TxT2PmaxPilotStrengthAxis

The sender shall set this field to the maximum TxT2P that the access terminal is allowed to transmit based on the filtered serving sector PilotStrength specified by the corresponding PilotStrengthAxis. The sender shall specify this field as a 7-bit value expressed in units of 0.5 dB. The access terminal shall support all valid values specified by this field.

Reserved            The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

**Table 10.11.7.2.10-1. PilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthAxis0 | 0x28 |
| PilotStrengthAxis1 | 0x14 |

**Table 10.11.7.2.10-2. TxT2PmaxPilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| TxT2PmaxPilotStrengthAxis0 | 0x18 |
| TxT2PmaxPilotStrengthAxis1 | 0x36 |

10.11.7.2.11 MaxMACFlows Attribute

TIA-856-B                                                          MAC Layer

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| MaxNumMACFlows | 8 | *0x04* |
| MaxNumActiveMACFlows | 8 | *0x04* |

Length                    Length of the complex attribute in octets. The sender shall set this
                          field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x0006.

ValueID                   The sender shall set this field to an identifier assigned to this
                          complex value.

MaxNumMACFlows            The sender shall set this field to indicate the maximum total number
                          of activated and deactivated MAC flows supported. The value shall be
                          in the range of 0x04 to 0x10, inclusive

MaxNumActiveMACFlows
                          The sender shall set this field to indicate the maximum number of
                          active MAC flows supported. The value shall be in the range of 0x04
                          to MaxNumMACFlows, inclusive.

10.11.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{RTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S2RTCMP}$ | Subtype field for this protocol | 0x0002 |
| $T_{RTCMPATSetup}$ | Maximum time for the access terminal to transmit the Reverse Traffic Channel in the Setup State | 1.5 seconds |
| $T_{RTCMPANSetup}$ | Maximum time for the access network to acquire the Reverse Traffic Channel and send a notification to the access terminal. | 1 second |

10.11.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This protocol defines the following parameter record in addition to the configuration
attributes for this protocol.

MAC Layer                                                         TIA-856-B

10.11.9.1 LongCodeMask Parameter

The following parameter shall be included in the Session State Information record only if the Session State Information is being transferred while the connection is open.

**Table 10.11.9.1-1.The Format of the Parameter Record for the LongCodeMask Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| MIRTCMAC | 42 |
| MQRTCMAC | 42 |
| Reserved | 4 |

ParameterType        This field shall be set to 0x01 for this parameter record.

Length               This field shall be set to the length of this parameter record in units of octets excluding the Length field.

MIRTCMAC             This field shall be set to the value of the reverse traffic channel in-phase long code mask associated with the access terminal's session.

MQRTCMAC            This field shall be set to the value of the reverse traffic channel quadrature-phase long code mask associated with the access terminal's session.

Reserved             This field shall be set to zero.

**10.12 Subtype 3 Reverse Traffic Channel MAC Protocol**

10.12.1 Overview

The Subtype 3 Reverse Traffic Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit, and for an access network to receive the Reverse Traffic Channel. Specifically, this protocol addresses Reverse Traffic Channel transmission rules and rate control. This protocol supports intra-access terminal Quality of Service (QoS) for multiple concurrent active MAC flows at the access terminal. Rate control is accomplished via per active MAC flow Traffic-to-Pilot power ratio (T2P) control. The Subtype 3 Reverse Traffic Channel MAC protocol provides per active MAC flow QoS control. This is achieved by distributed rate selection (at the access terminal) and centralized (scheduled) resource allocation (by the access network). This protocol operates with the Subtype 2 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for every access terminal.

This protocol operates in one of three states:

- Inactive State: In this state, the access terminal is not assigned a Reverse Traffic Channel. When the protocol is in this state, it waits for an *Activate* command.

- Setup State: In this state, the access terminal obeys the power control commands that it receives from the access network. Data transmission on the Reverse Traffic Channel is not allowed in this state.

- Open State: In this state, the access terminal obeys the power control commands that it receives from the access network. In this state, the access terminal may negotiate different Subtype 3 Reverse Traffic Channel MAC Protocol parameters and attributes per MAC flow and transmit data on the Reverse Traffic Channel.

The protocol states and the indications and events causing the transition between the states are shown in Figure 10.12.1-1.



**Figure 10.12.1-1. Subtype 3 Reverse Traffic Channel MAC Protocol State Diagram**

Each active MAC flow contributes to sector loading and its contribution is strongly correlated with its average transmit T2P. An access terminal may transmit multiple active MAC flows simultaneously. The Subtype 3 Reverse Traffic Channel MAC protocol uses the average transmit T2P per active MAC flow as a measure of the air link resource used by that MAC flow. The Subtype 3 Reverse Traffic Channel MAC protocol treats multiple active MAC flows associated with a single access terminal in a manner consistent with multiple active MAC flows associated with multiple access terminals, subject to access terminal transmit power constraints. This protocol controls the average T2P of an active MAC flow based on the requirements of that MAC flow, requirements of other concurrent active MAC flows, transmit power constraints, and sector loading. The Subtype 3 Reverse Traffic Channel MAC protocol allows updating Reverse Traffic Channel MAC attributes (access terminal specific and MAC flow specific) using the Generic Attribute Update Protocol.

10.12.2 Primitives and Public Data

10.12.2.1 Commands

This protocol defines the following commands:

- *Activate*

- *Deactivate*

10.12.2.2 Return Indications

This protocol returns the following indications:

- *LinkAcquired*

- *SupervisionFailed*

10.12.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- ARQMode
- AuxiliaryPilotChannelGain
- AuxiliaryPilotChannelMinPayload
- Rate1M8Supported
- RRI (Payload Index and sub-packet Index)
- RRIChannelGain
- TxT2P
- RPCStep
- $MI_{RTCMAC}$
- $MQ_{RTCMAC}$
- RAChannelGain for each pilot in the Active Set

10.12.3 Protocol Data Unit

The transmission unit of this protocol is a Reverse Traffic Channel MAC Layer packet. Each Reverse Traffic Channel MAC Layer packet contains one Security Layer packet.

10.12.4 Protocol Initialization

10.12.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.
- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

10.12.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.12.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

The access network shall not initiate negotiation of the MaxMACFlows attribute.

10.12.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    – ARQMode

    – AuxiliaryPilotChannelGain

    – AuxiliaryPilotChannelMinPayload

    – Rate1M8Supported

    – RPCStep

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    – The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    – The InConfiguration protocol instance shall become the InUse protocol instance for the Reverse Traffic Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

TIA-856-B                                                                                        MAC Layer

10.12.5.3 Message Formats

10.12.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | | FTC      RTC | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | | Unicast | **Priority** | 40 |

10.12.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

MAC Layer                                                                                        TIA-856-B

| Channels | FTC     RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | Unicast | Priority | 40 |

10.12.6 Procedures and Messages for the InUse Instance of the Protocol

10.12.6.1 Procedures

The protocol constructs a Subtype 3  Reverse Traffic Channel MAC Layer packet out of a Security Layer packet and passes the packet for transmission to the Physical Layer Protocol.

The Subtype 3 Reverse Traffic Channel MAC Protocol supports multiple MAC Flows. MAC flow *NN* is defined to be active if the value of the BucketLevelMax*NN* attribute associated with MAC flow *NN* is greater than zero, where *NN* is the two-digit hexadecimal flow number in the range 0x00 to MaxNumMACFlows −1, inclusive. The number of active MAC Flows shall not exceed the value of the MaxNumActiveMACFlows parameter of the MaxMACFlows attribute.

10.12.6.1.1 MAC Layer Packet

The MAC Layer packet is the basic unit of data provided by the Subtype 3 Reverse Traffic Channel MAC protocol to the Physical Layer Protocol. The structure of a MAC Layer packet is shown in Figure 10.12.6.1.1-1. The MAC Layer packet consists of a Security Layer packet followed by the MAC Layer trailer. The MAC Layer packet is transmitted in one of two modes, Low Latency mode or High Capacity mode.



**Figure 10.12.6.1.1-1.Reverse Traffic Channel MAC Layer Packet Structure**

10.12.6.1.2 Command Processing

10.12.6.1.2.1 Activate

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

• Set $ATI_{LCM}$ to TransmitATI.ATI

• Transition to the Setup State

If the protocol receives this command in any other state it shall be ignored.

1  10.12.6.1.2.2 Deactivate

2  If the protocol receives a *Deactivate* command in the Setup State or the Open State,

3  • Access terminal shall cease transmitting the Reverse Traffic Channel and shall
4    transition to the Inactive State.

5  • Access network shall cease monitoring the Reverse Traffic Channel from this access
6    terminal and shall transition to the Inactive State.

7  If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

8  10.12.6.1.3 Reverse Traffic Channel Long Code Mask

9  The access terminal shall set the long code masks for the reverse traffic channel ($MI_{RTCMAC}$
10 and $MQ_{RTCMAC}$) as follows. The 42-bit mask $MI_{RTCMAC}$ shall be specified as shown in Table
11 10.12.6.1.3-1.

12  **Table 10.12.6.1.3-1.Reverse Traffic Channel Long Code Masks**

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{RTCMAC}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | Permuted ($ATI_{LCM}$) | | | | | | | | | | | | | | | | | | | |

14  Permuted ($ATI_{LCM}$) is defined as follows:

15  $ATI_{LCM} = (A_{31}, A_{30}, A_{29}, \ldots, A_0)$

16  Permuted ($ATI_{LCM}$) =

17  $(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24},$
18  $A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9)$.

19  The 42-bit mask $MQ_{RTCMAC}$ shall be derived from the mask $MI_{RTCMAC}$ as follows:

20  $MQ_{RTCMAC}[k] = MI_{RTCMAC}[k-1], \quad$ for $k = 1,\ldots,41$

21  $MQ_{RTCMAC}[0] = MI_{RTCMAC}[0] \oplus MI_{RTCMAC}[1] \oplus MI_{RTCMAC}[2] \oplus MI_{RTCMAC}[4] \oplus MI_{RTCMAC}[5] \oplus$

22  $MI_{RTCMAC}[6] \oplus MI_{RTCMAC}[9] \oplus MI_{RTCMAC}[15] \oplus MI_{RTCMAC}[16] \oplus MI_{RTCMAC}[17] \oplus$

23  $MI_{RTCMAC}[18] \oplus MI_{RTCMAC}[20] \oplus MI_{RTCMAC}[21] \oplus MI_{RTCMAC}[24] \oplus MI_{RTCMAC}[25] \oplus$

24  $MI_{RTCMAC}[26] \oplus MI_{RTCMAC}[30] \oplus MI_{RTCMAC}[32] \oplus MI_{RTCMAC}[34] \oplus MI_{RTCMAC}[41]$

25  where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{RTCMAC}[i]$ and $MI_{RTCMAC}[i]$ denote the
26  $i^{th}$ least significant bit of $MQ_{RTCMAC}$ and $MI_{RTCMAC}$, respectively.

27  10.12.6.1.4 Inactive State

28  When the protocol is in the Inactive State the access terminal and the access network wait
29  for an *Activate* command.

10.12.6.1.5 Setup State

10.12.6.1.5.1 Access Terminal Requirements

The access terminal shall set a timer for $T_{RTCMPATSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access terminal shall return a *SupervisionFailed* indication.

The access terminal shall start transmission on the Reverse Traffic Channel upon entering this state, and shall obey the Reverse Power Control Channel. The access terminal shall set the DRC value, DRC cover, and DSC value as specified by the Enhanced Forward Traffic Channel MAC Protocol (see 10.7).

The access terminal shall follow procedures specified in 10.12.6.1.6.1.5 in addition to the requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

The access terminal shall not transmit any data on the Reverse Traffic Data Channel while in this state.

If the access terminal receives an RTCAck message it shall return a *LinkAcquired* indication and transition to the Open State.

10.12.6.1.5.2 Access Network Requirements

The access network shall set a timer for $T_{RTCMPANSetup}$ seconds when it enters this state. If the protocol is still in the Setup State when the timer expires, the access network shall return a *SupervisionFailed* indication.

The access network shall attempt to acquire the Reverse Traffic Channel in this state. If the access network acquires the Reverse Traffic Channel, it shall send an RTCAck message to the access terminal, return a *LinkAcquired* indication, and shall transition to the Open State.

10.12.6.1.6 Open State

10.12.6.1.6.1 Access Terminal Requirements

Upon entering the Open State the access terminal shall perform the following.

    – Set $FRAB_n = 0$, where n is the current sub-frame.

    – For each MAC flow i, set $LastBucketLevelMax_i$ to NULL.

Table 10.12.6.1.6.1-1 provides the transmission rates and corresponding minimum and maximum payload sizes available on the Reverse Traffic Channel for different values of Reverse Link transmit duration.

TIA-856-B                                                                    MAC Layer

1

**Table 10.12.6.1.6.1-1.Reverse Traffic Channel Rates and Payload**

| Payload Size (bits) Minimum | Payload Size (bits) Maximum | Effective Data Rate (kbps) | | | |
|---|---|---|---|---|---|
| | | Transmit Duration 1 sub-frame | Transmit Duration 2 sub-frames | Transmit Duration 3 sub-frames | Transmit Duration 4 sub-frames |
| 1 | 96 | 19.2 | 9.6 | 6.4 | 4.8 |
| 97 | 224 | 38.4 | 19.2 | 12.8 | 9.6 |
| 225 | 480 | 76.8 | 38.4 | 25.6 | 19.2 |
| 481 | 736 | 115.2 | 57.6 | 38.4 | 28.8 |
| 737 | 992 | 153.6 | 76.8 | 51.2 | 38.4 |
| 993 | 1504 | 230.4 | 115.2 | 76.8 | 57.6 |
| 1505 | 2016 | 307.2 | 153.6 | 102.4 | 76.8 |
| 2017 | 3040 | 460.8 | 230.4 | 153.6 | 115.2 |
| 3041 | 4064 | 614.4 | 307.2 | 204.8 | 153.6 |
| 4065 | 6112 | 921.6 | 460.8 | 307.2 | 230.4 |
| 6113 | 8160 | 1228.8 | 614.4 | 409.6 | 307.2 |
| 8161 | 12256 | 1843.2 | 921.6 | 614.4 | 460.8 |

2

**Table 10.12.6.1.6.1-2. Traffic Channel to Pilot Channel power ratios**

| Physical Layer Packet Size (bits) | Transmission Mode | Data Channel Gain Relative to Pilot (dB) Pre-Transition | Data Channel Gain Relative to Pilot (dB) Post-Transition |
|---|---|---|---|
| 0 | N/A | $-\infty$ (Data Channel is not transmitted) | $-\infty$ (Data Channel is not transmitted) |
| 128 | High Capacity | T2PHiCapPreTransition128 | T2PHiCapPostTransition128 |
| 128 | Low Latency | T2PLoLatPreTransition128 | T2PLoLatPostTransition128 |
| 256 | High Capacity | T2PHiCapPreTransition256 | T2PHiCapPostTransition256 |
| 256 | Low Latency | T2PLoLatPreTransition256 | T2PLoLatPostTransition256 |
| 512 | High Capacity | T2PHiCapPreTransition512 | T2PHiCapPostTransition512 |
| 512 | Low Latency | T2PLoLatPreTransition512 | T2PLoLatPostTransition512 |
| 768 | High Capacity | T2PHiCapPreTransition768 | T2PHiCapPostTransition768 |
| 768 | Low Latency | T2PLoLatPreTransition768 | T2PLoLatPostTransition768 |
| 1024 | High Capacity | T2PHiCapPreTransition1024 | T2PHiCapPostTransition1024 |
| 1024 | Low Latency | T2PLoLatPreTransition1024 | T2PLoLatPostTransition1024 |
| 1536 | High Capacity | T2PHiCapPreTransition1536 | T2PHiCapPostTransition1536 |
| 1536 | Low Latency | T2PLoLatPreTransition1536 | T2PLoLatPostTransition1536 |
| 2048 | High Capacity | T2PHiCapPreTransition2048 | T2PHiCapPostTransition2048 |
| 2048 | Low Latency | T2PLoLatPreTransition2048 | T2PLoLatPostTransition2048 |
| 3072 | High Capacity | T2PHiCapPreTransition3072 | T2PHiCapPostTransition3072 |
| 3072 | Low Latency | T2PLoLatPreTransition3072 | T2PLoLatPostTransition3072 |
| 4096 | High Capacity | T2PHiCapPreTransition4096 | T2PHiCapPostTransition4096 |
| 4096 | Low Latency | T2PLoLatPreTransition4096 | T2PLoLatPostTransition4096 |
| 6144 | High Capacity | T2PHiCapPreTransition6144 | T2PHiCapPostTransition6144 |
| 6144 | Low Latency | T2PLoLatPreTransition6144 | T2PLoLatPostTransition6144 |
| 8192 | High Capacity | T2PHiCapPreTransition8192 | T2PHiCapPostTransition8192 |
| 8192 | Low Latency | T2PLoLatPreTransition8192 | T2PLoLatPostTransition8192 |
| 12288 | High Capacity | T2PHiCapPreTransition12288 | T2PHiCapPostTransition12288 |
| 12288 | Low Latency | T2PLoLatPreTransition12288 | T2PLoLatPostTransition12288 |

The Subtype 3 Reverse Traffic Channel MAC Protocol supports two Transmission modes, High Capacity mode and Low Latency mode. Each Transmission mode is specified per

active MAC flow and is characterized by a physical layer transmit duration. The physical layer transmit duration is one, two, three or four sub-packets. A termination target is specified for each packet size for both the Low Latency and the High Capacity transmission modes. The termination target is defined as one less than the number of sub-packets that an access terminal is required to transmit for the packet to be received by the access network with the target packet erasure rate[114]. The termination target is defined by LoLatTerminationTargetPS for a packet with packet size *PS* transmitted in Low Latency mode. The termination target is defined by HiCapTerminationTarget*PS* for a packet with packet size *PS* transmitted in High Capacity mode. The transmit duration defines the effective date rate for a given packet size as shown in Table 10.12.6.1.6.1-1. For example, a 256-bit payload results in an effective data rate of 38.4kbps, 19.2kbps, 12.8kbps, and 9.6kbps for a transmit duration of one, two, three, or four sub-packets respectively.

T2PHiCapPreTransition*PS* defines the T2P's used by the access terminal for transmitting the first HiCapT2PTransitionPS+1 sub-packets of a Reverse Traffic Channel packet with packet size *PS* in High Capacity Mode, where *PS* can take on the following values: 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, and 8192, and 12288 bits. T2PHiCapPostTransition*PS* defines the T2P's used by the access terminal for transmitting the subsequent sub-packets of a Reverse Traffic Channel packet with packet size *PS* in High Capacity Mode.

T2PLoLatPreTransition*PS* defines the T2P's used by the access terminal for transmitting the first LoLatT2PTransitionPS+1 sub-packets of a Reverse Traffic Channel packet with packet size *PS* in Low Latency Mode, where *PS* can take on the following values: 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, and 8192, and 12288 bits. T2PLoLatPostTransition*PS* defines the T2P's used by the access terminal for transmitting the subsequent sub-packets of a Reverse Traffic Channel packet with packet size *PS* in Low Latency Mode.

The access network uses the RA bit (one RA bit per sector) to provide an indication of loading on the each sector's reverse link to the access terminal. The reliability of the RA channel is improved by filtering the RA bit at the access terminal. A short-term filter followed by a threshold detector is used at the access terminal to generate the QRAB (Quick RA Bit) which indicates instantaneous sector loading. A long-term filter is used to generate the FRAB (Filtered RA Bit) which indicates longer term sector loading.

The access terminal shall start transmission of the Reverse Traffic Data Channel and Reverse Rate Indicator at the earliest time T, following the end of transmission of the previous packet, that satisfies the following equation

$$(T - FrameOffset) \bmod 4 = 0,$$

where T is the CDMA System Time in slots.

This section defines the procedures and rules that the access terminal shall use to determine the T2P allocation for each active MAC flow. Variables with suffix m indicate quantities that are updated every slot and variables with suffix n indicate quantities that

---

[114] The target packet erasure rate typically used by the physical layer is 1%

are updated every sub-frame. Unless otherwise stated, all filters used in this section are first order IIR filters (see 14.13). *PS* indicates the physical layer packet size and takes on values of 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4,096, 6144, 8192, or 12288 bits and subscript N indicates the sub-packet identifier of a physical layer packet and takes on values zero, one, two, or three.

The description in this section uses the following variables and functions:

- AllocationStagger: T2P allocation time stagger.

- AuxiliaryPilotChannelGain: Auxiliary Pilot Channel Gain.

- $BucketLevel_{i,n}$: Bucket Level (or accumulated T2P resource) at sub-frame n for MAC flow i.

- $BucketFactor_i(\ )$: Indicates by what factor (linear) the $T2POutflow_{i,n}$ can exceed $T2PInflow_{i,n}$ for MAC flow i.

- $BucketLevelMax_i$: Max T2P resource that can be accumulated (bucket size) for MAC flow i.

- $BucketLevelSat_{i,n}$: Saturation Level for $BucketLevel_{i,n}$.

- $BurstDurationFactor_i$: Max duration (in sub-frames) for which MAC flow i can sustain a peak rate based on its T2P allocation.

- $d_{i,n}$: Number of octets allocated to MAC flow i for a Reverse Traffic Channel transmission during sub-frame n.

- $FRAB_n$: Effective Filtered RAB value at sub-frame n from all sectors in the access terminal's active set.

- $FRAB_{n,s}$: Indicates the Filtered RAB value from sector s at sub-frame n.

- F: Set of all active MAC flows with non-empty queues.

- $F_{LL}$: Set of all active MAC flows with non-empty queues associated with the Low Latency mode.

- FRABlow: FRAB threshold. $FRAB_n$ values below FRABlow indicate a sector with a lightly loaded reverse link.

- HiCapT2PTransition*PS*: Number of sub-packets (excluding the first) from the start of the packet for which the pre-transition T2P values are used for High Capacity mode Reverse Traffic Channel transmissions with packet size *PS*.

- $LastBucketLevelMax_i$: The last recorded value of $BucketLevelMax_{i,n}$.

- LoLatT2PTransition*PS*: Number of sub-packets (excluding the first) from the start of the packet for which the pre-transition T2P values are used for Low Latency mode Reverse Traffic Channel transmissions with packet size *PS*.

- MergeThreshold: Merge Threshold (in octets) for Reverse Traffic Channel packets.

- $MergeThreshold_i$: Merge Threshold (in octets) for MAC flow i  if transmitted in High Capacity Mode.

TIA-856-B                                                                                          MAC Layer

- PacketSize$PS$: Physical Layer packet size, in octets, of packet size $PS$ transmitted in sub-frame n.

- PktTxT2P$_{n,N}$ : Transmitted T2P during sub-packet N of a Reverse Traffic Channel packet, whose first sub-packet is transmitted in sub-frame n and $0 \le N \le 3$.

- PayloadThresh: Minimum packet size of a Reverse Traffic Channel packet transmitted in LoLat mode that does not contain any MAC flows with LoLat transmission mode.

- PermittedPayload$PS$_k: Maximum Physical Layer packet size that an access terminal is permitted to transmit in sub-frame n if the Physical Layer packet size transmitted in sub-frame n – k was $PS$ bits.

- PilotStrength$_{m,s}$: Filtered PilotStrength (filter time constant of PilotStrengthFilterTC) of a sector s in the access terminal's active set.

- PilotStrength$_{n,s}$: Filtered PilotStrength sampled at the start of sub-frame n for sector s in the access terminal's active set.

- PilotStrength( ): Function that provides the scale factor for scaling T2PInflow$_{i,n}$ based on the PilotStrength of the forward link serving sector.

- PilotStrengthQRABThresholdDRCLock: Minimum PilotStrength value required for QRAB (from any sector other than the Forward Link serving sector) to be included in the QRABps$_n$ computation when sector DRC is in lock.

- PilotStrengthQRABThresholdDRCUnlock: Minimum PilotStrength value required for QRAB (from any sector other than the Forward Link serving sector) to be included in the QRABps$_n$ computation when sector DRC is not in lock.

- PotentialT2POutflow$_{i,LL}$: Potential Outflow from the bucket for MAC flow i due to a Low Latency mode transmission.

- PotentialT2POutflow$_{i,HC}$: Potential Outflow from the bucket for MAC flow i due to a High Capacity mode transmission.

- $Q_{i,n}$: Queue length (in octets) of MAC flow i at sub-frame n.

- QOutflow$_{i,HC}$: Queue outflow (in octets) for MAC flow i with $TM_i$ == HiCap.

- QRAB$_{i,n}$: Effective Quick RAB value for MAC flow i at sub-frame n.

- QRAB$_n$: Effective QRAB at sub-frame n.

- QRAB$_{n,s}$: Indicates the Quick RAB value from sector s at sub-frame n.

- QRABps$_n$: Indicates the effective Quick RAB value generated at sub-frame n based on PilotStrength$_{n,s}$ of the sectors s in its active set.

- QRABSelect$_i$: Indicates which QRAB value, QRABps$_n$ or QRAB$_n$ that the access terminal uses as an indication of short-term sector loading for MAC flow i.

- RRIChannelGain$_n$: RRI Channel Gain in sub-frame n.

- RRIChannelGainPreTransitionM: RRI Channel Gain prior to the T2P transition if the Reverse Traffic Channel transmission uses a T2P transition value of M+1 sub-frames.

- RRIChannelGainPostTransitionM: RRI Channel Gain following the T2P transition if the Reverse Traffic Channel transmission uses a T2P transition value of M+1 sub-frames.

- $r_n$: Real-valued uniformly distributed random number in the range $[-1,+1]$.

- $\text{SlotFRAB}_{m,s}$: Filtered value (with filter time constant FRABFilterTC) at slot m of the soft RA bit $\text{SoftRAB}_{m,s}$ provided by the Physical Layer Protocol.

- $\text{SlotQRAB}_{m,s}$: Hard-limited value of $\text{SoftQRAB}_{m,s}$

- $\text{SoftQRAB}_{m,s}$: Filtered value (with filter time constant QRABFilterTC) at slot m of the soft RA bit $\text{SoftRAB}_{m,s}$ provided by the Physical Layer Protocol.

- $\text{SoftRAB}_{m,s}$: Soft RA bit provided by the Physical Layer Protocol at slot m for sector s.

- $\text{SumPayload}_n$: Sum of the octets $d_{i,n}$ of all active MAC flows i included in a packet transmitted in sub-frame n.

- SumQOutflow: Sum of the queue outflows (in octets) for all MAC flows with non-empty queues and $\text{TM}_i$ == HiCap.

- $\text{T2PInflowmin}_i$: Minimum value of the permitted T2PInflow for MAC flow i.

- $\text{T2PInflowmax}_i$: Maximum value of the permitted T2PInflow for MAC flow i.

- $\text{T2PConversionFactor}_{LL}$: Conversion Factor from T2P to MACPacketSize for Reverse Traffic Channel transmissions that are transmitted using the Low Latency Mode.

- $\text{T2PConversionFactor}_{HC}$: Conversion Factor from T2P to MACPacketSize for Reverse Traffic Channel transmissions that are transmitted using the High Capacity Mode.

- $\text{T2PFilterTC}_i$: Filter time constant used to compute the average T2P for MAC Flow i.

- T2PNoTxFilterTC: Filter time constant used to compute the average T2P when the access terminal is in Open state but not transmitting on the Reverse Traffic Channel due to not receiving the corresponding Forward Channel.

- $\text{TM}_i$: Transmission Mode for MAC flow i. Transmission Mode for a Reverse Traffic Channel packet is either LoLat (Low Latency Mode) or HiCap (High Capacity Mode).

- $\text{TT2PHold}_{i,n}$: Indicates number of sub-frames following sub-frame n for which the T2P allocation received via the Grant message shall be maintained by the access terminal for MAC flow i.

- $\text{T2PInflow}_{i,n}$: Denotes the average T2P resource added to the bucket for MAC flow i at sub-frame n.

- $\text{T2POutflow}_{i,n}$: Denotes the average T2P resource utilized (and subtracted) from the bucket for MAC flow i at sub-frame n.

- $\text{TxT2Pmax}(\text{PilotStrength}_{n,s})$: Maximum TxT2P for that an access terminal is permitted to transmit as a function of $\text{PilotStrength}_{n,s}$ where s is the forward link serving sector.

- TxT2Pmin: TxT2P that an access terminal is permitted to transmit at any time.

- $TxT2P_n$: Transmitted T2P during sub-frame n.

- TxT2PLoLat$PS_N$ =

  - T2PLoLatPreTransition$PS$ if N $\leq$ LoLatT2PTransition$PS$

  - T2PLoLatPostTransition$PS$ if N > LoLatT2PTransition$PS$

- TxT2PHiCap$PS_N$ =

  - T2PHiCapPreTransition$PS$ if N $\leq$ HiCapT2PTransition$PS$

  - T2PHiCapPostTransition$PS$ if N > HiCapT2PTransition$PS$

- TxT2PHiCapNominal$PS$: Nominal TxT2P for a packet with packet size $PS$ transmitted in High Capacity mode.

- TxT2PLoLatNominal$PS$: Nominal TxT2P for a packet with packet size $PS$ transmitted in Low Latency mode.

- $\Delta T2PInflow_{i,n}$: Increase or decrease in $T2PInflow_{i,n}$ at sub-frame n for MAC flow i.

- $T2PUp_i(\ )$: Two-dimensional piecewise linear function for computing increase in $T2PInflow_{i,n}$ based on current T2PInflow and current FRAB for active MAC flow i.

- $T2PDn_i(\ )$: Two-dimensional piecewise linear function for computing the decrease in T2PInflow based on current T2PInflow and current FRAB for MAC flow i.

The access terminal shall determine $T2PUp_i(T2PInflow_{i,n}, FRAB_n)$ and $T2PDn_i(T2PInflow_{i,n}, FRAB_n)$ by bilinear interpolation on the T2P-FRAB grid using the equations described in 14.12.

The access terminal shall determine $PilotStrength(PilotStrength_{n,s})$ by linear interpolation on the PilotStrength axis using the method described in 14.11.

The access terminal shall determine $BucketFactor_{i,n}$ by bilinear interpolation on the T2P-FRAB grid using the equations described in 14.12.

The access terminal shall determine $TxT2Pmax_n(PilotStrength_{n,s})$ by linear interpolation on the PilotStrength axis using the method described in 14.11.

The T2PUp(), T2PDn(), PilotStrength(), BucketFactor(), and TxT2Pmax() functions are piecewise linear in the dB domain.

If the access terminal is receiving the corresponding Forward Channel in sub-frame n, and no slot of sub-frame n overlaps with a Reverse Link Silence Interval, then the access terminal shall perform the following operations at the start of every slot m of sub-frame n for each sector s in its active set:

1. Initialization due to active set update:  Upon inclusion of a new sector s into the access terminal's active set, the access terminal shall perform the following steps:

   - Set $PilotStrength_{m,s}$ to the corresponding PilotStrength, which is public data of the Route Update Protocol.

– Set $SoftQRAB_{m,s}$ = 0.

– Set $SlotFRAB_{m,s}$ = $FRAB_{n-1}$.

2. Update $PilotStrength_{m,s}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter time constant PilotStrengthFilterTC, where PilotStrength is public data of the Route Update Protocol.

3. Update $SlotQRAB_{m,s}$: The access terminal shall generate $SlotQRAB_{m,s}$ by filtering (IIR filter with filter time constant QRABFilterTC) the soft RA bit from sector s in slot m to generate $SoftQRAB_{m,s}$, and then hard-limiting $SoftQRAB_{m,s}$ to generate $SlotQRAB_{m,s}$. The hard-limiter maps positive input values to +1 and negative or zero input values to −1.

4. Update $SlotFRAB_{m,s}$: The access terminal shall generate $SlotFRAB_{m,s}$ by filtering (IIR filter with filter time constant FRABFilterTC) the soft RA bit ($SoftRAB_{m,s}$).

If the access terminal is receiving the Forward Channel and  any slot of sub-frame n overlaps with a Reverse Link Silence Interval, the access terminal shall perform the following operations at the start of every slot of sub-frame n for each sector s in its active set:

1. Update $PilotStrength_{m,s}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter time constant PilotStrengthFilterTC, where PilotStrength is public data of the Route Update Protocol.

2. Update $SlotQRAB_{m,s}$: Set $SoftQRAB_{m,s}$ = 0, and and $SlotQRAB_{m,s}$ = −1.

3. Update $SlotFRAB_{m,s}$: Set $SlotFRAB_{m,s}$ = max(0, $SlotFRAB_{m-1,s}$).

If the access terminal is not receiving the Forward Channel, the access terminal shall perform the following operations at the start of every slot m of sub-frame n for each sector s in its active set:

1. Update $PilotStrength_{m,s}$: This value does not change as part of this operation.

2. Update $SlotQRAB_{m,s}$: Set $SoftQRAB_{m,s}$ = 0 and $SlotQRAB_{m,s}$ = −1.

3. Update $SlotFRAB_{m,s}$: This value does not change as part of this operation.

The access terminal shall perform the following operations at the start of each sub-frame n to determine allocation for that sub-frame:

1. Update $PilotStrength_{n,s}$

– The access terminal shall sample $PilotStrength_{m,s}$ for each sector s in the access terminal's active set at sub-frame n to generate $PilotStrength_{n,s}$.

2. Update $QRAB_n$

– The access terminal shall sample $SlotQRAB_{m,s}$ from each sector s in the access terminal's active set at sub-frame n to generate $QRAB_{n,s}$.

– The access terminal shall determine $QRAB_n$ from $QRAB_{n,s}$ at sub-frame n using the following rules :

+ The access terminal shall set $QRAB_n$ = +1 (Loaded) if $QRAB_{n,s}$ == +1 (Loaded) for any sector s in the access terminal's active set.

+ The access terminal shall set $QRAB_n$ = −1 (UnLoaded) if $QRAB_{n,s}$ == −1 (UnLoaded) for every sector s in the access terminal's active set.

3. Update $QRABps_n$

– The access terminal shall determine $QRABps_n$ from $QRAB_{n,s}$ at sub-frame n using the following rules :

+ The access terminal shall set $QRABps_n$ = +1 (Loaded) if $QRAB_{n,s}$ == +1 for a sector s in the access terminal's active set, which satisfies one or more of the following conditions:

– Sector s is the forward link serving sector for the access terminal

– The DRCLock bit from a cell associated with sector s is '0' (Out-of-lock) and $PilotStrength_{n,s}$ of sector s is greater than PilotStrengthQRABThresholdDRCUnlock.

– The DRCLock bit from a cell associated with sector s is '1' (In-lock) and $PilotStrength_{n,s}$ of sector s is greater than PilotStrengthQRABThresholdDRCLock.

+ The access terminal shall set $QRABps_n$ = −1 (UnLoaded) if none of the conditions above are satisfied.

4. Update $FRAB_n$

– The access terminal shall sample $SlotFRAB_{m,s}$ at sub-frame n to generate $FRAB_{n,s}$. The access terminal shall set $FRAB_n$ to the maximum real-numbered value of $FRAB_{n,s}$ received over all sectors s in the access terminal's active set. $FRAB_n$ is thus within the range [− 1(Unloaded), + 1(Loaded)].

5. Initialization for each active MAC flow i

– For each active MAC flow i the access terminal shall perform the following steps:

+ If $LastBucketLevelMax_i$ is NULL and $BucketLevelMax_i$ is not NULL then the access terminal shall perform the following:

– Set $BucketLevel_{i,n}$ = 0.

– Set $T2PInflow_{i,n-1}$ = 10^($T2PInflowmin_i$/10).

– Set $TT2PHold_{i,n-1}$ = 0.

– Set $T2POutflow_{i,n-1}$ = 0.

– Set $BucketLevelSat_{i,n}$ = 10^($BucketLevelMax_i$/10).

+ Set $LastBucketLevelMax_i$ = $BucketLevelMax_i$.

6. Update buckets with inflows for each active MAC flow i.

MAC Layer                                                         TIA-856-B

&minus;   Determine $\Delta \text{T2PInflow}_{i,n}$

+ The access terminal shall set $\text{QRAB}_{i,n} = +1$ (Loaded) if either of the following conditions is satisfied:

&minus;   $\text{QRABSelect}_i == +1$ for MAC flow i and $\text{QRABps}_n == +1$ at sub-frame n

&minus;   $\text{QRABSelect}_i == 0$ for MAC flow i and $\text{QRAB}_n == +1$ at sub-frame n

+ If none of the conditions immediately above are satisfied, the access terminal shall set $\text{QRAB}_{i,n} = -1$ (Unloaded)

+ If $\text{TT2PHold}_{i,n-1} == 0$ and $\text{QRAB}_{i,n} == +1$ the access terminal shall compute $\Delta \text{T2PInflow}_{i,n}$ using the following equation:

$$\Delta \text{T2PInflow}_{i,n} = -1 \times 10^{\wedge}(\text{T2PDn}_i(10 \times \log 10(\text{T2PInflow}_{i,n-1}) + \text{PilotStrength}(\text{PilotStrength}_{n,s}), \text{FRAB}_n)/10)$$

where sector s is the forward link serving sector for the access terminal.

+ If $\text{TT2PHold}_{i,n-1} == 0$ and $\text{QRAB}_{i,n} == -1$ and $\text{BucketLevel}_{i,n} < \text{BucketLevelSat}_{i,n}$, then the access terminal shall compute $\Delta \text{T2PInflow}_{i,n}$ using the following equation:

$$\Delta \text{T2PInflow}_{i,n} = +1 \times 10^{\wedge}(\text{T2PUp}_i(10 \times \log_{10}(\text{T2PInflow}_{i,n-1}) + \text{PilotStrength}(\text{PilotStrength}_{n,s}), \text{FRAB}_n)/10)$$

where sector s is the forward link serving sector for the access terminal.

+ If $\text{TT2PHold}_{i,n-1} == 0$ and $\text{QRAB}_{i,n} == -1$ and $\text{BucketLevel}_{i,n} \geq \text{BucketLevelSat}_{i,n}$, then the access terminal shall set $\Delta \text{T2PInflow}_{i,n}$ using the following equation:

$$\Delta \text{T2PInflow}_{i,n} = 0$$

+ The access terminal shall set $\Delta \text{T2PInflow}_{i,n} = 0$ if the access terminal is not receiving the corresponding Forward Channel or sub-frame n overlaps with a Reverse Link Silence Interval.

&minus;   Update T2P Inflows

+ If $\text{TT2PHold}_{i,n-1} == 0$, then the access terminal shall update $\text{T2PInflow}_{i,n}$, using the following equations if receiving the corresponding Forward Channel during sub-frame n.

$$\text{T2PInflow}_{i,n} = (1 - (1/\text{T2PFilterTC}_i)) \times \text{T2PInflow}_{i,n-1} + (1/\text{T2PFilterTC}_i) \times \text{T2POutflow}_{i,n-1} + \Delta \text{T2PInflow}_{i,n}$$

$$\text{T2PInflow}_{i,n} = \max(\text{T2PInflow}_{i,n}, 10^{\wedge}(\text{T2PInflowmin}_i / 10))$$

$$\text{T2PInflow}_{i,n} = \min(\text{T2PInflow}_{i,n}, 10^{\wedge}(\text{T2PInflowmax}_i / 10))$$

+ If $\text{TT2PHold}_{i,n-1} == 0$, then the access terminal shall update $\text{T2PInflow}_{i,n}$ if not receiving the corresponding Forward Channel during sub-frame n using the following equations:

$$\text{T2PInflow}_{i,n} = (1 - (1/\text{T2PNoTxFilterTC})) \times \text{T2PInflow}_{i,n-1}$$

$$\text{T2PInflow}_{i,n} = \max(\text{T2PInflow}_{i,n}, 10\wedge(\text{T2PInflowmin}_i / 10))$$

$$\text{T2PInflow}_{i,n} = \min(\text{T2PInflow}_{i,n}, 10\wedge(\text{T2PInflowmax}_i / 10))$$

$+$ If $\text{TT2PHold}_{i,n-1} > 0$, then the access terminal shall maintain the inflow $\text{T2PInflow}_{i,n}$ as the inflow in the previous sub-frame $\text{T2PInflow}_{i,n-1}$.

$+$ If $\text{TT2PHold}_{i,n-1} > 0$, the access terminal shall decrement the value of TT2PHold by 1 sub-frame using the following equation:

$$\text{TT2PHold}_{i,n} = \text{TT2PHold}_{i,n-1} - 1$$

7.  Determine sub-packet transmission for sub-frame n

   –   If the access terminal transmitted the first, second or third sub-packet of a packet in sub-frame n–3, and the access terminal did not receive a positive acknowledgment from the access network for the sub-packet transmitted in sub-frame n–3, and the sub-packet index of the next (second, third, or fourth) sub-packet is not greater than MaxNumSubPackets$I$, where $I$ is the interlace offset of sub-frame n, then the access terminal shall transmit the next (second, third or fourth) sub-packet of the packet in sub-frame n. Otherwise, the access terminal shall not transmit the next sub-packet of the packet in sub-frame n. The reverse-link interlace offset I for a sub-packet starting in slot T is specified as I = (T - FrameOffset)/4 mod 3, where T is the CDMA System Time in slots and $0 \le I \le 2$

   –   If the access terminal transmits a new packet in sub-frame n, it shall determine the packet size, transmission mode and contents of the new packet in accordance with 10.12.6.1.6.1.1.

   –   If the access terminal transmits a new packet in sub-frame n with packet size PS in High Capacity mode, the access terminal shall set  the variables $\text{PktTxT2P}_{n,0}$, $\text{PktTxT2P}_{n,1}$, $\text{PktTxT2P}_{n,2}$, and $\text{PktTxT2P}_{n,3}$ in accordance with the following equations:

$$\text{PktTxT2P}_{n,N} = \text{T2PHiCapPreTransition}PS \text{ if } N \le \text{HiCapT2PTransition}PS$$

$$\text{PktTxT2P}_{n,N} = \text{T2PHiCapPostTransition}PS \text{ if } N > \text{HiCapT2PTransition}PS$$

   –   If the access terminal transmits a new packet in sub-frame n with packet size PS in Low Latency mode, the access terminal shall set  the variables $\text{PktTxT2P}_{n,0}$, $\text{PktTxT2P}_{n,1}$, $\text{PktTxT2P}_{n,2}$, and $\text{PktTxT2P}_{n,3}$ in accordance with the following equations:

$$\text{PktTxT2P}_{n,N} = \text{T2PLoLatPreTransition}PS \text{ if } N \le \text{LoLatT2PTransition}PS$$

$$\text{PktTxT2P}_{n,N} = \text{T2PLoLatPostTransition}PS \text{ if } N > \text{LoLatT2PTransition}PS$$

8.  Determine $\text{TxT2P}_n$

– If the access terminal transmits sub-packet N of a Reverse Traffic Channel packet in sub-frame n, the access terminal shall set TxT2P during sub-frame n using the following equation[115]:

$$TxT2P_n = 10^{\wedge}(PktTxT2P_{n-3 \times N, N} / 10)$$

9. Update T2P outflows for each active MAC flow i

– If the access terminal transmits a sub-packet of a Reverse Traffic Channel packet in sub-frame n and physical layer packet size PS is greater than or equal to AuxiliaryPilotChannelMinPayload, the bucket outflows shall be specified by the following equation:

$$T2POutflow_{i,n} = ((d_{i,n} / SumPayload_n) \times TxT2P_n) \times (1 + 10^{\wedge}(AuxiliaryPilotChannelGain / 10))$$

where $d_{i,n}$ is the number of octets from an active MAC flow i contained in the payload and $SumPayload_n$ is the sum of $d_{i,n}$ over all active MAC flows i.

– If the access terminal transmits a sub-packet of a Reverse Traffic Channel packet in sub-frame n and physical layer packet size PS is less than AuxiliaryPilotChannelMinPayload, the bucket outflows shall be specified by the following equation:

$$T2POutflow_{i,n} = (d_{i,n} / SumPayload_n) \times TxT2P_n$$

where $d_{i,n}$ is the number of octets from an active MAC flow i contained in the payload and $SumPayload_n$ is the sum of $d_{i,n}$ over all active MAC flows i.

– If the access terminal does not transmit a sub-packet of a Reverse Traffic Channel packet in sub-frame n, the bucket outflows shall be specified by the following equation:

$$T2POutflow_{i,n} = 0$$

10. Update Bucket Level for each active MAC flow i

– The access terminal shall determine $BucketLevelSat_{i,n+1}$ for each active MAC flow i using the following equation:

$$BucketLevelSat_{i,n+1} = min(BurstDurationFactor_i \times BucketFactor_i(10 \times log_{10}(T2PInflow_{i,n}), FRAB_n) \times T2PInflow_{i,n}, 10^{\wedge}(BucketLevelMax_i / 10))$$

– If the access terminal is not receiving the corresponding Forward Channel during sub-frame n or any slot of sub-frame n overlaps with the Reverse Link Silence Interval, then the access terminal shall set $BucketLevel_{i,n+1} = 0$.

---

[115] n − 3 × N refers to the first sub-frame of the packet that is currently being transmitted in sub-frame n.

TIA-856-B                                                                                    MAC Layer

– If the access terminal is receiving the corresponding Forward Channel during sub-frame n and no slot of sub-frame n overlaps with the Reverse Link Silence Interval, then the access terminal shall set the bucket level for the next sub-frame as specified by the following equation[116]:

$$BucketLevel_{i,n+1} = \min(BucketLevel_{i,n} + T2PInflow_{i,n} - T2POutflow_{i,n},$$
$$BucketLevelSat_{i,n+1})$$

11. RRIChannelGain computation

– The access terminal shall set the RRI Channel Gain[117] for sub-packet N ( $0 \leq N \leq 3$) of a Reverse Traffic Channel packet transmitted in sub-frame n, using the following equation:

$$RRIChannelGain_n = RRIChannelGainPreTransitionM, \text{ if } N \leq M$$

$$RRIChannelGain_n = RRIChannelGainPostTransitionM, \text{ if } N > M$$

If transmitting the packet in Low Latency Mode, M is equal to the T2PTransition value LoLatT2PTransition*PS*. Otherwise, M is equal to the T2PTransition value HiCapT2PTransition*PS*.

– The access terminal shall set the RRI Channel Gain in sub-frame n using the following equation if the access terminal does not transmit any sub-packet in sub-frame n

$$RRIChannelGain_n = RRIChannelGainPreTransition3$$

12. When the access terminal transmits a security layer packet, the access terminal shall transmit the Security Layer packet only on the active MAC flow associated by the AssociatedFlows*NN* attribute with the application layer packet(s) contained in

---

[116] Note that BucketLevel $_{i,n+1}$ is allowed to take on a negative value.

[117] The mapping between the T2P transition value and the RRI Channel Gain is shown in the table below.

**T2PTransitionValue and RRIChannelGain mapping**

| T2PTransitionValue | sub-packet N | | | |
|---|---|---|---|---|
| M | 0 | 1 | 2 | 3 |
| 0 | PreTransition0 | PostTransition0 | PostTransition0 | PostTransition0 |
| 1 | PreTransition1 | PreTransition1 | PostTransition1 | PostTransition1 |
| 2 | PreTransition2 | PreTransition2 | PreTransition2 | PostTransition2 |
| 3 | PreTransition3 | PreTransition3 | PreTransition3 | PreTransition3 |

the Security Layer packet . The access terminal shall not transmit Security Layer packets containing signaling using any flow other than MAC flow 0x00.

10.12.6.1.6.1.1 Packet size and Transmission Mode Selection Requirements

10.12.6.1.6.1.1.1 Procedures

1. If $PS$ < AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PHiCapNominal$PS$ using the following equation:

$$\text{TxT2PHiCapNominal}PS = \max_N(10 \times \log_{10}(10^\wedge(\text{TxT2PHiCap}PS_N/10)))$$

where the max is taken over the sub-packet indices $0 \leq N \leq$ HiCapTerminationTarget$PS$ for each packet size $PS$.

2. If $PS \geq$ AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PHiCapNominal$PS$ using the following equation:

$$\text{TxT2PHiCapNominal}PS = \max_N(10 \times \log_{10}(10^\wedge(\text{TxT2PHiCap}PS_N/10) \times (1 +$$
$$10^\wedge(\text{AuxiliaryPilotChannelGain}/10))))$$

where the max is taken over the sub-packet indices $0 \leq N \leq$ HiCapTerminationTarget$PS$ for each packet size $PS$.

3. If $PS$ < AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PLoLatNominal$PS$ using the following equation:

$$\text{TxT2PLoLatNominal}PS_, = \max_N(10 \times \log_{10}(10^\wedge(\text{TxT2PLoLat}PS_N/10)))$$

where the max is taken over the sub-packet indices $0 \leq N \leq$ LoLatTerminationTargetPS for each packet size $PS$.

4. If $PS \geq$ AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PLoLatNominal$PS$ using the following equation:

$$\text{TxT2PLoLatNominal}PS = \max_N(10 \times \log_{10}(10^\wedge(\text{TxT2PLoLat}PS_N/10) \times (1 +$$
$$10^\wedge(\text{AuxiliaryPilotChannelGain}/10))))$$

where the max is taken over the sub-packet indices $0 \leq N \leq$ LoLatTerminationTarget$PS$ for each packet size $PS$.

5. The access terminal shall set PotentialT2POutflow$_{i,HC}$ for each active MAC flow i using the following equation:

PotentialT2POutflow$_{i,HC}$ = max (0, min((1 + AllocationStagger × $r_n$) × (BucketLevel$_{i,n}$ / 4 + T2PInflow$_{i,n}$) , BucketFactor$_i$(10 × log10(T2PInflow$_{i,n}$), FRAB$_n$) × T2PInflow$_{i,n}$))

6. The access terminal shall set PotentialT2POutflow$_{i,LL}$ for each active MAC flow i using the following equation:

PotentialT2POutflow$_{i,LL}$ = max (0, min((1 + AllocationStagger × $r_n$) × (BucketLevel$_{i,n}$ / 2 + T2PInflow$_{i,n}$) , BucketFactor$_i$(10 × log10(T2PInflow$_{i,n}$), FRAB$_n$) × T2PInflow$_{i,n}$))

7.  The access terminal shall determine $\text{T2PConversionFactor}_{HC}$ by maximizing the T2PConversionFactor associated with the High Capacity mode over all permitted Physical Layer packet sizes, using the following equation:

$$\text{T2PConversionFactor}_{HC} = \max_{PS}(\text{PacketSize}PS\ /\ 10\text{^}(\text{TxT2PHiCapNominal}PS\ /10))$$

where $\text{PacketSize}PS$ is in octets.

8.  The access terminal shall determine $\text{T2PConversionFactor}_{LL}$ by maximizing the T2PConversionFactor associated with the Low Latency mode over all permitted packet sizes, using the following equation:

$$\text{T2PConversionFactor}_{LL} = \max_{PS}(\text{PacketSize}PS\ /\ 10\text{^}(\text{TxT2PLoLatNominal}PS\ /10))$$

where $\text{PacketSize}PS$ is in octets.

9.  The access terminal shall determine $\text{QOutflow}_{i,HC}$ for each active MAC flow i by using the following equation:

$$\text{QOutflow}_{i,HC} = \min(Q_{i,n}, \text{PotentialT2POutflow}_{i,HC} \times \text{T2PConversionFactor}_{HC})$$

10. The access terminal shall construct the set F to be the set of all active MAC flows with non-empty queues at sub-frame n.

11. The access terminal shall determine SumQOutflow by summing $\text{QOutflow}_{i,HC}$ over all active MAC flows i from the set F with $\text{TM}_i == \text{HiCap}$.

12. The access terminal shall construct the set $F_{LL}$ using the following rules:

–   If the transmission mode $\text{TM}_i$ of any active MAC flow i with non-empty queue (i.e., $Q_{i,n} > 0$) at sub-frame n is LoLat or $\text{MaxNumSubPackets}I < 3$ for the interlace of sub-frame n, then set $\text{TM}_{min} = \text{LoLat}$. Otherwise set $\text{TM}_{min} = \text{HiCap}$.

–   The set $F_{LL}$ shall be equal to the set F if $\text{TM}_{min} == \text{HiCap}$, and the packet size for transmission at sub-frame n is greater than or equal to PayloadThresh.

–   The set $F_{LL}$ shall be the empty set if $\text{TM}_{min} == \text{HiCap}$, and the packet size for transmission at sub-frame n is less than PayloadThresh.

–   The set $F_{LL}$ shall be equal to the set F if $\text{TM}_{min} == \text{LoLat}$, and one or more of the following conditions are satisfied:

    + $\text{FRAB}_n < \text{FRABlow}$

    + $\text{SumQOutflow} \geq \text{MergeThreshold}$

–   If $\text{TM}_{min} == \text{LoLat}$, $\text{FRAB}_n \geq \text{FRABlow}$, and $\text{SumQOutflow} < \text{MergeThreshold}$, then the set $F_{LL}$ shall consist of all active MAC flows i from the set F that satisfy one or more of the following conditions:

    + $\text{TM}_i == \text{LoLat}$

    + $\text{QOutflow}_{i,HC} \geq \text{MergeThreshold}_i$

10.12.6.1.6.1.1.2 Requirements

1. If the access terminal starts transmission of a new packet in sub-frame n with packet size $PS$ in High Capacity mode with $d_{i,n}$ octets from each active MAC flow i, the access terminal shall ensure that all of the following conditions are satisfied:

   – Condition 1:

   $PS \leq \min(\text{PermittedPayload}PS1\_1,\ \text{PermittedPayload}PS2\_2,\ \text{PermittedPayload}PS3\_3)$

   where $PSk$ is the Physical Layer packet size transmitted in sub-frame n - $k$

   – Condition 2:

   $$10^{\wedge}(\text{TxT2PHiCapNominal}PS/10) \leq \max(10^{\wedge}(\text{TxT2Pmin}\ /\ 10),$$
   $$\textstyle\sum_{i \in F}(\text{PotentialT2POutflow}_{i,HC}))$$

   – Condition 3:

   If PS < AuxiliaryPilotChannelMinPayload, $\max(10^{\wedge}(\text{T2PHiCapPreTransition}PS\ /\ 10),$
   $10^{\wedge}(\text{T2PHiCapPostTransition}PS\ /\ 10)) \leq 10^{\wedge}(\text{T2Pmax}(\text{PilotStrength}_{n,s})\ /\ 10)$

   If PS $\geq$ AuxiliaryPilotChannelMinPayload, $(1 + 10^{\wedge}(\text{AuxiliaryPilotChannelGain}/10)) \times$
   $\max(10^{\wedge}(\text{T2PHiCapPreTransition}PS\ /\ 10),\ 10^{\wedge}(\text{T2PHiCapPostTransition}PS\ /\ 10)) \leq$
   $$10^{\wedge}(\text{TxT2Pmax}(\text{PilotStrength}_{n,s})\ /\ 10)$$

   where sector s is the forward link serving sector for the access terminal.

   – Condition 4: No packet with lower TxT2PHiCapNominal$PS$ is able to carry a payload of size as specified by the following equation:

   $$\textstyle\sum_{i \in F} \min(d_{i,n},\ \text{T2PConversionFactor}_{HC} \times \text{PotentialT2POutflow}_{i,HC})$$

   – Condition 5:

   $$\text{HiCapTerminationTarget}PS \leq \text{MaxNumSubPackets}I$$

   where $I$ is the reverse-link interlace offset of sub-frame n.

   – Condition 6: Packet size $PS$ can be accommodated by the available transmit power.

2. If the access terminal starts transmission of a new packet in sub-frame n with packet size $PS$ in Low Latency mode with $d_{i,n}$ octets from each active MAC flow i, then the access terminal shall ensure that all of the following conditions are satisfied:

   – Condition 1:

   $PS \leq \min(\text{PermittedPayload}PS1\_1,\ \text{PermittedPayload}PS2\_2,\ \text{PermittedPayload}PS3\_3)$

   where $PSk$ is the Physical Layer packet size transmitted in sub-frame n - $k$

   – Condition 2:

   $$10^{\wedge}(\text{TxT2PLoLatNominal}PS/10) \leq \max(\ 10^{\wedge}(\ \text{TxT2Pmin}\ /\ 10\ ),\ \textstyle\sum_{i \in F_{LL}}(\ $$
   $$\text{PotentialT2POutflow}_{i,LL}\ )\ )$$

– Condition 3:

If PS < AuxiliaryPilotChannelMinPayload, $\max(10^{\wedge}(\text{T2PLoLatPreTransition}PS \ / \ 10)$, $10^{\wedge}(\text{T2PLoLatPostTransition}PS \ / \ 10) \ ) \leq 10^{\wedge}(\text{TxT2Pmax}(\text{PilotStrength}_{n,s}) \ / \ 10)$

If PS ≥ AuxiliaryPilotChannelMinPayload, $(1 + 10^{\wedge}(\text{AuxiliaryPilotChannelGain}/10)) \times$ $\max(10^{\wedge}(\text{T2PLoLatPreTransition}PS \ / \ 10), 10^{\wedge}(\text{T2PLoLatPostTransition}PS \ / \ 10)) \leq$ $10^{\wedge}(\text{TxT2Pmax}(\text{PilotStrength}_{n,s}) \ / \ 10)$

where sector s is the forward link serving sector for the access terminal.

– Condition 4: No packet with lower TxT2PLoLatNominal$PS$ is able to carry a payload of size as specified by the following equation:

$$\sum_{i \in F_{LL}} \min( \ d_{i,n} \ , \ \text{T2PConversionFactor}_{LL} \times \text{PotentialT2POutflow}_{i,LL} \ )$$

– Condition 5:

$$\text{LoLatTerminationTarget}PS \leq \text{MaxNumSubPackets}I$$

where $I$ is the reverse-link interlace offset of sub-frame n.

– Condition 6: Packet size $PS$ can be accommodated by the available transmit power.

### 10.12.6.1.6.1.2 Request message

The access terminal may include a request in the Request message for up to MaxNumMACFlows MAC flows. The access terminal can include requests for multiple MAC flows in a single Request packet. The access terminal shall transmit the Request message in the first Reverse Traffic Channel packet that it transmits after one of the following conditions is satisfied:

1. ReqRatio is not equal to 0 and the access terminal has transmitted (1 / ReqRatio – 1) × RequestPktSize bits of data on the traffic channel since the last Request packet transmission, where RequestPktSize denotes the number of bits in the Request message.

2. MaxReqInterval is not equal to zero and MaxReqInterval frames have elapsed since the last transmission of a Request packet.

### 10.12.6.1.6.1.3 Grant message

If the access terminal received a Grant message the access terminal shall update the following parameters for each MAC flow i for which the Grant message was received.

• T2PInflow$_{i,n}$ with $10^{x/10}$, where $x$ is the value of T2PInflow in units of dB.

• BucketLevel$_{i,n}$ with $10^{x/10}$, where $x$ is the value of BucketLevel in units of dB.

• TT2PHold$_{i,n}$ with $4 \times x$, where $x$ is the value of TT2PHold in units of frames.

10.12.6.1.6.1.4 Power Control

The access terminal shall control the reverse link transmit power in accordance with the requirements of the Physical Layer Protocol.

10.12.6.1.6.1.5 Reverse Link Silence Interval

When invoked, the access terminal shall perform the procedures listed in this section.

The access terminal shall not transmit on the Reverse Traffic Channel in time slots that overlap with the Reverse Link Silence Interval.

The access terminal should not start transmission of a packet if a sub-frame within its termination target overlaps with a Reverse Link Silence Interval. The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T and it satisfies the following equation:

$$T \bmod (2048 \times (2^{\text{ReverseLinkSilencePeriod}}) - 1) = 0$$

where T is the CDMA System Time in units of frames.

The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are public data of the Overhead Messages Protocol.

10.12.6.1.6.2 Access Network Requirements

The access network uses the RA bit to reflect the reverse link sector loading. The access network should transmit the Reverse Activity Channel with a gain equal to or greater than that specified by RAChannelGain. In the following requirements, *PS* takes on the following values: 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, 8192, and 12288. Each value of *PS* represents a physical layer packet size, expressed in bits.

The access network shall set the value of T2PHiCapPreTransition*PS*[118] to be less than or equal to the value of T2PLoLatPreTransition*PS*[119].

The access network shall set the value of LoLatTerminationTarget*PS* to be less than or equal to the value of  HiCapTerminationTarget*PS*.

The access network should set the values of LoLatTerminationTarget*PS* such that the packet transmitted by the access terminal with packet size *PS* in the Low Latency mode is received by the access network within LoLatTerminationTarget*PS* sub-frames with a failure rate not exceeding the target packet erasure rate.

---

[118] The access network typically sets the values of T2PHiCapPreTransition*PS* and T2PHiCapPostTransition*PS* such that T2PHiCapPreTransition*PS* is greater than T2PHiCapPostTransition*PS*.

[119] The access network typically sets the values of T2PLoLatPreTransition*PS* and T2PLoLatPostTransition*PS* such that T2PLoLatPreTransition*PS* is greater than T2PLoLatPostTransition*PS*.

The access network should set the values of HiCapTerminationTarget*PS* such that the packet transmitted by the access terminal with packet size *PS* in the High Capacity mode is received by the access network within HiCapTerminationTarget*PS* sub-frames with a failure rate not exceeding the target packet erasure rate.

### 10.12.6.1.6.2.1 Grant Message

The access network may transmit Grant messages at any time. The Grant messages may be transmitted autonomously or in response to Request messages received from access terminals. The Grant message is transmitted by the access network to the access terminal for which the access network is the forward link serving sector. The timing and content of the Grant message is determined by the access network. The Grant message contains "grants" for one or more MAC flows belonging to one access terminal. A per MAC flow resource allocation contains the following:

- – T2PInflow
- – BucketLevel
- – TT2PHold

### 10.12.6.2 Trailer and Message Formats

### 10.12.6.2.1 MAC Layer Trailer

The access terminal shall set the MAC Layer trailer as follows:

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| TransmissionMode | 1 |

ConnectionLayerFormat

        If the Security Layer packet contains a Format B Connection Layer packet, then the access terminal shall set this field to '1'. Otherwise, the access terminal shall set this field to '0'.

TransmissionMode    If the MAC Layer packet is transmitted in the Low Latency Mode, then the access terminal shall set this field to '1'. Otherwise, the access terminal shall set this field to '0'.

### 10.12.6.2.2 RTCAck

The access network sends the RTCAck message to notify the access terminal that it has acquired the Reverse Traffic Channel. The access network shall send this message using the access terminal's current ATI.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |

1  MessageID              The access network shall set this field to 0x00.
2

| Channels | FTC | | SLP | Reliable |
|----------|-----|---|-----|----------|
| Addressing | Unicast | | Priority | 10 |

3  10.12.6.2.3 Request

4  The access terminal sends the Request message to notify the access network of the
5  maximum TxT2P that it can use for Reverse Traffic Channel transmissions and the queue
6  length for zero or more of its MAC flows.
7

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| MaxSupportableTxT2P | 8 |
| NumMACFlows | 5 |

NumMACFlows occurrences of the following two fields:

| MACFlowID | 4 |
|-----------|---|
| QueueLength | 4 |

| Reserved | 3 |
|----------|---|

8  MessageID              The access network shall set this field to 0x02.

9  MaxSupportableTxT2P

10                         The access terminal shall set this field to its maximum supportable
11                         Transmit Traffic-to-Pilot power ratio. The access terminal shall
12                         specify this field as an 8-bit value with units of 0.25 dB.

13  NumMACFlows            The access terminal shall set this field to the number of MAC flows
14                         for which a request is transmitted.

15  MACFlowID             The access terminal shall set this field to the identifier that is
16                         assigned to the MAC flow. The access terminal shall support MAC
17                         flow identifiers in the range 0...15, inclusive.

18  QueueLength           The access terminal shall set this field to the length of the queue
19                         associated with the MACFlowID indicated by this field. The access

terminal shall specify this field as a 4-bit number as specified in Table 10.12.6.2.3-1.

**Table 10.12.6.2.3-1.Encoding of QueueLength Field**

| QueueLength, q | QueueLength (octets) QL |
|---|---|
| 0 | $0 \le QL < 32$ |
| 1 | $32 \le QL < 64$ |
| 2 | $64 \le QL < 96$ |
| 3 | $96 \le QL < 128$ |
| 4 | $128 \le QL < 192$ |
| 5 | $192 \le QL < 256$ |
| 6 | $256 \le QL < 384$ |
| 7 | $384 \le QL < 512$ |
| 8 | $512 \le QL < 768$ |
| 9 | $768 \le QL < 1024$ |
| 10 | $1024 \le QL < 1536$ |
| 11 | $1536 \le QL < 2048$ |
| 12 | $2048 \le QL < 4096$ |
| 13 | $4096 \le QL < 8192$ |
| 14 | $8192 \le QL < 16384$ |
| 15 | $QL \ge 16384$ |

Reserved            The access terminal shall set this field to zero. The access network shall ignore this field.

| Channels | RTC |
|---|---|
| Addressing | Unicast |

| SLP | Best Effort |
|---|---|
| Priority | 50 |

10.12.6.2.4 Grant

The access network transmits the Grant message to notify the access terminal of the following parameters for one or more of the active MAC flows at the access terminal:

- T2PInflow
- BucketLevel
- TT2PHold

MAC Layer                                                          TIA-856-B

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

| NumMACFlows | 4 |

(NumMACflows occurrences + 1) of the following fields:

| MACFlowID | 4 |
|---|---|
| T2PInflow | 8 |
| BucketLevel | 8 |
| TT2PHold | 6 |

| Reserved | 0-7 (as needed) |
|---|---|

1   MessageID              The access network shall set this field to 0x03.

2   NumMACFlows            The access network shall set this field to one less than the number of
3                          MAC Flows for which the Grant is transmitted. The access network
4                          shall specify this field as a 4-bit value in the range 0…15, inclusive.
5                          The access terminal shall support all valid values for this field.

6   MACFlowID             The access network shall set this field to the MAC Flow for which the
7                          Grant is transmitted. The access network shall specify this field as a
8                          4-bit value in the range 0…15, inclusive. The access terminal shall
9                          support all valid values for this field.

10  T2PInflow             The access network shall set this field to the average T2P for the MAC
11                         flow identified by the corresponding MACFlowID. The access network
12                         may set this field to 255 to indicate a value of -∞. Otherwise, the
13                         access network shall specify this field as an 8-bit value in the range
14                         of 0 to 63.5 dB in units of 0.25 dB. The access network shall support
15                         all valid values of this field. The access terminal shall support all
16                         valid values for this field.

17  BucketLevel           The access network shall set this field to BucketLevel for the MAC
18                         flow identified by the corresponding MACFlowID. The access network
19                         may set this field to 255 to indicate a value of -∞. Otherwise, the
20                         access network shall specify this field as an 8-bit value in the range
21                         of 0 to 63.5 dB in units of 0.25 dB. The access terminal shall support
22                         all valid values of this field.

23  TT2PHold              The access network shall set this field to the interval of time for
24                         which the access terminal shall maintain the T2PInflow for the MAC
25                         flow identified by the corresponding MACFlowID after receiving the

TIA-856-B                                                                                    MAC Layer

Grant message. The access network shall specify this field as a 6-bit value in units of frames. The access terminal shall support all valid values of this field.

Reserved            The access network shall add reserved bits to make the length of the entire message an integer number of octets.  The access network shall set these bits to '0'.The access terminal shall ignore this field.

| Channels | FTC    CC |
|----------|-----------|
| Addressing | Unicast |

| SLP | Best Effort |
|-----|-------------|
| Priority | 50 |

## 10.12.6.2.5 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a given attribute.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

One or more instances of the following record

| AttributeRecord | Attribute dependent |
|-----------------|---------------------|

MessageID           The sender shall set this field to 0x52.

TransactionID       The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord     The format of this record is specified in 14.3.

| Channels | FTC    RTC |
|----------|-----------|
| Addressing | unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 40 |

## 10.12.6.2.6 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

MessageID           The sender shall set this field to 0x53.

TransactionID          The sender shall set this value to the TransactionID field of the
                       corresponding AttributeUpdateRequest message.

| **Channels** | FTC   RTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

10.12.6.2.7 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an
AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID              The access network shall set this field to 0x54.

TransactionID          The access network shall set this value to the TransactionID field of
                       the corresponding AttributeUpdateRequest message.

| **Channels** | FTC | | **SLP** | Reliable |
|---|---|---|---|---|
| **Addressing** | unicast | | **Priority** | 40 |

10.12.6.3 Interface to Other Protocols

10.12.6.3.1 Commands Sent

This protocol does not issue any commands.

10.12.6.3.2 Indications

This protocol does not register to receive any indications.

10.12.7 Configuration Attributes

The access terminal and the access network shall support the use of the Generic Attribute
Update Protocol to configure values of the following attributes:

- ARQMode

- AuxiliaryPilotChannelParameters

- AssociatedFlows*NN*

- BucketFactor*NN*

- BucketLevelMax*NN*

- BurstDurationFactor*NN*

- MergeThreshold
- MergeThreshold*NN*
- PayloadThresh
- PermittedPayload
- PilotStrengthQRABThresholdDRCLock
- PilotStrengthQRABThresholdDRCUnlock
- PowerParameters128
- PowerParameters256
- PowerParameters512
- PowerParameters768
- PowerParameters1024
- PowerParameters1536
- PowerParameters2048
- PowerParameters3072
- PowerParameters4096
- PowerParameters6144
- PowerParameters8192
- PowerParameters12288
- QRABSelect*NN*
- RequestParameters
- TransmissionMode*NN*
- T2PFilterTC*NN*
- T2PTransitionFunction*NN*
- T2PInflowRange*NN*

where *NN* is the two-digit hexadecimal flow number in the range 0x00 to MaxNumMACFlows − 1, inclusive. The updated values of the attributes shall be consistent with the value of the MaxNumActiveMACFlows parameter of the MaxMACFlows attribute.

The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to configure values of the MaxNumSubPackets attribute if the value of the SupportGAUPMaxNumSubPackets attribute is 0x01. Otherwise, the access network and the access terminal shall not include the MaxNumSubPackets attribute in an AttributeUpdateRequest message.

The access network and the access terminal shall not use the Generic Attribute Update Protocol to configure any other attributes of the Subtype 3 Reverse Traffic Channel MAC Protocol.

The following attributes and default values are defined (see 14.3 for attribute record definition).

10.12.7.1 Simple Attributes

The simple configurable attributes are listed in Table 10.12.7.1-1. The access network and the access terminal shall use the default values that are typed in **bold italics.**

**Table 10.12.7.1-1.Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xffff | ARQMode | *0x00* | Reverse Link ARQ Mode = 0 |
| | | 0x01 | Reverse Link ARQ Mode = 1 |
| | | All other values | Reserved |
| 0xfffe | FRABFilterTC | *0x02* | IIR filter time constant used by the access terminal for computing the Filtered RA bit is 384 slots. |
| | | 0x00 | IIR filter time constant used by the access terminal for computing the Filtered RA bit is 128 slots. |
| | | 0x01 | IIR filter time constant used by the access terminal for computing the Filtered RA bit is 256 slots. |
| | | 0x03 | IIR filter time constant used for computing the Filtered RA bit is 512 slots. |
| | | All other values | Reserved |
| 0xfffd | FRABlow | *0x03* | Reverse Link Loading Threshold = −0.8 |
| | | 0x00 | Reverse Link Loading Threshold = −0.2 |
| | | 0x01 | Reverse Link Loading Threshold = −0.4 |
| | | 0x02 | Reverse Link Loading Threshold = −0.6 |
| | | 0x04 | Reverse Link Loading Threshold = −1.0 |
| | | All other values | Reserved |
| 0xfffc | MergeThreshold | *0x02* | Merge Threshold is 512 octets |
| | | 0x00 | Merge Threshold is 128 octets |
| | | 0x01 | Merge Threshold is 256 octets |
| | | 0x03 | Merge Threshold is 1024 octets |
| | | 0x04 | Merge Threshold is 2048 octets |
| | | 0x05 | Merge Threshold is infinite octets |
| | | All other values | Reserved |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfffb | PayloadThresh | *0x01* | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is 1024 octets. |
| | | 0x00 | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is 768 octets. |
| | | 0x02 | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is 1536 octets. |
| | | 0x03 | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is infinite octets. |
| | | All other values | Reserved |
| 0xfffa | PilotStrengthFilterTC | *0x01* | IIR filter time constant used by the access terminal for computing the filtered serving sector Pilot Strength, $PilotStrength_{n,s}$ is 64 slots. |
| | | 0x00 | IIR filter time constant used by the access terminal for computing the filtered serving sector Pilot Strength, $PilotStrength_{n,s}$ is 32 slots. |
| | | 0x02 | IIR filter time constant used by the access terminal for computing the filtered serving sector Pilot Strength, $PilotStrength_{n,s}$ is 128 slots. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | All other values | Reserved |
| 0xfff9 | QRABFilterTC | *0x00* | IIR filter time constant used by the access terminal for computing the Quick RA bit is 4 slots. |
| | | 0x01 | IIR filter time constant used by the access terminal for computing the Quick RA bit is 8 slots. |
| | | All other values | Reserved |
| 0xfff8 | T2PNoTxFilterTC | *0x01* | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 24 sub-frames. |
| | | 0x00 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 16 sub-frames. |
| | | 0x02 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 32 sub-frames. |
| | | 0x03 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 64 sub-frames. |
| | | 0x04 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 128 sub-frames. |
| | | All other values | Reserved |
| 0xfff7 | PilotStrengthQRABThresholdDRCLock | *0x18* | PilotStrengthQRABThresholdDRCLock is −6 dB |
| | | 0x00 to 0x3f | PilotStrengthQRABThresholdDRCLock is in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | All other values | Reserved |
| 0xfff6 | PilotStrengthQRABThresholdDRCUnlock | *0x0c* | PilotStrengthQRABThresholdDRCUnlock is −3 dB |
| | | 0x00 to 0x3f | PilotStrengthQRABThresholdDRCUnlock is in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive |
| | | All other values | Reserved |
| 0xfff5 | Rate1M8Supported | *0x00* | The access terminal does not support 1.8 Mbps transmission on the Reverse Traffic Channel |
| | | 0x01 | The access terminal supports 1.8 Mbps transmission on the Reverse Traffic Channel |
| | | All other values | Reserved |
| 0xfff4 | SupportGAUPMaxNumSubPackets | *0x00* | Modification of the MaxNumSubPackets attribute using the Generic Attribute Update Protocol is not supported. |
| | | 0x01 | Modification of the MaxNumSubPackets attribute using the Generic Attribute Update Protocol is supported. |
| | | All other values | Reserved |
| 0xff3 | BucketLevelMax00 | *0x50* | BucketLevelMax for flow 0x00  is 20 dB |
| | | 0x01 to 0xff | BucketLevelMax for flow 0x00 in units of 0.25 dB |
| | | 0x00 | Reserved |
| 0xfff2 | BucketLevelMax01 | *0x6c* | BucketLevelMax for flow 0x01  is 27 dB |
| | | 0x01 to 0xff | BucketLevelMax for flow 0x01 in units of 0.25 dB |
| | | 0x00 | BucketLevelMax for flow 0x01 is NULL |
| 0xfe*NN* | BucketLevelMax*NN* | *0x00* | BucketLevelMax for flow *NN* is NULL |

TIA-856-B                                                                MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| *NN* is the two-digit hexadecimal MAC flow number in the range 0x02 through MaxNumMACFlows −1, inclusive. | *NN* is the two-digit hexadecimal MAC flow number in the range 0x02 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | 0x01 to 0xff | BucketLevelMax for flow *NN* in units of 0.25 dB |
| 0xfd00 | MergeThreshold00 | ***0x00*** | Merge Threshold for flow 0x00  if it is transmitted in High Capacity Mode is 0 octets |
| | | 0x01 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is 32 octets |
| | | 0x02 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is 128 octets |
| | | 0x03 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is 1024 octets |
| | | 0x04 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is infinite octets |
| | | All other values | Reserved |
| 0xfd*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x01 through MaxNumMACFlows −1, | MergeThreshold*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x01 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x02*** | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 128 octets. |
| | | 0x00 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 0 octets. |
| | | 0x01 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 32 octets. |
| | | 0x03 | Merge Threshold for flow *NN*  if it is transmitted in High Capacity Mode is 1024 octets. |

MAC Layer                                                              TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| inclusive. | | 0x04 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 4096 octets. |
| | | 0x05 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 8192 octets. |
| | | 0x06 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is infinite octets. |
| | | All other values | Reserved |
| 0xfc*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNum MACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | TransmissionMode*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | The Transmission mode for flow *NN* is High Capacity |
| | | 0x01 | The Transmission mode for flow *NN* is Low Latency |
| | | All other values | Reserved |
| 0xfb*NN*<br><br>*NN* is the two-digit | QRABSelect*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow | ***0x00*** | Use QRAB |
| | | 0x01 | Use QRABps |

TIA-856-B                                                                    MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | All other values | Reserved |
| 0xfa*NN*  *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | BurstDurationFactor*NN*  *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | BurstDurationFactor for flow *NN* is 4 |
| | | 0x01 | BurstDurationFactor for flow *NN* is 8 |
| | | 0x02 | BurstDurationFactor for flow *NN* is 16 |
| | | 0x03 | BurstDurationFactor for flow *NN* is 32 |
| | | All other values | Reserved |
| 0xf9*NN*  *NN* is the two-digit | T2PFilterTC*NN*  *NN* is the two-digit hexadecimal MAC flow | ***0x01*** | IIR filter time constant used by the access terminal for computing T2PInflow$_n$ for flow 0x*NN* is 24 sub-frames. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| hexadecimal MAC flow number in the range 0x00 through $N_{MFRTCMACFlowMax} - 1$, inclusive. | number in the range 0x00 through $N_{MFRTCMACFlowMax} - 1$, inclusive, where hexadecimal digits A through F are specified in upper case letters. | 0x00 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 16 sub-frames. |
| | | 0x02 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 32 sub-frames. |
| | | 0x03 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 64 sub-frames. |
| | | 0x04 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 128 sub-frames. |
| | | All other values | Reserved |

1

2   10.12.7.2 Complex Attributes

3   The following configurable complex attributes are defined:

4   10.12.7.2.1 AssociatedFlows*NN* Attribute

5   *NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x01

6   through MaxNumMACFlows −1, inclusive.

7

| Field | Length(bits) | Default for *NN* between 0x02 and (MaxNumMACFlows −1), inclusive | Default for *NN* = 0x01 |
|---|---|---|---|
| Length | 8 | N/A | N/A |

TIA-856-B                                                                  MAC Layer

| AttributeID | 16 | N/A | N/A |
|---|---|---|---|

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A | N/A |
|---|---|---|---|
| FlowCount | 8 | 0 | 1 |

FlowCount occurrences of the following two fields:

{

| Stream | 9 | N/A | 511 |
|---|---|---|---|
| SubStream | 8 | N/A | 0 |

}

| Reserved | 0 – 7 (as needed) | N/A | N/A |
|---|---|---|---|

}

Length                Length of the complex attribute in octets. The sender shall set this
                      field to the length of the complex attribute excluding the Length field.

AttributeID           The sender shall set this field to 0x01*NN*, where *NN* is the two-digit
                      hexadecimal number that identifies the MAC Flow in the range 0x01
                      through MaxNumMACFlows −1, inclusive.

ValueID               The sender shall set this field to an identifier assigned to this
                      complex value.

FlowCount             The sender shall set this field to the number of higher layer flows
                      associated with this MAC Flow.

Stream                If this flow is generated by an application bound to a stream, then
                      the sender shall set this field to the stream number. If this flow is
                      generated by an application bound to a virtual stream, then the
                      sender shall set this field to 3 more than the virtual stream number.
                      If this MAC flow is to be associated with all higher layer flow not
                      associated with a MAC flow, then the sender shall set this field to
                      '111111111'.

SubStream             If the application bound generating this flow defines sub-streams,
                      then the sender shall set this field to the number of the sub-stream
                      associated with this MAC flow[120]. Otherwise, the sender shall set this

---

[120] For example, in case of the Multi-flow Packet Application, this field is set to the RLP flow number
corresponding to the RLP flow associated with this MAC flow.

field to '00000000'. If Stream is '111111111', then the sender shall set this field to '00000000'.

Reserved    The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The receiver shall ignore this field.

10.12.7.2.2 AuxiliaryPilotChannelParameters Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| AuxiliaryPilotChannelGain | 4 | 0x0c |
| AuxiliaryPilotChannelMinPayload | 4 | 0x7 |

Length    Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID    The sender shall set this field to 0x0000.

ValueID    The sender shall set this field to an identifier assigned to this complex value.

AuxiliaryPilotChannelGain

The sender shall set this field to the Auxiliary Pilot Channel Gain relative to the Traffic Channel Gain that the access terminal uses to compute the Auxiliary Pilot Channel transmit power level. The sender shall specify this field as a 4-bit value in units of −1 dB in the range 0 dB to -15 dB, inclusive. The receiver shall support all valid values specified by this field.

AuxiliaryPilotChannelMinPayload

The sender shall set this field to the minimum Reverse Traffic Channel payload for which the access terminal is required to transmit the Auxiliary Pilot Channel. The sender shall specify this field as a 4-bit number as shown in Table 10.12.7.2.2-1. The receiver shall support all valid values specified by this field.

**Table 10.12.7.2.2-1.Encoding of AuxiliaryPilotChannelMinPayload Field**

| Field value | Meaning |
|---|---|
| '0000' | 128 |
| '0001' | 256 |
| '0010' | 512 |
| '0011' | 768 |
| '0100' | 1024 |
| '0101' | 1536 |
| '0110' | 2048 |
| '0111' | 3072 |
| '1000' | 4096 |
| '1001' | 6144 |
| '1010' | 8192 |
| '1011' | 12288 |
| All other values | Reserved |

10.12.7.2.3 BucketFactor*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

| Field | Length (bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| | | | |
|---|---|---|---|
| ValueID | 8 | N/A | N/A |
| NumT2PAxisValues | 4 | 0x01 | 0x01 |
| NumFRABAxisValues | 3 | 0x02 | 0x00 |

NumT2PAxisValues + 1 occurrences of the following field:

| | | | |
|---|---|---|---|
| T2PAxis | 8 | See Table 10.12.7.2.3-1 | See Table 10.12.7.2.3-4 |

NumFRABAxisValues + 1 occurrences of the following field:

| | | | |
|---|---|---|---|
| FRABAxis | 4 | See Table 10.12.7.2.3-2 | See Table 10.12.7.2.3-5 |

(NumT2PAxisValues + 1) × (NumFRABAxisValues + 1) occurrences of the following field:

| | | | |
|---|---|---|---|
| BucketFactorT2PAxisFRABAxis | 8 | See Table 10.12.7.2.3-3 | See Table 10.12.7.2.3-6 |

| | | | |
|---|---|---|---|
| Reserved | 0-7 (as needed) | N/A | N/A |

}

Length        Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID   The sender shall set this field to 0x03*NN*, where *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive.

ValueID       The sender shall set this field to an identifier assigned to this complex value.

NumT2PAxisValues   The sender shall set this field to the number of occurrences of T2PAxis field in this record minus 1. The sender shall specify this field as an 4-bit value. The receiver shall support all valid values specified by this field.

NumFRABAxisValues

        The sender shall set this field to the number of occurrences of FRABAxis field in this record minus 1. The sender shall specify this field as a 3-bit value. The receiver shall support all valid values specified by this field.

T2PAxis

        The sender shall set this field to values that define the T2P axis. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

FRABAxis

        The sender shall set this field to values that define the FRAB axis. The sender shall specify this field as a 4-bit 2's complement value in the range -1...7/8, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

BucketFactorT2PAxisFRABAxis

        The sender shall set this field to the values of the function BucketFactor( ) at the T2PInflow value of T2PAxis and the FRAB value of FRABAxis. The sender shall set the data in the following order: BucketFactor( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value.  The sender shall specify this field as an 8-bit value in the range 1...32 7/8, inclusive in units of 1/8. The receiver shall support all valid values specified by this field.

Reserved

        The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zero. The receiver shall ignore this field.

**Table 10.12.7.2.3-1. T2PAxis Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| T2PAxis00 | 0x00 |
| T2PAxis01 | 0x48 |

**Table 10.12.7.2.3-2. FRABAxis Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| FRABAxis0 | 0x8 |
| FRABAxis1 | 0xb |
| FRABAxis2 | 0x7 |

**Table 10.12.7.2.3-3. BucketFactor Default Values**

| Field | Default for *NN* > 0x00 |
|---|---|
| BucketFactorT2PAxis00FRABAxis0 | 0x28 |
| BucketFactorT2PAxis00FRABAxis1 | 0x10 |
| BucketFactorT2PAxis00FRABAxis2 | 0x10 |
| BucketFactorT2PAxis01FRABAxis0 | 0x08 |
| BucketFactorT2PAxis01FRABAxis1 | 0x08 |
| BucketFactorT2PAxis01FRABAxis2 | 0x08 |

**Table 10.12.7.2.3-4. T2PAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| T2PAxis00 | 0x10 |
| T2PAxis01 | 0x2b |

**Table 10.12.7.2.3-5. FRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| FRABAxis0 | 0x0 |

TIA-856-B                                                                    MAC Layer

**Table 10.12.7.2.3-6. BucketFactor Default Values**

| Field | Default for $NN$ = 0x00 |
|---|---|
| BucketFactorT2PAxis00FRABAxis0 | 0x18 |
| BucketFactorT2PAxis01FRABAxis0 | 0x08 |

10.12.7.2.4 CommonPowerParameters Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| Field | Length (bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| AllocationStagger | 4 | '0000' |
| TxT2Pmin | 8 | 0x0F |
| RPCStep | 2 | '01' |
| Reserved | 0-7(as needed) | N/A |

}

Length             Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID        The sender shall set this field to 0x0001.

ValueID            The sender shall set this field to an identifier assigned to this complex value.

AllocationStagger  T2P allocation stagger factor. The sender shall set this field to the desired T2P allocation dither factor across MAC flows at an access terminal and across access terminals. This field is a 4-bit value in steps of 1/16 in the range of 0…15/16, inclusive. The access terminal shall support all valid values specified by this field.

TxT2Pmin           The sender shall set this field to the minimum TxT2P that the receiver is always allowed to transmit, expressed as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field.

RPCStep                  Reverse Power Control step. The sender shall set this field to the power control step size the access terminal is to use when controlling the power of the reverse link, as shown in Table 10.12.7.2.4-1. The access terminal shall support the 0.5 dB and 1.0 dB step sizes and should support the 1.5 dB and 2.0 dB step sizes.

**Table 10.12.7.2.4-1.Encoding of the RPCStep Field**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0.5 dB |
| '01' | 1.0 dB |
| '10' | 1.5 dB |
| '11' | 2.0 dB |

Reserved                 The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

10.12.7.2.5 MaxNumSubPackets Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| MaxNumSubPackets0 | 2 | 0x3 |
| MaxNumSubPackets1 | 2 | 0x3 |
| MaxNumSubPackets2 | 2 | 0x3 |
| Reserved | 2 | N/A |

}

Length                   Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID              The sender shall set this field to 0x0002.

ValueID                  The sender shall set this field to an identifier assigned to this complex value.

MaxNumSubPackets0

The sender shall set this field to one less than the maximum number of subpackets for interlace 0. The sender shall specify this field as a 2-bit value in the range 0x0 to 0x3, inclusive.

MaxNumSubPackets1

The sender shall set this field to one less than the maximum number of subpackets for interlace 1. The sender shall specify this field as a 2-bit value in the range 0x0 to 0x3, inclusive.

MaxNumSubPackets2

The sender shall set this field to one less than the maximum number of subpackets for interlace 2. The sender shall specify this field as a 2-bit value in the range 0x0 to 0x3, inclusive.

Reserved                    The sender shall set this field to '00'. The receiver shall ignore this field.

1   10.12.7.2.6 PermittedPayload Attribute

2

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| PermittedPayload0_1 | 4 | 0x5 |
| PermittedPayload0_2 | 4 | 0x5 |
| PermittedPayload0_3 | 4 | 0x5 |
| PermittedPayload128_1 | 4 | 0x5 |
| PermittedPayload128_2 | 4 | 0x5 |
| PermittedPayload128_3 | 4 | 0x5 |
| PermittedPayload256_1 | 4 | 0x5 |
| PermittedPayload256_2 | 4 | 0x5 |
| PermittedPayload256_3 | 4 | 0x5 |
| PermittedPayload512_1 | 4 | 0x5 |
| PermittedPayload512_2 | 4 | 0x5 |
| PermittedPayload512_3 | 4 | 0x5 |
| PermittedPayload768_1 | 4 | 0x5 |
| PermittedPayload768_2 | 4 | 0x5 |
| PermittedPayload768_3 | 4 | 0x5 |
| PermittedPayload1024_1 | 4 | 0x7 |
| PermittedPayload1024_2 | 4 | 0x7 |
| PermittedPayload1024_3 | 4 | 0x7 |
| PermittedPayload1536_1 | 4 | 0x7 |
| PermittedPayload1536_2 | 4 | 0x7 |
| PermittedPayload1536_3 | 4 | 0x7 |
| PermittedPayload2048_1 | 4 | 0x9 |
| PermittedPayload2048_2 | 4 | 0x9 |
| PermittedPayload2048_3 | 4 | 0x9 |
| PermittedPayload3072_1 | 4 | 0x9 |
| PermittedPayload3072_2 | 4 | 0x9 |

TIA-856-B                                                                                          MAC Layer

| Field | Length(bits) | Default |
|---|---|---|
| PermittedPayload3072_3 | 4 | 0x9 |
| PermittedPayload4096_1 | 4 | 0xb |
| PermittedPayload4096_2 | 4 | 0xb |
| PermittedPayload4096_3 | 4 | 0xb |
| PermittedPayload6144_1 | 4 | 0xb |
| PermittedPayload6144_2 | 4 | 0xb |
| PermittedPayload6144_3 | 4 | 0xb |
| PermittedPayload8192_1 | 4 | 0xc |
| PermittedPayload8192_2 | 4 | 0xc |
| PermittedPayload8192_3 | 4 | 0xc |
| PermittedPayload12288_1 | 4 | 0xc |
| PermittedPayload12288_2 | 4 | 0xc |
| PermittedPayload12288_3 | 4 | 0xc |
| Reserved | 4 | N/A |

Length                      Length of the complex attribute in octets. The sender shall set this
                            field to the length of the complex attribute excluding the Length field.

AttributeID                 The sender shall set this field to 0x0003.

ValueID                     The sender shall set this field to an identifier assigned to this
                            complex value.

PermittedPayload0_1

                            The sender shall set this field to the maximum packet size that the
                            receiver can transmit in the sub-frame n if the Data Channel was not
                            transmitted in sub-frame n–1. The sender shall specify this field as a
                            4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall
                            support all valid values specified by this field.

PermittedPayload0_2

                            The sender shall set this field to the maximum packet size that the
                            receiver can transmit in the sub-frame n if the Data Channel was not
                            transmitted in sub-frame n–2. The sender shall specify this field as a
                            4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall
                            support all valid values specified by this field.

PermittedPayload0_3

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Data Channel was not transmitted in sub-frame n–3. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload128_1

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 128 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload128_2

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 128 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload128_3

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 128 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_1

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload768_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic

Channel payload transmitted in sub-frame n−1 was 768 bits. The sender shall set this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload768_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 768 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload768_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 768 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table

10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload1536_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 1536 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload1536_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 1536 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload1536_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 1536 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload3072_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 3072 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload3072_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 3072 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload3072_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 3072 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload6144_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 6144 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload6144_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 6144 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload6144_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 6144 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload8192_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic

Channel payload transmitted in sub-frame n−1 was 8192 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload8192_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 8192 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload8192_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 8192 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload12288_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 12288 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload12288_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 12288 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.12.7.2.6-1. The receiver shall support all valid values specified by this field.

PermittedPayload12288_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 12288 bits. The sender shall specify this field as a 4-bit value as specified in Table

TIA-856-B                                                                          MAC Layer

1   10.12.7.2.6-1. The receiver shall support all valid values specified by
2   this field.

3   Reserved         The sender shall set this field to '0000'. The receiver shall ignore this
4                    field.
5

6                    **Table 10.12.7.2.6-1. Packet size encoding**

| Packet size (bits) | Value |
|---|---|
| 0 | 0x0 |
| 128 | 0x1 |
| 256 | 0x2 |
| 512 | 0x3 |
| 768 | 0x4 |
| 1024 | 0x5 |
| 1536 | 0x6 |
| 2048 | 0x7 |
| 3072 | 0x8 |
| 4096 | 0x9 |
| 6144 | 0xa |
| 8192 | 0xb |
| 12288 | 0xc |

7

MAC Layer                                                                TIA-856-B

10.12.7.2.7 PilotStrength Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A |
|---|---|---|
| NumPilotStrengthAxisValues | 4 | 0x2 |

NumPilotStrengthAxisValues occurrences of the following two fields:

{

| | | |
|---|---|---|
| PilotStrengthAxis | 6 | See Table 10.12.7.2.7-1 |
| PilotStrengthPilotStrengthAxis | 4 | See Table 10.12.7.2.7-2 |

}

| Reserved | 4 | N/A |
|---|---|---|

}

Length            Length of the complex attribute in octets. The access network shall
                  set this field to the length of the complex attribute excluding the
                  Length field.

AttributeID       The sender shall set this field to 0x0004.

ValueID           The sender shall set this field to an identifier assigned to this
                  complex value.

NumPilotStrengthAxisValues

                  The sender shall set this field to the number of occurrences of
                  PilotStrengthAxis field in this record. The sender shall not set this
                  field to zero.

PilotStrengthAxis  The sender shall set this field to the values that define the
                   PilotStrength axis. The sender shall specify this field as a 6-bit value
                   in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive. The
                   values specified shall be monotonically increasing. The receiver shall
                   support all valid values specified by this field.

PilotStrengthPilotStrengthAxis

The sender shall set this field to the scale factor used to scale T2PInflow if the filtered serving sector PilotStrength equals the corresponding PilotStrengthAxis field. The sender shall specify this field as a 2's complement 4-bit value in units of 1 dB. The receiver shall support all valid values specified by this field.

Reserved      The sender shall set this field to '0000'. The receiver shall ignore this field.

**Table 10.12.7.2.7-1. PilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthAxis0 | 0x3C |
| PilotStrengthAxis1 | 0x00 |

**Table 10.12.7.2.7-2. PilotStrengthPilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthPilotStrengthAxis0 | 0x0 |
| PilotStrengthPilotStrengthAxis1 | 0x0 |

10.12.7.2.8 PowerParameters128 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |
| One or more occurrences of the following record: | | |
| ValueID | 8 | N/A |
| LoLatT2PTransition128 | 2 | 0x1 |
| LoLatTerminationTarget128 | 2 | 0x1 |
| HiCapT2PTransition128 | 2 | 0x3 |
| HiCapTerminationTarget128 | 2 | 0x3 |
| T2PLoLatPreTransition128 | 8 | 0x1C |
| T2PLoLatPostTransition128 | 8 | 0x03 |
| T2PHiCapPreTransition128 | 8 | 0x03 |
| T2PHiCapPostTransition128 | 8 | 0x03 |

Length              Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID          The sender shall set this field to 0x0005.

ValueID              The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition128

                     The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 128 bits using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget128

                     The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 128 bits transmitted using the Low Latency Mode. The sender shall specify

this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition128

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 128 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget128

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 128 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender

shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.9 PowerParameters256 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition256 | 2 | 0x1 |
| LoLatTerminationTarget256 | 2 | 0x1 |
| HiCapT2PTransition256 | 2 | 0x3 |
| HiCapTerminationTarget256 | 2 | 0x3 |
| T2PLoLatPreTransition256 | 8 | 0x28 |
| T2PLoLatPostTransition256 | 8 | 0x0F |
| T2PHiCapPreTransition256 | 8 | 0x0F |
| T2PHiCapPostTransition256 | 8 | 0x0F |

Length                  Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID             The sender shall set this field to 0x0006.

ValueID                 The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition256

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic

Channel packet with packet size of 256 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**LoLatTerminationTarget256**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 256 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapT2PTransition256**

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 256 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget256**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 256 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition256**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition256**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition256

        The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB.  The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition256

        The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.10 PowerParameters512 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition512 | 2 | 0x1 |
| LoLatTerminationTarget512 | 2 | 0x1 |
| HiCapT2PTransition512 | 2 | 0x3 |
| HiCapTerminationTarget512 | 2 | 0x3 |
| T2PLoLatPreTransition512 | 8 | 0x34 |
| T2PLoLatPostTransition512 | 8 | 0x1C |
| T2PHiCapPreTransition512 | 8 | 0x1C |
| T2PHiCapPostTransition512 | 8 | 0x1C |

Length

        Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID

        The sender shall set this field to 0x0007.

ValueID

        The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition512

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 512 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget512

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 512 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition512

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 512 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget512

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 512 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition512

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition512

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using

the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition512

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition512

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.11 PowerParameters768 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| LoLatT2PTransition768 | 2 | 0x1 |
| LoLatTerminationTarget768 | 2 | 0x1 |
| HiCapT2PTransition768 | 2 | 0x3 |
| HiCapTerminationTarget768 | 2 | 0x3 |
| T2PLoLatPreTransition768 | 8 | 0x3B |
| T2PLoLatPostTransition768 | 8 | 0x23 |
| T2PHiCapPreTransition768 | 8 | 0x23 |
| T2PHiCapPostTransition768 | 8 | 0x23 |

Length

Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID

The sender shall set this field to 0x0008.

TIA-856-B                                                                           MAC Layer

ValueID                    The sender shall set this field to an identifier assigned to this
                           complex value.

LoLatT2PTransition768

                           The sender shall set this field to one less than the number of sub-
                           frames for which the receiver shall use the pre-transition T2P values
                           and the number of sub-frames after which the receiver shall use the
                           post-transition T2P values when transmitting a Reverse Traffic
                           Channel packet with packet size of 768 bits using the Low Latency
                           mode. The sender shall specify this field as a 2-bit value in units of
                           sub-frames. The receiver shall support all valid values specified by
                           this field.

LoLatTerminationTarget768

                           The sender shall set this field to one less than the expected number
                           of sub-frames needed to achieve the target Physical Layer erasure
                           rate for a Reverse Traffic Channel packet with packet size of 768 bits
                           transmitted using the Low Latency Mode. The sender shall specify
                           this field as a 2-bit value in units of sub-frames. The receiver shall
                           support all valid values specified by this field.

HiCapT2PTransition768

                           The sender shall set this field to one less than the number of sub-
                           frames for which the receiver shall use the pre-transition T2P values
                           and the number of sub-frames after which the receiver shall use the
                           post-transition T2P values when transmitting a Reverse Traffic
                           Channel packet with packet size of 768 bits using the High Capacity
                           mode. The sender shall specify this field as a 2-bit value in units of
                           sub-frames. The receiver shall support all valid values specified by
                           this field.

HiCapTerminationTarget768

                           The sender shall set this field to one less than the expected number
                           of sub-frames needed to achieve the target Physical Layer erasure
                           rate for a Reverse Traffic Channel packet with packet size of 768 bits
                           transmitted using the High Capacity Mode. The sender shall specify
                           this field as a 2-bit value in units of sub-frames. The receiver shall
                           support all valid values specified by this field.

T2PLoLatPreTransition768

                           The sender shall set this field to the Data Channel power relative to
                           the Pilot Channel power when transmitting a 768-bit payload using
                           the Low Latency mode prior to the T2P transition. The sender shall
                           specify this field as an 8-bit number in units of 0.25 dB. The sender
                           shall set this field to a value in the range 0x00 through 0x80,
                           inclusive.

MAC Layer                                                                   TIA-856-B

T2PLoLatPostTransition768

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition768

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition768

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.12 PowerParameters1024 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition1024 | 2 | 0x1 |
| LoLatTerminationTarget1024 | 2 | 0x1 |
| HiCapT2PTransition1024 | 2 | 0x3 |
| HiCapTerminationTarget1024 | 2 | 0x3 |
| T2PLoLatPreTransition1024 | 8 | 0x41 |
| T2PLoLatPostTransition1024 | 8 | 0x28 |
| T2PHiCapPreTransition1024 | 8 | 0x28 |
| T2PHiCapPostTransition1024 | 8 | 0x28 |

Length                  Length of the complex attribute in octets. The access network shall
                        set this field to the length of the complex attribute excluding the
                        Length field.

AttributeID             The sender shall set this field to 0x0009.

ValueID                 The sender shall set this field to an identifier assigned to this
                        complex value.

LoLatT2PTransition1024
                        The sender shall set this field to one less than the number of sub-
                        frames for which the receiver shall use the pre-transition T2P values
                        and the number of sub-frames after which the receiver shall use the
                        post-transition T2P values when transmitting a Reverse Traffic
                        Channel packet with packet size of 1024 bits using the Low Latency
                        mode. The sender shall specify this field as a 2-bit value in units of
                        sub-frames. The receiver shall support all valid values specified by
                        this field.

LoLatTerminationTarget1024
                        The sender shall set this field to one less than the expected number
                        of sub-frames needed to achieve the target Physical Layer erasure
                        rate for a Reverse Traffic Channel packet with packet size of 1024
                        bits transmitted using the Low Latency Mode. The sender shall
                        specify this field as a 2-bit value in units of sub-frames. The receiver
                        shall support all valid values specified by this field.

MAC Layer                                                    TIA-856-B

**HiCapT2PTransition1024**

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 1024 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget1024**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 1024 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition1024**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition1024**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPreTransition1024**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPostTransition1024**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The

TIA-856-B                                                                           MAC Layer

sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.13 PowerParameters1536 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition1536 | 2 | 0x1 |
| LoLatTerminationTarget1536 | 2 | 0x1 |
| HiCapT2PTransition1536 | 2 | 0x3 |
| HiCapTerminationTarget1536 | 2 | 0x3 |
| T2PLoLatPreTransition1536 | 8 | 0x49 |
| T2PLoLatPostTransition1536 | 8 | 0x2E |
| T2PHiCapPreTransition1536 | 8 | 0x2E |
| T2PHiCapPostTransition1536 | 8 | 0x2E |

Length               Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID          The sender shall set this field to 0x000a.

ValueID              The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition1536
                     The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 1536 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget1536
                     The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 1536

bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapT2PTransition1536**

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 1536 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget1536**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 1536 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition1536**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition1536**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPreTransition1536**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

¹ T2PHiCapPostTransition1536

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.14 PowerParameters2048 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| LoLatT2PTransition2048 | 2 | 0x1 |
| LoLatTerminationTarget2048 | 2 | 0x1 |
| HiCapT2PTransition2048 | 2 | 0x3 |
| HiCapTerminationTarget2048 | 2 | 0x3 |
| T2PLoLatPreTransition2048 | 8 | 0x4D |
| T2PLoLatPostTransition2048 | 8 | 0x34 |
| T2PHiCapPreTransition2048 | 8 | 0x34 |
| T2PHiCapPostTransition2048 | 8 | 0x34 |

Length

Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID

The sender shall set this field to 0x000b.

ValueID

The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition2048

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 2048 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of

MAC Layer                                                                 TIA-856-B

sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget2048

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 2,048 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition2048

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 2048 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget2048

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 2048 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition2048

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2,048-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition2048

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2048-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition2048

The sender shall set this field to the Data Channel power relative to

the Pilot Channel power when transmitting a 2048-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition2048

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2048-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.15 PowerParameters3072 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition3072 | 2 | 0x1 |
| LoLatTerminationTarget3072 | 2 | 0x1 |
| HiCapT2PTransition3072 | 2 | 0x3 |
| HiCapTerminationTarget3072 | 2 | 0x3 |
| T2PLoLatPreTransition3072 | 8 | 0x4D |
| T2PLoLatPostTransition3072 | 8 | 0x39 |
| T2PHiCapPreTransition3072 | 8 | 0x39 |
| T2PHiCapPostTransition3072 | 8 | 0x39 |

Length                        Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                   The sender shall set this field to 0x000c.

ValueID                       The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition3072

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values

and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 3072 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**LoLatTerminationTarget3072**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 3072 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapT2PTransition3072**

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 3072 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget3072**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 3072 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition3072**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition3072**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender

TIA-856-B                                                                    MAC Layer

shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition3072

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition3072

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.16 PowerParameters4096 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition4096 | 2 | 0x1 |
| LoLatTerminationTarget4096 | 2 | 0x1 |
| HiCapT2PTransition4096 | 2 | 0x3 |
| HiCapTerminationTarget4096 | 2 | 0x3 |
| T2PLoLatPreTransition4096 | 8 | 0x52 |
| T2PLoLatPostTransition4096 | 8 | 0x3E |
| T2PHiCapPreTransition4096 | 8 | 0x3E |
| T2PHiCapPostTransition4096 | 8 | 0x3E |

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x000d.

ValueID                 The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition4096

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 4096 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget4096

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 4096 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition4096

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 4096 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget4096

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 4096 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition4096

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition4096

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition4096

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition4096

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.17 PowerParameters6144 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition6144 | 2 | 0x1 |
| LoLatTerminationTarget6144 | 2 | 0x1 |
| HiCapT2PTransition6144 | 2 | 0x3 |
| HiCapTerminationTarget6144 | 2 | 0x3 |
| T2PLoLatPreTransition6144 | 8 | 0x57 |
| T2PLoLatPostTransition6144 | 8 | 0x44 |
| T2PHiCapPreTransition6144 | 8 | 0x44 |
| T2PHiCapPostTransition6144 | 8 | 0x44 |

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x000e.

ValueID                   The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition6144
                          The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 6144 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget6144
                          The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 6,144 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

TIA-856-B                                                                   MAC Layer

**HiCapT2PTransition6144**

> The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 6144 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget6144**

> The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 6144 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition6144**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition6144**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPreTransition6144**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPostTransition6144**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The

sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.18 PowerParameters8192 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| LoLatT2PTransition8192 | 2 | 0x1 |
| LoLatTerminationTarget8192 | 2 | 0x1 |
| HiCapT2PTransition8192 | 2 | 0x3 |
| HiCapTerminationTarget8192 | 2 | 0x3 |
| T2PLoLatPreTransition8192 | 8 | 0x5D |
| T2PLoLatPostTransition8192 | 8 | 0x4A |
| T2PHiCapPreTransition8192 | 8 | 0x4A |
| T2PHiCapPostTransition8192 | 8 | 0x4A |

Length        Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID   The sender shall set this field to 0x000f.

ValueID       The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition8192
              The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 8192 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget8192
              The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 8192

bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition8192

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 8192 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget8192

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 8192 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition8192

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition8192

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition8192

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

MAC Layer                                                                    TIA-856-B

T2PHiCapPostTransition8192

    The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.19 PowerParameters12288 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| LoLatT2PTransition12288 | 2 | 0x1 |
| LoLatTerminationTarget12288 | 2 | 0x1 |
| HiCapT2PTransition12288 | 2 | 0x3 |
| HiCapTerminationTarget12288 | 2 | 0x3 |
| T2PLoLatPreTransition12288 | 8 | 0x69 |
| T2PLoLatPostTransition12288 | 8 | 0x55 |
| T2PHiCapPreTransition12288 | 8 | 0x55 |
| T2PHiCapPostTransition12288 | 8 | 0x55 |

Length

    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID

    The sender shall set this field to 0x0010.

ValueID

    The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition12288

    The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 12288 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

TIA-856-B                                                                MAC Layer

**LoLatTerminationTarget12288**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 12228 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapT2PTransition12288**

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 12288 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget12288**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 12288 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition12288**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12288-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition12288**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12288-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPreTransition12288**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12288-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The

sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition12288

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12,288-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.12.7.2.20 RequestParameters Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| ReqRatio | 4 | 0x0 |
| MaxReqInterval | 4 | 0x0 |

Length                  Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID             The sender shall set this field to 0x0011.

ValueID                 The sender shall set this field to an identifier assigned to this complex value.

ReqRatio                The sender shall set this field to the maximum permitted ratio of the request bits to traffic bits. The sender shall specify this field as a 4-bit value in units of 0.005 for a range of 0...0.075, inclusive. The receiver shall support all valid values specified by this field.

MaxReqInterval          The sender shall set this field to the maximum time duration that the access terminal shall wait to transmit Request packet once it has transmitted a Request packet. The sender shall specify this field as a 4-bit number in units of frames and has a range of 1...15 frames, inclusive. A value of 0 will disable Request packet transmission due to any fixed interval. The sender shall support all valid values specified by this field.

10.12.7.2.21 RRIChannelPowerParameters Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| RRIChannelGainPreTransition0 | 4 | 0x0 |
| RRIChannelGainPostTransition0 | 4 | 0xA |
| RRIChannelGainPreTransition1 | 4 | 0x0 |
| RRIChannelGainPostTransition1 | 4 | 0xA |
| RRIChannelGainPreTransition2 | 4 | 0xA |
| RRIChannelGainPostTransition2 | 4 | 0xA |
| RRIChannelGainPreTransition3 | 4 | 0xA |
| Reserved | 4 | N/A |

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The access network shall set this field to 0x0012.

ValueID                   The access network shall set this field to an identifier assigned to this complex value.

RRIChannelGainPreTransition0
                          The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 1 sub-frame. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

RRIChannelGainPostTransition0
                          The sender shall set this field to the RRI Channel Gain for sub-packets transmitted following the T2P transition for a T2P transition value of 1 sub-frame. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

**RRIChannelGainPreTransition1**

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 2 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

**RRIChannelGainPostTransition1**

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted following the T2P transition for a T2P transition value of 2 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

**RRIChannelGainPreTransition2**

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 3 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

**RRIChannelGainPostTransition2**

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted following the T2P transition for a T2P transition value of 3 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

**RRIChannelGainPreTransition3**

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 4 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field. The access terminal also uses this value to set the gain of the RRI channel when no packet is being transmitted on the Reverse Traffic Channel.

**Reserved**

> The access network shall set this field to '0000'. The access terminal shall ignore this field.

### 10.12.7.2.22 T2PInflowRange*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

TIA-856-B                                                                                         MAC Layer

| Field | Length(bits) | Default for $NN > 0x00$ | Default for $NN = 0x00$ |
|-------|--------------|-------------------------|-------------------------|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following record:

| | | | |
|-------|--------------|-------------------------|-------------------------|
| ValueID | 8 | N/A | N/A |
| T2PInflowmin | 8 | 0x07 | 0x10 |
| T2PInflowmax | 8 | 0x78 | 0x2b |

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x15$NN$, where $NN$ is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

T2PInflowmin      The sender shall set this field to the minimum T2P inflow that the receiver is to use to determine the T2P allocation for MAC flow $NN$. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The receiver shall support all valid values specified by this field.

T2PInflowmax      The sender shall set this field to the maximum T2P inflow that the receiver is to use to determine the T2P allocation for MAC flow $NN$. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The receiver shall support all valid values specified by this field.

10.12.7.2.23 T2PTransitionFunction$NN$ Attribute

$NN$ is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

MAC Layer                                                                TIA-856-B

| Field | Length(bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A | N/A |
|---|---|---|---|
| NumT2PAxisValues | 4 | 0x03 | 0x01 |
| NumFRABAxisValues | 3 | 0x03 | 0x00 |

NumT2PAxisValues + 1 occurrences of the following field:

| T2PAxis | 8 | See Table 10.12.7.2.23-1 | See Table 10.12.7.2.23-5 |
|---|---|---|---|

NumFRABAxisValues + 1 occurrences of the following field:

| FRABAxis | 4 | SeeTable 10.12.7.2.23-2 | See Table 10.12.7.2.23-6 |
|---|---|---|---|

(NumT2PAxisValues + 1) × (NumFRABAxisValues + 1) of the following two fields:

| T2PUpT2PAxisFRABAxis | 8 | See Table 10.12.7.2.23-3 | See Table 10.12.7.2.23-7 |
|---|---|---|---|
| T2PDnT2PAxisFRABAxis | 8 | See Table 10.12.7.2.23-4 | See Table 10.12.7.2.23-8 |

| Reserved | 0-7 (as needed) | N/A | N/A |
|---|---|---|---|

}

Length              Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID         The sender shall set this field to 0x16*NN*, where *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive.

ValueID             The sender shall set this field to an identifier assigned to this complex value.

NumT2PAxisValues    The sender shall set this field to the number of values specified on the T2P axis minus 1. The sender shall specify this field as an 4-bit value. The receiver shall support all valid values specified by this field.

TIA-856-B                                                                                    MAC Layer

NumFRABAxisValues   The sender shall set this field to the number of values specified on the FRAB axis minus 1. The sender shall specify this field as a 3-bit value. The receiver shall support all valid values specified by this field.

T2PAxis             The sender shall set this field to values that define the T2P axis. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

FRABAxis            The sender shall set this field to values that define the FRAB axis. The sender shall specify this field as a 4-bit 2's complement value in the range -1...7/8, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

T2PUpT2PAxisFRABAxis
                    The sender shall set this field to the value of the function T2PUp of the associated MAC flow at [T2PAxis, FRABAxis]. The sender shall set the data in the following order:  T2PUp( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The receiver shall use the value of this field to compute ΔT2PInflow. The sender shall specify this field as an 8-bit 2's complement in units of 0.25 dB. The receiver shall support all valid values specified by this field.

T2PDnT2PAxisFRABAxis
                    The sender shall set this field to the value of the function T2PDn of the associated MAC flow at [T2PAxis, FRABAxis]. The sender shall set the data in the following order:  T2PDn( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The receiver shall use the value of this field to compute ΔT2PInflow. The sender shall specify this field as an 8-bit 2's complement in units of 0.25 dB. The receiver shall support all valid values specified by this field.

Reserved            The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zero. The receiver shall ignore this field.

MAC Layer                                                                TIA-856-B

**Table 10.12.7.2.23-1. T2PAxis Default Values**

| Field | Default for $NN > 0x00$ |
|---|---|
| T2PAxis00 | 0x00 |
| T2PAxis01 | 0x22 |
| T2PAxis02 | 0x47 |
| T2PAxis03 | 0x5a |

**Table 10.12.7.2.23-2. FRABAxis Default Values**

| Field | Default for $NN > 0x00$ |
|---|---|
| FRABAxis0 | 0x8 |
| FRABAxis1 | 0xb |
| FRABAxis2 | 0xe |
| FRABAxis3 | 0x7 |

TIA-856-B                                                                                    MAC Layer

**Table 10.12.7.2.23-3. T2PUpT2PAxis*TT*FRABAxis*F* Default Values**

| Field | Default for $NN$ > 0x00 |
|---|---|
| T2PUpT2PAxis00FRABAxis0 | 0x1d |
| T2PUpT2PAxis00FRABAxis1 | 0x0a |
| T2PUpT2PAxis00FRABAxis2 | 0xfe |
| T2PUpT2PAxis00FRABAxis3 | 0xfe |
| T2PUpT2PAxis01FRABAxis0 | 0xfb |
| T2PUpT2PAxis01FRABAxis1 | 0xe8 |
| T2PUpT2PAxis01FRABAxis2 | 0xdc |
| T2PUpT2PAxis01FRABAxis3 | 0xdc |
| T2PUpT2PAxis02FRABAxis0 | 0xfb |
| T2PUpT2PAxis02FRABAxis1 | 0xe8 |
| T2PUpT2PAxis02FRABAxis2 | 0xdc |
| T2PUpT2PAxis02FRABAxis3 | 0xdc |
| T2PUpT2PAxis03FRABAxis0 | 0x18 |
| T2PUpT2PAxis03FRABAxis1 | 0x05 |
| T2PUpT2PAxis03FRABAxis2 | 0xf9 |
| T2PUpT2PAxis03FRABAxis3 | 0xf9 |

1    **Table 10.12.7.2.23-4. T2PDnT2PAxis*TT*FRABAxis*F* Default Values**

| Field | Default for $NN$ > 0x00 |
|-------|--------------------------|
| T2PDnT2PAxis00FRABAxis0 | 0xe9 |
| T2PDnT2PAxis00FRABAxis1 | 0xe2 |
| T2PDnT2PAxis00FRABAxis2 | 0xd6 |
| T2PDnT2PAxis00FRABAxis3 | 0xd6 |
| T2PDnT2PAxis01FRABAxis0 | 0xe9 |
| T2PDnT2PAxis01FRABAxis1 | 0xe2 |
| T2PDnT2PAxis01FRABAxis2 | 0xd6 |
| T2PDnT2PAxis01FRABAxis3 | 0xd6 |
| T2PDnT2PAxis02FRABAxis0 | 0x0e |
| T2PDnT2PAxis02FRABAxis1 | 0x07 |
| T2PDnT2PAxis02FRABAxis2 | 0xfb |
| T2PDnT2PAxis02FRABAxis3 | 0xfb |
| T2PDnT2PAxis03FRABAxis0 | 0x2d |
| T2PDnT2PAxis03FRABAxis1 | 0x26 |
| T2PDnT2PAxis03FRABAxis2 | 0x1a |
| T2PDnT2PAxis03FRABAxis3 | 0x1a |

2

3    **Table 10.12.7.2.23-5. T2PAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|-------|--------------------------|
| T2PAxis00 | 0x10 |
| T2PAxis01 | 0x2b |

4

5    **Table 10.12.7.2.23-6. FRABAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|-------|--------------------------|
| FRABAxis0 | 0x0 |

6

TIA-856-B                                                                          MAC Layer

**Table 10.12.7.2.23-7. T2PUpT2PAxisFRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| T2PUpT2PAxis00FRABAxis0 | 0xf4 |
| T2PUpT2PAxis01FRABAxis0 | 0xbc |

**Table 10.12.7.2.23-8. T2PDnT2PAxisFRABAxis Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| T2PDnT2PAxis00FRABAxis0 | 0xd8 |
| T2PDnT2PAxis01FRABAxis0 | 0xd8 |

10.12.7.2.24 TxT2Pmax Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| Field | Length(bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| NumPilotStrengthAxisValues | 3 | 0x2 |

NumPilotStrengthAxisValues occurrences of the following two fields:

{

| Field | Length(bits) | Default |
|---|---|---|
| PilotStrengthAxis | 6 | See Table 10.12.7.2.24-1 |
| TxT2PmaxPilotStrengthAxis | 7 | See Table 10.12.7.2.24-2 |

}

| Field | Length(bits) | Default |
|---|---|---|
| Reserved | 0 – 7 (as needed) | N/A |

}

Length                 Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID            The access network shall set this field to 0x0013.

ValueID                The sender shall set this field to an identifier assigned to this complex value.

NumPilotStrengthAxisValues

    The sender shall set this field to the number of occurrences of PilotStrengthAxis field in this record. The sender shall not set this field to zero.

PilotStrengthAxis     The sender shall set this field to the values that define the PilotStrength axis. The sender shall specify this field as a 6-bit value in units of –0.25 dB in the range 0 dB to –15.75 dB, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

TxT2PmaxPilotStrengthAxis

    The sender shall set this field to the maximum TxT2P that the access terminal is allowed to transmit if the filtered serving sector PilotStrength equals corresponding PilotStrengthaxis value. The sender shall specify this field as a 7-bit value expressed in units of 0.5 dB. The access terminal shall support all valid values specified by this field.

Reserved     The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

**Table 10.12.7.2.24–1. PilotStrengthAxis Default Values**

| Field | Default |
|-------|---------|
| PilotStrengthAxis0 | 0x28 |
| PilotStrengthAxis1 | 0x14 |

**Table 10.12.7.2.24–2. TxT2PmaxPilotStrengthAxis Default Values**

| Field | Default |
|-------|---------|
| TxT2PmaxPilotStrengthAxis0 | 0x18 |
| TxT2PmaxPilotStrengthAxis1 | 0x36 |

10.12.7.2.25 MaxMACFlows Attribute

TIA-856-B                                                                                            MAC Layer

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| MaxNumMACFlows | 8 | **0x04** |
| MaxNumActiveMACFlows | 8 | **0x04** |

Length                    Length of the complex attribute in octets. The sender shall set this
                          field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x0014.

ValueID                   The sender shall set this field to an identifier assigned to this
                          complex value.

MaxNumMACFlows            The sender shall set this field to indicate the maximum total number
                          of activated and deactivated MAC flows supported. The value shall be
                          in the range of 0x04 to 0x10, inclusive

MaxNumActiveMACFlows
                          The sender shall set this field to indicate the maximum number of
                          active MAC flows supported. The value shall be in the range of 0x04
                          to MaxNumMACFlows, inclusive.

10.12.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{RTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S3RTCMP}$ | Subtype field for this protocol | 0x0003 |
| $T_{RTCMPATSetup}$ | Maximum time for the access terminal to transmit the Reverse Traffic Channel in the Setup State | 1.5 seconds |
| $T_{RTCMPANSetup}$ | Maximum time for the access network to acquire the Reverse Traffic Channel and send a notification to the access terminal. | 1 second |

10.12.9 Session State Information

The Session State Information record (see 14.8) consists of parameter records.

This protocol defines the following parameter record in addition to the configuration
attributes for this protocol.

MAC Layer                                                          TIA-856-B

1  10.12.9.1 LongCodeMask Parameter

2  The following parameter shall be included in the Session State Information record only if
3  the Session State Information is being transferred while the connection is open.

4  **Table 10.12.9.1-1.The Format of the Parameter Record for the LongCodeMask**
5  **Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| MIRTCMAC | 42 |
| MQRTCMAC | 42 |
| Reserved | 4 |

6  ParameterType          This field shall be set to 0x01 for this parameter record.

7  Length                 This field shall be set to the length of this parameter record in units
8                         of octets excluding the Length field.

9  MIRTCMAC               This field shall be set to the value of the reverse traffic channel in-
10                        phase long code mask associated with the access terminal's session.

11 MQRTCMAC               This field shall be set to the value of the reverse traffic channel
12                        quadrature-phase long code mask associated with the access
13                        terminal's session.

14 Reserved               This field shall be set to zero.

1    No text.

**10.13 Multicarrier Reverse Traffic Channel MAC Protocol**

10.13.1 Overview

The Multicarrier Reverse Traffic Channel MAC Protocol provides the procedures and messages required for an access terminal to transmit using single or multiple Reverse CDMA Channels, and for an access network to receive the respective Reverse CDMA Channels. Specifically, this protocol addresses Reverse Traffic Channel transmission rules and rate control. This protocol supports intra-access terminal Quality of Service (QoS) for multiple concurrent active MAC flows over single or multiple assigned Reverse CDMA Channels at the access terminal. Rate control in each assigned Reverse CDMA Channel is accomplished via per active MAC flow Traffic-to-Pilot power ratio (T2P) control. The Multicarrier Reverse Traffic Channel MAC protocol provides per active MAC flow QoS control in each and across all assigned Reverse CDMA Channels. This is achieved by distributed rate selection (at the access terminal) and centralized (scheduled) resource allocation (by the access network) in each assigned Reverse CDMA Channel. The Multicarrier Reverse Traffic Channel MAC achieves per active MAC flow data policing using a Data Token Bucket mechanism which spans all assigned Reverse CDMA Channels at the access terminal for each active MAC flow. The Data Token bucket parameters are controlled by the access network. Additionally, the Multicarrier Reverse Traffic Channel MAC provides QoS for each active MAC flow and controls each active MAC flow's contribution to the network loading in each assigned Reverse CDMA Channel using a T2P Token Bucket mechanism and a one-bit (the Reverse Activity Bit, or RAB) feedback from the access network. This protocol operates with the Subtype 3 Physical Layer Protocol.

This specification assumes that the access network has one instance of this protocol for every access terminal.

This protocol operates in one of three states for each of the supported Reverse CDMA Channels (the supported Reverse CDMA Channels are public data of the Route Update Protocol.):

- Inactive State: In this state, the access terminal is not assigned a Reverse Traffic Channel on that Reverse CDMA Channel. When the protocol is in this state, it waits for an *Activate* command.

- Setup State: In this state, the access terminal obeys the power control commands that it receives from the access network for the Reverse CDMA Channel assigned[121] by the access network. Data transmission on the Reverse Traffic Channel corresponding to the Reverse CDMA Channel is not allowed in this state.

- Open State: In this state, the access terminal obeys the power control commands that it receives from the access network for the Reverse CDMA Channel assigned by the access network. In this state, the access terminal may transmit data on the Reverse Traffic Channel corresponding to this assigned Reverse CDMA Channel.

---

[121] The assigned Reverse CDMA Channels are public data of the Route Update Protocol.

The protocol states and the indications and events causing the transition between the states are shown in Figure 10.13.1-1.



**Figure 10.13.1-1. Multicarrier Reverse Traffic Channel MAC Protocol State Diagram (for each supported Reverse CDMA Channel)**

Each active MAC flow contributes to sector loading in each of the assigned Reverse CDMA Channels and its contribution is strongly correlated with its average transmit T2P in that channel. An access terminal may transmit multiple active MAC flows simultaneously on one or more of the assigned Reverse CDMA Channels. The Multicarrier Reverse Traffic Channel MAC protocol uses the average transmit T2P per active MAC flow in each of the assigned Reverse CDMA Channels as a measure of the air link resource used by that MAC flow in the corresponding Reverse CDMA Channel. The Multicarrier Reverse Traffic Channel MAC protocol treats multiple active MAC flows associated with a single access terminal in a manner consistent with multiple active MAC flows associated with multiple access terminals, subject to access terminal transmit power constraints. This protocol controls the average T2P of an active MAC flow in each assigned Reverse CDMA Channel and the average data rate of an active MAC flow across all assigned Reverse CDMA Channels based on the requirements of that MAC flow, requirements of other concurrent active MAC flows, transmit power constraints, and sector loading on each assigned Reverse Traffic Channel. The Multicarrier Reverse Traffic Channel MAC protocol allows updating Reverse Traffic Channel MAC attributes (access terminal specific, MAC flow specific, and assigned Reverse CDMA Channel specific) using the Generic Attribute Update Protocol.

10.13.2 Primitives and Public Data

10.13.2.1 Commands

This protocol defines the following commands:

- *Activate (along with arguments indicating the assigned Reverse CDMA Channels)*

- *Deactivate*

10.13.2.2 Return Indications

This protocol returns the following indications:

- *LinkAcquired*
- *SupervisionFailed*
- *ReverseCDMAChannelDropped*

10.13.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- ARQMode for each assigned Reverse CDMA Channel
- AuxiliaryPilotChannelGain
- AuxiliaryPilotChannelMinPayload
- RRI (Payload Index and sub-packet Index for each assigned Reverse CDMA Channel)
- RRIChannelGain for each assigned Reverse CDMA Channel
- TxT2P for each assigned Reverse CDMA Channel
- RPCStep
- $MI_{RTCMAC}$
- $MQ_{RTCMAC}$
- RAChannelGain for each pilot in the Active Set

10.13.3 Protocol Data Unit

The transmission unit of this protocol is a Reverse Traffic Channel MAC Layer packet. Each Reverse Traffic Channel MAC Layer packet contains one Security Layer packet.

10.13.4 Protocol Initialization

10.13.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.
- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.
- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

10.13.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10.13.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

The access network shall not initiate negotiation of the MaxMACFlows attribute.

The access network shall not initiate negotiation of the MaxPacketSize attribute.

10.13.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- The value of the following public data of the InUse protocol shall be set to the corresponding attribute value of the InConfiguration protocol instance:

    − ARQMode

    − AuxiliaryPilotChannelGain

    − AuxiliaryPilotChannelMinPayload

    − RPCStep

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    − The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    − The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    − The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    − The InConfiguration protocol instance shall become the InUse protocol instance for the Reverse Traffic Channel MAC Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

10.13.5.3 Message Formats

10.13.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

| Channels | FTC   RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | Unicast | **Priority** | 40 |

10.13.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord    An attribute record containing a single attribute value. If this message selects a complex attribute, only the ValueID field of the complex attribute shall be included in the message. The format of the AttributeRecord is given in 14.3. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | FTC      RTC | SLP | Reliable |
|----------|-------------|-----|----------|
| Addressing | Unicast | Priority | 40 |

**10.13.6 Procedures and Messages for the InUse Instance of the Protocol**

**10.13.6.1 Procedures**

The protocol constructs a Multicarrier  Reverse Traffic Channel MAC Layer packet out of a Security Layer packet and passes the packet for transmission to the Physical Layer Protocol.

The Multicarrier Reverse Traffic Channel MAC Protocol supports multiple MAC Flows. MAC flow *NN* is defined to be active if the value of the BucketLevelMax*NN* attribute associated with MAC flow *NN* is greater than zero, where *NN* is the two-digit hexadecimal flow number in the range 0x00 to MaxNumMACFlows −1, inclusive. The number of active MAC Flows shall not exceed the value of the MaxNumActiveMACFlows parameter of the MaxMACFlows attribute.

The Multicarrier Reverse Traffic Channel MAC Protocol supports multiple Reverse CDMA Channels.

**10.13.6.1.1 MAC Layer Packet**

The MAC Layer packet is the basic unit of data provided by the Multicarrier Reverse Traffic Channel MAC protocol to the Physical Layer Protocol. The structure of a MAC Layer packet is shown in Figure 10.13.6.1.1-1.The MAC Layer packet consists of a Security Layer packet followed by the MAC Layer trailer. The MAC Layer packet is transmitted in one of two modes, Low Latency mode or High Capacity mode.



**Figure 10.13.6.1.1-1.Reverse Traffic Channel MAC Layer Packet Structure**

**10.13.6.1.2 Command Processing**

**10.13.6.1.2.1 Activate**

If the protocol receives an *Activate* command in the Inactive State, the access terminal and the access network shall perform the following:

- Set ATI$_{LCM}$ to TransmitATI.ATI

1   • Transition the protocol to the Setup State for the Reverse CDMA Channel(s) provided as
2     arguments along with the *Activate* command. If no arguments are provided, then the
3     protocol shall transition to the Setup state for the Reverse CDMA Channel assigned by
4     the access network as indicated by public data of the Route Update Protocol.

5   If the protocol receives this command in any other state it shall be ignored.

6   10.13.6.1.2.2 Deactivate

7   If the protocol receives a *Deactivate* command and is in the Setup State or the Open State
8   for any Reverse CDMA Channel,

9   • Access terminal shall cease transmitting the Reverse Traffic Channel and shall
10    transition the protocol to the Inactive State for all Reverse CDMA Channels.

11  • Access network shall cease monitoring the Reverse Traffic Channel from this access
12    terminal and shall transition the protocol to the Inactive State for all Reverse CDMA
13    Channels.

14  If the protocol receives a *Deactivate* command in the Inactive State, it shall be ignored.

15  10.13.6.1.3 Reverse Traffic Channel Long Code Mask

16  The access terminal shall set the long code masks for the reverse traffic channel ($MI_{RTCMAC}$
17  and $MQ_{RTCMAC}$) as follows. The 42-bit mask $MI_{RTCMAC}$ shall be specified as shown in Table
18  10.13.6.1.3-1.

19  **Table 10.13.6.1.3-1.Reverse Traffic Channel Long Code Masks**



| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 09 | 08 | 07 | 06 | 05 | 04 | 03 | 02 | 01 | 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $MI_{RTCMAC}$ | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | Permuted ($ATI_{LCM}$) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

21  Permuted ($ATI_{LCM}$) is defined as follows:

22      $ATI_{LCM} = (A_{31}, A_{30}, A_{29}, ..., A_0)$

23      Permuted ($ATI_{LCM}$) =

24      $(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24},$
25      $A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9).$

26  The 42-bit mask $MQ_{RTCMAC}$ shall be derived from the mask $MI_{RTCMAC}$ as follows:

27      $MQ_{RTCMAC}[k] = MI_{RTCMAC}[k-1],$   for k = 1,...,41

28      $MQ_{RTCMAC}[0] = MI_{RTCMAC}[0] \oplus MI_{RTCMAC}[1] \oplus MI_{RTCMAC}[2] \oplus MI_{RTCMAC}[4] \oplus MI_{RTCMAC}[5] \oplus$

29      $MI_{RTCMAC}[6] \oplus MI_{RTCMAC}[9] \oplus MI_{RTCMAC}[15] \oplus MI_{RTCMAC}[16] \oplus MI_{RTCMAC}[17] \oplus$

30      $MI_{RTCMAC}[18] \oplus MI_{RTCMAC}[20] \oplus MI_{RTCMAC}[21] \oplus MI_{RTCMAC}[24] \oplus MI_{RTCMAC}[25] \oplus$

31      $MI_{RTCMAC}[26] \oplus MI_{RTCMAC}[30] \oplus MI_{RTCMAC}[32] \oplus MI_{RTCMAC}[34] \oplus MI_{RTCMAC}[41]$

32  where the $\oplus$ denotes the Exclusive OR operation, and $MQ_{RTCMAC}[i]$ and $MI_{RTCMAC}[i]$ denote the
33  $i^{th}$ least significant bit of $MQ_{RTCMAC}$ and $MI_{RTCMAC}$, respectively.

10.13.6.1.4 Inactive State

When the protocol is in the Inactive State the access terminal and the access network wait for an *Activate* command.

10.13.6.1.5 Setup State

10.13.6.1.5.1 Access Terminal Requirements

The access terminal shall set a ReverseAcquisition timer for the Reverse CDMA Channel for $T_{RTCMPATSetup}$ seconds when it enters this state.

If the ReverseAcquisition timer for this Reverse CDMA Channel expires, then the access terminal shall perform the following:

• If the protocol is in the Inactive State for all other Reverse CDMA Channels except the Reverse CDMA Channels whose ReverseAcquisition timers expire at the same time as this Reverse CDMAChannel, then the access terminal shall return a *SupervisionFailed* indication.

• If the protocol is in the Setup or Open State for any other Reverse CDMA Channels except the Reverse CDMA Channels whose ReverseAcquisition timers expire at the same time as this Reverse CDMA Channel, then the access terminal shall send a ReverseCDMAChannelDropped message with appropriate ReasonCode, and revert to the Inactive state for this Reverse CDMA Channel.

The access terminal shall start transmission on the Reverse Traffic Channel upon entering this state, and shall obey the Reverse Power Control Channel.

The access terminal shall follow procedures specified in 10.13.6.1.6.1.6 in addition to the requirement of the Physical Layer protocol for transmission on the Reverse Traffic Channel.

The access terminal shall not transmit any data on the Reverse Traffic Data Channel associated with the Reverse CDMA Channel while in this state.

Upon receiving an RTCAck message, the access terminal shall send a RTCAckAck message. If the access terminal receives an RTCAck message indicating that the Reverse CDMA Channel has been acquired, and the protocol is not in the Open state for any Reverse CDMA Channel, then the access terminal shall generate a *LinkAcquired* indication. If the access terminal receives an RTCAck message indicating that the Reverse CDMA Channel has been acquired, then the protocol shall transition to the Open State for the acquired Reverse CDMA Channel.

10.13.6.1.5.2 Access Network Requirements

The access network shall set a ReverseAcquisition timer for the Reverse CDMA Channel for $T_{RTCMPANSetup}$ seconds when it enters this state. If the protocol is in the Inactive State for all other Reverse CDMA Channels when the timer expires, then the access network shall return a *SupervisionFailed* indication.

The access network shall attempt to acquire the Reverse Traffic Channel in this state. If the access network acquired the Reverse Traffic Channel on the Reverse CDMA Channel, and if the protocol is not in the Open state for any of the other Reverse CDMA Channels, then the

access network shall generate a *LinkAcquired* indication. If the access network acquires the Reverse Traffic Channel on the Reverse CDMA Channel, then it shall send an RTCAck message to the access terminal , and the protocol shall transition to the Open State for the acquired Reverse CDMA Channel.

10.13.6.1.6 Open State

10.13.6.1.6.1 Access Terminal Requirements

Upon receiving a RTCAck message, the access terminal shall send a RTCAckAck message.

Upon entering the Open State for Reverse CDMA Channel r, the access terminal shall perform the following.

    – Set $FRAB_{r,n}$ = 0, where n is the current sub-frame.

    – For each MAC flow i, set $LastBucketLevelMax_{i,r}$ to NULL.

Upon entering the Open State for Reverse CDMA Channel r, or upon acceptance of an update of the corresponding configuration attribute using Generic Attribute Update Protocol, the access terminal shall set the following parameters to the corresponding attribute values in Reverse CDMA Channel r.

- T2PTransitionFunction

- T2PInflowRange

- PilotStrength

- TxT2PMax

Table 10.13.6.1.6.1-1 provides the transmission rates and corresponding minimum and maximum payload sizes available on the Reverse Traffic Channel in each Reverse CDMA Channel for different values of Reverse Link transmit duration.

TIA-856-B                                                                   MAC Layer

**Table 10.13.6.1.6.1-1.Reverse Traffic Channel Rates and Payload**

| Payload Size (bits) Minimum | Payload Size (bits) Maximum | Effective Data Rate (kbps) | | | |
|---|---|---|---|---|---|
| | | Transmit Duration 1 sub-frame | Transmit Duration 2 sub-frames | Transmit Duration 3 sub-frames | Transmit Duration 4 sub-frames |
| 1 | 96 | 19.2 | 9.6 | 6.4 | 4.8 |
| 97 | 224 | 38.4 | 19.2 | 12.8 | 9.6 |
| 225 | 480 | 76.8 | 38.4 | 25.6 | 19.2 |
| 481 | 736 | 115.2 | 57.6 | 38.4 | 28.8 |
| 737 | 992 | 153.6 | 76.8 | 51.2 | 38.4 |
| 993 | 1504 | 230.4 | 115.2 | 76.8 | 57.6 |
| 1505 | 2016 | 307.2 | 153.6 | 102.4 | 76.8 |
| 2017 | 3040 | 460.8 | 230.4 | 153.6 | 115.2 |
| 3041 | 4064 | 614.4 | 307.2 | 204.8 | 153.6 |
| 4065 | 6112 | 921.6 | 460.8 | 307.2 | 230.4 |
| 6113 | 8160 | 1228.8 | 614.4 | 409.6 | 307.2 |
| 8161 | 12256 | 1843.2 | 921.6 | 614.4 | 460.8 |

MAC Layer                                                                 TIA-856-B

**Table 10.13.6.1.6.1-2. Traffic Channel to Pilot Channel power ratios**

| Physical Layer Packet Size (bits) | Transmission Mode | Data Channel Gain Relative to Pilot (dB) Pre-Transition | Data Channel Gain Relative to Pilot (dB) Post-Transition |
|---|---|---|---|
| 0 | N/A | $-\infty$ (Data Channel is not transmitted) | $-\infty$ (Data Channel is not transmitted) |
| 128 | High Capacity | T2PHiCapPreTransition128 | T2PHiCapPostTransition128 |
| 128 | Low Latency | T2PLoLatPreTransition128 | T2PLoLatPostTransition128 |
| 256 | High Capacity | T2PHiCapPreTransition256 | T2PHiCapPostTransition256 |
| 256 | Low Latency | T2PLoLatPreTransition256 | T2PLoLatPostTransition256 |
| 512 | High Capacity | T2PHiCapPreTransition512 | T2PHiCapPostTransition512 |
| 512 | Low Latency | T2PLoLatPreTransition512 | T2PLoLatPostTransition512 |
| 768 | High Capacity | T2PHiCapPreTransition768 | T2PHiCapPostTransition768 |
| 768 | Low Latency | T2PLoLatPreTransition768 | T2PLoLatPostTransition768 |
| 1024 | High Capacity | T2PHiCapPreTransition1024 | T2PHiCapPostTransition1024 |
| 1024 | Low Latency | T2PLoLatPreTransition1024 | T2PLoLatPostTransition1024 |
| 1536 | High Capacity | T2PHiCapPreTransition1536 | T2PHiCapPostTransition1536 |
| 1536 | Low Latency | T2PLoLatPreTransition1536 | T2PLoLatPostTransition1536 |
| 2048 | High Capacity | T2PHiCapPreTransition2048 | T2PHiCapPostTransition2048 |
| 2048 | Low Latency | T2PLoLatPreTransition2048 | T2PLoLatPostTransition2048 |
| 3072 | High Capacity | T2PHiCapPreTransition3072 | T2PHiCapPostTransition3072 |
| 3072 | Low Latency | T2PLoLatPreTransition3072 | T2PLoLatPostTransition3072 |
| 4096 | High Capacity | T2PHiCapPreTransition4096 | T2PHiCapPostTransition4096 |
| 4096 | Low Latency | T2PLoLatPreTransition4096 | T2PLoLatPostTransition4096 |
| 6144 | High Capacity | T2PHiCapPreTransition6144 | T2PHiCapPostTransition6144 |
| 6144 | Low Latency | T2PLoLatPreTransition6144 | T2PLoLatPostTransition6144 |
| 8192 | High Capacity | T2PHiCapPreTransition8192 | T2PHiCapPostTransition8192 |
| 8192 | Low Latency | T2PLoLatPreTransition8192 | T2PLoLatPostTransition8192 |
| 12288 | High Capacity | T2PHiCapPreTransition12288 | T2PHiCapPostTransition12288 |
| 12288 | Low Latency | T2PLoLatPreTransition12288 | T2PLoLatPostTransition12288 |

The Multicarrier Reverse Traffic Channel MAC Protocol supports two Transmission modes, High Capacity mode and Low Latency mode. Each Transmission mode is specified per

active MAC flow and is characterized by a physical layer transmit duration. The physical layer transmit duration is one, two, three or four sub-packets. A termination target is specified for each packet size for both the Low Latency and the High Capacity transmission modes. The termination target is defined as one less than the number of sub-packets that an access terminal is required to transmit for the packet to be received by the access network with the target packet erasure rate[122]. The termination target is defined by LoLatTerminationTargetPS for a packet with packet size $PS$ transmitted in Low Latency mode. The termination target is defined by HiCapTerminationTarget$PS$ for a packet with packet size $PS$ transmitted in High Capacity mode. The access terminal may transmit using different Transmission modes in each assigned Reverse CDMA Channel. The transmit duration defines the effective data rate for a given packet size as shown in Table 10.13.6.1.6.1-1. For example, a 256-bit payload results in an effective data rate of 38.4kbps, 19.2kbps, 12.8kbps, and 9.6kbps for a transmit duration of one, two, three, or four sub-packets respectively.

T2PHiCapPreTransition$PS$ defines the T2P's used by the access terminal for transmitting the first HiCapT2PTransition$PS$+1 sub-packets of a Reverse Traffic Channel packet with packet size $PS$ in High Capacity Mode, where $PS$ can take on the following values: 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, and 8192, and 12288 bits. T2PHiCapPostTransition$PS$ defines the T2P's used by the access terminal for transmitting the subsequent sub-packets of a Reverse Traffic Channel packet with packet size $PS$ in High Capacity Mode.

T2PLoLatPreTransition$PS$ defines the T2P's used by the access terminal for transmitting the first LoLatT2PTransition$PS$+1 sub-packets of a Reverse Traffic Channel packet with packet size $PS$ in Low Latency Mode, where $PS$ can take on the following values: 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, and 8192, and 12288 bits. T2PLoLatPostTransition$PS$ defines the T2P's used by the access terminal for transmitting the subsequent sub-packets of a Reverse Traffic Channel packet with packet size $PS$ in Low Latency Mode.

The access network uses the RA bit (one RA bit per Reverse CDMA Channel per sector) to provide an indication of loading on each Reverse CDMA Channel in each sector's reverse link to the access terminal. The reliability of the RA channel is improved by filtering the RA bit at the access terminal. A short-term filter followed by a threshold detector is used at the access terminal to generate the QRAB (Quick RA Bit) which indicates instantaneous sector loading. A long-term filter is used to generate the FRAB (Filtered RA Bit) which indicates longer term sector loading in the corresponding Reverse CDMA Channel.

The access terminal shall start transmission of the Reverse Traffic Data Channel and Reverse Rate Indicator in each assigned Reverse CDMA Channel at the earliest time T, following the end of transmission of the previous packet, that satisfies the following equation

$$(T - \text{FrameOffset}) \bmod 4 = 0,$$

---

[122] The target packet erasure rate typically used by the physical layer is 1%

where T is the CDMA System Time in slots.

This section defines the procedures and rules that the access terminal shall use to determine the T2P allocation for each active MAC flow in each assigned Reverse CDMA Channel. Variables with suffix m indicate quantities that are updated every slot and variables with suffix n indicate quantities that are updated every sub-frame. Unless otherwise stated, all filters used in this section are first order IIR filters (see 14.13). $PS$ indicates the physical layer packet size and takes on values of 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4,096, 6144, 8192, or 12288 bits and subscript N indicates the sub-packet identifier of a physical layer packet and takes on values zero, one, two, or three.

The description in this section uses the following variables and functions:

- AllocationStagger: T2P allocation time stagger.

- AuxiliaryPilotChannelGain: Auxiliary Pilot Channel Gain.

- $BucketLevel_{i,r,n}$: Bucket Level (or accumulated T2P resource) at sub-frame n for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

- $BucketFactor_i(\ )$: Indicates by what factor (linear) the $T2POutflow_{i,r,n}$ can exceed $T2PInflow_{i,r,n}$ for MAC flow i.

- $BucketLevelMax_i$: Max T2P resource that can be accumulated (bucket size) for MAC flow i in each Reverse CDMA Channel.

- $BucketLevelSat_{i,r,n}$: Saturation Level for $BucketLevel_{i,r,n}$ in Reverse CDMA Channel r, where r is in set $RC_n$.

- $BurstDurationFactor_i$: Max duration (in sub-frames) for which MAC flow i can sustain a peak rate based on its T2P allocation.

- $DataBucketLevel_{i,n}$: Data Bucket Level (or accumulated data tokens) at sub-frame n for MAC flow i.

- $DataBucketLevelMax_i$: Max data token resource that can be accumulated (bucket size) for MAC flow i.

- $DataTokenInflow_i$: The data token resource added to the data bucket for MAC flow i at sub-frame n

- $d_{i,r,n}$: Number of octets allocated to MAC flow i for a Reverse Traffic Channel transmission during sub-frame n in Reverse CDMA Channel r, where r is in set $RC_n$.

- $f_{r,s}$: The Forward CDMA Channel from pilotPN s which carries RAB for the Reverse CDMA Channel r. Reverse CDMA Channel r is in the access terminal's set $RC_n$, and $f_{r,s}$ is in the access terminal's active set $S_n$. This association is conveyed using public data of the Route Update Protocol.

- $FC_{r,n}$: The sub-Active Set carrying RAB for Reverse CDMA Channel r, which is public data of the Route Update Protocol. Note that set $FC_{r,n}$ is a subset of set $S_n$.

- $FRAB_{r,n}$: Effective Filtered RAB value at sub-frame n from all $f_{r,s}$ in set $FC_{r,n}$ for Reverse CDMA Channel r in set $RC_n$.

1   •   $FRAB_{f_{r,s},n}$: Indicates the Filtered RAB value from $f_{r,s}$ for Reverse CDMA Channel r in set
2       $RC_n$ and $f_{r,s}$ in set $FC_{r,n}$ at sub-frame n.

3   •   F: Set of all active MAC flows with non-empty queues.

4   •   $F_{r,LL}$: Set of all active MAC flows with non-empty queues associated with the Low
5       Latency mode in Reverse CDMA Channel r, where r is in $RC_n$.

6   •   FRABlow: FRAB threshold. $FRAB_{r,n}$ values below FRABlow indicate a sector with a
7       lightly loaded Reverse CDMA Channel r.

8   •   HiCapT2PTransition$PS$: Number of sub-packets (excluding the first) from the start of
9       the packet for which the pre-transition T2P values are used for High Capacity mode
10      Reverse Traffic Channel transmissions with packet size $PS$.

11  •   $LastBucketLevelMax_{i,r}$: The last recorded value of $BucketLevelMax_{i,n}$.

12  •   LoLatT2PTransition$PS$: Number of sub-packets (excluding the first) from the start of the
13      packet for which the pre-transition T2P values are used for Low Latency mode Reverse
14      Traffic Channel transmissions with packet size $PS$.

15  •   MergeThreshold: Merge Threshold (in octets) for Reverse Traffic Channel packets.

16  •   $MergeThreshold_i$: Merge Threshold (in octets) for MAC flow i if transmitted in High
17      Capacity Mode.

18  •   PacketSize$PS_r$: Physical Layer packet size, in octets, of packet size $PS$ transmitted in
19      sub-frame n in Reverse CDMA Channel r, where r is in set $RC_n$.

20  •   $PktTxT2P_{r,n,N}$: Transmitted T2P during sub-packet N of a Reverse Traffic Channel
21      packet in Reverse CDMA Channel r, where r is in set $RC_n$, whose first sub-packet is
22      transmitted in sub-frame n and $0 \leq N \leq 3$.

23  •   PayloadThresh: Minimum packet size of a Reverse Traffic Channel packet transmitted
24      in Low Latency mode that does not contain any MAC flows with Low Latency
25      transmission mode.

26  •   PermittedPayload$PS_r$_k: Maximum Physical Layer packet size that an access terminal is
27      permitted to transmit in Reverse CDMA Channel r, where r is in set $RC_n$, in sub-frame
28      n if the Physical Layer packet size transmitted in sub-frame n – k was $PS_r$ bits.

29  •   $PilotStrength_{f,m}$: Filtered PilotStrength (filter time constant of PilotStrengthFilterTC) at
30      slot m of pilot f.

31  •   $PilotStrength_n$:  The value of $PilotStrength_{f,n}$ for the serving sector pilot f in set $SR_n$
32      when $SR_n$ contains a serving sector pilot.   Otherwise, the maximum value of
33      $PilotStrength_{f,n}$ over all pilots f in set $SR_n$ at sub-frame n.

34  •   $PilotStrength_{f,n}$: Filtered PilotStrength sampled at the start of sub-frame n of pilot f.

35  •   $PilotStrength_r( )$: Function that provides the scale factor for scaling $T2PInflow_{i,r,n}$ based
36      on the value of $PilotStrength_n$.

- PilotStrengthQRABThresholdDRCLock$_r$: Minimum PilotStrength value required for QRAB of each $f_{r,s}$ in FC$_{r,n}$ (from any pilot other than the strongest $f_{r,s}$ in FC$_{r,n}$) to be included in the QRABps$_{r,n}$ computation when Reverse CDMA Channel r in set RC$_n$ is in lock.

- PilotStrengthQRABThresholdDRCUnlock$_r$: Minimum PilotStrength value required for QRAB of each $f_{r,s}$ in FC$_{r,n}$ (from any pilot other than the strongest $f_{r,s}$ in FC$_{r,n}$) to be included in the QRABps$_{r,n}$ computation when Reverse CDMA Channel r in set RC$_n$ is not in lock.

- PotentialDataBucketOutflow$_{i,n}$: Potential Outflow from the data token bucket for MAC flow i.

- PotentialT2POutflow$_{i,r,LL}$: Potential Outflow from the bucket for MAC flow i in Reverse CDMA Channel r, where r is in set RC$_n$, due to a Low Latency mode transmission.

- PotentialT2POutflow$_{i,r,HC}$: Potential Outflow from the bucket for MAC flow i in Reverse CDMA Channel r, where r is in set RC$_n$, due to a High Capacity mode transmission.

- Q$_{i,n}$: Queue length (in octets) of MAC flow i at sub-frame n.

- QOutflow$_{i,r,HC}$: Queue outflow (in octets) for MAC flow i in Reverse CDMA Channel r, where r is in set RC$_n$, with TM$_i$ == HiCap.

- QRAB$_{i,r,n}$: Effective Quick RAB value for MAC flow i in Reverse CDMA Channel r, where r is in set RC$_n$, at sub-frame n.

- QRAB$_{r,n}$: Effective QRAB in Reverse CDMA Channel r,  where r is in set RC$_n$, at sub-frame n.

- QRAB$_{f_{r,s},n}$: Indicates the Quick RAB value from $f_{r,s}$ in set FC$_{r,n}$ for Reverse CDMA Channel r in set RC$_n$ at sub-frame n.

- QRABps$_{r,n}$: Indicates the effective Quick RAB value generated at sub-frame n for Reverse CDMA Channel r, where r is in set RC$_n$, based on each PilotStrength $_{f_{r,s},n}$ of the $f_{r,s}$ in set FC$_{r,n}$.

- QRABSelect$_i$: Indicates which QRAB value, QRABps$_{r,n}$ or QRAB$_{r,n}$, that the access terminal uses as an indication of short-term sector loading for MAC flow i for each Reverse CDMA Channel r in set RC$_n$.

- RC$_n$: The set of reverse link CDMA channels assigned by the access network to the access terminal and enabled by the RTCAck message prior to sub-frame n.

- RRIChannelGain$_{r,n}$: RRI Channel Gain in sub-frame n for Reverse CDMA Channel r in set RC$_n$.

- RRIChannelGainPreTransitionM: RRI Channel Gain prior to the T2P transition if the Reverse Traffic Channel transmission uses a T2P transition value of M+1 sub-frames.

- RRIChannelGainPostTransitionM: RRI Channel Gain following the T2P transition if the Reverse Traffic Channel transmission uses a T2P transition value of M+1 sub-frames.

- Reverse Logical Channel: Reference logical index associated with each assigned Reverse CDMA Channel, communicated by the access network to the access terminal in the RTCAck messages.

- $r_{r,n}$: Real-valued uniformly distributed random number in the range $[-1,+1]$ for Reverse CDMA Channel r in set $RC_n$.

- $S_n$ = {$(f_1,a)$, $(f_2,a)$, $(f_1,b)$, ...}: The active set of the access terminal at subframe n, where each member of the active set is denoted by a Reverse CDMA Channel and PilotPN pair.

- $SR_n$ = {$(f_1,a)$, $(f_2,b)$, ...}: The PilotReference sub-Active Set of the access terminal at subframe n, where each member of the set is denoted by a carrier and pilotPN pair.

- $SlotFRAB_{f_{r,s},m}$: Filtered value (with filter time constant FRABFilterTC) at slot m of the soft RA bit $SoftRAB_{f_{r,s},m}$ from $f_{r,s}$ for assigned Reverse CDMA Channel r, where $f_{r,s}$ is in set $FC_{r,n}$. The soft RA bit value is provided by the Physical Layer Protocol.

- $SlotQRAB_{f_{r,s},m}$: Hard-limited value of $SoftQRAB_{f_{r,s},m}$

- $SoftQRAB_{f_{r,s},m}$: Filtered value (with filter time constant QRABFilterTC) at slot m of the soft RA bit $SoftRAB_{f_{r,s},m}$ from $f_{r,s}$ for assigned Reverse CDMA Channel r, where $f_{r,s}$ is in set $FC_{r,n}$. The soft RA bit value is provided by the Physical Layer Protocol.

- $SoftRAB_{f_{r,s},m}$: Soft RA bit provided by the Physical Layer Protocol at slot m from $f_{r,s}$ for Reverse CDMA Channel r, where $f_{r,s}$ is in set $FC_{r,n}$.

- $SumPayload_{r,n}$: Sum of the octets $d_{i,r,n}$ of all active MAC flows i included in a packet transmitted in sub-frame n in Reverse CDMA Channel r, where r is in set $RC_n$.

- $SumTransmittedData_{i,n}$: Sum of the octets $d_{i,r,n}$ over all Reverse CDMA Channels r that are in the access terminal's set $RC_n$ for active MAC flow i in sub-frame n.

- $SumQOutflow_r$: Sum of the queue outflows (in octets) for all MAC flows with non-empty queues and $TM_i$ == HiCap in Reverse CDMA Channel r, where r is in set $RC_n$.

- $T2PInflowmin_{i,r}$: Minimum value of the permitted T2PInflow for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

- $T2PInflowmax_{i,r}$: Maximum value of the permitted T2PInflow for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

- $T2PConversionFactor_{LL}$: Conversion Factor from T2P to MACPacketSize for Reverse Traffic Channel transmissions that are transmitted using the Low Latency Mode.

- $T2PConversionFactor_{HC}$: Conversion Factor from T2P to MACPacketSize for Reverse Traffic Channel transmissions that are transmitted using the High Capacity Mode.

- $T2PFilterTC_i$: Filter time constant used to compute the average T2P for MAC Flow i.

- T2PNoTxFilterTC: Filter time constant used to compute the average T2P when the access terminal is in Open state but not transmitting on the Reverse Traffic Channel due to not receiving the corresponding Reverse Activity Bit.

- $TM_i$: Transmission Mode for MAC flow i. Transmission Mode for a Reverse Traffic Channel packet is either LoLat (Low Latency Mode) or HiCap (High Capacity Mode).

- $TT2PHold_{i,r,n}$: Indicates number of sub-frames following sub-frame n for which the T2P allocation received via the Grant message shall be maintained by the access terminal for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

- $T2PInflow_{i,r,n}$: Denotes the average T2P resource added to the bucket for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$, at sub-frame n.

- $T2POutflow_{i,r,n}$: Denotes the average T2P resource utilized (and subtracted) from the bucket for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$, at sub-frame n.

- $TxT2Pmax_r(PilotStrength_n)$: Maximum TxT2P that an access terminal is permitted to transmit in Reverse CDMA Channel r, where r is in set $RC_n$, as a function of $PilotStrength_n$.

- TxT2Pmin: TxT2P that an access terminal is permitted to transmit at any time in any Reverse CDMA Channel r, where r is in set $RC_n$.

- $TxT2P_{r,n}$: Transmitted T2P during sub-frame n in Reverse CDMA Channel r, where r is in set $RC_n$.

- $TxT2PLoLatPS_N$ =

  - T2PLoLatPreTransition*PS* if N ≤ LoLatT2PTransition*PS*

  - T2PLoLatPostTransition*PS* if N > LoLatT2PTransition*PS*

- $TxT2PHiCapPS_N$ =

  - T2PHiCapPreTransition*PS* if N ≤ HiCapT2PTransition*PS*

  - T2PHiCapPostTransition*PS* if N > HiCapT2PTransition*PS*

- TxT2PHiCapNominal*PS*: Nominal TxT2P for a packet with packet size *PS* transmitted in High Capacity mode.

- TxT2PLoLatNominal*PS*: Nominal TxT2P for a packet with packet size *PS* transmitted in Low Latency mode.

- $\Delta T2PInflow_{i,r,n}$: Increase or decrease in $T2PInflow_{i,r,n}$ at sub-frame n for MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

- $T2PUp_{i,r}(\ )$: Two-dimensional piecewise linear function for computing the increase in $T2PInflow_{i,r,n}$ based on current T2PInflow and current FRAB for active MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

- $T2PDn_{i,r}(\ )$: Two-dimensional piecewise linear function for computing the decrease in $T2PInflow_{i,r,n}$ based on current T2PInflow and current FRAB for active MAC flow i in Reverse CDMA Channel r, where r is in set $RC_n$.

The access terminal shall determine $T2PUp_{i,r}(T2PInflow_{i,r,n}, FRAB_{r,n})$ and $T2PDn_{i,r}(T2PInflow_{i,r,n}, FRAB_{r,n})$ by bilinear interpolation on the T2P-FRAB grid using the equations described in 14.12.

The access terminal shall determine $PilotStrength_r(PilotStrength_n)$ by linear interpolation on the PilotStrength axis using the method described in 14.11.

The access terminal shall determine $BucketFactor_i(T2PInflow_{i,r,n}, FRAB_{r,n})$ by bilinear interpolation on the T2P-FRAB grid using the equations described in 14.12.

The access terminal shall determine $TxT2Pmax_r(PilotStrength_n)$ by linear interpolation on the PilotStrength axis using the method described in 14.11.

The T2PUp(), T2PDn(), PilotStrength(), BucketFactor(), and TxT2Pmax() functions are piecewise linear in the dB domain.

The access terminal shall perform the following operations at the start of every slot m of sub-frame n for each pilot f that is in set $SR_n$ but not in $FC_{r,n}$ for any Reverse CDMA Channel r:

1. Upon inclusion of a new member pilot f into the access terminal's set $SR_n$ at sub-frame n, the access terminal shall perform the following step:

   – Set $PilotStrength_{f,m}$ to the PilotStrength for pilot f, which is public data of the Route Update Protocol.

2. Update $PilotStrength_{f,m}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter constant PilotStrengthFilterTC, where PilotStrength of pilot f is public data of the Route Update Protocol.

If no slot of sub-frame n overlaps with a Reverse Link Silence Interval, then the access terminal shall perform the following operations at the start of every slot m of sub-frame n for each Reverse CDMA Channel r with a monitored RAB that is in the access terminal's set $RC_n$, and for each $f_{r,s}$ that is in the access terminal's set $FC_{r,n}$:

1. Initialization due to active set update:  Upon inclusion of a new member $f_{r,s}$ into the access terminal's set $FC_{r,n}$ at sub-frame n, the access terminal shall perform the following steps:

   – Set $PilotStrength_{f_{r,s},m}$ to the PilotStrength for $f_{r,s}$, which is public data of the Route Update Protocol.

   – Set $SoftQRAB_{f_{r,s},m} = 0$.

   – Set $SlotFRAB_{f_{r,s},m} = FRAB_{r,n-1}$.

2. Update $PilotStrength_{f_{r,s},m}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter time constant PilotStrengthFilterTC, where PilotStrength of $f_{r,s}$ is public data of the Route Update Protocol.

3. Update $SlotQRAB_{f_{r,s},m}$: The access terminal shall generate $SlotQRAB_{f_{r,s},m}$ by filtering (IIR filter with filter time constant QRABFilterTC) the soft RA bit from $f_{r,s}$

for Reverse CDMA Channel r in slot m to generate $SoftQRAB_{f_{r,s},m}$, and then hard-limiting $SoftQRAB_{f_{r,s},m}$ to generate $SlotQRAB_{f_{r,s},m}$. The hard-limiter maps positive input values to $+1$ and negative or zero input values to $-1$.

4. Update $SlotFRAB_{f_{r,s},m}$: The access terminal shall generate $SlotFRAB_{f_{r,s},m}$ by filtering (IIR filter with filter time constant FRABFilterTC) the soft RA bit for Reverse CDMA Channel r from $f_{r,s}$ in slot m ($SoftRAB_{f_{r,s},m}$).

If any slot of sub-frame n overlaps with a Reverse Link Silence Interval, the access terminal shall perform the following operations at the start of every slot of sub-frame n for each Reverse CDMA Channel r with a monitored RAB that is in the access terminal's set $RC_n$, and for each $f_{r,s}$ that is in the access terminal's set $FC_{r,n}$:

1. Update $PilotStrength_{f_{r,s},m}$: The access terminal shall update the PilotStrength (in the linear domain) using an IIR filter with filter time constant PilotStrengthFilterTC, where PilotStrength of $f_{r,s}$ is public data of the Route Update Protocol.

2. Update $SlotQRAB_{f_{r,s},m}$: Set $SoftQRAB_{f_{r,s},m} = 0$, and and $SlotQRAB_{f_{r,s},m} = -1$.

3. Update $SlotFRAB_{f_{r,s},m}$: Set $SlotFRAB_{f_{r,s},m} = \max(0, SlotFRAB_{f_{r,s},m-1})$.

The access terminal shall perform the following operations at the start of every slot m of sub-frame n for each Reverse CDMA Channel r without a monitored RAB that is in the access terminal's set $RC_n$, and for each $f_{r,s}$ that is in the access terminal's set $FC_{r,n}$:

1. Update $PilotStrength_{f_{r,s},m}$: This value does not change as part of this operation.

2. Update $SlotQRAB_{f_{r,s},m}$: Set $SoftQRAB_{f_{r,s},m} = 0$ and $SlotQRAB_{f_{r,s},m} = -1$.

3. Update $SlotFRAB_{f_{r,s},m}$: This value does not change as part of this operation.

The access terminal shall perform the following operations at the start of each sub-frame n:

1. Determine the maximum allowed outflow from the data token bucket for each active MAC flow i

   – The access terminal shall determine the maximum allowed outflow from the data token bucket for each active MAC flow i using the following equation:

   $$PotentialDataBucketOutflow_{i,n} = \max(DataTokenInflow_i + DataBucketLevel_{i,n}, 0)$$

2. Update Data Token Bucket Level for each active MAC flow i

   – The access terminal shall set the Data Token Bucket Level for the next sub-frame as specified by the following equation[123]:

   $$DataBucketLevel_{i,n+1} = \min(DataTokenInflow_i + DataBucketLevel_{i,n} - SumTransmittedData_{i,n}, \ DataBucketLevelMax_i)$$

---

[123] Note that $DataBucketLevel_{i,n+1}$ is allowed to take on a negative value

where SumTransmittedData$_{i,n}$ is the sum of $d_{i,r,n}$ over all Reverse CDMA Channels r that are in the access terminal's set $RC_n$ for active MAC flow i in sub-frame n, and $d_{i,r,n}$ is the number of octets from an active MAC flow i contained in the payload in Reverse CDMA Channel r.

3.  Update PilotStrength$_{f,n}$ for each pilot f that is in set $SR_n$ but not in $FC_{r,n}$ for any Reverse CDMA Channel r:

–   The access terminal shall sample PilotStrength$_{f,m}$ for each f in set $SR_n$ but not in $FC_{r,n}$ for any Reverse CDMA Channel r at sub-frame n to generate PilotStrength$_{f,n}$.

The access terminal shall perform the following operations at the start of each sub-frame n in each Reverse CDMA Channel r in set $RC_n$ to determine allocation for that sub-frame:

1.  Update PilotStrength$_{f_{r,s},n}$ for each $f_{r,s}$ in set $FC_{r,n}$

–   The access terminal shall sample PilotStrength$_{f_{r,s},m}$ for each $f_{r,s}$ in set $FC_{r,n}$ at sub-frame n to generate PilotStrength$_{f_{r,s},n}$.

2.  Update QRAB$_{r,n}$

–   The access terminal shall sample SlotQRAB$_{f_{r,s},m}$ from each $f_{r,s}$ in set $FC_{r,n}$ at sub-frame n to generate QRAB$_{f_{r,s},n}$.

–   The access terminal shall determine QRAB$_{r,n}$ from QRAB$_{f_{r,s},n}$ at sub-frame n using the following rules :

+ The access terminal shall set QRAB$_n$ = +1 (Loaded) if QRAB$_{f_{r,s},n}$ == +1 (Loaded) for any $f_{r,s}$ in the access terminal's set $FC_{r,n}$ at sub-frame n.

+ The access terminal shall set QRAB$_n$ = −1 (UnLoaded) if QRAB$_{f_{r,s},n}$ == −1 (UnLoaded) for every $f_{r,s}$ in the access terminal's set $FC_{r,n}$ at sub-frame n.

3.  Update QRABps$_{r,n}$

–   The access terminal shall determine QRABps$_{r,n}$ from QRAB$_{f_{r,s},n}$ at sub-frame n using the following rules :

+ The access terminal shall set QRABps$_{r,n}$ = +1 (Loaded) if QRAB$_{f_{r,s},n}$ == +1 for a $f_{r,s}$ in the access terminal's set $FC_{r,n}$, which satisfies one or more of the following conditions:

–   PilotStrength$_{f_{r,s},n}$ is the maximum value of PilotStrength$_{f_{r,s},n}$ over all $f_{r,s}$ in the set $FC_{r,n}$ at sub-frame n

–   The DRCLock bit for Reverse CDMA Channel r from the cell associated with pilotPN s is '0' (Out-of-lock) and PilotStrength$_{f_{r,s},n}$ is greater than PilotStrengthQRABThresholdDRCUnlock.

–   The DRCLock bit for Reverse CDMA Channel r from the cell associated with pilotPN s is '1' (In-lock) and PilotStrength$_{f_{r,s},n}$ is greater than PilotStrengthQRABThresholdDRCLock.

+ The access terminal shall set $QRABps_{r,n} = -1$ (UnLoaded) if none of the conditions above are satisfied.

4. Update $FRAB_{r,n}$

– The access terminal shall sample $SlotFRAB_{fr,s,m}$ at sub-frame n to generate $FRAB_{fr,s,n}$. The access terminal shall set $FRAB_{r,n}$ to the maximum real-numbered value of $FRAB_{fr,s,n}$ received over all $f_{r,s}$ in the access terminal's set $FC_{r,n}$ at sub-frame n. $FRAB_{r,n}$ is thus within the range $[-1(\text{Unloaded}), +1(\text{Loaded})]$.

5. Initialization for each active MAC flow i

– For each active MAC flow i the access terminal shall perform the following steps:

+ If $LastBucketLevelMax_{i,r}$ is NULL for all assigned Reverse CDMA Channels r and $BucketLevelMax_i$ is not NULL then the access terminal shall perform the following:

– Set $DataBucketLevel_i = DataBucketLevelMax_i$

– For each assigned Reverse CDMA Channel r, the access terminal shall perform the following:

– Set $BucketLevel_{i,r,n} = 0$.

– Set $T2PInflow_{i,r,n-1} = 10^\wedge(T2PInflowmin_i/10)$.

– Set $TT2PHold_{i,r,n-1} = 0$.

– Set $T2POutflow_{i,r,n-1} = 0$.

– Set $BucketLevelSat_{i,r,n} = 10^\wedge(BucketLevelMax_i/10)$.

+ For each assigned Reverse CDMA Channel r, the access terminal shall perform the following:

– Set $LastBucketLevelMax_{i,r} = BucketLevelMax_i$.

6. Initialization for each active MAC flow i upon assignment of a new Reverse CDMA Channel r and receipt of the RTCAck message for r at sub-frame n at the access terminal

– For each active MAC flow i upon assignment of a new Reverse CDMA Channel r at sub-frame n the access terminal shall perform the following steps:

+ If $LastBucketLevelMax_i$ is NULL and $BucketLevelMax_i$ is not NULL then the access terminal shall perform the following:

– Set $BucketLevel_{i,r,n} = 0$.

– Set $T2PInflow_{i,r,n-1} = 10^\wedge(T2PInflowmin_{i,r}/10)$.

– Set $TT2PHold_{i,r,n-1} = 0$.

1         −   Set $T2POutflow_{i,r,n-1} = 0$.

2         −   Set $BucketLevelSat_{i,r,n} = 10^{(BucketLevelMax_i/10)}$.

3         −   Set $LastBucketLevelMax_{i,r} = BucketLevelMax_i$.

4    7.   Update buckets with inflows for each active MAC flow i.

5         −   Determine $\Delta T2PInflow_{i,r,n}$

6         + The access terminal shall set $QRAB_{i,r,n} = +1$ (Loaded) if either of the following

7           conditions is satisfied:

8         −   $QRABSelect_i == +1$ for MAC flow i and $QRABps_{r,n} == +1$ at sub-frame n

9         −   $QRABSelect_i == 0$ for MAC flow i and $QRAB_{r,n} == +1$ at sub-frame n

10         + If none of the conditions immediately above are satisfied, the access terminal

11           shall set $QRAB_{i,r,n} = -1$ (Unloaded)

12         + If $SR_n$ contains a serving sector pilot, the access terminal shall set

13           $PilotStrength_n$ to the value of $PilotStrength_{f,n}$ for the serving sector pilot f in

14           set $SR_n$.

15         + If $SR_n$ does not contain a serving sector pilot, the access terminal shall set

16           $PilotStrength_{r,n}$ to be the maximum value of $PilotStrength_{f,n}$ over all pilots f

17           in set $SR_n$ at sub-frame n

18         + If $TT2PHold_{i,r,n-1} == 0$ and $QRAB_{i,r,n} == +1$ the access terminal shall compute

19           $\Delta T2PInflow_{i,r,n}$ using the following equation:

20 $$\Delta T2PInflow_{i,r,n} = -1 \times 10^{\wedge}(T2PDn_{i,r}(10 \times \log10(T2PInflow_{i,r,n-1}) +$$
21 $$PilotStrength_r(PilotStrength_n), FRAB_{r,n})/10)$$

22         + If $TT2PHold_{i,r,n-1} == 0$ and $QRAB_{i,r,n} == -1$ and $BucketLevel_{i,r,n} <$

23           $BucketLevelSat_{i,r,n}$, then the access terminal shall compute $\Delta T2PInflow_{i,r,n}$

24           using the following equation:

25 $$\Delta T2PInflow_{i,r,n} = +1 \times 10^{\wedge}(T2PUp_{i,r}(10 \times \log_{10}(T2PInflow_{i,r,n-1}) +$$
26 $$PilotStrength_r(PilotStrength_n), FRAB_{r,n})/10)$$

27

28         + If $TT2PHold_{i,r,n-1} == 0$ and $QRAB_{i,r,n} == -1$ and $BucketLevel_{i,r,n} \geq$

29           $BucketLevelSat_{i,r,n}$, then the access terminal shall set $\Delta T2PInflow_{i,r,n}$ using

30           the following equation:

31 $$\Delta T2PInflow_{i,r,n} = 0$$

32         + The access terminal shall set $\Delta T2PInflow_{i,r,n} = 0$ if the access terminal is not

33           receiving the RAB for Reverse CDMA Channel r or sub-frame n overlaps with a

34           Reverse Link Silence Interval.

35         −   Update T2P Inflows

+ If $\text{TT2PHold}_{i,r,n-1}$ == 0, then the access terminal shall update $\text{T2PInflow}_{i,r,n}$, using the following equations if receiving the RAB for Reverse CDMA Channel r during sub-frame n.

$$\text{T2PInflow}_{i,r,n} = (1 - (1/\text{T2PFilterTC}_i)) \times \text{T2PInflow}_{i,r,n-1} + (1/\text{T2PFilterTC}_i) \times \text{T2POutflow}_{i,r,n-1} + \Delta\text{T2PInflow}_{i,r,n}$$

$$\text{T2PInflow}_{i,r,n} = \max(\text{T2PInflow}_{i,r,n}, 10^{(\text{T2PInflowmin}_{i,r} / 10)})$$

$$\text{T2PInflow}_{i,r,n} = \min(\text{T2PInflow}_{i,r,n}, 10^{(\text{T2PInflowmax}_{i,r} / 10)})$$

+ If $\text{TT2PHold}_{i,r,n-1}$ == 0, then the access terminal shall update $\text{T2PInflow}_{i,r,n}$ if not receiving the RAB for Reverse CDMA Channel r during sub-frame n using the following equations:

$$\text{T2PInflow}_{i,r,n} = (1 - (1/\text{T2PNoTxFilterTC})) \times \text{T2PInflow}_{i,r,n-1}$$

$$\text{T2PInflow}_{i,r,n} = \max(\text{T2PInflow}_{i,r,n}, 10^{(\text{T2PInflowmin}_{i,r} / 10)})$$

$$\text{T2PInflow}_{i,r,n} = \min(\text{T2PInflow}_{i,r,n}, 10^{(\text{T2PInflowmax}_{i,r} / 10)})$$

+ If $\text{TT2PHold}_{i,r,n-1} > 0$, then the access terminal shall maintain the inflow $\text{T2PInflow}_{i,r,n}$ as the inflow in the previous sub-frame $\text{T2PInflow}_{i,r,n-1}$.

+ If $\text{TT2PHold}_{i,r,n-1} > 0$, the access terminal shall decrement the value of TT2PHold by 1 sub-frame using the following equation:

$$\text{TT2PHold}_{i,r,n} = \text{TT2PHold}_{i,r,n-1} - 1$$

8. Determine sub-packet transmission for sub-frame n

   – If the access terminal transmitted the first, second or third sub-packet of a packet in sub-frame n−3 in Reverse CDMA Channel r, and the access terminal did not receive a positive acknowledgment from the access network for the sub-packet transmitted in sub-frame n−3 in Reverse CDMA Channel r, and the sub-packet index of the next (second, third, or fourth) sub-packet is not greater than $\text{MaxNumSubPackets}_{I,r}$, where $I$ is the interlace offset of sub-frame n in Reverse CDMA Channel r, then the access terminal shall transmit the next (second, third or fourth) sub-packet of the packet in sub-frame n in Reverse CDMA Channel r. Otherwise, the access terminal shall not transmit the next sub-packet of the packet in sub-frame n in Reverse CDMA Channel r. The reverse-link interlace offset I in Reverse CDMA Channel r for a sub-packet starting in slot T is specified as I = (T - FrameOffset)/4 mod 3, where T is the CDMA System Time in slots and $0 \le I \le 2$

   – If the access terminal transmits a new packet in sub-frame n in Reverse CDMA Channel r, it shall determine the packet size, transmission mode and contents of the new packet in accordance with 10.13.6.1.6.1.1

− If the access terminal transmits a new packet in sub-frame n in Reverse CDMA Channel r with packet size PSr in High Capacity mode, the access terminal shall set the variables PktTxT2Pr,n,0, PktTxT2Pr,n,1, PktTxT2Pr,n,2, and PktTxT2Pr,n,3 in accordance with the following equations:

$$\text{PktTxT2P}_{r,n,N} = \text{T2PHiCapPreTransition} PS_r \ \text{ if } N \le \text{HiCapT2PTransition} PS_r$$

$$\text{PktTxT2P}_{r,n,N} = \text{T2PHiCapPostTransition} PS_r \ \text{ if } N > \text{HiCapT2PTransition} PS_r$$

− If the access terminal transmits a new packet in sub-frame n in Reverse CDMA Channel r with packet size PSr in Low Latency mode, the access terminal shall set the variables PktTxT2Pr,n,0, PktTxT2Pr,n,1, PktTxT2Pr,n,2, and PktTxT2Pr,n,3 in accordance with the following equations:

$$\text{PktTxT2P}_{r,n,N} = \text{T2PLoLatPreTransition} PS_r \ \text{ if } N \le \text{LoLatT2PTransition} PS_r$$

$$\text{PktTxT2P}_{r,n,N} = \text{T2PLoLatPostTransition} PS_r \ \text{ if } N > \text{LoLatT2PTransition} PS_r$$

9. Determine TxT2P$_{r,n}$

− If the access terminal transmits sub-packet N of a Reverse Traffic Channel packet in sub-frame n in Reverse CDMA Channel r, the access terminal shall set TxT2P$_{r,n}$ using the following equation[124]:

$$\text{TxT2P}_{r,n} = 10^{\wedge}(\text{PktTxT2P}_{r, n-3 \times N, N} / 10)$$

10. Update T2P outflows for each active MAC flow i

− If the access terminal transmits a sub-packet of a Reverse Traffic Channel packet in sub-frame n in Reverse CDMA Channel r and physical layer packet size PS$_r$ is greater than or equal to AuxiliaryPilotChannelMinPayload, the bucket outflows in Reverse CDMA Channel r shall be specified by the following equation:

$$\text{T2POutflow}_{i,r,n} = ((d_{i,r,n} / \text{SumPayload}_{r,n}) \times \text{TxT2P}_{r,n}) \times (1 + 10^{\wedge}(\text{AuxiliaryPilotChannelGain} / 10))$$

where $d_{i,r,n}$ is the number of octets from an active MAC flow i contained in the payload in Reverse CDMA Channel r and SumPayload$_{r,n}$ is the sum of $d_{i,r,n}$ over all active MAC flows i.

− If the access terminal transmits a sub-packet of a Reverse Traffic Channel packet in sub-frame n in Reverse CDMA Channel r and physical layer packet size PS$_r$ is less than AuxiliaryPilotChannelMinPayload, the bucket outflows in Reverse CDMA Channel r shall be specified by the following equation:

$$\text{T2POutflow}_{i,r,n} = (d_{i,r,n} / \text{SumPayload}_{r,n}) \times \text{TxT2P}_{r,n}$$

---

[124] n − 3 × N refers to the first sub-frame of the packet that is currently being transmitted in sub-frame n.

MAC Layer                                                                 TIA-856-B

where $d_{i,r,n}$ is the number of octets from an active MAC flow i contained in the payload in Reverse CDMA Channel r and $SumPayload_{r,n}$ is the sum of $d_{i,r,n}$ over all active MAC flows i.

–   If the access terminal does not transmit a sub-packet of a Reverse Traffic Channel packet in sub-frame n in Reverse CDMA Channel r, the bucket outflows in Reverse CDMA Channel r shall be specified by the following equation:

$$T2POutflow_{i,r,n} = 0$$

11. Update Bucket Level for each active MAC flow i

–   The access terminal shall determine BucketLevelSat,r,n+1 for each active MAC flow i using the following equation:

$$BucketLevelSat_{i,r,n+1} = \min(BurstDurationFactor_i \times BucketFactor_i(10 \times \log_{10}(T2PInflow_{i,r,n}), FRAB_{r,n}) \times T2PInflow_{i,r,n}, 10^{\wedge}(BucketLevelMax_i / 10))$$

–   If the access terminal is not receiving the RAB for Reverse CDMA Channel r during sub-frame n or any slot of sub-frame n overlaps with the Reverse Link Silence Interval, then the access terminal shall set $BucketLevel_{i,r,n+1} = 0$.

–   If the access terminal is receiving the RAB for Reverse CDMA Channel r during sub-frame n and no slot of sub-frame n overlaps with the Reverse Link Silence Interval, then the access terminal shall set the bucket level for the next sub-frame as specified by the following equation[125]:

$$BucketLevel_{i,r,n+1} = \min(BucketLevel_{i,r,n} + T2PInflow_{i,r,n} - T2POutflow_{i,r,n},$$
$$BucketLevelSat_{i,r,n+1})$$

12. RRIChannelGain computation

–   The access terminal shall set the RRI Channel Gain[126] for sub-packet N ( $0 \leq N \leq 3$) of a Reverse Traffic Channel packet transmitted in sub-frame n in Reverse CDMA Channel r using the following equation:

---

[125] Note that $BucketLevel_{i,n+1}$ is allowed to take on a negative value.

[126] The mapping between the T2P transition value and the RRI Channel Gain is shown in the table below.

**T2PTransitionValue and RRIChannelGain mapping**

| T2PTransitionValue | sub-packet N | | | |
|---|---|---|---|---|
| M | 0 | 1 | 2 | 3 |
| 0 | PreTransition0 | PostTransition0 | PostTransition0 | PostTransition0 |
| 1 | PreTransition1 | PreTransition1 | PostTransition1 | PostTransition1 |

$$\text{RRIChannelGain}_{r,n} = \text{RRIChannelGainPreTransitionM, if } N \le M$$

$$\text{RRIChannelGain}_{r,n} = \text{RRIChannelGainPostTransitionM, if } N > M$$

If transmitting the packet in Low Latency Mode in Reverse CDMA Channel r, M is equal to the T2PTransition value LoLatT2PTransition$PS_r$. Otherwise, M is equal to the T2PTransition value HiCapT2PTransition$PS_r$.

– The access terminal shall set the RRI Channel Gain in sub-frame n in Reverse CDMA Channel r using the following equation if the access terminal does not transmit any sub-packet in sub-frame n in Reverse CDMA Channel r:

$$\text{RRIChannelGain}_{r,n} = \text{RRIChannelGainPreTransition3}$$

13. When the access terminal transmits a security layer packet, the access terminal shall transmit the Security Layer packet only on the active MAC flow associated by the AssociatedFlows*NN* attribute with the application layer packet(s) contained in the Security Layer packet . The access terminal shall not transmit Security Layer packets containing signaling using any flow other than MAC flow 0x00.

10.13.6.1.6.1.1 Packet size and Transmission Mode Selection Requirements

10.13.6.1.6.1.1.1 Procedures for Reverse CDMA Channel r

1. If *PS* < AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PHiCapNominal*PS* using the following equation:

$$\text{TxT2PHiCapNominal}PS = \max_N (10 \times \log_{10}(10^{\wedge}(\text{TxT2PHiCap}PS_N / 10)))$$

where the max is taken over the sub-packet indices $0 \le N \le$ HiCapTerminationTarget*PS* for each packet size *PS*.

2. If *PS* $\ge$ AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PHiCapNominal*PS* using the following equation:

$$\text{TxT2PHiCapNominal}PS = \max_N (10 \times \log_{10}(10^{\wedge}(\text{TxT2PHiCap}PS_N / 10) \times (1 +$$
$$10^{\wedge}(\text{AuxiliaryPilotChannelGain} / 10))))$$

where the max is taken over the sub-packet indices $0 \le N \le$ HiCapTerminationTarget*PS* for each packet size *PS*.

3. If *PS* < AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PLoLatNominal*PS* using the following equation:

$$\text{TxT2PLoLatNominal}PS, = \max_N (10 \times \log_{10}(10^{\wedge}(\text{TxT2PLoLat}PS_N / 10)))$$

| | | | | |
|---|---|---|---|---|
| 2 | PreTransition2 | PreTransition2 | PreTransition2 | PostTransition2 |
| 3 | PreTransition3 | PreTransition3 | PreTransition3 | PreTransition3 |

where the max is taken over the sub-packet indices $0 \leq N \leq$ LoLatTerminationTarget$PS$ for each packet size $PS$.

4. If $PS \geq$ AuxiliaryPilotChannelMinPayload the access terminal shall determine TxT2PLoLatNominal$PS$ using the following equation:

$$\text{TxT2PLoLatNominal}PS = \max_N(10 \times \log_{10}(10^\wedge(\text{TxT2PLoLat}PS_N/10) \times (1 + 10^\wedge(\text{AuxiliaryPilotChannelGain}/10))))$$

where the max is taken over the sub-packet indices $0 \leq N \leq$ LoLatTerminationTarget$PS$ for each packet size $PS$.

5. The access terminal shall set PotentialT2POutflow$_{i,r,HC}$ for each active MAC flow i in Reverse CDMA Channel r using the following equation:

$$\text{PotentialT2POutflow}_{i,r,HC} = \max(0, \min((1 + \text{AllocationStagger} \times r_{r,n}) \times (\text{BucketLevel}_{i,r,n} / 4 + \text{T2PInflow}_{i,r,n}), \text{BucketFactor}_i(10 \times \log10(\text{T2PInflow}_{i,r,n}), \text{FRAB}_{r,n} \times \text{T2PInflow}_{i,r,n}))$$

6. The access terminal shall set PotentialT2POutflow$_{i,r,LL}$ for each active MAC flow i in Reverse CDMA Channel r using the following equation:

$$\text{PotentialT2POutflow}_{i,r,LL} = \max(0, \min((1 + \text{AllocationStagger} \times r_{r,n}) \times (\text{BucketLevel}_{i,r,n} / 2 + \text{T2PInflow}_{i,r,n}), \text{BucketFactor}_i(10 \times \log10(\text{T2PInflow}_{i,r,n}), \text{FRAB}_{r,n} \times \text{T2PInflow}_{i,r,n}))$$

7. The access terminal shall set PotentialT2POutflow$_{i,r,HC}$ = 0 and PotentialT2POutflow$_{i,r,LL}$ = 0 for each active MAC flow i in Reverse CDMA Channel r if PotentialDataBucketOutflow$_{i,n}$ is equal to 0 for active MAC flow i at sub-frame n.

8. The access terminal shall determine T2PConversionFactor$_{HC}$ by maximizing the T2PConversionFactor associated with the High Capacity mode over all permitted Physical Layer packet sizes, using the following equation:

$$\text{T2PConversionFactor}_{HC} = \max_{PS}(\text{PacketSize}PS / 10^\wedge(\text{TxT2PHiCapNominal}PS /10))$$

where PacketSize$PS$ is in octets.

9. The access terminal shall determine T2PConversionFactor$_{LL}$ by maximizing the T2PConversionFactor associated with the Low Latency mode over all permitted packet sizes, using the following equation:

$$\text{T2PConversionFactor}_{LL} = \max_{PS}(\text{PacketSize}PS / 10^\wedge(\text{TxT2PLoLatNominal}PS /10))$$

where PacketSize$PS$ is in octets.

10. The access terminal shall determine QOutflow$_{i,r,HC}$ for each active MAC flow i in Reverse CDMA Channel r by using the following equation:

$$\text{QOutflow}_{i,r,HC} = \min(Q_{i,n}, \text{PotentialT2POutflow}_{i,r,HC} \times \text{T2PConversionFactor}_{HC})$$

11. The access terminal shall construct the set F to be the set of all active MAC flows with non-empty queues at sub-frame n.

12. The access terminal shall determine $SumQOutflow_r$ in Reverse CDMA Channel r by summing $QOutflow_{i,r,HC}$ over all active MAC flows i in Reverse CDMA Channel r from the set F with $TM_i == HiCap$.

13. The access terminal shall construct the set $F_{r,LL}$ for Reverse CDMA Channel r using the following rules:

   – If the transmission mode $TM_i$ of any active MAC flow i with non-empty queue (i.e., $Q_{i,n} > 0$) at sub-frame n is LoLat or $MaxNumSubPackets_{I_r} < 3$ for the interlace of sub-frame n in Reverse CDMA Channel r, then set $TM_{r,min}$ = LoLat. Otherwise set $TM_{r,min}$ = HiCap.

   – The set $F_{r,LL}$ shall be equal to the set F if $TM_{r,min} == HiCap$, and the packet size for transmission at sub-frame n in Reverse CDMA Channel r is greater than or equal to PayloadThresh.

   – The set $F_{r,LL}$ shall be the empty set if $TM_{r,min} == HiCap$, and the packet size for transmission at sub-frame n in Reverse CDMA Channel r is less than PayloadThresh.

   – The set $F_{r,LL}$ shall be equal to the set F if $TM_{r,min} == LoLat$, and one or more of the following conditions are satisfied in Reverse CDMA Channel r:

   + $FRAB_{r,n} < FRABlow$

   + $SumQOutflow_r \geq MergeThreshold$

   – If $TM_{r,min} == LoLat$, $FRAB_{r,n} \geq FRABlow$, and $SumQOutflow_r < MergeThreshold$, then the set $F_{r,LL}$ shall consist of all active MAC flows i from the set F that satisfy one or more of the following conditions in Reverse CDMA Channel r:

   + $TM_i == LoLat$

   + $QOutflow_{i,r,HC} \geq MergeThreshold_i$


10.13.6.1.6.1.1.2 Requirements for Reverse CDMA Channel r


1. If the access terminal starts transmission of a new packet in sub-frame n in Reverse CDMA Channel r with packet size $PS_r$ in High Capacity mode with $d_{i,r,n}$ octets from each active MAC flow i, the access terminal shall ensure that all of the following conditions are satisfied in Reverse CDMA Channel r:

   – Condition 1:

   $$PS_r \leq min(PermittedPayload PS1_r\_1, PermittedPayload PS2_r\_2,$$
   $$PermittedPayload PS3_r\_3)$$

   where $PSk_r$ is the Physical Layer packet size transmitted in sub-frame $n - k$ in Reverse CDMA Channel r.

   – Condition 2:

$$10^{\wedge}(\text{TxT2PHiCapNominal}PS_r/10) \leq \max(10^{\wedge}(\text{TxT2Pmin} / 10),$$
$$\sum_{i \in F}(\text{PotentialT2POutflow}_{i,r,HC}))$$

– Condition 3:

If $PS_r <$ AuxiliaryPilotChannelMinPayload, then

$$\max(10^{\wedge}(\text{T2PHiCapPreTransition}PS_r / 10), 10^{\wedge}(\text{T2PHiCapPostTransition}PS_r / 10)) \leq$$
$$10^{\wedge}(\text{TxT2Pmax}_r(\text{PilotStrength}_n) / 10).$$

If $PS_r \geq$ AuxiliaryPilotChannelMinPayload, then

$$(1 + 10^{\wedge}(\text{AuxiliaryPilotChannelGain}/10)) \times \max(10^{\wedge}(\text{T2PHiCapPreTransition}PS_r /$$
$$10), 10^{\wedge}(\text{T2PHiCapPostTransition}PS_r / 10)) \leq 10^{\wedge}(\text{TxT2Pmax}_r(\text{PilotStrength}_n) / 10).$$

– Condition 4: No packet with lower TxT2PHiCapNominal$PS_r$ is able to carry a
  payload of size as specified by the following equation:

$$\sum_{i \in F} \min(d_{i,r,n}, \text{T2PConversionFactor}_{HC} \times \text{PotentialT2POutflow}_{i,r,HC})$$

– Condition 5:

$$\text{HiCapTerminationTarget}PS_r \leq \text{MaxNumSubPackets}I_r$$

where $I_r$ is the reverse-link interlace offset of sub-frame n in Reverse CDMA
Channel r.

– Condition 6: Packet size $PS_r$ can be accommodated by the available transmit
  power and such that transmit power differential across adjacent reverse link
  CDMA channels as specified by MaxRLTxPwrDiff is satisfied, where
  MaxRLTxPwrDiff is public data of the subtype 3 Physical Layer Protocol.

– Condition 7: Packet size $PS_r$ is not larger than what is allowed by the
  MaxPacketSize attribute.

2. If the access terminal starts transmission of a new packet in sub-frame n in Reverse
   CDMA Channel r with packet size $PS_r$ in Low Latency mode with $d_{i,r,n}$ octets from
   each active MAC flow i, then the access terminal shall ensure that all of the following
   conditions are satisfied in Reverse CDMA Channel r:

– Condition 1:

$$PS_r \leq \min(\text{PermittedPayload}PS1_r\_1, \text{PermittedPayload}PS2_r\_2,$$
$$\text{PermittedPayload}PS3_r\_3)$$

where $PSk_r$ is the Physical Layer packet size transmitted in sub-frame $n$ - $k$
inReverse CDMA Channel r.

– Condition 2:

$$10^{\wedge}(\text{TxT2PLoLatNominal}PS_r/10) \leq \max(10^{\wedge}(\text{TxT2Pmin} / 10), \sum_{i \in Fr,LL}($$
$$\text{PotentialT2POutflow}_{i,r,LL}))$$

– Condition 3:

If $PS_r$ < AuxiliaryPilotChannelMinPayload, then

$\max(10^{\wedge}(\text{T2PLoLatPreTransition}PS_r \text{ / } 10), 10^{\wedge}(\text{T2PLoLatPostTransition}PS_r \text{ / } 10)) \leq$
$10^{\wedge}(\text{TxT2Pmax}_r(\text{PilotStrength}_n) \text{ / } 10).$

If $PS_r \geq$ AuxiliaryPilotChannelMinPayload, then

$(1 + 10^{\wedge}(\text{AuxiliaryPilotChannelGain}/10)) \times \max(10^{\wedge}(\text{T2PLoLatPreTransition}PS_r \text{ / }$
$10), 10^{\wedge}(\text{T2PLoLatPostTransition}PS_r \text{ / } 10)) \leq 10^{\wedge}(\text{TxT2Pmax}_r(\text{PilotStrength}_n) \text{ / } 10).$

– Condition 4: No packet with lower TxT2PLoLatNominal$PS_r$ is able to carry a payload of size as specified by the following equation:

$$\sum\nolimits_{i \in \text{Fr,LL}} \min( d_{i,r,n} , \text{T2PConversionFactor}_{LL} \times \text{PotentialT2POutflow}_{i,r,LL} )$$

– Condition 5:

$$\text{LoLatTerminationTarget}PS_r \leq \text{MaxNumSubPackets}I_r$$

where $I_r$ is the reverse-link interlace offset of sub-frame n in Reverse CDMA Channel r.

– Condition 6: Packet size $PS_r$ can be accommodated by the available transmit power and such that transmit power differential across adjacent reverse link CDMA channels as specified by MaxRLTxPwrDiff is satisfied, where MaxRLTxPwrDiff is public data of the subtype 3 Physical Layer Protocol.

– Condition 7: Packet size $PS_r$ is not larger than what is allowed by the MaxPacketSize attribute.

10.13.6.1.6.1.2 Messages

10.13.6.1.6.1.2.1 Request message

The access terminal may include a request in the Request message for up to MaxNumMACFlows MAC flows. The access terminal can include requests for multiple MAC flows in a single Request packet. The access terminal shall transmit the Request message in the first Reverse Traffic Channel packet that it transmits after one of the following conditions is satisfied:

3. ReqRatio is not equal to 0 and the access terminal has transmitted (1 / ReqRatio – 1) × RequestPktSize bits of data on the traffic channel since the last Request packet transmission, where RequestPktSize denotes the number of bits in the Request message.

4. MaxReqInterval is not equal to zero and MaxReqInterval frames have elapsed since the last transmission of a Request packet.

### 10.13.6.1.6.1.3 Grant message

If the access terminal receives a Grant message the access terminal shall update the following parameters for each MAC flow i in each Reverse CDMA Channel r for which the Grant message is received.

- T2PInflow$_{i,r,n}$ with $10^{x/10}$, where $x$ is the value of T2PInflow in units of dB.

- BucketLevel$_{i,r,n}$ with $10^{x/10}$, where $x$ is the value of BucketLevel in units of dB.

- TT2PHold$_{i,r,n}$ with $4 \times x$, where $x$ is the value of TT2PHold in units of frames.

### 10.13.6.1.6.1.3.1 CarrierRequest message

The access terminal sends the CarrierRequest message to request allocation or de-allocation of Reverse CDMA Channels from the access network.   The access terminal shall generate a *RouteUpdate.SendRouteUpdate* command upon sending a CarrierRequest message.

### 10.13.6.1.6.1.3.2 Reverse CDMA Channel Dropping

The access terminal shall stop transmission (drop) on a Reverse CDMA Channel with the lowest ReverseChannelDroppingRank if the access terminal is assigned multiple Reverse CDMA Channels and it determines that it does not have sufficient power to sustain all the assigned Reverse CDMA Channels. The ReverseChannelDroppingRank associated with a Reverse CDMA Channel is public data of the Route Update Protocol.

Upon receiving a *ForwardTrafficChannelMAC.ReverseTrafficChannelRestartTimerExpired* indication, the access terminal shall stop transmission (drop) on the Reverse CDMA Channel(s) included as arguments along with the indication.

Upon dropping a Reverse CDMA Channel, the access terminal shall send a ReverseCDMAChannelDropped message with the appropriate ReasonCode, and generate a ReverseLinkDropped indication with arguments indicating which Reverse CDMA Channels were dropped.

### 10.13.6.1.6.1.4 Reverse Logical Channels

There are N$_{RTCMPMACCarrierMax}$ Reverse Logical Channels, and each acquired Reverse CDMA Channel is associated with a unique Reverse Logical Channel.  MAC flow and access terminal attributes which vary across Reverse CDMA Channels are specified for each Reverse Logical Channel for use in the associated Reverse CDMA Channel. MAC flow and access terminal attribute defaults shall be applied across all Reverse Logical Channels.

### 10.13.6.1.6.1.5 Power Control

The access terminal shall control the reverse link transmit power in each assigned Reverse CDMA Channel in accordance with the requirements of the Physical Layer Protocol.

### 10.13.6.1.6.1.6 Reverse Link Silence Interval

When invoked, the access terminal shall perform the procedures listed in this section.

The access terminal shall not transmit on the Reverse Traffic Channel in time slots that overlap with the Reverse Link Silence Interval.

The access terminal should not start transmission of a packet if a sub-frame within its termination target overlaps with a Reverse Link Silence Interval. The Reverse Link Silence Interval is defined as the time interval of duration ReverseLinkSilenceDuration frames that starts at times T and it satisfies the following equation:

$$\text{T mod } (2048 \times (2^{\text{ReverseLinkSilencePeriod}}) - 1) = 0$$

where T is the CDMA System Time in units of frames.

The ReverseLinkSilenceDuration and ReverseLinkSilencePeriod parameters are public data of the Overhead Messages Protocol.

10.13.6.1.6.2 Access Network Requirements

The access network uses the RA bit to reflect the reverse link sector loading in each Reverse CDMA Channel. The access network should transmit the Reverse Activity Channel with a gain equal to or greater than that specified by RAChannelGain. In the following requirements, $PS$ takes on the following values: 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, 8192, and 12288. Each value of $PS$ represents a physical layer packet size, expressed in bits.

The access network shall set the value of T2PHiCapPreTransition$PS$[127] to be less than or equal to the value of T2PLoLatPreTransition$PS$[128].

The access network shall set the value of LoLatTerminationTarget$PS$ to be less than or equal to the value of  HiCapTerminationTarget$PS$.

The access network should set the values of LoLatTerminationTarget$PS$ such that the packet transmitted by the access terminal with packet size $PS$ in the Low Latency mode is received by the access network within LoLatTerminationTarget$PS$ sub-frames with a failure rate not exceeding the target packet erasure rate.

The access network should set the values of HiCapTerminationTarget$PS$ such that the packet transmitted by the access terminal with packet size $PS$ in the High Capacity mode is received by the access network within HiCapTerminationTarget$PS$ sub-frames with a failure rate not exceeding the target packet erasure rate.

If the access network does not receive an RTCAckAck message or a Reverse Traffic Channel packet on the corresponding Reverse CDMA Channel within an implementation specific

---

[127] The access network typically sets the values of T2PHiCapPreTransition$PS$ and T2PHiCapPostTransition$PS$ such that T2PHiCapPreTransition$PS$ is greater than T2PHiCapPostTransition$PS$.

[128] The access network typically sets the values of T2PLoLatPreTransitionPS and T2PLoLatPostTransitionPS such that T2PLoLatPreTransitionPS is greater than T2PLoLatPostTransitionPS.

1   time interval of entering the Open state, then the access network should re-transmit the

2   RTCAck message an implementation specific number of times.

3   10.13.6.1.6.2.1 ReverseCDMAChannelDropped message

4   Upon receiving the ReverseCDMAChannelDropped message, the access network shall send

5   a ReverseCDMAChannelDroppedAck message and generate a *ReverseLinkDropped*

6   indication with argument indicating which Reverse CDMA Channels were dropped.

7   10.13.6.1.6.2.2 Grant Message

8   The access network may transmit Grant messages at any time. The Grant messages may

9   be transmitted autonomously or in response to Request messages received from access

10   terminals. The Grant message is transmitted by the access network to the access terminal

11   on the Forward Traffic Channel. The timing and content of the Grant message is

12   determined by the access network. The Grant message contains "grants" for one or more

13   MAC flows belonging to one access terminal, and for one or more Reverse CDMA Channels.

14   A per MAC flow and per Reverse CDMA Channel resource allocation contains the following:

15        –   T2PInflow

16        –   BucketLevel

17        –   TT2PHold

18   10.13.6.2 Trailer and Message Formats

19   10.13.6.2.1 MAC Layer Trailer

20   The access terminal shall set the MAC Layer trailer as follows:

21

| Field | Length (bits) |
|---|---|
| ConnectionLayerFormat | 1 |
| TransmissionMode | 1 |

22   ConnectionLayerFormat

23           If the Security Layer packet contains a Format B Connection Layer

24           packet, then the access terminal shall set this field to '1'. Otherwise,

25           the access terminal shall set this field to '0'.

26   TransmissionMode   If the MAC Layer packet is transmitted in the Low Latency Mode,

27           then the access terminal shall set this field to '1'. Otherwise, the

28           access terminal shall set this field to '0'.

29   10.13.6.2.2 RTCAck

30   The access network sends the RTCAck message to notify the access terminal that it has

31   acquired one or more of the assigned Reverse CDMA Channels, and that the access

32   terminal can start traffic transmissions on the indicated Reverse CDMA Channels.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RTCAckID | 8 |
| NumReverseChannels | 4 |

(NumReverseChannels + 1) occurrences of the following two fields:

| | |
|---|---|
| ReverseChannel | 24 |
| ReverseLogicalChannel | 4 |

| | |
|---|---|
| Reserved | 0 – 7 (as needed) |

MessageID             The access network shall set this field to 0x00.

RTCAckID              The access network shall set this field to one more (modulo 256) than the RTCAckID field of the previous RTCAck message. If this is the first RTCAck message being sent by the access network, then the access network shall set this field to zero.

NumReverseChannels

                      The access network shall set this field to one less than the number of Reverse CDMA Channels for which the message is transmitted.

ReverseChannel        The access network shall set this field to the identifier that is assigned to the Reverse CDMA Channel assigned to the access terminal that has been acquired by the access network.

ReverseLogicalChannel

                      The access network shall set this field to the logical channel associated with the Reverse CDMA Channel, in the range from 0 to $N_{RTCMPMACCarrierMax}-1$.

Reserved              The access network shall add Reserved bits to make the length of the entire message equal to an integer number of octets. The access network shall set these bits to '0'. The access terminal shall ignore this field.

| Channels | FTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | Unicast | | Priority | 10 |

10.13.6.2.3 RTCAckAck

The access terminal sends the RTCAckAck message to acknowledge reception of the RTCAck message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| RTCAckID | 8 |

MessageID            The access network shall set this field to 0x07.

RTCAckID             The access terminal shall this field to the RTCAckID field of the corresponding RTCACk message.

| Channels | RTC | | SLP | Best Effort |
|---|---|---|---|---|
| Addressing | Unicast | | Priority | 10 |

10.13.6.2.4 CarrierRequest

The access terminal sends the CarrierRequest message to request allocation or de-allocation of additional Reverse CDMA Channels from the access network

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| NumReverseChannels | 4 |

| Reserved | 4 |
|---|---|

MessageID            The access network shall set this field to 0x04.

NumReverseChannels

The access terminal shall set this field to one less than the total number of Reverse CDMA Channels it is requesting be allocated to it.

Reserved             The access terminal shall set this field to zero. The access network shall ignore this field.

| Channels | RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | Unicast | | Priority | 50 |

10.13.6.2.5 ReverseCDMAChannelDropped

The access terminal sends the ReverseCDMAChannelDropped message to notify the access network that it has dropped one or more Reverse CDMA Channels.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| NumReverseChannels | 4 |

(NumReverseChannels + 1) occurrences of the following two fields:

| ReverseChannel | 24 |
|---|---|
| ReasonCode | 4 |

| Reserved | 0 or 4 |
|---|---|

MessageID              The access terminal shall set this field to 0x05.

TransactionID          The sender shall increment this value for each new ReverseCDMAChannelDropped message sent.

NumReverseChannels

                       The access terminal shall set this field to one less than the number of Reverse CDMA Channels for which the message is transmitted.

ReverseChannel         The access terminal shall set this field to the identifier that is assigned to the Reverse CDMA Channel assigned to the access terminal that has been dropped by the access terminal.

ReasonCode             The access terminal shall set this field to the reason it has dropped the Reverse CDMA Channel.  Table 10.13.6.2.5-1 specifies the ReasonCode definitions.

**Table 10.13.6.2.5-1. Reason Codes**

| ReasonCode | Meaning |
|---|---|
| 0x0 | Headroom Limitation |
| 0x1 | FTCMAC DRC Supervision |

| 0x2 | ReverseAcquisition timer expired |
|---|---|
| 0x3-0xf | Reserved |

Reserved                 The access terminal shall include reserved bits to make the
                         length of the entire message equal to an integer number of octets.
                         The access terminal shall set this field to zero. The access
                         network shall ignore this field.

| **Channels** | RTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | Unicast | | **Priority** | 30 |

## 10.13.6.2.6 ReverseCDMAChannelDroppedAck

The access network sends the ReverseCDMAChannelDroppedAck message to acknowledge
the receipt of a ReverseCDMAChannelDropped message.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID                The access network shall set this field to 0x06.

TransactionID            The sender shall set this value to the TransactionID field of the
                         corresponding ReverseCDMAChannelDropped message.

| **Channels** | FTC | | **SLP** | Best Effort |
|---|---|---|---|---|
| **Addressing** | Unicast | | **Priority** | 30 |

## 10.13.6.2.7 Request

The access terminal sends the Request message to notify the access network of the
maximum TxT2P that it can use for Reverse Traffic Channel transmissions and the queue
length for zero or more of its MAC flows.

TIA-856-B                                                                    MAC Layer

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| ATTotalPilotTransmission | 8 |
| NumMACFlows | 5 |

NumMACFlows occurrences of the following two fields:

| MACFlowID | 4 |
|-----------|---|
| QueueLength | 8 |

| Reserved | 3 |
|----------|---|

MessageID            The access network shall set this field to 0x02.

ATTotalPilotTransmission

                     The access terminal shall set this field to the current total average
                     transmission power of pilot(s) when the transmitter is enabled in
                     units of 0.5 dBm.   This field is expressed as a two's complement
                     signed number.

NumMACFlows          The access terminal shall set this field to the number of MAC flows
                     for which a request is transmitted.

MACFlowID            The access terminal shall set this field to the identifier that is
                     assigned to the MAC flow. The access terminal shall support MAC
                     flow identifiers in the range 0...15, inclusive.

QueueLength          The access terminal shall set this field to the length of the queue
                     associated with the MACFlowID indicated by this field. The access
                     terminal shall specify this field as an 8-bit number as specified in
                     Table 10.13.6.2.7-1.

**Table 10.13.6.2.7-1.Encoding of QueueLength Field**

| QueueLength Field | QueueLength (octets) QL |
|-------------------|--------------------------|
| 0x00 | zero |
| 0xFF | $2^{(254/12 + 7)} < QL + 96$ |
| x, else | $\lfloor 2^{((x-1)/12 + 7)} \rfloor < QL + 96 \leq \lfloor 2^{(x/12 + 7)} \rfloor$ |

Reserved             The access terminal shall set this field to zero. The access network
                     shall ignore this field.

| Channels | RTC | | SLP | Reliable |
|---|---|---|---|---|
| Addressing | Unicast | | Priority | 50 |

## 10.13.6.2.8 Grant

The access network transmits the Grant message to notify the access terminal of the following parameters for one or more of the active MAC flows and for one or more of the assigned Reverse CDMA Channels at the access terminal:

- T2PInflow
- BucketLevel
- TT2PHold

| Field | Length (bits) |
|---|---|
| MessageID | 8 |

| | |
|---|---|
| NumReverseChannels | 4 |

(NumReverseChannels occurrences + 1) of the following fields:

| | |
|---|---|
| ReverseLogicalChannel | 4 |
| NumMACFlows | 4 |

(NumMACflows occurrences + 1) of the following fields:

| | |
|---|---|
| MACFlowID | 4 |
| T2PInflow | 8 |
| BucketLevel | 8 |
| TT2PHold | 6 |

| | |
|---|---|
| Reserved | 0-7 (as needed) |

MessageID                         The access network shall set this field to 0x03.

NumReverseChannels

The access network shall set this field to one less than the number of Reverse CDMA Channels for which the message is transmitted.

ReverseLogicalChannel

The access network shall set this field to the logical channel associated with the Reverse CDMA Channel for which flow grants are specified, in the range from 0 to $N_{RTCMPMACCarrierMax}-1$.

NumMACFlows    The access network shall set this field to one less than the number of MAC Flows for the Reverse CDMA Channel identified by ReverseLogicalChannel for which the Grant is transmitted. The access network shall specify this field as a 4-bit value in the range 0…15, inclusive. The access terminal shall support all valid values for this field.

MACFlowID    The access network shall set this field to the MAC Flow for which the Grant is transmitted. The access network shall specify this field as a 4-bit value in the range 0…15, inclusive. The access terminal shall support all valid values for this field.

T2PInflow    The access network shall set this field to the average T2P for the MAC flow identified by the corresponding MACFlowID for the Reverse CDMA Channel identified by ReverseLogicalChannel. The access network may set this field to 255 to indicate a value of -∞. Otherwise, the access network shall specify this field as an 8-bit value in the range of 0 to 63.5 dB in units of 0.25 dB. The access network shall support all valid values of this field. The access terminal shall support all valid values for this field.

BucketLevel    The access network shall set this field to BucketLevel for the MAC flow identified by the corresponding MACFlowID for the Reverse CDMA Channel identified by ReverseLogicalChannel. The access network may set this field to 255 to indicate a value of -∞. Otherwise, the access network shall specify this field as an 8-bit value in the range of 0 to 63.5 dB in units of 0.25 dB. The access terminal shall support all valid values of this field.

TT2PHold    The access network shall set this field to the interval of time for which the access terminal shall maintain the T2PInflow for the MAC flow identified by the corresponding MACFlowID for the Reverse CDMA Channel identified by ReverseLogicalChannel after receiving the Grant message. The access network shall specify this field as a 6-bit value in units of frames. The access terminal shall support all valid values of this field.

Reserved    The access network shall add reserved bits to make the length of the entire message an integer number of octets.  The access network shall set these bits to '0'.The access terminal shall ignore this field.

MAC Layer                                                                TIA-856-B

| Channels | FTC    CC |
|----------|-----------|
| Addressing | Unicast |

| SLP | Best Effort |
|-----|-------------|
| Priority | 50 |

1   10.13.6.2.9 AttributeUpdateRequest

2   The sender sends an AttributeUpdateRequest message to offer an attribute-value for a
3   given attribute.

4

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

One or more instances of the following record

| AttributeRecord | Attribute dependent |
|-----------------|---------------------|

5   MessageID          The sender shall set this field to 0x52.

6   TransactionID      The sender shall increment this value for each new
7                      AttributeUpdateRequest message sent.

8   AttributeRecord    The format of this record is specified in 14.3.
9

| Channels | FTC    RTC |
|----------|-----------|
| Addressing | unicast |

| SLP | Reliable |
|-----|----------|
| Priority | 40 |

10   10.13.6.2.10 AttributeUpdateAccept

11   The sender sends an AttributeUpdateAccept message in response to an
12   AttributeUpdateRequest message to accept the offered attribute values.

13

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

14   MessageID          The sender shall set this field to 0x53.

15   TransactionID      The sender shall set this value to the TransactionID field of the
16                      corresponding AttributeUpdateRequest message.

17

| Channels | FTC    RTC |
|----------|-----------|

| SLP | Reliable |
|-----|----------|

TIA-856-B                                                                                          MAC Layer

| **Addressing** | unicast | **Priority** | 40 |
|---|---|---|---|

10.13.6.2.11 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |

MessageID            The access network shall set this field to 0x54.

TransactionID       The access network shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

| **Channels** | FTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | unicast | **Priority** | 40 |

10.13.6.3 Interface to Other Protocols

10.13.6.3.1 Commands Sent

This protocol issues the following commands:

- *RouteUpdate.SendRouteUpdate*

10.13.6.3.2 Indications

This protocol registers to receive the following indications:

- *ForwardTrafficChannelMAC.ReverseTrafficChannelRestartTimerExpired*, with arguments indicating the Reverse CDMA Channels for which the restart timer has expired.

10.13.7 Configuration Attributes

The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to configure values of the following attributes:

- ARQMode*CC*

- AuxiliaryPilotChannelParameters

- AssociatedATConfigurations*CC*

- AssociatedFlowConfigurations*NC*

- AssociatedFlows*NN*

- BucketFactor*NN*

- BucketLevelMax*NN*

1   • BurstDurationFactor*NN*

2   • DataTokenInflow*NN*

3   • DataBucketLevelMax*NN*

4   • MergeThreshold

5   • MergeThreshold*NN*

6   • PayloadThresh

7   • PermittedPayload

8   • PilotStrengthQRABThresholdDRCLock*CC*

9   • PilotStrengthQRABThresholdDRCUnlock*CC*

10  • PilotStrengthConfig*XX*

11  • PowerParameters128

12  • PowerParameters256

13  • PowerParameters512

14  • PowerParameters768

15  • PowerParameters1024

16  • PowerParameters1536

17  • PowerParameters2048

18  • PowerParameters3072

19  • PowerParameters4096

20  • PowerParameters6144

21  • PowerParameters8192

22  • PowerParameters12288

23  • QRABSelect*NN*

24  • RequestParameters

25  • TransmissionMode*NN*

26  • T2PFilterTC*NN*

27  • T2PTransitionFunctionConfig*XX*

28  • T2PInflowRangeConfig*XX*

29  • TxT2PmaxConfig*XX*

30  where *NN* is the two-digit hexadecimal flow number in the range 0x00 to
31  MaxNumMACFlows − 1, inclusive, *CC* is the two-digit hexadecimal reverse logical channel
32  number in the range 0x0 to $N_{RTCMPMACCarriersMax}$-1, and *XX* is the two-digit hexadecimal
33  configuration number in the range 0x0 to $N_{RTCMPMACConfigsMax}$-1. The updated values of the

TIA-856-B                                                                                      MAC Layer

attributes shall be consistent with the value of the MaxNumActiveMACFlows parameter of the MaxMACFlows attribute.

The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to configure values of the MaxNumSubPackets*CC* attribute if the value of the SupportGAUPMaxNumSubPackets attribute is 0x01. Otherwise, the access network and the access terminal shall not include the MaxNumSubPacketsCC attribute in an AttributeUpdateRequest message.

The access network and the access terminal shall not use the Generic Attribute Update Protocol to configure any other attributes of the Multicarrier Reverse Traffic Channel MAC Protocol.

The following attributes and default values are defined (see 14.3 for attribute record definition).

10.13.7.1 Simple Attributes

The simple configurable attributes are listed in Table 10.13.7.1-1. The access network and the access terminal shall use the default values that are typed in ***bold italics.***

MAC Layer                                                                                          TIA-856-B

¹                    **Table 10.13.7.1-1.Configurable Simple Attributes**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfffe | FRABFilterTC | ***0x02*** | IIR filter time constant used by the access terminal for computing the Filtered RA bit is 384 slots. |
| | | 0x00 | IIR filter time constant used by the access terminal for computing the Filtered RA bit is 128 slots. |
| | | 0x01 | IIR filter time constant used by the access terminal for computing the Filtered RA bit is 256 slots. |
| | | 0x03 | IIR filter time constant used for computing the Filtered RA bit is 512 slots. |
| | | All other values | Reserved |
| 0xfffd | FRABlow | ***0x03*** | Reverse Link Loading Threshold = −0.8 |
| | | 0x00 | Reverse Link Loading Threshold = −0.2 |
| | | 0x01 | Reverse Link Loading Threshold = −0.4 |
| | | 0x02 | Reverse Link Loading Threshold = −0.6 |
| | | 0x04 | Reverse Link Loading Threshold = −1.0 |
| | | All other values | Reserved |
| 0xfffc | MergeThreshold | ***0x02*** | Merge Threshold is 512 octets |
| | | 0x00 | Merge Threshold is 128 octets |
| | | 0x01 | Merge Threshold is 256 octets |
| | | 0x03 | Merge Threshold is 1024 octets |
| | | 0x04 | Merge Threshold is 2048 octets |
| | | 0x05 | Merge Threshold is infinite octets |
| | | All other values | Reserved |

TIA-856-B                                                                    MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfffb | PayloadThresh | *0x01* | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is 1024 octets. |
| | | 0x00 | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is 768 octets. |
| | | 0x02 | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is 1536 octets. |
| | | 0x03 | Minimum packet size of a Reverse Traffic Channel packet that the access terminal is permitted to transmit in LoLat mode if the packet does not contain any MAC flows with LoLat transmission mode is infinite octets. |
| | | All other values | Reserved |
| 0xfffa | PilotStrengthFilterTC | *0x01* | IIR filter time constant used by the access terminal for computing the filtered serving sector Pilot Strength, $PilotStrength_{n,s}$ is 64 slots. |
| | | 0x00 | IIR filter time constant used by the access terminal for computing the filtered serving sector Pilot Strength, $PilotStrength_{n,s}$ is 32 slots. |
| | | 0x02 | IIR filter time constant used by the access terminal for computing the filtered serving sector Pilot Strength, $PilotStrength_{n,s}$ is 128 slots. |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | All other values | Reserved |
| 0xfff9 | QRABFilterTC | *0x00* | IIR filter time constant used by the access terminal for computing the Quick RA bit is 4 slots. |
| | | 0x01 | IIR filter time constant used by the access terminal for computing the Quick RA bit is 8 slots. |
| | | All other values | Reserved |
| 0xfff7 | T2PNoTxFilterTC | *0x01* | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 24 sub-frames. |
| | | 0x00 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 16 sub-frames. |
| | | 0x02 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 32 sub-frames. |
| | | 0x03 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 64 sub-frames. |
| | | 0x04 | IIR filter time constant used by the access terminal when it is in Open State but not transmitting on the Reverse Link for computing $T2PInflow_n$ is 128 sub-frames. |
| | | All other values | Reserved |
| 0xfff6 | SupportGAUPMaxNumSub Packets | *0x00* | Modification of the MaxNumSubPacketsCC attribute using the Generic Attribute Update Protocol is not supported. |

TIA-856-B                                                                          MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| | | 0x01 | Modification of the MaxNumSubPacketsCC attribute using the Generic Attribute Update Protocol is supported. |
| | | All other values | Reserved |
| 0xfff5 | MaxPacketSize | *0x00* | The largest packet size that the access terminal can transmit in any sub-frame in any CDMA Channel is 1024 bit. |
| | | 0x01 | The largest packet size that the access terminal can transmit in any sub-frame in any CDMA Channel is 2048 bit. |
| | | 0x02 | The largest packet size that the access terminal can transmit in any sub-frame in any CDMA Channel is 4096 bit. |
| | | 0x03 | The largest packet size that the access terminal can transmit in any sub-frame in any CDMA Channel is 8192 bit. |
| | | 0x04 | The largest packet size that the access terminal can transmit in any sub-frame in any CDMA Channel is 12288 bit. |
| | | All other values | Reserved |
| 0xfe00 | BucketLevelMax00 | *0x50* | BucketLevelMax for flow 0x00  is 20 dB |
| | | 0x01 to 0xff | BucketLevelMax for flow 0x00 in units of 0.25 dB |
| | | 0x00 | Reserved |
| 0xfe01 | BucketLevelMax01 | *0x6c* | BucketLevelMax for flow 0x01  is 27 dB |
| | | 0x01 to 0xff | BucketLevelMax for flow 0x01 in units of 0.25 dB |
| | | 0x00 | BucketLevelMax for flow 0x01 is NULL |
| 0xfe*NN* | BucketLevelMax*NN* | *0x00* | BucketLevelMax for flow *NN* is NULL |

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| *NN* is the two-digit hexadecimal MAC flow number in the range 0x02 through MaxNumMACFlows −1, inclusive. | *NN* is the two-digit hexadecimal MAC flow number in the range 0x02 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | 0x01 to 0xff | BucketLevelMax for flow *NN* in units of 0.25 dB |
| 0xfd00 | MergeThreshold00 | ***0x00*** | Merge Threshold for flow 0x00  if it is transmitted in High Capacity Mode is 0 octets |
| | | 0x01 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is 32 octets |
| | | 0x02 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is 128 octets |
| | | 0x03 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is 1024 octets |
| | | 0x04 | Merge Threshold for flow 0x00 if it is transmitted in High Capacity Mode is infinite octets |
| | | All other values | Reserved |
| 0xfd*NN*  *NN* is the two-digit hexadecimal MAC flow number in the range 0x01 through MaxNumMACFlows −1, | MergeThreshold*NN*  *NN* is the two-digit hexadecimal MAC flow number in the range 0x01 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x02*** | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 128 octets. |
| | | 0x00 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 0 octets. |
| | | 0x01 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 32 octets. |
| | | 0x03 | Merge Threshold for flow *NN*  if it is transmitted in High Capacity Mode is 1024 octets. |

TIA-856-B                                                                        MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| inclusive. | | 0x04 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 4096 octets. |
| | | 0x05 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is 8192 octets. |
| | | 0x06 | Merge Threshold for flow *NN* if it is transmitted in High Capacity Mode is infinite octets. |
| | | All other values | Reserved |
| 0xfc*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNum MACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | TransmissionMode*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | ***0x00*** | The Transmission mode for flow *NN* is High Capacity |
| | | 0x01 | The Transmission mode for flow *NN* is Low Latency |
| | | All other values | Reserved |
| 0xfb*NN*<br><br>*NN* is the two-digit | QRABSelect*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow | ***0x00*** | Use QRAB |
| | | 0x01 | Use QRABps |

MAC Layer                                                              TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | All other values | Reserved |
| 0xfa*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | BurstDurationFactor*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive, where hexadecimal digits A through F are specified in upper case letters. | *0x00* | BurstDurationFactor for flow *NN* is 4 |
| | | 0x01 | BurstDurationFactor for flow *NN* is 8 |
| | | 0x02 | BurstDurationFactor for flow *NN* is 16 |
| | | 0x03 | BurstDurationFactor for flow *NN* is 32 |
| | | All other values | Reserved |
| 0xf9*NN*<br><br>*NN* is the two-digit | T2PFilterTC*NN*<br><br>*NN* is the two-digit hexadecimal MAC flow | *0x01* | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x*NN* is 24 sub-frames. |

TIA-856-B                                                                                        MAC Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| hexadecimal MAC flow number in the range 0x00 through $N_{MFRTCMACFlowMax} - 1$, inclusive. | number in the range 0x00 through $N_{MFRTCMACFlowMax} - 1$, inclusive, where hexadecimal digits A through F are specified in upper case letters. | 0x00 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 16 sub-frames. |
| | | 0x02 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 32 sub-frames. |
| | | 0x03 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 64 sub-frames. |
| | | 0x04 | IIR filter time constant used by the access terminal for computing $T2PInflow_n$ for flow 0x$NN$ is 128 sub-frames. |
| | | All other values | Reserved |
| 0xf8$CC$  Where $CC$ denotes a reverse logical channel in the range 0x00 through $N_{RTCMPMACCarriersMax} - 1$ | ARQMode$CC$ | *0x00* | Reverse Link ARQ Mode = 0 |
| | | 0x01 | Reverse Link ARQ Mode = 1 |
| | | All other values | Reserved |
| 0xf7$CC$  Where $CC$ denotes a reverse logical channel in the range 0x00 through $N_{RTCMPMACCarriersMax} - 1$ | PilotStrengthQRABThresholdDRCLock$CC$ | *0x018* | PilotStrengthQRABThresholdDRCLock is −6 dB |
| | | 0x00 to 0x3f | PilotStrengthQRABThresholdDRCLock is in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive |
| | | | |
| | | | |
| | | All other values | Reserved |

MAC Layer                                                                    TIA-856-B

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xf6*CC*<br><br>Where *CC* denotes a reverse logical channel in the range 0x00 through N$_{\text{RTCMPMACCarriersMax}}$ −1 | PilotStrengthQRABThresholddDRCUnlock*CC* | ***0x0c*** | PilotStrengthQRABThresholdDRCUnlock is −3 dB |
| | | 0x00 to 0x3f | PilotStrengthQRABThresholdDRCUnlock is in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive |
| | | All other values | Reserved |

1

2    10.13.7.2 Complex Attributes

3    The following configurable complex attributes are defined:

4    10.13.7.2.1 AssociatedFlows*NN* Attribute

5    *NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x01

6    through MaxNumMACFlows −1, inclusive.

7

| Field | Length(bits) | Default<br><br>for *NN* between 0x02 and (MaxNumMACFlows −1), inclusive | Default for *NN* = 0x01 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| | | | |
|---|---|---|---|
| ValueID | 8 | N/A | N/A |
| FlowCount | 8 | 0 | 1 |

FlowCount occurrences of the following two fields:

{

| | | | |
|---|---|---|---|
| Stream | 9 | N/A | 511 |
| SubStream | 8 | N/A | 0 |

}

| | | | |
|---|---|---|---|
| Reserved | 0 – 7 (as | N/A | N/A |

| | needed) | | |
|---|---|---|---|

}

**Length** — Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

**AttributeID** — The sender shall set this field to 0x01*NN*, where *NN* is the two-digit hexadecimal number that identifies the MAC Flow in the range 0x01 through MaxNumMACFlows −1, inclusive.

**ValueID** — The sender shall set this field to an identifier assigned to this complex value.

**FlowCount** — The sender shall set this field to the number of higher layer flows associated with this MAC Flow.

**Stream** — If this flow is generated by an application bound to a stream, then the sender shall set this field to the stream number. If this flow is generated by an application bound to a virtual stream, then the sender shall set this field to 3 more than the virtual stream number. If this MAC flow is to be associated with all higher layer flow not associated with a MAC flow, then the sender shall set this field to '111111111'.

**SubStream** — If the application bound generating this flow defines sub-streams, then the sender shall set this field to the number of the sub-stream associated with this MAC flow[129]. Otherwise, the sender shall set this field to '00000000'. If Stream is '111111111', then the sender shall set this field to '00000000'.

**Reserved** — The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The receiver shall ignore this field.

**10.13.7.2.2 AssociatedFlowConfigurations*NC* Attribute**

*N* is the single-digit hexadecimal number that identifies the MAC Flows in the range 0x0 through MaxNumMACFlows −1, inclusive.  C is the single-digit hexadecimal number that identifies the Reverse Logical Channel in the range 0x0 through $N_{RTCMPMACCarrierMax}$ −1, inclusive.

---

[129] For example, in case of the Multi-flow Packet Application, this field is set to the RLP flow number corresponding to the RLP flow associated with this MAC flow.

… 

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |
| One or more occurrences of the following record: | | |
| ValueID | 8 | N/A |
| T2PTransitionFunction | 4 | 0x0 |
| T2PInflowRange | 4 | 0x0 |

Length                     Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                The sender shall set this field to 0x17*NC*, where *N* is the single-digit hexadecimal number that identifies the MAC Flows in the range 0x0 through MaxNumMACFlows −1, inclusive.  C is the single-digit hexadecimal number that identifies the Reverse Logical Channel in the range 0x0 through $N_{RTCMPMACCarrierMax}$ −1, inclusive.

ValueID                    The sender shall set this field to an identifier assigned to this complex value.

T2PTransitionFunction
                           Associate the parameter T2PTransitionFunction with the configuration attribute T2PTransitionFunctionConfig*XX*.

T2PInflowRange             Associate the parameter T2PInflowRange with the configuration attribute T2PInflowRangeConfig*XX*.

10.13.7.2.3 AssociatedATConfigurations*CC* Attribute

CC is the two-digit hexadecimal number that identifies the Reverse Logical Channel in the range 0x00 through $N_{RTCMPMACCarrierMax}$ −1, inclusive.

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |
| One or more occurrences of the following record: | | |
| ValueID | 8 | N/A |
| PilotStrength | 4 | 0x0 |
| TxT2PMax | 4 | 0x0 |

TIA-856-B                                                                                        MAC Layer

| Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| AttributeID | The sender shall set this field to 0x18*CC*, where CC is the two-digit hexadecimal number that identifies the Reverse Logical Channel in the range 0x00 through $N_{RTCMPMACCarrierMax}$ −1, inclusive. |
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| PilotStrength | Associate the parameter PilotStrength with the configuration attribute PilotStrengthConfig*XX*. |
| TxT2PMax | Associate the parameter TxT2PMax with the configuration attribute TxT2PMaxConfig*XX*. |

10.13.7.2.4 AuxiliaryPilotChannelParameters Attribute

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |
| One or more occurrences of the following record: | | |
| ValueID | 8 | N/A |
| AuxiliaryPilotChannelGain | 4 | 0x0c |
| AuxiliaryPilotChannelMinPayload | 4 | 0x7 |

| Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |
| AttributeID | The sender shall set this field to 0x0000. |
| ValueID | The sender shall set this field to an identifier assigned to this complex value. |
| AuxiliaryPilotChannelGain | The sender shall set this field to the Auxiliary Pilot Channel Gain relative to the Traffic Channel Gain that the access terminal uses to compute the Auxiliary Pilot Channel transmit power level. The sender shall specify this field as a 4-bit value in units of −1 dB in the range 0 dB to -15 dB, inclusive. The receiver shall support all valid values specified by this field. |
| AuxiliaryPilotChannelMinPayload | The sender shall set this field to the minimum Reverse Traffic Channel payload for which the access terminal is required to |

10-434

transmit the Auxiliary Pilot Channel. The sender shall specify this field as a 4-bit number as shown in Table 10.13.7.2.4-1. The receiver shall support all valid values specified by this field.

**Table 10.13.7.2.4-1.Encoding of AuxiliaryPilotChannelMinPayload Field**

| Field value | Meaning |
|---|---|
| '0000' | 128 |
| '0001' | 256 |
| '0010' | 512 |
| '0011' | 768 |
| '0100' | 1024 |
| '0101' | 1536 |
| '0110' | 2048 |
| '0111' | 3072 |
| '1000' | 4096 |
| '1001' | 6144 |
| '1010' | 8192 |
| '1011' | 12288 |
| All other values | Reserved |

10.13.7.2.5 BucketFactor*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00 through MaxNumMACFlows −1, inclusive.

TIA-856-B                                                                  MAC Layer

| Field | Length (bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|-------|---------------|--------------------------|--------------------------|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| | | | |
|-------|---------------|--------------------------|--------------------------|
| ValueID | 8 | N/A | N/A |
| NumT2PAxisValues | 4 | 0x01 | 0x01 |
| NumFRABAxisValues | 3 | 0x02 | 0x00 |

NumT2PAxisValues + 1 occurrences of the following field:

| | | | |
|-------|---------------|--------------------------|--------------------------|
| T2PAxis | 8 | See Table 10.13.7.2.5-1 | See Table 10.13.7.2.5-4 |

NumFRABAxisValues + 1 occurrences of the following field:

| | | | |
|-------|---------------|--------------------------|--------------------------|
| FRABAxis | 4 | See Table 10.13.7.2.5-2 | See Table 10.13.7.2.5-5 |

(NumT2PAxisValues + 1) × (NumFRABAxisValues + 1) occurrences of the following field:

| | | | |
|-------|---------------|--------------------------|--------------------------|
| BucketFactorT2PAxisFRABAxis | 8 | See Table 10.13.7.2.5-3 | See Table 10.13.7.2.5-6 |

| | | | |
|-------|---------------|--------------------------|--------------------------|
| Reserved | 0-7 (as needed) | N/A | N/A |

}

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x03*NN*, where *NN* is the two-digit hexadecimal MAC flow number in the range 0x00 through MaxNumMACFlows −1, inclusive.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

NumT2PAxisValues  The sender shall set this field to the number of occurrences of T2PAxis field in this record minus 1. The sender shall specify this field as an 4-bit value. The receiver shall support all valid values specified by this field.

MAC Layer                                                                    TIA-856-B

NumFRABAxisValues

                          The sender shall set this field to the number of occurrences of FRABAxis field in this record minus 1. The sender shall specify this field as a 3-bit value. The receiver shall support all valid values specified by this field.

T2PAxis               The sender shall set this field to values that define the T2P axis. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

FRABAxis           The sender shall set this field to values that define the FRAB axis. The sender shall specify this field as a 4-bit 2's complement value in the range -1...7/8, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

BucketFactorT2PAxisFRABAxis

                          The sender shall set this field to the values of the function BucketFactor( ) at the T2PInflow value of T2PAxis and the FRAB value of FRABAxis. The sender shall set the data in the following order: BucketFactor( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The sender shall specify this field as an 8-bit value in the range 1...32 7/8, inclusive in units of 1/8. The receiver shall support all valid values specified by this field.

Reserved           The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zero. The receiver shall ignore this field.

1

**Table 10.13.7.2.5-1. T2PAxis Default Values**

| Field | Default for $NN$ > 0x00 |
|-------|-------------------------|
| T2PAxis00 | 0x00 |
| T2PAxis01 | 0x48 |

2

**Table 10.13.7.2.5-2. FRABAxis Default Values**

| Field | Default for $NN$ > 0x00 |
|-------|-------------------------|
| FRABAxis0 | 0x8 |
| FRABAxis1 | 0xb |
| FRABAxis2 | 0x7 |

3

4

**Table 10.13.7.2.5-3. BucketFactor Default Values**

| Field | Default for $NN$ > 0x00 |
|-------|-------------------------|
| BucketFactorT2PAxis00FRABAxis0 | 0x28 |
| BucketFactorT2PAxis00FRABAxis1 | 0x10 |
| BucketFactorT2PAxis00FRABAxis2 | 0x10 |
| BucketFactorT2PAxis01FRABAxis0 | 0x08 |
| BucketFactorT2PAxis01FRABAxis1 | 0x08 |
| BucketFactorT2PAxis01FRABAxis2 | 0x08 |

5

6

**Table 10.13.7.2.5-4. T2PAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|-------|-------------------------|
| T2PAxis00 | 0x10 |
| T2PAxis01 | 0x2b |

7

**Table 10.13.7.2.5-5. FRABAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|-------|-------------------------|
| FRABAxis0 | 0x0 |

8

**Table 10.13.7.2.5-6. BucketFactor Default Values**

| Field | Default for *NN* = 0x00 |
|---|---|
| BucketFactorT2PAxis00FRABAxis0 | 0x18 |
| BucketFactorT2PAxis01FRABAxis0 | 0x08 |

10.13.7.2.6 CommonPowerParameters Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| Field | Length (bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| AllocationStagger | 4 | '0000' |
| TxT2Pmin | 8 | 0x0F |
| RPCStep | 2 | '01' |
| Reserved | 0-7(as needed) | N/A |

}

Length                    Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID               The sender shall set this field to 0x0001.

ValueID                   The sender shall set this field to an identifier assigned to this complex value.

AllocationStagger         T2P allocation stagger factor. The sender shall set this field to the desired T2P allocation dither factor across MAC flows at an access terminal and across access terminals. This field is a 4-bit value in steps of 1/16 in the range of 0…15/16, inclusive. The access terminal shall support all valid values specified by this field.

TxT2Pmin                  The sender shall set this field to the minimum TxT2P that the receiver is always allowed to transmit, expressed as an 8-bit number in units of 0.25 dB. The receiver shall support all valid values specified by this field.

TIA-856-B                                                                                            MAC Layer

RPCStep                    Reverse Power Control step. The sender shall set this field to the
                           power control step size the access terminal is to use when controlling
                           the power of the reverse link, as shown in Table 10.13.7.2.6-1. The
                           access terminal shall support the 0.5 dB and 1.0 dB step sizes and
                           should support the 1.5 dB and 2.0 dB step sizes.

**Table 10.13.7.2.6-1.Encoding of the RPCStep Field**

| Field value (binary) | Meaning |
|---|---|
| '00' | 0.5 dB |
| '01' | 1.0 dB |
| '10' | 1.5 dB |
| '11' | 2.0 dB |

Reserved                   The sender shall add reserved bits to make the length of each
                           attribute value record an integer number of octets. The sender shall
                           set these bits to '0'. The receiver shall ignore this field.

10.13.7.2.7 DataTokenBucket*NN* Attribute

*NN* is the two-digit hexadecimal number that identifies the MAC Flows in the range 0x00
through MaxNumMACFlows −1, inclusive.

| Field | Length (bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A | N/A |
|---|---|---|---|
| DataTokenInflow | 8 | 0xFF | 0xFF |
| DataBucketLevelMax | 8 | 0xFF | 0xFF |

}

Length                     Length of the complex attribute in octets. The sender shall set this
                           field to the length of the complex attribute excluding the Length field.

AttributeID                The sender shall set this field to 0x19*NN*, where *NN* is the two-digit
                           hexadecimal MAC flow number in the range 0x00 through
                           MaxNumMACFlows −1, inclusive.

ValueID                    The sender shall set this field to an identifier assigned to this
                           complex value.

MAC Layer                                                                TIA-856-B

DataTokenInflow      The sender shall set this field to the data token inflow rate for the data token bucket, expressed as an 8-bit number as in Table 10.13.7.2.7-1. The receiver shall support all valid values specified by this field.

**Table 10.13.7.2.7-1.Encoding of the DataTokenInflow Field**

| Field value | Meaning (octets/sub-frame) |
|---|---|
| 0x00 | Zero |
| 0xFF | $\infty$ |
| 0x00 < x ≤ 0x7F | $\lfloor 2^{(x/12 + 4)} - 15 \rfloor$ |
| 0x80 < x ≤ 0xFE | Reserved |

DataBucketLevelMax   The sender shall set this field to the maximum data token bucket size, expressed as an 8-bit number as in Table 10.13.7.2.7-2. The receiver shall support all valid values specified by this field.

**Table 10.13.7.2.7-2.Encoding of the DataBucketLevelMax Field**

| Field value | Meaning (octets) |
|---|---|
| 0x00 | Zero |
| 0xFF | $\infty$ |
| 0x00 < x ≤ 0xFE | $\lfloor 2^{(x/12 + 4)} - 15 \rfloor$ |

10.13.7.2.8 MaxNumSubPackets*CC* Attribute

*CC* denotes a reverse logical channel  in the range 0x00 through $N_{\text{RTCMPMACCarriersMax}} -1$, inclusive.

TIA-856-B                                                                      MAC Layer

| Field | Length(bits) | Default |
|-------|:---:|:---:|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|:---:|:---:|
| MaxNumSubPackets0 | 2 | 0x3 |
| MaxNumSubPackets1 | 2 | 0x3 |
| MaxNumSubPackets2 | 2 | 0x3 |
| Reserved | 2 | N/A |

}

Length               Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID          The sender shall set this field to 0x1a*CC*.

ValueID              The sender shall set this field to an identifier assigned to this complex value.

MaxNumSubPackets0    The sender shall set this field to one less than the maximum number of subpackets for interlace 0. The sender shall specify this field as a 2-bit value in the range 0x0 to 0x3, inclusive.

MaxNumSubPackets1    The sender shall set this field to one less than the maximum number of subpackets for interlace 1. The sender shall specify this field as a 2-bit value in the range 0x0 to 0x3, inclusive.

MaxNumSubPackets2    The sender shall set this field to one less than the maximum number of subpackets for interlace 2. The sender shall specify this field as a 2-bit value in the range 0x0 to 0x3, inclusive.

Reserved             The sender shall set this field to '00'. The receiver shall ignore this field.

10.13.7.2.9 PermittedPayload Attribute

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| ValueID | 8 | N/A |
|---------|---|-----|
| PermittedPayload0_1 | 4 | 0x5 |
| PermittedPayload0_2 | 4 | 0x5 |
| PermittedPayload0_3 | 4 | 0x5 |
| PermittedPayload128_1 | 4 | 0x5 |
| PermittedPayload128_2 | 4 | 0x5 |
| PermittedPayload128_3 | 4 | 0x5 |
| PermittedPayload256_1 | 4 | 0x5 |
| PermittedPayload256_2 | 4 | 0x5 |
| PermittedPayload256_3 | 4 | 0x5 |
| PermittedPayload512_1 | 4 | 0x5 |
| PermittedPayload512_2 | 4 | 0x5 |
| PermittedPayload512_3 | 4 | 0x5 |
| PermittedPayload768_1 | 4 | 0x5 |
| PermittedPayload768_2 | 4 | 0x5 |
| PermittedPayload768_3 | 4 | 0x5 |
| PermittedPayload1024_1 | 4 | 0x7 |
| PermittedPayload1024_2 | 4 | 0x7 |
| PermittedPayload1024_3 | 4 | 0x7 |
| PermittedPayload1536_1 | 4 | 0x7 |
| PermittedPayload1536_2 | 4 | 0x7 |
| PermittedPayload1536_3 | 4 | 0x7 |
| PermittedPayload2048_1 | 4 | 0x9 |
| PermittedPayload2048_2 | 4 | 0x9 |
| PermittedPayload2048_3 | 4 | 0x9 |
| PermittedPayload3072_1 | 4 | 0x9 |
| PermittedPayload3072_2 | 4 | 0x9 |

TIA-856-B                                                                                          MAC Layer

| Field | Length(bits) | Default |
|-------|--------------|---------|
| PermittedPayload3072_3 | 4 | 0x9 |
| PermittedPayload4096_1 | 4 | 0xb |
| PermittedPayload4096_2 | 4 | 0xb |
| PermittedPayload4096_3 | 4 | 0xb |
| PermittedPayload6144_1 | 4 | 0xb |
| PermittedPayload6144_2 | 4 | 0xb |
| PermittedPayload6144_3 | 4 | 0xb |
| PermittedPayload8192_1 | 4 | 0xc |
| PermittedPayload8192_2 | 4 | 0xc |
| PermittedPayload8192_3 | 4 | 0xc |
| PermittedPayload12288_1 | 4 | 0xc |
| PermittedPayload12288_2 | 4 | 0xc |
| PermittedPayload12288_3 | 4 | 0xc |
| Reserved | 4 | N/A |

Length                         Length of the complex attribute in octets. The sender shall set this
                               field to the length of the complex attribute excluding the Length field.

AttributeID                    The sender shall set this field to 0x0003.

ValueID                        The sender shall set this field to an identifier assigned to this
                               complex value.

PermittedPayload0_1

                               The sender shall set this field to the maximum packet size that the
                               receiver can transmit in the sub-frame n if the Data Channel was not
                               transmitted in sub-frame n−1. The sender shall specify this field as a
                               4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall
                               support all valid values specified by this field.

PermittedPayload0_2

                               The sender shall set this field to the maximum packet size that the
                               receiver can transmit in the sub-frame n if the Data Channel was not
                               transmitted in sub-frame n−2. The sender shall specify this field as a
                               4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall
                               support all valid values specified by this field.

PermittedPayload0_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Data Channel was not transmitted in sub-frame n−3. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload128_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 128 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload128_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 128 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload128_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 128 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_2

TIA-856-B                                                                          MAC Layer

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload256_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 256 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload512_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 512 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload768_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic

Channel payload transmitted in sub-frame n−1 was 768 bits. The sender shall set this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload768_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 768 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload768_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 768 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload1024_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 1024 bits. The sender shall specify this field as a 4-bit value as specified in Table

10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload1536_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 1536 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload1536_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 1536 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload1536_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 1536 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload2048_3

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 2048 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload3072_1

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 3072 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload3072_2

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 3072 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload3072_3

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 3072 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_1

> The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload4096_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 4096 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload6144_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–1 was 6144 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload6144_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–2 was 6144 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload6144_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n–3 was 6144 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload8192_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic

Channel payload transmitted in sub-frame n−1 was 8192 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload8192_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 8192 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload8192_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 8192 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload12288_1

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−1 was 12288 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload12288_2

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−2 was 12288 bits. The sender shall specify this field as a 4-bit value as specified in Table 10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

PermittedPayload12288_3

The sender shall set this field to the maximum packet size that the receiver can transmit in the sub-frame n if the Reverse Traffic Channel payload transmitted in sub-frame n−3 was 12288 bits. The sender shall specify this field as a 4-bit value as specified in Table

TIA-856-B                                                                                          MAC Layer

10.13.7.2.9-1. The receiver shall support all valid values specified by this field.

Reserved                 The sender shall set this field to '0000'. The receiver shall ignore this field.

**Table 10.13.7.2.9-1. Packet size encoding**

| Packet size (bits) | Value |
|---|---|
| 0 | 0x0 |
| 128 | 0x1 |
| 256 | 0x2 |
| 512 | 0x3 |
| 768 | 0x4 |
| 1024 | 0x5 |
| 1536 | 0x6 |
| 2048 | 0x7 |
| 3072 | 0x8 |
| 4096 | 0x9 |
| 6144 | 0xa |
| 8192 | 0xb |
| 12288 | 0xc |

10.13.7.2.10 PilotStrengthConfig*XX* Attribute

*XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{\text{RTCMPMACConfigsMax}} -1$, inclusive.

| Field | Length(bits) | Default |
|-------|:---:|:---:|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| | | |
|-------|:---:|:---:|
| ValueID | 8 | N/A |
| NumPilotStrengthAxisValues | 4 | 0x2 |

NumPilotStrengthAxisValues occurrences of the following two fields:

{

| | | |
|-------|:---:|:---:|
| PilotStrengthAxis | 6 | See Table 10.13.7.2.10-1 |
| PilotStrengthPilotStrengthAxis | 4 | See Table 10.13.7.2.10-2 |

}

| | | |
|-------|:---:|:---:|
| Reserved | 4 | N/A |

}

Length — Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID — The sender shall set this field to 0x1b*XX*, where *XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax} -1$, inclusive.

ValueID — The sender shall set this field to an identifier assigned to this complex value.

NumPilotStrengthAxisValues

The sender shall set this field to the number of occurrences of PilotStrengthAxis field in this record. The sender shall not set this field to zero.

PilotStrengthAxis — The sender shall set this field to the values that define the PilotStrength axis. The sender shall specify this field as a 6-bit value in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

TIA-856-B                                                          MAC Layer

PilotStrengthPilotStrengthAxis

                The sender shall set this field to the scale factor used to scale T2PInflow if the filtered serving sector PilotStrength equals the corresponding PilotStrengthAxis field. The sender shall specify this field as a 2's complement 4-bit value in units of 1 dB. The receiver shall support all valid values specified by this field.

Reserved           The sender shall set this field to '0000'. The receiver shall ignore this field.

**Table 10.13.7.2.10-1. PilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthAxis0 | 0x3C |
| PilotStrengthAxis1 | 0x00 |

**Table 10.13.7.2.10-2. PilotStrengthPilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthPilotStrengthAxis0 | 0x0 |
| PilotStrengthPilotStrengthAxis1 | 0x0 |

10.13.7.2.11 PowerParameters128 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition128 | 2 | 0x1 |
| LoLatTerminationTarget128 | 2 | 0x1 |
| HiCapT2PTransition128 | 2 | 0x3 |
| HiCapTerminationTarget128 | 2 | 0x3 |
| T2PLoLatPreTransition128 | 8 | 0x1C |
| T2PLoLatPostTransition128 | 8 | 0x03 |
| T2PHiCapPreTransition128 | 8 | 0x03 |
| T2PHiCapPostTransition128 | 8 | 0x03 |

Length             Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID        The sender shall set this field to 0x0005.

ValueID            The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition128

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 128 bits using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget128

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 128 bits transmitted using the Low Latency Mode. The sender shall specify

this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition128

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 128 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget128

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 128 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender

MAC Layer                                                                   TIA-856-B

shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition128

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 128-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.12 PowerParameters256 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition256 | 2 | 0x1 |
| LoLatTerminationTarget256 | 2 | 0x1 |
| HiCapT2PTransition256 | 2 | 0x3 |
| HiCapTerminationTarget256 | 2 | 0x3 |
| T2PLoLatPreTransition256 | 8 | 0x28 |
| T2PLoLatPostTransition256 | 8 | 0x0F |
| T2PHiCapPreTransition256 | 8 | 0x0F |
| T2PHiCapPostTransition256 | 8 | 0x0F |

Length                  Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID             The sender shall set this field to 0x0006.

ValueID                 The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition256

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic

Channel packet with packet size of 256 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget256

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 256 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition256

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 256 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget256

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 256 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition256

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition256

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

MAC Layer                                                                TIA-856-B

T2PHiCapPreTransition256

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition256

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 256-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.13 PowerParameters512 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| LoLatT2PTransition512 | 2 | 0x1 |
| LoLatTerminationTarget512 | 2 | 0x1 |
| HiCapT2PTransition512 | 2 | 0x3 |
| HiCapTerminationTarget512 | 2 | 0x3 |
| T2PLoLatPreTransition512 | 8 | 0x34 |
| T2PLoLatPostTransition512 | 8 | 0x1C |
| T2PHiCapPreTransition512 | 8 | 0x1C |
| T2PHiCapPostTransition512 | 8 | 0x1C |

Length

> Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID

> The sender shall set this field to 0x0007.

ValueID

> The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition512

> The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 512 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget512

> The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 512 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition512

> The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 512 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget512

> The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 512 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition512

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition512

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using

MAC Layer                                                                TIA-856-B

the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition512

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition512

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 512-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.14 PowerParameters768 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| LoLatT2PTransition768 | 2 | 0x1 |
| LoLatTerminationTarget768 | 2 | 0x1 |
| HiCapT2PTransition768 | 2 | 0x3 |
| HiCapTerminationTarget768 | 2 | 0x3 |
| T2PLoLatPreTransition768 | 8 | 0x3B |
| T2PLoLatPostTransition768 | 8 | 0x23 |
| T2PHiCapPreTransition768 | 8 | 0x23 |
| T2PHiCapPostTransition768 | 8 | 0x23 |

Length

Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID

The sender shall set this field to 0x0008.

ValueID            The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition768

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 768 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget768

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 768 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition768

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 768 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget768

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 768 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition768

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition768

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition768

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition768

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 768-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

TIA-856-B                                                                                    MAC Layer

10.13.7.2.15 PowerParameters1024 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| LoLatT2PTransition1024 | 2 | 0x1 |
| LoLatTerminationTarget1024 | 2 | 0x1 |
| HiCapT2PTransition1024 | 2 | 0x3 |
| HiCapTerminationTarget1024 | 2 | 0x3 |
| T2PLoLatPreTransition1024 | 8 | 0x41 |
| T2PLoLatPostTransition1024 | 8 | 0x28 |
| T2PHiCapPreTransition1024 | 8 | 0x28 |
| T2PHiCapPostTransition1024 | 8 | 0x28 |

Length                        Length of the complex attribute in octets. The access network shall
                              set this field to the length of the complex attribute excluding the
                              Length field.

AttributeID                   The sender shall set this field to 0x0009.

ValueID                       The sender shall set this field to an identifier assigned to this
                              complex value.

LoLatT2PTransition1024
                              The sender shall set this field to one less than the number of sub-
                              frames for which the receiver shall use the pre-transition T2P values
                              and the number of sub-frames after which the receiver shall use the
                              post-transition T2P values when transmitting a Reverse Traffic
                              Channel packet with packet size of 1024 bits using the Low Latency
                              mode. The sender shall specify this field as a 2-bit value in units of
                              sub-frames. The receiver shall support all valid values specified by
                              this field.

LoLatTerminationTarget1024
                              The sender shall set this field to one less than the expected number
                              of sub-frames needed to achieve the target Physical Layer erasure
                              rate for a Reverse Traffic Channel packet with packet size of 1024
                              bits transmitted using the Low Latency Mode. The sender shall
                              specify this field as a 2-bit value in units of sub-frames. The receiver
                              shall support all valid values specified by this field.

MAC Layer                                                    TIA-856-B

**HiCapT2PTransition1024**

> The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 1024 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget1024**

> The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 1024 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition1024**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition1024**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPreTransition1024**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PHiCapPostTransition1024**

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1024-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The

sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.16 PowerParameters1536 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| LoLatT2PTransition1536 | 2 | 0x1 |
| LoLatTerminationTarget1536 | 2 | 0x1 |
| HiCapT2PTransition1536 | 2 | 0x3 |
| HiCapTerminationTarget1536 | 2 | 0x3 |
| T2PLoLatPreTransition1536 | 8 | 0x49 |
| T2PLoLatPostTransition1536 | 8 | 0x2E |
| T2PHiCapPreTransition1536 | 8 | 0x2E |
| T2PHiCapPostTransition1536 | 8 | 0x2E |

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x000a.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition1536
                  The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 1536 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget1536
                  The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 1536

MAC Layer                                                                TIA-856-B

bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition1536

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 1536 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget1536

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 1536 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition1536

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition1536

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition1536

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 1536-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

1  T2PHiCapPostTransition1536

2          The sender shall set this field to the Data Channel power relative to
3          the Pilot Channel power when transmitting a 1536-bit payload using
4          the High Capacity mode following the T2P transition. The sender
5          shall specify this field as an 8-bit number in units of 0.25 dB. The
6          sender shall set this field to a value in the range 0x00 through 0x80,
7          inclusive.

8  10.13.7.2.17 PowerParameters2048 Attribute
9

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| LoLatT2PTransition2048 | 2 | 0x1 |
| LoLatTerminationTarget2048 | 2 | 0x1 |
| HiCapT2PTransition2048 | 2 | 0x3 |
| HiCapTerminationTarget2048 | 2 | 0x3 |
| T2PLoLatPreTransition2048 | 8 | 0x4D |
| T2PLoLatPostTransition2048 | 8 | 0x34 |
| T2PHiCapPreTransition2048 | 8 | 0x34 |
| T2PHiCapPostTransition2048 | 8 | 0x34 |

10  Length            Length of the complex attribute in octets. The access network shall
11                    set this field to the length of the complex attribute excluding the
12                    Length field.

13  AttributeID       The sender shall set this field to 0x000b.

14  ValueID           The sender shall set this field to an identifier assigned to this
15                    complex value.

16  LoLatT2PTransition2048

17                    The sender shall set this field to one less than the number of sub-
18                    frames for which the receiver shall use the pre-transition T2P values
19                    and the number of sub-frames after which the receiver shall use the
20                    post-transition T2P values when transmitting a Reverse Traffic
21                    Channel packet with packet size of 2048 bits using the Low Latency
22                    mode. The sender shall specify this field as a 2-bit value in units of

MAC Layer                                                      TIA-856-B

sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget2048

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 2,048 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition2048

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 2048 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget2048

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 2048 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition2048

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2,048-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition2048

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2048-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition2048

The sender shall set this field to the Data Channel power relative to

TIA-856-B                                                                          MAC Layer

the Pilot Channel power when transmitting a 2048-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition2048

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 2048-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.18 PowerParameters3072 Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| LoLatT2PTransition3072 | 2 | 0x1 |
| LoLatTerminationTarget3072 | 2 | 0x1 |
| HiCapT2PTransition3072 | 2 | 0x3 |
| HiCapTerminationTarget3072 | 2 | 0x3 |
| T2PLoLatPreTransition3072 | 8 | 0x4D |
| T2PLoLatPostTransition3072 | 8 | 0x39 |
| T2PHiCapPreTransition3072 | 8 | 0x39 |
| T2PHiCapPostTransition3072 | 8 | 0x39 |

Length                         Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                    The sender shall set this field to 0x000c.

ValueID                        The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition3072

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values

and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 3072 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**LoLatTerminationTarget3072**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 3072 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapT2PTransition3072**

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 3072 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**HiCapTerminationTarget3072**

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 3072 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

**T2PLoLatPreTransition3072**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

**T2PLoLatPostTransition3072**

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender

TIA-856-B                                                                 MAC Layer

shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition3072

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition3072

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 3072-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.19 PowerParameters4096 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| LoLatT2PTransition4096 | 2 | 0x1 |
| LoLatTerminationTarget4096 | 2 | 0x1 |
| HiCapT2PTransition4096 | 2 | 0x3 |
| HiCapTerminationTarget4096 | 2 | 0x3 |
| T2PLoLatPreTransition4096 | 8 | 0x52 |
| T2PLoLatPostTransition4096 | 8 | 0x3E |
| T2PHiCapPreTransition4096 | 8 | 0x3E |
| T2PHiCapPostTransition4096 | 8 | 0x3E |

Length                        Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                   The sender shall set this field to 0x000d.

MAC Layer                                                                 TIA-856-B

ValueID            The sender shall set this field to an identifier assigned to this
                   complex value.

LoLatT2PTransition4096

                   The sender shall set this field to one less than the number of sub-
                   frames for which the receiver shall use the pre-transition T2P values
                   and the number of sub-frames after which the receiver shall use the
                   post-transition T2P values when transmitting a Reverse Traffic
                   Channel packet with packet size of 4096 bits using the Low Latency
                   mode. The sender shall specify this field as a 2-bit value in units of
                   sub-frames. The receiver shall support all valid values specified by
                   this field.

LoLatTerminationTarget4096

                   The sender shall set this field to one less than the expected number
                   of sub-frames needed to achieve the target Physical Layer erasure
                   rate for a Reverse Traffic Channel packet with packet size of 4096
                   bits transmitted using the Low Latency Mode. The sender shall
                   specify this field as a 2-bit value in units of sub-frames. The receiver
                   shall support all valid values specified by this field.

HiCapT2PTransition4096

                   The sender shall set this field to one less than the number of sub-
                   frames for which the receiver shall use the pre-transition T2P values
                   and the number of sub-frames after which the receiver shall use the
                   post-transition T2P values when transmitting a Reverse Traffic
                   Channel packet with packet size of 4096 bits using the High Capacity
                   mode. The sender shall specify this field as a 2-bit value in units of
                   sub-frames. The receiver shall support all valid values specified by
                   this field.

HiCapTerminationTarget4096

                   The sender shall set this field to one less than the expected number
                   of sub-frames needed to achieve the target Physical Layer erasure
                   rate for a Reverse Traffic Channel packet with packet size of 4096
                   bits transmitted using the High Capacity Mode. The sender shall
                   specify this field as a 2-bit value in units of sub-frames. The receiver
                   shall support all valid values specified by this field.

T2PLoLatPreTransition4096

                   The sender shall set this field to the Data Channel power relative to
                   the Pilot Channel power when transmitting a 4096-bit payload using
                   the Low Latency mode prior to the T2P transition. The sender shall
                   specify this field as an 8-bit number in units of 0.25 dB. The sender
                   shall set this field to a value in the range 0x00 through 0x80,
                   inclusive.

T2PLoLatPostTransition4096

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition4096

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition4096

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 4096-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.20 PowerParameters6144 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| LoLatT2PTransition6144 | 2 | 0x1 |
| LoLatTerminationTarget6144 | 2 | 0x1 |
| HiCapT2PTransition6144 | 2 | 0x3 |
| HiCapTerminationTarget6144 | 2 | 0x3 |
| T2PLoLatPreTransition6144 | 8 | 0x57 |
| T2PLoLatPostTransition6144 | 8 | 0x44 |
| T2PHiCapPreTransition6144 | 8 | 0x44 |
| T2PHiCapPostTransition6144 | 8 | 0x44 |

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x000e.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition6144
                  The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 6144 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget6144
                  The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 6,144 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

TIA-856-B                                                              MAC Layer

HiCapT2PTransition6144

> The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 6144 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget6144

> The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 6144 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition6144

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition6144

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition6144

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition6144

> The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 6144-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The

sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.21 PowerParameters8192 Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| LoLatT2PTransition8192 | 2 | 0x1 |
| LoLatTerminationTarget8192 | 2 | 0x1 |
| HiCapT2PTransition8192 | 2 | 0x3 |
| HiCapTerminationTarget8192 | 2 | 0x3 |
| T2PLoLatPreTransition8192 | 8 | 0x5D |
| T2PLoLatPostTransition8192 | 8 | 0x4A |
| T2PHiCapPreTransition8192 | 8 | 0x4A |
| T2PHiCapPostTransition8192 | 8 | 0x4A |

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x000f.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

LoLatT2PTransition8192

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 8192 bits using the Low Latency mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

LoLatTerminationTarget8192

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 8192

TIA-856-B                                                                                   MAC Layer

bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition8192

The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 8192 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget8192

The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 8192 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition8192

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition8192

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition8192

The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting an 8192-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

1    T2PHiCapPostTransition8192

2                       The sender shall set this field to the Data Channel power relative to
3                       the Pilot Channel power when transmitting an 8192-bit payload
4                       using the High Capacity mode following the T2P transition. The
5                       sender shall specify this field as an 8-bit number in units of 0.25 dB.
6                       The sender shall set this field to a value in the range 0x00 through
7                       0x80, inclusive.

8    10.13.7.2.22 PowerParameters12288 Attribute

9

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| LoLatT2PTransition12288 | 2 | 0x1 |
| LoLatTerminationTarget12288 | 2 | 0x1 |
| HiCapT2PTransition12288 | 2 | 0x3 |
| HiCapTerminationTarget12288 | 2 | 0x3 |
| T2PLoLatPreTransition12288 | 8 | 0x69 |
| T2PLoLatPostTransition12288 | 8 | 0x55 |
| T2PHiCapPreTransition12288 | 8 | 0x55 |
| T2PHiCapPostTransition12288 | 8 | 0x55 |

10   Length              Length of the complex attribute in octets. The access network shall
11                       set this field to the length of the complex attribute excluding the
12                       Length field.

13   AttributeID         The sender shall set this field to 0x0010.

14   ValueID             The sender shall set this field to an identifier assigned to this
15                       complex value.

16   LoLatT2PTransition12288

17                       The sender shall set this field to one less than the number of sub-
18                       frames for which the receiver shall use the pre-transition T2P values
19                       and the number of sub-frames after which the receiver shall use the
20                       post-transition T2P values when transmitting a Reverse Traffic
21                       Channel packet with packet size of 12288 bits using the Low Latency
22                       mode. The sender shall specify this field as a 2-bit value in units of
23                       sub-frames. The receiver shall support all valid values specified by
24                       this field.

TIA-856-B                                                                                          MAC Layer

LoLatTerminationTarget12288

        The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 12228 bits transmitted using the Low Latency Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapT2PTransition12288

        The sender shall set this field to one less than the number of sub-frames for which the receiver shall use the pre-transition T2P values and the number of sub-frames after which the receiver shall use the post-transition T2P values when transmitting a Reverse Traffic Channel packet with packet size of 12288 bits using the High Capacity mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

HiCapTerminationTarget12288

        The sender shall set this field to one less than the expected number of sub-frames needed to achieve the target Physical Layer erasure rate for a Reverse Traffic Channel packet with packet size of 12288 bits transmitted using the High Capacity Mode. The sender shall specify this field as a 2-bit value in units of sub-frames. The receiver shall support all valid values specified by this field.

T2PLoLatPreTransition12288

        The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12288-bit payload using the Low Latency mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PLoLatPostTransition12288

        The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12288-bit payload using the Low Latency mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPreTransition12288

        The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12288-bit payload using the High Capacity mode prior to the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The

sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

T2PHiCapPostTransition12288

        The sender shall set this field to the Data Channel power relative to the Pilot Channel power when transmitting a 12,288-bit payload using the High Capacity mode following the T2P transition. The sender shall specify this field as an 8-bit number in units of 0.25 dB. The sender shall set this field to a value in the range 0x00 through 0x80, inclusive.

10.13.7.2.23 RequestParameters Attribute

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| ReqRatio | 4 | 0x0 |
| MaxReqInterval | 4 | 0x0 |

Length         Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID         The sender shall set this field to 0x0011.

ValueID         The sender shall set this field to an identifier assigned to this complex value.

ReqRatio         The sender shall set this field to the maximum permitted ratio of the request bits to traffic bits. The sender shall specify this field as a 4-bit value in units of 0.005 for a range of 0…0.075, inclusive. The receiver shall support all valid values specified by this field.

MaxReqInterval         The sender shall set this field to the maximum time duration that the access terminal shall wait to transmit Request packet once it has transmitted a Request packet. The sender shall specify this field as a 4-bit number in units of frames and has a range of 1…15 frames, inclusive. A value of 0 will disable Request packet transmission due to any fixed interval. The sender shall support all valid values specified by this field.

TIA-856-B                                                                                              MAC Layer

10.13.7.2.24 RRIChannelPowerParameters Attribute

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| RRIChannelGainPreTransition0 | 4 | 0x0 |
| RRIChannelGainPostTransition0 | 4 | 0xA |
| RRIChannelGainPreTransition1 | 4 | 0x0 |
| RRIChannelGainPostTransition1 | 4 | 0xA |
| RRIChannelGainPreTransition2 | 4 | 0xA |
| RRIChannelGainPostTransition2 | 4 | 0xA |
| RRIChannelGainPreTransition3 | 4 | 0xA |
| Reserved | 4 | N/A |

Length                          Length of the complex attribute in octets. The access network shall
                                set this field to the length of the complex attribute excluding the
                                Length field.

AttributeID                     The access network shall set this field to 0x0012.

ValueID                         The access network shall set this field to an identifier assigned to this
                                complex value.

RRIChannelGainPreTransition0
                                The sender shall set this field to the RRI Channel Gain for sub-
                                packets transmitted prior to the T2P transition for a T2P transition
                                value of 1 sub-frame. The sender shall specify this field as a 2's
                                complement 4-bit number in units of 1dB. The receiver shall support
                                all valid values specified by this field.

RRIChannelGainPostTransition0
                                The sender shall set this field to the RRI Channel Gain for sub-
                                packets transmitted following the T2P transition for a T2P transition
                                value of 1 sub-frame. The sender shall specify this field as a 2's
                                complement 4-bit number in units of 1dB. The receiver shall support
                                all valid values specified by this field.

RRIChannelGainPreTransition1

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 2 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

RRIChannelGainPostTransition1

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted following the T2P transition for a T2P transition value of 2 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

RRIChannelGainPreTransition2

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 3 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

RRIChannelGainPostTransition2

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted following the T2P transition for a T2P transition value of 3 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field.

RRIChannelGainPreTransition3

> The sender shall set this field to the RRI Channel Gain for sub-packets transmitted prior to the T2P transition for a T2P transition value of 4 sub-frames. The sender shall specify this field as a 2's complement 4-bit number in units of 1dB. The receiver shall support all valid values specified by this field. The access terminal also uses this value to set the gain of the RRI channel when no packet is being transmitted on the Reverse Traffic Channel.

Reserved

> The access network shall set this field to '0000'. The access terminal shall ignore this field.

10.13.7.2.25 T2PInflowRangeConfig*XX* Attribute

*XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax} - 1$, inclusive..

TIA-856-B                                                                    MAC Layer

| Field | Length(bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|-------|:------------:|:-----------------------:|:-----------------------:|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following record:

| | | | |
|-------|:------------:|:-----------------------:|:-----------------------:|
| ValueID | 8 | N/A | N/A |
| T2PInflowmin | 8 | 0x07 | 0x10 |
| T2PInflowmax | 8 | 0x78 | 0x2b |

Length            Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID       The sender shall set this field to 0x15*XX*, where *XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax}$ −1, inclusive.

ValueID           The sender shall set this field to an identifier assigned to this complex value.

T2PInflowmin      The sender shall set this field to the minimum T2P inflow that the receiver is to use to determine the T2P allocation for MAC configuration *XX*. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The receiver shall support all valid values specified by this field.

T2PInflowmax      The sender shall set this field to the maximum T2P inflow that the receiver is to use to determine the T2P allocation for MAC configuration *XX*. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The receiver shall support all valid values specified by this field.

10.13.7.2.26 T2PTransitionFunctionConfig*XX* Attribute

*XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax}$ −1, inclusive.

| Field | Length(bits) | Default for *NN* > 0x00 | Default for *NN* = 0x00 |
|---|---|---|---|
| Length | 8 | N/A | N/A |
| AttributeID | 16 | N/A | N/A |

One or more occurrences of the following attribute value record:

{

| | | | |
|---|---|---|---|
| ValueID | 8 | N/A | N/A |
| NumT2PAxisValues | 4 | 0x03 | 0x01 |
| NumFRABAxisValues | 3 | 0x03 | 0x00 |

NumT2PAxisValues + 1 occurrences of the following field:

| | | | |
|---|---|---|---|
| T2PAxis | 8 | See Table 10.13.7.2.26-1 | See Table 10.13.7.2.26-5 |

NumFRABAxisValues + 1 occurrences of the following field:

| | | | |
|---|---|---|---|
| FRABAxis | 4 | See Table 10.13.7.2.26-2 | See Table 10.13.7.2.26-6 |

(NumT2PAxisValues + 1) × (NumFRABAxisValues + 1) of the following two fields:

| | | | |
|---|---|---|---|
| T2PUpT2PAxisFRABAxis | 8 | See Table 10.13.7.2.26-3 | See Table 10.13.7.2.26-7 |
| T2PDnT2PAxisFRABAxis | 8 | See Table 10.13.7.2.26-4 | See Table 10.13.7.2.26-8 |

| | | | |
|---|---|---|---|
| Reserved | 0-7 (as needed) | N/A | N/A |

}

Length                          Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                     The sender shall set this field to 0x16*XX*, where *XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax} - 1$, inclusive.

ValueID                         The sender shall set this field to an identifier assigned to this complex value.

NumT2PAxisValues                The sender shall set this field to the number of values specified on the T2P axis minus 1. The sender shall specify this field as an 4-bit value. The receiver shall support all valid values specified by this field.

NumFRABAxisValues   The sender shall set this field to the number of values specified on the FRAB axis minus 1. The sender shall specify this field as a 3-bit value. The receiver shall support all valid values specified by this field.

T2PAxis   The sender shall set this field to values that define the T2P axis. The sender shall specify this field as an 8-bit value in units of 0.25 dB. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

FRABAxis   The sender shall set this field to values that define the FRAB axis. The sender shall specify this field as a 4-bit 2's complement value in the range -1...7/8, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

T2PUpT2PAxisFRABAxis

The sender shall set this field to the value of the function T2PUp of the associated MAC configuration at [T2PAxis, FRABAxis]. The sender shall set the data in the following order:  T2PUp( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The receiver shall use the value of this field to compute ΔT2PInflow. The sender shall specify this field as an 8-bit 2's complement in units of 0.25 dB. The receiver shall support all valid values specified by this field.

T2PDnT2PAxisFRABAxis

The sender shall set this field to the value of the function T2PDn of the associated MAC configuration at [T2PAxis, FRABAxis]. The sender shall set the data in the following order:  T2PDn( ) is specified for all the FRABaxis values, then cycled through for each T2PAxis value. The receiver shall use the value of this field to compute ΔT2PInflow. The sender shall specify this field as an 8-bit 2's complement in units of 0.25 dB. The receiver shall support all valid values specified by this field.

Reserved   The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to zero. The receiver shall ignore this field.

MAC Layer                                                                    TIA-856-B

1

**Table 10.13.7.2.26-1. T2PAxis Default Values**

| Field | Default for *NN* > 0x00 |
|-------|-------------------------|
| T2PAxis00 | 0x00 |
| T2PAxis01 | 0x22 |
| T2PAxis02 | 0x47 |
| T2PAxis03 | 0x5a |

2

**Table 10.13.7.2.26-2. FRABAxis Default Values**

| Field | Default for *NN* > 0x00 |
|-------|-------------------------|
| FRABAxis0 | 0x8 |
| FRABAxis1 | 0xb |
| FRABAxis2 | 0xe |
| FRABAxis3 | 0x7 |

3

TIA-856-B                                                                                   MAC Layer

1

**Table 10.13.7.2.26-3. T2PUpT2PAxis*TT*FRABAxis*F* Default Values**

| Field | Default for *NN* > 0x00 |
|-------|-------------------------|
| T2PUpT2PAxis00FRABAxis0 | 0x1d |
| T2PUpT2PAxis00FRABAxis1 | 0x0a |
| T2PUpT2PAxis00FRABAxis2 | 0xfe |
| T2PUpT2PAxis00FRABAxis3 | 0xfe |
| T2PUpT2PAxis01FRABAxis0 | 0xfb |
| T2PUpT2PAxis01FRABAxis1 | 0xe8 |
| T2PUpT2PAxis01FRABAxis2 | 0xdc |
| T2PUpT2PAxis01FRABAxis3 | 0xdc |
| T2PUpT2PAxis02FRABAxis0 | 0xfb |
| T2PUpT2PAxis02FRABAxis1 | 0xe8 |
| T2PUpT2PAxis02FRABAxis2 | 0xdc |
| T2PUpT2PAxis02FRABAxis3 | 0xdc |
| T2PUpT2PAxis03FRABAxis0 | 0x18 |
| T2PUpT2PAxis03FRABAxis1 | 0x05 |
| T2PUpT2PAxis03FRABAxis2 | 0xf9 |
| T2PUpT2PAxis03FRABAxis3 | 0xf9 |

2

MAC Layer                                                                 TIA-856-B

**Table 10.13.7.2.26-4. T2PDnT2PAxis*TT*FRABAxis*F* Default Values**

| Field | Default for $NN$ > 0x00 |
|---|---|
| T2PDnT2PAxis00FRABAxis0 | 0xe9 |
| T2PDnT2PAxis00FRABAxis1 | 0xe2 |
| T2PDnT2PAxis00FRABAxis2 | 0xd6 |
| T2PDnT2PAxis00FRABAxis3 | 0xd6 |
| T2PDnT2PAxis01FRABAxis0 | 0xe9 |
| T2PDnT2PAxis01FRABAxis1 | 0xe2 |
| T2PDnT2PAxis01FRABAxis2 | 0xd6 |
| T2PDnT2PAxis01FRABAxis3 | 0xd6 |
| T2PDnT2PAxis02FRABAxis0 | 0x0e |
| T2PDnT2PAxis02FRABAxis1 | 0x07 |
| T2PDnT2PAxis02FRABAxis2 | 0xfb |
| T2PDnT2PAxis02FRABAxis3 | 0xfb |
| T2PDnT2PAxis03FRABAxis0 | 0x2d |
| T2PDnT2PAxis03FRABAxis1 | 0x26 |
| T2PDnT2PAxis03FRABAxis2 | 0x1a |
| T2PDnT2PAxis03FRABAxis3 | 0x1a |

**Table 10.13.7.2.26-5. T2PAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|---|---|
| T2PAxis00 | 0x10 |
| T2PAxis01 | 0x2b |

**Table 10.13.7.2.26-6. FRABAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|---|---|
| FRABAxis0 | 0x0 |

**Table 10.13.7.2.26-7. T2PUpT2PAxisFRABAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|---|---|
| T2PUpT2PAxis00FRABAxis0 | 0xf4 |
| T2PUpT2PAxis01FRABAxis0 | 0xbc |

**Table 10.13.7.2.26-8. T2PDnT2PAxisFRABAxis Default Values**

| Field | Default for $NN$ = 0x00 |
|---|---|
| T2PDnT2PAxis00FRABAxis0 | 0xd8 |
| T2PDnT2PAxis01FRABAxis0 | 0xd8 |

10.13.7.2.27 TxT2PmaxConfig*XX* Attribute

*XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax} - 1$, inclusive.

| Field | Length(bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following attribute value record:

{

| Field | Length(bits) | Default |
|---|---|---|
| ValueID | 8 | N/A |
| NumPilotStrengthAxisValues | 3 | 0x2 |

NumPilotStrengthAxisValues occurrences of the following two fields:

{

| Field | Length(bits) | Default |
|---|---|---|
| PilotStrengthAxis | 6 | See Table 10.13.7.2.27-1 |
| TxT2PmaxPilotStrengthAxis | 7 | See Table 10.13.7.2.27-2 |

}

| Field | Length(bits) | Default |
|---|---|---|
| Reserved | 0 – 7 (as needed) | N/A |

}

Length                    Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

MAC Layer                                                                TIA-856-B

AttributeID      The access network shall set this field to 0x1c*XX*, where *XX* is the two-digit hexadecimal number that identifies the attribute configuration index in the range 0x00 through $N_{RTCMPMACConfigsMax} -1$, inclusive.

ValueID          The sender shall set this field to an identifier assigned to this complex value.

NumPilotStrengthAxisValues

                 The sender shall set this field to the number of occurrences of PilotStrengthAxis field in this record. The sender shall not set this field to zero.

PilotStrengthAxis  The sender shall set this field to the values that define the PilotStrength axis. The sender shall specify this field as a 6-bit value in units of −0.25 dB in the range 0 dB to −15.75 dB, inclusive. The values specified shall be monotonically increasing. The receiver shall support all valid values specified by this field.

TxT2PmaxPilotStrengthAxis

                 The sender shall set this field to the maximum TxT2P that the access terminal is allowed to transmit if the filtered serving sector PilotStrength equals corresponding PilotStrengthAxis value. The sender may set this field to 0 to indicate a value of -∞ dB. Otherwise, the sender shall specify this field as a 7-bit value expressed in units of 0.5 dB. The access terminal shall support all valid values specified by this field.

Reserved         The sender shall add reserved bits to make the length of each attribute value record an integer number of octets. The sender shall set these bits to '0'. The receiver shall ignore this field.

TIA-856-B                                                                                              MAC Layer

**Table 10.13.7.2.27-1. PilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| PilotStrengthAxis0 | 0x28 |
| PilotStrengthAxis1 | 0x14 |

**Table 10.13.7.2.27-2. TxT2PmaxPilotStrengthAxis Default Values**

| Field | Default |
|---|---|
| TxT2PmaxPilotStrengthAxis 0 | 0x18 |
| TxT2PmaxPilotStrengthAxis 1 | 0x36 |

10.13.7.2.28 MaxMACFlows Attribute

| Field | Length (bits) | Default |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| MaxNumMACFlows | 8 | ***0x04*** |
| MaxNumActiveMACFlows | 8 | ***0x04*** |

Length                      Length of the complex attribute in octets. The sender shall set this
                            field to the length of the complex attribute excluding the Length field.

AttributeID                 The sender shall set this field to 0x0014.

ValueID                     The sender shall set this field to an identifier assigned to this
                            complex value.

MaxNumMACFlows              The sender shall set this field to indicate the maximum total number
                            of activated and deactivated MAC flows supported. The value shall be
                            in the range of 0x04 to 0x10, inclusive

MaxNumActiveMACFlows
                            The sender shall set this field to indicate the maximum number of
                            active MAC flows supported. The value shall be in the range of 0x04
                            to MaxNumMACFlows, inclusive.

1    10.13.8 Protocol Numeric Constants

2

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{RTCMPType}$ | Type field for this protocol | Table 2.5.4-1 |
| $N_{S4RTCMP}$ | Subtype field for this protocol | 0x0004 |
| $N_{RTCMPMACCarrierMax}$ | Maximum total number of Reverse CDMA Channels | 16 |
| $N_{RTCMPMACConfigsMax}$ | Maximum total number of attribute configurations | 16 |
| $T_{RTCMPATSetup}$ | Maximum time for the access terminal to transmit the Reverse Traffic Channel in the Setup State | 1.5 seconds |
| $T_{RTCMPANSetup}$ | Maximum time for the access network to acquire the Reverse Traffic Channel and send a notification to the access terminal. | 1 second |

3    10.13.9 Session State Information

4    The Session State Information record (see 14.8) consists of parameter records.

5    This protocol defines the following parameter record in addition to the configuration
6    attributes for this protocol.

7    10.13.9.1 LongCodeMask Parameter

8    The following parameter shall be included in the Session State Information record only if
9    the Session State Information is being transferred while the connection is open.

10    **Table 10.13.9.1-1.The Format of the Parameter Record for the LongCodeMask**
11    **Parameter**

| Field | Length (bits) |
|-------|---------------|
| ParameterType | 8 |
| Length | 8 |
| MIRTCMAC | 42 |
| MQRTCMAC | 42 |
| Reserved | 4 |

12    ParameterType          This field shall be set to 0x01 for this parameter record.

13    Length                 This field shall be set to the length of this parameter record in units
14                           of octets excluding the Length field.

15    MIRTCMAC               This field shall be set to the value of the reverse traffic channel in-
16                           phase long code mask associated with the access terminal's session.

MQRTCMAC          This field shall be set to the value of the reverse traffic channel quadrature-phase long code mask associated with the access terminal's session.

Reserved          This field shall be set to zero.

**11 DEFAULT (SUBTYPE 0) AND SUBTYPE 1 PHYSICAL LAYER PROTOCOL**

**11.1 Default (Subtype 0) and Subtype 1 Physical Layer Protocol Instance**

11.1.1 Overview

This chapter contains the specification for the Default (Subtype 0) Physical Layer Protocol and the Subtype 1 Physical Layer Protocol.

11.1.2 Primitives and Public Data

11.1.2.1 Commands

This protocol does not define any commands.

11.1.2.2 Return Indications

This protocol returns the following indication:

- *ForwardTrafficCompleted*

11.1.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- SoftRAB for every sector in the access terminal's active set if the access terminal has negotiated Subtype 2 Reverse Traffic Channel MAC protocol.

11.1.3 Protocol Data Unit

The transmission unit of this protocol is the Physical Layer packet. Each Physical Layer packet contains one or more MAC Layer packets.

11.1.4 Protocol Initialization

11.1.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

11.1.4.2 Protocol Initialization for the InUse Protocol Instance of the Subtype 1 Physical Layer Protocol

Upon creation, the InUse instance of this protocol in the access terminal and the access network shall perform the following:

- The value of the attributes for this protocol instance shall be set to the default values specified for each attribute.

11.1.5 Procedures and Messages for the InConfiguration Instance of the Protocol

11.1.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

11.1.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

    – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

    – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    – The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    – The InConfiguration protocol instance shall become the InUse protocol instance for this Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

11.1.5.3 Message Formats

11.1.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x50.

TransactionID        The    sender    shall    increment    this    value    for    each    new
                     ConfigurationRequest message sent.

AttributeRecord      The format of this record is specified in **14.3**.

| Channels | | FTC      RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| **Addressing** | | Unicast | | **Priority** | 40 |

11.1.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x51.

TransactionID        The sender shall set this value to the TransactionID field of the
                     corresponding ConfigurationRequest message.

AttributeRecord      An attribute record containing a single attribute value. If this
                     message selects a complex attribute, only the ValueID field of the
                     complex attribute shall be included in the message. The format of the
                     AttributeRecord is given in **14.3**. The sender shall not include more
                     than one attribute record with the same attribute identifier.

1

| **Channels** | FTC    RTC |
|---|---|
| **Addressing** | Unicast |

| **SLP** | Reliable |
|---|---|
| **Priority** | 40 |

2

3   11.1.6 Procedures and Messages for the InUse Instance of the Protocol

4   11.1.6.1 Procedures

5   Procedures for the InUse Instance of the protocol are described in 0, 11.3, and 11.4.

6   11.1.6.2 Message Formats

7   These protocols do not define any message formats.

8   11.1.6.3 Interface to Other Protocols

9   11.1.6.3.1 Commands

10   These protocols do not issue any commands.

11   11.1.6.3.2 Indications

12   These protocols do not register to receive any indications

13   11.1.7 Configuration Attributes

14   No configuration attributes are defined for these protocols.

15   11.1.8 Protocol Numeric Constants

16   11.1.8.1 Protocol Numeric Constants for the Default (Subtype 0) Physical Layer Protocol

17

| Constant | Meaning | Value |
|---|---|---|
| $N_{PHYPType}$ | Type field for this protocol | **Table 2.5.4-1** |
| $N_{PHYPDefault}$ | Subtype field for this protocol | 0x0000 |

18   11.1.8.2 Protocol Numeric Constants for the Subtype 1 Physical Layer Protocol

19

| Constant | Meaning | Value |
|---|---|---|
| $N_{PHYPType}$ | Type field for this protocol | **Table 2.5.4-1** |
| $N_{S1PHYP}$ | Subtype field for this protocol | 0x0001 |

20

### 11.1.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see 14.8).

**11.2 Physical Layer Packets**

11.2.1 Overview

The transmission unit of the physical layer is a physical layer packet. A physical layer packet can be of length 256, 512, 1024, 2048, 3072, or 4096 bits. The format of the physical layer packet depends upon the channel on which it is transmitted. A physical layer packet carries one or more MAC layer packets.

11.2.2 Physical Layer Packet Formats

11.2.2.1 Control Channel Physical Layer Packet Format

The length of a Control Channel physical layer packet shall be 1,024 bits. Each Control Channel physical layer packet shall carry one Control Channel MAC layer packet. Control Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 1,002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet    -    MAC layer packet from the Control Channel MAC protocol.

FCS    -    Frame check sequence (see 11.2.4).

TAIL    -    Encoder tail bits. This field shall be set to all '0's.

Figure 11.2.2.1-1 illustrates the format of the Control Channel physical layer packets.



**Figure 11.2.2.1-1. Physical Layer Packet Format for the Control Channel**

11.2.2.2 Access Channel Physical Layer Packet Format

The length of an Access Channel physical layer packet of the Default (Subtype 0) Physical Layer Protocol shall be 256 bits. The length of an Access Channel physical layer packet of the Subtype 1 Physical Layer Protocol shall be 256, 512, or 1024 bits. Each Access Channel physical layer packet shall carry one Access Channel MAC layer packet. Access Channel physical layer packets of the Default (Subtype 0) Physical Layer Protocol shall use the following format:

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                TIA-856-B

| Field | Length (bits) |
|-------|---------------|
| MAC Layer Packet | 234 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet - MAC layer packet from the Access Channel MAC protocol.

FCS - Frame check sequence (see 11.2.4).

TAIL - Encoder tail bits. This field shall be set to all '0's.

Access Channel physical layer packets of the Subtype 1 Physical Layer Protocol shall use the following format:

| Field | Length (bits) |
|-------|---------------|
| MAC Layer Packet | 234, 490, or 1002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet - MAC layer packet from the Access Channel MAC protocol.

FCS - Frame check sequence (see 11.2.4).

TAIL - Encoder tail bits. This field shall be set to all '0's.

Figure 11.2.2.2-1 illustrates the format of the Access Channel physical layer packets of the Default (Subtype 0) Physical Layer Protocol and Figure 11.2.2.2-2 illustrates the format of the Access Channel physical layer packets of the Subtype 1 Physical Layer Protocol.



**Figure 11.2.2.2-1. Default (Subtype 0) Physical Layer Protocol Packet Format for the Access Channel**



**Figure 11.2.2.2-2. Subtype 1 Physical Layer Protocol Packet Format for the Access Channel**

TIA-856-B                          Default (Subtype 0) and Subtype 1 Physical Layer Protocol

11.2.2.3 Forward Traffic Channel Physical Layer Packet Format

The length of a Forward Traffic Channel physical layer packet shall be 1024, 2048, 3072, or 4096 bits. A Forward Traffic Channel physical layer packet shall carry 1, 2, 3, or 4 Forward Traffic Channel MAC layer packets depending on the rate of transmission. Forward Traffic Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|

0, 1, 2, or 3 occurrences of the following two fields:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 1,002 |
| PAD | 22 |

One occurrence of the following three fields:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 1,002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet  -  MAC layer packet from the Forward Traffic Channel MAC Protocol.

PAD  -  This field shall be set to all '0's. The receiver shall ignore this field.

FCS  -  Frame check sequence (see 11.2.4).

TAIL  -  Encoder tail bits. This field shall be set to all '0's.

Figure 11.2.2.3-1 illustrates the format of the Forward Traffic Channel physical layer packets.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.2.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel**

11.2.2.4 Reverse Traffic Channel Physical Layer Packet Format

The length of a Reverse Traffic Channel physical layer packet shall be 256, 512, 1024, 2048, or 4096 bits. Each Reverse Traffic Channel physical layer packet shall carry one Reverse Traffic Channel MAC layer packet. Reverse Traffic Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 234, 490, 1002, 2026, or 4074 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet   -   MAC layer packet from the Reverse Traffic Channel MAC Protocol.

FCS   -   Frame check sequence (see 11.2.4).

TAIL   -   Encoder tail bits. This field shall be set to all '0's.

Figure 11.2.2.4-1 illustrates the format of the Reverse Traffic Channel physical layer packets.



**Figure 11.2.2.4-1. Physical Layer Packet Format for the Reverse Traffic Channel**

11.2.3 Bit Transmission Order

Each field of the physical layer packets shall be transmitted in sequence such that the most significant bit (MSB) is transmitted first and the least significant bit (LSB) is transmitted last. The MSB is the left-most bit in the figures of the document.

11.2.4 Computation of the FCS Bits

The FCS computation described here shall be used for computing the FCS field in the Control Channel physical layer packets, the Forward Traffic Channel physical layer packets, the Access Channel physical layer packets, and the Reverse Traffic Channel physical layer packets.

The FCS shall be a CRC calculated using the standard CRC-CCITT generator polynomial:

$$g(x) = x^{16} + x^{12} + x^5 + 1.$$

The FCS shall be equal to the value computed according to the following procedure as shown in Figure 11.2.4-1:

- All shift-register elements shall be initialized to '0's.

- The switches shall be set in the up position.

- The register shall be clocked once for each bit of the physical layer packet except for the FCS and TAIL fields. The physical layer packet shall be read from MSB to LSB.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift-register inputs are '0's.

- The register shall be clocked an additional 16 times for the 16 FCS bits.

- The output bits constitute all fields of the physical layer packets except the TAIL field.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.2.4-1. FCS Computation for the Physical Layer Packet**

**11.3 Access Terminal Requirements**

This section defines requirements specific to access terminal equipment and operation.

11.3.1 Transmitter

11.3.1.1 Frequency Parameters

The access terminal shall meet the requirements in the current version of [15].

11.3.1.1.1 Frequency Tolerance

The access terminal shall meet the requirements in the current version of [5].

11.3.1.2 Power Output Characteristics

All power levels are referenced to the access terminal antenna connector unless otherwise specified.

11.3.1.2.1 Output Power Requirements of Reverse Channels

11.3.1.2.1.1 Access Channel Output Power

When transmitting over the Access Channel, the access terminal transmits Access Probes until the access attempt succeeds or ends.

11.3.1.2.1.2 Reverse Traffic Channel Output Power

When the access terminal is transmitting the Reverse Traffic Channel, the access terminal shall control the mean output power using a combination of closed-loop and open-loop power control (see 11.3.1.2.4 and 11.3.1.4). Throughout 11.3.1.2, the channel formed by multiplexing the RRI Channel onto the Pilot Channel is referred to as the Pilot Channel.

When the access terminal is transmitting the Reverse Traffic Channel, the access terminal transmits the Pilot Channel, the DRC Channel, the ACK Channel when acknowledging received physical layer packets, and the Data Channel when transmitting physical layer packets. These channels shall be transmitted at power levels according to open-loop and closed-loop power control. The transmitted power level of the Data Channel shall be adjusted depending on the selected data rate (see 11.3.1.2.4) and reverse link power control. The traffic data shall be transmitted in the form of physical layer packets (duration 26.66… ms), which may occur either contiguously or sporadically. When the data rate is changed, the access terminal output power, relative to the desired value in steady state, shall be within ±0.5 dB or 20% of the change in dB, whichever is greater. The access terminal output power shall settle to within ±0.5 dB of the steady-state value within 200 µs of the physical layer packet boundary.

11.3.1.2.2 Maximum Output Power

The access terminal shall meet the requirements in the current version of [5].

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

11.3.1.2.3 Output Power Limits

11.3.1.2.3.1 Minimum Controlled Output Power

The access terminal shall meet the requirements in the current version of [5].

11.3.1.2.3.2 Standby Output Power

The access terminal shall disable its transmitter except when it is instructed by a MAC protocol to transmit. When the transmitter is disabled, the output noise power spectral density of the access terminal shall be less than –61 dBm/1 MHz for all frequencies within the transmit bands that the access terminal supports.

11.3.1.2.4 Controlled Output Power

The access terminal shall provide two independent means for output power adjustment: an open-loop estimation performed by the access terminal and a closed-loop correction involving both the access terminal and the access network. Accuracy requirements on the controlled range of mean output power (see 11.3.1.2.5) need not apply for the following three cases:

• Mean output power levels exceeding the minimum ERP/EIRP at the maximum output power for the corresponding access terminal class;

• Mean output power levels less than the minimum controlled output power (see 11.3.1.2.3.1); or

• Mean input power levels exceeding –25 dBm within the 1.23-MHz bandwidth.

11.3.1.2.4.1 Estimated Open-Loop Output Power

Open-loop operation shall be based on the power of the received Forward Pilot Channel (see 11.4.1.3.2.1).

The nominal access probe structure and its transmit power requirements are defined as part of the Access Channel MAC Protocol. The power of the Access Data Channel relative to that of the Pilot Channel shall be as specified in Table 11.3.1.2.4.1-1 in which DataOffsetNom and DataOffset9k6 are public data of the Access Channel MAC Protocol when using the Default (Subtype 0) Physical Layer Protocol. The power of the Access Data Channel relative to that of the Pilot Channel shall be as specified in Table 11.3.1.2.4.1-1 in which DataOffsetNom, DataOffset9k6, DataOffset19k2, and DataOffset38k4 are public data of the Access Channel MAC Protocol when using the Subtype 1 Physical Layer Protocol. The output power of the Pilot Channel during the preamble portion of an access probe shall be increased relative to the nominal Pilot Channel power during the data portion of the probe by an amount such that the total output power of the preamble and data portions of the access probe, if transmitted at 9.6kbps, are the same.

Once instructed by the Reverse Traffic Channel MAC Protocol, the access terminal initiates Reverse Traffic Channel transmission. The initial mean output power of the Pilot Channel of the Reverse Traffic Channel shall be equal to the mean output power of the Pilot Channel at the end of the last Access Channel probe minus the difference in the forward link mean

received signal power from the end of the last Access Channel probe to the start of the Reverse Traffic Channel transmission.

The subsequent mean output power of the Pilot Channel of the total reverse link transmission shall be the mean output power of the Pilot Channel at the end of the last Access Channel probe minus the difference in the forward link mean received signal power from the end of the last Access Channel probe to the current Reverse Traffic Channel transmission, plus closed loop corrections as specified in 11.3.1.2.4.2.

The accuracy of the incremental adjustment to the mean output power, as dictated by the Access Channel MAC Protocol and the Reverse Traffic Channel MAC Protocol, shall be ±0.5 dB or 20% of the change in dB, whichever is greater.

During the transmission of the Reverse Traffic Channel, the determination of the output power needed to support the Data Channel, the DRC Channel, and the ACK Channel is an additional open-loop process performed by the access terminal.

The power of the Data Channel relative to that of the Pilot Channel shall be as specified in Table 11.3.1.2.4.1-1 in which DataOffsetNom, DataOffset9k6, DataOffset19k2, DataOffset38k4, DataOffset76k8, and DataOffset153k6 are public data of the Reverse Traffic Channel MAC Protocol.

**Table 11.3.1.2.4.1-1. Relative Power Levels vs. Data Rate**

| Data Rate (kbps) | Data Channel Gain Relative to Pilot (dB) |
|---|---|
| 0 | $-\infty$ (Data Channel Is Not Transmitted) |
| 9.6 | DataOffsetNom + DataOffset9k6 + 3.75 |
| 19.2 | DataOffsetNom + DataOffset19k2 + 6.75 |
| 38.4 | DataOffsetNom + DataOffset38k4 + 9.75 |
| 76.8 | DataOffsetNom + DataOffset76k8 + 13.25 |
| 153.6 | DataOffsetNom + DataOffset153k6 + 18.5 |

During the transmission of the DRC Channel, the power of the DRC Channel relative to that of the Pilot Channel shall be as specified by DRCChannelGain, where DRCChannelGain is public data of the Forward Traffic Channel MAC Protocol.

During the transmission of the ACK Channel, the power of the ACK Channel relative to that of the Pilot Channel shall be as specified by ACKChannelGain, where ACKChannelGain is public data of the Forward Traffic Channel MAC Protocol.

The access terminal shall maintain the power of the Data Channel, DRC Channel, and ACK Channel, relative to that of the Pilot Channel, to within ±0.25 dB of the specified values.

If the access terminal is unable to transmit at the requested output power level when the maximum Reverse Traffic Channel data rate is 9600 bps, the access terminal shall reduce the power of the DRC Channel and the ACK Channel accordingly. The maximum power reduction for the DRC Channel corresponds to gating off the DRC Channel. The maximum

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                                    TIA-856-B

power reduction for the ACK Channel corresponds to gating off the ACK Channel. If the ACK Channel is active, the ACK Channel power reduction shall occur only after the DRC Channel has been gated off. The access terminal shall perform the power reduction within one slot of determining that the access terminal is unable to transmit at the requested output power level.

## 11.3.1.2.4.2 Closed-Loop Output Power

For closed-loop correction (with respect to the open-loop estimate), the access terminal shall adjust the mean output power level of the Pilot Channel in response to each power-control bit received on the Reverse Power Control (RPC) Channel. The nominal change in mean output power level of the Pilot Channel per single power-control bit shall be set according to the RPCStep, which is public data of the Reverse Traffic Channel MAC Protocol.

For the 1.0 dB step size, the change in mean output power level per power-control bit shall be within ±0.5 dB of the nominal value (1 dB), and the change in mean output power level per 10 power-control bits of the same sign shall be within ±2.0 dB of 10 times the nominal change (10 dB). For the 0.5 dB step size, the change in mean output power level per power-control bit shall be within ±0.3 dB of the nominal value (0.5 dB), and the change in mean output power level per 20 power-control bits of the same sign shall be within ±2.5 dB of 20 times the nominal change (10 dB). A '0' power-control bit requires the access terminal to increase transmit power, and a '1' power-control bit requires the access terminal to decrease transmit power. The access terminal shall provide a closed-loop adjustment range greater than ±24 dB around its open-loop estimate.

See 11.3.1.4 for combining power-control bits received from different multipath components or from different sectors during handoff.

## 11.3.1.2.5 Power Transition Characteristics

## 11.3.1.2.5.1 Open-Loop Estimation

Following a step change in mean input power, $\Delta P_{in}$, the mean output power of the access terminal shall transition to its final value in a direction opposite in sign to $\Delta P_{in}$, with magnitude contained between the mask limits defined by[130]:

- Upper Limit:

For $0 < t < 24$ ms: max $[1.2 \times |\Delta P_{in}| \times (t/24), |\Delta P_{in}| \times (t/24) + 2.0 \text{ dB}] + 1.5 \text{ dB}$

For $t \geq 24$ ms: max $[1.2 \times |\Delta P_{in}|, |\Delta P_{in}| + 0.5 \text{ dB}] + 1.5 \text{ dB}$

- Lower Limit:

For $t > 0$: max $[0.8 \times |\Delta P_{in}| \times [1 - e^{(1.66...-t)/36}] - 2.0 \text{ dB}, 0] - 1 \text{ dB}$

where "t" is expressed in units of milliseconds and $\Delta P_{in}$ is expressed in units of dB.

---

[130] The mask limits allow for the effect of alternating closed-loop power-control bits.

TIA-856-B                          Default (Subtype 0) and Subtype 1 Physical Layer Protocol

These limits shall apply to a step change $\Delta P_{in}$ of ±20 dB or less. The absolute value of the change in mean output power due to open-loop power control shall be a monotonically increasing function of time. If the change in mean output power consists of discrete increments, no single increment shall exceed 1.2 dB.

11.3.1.2.5.2 Closed-Loop Correction

Following the reception of a closed-loop power-control bit, the mean output power of the access terminal shall be within 0.3 dB and 0.15 dB of the final value in less than 500 μs for step sizes of 1.0 dB and 0.5 dB, respectively.

11.3.1.3 Modulation Characteristics

11.3.1.3.1 Reverse Channel Structure

The Reverse Channel consists of the Access Channel and the Reverse Traffic Channel. The Access Channel shall consist of a Pilot Channel and a Data Channel. The Reverse Traffic Channel shall consist of a Pilot Channel, a Reverse Rate Indicator (RRI) Channel, a Data Rate Control (DRC) Channel, an Acknowledgment (ACK) Channel, and a Data Channel. The RRI Channel is used to indicate the data rate of the Data Channel being transmitted on the Reverse Traffic Channel. The DRC Channel is used by the access terminal to indicate to the access network the requested Forward Traffic Channel data rate and the selected serving sector on the Forward Channel. The ACK Channel is used by the access terminal to inform the access network whether or not the physical layer packet transmitted on the Forward Traffic Channel has been received successfully.

The structure of the reverse link channels for the Access Channel shall be as shown in Figure 11.3.1.3.1-1 for the Default (Subtype 0) Physical Layer Protocol and Figure 11.3.1.3.1-2 for the Subtype 1 Physical Layer Protocol, and the structure of the reverse link channels for the Reverse Traffic Channel shall be as shown in Figure 11.3.1.3.1-3 and Figure 11.3.1.3.1-4. For the Reverse Traffic Channel, the encoded RRI Channel symbols shall be time-division multiplexed with the Pilot Channel. This time-division-multiplexed channel is still referred to as the Pilot Channel. For the Access Channel, the RRI symbols shall not be transmitted and the Pilot Channel shall not be time-division multiplexed. The Pilot Channel, the DRC Channel, the ACK Channel, and the Data Channel shall be orthogonally spread by Walsh functions of length 4, 8, or 16 (see 11.3.1.3.6). Each Reverse Traffic Channel shall be identified by a distinct user long code. The Access Channel for each sector shall be identified by a distinct Access Channel long code.

The Reverse Traffic Channel frame shall be 26.66... ms in duration. The zero offset frame boundary shall be aligned to the rollover of the short PN codes (see 11.3.1.3.7.1). Each Reverse Traffic Channel frame shall consist of 16 slots, with each slot 1.66... ms in duration. Each slot contains 2048 PN chips.

When the access terminal is transmitting a Reverse Traffic Channel, it shall continuously transmit the Pilot Channel and the RRI Channel. These channels shall be time-division multiplexed, and shall be transmitted on Walsh channel $W_0^{16}$. When the DRC Channel is active (see 11.3.1.3.2.5), it shall be transmitted for full slot durations on Walsh channel

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

$W_8^{16}$. The access terminal shall transmit an ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble directed to the access terminal. Otherwise, the ACK Channel shall be gated off. When the ACK Channel bit is transmitted, it shall be transmitted on the first half slot on Walsh channel $W_4^8$.

For the Reverse Traffic Channel, the encoded RRI symbols shall be time-division multiplexed with the Pilot Channel, and the encoded RRI symbols shall be allocated the first 256 chips of every slot as shown in Figure 11.3.1.3.1-5.

Figure 11.3.1.3.1-6 and Figure 11.3.1.3.1-7 give examples of the ACK Channel operation for a 153.6 kbps Forward Traffic Channel. The 153.6 kbps Forward Traffic Channel physical layer packets use four slots, and these slots are transmitted with a three-slot interval between them, as shown in the figures. The slots from other physical layer packets are interlaced in the three intervening slots.

Figure 11.3.1.3.1-6 shows the case of a normal physical layer packet termination. In this case, the access terminal transmits NAK responses on the ACK Channel after the first three slots of the physical layer packet are received indicating that it was unable to correctly receive the Forward Traffic Channel physical layer packet after only one, two, or three of the nominal four slots. An ACK or NAK is also transmitted after the last slot is received, as shown.

Figure 11.3.1.3.1-7 shows the case where the Forward Traffic Channel physical layer packet transmission is terminated early. In this example, the access terminal transmits an ACK response on the ACK Channel after the third slot is received indicating that it has correctly received the physical layer packet. When the access network receives such an ACK response, it does not transmit the remaining slots of the physical layer packet. Instead, it may begin the transmission of any subsequent physical layer packets.

When the access terminal has received all slots of a physical layer packet or has transmitted a positive ACK response, the physical layer shall return a *ForwardTrafficCompleted* indication.



**Figure 11.3.1.3.1-1. Default (Subtype 0) Physical Layer Protocol Reverse Channel Structure for the Access Channel**

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.3.1.3.1-2. Subtype 1 Physical Layer Protocol Reverse Channel Structure for the Access Channel**



**Figure 11.3.1.3.1-3. Reverse Channel Structure for the Reverse Traffic Channel (Part 1 of 2)**

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.3.1.3.1-4. Reverse Channel Structure for the Reverse Traffic Channel (Part 2 of 2)**



**Figure 11.3.1.3.1-5. Pilot Channel and RRI Channel TDM Allocations for the Reverse Traffic Channel**

TIA-856-B                              Default (Subtype 0) and Subtype 1 Physical Layer Protocol



**Figure 11.3.1.3.1-6. Multislot Physical Layer Packet with Normal Termination**



**Figure 11.3.1.3.1-7. Multislot Physical Layer Packet with Early Termination**

11.3.1.3.1.1 Modulation Parameters

The modulation parameters for the Access Channel and the Reverse Traffic Channel shall
be as specified in Table 11.3.1.3.1.1-1.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

**Table 11.3.1.3.1.1-1. Modulation Parameters for the Access Channel and the Reverse Traffic Channel**

| Parameter | Data Rate (kbps) | | | | |
|---|---|---|---|---|---|
| | **9.6** | **19.2** | **38.4** | **76.8** | **153.6** |
| Reverse Rate Index | 1 | 2 | 3 | 4 | 5 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 | 2,048 | 4,096 |
| Physical Layer Packet Duration (ms) | 26.66... | 26.66... | 26.66... | 26.66... | 26.66... |
| Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | 1/2 |
| Code Symbols per Physical Layer Packet | 1,024 | 2,048 | 4,096 | 8,192 | 8,192 |
| Code Symbol Rate (ksps) | 38.4 | 76.8 | 153.6 | 307.2 | 307.2 |
| Interleaved Packet Repeats | 8 | 4 | 2 | 1 | 1 |
| Modulation Symbol Rate (ksps) | 307.2 | 307.2 | 307.2 | 307.2 | 307.2 |
| Modulation Type | BPSK | BPSK | BPSK | BPSK | BPSK |
| PN Chips per Physical Layer Packet Bit | 128 | 64 | 32 | 16 | 8 |

11.3.1.3.1.2 Data Rates

The access terminal shall transmit information on the Access Channel at a fixed data rate of 9.6 kbps if using the Default (Subtype 0) Physical Layer Protocol.

The access terminal shall transmit information on the Access Channel at a variable data rate of 9.6, 19.2, or 38.4 kbps, according to the Access Channel MAC Protocol if using the Subtype 1 Physical Layer Protocol.

The access terminal shall transmit information on the Reverse Traffic Channel at a variable data rate of 9.6, 19.2, 38.4, 76.8, or 153.6 kbps, according to the Reverse Traffic Channel MAC Protocol.

11.3.1.3.2 Access Channel

The Access Channel is used by the access terminal to initiate communication with the access network or to respond to an access terminal directed message. The Access Channel

consists of a Pilot Channel and a Data Channel as shown in Figure 11.3.1.3.2-1 and Figure 11.3.1.3.2-2.

An access probe shall consist of a preamble followed by one or more Access Channel physical layer packets. During the preamble transmission, only the Pilot Channel shall be transmitted. During the Access Channel physical layer packet transmission, both the Pilot Channel and the Data Channel shall be transmitted. The output power of the Pilot Channel during the preamble portion of an access probe is higher than it is during the data portion of the probe. The output power of the preamble is independent of the data rate and is set equal to that of the data portion transmitted at 9.6 kbps as shown in Figure 11.3.1.3.2-1 and Figure 11.3.1.3.2-2.

The preamble length is specified by the parameter PreambleLength in frames or the parameter PreambleLengthSlots in slots both of which are  public data from the Access Channel MAC Protocol. The Access Channel physical layer packets of the Default (Subtype 0) Physical Layer Protocol are transmitted at a fixed data rate of 9.6 kbps. The Access Channel physical layer packets of the Subtype 1 Physical Layer Protocol are transmitted at data rates of 9.6, 19.2, or 38.4 kbps.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.3.1.3.2-1. Example of an Access Probe Transmitted at 9.6 kbps (Subtype 0 Physical Layer Protocol)**



**Figure 11.3.1.3.2-2. Example of an Access Probe Transmitted at 9.6 kbps (Subtype 1 Physical Layer Protocol)**



**Figure 11.3.1.3.2-3. Example of an Access Probe Transmitted at a Data Rate of 19.2 or 38.4 kbps**

**11.3.1.3.2.1 Pilot Channel**

The access terminal shall transmit unmodulated symbols with a binary value of '0' on the Pilot Channel. The Pilot Channel shall be transmitted continuously during Access Channel transmission. It is transmitted on the I channel using the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

**11.3.1.3.2.2 Data Channel**

One or more Access Channel physical layer packets shall be transmitted on the Data Channel during every access probe. The Access Channel physical layer packets of the Default (Subtype 0) Physical Layer Protocol are transmitted at a fixed data rate of 9.6 kbps on the Q-branch using the 4-chip Walsh function number 2 ($W_2^4$ = + + − −). The Access Channel physical layer packets of the Subtype 1 Physical Layer Protocol are transmitted at a fixed data rate of 9.6, 19.2, or 38.4 kbps on the Q-branch using the 4-chip Walsh function number 2 ($W_2^4$ = + + − −). The Access Channel physical layer packets of the Default (Subtype 0) Physical Layer Protocol shall be preceded by a preamble of PreambleLength frames where only the Pilot Channel is transmitted. The Access Channel physical layer packets of the Subtype 1 Physical Layer Protocol shall be preceded by a preamble of PreambleLength frames or PreambleLengthSlots slots where only the Pilot Channel is transmitted. The PreambleLength parameter and the PreambleLengthSlots parameter are public data from the Access Channel MAC Protocol.Reverse Traffic Channel

The Reverse Traffic Channel is used by the access terminal to transmit user-specific traffic or signaling information to the access network. The Reverse Traffic Channel consists of a Pilot Channel, an RRI Channel, a DRC Channel, an ACK Channel, and a Data Channel.

The access terminal shall support transmission of information on the Data Channel of the Reverse Traffic Channel at data rates of 9.6, 19.2, 38.4, 76.8, and 153.6 kbps. The data rate used on the Data Channel is specified by the Reverse Traffic Channel MAC Protocol.

The gain of the Data Channel relative to that of the Pilot Channel for the Reverse Traffic Channel depends on the data rate as shown in Table 11.3.1.2.4.1-1.

### 11.3.1.3.2.3 Pilot Channel

The access terminal shall transmit unmodulated symbols with a binary value of '0' on the Pilot Channel. The transmission of the Pilot Channel and the RRI Channel shall be time multiplexed on the same Walsh channel as shown in Figure 11.3.1.3.1-3. The Pilot Channel and the RRI Channel shall be transmitted at the same power. It is transmitted on the I channel using the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

### 11.3.1.3.2.4 Reverse Rate Indicator Channel

The RRI Channel is used by the access terminal to indicate the data rate at which the Data Channel is transmitted. The data rate is represented by a three-bit RRI symbol at the rate of one three-bit symbol per 16-slot physical layer packet. Each RRI symbol shall be encoded into a seven-bit codeword by a simplex encoder as specified in Table 11.3.1.3.2.4-1. Then, each codeword shall be repeated 37 times and the last three symbols shall be disregarded (i.e., punctured), as shown in Figure 11.3.1.3.1-3. The resulting 256 binary symbols per physical layer packet shall be time-division multiplexed with the Pilot Channel symbols and span the same time interval as the corresponding physical layer packet. The time-division-multiplexed Pilot and RRI Channel sequence is spread with the 16-chip Walsh function $W_0^{16}$ producing 256 RRI chips per slot. The RRI chips shall be time-division multiplexed into the first 256 chips of every slot as shown in Figure 11.3.1.3.1-5. When no physical layer packet is transmitted on the Reverse Traffic Channel, the access terminal shall transmit the zero data rate RRI codeword on the RRI Channel, as specified in Table 11.3.1.3.2.4-1. The Pilot Channel and the RRI Channel is transmitted on the I-branch.

**Table 11.3.1.3.2.4-1. RRI Symbol and Simplex Encoder Assignments**

| Data Rate (kbps) | RRI Symbol | RRI Codeword |
|:---:|:---:|:---:|
| 0 | 000 | 0000000 |
| 9.6 | 001 | 1010101 |
| 19.2 | 010 | 0110011 |
| 38.4 | 011 | 1100110 |
| 76.8 | 100 | 0001111 |
| 153.6 | 101 | 1011010 |
| Reserved | 110 | 0111100 |
| Reserved | 111 | 1101001 |

1   11.3.1.3.2.5 Data Rate Control Channel

2   The DRC Channel is used by the access terminal to indicate to the access network the
3   selected serving sector and the requested data rate on the Forward Traffic Channel. The
4   requested Forward Traffic Channel data rate is mapped into a four-bit DRC value as
5   specified by the Forward Traffic Channel MAC Protocol. An eight-ary Walsh function
6   corresponding to the selected serving sector is used to spread the DRC Channel
7   transmission. The cover mapping is defined by the public data DRCCover from the Forward
8   Traffic Channel MAC Protocol.

9   The DRC values shall be transmitted at a data rate of 600/DRCLength DRC values per
10  second, where DRCLength is public data from the Forward Traffic Channel MAC Protocol.
11  When DRCLength is greater than one, the DRC value and DRCCover inputs in Figure
12  11.3.1.3.1-3 are repeated for DRCLength consecutive slots as specified in the Forward
13  Traffic Channel MAC Protocol.

14  The DRC values shall be block encoded to yield eight-bit bi-orthogonal codewords, as
15  specified in Table 11.3.1.3.2.5-1. Each DRC codeword shall be transmitted twice per slot.
16  Each bit of a repeated codeword shall be spread by an eight-ary Walsh function $W_i^8$ as
17  defined in Table 11.3.1.3.2.5-2, where i equals DRCCover. Each Walsh chip of the eight-ary
18  Walsh function is further spread by the Walsh function $W_8^{16}$. Each DRC value shall be
19  transmitted over DRCLength slots when the DRC Channel is continuously transmitted.

20  The access terminal may support gated DRC transmissions. For an access terminal that
21  supports gated DRC transmissions, it shall gate its DRC transmissions if the value of the
22  DRCGating attribute equals 1, where DRCGating is public data from the Forward Traffic
23  Channel MAC Protocol. When the DRC transmissions are gated, each DRC symbol shall be
24  transmitted over only one of every DRCLength slots as specified in the Forward Traffic
25  Channel MAC Protocol. Slots where the DRC Channel is not gated off are called active slots.

26  The DRC Channel is transmitted on the Q-branch as shown in Figure 11.3.1.3.1-3 and
27  Figure 11.3.1.3.1-4.

28  The timing of the Forward Traffic Channel transmission corresponding to a DRC symbol
29  shall be as specified by the Forward Traffic Channel MAC Protocol. The transmission of
30  DRC symbols shall start at the mid-slot point. The timing for the Default Forward Traffic
31  Channel MAC Protocol for nongated and gated transmission are shown in Figure
32  11.3.1.3.2.5-1 and Figure 11.3.1.3.2.5-2, respectively.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

1

**Table 11.3.1.3.2.5-1. DRC Bi-Orthogonal Encoding**

| DRC Value | Codeword |
|-----------|----------|
| 0x0 | 00000000 |
| 0x1 | 11111111 |
| 0x2 | 01010101 |
| 0x3 | 10101010 |
| 0x4 | 00110011 |
| 0x5 | 11001100 |
| 0x6 | 01100110 |
| 0x7 | 10011001 |
| 0x8 | 00001111 |
| 0x9 | 11110000 |
| 0xA | 01011010 |
| 0xB | 10100101 |
| 0xC | 00111100 |
| 0xD | 11000011 |
| 0xE | 01101001 |
| 0xF | 10010110 |

2

3

**Table 11.3.1.3.2.5-2. 8-ary Walsh Functions**

| | |
|---|---|
| $W_0^8$ | 0000 0000 |
| $W_1^8$ | 0101 0101 |
| $W_2^8$ | 0011 0011 |
| $W_3^8$ | 0110 0110 |
| $W_4^8$ | 0000 1111 |
| $W_5^8$ | 0101 1010 |
| $W_6^8$ | 0011 1100 |
| $W_7^8$ | 0110 1001 |

4

TIA-856-B                                Default (Subtype 0) and Subtype 1 Physical Layer Protocol



**Figure 11.3.1.3.2.5-1. DRC Timing for Nongated Transmission**

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.3.1.3.2.5-2. DRC Timing for Gated Transmission**

## 11.3.1.3.2.6 ACK Channel

The ACK Channel is used by the access terminal to inform the access network whether a physical layer packet transmitted on the Forward Traffic Channel has been received successfully or not. The access terminal shall transmit an ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble directed to the access terminal. The access terminal shall transmit at most one redundant positive ACK in response to a Forward Traffic Channel slot that is detected as a continuation of the physical layer packet that has been successfully received. Otherwise, the ACK Channel shall be gated off.

The ACK Channel shall be BPSK modulated. A '0' bit (ACK) shall be transmitted on the ACK Channel if a Forward Traffic Channel physical layer packet has been successfully received; otherwise, a '1' bit (NAK) shall be transmitted. A Forward Traffic Channel physical layer packet is considered successfully received if the FCS checks. For a Forward Traffic Channel physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 3 on the Reverse Channel (see Figure 11.3.1.3.1-6 and Figure 11.3.1.3.1-7). The ACK Channel transmission shall be transmitted in the first half of the slot and shall last for 1024 PN chips as shown in Figure 11.3.1.3.1-6 and Figure 11.3.1.3.1-7. The ACK Channel uses the Walsh channel identified by the Walsh function $W_4^8$ and shall be transmitted on the I-branch.

## 11.3.1.3.2.7 Data Channel

The Data Channel shall be transmitted at the data rates given in Table 11.3.1.3.3.1-1. Data transmissions shall only begin at slot FrameOffset within a frame. The FrameOffset

TIA-856-B                                Default (Subtype 0) and Subtype 1 Physical Layer Protocol

parameter is public data of the Reverse Traffic Channel MAC Protocol. All data transmitted on the Reverse Traffic Channel is encoded, block interleaved, sequence repeated, and orthogonally spread by Walsh function $W_2^4$.

11.3.1.3.3 Encoding

11.3.1.3.3.1 Reverse Link Encoder Structure and Parameters

The Reverse Traffic Channel and Access Channel physical layer packets shall be encoded with the encoder parameters as specified in Table 11.3.1.3.3.1-1. First, the encoder shall discard the six bits of the TAIL field in the physical layer packet inputs (i.e., it shall discard the last six bits in the input physical layer packets). Then, it shall encode the remaining bits with a turbo encoder, as specified in 11.3.1.3.3.2. The turbo encoder shall add an internally generated tail.

The encoder parameters shall be as specified in Table 11.3.1.3.3.1-1.

**Table 11.3.1.3.3.1-1. Parameters for the Reverse Link Encoder**

| Data Rate (kbps) | 9.6 | 19.2 | 38.4 | 76.8 | 153.6 |
|---|---|---|---|---|---|
| Reverse Rate Index | 1 | 2 | 3 | 4 | 5 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 | 2,048 | 4,096 |
| Number of Turbo Encoder Input Symbols | 250 | 506 | 1,018 | 2,042 | 4,090 |
| Turbo Encoder Code Rate | 1/4 | 1/4 | 1/4 | 1/4 | 1/2 |
| Encoder Output Block Length (Code Symbols) | 1,024 | 2,048 | 4,096 | 8,192 | 8,192 |

11.3.1.3.3.2 Turbo Encoding

The turbo encoder encodes the input data and adds an output tail sequence. If the total number of input bits is $N_{turbo}$, the turbo encoder generates $N_{turbo}/R$ encoded data output symbols followed by $6/R$ tail output symbols, where R is the code rate of 1/2 or 1/4. The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder.

The two recursive convolutional codes are called the constituent codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the ($N_{turbo}$ + 6)/R output symbols.

1  11.3.1.3.3.2.1 Turbo Encoders

2  A common constituent code shall be used for the turbo codes of rate 1/2 and 1/4. The
3  transfer function for the constituent code shall be

$$G(D) \;=\; \left[\; 1 \quad \frac{n_0(D)}{d(D)} \quad \frac{n_1(D)}{d(D)} \;\right]$$

5  where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

6  The turbo encoder shall generate an output symbol sequence that is identical to the one
7  generated by the encoder shown in Figure 11.3.1.3.3.2.2-1. Initially, the states of the
8  constituent encoder registers in this figure are set to zero. Then, the constituent encoders
9  are clocked with the switches in the positions noted.

10  The encoded data output symbols are generated by clocking the constituent encoders
11  $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified
12  in Table 11.3.1.3.3.2.2-1. Within a puncturing pattern, a '0' means that the symbol shall be
13  deleted and a '1' means that the symbol shall be passed onwards. The constituent encoder
14  outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X
15  output first. Symbol repetition is not used in generating the encoded data output symbols.

16  11.3.1.3.3.2.2 Turbo Code Termination

17  The turbo encoder shall generate 6/R tail output symbols following the encoded data
18  output symbols. This tail output symbol sequence shall be identical to the one generated
19  by the encoder shown in Figure 11.3.1.3.3.2.2-1. The tail output symbols are generated
20  after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up
21  position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1
22  three times with its switch in the down position while Constituent Encoder 2 is not clocked
23  and puncturing and repeating the resulting constituent encoder output symbols. The last
24  3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with
25  its switch in the down position while Constituent Encoder 1 is not clocked and puncturing
26  and repeating the resulting constituent encoder output symbols. The constituent encoder
27  outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X
28  output first.

29  The constituent encoder output symbol puncturing and symbol repetition shall be as
30  specified in Table 11.3.1.3.3.2.2-2. Within a puncturing pattern, a '0' means that the
31  symbol shall be deleted and a '1' means that the symbol shall be passed onwards. For rate-
32  1/2 turbo codes, the tail output symbols for each of the first three tail bit periods shall be
33  $XY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'Y'_0$.
34  For rate-1/4 turbo codes, the tail output symbols for each of the first three tail bit periods
35  shall be $XXY_0Y_1$, and the tail output symbols for each of the last three tail bit periods shall
36  be $X'X'Y'_0Y'_1$.

TIA-856-B                              Default (Subtype 0) and Subtype 1 Physical Layer Protocol



**Figure 11.3.1.3.3.2.2-1. Turbo Encoder**

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

**Table 11.3.1.3.3.2.2-1. Puncturing Patterns for the Data Bit Periods**

|  | Code Rate | |
|---|---|---|
| **Output** | **1/2** | **1/4** |
| X | 11 | 11 |
| $Y_0$ | 10 | 11 |
| $Y_1$ | 00 | 10 |
| X′ | 00 | 00 |
| $Y'_0$ | 01 | 01 |
| $Y'_1$ | 00 | 11 |

Note: For each rate, the puncturing table shall be read first from
top to bottom and then from left to right.

**Table 11.3.1.3.3.2.2-2. Puncturing Patterns for the Tail Bit Periods**

|  | Code Rate | |
|---|---|---|
| **Output** | **1/2** | **1/4** |
| X | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 |
| X′ | 000 111 | 000 111 |
| $Y'_0$ | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 111 |

Note: For rate-1/2 turbo codes, the puncturing table shall be
read first from top to bottom and then from left to right. For rate-
1/4 turbo codes, the puncturing table shall be read first from top
to bottom repeating X and X′, and then from left to right.

11.3.1.3.3.2.3 Turbo Interleavers

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo
encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire
sequence of turbo interleaver input bits are written sequentially into an array at a sequence
of addresses, and then the entire sequence is read out from a sequence of addresses that
are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 11.3.1.3.3.2.3-1 and described below.[131]

1.  Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 11.3.1.3.3.2.3-1 gives this parameter for the different physical layer packet sizes.

2.  Initialize an (n + 5)-bit counter to 0.

3.  Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4.  Obtain the n-bit output of the table lookup defined in Table 11.3.1.3.3.2.3-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5.  Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6.  Bit-reverse the five LSBs of the counter.

7.  Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8.  Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9.  Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 11.3.1.3.3.2.3-1. Turbo Interleaver Output Address Calculation Procedure**

---

[131] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is x(i + 1) = (x(i) + c) mod $2^n$, where x(0) = c and c is a row-specific value from a table lookup.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

1

**Table 11.3.1.3.3.2.3-1. Turbo Interleaver Parameter**

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|:---:|:---:|:---:|
| 256 | 250 | 3 |
| 512 | 506 | 4 |
| 1,024 | 1,018 | 5 |
| 2,048 | 2,042 | 6 |
| 4,096 | 4,090 | 7 |

2

**Table 11.3.1.3.3.2.3-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 3 Entries | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries |
|---|---|---|---|---|---|
| 0 | 1 | 5 | 27 | 3 | 15 |
| 1 | 1 | 15 | 3 | 27 | 127 |
| 2 | 3 | 5 | 1 | 15 | 89 |
| 3 | 5 | 15 | 15 | 13 | 1 |
| 4 | 1 | 1 | 13 | 29 | 31 |
| 5 | 5 | 9 | 17 | 5 | 15 |
| 6 | 1 | 9 | 23 | 1 | 61 |
| 7 | 5 | 15 | 13 | 31 | 47 |
| 8 | 3 | 13 | 9 | 3 | 127 |
| 9 | 5 | 15 | 3 | 9 | 17 |
| 10 | 3 | 7 | 15 | 15 | 119 |
| 11 | 5 | 11 | 3 | 31 | 15 |
| 12 | 3 | 15 | 13 | 17 | 57 |
| 13 | 5 | 3 | 1 | 5 | 123 |
| 14 | 5 | 15 | 13 | 39 | 95 |
| 15 | 1 | 5 | 29 | 1 | 5 |
| 16 | 3 | 13 | 21 | 19 | 85 |
| 17 | 5 | 15 | 19 | 27 | 17 |
| 18 | 3 | 9 | 1 | 15 | 55 |
| 19 | 5 | 3 | 3 | 13 | 57 |
| 20 | 3 | 1 | 29 | 45 | 15 |
| 21 | 5 | 3 | 17 | 5 | 41 |
| 22 | 5 | 15 | 25 | 33 | 93 |
| 23 | 5 | 1 | 29 | 15 | 87 |
| 24 | 1 | 13 | 9 | 13 | 63 |
| 25 | 5 | 1 | 13 | 9 | 15 |
| 26 | 1 | 9 | 23 | 15 | 13 |
| 27 | 5 | 15 | 13 | 31 | 15 |
| 28 | 3 | 11 | 13 | 17 | 81 |
| 29 | 5 | 3 | 1 | 5 | 57 |
| 30 | 5 | 15 | 13 | 15 | 31 |
| 31 | 3 | 5 | 13 | 33 | 69 |

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

11.3.1.3.4 Channel Interleaving

The sequence of binary symbols at the output of the encoder shall be interleaved with a bit-reversal channel interleaver.

The bit-reversal channel interleaver shall be functionally equivalent to an approach where the entire sequence of symbols to be interleaved is written into a linear sequential array with addresses from 0 to $2^L - 1$ and they are read out from a sequence of addresses based on the procedure described below.

- The sequence of array addresses from which the interleaved symbols are read out is generated by a bit-reversal address generator.

- The $i^{th}$ interleaved symbol is read out from the array element at address $A_i$ that satisfies:

$$A_i = \text{Bit\_Reversal}(i, L)$$

  where i = 0 to $2^L - 1$ and Bit_Reversal(y, L) indicates the bit-reversed L-bit value of y such that if i is expressed in the binary form of $i = b_{L-1}b_{L-2}...b_1b_0$, where $b_k = 0$ or 1, $b_0$ is the LSB and $b_{L-1}$ is the MSB, $A_i = b_0b_1...b_{L-2}b_{L-1}$.

- The bit-reversal interleaving process is completed when all of the symbols in the entire linear array are read out.

Figure 11.3.1.3.4-1 illustrates the procedure for generating the channel interleaver output address.



**Figure 11.3.1.3.4-1. Channel Interleaver Address Generation**

11.3.1.3.5 Sequence Repetition

If the data rate is lower than 76.8 kbps, the sequence of interleaved code symbols shall be repeated before being modulated. The number of repeats varies for each data rate and shall

be as specified in Table 11.3.1.3.1.1-1. The repetition shall be functionally equivalent to sequentially reading out all the symbols from the interleaver memory as many times as necessary to achieve the fixed 307.2-ksps modulation symbol rate.

### 11.3.1.3.6 Orthogonal Covers

The Pilot Channel, consisting of the time-division-multiplexed Pilot and RRI Channels, the DRC Channel, the ACK Channel, and the Data Channel shall be spread with Walsh functions, also called Walsh covers, at a fixed chip rate of 1.2288 Mcps. Walsh function time alignment shall be such that the first Walsh chip begins at a slot boundary referenced to the access terminal transmission time.

The Walsh cover assignments are shown in Figure 11.3.1.3.1-1, and Figure 11.3.1.3.1-2, and Figure 11.3.1.3.1-3. The Pilot Channel shall be covered by the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +). The DRC Channel shall be covered by the 16-chip Walsh function number 8 ($W_8^{16}$ = + + + + + + + + − − − − − − − −). The ACK Channel shall be covered by the 8-chip Walsh function number 4 ($W_4^8$ = + + + + − − − −). The Data Channel shall be covered by the 4-chip Walsh function number 2 ($W_2^4$ = + + − −).

### 11.3.1.3.7 Quadrature Spreading

Following the orthogonal spreading, the ACK, DRC, and Data Channel chip sequences shall be scaled by a factor that gives the gain of each of these channels relative to that of the Pilot Channel. The relative gain values for the ACK and DRC Channels are specified by the parameters ACKChannelGain and DRCChannelGain which are public data of the Forward Traffic Channel MAC Protocol. For the Reverse Traffic Channel, the relative gain of the Data Channel is specified by parameters that are public data of the Reverse Traffic Channel MAC Protocol as described in 11.3.1.2.4.1. For the Access Channel, the relative gain of the Data Channel is specified by parameters that are public data of the Access Channel MAC Protocol as described in 11.3.1.2.4.1.

After the scaling, the Pilot and scaled ACK, DRC, and Data Channel sequences are combined to form resultant I-Channel and Q-Channel sequences, and these sequences are quadrature spread as shown in Figure 11.3.1.3.1-1, Figure 11.3.1.3.1-2, and Figure 11.3.1.3.1-4. The quadrature spreading shall occur at the chip rate of 1.2288 Mcps, and it shall be used for the Reverse Traffic Channel and the Access Channel. The Pilot and scaled ACK Channel sequences shall be added to form the resultant I-Channel sequence, and the scaled DRC and Data Channel sequences shall be added to form the resultant Q-Channel sequence. The quadrature spreading operation shall be equivalent to a complex multiply operation of the resultant I-Channel and resultant Q-Channel sequences by the $PN_I$ and $PN_Q$ PN sequences, as shown in Figure 11.3.1.3.1-1, Figure 11.3.1.3.1-2, and Figure 11.3.1.3.1-4.

The I and Q PN sequences, $PN_I$ and $PN_Q$, shall be obtained from the long-code PN sequences, $U_I$ and $U_Q$, and the access terminal common short PN sequences, $P_I$ and $P_Q$. The binary long-code PN sequence and short PN sequence values of '0' and '1' shall be mapped into values of +1 and −1, respectively.

The bipolar $PN_I$ sequence values shall be equivalent to those obtained by multiplying the bipolar $P_I$ values by the bipolar $U_I$ values.

The bipolar $PN_Q$ sequence values shall be equivalent to those obtained with the following procedure:

1. Multiply the bipolar $P_Q$ values by the bipolar $U_Q$ values.

2. Decimate the sequence of values obtained in Step 1 by a factor of two. That is, the decimator provides an output that is constant for two consecutive chips by deleting every other input value and repeating the previous input value in place of the deleted value. The retained values shall align with the first chip of a slot.

3. Multiply pairs of decimator output symbols by the Walsh cover sequence (+ –). That is, pass the first value of every pair unchanged and multiply the second value of every pair by –1.

4. Multiply the sequence obtained in Step 3 by the bipolar $PN_I$ sequence.

11.3.1.3.7.1 Access Terminal Common Short-Code PN Sequences

The access terminal common short-code PN sequences shall be the zero-offset I and Q PN sequences with a period of $2^{15}$ chips, and they shall be based on the following characteristic polynomials, respectively:

$$P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1$$

(for the in-phase (I) sequence)

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1$$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the above are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$$I(n) = I(n-15) \oplus I(n-10) \oplus I(n-8) \oplus I(n-7) \oplus I(n-6) \oplus I(n-2)$$

(based on $P_I(x)$ as the characteristic polynomial)

and

$$Q(n) = Q(n-15) \oplus Q(n-12) \oplus Q(n-11) \oplus Q(n-10) \oplus Q(n-9) \oplus$$
$$Q(n-5) \oplus Q(n-4) \oplus Q(n-3)$$

(based on $P_Q(x)$ as the characteristic polynomial),

where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order to obtain the I and Q common short-code PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period). Therefore, the short-code PN sequences have one run of 15 consecutive '0' outputs instead of 14. The initial state of the access terminal common short-code PN sequences, both I and Q, shall be that state in which the output of the short-code PN sequence generator is the '1' following the 15 consecutive '0' outputs.

TIA-856-B                                    Default (Subtype 0) and Subtype 1 Physical Layer Protocol

1  The chip rate for the access terminal common short-code PN sequence shall be 1.2288
2  Mcps. The short-code PN sequence period is $32768/1228800 = 26.666...$ ms, and exactly
3  75 PN sequences repetitions occur every 2 seconds.

4  The access terminal shall align the I and Q short-code PN sequences such that the first
5  chip on every even-second mark as referenced to the transmit time reference (see 11.3.1.7)
6  is the '1' after the 15 consecutive '0's (see Figure 1.14-1).

7  11.3.1.3.7.2 Long Codes

8  The in-phase and quadrature-phase long codes, $U_I$ and $U_Q$, shall be generated from a
9  sequence, called the long-code generating sequence, by using two different masks. The
10  long-code generating sequence shall satisfy the linear recursion specified by the following
11  characteristic polynomial:

12  $$p(x) = x^{42} + x^{35} + x^{33} + x^{31} + x^{27} + x^{26} + x^{25} + x^{22} + x^{21} + x^{19} +$$
13  $$x^{18} + x^{17} + x^{16} + x^{10} + x^7 + x^6 + x^5 + x^3 + x^2 + x + 1.$$

14  The long codes, $U_I$ and $U_Q$, shall be generated by a modulo-2 inner product of the 42-bit
15  state vector of the sequence generator and two 42-bit masks, MI and MQ, respectively, as
16  shown in Figure 11.3.1.3.7.2-1. The masks MI and MQ vary depending on the channel on
17  which the access terminal is transmitting.

18  For transmission on the Access Channel, MI and MQ shall be set to $MI_{ACMAC}$ and
19  $MQ_{ACMAC}$ (given as public data of the Access Channel MAC Protocol), respectively, and the
20  long-code sequences are referred to as the access long codes.

21  For transmission on the Reverse Traffic Channel, MI and MQ shall be set to $MI_{RTCMAC}$ and
22  $MQ_{RTCMAC}$ (given as public data of the Reverse Traffic Channel MAC Protocol),
23  respectively, and the long-code sequences are referred to as the user long codes.

24  The long code generator shall be reloaded with the hexa-decimal value 0x24B91BFD3A8 at
25  the beginning of every period of the short codes. Thus, the long codes are periodic with a
26  period of $2^{15}$ PN chips.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.3.1.3.7.2-1. Long Code Generators**

1   11.3.1.3.7.3 Baseband Filtering

2   Following the quadrature spreading operation, the I' and Q' impulses are applied to the
3   inputs of the I and Q baseband filters as shown in Figure 11.3.1.3.1-1, Figure 11.3.1.3.1-2,
4   and Figure 11.3.1.3.1-4. The baseband filters shall have a frequency response S(f) that
5   satisfies the limits given in Figure 11.3.1.3.7.3-1. Specifically, the normalized frequency
6   response of the filter shall be contained within $\pm\delta_1$ in the passband $0 \leq f \leq f_p$ and shall be
7   less than or equal to $-\delta_2$ in the stopband $f \geq f_s$. The numerical values for the parameters
8   are $\delta_1$ = 1.5 dB, $\delta_2$ = 40 dB, $f_p$ = 590 kHz, and $f_s$ = 740 kHz.



9

10                **Figure 11.3.1.3.7.3-1. Baseband Filter Frequency Response Limits**

11  The impulse response of the baseband filter, s(t), should satisfy the following equation:

12  $$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_s - \tau) - h(k)]^2 \leq 0.03,$$

13  where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$
14  is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the
15  coefficients h(k), for k < 48, are given in Table 11.3.1.3.7.3-1; h(k) = 0 for k $\geq$ 48. Note that
16  h(k) equals h(47 − k).

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

**Table 11.3.1.3.7.3-1. Baseband Filter Coefficients**

| k | h(k) |
|---|---|
| 0, 47 | –0.025288315 |
| 1, 46 | –0.034167931 |
| 2, 45 | –0.035752323 |
| 3, 44 | –0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | –0.021998074 |
| 10, 37 | –0.060716277 |
| 11, 36 | –0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | –0.012839661 |
| 17, 30 | –0.143477028 |
| 18, 29 | –0.211829088 |
| 19, 28 | –0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

**11.3.1.4 Closed-Loop Power-Control Operation**

Once the connection is established, the access network continuously transmits '0' (up) or '1' (down) RPC bits to the access terminal, based on measurements of the reverse link signal quality. If the received quality is above the target threshold, a '1' bit is transmitted. If the received quality is below the target threshold, a '0' bit is transmitted.

If the access terminal did not transmit on the Reverse Traffic Channel in slot n, then it shall ignore the received RPC bit in slot n + 1. Otherwise, the access terminal shall adjust its output power by a discrete amount in the direction indicated by the RPC bit after the

TIA-856-B                                    Default (Subtype 0) and Subtype 1 Physical Layer Protocol

RPC bit is received as specified in 11.3.1.2.4.2 and 11.3.1.2.5.2. The RPC bit is considered received after the 64-chip MAC burst following the second pilot burst of a slot which contains an RPC bit as shown in Figure 11.4.1.3.1-2.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same RPC bit. In each slot containing power-control bits, the access terminal should provide diversity combining of the identical RPC Channels and shall obtain at most one power-control bit from each set of identical RPC Channels. The access terminal shall increase its output power if all the resulting RPC bits are '0' ("up"). If any resulting RPC bit is '1' ("down"), the access terminal shall decrease its output power as specified in 11.3.1.2.4.2.

11.3.1.5 Reception of the DRCLock Channel

Once the connection is established, the access network continuously transmits '0' or '1' DRCLock bits to the access terminal on the DRCLock Channel. The access terminal shall process the DRCLock bits received on the DRCLock Channel as specified by the Forward Traffic Channel MAC protocol.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same DRCLock bit. In each slot containing a DRCLock bit, the access terminal should provide diversity combining of the identical DRCLock Channels and shall obtain at most one DRCLock bit from each set of identical DRCLock Channels.

11.3.1.6 Reception of the Reverse Activity Channel

Once the connection is established, the access terminal shall process the RA bit for each sector in its active set along with the RAChannelGain public data of the Reverse Traffic Channel MAC protocol, to generate the log-likelihood ratio $LLR_{rab}$ if the access terminal has negotiated subtype 2 Reverse Traffic Channel MAC protocol.

If the access terminal has negotiated subtype 2 Reverse Traffic Channel MAC protocol, the access terminal shall map the log-likelihood ratio (LLR) of the RA bit demodulation, $LLR_{rab}$ for each sector in the access terminal's active set from a range of $[-\infty, +\infty]$ to a range of $[-1, +1]$ to generate SoftRAB for each sector in the access terminal's active set using the following function:

$$SoftRAB = 0.4 \times LLR_{rab}, \; -2.5 \leq LLR_{rab} \leq 2.5$$

$$SoftRAB = +1, \; LLR_{rab} > 2.5$$

$$SoftRAB = -1, \; LLR_{rab} < -2.5$$

where $-1 \leq SoftRAB \leq 1$ and SoftRAB is a real valued input for the Reverse Traffic Channel MAC Protocol.

11.3.1.7 Synchronization and Timing

The nominal relationship between the access terminal and access network transmit and receive time references shall be as shown in Figure 1.14-1. The access terminal shall establish a time reference that is used to derive timing for the transmitted chips, symbols,

Default (Subtype 0) and Subtype 1 Physical Layer Protocol            TIA-856-B

slots, frames, and system timing. The access terminal initial time reference shall be established from the acquired Pilot Channel and from the Sync message transmitted on the Control Channel. Under steady-state conditions, the access terminal time reference shall be within ±1 μs of the time of occurrence, as measured at the access terminal antenna connector, of the earliest arriving multipath component being used for demodulation. If another multipath component belonging to the same Pilot Channel or to a different Pilot Channel becomes the earliest arriving multipath component to be used, the access terminal time reference shall track to the new component. If the difference between the access terminal time reference and the time of occurrence of the earliest arriving multipath component being used for demodulation, as measured at the access terminal antenna connector, is less than ±1 μs, the access terminal may directly track its time reference to the earliest arriving multipath component being used for demodulation.

If an access terminal time reference correction is needed, it shall be corrected no faster than 203 ns (1/4 chip) in any 200-ms period and no slower than 305 ns (3/8 PN chip) per second.

The access terminal time reference shall be used as the transmit time reference of the Reverse Traffic Channel and the Access Channel.

**11.4 Access Network Requirements**

This section defines requirements specific to access network equipment and operation.

11.4.1 Transmitter

The transmitter shall reside in each sector of the access network. These requirements apply to the transmitter in each sector.

11.4.1.1 Frequency Parameters

The access network shall meet the requirements in the current version of [15].

11.4.1.1.1 Frequency Tolerance

The average frequency difference between the actual sector transmit carrier frequency and the specified sector transmit frequency assignment shall be less than $\pm 5 \times 10^{-8}$ of the frequency assignment ($\pm 0.05$ ppm).

11.4.1.2 Power Output Characteristics

The access network shall meet the requirements in the current version of [4].

11.4.1.3 Modulation Characteristics

11.4.1.3.1 Forward Channel Structure

The Forward Channel shall have the overall structure shown in Figure 11.4.1.3.1-1. The Forward Channel shall consist of the following time-multiplexed channels: the Pilot Channel, the Forward Medium Access Control (MAC) Channel, and the Forward Traffic Channel or the Control Channel. The Traffic Channel carries user physical layer packets. The Control Channel carries control messages, and it may also carry user traffic. Each channel is further decomposed into code-division-multiplexed quadrature Walsh channels.

The forward link shall consist of slots of length 2048 chips (1.66... ms). Groups of 16 slots shall be aligned to the PN rolls of the zero-offset PN sequences and shall align to CDMA System Time on even-second ticks.

Within each slot, the Pilot, MAC, and Traffic or Control Channels shall be time-division multiplexed as shown in Figure 11.4.1.3.1-2 and shall be transmitted at the same power level.

The Pilot Channel shall consist of all-'0' symbols transmitted on the I-branch with Walsh cover 0. Each slot shall be divided into two half slots, each of which contains a pilot burst. Each pilot burst shall have a duration of 96 chips and be centered at the midpoint of the half slot.[132]

---

[132] The pilot is used by the access terminal for initial acquisition, phase recovery, timing recovery, and maximal-ratio combining. An additional function of the pilot is to provide the access terminal

The MAC Channel shall consist of three subchannels: the Reverse Power Control (RPC) Channel, the DRCLock Channel, and the Reverse Activity (RA) Channel. The RA Channel transmits a reverse link activity bit (RAB) stream.

Each MAC Channel symbol shall be BPSK modulated on one of 64 64-ary Walsh codewords (covers). The MAC symbol Walsh covers shall be transmitted four times per slot in bursts of 64 chips each. A burst shall be transmitted immediately preceding each of the pilot bursts in a slot, and a burst shall be transmitted immediately following each of the pilot bursts in a slot. The Walsh channel gains may vary the relative power.

The Forward Traffic Channel is a packet-based, variable-rate channel. The user physical layer packets for an access terminal shall be transmitted at a data rate that varies from 38.4 kbps to 2.4576 Mbps.[133]

The Forward Traffic Channel and Control Channel data shall be encoded in blocks called physical layer packets. The output of the encoder shall be scrambled and then fed into a channel interleaver. The output of the channel interleaver shall be fed into a QPSK/8-PSK/16-QAM modulator. The modulated symbol sequences shall be repeated and punctured, as necessary. Then, the resulting sequences of modulation symbols shall be demultiplexed to form 16 pairs (in-phase and quadrature) of parallel streams. Each parallel stream with a rate of 76.8ksps is covered with a distinct walsh function of length 16. The Walsh-coded symbols of all the streams shall be summed together to form a single in-phase stream and a single quadrature stream at a chip rate of 1.2288 Mcps. The resulting chips are time-division multiplexed with the preamble, Pilot Channel, and MAC Channel chips to form the resultant sequence of chips for the quadrature spreading operation.

Forward Traffic Channel and Control Channel physical layer packets can be transmitted in 1 to 16 slots (see Table 11.4.1.3.1.1-1 and Table 11.4.1.3.1.1-2). When more than one slot is allocated, the transmit slots shall use 4-slot interlacing. That is, the transmit slots of a physical layer packet shall be separated by three intervening slots, and slots of other physical layer packets shall be transmitted in the slots between those transmit slots. If a positive acknowledgment is received on the reverse link ACK Channel before all of the allocated slots have been transmitted, the remaining untransmitted slots shall not be transmitted and the next allocated slot may be used for the first slot of the next physical layer packet transmission.

Figure 11.4.1.3.1-3 and Figure 11.4.1.3.1-4 illustrate the multislot interlacing approach for a 153.6 kbps Forward Traffic Channel with DRCLength of one slot. The 153.6 kbps Forward Traffic Channel physical layer packets use four slots, and these slots are transmitted with a three-slot interval between them, as shown in the figures. The slots from other physical layer packets are interlaced in the three intervening slots. Figure 11.4.1.3.1-3 shows the case of a normal physical layer packet termination. In this case, the access terminal transmits NAK responses on the ACK Channel after the first three slots of the

---

with a means of predicting the receive C/I for the purpose of access-terminal-directed forward data rate control (DRC) of the Data Channel transmission.

[133] The DRC symbol from the access terminal is based primarily on its estimate of the forward C/I for the duration of the next possible forward link packet transmission.

physical layer packet are received indicating that it was unable to correctly receive the Forward Traffic Channel physical layer packet after only one, two, or three of the nominal four slots. An ACK or NAK is also transmitted after the last slot is received, as shown. Figure 11.4.1.3.1-4 shows the case where the Forward Traffic Channel physical layer packet transmission is terminated early. In this example, the access terminal transmits an ACK response on the ACK Channel after the third slot is received indicating that it has correctly received the physical layer packet. When the access network receives such an ACK response, it does not transmit the remaining slots of the physical layer packet. Instead, it may begin the transmission of any subsequent physical layer packets.

When the access network has transmitted all the slots of a physical layer packet or has received a positive ACK response, the physical layer shall return a *ForwardTrafficCompleted* indication.

The Control Channel shall be transmitted at a data rate of 76.8 kbps or 38.4 kbps. The modulation characteristics for the Control Channel shall be the same as those of the Forward Traffic Channel transmitted at the corresponding rate.

The Forward Traffic Channel and Control Channel data symbols shall fill the slot as shown in Figure 11.4.1.3.1-2. A slot during which no traffic or control data is transmitted is referred to as an idle slot. During an idle slot, the sector shall transmit the Pilot Channel and the MAC Channel, as described earlier.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



**Figure 11.4.1.3.1-1. Forward Channel Structure**



**Figure 11.4.1.3.1-2. Forward Link Slot Structure**



**Figure 11.4.1.3.1-3. Multislot Physical Layer Packet with Normal Termination**

Default (Subtype 0) and Subtype 1 Physical Layer Protocol          TIA-856-B



**Figure 11.4.1.3.1-4. Multislot Physical Layer Packet with Early Termination**

11.4.1.3.1.1 Modulation Parameters

The modulation parameters for the Forward Traffic Channel and the Control Channel shall be as shown in Table 11.4.1.3.1.1-1 and Table 11.4.1.3.1.1-2. The Control Channel shall only use the 76.8 kbps and 38.4 kbps data rates.

TIA-856-B                            Default (Subtype 0) and Subtype 1 Physical Layer Protocol

1   **Table 11.4.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the**
2                   **Control Channel (Part 1 of 2)**

| Data Rate (kbps) | Number of Values per Physical Layer Packet | | | | |
| | Slots | Bits | Code Rate | Modulation Type | TDM Chips (Preamble, Pilot, MAC, Data) |
|---|---|---|---|---|---|
| 38.4 | 16 | 1,024 | 1/5 | QPSK | 1,024<br>3,072<br>4,096<br>24,576 |
| 76.8 | 8 | 1,024 | 1/5 | QPSK | 512<br>1,536<br>2,048<br>12,288 |
| 153.6 | 4 | 1,024 | 1/5 | QPSK | 256<br>768<br>1,024<br>6,144 |
| 307.2 | 2 | 1,024 | 1/5 | QPSK | 128<br>384<br>512<br>3,072 |
| 614.4 | 1 | 1,024 | 1/3 | QPSK | 64<br>192<br>256<br>1,536 |

3

11-54

**Table 11.4.1.3.1.1-2. Modulation Parameters for the Forward Traffic Channel and the Control Channel (Part 2 of 2)**

| Data Rate (kbps) | Number of Values per Physical Layer Packet | | | | TDM Chips (Preamble, Pilot, MAC, Data) |
|---|---|---|---|---|---|
| | Slots | Bits | Code Rate | Modulation Type | |
| 307.2 | 4 | 2,048 | 1/3 | QPSK | 128 768 1,024 6,272 |
| 614.4 | 2 | 2,048 | 1/3 | QPSK | 64 384 512 3,136 |
| 1,228.8 | 1 | 2,048 | 1/3 | QPSK | 64 192 256 1,536 |
| 921.6 | 2 | 3,072 | 1/3 | 8-PSK | 64 384 512 3,136 |
| 1,843.2 | 1 | 3,072 | 1/3 | 8-PSK | 64 192 256 1,536 |
| 1,228.8 | 2 | 4,096 | 1/3 | 16-QAM | 64 384 512 3,136 |
| 2,457.6 | 1 | 4,096 | 1/3 | 16-QAM | 64 192 256 1,536 |

The modulation parameters for the MAC Channel shall be as shown in Table 11.4.1.3.1.1-3.

TIA-856-B                                      Default (Subtype 0) and Subtype 1 Physical Layer Protocol

**Table 11.4.1.3.1.1-3. Modulation Parameters for the MAC Channel**

| Parameter | RPC Channel | DRCLock Channel | RA Channel |
|---|---|---|---|
| Rate (bps) | 600 × (1−1/DRCLockPeriod) | 600/(DRCLockLength × DRCLockPeriod) | 600 |
| Bit Repetition Factor | 1 | DRCLockLength | 1 |
| Modulation (Channel) | BPSK (I or Q) | BPSK (I or Q) | BPSK (I) |
| Modulation Symbol Rate (sps) | 2,400 × (1−1/DRCLockPeriod) | 2,400/DRCLockPeriod | 2,400 |
| Walsh Cover Length | 64 | 64 | 64 |
| Walsh Sequence Repetition Factor | 4 | 4 | 4 |
| PN Chips/Slot | 256 | 256 | 256 |
| PN Chips/Bit | 256 | 256 × DRCLockLength | 256 |

11.4.1.3.1.2 Data Rates

The Forward Traffic Channel shall support variable-data-rate transmission from 38.4 kbps to 2.4576 Mbps, as shown in Table 11.4.1.3.1.1-1 and Table 11.4.1.3.1.1-2.

The data rate of the Control Channel shall be 76.8 kbps or 38.4 kbps.

11.4.1.3.2 Forward Link Channels

11.4.1.3.2.1 Pilot Channel

A Pilot Channel shall be transmitted by the sector on each active Forward Channel as described in 11.4.1.3.1. The Pilot Channel is an unmodulated signal that is used for synchronization and other functions by an access terminal operating within the coverage area of the sector. The Pilot Channel shall be transmitted at the full sector power.

11.4.1.3.2.1.1 Modulation

The Pilot Channel shall consist of all-'0' symbols transmitted on the I component only.

11.4.1.3.2.1.2 Orthogonal Spreading

The Pilot Channel shall be assigned Walsh cover 0.

11.4.1.3.2.1.3 Quadrature Spreading

See 11.4.1.3.4.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

11.4.1.3.2.2 Forward MAC Channel

The Forward MAC Channel shall be composed of Walsh channels that are orthogonally covered and BPSK modulated on a particular phase of the carrier (either in-phase or quadrature phase). Each Walsh channel shall be identified by a MACIndex value that is between 0 and 63 and defines a unique 64-ary Walsh cover and a unique modulation phase. The Walsh functions assigned to the MACIndex values shall be as follows:

$$W_{i/2}^{64} \text{ for i = 0, 2,..., 62}$$
$$W_{(i-1)/2+32}^{64} \text{ for i = 1, 3,..., 63}$$

where i is the MACIndex value. MAC Channels with even-numbered MACIndex values shall be assigned to the in-phase (I) modulation phase, while those with odd-numbered MACIndex values shall be assigned to the quadrature (Q) modulation phase. The MAC symbol Walsh covers shall be transmitted four times per slot in bursts of length 64 chips each. These bursts shall be transmitted immediately preceding and following the pilot bursts of each slot.

The MAC Channel use versus MACIndex shall be as specified in Table 11.4.1.3.2.1.3-1.

Symbols of each MAC Channel shall be transmitted on one of the Walsh channels. The MAC channel gains may vary the relative power as a function of time. The orthogonal Walsh channels shall be scaled to maintain a constant total transmit power. The Walsh Channel gains can vary as a function of time.

**Table 11.4.1.3.2.1.3-1. MAC Channel and Preamble Use Versus MACIndex**

| MACIndex | MAC Channel Use | Preamble Use |
|---|---|---|
| 0 and 1 | Not Used | Not Used |
| 2 | Not Used | 76.8 kbps Control Channel |
| 3 | Not Used | 38.4 kbps Control Channel |
| 4 | RA Channel | Not Used |
| 5 | Available for RPC Channel and DRCLock Channel Transmissions | Available for Forward Traffic Channel if Broadcast is not negotiated |
| 6–63 | Available for RPC Channel and DRCLock Channel Transmissions | Available for Forward Traffic Channel Transmissions |

11.4.1.3.2.2.1 Reverse Power Control Channel

The Reverse Power Control (RPC) Channel for each access terminal with an open connection shall be assigned to one of the available MAC Channels. It is used for the transmission of the RPC bit stream destined to that access terminal. The RPC Channel and the DRCLock Channel shall be time-division multiplexed and transmitted on the same MAC Channel. The RPC Channel shall be transmitted in DRCLockPeriod − 1 slots out of every DRCLockPeriod slots, where DRCLockPeriod is given as public data by the Forward Traffic Channel MAC Protocol.

The RPC data rate shall be $600 \times (1 − 1/\text{DRCLockPeriod})$ bps. The access network shall transmit an RPC bit in every slot T with

$$(T − \text{FrameOffset}) \bmod \text{DRCLockPeriod} \neq 0.$$

Each RPC bit shall be transmitted four times in a slot in bursts of 64 chips each. One burst shall be transmitted immediately preceding and following each pilot burst in a slot as shown in Figure 11.4.1.3.1-2.

11.4.1.3.2.2.2 DRCLock Channel

The DRCLock Channel for each access terminal with an open connection shall be assigned to one of the available MAC Channels. It is used for the transmission of the DRCLock bit stream destined to that access terminal. The RPC Channel and the DRCLock Channel are time-division multiplexed and transmitted on the same MAC Channel. The DRCLock Channel shall be transmitted in one out of every DRCLockPeriod slots.

Each DRCLock bit shall be repeated and transmitted in DRCLockLength slots,[134] where DRCLockLength is given as public data by the Forward Traffic Channel MAC Protocol. The DRCLock data rate shall be $600/(\text{DRCLockLength} \times \text{DRCLockPeriod})$ bps. The access network shall transmit a DRCLock bit in every slot T with

$$(T − \text{FrameOffset}) \bmod \text{DRCLockPeriod} = 0.$$

Each DRCLock bit shall be transmitted four times in a slot in bursts of 64 chips each. One burst shall be transmitted immediately preceding and following each pilot burst in a slot as shown in Figure 11.4.1.3.1-2.

The value of the DRCLock bit may change only in slot T with

$$(T − \text{FrameOffset}) \bmod (\text{DRCLockLength} \times \text{DRCLockPeriod}) = 0.$$

An example for the transmission of DRCLock bits with DRCLockLength equal to 8 and DRCLockPeriod equal to 8 is shown in Figure 11.4.1.3.2.2-1.

---

[134] Repeated DRCLock bits are transmitted in slots that are DRCLockPeriod slots apart.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol          TIA-856-B



**Figure 11.4.1.3.2.2.2-1. DRCLock Puncturing Example**

11.4.1.3.2.2.3 Reverse Activity Channel

The Reverse Activity (RA) Channel shall transmit the Reverse Activity Bit (RAB) stream over the MAC Channel with MACIndex 4.

The RA Channel data rate shall be 600 bps. The RA bit in each slot shall be further repeated to form four symbols per slot for transmission.

11.4.1.3.2.3 Forward Traffic Channel

11.4.1.3.2.3.1 Forward Traffic Channel Preamble

A preamble sequence shall be transmitted with each Forward Traffic Channel and Control Channel physical layer packet in order to assist the access terminal with synchronization of each variable-rate transmission.

The preamble shall consist of all-'0' symbols transmitted on the in-phase component only. The preamble shall be time multiplexed into the Forward Traffic Channel stream as described in 11.4.1.3.3. The preamble sequence shall be covered by a 32-chip bi-orthogonal sequence and the sequence shall be repeated several times depending on the transmit mode. The bi-orthogonal sequence shall be specified in terms of the 32-ary Walsh functions and their bit-by-bit complements by

$$W_{i/2}^{32} \text{ for } i = 0, 2, \ldots, 62$$

$$\overline{W_{(i-1)/2}^{32}} \text{ for } i = 1, 3, \ldots, 63$$

where $i = 0, 1, \ldots, 63$ is the MACIndex value and $\overline{W_i^{32}}$ is the bit-by-bit complement of the 32-chip Walsh function of order i.

The channel type versus MACIndex mapping for the preamble shall be as specified in Table 11.4.1.3.2.1.3-1.

The 32-chip preamble repetition factor shall be as specified in Table 11.4.1.3.2.3.1-1.

**Table 11.4.1.3.2.3.1-1. Preamble Repetition**

| Data Rate (kbps) | Values per Physical Layer Packet | | |
|---|---|---|---|
| | Slots | 32-Chip Preamble Sequence Repetitions | Preamble Chips |
| 38.4 | 16 | 32 | 1,024 |
| 76.8 | 8 | 16 | 512 |
| 153.6 | 4 | 8 | 256 |
| 307.2 | 2 | 4 | 128 |
| 614.4 | 1 | 2 | 64 |
| 307.2 | 4 | 4 | 128 |
| 614.4 | 2 | 2 | 64 |
| 1,228.8 | 1 | 2 | 64 |
| 921.6 | 2 | 2 | 64 |
| 1,843.2 | 1 | 2 | 64 |
| 1,228.8 | 2 | 2 | 64 |
| 2,457.6 | 1 | 2 | 64 |

11.4.1.3.2.3.2 Encoding

The Traffic Channel physical layer packets shall be encoded with code rates of R = 1/3 or 1/5. The encoder shall discard the 6-bit TAIL field of the physical layer packet inputs and encode the remaining bits with a parallel turbo encoder, as specified in 11.4.1.3.2.3.2.1. The turbo encoder will add an internally generated tail of 6/R output code symbols, so that the total number of output symbols is 1/R times the number of bits in the input physical layer packet.

Figure 11.4.1.3.2.3.2-1 illustrates the forward link encoding approach. The forward link encoder parameters shall be as specified in Table 11.4.1.3.2.3.2-1.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B



| Data Rate (kbps) | Slots Used | Total Code Rate | Bits per Packet | Bits per Packet | Symbols per Packet |
|---|---|---|---|---|---|
| 38.4 | 16 | 1/5 | 1,024 | 1,018 | 5,120 |
| 76.8 | 8 | 1/5 | 1,024 | 1,018 | 5,120 |
| 153.6 | 4 | 1/5 | 1,024 | 1,018 | 5,120 |
| 307.2 | 2 | 1/5 | 1,024 | 1,018 | 5,120 |
| 614.4 | 1 | 1/3 | 1,024 | 1,018 | 3,072 |
| 307.2 | 4 | 1/3 | 2,048 | 2,042 | 6,144 |
| 614.4 | 2 | 1/3 | 2,048 | 2,042 | 6,144 |
| 1,228.8 | 1 | 1/3 | 2,048 | 2,042 | 6,144 |
| 921.6 | 2 | 1/3 | 3,072 | 3,066 | 9,216 |
| 1,843.2 | 1 | 1/3 | 3,072 | 3,066 | 9,216 |
| 1,228.8 | 2 | 1/3 | 4,096 | 4,090 | 12,288 |
| 2,457.6 | 1 | 1/3 | 4,096 | 4,090 | 12,288 |

**Figure 11.4.1.3.2.3.2-1. Forward Link Encoder**

**Table 11.4.1.3.2.3.2-1. Parameters of the Forward Link Encoder**

| Data Rate (kbps) | Values per Physical Layer Packet | | | | |
|---|---|---|---|---|---|
| | Slots | Bits | Turbo Encoder Input Bits | Code Rate | Turbo Encoder Output Symbols |
| 38.4 | 16 | 1,024 | 1,018 | 1/5 | 5,120 |
| 76.8 | 8 | 1,024 | 1,018 | 1/5 | 5,120 |
| 153.6 | 4 | 1,024 | 1,018 | 1/5 | 5,120 |
| 307.2 | 2 | 1,024 | 1,018 | 1/5 | 5,120 |
| 614.4 | 1 | 1,024 | 1,018 | 1/3 | 3,072 |
| 307.2 | 4 | 2,048 | 2,042 | 1/3 | 6,144 |
| 614.4 | 2 | 2,048 | 2,042 | 1/3 | 6,144 |
| 1,228.8 | 1 | 2,048 | 2,042 | 1/3 | 6,144 |
| 921.6 | 2 | 3,072 | 3,066 | 1/3 | 9,216 |
| 1,843.2 | 1 | 3,072 | 3,066 | 1/3 | 9,216 |
| 1,228.8 | 2 | 4,096 | 4,090 | 1/3 | 12,288 |
| 2,457.6 | 1 | 4,096 | 4,090 | 1/3 | 12,288 |

11.4.1.3.2.3.2.1 Turbo Encoder

The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder. The two recursive convolutional codes are called the constituent

codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the desired number of turbo encoder output symbols.

The transfer function for the constituent code shall be

$$G(D) \; = \; \left[ 1 \quad \frac{n_0(D)}{d(D)} \quad \frac{n_1(D)}{d(D)} \right]$$

where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

The turbo encoder shall generate an output symbol sequence that is identical to the one generated by the encoder shown in Figure 11.4.1.3.2.3.2.1-1. Initially, the states of the constituent encoder registers in this figure are set to zero. Then, the constituent encoders are clocked with the switches in the positions noted.

Let $N_{turbo}$ be the number of bits into the turbo encoder after the 6-bit physical layer packet TAIL field is discarded. Then, the encoded data output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified in Table 11.4.1.3.2.3.2.1-1. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first. Symbol repetition is not used in generating the encoded data output symbols.

The turbo encoder shall generate 6/R tail output symbols following the encoded data output symbols. This tail output symbol sequence shall be identical to the one generated by the encoder shown in Figure 11.4.1.3.2.3.2.1-1. The tail output symbols are generated after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1 three times with its switch in the down position while Constituent Encoder 2 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The last 3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with its switch in the down position while Constituent Encoder 1 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first.

The constituent encoder output symbol puncturing for the tail symbols shall be as specified in Table 11.4.1.3.2.3.2.1-2. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. For rate-1/5 turbo codes, the tail output code symbols for each of the first three tail bit periods shall be punctured and repeated to achieve the sequence $XXY_0Y_1Y_1$, and the tail output code symbols for each of the last three tail bit periods shall be punctured and repeated to achieve the sequence $X'X'Y'_0Y'_1Y'_1$. For rate-1/3 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0$.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                TIA-856-B



**Figure 11.4.1.3.2.3.2.1-1. Turbo Encoder**

TIA-856-B                                    Default (Subtype 0) and Subtype 1 Physical Layer Protocol

**Table 11.4.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods**

|  | Code Rate | |
|:---:|:---:|:---:|
| Output | 1/3 | 1/5 |
| X | 1 | 1 |
| $Y_0$ | 1 | 1 |
| $Y_1$ | 0 | 1 |
| X′ | 0 | 0 |
| $Y′_0$ | 1 | 1 |
| $Y′_1$ | 0 | 1 |

Note: For each rate, the puncturing table shall be read
from top to bottom.

**Table 11.4.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods**

|  | Code Rate | |
|:---:|:---:|:---:|
| Output | 1/3 | 1/5 |
| X | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 |
| X′ | 000 111 | 000 111 |
| $Y′_0$ | 000 111 | 000 111 |
| $Y′_1$ | 000 000 | 000 111 |

Note: For rate-1/3 turbo codes, the puncturing table shall be
read first from top to bottom repeating X and X′, and then from
left to right. For rate-1/5 turbo codes, the puncturing table shall
be read first from top to bottom repeating X, X′, $Y_1$, and $Y′_1$ and
then from left to right.

11.4.1.3.2.3.2.2 Turbo Interleaver

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo
encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire
sequence of turbo interleaver input bits are written sequentially into an array at a sequence
of addresses, and then the entire sequence is read out from a sequence of addresses that
are defined by the procedure described below.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                TIA-856-B

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 11.4.1.3.2.3.2.2-1 and described below.[135]

1.  Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 11.4.1.3.2.3.2.2-1 gives this parameter for the different physical layer packet sizes.

2.  Initialize an (n + 5)-bit counter to 0.

3.  Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4.  Obtain the n-bit output of the table lookup defined in Table 11.4.1.3.2.3.2.2-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5.  Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6.  Bit-reverse the five LSBs of the counter.

7.  Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8.  Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9.  Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 11.4.1.3.2.3.2.2-1. Turbo Interleaver Output Address Calculation Procedure**

---

[135] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is $x(i + 1) = (x(i) + c) \bmod 2^n$, where $x(0) = c$ and c is a row-specific value from a table lookup.

1

**Table 11.4.1.3.2.3.2.2-1. Turbo Interleaver Parameter**

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|:---:|:---:|:---:|
| 1,024 | 1,018 | 5 |
| 2,048 | 2,042 | 6 |
| 3,072 | 3,066 | 7 |
| 4,096 | 4,090 | 7 |

2

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

**Table 11.4.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 5 Entries | n = 6 Entries | n = 7 Entries |
|---|---|---|---|
| 0 | 27 | 3 | 15 |
| 1 | 3 | 27 | 127 |
| 2 | 1 | 15 | 89 |
| 3 | 15 | 13 | 1 |
| 4 | 13 | 29 | 31 |
| 5 | 17 | 5 | 15 |
| 6 | 23 | 1 | 61 |
| 7 | 13 | 31 | 47 |
| 8 | 9 | 3 | 127 |
| 9 | 3 | 9 | 17 |
| 10 | 15 | 15 | 119 |
| 11 | 3 | 31 | 15 |
| 12 | 13 | 17 | 57 |
| 13 | 1 | 5 | 123 |
| 14 | 13 | 39 | 95 |
| 15 | 29 | 1 | 5 |
| 16 | 21 | 19 | 85 |
| 17 | 19 | 27 | 17 |
| 18 | 1 | 15 | 55 |
| 19 | 3 | 13 | 57 |
| 20 | 29 | 45 | 15 |
| 21 | 17 | 5 | 41 |
| 22 | 25 | 33 | 93 |
| 23 | 29 | 15 | 87 |
| 24 | 9 | 13 | 63 |
| 25 | 13 | 9 | 15 |
| 26 | 23 | 15 | 13 |
| 27 | 13 | 31 | 15 |
| 28 | 13 | 17 | 81 |
| 29 | 1 | 5 | 57 |
| 30 | 13 | 15 | 31 |
| 31 | 13 | 33 | 69 |

TIA-856-B                                 Default (Subtype 0) and Subtype 1 Physical Layer Protocol

1   11.4.1.3.2.3.3 Scrambling

2   The output of the encoder shall be scrambled to randomize the data prior to modulation.
3   The scrambling sequence shall be equivalent to one generated with a 17-tap linear
4   feedback shift register with a generator sequence of h(D) = $D^{17} + D^{14} + 1$, as shown in
5   Figure 11.4.1.3.2.3.3-1. At the start of the physical layer packet, the shift register shall be
6   initialized to the state $[1111111 r_5 r_4 r_3 r_2 r_1 r_0 d_3 d_2 d_1 d_0]$. The $r_5 r_4 r_3 r_2 r_1 r_0$ bits shall be equal
7   to the 6-bit preamble MACIndex value (see Table 11.4.1.3.2.1.3-1). The $d_3 d_2 d_1 d_0$ bits shall
8   be determined by the data rate, as specified in Table 11.4.1.3.2.3.3-1. The initial state shall
9   generate the first scrambling bit. The shift register shall be clocked once for every encoder
10  output code symbol to generate a bit of the scrambling sequence. Every encoder output
11  code symbol shall be XOR'd with the corresponding bit of the scrambling sequence to yield
12  a scrambled encoded bit.

13  **Table 11.4.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State**

| Data Rate (kbps) | Slots per Physical Layer Packet | $d_3$ | $d_2$ | $d_1$ | $d_0$ |
|---|---|---|---|---|---|
| 38.4 | 16 | 0 | 0 | 0 | 1 |
| 76.8 | 8 | 0 | 0 | 1 | 0 |
| 153.6 | 4 | 0 | 0 | 1 | 1 |
| 307.2 | 2 | 0 | 1 | 0 | 0 |
| 307.2 | 4 | 0 | 1 | 0 | 1 |
| 614.4 | 1 | 0 | 1 | 1 | 0 |
| 614.4 | 2 | 0 | 1 | 1 | 1 |
| 921.6 | 2 | 1 | 0 | 0 | 0 |
| 1,228.8 | 1 | 1 | 0 | 0 | 1 |
| 1,228.8 | 2 | 1 | 0 | 1 | 0 |
| 1,843.2 | 1 | 1 | 0 | 1 | 1 |
| 2,457.6 | 1 | 1 | 1 | 0 | 0 |

14

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                TIA-856-B



**Figure 11.4.1.3.2.3.3-1. Symbol Scrambler**

11.4.1.3.2.3.4 Channel Interleaving

The channel interleaving shall consist of a symbol reordering followed by symbol permuting.

11.4.1.3.2.3.4.1 Symbol Reordering

The scrambled turbo encoder data and tail output symbols generated with the rate-1/5 encoder shall be reordered according to the following procedure:

1.  All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into five sequences denoted U, $V_0$, $V_1$, $V'_0$, and $V'_1$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_1$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V_1$ sequence, the fourth to the $V'_0$ sequence, the fifth to the $V'_1$ sequence, the sixth to the U sequence, etc.

2.  The U, $V_0$, $V_1$, $V'_0$, and $V'_1$ sequences shall be ordered according to $UV_0V'_0V_1V'_1$. That is, the U sequence of symbols shall be first and the $V'_1$ sequence of symbols shall be last.

The scrambled turbo encoder data and tail output symbols generated with the rate-1/3 encoder shall be reordered according to the following procedure:

1.  All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into three sequences denoted U, $V_0$, and $V'_0$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_0$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V'_0$ sequence, the fourth to the U sequence, etc.

2.  The U, $V_0$, and $V'_0$ sequences shall be ordered according to $UV_0V'_0$. That is, the U sequence of symbols shall be first and the $V'_0$ sequence of symbols shall be last.

Table 11.4.1.3.2.3.4.1-1 gives the order of the symbols out of the turbo encoder and their mapping to demultiplexer output sequences. The encoder output symbol notation is used, but the encoder output symbols are scrambled before the reordering demultiplexer.

**Table 11.4.1.3.2.3.4.1-1. Scrambled Turbo Encoder Output and Symbol Reordering Demultiplexer Symbol Sequences**

| Type of Sequence | Symbol Sequence | |
| --- | --- | --- |
| | R = 1/5 | R = 1/3 |
| Turbo Encoder Data Output Sequence | X $Y_0$ $Y_1$ $Y'_0$ $Y'_1$ | X $Y_0$ $Y'_0$ |
| Turbo Encoder Constituent Encoder 1 Tail Output Sequence | X X $Y_0$ $Y_1$ $Y_1$ | X X $Y_0$ |
| Turbo Encoder Constituent Encoder 2 Tail Output Sequence | X' X' $Y'_0$ $Y'_1$ $Y'_1$ | X' X' $Y'_0$ |
| Demultiplexer Output Sequence | U $V_0$ $V'_0$ $V_1$ $V'_1$ | U $V_0$ $V'_0$ |

**11.4.1.3.2.3.4.2 Symbol Permuting**

The reordered symbols shall be permuted in three separate bit-reversal interleaver blocks with rate-1/5 coding and in two separate blocks with rate-1/3 coding. The permuter input blocks shall consist of the U sequence of symbols, the $V_0$ sequence of symbols followed by the $V'_0$ sequence of symbols (denoted as $V_0/V'_0$), and, with rate-1/5 coding, the $V_1$ sequence of symbols followed by the $V'_1$ sequence of symbols (denoted as $V_1/V'_1$).

The sequence of interleaver output symbols for the blocks shall be equivalent to those generated by the procedure described below with the parameters specified in Table 11.4.1.3.2.3.4.2-1:

1.  Write the entire sequence of symbols in the input block into a rectangular array of K rows and M columns. Write the symbols in by rows starting from the top row, writing the rows from left to right.

2.  Label the columns of the array by the index j, where j = 0,..., M − 1 and column 0 is the left-most column. Then, end-around shift the symbols of each column downward by j mod K for the U block and by $\lfloor j/4 \rfloor$ mod K for the $V_0/V'_0$ and $V_1/V'_1$ blocks.

3.  Reorder the columns such that column j is moved to column BRO(j), where BRO(j) indicates the bit-reversed value of j. For example, for M = 512, BRO(6) = 192.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

4.  Read the entire array of symbols out by columns starting from the left-most column, reading the columns from top to bottom.

With rate-1/5 coding, the interleaver output sequence shall be the interleaved U sequence of symbols followed by the interleaved $V_0/V'_0$ sequence of symbols followed by the interleaved $V_1/V'_1$ sequence of symbols. With rate-1/3 coding, the interleaver output sequence shall be the interleaved U sequence of symbols followed by the interleaved $V_0/V'_0$ sequence of symbols.

**Table 11.4.1.3.2.3.4.2-1. Channel Interleaver Parameters**

| Physical Layer Packet Size | U Block Interleaver Parameters | | $V_0/V'_0$ and $V_1/V'_1$ Block Interleaver Parameters | |
|---|---|---|---|---|
| | K | M | K | M |
| 1,024 | 2 | 512 | 2 | 1,024 |
| 2,048 | 2 | 1,024 | 2 | 2,048 |
| 3,072 | 3 | 1,024 | 3 | 2,048 |
| 4,096 | 4 | 1,024 | 4 | 2,048 |

11.4.1.3.2.3.5 Modulation

The output of the channel interleaver shall be applied to a modulator that outputs an in-phase stream and a quadrature stream of modulated values. The modulator generates QPSK, 8-PSK, or 16-QAM modulation symbols, depending on the data rate.

11.4.1.3.2.3.5.1 QPSK Modulation

For physical layer packet sizes of 1,024 or 2,048 bits, groups of two successive channel interleaver output symbols shall be grouped to form QPSK modulation symbols. Each group of two adjacent block interleaver output symbols, $x(2k)$ and $x(2k + 1)$, $k = 0,..., M - 1$, shall be mapped into a complex modulation symbol $(m_I(k), m_Q(k))$ as specified in Table 11.4.1.3.2.3.5.1-1. Figure 11.4.1.3.2.3.5.1-1 shows the signal constellation of the QPSK modulator, where $s_0 = x(2k)$ and $s_1 = x(2k + 1)$.

**Table 11.4.1.3.2.3.5.1-1. QPSK Modulation Table**

| Interleaved Symbols | | Modulation Symbols | |
|---|---|---|---|
| $s_1$ <br> x(2k + 1) | $s_0$ <br> x(2k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | D | D |
| 0 | 1 | −D | D |
| 1 | 0 | D | −D |
| 1 | 1 | −D | −D |

Note: $D = 1/\sqrt{2}$ .



**Figure 11.4.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation**

11.4.1.3.2.3.5.2 8-PSK Modulation

For physical layer packet sizes of 3,072 bits, groups of three successive channel interleaver output symbols shall be grouped to form 8-PSK modulation symbols. Each group of three adjacent block interleaver output symbols, x(3k), x(3k + 1), and x(3k + 2), k = 0,..., M − 1 , shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table 11.4.1.3.2.3.5.2-1. Figure 11.4.1.3.2.3.5.2-1 shows the signal constellation of the 8-PSK modulator, where $s_0$ = x(3k), $s_1$ = x(3k + 1), and $s_2$ = x(3k + 2).

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

**Table 11.4.1.3.2.3.5.2-1. 8-PSK Modulation Table**

| Interleaved Symbols | | | Modulation Symbols | |
|---|---|---|---|---|
| $s_2$ <br> $x(3k + 2)$ | $s_1$ <br> $x(3k + 1)$ | $s_0$ <br> $x(3k)$ | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | C | S |
| 0 | 0 | 1 | S | C |
| 0 | 1 | 1 | –S | C |
| 0 | 1 | 0 | –C | S |
| 1 | 1 | 0 | –C | –S |
| 1 | 1 | 1 | –S | –C |
| 1 | 0 | 1 | S | –C |
| 1 | 0 | 0 | C | –S |

Note:  C = cos(π/8) ≈ 0.9239  and  S = sin(π/8) ≈ 0.3827 .



**Figure 11.4.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation**

11.4.1.3.2.3.5.3 16-QAM Modulation

For physical layer packet sizes of 4,096 bits, groups of four successive channel interleaver output symbols shall be grouped to form 16-QAM modulation symbols. Each group of four adjacent block interleaver output symbols, x(4k), x(4k + 1), x(4k + 2), and x(4k + 3), k = 0,…, M − 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table 11.4.1.3.2.3.5.3-1. Figure 11.4.1.3.2.3.5.3-1 shows the signal constellation of the 16-QAM modulator, where $s_0$ = x(4k), $s_1$ = x(4k + 1), $s_2$ = x(4k + 2), and $s_3$ = x(4k + 3).

TIA-856-B                          Default (Subtype 0) and Subtype 1 Physical Layer Protocol

1                    **Table 11.4.1.3.2.3.5.3-1. 16-QAM Modulation Table**

| Interleaved Symbols | | | | Modulation Symbols | |
|---|---|---|---|---|---|
| $s_3$<br>$x(4k + 3)$ | $s_2$<br>$x(4k + 2)$ | $s_1$<br>$x(4k + 1)$ | $s_0$<br>$x(4k)$ | $m_Q(k)$ | $m_I(k)$ |
| 0 | 0 | 0 | 0 | 3A | 3A |
| 0 | 0 | 0 | 1 | 3A | A |
| 0 | 0 | 1 | 1 | 3A | –A |
| 0 | 0 | 1 | 0 | 3A | –3A |
| 0 | 1 | 0 | 0 | A | 3A |
| 0 | 1 | 0 | 1 | A | A |
| 0 | 1 | 1 | 1 | A | –A |
| 0 | 1 | 1 | 0 | A | –3A |
| 1 | 1 | 0 | 0 | –A | 3A |
| 1 | 1 | 0 | 1 | –A | A |
| 1 | 1 | 1 | 1 | –A | –A |
| 1 | 1 | 1 | 0 | –A | –3A |
| 1 | 0 | 0 | 0 | –3A | 3A |
| 1 | 0 | 0 | 1 | –3A | A |
| 1 | 0 | 1 | 1 | –3A | –A |
| 1 | 0 | 1 | 0 | –3A | –3A |

Note: $A = 1/\sqrt{10} \approx 0.3162$ .

2



**Figure 11.4.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation**

11.4.1.3.2.3.6 Sequence Repetition and Symbol Puncturing

Table 11.4.1.3.2.3.6-1 gives the number of modulation symbols that the modulator provides per physical layer packet and the number of modulation symbols needed for the data portion of the allocated slots. If the number of required modulation symbols is more than the number provided, the complete sequence of input modulation symbols shall be repeated as many full-sequence times as possible followed by a partial transmission if necessary. If a partial transmission is needed, the first portion of the input modulation symbol sequence shall be used. If the number of required modulation symbols is less than the number provided, only the first portion of the input modulation symbol sequence shall be used.

The sequence repetition and symbol puncturing parameters shall be as specified in Table 11.4.1.3.2.3.6-1. The entries in the column labeled "Number of Modulation Symbols Needed" are equal to the number of data TDM chips given in Table 11.4.1.3.1.1-1 and Table 11.4.1.3.1.1-2.

TIA-856-B                                    Default (Subtype 0) and Subtype 1 Physical Layer Protocol

**Table 11.4.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters**

| Data Rate (kbps) | Values per Physical Layer Packet | | | | | | Coding | |
|---|---|---|---|---|---|---|---|---|
| | Number of Slots | Number of Bits | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Effective Code Rate | Repeti-tion Factor |
| 38.4 | 16 | 1,024 | 2,560 | 24,576 | 9 | 1,536 | 1/5 | 9.6 |
| 76.8 | 8 | 1,024 | 2,560 | 12,288 | 4 | 2,048 | 1/5 | 4.8 |
| 153.6 | 4 | 1,024 | 2,560 | 6,144 | 2 | 1,024 | 1/5 | 2.4 |
| 307.2 | 2 | 1,024 | 2,560 | 3,072 | 1 | 512 | 1/5 | 1.2 |
| 614.4 | 1 | 1,024 | 1,536 | 1,536 | 1 | 0 | 1/3 | 1 |
| 307.2 | 4 | 2,048 | 3,072 | 6,272 | 2 | 128 | 1/3 | 2.04 |
| 614.4 | 2 | 2,048 | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| 1,228.8 | 1 | 2,048 | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| 921.6 | 2 | 3,072 | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| 1,843.2 | 1 | 3,072 | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| 1,228.8 | 2 | 4,096 | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| 2,457.6 | 1 | 4,096 | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |

11.4.1.3.2.3.7 Symbol Demultiplexing

The in-phase stream at the output of the sequence repetition operation shall be demultiplexed into 16 parallel streams labeled $I_0$, $I_1$, $I_2$,..., $I_{15}$. If $m_I(0)$, $m_I(1)$, $m_I(2)$, $m_I(3)$,... denote the sequence of sequence-repeated modulation output values in the in-phase stream, then for each k = 0, 1, 2,..., 15, the $k^{th}$ demultiplexed stream $I_k$ shall consist of the values $m_I(k)$, $m_I(16 + k)$, $m_I(32 + k)$, $m_I(48 + k)$,....

Similarly, the quadrature stream at the output of the sequence repetition operation shall be demultiplexed into 16 parallel streams labeled $Q_0$, $Q_1$, $Q_2$,..., $Q_{15}$. If $m_Q(0)$, $m_Q(1)$, $m_Q(2)$, $m_Q(3)$,...denote the sequence of sequence-repeated modulation output values in the quadrature stream, then for each k = 0, 1, 2,...,15, the $k^{th}$ demultiplexed stream $Q_k$ shall consist of the values $m_Q(k)$, $m_Q(16 + k)$, $m_Q(32 + k)$, $m_Q(48 + k)$,....

Each demultiplexed stream at the output of the symbol demultiplexer shall consist of modulation values at the rate of 76.8 ksps.

11-76

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

11.4.1.3.2.3.8 Walsh Channel Assignment

The individual streams generated by the symbol demultiplexer shall be assigned to one of 16 distinct Walsh channels. For each k = 0, 1, 2,..., 15, the demultiplexed streams with labels $I_k$ and $Q_k$ shall be assigned to the in-phase and quadrature phases, respectively, of the $k^{th}$ Walsh channel $W_k^{16}$. The modulation values associated with the in-phase and quadrature phase components of the same Walsh channel are referred to as Walsh symbols.

11.4.1.3.2.3.9 Walsh Channel Scaling

The modulated symbols on each branch of each Walsh channel shall be scaled to maintain a constant total transmit power independent of data rate. For this purpose, each orthogonal channel shall be scaled by a gain of $\frac{1}{\sqrt{16}} = \frac{1}{4}$. The gain settings are normalized to a unity reference equivalent to unmodulated BPSK transmitted at full power.

11.4.1.3.2.3.10 Walsh Chip Level Summing

The scaled Walsh chips associated with the 16 Walsh channels shall be summed on a chip-by-chip basis.

11.4.1.3.2.4 Control Channel

The Control Channel transmits broadcast messages and access-terminal-directed messages. The Control Channel messages shall be transmitted at a data rate of 76.8 kbps or 38.4 kbps. The modulation characteristics shall be the same as those of the Forward Traffic Channel at the corresponding data rate. The Control Channel transmissions shall be distinguished from Forward Traffic Channel transmissions by having a preamble that is covered by a bi-orthogonal cover sequence with MACIndex 2 or 3, as specified in 11.4.1.3.2.3.1. A MACIndex value of 2 shall be used for the 76.8 kbps data rate, and a MACIndex value of 3 shall be used for the 38.4 kbps data rate.

11.4.1.3.3 Time-Division Multiplexing

The Forward Traffic Channel or Control Channel data modulation chips shall be time-division multiplexed with the preamble, Pilot Channel, and MAC Channel chips according to the timing diagrams in Figure 11.4.1.3.3-1, Figure 11.3.1.3.2.5-2, Figure 11.4.1.3.3-3, and Figure 11.4.1.3.3-4. The multiplexing parameters shall be as specified in Table 11.4.1.3.3-1

The Walsh chip rate shall be fixed at 1.2288 Mcps.



Case 2:08-cr-00814-DGC Document 818-1 Filed 05/09/12 Page 1307 of 1629

**Figure 11.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Data Rates of 153.6, 307.2, 614.4, 921.6, and 1228.8 kbps**

**Figure 11.4.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Data Rates of 38.4 and 76.8 kbps**

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                                   TIA-856-B



Figure 11.4.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Cases
with Data Rates of 1.2288, 1.8432, and 2.4576 Mbps



Figure 11.4.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case
with a Data Rate of 614.4 kbps

11-79

**Table 11.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing Parameters**

| Data Rate (kbps) | Number of Values per Physical Layer Packet | | | | | |
|---|---|---|---|---|---|---|
| | Slots | Bits | Preamble Chips | Pilot Chips | MAC Chips | Data Chips |
| 38.4 | 16 | 1,024 | 1,024 | 3,072 | 4,096 | 24,576 |
| 76.8 | 8 | 1,024 | 512 | 1,536 | 2,048 | 12,288 |
| 153.6 | 4 | 1,024 | 256 | 768 | 1,024 | 6,144 |
| 307.2 | 2 | 1,024 | 128 | 384 | 512 | 3,072 |
| 614.4 | 1 | 1,024 | 64 | 192 | 256 | 1,536 |
| 307.2 | 4 | 2,048 | 128 | 768 | 1,024 | 6,272 |
| 614.4 | 2 | 2,048 | 64 | 384 | 512 | 3,136 |
| 1,228.8 | 1 | 2,048 | 64 | 192 | 256 | 1,536 |
| 921.6 | 2 | 3,072 | 64 | 384 | 512 | 3,136 |
| 1,843.2 | 1 | 3,072 | 64 | 192 | 256 | 1,536 |
| 1,228.8 | 2 | 4,096 | 64 | 384 | 512 | 3,136 |
| 2,457.6 | 1 | 4,096 | 64 | 192 | 256 | 1,536 |

## 11.4.1.3.4 Quadrature Spreading

Following orthogonal spreading, the combined modulation sequence shall be quadrature spread as shown in Figure 11.4.1.3.1-1. The spreading sequence shall be a quadrature sequence of length $2^{15}$ (i.e., 32768 PN chips in length). This sequence is called the pilot PN sequence and shall be based on the following characteristic polynomials:

$$P_I(x) = x^{15} + x^{10} + x^8 + x^7 + x^6 + x^2 + 1$$

(for the in-phase (I) sequence)

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^9 + x^5 + x^4 + x^3 + 1$$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the above polynomials are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$$I(n) = I(n - 15) \oplus I(n - 13) \oplus I(n - 9) \oplus I(n - 8) \oplus I(n - 7) \oplus I(n - 5)$$

(based on $P_I(x)$ as the characteristic polynomial)

and

$$Q(n) = Q(n - 15) \oplus Q(n - 12) \oplus Q(n - 11) \oplus Q(n - 10) \oplus Q(n - 6) \oplus Q(n - 5) \oplus$$
$$Q(n - 4) \oplus Q(n - 3)$$

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

1    (based on $P_Q(x)$ as the characteristic polynomial),

2    where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order

3    to obtain the I and Q pilot PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and

4    {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period).

5    Therefore, the pilot PN sequences have one run of 15 consecutive '0' outputs instead of 14.

6    The chip rate for the pilot PN sequence shall be 1.2288Mcps. The pilot PN sequence period

7    is 32768/1228800 = 26.666... ms, and exactly 75 pilot PN sequence repetitions occur every

8    2 seconds.

9    Pilot Channels shall be identified by an offset index in the range from 0 through 511

10   inclusive. This offset index shall specify the offset value (in units of 64 chips) by which the

11   pilot PN sequence lags the zero-offset pilot PN sequence. The zero-offset pilot PN sequence

12   shall be such that the start of the sequence shall be output at the beginning of every even

13   second in time, referenced to access network transmission time. The start of the zero-offset

14   pilot PN sequence for either the I or Q sequences shall be defined as the state of the

15   sequence for which the next 15 outputs inclusive are '0'. Equivalently, the zero-offset

16   sequence is defined such that the last chip prior to the even-second mark as referenced to

17   the transmit time reference is a '1' prior to the 15 consecutive '0's.

18   11.4.1.3.5 Filtering

19   11.4.1.3.5.1 Baseband Filtering

20   Following the quadrature spreading operation, the I' and Q' impulses are applied to the

21   inputs of the I and Q baseband filters as shown in Figure 11.4.1.3.1-1. The baseband

22   filters shall have a frequency response S(f) that satisfies the limits given in Figure

23   11.4.1.3.5.1-1. Specifically, the normalized frequency response of the filter shall be

24   contained within $\pm\delta_1$ in the passband $0 \leq f \leq f_p$ and shall be less than or equal to $-\delta_2$ in the

25   stopband $f \geq f_s$. The numerical values for the parameters are $\delta_1$ = 1.5 dB, $\delta_2$ = 40 dB, $f_p$ =

26   590 kHz, and $f_s$ = 740 kHz.



**Figure 11.4.1.3.5.1-1. Baseband Filter Frequency Response Limits**

The impulse response of the baseband filter, s(t), should satisfy the following equation:

$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_s - \tau) - h(k)]^2 \leq 0.03,$$

where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$ is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the coefficients h(k), for k < 48, are given in Table 11.4.1.3.5.1-1; h(k) = 0 for k ≥ 48. Note that h(k) equals h(47 − k).

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

1

**Table 11.4.1.3.5.1-1. Baseband Filter Coefficients**

| k | h(k) |
|---|---|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

2

3  11.4.1.3.5.2 Phase Characteristics

4  The access network shall provide phase equalization for the transmit signal path.[136] The
5  equalizing filter shall be designed to provide the equivalent baseband transfer function

6
$$H(\omega) = K \frac{\omega^2 + j\alpha\omega\omega_0 - \omega_0^2}{\omega^2 - j\alpha\omega\omega_0 - \omega_0^2},$$

---

[136]This equalization simplifies the design of the access terminal receive filters.

TIA-856-B                                    Default (Subtype 0) and Subtype 1 Physical Layer Protocol

where K is an arbitrary gain, j equals $\sqrt{-1}$, α equals 1.36, $\omega_0$ equals $2\pi \times 3.15 \times 10^5$, and ω is the radian frequency. The equalizing filter implementation shall be equivalent to applying baseband filters with this transfer function, individually, to the baseband I and Q waveforms.

A phase error test filter is defined to be the overall access network transmitter filter (including the equalizing filter) cascaded with a filter having a transfer function that is the inverse of the equalizing filter specified above. The response of the test filter should have a mean squared phase error from the best fit linear phase response that is no greater than 0.01 squared radians when integrated over the frequency range 1 kHz ≤ |f − f$_c$| ≤ 630 kHz. For purposes of this requirement, "overall" shall mean from the I and Q baseband filter inputs (see 11.4.1.3.5.1) to the RF output of the transmitter.

11.4.1.3.6 Synchronization and Timing

11.4.1.3.6.1 Timing Reference Source

Each sector shall use a time base reference from which all time-critical transmission components, including pilot PN sequences, slots, and Walsh functions, shall be derived. The time-base reference shall be time-aligned to CDMA System Time, as described in **1.14**. Reliable external means should be provided at each sector to synchronize each sector's time base reference to CDMA System Time. Each sector should use a frequency reference of sufficient accuracy to maintain time alignment to CDMA System Time. In the event that the external source of CDMA System Time is lost,[137] the sector shall maintain transmit timing within ±10 µs of CDMA System Time for a period of not less than 8 hours.

11.4.1.3.6.2 Sector Transmission Time

All sectors should radiate the pilot PN sequence within ±3 µs of CDMA System Time and shall radiate the pilot PN sequence within ±10 µs of CDMA System Time.

Time measurements are made at the sector antenna connector. If a sector has multiple radiating antenna connectors for the same CDMA channel, time measurements are made at the antenna connector having the earliest radiated signal.

The rate of change for timing corrections shall not exceed 102 ns (1/8 PN chip) per 200 ms.

---

[137] These guidelines on time keeping requirements reflect the fact that the amount of time error between sectors that can be tolerated in an access network is not a hard limit. Each access terminal can search an ever-increasing time window as directed by the sectors. However, increasing this window gradually degrades performance since wider windows require a longer time for the access terminals to search out and locate the various arrivals from all sectors that may be in view.

Default (Subtype 0) and Subtype 1 Physical Layer Protocol                    TIA-856-B

**12 SUBTYPE 2 PHYSICAL LAYER**

**12.1 Subtype 2 Physical Layer Protocol Instance**

12.1.1 Overview

This chapter contains the specification for the Subtype 2 Physical Layer Protocol. The Subtype 2 Physical Layer supports the Enhanced (Subtype 1) Access Channel MAC Protocol, the Enhanced (Subtype 1) Control Channel MAC Protocol, the Enhanced (Subtype 1) Forward Traffic Channel MAC Protocol, and the Subtype 3 Reverse Traffic Channel MAC Protocol.

12.1.2 Primitives and Public Data

12.1.2.1 Commands

This protocol does not define any commands.

12.1.2.2 Return Indications

This protocol returns the following indications:

- *ReverseTrafficPacketsMissed*
- *ForwardTrafficCompleted*

12.1.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol
- SoftRAB for each sector in the access terminal's active set if the access terminal has negotiated Subtype 3 Reverse Traffic Channel MAC protocol.

12.1.3 Protocol Data Unit

The transmission unit of this protocol is a Subtype 2 Physical Layer packet. Each Subtype 2 Physical Layer packet contains a MAC Layer packet.

12.1.4 Protocol Initialization

12.1.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

1 • If the InUse instance of this protocol has the same protocol subtype as this
2   InConfiguration protocol instance, then the fall-back values of the attributes defined by
3   the InConfiguration protocol instance shall be set to the values of the corresponding
4   attributes associated with the InUse protocol instance.

5 • The value for each attribute for this protocol instance shall be set to the fall-back value
6   for that attribute.

7 • The value of the public data for the InConfiguration protocol instance shall be set to the
8   value of the public data for the InUse protocol instance.

9 12.1.5 Procedures and Messages for the InConfiguration Instance of the Protocol

10 12.1.5.1 Procedures

11 This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of
12 the configuration messages.

13 12.1.5.2 Commit Procedures

14 The access terminal and the access network shall perform the procedures specified in this
15 section, in the order specified, when directed by the InUse instance of the Session
16 Configuration Protocol to execute the Commit procedures:

17 • All the public data that are defined by this protocol, but are not defined by the InUse
18   protocol instance shall be added to the public data of the InUse protocol.

19 • If the InUse instance of this protocol has the same subtype as this protocol instance,
20   then

21   – The access terminal and the access network shall set the attribute values
22     associated with the InUse instance of this protocol to the attribute values
23     associated with the InConfiguration instance of this protocol.

24   – The access terminal and the access network shall purge the InConfiguration
25     instance of the protocol.

26 • If the InUse instance of this protocol does not have the same subtype as this protocol
27   instance, then the access network and the access terminal shall perform the following
28   in the order specified:

29   – The access terminal and the access network shall set the initial state for the
30     InConfiguration instance of this protocol to the Inactive State.

31   – The InConfiguration protocol instance shall become the InUse protocol
32     instance for this Protocol.

33 • All the public data not defined by this protocol shall be removed from the public data of
34   the InUse protocol.

35

1   12.1.5.3 Message Formats

2   12.1.5.3.1 ConfigurationRequest

3   The ConfigurationRequest message format is as follows:

4

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

5   MessageID            The sender shall set this field to 0x50.

6   TransactionID        The    sender    shall    increment    this    value    for    each    new
7                        ConfigurationRequest message sent.

8   AttributeRecord      The format of this record is specified in **14.3**.

9   12.1.5.3.2 ConfigurationResponse

10  The ConfigurationResponse message format is as follows:

11

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

12  MessageID            The sender shall set this field to 0x51.

13  TransactionID        The    sender    shall    set    this    value    to    the    TransactionID    field    of    the
14                        corresponding ConfigurationRequest message.

15  AttributeRecord      An    attribute    record    containing    a    single    attribute    value.    If    this
16                        message    selects    a    complex    attribute,    only    the    ValueID    field    of    the
17                        complex    attribute    shall    be    included    in    the    message.    The    format    of    the
18                        AttributeRecord    is    given    in    **14.3**.    The    sender    shall    not    include    more
19                        than one attribute record with the same attribute identifier.

20

| **Channels** | FTC     RTC | **SLP** | Reliable |
|---|---|---|---|
| **Addressing** | Unicast | **Priority** | 40 |

21

12.1.6 Procedures and Messages for the InUse Instance of the Protocol

12.1.6.1 Procedures

Procedures for the InUse Instance of the protocol are described in 12.2, 12.3, and 12.4.

12.1.6.2 Message Formats

These protocols do not define any message formats.

12.1.6.3 Interface to Other Protocols

12.1.6.3.1 Commands

These protocols do not issue any commands.

12.1.6.3.2 Indications

These protocols do not register to receive any indications

12.1.7 Configuration Attributes

No configuration attributes are defined for these protocols.

12.1.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{PHYPType}$ | Type field for this protocol | **Table 2.5.4-1** |
| $N_{S2PHYP}$ | Subtype field for this protocol | 0x0002 |

12.1.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see **14.8**).

**12.2 Physical Layer Packets**

12.2.1 Overview

The transmission unit of the physical layer is a physical layer packet. A physical layer packet can be of length 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 5120, 6144, 8192, or 12288 bits. The format of the physical layer packet depends upon the channel on which it is transmitted. A physical layer packet carries one MAC layer packet.

12.2.2 Physical Layer Packet Formats

12.2.2.1 Control Channel Physical Layer Packet Format

The length of a Control Channel physical layer packet shall be 128, 256, 512, or 1024 bits. Each Control Channel physical layer packet shall carry one Control Channel MAC layer packet. The 1024-bit Control Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 1,002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet    -    MAC layer packet from the Control Channel MAC Protocol.

FCS    -    Frame check sequence (see 12.2.4).

TAIL    -    Encoder tail bits. This field shall be set to all '0's.

All other Control Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 98, 226, or 482 |
| FCS | 24 |
| TAIL | 6 |

MAC Layer Packet    -    MAC layer packet from the Control Channel MAC Protocol.

FCS    -    Frame check sequence (see 12.2.4).

TAIL    -    Encoder tail bits. This field shall be set to all '0's.

Figure 12.2.2.1-1 illustrates the valid formats for the Control Channel physical layer packets.



**Figure 12.2.2.1-1. Physical Layer Packet Formats for the Control Channel**

12.2.2.2 Access Channel Physical Layer Packet Format

The length of an Access Channel physical layer packet shall be 256, 512, or 1024 bits. Each Access Channel physical layer packet shall carry one Access Channel MAC layer packet. Access Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 234, 490, or 1002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet    -    MAC layer packet from the Access Channel MAC Protocol.

FCS    -    Frame check sequence (see 12.2.4).

TAIL    -    Encoder tail bits. This field shall be set to all '0's.

Figure 12.2.2.2-1 illustrates the format of the Access Channel physical layer packets.



**Figure 12.2.2.2-1. Physical Layer Packet Format for the Access Channel**

12.2.2.3 Forward Traffic Channel Physical Layer Packet Format

The length of a Forward Traffic Channel physical layer packet shall be 128, 256, 512, 1024, 2048, 3072, 4096, or 5120 bits. A Forward Traffic Channel physical layer packet shall

Subtype 2 Physical Layer                                                    TIA-856-B

carry one Forward Traffic Channel MAC layer packet addressed to one or more access terminals. Forward Traffic Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 98, 226, 482, 994, 2018, 3042, 4066, or 5090 |
| FCS | 24 |
| TAIL | 6 |

MAC Layer Packet   -   MAC layer packet from the Forward Traffic Channel MAC Protocol.

FCS   -   Frame check sequence (see 12.2.4).

TAIL   -   Encoder tail bits. This field shall be set to all '0's.

Figure 12.2.2.3-1 illustrates the format of the Forward Traffic Channel physical layer packets.



**Figure 12.2.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel**

12.2.2.4 Reverse Traffic Channel Physical Layer Packet Format

The length of a Reverse Traffic Channel physical layer packet shall be 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, 8192, or 12288 bits. Each Reverse Traffic Channel physical layer packet shall carry one Reverse Traffic Channel MAC layer packet. Reverse Traffic Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 98, 226, 482, 738, 994, 1506, 2018, 3042, 4066, 6114, 8162, or 12258 |
| FCS | 24 |
| TAIL | 6 |

MAC Layer Packet   -   MAC layer packet from the Reverse Traffic Channel MAC Protocol.

TIA-856-B                                                        Subtype 2 Physical Layer

FCS     -    Frame check sequence (see 12.2.4).

TAIL    -    Encoder tail bits. This field shall be set to all '0's.

Figure 12.2.2.4-1 illustrates the format of the Reverse Traffic Channel physical layer packets.



**Figure 12.2.2.4-1. Physical Layer Packet Format for the Reverse Traffic Channel**

12.2.3 Bit Transmission Order

Each field of the physical layer packets shall be transmitted in sequence such that the most significant bit (MSB) is transmitted first and the least significant bit (LSB) is transmitted last. The MSB is the left-most bit in the figures of the document.

12.2.4 Computation of the FCS Bits

The FCS computation described here shall be used for computing the FCS field in the Control Channel physical layer packets, the Forward Traffic Channel physical layer packets, the Access Channel physical layer packets, and the Reverse Traffic Channel physical layer packets.

The 16-bit FCS shall be a CRC calculated using the standard CRC-CCITT generator polynomial:

$$g(x) = x^{16} + x^{12} + x^5 + 1.$$

The 24-bit FCS shall be a CRC calculated using the standard CRC-CCITT generator polynomial:

$$g(x) = x^{24} + x^{23} + x^6 + x^5 + x + 1.$$

The 16-bit FCS shall be equal to the value computed according to the following procedure as shown in Figure 13.2.4-1:

- All shift-register elements shall be initialized to '0's.

- The switches shall be set in the up position.

- The register shall be clocked once for each bit of the physical layer packet except for the FCS and TAIL fields. The physical layer packet shall be read from MSB to LSB.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift-register inputs are '0's.

- The register shall be clocked an additional 16 times for the 16 FCS bits.

- The output bits constitute all fields except the TAIL field of the physical layer.

Subtype 2 Physical Layer                                          TIA-856-B



**Figure 12.2.4-1. 16-bit FCS Computation for the Physical Layer Packet**

The 24-bit FCS shall be equal to the value computed according to the following procedure as shown in Figure 13.2.4-2:

- All shift-register elements shall be initialized to '0's.

- The switches shall be set in the up position.

- The register shall be clocked once for each bit of the physical layer packet except for the FCS and TAIL fields. The physical layer packet shall be read from MSB to LSB.

- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift-register inputs are '0's.

- The register shall be clocked an additional 24 times for the 24 FCS bits.

- The output bits constitute all fields except the TAIL field of the physical layer packets.



**Figure 12.2.4-2. 24-bit FCS Computation for the Physical Layer Packet**

**12.3 Access Terminal Requirements**

This section defines requirements specific to access terminal equipment and operation.

12.3.1 Transmitter

12.3.1.1 Frequency Parameters

The access terminal shall meet the requirements in the current version of [15].

12.3.1.1.1 Frequency Tolerance

The access terminal shall meet the requirements in the current version of [5].

12.3.1.2 Power Output Characteristics

All power levels are referenced to the access terminal antenna connector unless otherwise specified.

12.3.1.2.1 Output Power Requirements of Reverse Channels

12.3.1.2.1.1 Access Channel Output Power

When transmitting over the Access Channel, the access terminal transmits Access Probes until the access attempt succeeds or ends. When the access terminal is transmitting the Access Channel, the access terminal shall control the mean output power as specified in the Access Channel MAC Protocol (see Table 15.1-1).

12.3.1.2.1.2 Reverse Traffic Channel Output Power

When the access terminal is transmitting the Reverse Traffic Channel, the access terminal shall control the mean output power using a combination of closed-loop power control, open-loop power control, and the rules specified by the Reverse Traffic Channel MAC Protocol (see 13.3.1.2.4, 13.3.2.1, and Table 15.1-1).

When the TxT2P (public data of the Reverse Traffic Channel MAC Protocol) is changed, the access terminal output power, relative to the desired value in steady state, shall be within ±0.5 dB or 20% of the change in dB, whichever is greater. The access terminal output power shall settle to within ±0.5 dB or 20% of the change in dB, whichever is greater, of the steady-state value within 200 μs of the physical layer sub-frame[138] boundary.

12.3.1.2.2 Maximum Output Power

The access terminal shall meet the requirements in the current version of [5].

---

[138] The start of a sub-frame is specified by (T-FrameOffset) mod 4 = 0, where T is the CDMA System Time in slots.

12.3.1.2.3 Output Power Limits

12.3.1.2.3.1 Minimum Controlled Output Power

The access terminal shall meet the requirements in the current version of [5].

12.3.1.2.3.2 Standby Output Power

The access terminal shall disable its transmitter except when it is instructed by a MAC protocol to transmit. When the transmitter is disabled, the output noise power spectral density of the access terminal shall be less than –61 dBm/1 MHz for all frequencies within the transmit bands that the access terminal supports.

12.3.1.2.4 Controlled Output Power

The access terminal shall provide two independent means for output power adjustment: an open-loop estimation performed by the access terminal and a closed-loop correction involving both the access terminal and the access network. Accuracy requirements on the controlled range of mean output power (see 12.3.1.2.5) need not apply for the following three cases:

- Mean output power levels exceeding the minimum ERP/EIRP at the maximum output power for the corresponding access terminal class;

- Mean output power levels less than the minimum controlled output power (see 12.3.1.2.3.1); or

- Mean input power levels exceeding –25 dBm within the 1.23-MHz bandwidth.

12.3.1.2.4.1 Estimated Open-Loop Output Power

Open-loop operation shall be based on the power of the received Forward Pilot Channel (see 12.4.1.3.2.1).

The nominal access probe structure and its transmit power requirements are defined as part of the Access Channel MAC Protocol. The power of the Access Data Channel relative to that of the Pilot Channel shall be as specified in Table 13.3.1.2.4.1-1 in which DataOffsetNom, DataOffset9k6, DataOffset19k2, and DataOffset38k4 are public data of the Access Channel MAC Protocol. The output power of the Pilot Channel during the preamble portion of an access probe shall be increased relative to the nominal Pilot Channel power during the data portion of the probe by an amount such that the total output power of the preamble and data portion of the access probe, if transmitted at 9.6 kbps, are the same.

Once instructed by the Reverse Traffic Channel MAC Protocol, the access terminal initiates Reverse Traffic Channel transmission. The initial mean output power of the Pilot Channel of the Reverse Traffic Channel shall be equal to the mean output power of the Pilot Channel at the end of the last Access Channel probe minus the difference in the forward link mean received signal power from the end of the last Access Channel probe to the start of the Reverse Traffic Channel transmission.

The subsequent mean output power of the Pilot Channel of the total reverse link transmission shall be the mean output power of the Pilot Channel at the end of the last

TIA-856-B                                                              Subtype 2 Physical Layer

1  Access Channel probe minus the difference in the forward link mean received signal power
2  from the end of the last Access Channel probe to the current Reverse Traffic Channel
3  transmission,  plus closed loop corrections as specified in 12.3.1.2.4.2.

4  The accuracy of the incremental adjustment to the mean output power, as dictated by the
5  Access Channel MAC Protocol and the Reverse Traffic Channel MAC Protocol, shall be
6  ±0.5 dB or 20% of the change in dB, whichever is greater.

7  When the access terminal is transmitting the Access Channel, the power of the Data
8  Channel relative to that of the Pilot Channel during the data portion of the Access Channel
9  transmission shall be as specified in Table 12.3.1.2.4.1-1 in which DataOffsetNom,
10  DataOffset9k6, DataOffset19k2, and DataOffset38k4 are public data of the Access
11  Channel MAC Protocol. When the access terminal is transmitting the Access Channel, the
12  power of the Pilot Channel during the preamble portion of the Access Channel transmission
13  shall be equal to the total power transmitted during the data portion of the Access Channel
14  transmission when the Data Channel is transmitted at 9.6 kbps.

15  **Table 12.3.1.2.4.1-1. Relative Power Levels vs. Data Rate for Access Channel**
16  **Transmissions**

| Data Rate (kbps) | Data Channel Gain Relative to Pilot (dB) |
|---|---|
| 0 | −∞ (Data Channel Is Not Transmitted) |
| 9.6 | DataOffsetNom + DataOffset9k6 + 3.75 |
| 19.2 | DataOffsetNom + DataOffset19k2 + 6.75 |
| 38.4 | DataOffsetNom + DataOffset38k4 + 9.75 |

17

18  During the transmission of the RRI Channel, the power of the RRI Channel relative to that
19  of the Pilot Channel shall be as specified by RRIChannelGain, where RRIChannelGain is
20  public data of the Reverse Traffic Channel MAC Protocol.

21  During the transmission of the DSC Channel, the power of the DSC Channel relative to
22  that of the Pilot Channel shall be as specified by DSCChannelGain, where
23  DSCChannelGain is public data of the Forward Traffic Channel MAC Protocol.

24  During the transmission of the DRC Channel, the power of the DRC Channel relative to
25  that of the Pilot Channel shall be as specified by DRCChannelGain, where
26  DRCChannelGain is public data of the Forward Traffic Channel MAC Protocol.

27  During the transmission of the ACK Channel, the power of the ACK Channel relative to that
28  of the Pilot Channel shall be as specified by ACKChannelGain, where ACKChannelGain is
29  public data of the Forward Traffic Channel MAC Protocol if the access terminal is
30  transmitting an ACK in response to a Single User packet.

31  During the transmission of the ACK Channel, the power of the ACK Channel relative to that
32  of the Pilot Channel shall be as specified by ACKChannelGain +
33  DeltaACKChannelGainMUP if the access terminal is transmitting an ACK in response to a

Multi-User packet, where ACKChannelGain and DeltaACKChannelGainMUP are public data of the Forward Traffic Channel MAC Protocol.

During the transmission of the Data Channel, the power of the Data Channel relative to that of the Pilot Channel shall be as specified by TxT2P, where TxT2P is public data of the Reverse Traffic Channel MAC Protocol.

The Auxiliary Pilot Channel shall be transmitted during the $n^{th}$ half slot if the Reverse Traffic Channel transmit payload is greater than or equal to AuxiliaryPilotChannelMinPayload during half slots $n-1$ or $n+1$, where AuxiliaryPilotChannelMinPayload is public data of the Reverse Traffic Channel MAC Protocol.

If the Auxiliary Pilot Channel is transmitted during the $n^{th}$ half slot, its power shall be specified relative to the maximum of the Data Channel Gains during half-slots $n-1$ and $n+1$ by AuxiliaryPilotChannelGain, where AuxiliaryPilotChannelGain is public data of the Reverse Traffic Channel MAC Protocol.

The access terminal shall maintain the power of the RRI Channel, DSC Channel, DRC Channel, ACK Channel, and Data Channel relative to that of the Pilot Channel, to within ±0.25 dB of the specified values.

The access terminal shall maintain the power of the Auxiliary Pilot Channel during the $n^{th}$ half slot relative to that of the maximum of the Data Channel Gains during half slots $n-1$ and $n+1$ to within ±0.25 dB of the specified values.

If TxT2P is less than or equal to $TxT2P_{min}$ (both public data of the Reverse Traffic Channel MAC Protocol) and the access terminal is unable to transmit the Reverse Traffic Channel at the required output power level, the access terminal shall reduce the power of the DRC Channel and the ACK Channel accordingly. The maximum power reduction for the DRC Channel corresponds to gating off the DRC Channel. The maximum power reduction for the ACK Channel corresponds to gating off the ACK Channel. If the ACK Channel is active, the ACK Channel power reduction shall occur only after the DRC Channel has been gated off. The access terminal shall perform the power reduction within one slot of determining that the access terminal is unable to transmit at the requested output power level.

12.3.1.2.4.2 Closed-Loop Output Power

For closed-loop correction (with respect to the open-loop estimate), the access terminal shall adjust the mean output power level of the Pilot Channel in response to each power-control bit received on the Reverse Power Control (RPC) Channel. The nominal change in mean output power level of the Pilot Channel per single power-control bit shall be set according to the RPCStep, which is public data of the Reverse Traffic Channel MAC Protocol.

For the 1.0 dB step size, the change in mean output power level per power-control bit shall be within ±0.5 dB of the nominal value (1 dB), and the change in mean output power level per 10 power-control bits of the same sign shall be within ±2.0 dB of 10 times the nominal change (10 dB). For the 0.5 dB step size, the change in mean output power level per power-control bit shall be within ±0.3 dB of the nominal value (0.5 dB), and the change in mean output power level per 20 power-control bits of the same sign shall be within ±2.5 dB of 20

TIA-856-B                                                    Subtype 2 Physical Layer

times the nominal change (10 dB). For the 1.5 dB step size, the change in mean output power level for an active reverse CDMA channel per power-control bit shall be within ±0.5 dB of the nominal value (1.5 dB), and the change in mean output power level for an active reverse CDMA channel per 10 power-control bits of the same sign shall be within ±3.0 dB of 10 times the nominal change (15 dB). For the 2.0 dB step size, the change in mean output power level for an active reverse CDMA channel per power-control bit shall be within ±0.5 dB of the nominal value (2.0 dB), and the change in mean output power level for an active reverse CDMA channel per 10 power-control bits of the same sign shall be within ±4.0 dB of 10 times the nominal change (20 dB). A '0' power-control bit requires the access terminal to increase transmit power, and a '1' power-control bit requires the access terminal to decrease transmit power. The access terminal shall provide a closed-loop adjustment range greater than ±24 dB around its open-loop estimate.

See 13.3.2.1 for combining power-control bits received from different multipath components or from different sectors during handoff.

12.3.1.2.5 Power Transition Characteristics

12.3.1.2.5.1 Open-Loop Estimation

Following a step change in mean input power, $\Delta P_{in}$, the mean output Pilot Channel power of the access terminal shall transition to its final value in a direction opposite in sign to $\Delta P_{in}$, with magnitude contained between the mask limits defined by[139]:

• Upper Limit:

For 0 < t < 24 ms: max $[1.2 \times |\Delta P_{in}| \times (t/24), |\Delta P_{in}| \times (t/24) + 2.0 \text{ dB}] + 1.5 \text{ dB}$

For t ≥ 24 ms: max $[1.2 \times |\Delta P_{in}|, |\Delta P_{in}| + 0.5 \text{ dB}] + 1.5 \text{ dB}$

• Lower Limit:

For t > 0: max $[0.8 \times |\Delta P_{in}| \times [1 - e^{(1.66...-t)/36}] - 2.0 \text{ dB}, 0] - 1 \text{ dB}$

where "t" is expressed in units of milliseconds and $\Delta P_{in}$ is expressed in units of dB.

These limits shall apply to a step change $\Delta P_{in}$ of ±20 dB or less. The absolute value of the change in mean output power due to open-loop power control shall be a monotonically increasing function of time. If the change in mean output power consists of discrete increments, no single increment shall exceed 1.2 dB.

12.3.1.2.5.2 Closed-Loop Correction

Following the reception of a closed-loop power-control bit, the mean output power of the access terminal shall be within 0.3 dB and 0.15 dB of the final value in less than 500 μs for step sizes of 1.0 dB and 0.5 dB, respectively and within 0.3 dB of the final value in less than 500 μs for step sizes of 1.5 dB and 2 dB.

---

[139] The mask limits allow for the effect of alternating closed-loop power-control bits.

12.3.1.3 Modulation Characteristics

12.3.1.3.1 Reverse Channel Structure

The Reverse Channel consists of the Access Channel and the Reverse Traffic Channel. The Access Channel shall consist of a Pilot Channel and a Data Channel. The Reverse Traffic Channel shall consist of a Pilot Channel, a Reverse Rate Indicator (RRI) Channel, a Data Source Control (DSC) Channel, a Data Rate Control (DRC) Channel, an Acknowledgment (ACK) Channel, and a Data Channel. The Reverse Traffic Channel may also include an Auxiliary Pilot Channel.

The RRI Channel is used to indicate the payload size and the sub-packet identifier of the physical layer packet transmitted on the Reverse Traffic Channel. The DSC Channel is used by the access terminal to indicate to the access network the selected serving cell on the Forward Channel. The DRC Channel is used by the access terminal to indicate to the access network the requested Forward Traffic Channel data rate and the selected serving sector on the Forward Channel. The serving sector is the sector that the access terminal selects for receiving the Forward Traffic Channel. The serving cell is the cell that contains the serving sector. The ACK Channel is used by the access terminal to inform the access network whether or not the physical layer packet transmitted on the Forward Traffic Channel has been received successfully. The Auxiliary Pilot Channel is used by the access terminal to aid reverse link channel estimation by the access network.

The structure of the reverse link channels for the Access Channel shall be as shown in Figure 12.3.1.3.1-1, and the structure of the reverse link channels for the Reverse Traffic Channel shall be as shown in Figure 12.3.1.3.1-2 through Figure 12.3.1.3.1-6. For the Access Channel, the RRI symbols shall not be transmitted. The Pilot Channel, the RRI Channel, the DSC Channel, the DRC Channel, the ACK Channel, the Data Channel, and the Auxiliary Pilot Channel shall be orthogonally spread by Walsh functions of length 2, 4, 8, 16, or 32 (see 12.3.1.3.8). The Data Channel shall be BPSK, QPSK, or 8-PSK modulated and each modulated stream shall be covered by either a 4-ary Walsh function or a 2-ary Walsh function. The Data Channel shall be B4 modulated (BPSK modulation with 4-ary Walsh cover), Q4 modulated (QPSK modulation with 4-ary Walsh cover), Q2 modulated (QPSK modulation with 2-ary Walsh cover), Q4Q2 modulated (sum of the Q4 and Q2 modulated symbols), or E4E2 modulated (sum of E4 (8-PSK modulated with 4-ary Walsh cover), and E2 (8-PSK modulated with 2-ary Walsh cover) modulated symbols). Each Reverse Traffic Channel shall be identified by a distinct user long code. The Access Channel for each sector shall be identified by a distinct Access Channel long code.

The Access Channel frame and Reverse Traffic Channel frame shall be 26.66... ms in duration. The zero offset frame boundary shall be aligned to the rollover of the short PN codes (see 12.3.1.3.12.1). Each Reverse Traffic Channel frame[140] shall consist of 16 slots or four sub-frames and each sub-frame shall consist of 4-slots, with each slot 1.66... ms in duration. Each slot contains 2048 PN chips. A sub-packet is the smallest unit of a Reverse

---

[140] The start of a frame is specified by ( T – FrameOffset ) mod 16 = 0, where T is the CDMA System Time in slots.

Traffic Channel transmission that can be acknowledged at the physical layer by the access network. A sub-packet is transmitted over four contiguous slots. A sub-frame is a group of four contiguous slots during which the access terminal may transmit a sub-packet. The structure of the Reverse Traffic Channel sub-frame is shown in Figure 12.3.1.3.1-9. Each physical layer packet can be transmitted in up to a maximum of four sub-packets. When more than one sub-packet is transmitted, the transmitted sub-packets shall use a three sub-frame interlacing. That is, the transmitted sub-packets of a physical layer packet shall be separated by two intervening sub-frames, and sub-packets of other physical layer packets may be transmitted in the sub-frames between those transmitted sub-packets.

When the access terminal is transmitting a Reverse Traffic Channel, it shall continuously transmit the Pilot Channel and the RRI Channel. The Pilot Channel shall be transmitted on Walsh channel $W_0^{16}$. The RRI Channel shall be transmitted on Walsh channel $W_4^{16}$. The DSC Channel and the ACK Channel shall be time-division multiplexed on Walsh channel $W_{12}^{32}$. The DSC Channel shall be transmitted on the second half slot on Walsh channel $W_{12}^{32}$ and shall be repeated for DSCLength slots, where DSCLength is public data of the Forward Traffic Channel MAC Protocol. When the DRC Channel is active (see 12.3.1.3.3.4), it shall be transmitted for a full slot duration on Walsh channel $W_8^{16}$ and repeated for DRCLength slots, where DRCLength is public data of the Forward Traffic Channel MAC Protocol. The access terminal shall transmit an ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble directed to the access terminal. Otherwise, the ACK Channel shall be gated off. When the ACK Channel bit is transmitted, it shall be time-division multiplexed with the DSC Channel and transmitted on the first half slot on Walsh channel $W_{12}^{32}$. The access terminal shall transmit the Data Channel as specified by the Reverse Traffic Channel MAC Protocol. When transmitting the Data Channel the access terminal shall transmit the Data Channel on Walsh channel $W_2^4$ or $W_1^2$, or both. The access terminal shall transmit the Auxiliary Pilot Channel as specified by the Reverse Traffic Channel MAC Protocol. When transmitting the Auxiliary Pilot Channel, the access terminal shall transmit the Auxiliary Pilot Channel on Walsh channel $W_{28}^{32}$. The Walsh channel assignments for the Physical Layer Reverse Traffic Channels are shown in Table 12.3.1.3.1-1.

**Table 12.3.1.3.1-1. Walsh Channel Assignments for Physical Layer Reverse Traffic Channel**

| Channel | Walsh Channel |
|---|---|
| Pilot | $W_0^{16}$ |
| Reverse Rate Indicator (RRI) | $W_4^{16}$ |
| Data Source Control (DSC) | $W_{12}^{32}$ |
| Data Rate Control (DRC) | $W_8^{16}$ |
| ACK | $W_{12}^{32}$ |
| Data | $W_2^4$ and/or $W_1^2$ |
| Auxiliary Pilot | $W_{28}^{32}$ |

Figure 12.3.1.3.1-7 and Figure 12.3.1.3.1-8 give examples of the ACK Channel operation for a 153.6 kbps Forward Traffic Channel. The 153.6 kbps Forward Traffic Channel physical layer packets use four slots, and these slots are transmitted with a three-slot interval between them, as shown in the figures. The slots from other physical layer packets are interlaced in the three intervening slots.

Figure 12.3.1.3.1-7 shows the case of a normal physical layer packet termination. In this case, the access terminal transmits NAK responses on the ACK Channel after the first three slots of the physical layer packet are received indicating that it was unable to correctly receive the Forward Traffic Channel physical layer packet after only one, two, or three of the nominal four slots. An ACK or NAK is also transmitted after the last slot is received, as shown.

Figure 12.3.1.3.1-8 shows the case where the Forward Traffic Channel physical layer packet transmission is terminated early. In this example, the access terminal transmits an ACK response on the ACK Channel after the third slot is received indicating that it has correctly received the physical layer packet. When the access network receives such an ACK response, it does not transmit the remaining slots of the physical layer packet. Instead, it may begin the transmission of any subsequent physical layer packets.

When the access terminal has received all slots of a physical layer packet or has transmitted a positive ACK response, the physical layer shall return a *ForwardTrafficCompleted* indication.

The access terminal shall not forward the physical layer packet to a higher layer if the physical layer packet was not successfully received.

TIA-856-B                                                    Subtype 2 Physical Layer



**Figure 12.3.1.3.1-1. Reverse Channel Structure for the Access Channel**

Subtype 2 Physical Layer                                                                    TIA-856-B



1 
2 **Figure 12.3.1.3.1-2. Subtype 2 Physical Layer Protocol Reverse Channel Structure for**
3 **the Reverse Traffic Channel (Part 1 of 5)**

Subtype 2 Physical Layer



B4 Modulation



Q4 Modulation



Q2 Modulation

**Figure 12.3.1.3.1-3. Subtype 2 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 2 of 5)**



Q4Q2 modulation

**Figure 12.3.1.3.1-4. Subtype 2 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 3 of 5)**

1



E4E2 modulation

3 **Figure 12.3.1.3.1-5. Subtype 2 Physical Layer Protocol Reverse Channel Structure for**
4 **the Reverse Traffic Channel (Part 4 of 5)**



**Figure 12.3.1.3.1-6. Subtype 2 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 5 of 5)**



**Figure 12.3.1.3.1-7. Multislot Forward Traffic Channel Physical Layer Packet with Normal Termination**



**Figure 12.3.1.3.1-8. Multislot Forward Traffic Channel Physical Layer Packet with Early Termination**



1

2     **Figure 12.3.1.3.1-9. Reverse Traffic Channel Sub-frame Structure**

3     12.3.1.3.1.1 Modulation Parameters

4     The modulation parameters for the Access Channel and the Reverse Traffic Channel shall

5     be as specified in Table 12.3.1.3.1.1-1 and Table 12.3.1.3.1.1-2, respectively.

6     **Table 12.3.1.3.1.1-1. Modulation Parameters for the Access Channel**

|  | Data Rate (kbps) | | |
|---|---|---|---|
| **Parameter** | **9.6** | **19.2** | **38.4** |
| Reverse Rate Index | 1 | 2 | 3 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 |
| Physical Layer Packet Duration (ms) | 26.66... | 26.66... | 26.66... |
| Code Rate | 1/4 | 1/4 | 1/4 |
| Code Symbols per Physical Layer Packet | 1,024 | 2,048 | 4,096 |
| Code Symbol Rate (ksps) | 38.4 | 76.8 | 153.6 |
| Interleaved Packet Repeats | 8 | 4 | 2 |
| Modulation Symbol Rate (ksps) | 307.2 | 307.2 | 307.2 |
| Modulation Type | BPSK | BPSK | BPSK |
| PN Chips per Physical Layer Packet Bit | 128 | 64 | 32 |

7

TIA-856-B                                                          Subtype 2 Physical Layer

**Table 12.3.1.3.1.1-2. Modulation Parameters for the Reverse Traffic Channel**

| Payload Size (bits) | Modulation | Effective Data Rate (kbps) | | | | Effective Code Rate [Repetition] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | After 4 Slots | After 8 Slots | After 12 Slots | After 16 Slots | After 4 Slots | After 8 Slots | After 12 Slots | After 16 Slots |
| 128 | B4 | 19.2 | 9.6 | 6.4 | 4.8 | 1/5 [3.2] | 1/5 [6.4] | 1/5 [9.6] | 1/5 [12.8] |
| 256 | B4 | 38.4 | 19.2 | 12.8 | 9.6 | 1/5 [1.6] | 1/5 [3.2] | 1/5 [4.8] | 1/5 [6.4] |
| 512 | B4 | 76.8 | 38.4 | 25.6 | 19.2 | 1/4 [1] | 1/5 [1.6] | 1/5 [2.4] | 1/5 [3.2] |
| 768 | B4 | 115.2 | 57.6 | 38.4 | 28.8 | 3/8 [1] | 1/5 [1.07] | 1/5 [1.6] | 1/5 [2.13] |
| 1024 | B4 | 153.6 | 76.8 | 51.2 | 38.4 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 1536 | Q4 | 230.4 | 115.2 | 76.8 | 57.6 | 3/8 [1] | 1/5 [1.07] | 1/5 [1.6] | 1/5 [2.13] |
| 2048 | Q4 | 307.2 | 153.6 | 102.4 | 76.8 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 3072 | Q2 | 460.8 | 230.4 | 153.6 | 115.2 | 3/8 [1] | 1/5 [1.07] | 1/5 [1.6] | 1/5 [2.13] |
| 4096 | Q2 | 614.4 | 307.2 | 204.8 | 153.6 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 6144 | Q4Q2 | 921.6 | 460.8 | 307.2 | 230.4 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 8192 | Q4Q2 | 1228.8 | 614.4 | 409.6 | 307.2 | 2/3 [1] | 1/3 [1] | 2/9 [1] | 1/5 [1.2] |
| 12288 | E4E2 | 1843.2 | 921.6 | 614.4 | 460.8 | 2/3 [1] | 1/3 [1] | 1/3 [1.5] | 1/3 [2] |

12.3.1.3.1.2 Data Rates

The access terminal shall transmit information on the Access Channel at a data rate of 9.6 kbps, 19.2 kbps, or 38.4 kbps.

The access terminal shall transmit information on the Reverse Traffic Channel at a variable data rate ranging from 4.8 kbps to 1228.8 kbps as shown in Table 13.3.1.3.1.1-2, according to the Reverse Traffic Channel MAC Protocol. The access terminal may transmit information on the Reverse Traffic Channel at 1843.2 kbps using the 12288-bit payload as shown in Table 12.3.1.3.1.1-2 according to Rate1M8Supported, which is public data of the Reverse Traffic Channel MAC Protocol.

12.3.1.3.2 Access Channel

The Access Channel is used by the access terminal to initiate communication with the access network or to respond to an access terminal directed message. The Access Channel consists of a Pilot Channel and a Data Channel as shown in Figure 12.3.1.3.2-1.

An access probe shall consist of a preamble followed by one or more Access Channel physical layer packets. During the preamble transmission, only the Pilot Channel shall be transmitted. During the Access Channel physical layer packet transmission, both the Pilot Channel and the Data Channel shall be transmitted. The output power of the Pilot Channel during the preamble portion of an access probe is higher than it is during the data portion of the probe. The output power of the preamble is independent of the data rate and is set equal to that of the data portion transmitted at 9.6 kbps as shown in Figure 12.3.1.3.2-1.

The preamble length is specified by the parameter PreambleLength or the parameter PreambleLengthSlots which are public data from the Access Channel MAC Protocol. The Access Channel physical layer packets are transmitted at data rates of 9.6, 19.2, or 38.4 kbps.



**Figure 12.3.1.3.2-1. Example of an Access Probe Transmitted at a Data Rate of 9.6 kbps**



**Figure 12.3.1.3.2-2. Example of an Access Probe Transmitted at a Data Rate of 19.2 or 38.4 kbps**

12.3.1.3.2.1 Pilot Channel

The access terminal shall transmit unmodulated symbols with a binary value of '0' on the Pilot Channel. The Pilot Channel shall be transmitted continuously during Access Channel transmission. It is transmitted on the I channel using the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

12.3.1.3.2.2 Data Channel

One or more Access Channel physical layer packets shall be transmitted on the Data Channel during every access probe. The Access Channel physical layer packets are transmitted at data rates of 9.6 kbps, 19.2 kbps, or 38.4 kbps on the Q-branch using the 4-chip Walsh function number 2 ($W_2^4$ = + + − −). The Access Channel physical layer packets shall be preceded by a preamble of PreambleLength frames or PreambleLengthSlots slots where only the Pilot Channel is transmitted. The PreambleLength parameter and the PreambleLengthSlots parameter are public data from the Access Channel MAC Protocol.

12.3.1.3.3 Reverse Traffic Channel

The Reverse Traffic Channel is used by the access terminal to transmit user-specific traffic or signaling information to the access network. The Reverse Traffic Channel consists of a Pilot Channel, an RRI Channel, a DSC Channel, a DRC Channel, an ACK Channel, and a Data Channel. The Reverse Traffic Channel may also include an Auxiliary Pilot Channel.

The access terminal supports transmission of information on the Data Channel of the Reverse Traffic Channel at a variable data rate ranging from of 4.8 kbps to 1228.8 kbps as shown in Table 12.3.1.3.1.1-2. The access terminal may transmit information on the Reverse Traffic Channel at 1843.2 kbps using the 12288-bit payload as shown in Table 12.3.1.3.1.1-2, according to Rate1M8Supported, which is public data of the Reverse Traffic Channel MAC Protocol. The data rate used on the Data Channel is specified by the Reverse Traffic Channel MAC Protocol. The gain of the Data Channel relative to that of the Pilot

Channel for the Reverse Traffic Channel depends on the T2P (traffic-to-pilot power ratio) profile for the transmitted payload size and the transmission mode of the packet. The T2P profile for each payload size and transmission mode are determined by the Reverse Traffic Channel MAC Protocol (see 10.12).The Reverse Traffic Channel MAC Protocol supports two transmission modes, the High Capacity mode and the Low Latency mode. Each transmission mode is characterized by a physical layer transmit duration of one, two, three or four sub-packets. The T2P profile is defined for each payload size for each transmission mode and is characterized by the T2P transition. The T2P transition is the number of sub-packets of a Reverse Traffic Channel packet transmitted from the beginning of the transmission prior to a change in the T2P.

### 12.3.1.3.3.1 Pilot Channel

The access terminal shall transmit unmodulated symbols with a binary value of '0' on the Pilot Channel. It is transmitted on the I channel using the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

### 12.3.1.3.3.2 Reverse Rate Indicator Channel

The RRI Channel is used by the access terminal to indicate the payload size and sub-packet identifier of the physical layer packet transmitted on the Data Channel.

The transmitted payload size shall be a 4-bit symbol  as shown in Table 12.3.1.3.3.2-1. The sub-packet identifier shall be a 2-bit symbol as shown in Table 12.3.1.3.3.2-2. The 6-bit RRI symbol shall be formed using the 4-bit symbol representing the payload size and the 2-bit symbol representing the sub-packet identifier. A 32-dimensional bi-orthogonal signal constellation shall be used to encode the 6-bit RRI symbols. The bi-orthogonal signal constellation shall be assigned based on the payload size and the sub-packet identifier. The Walsh function used to represent the RRI shall be based on the payload index i and sub-packet index j as shown in the following equations:

$$\overline{W}_{2 \times i + \lfloor j/2 \rfloor}^{32} \text{ if } j = \text{odd}$$

$$W_{2 \times i + \lfloor j/2 \rfloor}^{32} \text{ if } j = \text{even}$$

The bi-orthogonal codeword shall be repeated four times.  The resulting symbols are covered with the 16-chip Walsh Channel $W_4^{16}$. The RRI Channel is transmitted on the in-phase (I) channel. The access terminal shall set the payload index to 0x0 and sub-packet index to 0 to indicate a null-rate RRI.

**Table 12.3.1.3.3.2-1. Payload Size to Payload Index Mapping**

| Payload Size (bits) | Payload Index |
|---|---|
| 0 | 0x0 |
| 128 | 0x1 |
| 256 | 0x2 |
| 512 | 0x3 |
| 768 | 0x4 |
| 1024 | 0x5 |
| 1536 | 0x6 |
| 2048 | 0x7 |
| 3072 | 0x8 |
| 4096 | 0x9 |
| 6144 | 0xa |
| 8192 | 0xb |
| 12288 | 0xc |
| Reserved | 0xd |
| Reserved | 0xe |
| Reserved | 0xf |

**Table 12.3.1.3.3.2-2. Sub-packet Identifier to Sub-packet Index Mapping**

| Sub-packet Identifier | Sub-packet Index |
|---|---|
| 0 | 0x0 |
| 1 | 0x1 |
| 2 | 0x2 |
| 3 | 0x3 |

12.3.1.3.3.3 Data Source Control Channel

The access terminal uses the DSC Channel to indicate to the access network the selected serving cell on the forward link. The serving cell is indicated by the DSC value (3-bit value as specified in Table 12.3.1.3.3.3-1) for that cell. The DSC value takes effect one slot after the end of its transmission and stays in effect for DSCLength slots, where DSCLength is public data of the Forward Traffic Channel MAC Protocol.

Subtype 2 Physical Layer                                           TIA-856-B

The DSC values shall be transmitted at a data rate of 600/DSCLength DSC values per second. The DSC values shall be block encoded to yield 32-bit codewords, as specified in Table 12.3.1.3.3.3-1. The DSC value is repeated for DSCLength consecutive slots. Each bit of the codeword is spread by a 32-ary Walsh function $W_{12}^{32}$. The DSC Channel is transmitted on the in-phase (I) Channel as shown in Figure 12.3.1.3.1-6.

The timing of the Forward Traffic Channel transmission corresponding to a DSC symbol shall be as specified by the Forward Traffic Channel MAC Protocol. Figure 12.3.1.3.3-1 shows transmission of DSC symbols based on the Forward Traffic Channel MAC Protocol. Figure 12.3.1.3.3-1 shows an example of the DSC Channel timeline for a DRCLength of two slots and DSCLength of eight slots.

**Table 12.3.1.3.3.3-1. DSC Encoding**

| DSC Value | Codeword |
|:---:|:---:|
| 0x0 | 00000000000000000000000000000000 |
| 0x1 | 01011010101101010110101011010101 |
| 0x2 | 00110110011011001101100110110011 |
| 0x3 | 01101100110110011011001101100110 |
| 0x4 | 11110001111000111100011110001111 |
| 0x5 | 10101011010101101010110101011010 |
| 0x6 | 11000111100011110001111000111100 |
| 0x7 | 10011101001110100111010011101001 |

TIA-856-B                                          Subtype 2 Physical Layer



**Figure 12.3.1.3.3-1. DSC Channel Timeline**

12.3.1.3.3.4 Data Rate Control Channel

The DRC Channel is used by the access terminal to indicate to the access network the selected serving sector and the requested data rate on the Forward Traffic Channel. The requested Forward Traffic Channel data rate is mapped into a four-bit DRC value as specified by the Forward Traffic Channel MAC Protocol. An 8-ary Walsh function corresponding to the selected serving sector is used to spread the DRC Channel transmission. The cover mapping is defined by the public data DRCCover from the Forward Traffic Channel MAC Protocol.

The DRC values shall be transmitted at a data rate of 600/DRCLength DRC values per second, where DRCLength is public data from the Forward Traffic Channel MAC Protocol. When DRCLength is greater than one, the DRC value and DRCCover inputs in Figure 12.3.1.3.1-2 are repeated for DRCLength consecutive slots as specified in the Forward Traffic Channel MAC Protocol.

The DRC values shall be block encoded to yield 8-bit bi-orthogonal codewords, as specified in Table 12.3.1.3.3.4-1. Each DRC codeword shall be transmitted twice per slot. Each bit of a repeated codeword shall be spread by an 8-ary Walsh function $W_i^8$ as defined in Table

12.3.1.3.3.4-1, where i equals DRCCover. Each Walsh chip of the 8-ary Walsh function is further spread by the Walsh function $W_8^{16}$. Each DRC value shall be transmitted over DRCLength slots when the DRC Channel is continuously transmitted.

The access terminal may support gated DRC transmissions. For an access terminal that supports gated DRC transmissions, it shall gate its DRC transmissions if the value of the DRCGating attribute equals 1, where DRCGating is public data from the Forward Traffic Channel MAC Protocol. When the DRC transmissions are gated, each DRC symbol shall be transmitted over only one of every DRCLength slots as specified in the Forward Traffic Channel MAC Protocol. Slots where the DRC Channel is not gated off are called active slots.

The DRC Channel shall be transmitted on the Q-branch as shown in Figure 12.3.1.3.1-6.

The timing of the Forward Traffic Channel transmission corresponding to a DRC symbol shall be as specified by the Forward Traffic Channel MAC Protocol. The transmission of DRC symbols shall start at the mid-slot point. The timing for the Forward Traffic Channel MAC Protocol for nongated and gated transmissions are  shown in Figure 12.3.1.3.3.4-1 and Figure 12.3.1.3.3.4-2, respectively.

**Table 12.3.1.3.3.4-1. DRC Bi-Orthogonal Encoding**

| DRC Value | Codeword |
|-----------|----------|
| 0x0 | 00000000 |
| 0x1 | 11111111 |
| 0x2 | 01010101 |
| 0x3 | 10101010 |
| 0x4 | 00110011 |
| 0x5 | 11001100 |
| 0x6 | 01100110 |
| 0x7 | 10011001 |
| 0x8 | 00001111 |
| 0x9 | 11110000 |
| 0xA | 01011010 |
| 0xB | 10100101 |
| 0xC | 00111100 |
| 0xD | 11000011 |
| 0xE | 01101001 |
| 0xF | 10010110 |

1

**Table 12.3.1.3.3.4-2. 8-ary Walsh Functions**

| $W_0^8$ | 0000 0000 |
|---|---|
| $W_1^8$ | 0101 0101 |
| $W_2^8$ | 0011 0011 |
| $W_3^8$ | 0110 0110 |
| $W_4^8$ | 0000 1111 |
| $W_5^8$ | 0101 1010 |
| $W_6^8$ | 0011 1100 |
| $W_7^8$ | 0110 1001 |

2



3

4

**Figure 12.3.1.3.3.4-1. DRC Timing for Nongated Transmission**



**Figure 12.3.1.3.3.4-2. DRC Timing for Gated Transmission**

### 12.3.1.3.3.5 ACK Channel

The ACK Channel is used by the access terminal to inform the access network whether a physical layer packet addressed to the access terminal and transmitted on the Forward Traffic Channel has been received successfully or not. The access terminal shall transmit an ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble directed to the access terminal. The access terminal shall transmit at most one redundant positive ACK in response to a Forward Traffic Channel slot that is detected as a continuation of the physical layer packet that has been successfully received. Otherwise, the ACK Channel shall be gated off.

When acknowledging a Single User packet, the ACK Channel shall use BPSK (bipolar keying) modulation, with a 1 representing positive acknowledgement and −1 representing negative acknowledgment. When acknowledging a Multi-User packet, the ACK Channel shall use OOK (ON-OFF keying) modulation, with a 1 (ON) representing positive acknowledgement and a 0 (OFF) representing negative acknowledgment. The access terminal shall transmit a positive acknowledgment on the ACK channel if it successfully receives a packet addressed to it on the Forward Traffic Channel. Otherwise, the access terminal shall transmit a negative acknowledgment on the ACK channel. A Forward Traffic Channel physical layer packet is considered successfully received if it has a valid FCS. The address of a Single User packet is indicated by the packet preamble, whereas the address of a Multi-User packet is indicated by the MAC Layer header. For a Forward Traffic Channel physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 3 on the Reverse Channel (see Figure 12.3.1.3.1-7 and Figure 12.3.1.3.1-8). The ACK Channel transmission shall be

TIA-856-B                                                    Subtype 2 Physical Layer

1  transmitted in the first half of the slot and shall last for 1024 PN chips as shown in Figure
2  12.3.1.3.1-7 and Figure 12.3.1.3.1-8. The ACK Channel uses the Walsh channel identified
3  by the Walsh function $W_{12}^{32}$ and is transmitted on the I-branch.

4  A Forward Traffic Channel physical layer packet is considered successfully received if the
5  FCS checks. For a Forward Traffic Channel physical layer packet transmitted in slot n on
6  the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 3
7  on the Reverse Channel (see Figure 12.3.1.3.1-7 and Figure 12.3.1.3.1-8). The ACK
8  Channel transmission shall be transmitted in the first half of the slot and shall last for
9  1024 PN chips as shown in Figure 12.3.1.3.1-7 and Figure 12.3.1.3.1-8. The ACK Channel
10 shall use the Walsh channel identified by the Walsh function $W_{12}^{32}$ and shall be transmitted
11 on the I channel.

12 12.3.1.3.3.6 Data Channel

13 The Data Channel is transmitted at the data rates given in Table 12.3.1.3.1.1-2. An access
14 terminal shall not start a new packet transmission in any slot T specified by the following
15 equation:

16                     (T-FrameOffset) mod 4 ≠ 0,

17 where T is the CDMA System Time in slots. The FrameOffset parameter is public data of
18 the Reverse Traffic Channel MAC Protocol. All data transmitted on the Reverse Traffic
19 Channel is encoded, block interleaved, sequence repeated, BPSK, QPSK, or 8-PSK
20 modulated and orthogonally spread by Walsh function $W_2^4$ or Walsh function $W_1^2$ or both.
21 The Data Channel shall be modulated as shown in Table 12.3.1.3.3.6-1.

22            **Table 12.3.1.3.3.6-1. Data Channel Modulation Formats**

| Modulation Format | (Modulation, Walsh Function) |
|---|---|
| B4 | (BPSK, $W_2^4$) |
| Q4 | (QPSK, $W_2^4$) |
| Q2 | (QPSK, $W_1^2$) |
| Q4Q2 | (QPSK, $W_2^4$) + (QPSK, $W_1^2$) |
| E4E2 | (8-PSK, $W_2^4$) + (8-PSK, $W_1^2$) |

23 12.3.1.3.3.7 Auxiliary Pilot Channel

24 The access terminal shall transmit on the Auxiliary Pilot Channel unmodulated symbols
25 with a binary value of '0'. The Auxiliary Pilot Channel shall be transmitted during the $n^{th}$
26 half slot if the transmitted payload during half slots n−1 or n+1 is greater than or equal to
27 AuxiliaryPilotChannelMinPayload, which is public data of the Reverse Traffic Channel MAC
28 Protocol. If the Auxiliary Pilot Channel is transmitted during the $n^{th}$ half slot , its power
29 shall be specified relative to the maximum of the Data Channel Gains during half-slots n−1

and n+1 by AuxiliaryPilotChannelGain, where AuxiliaryPilotChannelGain is public data of the Reverse Traffic Channel MAC Protocol. The Auxiliary Pilot Channel power level shall be updated at the start of every half slot.

If the Auxiliary Pilot Channel is transmitted, it uses the Walsh channel identified by the Walsh function $W_{28}^{32}$ and is transmitted on the I-branch as shown in Figure 12.3.1.3.1-6.

12.3.1.3.4 Encoding

12.3.1.3.4.1 Reverse Link Encoder Structure and Parameters

The Access Channel physical layer packets shall be encoded with code rate of 1/4. First, the encoder shall discard the six bits of the TAIL field in the physical layer packet inputs (i.e., it shall discard the last six bits in the input physical layer packets). Then, it shall encode the remaining bits with a turbo encoder, as specified in 12.3.1.3.4.2. The turbo encoder will add an internally generated tail.

The encoder parameters shall be as specified in Table 12.3.1.3.4-1.

**Table 12.3.1.3.4-1. Parameters for the Reverse Link Encoder for the Access Channel**

| Data Rate (kbps) | 9.6 | 19.2 | 38.4 |
|---|---|---|---|
| Reverse Rate Index | 1 | 2 | 3 |
| Code Rate | 1/4 | 1/4 | 1/4 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 |
| Number of Turbo Encoder Input Symbols | 250 | 506 | 1,018 |
| Turbo Encoder Code Rate | 1/4 | 1/4 | 1/4 |
| Encoder Output Block Length (Code Symbols) | 1,024 | 2,048 | 4,096 |

The Reverse Traffic Channel physical layer packets shall be encoded with code rates of 1/5 or 1/3. First, the encoder shall discard the six bits of the TAIL field in the physical layer packet inputs (i.e., it shall discard the last six bits in the input physical layer packets). Then, it shall encode the remaining bits with a turbo encoder, as specified in 12.3.1.3.4.2. The turbo encoder will add an internally generated tail.

The encoder parameters shall be as specified in Table 12.3.1.3.4-2 and Table 12.3.1.3.4-3.

**Table 12.3.1.3.4-2. Parameters for the Reverse Link Encoder for the Reverse Traffic Channel – Part 1 of 2**

| Data Rate (kbps) [After 16 Slots] | 4.8 | 9.6 | 19.2 | 28.8 | 38.4 | 57.6 |
|---|---|---|---|---|---|---|
| Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 |
| Bits per Physical Layer Packet | 128 | 256 | 512 | 768 | 1,024 | 1,536 |
| Number of Turbo Encoder Input Symbols | 122 | 250 | 506 | 762 | 1,018 | 1,530 |
| Turbo Encoder Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 |
| Encoder Output Block Length (Code Symbols) | 640 | 1,280 | 2,560 | 3,840 | 5,120 | 7,680 |

**Table 12.3.1.3.4-3. Parameters for the Reverse Link Encoder for the Reverse Traffic Channel – Part 2 of 2**

| Data Rate (kbps) [ After 16 Slots] | 76.8 | 115.2 | 153.6 | 230.4 | 307.2 | 460.8 |
|---|---|---|---|---|---|---|
| Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/3 |
| Bits per Physical Layer Packet | 2,048 | 3,072 | 4,096 | 6,144 | 8,192 | 12,288 |
| Number of Turbo Encoder Input Symbols | 2,042 | 3,066 | 4,090 | 6,138 | 8,186 | 12,282 |
| Turbo Encoder Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/3 |
| Encoder Output Block Length (Code Symbols) | 10,240 | 15,360 | 20,480 | 30,740 | 40,960 | 36,864 |

12.3.1.3.4.2 Turbo Encoding

The turbo encoder encodes the input data and adds an output tail sequence. If the total number of input bits is $N_{turbo}$, the turbo encoder generates $N_{turbo}/R$ encoded data output

symbols followed by 6/R tail output symbols, where R is the code rate of 1/3, 1/4, or 1/5. The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder.

The two recursive convolutional codes are called the constituent codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the ($N_{turbo}$ + 6)/R output symbols.

### 12.3.1.3.4.2.1 Turbo Encoders

The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder. The two recursive convolutional codes are called the constituent codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the desired number of turbo encoder output symbols.

A common constituent code shall be used for the rate 1/3, 1/4, and 1/5 Turbo codes. The transfer function for the constituent code shall be

$$G(D) \; = \; \begin{bmatrix} 1 & \dfrac{n_0(D)}{d(D)} & \dfrac{n_1(D)}{d(D)} \end{bmatrix}$$

where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

The turbo encoder shall generate an output symbol sequence that is identical to the one generated by the encoder shown in Figure 12.3.1.3.4.2.2-1. Initially, the states of the constituent encoder registers in this figure are set to zero. Then, the constituent encoders are clocked with the switches in the positions noted.

The encoded data output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified in Table 12.3.1.3.4.2.2-1. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first. Symbol repetition is not used in generating the encoded data output symbols.

### 12.3.1.3.4.2.2 Turbo Code Termination

The turbo encoder shall generate 6/R tail output symbols following the encoded data output symbols. This tail output symbol sequence shall be identical to the one generated by the encoder shown in Figure 12.3.1.3.4.2.2-1. The tail output symbols are generated after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1 three times with its switch in the down position while Constituent Encoder 2 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The last 3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with its switch in the down position while Constituent Encoder 1 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The constituent encoder

1   outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X′, $Y′_0$, $Y′_1$ with the X

2   output first.

3   The constituent encoder output symbol puncturing and symbol repetition shall be as

4   specified in Table 12.3.1.3.4.2.2-2. Within a puncturing pattern, a '0' means that the

5   symbol shall be deleted and a '1' means that the symbol shall be passed onwards. For rate-

6   1/4 turbo codes, the tail output symbols for each of the first three tail bit periods shall be

7   $XXY_0Y_1$, and the tail output symbols for each of the last three tail bit periods shall be

8   $X′X′Y′_0Y′_1$. For rate-1/5 turbo codes, the tail output code symbols for each of the first three

9   tail bit periods shall be punctured and repeated to achieve the sequence $XXY_0Y_1Y_1$, and

10  the tail output code symbols for each of the last three tail bit periods shall be punctured

11  and repeated to achieve the sequence $X′X′Y′_0Y′_1Y′_1$. For rate-1/3 turbo codes, the tail

12  output symbols for each of the first three tail bit periods shall be $XXY_0$, and the tail output

13  symbols for each of the last three tail bit periods shall be $X′X′Y′_0$.



1

2 **Figure 12.3.1.3.4.2.2-1. Turbo Encoder**

Subtype 2 Physical Layer

**Table 12.3.1.3.4.2.2-1. Puncturing Patterns for the Data Bit Periods**

| Output | Code Rate | | |
|---|---|---|---|
| | 1/3 | 1/4 | 1/5 |
| X | 1 | 11 | 1 |
| $Y_0$ | 1 | 11 | 1 |
| $Y_1$ | 0 | 10 | 1 |
| X′ | 0 | 00 | 0 |
| $Y′_0$ | 1 | 01 | 1 |
| $Y′_1$ | 0 | 11 | 1 |

Note: For each rate, the puncturing table shall be read first from top to bottom and then from left to right.

**Table 12.3.1.3.4.2.2-2. Puncturing Patterns for the Tail Bit Periods**

| Output | Code Rate | | |
|---|---|---|---|
| | 1/3 | 1/4 | 1/5 |
| X | 111 000 | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 | 111 000 |
| X′ | 000 111 | 000 111 | 000 111 |
| $Y′_0$ | 000 111 | 000 111 | 000 111 |
| $Y′_1$ | 000 000 | 000 111 | 000 111 |

Note: For rate-1/3 turbo codes, the puncturing table shall be read first from top to bottom repeating X and X′, and then from left to right. For rate-1/4 turbo codes, the puncturing table shall be read first from top to bottom repeating X and X′, and then from left to right. For rate-1/5 turbo codes, the puncturing table shall be read first from top to bottom repeating X, X′, $Y_1$, and $Y′_1$ and then from left to right.

12.3.1.3.4.2.3 Turbo Interleavers

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire sequence of turbo interleaver input bits are written sequentially into an array at a sequence

Subtype 2 Physical Layer                                                      TIA-856-B

of addresses, and then the entire sequence is read out from a sequence of addresses that are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 12.3.1.3.4.2.3-1 and described below.[141]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 12.3.1.3.4.2.3-1 gives this parameter for the different physical layer packet sizes.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 12.3.1.3.4.2.3-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 12.3.1.3.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure**

---

[141] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is $x(i + 1) = (x(i) + c) \bmod 2^n$, where $x(0) = c$ and c is a row-specific value from a table lookup.

Subtype 2 Physical Layer

**Table 12.3.1.3.4.2.3-1. Turbo Interleaver Parameter**

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|:---:|:---:|:---:|
| 128 | 122 | 2 |
| 256 | 250 | 3 |
| 512 | 506 | 4 |
| 768 | 762 | 5 |
| 1,024 | 1,018 | 5 |
| 1,536 | 1,530 | 6 |
| 2,048 | 2,042 | 6 |
| 3,072 | 3,066 | 7 |
| 4,096 | 4,090 | 7 |
| 6,144 | 6,138 | 8 |
| 8,192 | 8,186 | 8 |
| 12,288 | 12,282 | 9 |

Table 12.3.1.3.4.2.3-2. Turbo Interleaver Lookup Table Definition

| Table Index | n = 2 Entries | n = 3 Entries | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries | n = 8 Entries | n = 9 Entries |
|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 1 | 5 | 27 | 3 | 15 | 3 | 13 |
| 1 | 3 | 1 | 15 | 3 | 27 | 127 | 1 | 335 |
| 2 | 3 | 3 | 5 | 1 | 15 | 89 | 5 | 87 |
| 3 | 1 | 5 | 15 | 15 | 13 | 1 | 83 | 15 |
| 4 | 3 | 1 | 1 | 13 | 29 | 31 | 19 | 15 |
| 5 | 1 | 5 | 9 | 17 | 5 | 15 | 179 | 1 |
| 6 | 3 | 1 | 9 | 23 | 1 | 61 | 19 | 333 |
| 7 | 1 | 5 | 15 | 13 | 31 | 47 | 99 | 11 |
| 8 | 1 | 3 | 13 | 9 | 3 | 127 | 23 | 13 |
| 9 | 1 | 5 | 15 | 3 | 9 | 17 | 1 | 1 |
| 10 | 3 | 3 | 7 | 15 | 15 | 119 | 3 | 121 |
| 11 | 1 | 5 | 11 | 3 | 31 | 15 | 13 | 155 |
| 12 | 1 | 3 | 15 | 13 | 17 | 57 | 13 | 1 |
| 13 | 1 | 5 | 3 | 1 | 5 | 123 | 3 | 175 |
| 14 | 1 | 5 | 15 | 13 | 39 | 95 | 17 | 421 |
| 15 | 3 | 1 | 5 | 29 | 1 | 5 | 1 | 5 |
| 16 | 3 | 3 | 13 | 21 | 19 | 85 | 63 | 509 |
| 17 | 1 | 5 | 15 | 19 | 27 | 17 | 131 | 215 |
| 18 | 3 | 3 | 9 | 1 | 15 | 55 | 17 | 47 |
| 19 | 3 | 5 | 3 | 3 | 13 | 57 | 131 | 425 |
| 20 | 3 | 3 | 1 | 29 | 45 | 15 | 211 | 295 |
| 21 | 1 | 5 | 3 | 17 | 5 | 41 | 173 | 229 |
| 22 | 3 | 5 | 15 | 25 | 33 | 93 | 231 | 427 |
| 23 | 1 | 5 | 1 | 29 | 15 | 87 | 171 | 83 |
| 24 | 3 | 1 | 13 | 9 | 13 | 63 | 23 | 409 |
| 25 | 1 | 5 | 1 | 13 | 9 | 15 | 147 | 387 |
| 26 | 3 | 1 | 9 | 23 | 15 | 13 | 243 | 193 |
| 27 | 1 | 5 | 15 | 13 | 31 | 15 | 213 | 57 |
| 28 | 3 | 3 | 11 | 13 | 17 | 81 | 189 | 501 |
| 29 | 1 | 5 | 3 | 1 | 5 | 57 | 51 | 313 |
| 30 | 1 | 5 | 15 | 13 | 15 | 31 | 15 | 489 |
| 31 | 3 | 3 | 5 | 13 | 33 | 69 | 67 | 391 |

12.3.1.3.5 Scrambling for Reverse Traffic Channel Physical Layer Packets

The output of the encoder shall be scrambled to randomize the data prior to modulation. The scrambling sequence shall be equivalent to one generated with a 17-tap linear feedback shift register with a generator sequence of h(D) = $D^{17} + D^{14} + 1$, as shown in Figure 12.3.1.3.5-1. At the start of the physical layer packet, the shift register shall be initialized to the state $[11111111111i_1i_0d_3d_2d_1d_0]$. The $d_3d_2d_1d_0$ bits shall be determined by the payload size, as specified in Table 12.3.1.3.5-1. The $i_1i_0$ bits shall be determined by the reverse link interlace offset[142], as specified in Table 12.3.1.3.5-2. The initial state shall generate the first scrambling bit. The shift register shall be clocked once for every encoder output code symbol to generate a bit of the scrambling sequence. Every encoder output code symbol shall be XOR'd with the corresponding bit of the scrambling sequence to yield a scrambled encoded bit.

**Table 12.3.1.3.5-1. Parameters Controlling the Scrambler Initial State – Part 1 of 2**

| Payload Size (bits) | $d_3$ | $d_2$ | $d_1$ | $d_0$ |
|:---:|:---:|:---:|:---:|:---:|
| 128 | 0 | 0 | 0 | 0 |
| 256 | 0 | 0 | 0 | 1 |
| 512 | 0 | 0 | 1 | 0 |
| 768 | 0 | 0 | 1 | 1 |
| 1024 | 0 | 1 | 0 | 0 |
| 1536 | 0 | 1 | 0 | 1 |
| 2048 | 0 | 1 | 1 | 0 |
| 3072 | 0 | 1 | 1 | 1 |
| 4096 | 1 | 0 | 0 | 0 |
| 6144 | 1 | 0 | 0 | 1 |
| 8192 | 1 | 0 | 1 | 0 |
| 12288 | 1 | 0 | 1 | 1 |

**Table 12.3.1.3.5-2. Parameters Controlling the Scrambler Initial State – Part 2 of 2**

| Reverse Link Interlace Offset | $i_1$ | $i_0$ |
|:---:|:---:|:---:|
| 0 | 0 | 0 |
| 1 | 0 | 1 |
| 2 | 1 | 0 |

---

[142] The reverse-link interlace offset i for a sub-packet starting in slot T is specified as i = (T - FrameOffset)/4 mod 3, where T is the CDMA System Time in slots and $0 \le i \le 2$.



**Figure 12.3.1.3.5-1. Symbol Scrambler**

12.3.1.3.6 Channel Interleaving for Access Channel Physical Layer Packets

The sequence of binary symbols at the output of the encoder shall be interleaved with a bit-reversal channel interleaver.

The bit-reversal channel interleaver shall be functionally equivalent to an approach where the entire sequence of symbols to be interleaved is written into a linear sequential array with addresses from 0 to $2^L - 1$ and they are read out from a sequence of addresses based on the procedure described below.

- The sequence of array addresses from which the interleaved symbols are read out is generated by a bit-reversal address generator.

- The $i^{th}$ interleaved symbol is read out from the array element at address $A_i$ that satisfies:

$$A_i = \text{Bit\_Reversal}(i, L)$$

where $i = 0$ to $2^L - 1$ and Bit_Reversal(y, L) indicates the bit-reversed L-bit value of y such that if i is expressed in the binary form of $i = b_{L-1}b_{L-2}...b_1b_0$, where $b_k = 0$ or 1, $b_0$ is the LSB and $b_{L-1}$ is the MSB, $A_i = b_0b_1...b_{L-2}b_{L-1}$.

- The bit-reversal interleaving process is completed when all of the symbols in the entire linear array are read out.

Figure 12.3.1.3.6-1 illustrates the procedure for generating the channel interleaver output address.



Figure 12.3.1.3.6-1. Channel Interleaver Address Generation

12.3.1.3.7 Channel Interleaving for Reverse Traffic Channel Physical Layer Packets

The sequence of binary symbols at the output of the encoder shall be interleaved with a channel interleaver. Channel interleaving shall consist of a Symbol Reordering stage followed by a Matrix Interleaving stage.

The packet length, N (including data and tail bits) is expressed as $N = R \times K \times 2^m$, where, R, K and m are positive integers. The channel interleaver is described in terms of the parameters R, K, m, and an end-around-shift parameter D.

12.3.1.3.7.1 Symbol Reordering

Turbo encoder data and tail output symbols generated with the rate-1/5 encoder shall be reordered according to the following steps:

1. All of the data and tail turbo encoder output symbols shall be demultiplexed into five sequences denoted U, $V_0$, $V_1$, $V'_0$, and $V'_1$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_1$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V_1$ sequence, the fourth to the $V'_0$ sequence, the fifth to the $V'_1$ sequence, the sixth to the U sequence, etc.

2. The U, $V_0$, $V_1$, $V'_0$, and $V'_1$ sequences shall be ordered according to $UV_0V'_0V_1V'_1$. That is, the U sequence of symbols shall be first and the $V'_1$ sequence of symbols shall be last.

The scrambled turbo encoder data and tail output symbols generated with the rate-1/3 encoder shall be reordered according to the following procedure:

1. All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into three sequences denoted U, $V_0$ and $V'_0$. The scrambled encoder

output symbols shall be sequentially distributed from the U sequence to the $V'_0$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V'_0$ sequence, the fourth to the U sequence, etc.

2. The U, $V_0$ and $V'_0$ sequences shall be ordered according to $UV_0 V'_0$. That is, the U sequence of symbols shall be first and the $V'_0$ sequence of symbols shall be last.

### 12.3.1.3.7.2 Matrix Interleaving

The Matrix Interleaving operation is carried out in the following steps:

1. The N symbols of the U-sequence symbols are written into a 3-dimensional cuboidal array with R rows, $C \equiv 2^m$ columns, and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol $((r \times C + c) \times K + k)$, where $0 \leq i < N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where, $0 \leq r < R$, $0 \leq c < C$, and $0 \leq k < K$.

2. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by $(c \times K + k)$ mod R. In other words, matrix[r] [c] [k] is transformed to matrix[(r + c × K + k) mod R] [c] [k].

3. The linear array of $C \equiv 2^m$ symbols, at each given level and row, is bit-reverse interleaved (based on column-index). Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol $((k \times C + c) \times R + r)$, where $0 \leq i < N$ comes from the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level, where $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

4. The N symbols of the $V_0$ sequence, followed by the N symbols of the $V_0{}'$ sequence are written into a 3-dimensional cuboidal array with R rows, $C \equiv 2^{m+1}$ columns and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol $((r \times C + c) \times K + k)$, where $0 \leq i < 2 \times N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

5. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by the amount $\lfloor (K \times c + k) \ / \ D \rfloor$ mod R. In other words, matrix[r][c][k] is transformed to matrix[r + $\lfloor$ ( K × c + k) / D $\rfloor$ mod R][c] [k].

6. The linear array of $C \equiv 2^{m+1}$ symbols, at each given level and row, is bit-reverse interleaved (based on the column-index).

7. Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol $((k \times C + c) \times R + r)$, where $0 \leq i < 2 \times N$ comes from the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level , where, $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

8. The sequence of $V_1$ and $V_1{}'$ symbols are processed similar to the $V_0$ and $V_0{}'$ symbols, as described in 4 through 7.

Table 13.3.1.3.7.2-1 below shows the interleaver parameters for various packets used on the Reverse Traffic Channel.

**Table 12.3.1.3.7.2-1. Channel Interleaver Parameters**

| Payload size (bits) | N | K | R | m | D |
|---|---|---|---|---|---|
| 128 | 128 | 1 | 1 | 7 | 1 |
| 256 | 256 | 1 | 1 | 8 | 1 |
| 512 | 512 | 1 | 1 | 9 | 1 |
| 768 | 768 | 3 | 1 | 8 | 1 |
| 1024 | 1024 | 1 | 1 | 10 | 1 |
| 1536 | 1536 | 3 | 2 | 8 | 1 |
| 2048 | 2048 | 1 | 2 | 10 | 1 |
| 3072 | 3072 | 3 | 2 | 9 | 1 |
| 4096 | 4096 | 1 | 2 | 11 | 1 |
| 6144 | 6144 | 3 | 2 | 10 | 1 |
| 8192 | 8192 | 1 | 2 | 12 | 1 |
| 12288 | 12288 | 1 | 3 | 12 | 1 |

12.3.1.3.8 Orthogonal Covers

The Pilot Channel, the RRI Channel, the DSC Channel, the DRC Channel, the ACK Channel, the Data Channel, and the Auxiliary Pilot Channel shall be spread with Walsh functions, also called Walsh covers, at a fixed chip rate of 1.2288 Mcps. Walsh function time alignment shall be such that the first Walsh chip begins at a slot boundary referenced to the access terminal transmission time.

The Walsh cover assignments are shown in Figure 12.3.1.3.1-2, Figure 12.3.1.3.1-3, and Figure 12.3.1.3.1-4. The Pilot Channel shall be covered by the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +). The RRI Channel shall be covered by a 16-chip Walsh function number 4 ($W_4^{16}$ = + + + + − − − − + + + + − − − −). The DSC channel shall be time-division multiplexed with the ACK Channel and covered by the 32-chip Walsh function number 12 ($W_{12}^{32}$ = + + + + − − − − − − − − + + + + + + + + − − − − − − − − + + + +). The DRC Channel shall be covered by the 16-chip Walsh function number 8 ($W_8^{16}$ = + + + + + + + + − − − − − − − −). The ACK Channel shall be time-division multiplexed with the DSC Channel and covered by the 32-chip Walsh function number 12 ($W_{12}^{32}$ = + + + + − − − − − − − − + + + + + + + + − − − − − − − − + + + +). The Data Channel shall be covered by one or both of the 4-chip Walsh function number 2 ($W_2^4$ = + + − −) and the 2-chip Walsh function number 1 ($W_1^2$ = + −). The Auxiliary Pilot Channel shall be covered by a 32-chip Walsh function number 28 ($W_{28}^{32}$ = + + + + − − − − − − − − + + + + − − − − + + + + + + + + − − − −).

The RRI, DSC, DRC, ACK, and Data Channel chip sequences shall be scaled by a factor that gives the gain of each of these channels relative to that of the Pilot Channel. The Auxiliary Pilot Channel chip sequences shall be scaled by a factor that gives its gain relative to that of the Data Channel. The relative gain values for the RRI, DSC, DRC, and Data Channel are specified by the parameters RRIChannelGain, DSCChannelGain, DRCChannelGain, and TxT2P. The relative gain value for the ACK Channel transmitted in response to a Single User packet is specified by the parameter ACKChannelGain. The relative gain value for the ACK Channel transmitted in response to a Multi-User packet is specified by ACKChannelGain + DeltaACKChannelGainMUP. The relative gain value for the Auxiliary Pilot Channel is specified by the parameter AuxiliaryPilotChannelGain. The DSCChannelGain, DRCChannelGain, ACKChannelGain, and DeltaACKChannelGainMUP are public data of the Forward Traffic Channel MAC Protocol. The RRIChannelGain is public data of the Reverse Traffic Channel MAC Protocol. For the Reverse Traffic Channel, the relative gain is specified by TxT2P, where TxT2P is public data of the Reverse Traffic Channel MAC Protocol. For the Auxiliary Pilot Channel, the relative gain is specified by AuxiliaryPilotChannelGain where AuxiliaryPilotChannelGain is public data of the Reverse Traffic Channel MAC Protocol. For the Access Channel, the relative gain of the Data Channel is specified by parameters that are public data of the Access Channel MAC Protocol.

### 12.3.1.3.9 Modulation

The output of the channel interleaver shall be applied to a modulator that outputs an in-phase stream and a quadrature stream of modulated values. The channel interleaver output is modulated and Walsh covered. The modulator generates BPSK, QPSK, or 8-PSK modulation symbols that are Walsh covered by a 2-ary Walsh cover $W_1^2$, a 4-ary Walsh cover $W_2^4$ or both. The modulation and Walsh covering depends on the payload size. The modulation formats are B4, Q4, Q2, Q4Q2, and E4E2.

### 12.3.1.3.9.1 B4 Modulation

For physical layer packet sizes with payload sizes less than or equal to 1024 bits, each channel interleaver output symbol shall form a B4 modulation symbol (BPSK modulated and Walsh covered by a 4-ary Walsh cover, $W_2^4$ as specified in Table 12.3.1.3.9.1-1.)

TIA-856-B                                                      Subtype 2 Physical Layer

**Table 12.3.1.3.9.1-1. B4 Modulation Table**

| Interleaved Symbols | Modulation Symbols |
|:---:|:---:|
| 0 | +D +D –D –D |
| 1 | –D –D +D +D |

Note: $D = 1$.

12.3.1.3.9.2 Q4 Modulation

For physical layer packet sizes of 1,536 or 2,048 bits, groups of two successive channel interleaver output symbols shall be grouped to form Q4 modulation symbols (QPSK modulated and 4-ary Walsh covered). Each group of two adjacent block interleaver output symbols, x(2k) and x(2k + 1), k = 0,..., M – 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table 12.3.1.3.9.2-1.

**Table 12.3.1.3.9.2-1. Q4 Modulation Table**

| Interleaved Symbols | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|
| x(2k + 1) | x(2k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | +D +D –D –D | +D +D –D –D |
| 0 | 1 | –D –D +D +D | +D +D –D –D |
| 1 | 0 | +D +D –D –D | –D –D +D +D |
| 1 | 1 | –D –D +D +D | –D –D +D +D |

Note: $D = 1/\sqrt{2}$.

12.3.1.3.9.3 Q2 Modulation

For physical layer packet sizes of 3,072 or 4,096 bits, groups of four successive channel interleaver output symbols shall be grouped to form Q2 modulation symbols (QPSK modulated and 2-ary Walsh covered). Each group of four adjacent block interleaver output symbols, x(4k), x(4k + 1), x(4k + 2), x(4k + 3), k = 0,..., M – 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table 12.3.1.3.9.3-1.

**Table 12.3.1.3.9.3-1. Q2 Modulation Table**

| Interleaved Symbols | | | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|:---:|:---:|
| x(4k+3) | x(4k+2) | x(4k+1) | x(4k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | 0 | +D −D +D −D | +D −D +D −D |
| 0 | 0 | 0 | 1 | −D +D +D −D | +D −D +D −D |
| 0 | 0 | 1 | 0 | +D −D +D −D | −D +D +D −D |
| 0 | 0 | 1 | 1 | −D +D +D −D | −D +D +D −D |
| 0 | 1 | 0 | 0 | +D −D −D +D | +D −D +D −D |
| 0 | 1 | 0 | 1 | −D +D −D +D | +D −D +D −D |
| 0 | 1 | 1 | 0 | +D −D −D +D | −D +D +D −D |
| 0 | 1 | 1 | 1 | −D +D −D +D | −D +D +D −D |
| 1 | 0 | 0 | 0 | +D −D +D −D | +D −D −D +D |
| 1 | 0 | 0 | 1 | −D +D +D −D | +D −D −D +D |
| 1 | 0 | 1 | 0 | +D −D +D −D | −D +D −D +D |
| 1 | 0 | 1 | 1 | −D +D +D −D | −D +D −D +D |
| 1 | 1 | 0 | 0 | +D −D −D +D | +D −D −D +D |
| 1 | 1 | 0 | 1 | −D +D −D +D | +D −D −D +D |
| 1 | 1 | 1 | 0 | +D −D −D +D | −D +D −D +D |
| 1 | 1 | 1 | 1 | −D +D −D +D | −D +D −D +D |

Note: $D = 1/\sqrt{2}$ .

## 12.3.1.3.9.4 Q4Q2 Modulation

For physical layer packet sizes of 6,144 or 8,192 bits, groups of six successive channel interleaver output symbols shall be grouped to form Q4Q2 modulation symbols which are the sum of Q4 modulation symbols scaled by $1/\sqrt{3}$ and the Q2 modulation symbols scaled by $\sqrt{2/3}$ (see Figure 12.3.1.3.1-4). Of each group of six adjacent block interleaver output symbols, x(6k), x(6k + 1), x(6k + 2), x(6k + 3), x(6k + 4) and x(6k + 5) for k = 0,..., M − 1, the output symbols, x(6k) and x(6k + 1) are grouped to form Q4 modulation symbols, as shown in Table 13.3.1.3.9.2-1and the output symbols x(6k + 2), x(6k + 3), x(6k + 4) and x(6k + 5) are grouped to form Q2 modulation symbols as shown in Table 13.3.1.3.9.3-1. The symbols formed due to Q4 and Q2 modulation are then scaled and summed according to Figure 12.3.1.3.1-4 to form Q4Q2 modulated symbols.

## 12.3.1.3.9.5 E4E2 Modulation

For physical layer packet size of 12,288 bits, groups of nine successive channel interleaver output symbols shall be grouped to form E4E2 modulation symbols which are the sum of E4 modulation symbols scaled by $1/\sqrt{3}$ and the E2 modulation symbols scaled by

TIA-856-B                                                      Subtype 2 Physical Layer

$\sqrt{2/3}$ (see Figure 12.3.1.3.1-5). Of each group of nine adjacent block interleaver output symbols, x(9k), x(9k+1), x(9k+2), x(9k+3), x(9k+4), x(9k+5), x(9k+6), x(9k+7), x(9k+8), for k = 0,…, M − 1, the output symbols, x(9k), x(9k+1) and x(9k+2) are grouped to form E4 modulation symbols, as shown in Table 12.3.1.3.9.5-1 and the output symbols x(9k+3), x(9k+4), x(9k+5), x(9k+6), x(9k+7), and x(9k+8) are grouped to form E2 modulation symbols as shown in Table 12.3.1.3.9.5-2. The symbols formed due to E4 and E2 modulation are then scaled and summed according to Figure 12.3.1.3.1-5 form E4E2 modulated symbols.

**Table 12.3.1.3.9.5-1. E4 Modulation Table**

| Interleaved Symbols | | | Modulation Symbols | |
|---|---|---|---|---|
| x(9k + 2) | x(9k + 1) | x(9k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | +C +C –C –C | +S +S –S –S |
| 0 | 0 | 1 | +S +S –S –S | +C +C –C –C |
| 0 | 1 | 1 | –S –S +S +S | +C +C –C –C |
| 0 | 1 | 0 | –C –C +C +C | +S +S –S –S |
| 1 | 1 | 0 | –C –C +C +C | –S –S +S +S |
| 1 | 1 | 1 | –S –S +S +S | –C –C +C +C |
| 1 | 0 | 1 | +S +S –S –S | –C –C +C +C |
| 1 | 0 | 0 | +C +C –C –C | –S –S +S +S |

Note:  C = cos(π/8) ≈ 0.9239  and  S = sin(π/8) ≈ 0.3827 .

Subtype 2 Physical Layer                                    TIA-856-B

**Table 12.3.1.3.9.5-2. E2 Modulation Table**

| Interleaved Symbols | | | | | | Modulation Symbols | |
|---|---|---|---|---|---|---|---|
| x(9k+8) | x(9k+7) | x(9k+6) | x(9k+5) | x(9k+4) | x(9k+3) | m_I(k) | m_Q(k) |
| 0 | 0 | 0 | 0 | 0 | 0 | +C –C +C –C | +S –S +S –S |
| 0 | 0 | 0 | 0 | 0 | 1 | +S –S +C –C | +C –C +S –S |
| 0 | 0 | 0 | 0 | 1 | 0 | –C +C +C –C | +S –S +S –S |
| 0 | 0 | 0 | 0 | 1 | 1 | –S +S +C -C | +C –C +S –S |
| 0 | 0 | 0 | 1 | 0 | 0 | +C –C +C –C | –S +S +S –S |
| 0 | 0 | 0 | 1 | 0 | 1 | +S –S +C –C | –C +C +S –S |
| 0 | 0 | 0 | 1 | 1 | 0 | –C +C +C –C | –S +S +S –S |
| 0 | 0 | 0 | 1 | 1 | 1 | –S +S +C –C | –C +C +S –S |
| 0 | 0 | 1 | 0 | 0 | 0 | +C –C +S –S | +S –S +C –C |
| 0 | 0 | 1 | 0 | 0 | 1 | +S –S +S –S | +C –C +C –C |
| 0 | 0 | 1 | 0 | 1 | 0 | –C +C +S –S | +S –S +C –C |
| 0 | 0 | 1 | 0 | 1 | 1 | –S +S +S –S | +C –C +C –C |
| 0 | 0 | 1 | 1 | 0 | 0 | +C –C +S –S | –S +S +C –C |
| 0 | 0 | 1 | 1 | 0 | 1 | +S –S +S –S | –C +C +C –C |
| 0 | 0 | 1 | 1 | 1 | 0 | –C +C +S –S | –S +S +C –C |
| 0 | 0 | 1 | 1 | 1 | 1 | –S +S +S –S | –C +C +C –C |
| 0 | 1 | 0 | 0 | 0 | 0 | +C –C –C +C | +S –S +S –S |
| 0 | 1 | 0 | 0 | 0 | 1 | +S –S –C +C | +C –C +S –S |
| 0 | 1 | 0 | 0 | 1 | 0 | –C +C –C +C | +S –S +S –S |
| 0 | 1 | 0 | 0 | 1 | 1 | –S +S –C +C | +C –C +S –S |
| 0 | 1 | 0 | 1 | 0 | 0 | +C –C –C +C | –S +S +S –S |
| 0 | 1 | 0 | 1 | 0 | 1 | +S –S –C +C | –C +C +S –S |
| 0 | 1 | 0 | 1 | 1 | 0 | –C +C –C +C | –S +S +S –S |
| 0 | 1 | 0 | 1 | 1 | 1 | –S +S –C +C | –C +C +S –S |
| 0 | 1 | 1 | 0 | 0 | 0 | +C –C –S +S | +S –S +C –C |
| 0 | 1 | 1 | 0 | 0 | 1 | +S –S –S +S | +C –C +C –C |
| 0 | 1 | 1 | 0 | 1 | 0 | –C +C –S +S | +S –S +C –C |
| 0 | 1 | 1 | 0 | 1 | 1 | –S +S –S +S | +C –C +C –C |
| 0 | 1 | 1 | 1 | 0 | 0 | +C –C –S +S | –S +S +C –C |
| 0 | 1 | 1 | 1 | 0 | 1 | +S –S –S +S | –C +C +C –C |
| 0 | 1 | 1 | 1 | 1 | 0 | –C +C –S +S | –S +S +C –C |

TIA-856-B                                                          Subtype 2 Physical Layer

| Interleaved Symbols | | | | | | Modulation Symbols | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| x(9k+8) | x(9k+7) | x(9k+6) | x(9k+5) | x(9k+4) | x(9k+3) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 1 | 1 | 1 | 1 | 1 | –S +S –S +S | –C +C +C –C |
| 1 | 0 | 0 | 0 | 0 | 0 | +C –C +C –C | +S –S –S +S |
| 1 | 0 | 0 | 0 | 0 | 1 | +S –S +C –C | +C –C –S +S |
| 1 | 0 | 0 | 0 | 1 | 0 | –C +C +C –C | +S –S –S +S |
| 1 | 0 | 0 | 0 | 1 | 1 | –S +S +C –C | +C –C –S +S |
| 1 | 0 | 0 | 1 | 0 | 0 | +C –C +C –C | –S +S –S +S |
| 1 | 0 | 0 | 1 | 0 | 1 | +S –S +C –C | –C +C –S +S |
| 1 | 0 | 0 | 1 | 1 | 0 | –C +C +C –C | –S +S –S +S |
| 1 | 0 | 0 | 1 | 1 | 1 | –S +S +C –C | –C +C –S +S |
| 1 | 0 | 1 | 0 | 0 | 0 | +C –C +S –S | +S –S –C +C |
| 1 | 0 | 1 | 0 | 0 | 1 | +S –S +S –S | +C –C –C +C |
| 1 | 0 | 1 | 0 | 1 | 0 | –C +C +S –S | +S –S –C +C |
| 1 | 0 | 1 | 0 | 1 | 1 | –S +S +S –S | +C –C –C +C |
| 1 | 0 | 1 | 1 | 0 | 0 | +C –C +S –S | –S +S –C +C |
| 1 | 0 | 1 | 1 | 0 | 1 | +S –S +S –S | –C +C –C +C |
| 1 | 0 | 1 | 1 | 1 | 0 | –C +C +S –S | –S +S –C +C |
| 1 | 0 | 1 | 1 | 1 | 1 | –S +S +S –S | –C +C –C +C |
| 1 | 1 | 0 | 0 | 0 | 0 | +C –C –C +C | +S –S –S +S |
| 1 | 1 | 0 | 0 | 0 | 1 | +S –S –C +C | +C –C –S +S |
| 1 | 1 | 0 | 0 | 1 | 0 | –C +C –C +C | +S –S –S +S |
| 1 | 1 | 0 | 0 | 1 | 1 | –S +S –C +C | +C –C –S +S |
| 1 | 1 | 0 | 1 | 0 | 0 | +C –C –C +C | –S +S –S +S |
| 1 | 1 | 0 | 1 | 0 | 1 | +S –S –C +C | –C +C –S +S |
| 1 | 1 | 0 | 1 | 1 | 0 | –C +C –C +C | –S +S –S +S |
| 1 | 1 | 0 | 1 | 1 | 1 | –S +S –C +C | –C +C –S +S |
| 1 | 1 | 1 | 0 | 0 | 0 | +C –C –S +S | +S –S –C +C |
| 1 | 1 | 1 | 0 | 0 | 1 | +S –S –S +S | +C –C –C +C |
| 1 | 1 | 1 | 0 | 1 | 0 | –C +C –S +S | +S –S –C +C |
| 1 | 1 | 1 | 0 | 1 | 1 | –S +S –S +S | +C –C –C +C |
| 1 | 1 | 1 | 1 | 0 | 0 | +C –C –S +S | –S +S –C +C |
| 1 | 1 | 1 | 1 | 0 | 1 | +S –S –S +S | –C +C –C +C |
| 1 | 1 | 1 | 1 | 1 | 0 | –C +C –S +S | –S +S –C +C |

Subtype 2 Physical Layer                                                          TIA-856-B

| Interleaved Symbols | | | | | | Modulation Symbols | |
|---|---|---|---|---|---|---|---|
| x(9k+8) | x(9k+7) | x(9k+6) | x(9k+5) | x(9k+4) | x(9k+3) | $m_I(k)$ | $m_Q(k)$ |
| 1 | 1 | 1 | 1 | 1 | 1 | –S +S –S +S | –C +C –C +C |

Note: $C = \cos(\pi/8) \approx 0.9239$ and $S = \sin(\pi/8) \approx 0.3827$.

1 **12.3.1.3.10 Sequence Repetition for Access Channel Physical Layer Packets**

2 The sequence of interleaved code symbols shall be repeated before being modulated. The
3 number of repeats shall be as specified in Table 12.3.1.3.1.1-1. The repetition shall be
4 functionally equivalent to sequentially reading out all the symbols from the interleaver
5 memory as many times as necessary to achieve the fixed 307.2-ksps modulation symbol
6 rate.

7 **12.3.1.3.11 Sequence Repetition and Symbol Selection for Reverse Traffic Channel Physical**
8 **Layer Packets**

9 The sequence of interleaved code symbols shall be repeated before being modulated. The
10 number of repeats varies for each pair of (payload size, number of sub-frames) and shall be
11 as specified in Table 12.3.1.3.1.1-2. The repetition shall be functionally equivalent to
12 sequentially reading out all the symbols from the interleaver memory as many times as
13 necessary to achieve the target modulation symbol rate, which varies for each payload size.
14 Assume the total number of coded symbols is N, and the number of code symbols in each
15 sub-frame is M, the $j^{th}$ code symbol in $i^{th}$ sub-frame is the $k^{th}$ code symbol output of the
16 channel interleaver, where k = (j + i × M) mod N, i = 0, 1, 2, 3, j = 0, 1, ..., M-1. Note the 0th
17 code symbol is the first code symbol output of the channel interleaver.

18 **12.3.1.3.12 Quadrature Spreading**

19 Following the orthogonal spreading and scaling, the Pilot, RRI, DSC, DRC, ACK, Data, and
20 Auxiliary Pilot Channel sequences are combined to form resultant I-Channel and Q-
21 Channel sequences, and these sequences are quadrature spread as shown in Figure
22 12.3.1.3.1-1 and Figure 12.3.1.3.1-6. The quadrature spreading shall occur at the chip
23 rate of 1.2288 Mcps, and it shall be used for the Reverse Traffic Channel and the Access
24 Channel. The Pilot, DSC or ACK(if transmitted), RRI, Data(if transmitted), and Auxiliary
25 Pilot Channel (if transmitted) sequences shall be added to form the resultant I-Channel
26 sequence, and the DRC and Data Channel sequences shall be added to form the resultant
27 Q-Channel sequence. The quadrature spreading operation shall be equivalent to a complex
28 multiply operation of the resultant I-Channel and resultant Q-Channel sequences by the
29 $PN_I$ and $PN_Q$ PN sequences, as shown in Figure 12.3.1.3.1-1 and Figure 12.3.1.3.1-6.

30 The I and Q PN sequences, $PN_I$ and $PN_Q$, shall be obtained from the long-code PN
31 sequences, $U_I$ and $U_Q$, and the access terminal common short PN sequences, $P_I$ and $P_Q$.
32 The binary long-code PN sequence and short PN sequence values of '0' and '1' shall be
33 mapped into values of +1 and –1, respectively.

34 The bipolar $PN_I$ sequence values shall be equivalent to those obtained by multiplying the
35 bipolar $P_I$ values by the bipolar $U_I$ values.

TIA-856-B                                                    Subtype 2 Physical Layer

The bipolar $PN_Q$ sequence values shall be equivalent to those obtained with the following procedure:

1.  Multiply the bipolar $P_Q$ values by the bipolar $U_Q$ values.

2.  Decimate the sequence of values obtained in Step 1 by a factor of two. That is, the decimator provides an output that is constant for two consecutive chips by deleting every other input value and repeating the previous input value in place of the deleted value. The retained values shall align with the first chip of a slot.

3.  Multiply pairs of decimator output symbols by the Walsh cover sequence (+ –). That is, pass the first value of every pair unchanged and multiply the second value of every pair by –1.

4.  Multiply the sequence obtained in Step 3 by the bipolar $PN_I$ sequence.

12.3.1.3.12.1 Access Terminal Common Short-Code PN Sequences

The access terminal common short-code PN sequences shall be the zero-offset I and Q PN sequences with a period of $2^{15}$ chips, and they shall be based on the following characteristic polynomials, respectively:

$$P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1$$

(for the in-phase (I) sequence)

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1$$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the above are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$$I(n) = I(n - 15) \oplus I(n - 10) \oplus I(n - 8) \oplus I(n - 7) \oplus I(n - 6) \oplus I(n - 2)$$

(based on $P_I(x)$ as the characteristic polynomial)

and

$$Q(n) = Q(n - 15) \oplus Q(n - 12) \oplus Q(n - 11) \oplus Q(n - 10) \oplus Q(n - 9) \oplus$$
$$Q(n - 5) \oplus Q(n - 4) \oplus Q(n - 3)$$

(based on $P_Q(x)$ as the characteristic polynomial),

where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order to obtain the I and Q common short-code PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period). Therefore, the short-code PN sequences have one run of 15 consecutive '0' outputs instead 14. The initial state of the access terminal common short-code PN sequences, both I and Q, shall be that state in which the output of the short-code PN sequence generator is the '1' following the 15 consecutive '0' outputs.

The chip rate for the access terminal common short-code PN sequence shall be 1.2288 Mcps. The short-code PN sequence period is 32768/1228800 = 26.666... ms, and exactly 75 PN sequences repetitions occur every 2 seconds.

The access terminal shall align the I and Q short-code PN sequences such that the first chip on every even-second mark as referenced to the transmit time reference (see 13.3.3) is the '1' after the 15 consecutive '0's (see Figure 1.14-1).

12.3.1.3.12.2 Long Codes

The in-phase and quadrature-phase long codes, $U_I$ and $U_Q$, shall be generated from a sequence, called the long-code generating sequence, by using two different masks. The long-code generating sequence shall satisfy the linear recursion specified by the following characteristic polynomial:

$p(x) = x^{42} + x^{35} + x^{33} + x^{31} + x^{27} + x^{26} + x^{25} + x^{22} + x^{21} + x^{19} + x^{18} + x^{17} + x^{16} + x^{10} + x^7 + x^6 + x^5 + x^3 + x^2 + x + 1$.

The long codes, $U_I$ and $U_Q$, shall be generated by a modulo-2 inner product of the 42-bit state vector of the sequence generator and two 42-bit masks, MI and MQ, respectively, as shown in Figure 12.3.1.3.12.2-1. The masks MI and MQ vary depending on the channel on which the access terminal is transmitting.

For transmission on the Access Channel, MI and MQ shall be set to $MI_{ACMAC}$ and $MQ_{ACMAC}$ (given as public data of the Access Channel MAC Protocol), respectively, and the long-code sequences are referred to as the access long codes.

For transmission on the Reverse Traffic Channel, MI and MQ shall be set to $MI_{RTCMAC}$ and $MQ_{RTCMAC}$ (given as public data of the Reverse Traffic Channel MAC Protocol), respectively, and the long-code sequences are referred to as the user long codes.

The long code generator shall be reloaded with the hexa-decimal value 0x24B91BFD3A8 at the beginning of every period of the short codes. Thus, the long codes are periodic with a period of $2^{15}$ PN chips.

Subtype 2 Physical Layer



**Figure 12.3.1.3.12.2-1. Long-Code Generators**

1

2

12.3.1.3.12.3 Baseband Filtering

Following the quadrature spreading operation, the I' and Q' impulses are applied to the inputs of the I and Q baseband filters as shown in Figure 12.3.1.3.1-1 and Figure 12.3.1.3.1-6. The baseband filters shall have a frequency response S(f) that satisfies the limits given in Figure 12.3.1.3.12.3-1. Specifically, the normalized frequency response of the filter shall be contained within $\pm\delta_1$ in the passband $0 \le f \le f_p$ and shall be less than or equal to $-\delta_2$ in the stopband $f \ge f_s$. The numerical values for the parameters are $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$ kHz.



**Figure 12.3.1.3.12.3-1. Baseband Filter Frequency Response Limits**

The impulse response of the baseband filter, s(t), should satisfy the following equation:

$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_s - \tau) - h(k)]^2 \le 0.03,$$

where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$ is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the coefficients h(k), for k < 48, are given in Table 12.3.1.3.12.3-1; h(k) = 0 for k ≥ 48. Note that h(k) equals h(47 − k).

TIA-856-B                                         Subtype 2 Physical Layer

**Table 12.3.1.3.12.3-1. Baseband Filter Coefficients**

| k | h(k) |
|---|------|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

12.3.2 Receiver

12.3.2.1 Closed-Loop Power-Control Operation

Once the connection is established, the access network transmits '0' (up) or '1' (down) RPC bits to the access terminal, based on measurements of the reverse link signal quality. If the received quality is above the target threshold, a '1' bit is transmitted. If the received quality is below the target threshold, a '0' bit is transmitted.

The access terminal shall receive RPC commands in slots T as specified by the following equation:

$$(T - FrameOffset) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

The access terminal shall ignore the RPC command during all other slots.

If the access terminal did not transmit on the Reverse Traffic Channel in slot n, then it shall ignore the received RPC bit in slot n + 1. Otherwise, the access terminal shall adjust its output power by a discrete amount in the direction indicated by the RPC bit after the RPC bit is received as specified in 12.3.1.2.4 and 12.3.1.2.5.2. The RPC bit is considered received after the 64-chip MAC burst following the second pilot burst of a slot which contains an RPC bit as shown in Figure 12.4.1.3.1-2.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same RPC bit. In each slot containing power-control bits, the access terminal should provide diversity combining of the identical RPC Channels and shall obtain at most one power-control bit from each set of identical RPC Channels. The access terminal shall increase its output power if all the resulting RPC bits are '0' ("up"). If any resulting RPC bit is '1' ("down"), the access terminal shall decrease its output power as specified in 12.3.1.2.4.2.

12.3.2.2 Reception of the DRCLock Channel

Once the connection is established, the access network continuously transmits '0' or '1' DRCLock bits to the access terminal on the DRCLock Channel. The access terminal shall process the DRCLock bits received on the DRCLock Channel as specified by the Forward Traffic Channel MAC Protocol.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same DRCLock bit. In each slot containing a DRCLock bit, the access terminal should provide diversity combining of the identical DRCLock Channels and shall obtain at most one DRCLock bit from each set of identical DRCLock Channels.

12.3.2.3 Reception of the Reverse Activity Channel

The access network transmits the Reverse Activity Channel every slot. Once the connection is established, the access terminal shall process the RA bit for each sector in its active set along with the RAChannelGain public data of the Reverse Traffic Channel MAC protocol, to generate the log-likelihood ratio $LLR_{rab}$. The access terminal shall map the log-likelihood ratio (LLR) of the RA bit demodulation, $LLR_{rab}$ from a range of $[-\infty, +\infty]$ to a range of $[-1, +1]$ to generate SoftRAB for each sector in its active set using the following function:

$$SoftRAB = 0.4 \times LLR_{rab}, -2.5 \leq LLR_{rab} \leq 2.5$$

$$SoftRAB = +1, LLR_{rab} > 2.5$$

$$SoftRAB = -1, LLR_{rab} < -2.5$$

TIA-856-B                                                    Subtype 2 Physical Layer

where -1 ≤ SoftRAB ≤ 1 and SoftRAB is a real-valued input for the Reverse Traffic Channel MAC Protocol.

12.3.2.4 Reception of ARQ Channel

Each sector of an access network transmits a positive acknowledgment (ACK) or a negative acknowledgment (NAK) in response to a physical layer packet using the ARQ Channel. The H-ARQ (Hybrid-ARQ), L-ARQ (Last-ARQ), and P-ARQ (Packet-ARQ) bits are transmitted on the ARQ Channel.

An H-ARQ bit is transmitted on the ARQ Channel by a sector in the access terminal's active set following the reception of all subpackets  up to sub-packet (MaxNumSubPackets$I$–1) of a physical layer packet transmitted on interlace offset $I$, where MaxNumSubPackets$I$ is public data of the Reverse Traffic Channel MAC Protocol. The H-ARQ bit transmitted by a sector in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet transmitted in slots m–8, m–7, m–6, and m–5 was successfully received by the cell containing that sector. The sector transmits the H-ARQ bit based on ARQMode if the sector is part of the serving cell, where ARQMode is public data of the Reverse Traffic Channel MAC Protocol. The ARQMode is a 1-bit value that indicates the modulation (Bi-Polar (+1 implies ACK and –1 implies NAK) Keying or ACK-oriented ON-OFF (+1 implies ACK and 0 implies NAK) Keying) of the H-ARQ bit. ARQMode 0 implies that the H-ARQ bit transmitted by a sector that is part of the serving cell uses Bi-Polar Keying and ARQMode 1 implies that the H-ARQ bit transmitted by a sector that is part of the serving cell uses ACK-oriented ON-OFF Keying. A sector transmits the H-ARQ bit using ACK-oriented ON-OFF Keying if the sector is not part of the serving cell.

The SofterHandoff public data of the RouteUpdateProtocol indicates whether or not two different sectors are transmitting the same ARQ bit. In each slot containing an ARQ bit, the access terminal should provide diversity combining of the identical ARQ channels and shall obtain at most one ARQ bit from each set of the identical ARQ channels.

The H-ARQ transmission rules are summarized in Table 12.3.2.4-1.

**Table 12.3.2.4-1. H-ARQ Transmission Rules**

| Sector of Serving Cell | ARQMode | Modulation |
|---|---|---|
| YES | 0 | Bi-Polar Keying<br>(+1 ⇒ ACK, –1 ⇒ NAK) |
| YES | 1 | ACK-oriented On-Off Keying<br>(+1 ⇒ ACK, 0 ⇒ NAK) |
| NO | N/A | ACK-oriented On-Off Keying<br>(+1 ⇒ ACK, 0 ⇒ NAK) |

The L-ARQ bit transmitted by a sector in the access terminal's active set following the reception of the (MaxNumSubPackets$I$+1)th sub-packet of a physical layer packet transmission on interlace offset $I$ in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet transmitted in slots m−8, m−7, m−6, and m−5 was successfully received by the cell containing that sector, where MaxNumSubPackets$I$ is public data of the Reverse Traffic Channel MAC Protocol. The sector transmits the L-ARQ bit using NAK-oriented ON-OFF Keying (0 implies ACK, −1 implies NAK) in slots m, m+1, and m+2 following the reception of the (MaxNumSubPackets$I$+1)th sub-packet of a physical layer packet transmitted in slots m−8, m−7, m−6, and m−5 on interlace offset $I$.

The P-ARQ bit transmitted by a sector in the access terminal's active set in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet that was transmitted starting in slot m−(MaxNumSubPackets$I$ +1)×12 was successfully received by the cell containing that sector if transmitted in interlace offset $I$. The access network transmits the P-ARQ bit using NAK-oriented ON-OFF Keying in slots m, m+1, and m+2 in response to a physical layer packet that was transmitted starting in slot m−48.

Figure 12.3.2.4-1 shows the ARQ mechanism for a Reverse Traffic Channel physical layer packet transmitted over all four sub-packets, with MaxNumSubPackets$I$ for that interlace offset equal to three. In this case, the access network transmits NAK responses on the ARQ Channel using the H-ARQ bit after the first three sub-packets of the physical layer packet are transmitted by the access terminal indicating that it was unable to successfully receive the Reverse Traffic Channel packet after the first, second, and third sub-packets. After the fourth sub-packet the sector transmits an ACK using the L-ARQ bit and the P-ARQ bit indicating that the sector successfully received the Reverse Traffic Channel physical layer packet.

The access terminal shall stop transmission of a packet on the Reverse Traffic Channel if it receives a positive acknowledgement for that packet from any sector in its active set.

The access terminal shall stop transmission of a packet on the Reverse Traffic Channel if the transmitted packet's sub-packet index is greater than MaxNumSubPackets$I$ when transmitting on interlace-offset $I$.

If the access terminal has not received a positive acknowledgment (MaxNumSubPackets$I$+1)× 12 + 2 slots after the start of a physical layer packet transmission on the Reverse Traffic Channel for transmissions on interlace offset $I$, then this protocol shall return a *ReverseTrafficPacketsMissed* indication along with parameters that uniquely identify the lost MAC, Security, Connection, Session, Stream, and Application Layer packets.

Figure 12.3.2.4-2 shows the ARQ mechanism for a Reverse Traffic Channel physical layer packet transmitted over two sub-packets on interlace-offset $I$ with MaxNumSubPackets$I$ equal to three. In this example, the access network transmits an ACK response on the ARQ Channel using the H-ARQ bit after the second sub-packet is transmitted by the access terminal indicating that it has successfully received the physical layer packet. Following reception of a positive acknowledgment on the ARQ Channel, the access terminal shall not transmit the remaining sub-packets of the physical layer packet. The access terminal may

begin transmission of a new physical layer packet on that interlace. The access network transmits an ACK on the ARQ Channel using the P-ARQ bit in sub-frame n+12.

Figure 12.3.2.4-3 shows failure to terminate a Reverse Traffic Channel physical layer packet transmitted over all four sub-packets on interlace-offset *I* with MaxNumSubPackets*I* equal to three. In this case, the access network transmits NAK responses on the ARQ Channel using the H-ARQ bit after the first three sub-packets of the physical layer packet are transmitted by the access terminal indicating that it was unable to correctly receive the Reverse Traffic Channel packet after the first, second and third sub-packets. After the fourth sub-packet the access network transmits a NAK on the ARQ Channel using both the L-ARQ bit and the P-ARQ bit indicating that it was unable to successfully receive the packet.



**Figure 12.3.2.4-1. Reverse Traffic Channel Physical Layer Packet with Maximum Transmit Duration**



**Figure 12.3.2.4-2. Reverse Traffic Channel Packet Transmission with Early Termination**

TIA-856-B                                                    Subtype 2 Physical Layer



**Figure 12.3.2.4-3. Reverse Traffic Channel Packet Transmission Failure**

### 12.3.3 Synchronization and Timing

The nominal relationship between the access terminal and access network transmit and receive time references shall be as shown in Figure 1.14-1. The access terminal shall establish a time reference that is used to derive timing for the transmitted chips, symbols, slots, frames, and system timing. The access terminal initial time reference shall be established from the acquired Pilot Channel and from the Sync message transmitted on the Control Channel. Under steady-state conditions, the access terminal time reference shall be within ±1 μs of the time of occurrence, as measured at the access terminal antenna connector, of the earliest arriving multipath component being used for demodulation. If another multipath component belonging to the same Pilot Channel or to a different Pilot Channel becomes the earliest arriving multipath component to be used, the access terminal time reference shall track to the new component. If the difference between the access terminal time reference and the time of occurrence of the earliest arriving multipath component being used for demodulation, as measured at the access terminal antenna connector, is less than ±1 μs, the access terminal may directly track its time reference to the earliest arriving multipath component being used for demodulation.

If an access terminal time reference correction is needed, it shall be corrected no faster than 203 ns (1/4 chip) in any 200-ms period and no slower than 305 ns (3/8 PN chip) per second.

1   The access terminal time reference shall be used as the transmit time reference of the
2   Reverse Traffic Channel and the Access Channel.

**12.4 Access Network Requirements**

This section defines requirements specific to access network equipment and operation.

12.4.1 Transmitter

The transmitter shall reside in each sector of the access network. These requirements apply to the transmitter in each sector.

12.4.1.1 Frequency Parameters

The access network shall meet the requirements in the current version of [15].

12.4.1.1.1 Frequency Tolerance

The average frequency difference between the actual sector transmit carrier frequency and the specified sector transmit frequency assignment shall be less than $\pm 5 \times 10^{-8}$ of the frequency assignment ($\pm 0.05$ ppm).

12.4.1.2 Power Output Characteristics

The access network shall meet the requirements in the current version of [4].

12.4.1.3 Modulation Characteristics

12.4.1.3.1 Forward Channel Structure

The Forward Channel shall have the overall structure shown in Figure 12.4.1.3.1-1. The Forward Channel shall consist of the following time-multiplexed channels: the Pilot Channel, the Forward Medium Access Control (MAC) Channel, and the Forward Traffic Channel or the Control Channel. The Traffic Channel carries user physical layer packets. The Control Channel carries control messages, and it may also carry user traffic. Each channel is further decomposed into code-division-multiplexed quadrature Walsh channels.

The forward link shall consist of slots of length 2048 chips (1.66... ms). Groups of 16 slots shall be aligned to the PN rolls of the zero-offset PN sequences and shall align to CDMA System Time on even-second ticks.

Within each slot, the Pilot, MAC, and Traffic or Control Channels shall be time-division multiplexed as shown in Figure 12.4.1.3.1-2 and shall be transmitted at the same power level.

The Pilot Channel shall consist of all-'0' symbols transmitted on the I-branch with Walsh cover 0. Each slot shall be divided into two half slots, each of which contains a pilot burst. Each pilot burst shall have a duration of 96 chips and be centered at the midpoint of the half slot.[143]

---

[143] The pilot is used by the access terminal for initial acquisition, phase recovery, timing recovery, and maximal-ratio combining. An additional function of the pilot is to provide the access terminal

The MAC Channel shall consist of four subchannels: the Reverse Power Control (RPC) Channel, the DRCLock Channel, the Reverse Activity (RA) Channel and the ARQ Channel. The RPC Channel transmits power control commands used by the access terminal for closed loop power control. The DRCLock Channel transmits a reverse link quality indication  used by the access terminal for forward link serving sector selection. The RA Channel transmits a reverse link activity bit (RAB) stream. The ARQ Channel transmits an access terminal specific indication of whether or not Reverse Traffic Channel packets from that access terminal were received successfully by the access network. Each MAC Channel symbol shall be BPSK or OOK modulated on the in-phase or quadrature-phase of one of 128 128-ary Walsh codewords (covers). The MAC symbol Walsh covers shall be transmitted two times per slot in four bursts of 64 chips each. A burst shall be transmitted immediately preceding each of the pilot bursts in a slot, and a burst shall be transmitted immediately following each of the pilot bursts in a slot. The Walsh channel gains may vary the relative power.

The Forward Traffic Channel is a packet-based, variable-rate channel. The user physical layer packets for an access terminal shall be transmitted at a data rate that varies from 4.8 kbps to 3.072 Mbps.[144] Forward Traffic Channel and Control Channel physical layer packets are defined using a Transmission Format. The Transmission Format consists of the following:

- Physical Layer Packet Size of the physical layer packet (in bits)

- Nominal Transmit Duration of the physical layer packet (in slots)

- Preamble Length associated with the physical layer packet (in chips)

The Transmission Format is public data of the Forward Traffic Channel MAC Protocol. For example, (1024, 1, 64) indicates a 1024-bit physical layer packet with a nominal transmit duration of 1 slot with a 64-chip preamble.

The Forward Traffic Channel and Control Channel data shall be encoded in blocks called physical layer packets. The output of the encoder shall be scrambled and then fed into a channel interleaver. The output of the channel interleaver shall be fed into a QPSK/8-PSK/16-QAM modulator. The modulated symbol sequences shall be repeated and punctured, as necessary. Then, the resulting sequences of modulation symbols shall be demultiplexed to form 16 pairs (in-phase and quadrature) of parallel streams. Each parallel stream with a rate of 76.8ksps is covered with a distinct Walsh function of length 16. The Walsh-coded symbols of all the streams shall be summed together to form a single in-phase stream and a single quadrature stream at a chip rate of 1.2288 Mcps. The resulting chips are time-division multiplexed with the preamble, Pilot Channel, and MAC Channel chips to form the resultant sequence of chips for the quadrature spreading operation. Forward Traffic Channel and Control Channel physical layer packets can be transmitted in 1 to 16

---

with a means of predicting the receive C/I for the purpose of access-terminal-directed forward data rate control (DRC) of the Data Channel transmission.

[144] The DRC symbol from the access terminal is based primarily on its estimate of the forward C/I for the duration of the next possible forward link packet transmission.

slots (see Table 12.4.1.3.1.1-1). When more than one slot is allocated, the transmit slots shall use 4-slot interlacing. That is, the transmit slots of a physical layer packet shall be separated by three intervening slots, and slots of other physical layer packets shall be transmitted in the slots between those transmit slots.

Figure 12.3.1.3.1-7 and Figure 12.3.1.3.1-8 illustrate the multislot interlacing approach for a 153.6 kbps Forward Traffic Channel packet with Transmission Format (1024, 4, 256) with DRCLength of one slot. The 153.6 kbps Forward Traffic Channel physical layer packet with Transmission Format (1024, 4, 256) uses four slots, and these slots are transmitted with a three-slot interval between them, as shown in the figures. The slots from other physical layer packets are interlaced in the three intervening slots. Figure 12.3.1.3.1-7 shows the case of a normal physical layer packet termination. In this case, the access terminal transmits NAK responses on the ACK Channel after the first three slots of the physical layer packet are received indicating that it was unable to correctly receive the Forward Traffic Channel physical layer packet after only one, two, or three of the nominal four slots. An ACK or NAK is also transmitted after the last slot is received, as shown. Figure 12.3.1.3.1-8 shows the case where the Forward Traffic Channel physical layer packet transmission is terminated early. In this example, the access terminal transmits an ACK response on the ACK Channel after the third slot is received indicating that it has correctly received the physical layer packet. When the access network receives such an ACK response, it does not transmit the remaining slots of the physical layer packet. Instead, it may begin the transmission of any subsequent physical layer packets.

When the access network has transmitted all the slots of a physical layer packet or has received a positive ACK response, the physical layer shall return a *ForwardTrafficCompleted* indication.

The Control Channel shall be transmitted using the Transmission Formats of (128, 4, 1024), (256, 4, 1024), (512, 4, 1024), (1024, 16, 1024), and (1024, 8, 512). The modulation characteristics for the Control Channel shall be the same as those of the Forward Traffic Channel transmitted using the corresponding Transmission Format.

The Forward Traffic Channel and Control Channel data symbols shall fill the slot as shown in Figure 12.4.1.3.1-2. A slot during which no traffic or control data is transmitted is referred to as an idle slot. During an idle slot, the sector shall transmit the Pilot Channel and the MAC Channel, as described earlier.



**Figure 12.4.1.3.1-1. Forward Channel Structure**



**Figure 12.4.1.3.1-2. Forward Link Slot Structure**

12.4.1.3.1.1 Modulation Parameters

The modulation parameters for the Forward Traffic Channel and the Control Channel shall be as shown in Table 12.4.1.3.1.1-1. The Control Channel shall only use the Transmission Formats of (1024, 8, 512),  (1024, 16, 1024), (128, 4, 1024), (256, 4, 1024), or (512, 4, 1024).

Subtype 2 Physical Layer                                                         TIA-856-B

1    **Table 12.4.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the**
2                                    **Control Channel**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Code Rate | Modulation Type | Nominal Data Rate (kbps) |
|---|---|---|---|
| (128, 16, 1024) | 1/5 | QPSK | 4.8 |
| (128, 8, 512) | 1/5 | QPSK | 9.6 |
| (128, 4, 1024) | 1/5 | QPSK | 19.2 |
| (128, 4, 256) | 1/5 | QPSK | 19.2 |
| (128, 2, 128) | 1/5 | QPSK | 38.4 |
| (128, 1, 64) | 1/5 | QPSK | 76.8 |
| (256, 16, 1024) | 1/5 | QPSK | 9.6 |
| (256, 8, 512) | 1/5 | QPSK | 19.2 |
| (256, 4, 1024) | 1/5 | QPSK | 38.4 |
| (256, 4, 256) | 1/5 | QPSK | 38.4 |
| (256, 2, 128) | 1/5 | QPSK | 76.8 |
| (256, 1, 64) | 1/5 | QPSK | 153.6 |
| (512, 16, 1024) | 1/5 | QPSK | 19.2 |
| (512, 8, 512) | 1/5 | QPSK | 38.4 |
| (512, 4, 1024) | 1/5 | QPSK | 76.8 |
| (512, 4, 256) | 1/5 | QPSK | 76.8 |
| (512, 4, 128) | 1/5 | QPSK | 76.8 |
| (512, 2, 128) | 1/5 | QPSK | 153.6 |
| (512, 2, 64) | 1/5 | QPSK | 153.6 |
| (512, 1, 64) | 1/5 | QPSK | 307.2 |
| (1024, 16, 1024) | 1/5 | QPSK | 38.4 |
| (1024, 8, 512) | 1/5 | QPSK | 76.8 |
| (1024, 4, 256) | 1/5 | QPSK | 153.6 |
| (1024, 4, 128) | 1/5 | QPSK | 153.6 |
| (1024, 2, 128) | 1/5 | QPSK | 307.2 |
| (1024, 2, 64) | 1/5 | QPSK | 307.2 |
| (1024, 1, 64) | 1/3 | QPSK | 614.4 |
| (2048, 4, 128) | 1/3 | QPSK | 307.2 |
| (2048, 2, 64) | 1/3 | QPSK | 614.4 |

TIA-856-B                                                    Subtype 2 Physical Layer

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Code Rate | Modulation Type | Nominal Data Rate (kbps) |
|---|---|---|---|
| (2048, 1, 64) | 1/3 | QPSK | 1,228.8 |
| (3072, 2, 64) | 1/3 | 8-PSK | 921.6 |
| (3072, 1, 64) | 1/3 | 8-PSK | 1,843.2 |
| (4096, 2, 64) | 1/3 | 16-QAM | 1,228.8 |
| (4096, 1, 64) | 1/3 | 16-QAM | 2,457.6 |
| (5120, 2, 64) | 1/3 | 16-QAM | 1,536.0 |
| (5120, 1, 64) | 1/3 | 16-QAM | 3,072.0 |

The modulation parameters for the MAC Channel shall be as shown in Table 12.4.1.3.1.1-2.

**Table 12.4.1.3.1.1-2. Modulation Parameters for the MAC Channel**

| Parameter | RPC Channel | DRCLock Channel | RA Channel |
|---|---|---|---|
| Rate(bps) | 150 | 150/(DRCLockLength) | 600 |
| Bit Repetition Factor | 1 | DRCLockLength | 1 |
| Modulation (Channel) | BPSK(I or Q) | BPSK(I or Q) | BPSK(I) |
| Modulation Symbol Rate (sps) | 300 | 300 | 1,200 |
| Walsh Cover Length | 128 | 128 | 128 |
| Walsh Sequence Repetition Factor | 2 | 2 | 2 |
| PN Chips/Slot | 256 | 256 | 256 |
| PN Chips/Bit | 256 | 256 × DRCLockLength | 256 |

12.4.1.3.1.2 Data Rates

The Forward Traffic Channel shall support variable-data-rate transmission from 4.8 kbps to 3.072 Mbps corresponding to the Transmission Formats of (128, 16, 1024) and (5120, 1, 64) respectively, as shown in Table 12.4.1.3.1.1-1

The data rate of the Control Channel shall be 76.8 kbps (Transmission Format of (512, 4, 1024) or (1024, 8, 512)), 38.4 kbps (Transmission Format of (256, 4, 1024) or (1024, 16, 1024)),  or 19.2 kbps (Transmission Format of (128, 4, 1024)).

12.4.1.3.2 Forward Link Channels

12.4.1.3.2.1 Pilot Channel

A Pilot Channel shall be transmitted by the sector on each active Forward Channel as described in 13.4.1.3.1. The Pilot Channel is an unmodulated signal that is used for synchronization and other functions by an access terminal operating within the coverage area of the sector. The Pilot Channel shall be transmitted at the full sector power.

12.4.1.3.2.1.1 Modulation

The Pilot Channel shall consist of all-'0' symbols transmitted on the I component only.

12.4.1.3.2.1.2 Orthogonal Spreading

The Pilot Channel shall be assigned Walsh cover 0.

12.4.1.3.2.1.3 Quadrature Spreading

See 13.3.1.3.12.

12.4.1.3.2.2 Forward MAC Channel

The Forward MAC Channel shall be composed of Walsh channels that are orthogonally covered and BPSK modulated or OOK (ON-OFF Keying) modulated on each phase of the carrier (either in-phase or quadrature phase). Each Walsh channel shall be identified by a MACIndex value that is between 0 and 127 and defines a unique 128-ary Walsh cover and a unique modulation phase. The Walsh functions assigned to the MACIndex values shall be as shown in Table 12.4.1.3.2.2-1.

**Table 12.4.1.3.2.2-1. Forward Link MAC Channel Assignment**

| MAC Index, i | 128-ary Walsh Function | (T − FrameOffset) mod 4 = 3 | | (T − FrameOffset) mod 4 ≠ 3 | |
|---|---|---|---|---|---|
| | | I-branch | Q-branch | I-branch | Q-branch |
| 6, 8, ..., 62 | $W_{i/2}^{128}$ | RPC | DRCLock | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) |
| 5 (if broadcast is not negotiated), 7, 9, ..., 63 | $W_{(i-1)/2+32}^{128}$ | DRCLock | RPC | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) |
| 72,74,...,126 | $W_{i/2+32}^{128}$ | RPC | DRCLock | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) |
| 73,75,....,127 | $W_{(i-1)/2+64}^{128}$ | DRCLock | RPC | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or |

| MAC Index, i | 128-ary Walsh Function | (T – FrameOffset) mod 4 = 3 | | (T – FrameOffset) mod 4 ≠ 3 | |
|---|---|---|---|---|---|
| | | I-branch | Q-branch | I-branch | Q-branch |
| | | | | | L-ARQ bit) |
| 4 | $W_2^{128}$ | RA | | RA | |

RPC Channels with even-numbered MACIndex values shall be assigned to the in-phase (I) modulation phase, while those with odd-numbered MACIndex values shall be assigned to the quadrature (Q) modulation phase. RPC Channels shall be transmitted in slots T specified by the following equation:

$$(T\text{-}FrameOffset)\ mod\ 4 = 3,$$

where T is the CDMA System Time in slots.

The DRCLock Channel with even-numbered MACIndex values shall be assigned to the quadrature (Q) modulation phase, while those with odd-numbered MACIndex values shall be assigned to the in-phase (I) modulation phase. The DRCLock Channel shall be transmitted in slots T specified by the following equation:

$$(T - FrameOffset)\ mod\ 4 = 3,$$

where T is the CDMA System Time in slots.

The ARQ Channel shall not be transmitted in slots other than T specified by the following equation:

$$(T\text{-}FrameOffset)\ mod\ 4 \neq 3,$$

where T is the CDMA System Time in slots.

The H-ARQ bit, L-ARQ bit and P-ARQ bits shall be transmitted on the ARQ Channel using rules specified in 0.

When the H-ARQ bit is transmitted on the ARQ Channel with even-numbered MACIndex values the H-ARQ bit shall be assigned to the in-phase (I) modulation phase. When the H-ARQ bit is transmitted on the ARQ Channel with odd-numbered MACIndex values the H-ARQ bit shall be assigned to the quadrature (Q) modulation phase.

When the L-ARQ bit is transmitted on the ARQ Channel with even-numbered MACIndex values the L-ARQ bit shall be assigned to the in-phase (I) modulation phase. When the L-ARQ bit is transmitted on the ARQ Channel with odd-numbered MACIndex values the L-ARQ bit shall be assigned to the quadrature (Q) modulation phase.

When the P-ARQ bit is transmitted on the ARQ Channel with even-numbered MACIndex values the P-ARQ bit shall be assigned to the quadrature (Q) modulation phase. When the P-ARQ bit is transmitted on the ARQ Channel with odd-numbered MACIndex values the P-ARQ bit shall be assigned to the in-phase (I) modulation phase.

The MAC symbol Walsh covers shall be transmitted two times per slot in four bursts of length 64 chips each. These bursts shall be transmitted immediately preceding and following the pilot bursts of each slot.

The MAC Channel use versus MACIndex shall be as specified in Table 12.4.1.3.2.2-2.

Symbols of each MAC Channel shall be transmitted on one of the Walsh channels. The MAC channel gains may vary the relative power as a function of time. The orthogonal Walsh channels shall be scaled to maintain a constant total transmit power. The Walsh Channel gains can vary as a function of time.

TIA-856-B                                                    Subtype 2 Physical Layer

**Table 12.4.1.3.2.2-2. MAC Channel and Preamble Use Versus MACIndex**

| MACIndex | MAC Channel Use | Preamble Use | Preamble Length |
|----------|-----------------|--------------|-----------------|
| 0 and 1 | Not Used | Not Used | N/A |
| 2 | Not Used | 76.8 kbps Control Channel (1024, 8, 512) | 512 |
| 3 | Not Used | 38.4 kbps Control Channel (1024, 16, 1024) | 1024 |
| 4 | RA Channel | Not Used | N/A |
| 5 | Available for RPC Channel, DRCLock Channel and ARQ Channel Transmissions | Forward Traffic Channel if Broadcast is not negotiated | Variable |
| 64 and 65 | Not Used | Not Used | N/A |
| 66 | Not Used | Multi-User packet (128, 4, 256) (256, 4, 256) (512, 4, 256) (1024, 4, 256) | 256 |
| 67 | Not Used | Multi-User packet (2048, 4, 128) | 128 |
| 68 | Not Used | Multi-User packet (3072, 2, 64) | 64 |
| 69 | Not Used | Multi-User packet (4096, 2, 64) | 64 |
| 70 | Not Used | Multi-User packet (5120, 2, 64) | 64 |
| 71 | Not Used | 19.2 kbps Control Channel (128, 4, 1024) 38.4 kbps Control Channel (256, 4, 1024) 76.8 kbps Control Channel (512, 4, 1024) | 1024 |

| 6–63 and 72-127 | Available for RPC Channel, DRCLock Channel and ARQ Channel Transmissions | Available for Forward Traffic Channel Transmissions of Single User packets | Variable |
|---|---|---|---|

12.4.1.3.2.2.1 Reverse Power Control Channel

The Reverse Power Control (RPC) Channel for each access terminal with an open connection shall be assigned to one of the available MAC Channels. It is used for the transmission of the RPC bit stream destined to that access terminal. The RPC Channel and the DRCLock Channel shall be transmitted on the in-phase and quadrature-phase of the same MAC Channel according to the assignment defined in Table 12.4.1.3.2.2-1.The RPC Channel shall be time-division multiplexed with the ARQ Channel and transmitted in 1 slot out of every 4 slots.

The RPC data rate shall be 150 bps. The access network shall transmit an RPC bit in every slot T specified using the following equation:

$$(T - \text{FrameOffset}) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

Each RPC bit shall be transmitted two times in a slot in four bursts of 64 chips each. One burst shall be transmitted immediately preceding and following each pilot burst in a slot as shown in Figure 12.4.1.3.1-2.

12.4.1.3.2.2.2 DRCLock Channel

The DRCLock Channel for each access terminal with an open connection shall be assigned to one of the available MAC Channels. It is used for the transmission of the DRCLock bit stream destined to that access terminal. The RPC Channel and the DRCLock Channel shall be transmitted on the in-phase and quadrature phase of the same MAC Channel according to the assignment defined in Table 12.4.1.3.2.2-1. The DRCLock Channel shall be time-division multiplexed with the ARQ Channel and transmitted in one out of every 4 slots.

Each DRCLock bit shall be repeated and transmitted in DRCLockLength slots, where DRCLockLength is given as public data by the Forward Traffic Channel MAC Protocol. The DRCLock data rate shall be 150/(DRCLockLength) bps. The access network shall transmit a DRCLock bit in every slot T with

$$(T - \text{FrameOffset}) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

Each DRCLock bit shall be transmitted two times in a slot in bursts of 64 chips each. One burst shall be transmitted immediately preceding and following each pilot burst in a slot as shown in Figure 12.4.1.3.1-2. .

The value of the DRCLock bit may change only in slot T specified by the following equation:

$$(T - \text{FrameOffset}) \bmod (4 \times \text{DRCLockLength}) = 3,$$

where T is the CDMA System Time in slots.

12.4.1.3.2.2.3 Reverse Activity Channel

The Reverse Activity (RA) Channel shall transmit the Reverse Activity Bit (RAB) stream over the MAC Channel with MACIndex 4. The RA bit shall be transmitted in every slot and the RA Channel data rate shall be 600 bps. The RA bit in each slot shall be further repeated to form two symbols per slot for transmission.

12.4.1.3.2.2.4 ARQ Channel

Each sector of an access network shall transmit a positive acknowledgment (ACK) or a negative acknowledgment (NAK) in response to a physical layer packet using the ARQ Channel. The H-ARQ, L-ARQ and P-ARQ bits are transmitted on the ARQ Channel.

An H-ARQ bit is transmitted on the ARQ Channel by a sector in the access terminal's active set following the reception of all subpackets up to subpacket MaxNumSubPackets$I$-1 of a physical layer packet transmitted on interlace offset $I$, where MaxNumSubPacketsI is public data of the Reverse Traffic Channel MAC Protocol. The H-ARQ bit transmitted by a sector in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet transmitted in slots m–8, m–7, m–6, and m–5 was successfully received by the cell containing that sector. A sector transmits H-ARQ bits based on ARQMode if the sector is part of the serving, where ARQMode is public data of the Reverse Traffic Channel MAC Protocol. The ARQMode is a 1-bit value that indicates the modulation of the H-ARQ bit (Bi-Polar(+1 implies ACK and –1 implies NAK) Keying or ACK-oriented ON-OFF(+1 implies ACK and 0 implies NAK) Keying). ARQMode 0 implies that the H-ARQ bit transmitted by a sector that is part of the serving cell uses Bi-Polar Keying and ARQMode 1 implies that the H-ARQ bit is transmitted by a sector that is part of the serving cell uses ACK-oriented ON-OFF Keying. A sector transmits the H-ARQ bit to an access terminal using Bi-Polar Keying or ACK-oriented ON-OFF Keying if the sector is part of the serving cell. A sector transmits the H-ARQ bit using ACK-oriented ON-OFF Keying if it is not part of the serving cell.

A sector shall transmit H-ARQ bits based on ARQMode if the sector is part of the serving cell. The sector shall transmit the H-ARQ bit using Bi-Polar Keying or ACK-oriented ON-OFF Keying (+1 implies ACK and 0 implies NAK) in slots m, m+1, and m+2 following reception of all sub-packets up to subpacket MaxNumSubPackets$I$-1 of a physical layer packet transmitted on interlace offset $I$ in slots m–8, m–7, m–6, and m–5 if the sector is part of the serving cell. The sector shall transmit the H-ARQ bit using ACK-oriented ON-OFF Keying in slots m, m+1, and m+2 following reception of all sub-packets up to subpacket MaxNumSubPackets$I$-1 of a physical layer packet transmitted on interlace offset $I$ in slots m–8, m–7, m–6, and m–5 if the sector is not part of the serving cell.

An L-ARQ bit is transmitted on the ARQ Channel by a sector in the access terminal's active set following the reception of the (MaxNumSubPackets$I$+1)th sub-packet of a physical layer packet transmitted on interlace offset $I$. The L-ARQ bit is transmitted in slots m, m+1, and m+2 to indicate to the access terminal whether or not the physical layer packet transmitted in slots m–8, m–7, m–6, and m–5 was successfully received by the cell containing that sector.

The sector shall transmit the L-ARQ bit on the ARQ Channel using NAK-oriented ON-OFF Keying (0 implies ACK, −1 implies NAK) in slots m, m+1, and m+2 following reception of the (MaxNumSubPackets$I$+1)th sub-packet of a physical layer packet transmitted on interlace offset $I$ in slots m–8, m–7, m–6, and m–5.

A P-ARQ bit transmitted on the ARQ Channel by a sector in the access terminal's active set in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet that was transmitted starting in slot m–(MaxNumSubPackets$I$+1)×12 on interlace offset $I$ was successfully received by the cell containing that sector. The access network shall transmit the P-ARQ bit using NAK-oriented ON-OFF Keying in slots m, m+1, and m+2 in response to a physical layer packet that was transmitted starting in slot m–(MaxNumSubPackets$I$+1)×12 on interlace offset $I$.

When the access network has received all slots of a physical layer packet or has transmitted an ACK response, this protocol shall return a *ReverseTrafficCompleted* indication.

The access network shall not forward the physical layer packet to a higher layer if the physical layer packet was not successfully received.

Figure 12.3.2.4-1 shows the ARQ mechanism for a Reverse Traffic Channel physical layer packet transmitted over all four sub-packets, where MaxNumSubPackets$I$ equals to three for that interlace. In this case, the access network transmits NAK responses on the ARQ Channel using the H-ARQ bits after the first three sub-packets of the physical layer packet are transmitted by the access terminal indicating that it was unable to successfully receive the Reverse Traffic Channel packet after the first, second, and third sub-packets. After the fourth sub-packet the sector transmits an ACK using the L-ARQ bit and the P-ARQ bit indicating that the sector successfully received the Reverse Traffic Channel physical layer packet.

Figure 12.3.2.4-2 shows the ARQ mechanism for a Reverse Traffic Channel physical layer packet transmitted over two sub-packets, where MaxNumSubPackets$I$ equals to three for that interlace. In this example, the access network transmits an ACK response on the ARQ Channel using the H-ARQ bit after the second sub-packet is transmitted by the access terminal indicating that it has successfully received the physical layer packet. Following reception of a positive acknowledgment on the ARQ Channel, the access terminal does not transmit the remaining slots of the physical layer packet. The access terminal may begin transmission of a new physical layer packet on that interlace. The access network transmits an ACK on the ARQ Channel using the P-ARQ bit in sub-frame n+12.

Figure 12.3.2.4-3 shows failure to terminate a Reverse Traffic Channel physical layer packet transmitted over all four sub-packets, where MaxNumSubPackets$I$ equals to three for that interlace. In this case, the access network transmits NAK responses on the ARQ Channel using the H-ARQ bit after the first three sub-packets of the physical layer packet are transmitted by the access terminal indicating that it was unable to correctly receive the Reverse Traffic Channel packet after the first, second and third sub-packets. After the fourth sub-packet the access network transmits an NAK on the ARQ Channel using both the L-ARQ bit and the P-ARQ bit indicating that it was unable to successfully receive the packet.

12.4.1.3.2.3 Forward Traffic Channel

12.4.1.3.2.3.1 Forward Traffic Channel Preamble

A preamble sequence shall be transmitted with each Forward Traffic Channel and Control Channel physical layer packet in order to assist the access terminal with synchronization of each variable-rate transmission.

The preamble shall consist of all-'0' symbols transmitted on the in-phase component only. The preamble shall be time multiplexed into the Forward Traffic Channel stream as described in 12.4.1.3.3. The preamble sequence shall be covered by a 64-chip bi-orthogonal sequence and the sequence shall be repeated several times depending on the transmit mode. The bi-orthogonal sequence shall be specified in terms of the 64-ary Walsh functions and their bit-by-bit complements by

$$W_{i/2}^{64} \text{ for } i = 0, 2, \ldots, 126$$

$$\overline{W_{(i-1)/2}^{64}} \text{ for } i = 1, 3, \ldots, 127$$

where $i = 0, 1, \ldots, 127$ is the MACIndex value and $\overline{W_i^{64}}$ is the bit-by-bit complement of the 64-chip Walsh function of order i.

The channel type versus MACIndex mapping for the preamble shall be as specified in Table 12.4.1.3.2.2-2.

The 64-chip preamble repetition factor shall be as specified in Table 12.4.1.3.2.3.1-1.

**Table 12.4.1.3.2.3.1-1. Preamble Repetition**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | 64 chip Preamble Sequence Repetition |
|---|---|
| (128, 16, 1024) | 16 |
| (128, 4, 1024) | 16 |
| (128, 8, 512) | 8 |
| (128, 4, 256) | 4 |
| (128, 2, 128) | 2 |
| (128, 1, 64) | 1 |
| (256, 16, 1024) | 16 |
| (256, 4, 1024) | 16 |
| (256, 8, 512) | 8 |
| (256, 4, 256) | 4 |
| (256, 2, 128) | 2 |
| (256, 1, 64) | 1 |
| (512, 16, 1024) | 16 |
| (512, 4, 1024) | 16 |
| (512, 8, 512) | 8 |
| (512, 4, 256) | 4 |
| (512, 4, 128) | 2 |
| (512, 2, 128) | 2 |
| (512, 2, 64) | 1 |
| (512, 1, 64) | 1 |
| (1024, 16, 1024) | 16 |
| (1024, 8, 512) | 8 |
| (1024, 4, 256) | 4 |
| (1024, 4, 128) | 2 |
| (1024, 2, 128) | 2 |
| (1024, 2, 64) | 1 |
| (1024, 1, 64) | 1 |
| (2048, 4, 128) | 2 |
| (2048, 2, 64) | 1 |

| Transmission Format<br><br>(Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | 64 chip Preamble Sequence Repetition |
|---|---|
| (2048, 1, 64) | 1 |
| (3072, 2, 64) | 1 |
| (3072, 1, 64) | 1 |
| (4096, 2, 64) | 1 |
| (4096, 1, 64) | 1 |
| (5120, 2, 64) | 1 |
| (5120, 1, 64) | 1 |

12.4.1.3.2.3.2 Encoding

The Forward Traffic Channel physical layer packets and the Control Channel physical layer packets shall be encoded with code rates of R = 1/3 or 1/5. The encoder shall discard the 6-bit TAIL field of the physical layer packet inputs and encode the remaining bits with a parallel turbo encoder, as specified in 13.4.1.3.2.3.2.1. The turbo encoder will add an internally generated tail of 6/R output code symbols, so that the total number of output symbols is 1/R times the number of bits in the input physical layer packet.

Figure 12.4.1.3.2.3.2-1 illustrates the forward link encoding approach. The forward link encoder parameters shall be as specified in Table 12.4.1.3.2.3.2-1.



**Figure 12.4.1.3.2.3.2-1. Forward Link Encoder**

**Table 12.4.1.3.2.3.2-1. Parameters of the Forward Link Encoder**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Turbo Encoder Input Bits | Code Rate | Turbo Encoder Output Symbols |
|---|---|---|---|
| (128, 16, 1024) | 122 | 1/5 | 640 |
| (128, 4, 1024) | 122 | 1/5 | 640 |
| (128, 8, 512) | 122 | 1/5 | 640 |
| (128, 4, 256) | 122 | 1/5 | 640 |
| (128, 2, 128) | 122 | 1/5 | 640 |
| (128, 1, 64) | 122 | 1/5 | 640 |
| (256, 16, 1024) | 250 | 1/5 | 1,280 |
| (256, 4, 1024) | 250 | 1/5 | 1,280 |
| (256, 8, 512) | 250 | 1/5 | 1,280 |
| (256, 4, 256) | 250 | 1/5 | 1,280 |
| (256, 2, 128) | 250 | 1/5 | 1,280 |
| (256, 1, 64) | 250 | 1/5 | 1,280 |
| (512, 16, 1024) | 506 | 1/5 | 2,560 |
| (512, 4, 1024) | 506 | 1/5 | 2,560 |
| (512, 8, 512) | 506 | 1/5 | 2,560 |
| (512, 4, 256) | 506 | 1/5 | 2,560 |
| (512, 4, 128) | 506 | 1/5 | 2,560 |
| (512, 2, 128) | 506 | 1/5 | 2,560 |
| (512, 2, 64) | 506 | 1/5 | 2,560 |
| (512, 1, 64) | 506 | 1/5 | 2,560 |
| (1024, 16, 1024) | 1,018 | 1/5 | 5,120 |
| (1024, 8, 512) | 1,018 | 1/5 | 5,120 |
| (1024, 4, 256) | 1,018 | 1/5 | 5,120 |
| (1024, 4, 128) | 1,018 | 1/5 | 5,120 |
| (1024, 2, 128) | 1,018 | 1/5 | 5,120 |
| (1024, 2, 64) | 1,018 | 1/5 | 5,120 |
| (1024, 1, 64) | 1,018 | 1/3 | 3,072 |
| (2048, 4, 128) | 2,042 | 1/3 | 6,144 |
| (2048, 2, 64) | 2,042 | 1/3 | 6,144 |

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Turbo Encoder Input Bits | Code Rate | Turbo Encoder Output Symbols |
|---|---|---|---|
| (2048, 1, 64) | 2,042 | 1/3 | 6,144 |
| (3072, 2, 64) | 3,066 | 1/3 | 9,216 |
| (3072, 1, 64) | 3,066 | 1/3 | 9,216 |
| (4096, 2, 64) | 4,090 | 1/3 | 12,288 |
| (4096, 1, 64) | 4,090 | 1/3 | 12,288 |
| (5120, 2, 64) | 5,114 | 1/3 | 15,360 |
| (5120, 1, 64) | 5,114 | 1/3 | 15,360 |

12.4.1.3.2.3.2.1 Turbo Encoder

The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder. The two recursive convolutional codes are called the constituent codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the desired number of turbo encoder output symbols.

The transfer function for the constituent code shall be

$$G(D) \; = \; \begin{bmatrix} 1 & \dfrac{n_0(D)}{d(D)} & \dfrac{n_1(D)}{d(D)} \end{bmatrix}$$

where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

The turbo encoder shall generate an output symbol sequence that is identical to the one generated by the encoder shown in Figure 12.4.1.3.2.3.2.1-1. Initially, the states of the constituent encoder registers in this figure are set to zero. Then, the constituent encoders are clocked with the switches in the positions noted.

Let $N_{turbo}$ be the number of bits into the turbo encoder after the 6-bit physical layer packet TAIL field is discarded. Then, the encoded data output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified in Table 12.4.1.3.2.3.2.1-1. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first. Symbol repetition is not used in generating the encoded data output symbols.

The turbo encoder shall generate 6/R tail output symbols following the encoded data output symbols. This tail output symbol sequence shall be identical to the one generated by the encoder shown in Figure 12.4.1.3.2.3.2.1-1. The tail output symbols are generated after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up

position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1 three times with its switch in the down position while Constituent Encoder 2 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The last 3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with its switch in the down position while Constituent Encoder 1 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first.

The constituent encoder output symbol puncturing for the tail symbols shall be as specified in Table 12.4.1.3.2.3.2.1-2. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. For rate-1/5 turbo codes, the tail output code symbols for each of the first three tail bit periods shall be punctured and repeated to achieve the sequence $XXY_0Y_1Y_1$, and the tail output code symbols for each of the last three tail bit periods shall be punctured and repeated to achieve the sequence $X'X'Y'_0Y'_1Y'_1$. For rate-1/3 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0$.



**Figure 12.4.1.3.2.3.2.1-1. Turbo Encoder**

**Table 12.4.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods**

|  | Code Rate | |
|:---:|:---:|:---:|
| Output | 1/3 | 1/5 |
| X | 1 | 1 |
| $Y_0$ | 1 | 1 |
| $Y_1$ | 0 | 1 |
| X′ | 0 | 0 |
| $Y'_0$ | 1 | 1 |
| $Y'_1$ | 0 | 1 |

Note: For each rate, the puncturing table shall be read
from top to bottom.

**Table 12.4.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods**

|  | Code Rate | |
|:---:|:---:|:---:|
| Output | 1/3 | 1/5 |
| X | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 |
| X′ | 000 111 | 000 111 |
| $Y'_0$ | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 111 |

Note: For rate-1/3 turbo codes, the puncturing table shall be
read first from top to bottom repeating X and X′, and then from
left to right. For rate-1/5 turbo codes, the puncturing table shall
be read first from top to bottom repeating X, X′, $Y_1$, and $Y'_1$ and
then from left to right.

12.4.1.3.2.3.2.2 Turbo Interleaver

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo
encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire
sequence of turbo interleaver input bits are written sequentially into an array at a sequence
of addresses, and then the entire sequence is read out from a sequence of addresses that
are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 12.4.1.3.2.3.2.2-1 and described below.[145]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 13.4.1.3.2.3.2.2-1 gives this parameter for the different physical layer packet sizes.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 12.4.1.3.2.3.2.2-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 12.4.1.3.2.3.2.2-1. Turbo Interleaver Output Address Calculation Procedure**

---

[145] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is x(i + 1) = (x(i) + c) mod $2^n$, where x(0) = c and c is a row-specific value from a table lookup.

Subtype 2 Physical Layer                                      TIA-856-B

1

**Table 12.4.1.3.2.3.2.2-1. Turbo Interleaver Parameter**

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|:---:|:---:|:---:|
| 128 | 122 | 2 |
| 256 | 250 | 3 |
| 512 | 506 | 4 |
| 1,024 | 1,018 | 5 |
| 2,048 | 2,042 | 6 |
| 3,072 | 3,066 | 7 |
| 4,096 | 4,090 | 7 |
| 5,120 | 5,114 | 8 |

2

Subtype 2 Physical Layer

**Table 12.4.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 2 Entries | n = 3 Entries | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries | n = 8 Entries |
|---|---|---|---|---|---|---|---|
| 0 | 3 | 1 | 5 | 27 | 3 | 15 | 3 |
| 1 | 3 | 1 | 15 | 3 | 27 | 127 | 1 |
| 2 | 3 | 3 | 5 | 1 | 15 | 89 | 5 |
| 3 | 1 | 5 | 15 | 15 | 13 | 1 | 83 |
| 4 | 3 | 1 | 1 | 13 | 29 | 31 | 19 |
| 5 | 1 | 5 | 9 | 17 | 5 | 15 | 179 |
| 6 | 3 | 1 | 9 | 23 | 1 | 61 | 19 |
| 7 | 1 | 5 | 15 | 13 | 31 | 47 | 99 |
| 8 | 1 | 3 | 13 | 9 | 3 | 127 | 23 |
| 9 | 1 | 5 | 15 | 3 | 9 | 17 | 1 |
| 10 | 3 | 3 | 7 | 15 | 15 | 119 | 3 |
| 11 | 1 | 5 | 11 | 3 | 31 | 15 | 13 |
| 12 | 1 | 3 | 15 | 13 | 17 | 57 | 13 |
| 13 | 1 | 5 | 3 | 1 | 5 | 123 | 3 |
| 14 | 1 | 5 | 15 | 13 | 39 | 95 | 17 |
| 15 | 3 | 1 | 5 | 29 | 1 | 5 | 1 |
| 16 | 3 | 3 | 13 | 21 | 19 | 85 | 63 |
| 17 | 1 | 5 | 15 | 19 | 27 | 17 | 131 |
| 18 | 3 | 3 | 9 | 1 | 15 | 55 | 17 |
| 19 | 3 | 5 | 3 | 3 | 13 | 57 | 131 |
| 20 | 3 | 3 | 1 | 29 | 45 | 15 | 211 |
| 21 | 1 | 5 | 3 | 17 | 5 | 41 | 173 |
| 22 | 3 | 5 | 15 | 25 | 33 | 93 | 231 |
| 23 | 1 | 5 | 1 | 29 | 15 | 87 | 171 |
| 24 | 3 | 1 | 13 | 9 | 13 | 63 | 23 |
| 25 | 1 | 5 | 1 | 13 | 9 | 15 | 147 |
| 26 | 3 | 1 | 9 | 23 | 15 | 13 | 243 |
| 27 | 1 | 5 | 15 | 13 | 31 | 15 | 213 |
| 28 | 3 | 3 | 11 | 13 | 17 | 81 | 189 |
| 29 | 1 | 5 | 3 | 1 | 5 | 57 | 51 |
| 30 | 1 | 5 | 15 | 13 | 15 | 31 | 15 |
| 31 | 3 | 3 | 5 | 13 | 33 | 69 | 67 |

1   12.4.1.3.2.3.3 Scrambling

2   The output of the encoder shall be scrambled to randomize the data prior to modulation.

3   The scrambling sequence shall be equivalent to one generated with a 17-tap linear

4   feedback shift register with a generator sequence of $h(D) = D^{17} + D^{14} + 1$, as shown in

5   Figure 12.4.1.3.2.3.3-1. At the start of the physical layer packet, the shift register shall be

6   initialized to the state $[1\ 1\ 1\ b_2\ b_1\ b_0\ \overline{r_6}\ r_5\ r_4\ r_3\ r_2\ r_1\ r_0\ d_3\ d_2\ d_1\ d_0]$. The $r_6 r_5 r_4 r_3 r_2 r_1 r_0$ bits shall be

7   equal to the 7-bit preamble MACIndex value (see Table 12.4.1.3.2.2-2). The $d_3 d_2 d_1 d_0$ bits

8   shall be determined by the nominal data rate, as specified in Table 12.4.1.3.2.3.3-1. The

9   $b_2 b_1 b_0$ bits shall be determined by the payload size, as specified in Table 12.4.1.3.2.3.3-1.

10  The initial state shall generate the first scrambling bit. The shift register shall be clocked

11  once for every encoder output code symbol to generate a bit of the scrambling sequence.

12  Every encoder output code symbol shall be XOR'd with the corresponding bit of the

13  scrambling sequence to yield a scrambled encoded bit.

TIA-856-B                                                      Subtype 2 Physical Layer

**Table 12.4.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State**

| Transmission Format (Physical Layer Packet Size (bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | $b_2$ | $b_1$ | $b_0$ | $d_3$ | $d_2$ | $d_1$ | $d_0$ | Nominal Data Rate (kbps) |
|---|---|---|---|---|---|---|---|---|
| (128, 16, 1024) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4.8 |
| (128, 8, 512) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 9.6 |
| (128, 4, 256) | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19.2 |
| (128, 4, 1024) | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19.2 |
| (128, 2, 128) | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 38.4 |
| (128, 1, 64) | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 76.8 |
| (256, 16, 1024) | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 9.6 |
| (256, 8, 512) | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 19.2 |
| (256, 4, 256) | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 38.4 |
| (256, 4, 1024) | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 38.4 |
| (256, 2, 128) | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 76.8 |
| (256, 1, 64) | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 153.6 |
| (512, 16, 1024) | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 19.2 |
| (512, 8, 512) | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 38.4 |
| (512, 4, 256) | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 76.8 |
| (512, 4, 1024) | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 76.8 |
| (512, 4, 128) | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 76.8 |
| (512, 2, 128) | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 153.6 |
| (512, 2, 64) | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 153.6 |
| (512, 1, 64) | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 307.2 |
| (1024, 16, 1024) | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 38.4 |
| (1024, 8, 512) | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 76.8 |
| (1024, 4, 256) | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 153.6 |
| (1024, 4, 128) | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 153.6 |
| (1024, 2, 128) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 307.2 |
| (1024, 2, 64) | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 307.2 |

| Transmission Format (Physical Layer Packet Size (bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | $b_2$ | $b_1$ | $b_0$ | $d_3$ | $d_2$ | $d_1$ | $d_0$ | Nominal Data Rate (kbps) |
|---|---|---|---|---|---|---|---|---|
| (1024, 1, 64) | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 614.4 |
| (2048, 4, 128) | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 307.2 |
| (2048, 2, 64) | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 614.4 |
| (2048, 1, 64) | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1228.8 |
| (3072, 2, 64) | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 921.6 |
| (3072, 1, 64) | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1843.2 |
| (4096, 2, 64) | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1228.8 |
| (4096, 1, 64) | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 2457.6 |
| (5120, 2, 64) | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1536.0 |
| (5120, 1, 64) | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 3072.0 |



**Figure 12.4.1.3.2.3.3-1. Symbol Scrambler**

12.4.1.3.2.3.4 Channel Interleaving

The sequence of binary symbols at the output of the encoder shall be interleaved with a Channel Interleaver. Channel interleaving shall consist of a Symbol Reordering stage

TIA-856-B                                                          Subtype 2 Physical Layer

followed by a Matrix Interleaving stage which is followed by a Short Sequence Repetition Stage.

The packet length, N (including data and tail bits) is expressed as $N = R \times K \times 2^m$, where R, K and m are positive integers. The channel interleaver is described in terms of the parameters R, K, m, a short-packet wrap-around parameter W, and an end-around-shift parameter D.

12.4.1.3.2.3.4.1 Symbol Reordering

The scrambled turbo encoder data and tail output symbols generated with the rate-1/5 encoder shall be reordered according to the following procedure:

1. All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into five sequences denoted U, $V_0$, $V_1$, $V'_0$, and $V'_1$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_1$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V_1$ sequence, the fourth to the $V'_0$ sequence, the fifth to the $V'_1$ sequence, the sixth to the U sequence, etc.

2. The U, $V_0$, $V_1$, $V'_0$, and $V'_1$ sequences shall be ordered according to $UV_0V'_0V_1V'_1$. That is, the U sequence of symbols shall be first and the $V'_1$ sequence of symbols shall be last.

The scrambled turbo encoder data and tail output symbols generated with the rate-1/3 encoder shall be reordered according to the following procedure:

3. All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into three sequences denoted U, $V_0$ and $V'_0$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_0$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V'_0$ sequence, the fourth to the U sequence, etc.

4. The U, $V_0$ and $V'_0$ sequences shall be ordered according to $UV_0 \; V'_0$. That is, the U sequence of symbols shall be first and the $V'_0$ sequence of symbols shall be last.

12.4.1.3.2.3.4.2 Matrix Interleaving

The Matrix Interleaving operation is carried out in the following steps:

1. The N symbols of the U-sequence symbols are written into a 3-dimensional cuboidal array with R rows, $C = 2^m$ columns, and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol $((r \times C + c) \times K + k)$, where $0 \leq i < N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where, $0 \leq r < R$, $0 \leq c < C$, and $0 \leq k < K$.

2. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by $(c \times K + k) \bmod R$. In other words, matrix[ r ] [ c ] [ k ] is transformed to matrix[$(r + c \times K + k) \bmod R$] [c] [k].

3. The linear array of C $\equiv 2^m$ symbols, at each given level and row, is bit-reverse interleaved (based on column-index).

4. If K > 3, then the symbols at level given by $\lfloor K/2 \rfloor$ are swapped with symbols at level 1 (k=1).

5. Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol $((k \times C + c) \times R + r)$, where $0 \leq i < N$ comes from the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where, $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

6. The N symbols of the $V_0$ sequence, followed by the N symbols of the $V_0'$ sequence are written into with R rows, C $\equiv 2^{m+1}$ columns and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol $((r \times C + c) \times K + k)$, where $0 \leq i < 2 \times N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level, where $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

7. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by the amount $\lfloor (K \times c + k) / D \rfloor$ mod R. In other words, matrix[r][c][k] is transformed to matrix[r + $\lfloor (K \times c + k) / D \rfloor$ mod R][c] [k].

8. The linear array of C $\equiv 2^{m+1}$ symbols, at each given level and row, is bit-reverse interleaved (based on column-index).

9. If K > 3, then the symbols at level $\lfloor K/2 \rfloor$ are swapped with symbols at level 1 (k=1).

10. Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol $((k \times C + c) \times R + r)$, where $0 \leq i < 2 \times N$ comes from the $r^{th}$ row, $c^{th}$ column and $k^{th}$ level , where, $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

11. The sequence of $V_1$ and $V_1'$ symbols are processed similar to the $V_0$ and $V_0'$ symbols, as described in 5 through 8.

12.4.1.3.2.3.4.3 Short Sequence Repetition

If the total number of symbols ($3 \times N$ or $5 \times N$) output by the Matrix Interleaving stage as described above is less than the wrap-around parameter W, then the output sequence is repeated partially or fully so that the length of the sequence is equal to W binary symbols. Otherwise, the symbol sequence output by the matrix interleaver described above is regarded as the output of the channel interleaver. Table 12.4.1.3.2.3.4.3-1 below shows the interleaver parameters for various packets used on the Forward Traffic Channel.

TIA-856-B                                                    Subtype 2 Physical Layer

Table 12.4.1.3.2.3.4.3-1. Channel Interleaver Parameters

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | N | K | R | m | D | W |
|---|---|---|---|---|---|---|
| (128, 16, 1024) | 128 | 1 | 2 | 6 | 4 | 0 |
| (128, 8, 512) | 128 | 1 | 2 | 6 | 4 | 0 |
| (128, 4, 1024) | 128 | 1 | 2 | 6 | 4 | 0 |
| (128, 4, 256) | 128 | 1 | 2 | 6 | 4 | 0 |
| (128, 2, 128) | 128 | 1 | 2 | 6 | 4 | 0 |
| (128, 1, 64) | 128 | 1 | 2 | 6 | 4 | 0 |
| (256, 16, 1024) | 256 | 1 | 2 | 7 | 4 | 0 |
| (256, 8, 512) | 256 | 1 | 2 | 7 | 4 | 0 |
| (256, 4, 1024) | 256 | 1 | 2 | 7 | 4 | 0 |
| (256, 4, 256) | 256 | 1 | 2 | 7 | 4 | 0 |
| (256, 2, 128) | 256 | 1 | 2 | 7 | 4 | 0 |
| (256, 1, 64) | 256 | 1 | 2 | 7 | 4 | 0 |
| (512, 16, 1024) | 512 | 1 | 2 | 8 | 4 | 0 |
| (512, 8, 512) | 512 | 1 | 2 | 8 | 4 | 0 |
| (512, 4, 1024) | 512 | 1 | 2 | 8 | 4 | 0 |
| (512, 4, 256) | 512 | 1 | 2 | 8 | 4 | 0 |
| (512, 4, 128) | 512 | 1 | 2 | 8 | 4 | 6,144 |
| (512, 2, 128) | 512 | 1 | 2 | 8 | 4 | 0 |
| (512, 2, 64) | 512 | 1 | 2 | 8 | 4 | 6,144 |
| (512, 1, 64) | 512 | 1 | 2 | 8 | 4 | 0 |
| (1024, 16, 1024) | 1024 | 1 | 2 | 9 | 4 | 0 |
| (1024, 8, 512) | 1024 | 1 | 2 | 9 | 4 | 0 |
| (1024, 4, 256) | 1024 | 1 | 2 | 9 | 4 | 0 |
| (1024, 4, 128) | 1024 | 1 | 2 | 9 | 4 | 6,144 |
| (1024, 2, 128) | 1024 | 1 | 2 | 9 | 4 | 0 |
| (1024, 2, 64) | 1024 | 1 | 2 | 9 | 4 | 6,144 |
| (1024, 1, 64) | 1024 | 1 | 2 | 9 | 4 | 0 |
| (2048, 4, 128) | 2048 | 1 | 2 | 10 | 4 | 0 |
| (2048, 2, 64) | 2048 | 1 | 2 | 10 | 4 | 0 |

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | N | K | R | m | D | W |
|---|---|---|---|---|---|---|
| (2048, 1, 64) | 2048 | 1 | 2 | 10 | 4 | 0 |
| (3072, 2, 64) | 3072 | 1 | 3 | 10 | 4 | 0 |
| (3072, 1, 64) | 3072 | 1 | 3 | 10 | 4 | 0 |
| (4096, 2, 64) | 4096 | 1 | 4 | 10 | 4 | 0 |
| (4096, 1, 64) | 4096 | 1 | 4 | 10 | 4 | 0 |
| (5120, 2, 64) | 5120 | 5 | 4 | 8 | 10 | 0 |
| (5120, 1, 64) | 5120 | 5 | 4 | 8 | 10 | 0 |

1

2  12.4.1.3.2.3.5 Modulation

3  The output of the channel interleaver shall be applied to a modulator that outputs an in-
4  phase stream and a quadrature stream of modulated values. The modulator generates
5  QPSK, 8-PSK, or 16-QAM modulation symbols, depending on the data rate.

6  12.4.1.3.2.3.5.1 QPSK Modulation

7  For physical layer packet sizes of 128, 256, 512, 1,024, or 2,048 bits, groups of two
8  successive channel interleaver output symbols shall be grouped to form QPSK modulation
9  symbols. Each group of two adjacent block interleaver output symbols, $x(2k)$ and $x(2k + 1)$,
10  $k = 0,\ldots, M - 1$ shall be mapped into a complex modulation symbol $(m_I(k), m_Q(k))$ as
11  specified in Table 12.4.1.3.2.3.5.1-1. Figure 12.4.1.3.2.3.5.1-1 shows the signal
12  constellation of the QPSK modulator, where $s_0 = x(2k)$ and $s_1 = x(2k + 1)$.

13  **Table 12.4.1.3.2.3.5.1-1. QPSK Modulation Table**

| Interleaved Symbols | | Modulation Symbols | |
|---|---|---|---|
| $s_1$ $x(2k + 1)$ | $s_0$ $x(2k)$ | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | D | D |
| 0 | 1 | –D | D |
| 1 | 0 | D | –D |
| 1 | 1 | –D | –D |

Note: $D = 1/\sqrt{2}$ .

14



1

**Figure 12.4.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation**
2

3   12.4.1.3.2.3.5.2 8-PSK Modulation

4   For physical layer packet sizes of 3,072 bits, groups of three successive channel interleaver
5   output symbols shall be grouped to form 8-PSK modulation symbols. Each group of three
6   adjacent block interleaver output symbols, $x(3k)$, $x(3k + 1)$, and $x(3k + 2)$, $k = 0,..., M − 1$
7   shall be mapped into a complex modulation symbol $(m_I(k), m_Q(k))$ as specified in Table
8   12.4.1.3.2.3.5.2-1. Figure 12.4.1.3.2.3.5.2-1 shows the signal constellation of the 8-PSK
9   modulator, where $s_0 = x(3k)$, $s_1 = x(3k + 1)$, and $s_2 = x(3k + 2)$.

Subtype 2 Physical Layer                                    TIA-856-B

**Table 12.4.1.3.2.3.5.2-1. 8-PSK Modulation Table**

| Interleaved Symbols | | | Modulation Symbols | |
|---|---|---|---|---|
| $s_2$<br>x(3k + 2) | $s_1$<br>x(3k + 1) | $s_0$<br>x(3k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | C | S |
| 0 | 0 | 1 | S | C |
| 0 | 1 | 1 | –S | C |
| 0 | 1 | 0 | –C | S |
| 1 | 1 | 0 | –C | –S |
| 1 | 1 | 1 | –S | –C |
| 1 | 0 | 1 | S | –C |
| 1 | 0 | 0 | C | –S |

Note:  C = cos(π/8) ≈ 0.9239  and  S = sin(π/8) ≈ 0.3827 .



**Figure 12.4.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation**

12.4.1.3.2.3.5.3 16-QAM Modulation

For physical layer packet sizes of 4,096 and 5,120 bits, groups of four successive channel interleaver output symbols shall be grouped to form 16-QAM modulation symbols. Each group of four adjacent block interleaver output symbols, x(4k), x(4k + 1), x(4k + 2), and x(4k + 3), i = 0,…, M – 1 shall be mapped into a complex modulation symbol ($m_I$(k), $m_Q$(k)) as specified in Table 12.4.1.3.2.3.5.3-1. Figure 12.4.1.3.2.3.5.3-1 shows the signal constellation of the 16-QAM modulator, where $s_0$ = x(4k), $s_1$ = x(4k + 1), $s_2$ = x(4k + 2), and $s_3$ = x(4k + 3).

TIA-856-B                                                          Subtype 2 Physical Layer

1

**Table 12.4.1.3.2.3.5.3-1. 16-QAM Modulation Table**

| Interleaved Symbols | | | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|:---:|:---:|
| $s_3$ x(4k + 3) | $s_2$ x(4k + 2) | $s_1$ x(4k + 1) | $s_0$ x(4k) | $m_Q(k)$ | $m_I(k)$ |
| 0 | 0 | 0 | 0 | 3A | 3A |
| 0 | 0 | 0 | 1 | 3A | A |
| 0 | 0 | 1 | 1 | 3A | –A |
| 0 | 0 | 1 | 0 | 3A | –3A |
| 0 | 1 | 0 | 0 | A | 3A |
| 0 | 1 | 0 | 1 | A | A |
| 0 | 1 | 1 | 1 | A | –A |
| 0 | 1 | 1 | 0 | A | –3A |
| 1 | 1 | 0 | 0 | –A | 3A |
| 1 | 1 | 0 | 1 | –A | A |
| 1 | 1 | 1 | 1 | –A | –A |
| 1 | 1 | 1 | 0 | –A | –3A |
| 1 | 0 | 0 | 0 | –3A | 3A |
| 1 | 0 | 0 | 1 | –3A | A |
| 1 | 0 | 1 | 1 | –3A | –A |
| 1 | 0 | 1 | 0 | –3A | –3A |

Note: $A = 1/\sqrt{10} \approx 0.3162$ .

2

Subtype 2 Physical Layer                                                    TIA-856-B



**Figure 12.4.1.3.2.3.5.5.3-1. Signal Constellation for 16-QAM Modulation**

12.4.1.3.2.3.6 Sequence Repetition and Symbol Puncturing

Table 12.4.1.3.2.3.6-1 gives the number of modulation symbols that the modulator provides per physical layer packet and the number of modulation symbols needed for the data portion of the allocated slots. If the number of required modulation symbols is more than the number provided, the complete sequence of input modulation symbols shall be repeated as many full-sequence times as possible followed by a partial transmission if necessary. If a partial transmission is needed, the first portion of the input modulation symbol sequence shall be used. If the number of required modulation symbols is less than the number provided, only the first portion of the input modulation symbol sequence shall be used.

The sequence repetition and symbol puncturing parameters shall be as specified in Table 12.4.1.3.2.3.6-1.

TIA-856-B                                              Subtype 2 Physical Layer

Table 12.4.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Values per Physical Layer Packet | | | | Coding | |
|---|---|---|---|---|---|---|
| | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Effective Code Rate | Repeti-tion Factor |
| (128, 16, 1024) | 320 | 24,576 | 76 | 256 | 1/5 | 76.8 |
| (128, 8, 512) | 320 | 12,288 | 38 | 128 | 1/5 | 38.4 |
| (128, 4, 1024) | 320 | 5,376 | 16 | 256 | 1/5 | 16.8 |
| (128, 4, 256) | 320 | 6,144 | 19 | 64 | 1/5 | 19.2 |
| (128, 2, 128) | 320 | 3,072 | 9 | 192 | 1/5 | 9.6 |
| (128, 1, 64) | 320 | 1,536 | 4 | 256 | 1/5 | 4.8 |
| (256, 16, 1024) | 640 | 24,576 | 38 | 256 | 1/5 | 38.4 |
| (256, 8, 512) | 640 | 12,288 | 19 | 128 | 1/5 | 19.2 |
| (256, 4, 1024) | 640 | 5,376 | 8 | 256 | 1/5 | 8.4 |
| (256, 4, 256) | 640 | 6,144 | 9 | 384 | 1/5 | 9.6 |
| (256, 2, 128) | 640 | 3,072 | 4 | 512 | 1/5 | 4.8 |
| (256, 1, 64) | 640 | 1,536 | 2 | 256 | 1/5 | 2.4 |
| (512, 16, 1024) | 1,280 | 24,576 | 19 | 256 | 1/5 | 19.2 |
| (512, 8, 512) | 1,280 | 12,288 | 9 | 768 | 1/5 | 9.6 |
| (512, 4, 1024) | 1,280 | 5,376 | 4 | 256 | 1/5 | 4.2 |
| (512, 4, 256) | 1,280 | 6,144 | 4 | 1,024 | 1/5 | 4.8 |
| (512, 4, 128) | 3,072 | 6,272 | 2 | 128 | 1/5 | 2.04 |
| (512, 2, 128) | 1,280 | 3,072 | 2 | 512 | 1/5 | 2.4 |
| (512, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/5 | 1.02 |
| (512, 1, 64) | 1,280 | 1,536 | 1 | 256 | 1/5 | 1.2 |
| (1024, 16, 1024) | 2,560 | 24,576 | 9 | 1,536 | 1/5 | 9.6 |
| (1024, 8, 512) | 2,560 | 12,288 | 4 | 2,048 | 1/5 | 4.8 |
| (1024, 4, 256) | 2,560 | 6,144 | 2 | 1,024 | 1/5 | 2.4 |
| (1024, 4, 128) | 3,072 | 6,272 | 2 | 128 | 1/5 | 2.04 |
| (1024, 2, 128) | 2,560 | 3,072 | 1 | 512 | 1/5 | 1.2 |

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Values per Physical Layer Packet | | | | Coding | |
|---|---|---|---|---|---|---|
| | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Effective Code Rate | Repeti-tion Factor |
| (1024, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/5 | 1.02 |
| (1024, 1, 64) | 1,536 | 1,536 | 1 | 0 | 1/3 | 1 |
| (2048, 4, 128) | 3,072 | 6,272 | 2 | 128 | 1/3 | 2.04 |
| (2048, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (2048, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (3072, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (3072, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (4096, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (4096, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (5120, 2, 64) | 3,840 | 3,136 | 0 | 3,136 | 20/49 | 1 |
| (5120, 1, 64) | 3,840 | 1,536 | 0 | 1,536 | 5/6 | 1 |

12.4.1.3.2.3.7 Symbol Demultiplexing

The in-phase stream at the output of the sequence repetition operation shall be demultiplexed into 16 parallel streams labeled $I_0$, $I_1$, $I_2$,..., $I_{15}$. If $m_I(0)$, $m_I(1)$, $m_I(2)$, $m_I(3)$,... denotes the sequence of sequence-repeated modulation output values in the in-phase stream, then for each k = 0, 1, 2,..., 15, the $k^{th}$ demultiplexed stream $I_k$ shall consist of the values $m_I(k)$, $m_I(16 + k)$, $m_I(32 + k)$, $m_I(48 + k)$,....

Similarly, the quadrature stream at the output of the sequence repetition operation shall be demultiplexed into 16 parallel streams labeled $Q_0$, $Q_1$, $Q_2$,..., $Q_{15}$. If $m_Q(0)$, $m_Q(1)$, $m_Q(2)$, $m_Q(3)$,...denotes the sequence of sequence-repeated modulation output values in the quadrature stream, then for each k = 0, 1, 2,...,15, the $k^{th}$ demultiplexed stream $Q_k$ shall consist of the values $m_Q(k)$, $m_Q(16 + k)$, $m_Q(32 + k)$, $m_Q(48 + k)$,....

Each demultiplexed stream at the output of the symbol demultiplexer shall consist of modulation values at the rate of 76.8 ksps.

## 12.4.1.3.2.3.8 Walsh Channel Assignment

The individual streams generated by the symbol demultiplexer shall be assigned to one of 16 distinct Walsh channels. For each k = 0, 1, 2,..., 15, the demultiplexed streams with labels $I_k$ and $Q_k$ shall be assigned to the in-phase and quadrature phases, respectively, of the $k^{th}$ Walsh channel $W_k^{16}$. The modulation values associated with the in-phase and quadrature phase components of the same Walsh channel are referred to as Walsh symbols.

## 12.4.1.3.2.3.9 Walsh Channel Scaling

The modulated symbols on each branch of each Walsh channel shall be scaled to maintain a constant total transmit power independent of data rate. For this purpose, each orthogonal channel shall be scaled by a gain of $\frac{1}{\sqrt{16}} = \frac{1}{4}$. The gain settings are normalized to a unity reference equivalent to unmodulated BPSK transmitted at full power.

## 12.4.1.3.2.3.10 Walsh Chip Level Summing

The scaled Walsh chips associated with the 16 Walsh channels shall be summed on a chip-by-chip basis.

## 12.4.1.3.2.4 Control Channel

The Control Channel transmits broadcast messages and access-terminal-directed messages. Control Channel packets belonging to the  synchronous capsule shall be transmitted using a Transmission Format of (1024, 8, 512) corresponding to a data rate of 76.8 kbps or using a Transmission Format of (1024, 16, 1024) corresponding to a data rate of 38.4 kbps. Control Channel packets belonging to an asynchronous or a sub-synchronous capsule shall be transmitted using Transmission Formats of (1024, 8, 512), (1024, 16, 1024), (128, 4, 1024), (256, 4, 1024), or (512, 4, 1024). The modulation characteristics shall be the same as those of the Forward Traffic Channel at the corresponding Transmission Format. The Control Channel transmissions shall be distinguished from Forward Traffic Channel transmissions by having a preamble that is covered by a bi-orthogonal cover sequence with MACIndex 2, 3, 71, or that specified by the CCShortPacketsMACIndex attribute as specified in 12.4.1.3.2.3.1. A MACIndex value of 2 shall be used for the Transmission Format of (1024, 8, 512) or 76.8 kbps data rate, a MACIndex value of 3 shall be used for the Transmission Format of (1024, 16, 1024) or 38.4 kbps data rate, and a MACIndex value of 71 or a MACIndex value specified by CCShortPacketsMACIndex attribute value shall be used for the Transmission Formats of (128, 4, 1024), (256, 4, 1024), or (512, 4, 1024).

## 12.4.1.3.3 Time-Division Multiplexing

The Forward Traffic Channel or Control Channel data modulation chips shall be time-division multiplexed with the preamble, Pilot Channel, and MAC Channel chips according to the timing diagrams in Figure 12.4.1.3.3-1, Figure 12.4.1.3.3-2, Figure 12.4.1.3.3-3, Figure 12.4.1.3.3-4 and Figure 12.4.1.3.3-5. The multiplexing parameters shall be as specified in Table 12.4.1.3.3-1 through Table 12.4.1.3.3-5.

1   The Walsh chip rate shall be fixed at 1.2288 Mcps.

2   Forward Traffic Channel physical layer packets with Transmission Formats as shown in
3   Table 12.4.1.3.3-1 shall be time division multiplexed with the preamble, Pilot Channel and
4   MAC Channel chips according to the timing diagrams in Figure 12.4.1.3.3-1.

5   **Table 12.4.1.3.3-1. Transmission Formats Corresponding to Timing Diagram in**
6   **Figure 12.4.1.3.3-1**

| Transmission Format<br>(Physical Layer Packet Size (bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|---|
| (128, 4, 256) |
| (128, 2, 128) |
| (256, 4, 256) |
| (256, 2, 128) |
| (512, 4, 256) |
| (512, 4, 128) |
| (512, 2, 128) |
| (512, 2, 64) |
| (1024, 4, 256) |
| (1024, 4, 128) |
| (1024, 2, 128) |
| (1024, 2, 64) |
| (2048, 4, 128) |
| (2048, 2, 64) |
| (3072, 2, 64) |
| (4096, 2, 64) |
| (5120, 2, 64) |

7



**Figure 12.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 12.4.1.3.3-1**

Forward Traffic Channel physical layer packets with Transmission Formats as shown in Table 13.4.1.3.3-2 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-2.

**Table 12.4.1.3.3-2. Transmission Formats Corresponding to Timing Diagram in Figure 12.4.1.3.3-2**

| Transmission Format<br>(Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|---|
| (128, 16, 1024) |
| (128, 8, 512) |
| (256, 16, 1024) |
| (256, 8, 512) |
| (512, 16, 1024) |
| (512, 8, 512) |
| (1024, 16, 1024) |
| (1024, 8, 512) |



**Figure 12.4.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Transmission Formats in Table 13.4.1.3.3-2**

Forward Traffic Channel physical layer packets with Transmission Formats as shown in Table 12.4.1.3.3-3 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 12.4.1.3.3-3.

**Table 12.4.1.3.3-3. Transmission Formats Corresponding to Timing Diagram in Figure 12.4.1.3.3-3**

| Transmission Format<br>(Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
| --- |
| (128, 1, 64) |
| (256, 1, 64) |
| (512, 1, 64) |
| (2048, 1, 64) |
| (3072, 1, 64) |
| (4096, 1, 64) |
| (5120, 1, 64) |



Figure 12.4.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Cases with Transmission Formats in Table 12.4.1.3.3-3

Forward Traffic Channel physical layer packets with Transmission Formats as shown in Table 12.4.1.3.3-4 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-4.

**Table 12.4.1.3.3-4. Transmission Formats Corresponding to Timing Diagram in Figure 12.4.1.3.3-4**



| Transmission Format |
| --- |
| (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
| (1024, 1, 64) |



**Figure 12.4.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case with Transmission Formats in Table 12.4.1.3.3-4.**

Forward Traffic Channel physical layer packets with Packet Transmission Formats as shown in Table 14.3.1.3.3-5 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 14.3.1.3.3-5.

**Table 12.4.1.3.3-5. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-5**

| Transmission Format<br>(Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|:---:|
| (128, 4, 1,024) |
| (256, 4, 1,024) |
| (512, 4, 1,024) |



**Figure 12.4.1.3.3-5. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 12.4.1.3.3-5**

Table 13.4.1.3.3-6 shows the number of Pilot chips, MAC chips, and Data chips corresponding to each of the possible transmission formats

Subtype 2 Physical Layer

**Table 12.4.1.3.3-6. Preamble, Pilot, MAC, and Data Multiplexing Parameters**

| Transmission Format<br>(Physical Layer Packet Size(bits),<br>Nominal Transmit Duration (slots),<br>Preamble Length (chips)) | Pilot<br>chips | MAC<br>chips | Data<br>chips |
|---|---|---|---|
| (128, 16, 1,024) | 3,072 | 4,096 | 24,576 |
| (128, 8, 512) | 1,536 | 2,048 | 12,288 |
| (128, 4, 1024) | 768 | 1,024 | 5,376 |
| (128, 4, 256) | 768 | 1,024 | 6,144 |
| (128, 2, 128) | 384 | 512 | 3,072 |
| (128, 1, 64) | 192 | 256 | 1,536 |
| (256, 16, 1024) | 3,072 | 4,096 | 24,576 |
| (256, 8, 512) | 1,536 | 2,048 | 12,288 |
| (256, 4, 1024) | 768 | 1,024 | 5,376 |
| (256, 4, 256) | 768 | 1,024 | 6,144 |
| (256, 2, 128) | 384 | 512 | 3,072 |
| (256, 1, 64) | 192 | 256 | 1,536 |
| (512, 16, 1024) | 3,072 | 4,096 | 24,576 |
| (512, 8, 512) | 1,536 | 2,048 | 12,288 |
| (512, 4, 1024) | 768 | 1,024 | 5,376 |
| (512, 4, 256) | 768 | 1,024 | 6,144 |
| (512, 4, 128) | 768 | 1,024 | 6,272 |
| (512, 2, 128) | 384 | 512 | 3,072 |
| (512, 2, 64) | 384 | 512 | 3,136 |
| (512, 1, 64) | 192 | 256 | 1,536 |
| (1024, 16, 1024) | 3,072 | 4,096 | 24,576 |
| (1024, 8, 512) | 1,536 | 2,048 | 12,288 |
| (1024, 4, 256) | 768 | 1,024 | 6,144 |
| (1024, 4, 128) | 768 | 1,024 | 6,272 |
| (1024, 2, 128) | 384 | 512 | 3,072 |
| (1024, 2, 64) | 384 | 512 | 3,136 |
| (1024, 1, 64) | 192 | 256 | 1,536 |
| (2048, 4, 128) | 768 | 1,024 | 6,272 |
| (2048, 2, 64) | 384 | 512 | 3,136 |
| (2048, 1, 64) | 192 | 256 | 1,536 |

| Transmission Format<br>(Physical Layer Packet Size(bits),<br>Nominal Transmit Duration (slots),<br>Preamble Length (chips)) | Pilot chips | MAC chips | Data chips |
|---|---|---|---|
| (3072, 2, 64) | 384 | 512 | 3,136 |
| (3072, 1, 64) | 192 | 256 | 1,536 |
| (4096, 2, 64) | 384 | 512 | 3,136 |
| (4096, 1, 64) | 192 | 256 | 1,536 |
| (5120, 2, 64) | 384 | 512 | 3,136 |
| (5120, 1, 64) | 192 | 256 | 1,536 |

12.4.1.3.4 Quadrature Spreading

Following orthogonal spreading, the combined modulation sequence shall be quadrature spread as shown in Figure 12.4.1.3.1-1. The spreading sequence shall be a quadrature sequence of length $2^{15}$ (i.e., 32768 PN chips in length). This sequence is called the pilot PN sequence and shall be based on the following characteristic polynomials:

$P_I(x) = x^{15} + x^{10} + x^8 + x^7 + x^6 + x^2 + 1$

(for the in-phase (I) sequence)

and

$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^9 + x^5 + x^4 + x^3 + 1$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the above polynomials are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$I(n) = I(n - 15) \oplus I(n - 13) \oplus I(n - 9) \oplus I(n - 8) \oplus I(n - 7) \oplus I(n - 5)$

(based on $P_I(x)$ as the characteristic polynomial)

and

$Q(n) = Q(n - 15) \oplus Q(n - 12) \oplus Q(n - 11) \oplus Q(n - 10) \oplus Q(n - 6) \oplus Q(n - 5) \oplus Q(n - 4) \oplus Q(n - 3)$

(based on $P_Q(x)$ as the characteristic polynomial),

where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order to obtain the I and Q pilot PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period). Therefore, the pilot PN sequences have one run of 15 consecutive '0' outputs instead of 14.

The chip rate for the pilot PN sequence shall be 1.2288Mcps. The pilot PN sequence period is $32768/1228800 = 26.666...$ ms, and exactly 75 pilot PN sequence repetitions occur every 2 seconds.

Pilot Channels shall be identified by an offset index in the range from 0 through 511 inclusive. This offset index shall specify the offset value (in units of 64 chips) by which the pilot PN sequence lags the zero-offset pilot PN sequence. The zero-offset pilot PN sequence shall be such that the start of the sequence shall be output at the beginning of every even second in time, referenced to access network transmission time. The start of the zero-offset pilot PN sequence for either the I or Q sequences shall be defined as the state of the sequence for which the next 15 outputs inclusive are '0'. Equivalently, the zero-offset sequence is defined such that the last chip prior to the even-second mark as referenced to the transmit time reference is a '1' prior to the 15 consecutive '0's.

## 12.4.1.3.5 Filtering

### 12.4.1.3.5.1 Baseband Filtering

Following the quadrature spreading operation, the I′ and Q′ impulses are applied to the inputs of the I and Q baseband filters as shown in Figure 12.4.1.3.1-1. The baseband filters shall have a frequency response S(f) that satisfies the limits given in Figure 13.3.1.3.6-1. Specifically, the normalized frequency response of the filter shall be contained within $\pm\delta_1$ in the passband $0 \leq f \leq f_p$ and shall be less than or equal to $-\delta_2$ in the stopband $f \geq f_s$. The numerical values for the parameters are $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$ kHz.



**Figure 12.4.1.3.5.1-1. Baseband Filter Frequency Response Limits**

The impulse response of the baseband filter, s(t), should satisfy the following equation:

$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_s - \tau) - h(k)]^2 \leq 0.03,$$

where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$ is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the coefficients h(k), for k < 48, are given in Figure 12.4.1.3.5.1-1; h(k) = 0 for k $\geq$ 48. Note that h(k) equals h(47 − k).

TIA-856-B                                                      Subtype 2 Physical Layer

**Table 12.4.1.3.5.1-1. Baseband Filter Coefficients**

| k | h(k) |
|---|---|
| 0, 47 | –0.025288315 |
| 1, 46 | –0.034167931 |
| 2, 45 | –0.035752323 |
| 3, 44 | –0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | –0.021998074 |
| 10, 37 | –0.060716277 |
| 11, 36 | –0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | –0.012839661 |
| 17, 30 | –0.143477028 |
| 18, 29 | –0.211829088 |
| 19, 28 | –0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

12.4.1.3.5.2 Phase Characteristics

The access network shall provide phase equalization for the transmit signal path.[146] The equalizing filter shall be designed to provide the equivalent baseband transfer function

$$H(\omega) = K \frac{\omega^2 + j\alpha\omega\omega_0 - \omega_0{}^2}{\omega^2 - j\alpha\omega\omega_0 - \omega_0{}^2},$$

---

[146]This equalization simplifies the design of the access terminal receive filters.

where K is an arbitrary gain, j equals $\sqrt{-1}$, $\alpha$ equals 1.36, $\omega_0$ equals $2\pi \times 3.15 \times 10^5$, and $\omega$ is the radian frequency. The equalizing filter implementation shall be equivalent to applying baseband filters with this transfer function, individually, to the baseband I and Q waveforms.

A phase error test filter is defined to be the overall access network transmitter filter (including the equalizing filter) cascaded with a filter having a transfer function that is the inverse of the equalizing filter specified above. The response of the test filter should have a mean squared phase error from the best fit linear phase response that is no greater than 0.01 squared radians when integrated over the frequency range 1 kHz $\leq |f - f_c| \leq$ 630 kHz. For purposes of this requirement, "overall" shall mean from the I and Q baseband filter inputs (see Table 12.4.1.3.5.1-1) to the RF output of the transmitter.

12.4.1.3.6 Synchronization and Timing

12.4.1.3.6.1 Timing Reference Source

Each sector shall use a time base reference from which all time-critical transmission components, including pilot PN sequences, slots, and Walsh functions, shall be derived. The time-base reference shall be time-aligned to CDMA System Time, as described in **1.14**. Reliable external means should be provided at each sector to synchronize each sector's time base reference to CDMA System Time. Each sector should use a frequency reference of sufficient accuracy to maintain time alignment to CDMA System Time. In the event that the external source of CDMA System Time is lost,[147] the sector shall maintain transmit timing within ±10 μs of CDMA System Time for a period of not less than 8 hours.

12.4.1.3.6.2 Sector Transmission Time

All sectors should radiate the pilot PN sequence within ±3 μs of CDMA System Time and shall radiate the pilot PN sequence within ±10 μs of CDMA System Time.

Time measurements are made at the sector antenna connector. If a sector has multiple radiating antenna connectors for the same CDMA channel, time measurements are made at the antenna connector having the earliest radiated signal.

The rate of change for timing corrections shall not exceed 102 ns (1/8 PN chip) per 200 ms.

---

[147] These guidelines on time keeping requirements reflect the fact that the amount of time error between sectors that can be tolerated in an access network is not a hard limit. Each access terminal can search an ever-increasing time window as directed by the sectors. However, increasing this window gradually degrades performance since wider windows require a longer time for the access terminals to search out and locate the various arrivals from all sectors that may be in view.

**13 SUBTYPE 3 PHYSICAL LAYER**

**13.1 Subtype 3 Physical Layer Protocol Instance**

13.1.1 Overview

This chapter contains the specification for the Subtype 3 Physical Layer Protocol. The Subtype 3 Physical Layer operates with the Enhanced Access Channel MAC Protocol, the Enhanced Control Channel MAC Protocol, the Multicarrier Forward Traffic Channel MAC Protocol, and the Multicarrier Reverse Traffic Channel MAC Protocol.

13.1.2 Primitives and Public Data

13.1.2.1 Commands

This protocol does not define any commands.

13.1.2.2 Return Indications

This protocol returns the following indications:

- *ReverseTrafficPacketsMissed* for every active reverse CDMA channel assigned to the access terminal.

- *ForwardTrafficCompleted* for every active forward CDMA channel assigned to the access terminal.

13.1.2.3 Public Data

This protocol shall make the following data public:

- Subtype for this protocol

- SoftRAB for each sector in the access terminal's active set if the access terminal has negotiated Multicarrier Reverse Traffic Channel MAC Protocol.

- MaxRLTxPwrDiff if the access terminal has negotiated Multicarrier Reverse Traffic Channel MAC Protocol

- Long Code Mask for DRC, ACK, and DSC transmissions for forward CDMA channels on a reverse CDMA channel if using BasicFeedbackMultiplexing mode or EnhancedFeedbackMultiplexing mode

- MultiCarrierCapability

- MACIndexBits

- DTXMode

13.1.3 Protocol Data Unit

The transmission unit of this protocol is a Subtype 3 Physical Layer packet. Each Subtype 3 Physical Layer packet contains a MAC Layer packet.

13.1.4 Protocol Initialization

13.1.4.1 Protocol Initialization for the InConfiguration Protocol Instance

Upon creation, the InConfiguration instance of this protocol in the access terminal and the access network shall perform the following in the order specified:

- The fall-back values of the attributes for this protocol instance shall be set to the default values specified for each attribute.

- If the InUse instance of this protocol has the same protocol subtype as this InConfiguration protocol instance, then the fall-back values of the attributes defined by the InConfiguration protocol instance shall be set to the values of the corresponding attributes associated with the InUse protocol instance.

- The value for each attribute for this protocol instance shall be set to the fall-back value for that attribute.

- The value of the public data for the InConfiguration protocol instance shall be set to the value of the public data for the InUse protocol instance.

The access terminal shall not initiate negotiation of the following attributes:

- MaxRLTxPwrDiff

- AdditionalCarriersInitTxPwr

13.1.5 Procedures and Messages for the InConfiguration Instance of the Protocol

13.1.5.1 Procedures

This protocol uses the Generic Configuration Protocol (see 14.7) to define the processing of the configuration messages.

13.1.5.2 Commit Procedures

The access terminal and the access network shall perform the procedures specified in this section, in the order specified, when directed by the InUse instance of the Session Configuration Protocol to execute the Commit procedures:

- All the public data that are defined by this protocol, but are not defined by the InUse protocol instance shall be added to the public data of the InUse protocol.

- If the InUse instance of this protocol has the same subtype as this protocol instance, then

  – The access terminal and the access network shall set the attribute values associated with the InUse instance of this protocol to the attribute values associated with the InConfiguration instance of this protocol.

  – The access terminal and the access network shall purge the InConfiguration instance of the protocol.

- If the InUse instance of this protocol does not have the same subtype as this protocol instance, then the access network and the access terminal shall perform the following in the order specified:

    – The access terminal and the access network shall set the initial state for the InConfiguration instance of this protocol to the Inactive State.

    – The InConfiguration protocol instance shall become the InUse protocol instance for this Protocol.

- All the public data not defined by this protocol shall be removed from the public data of the InUse protocol.

13.1.5.3 Message Formats

13.1.5.3.1 ConfigurationRequest

The ConfigurationRequest message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x50.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in **14.3**.

13.1.5.3.2 ConfigurationResponse

The ConfigurationResponse message format is as follows:

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The sender shall set this field to 0x51.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

TIA-856-B                                                    SUBTYPE 3 Physical Layer

AttributeRecord       An attribute record containing a single attribute value. If this
                      message selects a complex attribute, only the ValueID field of the
                      complex attribute shall be included in the message. The format of the
                      AttributeRecord is given in **14.3**. The sender shall not include more
                      than one attribute record with the same attribute identifier.

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | Unicast | | Priority | 40 |

13.1.6 Procedures and Messages for the InUse Instance of the Protocol

13.1.6.1 Procedures

Procedures for the InUse Instance of the protocol are described in 13.2, 13.3, and 13.4.

13.1.6.2 Message Formats

13.1.6.2.1 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a
given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID            The sender shall set this field to 0x52.

TransactionID        The sender shall increment this value for each new
                     AttributeUpdateRequest message sent.

AttributeRecord      The format of this record is specified in 14.3.

| Channels | | FTC    RTC | | SLP | Reliable |
|---|---|---|---|---|---|
| Addressing | | unicast | | Priority | 40 |

13.1.6.2.2 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an
AttributeUpdateRequest message to accept the offered attribute values.

SUBTYPE 3 Physical Layer                                              TIA-856-B

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

1   MessageID              The sender shall set this field to 0x53.

2   TransactionID          The sender shall set this value to the TransactionID field of the
3                          corresponding AttributeUpdateRequest message.
4

| Channels | | FTC    RTC | | SLP | Reliable |
|----------|--|-----------|--|-----|----------|
| Addressing | | unicast | | Priority | 40 |

5   13.1.6.2.3 AttributeUpdateReject

6   The access network sends an AttributeUpdateReject message in response to an
7   AttributeUpdateRequest message to reject the offered attribute values.
8

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

9   MessageID              The access network shall set this field to 0x54.

10  TransactionID          The access network shall set this value to the TransactionID field of
11                         the corresponding AttributeUpdateRequest message.
12

| Channels | FTC | | SLP | Reliable |
|----------|-----|--|-----|----------|
| Addressing | unicast | | Priority | 40 |

13  13.1.6.3 Interface to Other Protocols

14  13.1.6.3.1 Commands

15  These protocols do not issue any commands.

16  13.1.6.3.2 Indications

17  These protocols do not register to receive any indications.

18  13.1.7 Configuration Attributes

19  Unless specified otherwise, the access terminal and the access network shall not use the
20  Generic Attribute Update Protocol to update configurable attributes belonging to the
21  Subtype 3 Physical Layer Protocol.

The access terminal and the access network shall support the use of the Generic Attribute Update Protocol to update values of the following attributes belonging to the Subtype 3 Physical Layer Protocol:

- MaxRLTxPwrDiff
- DTXMode
- DTXRRIMode
- AdditionalCarriersInitTxPower

The access terminal shall not send an AttributeUpdateRequest message proposing to update the value of the MaxRLTxPwrDiff attribute.

13.1.7.1 Simple Attributes

The negotiable simple attributes for this protocol are listed in Table 10.7.7.1-1. The access terminal shall use as defaults the values in Table 10.7.7.1-1 that are typed in **_bold italics_**.

**Table 13.1.7.1-1. Configurable Values**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xff | MultiCarrierCapability | *0x00* | Access Terminal supports NoFeedbackMultiplexing mode |
| | | 0x01 | Access Terminal supports BasicFeedbackMultiplexing mode |
| | | 0x02 | Access Terminal supports EnhancedFeedbackMultiplexing mode |
| | | All other values | Reserved |
| 0xfe | MaxRLTxPwrDiff | *0x06* | No Limit on the Max Transmit Power differential between adjacent carriers |
| | | 0x00 | The Max Transmit Power differential between adjacent carriers is 15 dB |
| | | 0x01 | The Max Transmit Power differential between adjacent carriers is 18 dB |
| | | 0x02 | The Max Transmit Power differential between adjacent carriers is 21 dB |
| | | 0x03 | The Max Transmit Power differential between adjacent carriers is 24 dB |
| | | 0x04 | The Max Transmit Power differential between adjacent carriers is 27 dB |
| | | 0x05 | The Max Transmit Power differential between adjacent carriers is 30 dB |
| | | All other values | Reserved |
| 0xfd | MaxTransmitPower | *0x00* | Maximum Terminal Transmit Power is 20 mW |
| | | 0x01 to 0xff | Maximum Terminal Transmit Power in 25 mW increments[148] |

---

[148] The maximum access terminal transmit power takes the following values: 20 mW, 25 mW, 50 mW, 75 mW, 100 mW...and so on up to the maximum value of 6.4W.

TIA-856-B                                                              SUBTYPE 3 Physical Layer

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0xfc | DTXMode | **_0x00_** | DTXMode is disabled |
| | | 0x01 | DTXMode is enabled |
| | | All other values | Reserved |
| 0xfb | DTXRRIMode | **_0x00_** | DTXRRIMode if DTXMode is enabled is 0 |
| | | 0x01 | DTXRRIMode if DTXMode is enabled is 1 |
| | | All other values | Reserved |
| 0xfa | MACIndexBits | **_0x00_** | Access Terminal supports a 7-bit Preamble MAC Index and a 7-bit Reverse Link MAC Index |
| | | 0x01 | Access Terminal supports an 8-bit Preamble MAC Index and a 9-bit Reverse Link MAC Index |
| | | All other values | Reserved |

1   13.1.7.2 Complex Attributes

2   13.1.7.2.1 AdditionalCarriersInitTxPower Attribute

3

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more instances of the following:

| Field | Length (bits) | Default |
|-------|---------------|---------|
| ValueID | 8 | N/A |
| AdditionalCarriersAssigned | 1 | 0 |
| ReferenceCDMAChannel | 24 | 0x00000 |
| NumAdditionalRLCDMAChannels Assigned | 4 | 0x0 |

NumAdditionalRLCDMAChannelsAssigned occurrences of the following fields:

| Field | Length (bits) | Default |
|-------|---------------|---------|
| ReverseCDMAChannel | 24 | 0x00000 |
| NumSectors | 3 | 0x0 |

NumSectors instances of the following two fields:

| Field | Length (bits) | Default |
|-------|---------------|---------|
| PilotPNOffset | 9 | 0x000 |
| TxInitAdjustRelativeToReferenceCDMAChannel | 5 | 0x00 |

| Field | Length (bits) | Default |
|-------|---------------|---------|
| Reserved | 0-7 (as needed) | N/A |

Length
: Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

ValueID
: The access network shall set this field to an identifier assigned to this complex value.

AdditionalCarriersAssigned
: The access network shall set this field to '1' if additional reverse CDMA channels (not including any of the active reverse CDMA channels) are assigned to the access terminal. Otherwise, the access network shall set this field to zero. If this field is set to zero, the access terminal shall ignore the rest of the fields in this attribute.

ReferenceCDMAChannel
: The access network shall set this field to the active reverse CDMA channel that the access terminal shall use to determine the initial transmit power for the additional reverse CDMA channels.

TIA-856-B                                                    SUBTYPE 3 Physical Layer

NumAdditionalRLCDMAChannelsAssigned

The access network shall set this field to the number of additional reverse CDMA channels assigned to the access terminal.

ReverseCDMAChannel

The access network shall set this field to the channel record of the reverse CDMA channel assigned to the access terminal.

NumSectors                 The access network shall set this field to the number of sectors for which the TxInitAdjust field is transmitted to the access terminal.

PilotPNOffset              The access network shall set this field to the pilot PN sequence offset for this sector in units of 64 chips.

TxInitAdjustRelativeToReferenceCDMAChannel

The access network shall set this field to the TxInitAdjust for the assigned reverse CDMA channel relative to that of the reference CDMA channel expressed as a 2's complement number in steps of 1dB. The access terminal shall support all valid values of this field.

Reserved                   The access network shall add reserved bits to make the length of the entire message an integer number of octets. The access network shall set the reserved bits to zero. The access terminal shall ignore this field.

13.1.7.2.2 ReversePilotTransmitSlots Attribute

| Field | Length(bits) | Default |
|-------|--------------|---------|
| Length | 8 | N/A |
| AttributeID | 16 | N/A |

One or more occurrences of the following record:

| | | |
|-------|--------------|---------|
| ValueID | 8 | N/A |
| ReversePilotTransmitSlotsEnabled | 1 | 0x0 |
| ReversePilotTransmitSlotsDuration | 0 or 3 | 0x0 |
| ReversePilotTransmitSlotsPeriod | 0 or 4 | 0x0 |
| | | |
| Reserved | 0-7 (as needed) | N/A |

Length                     Length of the complex attribute in octets. The access network shall set this field to the length of the complex attribute excluding the Length field.

AttributeID                    The sender shall set this field to 0x0200.

ValueID                        The access network shall set this field to an identifier assigned to this complex value.

ReversePilotTransmitSlotsEnabled

The access network shall set this field to enable or disable Revere Link Pilot transmissions for slots specified by ReversePilotTransmitSlotsDuration and ReversePilotTransmitSlotsPeriod.

ReversePilotTransmitSlotsDuration

If the ReversePilotTransmitSlotsEnabled field is set to '1' the access network shall set the duration of the Reverse Link Pilot Transmissions Interval in units of sub-frames to a value shown in Table 13.1.7.2.2-1. Otherwise, the access network shall omit this field.

ReversePilotTransmitSlotsPeriod

If the ReversePilotTransmitSlotsEnabled field is set to '1' the access network shall set the period of the Reverse Link Pilot Transmit Slots Interval to a value shown in Table 13.1.7.2.2-2. Otherwise, the access network shall omit this field. The Reverse Link Pilot Transmit Slots Interval is defined as the time interval of duration ReversePilotTransmitSlotsDuration frames that starts at times T where T is the CDMA System Time in units of frames such that:

T mod ReversePilotTransmitSlotsPeriod = 0.

Reserved                       The access network shall add reserved bits to make the length of the entire message an integer number of octets. The access network shall set the reserved bits to zero. The access terminal shall ignore this field.

**Table 13.1.7.2.2-1.Encoding of ReversePilotTransmitSlotsDuration Field**

| Field value | Meaning |
|---|---|
| '000' | 4 |
| '001' | 8 |
| '010' | 12 |
| '011' | 16 |
| All other values | Reserved |

TIA-856-B                                                    SUBTYPE 3 Physical Layer

**Table 13.1.7.2.2-2.Encoding of ReversePilotTransmitSlotsPeriod Field**

| Field value | Meaning |
|---|---|
| '0000' | 16 |
| '0001' | 20 |
| '0010' | 24 |
| '0011' | 28 |
| '0100' | 32 |
| All other values | Reserved |

13.1.8 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $N_{PHYPType}$ | Type field for this protocol | **Table 2.5.4-1** |
| $N_{PHYP}$ | Subtype field for this protocol | 0x0003 |

13.1.9 Session State Information

This protocol does not define any parameter record to be included in a Session State Information record (see14.8).

**13.2 Physical Layer Packets**

13.2.1 Overview

The transmission unit of the physical layer is a physical layer packet. A physical layer packet can be of length 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 5120, 6144, 7168, 8192, or 12288 bits. The format of the physical layer packet depends upon the channel on which it is transmitted. A physical layer packet carries one MAC layer packet.

13.2.2 Physical Layer Packet Formats

13.2.2.1 Control Channel Physical Layer Packet Format

The length of a Control Channel physical layer packet shall be 128, 256, 512, or 1024 bits. Each Control Channel physical layer packet shall carry one Control Channel MAC layer packet. The 1024-bit Control Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 1,002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet     -     MAC layer packet from the Control Channel MAC Protocol.

        FCS     -     Frame check sequence (see 13.2.4).

      TAIL     -     Encoder tail bits. This field shall be set to all '0's.

All other Control Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 98, 226, or 482 |
| FCS | 24 |
| TAIL | 6 |

MAC Layer Packet     -     MAC layer packet from the Control Channel MAC Protocol.

        FCS     -     Frame check sequence (see 13.2.4).

      TAIL     -     Encoder tail bits. This field shall be set to all '0's.

Figure 13.2.2.1-1 illustrates the valid formats for the Control Channel physical layer packets.



**Figure 13.2.2.1-1. Physical Layer Packet Formats for the Control Channel**

13.2.2.2 Access Channel Physical Layer Packet Format

The length of an Access Channel physical layer packet shall be 256, 512, or 1024 bits. Each Access Channel physical layer packet shall carry one Access Channel MAC layer packet. Access Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 234, 490, or 1002 |
| FCS | 16 |
| TAIL | 6 |

MAC Layer Packet   -   MAC layer packet from the Access Channel MAC Protocol.

FCS   -   Frame check sequence (see 13.2.4).

TAIL   -   Encoder tail bits. This field shall be set to all '0's.

Figure 13.2.2.2-1 illustrates the format of the Access Channel physical layer packets.



**Figure 13.2.2.2-1. Physical Layer Packet Format for the Access Channel**

13.2.2.3 Forward Traffic Channel Physical Layer Packet Format

The length of a Forward Traffic Channel physical layer packet shall be 128, 256, 512, 1024, 2048, 3072, 4096, 5120, 6144, 7168, or 8192 bits. A Forward Traffic Channel physical layer packet shall carry one Forward Traffic Channel MAC layer packet addressed to one or

more access terminals. Forward Traffic Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 98, 226, 482, 994, 2018, 3042, 4066, 5090, 6114, 7138, or 8162 |
| FCS | 24 |
| TAIL | 6 |

MAC Layer Packet - MAC layer packet from the Forward Traffic Channel MAC Protocol.

FCS - Frame check sequence (see 13.2.4).

TAIL - Encoder tail bits. This field shall be set to all '0's.

Figure 13.2.2.3-1 illustrates the format of the Forward Traffic Channel physical layer packets.



**Figure 13.2.2.3-1. Physical Layer Packet Format for the Forward Traffic Channel**

13.2.2.4 Reverse Traffic Channel Physical Layer Packet Format

The length of a Reverse Traffic Channel physical layer packet shall be 128, 256, 512, 768, 1024, 1536, 2048, 3072, 4096, 6144, 8192, or 12288 bits. Each Reverse Traffic Channel physical layer packet shall carry one Reverse Traffic Channel MAC layer packet. Reverse Traffic Channel physical layer packets shall use the following format:

| Field | Length (bits) |
|---|---|
| MAC Layer Packet | 98, 226, 482, 738, 994, 1506, 2018, 3042, 4066, 6114,8162, or 12258 |
| FCS | 24 |
| TAIL | 6 |

TIA-856-B                                                                      SUBTYPE 3 Physical Layer

MAC Layer Packet        -    MAC layer packet from the Reverse Traffic Channel MAC
                             Protocol.

FCS                     -    Frame check sequence (see 13.2.4).

TAIL                    -    Encoder tail bits. This field shall be set to all '0's.

Figure 13.2.2.4-1 illustrates the format of the Reverse Traffic Channel physical layer
packets.



**Figure 13.2.2.4-1. Physical Layer Packet Format for the Reverse Traffic Channel**

13.2.3 Bit Transmission Order

Each field of the physical layer packets shall be transmitted in sequence such that the
most significant bit (MSB) is transmitted first and the least significant bit (LSB) is
transmitted last. The MSB is the left-most bit in the figures of the document.

13.2.4 Computation of the FCS Bits

The FCS computation described here shall be used for computing the FCS field in the
Control Channel physical layer packets, the Forward Traffic Channel physical layer
packets, the Access Channel physical layer packets, and the Reverse Traffic Channel
physical layer packets.

The 16-bit FCS shall be a CRC calculated using the standard CRC-CCITT generator
polynomial:

$$g(x) = x^{16} + x^{12} + x^5 + 1.$$

The 24-bit FCS shall be a CRC calculated using the standard CRC-CCITT generator
polynomial:

$$g(x) = x^{24} + x^{23} + x^6 + x^5 + x + 1.$$

The 16-bit FCS shall be equal to the value computed according to the following procedure
as shown in Figure 13.2.4-1:

- All shift-register elements shall be initialized to '0's.

- The switches shall be set in the up position.

- The register shall be clocked once for each bit of the physical layer packet except for the
  FCS and TAIL fields. The physical layer packet shall be read from MSB to LSB.

- The switches shall be set in the down position so that the output is a modulo-2
  addition with a '0' and the successive shift-register inputs are '0's.

SUBTYPE 3 Physical Layer                                            TIA-856-B

- The register shall be clocked an additional 16 times for the 16 FCS bits.
- The output bits constitute all fields except the TAIL field of the physical layer.



**Figure 13.2.4-1. 16-bit FCS Computation for the Physical Layer Packet**

The 24-bit FCS shall be equal to the value computed according to the following procedure as shown in Figure 13.2.4-2:

- All shift-register elements shall be initialized to '0's.
- The switches shall be set in the up position.
- The register shall be clocked once for each bit of the physical layer packet except for the FCS and TAIL fields. The physical layer packet shall be read from MSB to LSB.
- The switches shall be set in the down position so that the output is a modulo-2 addition with a '0' and the successive shift-register inputs are '0's.
- The register shall be clocked an additional 24 times for the 24 FCS bits.
- The output bits constitute all fields except the TAIL field of the physical layer packets.



**Figure 13.2.4-2. 24-bit FCS Computation for the Physical Layer Packet**

1  **13.3 Access Terminal Requirements**

2  This section defines requirements specific to access terminal equipment and operation.

3  13.3.1 Transmitter

4  13.3.1.1 Frequency Parameters

5  The access terminal shall meet the requirements in the current version of [15].

6  13.3.1.1.1 Frequency Tolerance

7  The access terminal shall meet the requirements in the current version of [5].

8  13.3.1.2 Power Output Characteristics

9  All power levels are referenced to the access terminal antenna connector unless otherwise
10  specified.

11  13.3.1.2.1 Output Power Requirements of Reverse Channels

12  13.3.1.2.1.1 Access Channel Output Power

13  When transmitting over the Access Channel, the access terminal transmits Access Probes
14  until the access attempt succeeds or ends. When the access terminal is transmitting the
15  Access Channel, the access terminal shall control the mean output power as specified in
16  the Access Channel MAC Protocol (see Table 15.1-1).

17  13.3.1.2.1.2 Reverse Traffic Channel Output Power

18  When the access terminal is transmitting the Reverse Traffic Channel, the access terminal
19  shall control the mean output power for each active reverse CDMA channel, using a
20  combination of closed-loop power control, open-loop power control, and the rules specified
21  by the Reverse Traffic Channel MAC Protocol (see 13.3.1.2.4, 13.3.2.1, and Table 15.1-1),
22  where the reverse CDMA channels assigned to the access terminal are public data of the
23  Route Update Protocol.

24  When the TxT2P (public data of the Reverse Traffic Channel MAC Protocol) is changed, the
25  access terminal output power, relative to the desired value in steady state, shall be within
26  ±0.5 dB or 20% of the change in dB, whichever is greater. The access terminal output
27  power shall settle to within ±0.5 dB or 20% of the change in dB, whichever is greater, of the
28  steady-state value within 200 µs of the physical layer sub-frame[149] boundary.

29  13.3.1.2.2 Maximum Output Power

30  The access terminal shall meet the requirements in the current version of **[5]**.

---

[149] The start of a sub-frame is specified by (T-FrameOffset) mod 4 = 0, where T is the
CDMA System Time in slots.

1   13.3.1.2.3 Output Power Limits

2   13.3.1.2.3.1 Minimum Controlled Output Power

3   The access terminal shall meet the requirements in the current version of **[5]**.

4   13.3.1.2.3.2 Standby Output Power

5   The access terminal shall disable its transmitter except when it is instructed by a MAC
6   protocol to transmit. When the transmitter is disabled, the output noise power spectral
7   density of the access terminal shall be less than –61 dBm/1 MHz for all frequencies within
8   the transmit bands that the access terminal supports.

9   13.3.1.2.4 Controlled Output Power

10  The access terminal shall provide two independent means for output power adjustment for
11  each active reverse CDMA channel: an open-loop estimation performed by the access
12  terminal and a closed-loop correction involving both the access terminal and the access
13  network. Accuracy requirements on the controlled range of mean output power (see 0) need
14  not apply for the following three cases:

15  •   Mean output power levels exceeding the minimum ERP/EIRP at the maximum output
16      power for the corresponding access terminal class;

17  •   Mean output power levels less than the minimum controlled output power (see
18      13.3.1.2.3.1); or

19  •   Mean input power levels exceeding –25 dBm within the 1.23-MHz bandwidth for each
20      assigned forward CDMA channel.

21  For a given access terminal, the transmit power differential between adjacent carriers shall
22  not exceed MaxRLTxPwrDiff.  For any pair of adjacent reverse CDMA channels, the access
23  terminal shall maintain this differential by imposing on the carrier with higher transmit
24  power a maximum output power limitation that is MaxRLTxPwrDiff above the total transmit
25  power of the other carrier in the pair.   Following the reception of an updated value of
26  MaxRLTxPwrDiff, the updated MaxRLTxPwrDiff shall take effect in each interlace in the
27  next sub-frame of that interlace unless a packet is currently being transmitted in that
28  interlace. For interlaces where a packet is currently being transmitted, the MaxRLTxPwrDiff
29  shall take effect at the end of that packet transmission, i.e. either maximum number of
30  sub-frames have been transmitted or the packet has been decoded early.

31  13.3.1.2.4.1 Estimated Open-Loop Output Power

32  Open-loop operation for each assigned reverse CDMA channel shall be based on the sum of
33  the powers of the received Forward Pilot Channels (see 13.4.1.3.2.1) associated with that
34  assigned reverse CDMA channel.The nominal access probe structure and its transmit
35  power requirements are defined as part of the Access Channel MAC Protocol. The power of
36  the Access Data Channel relative to that of the Pilot Channel shall be as specified in Table
37  13.3.1.2.4.1-1 in which DataOffsetNom, DataOffset9k6, DataOffset19k2, and
38  DataOffset38k4 are public data of the Access Channel MAC Protocol. The output power of
39  the Pilot Channel during the preamble portion of an access probe shall be increased

TIA-856-B                                                    SUBTYPE 3 Physical Layer

relative to the nominal Pilot Channel power during the data portion of the probe by an amount such that the total output power of the preamble and data portion of the access probe, if transmitted at 9.6 kbps, are the same.

Once instructed by the Reverse Traffic Channel MAC Protocol, the access terminal initiates Reverse Traffic Channel transmission. If the access terminal has transmitted an access probe on that carrier, the initial mean output power of the Pilot Channel of the Reverse Traffic Channel shall be equal to the mean output power of the Pilot Channel at the end of the last Access Channel probe minus the difference in the forward link mean received signal power from the end of the last Access Channel probe to the start of the Reverse Traffic Channel transmission. If the access terminal has not transmitted an access probe on that carrier, the initial mean output power of the Pilot Channel of that Reverse Traffic Channel shall be set to TxPilotInitPwr given by

$$TxPilotInitPwr = TxPilotPwrRefCarrier\ (dBm) - OpenLoopPwrRefCarrier\ (dBm) + OpenLoopPwr\ (dBm) + TxInitAdjustServingSector\ (dB)$$

where

-   TxPilotPwrRefCarrier is the transmit power of the reverse link Pilot Channel on the ReferenceCDMAChannel

-   OpenLoopPwrRefCarrier is the open loop mean output power of the reverse link Pilot Channel of the ReferenceCDMAChannel

-   OpenLoopPwr is the open loop mean output power of the reverse link Pilot Channel on the reverse CDMA channel assigned to the access terminal

–   TxInitAdjustServingSector is the TxInitAdjustRelativeToReferenceCDMAChannel that corresponds to the forward link serving sector if it is included in the AdditionalCarriersInitTxPower attribute. If it is not included in the attribute, the access terminal shall set its value to 0 dB.

The subsequent mean output power of the Pilot Channel of the reverse CDMA channel for which the access terminal has transmitted an access probe shall be the mean output power of the Pilot Channel at the end of the last Access Channel probe minus the difference in the forward link mean received signal power from the end of the last Access Channel probe to the current Reverse Traffic Channel transmission, plus closed loop corrections as specified in 13.3.1.2.4.2. The subsequent mean output power of the Pilot Channel of the reverse CDMA channel for which the access terminal has not transmitted an access probe shall be the initial mean output power of the Pilot Channel plus closed loop corrections as specified in 13.3.1.2.4.2.The accuracy of the incremental adjustment to the mean output power for an active reverse CDMA channel, as dictated by the Access Channel MAC Protocol and the Reverse Traffic Channel MAC Protocol, shall be ±0.5 dB or 20% of the change in dB, whichever is greater.

When the access terminal is transmitting the Access Channel, the power of the Data Channel relative to that of the Pilot Channel during the data portion of the Access Channel transmission shall be as specified in Table 13.3.1.2.4.1-1 in which DataOffsetNom, DataOffset9k6, DataOffset19k2, and DataOffset38k4 are public data of the Access Channel MAC Protocol. When the access terminal is transmitting the Access Channel, the power of the Pilot Channel during the preamble portion of the Access Channel transmission shall be

equal to the total power transmitted during the data portion of the Access Channel transmission when the Data Channel is transmitted at 9.6 kbps.

**Table 13.3.1.2.4.1-1. Relative Power Levels vs. Data Rate for Access Channel Transmissions**

| Data Rate (kbps) | Data Channel Gain Relative to Pilot (dB) |
|---|---|
| 0 | $-\infty$ (Data Channel Is Not Transmitted) |
| 9.6 | DataOffsetNom + DataOffset9k6 + 3.75 |
| 19.2 | DataOffsetNom + DataOffset19k2 + 6.75 |
| 38.4 | DataOffsetNom + DataOffset38k4 + 9.75 |

During the transmission of the RRI Channel on each active reverse CDMA channel, the power of the RRI Channel relative to that of the Pilot Channel shall be as specified by RRIChannelGain, where RRIChannelGain is public data of the Reverse Traffic Channel MAC Protocol.

If the DSC Channel is transmitted for a forward CDMA channel, the power of the DSC Channel relative to that of the Pilot Channel of the associated reverse CDMA channel during the transmission of the DSC Channel shall be specified by DSCChannelGain, where DSCChannelGain is public data of the Forward Traffic Channel MAC Protocol. Each assigned forward CDMA channel and the reverse CDMA channel that is used to transmit the DSC Channel associated with each forward CDMA channel are public data of the Route Update Protocol.

During the transmission of the DRC Channel for each forward CDMA channel, the power of the DRC Channel relative to that of the Pilot Channel of the associated reverse CDMA channel, shall be as specified by DRCChannelGain, where DRCChannelGain is public data of the Forward Traffic Channel MAC Protocol.

During the transmission of the ACK Channel for each forward CDMA channel, the power of the ACK Channel relative to that of the Pilot Channel of the associated reverse CDMA channel, shall be as specified by ACKChannelGain if the access terminal is transmitting an ACK in response to a Single User packet, where ACKChannelGain is public data of the Forward Traffic Channel MAC Protocol.

During the transmission of the ACK Channel for each forward CDMA channel, the power of the ACK Channel relative to that of the Pilot Channel of the associated reverse CDMA channel, shall be as specified by ACKChannelGain + DeltaACKChannelGainMUP if the access terminal is transmitting an ACK in response to a Multi-User packet, where ACKChannelGain and DeltaACKChannelGainMUP are public data of the Forward Traffic Channel MAC Protocol.

During the transmission of the Data Channel on each active reverse CDMA channel, the power of the Data Channel relative to that of the Pilot Channel shall be as specified by TxT2P, where TxT2P is public data of the Reverse Traffic Channel MAC Protocol.

The Auxiliary Pilot Channel shall be transmitted on each active reverse CDMA channel during the $n^{th}$ half slot if the Reverse Traffic Channel transmit payload is greater than or equal to AuxiliaryPilotChannelMinPayload during half slots n−1 or n+1, where AuxiliaryPilotChannelMinPayload is public data of the Reverse Traffic Channel MAC Protocol.

If the Auxiliary Pilot Channel is transmitted on each active reverse CDMA channel during the $n^{th}$ half slot, its power shall be specified relative to the maximum of the Data Channel Gains during half-slots n−1 and n+1 by AuxiliaryPilotChannelGain, where AuxiliaryPilotChannelGain is public data of the Reverse Traffic Channel MAC Protocol.

The access terminal shall maintain the power of the RRI Channel, and Data Channel for each active reverse CDMA channel relative to that of the Pilot Channel, to within ±0.25 dB of the specified values.

The access terminal shall maintain the power of the DSC Channel, DRC Channel and ACK Channel, for each forward CDMA channel relative to that of the Pilot Channel of the associated reverse CDMA channel, to within ±0.25 dB of the specified values.

The access terminal shall maintain the power of the Auxiliary Pilot Channel for each active reverse CDMA channel during the $n^{th}$ half slot relative to that of the maximum of the Data Channel Gains during half slots n−1 and n+1 to within ±0.25 dB of the specified values.

If the number of active reverse CDMA channels[150] for an access terminal is equal to one and if TxT2P is less than or equal to $TxT2P_{min}$ (both public data of the Reverse Traffic Channel MAC Protocol) and the access terminal is unable to transmit the Reverse Traffic Channel at the required output power level, the access terminal shall reduce the power of the DSC Channel, the DRC Channel and the ACK Channel accordingly. The maximum power reduction for the DSC Channel shall correspond to transmitting the DSC Channel with gain equal to DSCChannelGainBase, where DSCChannelGainBase is public data of the Forward Traffic Channel MAC Protocol. The maximum power reduction for the DRC Channel shall correspond to gating off the DRC Channel. If the DRC Channel is active, the DRC Channel power reduction shall occur only after the DSC Channel transmit power is reduced to a level corresponding to DSCChannelGainBase. The maximum power reduction for the ACK Channel shall correspond to gating off the ACK Channel. If the ACK Channel is active, the ACK Channel power reduction shall occur only after the DRC Channel has been gated off.

If the number of active reverse CDMA channels for an access terminal exceeds one and if the TxT2P on all active reverse CDMA channels is less than or equal to $TxT2P_{min}$ and the access terminal is unable to transmit the Reverse Traffic Channel at the required output power level, the access terminal shall reduce the power of the active reverse CDMA channels that carry only data, active reverse CDMA channels carrying overhead and data, and the active reverse CDMA channels accordingly.

---

[150] An active reverse CDMA channel is a reverse CDMA channel transmitting Pilot Channel on the reverse link.

The maximum power reduction for the active reverse CDMA channels carrying only data is gating off the Data Channels, RRI Channels, and Pilot Channels. Power reduction of the Pilot Channels shall occur only after the Data and RRI Channels have been gated off. The power reduction shall be performed sequentially for each active reverse CDMA channel carrying only data in order of increasing ReverseChannelDroppingRank starting with the active reverse CDMA channel with lowest ReverseChannelDroppingRank, where ReverseChannelDroppingRank is public data of the Route Update Protocol.

The maximum power reduction for the active reverse CDMA channels carrying overhead and data is gating off the Data and RRI Channels, DSC Channels, DRC Channels, ACK Channels, and the Pilot Channels accordingly. The maximum power reduction of the Data and RRI Channels corresponds to gating off the Data and RRI Channels. The maximum power reduction of the DSC Channels shall correspond to transmitting the corresponding DSC Channels with gain equal to DSCChannelGainBase, where DSCChannelGainBase is public data of the Forward Traffic Channel MAC Protocol. If the DRC Channels are active, power reduction of the DRC Channels shall occur only after the Data and RRI Channels have been gated off and the DSC Channels are transmitted at a power level corresponding to DSCChannelGain of DSCChannelGainBase. If the ACK Channels are active, power reduction of the ACK Channels shall occur only after all the DRC Channels have been gated off. Further power reduction of DSC Channels corresponds to gating off the DSC Channels. If the DSC Channels are transmitted at DSCChannelGainBase, then power reduction of the DSC Channels shall occur only after the ACK Channels have been gated off. Power reduction of the Pilot Channels shall occur only after the DSC Channels have been gated off. The power reduction shall be performed sequentially for each active reverse CDMA channel carrying overhead and data in order of increasing ReverseChannelDroppingRank starting with the active reverse CDMA channel with lowest ReverseChannelDroppingRank.

For the active reverse CDMA channel with the highest value of ReverseChannelDroppingRank, the maximum power reduction for the DSC Channels shall correspond to transmitting the DSC Channels with gain equal to DSCChannelGainBase, where DSCChannelGainBase is public data of the Forward Traffic Channel MAC Protocol. The maximum power reduction for the DRC Channels corresponds to gating off the DRC Channels. The maximum power reduction for the ACK Channels corresponds to gating off the ACK Channels. If the DRC Channels are active, DRC Channel power reduction shall occur only after the transmit power of the DSC Channels is reduced to a level corresponding to DSCChannelGainBase. If the ACK Channels are active, ACK Channel Power reduction shall occur only after the DRC Channels have been gated off.

The access terminal shall perform the power reduction within one slot of determining that the access terminal is unable to transmit at the requested output power level.

13.3.1.2.4.2 Closed-Loop Output Power

For closed-loop correction (with respect to the open-loop estimate), the access terminal shall adjust the mean output power level of the Pilot Channel corresponding to each active reverse CDMA channel in response to each power-control bit received on the Reverse Power Control (RPC) Channel of the associated forward CDMA channel. The nominal change in

mean output power level of the Pilot Channel per single power-control bit shall be set according to the RPCStep, which is public data of the Reverse Traffic Channel MAC Protocol.

For the 1.0 dB step size, the change in mean output power level for an active reverse CDMA channel per power-control bit shall be within ±0.5 dB of the nominal value (1 dB), and the change in mean output power level for an active reverse CDMA channel per 10 power-control bits of the same sign shall be within ±2.0 dB of 10 times the nominal change (10 dB). For the 0.5 dB step size, the change in mean output power level for an active reverse CDMA channel per power-control bit shall be within ±0.3 dB of the nominal value (0.5 dB), and the change in mean output power level for an active reverse CDMA channel per 20 power-control bits of the same sign shall be within ±2.5 dB of 20 times the nominal change (10 dB). For the 1.5 dB step size, the change in mean output power level for an active reverse CDMA channel per power-control bit shall be within ±0.5 dB of the nominal value (1.5 dB), and the change in mean output power level for an active reverse CDMA channel per 10 power-control bits of the same sign shall be within ±3.0 dB of 10 times the nominal change (15 dB). For the 2.0 dB step size, the change in mean output power level for an active reverse CDMA channel per power-control bit shall be within ±0.5 dB of the nominal value (2.0 dB), and the change in mean output power level for an active reverse CDMA channel per 10 power-control bits of the same sign shall be within ±4.0 dB of 10 times the nominal change (20 dB). A '0' power-control bit for an active reverse CDMA channel requires the access terminal to increase transmit power for that reverse CDMA channel if the transmit power differential between adjacent carriers does not exceed MaxRLTxPwrDiff, and a '1' power-control bit for an active reverse CDMA channel requires the access terminal to decrease transmit power for that reverse CDMA channel. If the transmit power differential between adjacent carriers exceeds MaxRLTxPwrDiff, then the access terminal shall decrease the transmit power on one or more carriers such that the transmit power differential between adjacent carriers does not exceed MaxRLTxPwrDiff. The access terminal shall provide a closed-loop adjustment range for an active reverse CDMA channel greater than ±24 dB around its open-loop estimate.

A '0' power-control bit for an active reverse CDMA channel requires the access terminal to increase transmit power for that reverse CDMA channel if the transmit power differential between adjacent carriers does not exceed MaxRLTXPwrDiff. If the transmit power differential between adjacent carriers exceeds MaxRLTxPwrDiff, the access terminal shall decrease the transmit power for that reverse CDMA channel even if '0' power-control bit is received. A '1' power-control bit for an active reverse CDMA channel requires the access terminal to decrease transmit power for that reverse CDMA channel.

See 13.3.2.1 for combining power-control bits received from different multipath components or from different sectors for an active reverse CDMA channel during handoff.

SUBTYPE 3 Physical Layer                                         TIA-856-B

13.3.1.2.4.3 Power Transition Characteristics

13.3.1.2.4.4 Open-Loop Estimation

Following a step change in sum of the mean input powers, $\Delta P_{in}$, of all forward CDMA channels associated with an assigned reverse CDMA channel the mean output Pilot Channel power of the access terminal for that assigned reverse CDMA channel shall transition to its final value in a direction opposite in sign to $\Delta P_{in}$, with magnitude contained between the mask limits defined by[151]:

• Upper Limit:

For 0 < t < 24 ms: max [1.2 × |$\Delta P_{in}$| × (t/24), |$\Delta P_{in}$| × (t/24) + 2.0 dB] + 1.5 dB
For t ≥ 24 ms: max [1.2 × |$\Delta P_{in}$|, |$\Delta P_{in}$| + 0.5 dB] + 1.5 dB

• Lower Limit:

For t > 0: max [0.8 × |$\Delta P_{in}$| × [1 − e$^{(1.66...−t)/36}$] − 2.0 dB, 0] − 1 dB

where "t" is expressed in units of milliseconds and $\Delta P_{in}$ is expressed in units of dB.

These limits shall apply to a step change $\Delta P_{in}$ of ±20 dB or less. The absolute value of the change in mean output power due to open-loop power control shall be a monotonically increasing function of time. If the change in mean output power consists of discrete increments, no single increment shall exceed 1.2 dB.

13.3.1.2.4.5 Closed-Loop Correction

Following the reception of a closed-loop power-control bit for an active reverse CDMA channel, the mean output power for the corresponding reverse CDMA channel of the access terminal shall be within 0.3 dB and 0.15 dB of the final value in less than 500 µs for step sizes of 1.0 dB and 0.5 dB, respectively, and within 0.3 dB of the final value in less than 500 µs for step sizes of 1.5 dB and 2 dB.

13.3.1.3 Modulation Characteristics

13.3.1.3.1 Reverse Channel Structure

Anaccess network and access terminal that support this protocol shall support the NoFeedbackMultiplexing mode[152] and should support the BasicFeedbackMultiplexing mode and the EnhancedFeedbackMultiplexing mode[153].

---

[151] The mask limits allow for the effect of alternating closed-loop power-control bits.

[152] In NoFeedbackMultiplexing mode each reverse CDMA channel carries the feedback channels for the forward CDMA channels corresponding to at most one sub-Active Set.The minimum number of forward and reverse CDMA channels in this mode is one.

[153] In BasicFeedbackMultiplexing mode at least one of the reverse CDMA channel carries feedback for forward CDMA channels corresponding to more than one sub-Active Set using unique long codes for the feedback channels associated with forward CDMA channels corresponding to each sub-Active

The Reverse Channel consists of the Access Channel and the Reverse Traffic Channel. The Access Channel shall consist of a Pilot Channel and a Data Channel. The Reverse Traffic Channel shall consist of one or more  Pilot Channels, one or more Reverse Rate Indicator (RRI) Channels, one or more Data Source Control (DSC) Channels, one or more Data Rate Control (DRC) Channels, one or more Acknowledgment (ACK) Channels, and one or more Data Channels. The Reverse Traffic Channel may also include one or more Auxiliary Pilot Channels.

The Reverse Traffic Channel in NoFeedbackMultiplexing mode consists of reverse link transmissions on one or more reverse CDMA channels using the same user long code, where the assigned reverse CDMA channels are public data of the Route Update Protocol. For NoFeedbackMultiplexing mode the user long code is public data of Reverse Traffic Channel MAC Protocol. The Reverse Channel in BasicFeedbackMultiplexing mode consists of one or more reverse CDMA channels. In BasicFeedbackMultiplexing mode the DRC, ACK, and DSC channels corresponding to different forward CDMA channels are multiplexed on to an associated reverse CDMA channel and transmitted using unique long codes. In EnhancedFeedbackMultiplexing mode, each of the DRC, ACK, and DSC Channels corresponding to different forward CDMA channels are multiplexed on to an associated reverse CDMA channel and transmitted using unique long codes. In EnhancedFeedbackMultiplexing mode, one unique long code is used for the DRC, ACK, and DSC channel transmissions for up to four forward CDMA channels. FeedbackMultiplexingIndex is public data of the Route Update Protocol and is composed of the information as shown in Table 13.3.1.3.1-1.

**Table 13.3.1.3.1-1. FeedbackMultiplexingIndex composition**

| FeedbackMultiplexingIndex bits | Information |
|---|---|
| 4 MSB's | LongCodeMaskMSBs |
| Bit positions 3, 4, and 5 | DRCCoverOffset |
| 2 LSB's | FeedbackMultiplexingMethod |

For the BasicFeedbackMultiplexing mode and the EnhancedFeedbackMultiplexing mode, if the LongCodeMaskMSBs corresponding to a forward CDMA channel equals '1111' the long code for the corresponding DRC, ACK, and DSC is public data of the Reverse Traffic Channel MAC Protocol. For the BasicFeedbackMultiplexing mode and the EnhancedFeedbackMultiplexing mode, if the LongCodeMaskMSBs corresponding to a forward CDMA channel is not equal to '1111' the long code for the corresponding DRC, ACK, and DSC are generated by the Physical Layer Protocol.

The RRI Channel is used to indicate the payload size and the sub-packet identifier of the physical layer packet transmitted on the Reverse Traffic Channel. The DSC Channel is used

---

Set. In EnhancedFeedbackMultiplexing mode at least one of the reverse CDMA channels carries feedback for forward CDMA channels corresponding to up to four sub-Active Sets using one long code.

by the access terminal to indicate to the access network the selected serving cell for one or more forward CDMA channels on the Forward Channel. The DRC Channel is used by the access terminal to indicate to the access network the requested Forward Traffic Channel data rate and the selected serving sector corresponding to a forward CDMA channel on the Forward Channel. The serving sector corresponding to a forward CDMA channel is the sector that the access terminal selects for receiving the Forward Traffic Channel for that forward CDMA channel. The serving cell corresponding to a forward CDMA channel is the cell that contains the serving sector for that forward CDMA channel. The ACK Channel is used by the access terminal to inform the access network whether or not the physical layer packet transmitted on a forward CDMA channel of the Forward Traffic Channel has been received successfully. The Auxiliary Pilot Channel is used by the access terminal to aid reverse link channel estimation by the access network on a reverse CDMA channel. The structure of the reverse link channels for the Access Channel shall be as shown in Figure 13.3.1.3.1-1, and the structure of the reverse link channels for the Reverse Traffic Channel shall be as shown in Figure 13.3.1.3.1-2 through Figure 13.3.1.3.1-6. The structure of the reverse link channels for the NoFeedbackMultiplexing mode is shown in Figure 13.3.1.3.1-2, Figure 13.3.1.3.1-6, Figure 13.3.1.3.1-7. The structure of the reverse link channels for the BasicFeedbackMultiplexing mode is shown in Figure 13.3.1.3.1-8. The structure of the reverse link for the EnhancedFeedbackMultiplexing mode is shown in Figure 13.3.1.3.1-9 through Figure 13.3.1.3.1-15.

For the Access Channel, the RRI symbols shall not be transmitted. The Pilot Channel, the RRI Channel, the DSC Channel, the DRC Channel, the ACK Channel, the Data Channel, and the Auxiliary Pilot Channel shall be orthogonally spread by Walsh functions of length 2, 4, 8, 16, or 32 (see 13.3.1.3.8). For the BasicFeedbackMultiplexing mode, the DSC Channel, the DRC Channel, and the ACK Channel for forward CDMA channels may be multiplexed on an associated reverse CDMA channel using a unique long code. For the EnhancedFeedbackMultiplexing mode the DSC Channel, the DRC Channel, and the ACK Channel for up to four forward CDMA channels may be multiplexed on an associated reverse CDMA channel using the same unique long code.

The Data Channel for each reverse CDMA channel shall be BPSK, QPSK, or 8-PSK modulated and each modulated stream shall be covered by either a 4-ary Walsh function or a 2-ary Walsh function. The Data Channel shall be B4 modulated (BPSK modulation with 4-ary Walsh cover), Q4 modulated (QPSK modulation with 4-ary Walsh cover), Q2 modulated (QPSK modulation with 2-ary Walsh cover), Q4Q2 modulated (sum of the Q4 and Q2 modulated symbols), or E4E2 modulated (sum of E4 (8-PSK modulated with 4-ary Walsh cover), and E2 (8-PSK modulated with 2-ary Walsh cover) modulated symbols). Each Reverse Traffic Channel shall be identified by a user long code specified by the LongCodeMaskMSBs of the reverse CDMA channel associated with the forward CDMA channel. The Access Channel for each sector shall be identified by a distinct Access Channel long code.

The Access Channel frame and Reverse Traffic Channel frame shall be 26.66... ms in duration. The zero offset frame boundary shall be aligned to the rollover of the short PN

TIA-856-B                                                        SUBTYPE 3 Physical Layer

codes (see 13.3.1.3.12.1). Each Reverse Traffic Channel frame[154] shall consist of 16 slots or four sub-frames and each sub-frame shall consist of 4-slots, with each slot 1.66... ms in duration. Each slot contains 2048 PN chips. A sub-packet is the smallest unit of a Reverse Traffic Channel transmission that can be acknowledged at the physical layer by the access network. A sub-packet is transmitted over four contiguous slots. A sub-frame is a group of four contiguous slots during which the access terminal may transmit a sub-packet. The structure of the Reverse Traffic Channel sub-frame is shown in Figure 13.3.1.3.1-19. Each physical layer packet can be transmitted in up to a maximum of four sub-packets. When more than one sub-packet is transmitted on an active reverse CDMA channel, the transmitted sub-packets shall use a three sub-frame interlacing. That is, the transmitted sub-packets of a physical layer packet shall be separated by two intervening sub-frames, and sub-packets of other physical layer packets may be transmitted in the sub-frames between those transmitted sub-packets.

When the access terminal is transmitting a Reverse Traffic Channel on a reverse CDMA channel, it shall continuously transmit the Pilot Channel and the RRI Channel on that reverse CDMA channel if DTXMode is equal to '0'. The Pilot Channel for a reverse CDMA channel shall be transmitted on Walsh channel $W_0^{16}$ on that carrier. The RRI Channel for a reverse CDMA channel shall be transmitted on Walsh channel $W_4^{16}$ on that carrier. The DSC Channel and the ACK Channel shall be time-division multiplexed on Walsh channel $W_{12}^{32}$. For the NoFeedbackMultiplexing mode each DSC Channel corresponding to a forward CDMA channel shall be transmitted on an associated reverse CDMA channel during the second half slot on Walsh channel $W_{12}^{32}$ on that reverse CDMA channel and shall be repeated for DSCLength slots, where DSCLength is public data of the Forward Traffic Channel MAC Protocol. For the BasicFeedbackMultiplexing mode each DSC Channel corresponding to a forward CDMA channel shall be transmitted on an associated reverse CDMA channel during the second half slot on Walsh channel $W_{12}^{32}$ on that reverse CDMA channel and shall be repeated for DSCLength slots, where DSCLength is public data of the Forward Traffic Channel MAC Protocol.

For the EnhancedFeedbackMultiplexing mode if two DSC Channels corresponding to two forward CDMA channels associated with one reverse CDMA channel are transmitted they shall be transmitted on that reverse CDMA channel during the second half of the slot on the I-branch or Q-branch on Walsh channel $W_{12}^{32}$ and shall be repeated for DSCLength slots, where DSCLength is public data of the Forward Traffic Channel MAC Protocol.

For the EnhancedFeedbackMultiplexing mode if three DSC Channels corresponding to three forward CDMA channels associated with one reverse CDMA channel are transmitted, then two of the DSC Channels shall be time-division multiplexed and transmitted on that reverse CDMA channel during the second half of the slot on the I-branch on Walsh channel $W_{12}^{32}$ and shall be repeated for DSCLength/2 slots. The other DSC Channel shall be

---

[154] The start of a frame is specified by ( T – FrameOffset ) mod 16 = 0, where T is the CDMA System Time in slots.

transmitted on that reverse CDMA channel during the second half of the slot on the Q-branch on Walsh channel $W_{12}^{32}$ and shall be repeated for DSCLength slots.

For the eEnhancedFeedbackMultiplexing mode if four DSC Channels corresponding to four forward CDMA channels associated with one reverse CDMA channel are transmitted, then two of the DSC Channels shall be time-division multiplexed and transmitted on that reverse CDMA channel during the second half of the slot on the I-branch on Walsh channel $W_{12}^{32}$ and shall be repeated for DSCLength/2 slots. The other two DSC Channels shall be time-division multiplexed and transmitted on that reverse CDMA channel during the second half of the slot on the Q-branch on Walsh channel $W_{12}^{32}$ and shall be repeated for DSCLength/2 slots.

For the NoFeedbackMultiplexing mode and the BasicFeedbackMultiplexing mode when each DRC Channel is active (see 13.3.1.1.3.3.3), it shall be transmitted for a full slot duration on Walsh channel $W_8^{16}$ and repeated for DRCLength slots, where DRCLength is public data of the Forward Traffic Channel MAC Protocol. For the EnhancedFeedbackMultiplexing mode when the DRC Channel is active (see 13.3.1.1.3.3.4), it shall be transmitted for a full slot duration on the Q-branch and may be transmitted for a full slot duration on the I-branch using codeword Walsh function $W_0^2$ or $W_1^2$ on Walsh channel $W_8^{16}$ and repeated for DRCLength slots, where DRCLength is public data of the Forward Traffic Channel MAC Protocol.

For the NoFeedbackMultiplexing mode and the BasicFeedbackMultiplexing mode the access terminal shall transmit each ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble directed to the access terminal on the corresponding forward CDMA channel. Otherwise, the ACK Channel shall be gated off. When the ACK Channel bit is transmitted, it shall be time-division multiplexed with the DSC Channel and transmitted on the first half slot on Walsh channel $W_{12}^{32}$. For the EnhancedFeedbackMultiplexing mode the access terminal shall transmit each ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble directed to the access terminal on the corresponding forward CDMA channel. Otherwise, the ACK Channel shall be gated off. When the ACK Channel bit is transmitted, it shall be time-division multiplexed with the DSC Channel and transmitted on the I-branch and may be time-division multiplexed with the DSC Channel and transmitted on the Q-branch using Walsh function $W_0^4$, $W_1^4$, $W_2^4$ or $W_3^4$ during the first half slot on Walsh channel $W_{12}^{32}$. For the EnhancedFeedbackMultiplexing mode if the access terminal transmits a single DSC Channel, the ACK Channel transmissions corresponding to some forward CDMA channels may be time-division multiplexed with the ACK Channel transmissions corresponding to other forward CDMA channels as shown in Figure 13.3.1.3.1-18.

The access terminal shall transmit each Data Channel as specified by the Reverse Traffic Channel MAC Protocol. When transmitting the Data Channel the access terminal shall transmit the Data Channel on Walsh channel $W_2^4$ or $W_1^2$, or both. The access terminal shall transmit the Auxiliary Pilot Channel as specified by the Reverse Traffic Channel MAC

1   Protocol. When transmitting the Auxiliary Pilot Channel, the access terminal shall transmit

2   the Auxiliary Pilot Channel on Walsh channel $W_{28}^{32}$. The Walsh channel assignments for the

3   Physical Layer Reverse Traffic Channels are shown in Table 13.3.1.3.1-2.

4   **Table 13.3.1.3.1-2. Walsh Channel Assignments for Physical Layer Reverse Traffic**

5   **Channel**

| Channel | Walsh Channel |
|---|---|
| Pilot | $W_0^{16}$ |
| Reverse Rate Indicator (RRI) | $W_4^{16}$ |
| Data Source Control (DSC) | $W_{12}^{32}$ |
| Data Rate Control (DRC) (Symmetric Multicarrier Mode and BasicFeedbackMultiplexing Mode) | $W_8^{16}$ |
| Data Rate Control (DRC) (EnhancedFeedbackMultiplexing mode) | $W_0^2$ and/or $W_1^2$ followed by $W_8^{16}$ |
| ACK (No FeedbackMultiplexing mode and BasicFeedbackMultiplexing mode) | $W_{12}^{32}$ |
| ACK (EnhancedFeedbackMultiplexing mode) | $W_0^4$, $W_1^4$, $W_2^4$ or $W_3^4$ followed by $W_{12}^{32}$ |
| Data | $W_2^4$ and/or $W_1^2$ |
| Auxiliary Pilot | $W_{28}^{32}$ |

6   Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17 give examples of the ACK Channel operation

7   for a 153.6 kbps Forward Traffic Channel. The 153.6 kbps Forward Traffic Channel

8   physical layer packets use four slots, and these slots are transmitted with a three-slot

9   interval between them, as shown in the figures. The slots from other physical layer packets

10  are interlaced in the three intervening slots.

11  Figure 13.3.1.3.1-16 shows the case of a normal physical layer packet termination. In this

12  case, the access terminal transmits NAK responses on the ACK Channel after the first three

13  slots of the physical layer packet are received indicating that it was unable to correctly

14  receive the Forward Traffic Channel physical layer packet after only one, two, or three of

15  the nominal four slots. An ACK or NAK is also transmitted after the last slot is received, as

16  shown.

17  Figure 13.3.1.3.1-17 shows the case where the Forward Traffic Channel physical layer

18  packet transmission is terminated early. In this example, the access terminal transmits an

19  ACK response on the ACK Channel after the third slot is received indicating that it has

20  correctly received the physical layer packet. When the access network receives such an

ACK response, it does not transmit the remaining slots of the physical layer packet. Instead, it may begin the transmission of any subsequent physical layer packets.

Figure 13.3.1.3.1-18 shows the EnhancedFeedbackMultiplexing mode of operation where the ACK channel associated with the first forward CDMA channel is transmitted during the second half of the slot and the ACK channel associated with the fifth forward CDMA channel is transmitted during the first half of the slot as the DSC Channel is not transmitted using the second long code. In this example, the Forward Traffic Channel physical layer packet transmission is terminated normally, i.e., at nominal span, for the first forward CDMA channel and is early terminated for the fifth forward CDMA channel.

Figure 13.3.1.3.1-20 shows an example of the packet extension operation for a (5120, 1, 64) packet transmission format. This transmission format has a termination target of one slot and can be extended up to four slots. In this example the access terminal transmits a NAK response on the ACK Channel after the first, second, and third slot of the physical layer packet is received indicating that it was unable to correctly receive the Forward Traffic Channel physical layer packet after the first, second, and third slot. The access network transmits the second slot, third slot, and fourth slot as extension slots if ExtendedSpansEnabled equals '1'.  The access network transmits the second slot resulting in a packet transmission format of (5120, 2, 64). The access network transmits the third slot using the same data chips as the first slot and transmits the fourth slot using the same data chips as the second slot. The access terminal soft-combines the data chips from slot 3 with those received during slot 1 and the data chips from slot 4 with those received from slot 2. An ACK or NAK is transmitted after the fourth slot is received, as shown.

Figure 13.3.1.3.1-21 shows an example of the packet extension operation for a (5120, 2, 64) packet transmission format. This transmission format has a termination target of two slots and can be extended up to four slots. In this example the access terminal transmits a NAK response on the ACK Channel after the first, second, and third slot of the physical layer packet is received indicating that it was unable to correctly receive the Forward Traffic Channel physical layer packet after the first, second, and third slot. The access network transmits the third slot and the fourth slot as extension slots if ExtendedSpansEnabled equals '1'. The access network transmits the third slot using the extension preamble and the same data chips as the first slot and transmits the fourth slot using the same data chips as the second slot. The access terminal soft-combines the data chips from slot 3 with those received during slot 1 and the data chips from slot 4 with those received from slot 2. An ACK or NAK is transmitted after the fourth slot is received, as shown.

When the access terminal has received all slots of a physical layer packet or has transmitted a positive ACK response, the physical layer shall return a *ForwardTrafficCompleted* indication.

The access terminal shall not forward the physical layer packet to a higher layer if the physical layer packet was not successfully received.

TIA-856-B                                                                    SUBTYPE 3 Physical Layer



**Figure 13.3.1.3.1-1. Reverse Channel Structure for the Access Channel**



**Figure 13.3.1.3.1-2. Subtype 3 Physical Layer Protocol NoFeedbackMultiplexing mode Reverse Channel Structure for the Reverse Traffic Channel for single carrier operation (Part 1 of 5)**



B4 Modulation

Q4 Modulation



Q2 Modulation

**Figure 13.3.1.3.1-3. Subtype 3 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 2 of 5)**



Q4Q2 modulation

**Figure 13.3.1.3.1-4. Subtype 3 Physical Layer Protocol Reverse Channel Structure for the Reverse Traffic Channel (Part 3 of 5)**

1



E4E2 modulation

2

**Figure 13.3.1.3.1-5. Subtype 3 Physical Layer Protocol Reverse Channel Structure for**
3
**the Reverse Traffic Channel (Part 4 of 5)**
4



1
2  **Figure 13.3.1.3.1-6. Subtype 3 Physical Layer Protocol NoFeedbackMultiplexing mode**
3  **Reverse Channel Structure for the Reverse Traffic Channel for single carrier**
4  **operation (Part 5 of 5)**

5



**Figure 13.3.1.3.1-7. Subtype 3 Physical Layer Protocol NoFeedbackMultiplexing mode Reverse Channel Structure for the Reverse Traffic Channel for Multicarrier operation**

SUBTYPE 3 Physical Layer                                        TIA-856-B



1

2 **Figure 13.3.1.3.1-8. BasicFeedbackMultiplexing Mode Transmission (N forward CDMA**
3 **channels with 1 Reverse CDMA channel)**

4



5

6 **Figure    13.3.1.3.1-9.    EnhancedFeedbackMultiplexing    Mode    DRC    Channel**
7 **Transmission (2 Forward CDMA channels with 1 Reverse CDMA channel)**



**Figure 13.3.1.3.1-10. EnhancedFeedbackMultiplexing Multicarrier Mode DRC Channel Transmission (4 Forward CDMA channels with 1 Reverse CDMA channel)**



**Figure 13.3.1.3.1-11. EnhancedFeedbackMultiplexing Mode ACK Channel Transmission (2 Forward CDMA channels with 1 Reverse CDMA channel)**



**Figure 13.3.1.3.1-12. EnhancedFeedbackMultiplexing Mode ACK Channel Transmission (4 Forward CDMA channels with 1 Reverse CDMA channel)**



**Figure 13.3.1.3.1-13. EnhancedFeedbackMultiplexing Mode DSC Channel Transmission (2 independent DSC Channel Transmissions with 1 Reverse CDMA channel)**

TIA-856-B                                                        SUBTYPE 3 Physical Layer



**Figure 13.3.1.3.1-14. EnhancedFeedbackMultiplexing Mode DSC Channel Transmission (4 independent DSC Channel Transmissions with 1 Reverse CDMA channel)**



**Figure 13.3.1.3.1-15. EnancedFeedbackMultiplexing Mode Transmission (16 forward CDMA channels with 1 Reverse CDMA channel)**



**Figure 13.3.1.3.1-16. Multislot Forward Traffic Channel Physical Layer Packet with Normal Termination**



**Figure 13.3.1.3.1-17. Multislot Forward Traffic Channel Physical Layer Packet with Early Termination**

TIA-856-B                                                          SUBTYPE 3 Physical Layer



1

2  **Figure 13.3.1.3.1-18. Multislot Forward Traffic Channel Physical Layer Packet with**
3  **early Termination on one carrier and normal termination on another carrier for**
4  **EnhancedFeedbackMultiplexing mode with single DSC transmission and offset ACK**
5  **transmission**

6



7

8  **Figure 13.3.1.3.1-19. NoFeedbackMultiplexing mode Reverse Traffic Channel Sub-**
9  **frame Structure with single carrier**

SUBTYPE 3 Physical Layer                                      TIA-856-B



**Figure 13.3.1.3.1-20. Multislot Forward Traffic Channel Physical Layer Packet with Packet Extension with DRC request corresponding to a 1-slot termination target**



**Figure 13.3.1.3.1-21. Multislot Forward Traffic Channel Physical Layer Packet with Packet Extension with DRC request corresponding to a 2-slot termination target**

### 13.3.1.3.1.1 Modulation Parameters

The modulation parameters for the Access Channel and the Reverse Traffic Channel for each reverse CDMA channel shall be as specified in Table 13.3.1.3.1.1-1 and Table 13.3.1.3.1.1-2, respectively.

TIA-856-B                                                   SUBTYPE 3 Physical Layer

**Table 13.3.1.3.1.1-1. Modulation Parameters for the Access Channel**

| Parameter | Data Rate (kbps) | | |
|---|---|---|---|
| | **9.6** | **19.2** | **38.4** |
| Reverse Rate Index | 1 | 2 | 3 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 |
| Physical Layer Packet Duration (ms) | 26.66… | 26.66… | 26.66… |
| Code Rate | 1/4 | 1/4 | 1/4 |
| Code Symbols per Physical Layer Packet | 1,024 | 2,048 | 4,096 |
| Code Symbol Rate (ksps) | 38.4 | 76.8 | 153.6 |
| Interleaved Packet Repeats | 8 | 4 | 2 |
| Modulation Symbol Rate (ksps) | 307.2 | 307.2 | 307.2 |
| Modulation Type | BPSK | BPSK | BPSK |
| PN Chips per Physical Layer Packet Bit | 128 | 64 | 32 |

The modulation parameters of the Reverse Traffic Channel shall be as specified in Table 13.3.1.3.1.1-2.

1    **Table 13.3.1.3.1.1-2. Modulation Parameters for the Reverse Traffic Channel**

| Payload Size (bits) | Modulation | Effective Data Rate (kbps) | | | | Effective Code Rate [Repetition] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | After 4 Slots | After 8 Slots | After 12 Slots | After 16 Slots | After 4 Slots | After 8 Slots | After 12 Slots | After 16 Slots |
| 128 | B4 | 19.2 | 9.6 | 6.4 | 4.8 | 1/5 [3.2] | 1/5 [6.4] | 1/5 [9.6] | 1/5 [12.8] |
| 256 | B4 | 38.4 | 19.2 | 12.8 | 9.6 | 1/5 [1.6] | 1/5 [3.2] | 1/5 [4.8] | 1/5 [6.4] |
| 512 | B4 | 76.8 | 38.4 | 25.6 | 19.2 | 1/4 [1] | 1/5 [1.6] | 1/5 [2.4] | 1/5 [3.2] |
| 768 | B4 | 115.2 | 57.6 | 38.4 | 28.8 | 3/8 [1] | 1/5 [1.07] | 1/5 [1.6] | 1/5 [2.13] |
| 1024 | B4 | 153.6 | 76.8 | 51.2 | 38.4 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 1536 | Q4 | 230.4 | 115.2 | 76.8 | 57.6 | 3/8 [1] | 1/5 [1.07] | 1/5 [1.6] | 1/5 [2.13] |
| 2048 | Q4 | 307.2 | 153.6 | 102.4 | 76.8 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 3072 | Q2 | 460.8 | 230.4 | 153.6 | 115.2 | 3/8 [1] | 1/5 [1.07] | 1/5 [1.6] | 1/5 [2.13] |
| 4096 | Q2 | 614.4 | 307.2 | 204.8 | 153.6 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 6144 | Q4Q2 | 921.6 | 460.8 | 307.2 | 230.4 | 1/2 [1] | 1/4 [1] | 1/5 [1.2] | 1/5 [1.6] |
| 8192 | Q4Q2 | 1228.8 | 614.4 | 409.6 | 307.2 | 2/3 [1] | 1/3 [1] | 2/9 [1] | 1/5 [1.2] |
| 12288 | E4E2 | 1843.2 | 921.6 | 614.4 | 460.8 | 2/3 [1] | 1/3 [1] | 1/3 [1.5] | 1/3 [2] |

2

3    13.3.1.3.1.2 Data Rates

4    The access terminal shall transmit information on the Access Channel at a data rate of 9.6
5    kbps, 19.2 kbps, or 38.4 kbps.

6    The access terminal shall transmit information on the Reverse Traffic Channel for each
7    active reverse CDMA channel at a variable data rate ranging from 4.8 kbps to 1843.2 kbps
8    as shown in Table 13.3.1.3.1.1-2 with the maximum physical layer packet size for each
9    active reverse CDMA channel specified by MaxPacketSize, which is public data of the
10   Reverse Traffic Channel MAC Protocol. The peak data rate for each active reverse CDMA

TIA-856-B                                                          SUBTYPE 3 Physical Layer

1  channel is the data rate achieved by transmitting the MaxPacketSize with a termination
2  target of 1 sub-frame.

3  13.3.1.3.2 Access Channel

4  The Access Channel is used by the access terminal to initiate communication with the
5  access network or to respond to an access terminal directed message. The Access Channel
6  consists of a Pilot Channel and a Data Channel as shown in Figure 13.3.1.3.2-1.

7  An access probe shall consist of a preamble followed by one or more Access Channel
8  physical layer packets. During the preamble transmission, only the Pilot Channel shall be
9  transmitted. During the Access Channel physical layer packet transmission, both the Pilot
10 Channel and the Data Channel shall be transmitted. The output power of the Pilot Channel
11 during the preamble portion of an access probe is higher than it is during the data portion
12 of the probe. The output power of the preamble is independent of the data rate and is set
13 equal to that of the data portion transmitted at 9.6 kbps as shown in Figure 13.3.1.3.2-1.

14 The preamble length is specified by the parameter PreambleLength or the parameter
15 PreambleLengthSlots which are public data from the Access Channel MAC Protocol. The
16 Access Channel physical layer packets are transmitted at data rates of 9.6, 19.2, or 38.4
17 kbps.



18

19 **Figure 13.3.1.3.2-1. Example of an Access Probe Transmitted at a Data Rate of 9.6**
20 **kbps**



**Figure 13.3.1.3.2-2. Example of an Access Probe Transmitted at a Data Rate of 19.2 or 38.4 kbps**

### 13.3.1.3.2.1 Pilot Channel

The access terminal shall transmit unmodulated symbols with a binary value of '0' on the Pilot Channel. The Pilot Channel shall be transmitted continuously during Access Channel transmission. It is transmitted on the I channel using the 16-chip Walsh function number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

### 13.3.1.3.2.2 Data Channel

One or more Access Channel physical layer packets shall be transmitted on the Data Channel during every access probe. The Access Channel physical layer packets are transmitted at data rates of 9.6 kbps, 19.2 kbps, or 38.4 kbps on the Q-branch using the 4-chip Walsh function number 2 ($W_2^4$ = + + − −). The Access Channel physical layer packets shall be preceded by a preamble of PreambleLength frames or PreambleLengthSlots slots where only the Pilot Channel is transmitted. The PreambleLength parameter and the PreambleLengthSlots parameter are public data from the Access Channel MAC Protocol.

### 13.3.1.3.3 Reverse Traffic Channel

The Reverse Traffic Channel is used by the access terminal to transmit user-specific traffic or signaling information to the access network. When transmitting a single reverse CDMA channel in NoFeedbackMultiplexing mode, the Reverse Traffic Channel consists of a Pilot Channel, an RRI Channel, a DSC Channel, a DRC Channel, an ACK Channel, and a Data Channel. When transmitting a single reverse CDMA channel in NoFeedbackMultiplexing mode, the Reverse Traffic Channel may also include an Auxiliary Pilot Channel. When transmitting a single reverse CDMA channel in BasicFeedbackMultiplexing mode or

1  EnhancedFeedbackMultiplexing mode[155] the Reverse Traffic Channel may include
2  additional DRC Channels, ACK Channels, and DSC Channels.

3  The access terminal supports transmission of information on the Data Channel of the
4  Reverse Traffic Channel for each active reverse CDMA channel at a variable data rate
5  ranging from of 4.8 kbps to 1843.2 kbps as shown in Table 13.3.1.3.1.1-2 with the
6  maximum physical layer packet size for each active reverse CDMA channel as specified by
7  MaxPacketSize, which is public data of the Reverse Traffic Channel MAC Protocol. The peak
8  data rate for each active reverse CDMA channel is the data rate achieved by transmitting
9  the MaxPacketSize with a termination target of 1 sub-frame. The data rate used on the
10 Data Channel for each active reverse CDMA channel is specified by the Reverse Traffic
11 Channel MAC Protocol. The gain of the Data Channel relative to that of the Pilot Channel
12 for the Reverse Traffic Channel for each active reverse CDMA channel depends on the T2P
13 (traffic-to-pilot power ratio) profile for the transmitted payload size and the transmission
14 mode of the packet. The T2P profile for each payload size and transmission mode for each
15 active reverse CDMA channel are determined by the Reverse Traffic Channel MAC Protocol
16 (see Table 10.12.6.1.6.1-2). The Reverse Traffic Channel MAC Protocol supports two
17 transmission modes for each active reverse CDMA channel, the High Capacity mode and
18 the Low Latency mode. Each transmission mode is characterized by a physical layer
19 transmit duration of one, two, three or four sub-packets. The T2P profile is defined for each
20 payload size for each transmission mode and is characterized by the T2P transition. The
21 T2P transition is the number of sub-packets of a Reverse Traffic Channel packet
22 transmitted from the beginning of the transmission prior to a change in the T2P.

23 **13.3.1.3.3.1 Pilot Channel**

24 The access terminal shall transmit unmodulated symbols with a binary value of '0' on the
25 Pilot Channel. It is transmitted on the I channel using the 16-chip Walsh function number
26 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +) cover.

27 **13.3.1.3.3.2 Reverse Rate Indicator Channel**

28 The RRI Channel is used by the access terminal to indicate the payload size and sub-
29 packet identifier of the physical layer packet transmitted on the Data Channel for each
30 active reverse CDMA channel.

31 The transmitted payload size for each active reverse CDMA channel shall be a 4-bit symbol
32 as shown in Table 13.3.1.3.3.2-1. The sub-packet identifier shall be a 2-bit symbol as
33 shown in Table 13.3.1.3.3.2-2. The 6-bit RRI symbol shall be formed using the 4-bit symbol
34 representing the payload size and the 2-bit symbol representing the sub-packet identifier. A
35 32-dimensional bi-orthogonal signal constellation shall be used to encode the 6-bit RRI
36 symbols. The bi-orthogonal signal constellation shall be assigned based on the payload size
37 and the sub-packet identifier. The Walsh function used to represent the RRI shall be based
38 on the payload index i and sub-packet index j as shown in the following equations:

---

[155] Feedback multiplexing is required when the number of assigned sub-Active Sets is greater than
the number of reverse CDMA channels.

$$\overline{W}^{32}_{2 \times i + \lfloor j/2 \rfloor} \text{ if } j = \text{odd}$$

$$W^{32}_{2 \times i + \lfloor j/2 \rfloor} \text{ if } j = \text{even}$$

The bi-orthogonal codeword shall be repeated four times. The resulting symbols are covered with the 16-chip Walsh Channel $W^{16}_4$. The RRI Channel is transmitted on the in-phase (I) channel. The access terminal shall set the payload index to 0x0 and sub-packet index to 0 to indicate a null-rate RRI.

**Table 13.3.1.3.3.2-1. Payload Size to Payload Index Mapping**

| Payload Size (bits) | Payload Index |
|---|---|
| 0 | 0x0 |
| 128 | 0x1 |
| 256 | 0x2 |
| 512 | 0x3 |
| 768 | 0x4 |
| 1024 | 0x5 |
| 1536 | 0x6 |
| 2048 | 0x7 |
| 3072 | 0x8 |
| 4096 | 0x9 |
| 6144 | 0xa |
| 8192 | 0xb |
| 12288 | 0xc |
| Reserved | 0xd |
| Reserved | 0xe |
| Reserved | 0xf |

**Table 13.3.1.3.3.2-2. Sub-packet Identifier to Sub-packet Index Mapping**

| Sub-packet Identifier | Sub-packet Index |
|---|---|
| 0 | 0x0 |
| 1 | 0x1 |
| 2 | 0x2 |
| 3 | 0x3 |

TIA-856-B                                                                SUBTYPE 3 Physical Layer

1  13.3.1.3.3.3 Data Source Control Channel

2  The access terminal uses a DSC Channel to indicate to the access network the selected
3  serving cell on the forward link for one or more forward CDMA channels. The serving cell
4  for one or more forward CDMA channels is indicated by the DSC value (3-bit value as
5  specified in Table 13.3.1.3.3.3-3) for that cell. The DSC value takes effect one slot after the
6  end of its transmission and stays in effect for DSCLength slots, where DSCLength is public
7  data of the Forward Traffic Channel MAC Protocol.

8  The DSC Channel data rate shall be as specified in Table 13.3.1.3.3.3-1, where N is the
9  number of sub-Active Sets and M is the number of DSC values for N sub-Active Sets

10                          **Table 13.3.1.3.3.3-1. DSC Channel Data Rate**

| Mode | Number of Forward CDMA channels associated with a Single Reverse CDMA channel | Number of DSC Values | DSC Channel data rate (per sec) |
|---|---|---|---|
| NoFeedbackMultiplexing | 1 | 1 per reverse CDMA channel | 600/DSCLength |
| BasicFeedbackMultiplexing | N (N ≤ 16) | M ≤ N | 600/DSCLength |
| EnhancedFeedbackMultiplexing | N (N ≤ 16) max of 4 per long code | M ≤ N | 600/DSCLength or 600/(DSCLength/2) |

11  The DSC values shall be block encoded to yield 32-bit codewords, as specified in Table
12  13.3.1.3.3.3-3. The DSC value is repeated for DSCLength consecutive slots. Each bit of the
13  codeword is spread by a 32-ary Walsh function $W_{12}^{32}$. The DSC Channel is transmitted on
14  the in-phase (I) Channel as shown in Figure 13.3.1.3.1-6.

15  For NoFeedbackMultiplexing mode, each DSC Channel shall be transmitted during the
16  second half of each slot on the I-branch using Walsh function $W_{12}^{32}$ as shown in Figure
17  13.3.1.3.1-2.

18  For BasicFeedbackMultiplexing mode, the DSC Channels associated with multiple forward
19  CDMA channels may be transmitted on a single reverse CDMA channel as shown in Figure
20  13.3.1.3.1-8. Each DSC Channel corresponding to a forward CDMA channel is transmitted
21  on the associated reverse CDMA channel during the second half of each slot on the I-
22  branch and spread using a long code mask that is specified by the LongCodeMaskMSBs.
23  All DSC Channel transmissions for forward CDMA channels associated with a reverse
24  CDMA channel are code division multiplexed and transmitted during the second half  of

the slot on that reverse CDMA channel. The assigned forward CDMA channels and the reverse CDMA channels are public data of the Route Update Protocol.

For EnhancedFeedbackMultiplexing mode, the DSC Channels associated with forward CDMA channels may be transmitted on a single reverse CDMA channel as shown in Figure 13.3.1.3.1-13, and Figure 13.3.1.3.1-14.

If the value of the FeedbackMultiplexingMethod associated with the forward CDMA channel is equal to '00' and the DSC Channel is transmitted, then the DSC Channel shall be transmitted using a long code mask specified by LongCodeMaskMSBs during the second half of each slot on the I-branch.

If the value of the FeedbackMultiplexingMethod associated with the forward CDMA channel is equal to '01' and the DSC Channel is transmitted, then the DSC Channel shall be transmitted using a long code mask specified by LongCodeMaskMSBs during the second half of each slot on the Q-branch.

If the value of the FeedbackMultiplexingMethod associated with the forward CDMA channel is equal to '10' and the DSC Channel is transmitted, then the DSC Channel shall be time division multiplexed with the DSC Channel associated with the forward CDMA channel with the value of FeedbackMultiplexingMethod equal to '00'. These two DSC Channels shall be transmitted using a long code mask specified by LongCodeMaskMSBs during the second half of each slot T such that T mod 2 = 0 on the I-branch, where T is the CDMA System Time in slots.

If the value of the FeedbackMultiplexingMethod associated with the forward CDMA channel is equal to '11", and the DSC Channel is transmitted, then the DSC Channel shall be time division multiplexed with the DSC Channel associated with the forward CDMA channel with the value of FeedbackMultiplexingMethod equal to '01'. These two DSC Channels shall be transmitted using a long code mask specified by LongCodeMaskMSBs during the second half of each slot T such that T mod 2 = 1 on the Q-branch. DSC Channel transmission for different values of FeedbackMultiplexingMethod are summarized in Table 13.3.1.3.3.3-2.

**Table 13.3.1.3.3.3-2. DSC Channel transmission and FeedbackMultiplexingMethod**

| FeedbackMultiplexingMethod | DSC Channel transmission |
|---|---|
| '00' | Second half of each slot on the I-branch |
| '01 | Second half of each slot on the Q-branch |
| '10' | Time multiplexed with DSC Channel with FeedbackMultiplexingMethod = '00' during 2nd half of each slot such that T mode 2 = 0 on the I-branch |
| '11' | Time multiplexed with DSC Channel with FeedbackMultiplexingMethod = '01' during 2nd half of each slot such that T mode 2 = 1 on the Q-branch |

The timing of the Forward Traffic Channel transmission corresponding to a DSC symbol shall be as specified by the Forward Traffic Channel MAC Protocol. Figure 13.3.1.3.3-1

TIA-856-B                                                    SUBTYPE 3 Physical Layer

1  shows transmission of DSC symbols based on the Forward Traffic Channel MAC Protocol.
2  Figure 13.3.1.3.3-1 shows an example of the DSC Channel timeline for a DRCLength of two
3  slots and DSCLength of eight slots.

4                       **Table 13.3.1.3.3-3. DSC Encoding**

| DSC Value | Codeword |
|-----------|----------|
| 0x0 | 00000000000000000000000000000000 |
| 0x1 | 01011010101101010110101011010101 |
| 0x2 | 00110110011011001101100110110011 |
| 0x3 | 01101100110110011011001101100110 |
| 0x4 | 11110001111000111100011110001111 |
| 0x5 | 10101011010101101010110101011010 |
| 0x6 | 11000111100011110001111000111100 |
| 0x7 | 10011101001110100111010011101001 |

5



**Figure 13.3.1.3.3-1. DSC Channel Timeline (NoFeedbackMultiplexing Mode and BasicFeedbackMultiplexing Mode)**

Figure 13.3.1.3.3-1 shows the transmission of DSC symbols based on the Forward Traffic Channel MAC Protocol for the NoFeedbackMultiplexing mode and BasicFeedbackMultiplexing mode. Figure 13.3.1.3.3-2 shows the transmission of DSC symbols based on the Forward Traffic Channel MAC Protocol for EnhancedFeedbackMultiplexing Mode. Figure 13.3.1.3.3-2 shows an example of the DSC Channel timeline for a DRCLength of two slots and DSCLength of eight slots with EnhancedFeedbackMultiplexing mode, four forward CDMA channels with four independent DSC per carrier where DSC Channels with value of FeedbackMultiplexingMethod to '00' and '10' are transmitted time division multiplexed on the I-branch and the DSC Channels with value of FeedbackMultiplexingMethod equal to '01' and '11' are transmitted time division multiplexed on the Q-branch. The example shows the time division multiplex transmission of DSC Channels with value of FeedbackMultiplexingMethod equal to '00' and '10'.



1

2    **Figure 13.3.1.3.3-2. DSC Channel Timeline (EnhancedFeedbackMultiplexing mode**
3    **with  time division multiplexing of two DSC Channel transmissions)**

4    13.3.1.3.3.4 Data Rate Control Channel

5    The DRC Channel is used by the access terminal to indicate to the access network the
6    selected serving sector and the requested data rate on the Forward Traffic Channel for the
7    forward CDMA channel. The requested Forward Traffic Channel data rate is mapped into a
8    four-bit DRC value and 3-bit sector cover as specified by the Forward Traffic Channel MAC
9    Protocol. An 8-ary Walsh function corresponding to the DRCCover or the AuxDRCCover of
10   the selected serving sector and DRC value range (MSB of DRC value equal to zero or equal
11   to one) for the forward CDMA channel is used to spread the DRC Channel transmission.
12   The cover mapping for each forward CDMA channel of each sector is defined by the public
13   data DRCCover and AuxDRCCover from the Forward Traffic Channel MAC Protocol. An
14   access terminal shall transmit DRC values greater than 0xf only if it is assigned an
15   auxiliary DRC cover, AuxDRCCover, associated with the corresponding forward CDMA
16   channel.

17   The DRC values shall be transmitted at a data rate of 600/DRCLength DRC values per
18   second, where DRCLength is public data from the Forward Traffic Channel MAC Protocol.
19   When DRCLength is greater than one, the DRC value and DRCCover inputs in Figure

SUBTYPE 3 Physical Layer                                           TIA-856-B

13.3.1.3.1-2 are repeated for DRCLength consecutive slots as specified in the Forward Traffic Channel MAC Protocol.

For NoFeedbackMultiplexing mode, the DRC values for each forward CDMA channel shall be block encoded to yield 8-bit bi-orthogonal codewords, as specified in Table 13.3.1.3.3.4-2. Each DRC codeword shall be transmitted twice per slot. Each bit of a repeated codeword shall be spread by an 8-ary Walsh function $W_i^8$ as defined in Table 13.3.1.3.3.4-3, where i equals DRCCover or AuxDRCCover. Each Walsh chip of the 8-ary Walsh function is further spread by the Walsh function $W_8^{16}$. Each DRC value shall be transmitted over DRCLength slots when the DRC Channel is continuously transmitted.

The access terminal may support gated DRC transmissions. For an access terminal that supports gated DRC transmissions, it shall gate its DRC transmissions if the value of the DRCGating attribute equals 1, where DRCGating is public data from the Forward Traffic Channel MAC Protocol. When the DRC transmissions are gated, each DRC symbol shall be transmitted over only one of every DRCLength slots as specified in the Forward Traffic Channel MAC Protocol. Slots where the DRC Channel is not gated off are called active slots.

For NoFeedbackMultiplexing mode, each DRC Channel shall be transmitted on the Q-branch as shown in Figure 13.3.1.3.1-6.

The timing of the Forward Traffic Channel transmission corresponding to a DRC symbol shall be as specified by the Forward Traffic Channel MAC Protocol. The transmission of DRC symbols shall start at the mid-slot point. For BasicFeedbackMultiplexing mode, the DRC Channels associated with multiple forward CDMA channels may be transmitted on a reverse CDMA channel as shown in Figure 13.3.1.3.1-8. Each DRC Channel is transmitted on the Q-branch and spread using a long code mask that is specified by the LongCodeMaskMSBs,. All DRC Channel transmissions for forward CDMA channels associated with a reverse CDMA channel corresponding to the FeedbackReverseChannelIndex are code division multiplexed and transmitted on that reverse CDMA channel.

For EnhancedFeedbackMultiplexing mode, the DRC Channels associated with multiple forward CDMA channels may be transmitted on a reverse CDMA channel corresponding to the FeedbackReverseChannelIndex as shown in Figure 13.3.1.3.1-9 and Figure 13.3.1.3.1-10.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is equal to '00', then the DRC Channel shall be transmitted on the associated reverse CDMA channel, FeedbackReverseChannelIndex, using a long code mask specified by the LongCodeMaskMSBs using codeword Walsh cover $W_0^2$ on the Q-branch.

If the value of the FeedbackMultiplexingMethod  corresponding to the forward CDMA channel is equal to '01', then the DRC Channel shall be transmitted on the associated reverse CDMA channel, FeedbackReverseChannelIndex, using a long code mask specified by the LongCodeMaskMSBs using codeword Walsh cover $W_0^2$ on the I-branch.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is equal to '10', then the DRC Channel shall be code division multiplexed using

1  codeword Walsh cover $W_1^2$ and transmitted on the associated reverse CDMA channel,
2  FeedbackReverseChannelIndex, using a long code mask specified by the
3  LongCodeMaskMSBs on the Q-branch.

4  If the value of the FeedbackMultiplexingMethod corresponding forward CDMA channel is
5  equal to '11', then the DRC Channel shall be code division multiplexed using codeword
6  Walsh cover $W_1^2$ and transmitted on the associated reverse CDMA channel,
7  FeedbackReverseChannelIndex, using a long code mask specified by the
8  LongCodeMaskMSBs on the I-branch. DSC Channel transmission for different values of
9  FeedbackMultiplexingMethod are summarized in Table 13.3.1.3.3.4-1.

10  **Table 13.3.1.3.3.4-1. DRC Channel transmission and FeedbackMultiplexingMethod**

| FeedbackMultiplexingMethod | DRC Channel transmission |
|---|---|
| '00' | Codeword Walsh cover $W_0^2$ on the Q-branch |
| '01' | Codeword Walsh cover $W_0^2$ on the I-branch |
| '10' | Codeword Walsh cover $W_1^2$ on the Q-branch |
| '11' | Codeword Walsh cover $W_1^2$ on the I-branch |

11

12  For EnhancedFeedbackMultiplexing mode, the DRC values shall be block encoded to yield
13  8-bit bi-orthogonal codewords, as specified in Table 13.3.1.3.3.4-2. Each DRC codeword
14  shall be spread by a 2-ary Walsh function as defined in Table 13.3.1.3.3.4-4. The codeword
15  Walsh covered DRC shall be spread by an 8-ary Walsh function $W_i^8$ as defined in Table
16  13.3.1.3.3.4-3, where i equals DRCCover or AuxDRCCover. The 8-ary Walsh function shall
17  be determined by adding the value of the DRCCover to the value of DRCCover offset
18  specified by DRCCoverOffset. Each Walsh chip of the 8-ary Walsh function is further
19  spread by the Walsh function $W_8^{16}$. Each DRC value shall be transmitted over DRCLength
20  slots when the DRC Channel is continuously transmitted.

21  The timing of the Forward Traffic Channel transmission corresponding to a DRC symbol
22  shall be as specified by the Forward Traffic Channel MAC Protocol. The transmission of
23  DRC symbols shall start at the mid-slot point. The timing for the Forward Traffic Channel
24  MAC Protocol for non-gated and gated transmissions are shown in Figure 13.3.1.3.3.4-1
25  and Figure 13.3.1.3.3.4-2, respectively.

SUBTYPE 3 Physical Layer                                                    TIA-856-B

**Table 13.3.1.3.3.4-2. DRC Bi-Orthogonal Encoding**

| DRC Value | Codeword |
|-----------|----------|
| 0x0 | 00000000 |
| 0x1 | 11111111 |
| 0x2 | 01010101 |
| 0x3 | 10101010 |
| 0x4 | 00110011 |
| 0x5 | 11001100 |
| 0x6 | 01100110 |
| 0x7 | 10011001 |
| 0x8 | 00001111 |
| 0x9 | 11110000 |
| 0xA | 01011010 |
| 0xB | 10100101 |
| 0xC | 00111100 |
| 0xD | 11000011 |
| 0xE | 01101001 |
| 0xF | 10010110 |

**Table 13.3.1.3.3.4-3. 8-ary Walsh Functions**

| | |
|---|---|
| $W_0^8$ | 0000 0000 |
| $W_1^8$ | 0101 0101 |
| $W_2^8$ | 0011 0011 |
| $W_3^8$ | 0110 0110 |
| $W_4^8$ | 0000 1111 |
| $W_5^8$ | 0101 1010 |
| $W_6^8$ | 0011 1100 |
| $W_7^8$ | 0110 1001 |

**Table 13.3.1.3.3.4-4. 2-ary Walsh Functions**

| $W_0^2$ | 00 |
|---------|----|
| $W_1^2$ | 01 |



a) DRCLength = 1

b) DRCLength = 2

c) DRCLength = 4

d) DRCLength = 8

**Figure 13.3.1.3.3.4-1. DRC Timing for Nongated Transmission**



**Figure 13.3.1.3.3.4-2. DRC Timing for Gated Transmission**

### 13.3.1.3.3.5 ACK Channel

The ACK Channel is used by the access terminal to inform the access network whether a physical layer packet addressed to the access terminal and transmitted on a particular forward CDMA channel of the Forward Traffic Channel has been received successfully or not. The access terminal shall transmit an ACK Channel bit in response to every Forward Traffic Channel slot that is associated with a detected preamble on a forward CDMA channel in an assigned interlace, directed to the access terminal. The access terminal shall transmit at most one redundant positive ACK in response to a Forward Traffic Channel slot on a forward CDMA channel in an assigned interlace, that is detected as a continuation of the physical layer packet that has been successfully received. Otherwise, the ACK Channel shall be gated off.

When acknowledging a Single User packet, the ACK Channel shall use BPSK (bipolar keying) modulation, with a 1 representing positive acknowledgement and −1 representing negative acknowledgment. When acknowledging a Multi-User packet, the ACK Channel shall use OOK (ON-OFF keying) modulation, with a 1 (ON) representing positive acknowledgement and a 0 (OFF) representing negative acknowledgment. The access terminal shall transmit a positive acknowledgment on the ACK channel if it successfully receives a packet addressed to it on the Forward Traffic Channel. Otherwise, the access terminal shall transmit a negative acknowledgment on the ACK channel. A Forward Traffic Channel physical layer packet is considered successfully received if it has a valid FCS. The address of a Single User packet is indicated by the packet preamble, whereas the address of a Multi-User packet is indicated by the MAC Layer header.

For NoFeedbackMultiplexing mode and BasicFeedbackMultiplexing mode, for a Forward Traffic Channel physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 3 on the Reverse Channel (see Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17). The ACK Channel transmission shall be transmitted in the first half of the slot and shall last for 1024 PN chips as shown in Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17.

For NoFeedbackMultiplexing mode and BasicFeedbackMultiplexing mode, the ACK Channel uses the Walsh channel identified by the Walsh function $W_{12}^{32}$ and is transmitted on the I-branch.

For BasicFeedbackMultiplexing mode, the ACK Channels associated with forward CDMA channels may be transmitted on a reverse CDMA channel as shown in Figure 13.3.1.3.1-8. Each ACK Channel is transmitted on the I-branch and spread using a long code mask that is specified by the LongCodeMaskMSBs. All ACK Channel transmissions for forward CDMA channels associated with a reverse CDMA channel are code division multiplexed and transmitted using that reverse CDMA channel.

For EnhancedFeedbackMultiplexing mode, the ACK Channels for the forward CDMA channels may be transmitted on an associated reverse CDMA channel as shown in Figure 13.3.1.3.1-11 and Figure 13.3.1.3.1-12.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is equal to '00', then the ACK Channel shall be transmitted on the associated reverse CDMA channel using Walsh cover $W_0^4$ using a long code mask specified by the LongCodeMaskMSBs on the I-branch.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is equal to '01', then the ACK Channel shall be transmitted on the associated reverse CDMA channel using Walsh cover $W_2^4$ using a long code mask specified by the LongCodeMaskMSBs on the Q-branch.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is equal to '10', then the ACK Channel shall be code division multiplexed using Walsh over $W_1^4$ and transmitted on the associated reverse CDMA channel, using a long code mask specified by the LongCodeMaskMSBs on the I-branch.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is equal to '11', then the ACK Channel shall be code division multiplexed using Walsh over $W_3^4$ and transmitted on the associated reverse CDMA channel, using a long code mask specified by the LongCodeMaskMSBs on the Q-branch.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is an even number, for a Forward Traffic Channel physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 3 on the Reverse Channel (see Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17). This ACK Channel transmission shall be transmitted in the first half of the slot and shall last for 1024 PN chips as shown in Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is an odd number and the DSC Channel is transmitted using the corresponding FeedbackMultiplexingIndex, for a Forward Traffic Channel physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 3 on the Reverse Channel (see Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17). This ACK Channel transmission shall be transmitted in the first half of the slot and shall last for 1024 PN chips as shown in Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17.

If the value of the FeedbackMultiplexingMethod corresponding to the forward CDMA channel is an odd number and the DSC Channel is not transmitted using the corresponding FeedbackMultiplexingIndex, for a Forward Traffic Channel physical layer packet transmitted in slot n on the Forward Channel, the corresponding ACK Channel bit shall be transmitted in slot n + 2 on the Reverse Channel (see Figure 13.3.1.3.1-18). This ACK Channel transmission shall be transmitted in the second half of the slot and shall last for 1024 PN chips as shown in Figure 13.3.1.3.1-18.

ACK Channel transmission for different values of FeedbackMultiplexingMethod are summarized in Table 13.3.1.3.3.5-1 and

.

**Table 13.3.1.3.3.5-1. ACK Channel transmission and FeedbackMultiplexingMethod if DSC Channel is transmitted using that FeedbackMultiplexingMethod**

| FeedbackMultiplexingMethod | ACK Channel transmission |
|---|---|
| '00' | Walsh cover $W_0^4$ on the I-branch in slot 'n+3' corresponding to packet received in slot 'n' |
| '01 | Walsh cover $W_2^4$ on the Q-branch in slot 'n+3' corresponding to packet received in slot 'n' |
| '10' | Walsh cover $W_1^4$ on the I-branch in slot 'n+3' corresponding to packet received in slot 'n' |
| '11' | Walsh cover $W_3^4$ on the Q-branch in slot 'n+3' corresponding to packet received in slot 'n' |

TIA-856-B                                                       SUBTYPE 3 Physical Layer

**Table 13.3.1.3.3.5-2. ACK Channel transmission and FeedbackMultiplexingMethod if**
**DSC Channel is not transmitted using that FeedbackMultiplexingMethod**

| FeedbackMultiplexingMethod | ACK Channel transmission |
|---|---|
| '00' | Walsh cover $W_0^4$ on the I-branch in slot 'n+3' corresponding to packet received in slot 'n' |
| '01' | Walsh cover $W_2^4$ on the Q-branch in slot 'n+2' corresponding to packet received in slot 'n' |
| '10' | Walsh cover $W_1^4$ on the I-branch in slot 'n+3' corresponding to packet received in slot 'n' |
| '11' | Walsh cover $W_3^4$ on the Q-branch in slot 'n+2' corresponding to packet received in slot 'n' |

For EnhancedFeedbackMultiplexing mode, the ACK values shall be repeated eight times and shall be spread by one of the 4-ary Walsh function as defined in Table 13.3.1.3.3.5-3. This 32-bit value shall be spread by a 32-ary Walsh function $W_{12}^{32}$ to yield 1024 chips which are transmitted on the I-branch or Q-branch during the first half of the slot or the second half of the slot.

**Table 13.3.1.3.3.5-3. 4-ary Walsh Functions**

| | |
|---|---|
| $W_0^4$ | 0000 |
| $W_1^4$ | 0101 |
| $W_2^4$ | 0011 |
| $W_3^4$ | 0110 |

13.3.1.3.3.6 Data Channel

Each Data Channel is transmitted at the data rates given in Table 13.3.1.3.1.1-2. An access terminal shall not start a new packet transmission in any slot T on a reverse CDMA channel, specified by the following equation:

$$(T\text{-FrameOffset}) \bmod 4 \neq 0,$$

where T is the CDMA System Time in slots. The FrameOffset parameter is public data of the Reverse Traffic Channel MAC Protocol. All data transmitted on the Reverse Traffic Channel is encoded, block interleaved, sequence repeated, BPSK, QPSK, or 8-PSK modulated and orthogonally spread by Walsh function $W_2^4$ or Walsh function $W_1^2$ or both. Each Data Channel shall be modulated as shown in Table 13.3.1.3.3.6-1.

**Table 13.3.1.3.3.6-1. Data Channel Modulation Formats**

| Modulation Format | (Modulation, Walsh Function) |
|:---:|:---:|
| B4 | (BPSK, $W_2^4$) |
| Q4 | (QPSK, $W_2^4$) |
| Q2 | (QPSK, $W_1^2$) |
| Q4Q2 | (QPSK, $W_2^4$) + (QPSK, $W_1^2$) |
| E4E2 | (8-PSK, $W_2^4$) + (8-PSK, $W_1^2$) |

**13.3.1.3.3.7 Auxiliary Pilot Channel**

The access terminal shall transmit on the Auxiliary Pilot Channel for each active reverse CDMA channel, using unmodulated symbols with a binary value of '0'. The Auxiliary Pilot Channel shall be transmitted during the $n^{th}$ half slot if the transmitted payload during half slots n−1 or n+1 is greater than or equal to AuxiliaryPilotChannelMinPayload, which is public data of the Reverse Traffic Channel MAC Protocol. If the Auxiliary Pilot Channel is transmitted during the $n^{th}$ half slot, its power shall be specified relative to the maximum of the Data Channel Gains during half-slot n−1 and half-slot n+1 by AuxiliaryPilotChannelGain, where AuxiliaryPilotChannelGain is public data of the Reverse Traffic Channel MAC Protocol. The Auxiliary Pilot Channel power level shall be updated at the start of every half slot.

If the Auxiliary Pilot Channel is transmitted, it uses the Walsh channel identified by the Walsh function $W_{28}^{32}$ and is transmitted on the I-branch as shown in Figure 13.3.1.3.1-6.

**13.3.1.3.4 Encoding**

**13.3.1.3.4.1 Reverse Link Encoder Structure and Parameters**

The Access Channel physical layer packets shall be encoded with code rate of 1/4. First, the encoder shall discard the six bits of the TAIL field in the physical layer packet inputs (i.e., it shall discard the last six bits in the input physical layer packets). Then, it shall encode the remaining bits with a turbo encoder, as specified in 13.3.1.3.4.2. The turbo encoder will add an internally generated tail.

The encoder parameters shall be as specified in Table 13.3.1.3.4-1.

TIA-856-B                                                          SUBTYPE 3 Physical Layer

**Table 13.3.1.3.4-1. Parameters for the Reverse Link Encoder for the Access Channel**

| Data Rate (kbps) | 9.6 | 19.2 | 38.4 |
|---|---|---|---|
| Reverse Rate Index | 1 | 2 | 3 |
| Code Rate | 1/4 | 1/4 | 1/4 |
| Bits per Physical Layer Packet | 256 | 512 | 1,024 |
| Number of Turbo Encoder Input Symbols | 250 | 506 | 1,018 |
| Turbo Encoder Code Rate | 1/4 | 1/4 | 1/4 |
| Encoder Output Block Length (Code Symbols) | 1,024 | 2,048 | 4,096 |

The Reverse Traffic Channel physical layer packets shall be encoded with code rates of 1/5 or 1/3. First, the encoder shall discard the six bits of the TAIL field in the physical layer packet inputs (i.e., it shall discard the last six bits in the input physical layer packets). Then, it shall encode the remaining bits with a turbo encoder, as specified in 13.3.1.3.4.2. The turbo encoder will add an internally generated tail.

The encoder parameters shall be as specified in Table 13.3.1.3.4-2 and Table 13.3.1.3.4-3.

**Table 13.3.1.3.4-2. Parameters for the Reverse Link Encoder for the Reverse Traffic Channel – Part 1 of 2**

| Data Rate (kbps) [After 16 Slots] | 4.8 | 9.6 | 19.2 | 28.8 | 38.4 | 57.6 |
|---|---|---|---|---|---|---|
| Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 |
| Bits per Physical Layer Packet | 128 | 256 | 512 | 768 | 1,024 | 1,536 |
| Number of Turbo Encoder Input Symbols | 122 | 250 | 506 | 762 | 1,018 | 1,530 |
| Turbo Encoder Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 |
| Encoder Output Block Length (Code Symbols) | 640 | 1,280 | 2,560 | 3,840 | 5,120 | 7,680 |

SUBTYPE 3 Physical Layer                                              TIA-856-B

¹ **Table 13.3.1.3.4-3. Parameters for the Reverse Link Encoder for the Reverse Traffic**
² **Channel – Part 2 of 2**

| Data Rate (kbps) [ After 16 Slots] | 76.8 | 115.2 | 153.6 | 230.4 | 307.2 | 460.8 |
|---|---|---|---|---|---|---|
| Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/3 |
| Bits per Physical Layer Packet | 2,048 | 3,072 | 4,096 | 6,144 | 8,192 | 12,288 |
| Number of Turbo Encoder Input Symbols | 2,042 | 3,066 | 4,090 | 6,138 | 8,186 | 12,282 |
| Turbo Encoder Code Rate | 1/5 | 1/5 | 1/5 | 1/5 | 1/5 | 1/3 |
| Encoder Output Block Length (Code Symbols) | 10,240 | 15,360 | 20,480 | 30,740 | 40,960 | 36,864 |

³ 13.3.1.3.4.2 Turbo Encoding

⁴ The turbo encoder encodes the input data and adds an output tail sequence. If the total
⁵ number of input bits is $N_{turbo}$, the turbo encoder generates $N_{turbo}/R$ encoded data output
⁶ symbols followed by 6/R tail output symbols, where R is the code rate of 1/3, 1/4, or 1/5.
⁷ The turbo encoder employs two systematic, recursive, convolutional encoders connected in
⁸ parallel, with an interleaver, the turbo interleaver, preceding the second recursive
⁹ convolutional encoder.

¹⁰ The two recursive convolutional codes are called the constituent codes of the turbo code.
¹¹ The outputs of the constituent encoders are punctured and repeated to achieve the ($N_{turbo}$
¹² + 6)/R output symbols.

¹³ 13.3.1.3.4.2.1 Turbo Encoders

¹⁴ The turbo encoder employs two systematic, recursive, convolutional encoders connected in
¹⁵ parallel, with an interleaver, the turbo interleaver, preceding the second recursive
¹⁶ convolutional encoder. The two recursive convolutional codes are called the constituent
¹⁷ codes of the turbo code. The outputs of the constituent encoders are punctured and
¹⁸ repeated to achieve the desired number of turbo encoder output symbols.

¹⁹ A common constituent code shall be used for the rate 1/3, 1/4, and 1/5 Turbo codes. The
²⁰ transfer function for the constituent code shall be

$$G(D) = \begin{bmatrix} 1 & \dfrac{n_0(D)}{d(D)} & \dfrac{n_1(D)}{d(D)} \end{bmatrix}$$

²¹

²² where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

The turbo encoder shall generate an output symbol sequence that is identical to the one generated by the encoder shown in Figure 13.3.1.3.4.2.2-1. Initially, the states of the constituent encoder registers in this figure are set to zero. Then, the constituent encoders are clocked with the switches in the positions noted.

The encoded data output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified in Table 13.3.1.3.4.2.2-1. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first. Symbol repetition is not used in generating the encoded data output symbols.

13.3.1.3.4.2.2 Turbo Code Termination

The turbo encoder shall generate 6/R tail output symbols following the encoded data output symbols. This tail output symbol sequence shall be identical to the one generated by the encoder shown in Figure 13.3.1.3.4.2.2-1. The tail output symbols are generated after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up position. The first 3/R tail output symbols are generated by clocking Constituent Encoder 1 three times with its switch in the down position while Constituent Encoder 2 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The last 3/R tail output symbols are generated by clocking Constituent Encoder 2 three times with its switch in the down position while Constituent Encoder 1 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first.

The constituent encoder output symbol puncturing and symbol repetition shall be as specified in Table 13.3.1.3.4.2.2-2. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. For rate-1/4 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0Y_1$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0Y'_1$. For rate-1/5 turbo codes, the tail output code symbols for each of the first three tail bit periods shall be punctured and repeated to achieve the sequence $XXY_0Y_1Y_1$, and the tail output code symbols for each of the last three tail bit periods shall be punctured and repeated to achieve the sequence $X'X'Y'_0Y'_1Y'_1$. For rate-1/3 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0$.



**Figure 13.3.1.3.4.2.2-1. Turbo Encoder**

TIA-856-B                                                                SUBTYPE 3 Physical Layer

**Table 13.3.1.3.4.2.2-1. Puncturing Patterns for the Data Bit Periods**

|  | Code Rate | | |
|---|---|---|---|
| Output | 1/3 | 1/4 | 1/5 |
| X | 1 | 11 | 1 |
| $Y_0$ | 1 | 11 | 1 |
| $Y_1$ | 0 | 10 | 1 |
| X′ | 0 | 00 | 0 |
| $Y'_0$ | 1 | 01 | 1 |
| $Y'_1$ | 0 | 11 | 1 |

Note: For each rate, the puncturing table shall be read first from top to bottom and then from left to right.

**Table 13.3.1.3.4.2.2-2. Puncturing Patterns for the Tail Bit Periods**

|  | Code Rate | | |
|---|---|---|---|
| Output | 1/3 | 1/4 | 1/5 |
| X | 111 000 | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 | 111 000 |
| X′ | 000 111 | 000 111 | 000 111 |
| $Y'_0$ | 000 111 | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 111 | 000 111 |

Note: For rate-1/3 turbo codes, the puncturing table shall be read first from top to bottom repeating X and X′, and then from left to right. For rate-1/4 turbo codes, the puncturing table shall be read first from top to bottom repeating X and X′, and then from left to right. For rate-1/5 turbo codes, the puncturing table shall be read first from top to bottom repeating X, X′, $Y_1$, and $Y'_1$ and then from left to right.

13.3.1.3.4.2.3 Turbo Interleavers

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire sequence of turbo interleaver input bits are written sequentially into an array at a sequence

of addresses, and then the entire sequence is read out from a sequence of addresses that are defined by the procedure described below.

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 13.3.1.3.4.2.3-1 and described below.[156]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 13.3.1.3.4.2.3-1 gives this parameter for the different physical layer packet sizes.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 13.3.1.3.4.2.3-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 13.3.1.3.4.2.3-1. Turbo Interleaver Output Address Calculation Procedure**

---

[156] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is $x(i + 1) = (x(i) + c) \bmod 2^n$, where $x(0) = c$ and c is a row-specific value from a table lookup.

TIA-856-B                                                    SUBTYPE 3 Physical Layer

1

**Table 13.3.1.3.4.2.3-1. Turbo Interleaver Parameter**

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|---|---|---|
| 128 | 122 | 2 |
| 256 | 250 | 3 |
| 512 | 506 | 4 |
| 768 | 762 | 5 |
| 1,024 | 1,018 | 5 |
| 1,536 | 1,530 | 6 |
| 2,048 | 2,042 | 6 |
| 3,072 | 3,066 | 7 |
| 4,096 | 4,090 | 7 |
| 6,144 | 6,138 | 8 |
| 8,192 | 8,186 | 8 |
| 12,288 | 12,282 | 9 |

2

**Table 13.3.1.3.4.2.3-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 2 Entries | n = 3 Entries | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries | n = 8 Entries | n = 9 Entries |
|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 1 | 5 | 27 | 3 | 15 | 3 | 13 |
| 1 | 3 | 1 | 15 | 3 | 27 | 127 | 1 | 335 |
| 2 | 3 | 3 | 5 | 1 | 15 | 89 | 5 | 87 |
| 3 | 1 | 5 | 15 | 15 | 13 | 1 | 83 | 15 |
| 4 | 3 | 1 | 1 | 13 | 29 | 31 | 19 | 15 |
| 5 | 1 | 5 | 9 | 17 | 5 | 15 | 179 | 1 |
| 6 | 3 | 1 | 9 | 23 | 1 | 61 | 19 | 333 |
| 7 | 1 | 5 | 15 | 13 | 31 | 47 | 99 | 11 |
| 8 | 1 | 3 | 13 | 9 | 3 | 127 | 23 | 13 |
| 9 | 1 | 5 | 15 | 3 | 9 | 17 | 1 | 1 |
| 10 | 3 | 3 | 7 | 15 | 15 | 119 | 3 | 121 |
| 11 | 1 | 5 | 11 | 3 | 31 | 15 | 13 | 155 |
| 12 | 1 | 3 | 15 | 13 | 17 | 57 | 13 | 1 |
| 13 | 1 | 5 | 3 | 1 | 5 | 123 | 3 | 175 |
| 14 | 1 | 5 | 15 | 13 | 39 | 95 | 17 | 421 |
| 15 | 3 | 1 | 5 | 29 | 1 | 5 | 1 | 5 |
| 16 | 3 | 3 | 13 | 21 | 19 | 85 | 63 | 509 |
| 17 | 1 | 5 | 15 | 19 | 27 | 17 | 131 | 215 |
| 18 | 3 | 3 | 9 | 1 | 15 | 55 | 17 | 47 |
| 19 | 3 | 5 | 3 | 3 | 13 | 57 | 131 | 425 |
| 20 | 3 | 3 | 1 | 29 | 45 | 15 | 211 | 295 |
| 21 | 1 | 5 | 3 | 17 | 5 | 41 | 173 | 229 |
| 22 | 3 | 5 | 15 | 25 | 33 | 93 | 231 | 427 |
| 23 | 1 | 5 | 1 | 29 | 15 | 87 | 171 | 83 |
| 24 | 3 | 1 | 13 | 9 | 13 | 63 | 23 | 409 |
| 25 | 1 | 5 | 1 | 13 | 9 | 15 | 147 | 387 |
| 26 | 3 | 1 | 9 | 23 | 15 | 13 | 243 | 193 |
| 27 | 1 | 5 | 15 | 13 | 31 | 15 | 213 | 57 |
| 28 | 3 | 3 | 11 | 13 | 17 | 81 | 189 | 501 |
| 29 | 1 | 5 | 3 | 1 | 5 | 57 | 51 | 313 |
| 30 | 1 | 5 | 15 | 13 | 15 | 31 | 15 | 489 |
| 31 | 3 | 3 | 5 | 13 | 33 | 69 | 67 | 391 |

13.3.1.3.5 Scrambling for Reverse Traffic Channel Physical Layer Packets

The output of the encoder shall be scrambled to randomize the data prior to modulation. The scrambling sequence shall be equivalent to one generated with a 17-tap linear feedback shift register with a generator sequence of h(D) = $D^{17} + D^{14} + 1$, as shown in Figure 13.3.1.3.5-1. At the start of the physical layer packet, the shift register shall be initialized to the state $[11111111111i_1i_0d_3d_2d_1d_0]$. The $d_3d_2d_1d_0$ bits shall be determined by the payload size, as specified in Table 13.3.1.3.5-1. The $i_1i_0$ bits shall be determined by the reverse link interlace offset[157], as specified in Table 13.3.1.3.5-2. The initial state shall generate the first scrambling bit. The shift register shall be clocked once for every encoder output code symbol to generate a bit of the scrambling sequence. Every encoder output code symbol shall be XOR'd with the corresponding bit of the scrambling sequence to yield a scrambled encoded bit.

**Table 13.3.1.3.5-1. Parameters Controlling the Scrambler Initial State – Part 1 of 2**

| Payload Size (bits) | $d_3$ | $d_2$ | $d_1$ | $d_0$ |
|:---:|:---:|:---:|:---:|:---:|
| 128 | 0 | 0 | 0 | 0 |
| 256 | 0 | 0 | 0 | 1 |
| 512 | 0 | 0 | 1 | 0 |
| 768 | 0 | 0 | 1 | 1 |
| 1024 | 0 | 1 | 0 | 0 |
| 1536 | 0 | 1 | 0 | 1 |
| 2048 | 0 | 1 | 1 | 0 |
| 3072 | 0 | 1 | 1 | 1 |
| 4096 | 1 | 0 | 0 | 0 |
| 6144 | 1 | 0 | 0 | 1 |
| 8192 | 1 | 0 | 1 | 0 |
| 12288 | 1 | 0 | 1 | 1 |

**Table 13.3.1.3.5-2. Parameters Controlling the Scrambler Initial State – Part 2 of 2**

| Reverse Link Interlace Offset | $i_1$ | $i_0$ |
|:---:|:---:|:---:|
| 0 | 0 | 0 |
| 1 | 0 | 1 |
| 2 | 1 | 0 |

---

[157] The reverse-link interlace offset i for a sub-packet starting in slot T is specified as i = (T - FrameOffset)/4 mod 3, where T is the CDMA System Time in slots and $0 \leq i \leq 2$.



**Figure 13.3.1.3.5-1. Symbol Scrambler**

13.3.1.3.6 Channel Interleaving for Access Channel Physical Layer Packets

The sequence of binary symbols at the output of the encoder shall be interleaved with a bit-reversal channel interleaver.

The bit-reversal channel interleaver shall be functionally equivalent to an approach where the entire sequence of symbols to be interleaved is written into a linear sequential array with addresses from 0 to $2^L - 1$ and they are read out from a sequence of addresses based on the procedure described below.

- The sequence of array addresses from which the interleaved symbols are read out is generated by a bit-reversal address generator.

- The $i^{th}$ interleaved symbol is read out from the array element at address $A_i$ that satisfies:

$$A_i = \text{Bit\_Reversal}(i, L)$$

where $i$ = 0 to $2^L - 1$ and Bit_Reversal(y, L) indicates the bit-reversed L-bit value of y such that if i is expressed in the binary form of $i = b_{L-1}b_{L-2}...b_1b_0$, where $b_k$ = 0 or 1, $b_0$ is the LSB and $b_{L-1}$ is the MSB, $A_i = b_0b_1...b_{L-2}b_{L-1}$.

- The bit-reversal interleaving process is completed when all of the symbols in the entire linear array are read out.

Figure 13.3.1.3.6-1 illustrates the procedure for generating the channel interleaver output address.



**Figure 13.3.1.3.6-1. Channel Interleaver Address Generation**

13.3.1.3.7 Channel Interleaving for Reverse Traffic Channel Physical Layer Packets

The sequence of binary symbols at the output of the encoder shall be interleaved with a channel interleaver. Channel interleaving shall consist of a Symbol Reordering stage followed by a Matrix Interleaving stage.

The packet length, N (including data and tail bits) is expressed as $N = R \times K \times 2^m$, where, R, K and m are positive integers. The channel interleaver is described in terms of the parameters R, K, m, and an end-around-shift parameter D.

13.3.1.3.7.1 Symbol Reordering

Turbo encoder data and tail output symbols generated with the rate-1/5 encoder shall be reordered according to the following steps:

  1. All of the data and tail turbo encoder output symbols shall be demultiplexed into five sequences denoted U, $V_0$, $V_1$, $V'_0$, and $V'_1$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_1$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V_1$ sequence, the fourth to the $V'_0$ sequence, the fifth to the $V'_1$ sequence, the sixth to the U sequence, etc.

  2. The U, $V_0$, $V_1$, $V'_0$, and $V'_1$ sequences shall be ordered according to $UV_0V'_0V_1V'_1$. That is, the U sequence of symbols shall be first and the $V'_1$ sequence of symbols shall be last.

The scrambled turbo encoder data and tail output symbols generated with the rate-1/3 encoder shall be reordered according to the following procedure:

  1. All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into three sequences denoted U, $V_0$ and $V'_0$. The scrambled encoder

output symbols shall be sequentially distributed from the U sequence to the $V'_0$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V'_0$ sequence, the fourth to the U sequence, etc.

2. The U, $V_0$ and $V'_0$ sequences shall be ordered according to $UV_0 V'_0$. That is, the U sequence of symbols shall be first and the $V'_0$ sequence of symbols shall be last.

13.3.1.3.7.2 Matrix Interleaving

The Matrix Interleaving operation is carried out in the following steps:

1. The N symbols of the U-sequence symbols are written into a 3-dimensional cuboidal array with R rows, $C \equiv 2^m$ columns, and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol $((r \times C + c) \times K + k)$, where $0 \le i < N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where, $0 \le r < R$, $0 \le c < C$, and $0 \le k < K$.

2. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by $(c \times K + k) \mod R$. In other words, matrix[r] [c] [k] is transformed to matrix$[(r + c \times K + k) \mod R]$ [c] [k].

3. The linear array of $C \equiv 2^m$ symbols, at each given level and row, is bit-reverse interleaved (based on column-index). Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol $((k \times C + c) \times R + r)$, where $0 \le i < N$ comes from the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level, where $0 \le r < R$ , $0 \le c < C$, and $0 \le k < K$.

4. The N symbols of the $V_0$ sequence, followed by the N symbols of the $V_0{}'$ sequence are written into a 3-dimensional cuboidal array with R rows, $C \equiv 2^{m+1}$ columns and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol $((r \times C + c) \times K + k)$, where $0 \le i < 2 \times N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where $0 \le r < R$ , $0 \le c < C$, and $0 \le k < K$.

5. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by the amount $\lfloor (K \times c + k) / D \rfloor \mod R$. In other words, matrix[r][c][k] is transformed to matrix$[r + \lfloor ( K \times c + k) / D \rfloor \mod R]$[c] [k].

6. The linear array of $C \equiv 2^{m+1}$ symbols, at each given level and row, is bit-reverse interleaved (based on the column-index).

7. Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol $((k \times C + c) \times R + r)$, where  $0 \le i < 2 \times N$ comes from the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level , where, $0 \le r < R$ , $0 \le c < C$, and $0 \le k < K$.

8. The sequence of $V_1$ and $V_1{}'$ symbols are processed similar to the $V_0$ and $V_0{}'$ symbols, as described in 4 through 7.

TIA-856-B                                                                    SUBTYPE 3 Physical Layer

1  Table 13.3.1.3.7.2-1 below shows the interleaver parameters for various packets used on
2  the Reverse Traffic Channel.

3                    **Table 13.3.1.3.7.2-1. Channel Interleaver Parameters**

| Payload size (bits) | N | K | R | m | D |
|---|---|---|---|---|---|
| 128 | 128 | 1 | 1 | 7 | 1 |
| 256 | 256 | 1 | 1 | 8 | 1 |
| 512 | 512 | 1 | 1 | 9 | 1 |
| 768 | 768 | 3 | 1 | 8 | 1 |
| 1024 | 1024 | 1 | 1 | 10 | 1 |
| 1536 | 1536 | 3 | 2 | 8 | 1 |
| 2048 | 2048 | 1 | 2 | 10 | 1 |
| 3072 | 3072 | 3 | 2 | 9 | 1 |
| 4096 | 4096 | 1 | 2 | 11 | 1 |
| 6144 | 6144 | 3 | 2 | 10 | 1 |
| 8192 | 8192 | 1 | 2 | 12 | 1 |
| 12288 | 12288 | 1 | 3 | 12 | 1 |

4

5  13.3.1.3.8 Orthogonal Covers

6  The Pilot Channel, the RRI Channel, the DSC Channel, the DRC Channel, the ACK
7  Channel, the Data Channel, and the Auxiliary Pilot Channel shall be spread with Walsh
8  functions, also called Walsh covers, at a fixed chip rate of 1.2288 Mcps. Walsh function
9  time alignment shall be such that the first Walsh chip begins at a slot boundary referenced
10  to the access terminal transmission time.

11  The Walsh cover assignments are shown in Figure 13.3.1.3.1-2, Figure 13.3.1.3.1-3, and
12  Figure 13.3.1.3.1-4. The Pilot Channel shall be covered by the 16-chip Walsh function
13  number 0 ($W_0^{16}$ = + + + + + + + + + + + + + + + +). The RRI Channel shall be covered by a
14  16-chip Walsh function number 4 ($W_4^{16}$ = + + + + − − − − + + + + − − − −). The DSC channel
15  shall be time-division multiplexed with the ACK Channel and covered by the 32-chip Walsh
16  function number 12 ($W_{12}^{32}$ = + + + + − − − − − − − − + + + + + + + + − − − − − − − − + + + +). The
17  DRC Channel shall be covered by the 16-chip Walsh function number 8 ($W_8^{16}$ =
18  + + + + + + + + − − − − − − − −). The ACK Channel shall be time-division multiplexed with the
19  DSC Channel and covered by the 32-chip Walsh function number 12 ($W_{12}^{32}$ = + + + + − − − −
20  − − − − + + + + + + + + − − − − − − − − + + + +). The Data Channel shall be covered by one or
21  both of the 4-chip Walsh function number 2 ($W_2^4$ = + + − −) and the 2-chip Walsh function
22  number 1 ($W_1^2$ = + −). The Auxiliary Pilot Channel shall be covered by a 32-chip Walsh
23  function number 28 ($W_{28}^{32}$ = + + + + − − − − − − − − + + + + − − − − + + + + + + + + − − − −).

                                                                                        13-78

The RRI, DSC, DRC, ACK, and Data Channel chip sequences shall be scaled by a factor that gives the gain of each of these channels relative to that of the Pilot Channel. The Auxiliary Pilot Channel chip sequences shall be scaled by a factor that gives its gain relative to that of the Data Channel. The relative gain values for the RRI, DSC, DRC, and Data Channel are specified by the parameters RRIChannelGain, DSCChannelGain, DRCChannelGain, and TxT2P. The relative gain value for the ACK Channel transmitted in response to a Single User packet is specified by the parameter ACKChannelGain. The relative gain value for the ACK Channel transmitted in response to a Multi-User packet is specified by ACKChannelGain + DeltaACKChannelGainMUP. The relative gain value for the Auxiliary Pilot Channel is specified by the parameter AuxiliaryPilotChannelGain. The DSCChannelGain, DRCChannelGain, ACKChannelGain, and DeltaACKChannelGainMUP are public data of the Forward Traffic Channel MAC Protocol. The RRIChannelGain is public data of the Reverse Traffic Channel MAC Protocol. For the Reverse Traffic Channel, the relative gain is specified by TxT2P, where TxT2P is public data of the Reverse Traffic Channel MAC Protocol. For the Auxiliary Pilot Channel, the relative gain is specified by AuxiliaryPilotChannelGain where AuxiliaryPilotChannelGain is public data of the Reverse Traffic Channel MAC Protocol. For the Access Channel, the relative gain of the Data Channel is specified by parameters that are public data of the Access Channel MAC Protocol.

### 13.3.1.3.9 Modulation

The output of the channel interleaver shall be applied to a modulator that outputs an in-phase stream and a quadrature stream of modulated values. The channel interleaver output is modulated and Walsh covered. The modulator generates BPSK, QPSK, or 8-PSK modulation symbols that are Walsh covered by a 2-ary Walsh cover $W_1^2$, a 4-ary Walsh cover $W_2^4$ or both. The modulation and Walsh covering depends on the payload size. The modulation formats are B4, Q4, Q2, Q4Q2, and E4E2.

### 13.3.1.3.9.1 B4 Modulation

For physical layer packet sizes with payload sizes less than or equal to 1024 bits, each channel interleaver output symbol shall form a B4 modulation symbol (BPSK modulated and Walsh covered by a 4-ary Walsh cover, $W_2^4$ as specified in Table 13.3.1.3.9.1-1.)

TIA-856-B                                                          SUBTYPE 3 Physical Layer

**Table 13.3.1.3.9.1-1. B4 Modulation Table**

| Interleaved Symbols | Modulation Symbols |
|:---:|:---:|
| 0 | +D +D –D –D |
| 1 | –D –D +D +D |

Note: $D = 1$.

13.3.1.3.9.2 Q4 Modulation

For physical layer packet sizes of 1,536 or 2,048 bits, groups of two successive channel interleaver output symbols shall be grouped to form Q4 modulation symbols (QPSK modulated and 4-ary Walsh covered). Each group of two adjacent block interleaver output symbols, x(2k) and x(2k + 1), k = 0,..., M – 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table 13.3.1.3.9.2-1.

**Table 13.3.1.3.9.2-1. Q4 Modulation Table**

| Interleaved Symbols | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|
| x(2k + 1) | x(2k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | +D +D –D –D | +D +D –D –D |
| 0 | 1 | –D –D +D +D | +D +D –D –D |
| 1 | 0 | +D +D –D –D | –D –D +D +D |
| 1 | 1 | –D –D +D +D | –D –D +D +D |

Note: $D = 1/\sqrt{2}$.

13.3.1.3.9.3 Q2 Modulation

For physical layer packet sizes of 3,072 or 4,096 bits, groups of four successive channel interleaver output symbols shall be grouped to form Q2 modulation symbols (QPSK modulated and 2-ary Walsh covered). Each group of four adjacent block interleaver output symbols, x(4k), x(4k + 1), x(4k + 2), x(4k + 3), k = 0,..., M – 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table 13.3.1.3.9.3-1.

SUBTYPE 3 Physical Layer                                        TIA-856-B

1    **Table 13.3.1.3.9.3-1. Q2 Modulation Table**

| Interleaved Symbols | | | | Modulation Symbols | |
|---|---|---|---|---|---|
| x(4k+3) | x(4k+2) | x(4k+1) | x(4k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | 0 | +D –D +D –D | +D –D +D –D |
| 0 | 0 | 0 | 1 | –D +D +D –D | +D –D +D –D |
| 0 | 0 | 1 | 0 | +D –D +D –D | –D +D +D –D |
| 0 | 0 | 1 | 1 | –D +D +D –D | –D +D +D –D |
| 0 | 1 | 0 | 0 | +D –D –D +D | +D –D +D –D |
| 0 | 1 | 0 | 1 | –D +D –D +D | +D –D +D –D |
| 0 | 1 | 1 | 0 | +D –D –D +D | –D +D +D –D |
| 0 | 1 | 1 | 1 | –D +D –D +D | –D +D +D –D |
| 1 | 0 | 0 | 0 | +D –D +D –D | +D –D –D +D |
| 1 | 0 | 0 | 1 | –D +D +D –D | +D –D –D +D |
| 1 | 0 | 1 | 0 | +D –D +D –D | –D +D –D +D |
| 1 | 0 | 1 | 1 | –D +D +D –D | –D +D –D +D |
| 1 | 1 | 0 | 0 | +D –D –D +D | +D –D –D +D |
| 1 | 1 | 0 | 1 | –D +D –D +D | +D –D –D +D |
| 1 | 1 | 1 | 0 | +D –D –D +D | –D +D –D +D |
| 1 | 1 | 1 | 1 | –D +D –D +D | –D +D –D +D |

Note: $D = 1/\sqrt{2}$ .

2    13.3.1.3.9.4 Q4Q2 Modulation

3    For physical layer packet sizes of 6,144 or 8,192 bits, groups of six successive channel
4    interleaver output symbols shall be grouped to form Q4Q2 modulation symbols which are
5    the sum of Q4 modulation symbols scaled by $1/\sqrt{3}$ and the Q2 modulation symbols scaled
6    by $\sqrt{2/3}$ (see Figure 13.3.1.3.1-4). Of each group of six adjacent block interleaver output
7    symbols, x(6k), x(6k + 1), x(6k + 2), x(6k + 3), x(6k + 4) and x(6k + 5) for k = 0,..., M − 1, the
8    output symbols, x(6k) and x(6k + 1) are grouped to form Q4 modulation symbols, as shown
9    in Table 13.3.1.3.9.2-1and the output symbols x(6k + 2), x(6k + 3), x(6k + 4) and x(6k + 5)
10   are grouped to form Q2 modulation symbols as shown in Table 13.3.1.3.9.3-1. The symbols
11   formed due to Q4 and Q2 modulation are then scaled and summed according to Figure
12   13.3.1.3.1-4 to form Q4Q2 modulated symbols.

13   13.3.1.3.9.5 E4E2 Modulation

14   For physical layer packet size of 12,288 bits, groups of nine successive channel interleaver
15   output symbols shall be grouped to form E4E2 modulation symbols which are the sum of
16   E4 modulation symbols scaled by $1/\sqrt{3}$ and the E2 modulation symbols scaled by

TIA-856-B                                                    SUBTYPE 3 Physical Layer

$\sqrt{2/3}$ (see Figure 13.3.1.3.1-5). Of each group of nine adjacent block interleaver output symbols, x(9k), x(9k+1), x(9k+2), x(9k+3), x(9k+4), x(9k+5), x(9k+6), x(9k+7), x(9k+8), for k = 0,…, M − 1, the output symbols, x(9k), x(9k+1) and x(9k+2) are grouped to form E4 modulation symbols, as shown in Table 13.3.1.3.9.5-1and the output symbols x(9k+3), x(9k+4), x(9k+5), x(9k+6), x(9k+7), and x(9k+8) are grouped to form E2 modulation symbols as shown in Table 13.3.1.3.9.5-2. The symbols formed due to E4 and E2 modulation are then scaled and summed according to Figure 13.3.1.3.1-5 form E4E2 modulated symbols.

**Table 13.3.1.3.9.5-1. E4 Modulation Table**

| Interleaved Symbols | | | Modulation Symbols | |
|:---:|:---:|:---:|:---:|:---:|
| **x(9k + 2)** | **x(9k + 1)** | **x(9k)** | $\mathbf{m_I(k)}$ | $\mathbf{m_Q(k)}$ |
| 0 | 0 | 0 | +C +C −C −C | +S +S −S −S |
| 0 | 0 | 1 | +S +S −S −S | +C +C −C −C |
| 0 | 1 | 1 | −S −S +S +S | +C +C −C −C |
| 0 | 1 | 0 | −C −C +C +C | +S +S −S −S |
| 1 | 1 | 0 | −C −C +C +C | −S −S +S +S |
| 1 | 1 | 1 | −S −S +S +S | −C −C +C +C |
| 1 | 0 | 1 | +S +S −S −S | −C −C +C +C |
| 1 | 0 | 0 | +C +C −C −C | −S −S +S +S |

Note:  C = cos(π/8) ≈ 0.9239 and  S = sin(π/8) ≈ 0.3827 .

1

**Table 13.3.1.3.9.5-2. E2 Modulation Table**

| Interleaved Symbols | | | | | | Modulation Symbols | |
|---|---|---|---|---|---|---|---|
| x(9k+8) | x(9k+7) | x(9k+6) | x(9k+5) | x(9k+4) | x(9k+3) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | 0 | 0 | 0 | +C –C +C –C | +S –S +S –S |
| 0 | 0 | 0 | 0 | 0 | 1 | +S –S +C –C | +C –C +S –S |
| 0 | 0 | 0 | 0 | 1 | 0 | –C +C +C –C | +S –S +S –S |
| 0 | 0 | 0 | 0 | 1 | 1 | –S +S +C -C | +C –C +S –S |
| 0 | 0 | 0 | 1 | 0 | 0 | +C –C +C –C | –S +S +S –S |
| 0 | 0 | 0 | 1 | 0 | 1 | +S –S +C –C | –C +C +S –S |
| 0 | 0 | 0 | 1 | 1 | 0 | –C +C +C –C | –S +S +S –S |
| 0 | 0 | 0 | 1 | 1 | 1 | –S +S +C –C | –C +C +S –S |
| 0 | 0 | 1 | 0 | 0 | 0 | +C –C +S –S | +S –S +C –C |
| 0 | 0 | 1 | 0 | 0 | 1 | +S –S +S –S | +C –C +C –C |
| 0 | 0 | 1 | 0 | 1 | 0 | –C +C +S –S | +S –S +C –C |
| 0 | 0 | 1 | 0 | 1 | 1 | –S +S +S –S | +C –C +C –C |
| 0 | 0 | 1 | 1 | 0 | 0 | +C –C +S –S | –S +S +C –C |
| 0 | 0 | 1 | 1 | 0 | 1 | +S –S +S –S | –C +C +C –C |
| 0 | 0 | 1 | 1 | 1 | 0 | –C +C +S –S | –S +S +C –C |
| 0 | 0 | 1 | 1 | 1 | 1 | –S +S +S –S | –C +C +C –C |
| 0 | 1 | 0 | 0 | 0 | 0 | +C –C –C +C | +S –S +S –S |
| 0 | 1 | 0 | 0 | 0 | 1 | +S –S –C +C | +C –C +S –S |
| 0 | 1 | 0 | 0 | 1 | 0 | –C +C –C +C | +S –S +S –S |
| 0 | 1 | 0 | 0 | 1 | 1 | –S +S –C +C | +C –C +S –S |
| 0 | 1 | 0 | 1 | 0 | 0 | +C –C –C +C | –S +S +S –S |
| 0 | 1 | 0 | 1 | 0 | 1 | +S –S –C +C | –C +C +S –S |
| 0 | 1 | 0 | 1 | 1 | 0 | –C +C –C +C | –S +S +S –S |
| 0 | 1 | 0 | 1 | 1 | 1 | –S +S –C +C | –C +C +S –S |
| 0 | 1 | 1 | 0 | 0 | 0 | +C –C –S +S | +S –S +C –C |
| 0 | 1 | 1 | 0 | 0 | 1 | +S –S –S +S | +C –C +C –C |
| 0 | 1 | 1 | 0 | 1 | 0 | –C +C –S +S | +S –S +C –C |
| 0 | 1 | 1 | 0 | 1 | 1 | –S +S –S +S | +C –C +C –C |
| 0 | 1 | 1 | 1 | 0 | 0 | +C –C –S +S | –S +S +C –C |
| 0 | 1 | 1 | 1 | 0 | 1 | +S –S –S +S | –C +C +C –C |
| 0 | 1 | 1 | 1 | 1 | 0 | –C +C –S +S | –S +S +C –C |

TIA-856-B                                                     SUBTYPE 3 Physical Layer

| Interleaved Symbols | | | | | | Modulation Symbols | |
|---|---|---|---|---|---|---|---|
| x(9k+8) | x(9k+7) | x(9k+6) | x(9k+5) | x(9k+4) | x(9k+3) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 1 | 1 | 1 | 1 | 1 | –S +S –S +S | –C +C +C –C |
| 1 | 0 | 0 | 0 | 0 | 0 | +C –C +C –C | +S –S –S +S |
| 1 | 0 | 0 | 0 | 0 | 1 | +S –S +C –C | +C –C –S +S |
| 1 | 0 | 0 | 0 | 1 | 0 | –C +C +C –C | +S –S –S +S |
| 1 | 0 | 0 | 0 | 1 | 1 | –S +S +C –C | +C –C –S +S |
| 1 | 0 | 0 | 1 | 0 | 0 | +C –C +C –C | –S +S –S +S |
| 1 | 0 | 0 | 1 | 0 | 1 | +S –S +C –C | –C +C –S +S |
| 1 | 0 | 0 | 1 | 1 | 0 | –C +C +C –C | –S +S –S +S |
| 1 | 0 | 0 | 1 | 1 | 1 | –S +S +C –C | –C +C –S +S |
| 1 | 0 | 1 | 0 | 0 | 0 | +C –C +S –S | +S –S –C +C |
| 1 | 0 | 1 | 0 | 0 | 1 | +S –S +S –S | +C –C –C +C |
| 1 | 0 | 1 | 0 | 1 | 0 | –C +C +S –S | +S –S –C +C |
| 1 | 0 | 1 | 0 | 1 | 1 | –S +S +S –S | +C –C –C +C |
| 1 | 0 | 1 | 1 | 0 | 0 | +C –C +S –S | –S +S –C +C |
| 1 | 0 | 1 | 1 | 0 | 1 | +S –S +S –S | –C +C –C +C |
| 1 | 0 | 1 | 1 | 1 | 0 | –C +C +S –S | –S +S –C +C |
| 1 | 0 | 1 | 1 | 1 | 1 | –S +S +S –S | –C +C –C +C |
| 1 | 1 | 0 | 0 | 0 | 0 | +C –C –C +C | +S –S –S +S |
| 1 | 1 | 0 | 0 | 0 | 1 | +S –S –C +C | +C –C –S +S |
| 1 | 1 | 0 | 0 | 1 | 0 | –C +C –C +C | +S –S –S +S |
| 1 | 1 | 0 | 0 | 1 | 1 | –S +S –C +C | +C –C –S +S |
| 1 | 1 | 0 | 1 | 0 | 0 | +C –C –C +C | –S +S –S +S |
| 1 | 1 | 0 | 1 | 0 | 1 | +S –S –C +C | –C +C –S +S |
| 1 | 1 | 0 | 1 | 1 | 0 | –C +C –C +C | –S +S –S +S |
| 1 | 1 | 0 | 1 | 1 | 1 | –S +S –C +C | –C +C –S +S |
| 1 | 1 | 1 | 0 | 0 | 0 | +C –C –S +S | +S –S –C +C |
| 1 | 1 | 1 | 0 | 0 | 1 | +S –S –S +S | +C –C –C +C |
| 1 | 1 | 1 | 0 | 1 | 0 | –C +C –S +S | +S –S –C +C |
| 1 | 1 | 1 | 0 | 1 | 1 | –S +S –S +S | +C –C –C +C |
| 1 | 1 | 1 | 1 | 0 | 0 | +C –C –S +S | –S +S –C +C |
| 1 | 1 | 1 | 1 | 0 | 1 | +S –S –S +S | –C +C –C +C |
| 1 | 1 | 1 | 1 | 1 | 0 | –C +C –S +S | –S +S –C +C |

| Interleaved Symbols | | | | | | Modulation Symbols | |
|---|---|---|---|---|---|---|---|
| x(9k+8) | x(9k+7) | x(9k+6) | x(9k+5) | x(9k+4) | x(9k+3) | $m_I(k)$ | $m_Q(k)$ |
| 1 | 1 | 1 | 1 | 1 | 1 | –S +S –S +S | –C +C –C +C |

Note: $C = \cos(\pi/8) \approx 0.9239$ and $S = \sin(\pi/8) \approx 0.3827$.

1   **13.3.1.3.10 Sequence Repetition for Access Channel Physical Layer Packets**

2   The sequence of interleaved code symbols shall be repeated before being modulated. The
3   number of repeats shall be as specified in Table 13.3.1.3.1.1-1. The repetition shall be
4   functionally equivalent to sequentially reading out all the symbols from the interleaver
5   memory as many times as necessary to achieve the fixed 307.2-ksps modulation symbol
6   rate.

7   **13.3.1.3.11 Sequence Repetition and Symbol Selection for Reverse Traffic Channel Physical
8   Layer Packets**

9   The sequence of interleaved code symbols shall be repeated before being modulated. The
10  number of repeats varies for each pair of (payload size, number of sub-frames) and shall be
11  as specified in Table 13.3.1.3.1.1-2. The repetition shall be functionally equivalent to
12  sequentially reading out all the symbols from the interleaver memory as many times as
13  necessary to achieve the target modulation symbol rate, which varies for each payload size.
14  Assume the total number of coded symbols is N, and the number of code symbols in each
15  sub-frame is M, the $j^{th}$ code symbol in $i^{th}$ sub-frame is the $k^{th}$ code symbol output of the
16  channel interleaver, where k = (j + i × M) mod N, i = 0, 1, 2, 3, j = 0, 1, ..., M-1. Note the 0th
17  code symbol is the first code symbol output of the channel interleaver.

18  **13.3.1.3.12 Quadrature Spreading**

19  Following the orthogonal spreading and scaling, the Pilot, RRI, DSC, DRC, ACK, Data, and
20  Auxiliary Pilot Channel sequences are combined to form resultant I-Channel and Q-
21  Channel sequences, and these sequences are quadrature spread as shown in Figure
22  13.3.1.3.1-1 and Figure 13.3.1.3.1-6. The quadrature spreading shall occur at the chip
23  rate of 1.2288 Mcps, and it shall be used for the Reverse Traffic Channel and the Access
24  Channel. The Pilot, DSC or ACK(if transmitted), RRI, Data(if transmitted), and Auxiliary
25  Pilot Channel (if transmitted) sequences shall be added to form the resultant I-Channel
26  sequence, and the DRC and Data Channel sequences shall be added to form the resultant
27  Q-Channel sequence. The quadrature spreading operation shall be equivalent to a complex
28  multiply operation of the resultant I-Channel and resultant Q-Channel sequences by the
29  $PN_I$ and $PN_Q$ PN sequences, as shown in Figure 13.3.1.3.1-1 and Figure 13.3.1.3.1-6.

30  The I and Q PN sequences, $PN_I$ and $PN_Q$, shall be obtained from the long-code PN
31  sequences, $U_I$ and $U_Q$, and the access terminal common short PN sequences, $P_I$ and $P_Q$.
32  The binary long-code PN sequence and short PN sequence values of '0' and '1' shall be
33  mapped into values of +1 and –1, respectively.

34  The bipolar $PN_I$ sequence values shall be equivalent to those obtained by multiplying the
35  bipolar $P_I$ values by the bipolar $U_I$ values.

TIA-856-B                                                         SUBTYPE 3 Physical Layer

The bipolar $PN_Q$ sequence values shall be equivalent to those obtained with the following procedure:

1. Multiply the bipolar $P_Q$ values by the bipolar $U_Q$ values.

2. Decimate the sequence of values obtained in Step 1 by a factor of two. That is, the decimator provides an output that is constant for two consecutive chips by deleting every other input value and repeating the previous input value in place of the deleted value. The retained values shall align with the first chip of a slot.

3. Multiply pairs of decimator output symbols by the Walsh cover sequence (+ –). That is, pass the first value of every pair unchanged and multiply the second value of every pair by –1.

4. Multiply the sequence obtained in Step 3 by the bipolar $PN_I$ sequence.

13.3.1.3.12.1 Access Terminal Common Short-Code PN Sequences

The access terminal common short-code PN sequences shall be the zero-offset I and Q PN sequences with a period of $2^{15}$ chips, and they shall be based on the following characteristic polynomials, respectively:

$$P_I(x) = x^{15} + x^{13} + x^9 + x^8 + x^7 + x^5 + 1$$

(for the in-phase (I) sequence)

and

$$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^6 + x^5 + x^4 + x^3 + 1$$

(for the quadrature-phase (Q) sequence).

The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the above are of length $2^{15} - 1$ and can be generated by the following linear recursions:

$$I(n) = I(n - 15) \oplus I(n - 10) \oplus I(n - 8) \oplus I(n - 7) \oplus I(n - 6) \oplus I(n - 2)$$

(based on $P_I(x)$ as the characteristic polynomial)

and

$$Q(n) = Q(n - 15) \oplus Q(n - 12) \oplus Q(n - 11) \oplus Q(n - 10) \oplus Q(n - 9) \oplus$$
$$Q(n - 5) \oplus Q(n - 4) \oplus Q(n - 3)$$

(based on $P_Q(x)$ as the characteristic polynomial),

where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order to obtain the I and Q common short-code PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period). Therefore, the short-code PN sequences have one run of 15 consecutive '0' outputs instead 14. The initial state of the access terminal common short-code PN sequences, both I and Q, shall be that state in which the output of the short-code PN sequence generator is the '1' following the 15 consecutive '0' outputs.

1   The chip rate for the access terminal common short-code PN sequence shall be 1.2288
2   Mcps. The short-code PN sequence period is 32768/1228800 = 26.666... ms, and exactly
3   75 PN sequences repetitions occur every 2 seconds.

4   The access terminal shall align the I and Q short-code PN sequences such that the first
5   chip on every even-second mark as referenced to the transmit time reference (see 13.3.3) is
6   the '1' after the 15 consecutive '0's (see Figure 1.14-1).

7   13.3.1.3.12.2 Long Codes

8   The in-phase and quadrature-phase long codes, $U_I$ and $U_Q$, shall be generated from a
9   sequence, called the long-code generating sequence, by using two different masks. The
10  long-code generating sequence shall satisfy the linear recursion specified by the following
11  characteristic polynomial:

12  $p(x) = x^{42} + x^{35} + x^{33} + x^{31} + x^{27} + x^{26} + x^{25} + x^{22} + x^{21} + x^{19} +$
13  $x^{18} + x^{17} + x^{16} + x^{10} + x^7 + x^6 + x^5 + x^3 + x^2 + x + 1$.

14  The long codes, $U_I$ and $U_Q$, shall be generated by a modulo-2 inner product of the 42-bit
15  state vector of the sequence generator and two 42-bit masks, MI and MQ, respectively, as
16  shown in Figure 13.3.1.3.12.2-1. The masks MI and MQ vary depending on the channel on
17  which the access terminal is transmitting.

18  For transmission on the Access Channel, MI and MQ shall be set to $MI_{ACMAC}$ and
19  $MQ_{ACMAC}$ (given as public data of the Access Channel MAC Protocol), respectively, and the
20  long-code sequences are referred to as the access long codes.

21  For transmission on the Reverse Traffic Channel, MI and MQ shall be set to $MI_{RTCMAC}$ and
22  $MQ_{RTCMAC}$ (given as public data of the Reverse Traffic Channel MAC Protocol),
23  respectively, and the long-code sequences are referred to as the user long codes.

24  The long code generator shall be reloaded with the hexa-decimal value 0x24B91BFD3A8 at
25  the beginning of every period of the short codes. Thus, the long codes are periodic with a
26  period of $2^{15}$ PN chips.



2       **Figure 13.3.1.3.12.2-1. Long-Code Generators**

3   For BasicFeedbackMultiplexing mode and EnhancedFeedbackMultiplexing mode the long
4   code masks shall be generated as follows. The 42-bit mask long code mask for
5   transmissions on the I-branch, $MI'_{ARTCMAC}$, shall be specified as shown in Table
6   13.3.1.3.12.2-1.

SUBTYPE 3 Physical Layer                                    TIA-856-B

**Table 13.3.1.3.12.2-1. Additional Long Code Masks for Reverse Traffic Channel in BasicFeedbackMultiplexing mode and EnhancedFeedbackMultiplexing mode**

| BIT | 41 | 40 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 16 15 14 13 12 11 10 09 08 07 06 05 04 03 02 01 00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MI'$_{ARTCMAC}$ | X | X | X | X | 1 | 1 | 1 | 1 | 1 | 1 | Permuted (ATI$_{LCM}$) |

In BasicFeedbackMultiplexing mode and EnhancedFeedbackMultiplexing mode the access terminal shall generate a unique pair of long code mask for each unique value of the LongCodeMaskMSBs.

Permuted (ATI$_{LCM}$) is defined as follows:

$$ATI_{LCM} = (A_{31}, A_{30}, A_{29}, \ldots, A_0)$$

Permuted (ATI$_{LCM}$) =

$$(A_0, A_{31}, A_{22}, A_{13}, A_4, A_{26}, A_{17}, A_8, A_{30}, A_{21}, A_{12}, A_3, A_{25}, A_{16}, A_7, A_{29}, A_{20}, A_{11}, A_2, A_{24}, A_{15}, A_6, A_{28}, A_{19}, A_{10}, A_1, A_{23}, A_{14}, A_5, A_{27}, A_{18}, A_9).$$

The 42-bit mask long code mask for transmissions on the Q-branch, MQ'$_{RTCMAC}$, shall be derived from the long code mask for transmissions on the I-branch, MI'$_{RTCMAC}$, as follows:

$$MQ'_{ARTCMAC}[k] = MI'_{ARTCMAC}[k-1], \quad \text{for } k = 1,\ldots,41$$

$$MQ'_{ARTCMAC}[0] = MI'_{ARTCMAC}[0] \oplus MI'_{ARTCMAC}[1] \oplus MI'_{ARTCMAC}[2] \oplus MI'_{ARTCMAC}[4] \oplus$$
$$MI'_{ARTCMAC}[5] \oplus MI'_{ARTCMAC}[6] \oplus MI'_{ARTCMAC}[9] \oplus MI'_{ARTCMAC}[15] \oplus MI'_{ARTCMAC}[16] \oplus$$
$$MI'_{ARTCMAC}[17] \oplus MI'_{ARTCMAC}[18] \oplus MI'_{ARTCMAC}[20] \oplus MI'_{ARTCMAC}[21] \oplus MI'_{ARTCMAC}[24] \oplus$$
$$MI'_{ARTCMAC}[25] \oplus MI'_{ARTCMAC}[26] \oplus MI'_{ARTCMAC}[30] \oplus MI'_{ARTCMAC}[32] \oplus MI'_{ARTCMAC}[34] \oplus$$
$$MI'_{ARTCMAC}[41]$$

where the $\oplus$ denotes the Exclusive OR operation, and MQ'$_{ARTCMAC}[i]$ and MI'$_{ARTCMAC}[i]$ denote the $i^{\text{th}}$ least significant bit of MQ'$_{ARTCMAC}$ and MI'$_{ARTCMAC}$, respectively.

13.3.1.3.12.3 Baseband Filtering

Following the quadrature spreading operation, the I' and Q' impulses are applied to the inputs of the I and Q baseband filters as shown in Figure 13.3.1.3.1-1and Figure 13.3.1.3.1-6 for each reverse CDMA channel. The baseband filters shall have a frequency response S(f) that satisfies the limits given in Figure 13.3.1.3.12.3-1 for each reverse CDMA channel. Specifically, the normalized frequency response of the filter shall be contained within $\pm\delta_1$ in the passband $0 \le f \le f_p$ and shall be less than or equal to $-\delta_2$ in the stopband $f \ge f_s$. The numerical values for the parameters are $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$ kHz.



**Figure 13.3.1.3.12.3-1. Baseband Filter Frequency Response Limits**

The impulse response of the baseband filter, s(t), should satisfy the following equation:

$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_S - \tau) - h(k)]^2 \leq 0.03,$$

where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_S$ is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the coefficients h(k), for k < 48, are given in Table 13.3.1.3.12.3-1; h(k) = 0 for k ≥ 48. Note that h(k) equals h(47 − k).

SUBTYPE 3 Physical Layer                                                      TIA-856-B

**Table 13.3.1.3.12.3-1. Baseband Filter Coefficients**

| k | h(k) |
|---|---|
| 0, 47 | –0.025288315 |
| 1, 46 | –0.034167931 |
| 2, 45 | –0.035752323 |
| 3, 44 | –0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | –0.021998074 |
| 10, 37 | –0.060716277 |
| 11, 36 | –0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | –0.012839661 |
| 17, 30 | –0.143477028 |
| 18, 29 | –0.211829088 |
| 19, 28 | –0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

13.3.1.4 Discontinuous Transmission

If DTXMode is equal to '1' the access terminal shall not transmit the DRC Channel, the ACK Channel, and the DSC Channel, in the second half slot of slot specified by (T – FrameOffset) mod 4 = 1, the slot specified by (T-FrameOffset) mod 4 = 2, and the first half slot of slot specified by (T-FrameOffset) mod 4 = 3 on any active reverse CDMA channel.

If DTXMode is equal to '1' and the DTXRRIMode is equal to '0', the access terminal shall not transmit the RRI Channel in the second half slot of slot specified by (T – FrameOffset)

mod 4 = 1, the slot specified by (T-FrameOffset) mod 4 = 2, and the first half slot of slot specified by (T-FrameOffset) mod 4 = 3 on any active reverse CDMA channel.

If DTXMode is equal to '1', and the DTXRRIMode is equal to '1', and the access terminal is not transmitting a reverse traffic channel sub-packet in a sub-frame on an active reverse CDMA channel, then the access terminal shall not transmit the RRI Channel in that sub-frame.

If DTXMode is equal to '1' and the access terminal is not transmitting a reverse traffic channel sub-packet in a sub-frame on an active reverse CDMA channel, then the access terminal shall not transmit the Pilot Channel on that reverse CDMA channel, in the second half slot of slot specified by (T – FrameOffset) mod 4 = 1, slot specified by (T-FrameOffset) mod 4 = 2, and first half slot of slot specified by (T-FrameOffset) mod 4 = 3

If DTXMode is equal to '1' and the ReversePilotTransmitSlotsEnabled is equal to '1', the access terminal shall transmit the Pilot Channel on each active reverse CDMA channel starting in slot specified by T mod ReversePilotTransmitSlotsPeriod = 0 for ReversePilotTransmitSlotsDuration slots.

Figure 13.3.1.4-1 shows sub-frames with data transmission and sub-frames without data transmission for the access terminal transmission with DTXMode equal to '1' and DTXRRIMode equal to '0' and Figure 13.3.1.4-2 shows sub-frames with data transmission and sub-frames without data transmission for the access terminal transmission with DTXMode equal to '1' and DTXRRIMode equal to '1'.



**Figure 13.3.1.4-1. Discontinuous Transmission with DTXMode equal to '1' and DTXRRIMode equal to '0'**



**Figure 13.3.1.4-2. Discontinuous Transmission with DTXMode equal to '1' and DTXRRIMode equal to '1'**

### 13.3.2 Receiver

#### 13.3.2.1 Closed-Loop Power-Control Operation

Once the connection is established for an active reverse CDMA channel, the access network transmits '0' (up) or '1' (down) RPC bits to the access terminal on the associated forward CDMA channel. If the received quality of the reverse link of the active reverse CDMA channel is above the target threshold, a '1' bit is transmitted on the RPC channel of the forward CDMA channel associated with that active reverse CDMA channel. If the received quality of the reverse link of the active reverse CDMA channel is below the target threshold, a '0' bit is transmitted on the RPC channel of the forward CDMA channel associated with that active reverse CDMA channel.

The access terminal shall receive RPC commands for each active reverse CDMA channel, on the associated forward CDMA channel, in slots T as specified by the following equation:

$$(T - \text{FrameOffset}) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

The access terminal shall ignore the RPC command during all other slots.

If the access terminal did not transmit on the Reverse Traffic Channel of an active reverse CDMA channel in slot n, then it shall ignore the received RPC bit in subframe n + 1 for that active reverse CDMA channel. Otherwise, the access terminal shall adjust its output power by a discrete amount in the direction indicated by the RPC bit after the RPC bit is received as specified in 13.3.1.2.4.2 and 13.3.1.2.4.5. The RPC bit is considered received after the 64-chip MAC burst following the second pilot burst of a slot which contains an RPC bit as shown in Figure 13.4.1.3.1-2.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same RPC bit for each active reverse CDMA channel. In each slot containing power-control bits, the access terminal should provide diversity combining of the identical RPC Channels and shall obtain at most one power-control bit from each set of identical RPC Channels for each active reverse CDMA channel. The access terminal shall increase its output power if all the resulting RPC bits are '0' ("up") for each active reverse CDMA channel. If any resulting RPC bit is '1' ("down") for an active reverse CDMA channel, the access terminal shall decrease its output power as specified in 13.3.1.2.4.2 for that active reverse CDMA channel.

#### 13.3.2.2 Reception of the DRCLock Channel

Once the connection is established on an active reverse CDMA, the access network continuously transmits '0' or '1' DRCLock bits to the access terminal on the DRCLock Channel on the forward CDMA channel associated with that active reverse CDMA channel. The access terminal shall process the DRCLock bits received on the DRCLock Channel on the forward CDMA channel associated with that active reverse CDMA channel as specified by the Forward Traffic Channel MAC Protocol.

The SofterHandoff public data of the Route Update Protocol indicates whether or not two different sectors are transmitting the same DRCLock bit for an active reverse CDMA

channel on the associated forward CDMA. In each slot containing a DRCLock bit, the access terminal should provide diversity combining of the identical DRCLock Channels for each active reverse CDMA channel and shall obtain at most one DRCLock bit from each set of identical DRCLock Channels for that active reverse CDMA channel.

### 13.3.2.3 Reception of the Reverse Activity Channel

The access network transmits the Reverse Activity Channel every slot for every reverse CDMA channel. Once the reverse link connection is established for an active reverse CDMA channel, the access terminal shall process the RA bit for each active reverse CDMA channel from each sector in its active set along with the RAChannelGain public data of the Reverse Traffic Channel MAC protocol, to generate the log-likelihood ratio $LLR_{rab}$ for that active reverse CDMA channel. The access terminal shall map the log-likelihood ratio (LLR) of the RA bit demodulation, $LLR_{rab}$ from a range of $[-\infty, +\infty]$ to a range of $[-1, +1]$ to generate SoftRAB for an active reverse CDMA channel from each sector in its active set using the following function:

$$SoftRAB = 0.4 \times LLR_{rab}, -2.5 \leq LLR_{rab} \leq 2.5$$

$$SoftRAB = +1, LLR_{rab} > 2.5$$

$$SoftRAB = -1, LLR_{rab} < -2.5$$

where $-1 \leq SoftRAB \leq 1$ and SoftRAB is a real-valued input for the Reverse Traffic Channel MAC Protocol.

### 13.3.2.4 Reception of ARQ Channel

Each sector of an access network transmits a positive acknowledgment (ACK) or a negative acknowledgment (NAK) on the forward CDMA channel in response to a physical layer packet received on an associated reverse CDMA channel using the ARQ Channel. The H-ARQ (Hybrid-ARQ), L-ARQ (Last-ARQ), and P-ARQ (Packet-ARQ) bits are transmitted on the ARQ Channel of the forward CDMA channel associated with the reverse CDMA channel.

An H-ARQ bit for an active reverse CDMA channel is transmitted on the ARQ Channel of the associated forward CDMA channel by a sector in the access terminal's active set following the reception of the first, second, or third sub-packet, up to sub-packet (MaxNumSubPackets*I*–1) of a physical layer packet transmitted on interlace offset *I* on that active reverse CDMA channel, where MaxNumSubPackets*I* is public data of the Reverse Traffic Channel MAC Protocol. The H-ARQ bit for an active reverse CDMA channel transmitted by a sector on the forward CDMA channel in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet transmitted in slots m–8, m–7, m–6, and m–5 on that active reverse CDMA channel was successfully received by the cell containing that sector. The sector transmits the H-ARQ bit for an active reverse CDMA channel based on ARQMode for that active reverse CDMA channel if the sector is part of the serving cell, where ARQMode is public data of the Reverse Traffic Channel MAC Protocol. The ARQMode is a 1-bit value that indicates the modulation (Bi-Polar (+1 implies ACK and –1 implies NAK) Keying or ACK-oriented ON-OFF (+1 implies ACK and 0 implies NAK) Keying) of the H-ARQ bit for an active reverse CDMA channel, if it is transmitted after the first, second, or third sub-packets of a physical layer packet by a sector that is part of

the serving cell. ARQMode 0 implies that the H-ARQ bit transmitted for an active reverse CDMA channel by a sector that is part of the serving cell uses Bi-Polar Keying and ARQMode 1 implies that the H-ARQ bit transmitted for an active reverse CDMA channel by a sector that is part of the serving cell uses ACK-oriented ON-OFF Keying. A sector transmits the H-ARQ bit using ACK-oriented ON-OFF Keying if the sector is not part of the serving cell.

The SofterHandoff public data of the RouteUpdateProtocol indicates whether or not two different sectors are transmitting the same ARQ bit for an active reverse CDMA channel on the associated forward CDMA channel. In each slot containing an ARQ bit, the access terminal should provide diversity combining of the identical ARQ channels for each active reverse CDMA channel and shall obtain at most one ARQ bit from each set of the identical ARQ channels for that active reverse CDMA channel.

The H-ARQ transmission rules are summarized in Table 13.3.2.4-1.

**Table 13.3.2.4-1. H-ARQ Transmission Rules**

| Sector of Serving Cell | ARQMode | Modulation |
|:---:|:---:|:---:|
| YES | 0 | Bi-Polar Keying (+1 $\Rightarrow$ ACK, −1 $\Rightarrow$ NAK) |
| YES | 1 | ACK-oriented On-Off Keying (+1 $\Rightarrow$ ACK, 0 $\Rightarrow$ NAK) |
| NO | N/A | ACK-oriented On-Off Keying (+1 $\Rightarrow$ ACK, 0 $\Rightarrow$ NAK) |

The L-ARQ bit for an active reverse CDMA channel is transmitted on the associated forward CDMA channel by a sector in the access terminal's active set following the reception of the (MaxNumSubPackets$I$+1)$^{th}$ sub-packet of a physical layer packet transmission on interlace offset $I$ in slots m, m+1, and m+2 on the active reverse CDMA channel indicates to the access terminal whether or not the physical layer packet transmitted in slots m−8, m−7, m−6, and m−5 on that active reverse CDMA channel was successfully received by the cell containing that sector, where MaxNumSubPackets$I$ is public data of the Reverse Traffic Channel MAC Protocol. The sector transmits the L-ARQ bit using NAK-oriented ON-OFF Keying (0 implies ACK, −1 implies NAK) in slots m, m+1, and m+2 of the forward CDMA channel associated with the reverse CDMA channel following the reception of the (MaxNumSubPackets$I$+1)$^{th}$ sub-packet of a physical layer packet transmitted in slots m−8, m−7, m−6, and m−5, on that active reverse CDMA channel, on interlace offset $I$.

The P-ARQ bit for an active reverse CDMA channel is transmitted on associated the forward CDMA channel by a sector in the access terminal's active set in slots m, m+1, and m+2 on the active reverse CDMA channel indicates to the access terminal whether or not the physical layer packet that was transmitted starting in slot m−(MaxNumSubPackets$I$ +1)×12 on that active reverse CDMA channel was successfully received by the cell containing that

sector if transmitted in interlace offset $I$. The access network transmits the P-ARQ bit using NAK-oriented ON-OFF Keying in slots m, m+1, and m+2 in response to a physical layer packet that was transmitted starting in slot m–48.

Figure 13.3.2.4-1 shows the ARQ mechanism for a Reverse Traffic Channel physical layer packet transmitted over all four sub-packets on an active reverse CDMA channel, with MaxNumSubPackets$I$ for that interlace offset on that reverse CDMA channel equal to three. In this case, the access network transmits ACK or NAK responses on the forward CDMA channel associated with that reverse CDMA channel. The access network transmits NAK responses on the ARQ Channel using the H-ARQ bit after the first three sub-packets of the physical layer packet are transmitted by the access terminal indicating that it was unable to successfully receive the Reverse Traffic Channel packet after the first, second, and third sub-packets. After the fourth sub-packet the sector transmits an ACK using the L-ARQ bit and the P-ARQ bit indicating that the sector successfully received the Reverse Traffic Channel physical layer packet.

The access terminal shall stop transmission of a packet on the Reverse Traffic Channel of an active reverse CDMA channel , if it receives a positive acknowledgement for that packet on the associated forward CDMA channel from any sector in its active set.

The access terminal shall stop transmission of a packet on the Reverse Traffic Channel of an active reverse CDMA channel if the transmitted packet's sub-packet index on that reverse CDMA channel is greater than MaxNumSubPackets$I$ when transmitting on interlace-offset $I$.

If the access terminal has not received a positive acknowledgment (MaxNumSubPackets$I$+1)$\times$ 12 + 2 slots after the start of a physical layer packet transmission on the Reverse Traffic Channel on an active reverse CDMA channel, for transmissions on interlace offset $I$ of that reverse CDMA channel, then this protocol shall return a *ReverseTrafficPacketsMissed* corresponding to that reverse CDMA channel, indication along with parameters that uniquely identify the lost MAC, Security, Connection, Session, Stream, and Application Layer packets.

Figure 13.3.2.4-2 shows the ARQ mechanism for a Reverse Traffic Channel physical layer packet transmitted over two sub-packets on an active reverse CDMA channel, on interlace-offset $I$ with MaxNumSubPackets$I$ equal to three. In this example, the access network transmits ACK or NAK responses on the forward CDMA channel associated with that reverse CDMA channel. The access network transmits an ACK response on the ARQ Channel using the H-ARQ bit after the second sub-packet is transmitted by the access terminal indicating that it has successfully received the physical layer packet. Following reception of a positive acknowledgement on the ARQ Channel, the access terminal shall not transmit the remaining sub-packets of the physical layer packet on that reverse CDMA channel. The access terminal may begin transmission of a new physical layer packet on that interlace of that reverse CDMA channel. The access network transmits an ACK on the ARQ Channel on the forward CDMA channel associated with that reverse CDMA channel, using the P-ARQ bit in sub-frame n+12.

Figure 13.3.2.4-3 shows failure to terminate a Reverse Traffic Channel physical layer packet transmitted over all four sub-packets on an active reverse CDMA channel, on

1  interlace-offset $I$ with MaxNumSubPackets$I$ equal to three. In this case, the access network
2  transmits ACK or NAK responses on the forward CDMA channel associated with that
3  reverse CDMA channel. The access network transmits NAK responses on the ARQ Channel
4  using the H-ARQ bit after the first three sub-packets of the physical layer packet are
5  transmitted by the access terminal indicating that it was unable to correctly receive the
6  Reverse Traffic Channel packet after the first, second and third sub-packets. After the
7  fourth sub-packet the access network transmits a NAK on the ARQ Channel using both the
8  L-ARQ bit and the P-ARQ bit indicating that it was unable to successfully receive the
9  packet.



11  **Figure 13.3.2.4-1. Reverse Traffic Channel Physical Layer Packet with Maximum**
12  **Transmit Duration**

TIA-856-B                                                        SUBTYPE 3 Physical Layer



**Figure 13.3.2.4-2. Reverse Traffic Channel Packet Transmission with Early Termination**



**Figure 13.3.2.4-3. Reverse Traffic Channel Packet Transmission Failure**

## 13.3.3 Synchronization and Timing

The nominal relationship between the access terminal and access network transmit and receive time references shall be as shown in Figure 1.14-1. The access terminal shall establish a time reference that is used to derive timing for the transmitted chips, symbols, slots, frames, and system timing. The access terminal initial time reference shall be established from the acquired Pilot Channel and from the Sync message transmitted on the Control Channel. Under steady-state conditions, the access terminal time reference shall be within ±1 μs of the time of occurrence, as measured at the access terminal antenna connector, of the earliest arriving multipath component being used for demodulation. If another multipath component belonging to the same Pilot Channel or to a different Pilot Channel becomes the earliest arriving multipath component to be used, the access terminal time reference shall track to the new component. If the difference between the access terminal time reference and the time of occurrence of the earliest arriving multipath component being used for demodulation, as measured at the access terminal antenna connector, is less than ±1 μs, the access terminal may directly track its time reference to the earliest arriving multipath component being used for demodulation.

If an access terminal time reference correction is needed, it shall be corrected no faster than 203 ns (1/4 chip) in any 200-ms period and no slower than 305 ns (3/8 PN chip) per second.

1   The access terminal time reference shall be used as the transmit time reference of the
2   Reverse Traffic Channel.  If PNRandomizationDelay is non-zero, the access terminal shall
3   transmit the Access Channel using the access terminal time reference plus
4   PNRandomizationDelay for each probe, where PNRandomizationDelay is public data of the
5   Access Channel MAC Protocol.

1   **13.4 Access Network Requirements**

2   This section defines requirements specific to access network equipment and operation.

3   13.4.1 Transmitter

4   The transmitter shall reside in each sector of the access network. These requirements apply
5   to the transmitter in each sector.

6   13.4.1.1 Frequency Parameters

7   The access network shall meet the requirements in the current version of **[15]**.

8   13.4.1.1.1 Frequency Tolerance

9   The average frequency difference between the actual sector transmit carrier frequency for
10  each forward CDMA channel and the specified sector transmit frequency assignment for
11  that forward CDMA channel shall be less than $\pm 5 \times 10^{-8}$ of the frequency assignment
12  (±0.05 ppm).

13  13.4.1.2 Power Output Characteristics

14  The access network shall meet the requirements in the current version of **[4]**.

15  13.4.1.3 Modulation Characteristics

16  13.4.1.3.1 Forward Channel Structure

17  The Forward Channel shall have the overall structure shown in Figure 13.4.1.3.1-1 for a
18  forward CDMA channel. The Forward Channel for each forward CDMA channel shall
19  consist of the following time-multiplexed channels: the Pilot Channel, the Forward Medium
20  Access Control (MAC) Channel, and the Forward Traffic Channel or the Control Channel.
21  The Traffic Channel corresponding to  a forward CDMA channel carries user physical layer
22  packets. The Control Channel carries control messages, and it may also carry user traffic.
23  Each channel is further decomposed into code-division-multiplexed quadrature Walsh
24  channels.

25  The forward link corresponding to a forward CDMA channel shall consist of slots of length
26  2048 chips (1.66… ms). Groups of 16 slots shall be aligned to the PN rolls of the zero-offset
27  PN sequences and shall align to CDMA System Time on even-second ticks.

28  For every forward CDMA channel, within each slot, the Pilot, MAC, and Traffic or Control
29  Channels shall be time-division multiplexed as shown in Figure 13.4.1.3.1-2 and shall be
30  transmitted at the same power level.

31  The Pilot Channel for a forward CDMA channel, shall consist of all-'0' symbols transmitted
32  on the I-branch with Walsh cover 0. Each slot shall be divided into two half slots, each of

TIA-856-B                                                       SUBTYPE 3 Physical Layer

which contains a pilot burst. Each pilot burst shall have a duration of 96 chips and be centered at the midpoint of the half slot.[158]

The MAC Channel for a forward CDMA channel, shall consist of four subchannels: the Reverse Power Control (RPC) Channel, the DRCLock Channel, the Reverse Activity (RA) Channel and the ARQ Channel. The RPC Channel for a reverse CDMA channel is transmitted on the associated forward CDMA channel transmits power control commands used by the access terminal for closed loop power control on that reverse CDMA channel. The DRCLock Channel transmits a reverse link quality indication for a reverse CDMA channel is transmitted on the associated forward CDMA channel and is used by the access terminal for forward link serving sector selection for each forward CDMA channel. The RA Channel transmits a reverse link activity bit (RAB) stream for a reverse CDMA channel is transmitted on the associated forward CDMA channel. The ARQ Channel transmits an access terminal specific indication of whether or not Reverse Traffic Channel packets from that access terminal were received successfully by the access network for a reverse CDMA channel on the associated forward CDMA channel. Each MAC Channel symbol shall be BPSK or OOK modulated on the in-phase or quadrature-phase of one of 128 128-ary Walsh codewords (covers). For MAC indices less than 128, The MAC symbol Walsh covers shall be transmitted two times per slot in four bursts of 64 chips each. If the MAC index is greater than or equal to 128 but less than 256, the corresponding MAC symbol Walsh cover shall be transmitted during the first half of each slot in two bursts of 64 chips each.  If the MAC index is greater than or equal to 256 but less than 384, the corresponding MAC symbol Walsh cover shall be transmitted during the second half of each slot in two bursts of 64 chips each. A burst shall be transmitted immediately preceding each of the pilot bursts in a slot, and a burst shall be transmitted immediately following each of the pilot bursts in a slot. The Walsh channel gains may vary the relative power.

The Forward Traffic Channel is a packet-based, variable-rate channel. The user physical layer packets for an access terminal shall be transmitted as shown in Table 13.4.1.3.1.1-1 at a data rate that varies from 4.8 kbps to 3.072 Mbps[159], and the optional user physical layer packets as shown in Table 13.4.1.3.1.1-1, if transmitted, shall be transmitted at a data rate that varies from 153.6 kbps to 4.915 Mbps.  Forward Traffic Channel and Control Channel physical layer packets are defined using a Transmission Format. The Transmission Format consists of the following:

- Physical Layer Packet Size of the physical layer packet (in bits)

- Nominal Transmit Duration of the physical layer packet (in slots)

- Preamble Length associated with the physical layer packet (in chips)

---

[158] The pilot is used by the access terminal for initial acquisition, phase recovery, timing recovery, and maximal-ratio combining. An additional function of the pilot is to provide the access terminal with a means of predicting the receive C/I for the purpose of access-terminal-directed forward data rate control (DRC) of the Data Channel transmission.

[159] The DRC symbol from the access terminal is based primarily on its estimate of the forward C/I for the duration of the next possible forward link packet transmission.

1  The Transmission Format is public data of the Forward Traffic Channel MAC Protocol. For
2  example, (1024, 1, 64) indicates a 1024-bit physical layer packet with a nominal transmit
3  duration of 1 slot with a 128-chip preamble.

4  The Forward Traffic Channel and Control Channel data shall be encoded in blocks called
5  physical layer packets. The output of the encoder shall be scrambled and then fed into a
6  channel interleaver. The output of the channel interleaver shall be fed into a QPSK/8-
7  PSK/16-QAM/64-QAM modulator. The modulated symbol sequences shall be repeated and
8  punctured, as necessary. Then, the resulting sequences of modulation symbols shall be
9  demultiplexed to form 16 pairs (in-phase and quadrature) of parallel streams. Each parallel
10 stream with a rate of 76.8ksps is covered with a distinct Walsh function of length 16. The
11 Walsh-coded symbols of all the streams shall be summed together to form a single in-phase
12 stream and a single quadrature stream at a chip rate of 1.2288 Mcps. The resulting chips
13 are time-division multiplexed with the preamble, Pilot Channel, and MAC Channel chips to
14 form the resultant sequence of chips for the quadrature spreading operation. Forward
15 Traffic Channel and Control Channel physical layer packets can be transmitted in 1 to 16
16 slots (see Table 13.4.1.3.1.1-1). When more than one slot is allocated for a forward CDMA
17 channel, the transmit slots shall use 4-slot interlacing. That is, the transmit slots of a
18 physical layer packet corresponding to a forward CDMA channel shall be separated by
19 three intervening slots, and slots of other physical layer packets shall be transmitted in the
20 slots between those transmit slots.

21 Figure 13.3.1.3.1-16 and Figure 13.3.1.3.1-17 illustrate the multislot interlacing approach
22 for a 153.6 kbps Forward Traffic Channel packet with Transmission Format (1024, 4, 256)
23 with DRCLength of one slot. The 153.6 kbps Forward Traffic Channel physical layer packet
24 with Transmission Format (1024, 4, 256) uses four slots, and these slots are transmitted
25 with a three-slot interval between them, as shown in the figures. The slots from other
26 physical layer packets are interlaced in the three intervening slots. Figure 13.3.1.3.1-16
27 shows the case of a normal physical layer packet termination. In this case, the access
28 terminal transmits NAK responses on the ACK Channel after the first three slots of the
29 physical layer packet are received indicating that it was unable to correctly receive the
30 Forward Traffic Channel physical layer packet after only one, two, or three of the nominal
31 four slots. An ACK or NAK is also transmitted after the last slot is received, as shown.
32 Figure 13.3.1.3.1-17 shows the case where the Forward Traffic Channel physical layer
33 packet transmission is terminated early. In this example, the access terminal transmits an
34 ACK response on the ACK Channel after the third slot is received indicating that it has
35 correctly received the physical layer packet. When the access network receives such an
36 ACK response, it does not transmit the remaining slots of the physical layer packet.
37 Instead, it may begin the transmission of any subsequent physical layer packets.

38 When the access network has transmitted all the slots of a physical layer packet or has
39 received a positive ACK response for a forward CDMA channel, the physical layer shall
40 return a *ForwardTrafficCompleted* indication.

41 The Control Channel, if transmitted on a forward CDMA channel, shall be transmitted
42 using the Transmission Formats of (128, 4, 1024), (128, 4, 256), (256, 4, 1024), (256, 4,
43 256), (512, 4, 1024), (1024, 16, 1024), and (1024, 8, 512). The modulation characteristics

1  for the Control Channel shall be the same as those of the Forward Traffic Channel
2  transmitted using the corresponding Transmission Format.

3  The Forward Traffic Channel and Control Channel data symbols shall fill the slot as shown
4  in Figure 13.4.1.3.1-2. A slot during which no traffic or control data is transmitted is
5  referred to as an idle slot. During an idle slot, the sector shall transmit the Pilot Channel
6  and the MAC Channel, as described earlier.



7
8                  **Figure 13.4.1.3.1-1. Forward Channel Structure**



Figure 13.4.1.3.1-2. Forward Link Slot Structure

13.4.1.3.1.1 Modulation Parameters

The access network and access terminal shall support the physical layer packet formats for the Forward Traffic Chanel and the Control Channel as shown in Table 13.4.1.3.1.1-1. The access network and access terminal should support the physical layer packet formats for the Forward Traffic Channel as shown in Table 13.4.1.3.1.1-2.

If ExtendedSpansEnabled equals '1' the access network shall support transmission of physical layer packet formats with packet extensions and the access terminal shall support reception of physical layer packet formats with packet extensions.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is one slot, the access terminal is unable to successfully receive the physical layer packet after the first slot, and the access network transmits an extension slot, then the access network shall transmit the second slot as that of a packet transmission format with the same physical layer packet size, a termination target for two slots, and the same preamble length.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is one slot or two slots, the access terminal is unable to successfully receive the physical layer packet after the first two slots, and the access network transmits an extension slot, then the access network shall transmit the third slot using the extension preamble and the same data chips as transmitted during the first slot.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is one slot or two slots, the access terminal is unable to successfully receive the physical layer packet after the first three slots, and the access network transmits an extension slot, then the access network shall transmit in the fourth slot the same data chips as transmitted during the second slot.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is four slots, the access terminal is unable to successfully receive the physical layer packet after the first four slots, and the access network transmits an extension slot, then the access network shall transmit the fifth slot using the extension preamble and the same data chips as transmitted during the first slot.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is four slots, the access terminal is unable to successfully receive the physical layer packet after the first five slots, and the access network transmits an extension slot, then the access network shall transmit in the sixth slot the same data chips transmitted during the second slot.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is four slots, the access terminal is unable to successfully receive the physical layer packet after the first six slots, and the access network transmits an extension slot, then the access network shall transmit in the seventh slot the same data chips transmitted during the third slot.

If ExtendedSpansEnabled equals '1', the termination target of the requested DRC is four slots, the access terminal is unable to successfully receive the physical layer packet after the first seven slots, and the access network transmits an extension slot, then the access network shall transmit in the eighth slot the same data chips transmitted during the fourth slot.

If the access network transmits an extension slot for a packet the access network shall transmit it using the same scrambler seed as used for the first slot of the corresponding packet.

SUBTYPE 3 Physical Layer                                     TIA-856-B

<sub>1</sub> **Table 13.4.1.3.1.1-1. Modulation Parameters for the Forward Traffic Channel and the**
<sub>2</sub> **Control Channel**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Code Rate | Modulation Type | Nominal Data Rate (kbps) |
|---|---|---|---|
| (128, 16, 1024) | 1/5 | QPSK | 4.8 |
| (128, 8, 512) | 1/5 | QPSK | 9.6 |
| (128, 4, 1024) | 1/5 | QPSK | 19.2 |
| (128, 4, 256) | 1/5 | QPSK | 19.2 |
| (128, 2, 128) | 1/5 | QPSK | 38.4 |
| (128, 1, 64) | 1/5 | QPSK | 76.8 |
| (256, 16, 1024) | 1/5 | QPSK | 9.6 |
| (256, 8, 512) | 1/5 | QPSK | 19.2 |
| (256, 4, 1024) | 1/5 | QPSK | 38.4 |
| (256, 4, 256) | 1/5 | QPSK | 38.4 |
| (256, 2, 128) | 1/5 | QPSK | 76.8 |
| (256, 1, 64) | 1/5 | QPSK | 153.6 |
| (512, 16, 1024) | 1/5 | QPSK | 19.2 |
| (512, 8, 512) | 1/5 | QPSK | 38.4 |
| (512, 4, 1024) | 1/5 | QPSK | 76.8 |
| (512, 4, 256) | 1/5 | QPSK | 76.8 |
| (512, 4, 128) | 1/5 | QPSK | 76.8 |
| (512, 2, 128) | 1/5 | QPSK | 153.6 |
| (512, 2, 64) | 1/5 | QPSK | 153.6 |
| (512, 1, 64) | 1/5 | QPSK | 307.2 |
| (1024, 16, 1024) | 1/5 | QPSK | 38.4 |
| (1024, 8, 512) | 1/5 | QPSK | 76.8 |
| (1024, 4, 256) | 1/5 | QPSK | 153.6 |
| (1024, 4, 128) | 1/5 | QPSK | 153.6 |
| (1024, 2, 128) | 1/5 | QPSK | 307.2 |
| (1024, 2, 64) | 1/5 | QPSK | 307.2 |
| (1024, 1, 64) | 1/3 | QPSK | 614.4 |
| (2048, 4, 128) | 1/3 | QPSK | 307.2 |
| (2048, 2, 64) | 1/3 | QPSK | 614.4 |

TIA-856-B                                             SUBTYPE 3 Physical Layer

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Code Rate | Modulation Type | Nominal Data Rate (kbps) |
|---|---|---|---|
| (2048, 1, 64) | 1/3 | QPSK | 1,228.8 |
| (3072, 2, 64) | 1/3 | 8-PSK | 921.6 |
| (3072, 1, 64) | 1/3 | 8-PSK | 1,843.2 |
| (4096, 2, 64) | 1/3 | 16-QAM | 1,228.8 |
| (4096, 1, 64) | 1/3 | 16-QAM | 2,457.6 |
| (5120, 2, 64) | 1/3 | 16-QAM | 1,536.0 |
| (5120, 1, 64) | 1/3 | 16-QAM | 3,072.0 |

**Table 13.4.1.3.1.1-2. Modulation Parameters for the Optional Packet Formats on the Forward Traffic Channel**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Code Rate | Modulation Type | Nominal Data Rate (kbps) |
|---|---|---|---|
| (1024, 4, 64) | 1/5 | QPSK | 153.6 |
| (2048, 4, 64) | 1/3 | QPSK | 307.2 |
| (3072, 4, 64) | 1/3 | QPSK | 460.8 |
| (4096, 4, 64) | 1/3 | QPSK | 614.4 |
| (5120, 4, 64) | 1/3 | 8-PSK | 768.0 |
| (6144, 4, 64) | 1/3 | 16-QAM | 921.6 |
| (6144, 2, 64) | 1/3 | 64-QAM | 1,843.2 |
| (6144, 1, 64) | 1/3 | 64-QAM | 3,686.4 |
| (7168, 4, 64) | 1/3 | 16-QAM | 1,075.2 |
| (7168, 2, 64) | 1/3 | 64-QAM | 2,150.4 |
| (7168, 1, 64) | 1/3 | 64-QAM | 4300.8 |
| (8192, 4, 64) | 1/3 | 16-QAM | 1,228.8 |
| (8192, 2, 64) | 1/3 | 64-QAM | 2,457.6 |
| (8192, 1, 64) | 1/3 | 64-QAM | 4,915.2 |

The modulation parameters for the MAC Channel shall be as shown in Table 13.4.1.3.1.1-3.

Table 13.4.1.3.1.1-3. Modulation Parameters for the MAC Channel

| Parameter | RPC Channel | DRCLock Channel | RA Channel |
|---|---|---|---|
| Rate(bps) | 150 | 150/(DRCLockLength) | 600 |
| Bit Repetition Factor | 1 | DRCLockLength | 1 |
| Modulation (Channel) | BPSK(I or Q) | BPSK(I or Q) | BPSK(I) |
| Modulation Symbol Rate (sps) | 300 (for MAC indices less than 128) and 150 (for MAC indices greater than 128) | 300 (for MAC indices less than 128) and 150 (for MAC indices greater than 128) | 1,200 |
| Walsh Cover Length | 128 | 128 | 128 |
| Walsh Sequence Repetition Factor | 2  (for MAC indices less than 128) and 1 (for MAC indices greater than 128) | 2  (for MAC indices less than 128) and 1 (for MAC indices greater than 128) | 2 |
| PN Chips/Slot | 256 (for MAC indices below 128) and 128 (for MAC indices greater than 128) | 256  (for MAC indices below 128) and 128 (for MAC indices greater than 128) | 256 |
| PN Chips/Bit | 256  (for MAC indices less than 128) and 128 (for MAC indices greater than 128) | $256 \times$ DRCLockLength  (for MAC indices less than 128) and 128 (for MAC indices above 128) | 256 |

13.4.1.3.1.2 Data Rates

The Forward Traffic Channel corresponding to a forward CDMA channel shall support variable-data-rate transmission, as shown in Table 13.4.1.3.1.1-1 and should support variable-data-rate transmission as shown in Table 13.4.1.3.1.1-2.

The data rate of the Control Channel shall be 76.8 kbps (Transmission Format of (512, 4, 1024) or (1024, 8, 512)), 38.4 kbps (Transmission Format of (256, 4, 1024), (256, 4, 256), or (1024, 16, 1024)), or 19.2 kbps (Transmission Format of (128, 4, 1024) or (128, 4, 256)).

13.4.1.3.2 Forward Link Channels

13.4.1.3.2.1 Pilot Channel

A Pilot Channel shall be transmitted by the sector on each forward CDMA channel as described in 13.4.1.3.1. The Pilot Channel is an unmodulated signal that is used for synchronization and other functions by an access terminal operating within the coverage area of the sector.

TIA-856-B                                                    SUBTYPE 3 Physical Layer

13.4.1.3.2.1.1 Modulation

The Pilot Channel corresponding to a forward CDMA channel shall consist of all-'0' symbols transmitted on the I component only.

13.4.1.3.2.1.2 Orthogonal Spreading

The Pilot Channel corresponding to a forward CDMA channel shall be assigned Walsh cover 0.

13.4.1.3.2.1.3 Quadrature Spreading

See 13.3.1.3.12.

13.4.1.3.2.2 Forward MAC Channel

The Forward MAC Channel corresponding to a forward CDMA channel shall be composed of Walsh channels that are orthogonally covered and BPSK modulated or OOK (ON-OFF Keying) modulated on each phase of the carrier (either in-phase or quadrature phase. Each Walsh channel for each forward CDMA channel shall be identified by a ReverseLinkMACIndex value that is between 0 and 383 and defines a unique 128-ary Walsh cover and a unique modulation phase. The Walsh functions assigned to the ReverseLinkMACIndex values shall be as shown in Table 13.4.1.3.2.2-1.

**Table 13.4.1.3.2.2-1. Forward Link MAC Channel Assignment**

| ReverseLink MACIndex, i | Transmit Time | 128-ary Walsh Function | (T − FrameOffset) mod 4 = 3 | | (T − FrameOffset) mod 4 ≠ 3 | |
|---|---|---|---|---|---|---|
| | | | I-branch | Q-branch | I-branch | Q-branch |
| 4, 6, 8, ..., 62 | Both 1st and 2nd half of the slot | $W_{i/2}^{128}$ | RPC or RA | DRCLock (if RA is not transmitted on MAC Index i) | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) (if RA is not transmitted on MAC Index i) |
| 5 (if broadcast is not negotiated), 7, 9, ..., 63 | Both 1st and 2nd half of the slot | $W_{(i-1)/2+32}^{128}$ | DRCLock or RA | RPC (if RA is not transmitted on MAC Index i) | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) (if RA is not transmitted on MAC Index i) |
| 72,74,...,126 | Both 1st and 2nd half of the slot | $W_{i/2+32}^{128}$ | RPC or RA | DRCLock (if RA is not transmitt | ARQ (H-ARQ bit or L- | ARQ (P-ARQ bit) (if RA is not |

| ReverseLink MACIndex, i | Transmit Time | 128-ary Walsh Function | (T − FrameOffset) mod 4 = 3 | | (T − FrameOffset) mod 4 ≠ 3 | |
|---|---|---|---|---|---|---|
| | | | I-branch | Q-branch | I-branch | Q-branch |
| | | | | ed on MAC Index i) | ARQ bit) | transmitted on MAC Index i) |
| 73,75,....,127 | Both 1st and 2nd half of the slot | $W^{128}_{(i-1)/2+64}$ | DRCLock or RA | RPC (if RA is not transmitted on MAC Index i) | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) (if RA is not transmitted on MAC Index i) |
| 130, 132, ..., 190 | 1st half of the slot only | $W^{128}_{i/2}$ | RPC | DRCLock | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) |
| 131, 133, ... , 191 | 1st half of the slot only | $W^{128}_{(i-1)/2+32}$ | DRCLock | RPC | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) |
| 194, 196, ..., 254 | 1st half of the slot only | $W^{128}_{i/2+32}$ | RPC | DRCLock | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) |
| 195, 197, ... , 255 | 1st half of the slot only | $W^{128}_{(i-1)/2+64}$ | DRCLock | RPC | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) |
| 258, 260, ..., 318 | 2nd half of the slot only | $W^{128}_{i/2}$ | RPC | DRCLock | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) |
| 259, 261, ... , 319 | 2nd half of the slot only | $W^{128}_{(i-1)/2+32}$ | DRCLock | RPC | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) |
| 322, 324, ..., 382 | 2nd half of the slot only | $W^{128}_{i/2+32}$ | RPC | DRCLock | ARQ (H-ARQ bit or L-ARQ bit) | ARQ (P-ARQ bit) |

TIA-856-B                                                    SUBTYPE 3 Physical Layer

| ReverseLink MACIndex, i | Transmit Time | 128-ary Walsh Function | (T − FrameOffset) mod 4 = 3 | | (T − FrameOffset) mod 4 ≠ 3 | |
|---|---|---|---|---|---|---|
| | | | I-branch | Q-branch | I-branch | Q-branch |
| 323, 325, … , 383 | 2ⁿᵈ half of the slot only | $W^{128}_{(i-1)/2+64}$ | DRCLock | RPC | ARQ (P-ARQ bit) | ARQ (H-ARQ bit or L-ARQ bit) |

RPC Channels with even-numbered ReverseLinkMACIndex values shall be assigned to the in-phase (I) modulation phase, while those with odd-numbered ReverseLinkMACIndex values shall be assigned to the quadrature (Q) modulation phase. RPC Channels for each active reverse CDMA channel, shall be transmitted on the associated forward CDMA channel in slots T specified by the following equation:

$$(T-FrameOffset) \bmod 4 = 3,$$

where T is the CDMA System Time in slots and FrameOffset is the frame offset assigned to the access terminal.

The DRCLock Channel with even-numbered ReverseLinkMACIndex values shall be assigned to the quadrature (Q) modulation phase, while those with odd-numbered ReverseLinkMACIndex values shall be assigned to the in-phase (I) modulation phase. The DRCLock Channel for each active reverse CDMA channel, shall be transmitted on the associated forward CDMA channel in slots T specified by the following equation:

$$(T-FrameOffset) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

The ARQ Channel for each active reverse CDMA channel, shall not be transmitted on the associated forward CDMA channel in slots other than T specified by the following equation:

$$(T-FrameOffset) \bmod 4 \neq 3,$$

where T is the CDMA System Time in slots.

The H-ARQ bit, L-ARQ bit and P-ARQ bits shall be transmitted on the ARQ Channel using rules specified in 13.3.2.4.

When the H-ARQ bit is transmitted on the ARQ Channel with even-numbered ReverseLinkMACIndex values the H-ARQ bit shall be assigned to the in-phase (I) modulation phase. When the H-ARQ bit is transmitted on the ARQ Channel with odd-numbered ReverseLinkMACIndex values the H-ARQ bit shall be assigned to the quadrature (Q) modulation phase.

When the L-ARQ bit is transmitted on the ARQ Channel with even-numbered ReverseLinkMACIndex values the L-ARQ bit shall be assigned to the in-phase (I) modulation phase. When the L-ARQ bit is transmitted on the ARQ Channel with odd-numbered ReverseLinkMACIndex values the L-ARQ bit shall be assigned to the quadrature (Q) modulation phase.

When the P-ARQ bit is transmitted on the ARQ Channel with even-numbered ReverseLinkMACIndex values the P-ARQ bit shall be assigned to the quadrature (Q) modulation phase. When the P-ARQ bit is transmitted on the ARQ Channel with odd-numbered ReverseLinkMACIndex values the P-ARQ bit shall be assigned to the in-phase (I) modulation phase.

For MAC indices less than 128, the MAC symbol Walsh covers shall be transmitted two times per slot in four bursts of length 64 chips each. For MAC indices greater than or equal to 128 but less than 256, the MAC symbol Walsh covers shall be transmitted once per slot during the first half-slot in two bursts of length 64 chips each.  For MAC indices greater than or equal to 256 but less than 384, the MAC symbol Walsh covers shall be transmitted once per slot during the second half-slot in two bursts of length 4 chips each. These bursts shall be transmitted immediately preceding and following the pilot bursts of each slot. The MAC Channel use versus ReverseLinkMACIndex shall be as specified in Table 13.4.1.3.2.2-2. The Preamble use versus ReverseLinkMACIndex shall be as specified in Table 13.4.1.3.2.2-3.

Symbols of each MAC Channel shall be transmitted on one of the Walsh channels. The MAC channel gains may vary the relative power as a function of time. The orthogonal Walsh channels shall be scaled to maintain a constant total transmit power for each forward CDMA channel. The Walsh Channel gains can vary as a function of time.

**Table 13.4.1.3.2.2-2. MAC Channel Versus MACIndex**

| MACIndex | MAC Channel Use |
|---|---|
| 0 and 1 | Not Used |
| 2 | Not Used |
| 3 | Not Used |
| 4-63, 66-127 | Available for RPC Channel, DRCLock Channel, ARQ Channel, and RA Channel (if specified by the Route Update Protocol) |
| 64,65, 192-193, 256-257, 320-321, 384-512 | Not Used |
| 130-255, 258-319, 322-383 | Available for RPC Channel, DRCLock Channel and ,  ARQ Channel |

TIA-856-B                                                    SUBTYPE 3 Physical Layer

**Table 13.4.1.3.2.2-3. Preamble Use Versus MACIndex**

| MACIndex | Preamble Use | Preamble Length |
|----------|--------------|-----------------|
| 0 and 1 | Not Used | N/A |
| 2 | 76.8 kbps Control Channel<br><br>(1024, 8, 512) | 512 |
| 3 | 38.4 kbps Control Channel<br><br>(1024, 16, 1024) | 1024 |
| 4 | Available for Forward Traffic Channel Transmissions of Single User packets (if not assigned to RABMACIndex)<br><br>Available for Extension Preamble if assigned to RABMACIndex | Variable |
| 5 | Broadcast, Forward Traffic Channel or RABMACIndex (if Broadcast is not negotiated) | Variable |
| 64 and 65 | Not Used | N/A |
| 66 | Multi-User packet (if MUPPreambleBase equals 66)<br><br>(128, 4, 256)<br><br>(256, 4, 256)<br><br>(512, 4, 256)<br><br>(1024, 4, 256) | 256 |
| 67 | Multi-User packet (if MUPPreambleBase equals 66)<br><br>(2048, 4, 128) | 128 |
| 68 | Multi-User packet (if MUPPreambleBase equals 66)<br><br>(3072, 2, 64) | 64 |
| 69 | Multi-User packet (if MUPPreambleBase equals 66)<br><br>(4096, 2, 64) | 64 |
| 70 | Multi-User packet (if MUPPreambleBase equals 66)<br><br>(5120, 2, 64) | 64 |

| MACIndex | Preamble Use | Preamble Length |
|---|---|---|
| 71 | 19.2 kbps Control Channel (128, 4, 1024), (128, 4, 256) 38.4 kbps Control Channel (256, 4, 1024), (256, 4, 256) 76.8 kbps Control Channel (512, 4, 1024) | 256, 1024 |
| 6–63, 72-127, | Available for Forward Traffic Channel Transmissions of Single User packets (if not assigned to RABMACIndex) or Multi-User packets (if MUPPreambleBase not equal to 66) | Variable |
| 130-191, 194-255 | Available for Forward Traffic Channel Transmissions of Single User packets | Variable |
| 128-129, 192-193, 256-512, | Not Used | N/A |

13.4.1.3.2.2.1 Reverse Power Control Channel

The Reverse Power Control (RPC) Channel for each access terminal's active reverse CDMA channel with an open connection shall be assigned to one of the available MAC Channels on the associated forward CDMA channel. It is used for the transmission of the RPC bit stream associated with that reverse CDMA channel destined to that access terminal. On the forward CDMA channel, the RPC Channel and the DRCLock Channel shall be transmitted on the in-phase and quadrature-phase of the same MAC Channel according to the assignment defined in Table 13.4.1.3.2.2-1.  The RPC Channel for each active reverse CDMA channel shall be time-division multiplexed with the ARQ Channel for that reverse CDMA channel and transmitted in 1 slot out of every 4 slots.

The RPC data rate shall be 150 bps. For each active reverse CDMA channel, the access network shall transmit an RPC bit in every slot T on the forward link specified using the following equation:

$$(T - \text{FrameOffset}) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

For MAC indices less than 128, each RPC bit shall be transmitted two times in a slot in four bursts of 64 chips each. For MAC indices greater than or equal to 128 but less than 256, each RPC bit shall be transmitted once per slot during the first half of the slot in two bursts of 64 chips each.  For MAC indices greater than or equal to 256 but less than 384, each RPC bit shall be transmitted once per slot during the second half of the slot in two

bursts of 64 chips each. One burst shall be transmitted immediately preceding and following each pilot burst in a slot as shown in Figure 13.4.1.3.1-2.

13.4.1.3.2.2.2 DRCLock Channel

The DRCLock Channel for each access terminal's reverse CDMA channel with an open connection shall be assigned to one of the available MAC Channels on the associated forward CDMA channel It is used for the transmission of the DRCLock bit stream destined to that access terminal. On a forward CDMA channel, the RPC Channel and the DRCLock Channel for the corresponding reverse CDMA channel, shall be transmitted on the in-phase and quadrature phase of the same MAC Channel according to the assignment defined in Table 13.4.1.3.2.2-1. On a forwardCDMA channel, the DRCLock Channel shall be time-division multiplexed with the ARQ Channel and transmitted in one out of every 4 slots.

Each DRCLock bit shall be repeated and transmitted in DRCLockLength slots, where DRCLockLength is given as public data by the Forward Traffic Channel MAC Protocol. The DRCLock data rate shall be 150/(DRCLockLength) bps. For each active reverse CDMA channel of a given access terminal, the access network shall transmit a DRCLock bit on the associated forward CDMA channel in every slot T with

$$(T - \text{FrameOffset}) \bmod 4 = 3,$$

where T is the CDMA System Time in slots.

For MAC indices less than 128, each DRCLock bit shall be transmitted two times in a slot in bursts of 64 chips each. For MAC indices greater than or equal to 128 but less than 256, each DRCLock bit shall be transmitted once per slot during the first half of the slot in two bursts of 64 chips each. For MAC indices greater than or equal to 256 but less than 384, each DRCLock bit shall be transmitted once per slot during the second half of the slot in two bursts of 64 chips each. One burst shall be transmitted immediately preceding and following each pilot burst in a slot as shown in Figure 13.4.1.3.1-2. The value of the DRCLock bit may change only in slot T specified by the following equation:

$$(T - \text{FrameOffset}) \bmod (4 \times \text{DRCLockLength}) = 3,$$

where T is the CDMA System Time in slots.

13.4.1.3.2.2.3 Reverse Activity Channel

The Reverse Activity (RA) Channel shall transmit the Reverse Activity Bit (RAB) stream over the MAC Channel with the ReverseLinkMACIndices specified by the RABMACIndex corresponding to each of the pilots in the Active Set and are public data of the Route Update Protocol. Each RA bit shall be transmitted in every slot for every reverse CDMA channel and the RA Channel data rate shall be 600 bps. The RA bit in each slot shall be further repeated to form two symbols per slot for transmission.ARQ Channel.

Each sector of an access network shall transmit a positive acknowledgment (ACK) or a negative acknowledgment (NAK) in response to a physical layer packet using the ARQ Channel for each active reverse CDMA channel. The H-ARQ, L-ARQ and P-ARQ bits are transmitted on the ARQ Channel for each active reverse CDMA channel.

An H-ARQ bit is transmitted on the ARQ Channel by a sector in the access terminal's active set following the reception of all subpackets up to subpacket MaxNumSubPackets$I$-1 of a physical layer packet transmitted on interlace offset $I$, where MaxNumSubPackets$I$ is public data of the Reverse Traffic Channel MAC Protocol. The H-ARQ bit transmitted by a sector in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet transmitted in slots m−8, m−7, m−6, and m−5 was successfully received by the cell containing that sector. A sector transmits H-ARQ bits based on ARQMode if the sector is part of the serving, where ARQMode is public data of the Reverse Traffic Channel MAC Protocol. The ARQMode is a 1-bit value that indicates the modulation of the H-ARQ bit (Bi-Polar(+1 implies ACK and −1 implies NAK) Keying or ACK-oriented ON-OFF(+1 implies ACK and 0 implies NAK) Keying). ARQMode 0 implies that the H-ARQ bit transmitted by a sector that is part of the serving cell uses Bi-Polar Keying and ARQMode 1 implies that the H-ARQ bit is transmitted by a sector that is part of the serving cell uses ACK-oriented ON-OFF Keying. A sector transmits the H-ARQ bit to an access terminal using Bi-Polar Keying or ACK-oriented ON-OFF Keying if the sector is part of the serving cell. A sector transmits the H-ARQ bit using ACK-oriented ON-OFF Keying if it is not part of the serving cell.

A sector shall transmit H-ARQ bits based on ARQMode if the sector is part of the serving cell. The sector shall transmit the H-ARQ bit using Bi-Polar Keying or ACK-oriented ON-OFF Keying (+1 implies ACK and 0 implies NAK) in slots m, m+1, and m+2 following reception of all sub-packets up to subpacket MaxNumSubPackets$I$-1 of a physical layer packet transmitted on interlace offset $I$ in slots m−8, m−7, m−6, and m−5 if the sector is part of the serving cell. The sector shall transmit the H-ARQ bit using ACK-oriented ON-OFF Keying in slots m, m+1, and m+2 following reception of all sub-packets up to subpacket MaxNumSubPackets$I$-1 of a physical layer packet transmitted on interlace offset $I$ in slots m−8, m−7, m−6, and m−5 if the sector is not part of the serving cell.

An L-ARQ bit is transmitted on the ARQ Channel by a sector in the access terminal's active set following the reception of the (MaxNumSubPackets$I$+1)th sub-packet of a physical layer packet transmitted on interlace offset $I$. The L-ARQ bit is transmitted in slots m, m+1, and m+2 to indicate to the access terminal whether or not the physical layer packet transmitted in slots m−8, m−7, m−6, and m−5 was successfully received by the cell containing that sector.

The sector shall transmit the L-ARQ bit on the ARQ Channel using NAK-oriented ON-OFF Keying (0 implies ACK, −1 implies NAK) in slots m, m+1, and m+2 following reception of the (MaxNumSubPackets$I$+1)th sub-packet of a physical layer packet transmitted on interlace offset $I$ in slots m−8, m−7, m−6, and m−5.

A P-ARQ bit transmitted on the ARQ Channel by a sector in the access terminal's active set in slots m, m+1, and m+2 indicates to the access terminal whether or not the physical layer packet that was transmitted starting in slot m−(MaxNumSubPackets$I$+1)×12 on interlace offset $I$ was successfully received by the cell containing that sector. The access network shall transmit the P-ARQ bit using NAK-oriented ON-OFF Keying in slots m, m+1, and m+2 in response to a physical layer packet that was transmitted starting in slot m−(MaxNumSubPackets$I$+1)×12 on interlace offset $I$.

1   When the access network has received all slots of a physical layer packet or has
2   transmitted an ACK response, this protocol shall return a *ReverseTrafficCompleted*
3   indication.

4   The access network shall not forward the physical layer packet to a higher layer if the
5   physical layer packet was not successfully received.

6   Figure 13.3.2.4-1 shows the ARQ mechanism for a Reverse Traffic Channel physical layer
7   packet transmitted over all four sub-packets, where MaxNumSubPackets*I* equals to three
8   for that interlace. In this case, the access network transmits NAK responses on the ARQ
9   Channel using the H-ARQ bits after the first three sub-packets of the physical layer packet
10  are transmitted by the access terminal indicating that it was unable to successfully receive
11  the Reverse Traffic Channel packet after the first, second, and third sub-packets. After the
12  fourth sub-packet the sector transmits an ACK using the L-ARQ bit and the P-ARQ bit
13  indicating that the sector successfully received the Reverse Traffic Channel physical layer
14  packet.

15  Figure 13.3.2.4-2 shows the ARQ mechanism for a Reverse Traffic Channel physical layer
16  packet transmitted over two sub-packets, where MaxNumSubPackets*I* equals to three for
17  that interlace. In this example, the access network transmits an ACK response on the ARQ
18  Channel using the H-ARQ bit after the second sub-packet is transmitted by the access
19  terminal indicating that it has successfully received the physical layer packet. Following
20  reception of a positive acknowledgment on the ARQ Channel, the access terminal does not
21  transmit the remaining slots of the physical layer packet. The access terminal may begin
22  transmission of a new physical layer packet on that interlace. The access network
23  transmits an ACK on the ARQ Channel using the P-ARQ bit in sub-frame n+12.

24  Figure 13.3.2.4-3 shows failure to terminate a Reverse Traffic Channel physical layer
25  packet transmitted over all four sub-packets, where MaxNumSubPackets*I* equals to three
26  for that interlace. In this case, the access network transmits NAK responses on the ARQ
27  Channel using the H-ARQ bit after the first three sub-packets of the physical layer packet
28  are transmitted by the access terminal indicating that it was unable to correctly receive the
29  Reverse Traffic Channel packet after the first, second and third sub-packets. After the
30  fourth sub-packet the access network transmits an NAK on the ARQ Channel using both
31  the L-ARQ bit and the P-ARQ bit indicating that it was unable to successfully receive the
32  packet.

33  13.4.1.3.2.3 Forward Traffic Channel

34  13.4.1.3.2.3.1 Forward Traffic Channel Preamble

35  A preamble sequence shall be transmitted with each Forward Traffic Channel and Control
36  Channel physical layer packet in order to assist the access terminal with synchronization
37  of each variable-rate transmission.

38  The preamble shall consist of all-'0' symbols. The preamble shall be transmitted on the in-
39  phase component for ForwardTrafficMACIndex less than 128 and shall be transmitted on
40  the quadrature-phase component for ForwardTrafficMACIndex greater than 128. The
41  preamble shall be time multiplexed into the Forward Traffic Channel stream as described
42  in 13.4.1.3.3. The preamble sequence shall be covered by a 128-chip bi-orthogonal

sequence and the sequence shall be repeated several times depending on the transmit mode. The bi-orthogonal sequence shall be specified in terms of the 128-ary Walsh functions and their bit-by-bit complements by

$$\mathbf{W}_{i/2}^{\mathbf{128}} \text{ for } i = 0, 2, ...., 254$$

$$\overline{\mathbf{W}_{(i-1)/2}^{\mathbf{128}}} \text{ for } i = 1, 3, ...., 255$$

where $i = 0, 1, ..., 255$ is the ForwardTrafficMACIndex value and $\overline{\mathbf{W}_i^{\mathbf{128}}}$ is the bit-by-bit complement of the 128-chip Walsh function of order i. The channel type versus ForwardTrafficMACIndex mapping for the preamble shall be as specified in Table 13.4.1.3.2.2-2. The 128-chip preamble repetition factor shall be as specified in Table 13.4.1.3.2.3.1-1. The access network shall transmit only the first 64-chips of the 128-ary Walsh function for repetition factor of 0.5.

An extension preamble shall be transmitted with each Forward Traffic Channel physical layer packet if ExtendedSpansEnabled is equal to '1' in slots as shown in Table 13.4.1.3.2.3.1-2.

The extension preamble shall consist of all '0' symbols transmitted on the in-phase component only. The extension preamble shall be time multiplexed into the Forward Traffic Channel stream. The extension preamble shall be covered by the 128-chip walsh sequence $\mathbf{W}_2^{128}$ and this sequence shall be repeated several times and the repetition factor shall be as specified in Table 13.4.1.3.2.3.1-1.

TIA-856-B                                          SUBTYPE 3 Physical Layer

**Table 13.4.1.3.2.3.1-1. Preamble Repetition**

| Transmission Format (Physical Layer Packet Size(bits), Termination Target(slots), Preamble Length (chips)) | 128 chip Preamble Sequence Repetition |
|---|---|
| (128, 16, 1024) | 8 |
| (128, 4, 1024) | 8 |
| (128, 8, 512) | 4 |
| (128, 4, 256) | 2 |
| (128, 2, 128) | 1 |
| (128, 1, 64) | 0.5 |
| (256, 16, 1024) | 8 |
| (256, 4, 1024) | 8 |
| (256, 8, 512) | 4 |
| (256, 4, 256) | 2 |
| (256, 2, 128) | 1 |
| (256, 1, 64) | 0.5 |
| (512, 16, 1024) | 8 |
| (512, 4, 1024) | 8 |
| (512, 8, 512) | 4 |
| (512, 4, 256) | 2 |
| (512, 4, 128) | 1 |
| (512, 2, 128) | 1 |
| (512, 2, 64) | 1 |
| (512, 1, 64) | 1 |
| (1024, 16, 1024) | 8 |
| (1024, 8, 512) | 4 |
| (1024, 4, 256) | 2 |
| (1024, 4, 128) | 1 |
| (1024, 4, 64) | 0.5 |
| (1024, 2, 128) | 1 |
| (1024, 2, 64) | 0.5 |
| (1024, 1, 64) | 0.5 |
| (2048, 4, 128) | 1 |

| Transmission Format (Physical Layer Packet Size(bits), Termination Target(slots), Preamble Length (chips)) | 128 chip Preamble Sequence Repetition |
|---|---|
| (2048, 4, 64) | 0.5 |
| (2048, 2, 64) | 0.5 |
| (2048, 1, 64) | 0.5 |
| (3072, 2, 64) | 0.5 |
| (3072, 1, 64) | 0.5 |
| (4096, 2, 64) | 0.5 |
| (4096, 1, 64) | 0.5 |
| (5120, 2, 64) | 0.5 |
| (5120, 1, 64) | 0.5 |
| (6144, 4, 64) | 0.5 |
| (7168, 4, 64) | 0.5 |
| (8192, 4, 64) | 0.5 |

1

TIA-856-B                                                    SUBTYPE 3 Physical Layer

Table 13.4.1.3.2.3.1-2.  Extended Span and Extension Preamble Transmit Slot and Repetition

| Canonical Single User Transmission Format | Termination Target (slots) | Maximum Span (slots) | 128-chip Extension Preamble Repetition | Extension Preamble Transmit slot |
|---|---|---|---|---|
| (1024, 16, 1024) | 16 | 16 | NA | NA |
| (1024, 16, 1024) | 16 | 16 | NA | NA |
| (1024, 8, 512) | 8 | 8 | NA | NA |
| (1024, 4, 256) | 4 | 8 | 2 | 5 |
| (1024, 2, 128) | 2 | 4 | 1 | 3 |
| (2048, 4, 128) | 4 | 8 | 1 | 5 |
| (1024, 1, 64) | 1 | 4 | 0.5 | 3 |
| (2048, 2, 64) | 2 | 4 | 0.5 | 3 |
| (3072, 2, 64) | 2 | 4 | 0.5 | 3 |
| (2048, 1, 64) | 1 | 4 | 0.5 | 3 |
| (4096, 2, 64) | 2 | 4 | 0.5 | 3 |
| (3072, 1, 64) | 1 | 4 | 0.5 | 3 |
| (4096, 1, 64) | 1 | 4 | 0.5 | 3 |
| (5120, 2, 64) | 2 | 4 | 0.5 | 3 |
| (5120, 1, 64) | 1 | 4 | 0.5 | 3 |
| (3072, 4, 64) | 4 | 8 | 0.5 | 3 |
| (4096, 4, 64) | 4 | 8 | 0.5 | 5 |
| (5120, 4, 64) | 4 | 8 | 0.5 | 5 |
| (6144, 4, 64) | 4 | 8 | 0.5 | 5 |
| (7168, 4, 64) | 4 | 8 | 0.5 | 5 |
| (8192, 4, 64) | 4 | 8 | 0.5 | 5 |
| (6144, 2, 64) | 2 | 4 | 0.5 | 3 |
| (7168, 2, 64) | 2 | 4 | 0.5 | 3 |
| (8192, 2, 64) | 2 | 4 | 0.5 | 3 |
| (6144, 1, 64) | 1 | 4 | 0.5 | 3 |
| (7168, 1, 64) | 1 | 4 | 0.5 | 3 |
| (8192, 1, 64) | 1 | 4 | 0.5 | 3 |

1   13.4.1.3.2.3.2 Encoding

2   The Forward Traffic Channel physical layer packets and the Control Channel physical layer
3   packets shall be encoded with code rates of R = 1/3 or 1/5. The encoder shall discard the
4   6-bit TAIL field of the physical layer packet inputs and encode the remaining bits with a
5   parallel turbo encoder, as specified in 13.4.1.3.2.3.2.1. The turbo encoder will add an
6   internally generated tail of 6/R output code symbols, so that the total number of output
7   symbols is 1/R times the number of bits in the input physical layer packet.

8   Figure 13.4.1.3.2.3.2-1 illustrates the forward link encoding approach. The forward link
9   encoder parameters shall be as specified in Table 13.4.1.3.2.3-1.



11   **Figure 13.4.1.3.2.3.2-1. Forward Link Encoder**

TIA-856-B                                                    SUBTYPE 3 Physical Layer

1

**Table 13.4.1.3.2.3.2-1. Parameters of the Forward Link Encoder**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Turbo Encoder Input Bits | Code Rate | Turbo Encoder Output Symbols |
|---|---|---|---|
| (128, 16, 1024) | 122 | 1/5 | 640 |
| (128, 4, 1024) | 122 | 1/5 | 640 |
| (128, 8, 512) | 122 | 1/5 | 640 |
| (128, 4, 256) | 122 | 1/5 | 640 |
| (128, 2, 128) | 122 | 1/5 | 640 |
| (128, 1, 64) | 122 | 1/5 | 640 |
| (256, 16, 1024) | 250 | 1/5 | 1,280 |
| (256, 4, 1024) | 250 | 1/5 | 1,280 |
| (256, 8, 512) | 250 | 1/5 | 1,280 |
| (256, 4, 256) | 250 | 1/5 | 1,280 |
| (256, 2, 128) | 250 | 1/5 | 1,280 |
| (256, 1, 64) | 250 | 1/5 | 1,280 |
| (512, 16, 1024) | 506 | 1/5 | 2,560 |
| (512, 4, 1024) | 506 | 1/5 | 2,560 |
| (512, 8, 512) | 506 | 1/5 | 2,560 |
| (512, 4, 256) | 506 | 1/5 | 2,560 |
| (512, 4, 128) | 506 | 1/5 | 2,560 |
| (512, 2, 128) | 506 | 1/5 | 2,560 |
| (512, 2, 64) | 506 | 1/5 | 2,560 |
| (512, 1, 64) | 506 | 1/5 | 2,560 |
| (1024, 16, 1024) | 1,018 | 1/5 | 5,120 |
| (1024, 8, 512) | 1,018 | 1/5 | 5,120 |
| (1024, 4, 256) | 1,018 | 1/5 | 5,120 |
| (1024, 4, 128) | 1,018 | 1/5 | 5,120 |
| (1024, 4, 64) | 1,018 | 1/5 | 5,120 |
| (1024, 2, 128) | 1,018 | 1/5 | 5,120 |
| (1024, 2, 64) | 1,018 | 1/5 | 5,120 |
| (1024, 1, 64) | 1,018 | 1/3 | 3,072 |
| (2048, 4, 128) | 2,042 | 1/3 | 6,144 |

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Turbo Encoder Input Bits | Code Rate | Turbo Encoder Output Symbols |
|---|---|---|---|
| (2048, 4, 64) | 2,042 | 1/3 | 6,144 |
| (2048, 2, 64) | 2,042 | 1/3 | 6,144 |
| (2048, 1, 64) | 2,042 | 1/3 | 6,144 |
| (3072, 4, 64) | 3,066 | 1/3 | 9,216 |
| (3072, 2, 64) | 3,066 | 1/3 | 9,216 |
| (3072, 1, 64) | 3,066 | 1/3 | 9,216 |
| (4096, 4, 64) | 4,090 | 1/3 | 12,288 |
| (4096, 2, 64) | 4,090 | 1/3 | 12,288 |
| (4096, 1, 64) | 4,090 | 1/3 | 12,288 |
| (5120, 4, 64) | 5,114 | 1/3 | 15,360 |
| (5120, 2, 64) | 5,114 | 1/3 | 15,360 |
| (5120, 1, 64) | 5,114 | 1/3 | 15,360 |
| (6144, 4, 64) | 6,138 | 1/3 | 18,432 |
| (6144, 2, 64) | 6,138 | 1/3 | 18,432 |
| (6144, 1, 64) | 6,138 | 1/3 | 18,432 |
| (7168, 4, 64) | 7,162 | 1/3 | 21,504 |
| (7168, 2, 64) | 7,162 | 1/3 | 21,504 |
| (7168, 1, 64) | 7,162 | 1/3 | 21,504 |
| (8192, 4, 64) | 8,186 | 1/3 | 24,576 |
| (8192, 2, 64) | 8,186 | 1/3 | 24,576 |
| (8192, 1, 64) | 8,186 | 1/3 | 24,576 |

13.4.1.3.2.3.2.1 Turbo Encoder

The turbo encoder employs two systematic, recursive, convolutional encoders connected in parallel, with an interleaver, the turbo interleaver, preceding the second recursive convolutional encoder. The two recursive convolutional codes are called the constituent codes of the turbo code. The outputs of the constituent encoders are punctured and repeated to achieve the desired number of turbo encoder output symbols.

The transfer function for the constituent code shall be

$$G(D) \ = \ \left[ 1 \quad \frac{n_0(D)}{d(D)} \quad \frac{n_1(D)}{d(D)} \right]$$

where $d(D) = 1 + D^2 + D^3$, $n_0(D) = 1 + D + D^3$, and $n_1(D) = 1 + D + D^2 + D^3$.

The turbo encoder shall generate an output symbol sequence that is identical to the one generated by the encoder shown in Figure 13.4.1.3.2.3.2.1-1. Initially, the states of the constituent encoder registers in this figure are set to zero. Then, the constituent encoders are clocked with the switches in the positions noted.

Let $N_{turbo}$ be the number of bits into the turbo encoder after the 6-bit physical layer packet TAIL field is discarded. Then, the encoded data output symbols are generated by clocking the constituent encoders $N_{turbo}$ times with the switches in the up positions and puncturing the outputs as specified in Table 13.4.1.3.2.3.2.1-1. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first. Symbol repetition is not used in generating the encoded data output symbols.

The turbo encoder shall generate $6/R$ tail output symbols following the encoded data output symbols. This tail output symbol sequence shall be identical to the one generated by the encoder shown in Figure 13.4.1.3.2.3.2.1-1. The tail output symbols are generated after the constituent encoders have been clocked $N_{turbo}$ times with the switches in the up position. The first $3/R$ tail output symbols are generated by clocking Constituent Encoder 1 three times with its switch in the down position while Constituent Encoder 2 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The last $3/R$ tail output symbols are generated by clocking Constituent Encoder 2 three times with its switch in the down position while Constituent Encoder 1 is not clocked and puncturing and repeating the resulting constituent encoder output symbols. The constituent encoder outputs for each bit period shall be output in the sequence X, $Y_0$, $Y_1$, X', $Y'_0$, $Y'_1$ with the X output first.

The constituent encoder output symbol puncturing for the tail symbols shall be as specified in Table 13.4.1.3.2.3.2.1-2. Within a puncturing pattern, a '0' means that the symbol shall be deleted and a '1' means that the symbol shall be passed onwards. For rate-1/5 turbo codes, the tail output code symbols for each of the first three tail bit periods shall be punctured and repeated to achieve the sequence $XXY_0Y_1Y_1$, and the tail output code symbols for each of the last three tail bit periods shall be punctured and repeated to achieve the sequence $X'X'Y'_0Y'_1Y'_1$. For rate-1/3 turbo codes, the tail output symbols for each of the first three tail bit periods shall be $XXY_0$, and the tail output symbols for each of the last three tail bit periods shall be $X'X'Y'_0$.



**Figure 13.4.1.3.2.3.2.1-1. Turbo Encoder**

TIA-856-B                                                    SUBTYPE 3 Physical Layer

**Table 13.4.1.3.2.3.2.1-1. Puncturing Patterns for the Data Bit Periods**

|        | Code Rate | |
|--------|-----------|-----------|
| Output | 1/3 | 1/5 |
| X | 1 | 1 |
| $Y_0$ | 1 | 1 |
| $Y_1$ | 0 | 1 |
| X′ | 0 | 0 |
| $Y'_0$ | 1 | 1 |
| $Y'_1$ | 0 | 1 |

Note: For each rate, the puncturing table shall be read
from top to bottom.

**Table 13.4.1.3.2.3.2.1-2. Puncturing Patterns for the Tail Bit Periods**

|        | Code Rate | |
|--------|-----------|-----------|
| Output | 1/3 | 1/5 |
| X | 111 000 | 111 000 |
| $Y_0$ | 111 000 | 111 000 |
| $Y_1$ | 000 000 | 111 000 |
| X′ | 000 111 | 000 111 |
| $Y'_0$ | 000 111 | 000 111 |
| $Y'_1$ | 000 000 | 000 111 |

Note: For rate-1/3 turbo codes, the puncturing table shall be
read first from top to bottom repeating X and X′, and then from
left to right. For rate-1/5 turbo codes, the puncturing table shall
be read first from top to bottom repeating X, X′, $Y_1$, and $Y'_1$ and
then from left to right.

13.4.1.3.2.3.2.2 Turbo Interleaver

The turbo interleaver, which is part of the turbo encoder, shall block interleave the turbo
encoder input data that is fed to Constituent Encoder 2.

The turbo interleaver shall be functionally equivalent to an approach where the entire
sequence of turbo interleaver input bits are written sequentially into an array at a sequence
of addresses, and then the entire sequence is read out from a sequence of addresses that
are defined by the procedure described below.

SUBTYPE 3 Physical Layer                                                    TIA-856-B

Let the sequence of input addresses be from 0 to $N_{turbo} - 1$. Then, the sequence of interleaver output addresses shall be equivalent to those generated by the procedure illustrated in Figure 13.4.1.3.2.3.2.2-1 and described below.[160]

1. Determine the turbo interleaver parameter, n, where n is the smallest integer such that $N_{turbo} \leq 2^{n+5}$. Table 13.4.1.3.2.3.2.2-1 gives this parameter for the different physical layer packet sizes.

2. Initialize an (n + 5)-bit counter to 0.

3. Extract the n most significant bits (MSBs) from the counter and add one to form a new value. Then, discard all except the n least significant bits (LSBs) of this value.

4. Obtain the n-bit output of the table lookup defined in Table 13.4.1.3.2.3.2.2-2 with a read address equal to the five LSBs of the counter. Note that this table depends on the value of n.

5. Multiply the values obtained in Steps 3 and 4, and discard all except the n LSBs.

6. Bit-reverse the five LSBs of the counter.

7. Form a tentative output address that has its MSBs equal to the value obtained in Step 6 and its LSBs equal to the value obtained in Step 5.

8. Accept the tentative output address as an output address if it is less than $N_{turbo}$; otherwise, discard it.

9. Increment the counter and repeat Steps 3 through 8 until all $N_{turbo}$ interleaver output addresses are obtained.



**Figure 13.4.1.3.2.3.2.2-1. Turbo Interleaver Output Address Calculation Procedure**

---

[160] This procedure is equivalent to one where the counter values are written into a $2^5$-row by $2^n$-column array by rows, the rows are shuffled according to a bit-reversal rule, the elements within each row are permuted according to a row-specific linear congruential sequence, and tentative output addresses are read out by column. The linear congruential sequence rule is x(i + 1) = (x(i) + c) mod $2^n$, where x(0) = c and c is a row-specific value from a table lookup.

1

**Table 13.4.1.3.2.3.2.2-1. Turbo Interleaver Parameter**

| Physical Layer Packet Size | Turbo Interleaver Block Size $N_{turbo}$ | Turbo Interleaver Parameter n |
|:---:|:---:|:---:|
| 128 | 122 | 2 |
| 256 | 250 | 3 |
| 512 | 506 | 4 |
| 1,024 | 1,018 | 5 |
| 2,048 | 2,042 | 6 |
| 3,072 | 3,066 | 7 |
| 4,096 | 4,090 | 7 |
| 5,120 | 5,114 | 8 |

2

**Table 13.4.1.3.2.3.2.2-2. Turbo Interleaver Lookup Table Definition**

| Table Index | n = 2 Entries | n = 3 Entries | n = 4 Entries | n = 5 Entries | n = 6 Entries | n = 7 Entries | n = 8 Entries |
|---|---|---|---|---|---|---|---|
| 0 | 3 | 1 | 5 | 27 | 3 | 15 | 3 |
| 1 | 3 | 1 | 15 | 3 | 27 | 127 | 1 |
| 2 | 3 | 3 | 5 | 1 | 15 | 89 | 5 |
| 3 | 1 | 5 | 15 | 15 | 13 | 1 | 83 |
| 4 | 3 | 1 | 1 | 13 | 29 | 31 | 19 |
| 5 | 1 | 5 | 9 | 17 | 5 | 15 | 179 |
| 6 | 3 | 1 | 9 | 23 | 1 | 61 | 19 |
| 7 | 1 | 5 | 15 | 13 | 31 | 47 | 99 |
| 8 | 1 | 3 | 13 | 9 | 3 | 127 | 23 |
| 9 | 1 | 5 | 15 | 3 | 9 | 17 | 1 |
| 10 | 3 | 3 | 7 | 15 | 15 | 119 | 3 |
| 11 | 1 | 5 | 11 | 3 | 31 | 15 | 13 |
| 12 | 1 | 3 | 15 | 13 | 17 | 57 | 13 |
| 13 | 1 | 5 | 3 | 1 | 5 | 123 | 3 |
| 14 | 1 | 5 | 15 | 13 | 39 | 95 | 17 |
| 15 | 3 | 1 | 5 | 29 | 1 | 5 | 1 |
| 16 | 3 | 3 | 13 | 21 | 19 | 85 | 63 |
| 17 | 1 | 5 | 15 | 19 | 27 | 17 | 131 |
| 18 | 3 | 3 | 9 | 1 | 15 | 55 | 17 |
| 19 | 3 | 5 | 3 | 3 | 13 | 57 | 131 |
| 20 | 3 | 3 | 1 | 29 | 45 | 15 | 211 |
| 21 | 1 | 5 | 3 | 17 | 5 | 41 | 173 |
| 22 | 3 | 5 | 15 | 25 | 33 | 93 | 231 |
| 23 | 1 | 5 | 1 | 29 | 15 | 87 | 171 |
| 24 | 3 | 1 | 13 | 9 | 13 | 63 | 23 |
| 25 | 1 | 5 | 1 | 13 | 9 | 15 | 147 |
| 26 | 3 | 1 | 9 | 23 | 15 | 13 | 243 |
| 27 | 1 | 5 | 15 | 13 | 31 | 15 | 213 |
| 28 | 3 | 3 | 11 | 13 | 17 | 81 | 189 |
| 29 | 1 | 5 | 3 | 1 | 5 | 57 | 51 |
| 30 | 1 | 5 | 15 | 13 | 15 | 31 | 15 |
| 31 | 3 | 3 | 5 | 13 | 33 | 69 | 67 |

1   13.4.1.3.2.3.3 Scrambling

2   The output of the encoder shall be scrambled to randomize the data prior to modulation.

3   The scrambling sequence shall be equivalent to one generated with a 17-tap linear

4   feedback shift register with a generator sequence of $h(D) = D^{17} + D^{14} + 1$, as shown in

5   Figure 13.4.1.3.2.3.3-1. At the start of the physical layer packet, the shift register shall be

6   initialized to the state $[1\ \overline{r_7}\ \overline{d_4}\ b_2\ b_1\ b_0\ \overline{r_6}\ r_5\ r_4\ r_3\ r_2\ r_1\ r_0\ d_3\ d_2\ d_1\ d_0]$. The $r_7 r_6 r_6 r_5 r_4 r_3 r_2 r_1 r_0$

7   bits shall be equal to the 8-bit ForwardTrafficMACIndex value (see Table 13.4.1.3.2.2-2)

8   with $r_7 = 0$ if MACIndexBits = 0x00 and shall be equal to the 8-bit ForwardTrafficMACIndex

9   value if MACIndexBits = 0x01. The $d_4 d_3 d_2 d_1 d_0$ bits and the $b_2 b_1 b_0$ bits shall as specified

10  in Table 13.4.1.3.2.3.3-1. The initial state shall generate the first scrambling bit. The shift

11  register shall be clocked once for every encoder output code symbol to generate a bit of the

12  scrambling sequence. Every encoder output code symbol shall be XOR'd with the

13  corresponding bit of the scrambling sequence to yield a scrambled encoded bit.' The

14  scrambler initial state that is used to generate the data bits for an extension slot of a

15  packet shall be the same as that used to generate the data bits for the first slot of the

16  corresponding packet.

SUBTYPE 3 Physical Layer                                                TIA-856-B

1       **Table 13.4.1.3.2.3.3-1. Parameters Controlling the Scrambler Initial State**

| Transmission Format (Physical Layer Packet Size (bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | $b_2$ | $b_1$ | $b_0$ | $d_4$ | $d_3$ | $d_2$ | $d_1$ | $d_0$ | Nominal Data Rate (kbps) |
|---|---|---|---|---|---|---|---|---|---|
| (128, 16, 1024) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4.8 |
| (128, 8, 512) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 9.6 |
| (128, 4, 256) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19.2 |
| (128, 4, 1024) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19.2 |
| (128, 2, 128) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 38.4 |
| (128, 1, 64) | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 76.8 |
| (256, 16, 1024) | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 9.6 |
| (256, 8, 512) | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 19.2 |
| (256, 4, 256) | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 38.4 |
| (256, 4, 1024) | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 38.4 |
| (256, 2, 128) | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 76.8 |
| (256, 1, 64) | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 153.6 |
| (512, 16, 1024) | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 19.2 |
| (512, 8, 512) | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 38.4 |
| (512, 4, 256) | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 76.8 |
| (512, 4, 1024) | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 76.8 |
| (512, 4, 128) | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 76.8 |
| (512, 2, 128) | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 153.6 |
| (512, 2, 64) | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 153.6 |
| (512, 1, 64) | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 307.2 |
| (1024, 16, 1024) | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 38.4 |
| (1024, 8, 512) | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 76.8 |
| (1024, 4, 256) | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 153.6 |
| (1024, 4, 128) | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 153.6 |
| (1024, 4, 64) | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 153.6 |
| (1024, 2, 128) | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 307.2 |

TIA-856-B                                                SUBTYPE 3 Physical Layer

| Transmission Format (Physical Layer Packet Size (bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | $b_2$ | $b_1$ | $b_0$ | $d_4$ | $d_3$ | $d_2$ | $d_1$ | $d_0$ | Nominal Data Rate (kbps) |
|---|---|---|---|---|---|---|---|---|---|
| (1024, 2, 64) | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 307.2 |
| (1024, 1, 64) | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 614.4 |
| (2048, 4, 128) | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 307.2 |
| (2048, 4, 64) | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 307.2 |
| (2048, 2, 64) | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 614.4 |
| (2048, 1, 64) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1228.8 |
| (3,072, 4, 64) | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 460.8 |
| (3072, 2, 64) | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 921.6 |
| (3072, 1, 64) | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1843.2 |
| (4096, 4, 64) | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 614.4 |
| (4096, 2, 64) | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1228.8 |
| (4096, 1, 64) | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 2457.6 |
| (5120, 4, 64) | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 768.0 |
| (5120, 2, 64) | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1536.0 |
| (5120, 1, 64) | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 3072.0 |
| (6144, 4, 64) | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 921.6 |
| (6144, 2, 64) | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1,843.2 |
| (6144, 1, 64) | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 3,686.4 |
| (7168, 4, 64) | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 1,075.2 |
| (7168, 2, 64) | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 2,150.4 |
| (7168, 1, 64) | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 4,300.8 |
| (8192, 4, 64) | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 1,228.8 |
| (8192, 2, 64) | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 2,457.6 |
| (8192, 1, 64) | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 4,915.2 |

1

2



**Figure 13.4.1.3.2.3.3-1. Symbol Scrambler**

13.4.1.3.2.3.4 Channel Interleaving

The sequence of binary symbols at the output of the encoder shall be interleaved with a Channel Interleaver. Channel interleaving shall consist of a Symbol Reordering stage followed by a Matrix Interleaving stage which is followed by a Short Sequence Repetition Stage.

The packet length, N (including data and tail bits) is expressed as $N = R \times K \times 2^m - L$ where R, K, L and m are non-negative integers. The channel interleaver is described in terms of the parameters R, K, L, m, a short-packet wrap-around parameter W, and an end-around-shift parameter D.

13.4.1.3.2.3.4.1 Symbol Reordering

The scrambled turbo encoder data and tail output symbols generated with the rate-1/5 encoder shall be reordered according to the following procedure:

1. All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into five sequences denoted U, $V_0$, $V_1$, $V'_0$, and $V'_1$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_1$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V_1$ sequence, the fourth to the $V'_0$ sequence, the fifth to the $V'_1$ sequence, the sixth to the U sequence, etc.

2. The U, $V_0$, $V_1$, $V'_0$, and $V'_1$ sequences shall be ordered according to $UV_0V'_0V_1V'_1$. That is, the U sequence of symbols shall be first and the $V'_1$ sequence of symbols shall be last.

TIA-856-B                                                      SUBTYPE 3 Physical Layer

The scrambled turbo encoder data and tail output symbols generated with the rate-1/3 encoder shall be reordered according to the following procedure:

1. All of the scrambled data and tail turbo encoder output symbols shall be demultiplexed into three sequences denoted U, $V_0$ and $V'_0$. The scrambled encoder output symbols shall be sequentially distributed from the U sequence to the $V'_0$ sequence with the first scrambled encoder output symbol going to the U sequence, the second to the $V_0$ sequence, the third to the $V'_0$ sequence, the fourth to the U sequence, etc.

2. The U, $V_0$ and $V'_0$ sequences shall be ordered according to $U V_0 V'_0$. That is, the U sequence of symbols shall be first and the $V'_0$ sequence of symbols shall be last.

13.4.1.3.2.3.4.2 Matrix Interleaving

The Matrix Interleaving operation is carried out in the following steps:

1. The N symbols of the U-sequence symbols followed by L zeros are written into a 3-dimensional cuboidal array with R rows, $C \equiv 2^m$ columns, and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol (($r \times C + c) \times K + k$), where $0 \le i < N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where, $0 \le r < R$, $0 \le c < C$, and $0 \le k < K$.

2. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by $(c \times K + k)$ mod R. In other words, matrix[ r ] [ c ] [ k ] is transformed to matrix[$(r + c \times K + k)$ mod R] [c] [k].

3. The linear array of $C \equiv 2^m$ symbols, at each given level and row, is bit-reverse interleaved (based on column-index).

4. If K = 5, then the symbols at level given by $\lfloor K/2 \rfloor$ are swapped with symbols at level 1 (k=1). Otherwise, the symbols at level given by k are moved to level given by $(79 \times k)$ mod K. In other words, symbols at [r][c][k] is transformed to [r][c][$(79 \times k)$ mod K] for all r, c, and k.

5. Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol (($k \times C + c) \times R + r$), where $0 \le i < N$ comes from the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level where, $0 \le r < R$, $0 \le c < C$, and $0 \le k < K$.

6. The N symbols of the $V_0$ sequence followed by L zeros, followed by the N symbols of the $V_0'$ sequence are written into with R rows followed by L zeros, $C \equiv 2^{m+1}$ columns and K levels. Symbols are written into the 3-dimensional array with level-index incrementing first, followed by column-index, followed by row-index. In other words, the $i^{th}$ incoming symbol (($r \times C + c) \times K + k$), where $0 \le i < 2 \times N$ goes into the $r^{th}$ row, $c^{th}$ column, and $k^{th}$ level, where $0 \le r < R$, $0 \le c < C$, and $0 \le k < K$.

7. The linear array of R symbols, at the $c^{th}$ column and $k^{th}$ level, is end-around-shifted by the amount $\lfloor (K \times c + k) / D \rfloor$ mod R. In other words, matrix[r][c][k] is transformed to matrix[$r + \lfloor (K \times c + k) / D \rfloor$ mod R][c] [k].

8.  The linear array of $C \equiv 2^{m+1}$ symbols, at each given level and row, is bit-reverse interleaved (based on column-index).

9.  If  K = 5, then the symbols at level $\lfloor K/2 \rfloor$ are swapped with symbols at level 1 (k=1). ).  Otherwise, the symbols at level given by k are moved to level given by (79 × k) mod K.  In other words, symbol at position [r][c][k] is moved to [r][c][(79 × k) mod K] for all r, c, and k.

10. Symbols from the cuboidal array are read out with row-index incrementing first, followed by column-index, followed by level-index. In other words, the $i^{th}$ output symbol ((k × C + c) × R + r), where $0 \leq i < 2 \times N$ comes from the $r^{th}$ row, $c^{th}$ column and $k^{th}$ level , where, $0 \leq r < R$ , $0 \leq c < C$, and $0 \leq k < K$.

11. The sequence of $V_1$ and $V_1{}'$ symbols are processed similar to the $V_0$ and $V_0{}'$ symbols, as described in 6 through 10.

13.4.1.3.2.3.4.3 Short Sequence Repetition

If the total number of symbols (3 × N or 5 × N) output by the Matrix Interleaving stage as described above is less than the wrap-around parameter W, then the output sequence is repeated partially or fully so that the length of the sequence is equal to W binary symbols. Otherwise, the symbol sequence output by the matrix interleaver described above is regarded as the output of the channel interleaver. Table 13.4.1.3.2.3.4.3-1 below shows the interleaver parameters for various packets used on the Forward Traffic Channel.

TIA-856-B                                                        SUBTYPE 3 Physical Layer

**Table 13.4.1.3.2.3.4.3-1. Channel Interleaver Parameters**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | N | K | R | m | L | D | W |
|---|---|---|---|---|---|---|---|
| (128, 16, 1024) | 128 | 1 | 2 | 6 | 0 | 4 | 0 |
| (128, 8, 512) | 128 | 1 | 2 | 6 | 0 | 4 | 0 |
| (128, 4, 1024) | 128 | 1 | 2 | 6 | 0 | 4 | 0 |
| (128, 4, 256) | 128 | 1 | 2 | 6 | 0 | 4 | 0 |
| (128, 2, 128) | 128 | 1 | 2 | 6 | 0 | 4 | 0 |
| (128, 1, 64) | 128 | 1 | 2 | 6 | 0 | 4 | 0 |
| (256, 16, 1024) | 256 | 1 | 2 | 7 | 0 | 4 | 0 |
| (256, 8, 512) | 256 | 1 | 2 | 7 | 0 | 4 | 0 |
| (256, 4, 1024) | 256 | 1 | 2 | 7 | 0 | 4 | 0 |
| (256, 4, 256) | 256 | 1 | 2 | 7 | 0 | 4 | 0 |
| (256, 2, 128) | 256 | 1 | 2 | 7 | 0 | 4 | 0 |
| (256, 1, 64) | 256 | 1 | 2 | 7 | 0 | 4 | 0 |
| (512, 16, 1024) | 512 | 1 | 2 | 8 | 0 | 4 | 0 |
| (512, 8, 512) | 512 | 1 | 2 | 8 | 0 | 4 | 0 |
| (512, 4, 1024) | 512 | 1 | 2 | 8 | 0 | 4 | 0 |
| (512, 4, 256) | 512 | 1 | 2 | 8 | 0 | 4 | 0 |
| (512, 4, 128) | 512 | 1 | 2 | 8 | 0 | 4 | 6,144 |
| (512, 2, 128) | 512 | 1 | 2 | 8 | 0 | 4 | 0 |
| (512, 2, 64) | 512 | 1 | 2 | 8 | 0 | 4 | 6,144 |
| (512, 1, 64) | 512 | 1 | 2 | 8 | 0 | 4 | 0 |
| (1024, 16, 1024) | 1024 | 1 | 2 | 9 | 0 | 4 | 0 |
| (1024, 8, 512) | 1024 | 1 | 2 | 9 | 0 | 4 | 0 |
| (1024, 4, 256) | 1024 | 1 | 2 | 9 | 0 | 4 | 0 |
| (1024, 4, 128) | 1024 | 1 | 2 | 9 | 0 | 4 | 6,144 |
| (1024, 4, 64) | 1024 | 1 | 2 | 9 | 0 | 4 | 0 |
| (1024, 2, 128) | 1024 | 1 | 2 | 9 | 0 | 4 | 0 |
| (1024, 2, 64) | 1024 | 1 | 2 | 9 | 0 | 4 | 6,144 |
| (1024, 1, 64) | 1024 | 1 | 2 | 9 | 0 | 4 | 0 |
| (2048, 4, 128) | 2048 | 1 | 2 | 10 | 0 | 4 | 0 |

SUBTYPE 3 Physical Layer                                                TIA-856-B

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | N | K | R | m | L | D | W |
|---|---|---|---|---|---|---|---|
| (2048, 4, 64) | 2048 | 1 | 2 | 10 | 0 | 4 | 0 |
| (2048, 2, 64) | 2048 | 1 | 2 | 10 | 0 | 4 | 0 |
| (2048, 1, 64) | 2048 | 1 | 2 | 10 | 0 | 4 | 0 |
| (3072, 4, 64) | 3072 | 3 | 2 | 9 | 0 | 4 | 0 |
| (3072, 2, 64) | 3072 | 1 | 3 | 10 | 0 | 4 | 0 |
| (3072, 1, 64) | 3072 | 1 | 3 | 10 | 0 | 4 | 0 |
| (4096, 4, 64) | 4096 | 1 | 2 | 11 | 0 | 4 | 0 |
| (4096, 2, 64) | 4096 | 1 | 4 | 10 | 0 | 4 | 0 |
| (4096, 1, 64) | 4096 | 1 | 4 | 10 | 0 | 4 | 0 |
| (5120, 4, 64) | 5120 | 1707 | 3 | 0 | 1 | 4 | 0 |
| (5120, 2, 64) | 5120 | 5 | 4 | 8 | 0 | 10 | 0 |
| (5120, 1, 64) | 5120 | 5 | 4 | 8 | 0 | 10 | 0 |
| (6144, 4, 64) | 6144 | 3 | 4 | 9 | 0 | 4 | 0 |
| (6144, 2, 64) | 6144 | 1 | 6 | 10 | 0 | 4 | 0 |
| (6144, 1, 64) | 6144 | 1 | 6 | 10 | 0 | 4 | 0 |
| (7168, 4, 64) | 7168 | 7 | 4 | 8 | 0 | 4 | 0 |
| (7168, 2, 64) | 7168 | 1195 | 6 | 0 | 2 | 14 | 0 |
| (7168, 1, 64) | 7168 | 1195 | 6 | 0 | 2 | 14 | 0 |
| (8192, 4, 64) | 8192 | 1 | 4 | 11 | 0 | 4 | 0 |
| (8192, 2, 64) | 8192 | 683 | 6 | 1 | 4 | 16 | 0 |
| (8192, 1, 64) | 8192 | 683 | 6 | 1 | 4 | 16 | 0 |

### 13.4.1.3.2.3.5 Modulation

The output of the channel interleaver shall be applied to a modulator that outputs an in-phase stream and a quadrature stream of modulated values. The modulator generates QPSK, 8-PSK, 16-QAM, or 64-QAM modulation symbols, depending on the data rate.

### 13.4.1.3.2.3.5.1 QPSK Modulation

For physical layer packets using QPSK modulation, groups of two successive channel interleaver output symbols shall be grouped to form QPSK modulation symbols. Each group of two adjacent block interleaver output symbols, x(2k) and x(2k + 1), k = 0,..., M − 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$) as specified in Table

1  13.4.1.3.2.3.5.1-1. Figure 13.4.1.3.2.3.5.1-1 shows the signal constellation of the QPSK
2  modulator, where $s_0 = x(2k)$ and $s_1 = x(2k + 1)$.

3

**Table 13.4.1.3.2.3.5.1-1. QPSK Modulation Table**

| Interleaved Symbols | | Modulation Symbols | |
|---|---|---|---|
| $s_1$<br>$x(2k + 1)$ | $s_0$<br>$x(2k)$ | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | D | D |
| 0 | 1 | –D | D |
| 1 | 0 | D | –D |
| 1 | 1 | –D | –D |

Note: $D = 1/\sqrt{2}$ .

4



5

6  **Figure 13.4.1.3.2.3.5.1-1. Signal Constellation for QPSK Modulation**

7  13.4.1.3.2.3.5.2 8-PSK Modulation

8  For physical layer packets using 8-PSK modulation, groups of three successive channel
9  interleaver output symbols shall be grouped to form 8-PSK modulation symbols. Each
10 group of three adjacent block interleaver output symbols, $x(3k)$, $x(3k + 1)$, and $x(3k + 2)$, k
11 = 0,..., M − 1 shall be mapped into a complex modulation symbol $(m_I(k), m_Q(k))$ as specified
12 in Table 13.4.1.3.2.3.5.2-1. Figure 13.4.1.3.2.3.5.2-1 shows the signal constellation of the
13 8-PSK modulator, where $s_0 = x(3k)$, $s_1 = x(3k + 1)$, and $s_2 = x(3k + 2)$.

1

**Table 13.4.1.3.2.3.5.2-1. 8-PSK Modulation Table**

| Interleaved Symbols | | | Modulation Symbols | |
|---|---|---|---|---|
| $s_2$ x(3k + 2) | $s_1$ x(3k + 1) | $s_0$ x(3k) | $m_I(k)$ | $m_Q(k)$ |
| 0 | 0 | 0 | C | S |
| 0 | 0 | 1 | S | C |
| 0 | 1 | 1 | –S | C |
| 0 | 1 | 0 | –C | S |
| 1 | 1 | 0 | –C | –S |
| 1 | 1 | 1 | –S | –C |
| 1 | 0 | 1 | S | –C |
| 1 | 0 | 0 | C | –S |

Note:  C = cos(π/8) ≈ 0.9239  and  S = sin(π/8) ≈ 0.3827 .



2

3          **Figure 13.4.1.3.2.3.5.2-1. Signal Constellation for 8-PSK Modulation**

4    13.4.1.3.2.3.5.3 16-QAM Modulation

5    For physical layer packets using 16-QAM modulation, groups of four successive channel
6    interleaver output symbols shall be grouped to form 16-QAM modulation symbols. Each
7    group of four adjacent block interleaver output symbols, x(4k), x(4k + 1), x(4k + 2), and
8    x(4k + 3), i = 0,…, M − 1 shall be mapped into a complex modulation symbol ($m_I(k)$, $m_Q(k)$)
9    as specified in Table 13.4.1.3.2.3.5.3-1. Figure 13.4.1.3.2.3.5.3-1 shows the signal
10   constellation of the 16-QAM modulator, where $s_0$ = x(4k), $s_1$ = x(4k + 1), $s_2$ = x(4k + 2), and
11   $s_3$ = x(4k + 3).

TIA-856-B                                                          SUBTYPE 3 Physical Layer

**Table 13.4.1.3.2.3.5.3-1. 16-QAM Modulation Table**

| Interleaved Symbols | | | | Modulation Symbols | |
|---|---|---|---|---|---|
| $s_3$<br>x(4k + 3) | $s_2$<br>x(4k + 2) | $s_1$<br>x(4k + 1) | $s_0$<br>x(4k) | $m_Q(k)$ | $m_I(k)$ |
| 0 | 0 | 0 | 0 | 3A | 3A |
| 0 | 0 | 0 | 1 | 3A | A |
| 0 | 0 | 1 | 1 | 3A | –A |
| 0 | 0 | 1 | 0 | 3A | –3A |
| 0 | 1 | 0 | 0 | A | 3A |
| 0 | 1 | 0 | 1 | A | A |
| 0 | 1 | 1 | 1 | A | –A |
| 0 | 1 | 1 | 0 | A | –3A |
| 1 | 1 | 0 | 0 | –A | 3A |
| 1 | 1 | 0 | 1 | –A | A |
| 1 | 1 | 1 | 1 | –A | –A |
| 1 | 1 | 1 | 0 | –A | –3A |
| 1 | 0 | 0 | 0 | –3A | 3A |
| 1 | 0 | 0 | 1 | –3A | A |
| 1 | 0 | 1 | 1 | –3A | –A |
| 1 | 0 | 1 | 0 | –3A | –3A |

Note: $A = 1/\sqrt{10} \approx 0.3162$ .



**Figure 13.4.1.3.2.3.5.3-1. Signal Constellation for 16-QAM Modulation**

13.4.1.3.2.3.5.4 64-QAM Modulation

For physical layer packets using 64-QAM modulation, groups of six successive channel interleaver output symbols shall be grouped to form 64-QAM modulation symbols. Each group of six adjacent block interleaver output symbols, x(6k), x(6k + 1), x(6k + 2), x(6k+3), x(6k+4), and x(6k + 5), k = 0,..., M − 1 shall be mapped into a complex modulation symbol $(m_I(k), m_Q(k))$ as specified in Table 13.4.1.3.2.3.5.3-1. Figure 13.4.1.3.2.3.5.3-1 shows the signal constellation of the 64-QAM modulator, where $s_0$ = x(6k), $s_1$ = x(6k + 1), $s_2$ = x(6k + 2), $s_3$ = x(6k + 3), $s_4$ = x(6k + 4), and $s_5$ = x(6k + 5).

**Table 13.4.1.3.2.3.5.4-1. 64-QAM Modulation Table**

| Interleaved Symbols | | | | | | Modulation Symbols | |
|---|---|---|---|---|---|---|---|
| 0 | 1 | 1 | 0 | 0 | 0 | 3A | 7A |
| 0 | 1 | 1 | 0 | 0 | 1 | 3A | 5A |
| 0 | 1 | 1 | 0 | 1 | 1 | 3A | 3A |
| 0 | 1 | 1 | 0 | 1 | 0 | 3A | A |
| 0 | 1 | 1 | 1 | 1 | 0 | 3A | -A |
| 0 | 1 | 1 | 1 | 1 | 1 | 3A | -3A |
| 0 | 1 | 1 | 1 | 0 | 1 | 3A | −5A |
| 0 | 1 | 1 | 1 | 0 | 0 | 3A | −7A |
| 0 | 1 | 0 | 0 | 0 | 0 | A | 7A |
| 0 | 1 | 0 | 0 | 0 | 1 | A | 5A |
| 0 | 1 | 0 | 0 | 1 | 1 | A | 3A |
| 0 | 1 | 0 | 0 | 1 | 0 | A | A |
| 0 | 1 | 0 | 1 | 1 | 0 | A | -A |
| 0 | 1 | 0 | 1 | 1 | 1 | A | -3A |
| 0 | 1 | 0 | 1 | 0 | 1 | A | −5A |
| 0 | 1 | 0 | 1 | 0 | 0 | A | −7A |
| 1 | 1 | 0 | 0 | 0 | 0 | -A | 7A |
| 1 | 1 | 0 | 0 | 0 | 1 | -A | 5A |
| 1 | 1 | 0 | 0 | 1 | 1 | -A | 3A |
| 1 | 1 | 0 | 0 | 1 | 0 | -A | A |
| 1 | 1 | 0 | 1 | 1 | 0 | -A | -A |
| 1 | 1 | 0 | 1 | 1 | 1 | -A | -3A |
| 1 | 1 | 0 | 1 | 0 | 1 | -A | −5A |
| 1 | 1 | 0 | 1 | 0 | 0 | -A | −7A |
| 1 | 1 | 1 | 0 | 0 | 0 | −3A | 7A |
| 1 | 1 | 1 | 0 | 0 | 1 | −3A | 5A |
| 1 | 1 | 1 | 0 | 1 | 1 | −3A | 3A |
| 1 | 1 | 1 | 0 | 1 | 0 | −3A | A |

SUBTYPE 3 Physical Layer                                                      TIA-856-B

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 0 | –3A | -A |
| 1 | 1 | 1 | 1 | 1 | 1 | –3A | -3A |
| 1 | 1 | 1 | 1 | 0 | 1 | –3A | –5A |
| 1 | 1 | 1 | 1 | 0 | 0 | –3A | –7A |
| 1 | 0 | 1 | 0 | 0 | 0 | -5A | 7A |
| 1 | 0 | 1 | 0 | 0 | 1 | -5A | 5A |
| 1 | 0 | 1 | 0 | 1 | 1 | -5A | 3A |
| 1 | 0 | 1 | 0 | 1 | 0 | -5A | A |
| 1 | 0 | 1 | 1 | 1 | 0 | -5A | -A |
| 1 | 0 | 1 | 1 | 1 | 1 | -5A | -3A |
| 1 | 0 | 1 | 1 | 0 | 1 | -5A | –5A |
| 1 | 0 | 1 | 1 | 0 | 0 | -5A | –7A |
| 1 | 0 | 0 | 0 | 0 | 0 | –7A | 7A |
| 1 | 0 | 0 | 0 | 0 | 1 | –7A | 5A |
| 1 | 0 | 0 | 0 | 1 | 1 | –7A | 3A |
| 1 | 0 | 0 | 0 | 1 | 0 | –7A | A |
| 1 | 0 | 0 | 1 | 1 | 0 | –7A | -A |
| 1 | 0 | 0 | 1 | 1 | 1 | –7A | -3A |
| 1 | 0 | 0 | 1 | 0 | 1 | –7A | –5A |
| 1 | 0 | 0 | 1 | 0 | 0 | –7A | –7A |

Note: $A = 1/\sqrt{42} \approx 0.1543$.



**Figure 13.4.1.3.2.3.5.4-1. Signal Constellation for 64-QAM Modulation**

13.4.1.3.2.3.6 Sequence Repetition and Symbol Puncturing

Table 13.4.1.3.2.3.6-1 gives the number of modulation symbols that the modulator provides per physical layer packet and the number of modulation symbols needed for the data portion of the allocated slots. If the number of required modulation symbols is more than the number provided, the complete sequence of input modulation symbols shall be repeated as many full-sequence times as possible followed by a partial transmission if necessary. If a partial transmission is needed, the first portion of the input modulation symbol sequence shall be used. If the number of required modulation symbols is less than the number provided, only the first portion of the input modulation symbol sequence shall be used.

The sequence repetition and symbol puncturing parameters shall be as specified in Table 13.4.1.3.2.3.6-1.

SUBTYPE 3 Physical Layer                                            TIA-856-B

**Table 13.4.1.3.2.3.6-1. Sequence Repetition and Symbol Puncturing Parameters**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Values per Physical Layer Packet | | | | Coding | |
|---|---|---|---|---|---|---|
| | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Effective Code Rate | Repeti-tion Factor |
| (128, 16, 1024) | 320 | 24,576 | 76 | 256 | 1/5 | 76.8 |
| (128, 8, 512) | 320 | 12,288 | 38 | 128 | 1/5 | 38.4 |
| (128, 4, 1024) | 320 | 5,376 | 16 | 256 | 1/5 | 16.8 |
| (128, 4, 256) | 320 | 6,144 | 19 | 64 | 1/5 | 19.2 |
| (128, 2, 128) | 320 | 3,072 | 9 | 192 | 1/5 | 9.6 |
| (128, 1, 64) | 320 | 1,536 | 4 | 256 | 1/5 | 4.8 |
| (256, 16, 1024) | 640 | 24,576 | 38 | 256 | 1/5 | 38.4 |
| (256, 8, 512) | 640 | 12,288 | 19 | 128 | 1/5 | 19.2 |
| (256, 4, 1024) | 640 | 5,376 | 8 | 256 | 1/5 | 8.4 |
| (256, 4, 256) | 640 | 6,144 | 9 | 384 | 1/5 | 9.6 |
| (256, 2, 128) | 640 | 3,072 | 4 | 512 | 1/5 | 4.8 |
| (256, 1, 64) | 640 | 1,536 | 2 | 256 | 1/5 | 2.4 |
| (512, 16, 1024) | 1,280 | 24,576 | 19 | 256 | 1/5 | 19.2 |
| (512, 8, 512) | 1,280 | 12,288 | 9 | 768 | 1/5 | 9.6 |
| (512, 4, 1024) | 1,280 | 5,376 | 4 | 256 | 1/5 | 4.2 |
| (512, 4, 256) | 1,280 | 6,144 | 4 | 1,024 | 1/5 | 4.8 |
| (512, 4, 128) | 3,072 | 6,272 | 2 | 128 | 1/5 | 2.04 |
| (512, 2, 128) | 1,280 | 3,072 | 2 | 512 | 1/5 | 2.4 |
| (512, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/5 | 1.02 |
| (512, 1, 64) | 1,280 | 1,536 | 1 | 256 | 1/5 | 1.2 |
| (1024, 16, 1024) | 2,560 | 24,576 | 9 | 1,536 | 1/5 | 9.6 |
| (1024, 8, 512) | 2,560 | 12,288 | 4 | 2,048 | 1/5 | 4.8 |
| (1024, 4, 256) | 2,560 | 6,144 | 2 | 1,024 | 1/5 | 2.4 |
| (1024, 4, 128) | 3,072 | 6,272 | 2 | 128 | 1/5 | 2.04 |

TIA-856-B                                                    SUBTYPE 3 Physical Layer

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Values per Physical Layer Packet | | | | Coding | |
|---|---|---|---|---|---|---|
| | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Effective Code Rate | Repeti-tion Factor |
| (1024, 4, 64) | 2,560 | 6,336 | 2 | 1,216 | 1/5 | 2.48 |
| (1024, 2, 128) | 2,560 | 3,072 | 1 | 512 | 1/5 | 1.2 |
| (1024, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/5 | 1.02 |
| (1024, 1, 64) | 1,536 | 1,536 | 1 | 0 | 1/3 | 1 |
| (2048, 4, 128) | 3,072 | 6,272 | 2 | 128 | 1/3 | 2.04 |
| (2048, 4, 64) | 3,072 | 6,336 | 2 | 192 | 1/3 | 2.06 |
| (2048, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (2048, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (3072, 4, 64) | 4,608 | 6,336 | 1 | 1,728 | 1/3 | 1.38 |
| (3072, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (3072, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (4096, 4, 64) | 6,144 | 6,336 | 1 | 192 | 1/3 | 1.03 |
| (4096, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (4096, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (5120, 4, 64) | 5,120 | 6,336 | 1 | 1216 | 1/3 | 1.24 |
| (5120, 2, 64) | 3,840 | 3,136 | 0 | 3,136 | 20/49 | 1 |
| (5120, 1, 64) | 3,840 | 1,536 | 0 | 1,536 | 5/6 | 1 |
| (6144, 4, 64) | 4,608 | 6,336 | 1 | 1,728 | 1/3 | 1.38 |
| (6144, 2, 64) | 3,072 | 3,136 | 1 | 64 | 1/3 | 1.02 |
| (6144, 1, 64) | 3,072 | 1,536 | 0 | 1,536 | 2/3 | 1 |
| (7168, 4, 64) | 5,376 | 6,336 | 1 | 960 | 1/3 | 1.18 |
| (7168, 2, 64) | 3,584 | 3,136 | 0 | 3,136 | 8/21 | 1 |
| (7168, 1, 64) | 3,584 | 1,536 | 0 | 1,536 | 7/9 | 1 |
| (8192, 4, 64) | 6,144 | 6,336 | 1 | 192 | 1/3 | 1.03 |
| (8192, 2, 64) | 4,096 | 3,136 | 0 | 3,136 | 64/147 | 1 |

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Values per Physical Layer Packet | | | | Coding | |
|---|---|---|---|---|---|---|
| | Number of Modulation Symbols Provided | Number of Modulation Symbols Needed | Number of Full Sequence Trans-missions | Number of Modulation Symbols in Last Partial Trans-mission | Effective Code Rate | Repeti-tion Factor |
| (8192, 1, 64) | 4,096 | 1,536 | 0 | 1,536 | 8/9 | 1 |

#### 13.4.1.3.2.3.7 Symbol Demultiplexing

The in-phase stream at the output of the sequence repetition operation shall be demultiplexed into 16 parallel streams labeled $I_0$, $I_1$, $I_2$,..., $I_{15}$. If $m_I(0)$, $m_I(1)$, $m_I(2)$, $m_I(3)$,... denotes the sequence of sequence-repeated modulation output values in the in-phase stream, then for each k = 0, 1, 2,..., 15, the $k^{th}$ demultiplexed stream $I_k$ shall consist of the values $m_I(k)$, $m_I(16 + k)$, $m_I(32 + k)$, $m_I(48 + k)$,....

Similarly, the quadrature stream at the output of the sequence repetition operation shall be demultiplexed into 16 parallel streams labeled $Q_0$, $Q_1$, $Q_2$,..., $Q_{15}$. If $m_Q(0)$, $m_Q(1)$, $m_Q(2)$, $m_Q(3)$,...denotes the sequence of sequence-repeated modulation output values in the quadrature stream, then for each k = 0, 1, 2,...,15, the $k^{th}$ demultiplexed stream $Q_k$ shall consist of the values $m_Q(k)$, $m_Q(16 + k)$, $m_Q(32 + k)$, $m_Q(48 + k)$,....

Each demultiplexed stream at the output of the symbol demultiplexer shall consist of modulation values at the rate of 76.8 ksps.

#### 13.4.1.3.2.3.8 Walsh Channel Assignment

The individual streams generated by the symbol demultiplexer shall be assigned to one of 16 distinct Walsh channels. For each k = 0, 1, 2,..., 15, the demultiplexed streams with labels $I_k$ and $Q_k$ shall be assigned to the in-phase and quadrature phases, respectively, of the $k^{th}$ Walsh channel $W_k^{16}$. The modulation values associated with the in-phase and quadrature phase components of the same Walsh channel are referred to as Walsh symbols.

#### 13.4.1.3.2.3.9 Walsh Channel Scaling

The modulated symbols on each branch of each Walsh channel shall be scaled to maintain a constant total transmit power independent of data rate. For this purpose, each orthogonal channel shall be scaled by a gain of $\frac{1}{\sqrt{16}} = \frac{1}{4}$. The gain settings are normalized to a unity reference equivalent to unmodulated BPSK transmitted at full power.

1   13.4.1.3.2.3.10 Walsh Chip Level Summing

2   The scaled Walsh chips associated with the 16 Walsh channels shall be summed on a chip-
3   by-chip basis.

4   13.4.1.3.2.4 Control Channel

5   The Control Channel transmits broadcast messages and access-terminal-directed
6   messages. Control Channel packets belonging to the  synchronous capsule shall be
7   transmitted using a Transmission Format of (1024, 8, 512) corresponding to a data rate of
8   76.8 kbps or using a Transmission Format of (1024, 16, 1024) corresponding to a data rate
9   of 38.4 kbps. Control Channel packets belonging to an asynchronous or a sub-
10  synchronous capsule shall be transmitted using Transmission Formats of (1024, 8, 512),
11  (1024, 16, 1024), (128, 4, 1024), (256, 4, 1024), or (512, 4, 1024). Control Channel packets
12  belonging to a quick synchronous capsule shall be transmitted using Transmission
13  Formats of (128, 4, 256) or (256, 4, 256). The modulation characteristics shall be the same
14  as those of the Forward Traffic Channel at the corresponding Transmission Format. The
15  Control Channel transmissions shall be distinguished from Forward Traffic Channel
16  transmissions by having a preamble that is covered by a bi-orthogonal cover sequence with
17  ForwardTrafficMACIndex 2, 3, 71, or that specified by the CCShortPacketsMACIndex
18  attribute as specified in 13.4.1.3.2.3.1. A ForwardTrafficMACIndex value of 2 shall be used
19  for the Transmission Format of (1024, 8, 512) or 76.8 kbps data rate, a
20  ForwardTrafficMACIndex value of 3 shall be used for the Transmission Format of (1024, 16,
21  1024) or 38.4 kbps data rate, and a ForwardTrafficMACIndex value of 71 or a
22  ForwardTrafficMACIndex value specified by CCShortPacketsMACIndex attribute value shall
23  be used for the Transmission Formats of (128, 4, 1024), (256, 4, 1024), or (512, 4, 1024). A
24  ForwardTrafficMACIndex value of 71 shall be used for the Transmission Formats of (128, 4,
25  256) and (256, 4, 256).

26  13.4.1.3.3 Time-Division Multiplexing

27  The Forward Traffic Channel or Control Channel data modulation chips for each forward
28  CDMA channel shall be time-division multiplexed with the preamble, Pilot Channel, and
29  MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-1, Figure
30  13.4.1.3.3-2, Figure 13.4.1.3.3-3, Figure 13.4.1.3.3-4 and Figure 13.4.1.3.3-5. The
31  multiplexing parameters shall be as specified in Table 13.4.1.3.3-1 through Table
32  13.4.1.3.3-6.

33  The Walsh chip rate shall be fixed at 1.2288 Mcps.

34  Forward Traffic Channel physical layer packets with Transmission Formats as shown in
35  Table 13.4.1.3.3-1 shall be time division multiplexed with the preamble, Pilot Channel and
36  MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-1.

TIA-856-B

1    **Table 13.4.1.3.3-1. Transmission Formats Corresponding to Timing Diagram in**
2                                     **Figure 13.4.1.3.3-1**

| Transmission Format<br>(Physical Layer Packet Size (bits), Nominal Transmit<br>Duration (slots), Preamble Length (chips)) |
| --- |
| (128, 4, 256) |
| (128, 2, 128) |
| (256, 4, 256) |
| (256, 2, 128) |
| (512, 4, 256) |
| (512, 4, 128) |
| (512, 2, 128) |
| (512, 2, 64) |
| (1024, 4, 256) |
| (1024, 4, 128) |
| (1024, 4, 64) |
| (1024, 2, 128) |
| (1024, 2, 64) |
| (2048, 4, 128) |
| (2048, 4, 64) |
| (2048, 2, 64) |
| (3072, 4, 64) |
| (3072, 2, 64) |
| (4096, 4, 64) |
| (4096, 2, 64) |
| (5120, 4, 64) |
| (5120, 2, 64) |
| (6144, 4, 64) |
| (6144, 2, 64) |
| (7168, 4, 64) |
| (7168, 2, 64) |
| (8192, 4, 64) |
| (8192, 2, 64) |

3

1



2

**Figure 13.4.1.3.3-1. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 13.4.1.3.3-1**

Forward Traffic Channel physical layer packets with Transmission Formats as shown in Table 13.4.1.3.3-2 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-2.

**Table 13.4.1.3.3-2. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-2**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|---|
| (128, 16, 1024) |
| (128, 8, 512) |
| (256, 16, 1024) |
| (256, 8, 512) |
| (512, 16, 1024) |
| (512, 8, 512) |
| (1024, 16, 1024) |
| (1024, 8, 512) |

10

SUBTYPE 3 Physical Layer                                    TIA-856-B



**Figure 13.4.1.3.3-2. Preamble, Pilot, MAC, and Data Multiplexing with Transmission Formats in Table 13.4.1.3.3-2**

Forward Traffic Channel physical layer packets with Transmission Formats as shown in Table 13.4.1.3.3-3 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-3.

**Table 13.4.1.3.3-3. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-3**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|:---:|
| (128, 1, 64) |
| (256, 1, 64) |
| (512, 1, 64) |
| (2048, 1, 64) |
| (3072, 1, 64) |
| (4096, 1, 64) |
| (5120, 1, 64) |
| (6144, 1, 64) |
| (7168, 1, 64) |
| (8192, 1, 64) |



**Figure 13.4.1.3.3-3. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Cases with Transmission Formats in Table 13.4.1.3.3-3**

Forward Traffic Channel physical layer packets with Transmission Formats as shown in Table 13.4.1.3.3-4 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 13.4.1.3.3-4.

Table 13.4.1.3.3-4. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-4

| Transmission Format<br><br>(Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|---|
| (1024, 1, 64) |



Figure 13.4.1.3.3-4. Preamble, Pilot, MAC, and Data Multiplexing for the 1-Slot Case with Transmission Formats in Table 13.4.1.3.3-4.

Forward Traffic Channel physical layer packets with Packet Transmission Formats as shown in Table 14.3.1.3.3-5 shall be time division multiplexed with the preamble, Pilot Channel and MAC Channel chips according to the timing diagrams in Figure 14.3.1.3.3-5.

Table 13.4.1.3.3-5. Transmission Formats Corresponding to Timing Diagram in Figure 13.4.1.3.3-5

| Transmission Format<br><br>(Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) |
|---|
| (128, 4, 1,024) |
| (256, 4, 1,024) |
| (512, 4, 1,024) |



**Figure 13.4.1.3.3-5. Preamble, Pilot, MAC, and Data Multiplexing for the Multiple-Slot Cases with Transmission Formats in Table 13.4.1.3.3-5**

Table 13.4.1.3.3-6 shows the number of Pilot chips, MAC chips, and Data chips corresponding to each of the possible transmission formats

1

**Table 13.4.1.3.3-6. Preamble, Pilot, MAC, and Data Multiplexing Parameters**

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Pilot chips | MAC chips | Data chips |
|---|---|---|---|
| (128, 16, 1,024) | 3,072 | 4,096 | 24,576 |
| (128, 8, 512) | 1,536 | 2,048 | 12,288 |
| (128, 4, 1024) | 768 | 1,024 | 5,376 |
| (128, 4, 256) | 768 | 1,024 | 6,144 |
| (128, 2, 128) | 384 | 512 | 3,072 |
| (128, 1, 64) | 192 | 256 | 1,536 |
| (256, 16, 1024) | 3,072 | 4,096 | 24,576 |
| (256, 8, 512) | 1,536 | 2,048 | 12,288 |
| (256, 4, 1024) | 768 | 1,024 | 5,376 |
| (256, 4, 256) | 768 | 1,024 | 6,144 |
| (256, 2, 128) | 384 | 512 | 3,072 |
| (256, 1, 64) | 192 | 256 | 1,536 |
| (512, 16, 1024) | 3,072 | 4,096 | 24,576 |
| (512, 8, 512) | 1,536 | 2,048 | 12,288 |
| (512, 4, 1024) | 768 | 1,024 | 5,376 |
| (512, 4, 256) | 768 | 1,024 | 6,144 |
| (512, 4, 128) | 768 | 1,024 | 6,272 |
| (512, 2, 128) | 384 | 512 | 3,072 |
| (512, 2, 64) | 384 | 512 | 3,136 |
| (512, 1, 64) | 192 | 256 | 1,536 |
| (1024, 16, 1024) | 3,072 | 4,096 | 24,576 |
| (1024, 8, 512) | 1,536 | 2,048 | 12,288 |
| (1024, 4, 256) | 768 | 1,024 | 6,144 |
| (1024, 4, 128) | 768 | 1,024 | 6,272 |
| (1024, 4, 64) | 768 | 1,024 | 6,336 |
| (1024, 2, 128) | 384 | 512 | 3,072 |
| (1024, 2, 64) | 384 | 512 | 3,136 |
| (1024, 1, 64) | 192 | 256 | 1,536 |
| (2048, 4, 128) | 768 | 1,024 | 6,272 |
| (2048, 4, 64) | 768 | 1,024 | 6,336 |

TIA-856-B                                                          SUBTYPE 3 Physical Layer

| Transmission Format (Physical Layer Packet Size(bits), Nominal Transmit Duration (slots), Preamble Length (chips)) | Pilot chips | MAC chips | Data chips |
|---|---|---|---|
| (2048, 2, 64) | 384 | 512 | 3,136 |
| (2048, 1, 64) | 192 | 256 | 1,536 |
| (3072, 4, 64) | 768 | 1,024 | 6,336 |
| (3072, 2, 64) | 384 | 512 | 3,136 |
| (3072, 1, 64) | 192 | 256 | 1,536 |
| (4096, 4, 64) | 768 | 1,024 | 6,336 |
| (4096, 2, 64) | 384 | 512 | 3,136 |
| (4096, 1, 64) | 192 | 256 | 1,536 |
| (5120, 4, 64) | 768 | 1,024 | 6,336 |
| (5120, 2, 64) | 384 | 512 | 3,136 |
| (5120, 1, 64) | 192 | 256 | 1,536 |
| (6144, 4, 64) | 768 | 1,024 | 6,336 |
| (6144, 2, 64) | 384 | 512 | 3,136 |
| (6144, 1, 64) | 192 | 256 | 1,536 |
| (7168, 4, 64) | 768 | 1,024 | 6,336 |
| (7168, 2, 64) | 384 | 512 | 3,136 |
| (7168, 1, 64) | 192 | 256 | 1,536 |
| (8192, 4, 64) | 768 | 1,024 | 6,336 |
| (8192, 2, 64) | 384 | 512 | 3,136 |
| (8192, 1, 64) | 192 | 256 | 1,536 |

13.4.1.3.4 Quadrature Spreading

Following orthogonal spreading, the combined modulation sequence for each forward CDMA channel shall be quadrature spread as shown in Figure 13.4.1.3.1-1. The spreading sequence shall be a quadrature sequence of length $2^{15}$ (i.e., 32768 PN chips in length). This sequence is called the pilot PN sequence and shall be based on the following characteristic polynomials:

$P_I(x) = x^{15} + x^{10} + x^8 + x^7 + x^6 + x^2 + 1$

(for the in-phase (I) sequence)

and

$P_Q(x) = x^{15} + x^{12} + x^{11} + x^{10} + x^9 + x^5 + x^4 + x^3 + 1$

1    (for the quadrature-phase (Q) sequence).

2    The maximum length linear feedback shift-register sequences {I(n)} and {Q(n)} based on the
3    above polynomials are of length $2^{15} - 1$ and can be generated by the following linear
4    recursions:

5    $I(n) = I(n - 15) \oplus I(n - 13) \oplus I(n - 9) \oplus I(n - 8) \oplus I(n - 7) \oplus I(n - 5)$

6    (based on $P_I(x)$ as the characteristic polynomial)

7    and

8    $Q(n) = Q(n - 15) \oplus Q(n - 12) \oplus Q(n - 11) \oplus Q(n - 10) \oplus Q(n - 6) \oplus Q(n - 5) \oplus$
9    $Q(n - 4) \oplus Q(n - 3)$

10   (based on $P_Q(x)$ as the characteristic polynomial),

11   where I(n) and Q(n) are binary valued ('0' and '1') and the additions are modulo-2. In order
12   to obtain the I and Q pilot PN sequences (of period $2^{15}$), a '0' is inserted in the {I(n)} and
13   {Q(n)} sequences after 14 consecutive '0' outputs (this occurs only once in each period).
14   Therefore, the pilot PN sequences have one run of 15 consecutive '0' outputs instead of 14.

15   The chip rate for the pilot PN sequence shall be 1.2288Mcps. The pilot PN sequence period
16   is $32768 / 1228800 = 26.666...$ ms, and exactly 75 pilot PN sequence repetitions occur every
17   2 seconds.

18   Pilot Channels for each forward CDMA channel shall be identified by an offset index in the
19   range from 0 through 511 inclusive. This offset index shall specify the offset value (in units
20   of 64 chips) by which the pilot PN sequence lags the zero-offset pilot PN sequence. The
21   zero-offset pilot PN sequence shall be such that the start of the sequence shall be output at
22   the beginning of every even second in time, referenced to access network transmission
23   time. The start of the zero-offset pilot PN sequence for either the I or Q sequences shall be
24   defined as the state of the sequence for which the next 15 outputs inclusive are '0'.
25   Equivalently, the zero-offset sequence is defined such that the last chip prior to the even-
26   second mark as referenced to the transmit time reference is a '1' prior to the 15 consecutive
27   '0's.

28   13.4.1.3.5 Filtering

29   13.4.1.3.5.1 Baseband Filtering

30   Following the quadrature spreading operation, the I' and Q' impulses are applied to the
31   inputs of the I and Q baseband filters as shown in Figure 13.4.1.3.1-1. The baseband
32   filters shall have a frequency response S(f) that satisfies the limits given in Figure
33   13.3.1.3.6-1 for each forward CDMA channel. Specifically, the normalized frequency
34   response of the filter for each forward CDMA channel shall be contained within $\pm\delta_1$ in the
35   passband $0 \leq f \leq f_p$ and shall be less than or equal to $-\delta_2$ in the stopband $f \geq f_s$. The
36   numerical values for the parameters are $\delta_1 = 1.5$ dB, $\delta_2 = 40$ dB, $f_p = 590$ kHz, and $f_s = 740$
37   kHz.



**Figure 13.4.1.3.5.1-1. Baseband Filter Frequency Response Limits**

The impulse response of the baseband filter, s(t), for each forward CDMA channel should satisfy the following equation:

$$\text{Mean Squared Error} = \sum_{k=0}^{\infty} [\alpha s(kT_s - \tau) - h(k)]^2 \leq 0.03,$$

where the constants $\alpha$ and $\tau$ are used to minimize the mean squared error. The constant $T_s$ is equal to 203.451... ns, which equals one quarter of a PN chip. The values of the coefficients h(k), for k < 48, are given in Figure 13.4.1.3.5.1-1; h(k) = 0 for k ≥ 48. Note that h(k) equals h(47 − k).

**Table 13.4.1.3.5.1-1. Baseband Filter Coefficients**

| k | h(k) |
|---|---|
| 0, 47 | −0.025288315 |
| 1, 46 | −0.034167931 |
| 2, 45 | −0.035752323 |
| 3, 44 | −0.016733702 |
| 4, 43 | 0.021602514 |
| 5, 42 | 0.064938487 |
| 6, 41 | 0.091002137 |
| 7, 40 | 0.081894974 |
| 8, 39 | 0.037071157 |
| 9, 38 | −0.021998074 |
| 10, 37 | −0.060716277 |
| 11, 36 | −0.051178658 |
| 12, 35 | 0.007874526 |
| 13, 34 | 0.084368728 |
| 14, 33 | 0.126869306 |
| 15, 32 | 0.094528345 |
| 16, 31 | −0.012839661 |
| 17, 30 | −0.143477028 |
| 18, 29 | −0.211829088 |
| 19, 28 | −0.140513128 |
| 20, 27 | 0.094601918 |
| 21, 26 | 0.441387140 |
| 22, 25 | 0.785875640 |
| 23, 24 | 1.0 |

**13.4.1.3.5.2 Phase Characteristics**

The access network shall provide phase equalization for the transmit signal path.[161] The equalizing filter shall be designed to provide the equivalent baseband transfer function

$$H(\omega) = K \frac{\omega^2 + j\alpha\omega\omega_0 - \omega_0{}^2}{\omega^2 - j\alpha\omega\omega_0 - \omega_0{}^2} ,$$

---

[161]This equalization simplifies the design of the access terminal receive filters.

1  where K is an arbitrary gain, j equals $\sqrt{-1}$, α equals 1.36, $\omega_0$ equals $2\pi \times 3.15 \times 10^5$, and ω

2  is the radian frequency. The equalizing filter implementation shall be equivalent to applying

3  baseband filters with this transfer function, individually, to the baseband I and Q

4  waveforms for each forward CDMA channel.

5  A phase error test filter is defined to be the overall access network transmitter filter

6  (including the equalizing filter) cascaded with a filter having a transfer function that is the

7  inverse of the equalizing filter specified above. The response of the test filter should have a

8  mean squared phase error from the best fit linear phase response that is no greater than

9  0.01 squared radians when integrated over the frequency range 1 kHz ≤ |f − $f_c$| ≤ 630 kHz.

10 For purposes of this requirement, "overall" shall mean from the I and Q baseband filter

11 inputs (see Table 13.4.1.3.5.1-1) to the RF output of the transmitter.

12 **13.4.1.3.6 Synchronization and Timing**

13 **13.4.1.3.6.1 Timing Reference Source**

14 Each sector shall use a time base reference from which all time-critical transmission

15 components, including pilot PN sequences, slots, and Walsh functions for each forward

16 CDMA channel, shall be derived. The time-base reference shall be time-aligned to CDMA

17 System Time, as described in 1.14. Reliable external means should be provided at each

18 sector to synchronize each sector's time base reference to CDMA System Time. Each sector

19 should use a frequency reference of sufficient accuracy to maintain time alignment to

20 CDMA System Time. In the event that the external source of CDMA System Time is lost,[162]

21 the sector shall maintain transmit timing within ±10 μs of CDMA System Time for a period

22 of not less than 8 hours.

23 **13.4.1.3.6.2 Sector Transmission Time**

24 All sectors should radiate the pilot PN sequence within ±3 μs of CDMA System Time and

25 shall radiate the pilot PN sequence within ±10 μs of CDMA System Time for each forward

26 CDMA channel.

27 Time measurements are made at the sector antenna connector. If a sector has multiple

28 radiating antenna connectors for the same CDMA channel, time measurements are made

29 at the antenna connector having the earliest radiated signal.

30 The rate of change for timing corrections shall not exceed 102 ns (1/8 PN chip) per 200 ms.

---

[162] These guidelines on time keeping requirements reflect the fact that the amount of time error
between sectors that can be tolerated in an access network is not a hard limit. Each access terminal
can search an ever-increasing time window as directed by the sectors. However, increasing this
window gradually degrades performance since wider windows require a longer time for the access
terminals to search out and locate the various arrivals from all sectors that may be in view.

1    **14 COMMON ALGORITHMS AND DATA STRUCTURES**

2    **14.1 Channel Record**

3    The Channel record defines an access network channel frequency and the type of system
4    on that frequency. This record contains the following fields:
5

| Field | Length (bits) |
|-------|---------------|
| SystemType | 8 |
| BandClass | 5 |
| ChannelNumber | 11 |

6    SystemType              The access network shall set this field to one of the following values:

7                           **Table 14.1-1. SystemType Encoding**

| Field value | Meaning |
|-------------|---------|
| 0x00 | System compliant to this specification. ChannelNumber field specifies forward CDMA channel and Reverse CDMA channel that are FDD-paired. |
| 0x01 | System compliant to [2][163] |
| 0x02 | System compliant to this specification. ChannelNumber field specifies only the forward CDMA channel. |
| 0x03-0xff | Reserved |

8    BandClass               If the SystemType field is set to 0x00 or 0x01, the access network
9                           shall set this field to the band class number corresponding to the
10                          frequency assignment of the channel specified by this record for both
11                          the forward CDMA channel and the reverse CDMA channel.  If the
12                          SystemType is set to 0x02, then access network shall set this field to
13                          the band class number corresponding to the frequency assignment of
14                          the channel specified by this record for the forward CDMA channel
15                          only.

---

[163] SystemType of 0x01 applies to [2] and all of its predecessors.

ChannelNumber      If the SystemType is set to 0x00 or 0x01, the access network shall set this field to the channel number corresponding to the frequency assignment of the channel specified by this record for both the forward CDMA channel and the reverse CDMA channel.   If the SystemType is set to 0x02, this access network shall set this field to the channel number corresponding to the frequency assignment of the channel specified by this record for the forward CDMA channel only.

**14.2 Access Terminal Identifier Record**

The Access Terminal Identifier record provides a unicast, multicast, or broadcast access terminal address. This record contains the following fields:

| Field | Length (bits) |
|-------|---------------|
| ATIType | 2 |
| ATI | 0 or 32 |

ATIType                     Access Terminal Identifier Type. This field shall be set to the type of the ATI, as shown in Table 14.2-1:

**Table 14.2-1. ATIType Field Encoding**

| ATIType | ATIType Description | ATI Length (bits) |
|---------|---------------------|-------------------|
| '00' | Broadcast ATI (BATI) | 0 |
| '01' | Multicast ATI (MATI) | 32 |
| '10' | Unicast ATI | 32 |
| '11' | Random ATI (RATI) | 32 |

ATI                         Access Terminal Identifier. The field is included only if ATIType is not equal to '00'. This field shall be set as shown in Table 14.2-1.

**14.3 Attribute Record**

The attribute record defines a set of suggested values for a given attribute. The attribute record format is defined, such that if the recipient does not recognize the attribute, it can discard it and parse attribute records that follow this record.

An attribute can be one of the following three types:

- Simple attribute, if it contains a single value,

- Attribute list, if it contains multiple single values which are to be interpreted as different suggested values for the same attribute identifier (e.g., a list of possible protocol Subtypes for the same protocol Type), or

- Complex attribute, if it contains multiple values that together form a complex value for a particular attribute identifier (e.g., a set of parameters for the Route Update Protocol).

Simple attributes are a special case of an attribute list containing a single value.

The type of the attribute is determined by the attribute identifier.

The sender of a ConfigurationResponse message (see 14.7) selects an attribute-value from a ConfigurationRequest message by sending the attribute value if it is a simple attribute or

TIA-856-B                                                    Common Algorithms and Data Structures

1  a selected value out of an attribute list. Selection of complex-attributes is done by sending
2  the value identifier which identifies the complex value.

3  The format of a simple attribute and attribute list is given by

4

| Field | Length (bits) |
|-------|---------------|
| Length | 8 |
| AttributeID | Protocol Specific |
| One or more instances of the following record | |
| AttributeValue | Attribute dependent |

| | |
|-------|---------------|
| Reserved | variable |

5  Length                        Length in octets of the attribute record, excluding the Length field.

6  AttributeID                   Attribute identifiers are unique in the context of the protocol being
7                                configured.

8  AttributeValue                A suggested value for the attribute. Attribute value lengths are, in
9                                general, an integer number of octets. Attribute values have an
10                               explicit or implicit length indication (e.g., fixed length or null
11                               terminated strings) so that the recipient can successfully parse the
12                               record when more than one value is provided.

13 Reserved                      The length of this field is the smallest value that will make the
14                               attribute record octet aligned. The sender shall set this field to zero.
15                               The receiver shall ignore this field.

16 The format of a complex attribute is given by

17

| Field | Length (bits) |
|-------|---------------|
| Length | 8 |
| AttributeID | Protocol Specific |
| One or more instances of the following fields | |
| ValueID | Protocol Specific |
| An appropriate number of instances of the following record for each instance of the ValueID field | |
| AttributeValue | Attribute dependent |

| | |
|-------|---------------|
| Reserved | variable |

18 Length                        Length in octets of the attribute record, excluding the Length field.

| | | |
|---|---|---|
| AttributeID | Attribute identifiers are unique in the context of the protocol being configured. | |
| ValueID | It identifies the set of attribute values following this field. The sender shall increment this field for each new set of values for this complex attribute. | |
| AttributeValue | A suggested value for the attribute. Attribute value lengths are in general an integer number of octets. Attribute values have an explicit or implicit length indication (e.g., fixed length or null terminated strings) so that the recipient can successfully parse the record when more than one value is provided. | |
| Reserved | The length of this field is the smallest value that will make the attribute record octet aligned. The sender shall set this field to zero. The receiver shall ignore this field. | |

## 14.4 Hash Function

The hash function takes three arguments, *Key* (typically the access terminal's ATI), *N* (the number of resources), and *Decorrelate* (an argument used to de-correlate values obtained for different applications for the same access terminal).

Define:

- Word *L* to be bits 0-15 of *Key*
- Word *H* to be bits 16-31 of *Key*

where bit 0 is the least significant bit of *Key*.

The hash value is computed as follows[164]:

$$R = \lfloor N \times ((40503 \times (L \oplus H \oplus \text{Decorrelate})) \bmod 2^{16}) / 2^{16} \rfloor.$$

## 14.5 Pseudorandom Number Generator

14.5.1 General Procedures

When an access terminal is required to use the pseudo random number generator described in this section, then the access terminal shall implement the linear congruential generator defined by

$$z_n = a \times z_{n\text{-}1} \bmod m$$

where $a = 7^5 = 16807$ and $m = 2^{31} - 1 = 2147483647$. $z_n$ is the output of the generator.[165]

---

[164] This formula is adapted from Knuth, D. N., *Sorting and Searching,* vol. 3 of *The Art of Computer Programming,* 3 vols., (Reading, MA: Addison-Wesley, 1973), pp. 508-513. The symbol $\oplus$ represents bitwise exclusive-or function (or modulo 2 addition) and the symbol $\lfloor \ \rfloor$ represents the "largest integer smaller than" function.

TIA-856-B                                    Common Algorithms and Data Structures

1  The access terminal shall initialize the random number generator as defined in 14.5.2.

2  The access terminal shall compute a new $z_n$ for each subsequent use.

3  The access terminal shall use the value $u_n = z_n / m$ for those applications that require a
4  binary fraction $u_n$, $0 < u_n < 1$.

5  The access terminal shall use the value $k_n = \lfloor N \times z_n / m \rfloor$ for those applications that require
6  a small integer $k_n$, $0 \leq k_n \leq N\text{-}1$.

7  14.5.2 Initialization

8  The access terminal shall initialize the random number generator by setting $z_0$ to

9  $$z_0 = (\text{HardwareID} \oplus \chi) \bmod m$$

10  where HardwareID is the least 32 bits of the hardware identifier associated with the access
11  terminal, and $\chi$ is a time-varying physical measure available to the access terminal. If the
12  initial value so produced is found to be zero, the access terminal shall repeat the procedure
13  with a different value of $\chi$.

14  **14.6 Sequence Number Validation**

15  When the order in which protocol messages are delivered is important, air interface
16  protocols use a sequence number to verify this order.

17  The sequence number has $s$ bits. The sequence space is $2^s$. All operations and comparisons
18  performed on sequence numbers shall be carried out in unsigned modulo $2^s$ arithmetic.
19  For any message sequence number $N$, the sequence numbers in the range $[N\text{+}1, N\text{+}2^{s\text{-}1}\ \text{-}1]$
20  shall be considered greater than $N$, and the sequence numbers in the range $[N\text{-}2^{s\text{-}1}, N\text{-}1]$
21  shall be considered smaller than $N$.

22  The receiver of the message maintains a receive pointer $V(R)$ whose initialization is defined
23  as part of the protocol. When a message arrives, the receiver compares the sequence
24  number of the message with $V(R)$. If the sequence number is greater than $V(R)$, the message
25  is considered a valid message and $V(R)$ is set to this sequence number; otherwise, the
26  message is considered an invalid message.

27  **14.7 Generic Configuration Protocol**

28  14.7.1 Introduction

29  The Generic Configuration Protocol provides a means to negotiate protocol parameters. The
30  procedure consists of the initiator sending an attribute and one or more allowed values.
31  The responder then selects one of the offered values. Each attribute must have a well

---

[165] This generator has full period, ranging over all integers from 1 to m-1; the values 0 and m are
never produced. Several suitable implementations can be found in Park, Stephen K. and Miller, Keith
W., "Random Number Generators: Good Ones are Hard to Find," *Communications of the ACM*, vol. 31,
no. 10, October 1988, pp. 1192-1201.

known fall-back value; if the responder does not select any of the offered values, the fall-back value is selected.

## 14.7.2 Procedures

### 14.7.2.1 Configuration Negotiation

The protocol uses a ConfigurationRequest message and a ConfigurationResponse message to negotiate a mutually acceptable configuration. The initiator uses the ConfigurationRequest message to provide the responder with a list of acceptable attribute values for each attribute. The responder uses the ConfigurationResponse message to provide the initiator with the accepted attribute value for each attribute, choosing the accepted attribute value from the initiator's acceptable attribute value list.

The initiator shall order the acceptable attribute values for each attribute in descending order of preference. The initiator shall send these ordered attribute-value lists to the responder using one or more ConfigurationRequest messages. If the ordered attribute value lists fit within one ConfigurationRequest message, then the initiator should use one ConfigurationRequest message. If the ordered attribute value lists do not fit within one ConfigurationRequest message, then the initiator may use more than one ConfigurationRequest message. Each ConfigurationRequest message shall contain one or more complete ordered attribute value lists; an ordered attribute value list for an attribute shall not be split within a ConfigurationRequest message and shall not be split across multiple ConfigurationRequest messages.

After sending a ConfigurationRequest message, the sender shall set the value of all parameters that were listed in the message to NULL.

After receiving a ConfigurationRequest message, the responder shall respond within $T_{Turnaround}$, where $T_{Turnaround}$ = 2 seconds, unless specified otherwise. For each attribute included in the ConfigurationRequest message, the responder shall choose an acceptable attribute value from the associated acceptable attribute value list. If the responder does not recognize an attribute or does not find an acceptable attribute value in the associated attribute list, then the responder shall skip the attribute. The responder shall send the accepted attribute value for each attribute within one ConfigurationResponse message. The value included for each attribute shall be one of the values listed in the ConfigurationRequest message. After receiving a ConfigurationResponse message, the initiator shall pair the received message with the associated ConfigurationRequest message. If the ConfigurationResponse message does not contain an attribute found in the associated ConfigurationRequest message, then the initiator shall assume that the missing attribute is using the fall-back value.

If the initiator requires no further negotiation of protocols or configuration of negotiated protocols and if the value of the any of the parameters for which the initiator has sent a ConfigurationRequest message is NULL, then the sender shall declare a failure.

The initiator and the responder shall use the attribute values in the ConfigurationResponse messages as the configured attribute values, provided that the attribute values were also present in the associated ConfigurationRequest message.

### 14.7.3 Message Formats

The receiver shall discard all unrecognized messages. The receiver shall discard all unrecognized fields following the fields defined herein. The receiver may log the message for diagnostic reasons.

The specification of the Physical Layer channels on which the following messages are to be carried; and, whether the messages are to be sent reliably or as best-effort, is provided in the context of the protocols in which these messages are used.

### 14.7.3.1 ConfigurationRequest

The sender sends the ConfigurationRequest message to offer a set of attribute-values for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The value of this field is specified in the context of the protocol using this message. The value 0x50 is recommended.

TransactionID      The sender shall increment this value for each new ConfigurationRequest message sent.

AttributeRecord    The format of this record is specified in 14.3.

### 14.7.3.2 ConfigurationResponse

The sender sends a ConfigurationResponse message to select an attribute-value from a list of offered values.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The value of this field is specified in the context of the protocol using this message. The value 0x51 is recommended.

TransactionID      The sender shall set this value to the TransactionID field of the corresponding ConfigurationRequest message.

AttributeRecord               An attribute record containing a single attribute value. If this
                              message selects   a complex attribute, only the ValueID field of the
                              complex attribute shall be included in the message. The format of the
                              AttributeRecord is given in 14.3. The sender shall not include more
                              than one attribute record with the same attribute identifier.

## 14.8 Session State Information Record

The Session State Information is to be used in [8][9] for transferring the session parameters
corresponding to the InUse protocol instances from a source access network to a target
access network. Session parameters are the attributes and the internal parameters that
define the state of each protocol. The format of this record is shown in Table 14.8-1. If an
attribute is not contained in the Session State Information record, the target access
network shall assume that the missing attributes have the default values (specified for each
attribute in each protocol). The sender shall include all the Parameter Records associated
with the ProtocolType and ProtocolSubtype in the same Session State Information Record.

**Table 14.8-1. The Format of the Session State Information Record**

| Field | Length (bits) |
|---|---|
| FormatID | 8 |
| Reserved | 1 |
| ProtocolType | 7 or 15 |
| ProtocolSubtype | 16 |

One or more instances of the following Parameter
Record:

| | |
|---|---|
| ParameterType | 8 |
| ParameterType-specific record | Variable |

FormatID                      This field identifies the format of the rest of the fields in this record
                              and shall be set to zero.

Reserved                      This field shall be set to zero.

ProtocolType                  This field has the following format:

| Sub-Field | Length (bits) |
|---|---|
| Type1 | 7 |
| Type2 | 0 or 8 |

Type1                         This sub-field shall be set to the seven most significant bits of the
                              Type value for the protocol (as defined in [10]) associated with the
                              encapsulated .

TIA-856-B                                           Common Algorithms and Data Structures

Type2            If the length of the Type value for the protocol associated with the
                 encapsulated parameter is 7 bits, then this sub-field shall be
                 omitted. Otherwise, this field shall be set to the 8 least significant
                 bits of the Type value for the protocol associated with the
                 encapsulated parameter.[166]

ProtocolSubtype  This field shall be set to the protocol subtype value (see Table 15.1-1)
                 for the protocol associated with the encapsulated session
                 parameters.

ParameterType    This field shall be set according to Table 14.8-2.

**Table 14.8-2. Encoding of the DataType Field**

| Field Value | Meaning |
|---|---|
| 0x00 | The ParameterType-specific record consists of a Complex or a Simple Attribute as defined in 14.3. The ValueID field of the complex attribute shall be set to zero. |
| All other values | ParameterType-specific record are protocol dependent |

ParameterType-specific record

                 If the ParameterType field is set to 0x00, then this record shall be set
                 to the simple or complex attribute (see 14.3) associated with the
                 protocol identified by the (ProtocolType, ProtocolSubtype) pair.
                 Otherwise, the structure of this record shall be as specified by the
                 protocol which is identified by the (ProtocolType, ProtocolSubtype)
                 pair.

---

[166] For example, if Type1 is '0011010', then Type2 shall be 8 bits long.

**14.9 SectorID Provisioning**

The SectorID is an IPv6 address from one of the following four address pools: Global Unicast, Site-Local Unicast, Link-Local Unicast and Reserved

This section describes the rules for assigning SectorID values to sectors in order to ensure that the value of the SectorID is unique across operator networks, when the SectorID is a Global Unicast address, Site-Local Unicast address, a Link-Local Unicast address or a Reserved address. If the SectorID is Global Unicast address, then the value of the SectorID is globally unique.

14.9.1 Overview of Relevant Formats

14.9.1.1 Global Unicast IPv6 Address Format

Global Unicast addresses have the following format:

```
|         n bits         |  m bits   | 128-n-m bits |
+------------------------+-----------+--------------+
| global routing prefix  | subnet ID | interface ID |
+------------------------+-----------+--------------+
```

**Figure 14.9.1.1-1. Global Unicast IPv6 Address Format**

For all Global Unicast addresses, except those that start with binary 000, the Interface ID is required to be 64 bits long and to be constructed in Modified EUI-64 format.

14.9.1.2 Site-Local Unicast IPv6 Address Format

Addresses that start with binary 1111111011 are Site-Local Unicast addresses. However, only Site-Local Unicast addresses of the following format have been defined.

```
|  10 bits   | 38 bits  |  16 bits   |   64 bits    |
+------------+----------+------------+--------------+
| 1111111011 | 00 ... 0 | subnet ID  |interface ID  |
+------------+----------+------------+--------------+
```

**Figure 14.9.1.2-1. Site-Local Unicast IPv6 Address Format**

The Interface ID is required to be 64 bits long and to be constructed in Modified EUI-64 format.

14.9.1.3 Link-Local Unicast IPv6 Address Format

Addresses that start with binary 1111111010 are Link-Local Unicast addresses. However, only Link-Local addresses of the following format have been defined.

```
|  10 bits  | 54 bits  |    64 bits    |
+-----------+----------+---------------|
| 1111111010| 00 ... 0 | interface ID  |
+-----------+----------+---------------+
```

**Figure 14.9.1.3-1. Link-Local Unicast IPv6 Address Format**

The Interface ID is required to be 64 bits long and to be constructed in Modified EUI-64 format.

14.9.1.4 Reserved IPv6 Address Format

Reserved addresses have the following format

```
|  8 bits  | 120 bits |
+----------+----------+
| 00 ... 0 | SS ... S |
+----------+----------+
```

**Figure 14.9.1.4-1. Format of the Reserved IPv6 Addresses**

However, the Unspecified address, the Loopback address, and the Embedded IPv4 addresses have been chosen from the Reserved Address pool. Therefore, the following values shall be excluded from the Reserved IPv6 address category for SectorID values.

```
| 127 bits | 1 bit |
+----------+-------+
| 00 ... 0 |   0   |
+----------+-------+

| 127 bits | 1 bit |
+----------+-------+
| 00 ... 0 |   1   |
+----------+-------+

| 80 bits  | 16 bits  |   32 bits    |
+----------+----------+--------------+
| 00 ... 0 | 00 ... 0 | IPv4 Address |
+----------+----------+--------------+

| 80 bits  | 16 bits  |   32 bits    |
+----------+----------+--------------+
| 00 ... 0 | 11 ... 1 | IPv4 Address |
+----------+----------+--------------+
```

**Figure 14.9.1.4-2. IPv6 Values That Are to be Avoided**

14.9.1.5 Modified EUI-64 Format

The Modified EUI-64 Format may take on one of two formats: the universally unique format and the locally unique (non-universally unique) format.

If the Modified EUI-64 value is universally unique, then it has the following format:

```
| 6 bits | 1 bit | 1 bit | 16 bits | 40 bits |
+--------+-------+-------+---------+---------+
| CCCCC  |   1   |   G   | CC ... C| MM ... M|
+--------+-------+-------+---------+---------+
```

**Figure 14.9.1.5-1. Universally Unique Modified EUI-64**

The "C" bits are a company identifier assigned to the manufacturer. The "M" bits are the bits chosen by the manufacturer to ensure that the values assigned by the manufacturer are unique. The "G" bit is the group/individual bit.

If the Modified EUI-64 value is locally unique, then it has the format:

```
| 6 bits | 1 bit | 57 bits  |
+--------+-------+----------+
| LLLLLL |   0   | LL ... L |
+--------+-------+----------+
```

**Figure 14.9.1.5-2. Locally Unique Modified EUI-64**

where the L bits are local node identifier that is chosen such that it is unique on the link.

14.9.2 SectorID Construction

The access network shall construct the SectorID to be either a Globally Unique SectorID or a Locally Unique SectorID as described below.

If a Globally Unique SectorID is used, the SectorID is universally unique by construction.

If a Locally Unique SectorID is used, it is the responsibility of the network to ensure the uniqueness of the SectorID throughout the networks that the access terminal can visit.

14.9.2.1 Construction of Globally Unique SectorID

There are multiple methods by which a network can be uniquely identified. Networks connected to IPv6 networks are uniquely identified using an IPv6 subnet prefix. Networks connected to the ANSI-41 core are uniquely identified using a System Identifier (SID). Networks connected to the GSM/UMTS core are uniquely identified using a Mobile Country Code (MCC) and a Mobile Network Code (MNC). Networks connected to IPv4 networks are uniquely identified using an IPv4 subnet prefix.

It is likely that different operators will have different preferences when it comes to which type of unique identifier to use. Therefore, the following proposal allows the operator to use an IPv6 unique identifier, an ANSI-41 unique identifier, a GSM/UMTS unique identifier, or an IPv4 unique identifier, while ensuring that the SectorID is unique across operator networks.

14.9.2.1.1 SectorID Based On an IPv6 Unique Identifier

When the SectorID is based on an IPv6 unique identifier, the SectorID shall be any Global Unicast IPv6 Address that has been assigned to the operator and that does not start with

binary 00000000. The Global Unicast IPv6 addresses that start with binary 00000000 are excluded because the conflict with the Reserved addresses.

An Operator that has not been assigned any IPv6 addresses but has been assigned at least one globally unique IPv4 address may construct a Global Unicast IPv6 address using the 6to4 method described in [13].

14.9.2.1.2 SectorID Not Based On an IPv6 Unique Identifier

When the SectorID is not based on an IPv6 unique identifier, the SectorID shall be a Site-Local Unicast IPv6 Address, a Link-Local Unicast IPv6 Address or a Reserved IPv6 Address. When the SectorID is a Site-Local Unicast IPv6 Address or a Link-Local Unicast IPv6 Address, the interface ID shall be a locally unique Modified EUI-64 value.

As is shown below for Site-Local Unicast, Link-Local Unicast and Reserved, there are certain bits of the addresses that must take on fixed values in order to meet the IPv6 address requirements. The remaining bits (denoted by "S") are used to create unique SectorID values. Therefore, the number of bits available for creating the unique SectorID is 79, 63 and 120 bits for Site-Local Unicast, Link-Local Unicast and Reserved, respectively.

```
| 10 bits    | 38 bits  | 16 bits  | 6 bits  | 1 bit | 57 bits  |
+------------+----------+----------+--------+-------+----------+
| 1111111011 | 00 ... 0 | SS ... S | SSSSSS |   0   | SS ... S |
+------------+----------+----------+--------+-------+----------+
```

**Figure 14.9.2.1.2-1. "S" bits in the Site-Local Unicast IPv6 Address Format**

```
| 10 bits    | 54 bits  | 6 bits  | 1 bit | 57 bits  |
+------------+----------+--------+-------+----------+
| 1111111010 | 00 ... 0 | SSSSSS |   0   | SS ... S |
+------------+----------+--------+-------+----------+
```

**Figure 14.9.2.1.2-2. "S" bits in the Link-Local Unicast IPv6 Address Format**

```
| 8 bits   | 120 bits |
+----------+----------+
| 00 ... 0 | SS ... S |
+----------+----------+
```

**Figure 14.9.2.1.2-3. "S" bits in the Reserved IPv6 Address Format**

The "S" bits are further broken down into the following sub-fields

```
| #P bits    | #T bits  | #N bits  | #X bits  |
+------------+----------+----------+----------+
| 00 ... 01  | TT ... T | NN ... N | XX ... X |
+------------+----------+----------+----------+
```

Common Algorithms and Data Structures                                    TIA-856-B

**Figure 14.9.2.1.2-4. sub-fields of the "S" bits**

where the "T" bits identify the type of unique identifier (IPv4, GSM/UMTS or ANSI-41), the "N" bits are the operator's unique identifier, the "X" bits are operator selected bits (i.e., bits selected by the operator).

The "P" bits, which are a run of zero or more 0's followed by one 1, allow for flexible positioning of the unique identifier within the IPv6 address.  The number of "P" bits shall be less than or equal to 64.  This is to ensure that the addresses in the Reserved IPv6 address format category for SectorID do not collide with the Locally Unique SectorIDs (because the number of leading zeros in the SectorID in the Reserved IPv6 address format category is less than 72).

The "T" bits shall be chosen such that the values are prefix free.

The following sections specify how the "T" bits, the "N" bits, and the "X" bits are assigned for each of the unique identifier types defined in this document (that is, ANSI-41, GSM/UMTS, and IPv4).

14.9.2.1.2.1 ANSI-41 Method

Ignoring bits in the SectorID that shall take on fixed values in order to meet IPv6 requirements, the SectorID format is as follows:

```
| #P bits  | 2 bit   | 15 bits  | #X bits  |
+----------+---------+----------+----------+
| 00 ... 01 |   00    |   SID    | XX ... X |
+----------+---------+----------+----------+
| PP ... P | TT ... T | NN ... N | XX ... X |
```

**Figure 14.9.2.1.2.1-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the ANSI-41 Method**

The "T" bits shall be set to the binary value '00'. The "N" bits shall be set to "SID", which is the ANSI-41 System Identifier that has been assigned to the operator. The "X" bits shall be set by the operator and shall be chosen to ensure that the SectorID values and corresponding UATI values are unique within the operator's network. Therefore, there are up to 61, 45, and 102 operator settable bits for Site-Local Unicast, Link-Local Unicast and Reserved addresses, respectively.

14.9.2.1.2.2 GSM/UMTS Method

Ignoring bits in the SectorID that must take on fixed values in order to meet IPv6 requirements, the SectorID format is as follows:

```
| #P bits  | 2 bits  | 12 bits  | 12 bits  | #X bits  |
+----------+---------+----------+----------+----------+
| 00 ... 01 |   01    |   MCC    |   MNC    | XX ... X |
+----------+---------+----------+----------+----------+
| PP ... P | TT ... T |    NN ... N          | XX ... X |
```

TIA-856-B                                           Common Algorithms and Data Structures

**Figure 14.9.2.1.2.2-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the GSM/UMTS Method**

The "T" bits shall be set to the binary value '01'. The "N" bits shall be set to "MCC" and "MNC", which are the binary coded decimal versions of a Mobile Country Code and Mobile Network Code pair that have been assigned to the operator. The "X" bits shall be set by the operator and shall be chosen to ensure that the SectorID values and corresponding UATI values are unique within the operator's network. Therefore, there are up to 52, 36, and 93 operator settable bits for Site-Local Unicast, Link-Local Unicast and Reserved addresses, respectively.

14.9.2.1.2.3 IPv4 Unique Identifier

Ignoring bits in the SectorID that must take on fixed values in order to meet IPv6 requirements, the SectorID format is as follows:

```
| PP ... P  | 2 bits  |      #N bits       | #X bits  |
+-----------+---------+--------------------+----------+
| 00 ... 01 |   10    | IPv4 Subnet Prefix | XX ... X |
+-----------+---------+--------------------+----------+
| PP ... P  | TT ... T|       NN ... N     | XX ... X |
```

**Figure 14.9.2.1.2.3-1. Assignment of the "T" Bits, the "N" Bits, and the "X" Bits for the IPv4 Method**

The "T" bits shall be set to the binary value '10'. The "N" bits are set to "IPv4 Subnet Prefix", which is a prefix of a globally unique IPv4 subnet assigned to the operator. The "X" bits shall be set by the operator and shall be chosen to ensure that the SectorID values and corresponding UATI values are unique within the operator's network. Therefore, there are 52, 36, and 93 operator settable bits for Site-Local Unicast, Link-Local Unicast and Reserved addresses, respectively, assuming that "IPv4 Subnet Prefix" is a 24-bit prefix identifying an IPv4 class C subnet.

14.9.2.2 Construction of Locally Unique SectorID

The format of the Locally Unique SectorID is as follows:

```
|  72 bits  | #X bits  |
+-----------+----------+
| 00 ... 0  | XX ... X |
```

**Figure 14.9.2.2-1. Format of the Locally Unique SectorID**

The "X" bits shall be set by the network to ensure the uniqueness of the SectorID throughout the networks that the access terminal can visit.

Common Algorithms and Data Structures                                    TIA-856-B

**14.10 Generic Attribute Update Protocol**

14.10.1 Introduction

The Generic Attribute Update Protocol provides a means to update protocol attributes. The protocol uses an AttributeUpdateRequest message, an AttributeUpdateAccept message, and an AttributeUpdateReject message to negotiate a mutually acceptable configuration.

The initiator uses the AttributeUpdateRequest message to provide the responder with a proposed value for each attribute. The responder uses the AttributeUpdateAccept message to accept the proposed values. If the responder is an access network, and if any of the attribute values in the received AttributeUpdateRequest message is not acceptable to it, then the access network sends the AttributeUpdateReject message, and the access terminal and access network continue to use the previously negotiated values for the attributes.

The access terminal is not allowed to send an AttributeUpdateReject message.

14.10.2 Procedures

14.10.2.1 Initiator Requirements

The access terminal and the access network shall not send an AttributeUpdateRequest message if the ConfigurationLock public data of the Session Configuration Protocol is set to Locked.

Unless indicated otherwise, the access terminal shall not send an AttributeUpdateRequest message on the Access Channel. Unless indicated otherwise, the access network shall not send an AttributeUpdateRequest message on the Control Channel.

The initiator shall include one attribute value for each attribute included in the AttributeUpdateRequest message.

After sending an AttributeUpdateRequest message, the initiator should continue to use previously negotiated values for attributes listed in the message until it receives either an AttributeUpdateAccept message or an AttributeUpdateReject message. However, the initiator should be prepared for the responder to begin using attribute values proposed by the initiator in the AttributeUpdateRequest message.

If the initiator receives an AttributeUpdateAccept message, then it shall pair the received message with the associated AttributeUpdateRequest message using the TransactionID field of the messages. The initiator shall use the attribute values in the AttributeUpdateRequest message as the configured attribute values. If the access terminal receives an AttributeUpdateReject message, then it shall use the previously configured values of the attributes included in the corresponding AttributeUpdateRequest message.

If the initiator does not receive the corresponding AttributeUpdateAccept or AttributeUpdateReject message in response to the AttributeUpdateRequest message, it should re-transmit the AttributeUpdateRequest message.

While the initiator is waiting for a response to an AttributeUpdateRequest message, it shall not transmit another AttributeUpdateRequest message with a different TransactionID field

that requests reconfiguration of an attribute included in the original AttributeUpdateRequest message.

14.10.2.2 Responder Requirements

After receiving an AttributeUpdateRequest message, the responder shall respond within $T_{Turnaround}$, where $T_{Turnaround}$ = 2 seconds, unless specified otherwise by the protocol which uses the Generic Attribute Update Protocol.

If the responder is an access terminal, then

• The responder shall send an AttributeUpdateAccept message.

• Upon sending an AttributeUpdateAccept message, the responder shall begin using the accepted attribute values.

If the responder is an access network, then

• If the responder finds the proposed value for each attribute in the AttributeUpdateRequest message to be acceptable, then the responder shall send an AttributeUpdateAccept message. Upon sending an AttributeUpdateAccept message, the responder shall begin using the accepted attribute values.

• If the responder does not recognize an attribute or does not find a proposed attribute value to be acceptable, then it shall send an AttributeUpdateReject message.

• If the responder sends an AttributeUpdateReject message, then it shall continue to use the previously configured values of the attributes found in the corresponding AttributeUpdateRequest message.

14.10.3 Message Formats

The specification of the Physical Layer channels on which the following messages are to be carried; and, whether the messages are to be sent reliably or as best-effort, is provided in the context of the protocols in which these messages are used.

14.10.3.1 AttributeUpdateRequest

The sender sends an AttributeUpdateRequest message to offer an attribute-value for a given attribute.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |
| One or more instances of the following record | |
| AttributeRecord | Attribute dependent |

MessageID          The value of this field is specified in the context of the protocol using this message. The value 0x52 is recommended.

TransactionID         The sender shall increment this value for each new AttributeUpdateRequest message sent.

AttributeRecord       The format of this record is specified in 14.3.

### 14.10.3.2 AttributeUpdateAccept

The sender sends an AttributeUpdateAccept message in response to an AttributeUpdateRequest message to accept the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

MessageID             The value of this field is specified in the context of the protocol using this message. The value 0x53 is recommended.

TransactionID         The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

### 14.10.3.3 AttributeUpdateReject

The access network sends an AttributeUpdateReject message in response to an AttributeUpdateRequest message to reject the offered attribute values.

| Field | Length (bits) |
|---|---|
| MessageID | Protocol dependent |
| TransactionID | 8 |

MessageID             The value of this field is specified in the context of the protocol using this message. The value 0x54 is recommended.

TransactionID         The sender shall set this value to the TransactionID field of the corresponding AttributeUpdateRequest message.

### 14.10.4 Protocol Numeric Constants

| Constant | Meaning | Value |
|---|---|---|
| $T_{Turnaround}$ | Maximum time to respond to an AttributeUpdateRequest message. | 2 sec |

TIA-856-B                                                Common Algorithms and Data Structures

**14.11 Linear Interpolation**

The access terminal shall use the following procedure for linear interpolation:

3. Let f(x) be the one-dimensional function which is explicitly defined on some finite set of x-axis points $\Sigma_x$.

4. Let $y' = f(x')$ be the interpolated value of the function at the input $x'$.

5. If f(x) is explicitly defined at only one point on the x-axis, then set $y'$ equal to the value of the function at that point.

6. If f(x) is explicitly defined at two or more points on the x-axis, continue as follows:

   – If $x'$ is outside the range of $\Sigma_x$, then set $x'$ equal to the nearest value of $\Sigma_x$.

   – Let $x_1$, $x_2$ be the points in $\Sigma_x$ that are closest to $x'$, which satisfy the relation $x_1 \le x' \le x_2$. Define $y_1$, $y_2$ as follows:

   | x | y = f(x) |
   |---|----------|
   | $x_1$ | $y_1$ |
   | $x_2$ | $y_2$ |

   Then the value of $y'$ is given by the equation:

   $$y' = y_1 + (y_2 - y_1) \times (x' - x_1)/(x_2 - x_1)$$

The access terminal shall compute $y'$ with an error of no more than $\pm 2\%$ of its true value.

**14.12 Bi-linear Interpolation**

The access terminal shall use the following procedure for bi-linear interpolation:

1. Let $f(x,y)$ be the two-dimensional function which is explicitly defined on some finite set of x-axis and y-axis points, denoted $\Sigma_x$ and $\Sigma_y$ respectively.

2. Let $z^{'} = f(x^{'},y^{'})$ be the interpolated value of the function at inputs $x^{'}$ and $y^{'}$.

3. If $f(x,y)$ is explicitly defined at only one point on both the x-axis and y-axis, then set $z^{'}$ equal to the value of the function at that point.

4. If $f(x,y)$ is explicitly defined at only one point on either the x-axis or the y-axis, then use the procedure of 14.11 on the other axis, and set $z^{'}$ to the result.

5. If $f(x,y)$ is explicitly defined at two or more points for both the x-axis and the y-axis, continue as follows:

   – If $x^{'}$ is outside the range of $\Sigma_x$, then set $x^{'}$ equal to the nearest value of $\Sigma_x$.

   – If $y^{'}$ is outside the range of $\Sigma_y$, then set $y^{'}$ equal to the nearest value of $\Sigma_y$.

   – Let $x_1$, $x_2$ be the points in $\Sigma_x$ that are closest to $x^{'}$, which satisfy the relation $x_1 \le x^{'} \le x_2$. Let $y_1$, $y_2$ be the points in $\Sigma_y$ that are closest to $y^{'}$, which satisfy the relation $y_1 \le y^{'} \le y_2$. Define $z_1$, $z_2$, $z_3$, and $z_4$ as follows:

| (x,y) | z = f(x,y) |
|-------|------------|
| $(x_1,y_1)$ | $z_1$ |
| $(x_2,y_1)$ | $z_2$ |
| $(x_1,y_2)$ | $z_3$ |
| $(x_2,y_2)$ | $z_4$ |

Then the value of $z^{'}$ is given by the equation:

$$z^{'} = a \times ( b \times z_4 + (1- b) \times z_2 ) + (1- a) \times ( b \times z_3 + (1-b) \times z_1 )$$

where

$$a = (x^{'} - x_1)/(x_2 - x_1)$$

$$b = (y^{'} - y_1)/(y_2 - y_1)$$

The access terminal shall compute $z^{'}$ with an error of no more than ±2% of its true value.

TIA-856-B                                     Common Algorithms and Data Structures

**14.13 IIR filter implementation**

The access terminal shall perform IIR filter implementation using the following equation:

$$y(n) = (1 - 1/\tau) \times y(n-1) + (1/\tau) \times x(n)$$

where $n$ denotes the time index in slots or sub-frames, $\tau$ denotes the filter time constant, $y$ denotes the IIR filter output and $x$ denotes the IIR filter input. The filter shall be updated every slot or every sub-frame. The filter update rate is a function of the quantity filtered.

The access terminal shall compute y(n) with an error of no more than ±2% of its true value.

1    No text.

1   **15 ASSIGNED NAMES AND NUMBERS**

2   **15.1 Protocols**

3   Table 15.1-1 shows the Protocol Type and Protocol Subtypes assigned to the protocols
4   defined in this specification. An updated list of Protocol Types and Protocol Subtypes is
5   specified in [10].

TIA-856-B                                    Assigned Names And Numbers

**Table 15.1-1. Protocol Type and Subtypes**

| Protocol Type | | | Protocol Subtype | | Page |
|---|---|---|---|---|---|
| **Name** | **ID** | **Length (bits)** | **Name** | **ID** | |
| Physical Layer | 0x00 | 7 | Default Physical Layer | 0x0000 | 11-1 |
| Physical Layer | 0x00 | 7 | Subtype 1 Physical Layer | 0x0001 | 12-1 |
| Physical Layer | 0x00 | 7 | Subtype 2 Physical Layer | 0x0002 | 11-1 |
| Physical Layer | 0x00 | 7 | Subtype 3 Physical Layer | 0x0003 | 13-1 |
| Control Channel MAC | 0x01 | 7 | Default Control Channel MAC | 0x0000 | 10-4 |
| Control Channel MAC | 0x01 | 7 | Enhanced Control Channel MAC | 0x0001 | 10-16 |
| Access Channel MAC | 0x02 | 7 | Default Access Channel MAC | 0x0000 | 10-16 |
| Access Channel MAC | 0x02 | 7 | Enhanced Access Channel MAC | 0x0001 | 10-52 |
| Forward Traffic Channel MAC | 0x03 | 7 | Default Forward Traffic Channel MAC | 0x0000 | 10-83 |
| Forward Traffic Channel MAC | 0x03 | 7 | Enhanced Forward Traffic Channel MAC | 0x0001 | 10-100 |
| Forward Traffic Channel MAC | 0x03 | 7 | Multicarrier Forward Traffic Channel MAC | 0x0002 | 10-133 |
| Reverse Traffic Channel MAC | 0x04 | 7 | Default Reverse Traffic Channel MAC | 0x0000 | 10-184 |
| Reverse Traffic Channel MAC | 0x04 | 7 | Subtype 1 Reverse Traffic Channel MAC | 0x0001 | 10-202 |
| Reverse Traffic Channel MAC | 0x04 | 7 | Subtype 2 Reverse Traffic Channel MAC | 0x0002 | 10-222 |
| Reverse Traffic Channel MAC | 0x04 | 7 | Subtype 3 Reverse Traffic Channel MAC | 0x0003 | 10-276 |
| Reverse Traffic Channel MAC | 0x05 | 7 | Multicarrier Reverse Traffic Channel MAC | 0x0004 | 10-379 |
| Key Exchange | 0x05 | 7 | Default Key Exchange | 0x0000 | 9-12 |
| Key Exchange | 0x05 | 7 | DH Key Exchange | 0x0001 | 9-16 |
| Authentication | 0x06 | 7 | Default Authentication | 0x0000 | 9-36 |
| Authentication | 0x06 | 7 | SHA-1 Authentication | 0x0001 | 9-40 |

15-2

Assigned Names And Numbers                                                    TIA-856-B

| Protocol Type | | | Protocol Subtype | | Page |
|---|---|---|---|---|---|
| **Name** | **ID** | **Length (bits)** | **Name** | **ID** | |
| Encryption | 0x07 | 7 | Default Encryption | 0x0000 | 9-47 |
| Security | 0x08 | 7 | Default Security | 0x0000 | 9-3 |
| Security | 0x08 | 7 | Generic Security | 0x0001 | 9-7 |
| Packet Consolidation | 0x09 | 7 | Default Packet Consolidation | 0x0000 | 8-236 |
| Air-Link Management | 0x0a | 7 | Default Air-Link Management | 0x0000 | 8-5 |
| Initialization State | 0x0b | 7 | Default Initialization State | 0x0000 | 8-21 |
| Idle State | 0x0c | 7 | Default Idle State | 0x0000 | 8-29 |
| Idle State | 0x0c | 7 | Enhanced Idle State | 0x0001 | 8-45 |
| Idle State | 0x0c | 7 | Quick Idle State | 0x0002 | 8-69 |
| Connected State | 0x0d | 7 | Default Connected State | 0x0000 | 8-69 |
| Route Update | 0x0e | 7 | Default Route Update | 0x0000 | 8-107 |
| Route Update | 0x0e | 7 | Multicarrier Route Update | 0x0001 | 8-167 |
| Overhead Messages | 0x0f | 7 | Overhead Messages | 0x0000 | 8-245 |
| Session Management | 0x10 | 7 | Default Session Management | 0x0000 | 7-3 |
| Address Management | 0x11 | 7 | Default Address Management | 0x0000 | 7-17 |
| Session Configuration | 0x12 | 7 | Default Session Configuration | 0x0000 | 7-40 |
| Multimode Capability Discovery | 0x1b | 7 | Generic Multimode Capability Discovery | 0x0001 | 7-76 |
| Stream | 0x13 | 7 | Default Stream | 0x0000 | 6-3 |
| Virtual Stream | 0x19 | 7 | Generic Virtual Stream | 0x0001 | 6-9 |
| Stream 0 Application | 0x14 | 7 | Default Signaling Application | 0x0000 | 2-1 |
| Stream 1 Application | 0x15 | 7 | Default Packet Application bound to the radio network. | 0x0001 | 3-1 |
| Stream 1 Application | 0x15 | 7 | Default Packet Application bound to the service network | 0x0002 | 3-1 |

15-3

TIA-856-B                                                          Assigned Names And Numbers

| Protocol Type | | | Protocol Subtype | | Page |
|---|---|---|---|---|---|
| Name | ID | Length (bits) | Name | ID | |
| Stream 1 Application | 0x15 | 7 | Multi-Flow Packet Application bound to the radio network. | 0x0004 | 4-1 |
| Stream 1 Application | 0x15 | 7 | Multi-Flow Packet Application bound to the service network. | 0x0005 | 4-1 |
| Stream 1 Application | 0x15 | 7 | 3G1X Circuit Services Notification Application | 0x0006 | 5-1 |
| Stream 2 Application | 0x16 | 7 | Default Packet Application bound to the radio network | 0x0001 | 3-1 |
| Stream 2 Application | 0x16 | 7 | Default Packet Application bound to the service network | 0x0002 | 3-1 |
| Stream 2 Application | 0x16 | 7 | Multi-Flow Packet Application bound to the radio network. | 0x0004 | 4-1 |
| Stream 2 Application | 0x16 | 7 | Multi-Flow Packet Application bound to the service network. | 0x0005 | 4-1 |
| Stream 2 Application | 0x16 | 7 | 3G1X Circuit Services Notification Application | 0x0006 | 5-1 |
| Stream 3 Application | 0x17 | 7 | Default Packet Application bound to the radio network | 0x0001 | 3-1 |
| Stream 3 Application | 0x17 | 7 | Default Packet Application bound to the service network | 0x0002 | 3-1 |
| Stream 3 Application | 0x17 | 7 | Multi-Flow Packet Application bound to the radio network. | 0x0004 | 4-1 |
| Stream 3 Application | 0x17 | 7 | Multi-Flow Packet Application bound to the service network. | 0x0005 | 4-1 |
| Stream 3 Application | 0x17 | 7 | 3G1X Circuit Services Notification Application | 0x0006 | 5-1 |

15-4

Assigned Names And Numbers                                                      TIA-856-B

| Protocol Type | | | Protocol Subtype | | Page |
|---|---|---|---|---|---|
| **Name** | **ID** | **Length (bits)** | **Name** | **ID** | |
| Virtual Stream *VS* Application, where *VS* is the two-digit hexadecimal virtual stream number in the range 0x01 to 0xff. | 0x1a*VS* | 15 | 3G1X Circuit Services Notification Application | 0x0006 | 5-1 |

[1]

15-5

