Submission Of Documents In Support Of
Motion For Reconsideration Of Doc. No. 810.

Attachment No. 10



# TIA STANDARD

## Signaling Conformance Test Specification for Interworking of CDMA2000 1X and High Rate Packet Data Systems
## Revision A

**TIA-1157-A**                    **August 2010**

TELECOMMUNICATIONS
INDUSTRY ASSOCIATION

tiaonline.org

NOTICE

TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for their particular need.  The existence of such Standards and Publications shall not in any respect preclude any member or non-member of TIA from manufacturing or selling products not conforming to such Standards and Publications.  Neither shall the existence of such Standards and Publications preclude their voluntary use by Non-TIA members, either domestically or internationally.

Standards and Publications are adopted by TIA in accordance with the American National Standards Institute (ANSI) patent policy.  By such action, TIA does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the Standard or Publication.

This Standard does not purport to address all safety problems associated with its use or all applicable regulatory requirements.  It is the responsibility of the user of this Standard to establish appropriate safety and health practices and to determine the applicability of regulatory limitations before its use.

(From Project Proposal No. 3-0341-RV1, formulated under the cognizance of the TIA
TR-45 Mobile and Personal Communications Systems Standard, TR-45.5 Subcommittee on Spread Spectrum Technology-Mobile and Personal Communications Standard).

Published by

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION
Standards and Technology Department
2500 Wilson Boulevard
Arlington, VA 22201 U.S.A.

**PRICE:  Please refer to current Catalog of**
**TIA TELECOMMUNICATIONS INDUSTRY ASSOCIATION STANDARDS**
**AND ENGINEERING PUBLICATIONS**
**or call IHS, USA and Canada**
**(1-877-413-5187) International (303-397-2896)**
**or search online at http://www.tiaonline.org/standards/catalog/**

All rights reserved
Printed in U.S.A.

# NOTICE OF COPYRIGHT

# This document is copyrighted by the TIA.

**Reproduction of these documents either in hard copy or soft copy (including posting on the web) is prohibited without copyright permission.** For copyright permission to reproduce portions of this document, please contact TIA Standards Department or go to the TIA website (www.tiaonline.org) for details on how to request permission.  Details are located at:
http://www.tiaonline.org/standards/catalog/info.cfm#copyright

OR

Telecommunications Industry Association
Standards & Technology Department
2500 Wilson Boulevard, Suite 300
Arlington, VA 22201  USA
+1(703)907-7700

Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information, contact:

IHS
15 Inverness Way East
Englewood, CO 80112-5704 or call
U.S.A. and Canada (1-800-525-7052)
International  (303-790-0600)

## NOTICE OF DISCLAIMER AND LIMITATION OF LIABILITY

The document to which this Notice is affixed (the "Document") has been prepared by one or more Engineering Committees or Formulating Groups of the Telecommunications Industry Association ("TIA"). TIA is not the author of the Document contents, but publishes and claims copyright to the Document pursuant to licenses and permission granted by the authors of the contents.

TIA Engineering Committees and Formulating Groups are expected to conduct their affairs in accordance with the TIA Engineering Manual ("Manual"), the current and predecessor versions of which are available at http://www.tiaonline.org/standards/procedures/manuals/TIA's function is to administer the process, but not the content, of document preparation in accordance with the Manual and, when appropriate, the policies and procedures of the American National Standards Institute ("ANSI"). TIA does not evaluate, test, verify or investigate the information, accuracy, soundness, or credibility of the contents of the Document. In publishing the Document, TIA disclaims any undertaking to perform any duty owed to or for anyone.

If the Document is identified or marked as a project number (PN) document, or as a standards proposal (SP) document, persons or parties reading or in any way interested in the Document are cautioned that: (a) the Document is a proposal; (b) there is no assurance that the Document will be approved by any Committee of TIA or any other body in its present or any other form; (c) the Document may be amended, modified or changed in the standards development or any editing process.

The use or practice of contents of this Document may involve the use of intellectual property rights ("IPR"), including pending or issued patents, or copyrights, owned by one or more parties. TIA makes no search or investigation for IPR. When IPR consisting of patents and published pending patent applications are claimed and called to TIA's attention, a statement from the holder thereof is requested, all in accordance with the Manual. TIA takes no position with reference to, and disclaims any obligation to investigate or inquire into, the scope or validity of any claims of IPR. TIA will neither be a party to discussions of any licensing terms or conditions, which are instead left to the parties involved, nor will TIA opine or judge whether proposed licensing terms or conditions are reasonable or non-discriminatory. TIA does not warrant or represent that procedures or practices suggested or provided in the Manual have been complied with as respects the Document or its contents.

If the Document contains one or more Normative References to a document published by another organization ("other SSO") engaged in the formulation, development or publication of standards (whether designated as a standard, specification, recommendation or otherwise), whether such reference consists of mandatory, alternate or optional elements (as defined in the TIA Engineering Manual, 4th edition) then (i) TIA disclaims any duty or obligation to search or investigate the records of any other SSO for IPR or letters of assurance relating to any such Normative Reference; (ii) TIA's policy of encouragement of voluntary disclosure (see Engineering Manual Section 6.5.1) of Essential Patent(s) and published pending patent applications shall apply; and (iii) Information as to claims of IPR in the records or publications of the other SSO shall not constitute identification to TIA of a claim of Essential Patent(s) or published pending patent applications.

TIA does not enforce or monitor compliance with the contents of the Document. TIA does not certify, inspect, test or otherwise investigate products, designs or services or any claims of compliance with the contents of the Document.

ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING WITHOUT LIMITATION, ANY AND ALL WARRANTIES CONCERNING THE ACCURACY OF THE CONTENTS, ITS FITNESS OR APPROPRIATENESS FOR A PARTICULAR PURPOSE OR USE, ITS MERCHANTABILITY AND ITS NONINFRINGEMENT OF ANY THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. TIA EXPRESSLY DISCLAIMS ANY AND ALL RESPONSIBILITIES FOR THE ACCURACY OF THE CONTENTS AND MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE CONTENT'S COMPLIANCE WITH ANY APPLICABLE STATUTE, RULE OR REGULATION, OR THE SAFETY OR HEALTH EFFECTS OF THE CONTENTS OR ANY PRODUCT OR SERVICE REFERRED TO IN THE DOCUMENT OR PRODUCED OR RENDERED TO COMPLY WITH THE CONTENTS.

TIA SHALL NOT BE LIABLE FOR ANY AND ALL DAMAGES, DIRECT OR INDIRECT, ARISING FROM OR RELATING TO ANY USE OF THE CONTENTS CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION ANY AND ALL INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING NEGATION OF DAMAGES IS A FUNDAMENTAL ELEMENT OF THE USE OF THE CONTENTS HEREOF, AND THESE CONTENTS WOULD NOT BE PUBLISHED BY TIA WITHOUT SUCH LIMITATIONS.

**Revision History**

| Revision | Description of Changes | Date |
|---|---|---|
| Rev 0 v1.0 | Publication | 31 October 2008 |
| Rev A v 0.7 | Added test cases for simultaneous voice and data transmission for baseline version | 30 April 2010 |
| Rev A v 0.8 | V&V text. | 03 June 2010 |
| Rev A v1.0 | Publication text | 03 August 2010 |

.

3GPP2 C.S0094-A v1.0

## CONTENTS

CONTENTS ........................................................................................................................... i

FOREWORD ...................................................................................................................... iii

    (This foreword is not part of this specification) ........................................................ iii

NORMATIVE REFERENCES............................................................................................. v

INFORMATIVE REFERENCES ........................................................................................ vi

1    Introduction ............................................................................................................. 1-1

    1.1   Scope............................................................................................................ 1-1

    1.2   Device Modes .............................................................................................. 1-1

    1.3   Testing Objective ......................................................................................... 1-1

    1.4   Execution Strategy ...................................................................................... 1-1

    1.5   Notes ............................................................................................................ 1-2

    1.6   Supplementary Terms and Definitions ........................................................ 1-2

2    Interworking of 1X and HRPD – HRPD Idle Mode .................................................. 2-1

    2.1   Hybrid / SVDO AT Voice Origination in HRPD Idle Mode.......................... 2-1

    2.2   Hybrid / SVDO AT Voice Termination in HRPD Idle Mode .......................... 2-2

    2.3   Hybrid / SVDO AT SMS Origination in HRPD Idle Mode ........................... 2-2

    2.4   Hybrid / SVDO AT SMS Termination in HRPD Idle Mode ......................... 2-3

3    Interworking of 1X and HRPD – HRPD Active Mode .............................................. 3-1

    3.1   Hybrid / SVDO MODE 1 AT Voice Origination in HRPD Active Mode........................... 3-1

    3.2   Hybrid / SVDO MODE 1 AT Voice Termination in HRPD Active Mode ...................... 3-1

    3.3   Hybrid / SVDO MODE 1 AT SMS Origination in HRPD Active Mode ........................... 3-2

    3.4   Hybrid / SVDO MODE 1 AT SMS Termination in HRPD Active Mode........................ 3-3

    3.5   Voice Origination in HRPD Active Mode for SVDO Operation.................... 3-4

    3.6   Voice Termination in HRPD Active Mode for SVDO Operation ..................... 3-4

    3.7   SMS Origination in HRPD Active Mode for SVDO Operation ..................... 3-5

    3.8   SMS Termination in HRPD Active Mode for SVDO Operation ................... 3-6

4    Interworking of 1X and HRPD – HRPD DORMANT Mode ...................................... 4-1

    4.1   Hybrid / SVDO AT Voice Origination in HRPD Dormant Mode.................... 4-1

    4.2   Hybrid / SVDO AT Voice Termination in HRPD Dormant Mode .................. 4-1

    4.3   Hybrid / SVDO AT SMS Origination in HRPD Dormant Mode .................... 4-2

    4.4   Hybrid / SVDO AT SMS Termination in HRPD Dormant Mode ................... 4-3

3GPP2 C.S0094-A v1.0

5      Inter Technology Switching ............................................................................... 5-1

5.1    Inter Technology Switching – Dormant HRPD to cdma2000 1x ..................................... 5-1

5.2    Inter Technology Switching – Active HRPD to cdma2000 1x ......................................... 5-2

5.3    Inter Technology Switching – Dormant cdma2000 1x to HRPD ..................................... 5-2

6      SVDO Tests .................................................................................................. 6-1

6.1    cdma20001x Soft handoff in SVDO Operation .............................................................. 6-1

6.2    HRPD Soft handoff in SVDO Operation ......................................................................... 6-1

6.3    cdma20001x Hard handoff in SVDO Operation ............................................................. 6-2

6.4    HRPD Hard handoff in SVDO Operation ........................................................................ 6-3

6.5    cdma20001x Hard handoff disrupting SVDO Mode 1 Operation .................................. 6-4

6.6    HRPD Hard handoff disrupting SVDO MODE 1 Operation ............................................. 6-5

6.7    cdma20001x Operation under HRPD reverse link failure .............................................. 6-6

6.8    HRPD Operation under cdma20001x reverse link failure .............................................. 6-7

6.9    cdma20001x Preference Under PA Headroom Limitation .............................................. 6-8

6.10   Preferred HRPD Channel in ConnectionRequest Message ..................................... 6-9

6.11   Multimode Capability Discovery Protocol Attribute Negotiation ................................ 6-10

7      Annex A (Informative) - Figures ........................................................................... 7-1

.

3GPP2 C.S0094-A v1.0

1 _____**FOREWORD**_____

2 **(This foreword is not part of this specification)**

3 This Specification was prepared by Technical Specification Group C of the Third Generation
4 Partnership Project 2 (3GPP2). This Specification is the first revision of the document and defines
5 air interface signaling conformance tests for CDMA/HRPD mobile stations/access terminals. This
6 version of the specification supersedes all previous revisions.

3GPP2 C.S0094-A v1.0

1    This page is intentionally left blank.

3GPP2 C.S0094-A v1.0

1                              **NORMATIVE REFERENCES**

2   This section provides references to other specifications and standards that are necessary to
3   implement this document.

4   The following standards contain provisions which, through reference in this text, constitute
5   provisions of this Standard. At the time of publication, the editions indicated were valid. All
6   standards are subject to revision, and parties to agreements based on this Standard are
7   encouraged to investigate the possibility of applying the most recent editions of the standards
8   indicated below.

    1.    3GPP2 C.S0003-E, *Medium Access Control (MAC) Standard for cdma2000 Spread Spectrum Systems.*

    2.    3GPP2 C.S0005-E, *Upper Layer (Layer 3) Signaling Standard for cdma2000 Spread Spectrum Systems.*

    3.    3GPP2 C.S0015-B, *Short Message Service (SMS) for Wideband Spread Spectrum Systems - Release B,* 2006

    4.    3GPP2 C.S0024-C, *cdma2000 High Rate Packet Data Air Interface Specification*

    5.    3GPP2 A.S0009-C, *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Packet Control Function*

    6.    3GPP2 C.S0075-0, *Interworking Specification for cdma2000 1x and High Rate Packet Data Systems*

9

10

1                                                       **INFORMATIVE REFERENCES**

2

3     References in this section are informative.

4        IR 1.         3GPP2 S.R0108-0 *HRPD-cdma2000 1x Interoperability for Voice and Data*
5            *System Requirements*

# 1  INTRODUCTION

## 1.1  Scope

This specification defines air interface signaling conformance tests for CDMA/HRPD mobile stations/access terminals. It is applicable to P_REV_IN_USE equal to or less than seven, and/or access terminals supporting revision 0, revision A, revision B and/or revision C of [4].

In this document, 'mobile station' or 'access terminal' refers to a subscriber terminal, handset, PDA, wireless local loop unit, or any other CDMA/HRPD subscriber terminal that communicates with the base station at the air interface. 'Base station' or 'access network' refers to the composite functionality of the base station and connected network elements.   A cabled connection is typically used for the air interface connection between the mobile station and an emulated base station(s).

## 1.2  Device Modes

The devices that can be tested using this specification operate under one of the following modes:

1. Hybrid Mode: Hybrid mode device that can support cdma20001x and HRPD by periodic monitoring the paging channel of cdma20001x. Such a device prioritizes cdma20001x call and is incapable of simultaneous connection on cdma20001x and HRPD

2. SVDO Mode: SVDO mode device can support simultaneous cdma20001x and HRPD traffic channels. Further, there are two different SVDO devices:

    a. SVDO Mode 1: This mode supports only a limited separation between HRPD and cdma20001x channels. This value is called referred to as the maximum Supported Bandwidth (MSBW) and is an implementation dependent value.

    b. SVDO Mode 2:  This mode supports unlimited separation between HRPD and cdma20001x carrier assignments.

Applicability of tests to hybrid mode, SVDO mode 1, and SVDO mode 2 is indicated for each test. Unless otherwise noted tests are applicable to SVDO are applicable to SVDO mode 1 and SVDO mode 2.

## 1.3  Testing Objective

The objective of these tests is to demonstrate mobile station signaling conformance with base station equipment compliant to the cdma2000[1] family of standards. References to the applicable standard functionality are listed in the traceability section of each test case.

## 1.4  Execution Strategy

All features supported by the base station, such as Signaling Message Encryption, Authentication, Voice Privacy, etc. should be enabled.

---

[1] cdma2000® is the trademark for the technical nomenclature for certain specifications and standards of the Organizational Partners (OP's) of 3GPP2.  Geographically (and as of the date of publication), cdma2000® is a registered trademark of the Telecommunications Industry Association (TIA-USA) in the United States.

1. All applicable tests should be executed for all supported Band Classes and Radio Configurations.

2. The following general comments apply to all tests:

   a. Unless specified otherwise in a test case, channel conditions for a test shall be set to have low FER.

   b. Base stations should be configured for normal operation as specified in [1] unless otherwise specified in a specific test.

   c. Unless otherwise specified, the Reverse Traffic Channel should be operated at a sufficiently high $E_b/N_o$ to ensure insignificant (for example, less than 1%) FER.

## 1.5 Notes

"Shall" and "shall not" identify requirements to be followed strictly to conform to this document and from which no deviation is permitted. "Should" and "should not" indicate that one of several possibilities is recommended as particularly suitable, without mentioning or excluding others, that a certain course of action is preferred but not necessarily required, or that (in the negative form) a certain possibility or course of action is discouraged but not prohibited. "May" and "need not" indicate a course of action permissible within the limits of the document. "Can" and "cannot" are used for statements of possibility and capability, whether material, physical or causal.

## 1.6 Supplementary Terms and Definitions

**1x** – A system compliant with 3GPP2 C.S0001, C.S0002, C.S0003, C.S0004 and C.S0005.

**Active Mode** – An AT is in Active Mode when it has a session established with an HRPD system, a PPP session established and an air-interface connection open with the HRPD system.

**AN-** Access Network

**AT** – Access Terminal

**Band Class -** A set of frequency channels and a numbering scheme for these channels.

**Base Station -** A fixed station used for communicating with mobile stations. In this document, the term base station refers to the entire cellular system infrastructure including transceiver equipment and Mobile Switching Center.

**BS** – See base station.

**CDMA -** See Code Division Multiple Access.

**Code Division Multiple Access (CDMA) -** A technique for spread-spectrum multiple-access digital communications that creates channels through the use of unique code sequences.

**Dormant Mode** – An AT is in Dormant Mode when it has a session established with an HRPD system, and has a PPP session established, but does not have a connection open with that system.

**$E_b/N_o$ -** Energy-per-bit-to noise-per-hertz ratio.

**f-csch -** Forward common signaling logical channel.

**f-dsch -** Forward dedicated signaling logical channel.

**FER -** Frame Error Rate of Forward Traffic Channel.

**HRPD** – High Rate Packet Data

**Hybrid AT** – An AT capable of operating on both a cdma2000 1x and HRPD system.

3GPP2 C.S0094-A v1.0

1  **Idle Mode** – An AT is in Idle Mode when it has a session established with the HRPD system but
2  does not have a PPP session established.

3  **IOS** – Interoperability Specification.

4  **IP** – Internet Protocol.

5  **Mobile IP** - A packet data session where the user continuously maintains mobility bindings at the
6  Home Agent and there is no lapse in Mobile IP registrations/re-registrations (i.e., the IP address
7  is persistent).

8  **Mobile Station (MS)** - A station that communicates with a base station while in motion or during
9  halts at unspecified points.

10  **MS** – See Mobile Station

11  **MSC -** See Mobile Switching Center

12  **Mobile Switching Center (MSC) -** A configuration of equipment that provides radiotelephone
13  service. Also called the Mobile Telephone Switching Office (MTSO).

14  **P_REV_IN_USE** – Protocol revision level currently in use by a mobile station

15  **Packet -** The unit of information exchanged between the service option applications of the base
16  station and the mobile station.

17  **PN** - Pseudonoise

18  **PPP** – Point-to-Point Protocol

19  **r-csch -** Reverse common signaling logical channel

20  **r-dsch** - Reverse dedicated signaling logical channel

21  **Radio Configuration (RC)** - A set of Forward Traffic Channel and Reverse Traffic Channel
22  transmission formats that are characterized by physical layer parameters such as transmission
23  rates, modulation characteristics and spreading rate.

24  **RC -** See Radio configuration.

25  **Short Message Services (SMS) -** A suite of services such as SMS Text Delivery, Digital Paging
26  (i.e., Call Back Number - CBN), and Voice Mail Notification (VMN).

27  **System** – A system is a cellular telephone service or personal communications service that
28  covers a geographical area such as a city, metropolitan region, country, or group of countries.

29  **SVDO AT** – An AT capable of simultaneously operating on cdma2000 1x and HRPD system.

1-3

1    This page is intentionally left blank.

3GPP2 C.S0094-A v1.0

## 2   INTERWORKING OF 1X AND HRPD – HRPD IDLE MODE

For HRPD test cases described in Chapter 2, the terms mobile station and base station represent the access terminal (AT) and access network (AN) respectively.

For all tests in Chapter 2, Session Security should be enabled if supported. Tests in this chapter are applicable to AT that are capable of operation in hybrid or SVDO modes. These tests should be repeated for all revisions of HRPD supported by the AT.

### 2.1 Hybrid / SVDO AT Voice Origination in HRPD Idle Mode

2.1.1   Definition

This test verifies a voice call origination when in HRPD Idle Mode.

2.1.2   Traceability

(see [6])

(see [IR 1])

(see [4])

| | Chapter 7 | Session Layer |
| | Chapter 8 | Connection Layer |
| | Chapter 10 | MAC Layer |

(see [5])

| | Chapter 3 | HRPD IOS Call Flows |

(see [2])

| | 2.2.6.2.5 | Mobile Station Origination Operation |
| | 2.6.3 | System Access State |
| | 2.6.3.5 | Mobile Station Origination Attempt Substate |
| | 2.6.4 | Mobile Station Control on the Traffic Channel State |
| | 2.7.1.3.2.4 | Origination Message |
| | 2.7.2.3.2.15 | Service Option Control Message |
| | 2.7.3 | Orders |
| | 3.6.3.5 | Response to Origination Message |
| | 3.6.4 | Traffic Channel Processing |
| | 3.7.2.3.2.21 | Extended Channel Assignment Message |
| | 3.7.3.3.2.3 | Alert With Information Message |
| | 3.7.3.3.2.20 | Service Connect Message |
| | 3.7.4 | Orders |
| | 3.7.5.5 | Signal |

2.1.3   Call Flow Example(s)

None.

1    2.1.4    Method of measurement

2     a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
3         as cdma2000 1x and AN 2 configured as HRPD.

4     b.    Ensure that the AT has an HRPD session established with AN 2 but does not have a
5         PPP session established. Note the UATI assigned to the AT.

6     c.    Initiate a voice call from the Hybrid / SVDO AT.

7     d.    Verify the call completes and verify CDMA user data in both directions.

8     e.    End the call.

9     f.    Cause the AT to access the HRPD system.

10     g.    Verify that the AT uses the UATI assigned in step b.

11    2.1.5    Minimum Standard

12    The AT shall comply with step d and g.

13    **2.2 Hybrid / SVDO AT Voice Termination in HRPD Idle Mode**

14    2.2.1    Definition

15    This test verifies a voice call termination when in HRPD Idle Mode.

16    2.2.2    Traceability

17    Same as section 2.1.2.

18    2.2.3    Call Flow Example(s)

19    None

20    2.2.4    Method of measurement

21     a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
22         as cdma2000 1x and AN 2 configured as HRPD.

23     b.    Ensure that the AT has an HRPD session established with AN 2 but does not have a
24         PPP session established. Note the UATI assigned to the AT.

25     c.    Initiate a voice call to the Hybrid / SVDO AT.

26     d.    Verify the call completes and verify CDMA user data in both directions.

27     e.    End the call.

28     h.    Cause the AT to access the HRPD system.

29     f.    Verify that the AT uses the UATI assigned in step b.

30    2.2.5    Minimum Standard

31    The AT shall comply with step d and g.

32    **2.3 Hybrid / SVDO AT SMS Origination in HRPD Idle Mode**

33    2.3.1    Definition

34    This test verifies SMS Origination when in HRPD Idle Mode.

3GPP2 C.S0094-A v1.0

1   2.3.2    Traceability

2   (see [6])

3   (see [IR 1])

4   (see [4])

5            Chapter 7              Session Layer

6            Chapter 8              Connection Layer

7            Chapter 10             MAC Layer

8   (see [5])

9            Chapter 3              HRPD IOS Call Flows

10  (see [3])


11  2.3.3    Call Flow Example(s)

12  None

13  2.3.4    Method of measurement

14  a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
15        as cdma2000 1x and AN 2 configured as HRPD.

16  b.    Ensure that the AT has an HRPD session established with AN 2 but does not have a
17        PPP session established. Note the UATI assigned to the AT.

18  c.    Instruct the Hybrid / SVDO AT to send an SMS message to the network on the r-csch.

19  d.    Verify SMS message is correctly sent to the SMS Message Center.

20  e.    Instruct the Hybrid / SVDO AT to send an SMS message on the r-dsch.

21  f.    Verify the SMS is correctly sent to the SMS Message Center.

22  i.    Cause the AT to access the HRPD system.

23  g.    Verify that the AT uses the UATI assigned in step b.

24  2.3.5    Minimum Standard

25  The AT shall comply with steps d, f and g.


26  **2.4 Hybrid / SVDO AT SMS Termination in HRPD Idle Mode**

27  2.4.1    Definition

28  This test verifies SMS termination when in HRPD Idle Mode.


29  2.4.2    Traceability

30  (see [6])

31  (see [IR 1])

32  (see [4])

33           Chapter 7              Session Layer

34           Chapter 8              Connection Layer

35           Chapter 10             MAC Layer

36  (see [5])


2-3

1          Chapter 3                    HRPD IOS Call Flows
2     (see [3])

3     2.4.3   Call Flow Example(s)
4     None.
5     2.4.4   Method of measurement
6          a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
7                as cdma2000 1x and AN 2 configured as HRPD.
8          b.    Ensure that the AT has an HRPD session established with AN 2 but does not have a
9                PPP session established. Note the UATI assigned to the AT.
10         c.    Instruct the network to send an SMS message to the Hybrid / SVDO AT on the f-csch.
11         d.    Verify SMS message is correctly received at the Hybrid / SVDO AT.
12         e.    Instruct the network to send an SMS message to the Hybrid / SVDO AT on the f-dsch.
13         f.    Verify the SMS message is correctly received at the Hybrid / SVDO AT.
14         j.    Cause the AT to access the HRPD system.
15         g.    Verify that the AT uses the UATI assigned in step b.
16    2.4.5   Minimum Standard
17    The AT shall comply with steps d, f and g.

# 3 INTERWORKING OF 1X AND HRPD – HRPD ACTIVE MODE

For HRPD test cases described in Chapter 3, the terms mobile station and base station represent the access terminal (AT) and access network (AN) respectively.

For all tests in Chapter 3, Session Security should be enabled if supported. These tests should be repeated for all revisions of HRPD supported by the AT. The Hybrid AT (3.1 - 3.4) tests are also applicable to SVDO Mode 1 AT and should be repeated with cdma20001x channel and HRPD channel being further apart than the MSBW of the AT.

## 3.1 Hybrid / SVDO MODE 1 AT Voice Origination in HRPD Active Mode

Note: Certain Hybrid ATs may not support this feature.

3.1.1    Definition

This test verifies a voice call origination when in HRPD Active Mode.

3.1.2    Traceability

Same as section 2.1.2.

3.1.3    Call Flow Example(s)

None

3.1.4    Method of measurement

a.    Connect the Hybrid / SVDO MODE 1 AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD.

b.    Initiate a HRPD packet data call from the Hybrid / SVDO MODE 1 AT.

c.    Issue a continuous "ping" command from the Hybrid / SVDO MODE 1 AT to a remote host.

d.    Initiate a voice call from the Hybrid / SVDO MODE 1 AT.

e.    Verify the call completes and verify CDMA user data in both directions.

f.    End the voice call.

g.    After call is released, verify that Hybrid / SVDO MODE 1 AT re-connects the HRPD packet data call and pings are continuous on same PPP session.

h.    End the HRPD packet data call.

i.    If the AT is capable of SVDO MODE 1 operation, repeat the test with cdma20001x and HRPD channels being further apart than the maximum bandwidth supported by the AT.

3.1.5    Minimum Standard

The AT shall comply with steps e and g.

## 3.2 Hybrid / SVDO MODE 1 AT Voice Termination in HRPD Active Mode

Note: Certain Hybrid ATs may not support this feature

3.2.1    Definition

This test verifies a voice call termination when in HRPD Active Mode.

3.2.2    Traceability

       Same as section 2.1.2..

3.2.3    Call Flow Example(s)

None

3.2.4    Method of measurement

a.    Connect the Hybrid / SVDO MODE 1 AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD.

b.    Initiate a HRPD packet data call from the Hybrid / SVDO MODE 1 AT.

c.    Issue a continuous "ping" command from the Hybrid / SVDO MODE 1 AT to a remote host.

d.    Initiate a voice call to the AT.

e.    Verify the call completes and verify CDMA user data in both directions.

f.    End the voice call.

g.    After call is released, verify that Hybrid / SVDO MODE 1 AT re-connects the HRPD packet data call on the same PPP session and pings are continuous.

h.    End the HRPD packet data call.

i.    If the AT is capable of SVDO MODE 1 operation, repeat the test with cdma20001x and HRPD channels being further apart than the maximum bandwidth supported by the AT.

3.2.5    Minimum Standard

The AT shall comply with steps e and g.

## 3.3 Hybrid / SVDO MODE 1 AT SMS Origination in HRPD Active Mode

Note: Certain Hybrid ATs may not support this feature

3.3.1    Definition

This test verifies SMS Origination when in HRPD Active Mode.

3.3.2    Traceability

Same as section 2.1.2

3.3.3    Call Flow Example(s)

None

3.3.4    Method of measurement

a.    Connect the Hybrid / SVDO MODE 1 AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD.

b.    Initiate a HRPD packet data call from the Hybrid / SVDO MODE 1 AT.

c.    Issue a continuous "ping" command from the Hybrid / SVDO MODE 1 AT to a remote host.

d.    Instruct the Hybrid / SVDO MODE 1 AT to send an SMS message to the network on the r-csch

e.    Verify SMS message is correctly sent to the SMS Message Center.

3GPP2 C.S0094-A v1.0

| | | |
|---|---|---|
| 1<br>2 | f. | After SMS Origination procedure is completed, verify that Hybrid / SVDO MODE 1 AT starts sending and receiving continuous pings on HRPD on the same PPP session. |
| 3<br>4 | g. | Instruct the Hybrid / SVDO MODE 1 AT to send an SMS message to the network on the r-dsch. |
| 5 | h. | Verify SMS message is correctly sent to the SMS Message Center. |
| 6<br>7 | i. | After SMS Origination procedure is completed, verify that Hybrid / SVDO MODE 1 AT starts sending and receiving continuous pings on HRPD on the same PPP session. |
| 8 | j. | End the HRPD packet data call. |
| 9<br>10 | k. | If the AT is capable of SVDO MODE 1 operation, repeat the test with cdma20001x and HRPD channels being further apart than the maximum bandwidth supported by the AT. |

11      3.3.5     Minimum Standard

12      The AT shall comply with steps e, f, h and i.

13      **3.4 Hybrid / SVDO MODE 1 AT SMS Termination in HRPD Active Mode**

14      Note: Hybrid ATs may not support this feature

15      3.4.1     Definition

16      This test verifies SMS termination when in HRPD Active Mode.

17      3.4.2     Traceability

18      Same as section 2.1.2.

19      3.4.3     Call Flow Example(s)

20      None

21      3.4.4     Method of measurement

| | | |
|---|---|---|
| 22<br>23 | a. | Connect the Hybrid / SVDO MODE 1 AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD. |
| 24 | b. | Initiate a HRPD packet data call from the Hybrid / SVDO MODE 1 AT. |
| 25<br>26 | c. | Issue a continuous "ping" command from the Hybrid / SVDO MODE 1 AT to a remote host. |
| 27<br>28 | d. | Instruct the network to send an SMS message to the Hybrid / SVDO MODE 1 AT on the f-csch. |
| 29 | e. | Verify SMS message is correctly received by the Hybrid / SVDO MODE 1 AT. |
| 30<br>31 | f. | After SMS message is received, verify that Hybrid / SVDO MODE 1 AT starts sending and receiving continuous pings on HRPD on the same PPP session. |
| 32<br>33 | g. | Instruct the network to send an SMS message to the Hybrid / SVDO MODE 1 AT on the f-dsch. |
| 34 | h. | Verify SMS message is correctly received by the Hybrid / SVDO MODE 1 AT. |
| 35<br>36 | i. | After SMS message is received, verify that Hybrid / SVDO MODE 1 AT starts sending and receiving continuous pings on HRPD on the same PPP session. |
| 37 | j. | End the HRPD packet data call. |
| 38<br>39 | k. | If the AT is capable of SVDO MODE 1 operation, repeat the test with cdma20001x and HRPD channels being further apart than the maximum bandwidth supported by the AT. |

1  3.4.5   Minimum Standard

2  The AT shall comply with steps e, f, h and i.

3  **3.5 Voice Origination in HRPD Active Mode for SVDO Operation**

4  3.5.1   Definition

5  This test verifies a voice call origination in active HRPD mode for SVDO capable AT.

6  3.5.2   Traceability

7  Same as section 2.1.2.

8  3.5.3   Call Flow Example(s)

9  None

10  3.5.4   Method of measurement

11  a.  Connect the AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000
12      1x and AN 2 configured as HRPD.

13  b.  Ensure that AT is setup for SVDO mode.

14  c.  Initiate a HRPD packet data call from the AT.

15  d.  Issue a continuous "ping" command to the AT from a remote host. Note any other
16      means may be used to maintain data session continuity.

17  e.  Initiate a voice call from the AT.

18  f.  For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000
19      1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the
20      base station to assign traffic channels on cdma2000 1x and HRPD in separate
21      bandclass that are supported by the AT.

22  g.  Verify the call completes and verify CDMA user data in both directions.

23  h.  Verify that the voice call does not impact the data session. For example if ping is used,
24      then the AT continues to respond to the pings on HRPD. Note, for SVDO Mode 1 AT,
25      data on HRPD may be lost during the access on the cdma2000 1x system.

26  i.  Verify that the "ping" packets/data packets and voice frames are being sent and
27      received simultaneously by the AT.

28  j.  End the HRPD packet data call and the voice call.

29  3.5.5   Minimum Standard

30  The AN and AT shall comply with steps g, h and i.

31  **3.6 Voice Termination in HRPD Active Mode for SVDO Operation**

32  3.6.1   Definition

33  This test verifies a voice call termination in active HRPD mode for SVDO capable AT.

34  3.6.2   Traceability

35  Same as section 2.1.2.

3GPP2 C.S0094-A v1.0

1  3.6.3  Call Flow Example(s)

2  None

3  3.6.4  Method of measurement

4   a.   Connect the AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000
5        1x and AN 2 configured as HRPD.

6   b.   Ensure that AT is setup for SVDO mode.

7   c.   Initiate a HRPD packet data call from the AT.

8   d.   Issue a continuous "ping" command to the AT from a remote host. Note any other
9        means may be used to maintain data session continuity.

10  e.   Initiate a voice call to the AT.

11  f.   For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000
12       1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the
13       base station to assign traffic channels on cdma2000 1x and HRPD in separate
14       bandclass that are supported by the AT.

15  g.   Verify that the call completes and verify CDMA user data in both directions.

16  h.   Verify that the voice call does not impact the data session. For example if ping is used,
17       then the AT continues to respond to the pings on HRPD. Note, for SVDO Mode 1 AT,
18       data on HRPD may be lost during the access on the cdma2000 1x system.

19  i.   Verify that the "ping" packets/data packets and voice frames are being sent and
20       received simultaneously by the AT.

21  j.   End the HRPD packet data call and the voice call.

22  3.6.5  Minimum Standard

23  The AN and AT shall comply with steps g, h and i.

24  **3.7 SMS Origination in HRPD Active Mode for SVDO Operation**

25  3.7.1  Definition

26  This test verifies SMS Origination in active HRPD mode for SVDO capable AT.

27  3.7.2  Traceability

28  Same as section 2.1.2.

29  3.7.3  Call Flow Example(s)

30  None

31  3.7.4  Method of measurement

32   a.   Connect the AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000
33        1x and AN 2 configured as HRPD. For SVDO Mode 1 AT, instruct the base station to
34        assign traffic channels on cdma2000 1x and HRPD that are within the MSBW of the AT.
35        For SVDO Mode 2 AT, instruct the base station to assign traffic channels on cdma2000
36        1x and HRPD in separate bandclass that are supported by the AT.

37   b.   Ensure that AT is setup for SVDO mode.

1     c.    Initiate a HRPD packet data call from the SVDO AT.

2     d.    Issue a continuous "ping" command to the AT from a remote host. Note any other
3             means may be used to maintain data session continuity.

4     e.    Instruct the AT to send an SMS message to the AN on the r-csch.

5     f.    Verify SMS message is correctly sent to the SMS Message Center.

6     g.    Verify that the SMS transmission does not impact the data session. For example if ping
7             is used, then the AT continues to respond to the pings on HRPD. Note, for SVDO Mode
8             1 AT, data on HRPD may be lost during the access on the cdma2000 1x system.

9     h.    Repeat steps e-g with the use of r-dsch instead of r-csch.

10    i.    End the HRPD packet data call.

11    3.7.5    Minimum Standard

12    The AT shall comply with steps f, and g

13    The AN shall comply with steps f, and g.

## 14 3.8 SMS Termination in HRPD Active Mode for SVDO Operation

15    3.8.1    Definition

16    This test verifies SMS Termination in active HRPD mode for SVDO capable AT.

17    3.8.2    Traceability

18    Same as section 2.1.2.

19    3.8.3    Call Flow Example(s)

20    None

21    3.8.4    Method of measurement

22    a.    Connect the AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000
23            1x and AN 2 configured as HRPD. For SVDO Mode 1 AT, instruct the base station to
24            assign traffic channels on cdma2000 1x and HRPD that are within the MSBW of the AT.
25            For SVDO Mode 2 AT, instruct the base station to assign traffic channels on cdma2000
26            1x and HRPD in separate bandclass that are supported by the AT.

27    b.    Ensure that AT is setup for SVDO mode.

28    c.    Initiate a HRPD packet data call from the SVDO AT.

29    d.    Issue a continuous "ping" command to the AT from a remote host. Note any other
30            means may be used to maintain data session continuity.

31    e.    Instruct the AN to send an SMS message to the AT on the f-csch.

32    f.    Verify SMS message is correctly received by the AT.

33    Verify that the SMS transmission does not impact the data session. For example if ping is used,
34    then the AT continues to respond to the pings on HRPD. Note, for SVDO Mode 1 AT,

# 4   INTERWORKING OF 1X AND HRPD – HRPD DORMANT MODE

For HRPD test cases described in Chapter 4, the terms mobile station and base station represent the access terminal (AT) and access network (AN) respectively.

For all tests in Chapter 4, Session Security should be enabled if supported. Tests in this chapter are applicable to AT that are capable of operation in hybrid or SVDO modes. These tests should be repeated for all revisions of HRPD supported by the AT.

## 4.1 Hybrid / SVDO AT Voice Origination in HRPD Dormant Mode

Note: Certain Hybrid ATs may not support this feature

### 4.1.1   Definition

This test verifies a voice call origination when in HRPD Dormant Mode.

### 4.1.2   Traceability

Same as section 2.1.2.

### 4.1.3   Call Flow Example(s)

None

### 4.1.4   Method of measurement

a.   Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD.

b.   Initiate a HRPD packet data call from the Hybrid / SVDO AT.

c.   Wait for Hybrid / SVDO AT to go dormant.

d.   Initiate a voice call from the Hybrid / SVDO AT.

e.   Verify the call completes and verify CDMA user data in both directions.

f.   End the voice call.

g.   Verify that PPP connection is not dropped, Hybrid / SVDO AT is in dormant state and HRPD session is active.

h.   Issue a ping command and verify that pings are successful.

i.   End the HRPD packet data call.

j.

### 4.1.5   Minimum Standard

The AT shall comply with steps e, g and h.

## 4.2 Hybrid / SVDO AT Voice Termination in HRPD Dormant Mode

### 4.2.1   Definition

This test verifies a voice call termination when in HRPD Dormant Mode.

### 4.2.2   Traceability

Same as section 2.1.2.

1    4.2.3    Call Flow Example(s)

2    None

3    4.2.4    Method of measurement

4    a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
5          as cdma2000 1x and AN 2 configured as HRPD.

6    b.    Initiate a HRPD packet data call from the Hybrid / SVDO AT.

7    c.    Wait for Hybrid / SVDO AT to go dormant.

8    d.    Initiate a voice call to the Hybrid / SVDO AT.

9    e.    Verify the call completes and verify CDMA user data in both directions.

10   f.    End the voice call.

11   g.    Verify that PPP connection is not dropped and Hybrid / SVDO AT is in dormant state.

12   h.    Issue a ping command and verify that pings are successful.

13   i.    End the HRPD packet data call.

14   4.2.5    Minimum Standard

15   The AT shall comply with steps e, g and h.

16   **4.3 Hybrid / SVDO AT SMS Origination in HRPD Dormant Mode**

17   4.3.1    Definition

18   This test verifies SMS Origination when in HRPD Dormant Mode.

19   4.3.2    Traceability

20   Same as section 2.1.2.

21   4.3.3    Call Flow Example(s)

22   None

23   4.3.4    Method of measurement

24   a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
25          as cdma2000 1x and AN 2 configured as HRPD.

26   b.    Initiate a HRPD packet data call from the Hybrid / SVDO AT.

27   c.    Wait for Hybrid / SVDO AT to go dormant.

28   d.    Instruct the Hybrid / SVDO AT to send an SMS message to the network on the r-csch.

29   e.    Verify SMS message is correctly sent to the SMS Message Center.

30   f.    Verify that PPP connection is not dropped and Hybrid / SVDO AT is in dormant state.

31   g.    Issue a ping command and verify that pings are successful.

32   h.    Wait for Hybrid / SVDO AT to go dormant.

33   i.    Instruct the Hybrid / SVDO AT to send an SMS message to the network on the r-dsch.

34   j.    Verify SMS message is correctly sent to the SMS Message Center.

35   k.    Verify that PPP connection is not dropped and Hybrid / SVDO AT is in dormant state.

36   l.    Issue a ping command from the remote host and verify that the ping is successful.

3GPP2 C.S0094-A v1.0

1  m.    End the HRPD packet data call.

2  4.3.5   Minimum Standard

3  The AT shall comply with steps e, f, g, j, k and l.

4  **4.4 Hybrid / SVDO AT SMS Termination in HRPD Dormant Mode**

5  4.4.1   Definition

6  This test verifies SMS termination when in HRPD Dormant Mode.

7  4.4.2   Traceability

8  Same as section 2.1.2.

9  4.4.3   Call Flow Example(s)

10  None

11  4.4.4   Method of measurement

12  a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
13        as cdma2000 1x and AN 2 configured as HRPD.

14  b.    Initiate a HRPD packet data call from the Hybrid / SVDO AT.

15  c.    Wait for Hybrid / SVDO AT to go dormant.

16  d.    Instruct the network to send an SMS message to the Hybrid / SVDO AT on the f-csch.

17  e.    Verify SMS message is correctly received by the Hybrid / SVDO AT.

18  f.    Verify that PPP connection is not dropped and Hybrid / SVDO AT is in dormant state.

19  g.    Issue a ping command from the remote host and verify that the ping is successful.

20  h.    Wait for Hybrid / SVDO AT to go dormant.

21  i.    Instruct the network to send an SMS message to the Hybrid / SVDO AT on the f-dsch.

22  j.    Verify SMS message is correctly received by the Hybrid / SVDO AT.

23  k.    Verify that PPP connection is not dropped and Hybrid / SVDO AT is in dormant state.

24  l.    Issue a ping command and verify that pings are successful.

25  m.    End the HRPD packet data call.

26  4.4.5   Minimum Standard

27  The AT shall comply with steps e, f, g, j, k and l

28

1    This page is intentionally left blank.

3GPP2 C.S0094-A v1.0

# 5   INTER TECHNOLOGY SWITCHING

For HRPD test cases described in Chapter 5, the terms mobile station and base station represent the access terminal (AT) and access network (AN) respectively.

For all tests in Chapter 5, Session Security should be enabled if supported. Tests in this chapter are applicable to AT that are capable of operation in hybrid or SVDO modes. These tests should be repeated for all revisions of HRPD supported by the AT.

## 5.1 Inter Technology Switching – Dormant HRPD to cdma2000 1x

5.1.1    Definition

This test verifies inter-technology switching from dormant HRPD to cdma2000 1x using mobile IP. This test only applies to AT that are capable of switching from HRPD to cdma2000 1x while the AT is dormant. The algorithm for switching is AT dependent and should be known before test case execution. The test should be repeated using all supported revisions of [4] supported by the AT and AN.

5.1.2    Traceability

Same as section 2.1.2.

5.1.3    Call Flow Example(s)

None

5.1.4    Method of measurement

a.   Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as HRPD and AN 2 configured as cdma2000 1x.

b.   Configure the Hybrid / SVDO AT for Mobile IP mode.

c.   Cause the Hybrid / SVDO AT to acquire AN 1 configured as HRPD.

d.   Initiate a HRPD packet data call from the Hybrid / SVDO AT.

e.   Record the IP address assigned to the Hybrid / SVDO AT.

f.   Wait for Hybrid / SVDO AT to go dormant.

g.   Cause the AT terminal to switch from AN 1, configured as HRPD to AN 2 configured as cdma2000 1x.

h.   Verify Hybrid / SVDO AT is dormant for data (active pilot set) on AN 2 configured as cdma2000 1x.

i.   Issue a "ping" command from the remote host to the Hybrid / SVDO AT using the IP address assigned to the AT in step e.

j.   Verify the Hybrid / SVDO AT is active for data on AN 2 configured for cdma2000 1x, and verify the remote host receives a "ping" response from the Hybrid / SVDO AT.

k.   End the call.

l.   Repeat steps a-k using all supported revisions of [4] by the AT and AN.

5.1.5    Minimum Standard

The AT shall comply with steps h and j

1  **5.2 Inter Technology Switching – Active HRPD to cdma2000 1x**

2  5.2.1    Definition

3  This test verifies inter-technology switching from active HRPD to cdma2000 1x using mobile IP.
4  This test only applies to AT that are capable of switching from HRPD to cdma2000 1x while the
5  AT is active for data. The algorithm for switching is AT dependent and should be known before
6  test case execution. The test should be repeated using all supported revisions of [4] supported by
7  the AT and AN.

8  5.2.2    Traceability

9         Same as section 2.1.2..

10  5.2.3    Call Flow Example(s)

11  None

12  5.2.4    Method of measurement

13    a.    Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
14          as HRPD and AN 2 configured as cdma2000 1x.

15    b.    Configure the Hybrid / SVDO AT for mobile IP mode.

16    c.    Cause the Hybrid / SVDO AT to acquire AN 1 configured as HRPD.

17    d.    Initiate a HRPD packet data call from the Hybrid / SVDO AT.

18    e.    Record the IP address assigned to the Hybrid / SVDO AT.

19    f.    Issue a continuous "ping" command from the remote host to the Hybrid / SVDO AT
20          using the IP address assigned to the AT in step e.

21    g.    Ensure that AT is active for data on AN 1 configured as HRPD and verify the remote
22          host receives a "ping" response from the AT.

23    h.    Cause the AT terminal to switch from AN 1, configured as HRPD to AN 2 configured as
24          cdma2000 1x.

25    i.    Verify Hybrid / SVDO AT is active for data on AN 2 configured as cdma2000 1x and
26          verify the remote host receives a "ping" response from the Hybrid / SVDO AT.

27    j.    End the call.

28    k.    Repeat steps a-k using all supported revisions of [4] by the AT and AN.

29  5.2.5    Minimum Standard

30  The AT shall comply with step i

31  **5.3 Inter Technology Switching – Dormant cdma2000 1x to HRPD**

32  5.3.1    Definition

33  This test verifies inter-technology handoff from dormant cdma2000 1x to HRPD using mobile IP.
34  This test only applies to AT that are capable of switching from cdma2000 1x to HRPD while the
35  AT is dormant. The algorithm for switching is AT dependent and should be known before test
36  case execution. The test should be repeated using all supported revisions of [4] supported by the
37  AT and AN.

38  5.3.2    Traceability

39         Same as section 2.1.2..

3GPP2 C.S0094-A v1.0

1   5.3.3   Call Flow Example(s)

2   None

3   5.3.4   Method of measurement

4   a.   Connect the Hybrid / SVDO AT to the AN as shown in Figure A-1 with AN 1 configured
5        as cdma2000 1x and AN 2 configured as HRPD.

6   b.   Configure the Hybrid / SVDO AT for mobile IP mode.

7   c.   Cause the Hybrid / SVDO AT to acquire AN 1 configured as cdma2000 1x.

8   d.   Initiate a cdma2000 1x packet data call from the Hybrid / SVDO AT.

9   e.   Record the IP address assigned to the Hybrid / SVDO AT.

10  f.   Wait for Hybrid / SVDO AT to go dormant.

11  g.   Cause the AT terminal to switch from AN 1, configured as cdma2000 1x to AN 2
12       configured as HRPD.

13  h.   Verify Hybrid / SVDO AT is dormant for data (active pilot set) on AN 2 configured as
14       HRPD.

15  i.   Issue a "ping" command from the remote host to the Hybrid / SVDO AT using the IP
16       address assigned to the AT in step e.

17  j.   Verify the Hybrid / SVDO AT is active for data on AN 2 configured for HRPD, and verify
18       the remote host receives a "ping" response from the Hybrid / SVDO AT.

19  k.   End the call

20  l.   Repeat steps a-k using all supported revisions of [4] by the AT and AN.

21  5.3.5   Minimum Standard

22  The AT shall comply with steps h and j.

23

24

25

26

27

28

29

30

31

32

33

34

35

36

37

38

1    This page is intentionally left blank.

# 6   SVDO TESTS

**6.1 cdma20001x Soft handoff in SVDO Operation**

6.1.1    Definition

This test verifies voice call soft handoff while active HRPD mode for SVDO capable AT.

6.1.2    Traceability

Same as section 2.1.2.

6.1.3    Call Flow Example(s)

None

6.1.4    Method of measurement

a.   Connect the SVDO AT to the AN as shown in Figure A-5 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD. Two sectors alpha and Beta should be enabled on AN 1.

b.   Ensure that AT is setup for SVDO mode.

c.   Initiate a HRPD packet data call from the AT.

d.   Issue a continuous "ping" command from the AT to a remote host.

e.   Initiate a voice call from the AT on sector alpha.

f.   For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD in separate bandclass that are supported by the AT..

g.   Ensure the call completes and verify CDMA user data in both directions.

h.   Ensure that the "ping" packets and voice frames are being sent and received simultaneously by the access terminal.

i.   Cause the pilot strength from a neighboring sector (Beta) on AN1- cdma2000 1x to increase such that the pilot is added in the active set.

j.   Cause the pilot strength from the original sector (Alpha) on AN1- cdma2000 1x to decrease such that the pilot is removed in the active set.

k.   Verify that soft handoff is successful to AN1- cdma2000 1x.

l.   Verify that AT does not perform handoff on HRPD.

m.   Verify that the AT continues to send and receive 'ping' packets and voice frames.

n.   End the HRPD packet data call and the voice call.

6.1.5    Minimum Standard

The AT and AN shall comply with steps k, l and m.

**6.2 HRPD Soft handoff in SVDO Operation**

6.2.1    Definition

This test verifies HRPD soft handoff while active voice call for SVDO capable AT

3GPP2 C.S0094-A v1.0

1  6.2.2   Traceability

2  Same as section 2.1.2.

3  6.2.3   Call Flow Example(s)

4  None

5  6.2.4   Method of measurement

6     a.    Connect the SVDO AT to the AN as shown in Figure A-5 with AN 1 configured as
7  cdma2000 1x and AN 2 configured as HRPD. Two sectors *alpha* and *Beta* should be
8  enabled on AN 2.

9     b.    Ensure that AT is setup for SVDO mode.

10     c.    Initiate a HRPD packet data call from the AT.

11     d.    Issue a continuous "ping" command from the AT to a remote host.

12     e.    Initiate a voice call from the AT on sector alpha.

13     f.    For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000
14  1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the
15  base station to assign traffic channels on cdma2000 1x and HRPD in separate
16  bandclass that are supported by the AT.

17     g.    Ensure the call completes and verify CDMA user data in both directions.

18     h.    Ensure that the "ping" packets and voice frames are being sent and received
19  simultaneously by the access terminal.

20     i.    Cause the pilot strength from a neighboring sector (*Beta*) on AN2-HRPD to increase
21  such that the pilot is added in the active set.

22     j.    Cause the pilot strength from the original sector (*Alpha*) on AN2-HRPD to decrease
23  such that the pilot is removed in the active set.

24     k.    Verify that soft handoff is successful to AN2-HRPD.

25     l.    Verify that AT does not perform cdma2000 1x handoff.

26     m.    Verify that the AT continues to send and receive 'ping' packets and voice frames.

27     n.    End the HRPD packet data call and voice call.

28  6.2.5   Minimum Standard

29  The AT and AN shall comply with steps k, l and m.

30  **6.3 cdma20001x Hard handoff in SVDO Operation**

31  6.3.1   Definition

32  This test verifies voice call hard handoff on cdma2000 1x while active HRPD mode for SVDO
33  capable AT.

34  6.3.2   Traceability

35  Same as section 2.1.2.

36  6.3.3   Call Flow Example(s)

37  None

6-2

1  6.3.4   Method of measurement

2  a.  Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as
3      cdma2000 1x and AN 2 configured as HRPD. Two sectors alpha and Beta should be
4      enabled on AN 1. The sectors alpha and Beta should be on different frequencies of the
5      same bandclass. For SVDO Mode 1 device, these frequencies should each be within
6      the MSBW from the HRPD channel assigned to the AT.

7  b.  Ensure that AT is setup for SVDO mode.

8  c.  Initiate a HRPD packet data call from the AT.

9  d.  Issue a continuous "ping" command from the AT to a remote host.

10  e.  Initiate a voice call from the AT on sector alpha.

11  f.  For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000
12     1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the
13     base station to assign traffic channels on cdma2000 1x and HRPD in separate
14     bandclass that are supported by the AT.

15  g.  Ensure the call completes and verify CDMA user data in both directions.

16  h.  Ensure that the "ping" packets and voice frames are being sent and received
17     simultaneously by the access terminal.

18  i.  Change the RF conditions such that hard handoff to sector Beta can be initiated.

19  j.  Instruct the AN 1 to send a handoff message (EHDM/GHDM/UHDM) to initiate a hard
20     handoff to sector Beta.

21  k.  Verify that the cdma20001x hard handoff is successful to sector Beta and the AT sends
22     a Handoff Complete Message.

23  l.  Verify that AT does not perform handoff for HRPD.

24  m.  Verify that the AT continues to send and receive 'ping' packets and voice frames.

25  n.  End the HRPD packet data call and the voice call.

26  6.3.5   Minimum Standard

27  The AT shall comply with steps k, l, and m.

28  The AN shall comply with steps k and m.


29  **6.4 HRPD Hard handoff in SVDO Operation**

30  6.4.1   Definition

31  This test verifies HRPD hard handoff while active voice call for SVDO capable AT.

32  6.4.2   Traceability

33  Same as section 2.1.2.

34  6.4.3   Call Flow Example(s)

35  None

36  6.4.4   Method of measurement

37  a.  Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as
38     cdma2000 1x and AN 2 configured as HRPD. Two sectors alpha and Beta should be
39     enabled on AN 2. The sectors alpha and Beta should be on different frequencies of the
40     same bandclass. For SVDO Mode 1 device, these frequencies should each be within
41     the MSBW from the cdma20001x channel assigned to the AT..

1    b.    Ensure that AT is setup for SVDO mode.

2    c.    Initiate a HRPD packet data call from the AT.

3    d.    Issue a continuous "ping" command from the AT to a remote host.

4    e.    Initiate a voice call from the AT on sector alpha.

5    f.    For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD in separate bandclass that are supported by the AT.

9    g.    Ensure the call completes and verify CDMA user data in both directions.

10    h.    Ensure that the "ping" packets and voice frames are being sent and received simultaneously by the access terminal.

12    i.    Change the RF conditions such that hard handoff to sector Beta can be initiated.

13    j.    Instruct the AN 2 to send a TrafficChannelAssignment message causing the AT to handoff to sector Beta.

15    k.    Verify that the HRPD hard handoff to sector Beta is successful and the AT sends a TrafficChannelComplete message to the AN.

17    l.    Verify that AT does not perform handoff on cdma20001x.

18    m.    Verify that the AT continues to send and receive 'ping' packets and voice frames.

19    n.    End the HRPD packet data call and the voice call.

20    6.4.5    Minimum Standard

21    The AT shall comply with steps k, l, and m.

22    The AN shall comply with steps k and m.

23 **6.5 cdma20001x Hard handoff disrupting SVDO Mode 1 Operation**

24    6.5.1    Definition

25    This test verifies voice call hard handoff on cdma2000 1x to a frequency that causes disrupts the HRPD in active mode for SVDO Mode 1 capable AT.

27    6.5.2    Traceability

28    Same as section 2.1.2.

29    6.5.3    Call Flow Example(s)

30    None

31    6.5.4    Method of measurement

32    a.    Connect the SVDO Mode 1 AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD. Two sectors alpha and Beta should be enabled on AN 1. The sectors alpha and Beta should be on different frequencies. The frequency on sector alpha is in the same bandclass and within the maximum bandwidth separation from the HRPD channel assigned to the AT. The frequency on sector Beta should be outside the maximum bandwidth separation from the HRPD channel assigned to the AT.

39    b.    Ensure that AT is setup for SVDO Mode 1 mode.

40    c.    Initiate a HRPD packet data call from the AT.

1    d.    Issue a continuous "ping" command from the AT to a remote host.

2    e.    Initiate a voice call from the AT on sector alpha.

3    f.    Instruct the base station to assign a traffic channel on cdma2000 1x that is within the
4          maximum bandwidth separation between cdma2000 1x and HRPD that is supported by
5          the AT.

6    g.    Ensure the call completes and verify CDMA user data in both directions.

7    h.    Ensure that the "ping" packets and voice frames are being sent and received
8          simultaneously by the access terminal.

9    i.    Change the RF conditions such that hard handoff to sector Beta can be initiated.

10   j.    Instruct the AN 1 to send a handoff message (EHDM/GHDM/UHDM) to initiate a hard
11         handoff to sector Beta.

12   k.    Verify that the cdma20001x hard handoff is successful to sector Beta and the AT sends
13         a Handoff Complete Message.

14   l.    Verify that AT looses the HRPD connection and is unable to respond to Page message
15         sent on HRPD.

16   m.    Verify that the AT continues to send and receive voice frames.

17   n.    End the voice call.

18   o.    Send a Page to the AT on the HRPD system. Note, this may occur as a consequence
19         of the ping packets being sent by the remote host.

20   p.    Verify that the AT responds to the Page message and establishes a connection.

21   q.    Verify that the AT responds to the ping packets being sent by the remote host.

22   r.    While the HRPD connection is active, terminate a voice call to the AT on the cdma2000
23         1x system.

24   s.    Verify that the AT responds to the Page message on the cdma20001x and establishes
25         a connection.

26   t.    Verify that the AT does not respond to the ping packets being sent on the HRPD
27         system,

28   6.5.5    Minimum Standard

29   The AT shall comply with steps k, l, m, p, q, s and t.

30   The AN shall comply with steps k and m.

31   **6.6 HRPD Hard handoff disrupting SVDO MODE 1 Operation**

32   6.6.1    Definition

33   This test verifies HRPD hard handoff while active voice call for SVDO Mode 1 capable AT.

34   6.6.2    Traceability

35   Same as section 2.1.2.

36   6.6.3    Call Flow Example(s)

37   None

38   6.6.4    Method of measurement

39   a.    Connect the SVDO Mode 1 AT to the AN as shown in Figure A-1 with AN 1 configured
40         as cdma2000 1x and AN 2 configured as HRPD. Two sectors alpha and Beta should be

1
2
3
4
5
enabled on AN 2. The sectors alpha and Beta should be on different frequencies. The frequency on sector alpha is in the same bandclass and within the maximum bandwidth separation from the cdma20001x channel assigned to the AT. The frequency on sector Beta should be outside the maximum bandwidth separation from the cdma20001x channel assigned to the AT.

6  b.  Ensure that AT is setup for SVDO Mode 1 mode.

7  c.  Initiate a HRPD packet data call from the AT.

8  d.  Issue a continuous "ping" command from the AT to a remote host.

9  e.  Initiate a voice call from the AT on sector alpha.

10
11
12
f.  Instruct the base station to assign a traffic channel on cdma2000 1x that is within the maximum bandwidth separation between cdma2000 1x and HRPD that is supported by the AT.

13  g.  Ensure the call completes and verify CDMA user data in both directions.

14
15
h.  Ensure that the "ping" packets and voice frames are being sent and received simultaneously by the access terminal.

16  i.  Change the RF conditions such that hard handoff to sector Beta can be initiated.

17
18
j.  Instruct the AN 2 to send a TrafficChannelAssignment message causing the AT to handoff to sector Beta.

19  k.  Verify that the HRPD hard handoff to sector Beta is unsuccessful.

20
21
l.  Change the RF conditions such that the AT is unable to acquire sector alpha and verify that the AT does not respond to Page message sent on HRPD.

22  m.  Verify that AT does not perform handoff on cdma20001x.

23  n.  Verify that the AT continues to send and receive and voice frames.

24  o.  End the voice call.

25
26
p.  Send a Page to the AT on the HRPD system. Note, this may occur as a consequence of the ping packets being sent by the remote host.

27  q.  Verify that the AT responds to the Page message and establishes a connection.

28  r.  Verify that the AT responds to the ping packets being sent by the remote host.

29
30
s.  While the HRPD connection is active, terminate a voice call to the AT on the cdma2000 1x system.

31
32
t.  Verify that the AT responds to the Page message on the cdma20001x and establishes a connection.

33
34
u.  Verify that the AT does not respond to the ping packets being sent on the HRPD system,

35  6.6.5   Minimum Standard

36  The AT shall comply with steps k, l, m, n, q, r, t and u.

37  The AN shall comply with steps k and m.

38  **6.7 cdma20001x Operation under HRPD reverse link failure**

39  6.7.1   Definition

40
41
This test verifies voice call on cdma2000 1x can be maintained when an active HRPD connection is lost due to radio link failure.

3GPP2 C.S0094-A v1.0

1   6.7.2    Traceability

2   Same as section 2.1.2.

3   6.7.3    Call Flow Example(s)

4   None

5   Method of measurement

6   a.   Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as
7        cdma2000 1x and AN 2 configured as HRPD.

8   b.   Ensure that AT is setup for SVDO mode.

9   c.   Initiate a HRPD packet data call from the AT.

10  d.   Issue a continuous "ping" command from the AT to a remote host.

11  e.   Initiate a voice call from the AT.

12  f.   For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000
13       1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the
14       base station to assign traffic channels on cdma2000 1x and HRPD in separate
15       bandclass that are supported by the AT.

16  g.   Ensure the call completes and verify CDMA user data in both directions.

17  h.   Ensure that the "ping" packets and voice frames are being sent and received
18       simultaneously by the access terminal.

19  i.   Change the RF conditions such that the AT undergoes MAC supervision failure for the
20       HRPD connection.

21  j.   Verify that the AT continues to send and receive voice frames.

22  6.7.4    Minimum Standard

23  The AT shall comply with step j.

24  **6.8 HRPD Operation under cdma20001x reverse link failure**

25  6.8.1    Definition

26  This test verifies data traffic on HRPD can be maintained when an active cdma2000 1x
27  connection is lost due to radio link failure.

28  6.8.2    Traceability

29  Same as section 2.1.2.

30  6.8.3    Call Flow Example(s)

31  None

32  6.8.4    Method of measurement

33  a.   Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as
34       cdma2000 1x and AN 2 configured as HRPD.

35  b.   Ensure that AT is setup for SVDO mode.

36  c.   Initiate a HRPD packet data call from the AT.

37  d.   Issue a continuous "ping" command from the AT to a remote host.

38  e.   Initiate a voice call from the AT.

f. For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD in separate bandclass that are supported by the AT.

g. Ensure the call completes and verify CDMA user data in both directions.

h. Ensure that the "ping" packets and voice frames are being sent and received simultaneously by the access terminal.

i. Change the RF conditions such that the AT undergoes MAC supervision failure for the cdma2000 1x connection.

j. Verify that the AT continues to send and receive the ping packets on HRPD.

6.8.5    Minimum Standard

The AT shall comply with step j.

## 6.9 cdma20001x Preference Under PA Headroom Limitation

6.9.1    Definition

This test verifies voice call on cdma2000 1x is preferred over HRPD when AT becomes PA headroom limited.

6.9.2    Traceability

Same as section 2.1.2.

6.9.3    Call Flow Example(s)

None

6.9.4    Method of measurement

a. Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as cdma2000 1x and AN 2 configured as HRPD.

b. Ensure that AT is setup for SVDO mode.

c. Initiate a HRPD packet data call from the AT.

d. Issue a continuous "ping" command from the AT to a remote host.

e. Initiate a voice call from the AT.

f. For SVDO Mode 1 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD that are within the MSBW of the AT. For SVDO Mode 2 AT, instruct the base station to assign traffic channels on cdma2000 1x and HRPD in separate bandclass that are supported by the AT.

g. Ensure the call completes and verify CDMA user data in both directions.

h. Ensure that the "ping" packets and voice frames are being sent and received simultaneously by the access terminal.

i. Change the RF conditions such that the transmit power of AT continues to increase and the AT becomes PA headroom limited.

j. Verify that the AT provides preference for cdma20001x voice call over the HRPD data call, i.e. the AT should drop the HRPD call and continue to send and receive voice frames.

6.9.5    Minimum Standard

The AT shall comply with step j.

3GPP2 C.S0094-A v1.0

1    **6.10   Preferred HRPD Channel in ConnectionRequest Message**

2    6.10.1   Definition

3    This test verifies that the AT includes PreferredChannel field in the ConnectionRequest Message
4    for HRPD.

5    6.10.2   Traceability

6    (see [24])

7    7.5.6.2.2 ConnectionRequest Message

8    7.6.6.2.2 ConnectionRequest Message

9    6.10.3   Call Flow Example(s)

10   None

11   6.10.4   Method of measurement

12   a.   Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as
13        cdma2000 1x and AN 2 configured as HRPD. Ensure that BCMCS is not enabled on
14        any of the channels.

15   b.   If the AT being tested is a SVDO Mode 1 AT, configure the HRPD channels on AN1
16        such that only two channels listed in the SectorParameters Message are within the AT's
17        MSBW w.r.t. the cdma20001x channel and there are other channels listed in the
18        SectorParameters message that are outside the AT's MSBW.

19   c.   Ensure that AT is setup for SVDO mode.

20   d.   During HRPD session negotiation ensure that the AT and AN negotiate Enhanced Idle
21        State Protocol or Quick Idle State Protocol.

22   e.   Initiate a HRPD packet data call from the AT.

23   f.   For SVDO Mode 1 AT, verify that the AT includes the two channels within the MSBW
24        separation of the cdma20001x channel in the PreferredChannel field in the
25        ConnectionRequest Message. For SVDO Mode 2 AT, verify that the AT does not
26        include the PreferredChannel in the ConnectionRequest Message.

27   g.   For SVDO Mode 1 AT, repeat steps a-e with the following change: All HRPD channels
28        listed in the SectorParameters Message are within the AT's MSBW w.r.t. the
29        cdma20001x channel.

30   h.   Verify that the AT does not include the PreferredChannel in the ConnectionRequest
31        Message.

32   i.   For SVDO Mode 1 AT, repeat steps a-e with the following change: The
33        SectorParameters Message lists no HRPD channels that are within the AT's MSBW
34        w.r.t. the cdma20001x channel.

35   j.   Verify that the AT does not include the PreferredChannel in the ConnectionRequest
36        Message.

37   k.   For SVDO Mode 1 AT that supports BCMCS, repeat steps a-b with the following
38        change in configuration: The SectorParameters Message lists one HRPD channel that
39        is within the AT's MSBW w.r.t. the cdma20001x channel and another HRPD channel
40        that is outside the AT's MSBW w.r.t. the cdma20001x channel and has BCMCS
41        enabled.

42   l.   Repeat steps c-d.

43   m.   Ensure that the AT sends a BCMCSFlowRegistration message to the AN.

44   n.   Ensure that the AT is dormant on HRPD.

1   o.   Repeat step e.

2   p.   Verify that the AT includes the channel with BCMCS as the PreferredChannel in the
3        ConnectionRequest Message.

4   6.10.5   Minimum Standard

5   The AT shall comply with step f, h, j, and p.

6   **6.11   Multimode Capability Discovery Protocol Attribute Negotiation**

7   6.11.1   Definition

8   This test verifies that the AT negotiates Multimode Capability Discovery Protocol attributes during
9   the HRPD session negotiation.

10   6.11.2   Traceability

11    (see [24])

12    6.5.9 Configuration Attributes for the Multimode Capability Discovery Protocol

13   6.11.3   Call Flow Example(s)

14   None

15   6.11.4   Method of measurement

16   a.   Connect the SVDO AT to the AN as shown in Figure A-1 with AN 1 configured as
17        cdma2000 1x and AN 2 configured as HRPD.

18   b.   Ensure that AT is setup for SVDO mode.

19   c.   During HRPD session negotiation ensure that the AT and the AN negotiate the use of
20        Multimode Capability Discovery Protocol.

21   d.   Verify that the AT sends a ConfigurationRequest Message for the Multimode Capability
22        Discovery Protocol requesting a non-default value of
23        SimultaneousCommonChannelTransmit, SimultaneousDedicatedChannelTransmit,
24        SimultaneousCommonChannelReceive and SimultaneousDedicatedChannelReceive
25        attributes.

26   e.   Verify that the attribute values proposed by the AT are correct according to the SVDO
27        Mode 1 or SVDO Mode 2. For example, verify that the SVDO Mode 1 AT specifies the
28        MSBW in the SimultaneousDedicatedChannelTransmit attribute and SVDO Mode 2 AT
29        specifies 0x0B in the SimultaneousDedicatedChannelTransmit attribute.

30   6.11.5   Minimum Standard

31   The AT shall comply with steps d and e.

3GPP2 C.S0094-A v1.0

1 **7    ANNEX A (INFORMATIVE) - FIGURES**



2

3    **Figure A - 1 Connection Diagram for Hybrid/SVDO AT testing**

**THE TELECOMMUNICATIONS INDUSTRY ASSOCIATION**

TIA represents the global information and communications technology (ICT) industry through standards development, advocacy, tradeshows, business opportunities, market intelligence and world-wide environmental regulatory analysis. With roots dating back to 1924, TIA enhances the business environment for broadband, mobile wireless, information technology, networks, cable, satellite and unified communications.

TIA members' products and services empower communications in every industry and market, including healthcare, education, security, public safety, transportation, government, the military, the environment and entertainment. TIA co-owns the SUPERCOMM® tradeshow and is accredited by the American National Standards Institute (ANSI).



**HEADQUARTERS**
2500 Wilson Boulevard
Suite 300
Arlington, VA 22201-3834
+1.703.907.7700
+1.703.907.7727 (fax)

**tiaonline.org**