<u>Submission Of Documents In Support Of
Motion For Reconsideration Of Doc. No. 810.</u>

Attachment No. 11

# TIA
# STANDARD

# Enhanced Subscriber Privacy for cdma2000® High Rate Packet Data- Addendum 1

## TIA-925-1 [E]
**(Addendum to TIA-925)**

**September 2007**

## TELECOMMUNICATIONS INDUSTRY ASSOCIATION



Representing the telecommunications industry in association with the Electronic Industries Alliance



NOTICE

TIA Engineering Standards and Publications are designed to serve the public interest through eliminating misunderstandings between manufacturers and purchasers, facilitating interchangeability and improvement of products, and assisting the purchaser in selecting and obtaining with minimum delay the proper product for their particular need.  The existence of such Standards and Publications shall not in any respect preclude any member or non-member of TIA from manufacturing or selling products not conforming to such Standards and Publications. Neither shall the existence of such Standards and Publications preclude their voluntary use by Non-TIA members, either domestically or internationally.

Standards and Publications are adopted by TIA in accordance with the American National Standards Institute (ANSI) patent policy.  By such action, TIA does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the Standard or Publication.

This Standard does not purport to address all safety problems associated with its use or all applicable regulatory requirements.  It is the responsibility of the user of this Standard to establish appropriate safety and health practices and to determine the applicability of regulatory limitations before its use.

(From Project No. 3-0071-AD1[E]-1, formulated under the cognizance of the TIA TR-45 Mobile & Personal Communications Systems, TR-45.5 Subcommittee on Spread Spectrum Digital Technology).

Published by

©TELECOMMUNICATIONS INDUSTRY ASSOCIATION
Standards and Technology Department
2500 Wilson Boulevard
Arlington, VA 22201 U.S.A.

**PRICE:  Please refer to current Catalog of
TIA TELECOMMUNICATIONS INDUSTRY ASSOCIATION STANDARDS
AND ENGINEERING PUBLICATIONS
or call Information Handling Services, USA and Canada
(1-877-413-5187) International (303-397-2896)
or search online at http://www.tiaonline.org/standards/catalog/**

All rights reserved
Printed in U.S.A.

# NOTICE OF COPYRIGHT

# This document is copyrighted by the TIA.

**Reproduction of these documents either in hard copy or soft copy (including posting on the web) is prohibited without copyright permission.** For copyright permission to reproduce portions of this document, please contact TIA Standards Department or go to the TIA website (www.tiaonline.org) for details on how to request permission.  Details are located at:

http://www.tiaonline.org/standards/catalog/info.cfm#copyright

OR

Telecommunications Industry Association
Standards & Technology Department
2500 Wilson Boulevard, Suite 300
Arlington, VA 22201  USA
+1(703)907-7700

Organizations may obtain permission to reproduce a limited number of copies by entering into a license agreement. For information, contact:

IHS
15 Inverness Way East
Englewood, CO 80112-5704 or call
U.S.A. and Canada (1-800-413-5187)
International  (303-397-2896)

## NOTICE OF DISCLAIMER AND LIMITATION OF LIABILITY

The document to which this Notice is affixed (the "Document") has been prepared by one or more Engineering Committees or Formulating Groups of the Telecommunications Industry Association ("TIA"). TIA is not the author of the Document contents, but publishes and claims copyright to the Document pursuant to licenses and permission granted by the authors of the contents.

TIA Engineering Committees and Formulating Groups are expected to conduct their affairs in accordance with the TIA Engineering Manual ("Manual"), the current and predecessor versions of which are available at http://www.tiaonline.org/standards/procedures/manuals/TIA's function is to administer the process, but not the content, of document preparation in accordance with the Manual and, when appropriate, the policies and procedures of the American National Standards Institute ("ANSI"). TIA does not evaluate, test, verify or investigate the information, accuracy, soundness, or credibility of the contents of the Document. In publishing the Document, TIA disclaims any undertaking to perform any duty owed to or for anyone.

If the Document is identified or marked as a project number (PN) document, or as a standards proposal (SP) document, persons or parties reading or in any way interested in the Document are cautioned that: (a) the Document is a proposal; (b) there is no assurance that the Document will be approved by any Committee of TIA or any other body in its present or any other form; (c) the Document may be amended, modified or changed in the standards development or any editing process.

The use or practice of contents of this Document may involve the use of intellectual property rights ("IPR"), including pending or issued patents, or copyrights, owned by one or more parties. TIA makes no search or investigation for IPR. When IPR consisting of patents and published pending patent applications are claimed and called to TIA's attention, a statement from the holder thereof is requested, all in accordance with the Manual. TIA takes no position with reference to, and disclaims any obligation to investigate or inquire into, the scope or validity of any claims of IPR. TIA will neither be a party to discussions of any licensing terms or conditions, which are instead left to the parties involved, nor will TIA opine or judge whether proposed licensing terms or conditions are reasonable or non-discriminatory. TIA does not warrant or represent that procedures or practices suggested or provided in the Manual have been complied with as respects the Document or its contents.

If the Document contains one or more Normative References to a document published by another organization ("other SSO") engaged in the formulation, development or publication of standards (whether designated as a standard, specification, recommendation or otherwise), whether such reference consists of mandatory, alternate or optional elements (as defined in the TIA Engineering Manual, 4th edition) then (i) TIA disclaims any duty or obligation to  search or investigate the records of any other SSO for IPR or letters of assurance relating to any such Normative Reference; (ii) TIA's policy of encouragement of voluntary disclosure (see Engineering Manual Section 6.5.1) of Essential Patent(s) and published pending patent applications shall apply; and (iii) Information as to claims of IPR in the records or publications of the other SSO shall not constitute identification to TIA of a claim of Essential Patent(s) or published pending patent applications.

TIA does not enforce or monitor compliance with the contents of the Document. TIA does not certify, inspect, test or otherwise investigate products, designs or services or any claims of compliance with the contents of the Document.

ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED, INCLUDING WITHOUT LIMITATION, ANY AND ALL WARRANTIES CONCERNING THE ACCURACY OF THE CONTENTS, ITS FITNESS OR APPROPRIATENESS FOR A PARTICULAR PURPOSE OR USE, ITS MERCHANTABILITY AND ITS NONINFRINGEMENT OF ANY THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. TIA EXPRESSLY DISCLAIMS ANY AND ALL RESPONSIBILITIES FOR THE ACCURACY OF THE CONTENTS AND MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING THE CONTENT'S COMPLIANCE WITH ANY APPLICABLE STATUTE, RULE OR REGULATION, OR THE SAFETY OR HEALTH EFFECTS OF THE CONTENTS OR ANY PRODUCT OR SERVICE REFERRED TO IN THE DOCUMENT OR PRODUCED OR RENDERED TO COMPLY WITH THE CONTENTS.

TIA SHALL NOT BE LIABLE FOR ANY AND ALL DAMAGES, DIRECT OR INDIRECT, ARISING FROM OR RELATING TO ANY USE OF THE CONTENTS CONTAINED HEREIN, INCLUDING WITHOUT LIMITATION ANY AND ALL INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED UPON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING NEGATION OF DAMAGES IS A FUNDAMENTAL ELEMENT OF THE USE OF THE CONTENTS HEREOF, AND THESE CONTENTS WOULD NOT BE PUBLISHED BY TIA WITHOUT SUCH LIMITATIONS.

# CONTENTS

| | | |
|---|---|---|
| 1 | 1. Overview | 1-1 |
| 2 | 2. Time-Counter-Based Security Protocol | 2-1 |
| 3 | 2.1. Overview | 2-1 |
| 4 | 2.2. Primitives and Public Data | 2-1 |
| 5 | 2.2.1. Commands | 2-1 |
| 6 | 2.2.2. Return Indications | 2-1 |
| 7 | 2.2.3. Public Data | 2-1 |
| 8 | 2.3. Protocol Data Unit | 2-1 |
| 9 | 2.4. Protocol Initialization | 2-1 |
| 10 | 2.4.1. Protocol Initialization for the InConfiguration Protocol Instance | 2-1 |
| 11 | 2.5. Procedures and Messages for the InConfiguration Instance of the Protocol | 2-2 |
| 12 | 2.5.1. Procedures | 2-2 |
| 13 | 2.5.2. Commit Procedures | 2-2 |
| 14 | 2.5.3. Message Formats | 2-3 |
| 15 | 2.5.3.1. ConfigurationRequest | 2-3 |
| 16 | 2.5.3.2. ConfigurationResponse | 2-3 |
| 17 | 2.6. Procedures and Messages for the InUse Instance of the Protocol | 2-4 |
| 18 | 2.6.1. Procedures | 2-4 |
| 19 | 2.6.1.1. Transmit Procedures | 2-4 |
| 20 | 2.6.1.1.1. Generation of the Cryptosync | 2-4 |
| 21 | 2.6.1.1.2. Construction of the Security Protocol Header | 2-5 |
| 22 | 2.6.1.2. Receive Procedures | 2-6 |
| 23 | 2.6.2. Message Formats | 2-8 |
| 24 | 2.6.3. Time-Counter-Based Security Protocol Header | 2-8 |
| 25 | 2.6.4. Time-Counter-Based Security Protocol Trailer | 2-8 |
| 26 | 2.6.5. Interface to Other Protocols | 2-8 |
| 27 | 2.6.5.1. Commands | 2-8 |
| 28 | 2.6.5.2. Indications | 2-8 |
| 29 | 2.7. Configuration Attributes | 2-9 |
| 30 | 2.7.1. FTC Cryptosync Attribute | 2-9 |
| 31 | 2.7.2. RTC Cryptosync Attribute | 2-10 |
| 32 | 2.7.3. CC Cryptosync Attribute | 2-12 |
| 33 | 2.7.4. AC Cryptosync Attribute | 2-14 |
| 34 | 2.8. Protocol Numeric Constants | 2-15 |
| 35 | 2.9. Session State Information | 2-15 |
| 36 | 2.9.1. KeyIndex Parameter | 2-16 |
| 37 | 2.9.2. TimeStampLong Parameter | 2-16 |
| 38 | 2.9.3. Counter Parameter | 2-17 |

TIA-925-1 [E]

1    3. AES Encryption Protocol ................................................................................................. 3-1

2       3.1. Primitives and Public Data ......................................................................................... 3-1

3           3.1.1. Commands ......................................................................................................... 3-1

4           3.1.2. Return Indications ............................................................................................. 3-1

5           3.1.3. Public Data ........................................................................................................ 3-1

6       3.2. Protocol Data Unit ...................................................................................................... 3-1

7       3.3. Protocol Initialization .................................................................................................. 3-1

8           3.3.1. Protocol Initialization for the InConfiguration Protocol Instance ...................... 3-1

9       3.4. Procedures and Messages for the InConfiguration Instance of the Protocol ............ 3-2

10          3.4.1. Procedures ......................................................................................................... 3-2

11          3.4.2. Commit Procedures ........................................................................................... 3-2

12          3.4.3. Message Formats .............................................................................................. 3-2

13              3.4.3.1. ConfigurationRequest ................................................................................ 3-2

14              3.4.3.2. ConfigurationResponse ............................................................................. 3-3

15       3.5. Procedures and Messages for the InUse Instance of the Protocol .......................... 3-3

16          3.5.1. Procedures ......................................................................................................... 3-3

17              3.5.1.1. Constructing the Encryption Key .............................................................. 3-3

18              3.5.1.2. Constructing the Cryptosync ..................................................................... 3-6

19              3.5.1.3. Transmit Procedures ................................................................................. 3-6

20              3.5.1.4. Receive Procedures .................................................................................. 3-7

21          3.5.2. Message Formats .............................................................................................. 3-8

22          3.5.3. AES Encryption Protocol Header ....................................................................... 3-8

23          3.5.4. AES Encryption Protocol Trailer ........................................................................ 3-8

24          3.5.5. Interface to Other Protocols .............................................................................. 3-8

25              3.5.5.1. Commands ................................................................................................ 3-8

26              3.5.5.2. Indications ................................................................................................. 3-9

27       3.6. Configuration Attributes ............................................................................................. 3-9

28          3.6.1. FTCReducedStrengthEncryptionKey Attribute ............................................... 3-10

29          3.6.2. RTCReducedStrengthEncryptionKey Attribute ............................................... 3-11

30          3.6.3. CCReducedStrengthEncryptionKey Attribute ................................................. 3-11

31          3.6.4. ACReducedStrengthEncryptionKey Attribute ................................................. 3-12

32       3.7. Protocol Numeric Constants ..................................................................................... 3-13

33       3.8. Session State Information ......................................................................................... 3-13

TIA-925-1 [E]

# FIGURES

1    Figure 1-1.  Security Layer Encapsulation........................................................................ 1-1
2

TIA-925-1 [E]

## TABLES

1  Table 2.6.1-1.  Subfield of the Cryptosync .................................................................... 2-4

2  Table 2.6.1-2.  Encoding of the ChannelID Field ........................................................ 2-4

3  Table 2.6.1-3.  The Format of the Security Protocol Header ............................................. 2-6

4  Table 2.6.1-4.  Subfield of the Cryptosync .................................................................... 2-7

5  Table 2.6.1-5.  Encoding of the ChannelID Field ........................................................ 2-7

6  Table 2.9.1-1.  The Format of the Parameter Record for the KeyIndex Parameter .......... 2-16

7  Table 2.9.2-1.   The Format of the Parameter Record for the TimeStampLong
8                  Parameter ................................................................................................. 2-16

9  Table 2.9.2-2.  Encoding of the ParameterType Field.................................................... 2-17

10 Table 2.9.3-1.  The Format of the Parameter Record for the Counter Parameter ............ 2-17

11 Table 2.9.3-2.  Encoding of the ParameterType Field.................................................... 2-18

12 Table 3.5.5-1.  FTCEncryption ................................................................................ 3-9

13 Table 3.5.5-2.  RTCEncryption ................................................................................ 3-9

14 Table 3.5.5-3.  CCEncryption................................................................................... 3-9

15 Table 3.5.5-4.  ACEncryption................................................................................... 3-10

TIA-925-1 [E]

1    **(This foreword is not part of this Standard)**

2    This standard was prepared by Technical Specification Group C of the Third Generation
3    Partnership Project 2 (3GPP2). This standard is evolved from and is a companion to the
4    cdma2000®[1] standards. This air interface standard provides Enhanced Subscriber Privacy
5    requirements for cdma2000 High Rate Packet Data.

6

---

[1] *"cdma2000® is the trademark for the technical nomenclature for certain specifications and standards of the Organizational Partners (OPs) of 3GPP2. Geographically (and as of the date of publication), cdma2000® is a registered trademark of the Telecommunications Industry Association (TIA-USA) in the United States."*

TIA-925-1 [E]

# REFERENCES

1   The following standards contain provisions, which, through reference in this text,
2   constitute provisions of this standard. At the time of publication, the editions indicated
3   were valid. All standards are subject to revision, and parties to agreements based on this
4   standard are encouraged to investigate the possibility of applying the most recent editions
5   of the standards indicated below.

6
7       [1]   TIA-856, cdma2000 High Rate Packet Data Air Interface Specification.

8       [2]   3GPP2 S.S0055-A, Version 3.0, Enhanced Cryptographic Algorithms, October,
9             2005TR45.AHAG, Enhanced Cryptographic Algorithms, Revision B, March 5, 2002

10      [3]   3GPP2 S.S0078-A, Version 3.0, Common Security Algorithms, October, 2005

1  **1. OVERVIEW**

2  Figure 1-1 shows the relationship between a Connection Layer packet, an Encryption
3  Protocol packet, an Authentication Protocol packet, a Security Protocol packet, and a MAC
4  Layer packet payload.



5
6  **Figure 1-1.  Security Layer Encapsulation**

7  When a Connection Layer packet that is to be authenticated or encrypted is delivered to the
8  Security Layer, the following steps are performed by the protocols in the Security Layer in
9  the order specified below:

10  • The Security Layer protocol generates a ~~cryptosync~~ Cryptosync for the channel for
11    which the Connection Layer packet is destined.  For the purpose for referencing this
12    value of ~~cryptosync~~ Cryptosync in the following steps, denote this value as
13    TheCryptosync.

14  • The Connection Layer packet and TheCryptosync are delivered to the Encryption
15    Protocol.

16  • If the Connection Layer packet is to be encrypted, the Encryption Protocol uses
17    TheCryptosync, the encryption key, and other parameters specified by the
18    Encryption Protocol (if any) to encrypt the Connection Layer packet and construct
19    the Encryption Protocol packet.

TIA-925-1 [E]

1  • The Encryption Protocol delivers the Encryption Protocol packet and TheCryptosync
2    to the Authentication Protocol.

3  • If the Encryption Protocol packet is to be authenticated, the Authentication Protocol
4    uses TheCryptosync, authentication key, and other parameters specified by the
5    Authentication Protocol to construct the Authentication Protocol packet.

6  • The Authentication Protocol delivers the Authentication Protocol packet and
7    TheCryptosync to the Security Protocol.

8  • The Security Protocol uses TheCryptosync to construct the Security Protocol header
9    and trailer (if any).

10  • The Security Protocol delivers the Security Protocol packet to the MAC layer.

11  Conversely, when the Security Layer receives a MAC Layer Packet payload that is either
12  authenticated or encrypted, the following steps are performed by the protocols in the
13  Security Layer in the order specified below:

14  • The Security Protocol constructs the Cryptosync using the Security Protocol header
15    and trailer (if any).  For the purpose for referencing this value of ~~cryptosync~~
16    Cryptosync in the following steps, denote this value as ~~"~~TheCryptosync~~"~~.

17  • The Security Protocol removes the Security Protocols header and trailer and delivers
18    TheCryptosync and the Security Protocol payload to the Authentication Protocol.

19  • If the Authentication Protocol packet is authenticated, the Authentication Protocol
20    uses TheCryptosync, authentication key, Authentication Protocol payload,
21    Auth~~en~~etication Protocol header and trailer, and other parameters specified by the
22    Authentication Protocol (if any) to verify the authentication signature.  If the
23    authentication signature passes, then the Authentication Protocol delivers the
24    Authentication Protocol payload to the Encryption Protocol, otherwise the
25    Authentication Protocol Packet is discarded.~~  If the authentication signature does~~
26    ~~not pass, then the Authentication Protocol discards the packet~~.

27  • If the Authentication Protocol packet is not authenticated, then the Authentication
28    Protocol delivers the Authentication Protocol payload to the Encryption Protocol.

29  • If the Encryption Protocol packet is encrypted, the Encryption Protocol uses
30    TheCryptosync and the encryption key to decrypt the Encryption Protocol packet.
31    The decrypted payload is then delivered to the Connection Layer.

32  • If the Encryption Protocol packet is not encrypted, the Encryption Protocol packet is
33    delivered to the Connection Layer.

34  • The Security Layer provides two pairs of security information to the Connection
35    Layer.  The first indicates:

36    – Whether or not the Security Layer session configuration supported encryption of
37      the Security Layer packet, and

1 – Whether or not the Security Layer decrypted the Security Layer packet[2].

2 The second indicates:

3 – Whether or not the Security Layer session configuration supported
4 authentication encryption of the Security Layer packet, and

5 – Whether or not the Security Layer authenticated the Security Layer packet.

6 The receiving application or protocol may use these two pairs of security information
7 to determine whether or not to discard the payload.

8 The access terminal shall not require Connection Layer packets that satisfy any of the
9 following conditions to be encrypted:

10 • A Connection Layer packet that is received on the Control Channel and its
11 encapsulating MAC Layer packets was not addressed using the Unicast Addressing
12 mode.

13 • A Connection Layer packet that is received on the Control Channel and contains a
14 SessionClose[3] message associated with the Default Session Management Protocol.

15 • The Connection Layer packets that contain any of the messages that are excluded
16 from being encrypted by the protocol that defines the message.

---

[2] For example, a Security Layer packet that is received on the Control Channel is decrypted by the AES Encryption protocol if the configured value of the CCEncryption attribute is 0x01 and the SecurityLayerFormat bit of the encapsulating MAC Layer packet is equal to '1'.

[3] The access network must be able to close the session in case it does not have access terminals session (e.g., if it cannot retrieve the session from the old subnet).

TIA-925-1 [E]

1        No text.

1  **2. TIME-COUNTER-BASED SECURITY PROTOCOL**

2  **2.1. Overview**

3  The Time-Counter-Based Security protocol performs the following tasks:

4  - On the transmission side, this protocol provides a ~~cryptosync~~ Cryptosync that may
5  be used by the negotiated Authentication Protocol and Encryption Protocol.

6  - On the receiving side, this protocol computes the ~~cryptosync~~ Cryptosync using the
7  information provided in the Security Protocol header and makes the ~~cryptosync~~
8  Cryptosync publicly available.

9  **2.2. Primitives and Public Data**

10  2.2.1. Commands

11  This protocol does not define any commands.

12  2.2.2. Return Indications

13  This protocol does not return any indications.

14  2.2.3. Public Data

15  This protocol shall make the following data public:

16  - Subtype for this protocol

17  - Cryptosync and CryptosyncLength for Security Layer packets associated with the
18  FTC

19  - Cryptosync and CryptosyncLength for Security Layer packets associated with the
20  RTC

21  - Cryptosync and CryptosyncLength for Security Layer packets associated with the CC

22  - Cryptosync and CryptosyncLength for Security Layer packets associated with the AC

23  **2.3. Protocol Data Unit**

24  The protocol data unit for this protocol is a Security Layer packet.

25  **2.4. Protocol Initialization**

26  2.4.1. Protocol Initialization for the InConfiguration Protocol Instance

27  Upon creation, the InConfiguration instance of this protocol in the access terminal and the
28  access network shall perform the following in the order specified:

29  - The fall-back values of the attributes for this protocol instance shall be set to the
30  default values specified for each attribute.

TIA-925-1 [E]

1    • If the InUse instance of this protocol has the same protocol subtype as this
2      InConfiguration protocol instance, then the fall-back values of the attributes defined
3      by the InConfiguration protocol instance shall be set to the values of the
4      corresponding attributes associated with the InUse protocol instance.

5    • The value for each attribute for this protocol instance shall be set to the fall-back
6      value for that attribute.

7   ~~2.4.2. Protocol Initialization for the InUse Protocol Instance~~

8   ~~Upon creation of the InUse instance of this protocol, the access terminal and the access~~
9   ~~network shall set the value of the attributes for this protocol instance to the default values~~
10  ~~specified for each attribute.~~

11 **2.5. Procedures and Messages for the InConfiguration Instance of the Protocol**

12 2.5.1. Procedures

13 This protocol uses the Generic Configuration Protocol (see [1]) to define the processing of
14 the configuration messages.

15 2.5.2. Commit Procedures

16 The access terminal and the access network shall perform the procedures specified in this
17 section, in the order specified, when directed by the InUse instance of the Session
18 Configuration Protocol (see [1]) to execute the Commit procedures:

19   • All the public data that are defined by this protocol, but are not defined by the InUse
20     protocol instance shall be added to the public data of the InUse protocol.

21   • If the InUse instance of this protocol has the same subtype as this protocol instance,
22     then

23     – The access terminal and the access network shall set the attribute values
24       associated with the InUse instance of this protocol to the attribute values
25       associated with the InConfiguration instance of this protocol, and

26     – The access terminal and the access network shall purge the InConfiguration
27       instance of the protocol.

28   • If the InUse instance of this protocol does not have the same subtype as this protocol
29     instance, then the access terminal and the access network shall perform the
30     following:

31     – The InConfiguration protocol instance shall become the InUse protocol instance
32       for the Security Protocol.

33   • All the public data not defined by this protocol shall be removed from the public data
34     of the InUse protocol.

1   2.5.3. Message Formats

2   2.5.3.1. ConfigurationRequest

3   The ConfigurationRequest message format is as follows:

4

5

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

6   MessageID          The sender shall set this field to 0x50.

7   TransactionID      The    sender    shall    increment    this    value    for    each    new
8                      ConfigurationRequest message sent.

9   AttributeRecord    The format of this record is specified in [1].

10

| **Channels** | FTC       RTC | **SLP** | Reliable |
|-------------|----------------|---------|----------|
| **Addressing** | unicast | **Priority** | 40 |

11   2.5.3.2. ConfigurationResponse

12   The ConfigurationResponse message format is as follows:
13

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

14   MessageID          The sender shall set this field to 0x51.

15   TransactionID      The    sender    shall    set    this    value    to    the    TransactionID    field    of    the
16                      corresponding ConfigurationRequest message.

17   AttributeRecord    An    attribute    record    containing    a    single    attribute    value.    If    this
18                      message    selects    a    complex    attribute,    only    the    ValueID    field    of    the
19                      complex attribute shall be included in the message. The format of the

TIA-925-1 [E]

AttributeRecord is given in [1]. The sender shall not include more than one attribute record with the same attribute identifier.

| Channels | FTC     RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

**2.6. Procedures and Messages for the InUse Instance of the Protocol**

2.6.1. Procedures

Each Security Layer packet consists of an Authentication Protocol packet and a Security Protocol header.

2.6.1.1. Transmit Procedures

2.6.1.1.1. Generation of the Cryptosync

When the Security Layer receives a Connection Layer packet that is to be either authenticated or encrypted, the Security Protocol shall compute the Cryptosync for the channel on which the Security Layer packet to be sent as shown in Table 2.6.1-1.

**Table 2.6.1-1.  Subfield of the Cryptosync**

| Subfield | Length (bits) |
|---|---|
| ChannelID | 8 |
| TimeStampLong | TimeStampLongLength |
| Counter | CounterLength |
| BandClass | 5 |
| ChannelNumber | 11 |

ChannelID                    This field is encoded as specified in Table 2.6.1-2.

**Table 2.6.1-2.  Encoding of the ChannelID Field**

| ChannelID Value | Meaning |
|---|---|
| 0x00 | Cryptosync used for the FTC |
| 0x01 | Cryptosync used for the RTC |
| 0x02 | Cryptosync used for the CC |
| 0x03 | Cryptosync used for the AC |
| Other values | Reserved |

TimeStampLong        If the TimeStampShortLength for the channel specified by the ChannelID is zero, then this field shall be set to the LSBs of the CDMA System Time, in units of time specified by TimeStampUnit for

1    the channel specified by the ChannelID, corresponding to the time
2    when the Physical Layer will begin transmission of the Security Layer
3    Packet.  Otherwise, the sender shall set this field to the LSBs of the
4    CDMA System Time, in units of time specified by TimeStampUnit for
5    the channel specified by the ChannelID, corresponding to a time that
6    is not later than when the Physical Layer will begin transmission of
7    the Security Layer Packet[4].

8    Counter       This field shall be set to the number of Security Layer packets
9    (modulo $2^{CounterLength}$) that have been generated since time T such that
10    T mod TimeStampUnit = 0, where T is the CDMA System Time in
11    units of slots.

12    BandClass       This field shall be set to the band class number associated with the
13    CDMA Channel on which the packet is to be transmitted.

14    ChannelNumber    This field shall be set to the channel number associated with the
15    CDMA Channel on which the packet is to be transmitted.

16    TimeStampLongLength, CounterLength, and TimeStampShortLength are configurable
17    parameters associated with the channel identified by the ChannelID.

18    2.6.1.1.2. Construction of the Security Protocol Header

19    The protocol shall construct a Security Layer packet out of the Authentication Protocol
20    packet as follows and shall pass the packets for transmission to the MAC Layer:

21    • When the protocol receives an Authentication Protocol packet from the
22    Authentication Protocol that is either authenticated or encrypted, it shall set the
23    Security Protocol header as shown in Table 2.6.1-3.   The Security Protocol shall
24    then prepend add the Security Protocol header to in front of the Authentication
25    Protocol packet.

---

[4] For example, if the sender knows that there is a fixed delay between the generation of the
Security Layer Packets and the time that they are going to be transmitted, then the sender
can set the TimeStampLong to the expected transmission time.  This can potentially reduce
the number of bits that are needed to represent TimeStampShort.  The current System
Time is a valid choice.

TIA-925-1 [E]

1          **Table 2.6.1-3.  The Format of the Security Protocol Header**

| Subfield | Length (bits) |
|---|---|
| KeyIndex | KeyIndexLength |
| TimeStampShort | TimeStampShortLength |
| Counter | 0 or CounterLength |
| Reserved | 0 to 7 (as required) |

2    KeyIndex            If the Key Exchange protocol provides the KeyIndex as one of its
3                       public data, then the sender shall set this field to the KeyIndexLength
4                       LSBs of the current value of KeyIndex. Otherwise, the sender shall
5                       set this field to zero.  KeyIndexLength is the length of the KeyIndex
6                       and is specified as a configurable parameter for the channel on which
7                       the Security Layer packet is to be sent.

8    TimeStampShort      If the TimeStampShortLength is zero, this field shall be omitted.
9                       Otherwise, the sender shall set this field to the LSBs of the
10                      TimeStampLong sub-field of the ~~cryptosync~~ Cryptosync for the
11                      destination channel of the Security Protocol packet.

12   Counter             If the CounterExplicit is zero or CounterLength is zero, this field shall
13                      be omitted.  Otherwise, the sender shall set this field to the Counter
14                      sub-field of the ~~cryptosync~~ Cryptosync for the destination channel of
15                      the Security Protocol packet.

16   Reserved            If included, the sender shall set this field to zero.  The length of this
17                      field shall be the smallest number of bits that makes the Security
18                      Protocol Header an integer number of octets.

19          CounterExplicit, CounterLength, KeyIndexLength, and TimeStampShortLength are
20          configurable parameters associated with the destination channel of the Security
21          Protocol packet.

22      • When the protocol receives an Authentication Protocol packet from the
23        Authentication Protocol that is neither authenticated nor encrypted, the protocol
24        shall not add a security protocol header to the Authentication Protocol packet.

25      • This protocol shall not append a Security Protocol trailer to the Authentication
26        Protocol packet.

27   2.6.1.2. Receive Procedures

28   ~~This~~ The Security Protocol shall construct the Authentication Protocol packet using the
29   Security Layer packet (received from the MAC Layer) as follows and shall forward the
30   packet to the Authentication Protocol:

1  • When the protocol receives a Security Layer packet from the MAC Layer that is either
2     authenticated or encrypted, it shall construct the Authentication Protocol packet by
3     removing the Security Layer header.

4  • When the protocol receives a Security Layer packet from the MAC Layer that is
5     neither authenticated nor encrypted, it shall set the Authentication Protocol packet
6     to the Security Layer packet.

7  When the Security Protocol receives a Security Layer packet from the MAC Layer that is
8  either authenticated or encrypted, it shall compute the Cryptosync for the channel on
9  which the Security Layer packet is received as shown in Table 2.6.1-4.  The Security
10 Protocol shall deliver the Authentication Protocol packet together with the computed value
11 of the ~~cryptosync~~ Cryptosync to the Authentication Protocol.

12

13 **Table 2.6.1-4.  Subfield of the Cryptosync**

| Subfield | Length (bits) |
|---|---|
| ChannelID | 8 |
| TimeStampLong | TimeStampLongLength |
| Counter | CounterLength |
| BandClass | 5 |
| ChannelNumber | 11 |

14 ChannelID            This field shall be set according to Table 2.6.1-5.

15 **Table 2.6.1-5.  Encoding of the ChannelID Field**

| ChannelID Value | Meaning |
|---|---|
| 0x00 | The Security Layer packet is associated with the FTC |
| 0x01 | The Security Layer packet is associated with the RTC |
| 0x02 | The Security Layer packet is associated with the CC |
| 0x03 | The Security Layer packet is associated with the AC |
| Other values | Reserved |

16 TimeStampLong        If the TimeStampShortLength for the channel specified by the
17                      ChannelID is zero, then this field shall be set to the LSBs of the
18                      system time corresponding to the time when the Security Layer
19                      Packet is received in units of time specified by TimeStampUnit for the
20                      channel specified by the ChannelID.

21                      Otherwise, this field shall be derived from the TimeStampShort field
22                      in the Security Layer Header as follows:

TIA-925-1 [E]

$$\text{TimeStampLong} = (\text{SystemTime} - (\text{SystemTime}[\text{TimeStampShortLength}-1:0] - \text{TimeStampShort}) \bmod 2^{\text{TimeStampShortLength}}) \bmod 2^{\text{TimeStampLongLength}},$$

| | |
|---|---|
| | Where: |
| | SystemTime is the current CDMA System Time in units time specified by TimeStampUnit for the channel specified by the ChannelID, TimeStampShort is a field included in the Security Protocol Header for the channel specified by the ChannelID, and SystemTime[$n$-1:0] is the $n$ least significant bits of the SystemTime. |
| Counter | If CounterLength is not zero and CounterExplicit is not zero, then this field is set to the Counter field included in the Security Protocol Header.  If CounterExplicit is zero and CounterLength is not zero, then this field shall be set to the number of Security Layer packets (modulo $2^{\text{CounterLength}}$) that have been processed  since time T such that T mod TimeStampUnit = 0, where T is the CDMA System Time in units of slots.  If CounterLength is zero, then this field is omitted. |
| BandClass | This field shall be set to the band class number associated with the CDMA Channel on which the packet was received. |
| ChannelNumber | This field shall be set to the channel number associated with the CDMA Channel on which the packet was received. |

CounterExplicit, CounterLength, TimeStampLongLength, TimeStampShortLength, and KeyIndexLength for each channel identified by the ChannelID are configurable parameters.

## 2.6.2. Message Formats

No messages are defined for the InUse instance of this protocol.

## 2.6.3. Time-Counter-Based Security Protocol Header

The Time-Counter-Based Security Protocol Header is as specified in Table 2.6.1-3.

## 2.6.4. Time-Counter-Based Security Protocol Trailer

The Time-Counter-Based Security Protocol does not add a trailer.

## 2.6.5. Interface to Other Protocols

### 2.6.5.1. Commands

This protocol does not issue any commands.

### 2.6.5.2. Indications

This protocol does not register to receive any indications.

1 **2.7. Configuration Attributes**

2 The following complex attributes and default values are defined for this protocol.  See [1]
3 for attribute record definition.

4 The following table specifies the complex attributes associated with the Time-Counter-
5 Based Security Protocol.

6 2.7.1. FTC Cryptosync Attribute

7

| Field | Length (bits) | Default Value (decimal) |
|-------|---------------|-------------------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---|-----|
| ValueID | 8 | N/A |
| FTCKeyIndexLength | 3 | 0 |
| FTCTimeStampShortLength | 8 | 8 |
| FTCTimeStampLongLength | 8 | 48 |
| FTCTimeStampUnit | 4 | 6 |
| FTCCounterExplicit | 1 | 1 |
| FTCCounterLength | 8 | 8 |

8  Length                  Length of the complex attribute in octets. The sender shall set this
9                          field to the length of the complex attribute excluding the Length field.

10 AttributeID             The sender shall set this field to 0x00.

11 ValueID                 This field identifies this particular set of values for the attribute. ~~The~~
12                         ~~access network shall increment this field for each complex attribute~~
13                         ~~value record for a particular attribute.~~

14 FTCKeyIndexLength       The sender shall set this field to the value of the KeyIndexLength
15                         which specifies the length of the KeyIndex field (in bits) in the
16                         Security Protocol Header for the Security Layer Packets that are to be
17                         sent on the Forward Traffic Channel.

18 FTCTimeStampShortLength
19                         The sender shall set this field to the value of the
20                         TimeStampShortLength which specifies the length of the
21                         TimeStampShort ~~Counter~~ field (in bits) in the Security Protocol
22                         Header for the Security Layer Packets that are to be sent on the
23                         Forward Traffic Channel.

TIA-925-1 [E]

| | |
|---|---|
| 1 | FTCTimeStampLongLength |
| 2 | The sender shall set this field to the length of the TimeStampLong |
| 3 | field (in bits) to be used in computation of the ~~cryptosync~~ Cryptosync |
| 4 | for the Forward Traffic Channel ~~in units of bits~~. |

| | | |
|---|---|---|
| 5 | FTCTimeStampUnit | The sender shall use this field to specify the value of the |
| 6 | | TimeStampUnit.   This field specifies the unit of the TimeStampShort |
| 7 | | field (in slots) in the Security Protocol Header for the Security Layer |
| 8 | | Packets that are to be sent on the Forward Traffic Channel.   The |
| 9 | | value specified by TimeStampUnit shall be 2 to the power of the value |
| 10 | | of this field in units of slots[5]. |

| | | |
|---|---|---|
| 11 | FTCCounterExplicit | The sender shall set this field to 1 to request that the Counter field to |
| 12 | | be included in the Security Layer Header Packets that are to be sent |
| 13 | | on the Forward Traffic Channel.   The sender shall set this field to 0 to |
| 14 | | request that the Counter field not to be included in the Security |
| 15 | | Layer Header Packets that are to be sent on the Forward Traffic |
| 16 | | Channel. |

| | | |
|---|---|---|
| 17 | FTCCounterLength | The sender shall set this field to the value of the CounterLength |
| 18 | | which specifies the length of the Counter field (in bits) in the Security |
| 19 | | Protocol Header for the Security Layer Packets that are to be sent on |
| 20 | | the Forward Traffic Channel. |

21  2.7.2. RTC Cryptosync Attribute

22

---

[5] For example, if the value of the FTCTimeStampUnit is 6, then the units of TimeStampShort (in the Security Protocol Header for the Security Layer Packets that are to be sent on the Forward Traffic Channel) is 64 slots.

| Field | Length (bits) | Default Value (decimal) |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |
| One or more of the following record: | | |
| ValueID | 8 | N/A |
| RTCKeyIndexLength | 3 | 0 |
| RTCTimeStampShortLength | 8 | 0 |
| RTCTimeStampLongLength | 8 | 56 |
| RTCTimeStampUnit | 4 | 4 |
| RTCCounterExplicit | 1 | 0 |
| RTCCounterLength | 8 | 0 |

1 Length          Length of the complex attribute in octets. The sender shall set this
2 field to the length of the complex attribute excluding the Length field.

3 AttributeID     The sender shall set this field to 0x01.

4 ValueID        This field identifies this particular set of values for the attribute. ~~The~~
5 ~~access network shall increment this field for each complex attribute~~
6 ~~value record for a particular attribute.~~

7 RTCKeyIndexLength  The sender shall set this field to the value of the KeyIndexLength
8 which specifies the length of the KeyIndex field (in bits) in the
9 Security Protocol Header for the Security Layer Packets that are to be
10 sent on the Reverse Traffic Channel.

11 RTCTimeStampShortLength
12     The sender shall set this field to the value of the
13     TimeStampShortLength which specifies the length of the
14     TimeStampShort ~~Counter~~ field (in bits) in the Security Protocol
15     Header for the Security Layer Packets that are to be sent on the
16     Reverse Traffic Channel.

17 RTCTimeStampLongLength
18     The sender shall set this field to the length of the TimeStampLong
19     field (in bits) to be used in computation of the ~~cryptosync~~ Cryptosync
20     for the Reverse Traffic Channel ~~in units of bits~~.

21 RTCTimeStampUnit  The sender shall use this field to specify the value of the
22 TimeStampUnit.   This field specifies the unit of the TimeStampShort
23 field (in slots) in the Security Protocol Header for the Security Layer
24 Packets that are to be sent on the Reverse Traffic Channel.  The value

TIA-925-1 [E]

| | |
|---|---|
| 1<br>2 | | specified by TimeStampUnit shall be 2 to the power of the value of this field in units of slots. |

| | | |
|---|---|---|
| 3<br>4<br>5<br>6<br>7<br>8 | RTCCounterExplicit | The sender shall set this field to 1 to request that the Counter field to be included in the Security Layer Header Packets that are to be sent on the Reverse Traffic Channel.  The sender shall set this field to 0 to request that the Counter field not to be included in the Security Layer Header Packets that are to be sent on the Reverse Traffic Channel. |

| | | |
|---|---|---|
| 9<br>10<br>11<br>12 | RTCCounterLength | The sender shall set this field to the value of the CounterLength which specifies the length of the Counter field (in bits) in the Security Protocol Header for the Security Layer Packets that are to be sent on the Reverse Traffic Channel. |

13   2.7.3. CC Cryptosync Attribute

14

| Field | Length (bits) | Default Value (decimal) |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|---|---|---|
| ValueID | 8 | N/A |
| CCKeyIndexLength | 3 | 2 |
| CCTimeStampShortLength | 8 | 12 |
| CCTimeStampLongLength | 8 | 54 |
| CCTimeStampUnit | 4 | 6 |
| CCCounterExplicit | 1 | 1 |
| CCCounterLength | 8 | 2 |

| | | |
|---|---|---|
| 15<br>16 | Length | Length of the complex attribute in octets. The sender shall set this field to the length of the complex attribute excluding the Length field. |

| | | |
|---|---|---|
| 17 | AttributeID | The sender shall set this field to 0x02. |

| | | |
|---|---|---|
| 18<br>19<br>20 | ValueID | This field identifies this particular set of values for the attribute. The access network shall increment this field for each complex attribute value record for a particular attribute. |

| | | |
|---|---|---|
| 21<br>22 | CCKeyIndexLength | The sender shall set this field to the value of the KeyIndexLength which specifies the length of the KeyIndex field (in bits) in the |

Security Protocol Header for the Security Layer Packets that are to be sent on the Control Channel.

CCTimeStampShortLength

The sender shall set this field to the value of the TimeStampShortLength which specifies the length of the TimeStampShort ~~Counter~~ field (in bits) in the Security Protocol Header for the Security Layer Packets that are to be sent on the Control Channel.

CCTimeStampLongLength

The sender shall set this field to the length of the TimeStampLong field (in bits) to be used in computation of the ~~cryptosync~~ Cryptosync for the Control Channel ~~in units of bits~~.

CCTimeStampUnit

The sender shall use this field to specify the value of the TimeStampUnit. This field specifies the unit of the TimeStampShort field (in slots) in the Security Protocol Header for the Security Layer Packets that are to be sent on the Control Channel. The value specified by TimeStampUnit shall be 2 to the power of the value of this field in units of slots.

CCCounterExplicit

The sender shall set this field to 1 to request that the Counter field to be included in the Security Layer Header Packets that are to be sent on the Control Channel. The sender shall set this field to 0 to request that the Counter field not to be included in the Security Layer Header Packets that are to be sent on the Control Channel.

CCCounterLength

The sender shall set this field to the value of the CounterLength which specifies the length of the Counter field (in bits) in the Security Protocol Header for the Security Layer Packets that are to be sent on the Control Channel.

1    2.7.4. AC Cryptosync Attribute

2

| Field | Length (bits) | Default Value (decimal) |
|-------|---------------|-------------------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---------|---|-----|
| ACKeyIndexLength | 3 | 2 |
| ACTimeStampShortLength | 8 | 10 |
| ACTimeStampLongLength | 8 | 52 |
| ACTimeStampUnit | 4 | 6 |
| ACCounterExplicit | 1 | 1 |
| ACCounterLength | 8 | 4 |

3    Length                 Length of the complex attribute in octets. The sender shall set this
4                           field to the length of the complex attribute excluding the Length field.

5    AttributeID            The sender shall set this field to 0x03.

6    ValueID                This field identifies this particular set of values for the attribute. The
7                           access network shall increment this field for each complex attribute
8                           value record for a particular attribute.

9    ACKeyIndexLength       The sender shall set this field to the value of the KeyIndexLength
10                          which specifies the length of the KeyIndex field (in bits) in the
11                          Security Protocol Header for the Security Layer Packets that are to be
12                          sent on the Access Channel.

13   ACCounterLength        The sender shall set this field to the value of the CounterLength
14                          which specifies the length of the Counter field (in bits) in the Security
15                          Protocol Header for the Security Layer Packets that are to be sent on
16                          the Access Channel.

17   ACTimeStampShortLength
18                          The    sender    shall    set    this    field    to    the    value    of    the
19                          TimeStampShortLength   which   specifies   the   length   of   the
20                          TimeStampShort Counter field (in bits) in the Security Protocol
21                          Header for the Security Layer Packets that are to be sent on the
22                          Access Channel.

1   ACTimeStampLongLength

2                        The sender shall set this field to the length of the TimeStampLong

3                        field (in bits) to be used in computation of the ~~cryptosync~~ Cryptosync

4                        for the Access Channel ~~in units of bits~~.

5   ACTimeStampUnit      The sender shall use this field to specify the value of the

6                        TimeStampUnit.   This field specifies the unit of the TimeStampShort

7                        field (in slots) in the Security Protocol Header for the Security Layer

8                        Packets that are to be sent on the Access Channel.   The value

9                        specified by TimeStampUnit shall be 2 to the power of the value of

10                       this field in units of slots.

11   ACCounterExplicit     The sender shall set this field to 1 to request that the Counter field to

12                        be included in the Security Layer Header Packets that are to be sent

13                        on the Access Channel.  The sender shall set this field to 0 to request

14                        that the Counter field not to be included in the Security Layer Header

15                        Packets that are to be sent on the Access Channel.

16   ~~ACKeyIndexLength~~   ~~The sender shall set this field to the value of the KeyIndexLength~~

17                        ~~which specifies the length of the KeyIndex field (in bits) in the~~

18                        ~~Security Protocol Header for the Security Layer Packets that are to be~~

19                        ~~sent on the Access Channel.~~

20   ACCounterLength      The sender shall set this field to the value of the CounterLength

21                        which specifies the length of the Counter field (in bits) in the Security

22                        Protocol Header for the Security Layer Packets that are to be sent on

23                        the Access Channel.

24   **2.8. Protocol Numeric Constants**

25

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{SPType}$ | Type field for this protocol | 0x08 |
| $N_{SPTimeCounter}$ | Subtype field for this protocol | 0x0002 |

26   **2.9. Session State Information**

27   The Session State Information record (see [1]) consists of parameter records.

28   This protocol defines the following parameter records in addition to the configuration

29   attributes for this protocol.

TIA-925-1 [E]

1   2.9.1. KeyIndex Parameter

2   **Table 2.9.1-1.  The Format of the Parameter Record for the KeyIndex Counter**
3   **Parameter**

| Field | Length (bits) |
|-------|---------------|
| ParameterType | 8 |
| Length | 8 |
| KeyIndex | 8 |

4   ParameterType        This field shall be set to 0x01.

5   Length        This field shall be set to the length of this parameter record in units
6        of octets excluding the Length field.

7   KeyIndex        If the Key Exchange protocol provides the KeyIndex as one of its
8        public data, then the sender shall set this field to the 8 LSBs of the
9        current value of KeyIndex. Otherwise, the sender shall set this field to
10        zero.

11   2.9.2. TimeStampLong Parameter

12   **Table 2.9.2-1.  The Format of the Parameter Record for the TimeStampLong**
13   **Parameter**

| Field | Length (bits) |
|-------|---------------|
| ParameterType | 8 |
| Length | 8 |
| TimeStampLongLength | 8 |
| TimeStampLong | TimeStampLongLength (Length − 1) × 8 |
| Reserved | 0 – 7 (as needed) |

14   ParameterType        This field shall be set according to Table 2.9.2-2.

**Table 2.9.2-2.  Encoding of the ParameterType Field**

| Field Value | Meaning |
|---|---|
| 0x02 | TimeStampLong for FTC |
| 0x04 | TimeStampLong for RTC |
| 0x06 | TimeStampLong for CC |
| 0x08 | TimeStampLong for AC |

Length            This field shall be set to the length of this parameter record in units of octets excluding the Length field.

TimeStampLongLength

The sender shall set this field to the length of the TimeStampLong field (in bits). This field shall be set to the corresponding TimeStampLongLength field in Cryptosync attribute for the channel specified by the ParameterType field.

TimeStampLong     This field shall be set to the value of the TimeStampLong that has been used the last time security (i.e., authentication or encryption) has been applied on the channel specified by the ParameterType field.

Reserved          The number of bits in this field is equal to the number needed to make the length of this parameter record length an integer number of octets. This field shall be set to all zeros.

2.9.3. Counter Parameter

**Table 2.9.3-1.  The Format of the Parameter Record for the Counter Parameter**

| Field | Length (bits) |
|---|---|
| ParameterType | 8 |
| Length | 8 |
| CounterLength | 8 |
| Counter | CounterLength ~~(Length – 1) × 8~~ |
| Reserved | 0 – 7 (as needed) |

ParameterType     This field shall be set according to Table 2.9.3-2.

TIA-925-1 [E]

1                    **Table 2.9.3-2.  Encoding of the ParameterType Field**

| Field Value | Meaning |
|---|---|
| 0x03 | Counter for FTC |
| 0x05 | Counter for RTC |
| 0x07 | Counter for CC |
| 0x09 | Counter for AC |

2   Length            This field shall be set to the length of this parameter record in units
3                     of octets excluding the Length field.

4   CounterLength     The sender shall set this field to the length of the Counter field (in
5                     bits). This field shall be set to the corresponding CounterLength field
6                     in Cryptosync attribute for the channel specified by the
7                     ParameterType field.

8   Counter           This field shall be set to the value of the value of the Counter that has
9                     been used the last time security (i.e., authentication or encryption)
10                    has been applied on the channel specified by the ParameterType field.

11  Reserved          The number of bits in this field is equal to the number needed to
12                    make the length of this parameter record length an integer number of
13                    octets. This field shall be set to all zeros.

1 **3. AES ENCRYPTION PROTOCOL**

2 The AES Encryption Protocol uses the AES (a.k.a. Rijndael) procedures defined in [2] in
3 order to encrypt the Connection Layer packets and decrypt the Authentication Protocol
4 packets.

5 **3.1. Primitives and Public Data**

6 3.1.1. Commands

7 This protocol does not define any commands.

8 3.1.2. Return Indications

9 This protocol does not return any indications.

10 3.1.3. Public Data

11 • Subtype for this protocol

12 **3.2. Protocol Data Unit**

13 The protocol data unit for this protocol is an Encryption Protocol Packet.

14 **3.3. Protocol Initialization**

15 3.3.1. Protocol Initialization for the InConfiguration Protocol Instance

16 Upon creation, the InConfiguration instance of this protocol in the access terminal and the
17 access network shall perform the following in the order specified:

18 • The fall-back values of the attributes for this protocol instance shall be set to the
19 default values specified for each attribute.

20 • If the InUse instance of this protocol has the same protocol subtype as this
21 InConfiguration protocol instance, then the fall-back values of the attributes defined
22 by the InConfiguration protocol instance shall be set to the values of the
23 corresponding attributes associated with the InUse protocol instance.

24 • The value for each attribute for this protocol instance shall be set to the fall-back
25 value for that attribute.

26 ~~3.3.2. Protocol Initialization for the InUse Protocol Instance~~

27 ~~Upon creation of the InUse instance of this protocol, the access terminal and the access~~
28 ~~network shall set the value of the attributes for this protocol instance to the default values~~
29 ~~specified for each attribute.~~

1   **3.4. Procedures and Messages for the InConfiguration Instance of the Protocol**

2   3.4.1. Procedures

3   This protocol uses the Generic Configuration Protocol (see [1]) to define the processing of
4   the configuration messages.

5   3.4.2. Commit Procedures

6   The access terminal and the access network shall perform the procedures specified in this
7   section, in the order specified, when directed by the InUse instance of the Session
8   Configuration Protocol to execute the Commit procedures:

9   •   All the public data that are defined by this protocol, but are not defined by the
10      InUse protocol instance shall be added to the public data of the InUse protocol.

11  •   If the InUse instance of this protocol has the same subtype as this protocol
12      instance, then

13      –   The access terminal and the access network shall set the attribute values
14          associated with the InUse instance of this protocol to the attribute values
15          associated with the InConfiguration instance of this protocol, and

16      –   The access terminal and the access network shall purge the InConfiguration
17          instance of the protocol.

18  •   If the InUse instance of this protocol does not have the same subtype as this
19      protocol instance, then the access terminal and the access network shall perform
20      the following:

21      –   The InConfiguration protocol instance shall become the InUse protocol instance
22          for the Encryption Protocol.

23  •   All the public data not defined by this protocol shall be removed from the public
24      data of the InUse protocol.

25  3.4.3. Message Formats

26  3.4.3.1. ConfigurationRequest

27  The ConfigurationRequest message format is as follows:

28

| Field | Length (bits) |
|-------|---------------|
| MessageID | 8 |
| TransactionID | 8 |

Zero or more instances of the following record

| AttributeRecord | Attribute dependent |
|-----------------|---------------------|

29  MessageID          The sender shall set this field to 0x50.

1  TransactionID        The sender shall increment this value for each new
2                       ConfigurationRequest message sent.

3  AttributeRecord      The format of this record is specified in [1].

4

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

5  3.4.3.2. ConfigurationResponse

6  The ConfigurationResponse message format is as follows:

7

| Field | Length (bits) |
|---|---|
| MessageID | 8 |
| TransactionID | 8 |
| Zero or more instances of the following record | |
| AttributeRecord | Attribute dependent |

8  MessageID            The sender shall set this field to 0x51.

9  TransactionID        The sender shall set this value to the TransactionID field of the
10                      corresponding ConfigurationRequest message.

11  AttributeRecord     An attribute record containing a single attribute value. If this
12                      message selects a complex attribute, only the ValueID field of the
13                      complex attribute shall be included in the message. The format of the
14                      AttributeRecord is given in [1]. The sender shall not include more
15                      than one attribute record with the same attribute identifier.
16

| Channels | FTC    RTC | SLP | Reliable |
|---|---|---|---|
| Addressing | unicast | Priority | 40 |

17  **3.5. Procedures and Messages for the InUse Instance of the Protocol**

18  3.5.1. Procedures

19  3.5.1.1. Constructing the Encryption Key

20  The AES Encryption Protocol shall construct the encryption keys as follows:

21  • If the value of the FTCEncryption attribute is equal to 0x01, then the protocol shall
22    construct the encryption key for the Forward Traffic Channel, FTCEncryptionKey, as
23    follows:

TIA-925-1 [E]

1  – If the Key Exchange Protocol does not define FACEncKey as public data, the
2  access terminal shall set FTCEncryptionKey to zero of length 128 bits.

3  – Otherwise, the access terminal shall perform the following:

4  + If the length of FACEncKey is equal to 128, then FTCEncryptionKey shall be
5  set to FACEncKey.

6  + Otherwise, if the length of FACEncKey is greater than 128, then
7  FTCEncryptionKey shall be the 128 most significant bits of FACEncKey.

8  + Otherwise, if the length of FACEncKey is less than 128, then
9  FTCEncryptionKey shall be the concatenation of zeros at the end (LSB) of
10  FACEncKey, such that the length of the result is 128.

11  – The protocol shall perform the following:

12  + Call the KeyStrengthRedAlg procedure specified in [3] [2] with its inputs set
13  as follows:

14  ° Set the *KeyLength* to 16.

15  ° Set the *OriginalKey* to the value of the FTCEncryptionKey.

16  ° Set the *SaltLength* to the value of the FTCSaltLength parameter.

17  ° Set the *Salt* to the value of the FTCSalt parameter.

18  ° Set the *KeyEntropy* to the value of the FTCKeyEntropy parameter.

19  + When the KeyStrengthRedAlg procedure returns, set the FTCEncryptionKey
20  to *RedStrengthKey* which is the output of the KeyStrengthRedAlg procedure.

21  • If the value of the RTCEncryption attribute is equal to 0x01, then the protocol shall
22  construct the encryption key for the Reverse Traffic Channel, RTCEncryptionKey, as
23  follows:

24  – If the Key Exchange Protocol does not define RACEncKey as public data, the
25  access terminal shall set RTCEncryptionKey to zero of length 128 bits.

26  – Otherwise, the protocol shall perform the following:

27  + If the length of RACEncKey is equal to 128, then RTCEncryptionKey shall be
28  set to RACEncKey.

29  + Otherwise, if the length of RACEncKey is greater than 128, then
30  RTCEncryptionKey shall be the 128 most significant bits of RACEncKey.

31  + Otherwise, if the length of RACEncKey is less than 128, then
32  RTCEncryptionKey shall be the concatenation of zeros at the end (LSB) of
33  RACEncKey, such that the length of the result is 128.

34  – The protocol shall perform the following:

35  + Call the KeyStrengthRedAlg procedure specified in [3] [2] with its inputs set
36  as follows:

37  ° Set the *KeyLength* to 16.

1        °   Set the *OriginalKey* to the value of the RTCEncryptionKey.

2        °   Set the *SaltLength* to the value of the RTCSaltLength parameter.

3        °   Set the *Salt* to the value of the RTCSalt parameter.

4        °   Set the *KeyEntropy* to the value of the RTCKeyEntropy parameter.

5     +   When the KeyStrengthRedAlg procedure returns, set the RTCEncryptionKey
6        to *RedStrengthKey* which is the output of the KeyStrengthRedAlg procedure.

7 •   If the value of the CCEncryption attribute is equal to 0x01, then the protocol shall
8    construct the encryption key for the Control ~~Traffic~~ Channel, CCEncryptionKey, as
9    follows:

10    –   If the Key Exchange Protocol does not define FPCEncKey as public data, the
11       protocol shall set CCEncryptionKey to zero of length 128 bits.

12    –   Otherwise, the protocol shall perform the following:

13     +   If the length of FPCEncKey is equal to 128, then CCEncryptionKey shall be
14        set to FPCEncKey.

15     +   Otherwise, if the length of FPCEncKey is greater than 128, then
16        CCEncryptionKey shall be the 128 most significant bits of FPCEncKey.

17     +   Otherwise, if the length of FPCEncKey is less than 128, then
18        CCEncryptionKey shall be the concatenation of zeros at the end (LSB) of
19        FPCEncKey, such that the length of the result is 128.

20    –   The protocol shall perform the following:

21     +   Call the KeyStrengthRedAlg procedure specified in [3]~~[2]~~ with its inputs set
22        as follows:

23        °   Set the *KeyLength* to 16.

24        °   Set the *OriginalKey* to the value of the CCEncryptionKey.

25        °   Set the *SaltLength* to the value of the CCSaltLength parameter.

26        °   Set the *Salt* to the value of the CCSalt parameter.

27        °   Set the *KeyEntropy* to the value of the CCKeyEntropy parameter.

28     +   When the KeyStrengthRedAlg procedure returns, set the CCEncryptionKey to
29        *RedStrengthKey* which is the output of the KeyStrengthRedAlg procedure.

30 •   If the value of the ACEncryption attribute is equal to 0x01, then the protocol shall
31    construct the encryption key for the ~~Control Traffic~~ Access Channel,
32    ACEncryptionKey, as follows:

33    –   If the Key Exchange Protocol does not define RPCEncKey as public data, the
34       protocol shall set ACEncryptionKey to zero of length 128 bits.

35    –   Otherwise, the protocol shall perform the following:

TIA-925-1 [E]

+ If the length of RPCEncKey is equal to 128, then ACEncryptionKey shall be set to RPCEncKey.

+ Otherwise, if the length of RPCEncKey is greater than 128, then ACEncryptionKey shall be the 128 most significant bits of RPCEncKey.

+ Otherwise, if the length of RPCEncKey is less than 128, then ACEncryptionKey shall be the concatenation of zeros at the end (LSB) of RPCEncKey, such that the length of the result is 128.

– The protocol shall perform the following:

+ Call the KeyStrengthRedAlg procedure specified in [3][2] with its inputs set as follows:

° Set the *KeyLength* to 16.

° Set the *OriginalKey* to the value of the ACEncryptionKey.

° Set the *SaltLength* to the value of the ACSaltLength parameter.

° Set the *Salt* to the value of the ACSalt parameter.

° Set the *KeyEntropy* to the value of the ACKeyEntropy parameter.

+ When the KeyStrengthRedAlg procedure returns, set the ACEncryptionKey to *RedStrengthKey* which is the output of the KeyStrengthRedAlg procedure.

## 3.5.1.2. Constructing the Cryptosync

The protocol shall construct the Cryptosync for each of the channels as follows:

- If the Security Protocol does not define Cryptosync as its public data for a channel, then the protocol shall set the Cryptosync for that channel to zero. Otherwise, this protocol shall use the value of the Cryptosync associated with the Security Layer packet given as public data by the Security Protocol.

- If the Security Protocol does not define CryptosyncLength as its public data for a channel, then the protocol shall set the CryptosyncLength field for that channel to 64. Otherwise, this protocol shall use the value of the CryptosyncLength for the channel that is given as public data by the Security Protocol.

## 3.5.1.3. Transmit Procedures

The protocol shall construct the Encryption Protocol packet from the Connection Layer packet that is destined for FTC, RTC, CC or AC by performing the following for each of the channels:

- If the Encryption attribute for the channel under consideration (e.g., FTCEncryption) is equal to 0x01, the protocol shall perform the following:

  – The protocol shall call the ESP_AES procedure specified in [2] with its inputs set as follows:

    + Set the *key* to the EncryptionKey for the channel under consideration (e.g., FTCEncryptionKey).

1   + Set *fresh* to the value of the Cryptosync for the channel under consideration.

2   + Set the *freshsize* to the value of the CryptosyncLength for the channel under
3   consideration (e.g., FTCCryptosyncLength).

4   + Set the *buf* to the address of the beginning of the memory space that
5   contains the Connection Layer packet.

6   + Set the *bit_offset* to zero.

7   + Set the *bit_count* to the length of the Connection Layer Packet in bits.

8   – After the ESP_AES procedure is returned, the protocol shall set the Encryption
9   Protocol packet to the output of the ESP_AES procedure which starts at the
10   memory space specified by *buf* and is of the same size as the Connection Layer
11   packet.

12  • If the Encryption attribute for the channel under consideration (e.g.,
13   FTCEncryption) is equal to 0x00, the protocol shall set the encryption protocol
14   packet to the Connection Layer packet.

15  3.5.1.4. Receive Procedures

16  If the Encryption Protocol packet is received on the FTC or RTC, then the receiver shall
17  construct the Connection Layer packet from the Encryption Protocol packet by performing
18  the following ~~for each of the channels~~:

19  • If the Encryption attribute for the channel under consideration (e.g.,
20   FTCEncryption) is equal to 0x01, the protocol shall perform the following:

21   – The protocol shall call the ESP_AES procedure specified in [2] with its inputs set
22   as follows:

23   + Set the *key* to the EncryptionKey for the channel under consideration (e.g.,
24   FTCEncryptionKey).

25   + Set *fresh* to the value of the Cryptosync for the channel under consideration.

26   + Set the *freshsize* to the value of the CryptosyncLength for the channel under
27   consideration.

28   + Set the *buf* to the address of the beginning of the memory space that
29   contains the Encryption Protocol packet.

30   + Set the *bit_offset* to zero.

31   + Set the *bit_count* to the length of the Encryption Protocol Packet in bits.

32   – After the ESP_AES procedure is returned, the protocol shall set the Connection
33   Layer packet to the output of the ESP_AES procedure which starts at the
34   memory space specified by *buf* and is of the same size as the Encryption
35   Protocol packet.

36  • If the Encryption attribute for the channel under consideration (e.g.,
37   FTCEncryption) <u>is equal to </u>0x00, the protocol shall set the Connection Layer packet
38   to the Encryption Protocol packet.

TIA-925-1 [E]

1 If the Encryption Protocol packet is received on the CC or AC, then the receiver shall
2 construct the Connection Layer packet from the Encryption Protocol packet by performing
3 the following:

4 • If security has been applied to the Security Layer packet[6] and the Encryption
5    attribute for the channel under consideration (e.g., CCEncryption) is equal to 0x01,
6    the protocol shall perform the following:

7    – The protocol shall call the ESP_AES procedure specified in [2] with its inputs set
8      as follows:

9      + Set the *key* to the EncryptionKey for the channel under consideration (e.g.,
10        CCEncryptionKey).

11     + Set *fresh* to the value of the Cryptosync for the channel under consideration.

12     + Set the *freshsize* to the value of the CryptosyncLength for the channel under
13       consideration.

14     + Set the *buf* to the address of the beginning of the memory space that
15       contains the Encryption Protocol packet.

16     + Set the *bit_offset* to zero.

17     + Set the *bit_count* to the length of the Encryption Protocol Packet in bits.

18    – After procedure is ESP_AES returns, the protocol shall set the Connection Layer
19      packet to the output of the ESP_AES procedure which starts at the memory
20      space specified by *buf* and is of the same size as the Encryption Protocol packet.

21 • Otherwise, the protocol shall set the Connection Layer packet to the Encryption
22    Protocol packet.

23 3.5.2. Message Formats

24 No messages are defined for the InUse instance of this protocol.

25 3.5.3. AES Encryption Protocol Header

26 The AES Encryption Protocol does not add a header.

27 3.5.4. AES Encryption Protocol Trailer

28 The AES Encryption Protocol does not add a trailer.

29 3.5.5. Interface to Other Protocols

30 3.5.5.1. Commands

31 This protocol does not issue any commands.

---

[6] In the Default Control Channel MAC protocol, the SecurityLayerFormat in the MAC layer
header determines whether or not security has been applied to the packet.

1 3.5.5.2. Indications

2 This protocol does not register to receive any indications.

3 **3.6. Configuration Attributes**

4 The configurable simple attributes for this protocol are listed in the following tables.

5 The default value for each attribute is typed in ***bold italics***.

6 **Table 3.5.5-1.  FTCEncryption**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x00 | FTCEncryption | ***0x00*** | Connection Layer packets destined for the FTC shall not be encrypted by the sender and shall not be decrypted by the receiver. |
| | | 0x01 | Connection Layer packets destined for the FTC shall be encrypted by the sender and shall be decrypted by the receiver. |
| | | 0x02-0xff | Reserved |

7 **Table 3.5.5-2.  RTCEncryption**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x01 | RTCEncryption | ***0x00*** | Connection Layer packets destined for the RTC shall not be encrypted by the sender and shall not be decrypted by the receiver. |
| | | 0x01 | Connection Layer packets destined for the RTC shall be encrypted by the sender and shall be decrypted by the receiver. |
| | | 0x02-0xff | Reserved |

8 **Table 3.5.5-3.  CCEncryption**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x02 | CCEncryption | ***0x00*** | Connection Layer packets destined for the CC shall not be encrypted by the sender and shall not be decrypted by the receiver. |
| | | 0x01 | Connection Layer packets destined for the CC shall be encrypted by the sender and shall be decrypted by the receiver. |
| | | 0x02-0xff | Reserved |

TIA-925-1 [E]

1    **Table 3.5.5-4.  ACEncryption**

| Attribute ID | Attribute | Values | Meaning |
|---|---|---|---|
| 0x03 | ACEncryption | *0x00* | Connection Layer packets destined for the AC shall not be encrypted by the sender and shall not be decrypted by the receiver. |
| | | 0x01 | Connection Layer packets destined for the AC shall be encrypted by the sender and shall be decrypted by the receiver. |
| | | 0x02-0xff | Reserved |

2    The following complex attributes are defined for reduction of the encryption key strength for
3    each channel.

4    3.6.1. FTCReducedStrengthEncryptionKey Attribute
5

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| Field | Length (bits) | Default Value |
|---|---|---|
| ValueID | 8 | N/A |
| FTCSaltLength | 8 | 0 |
| FTCSalt | FTCSaltLength × 8 | N/A |
| FTCKeyEntropy | 8 | 16 |

6    Length              Length of the complex attribute in octets. The sender shall set this
7                        field to the length of the complex attribute excluding the Length field.

8    AttributeID         The sender shall set this field to 0x04.

9    ValueID             This field identifies this particular set of values for the attribute. ~~The~~
10                       ~~sender shall increment this field for each complex attribute value~~
11                       ~~record for a particular attribute.~~

12   FTCSaltLength       The sender shall set this field to the length of the FTCSalt field in
13                       octets.

14   FTCSalt             The sender shall set this field to the value of the *Salt* input parameter
15                       that is to be used in the KeyStrengthRedAlg procedure specified in
16                       [3]~~[2]~~ for the FTC encryption key.

17   FTCKeyEntropy       The sender shall set this field to the value of the *KeyEntropy* input
18                       parameter that is to be used in the KeyStrengthRedAlg procedure

1   specified in [3]~~[2]~~ for the FTC encryption key.  The valid values for
2   this field are 0 through 16, inclusive.

3   3.6.2. RTCReducedStrengthEncryptionKey Attribute
4

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------------|
| ValueID | 8 | N/A |
| RTCSaltLength | 8 | 0 |
| RTCSalt | RTCSaltLength × 8 | N/A |
| RTCKeyEntropy | 8 | 16 |

5   Length            Length of the complex attribute in octets. The sender shall set this
6                     field to the length of the complex attribute excluding the Length field.

7   AttributeID       The sender shall set this field to 0x05.

8   ValueID           This field identifies this particular set of values for the attribute. ~~The~~
9                     ~~sender shall increment this field for each complex attribute value~~
10                    ~~record for a particular attribute.~~

11  RTCSaltLength     The sender shall set this field to the length of the RTCSalt field in
12                    octets.

13  RTCSalt           The sender shall set this field to the value of the *Salt* input parameter
14                    that is to be used in the KeyStrengthRedAlg procedure specified in
15                    [3]~~[2]~~ for the RTC encryption key.

16  RTCKeyEntropy     The sender shall set this field to the value of the *KeyEntropy* input
17                    parameter that is to be used in the KeyStrengthRedAlg procedure
18                    specified in [3]~~[2]~~ for the RTC encryption key.  The valid values for
19                    this field are 0 through 16, inclusive.

20  3.6.3. CCReducedStrengthEncryptionKey Attribute
21

TIA-925-1 [E]

| Field | Length (bits) | Default Value |
|---|---|---|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| ValueID | 8 | N/A |
|---|---|---|
| CCSaltLength | 8 | 0 |
| CCSalt | CCSaltLength × 8 | N/A |
| CCKeyEntropy | 8 | 16 |

1  Length                    Length of the complex attribute in octets. The sender shall set this
2                            field to the length of the complex attribute excluding the Length field.

3  AttributeID               The sender shall set this field to 0x06.

4  ValueID                   This field identifies this particular set of values for the attribute. ~~The~~
5                            ~~sender shall increment this field for each complex attribute value~~
6                            ~~record for a particular attribute.~~

7  CCSaltLength              The sender shall set this field to the length of the CCSalt field in
8                            octets.

9  CCSalt                    The sender shall set this field to the value of the *Salt* input parameter
10                           that is to be used in the KeyStrengthRedAlg procedure specified in
11                           [3]~~[2]~~ for the CC encryption key.

12 CCKeyEntropy              The sender shall set this field to the value of the *KeyEntropy* input
13                           parameter that is to be used in the KeyStrengthRedAlg procedure
14                           specified in [3]~~[2]~~ for the CC encryption key.  The valid values for this
15                           field are 0 through 16, inclusive.

16 3.6.4. ACReducedStrengthEncryptionKey Attribute
17

| Field | Length (bits) | Default Value |
|-------|---------------|---------------|
| Length | 8 | N/A |
| AttributeID | 8 | N/A |

One or more of the following record:

| | | |
|-------|---------------|---------------|
| ValueID | 8 | N/A |
| ACSaltLength | 8 | 0 |
| ACSalt | ACSaltLength × 8 | N/A |
| ACKeyEntropy | 8 | 16 |

1      Length       Length of the complex attribute in octets. The sender shall set this
2            field to the length of the complex attribute excluding the Length field.

3      AttributeID       The sender shall set this field to 0x07.

4      ValueID       This field identifies this particular set of values for the attribute. ~~The~~
5            ~~sender shall increment this field for each complex attribute value~~
6            ~~record for a particular attribute.~~

7      ACSaltLength       The sender shall set this field to the length of the ACSalt field in
8            octets.

9      ACSalt       The sender shall set this field to the value of the *Salt* input parameter
10            that is to be used in the KeyStrengthRedAlg procedure specified in
11            [3]~~[2]~~ for the AC encryption key.

12      ACKeyEntropy       The sender shall set this field to the value of the *KeyEntropy* input
13            parameter that is to be used in the KeyStrengthRedAlg procedure
14            specified in [3]~~[2]~~ for the AC encryption key.  The valid values for this
15            field are 0 through 16, inclusive.

16 **3.7. Protocol Numeric Constants**
17

| Constant | Meaning | Value |
|----------|---------|-------|
| $N_{EPType}$ | Type field for this protocol | 0x07 |
| $N_{EPAES}$ | Subtype field for this protocol | 0x0001 |

18 **3.8. Session State Information**

19 The Session State Information record (see [1]) consists of parameter records.

20 The parameter records for this protocol consist of only the configuration attributes of this
21 protocol.

TIA-925-1 [E]

1

2 No text.

3

