ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden,<br><br>        Defendant. | No. CR-08-0814-001-PHX-DGC<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS REQUESTING THE COURT TO ORDER CRIMINAL JUSTICE ACT SERVICES** |

The United States, through undersigned counsel, responds to Defendant's "Motion Requesting The Court To Order Defendant's Private Investigator To Do His Job, Or, In The Alternative, To Dismiss The Case With Prejudice" (CR 813), "Motion Requesting The Court To Order Defendant's Shadow Counsel To Locate A Runner Service For Defendant" (CR 814), and "Motion Requesting The Court To Order Mr. Horne To Do His Job Or, In The Alternative, To Dismiss The Case With Prejudice" (CR 815).

The Criminal Justice Act states that indigent defendants can obtain through ex parte application "investigative, expert, or other services necessary for adequate representation." See 18 U.S.C. § 3006A(e)(1); see also United States v. Armstrong, 621 F.2d 951, 956 (9th Cir. 1980) ("[T]he Criminal Justice Act requires a district court to authorize defense services for an indigent defendant 'in circumstances in which a reasonable attorney would engage such services for a client having the independent financial means to pay for them.'"); United States v. Sims, 617 F.2d 1371, 1375 (9th Cir. 1980) (holding that district court's failure to appoint defense expert

under 18 U.S.C. § 3006A(e)(1) is not constitutional violation absent showing of prejudice by clear and convincing evidence).

Defendant claims in his motions that certain services are necessary for his defense, and that the individuals currently performing the services are not up to the task. At this time, the United States takes no position on these requests for services or the selection of particular individuals to perform them. The United States opposes, however, Defendant's alternative request for dismissal of the charges with prejudice. Defendant provides no authority suggesting that dismissal of charges with prejudice is an appropriate remedy in this context.

Respectfully submitted this 18th day of May, 2012.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

*s/ James Knapp*

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

Certificate of Service

I hereby certify that on 5/18/2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Philip Seplow, Taylor Fox

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

*s/ James Knapp*