Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>SECOND SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits: *Second Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*. Through this filing, the defendant is submitting 116 exhibits for the record. The attached exhibits are different from and in addition to the 52 exhibits previously submitted via *First Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt. #587).

The defendant will be filing multiple documents that will refer to many of the same exhibits. LRCiv 7.1(d)(1), when referenced through LRCrim 12.1, prohibits the defendant from attaching an exhibit to a filing that has already been attached to a previous filing. *See id*. Pursuant to LRCiv 7.1(d)(2), when referenced through LRCrim 12.1, the defendant is required to incorporate by reference any exhibit that is already on the record. *See id*. The defendant is filing this submission in order to place numerous exhibits on the record in one convenient filing. Each exhibit attached to this submission is relevant to the defendant's

1  defense and will be incorporated into future filings by reference, *e.g.*, the defendant's *Motion*
2  *To Suppress*.

3      This submission was drafted and prepared by the *pro se* defendant, however, he
4  authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the
5  ECF system.  The defendant is appearing *pro se* and has never attended law school.  The
6  defendant's filings, however inartfully pleaded, must be liberally construed and held to less
7  stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S.
8  519, 520 (1972).

9      It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
10 result of this submission.

11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

1  Respectfully Submitted:

3                                              PHILP SEPLOW, Shadow Counsel, on
                                               behalf of DANIEL DAVID RIGMAIDEN,
4                                              Pro Se Defendant:

6                                              s/ Philip Seplow
                                               Philip Seplow
7                                              Shadow Counsel for Defendant.

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                              I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*