# UNITED STATES v. DANIEL DAVID RIGMAIDEN
## CR08-814-PHX-DGC
### EXHIBIT INDEX
## SECOND SUBMISSION OF CONSOLIDATED EXHIBITS
## RELATING TO DISCOVERY AND SUPPRESSION ISSUES

EXHIBIT 001:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: the prosecution claiming that the defendant never referred to himself as a "self-described Hacker" and that the statement in the U.S. Attorney's Office, District of Arizona, *press release No. 2010-060 (Rigmaiden, et al.)* was "inartfully drafted."; (Letter date: July 21, 2010);

[Highlighting added by the defendant.]

EXHIBIT 002:   United States Patent and Trademark Office, Trademark Reg. No. 2,762,468 [StingRay] (registered Sep. 9, 2003), **Harris StingRay Product Pictures**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 9 & 15 of 88 page compilation;

EXHIBIT 003:   Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011), p. 1;

EXHIBIT 004:   United States Patent and Trademark Office, Trademark Reg. No. 2,762,468 [StingRay] (registered Sep. 9, 2003), **Harris StingRay Product Datasheet**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 60-61 of 88 page compilation;

EXHIBIT 005:   United States Patent and Trademark Office, Trademark Reg. No. 2,762,468 [StingRay] (registered Sep. 9, 2003), **Harris StingRay Product Description**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 10 of 88 page compilation;

EXHIBIT 006:   United States Patent and Trademark Office, Trademark Reg. No. 2,867,227 [KingFish] (registered Jul. 27, 2004), **Harris KingFish Product Picture**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 7 of 67 page compilation;

EXHIBIT 007:   Miami, FL, USA – Legislative Files, **Harris KingFish Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011), p. 2;

EXHIBIT 008:   United States Patent and Trademark Office, Trademark Reg. No. 2,867,227 [KingFish] (registered Jul. 27, 2004), **Harris KingFish**

**Product Description**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 10 of 67 page compilation;

EXHIBIT 009:   Miami, FL, USA – Legislative Files, **Harris Geolocation Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011), p. 1;

EXHIBIT 010:   Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011), p. 2;

EXHIBIT 011:   Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/40003.pdf (last accessed: Mar. 9, 2011), p. 6-7;

EXHIBIT 012:   Harris, Government Communications Systems Division, *Phased Array Antennas Brochure* (2004), *available at* http://download.harris.com/app/public_download.asp?fid=450 (last accessed: Sept. 22, 2010);

EXHIBIT 013:   Maricopa County, FL, USA – **Harris Price List** (Feb 24, 2010), *available at* http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf (last accessed Mar. 9, 2011), p. 21-25;

EXHIBIT 014:   Miami, FL, USA – Legislative Files, **Harris GCSD Price List** (Sep. 2008) (Nov. 29, 2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf (last accessed: Mar. 9, 2011), p. 4;

EXHIBIT 015:   Durham, NC, USA - City Council Agenda No. 7503, **Harris Sole Source Vendor Letter** (Sept. 29, 2010), *available at* http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503_342363.pdf (last accessed Mar. 9, 2011);

EXHIBIT 016:   Miami, FL, USA – Legislative Files, **Harris Sole Source Vendor Letter** (Nov. 29, 2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf (last accessed: Mar. 9, 2011), p. 1;

EXHIBIT 017:   Miami, FL, USA – Legislative Files, **Harris Sole Source Letter** (Aug. 25, 2008), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/40003.pdf (last accessed: Mar. 9, 2011), p. 2;

EXHIBIT 018:   Maricopa County, FL, USA – **Harris Contract**, Serial No. 09041-SS (May 27, 2010), *available at* http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf (last accessed Mar. 9, 2011), p. 1, 13-14;

EXHIBIT 019:   Valentino-DeVries, Jennifer, *'Stingray' Phone Tracker Fuels Constitutional Clash*, The Wall Street Journal, p. A1 (Sept. 22, 2011) (original article addressing CR08-814-PHX-DGC) *available at* http://online.wsj.com/article/SB10001424053111904194604576583112723197574.html (last accessed: Sept. 22, 2011);

EXHIBIT 020:   Valentino-DeVries, Jennifer, *Feds Shift Tracking Defense: Prosecutors in Arizona Case Drop Position That 'Stingray' Use Didn't Require Warrant*, The Wall Street Journal, (Nov. 3, 2011) *available at* http://online.wsj.com/article/SB10001424052970204621904577014363024341028.html (last accessed: Nov. 15, 2011);

EXHIBIT 021:   USDOJ [M.D.La.] Aug. 12, 2008, Response to ACLU FOIA Request No. 07-4130, *available at* http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf (last accessed: Jan. 11, 2011); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 022:   Altron, *GSM/UMTS Grabber: Deploying local mobile networks and secret grabbing of identification information in GSM and UMTS bands*, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/87_ALTRON-GRABBER.pdf (last accessed: Apr. 10, 2012);

EXHIBIT 023:   NeoSoft [website], *Portable IMSI/IMEI GSM catcher NS-17-1*, http://www.neosoft.ch/products/emerg_tracking/detail.php?ID=1017&IBLOCK_ID=39 (last accessed: Feb. 1, 2012);

EXHIBIT 024:   MMI Research Trading as Cobham Surveillance, *Tactical Lawful Intercept*, PDF presentation provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/43_200906-ISS-PRG-COBHAM.pdf (last accessed: Apr. 5, 2012);

EXHIBIT 025:   Elaman, *Active Off-Air System 3GN UMTS*, Product Brochure, *available at* http://wikileaks.org/spyfiles/files/0/124_ELAMAN-200805-CATALOGUE-P1.zip (last accessed: May 14, 2012) [Active Off-Air System 3GN UMTS Technical Specification.pdf];

EXHIBIT 026:   Elaman, *GSM Vehicle Direction Finder (VDF)*, Product Brochure, *available at* http://wikileaks.org/spyfiles/files/0/124_ELAMAN-200805-CATALOGUE-P1.zip (last accessed: May 14, 2012) [GSM Vehicle Direction Finder-VDF.pdf];

EXHIBIT 027:   Ability, *3G Interception & Advanced GSM Active Solution*, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/80_ABILITY-GSM_3G_Intercept.pdf (last accessed: Apr. 10, 2012);

EXHIBIT 028:   Meganet [website], *Meganet Corporation - VME Undetectable Cell Phone*

*Interceptors*, http://www.meganet.com/meganet-products-cellphoneinterceptors.html (last accessed: Nov. 20, 2011);

EXHIBIT 029:   Shoghi Communications Ltd., *Semi Active GSM Monitoring System*, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/160_SHOGI-2006-semiactive_gsm_monitoring.pdf (last accessed: Apr. 10, 2012);

EXHIBIT 030:   Verint, *ENGAGE GI2 Models*, Product Brochure, *available at* http://files.cloudprivacy.net.s3.amazonaws.com/wikileaks-verint-location-tracking.pdf (last accessed: Apr. 5, 2012);

EXHIBIT 031:   View Systems, *Cell Phone Intercept Apparatus*, Product Brochure, *available at* http://www.viewsystems.com/pdf/CIA_11_20_06.pdf (last accessed: Apr. 5, 2012);

EXHIBIT 032:   Stratign, *Strategic Defense Technologies*, 2011 Product Catalog, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/278_STRATIGN-Catalogue-2011.pdf (last accessed: Apr. 10, 2012); Relevant pages attached: 1-3, 12, 19, and 100;

EXHIBIT 033:   Ability [website], *Passive CDMA Interceptor, ACIS – Advanced CDMA Interception System*, *available at* http://www.interceptors.com/intercept-solutions/Passive-CDMA-Interceptor.html (last accessed: May 6, 2012);

EXHIBIT 034:   srlabs.de [website], *Catcher Catcher - Wiki – Redmine*, *available at* http://opensource.srlabs.de/projects/catcher/wiki/Wiki (last accessed: Apr. 5, 2012);

EXHIBIT 035:   Daviscomms [datasheet], *GSM/GPRS/GPS Mobile Tracking Device: EaziTRAC 1000*, *available at* http://www.daviscommsusa.com/pdf/EaziTRAC%201000_Brochure_RevE1.pdf (last accessed: Jan. 5, 2012);

EXHIBIT 036:   Collection of various web pages from http://www.alibaba.com advertising GPS based mobile tracking devices;

EXHIBIT 037:   FBI Jul. 2, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf [EFF PDF Set 8 of 8] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 038:   FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set 1 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 039:    FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs05.pdf [EFF PDF Set 5 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 040:    FBI Sept. 24, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/092407_dcs01.pdf [EFF PDF Set 1 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 041:    FBI Oct. 22, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf [EFF PDF Set 2 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 042:    FBI Oct. 22, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071022_dcs03.pdf [EFF PDF Set 3 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 043:    FBI Oct. 22, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf [EFF PDF Set 4 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 044:    FBI Nov. 19, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071119_dcs01.pdf [EFF PDF Set 1 of 4] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 045:    FBI Dec. 17, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071217_dcs03.pdf [EFF PDF Set 3 of 5] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 046:    FBI Dec. 17, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at*

http://www.eff.org/files/filenode/061708CKK/20071217_dcs05.pdf [EFF PDF Set 5 of 5] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 047:   FBI Jan. 14, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/20080114_dcs03.pdf [EFF PDF Set 3 of 4] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 048:   FBI Jan. 14, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf [EFF PDF Set 4 of 4] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 049:   FBI Feb. 11, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf [EFF PDF Set 1 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 050:   FBI Feb. 11, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080211_dcs02.pdf [EFF PDF Set 2 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 051:   FBI Feb. 11, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080211_dcs03.pdf [EFF PDF Set 3 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

EXHIBIT 052:   U.S. Dep't of Justice, Electronic Surveillance Manual; Note: includes section on CELL SITE SIMULATORS / DIGITAL ANALYZERS / TRIGGERFISH, p. 40-41 and 44-45.

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 053:   U.S. Dep't of Justice, Electronic Surveillance Manual; Note: includes section on MOBILE TRACKING DEVICES, p. 48.

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 054:   Department of Justice, *Retention Periods of Major Cellular Service Providers* (Aug. 2010), *available at* http://www.wired.com/images_blogs/threatlevel/2011/09/retentionpolicy.pdf (last accessed: Dec. 7, 2011); Note: Verizon Wireless stores "Cell towers used by phone" for "1 rolling year" and does not store LAESP messages, call-identifying information, or Pen/Trap data;

EXHIBIT 055:   Telecommunications Industry Association, ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network* (Arlington, VA: May 2008), § 3.1.1, p. 3.1, "Figure 3.1.1-1 Initial AT Origination with HRPD Session Establishment and Key Exchange"; Note: shows 1xEV-DO registration process occurring between PCF and PDSN over the A11 interface, *i.e.*, not between the Access Terminal and Access Network;

EXHIBIT 056:   Telecommunications Industry Association, TIA/EIA/J-STD-025A, *Lawfully Authorized Electronic Surveillance*, Annex A, p. 89, Figure No. 21 (Arlington, VA: May 31, 2000); Note: showing diagram of CALEA network Looped Access;

EXHIBIT 057:   DiBuduo, Marcus, Denso Corp., U.S. Patent No. 6,999,778 (Oceanside, CA: Feb. 14, 2006), *available at* http://www.freepatentsonline.com/6999778.html (last accessed Sept. 29, 2010), Sheet 9 of 11, Fig. 10; Note: Fig. 10 is a diagram showing five regions of a cell site radiation pattern with each region corresponding to a location signature deduced from historical cell site location information;

EXHIBIT 058:   Thales [PDF presentation], *New solutions for massive monitoring*, ISS World Europe, p. 4 (Oct. 3, 2008), *available at* ttp://wikileaks.org/spyfiles/files/0/40_200810-ISS-PRG-THALES.pdf (last accessed: Apr. 10, 2012); Note: page No. 4 attached; "spectrum activity"chart showing *some* electromagnetic frequencies used by modern day radio communication systems;

EXHIBIT 059:   Verizon Wireless FCC Cellular license documents: (1) FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=12154 (last accessed: Mar. 4, 2012); (2) FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP – Frequencies*, http://wireless2.fcc.gov/UlsApp/UlsSearch/frequenciesCell.jsp?licKey=12154&channelBlock=B (last accessed: Mar. 4, 2012);

EXHIBIT 060:   Verizon Wireless FCC Cellular license documents: FCC [website], *ULS License - PCS Broadband License - WQIQ264 - Verizon Wireless Telecom Inc.*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=3003123 (last accessed: Apr. 9, 2012);

EXHIBIT 061:   Metadata screenshot of "aircard 4152649596.xls" provided to the FBI by Mark Denton, Verizon Wireless law enforcement liaison, on July 12, 2008;

- 7 -

*EXHIBIT INDEX*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Note: respective .xls (Excel) file is the original **first set** of historical cell site information for the aircard provided by Verizon Wireless in response to District of Arizona 08-3298MB-LOA order;  Metadata shows that the file was created by "dentoma" on July 12, 2008;

[Redacted by the defendant (for defense security reasons) using white squares with black borders.]

EXHIBIT 062:    Metadata screenshot of "9596.xls" provided to the FBI by John Profaca, Verizon Wireless law enforcement liaison, on August 1, 2008; Note: respective .xls (Excel) file is the original **second set** of historical cell site information for the aircard provided by Verizon Wireless in response to District of Arizona 08-3298MB-LOA order;  Metadata shows that the file was created by "profajo" on August 1, 2008;

[Redacted by the defendant (for defense security reasons) using white squares with black borders.]

EXHIBIT 063:    (1) Two page chart of text messages sent and received by FBI Agent Richard J. Murray while the aircard was being located on July 16-17, 2008; Note: created by the defense using ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2, 3, 9, and 10 of original chart of text messages provided by the government; (ITEM No. 6 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 064:    Chart of text messages sent by the FBI technical agents while the aircard was being located on July 16-17, 2008; Note: page Nos. 1 (cover sheet), 2, 12, 3, and 13 of text messages; (ITEM No. 2 of March 22, 2012 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 065:    Case write ups by FBI Agent Richard J. Murray; Note: indicates that FBI Agent Murray "ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject."; (10/6/11 BATES Nos. 000009-000010 of October 6, 2011 discovery set);

EXHIBIT 066:    Summary of an internal FBI memorandum prepared by one of the three FBI technical agents that operated the equipment used to locate the aircard; Note: states that "Verizon gave a distance from the tower to the target."; (ITEM No. 4 of December 9, 2011 discovery set);

EXHIBIT 067:    Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: the aircard Pen/Trap data transmitted to the FBI by Verizon Wireless was only buffered for an extremely short period prior to transmission; Note: page Nos. 1, 4, and 10; Note: exhibit includes only relevant pages; (Letter date: January 28, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 068:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden (relevant sections) RE: definitions and explanations relating to the aircard locating mission – response to defendant's March 9, 2011 discovery request letter; Note: exhibit includes only relevant pages; (Letter date: May 2, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 069:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) the FBI technical agents called the aircard in order to generate real-time cell site location information; and (2) the aircard hardware never answered the FBI's surreptitious phone calls placed to the aircard; (Letter date: June 7, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 070:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden (relevant sections) RE: (1) the government destroyed the evidence obtained via the N.D.Cal. 08-90330MISC-RS order; Note: exhibit includes only relevant pages; (Letter postmark date: June 18, 2010);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 071:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) the FBI policy requiring that FBI technical agents ensure that portable/transportable wireless device locators are cleared of prior case data, (2) the FBI repeatedly called the aircard in order to force it to connect to the cell tower providing the strongest signal, (3) no man-in-the-middle attack was conducted on the aircard connection, and (4) the devices used to locate the aircard are not capable of conducting a man-in-the-middle attack; (Letter date: December 2, 2011);

EXHIBIT 072:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) incoming calls were placed to the aircard in order to stimulate it to provide location information; and (2) encryption was not used while locating the aircard; (Letter date: December 9, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 073:   Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) there were three FBI technical agents who operated the equipment used to locate the aircard; (2) the N.D.Cal. 08-90330MISC-RS and 08-90331MISC-RS proposed orders that were drafted by the government were not altered by the magistrate prior to signing, and (3) no man-in-the-middle attack was conducted on the aircard connection; Note: exhibit includes only relevant pages; (Letter date: December 16, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 074:    FBI FD-302 Report by FBI Agent Richard J. Murray RE: subpoenaed DVD of June 12, 2008 video camera footage for Verizon Wireless store located at 768 Market St., San Francisco, CA, 94102 where aircard payment was made; (Investigation date: July 17, 2008); (2/12/09 BATES No. 482 of February 17, 2009 discovery set);

EXHIBIT 075:    Still images of individual paying aircard account bill; Note: PDF file was created from still images extracted from the June 12, 2008 video camera footage for Verizon Wireless store located at 768 Market St., San Francisco, CA, 94102 (obtained by the government via District of Arizona Grand Jury Subpoena Grand Jury subpoena No. 07-03-665), provided as ITEM NO. 1 of the March 24, 2010 discovery set;

EXHIBIT 076:    Government picture (cropped) of "Black Adidas 'Clima 365'" pants with three white stripes seized from apartment No. 1122 on August 3-4, 2008; Note: picture was taken during search of apartment No. 1122; (file name DSC00739.JPG of December 9, 2011 discovery set);

EXHIBIT 077:    FBI FD-302 Report by FBI Agent Richard J. Murray RE: two physical cash payments made on aircard account at Verizon Wireless store located at 768 Market St., San Francisco, CA, 94102; (Investigation date: June 27, 2008); (2/12/09 BATES No. 485 of February 17, 2009 discovery set);

EXHIBIT 078:    Paper print-out of emails sent from IRS-CI Agent Tracy L. Daun to FBI Agent Richard J. Murray, IRS-CI Agent Denise L. Medrano, and IRS-CI Agent Michael P. Fleischmann RE: matching aircard destination IP addresses to IP addresses used to file alleged fraudulent tax returns; (Email sent dates: (1) June 25, 2008 7:29pm, (2) June 25, 2008 11:41pm); (10/6/11 BATES Nos. 001029-001032 of October 6, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 079:    Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Denise L. Medrano and IRS-CI Agent Michael P. Fleischmann RE: aircard account login records found on computer seized from apartment No. 1122 with tr_verizon_info.txt attachment; (Email sent date: August 20, 2008 4:50pm); (12/09/11 BATES Nos. 000132-000133 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 080:    Jorcal, Inc. [website], *JORCAL Hat Co.- San Jose*, http://www.jorcalinc.com (last accessed: Apr. 6, 2012);

EXHIBIT 081:    Hats Of The Fillmore [website], *Welcome to Hats Of The Fillmore*, http://hatsofthefillmore.com/hatsofthefillmore/Welcome.html (last accessed: Apr. 6, 2012);

EXHIBIT 082:    BJA/FBI/JRIC, Tripwire, *Communities Against Terrorism: Potential Indicators of Terrorist Activities Related to Military Surplus Stores* (PDF flyer), *download from* http://www.publicintelligence.net/fbi-suspicious-activity-reporting-flyers (last access: Mar. 18, 2012); Note: flyer indicates that people who "[m]ake bulk purchases of items to include: [] Meals Ready to Eat" is a suspicious activity indicative of possible "terrorism.";

EXHIBIT 083:    Northern District of California 08-70503-PVT search warrant return; Note: listing household items and clothing seized from apartment No. 1122; (Magistrate Judge: Patricia V. Trumbull; Signature Date: August 5, 2008); (3/2/09 BATES Nos. 6456-6470 of March 2, 2009 discovery set);

EXHIBIT 084:    Paper print-out of emails sent from USPIS Inspector James L. Wilson to Bill Atwell, Lenovo Corporate Security RE: legitimate purchase of host laptop computer used with aircard to access the Internet; (Email sent dates: (1) October 4, 2011 1:23pm; (2) October 4, 2011 11:55am; (3) October 4, 2011 1:29pm; (4) October 4, 2011 1:56pm); (ITEM No. 1 of October 6, 2011 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

EXHIBIT 085:    Report of investigation by USPIS Inspector James L. Wilson RE: contact with Lenovo about purchase of host laptop computer used with the aircard; Note: indicating that the laptop was purchased with a prepaid debit card; (Report date: October 12, 2011); (ITEM No. 8 of December 9, 2011 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

EXHIBIT 086:    Bancorp Bank subpoena response materials (incorporating the original filed subpoena) for District of Arizona Grand Jury Subpoena; Note: subpoena requests account information on the prepaid debit card used to purchase the host laptop computer used with the aircard to access the Internet; (Originator: AUSA Frederick A. Battista; Subpoena service date: November, 17 2011); (ITEM No. 6 of December 16, 2011 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

EXHIBIT 087:    Computer Forensic Report by IRS-CI Agent Tracy L. Daun RE: search of physical storage devices and virtual drives seized from apartment No. 1122 under the reissued/amended version of the N.D.Cal. 08-70460-HRL warrant; Note: exhibit includes only relevant sections; (ITEM No. 23A of the February 25, 2010 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 088:    March 7, 2012 IRS Memorandum for Transmittal of Electronically Stored

Information by IRS-CI Agent Tracy L. Daun; (ITEM No. 1 of March 22, 2012 discovery set);

EXHIBIT 089:   Select documents for Domicilio apartment complex, apartment No. 1122, leasing agreement for Steven Brawner covering October 21, 2008 through April 30, 2008; (2/19/09 BATES Nos. 4968, 4970, 4969, 4975-4976, and 4994 of UNKNOWN discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

EXHIBIT 090:   (1) March 18, 2008 letter from Domicilio management inviting Steven Brawner to renew his lease on apartment No. 1122; and (2) Domicilio apartment complex records indicating that Steven Brawner would continue renting apartment No. 1122 "month to month" after April 30, 2008; (2/19/09 BATES Nos. 4992 and 4988 of UNKNOWN discovery set);

EXHIBIT 091:   FBI FD-302 Reports by FBI Agent Richard J. Murray RE: Domicilio management indicated that occupant of apartment No. 1122 paid his rent with money orders for May, June, July and August of 2008; (Investigation dates: July 29, 2008 and July 31, 2008); (2/12/09 BATES Nos. 231-232 of February 17, 2009 discovery set);

EXHIBIT 092:   Leasingdesk.com eRenterPan insurance policy for Domicilio apartment No. 1122; (2/19/09 BATES Nos. 4936-4940 of UNKNOWN discovery set);

EXHIBIT 093:   Domicilio apartment complex, apartment No. 1122, electronic gate access key fob receipt (fob No. 58261); (2/19/09 BATES No. 4967 of UNKNOWN discovery set);

EXHIBIT 094:   Paper print-out of email sent from Richard J. Murray to IRS-CI Agent Denise L. Medrano, AUSA Frederick A. Battista, USPIS Inspector James L. Wilson, and IRS-CI Agent Michael P. Fleischmann RE: apartment 1122 electricity bills are paid using money orders, checks, etc.; (Email sent date: July 22, 2008 5:20pm); (ITEM No. 3 of September 24, 2010 discovery set);

EXHIBIT 095:   Bill from Silicon Valley Power to Steven Brawner RE:  431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050; (Letter date: January 16, 2009);

EXHIBIT 096:   Comcast subpoena response materials for District of Arizona Grand Jury Subpoena No. 07-03-708; Attached materials includes letter/notice that no Comcast Cable Communications, LLC customer or subscriber information (*i.e.*, no Internet service) is associated with 431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050; (Originator: IRS-CI Agent Denise L. Medrano; Subpoena service date: July 23, 2008; Comcast response date: August 5, 2008); (3/2/09 BATES Nos. 6896-6901 of March 2, 2009 discovery set);

EXHIBIT 097:    Various physical surveillance logs of 431 El Camino Real, Santa Clara, CA with no individuals reported seen coming or going from apartment No. 1122; (2/12/09 BATES Nos. 104-107, 111-114, 130, 134, 140, and 145 of February 17, 2009 discovery set);

EXHIBIT 098:    Paper print-out of email sent from USPIS Inspector James L. Wilson to IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, AUSA Frederick A. Battista, and FBI Agent Richard J. Murray RE: as of July 21, 2008, no evidence that someone is living in apartment No. 1122; (Email sent date: July 21, 2008 2:49pm); (ITEM No. 2 of September 24, 2010 discovery set [p. 30]);

EXHIBIT 099:    FBI FD-302 Report by FBI Agent Richard J. Murray RE: Domicilio management indicated that the process for obtaining electronic gate key access records for apartment residents is extremely time consuming; (Investigation date: July 22, 2008); (2/12/09 BATES No. 138 of February 17, 2009 discovery set);

EXHIBIT 100:    FBI FD-302 Report by FBI Agent Richard J. Murray RE: Quality Alarm Service indicated that the Domicilio apartment complex crashed the electronic gate key access database for apartment residents; (Investigation date: July 23, 2008); (2/12/09 BATES No. 139 of February 17, 2009 discovery set);

EXHIBIT 101:    Paper print-out of emails sent between FBI Agent Richard J. Murray and AUSA Frederick A. Battista *et al.* RE: (1) Quality Alarm Service technician canceled his day off to physically retrieve electronic gate key access records from various Domicilio electronic gates, and (2) AUSA Battista's electronic gate key access analysis; (Email sent dates: (1) July 24, 2008 6:15pm; (2) July 24, 2008 9:05pm); (ITEM No. 3 of September 24, 2010 discovery set [p. 137-139]);

EXHIBIT 102:    FBI FD-302 Report by FBI Agent Richard J. Murray RE: Quality Alarm Service responded to District of Arizona Grand Jury Subpoena No. 07-03-709 by providing Domicilio electronic gate key access records for June 25, 2008 to July 24, 2008; (Investigation date: July 24, 2008); (2/12/09 BATES No. 483 of February 17, 2009 discovery set);

EXHIBIT 103:    Paper print-out of email sent from AUSA Frederick A. Battista to AUSA Shawna Yen RE: We have confirmed that the target is in the Santa Clara Area and visited the target apartment on 7/23; (Email sent date: July 25, 2008 11:18am); (ITEM No. 2 of September 24, 2010 discovery set [p. 52]);

EXHIBIT 104:    FBI FD-302 Report by FBI Agent Robert L. Kay RE: August 2, 2008 visual surveillance of apartment No. 1122; (Investigation date: August 2, 2008); (2/12/09 BATES No. 145 of February 17, 2009 discovery set);

EXHIBIT 105:    FBI FD-302 Report by FBI Agent Wade Luders RE: August 3, 2008 visual surveillance of apartment No. 1122; (Investigation date: August 3, 2008); (2/12/09 BATES No. 130 of February 17, 2009 discovery set);

EXHIBIT 106:   FBI FD-302 Report by FBI Agent Aleksandr Kobzanets RE: (1) arrest of unknown male (by Santa Clara, CA police officers) who was seen within the Domicilio apartment complex, and (2) FBI Agent Kobzanets' keyhole search of apartment No. 1122; (Investigation date: August 3, 2008); (2/12/09 BATES Nos. 122-24 of February 17, 2009 discovery set);

EXHIBIT 107:   Paper print-out of email sent from FBI Agent Richard J. Murray to FBI Agent William T. Ng RE: awards for the Santa Clara, CA police officers for arresting the unknown male who was seen within the Domicilio apartment complex on August 3, 2008; (Email sent date: September 17, 2008 4:29pm); (ITEM No. 15 of November 24, 2010 discovery set [p. 45-46]);

EXHIBIT 108:   Defendant's August 3, 2008 Santa Clara police department booking photo compared to the picture contained on the "Steven Brawner" ID on record with the Domicilio apartment complex; (ITEM No. 38 of November 9, 2010 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

EXHIBIT 109:   Page No. 1 of rough notes prepared by IRS-CI Agent Denise L. Medrano RE: (1) three apartments identified at Domicilio apartment complex (1120, 1122, and 1124), and (2) "StingRay" listed at end of checklist; (Notes date: July 15, 2008); (ITEM No. 6 of September 24, 2010 discovery set [p. 269]);

EXHIBIT 110:   Relevant documents from: United States v. Luis Soto, Crim. No. 03:09CR200 (AWT), Doc. #112-1 (D. Conn., Jun. 28, 2010); Note exhibit includes sample of cell site information provided to the government by Sprint Nextel Corporation in response to a court order obtained under 18 U.S.C. § 2703(d); all documents are public record with full versions available on PACER;

EXHIBIT 111:   Relevant documents from: In The Matter Of An Application Of The United States Of America For An Order Authorizing The Release Of Historical Cell-Site Information, Case No. 1:10-mc-00550-RRM-JO, Doc. #004-2 (E.D.N.Y., Aug. 24, 2010); Note: exhibit includes sample of cell site information provided to the government by an unknown wireless carrier in response to a court order obtained under 18 U.S.C. § 2703(d); all documents are public record with full versions available on PACER;

EXHIBIT 112:   Relevant documents from In The Matter Of An Application Of The United States Of America For An Order Authorizing The Disclosure Of Latitude And Longitude Data..., 11-MC-00393-SMG (E.D.N.Y. 2010); Note: includes copies of Doc. #001, p. 1-15 (Affidavit); p. 16-19 (order); and p. 20-22 (warrants); all documents are public record with full versions available on PACER;

EXHIBIT 113:   Relevant documents from: United States v. Velasquez, No. S3-08-CR-0730-WHA (N.D.Cal, Aug. 17, 2010); Note: includes historical cell site location information orders attached to "Declaration Of W.S. Wilson

Leung In Support Of Government's Opposition To Danilo Velasquez's Suppression Motion," Doc. No. 2130-1, p. 4-12; all documents are public record with full versions available on PACER;

EXHIBIT 114:   Relevant documents from: <u>In the Matter of the Search of The wireless signal broadcasting the SSID "BELKIN54G" further described in Attachment A</u>, No. 07-MC-9082 (D.Or., Apr. 2, 2007) (sealed warrant application, affidavit, warrant, and return), *available at* <u>United States v. Ahrndt</u>, No. 08-468-KI, Doc. No. 025, p. 62-81 (D.Or., Jan. 28, 2010); Note: exhibit includes (1) warrant to search/seize wireless router and source IP address therefrom, (2) warrant return, and (3) select sections from warrant application; all documents are public record with full versions available on PACER;

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 115:   Relevant documents from: <u>In The Matter Of An Application For An Order Authorizing The Installation, Use, Monitoring, Repair, Replacement And Removal Of A Tracking Device</u>, 11-MC-031-ALC (E.D.N.Y. 2011); Note: includes copies of Doc. #005, p. 1-4 (Tracking Warrant and Return); and Doc. #001, p. 22-25 (Tracking Order); all documents are public record with full versions available on PACER;

EXHIBIT 116:   Relevant documents from: <u>In The Matter Of The Application Of The United States Of America For An Order...</u>, Mag. No. 99-4061-01 (D.N.J., May 8, 1999), *available at* http://web.archive.org/web/20061209091739/http://www2.epic.org/crypto/scarfo/order_5_99.pdf (last accessed: May 6, 2012); Note: includes order authorizing the surreptitious installation of software/firmware on a target home computer; all documents are public record with full versions available on PACER;

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

**↓ EXHIBIT 001 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: the prosecution claiming that the defendant never referred to himself as a "self-described Hacker" and that the statement in the U.S. Attorney's Office, District of Arizona, *press release No. 2010-060 (Rigmaiden, et al.)* was "inartfully drafted."; (Letter date: July 21, 2010);

[Highlighting added by the defendant.]

**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| *Two Renaissance Square* | *Main: (602) 514-7500* |
| *40 North Central Avenue, Suite 1200* | *Main Fax: (602) 514-7693* |
| *Phoenix, Arizona 85004-4408* | |

July 21, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

      Re:    <u>United States v. Daniel David Rigmaiden, et al.</u>,
             CR-08-814-001- PHX-DGC

Dear Mr. Rigmaiden:

        This is in response to your letter dated June 27, 2010, requesting additional discovery regarding the April 8, 2010, press conference concerning this case. Please be advised that all notes and/or background materials for the representatives of the United States Attorney's Office, Internal Revenue Service - Office of Investigation, and Federal Bureau of Investigation have been reviewed to determine whether there is any information related to the statement in Press Release No. 2010-06, regarding this case, which stated " . . . a self-described California based 'Hacker' named Daniel David Rigmaiden led a complex tax fraud conspiracy . . . " Please be advised that there is no mention of this matter in any of the materials. In addition, please be advised that the representative of the Postal Inspection Service destroyed his personal notes immediately after the press conference. As a courtesy to you, we are disclosing the proposed text of statements for the representatives of the United States Attorney's Office, Internal Revenue Service - Office of Investigation, and Federal Bureau of Investigation; none of these materials mention this matter. For your information, these statements are generally not read verbatim during press conferences by agency representatives.

      1.      Proposed statement of U.S. Attorney's Office representative.

      2.      Proposed statement of Internal Revenue Service - Office of Investigation representative.

      3.      Proposed statement of Federal Bureau of Investigation representative.

        In preparing this response to your request, we again have not reviewed each line of the over 20,000 pages of discovery in this case but, at present, are unaware of any item wherein you personally referred to yourself as the "Hacker" in any manner, e.g., verbally, in writing or via an e-mail, etc. The inartfully drafted reference in the press release was not based upon any known reference within the discovery. In addition, please be advised again that the government does not have a recording of the press conference related to the subject press release and we do not intend to attempt to obtain one from any of the representatives of the press who attended the conference.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

A copy of this cover letter is also being mailed separately to you at CCA.  Additional discovery will continue to be released to you as it becomes available.

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Enclosures

cc:     Philip Seplow
        Taylor Fox

⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇
⬇ **EXHIBIT 002** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

United States Patent and Trademark Office, Trademark Reg. No. 2,762,468 [StingRay] (registered Sep. 9, 2003), **Harris StingRay Product Pictures**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 9 & 15 of 88 page compilation;



USPTO StingRay Trademark [all docs.]; Reg. No. 2,762,468 [Sep. 9, 2003]; Page # 9 of 88;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

SPECIMEN

**Internet Transmission Date:**
06/05/2003

**Serial Number:**
76303503

**International Class:**
009





USPTO StingRay Trademark [all docs.]; Reg. No. 2,762,468 [Sep. 9, 2003]; Page # 15 of 88;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇
⬇ **EXHIBIT 003** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris StingRay Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011), p. 1;



# WiRELESS
## products grou

## *StingRay*™

*Transportable CDMA
Interrogation, Tracking
and Location, and
Signal Information
Collection System*

### Product Description

StingRay™ is Harris' latest offering in a
long line of advanced wireless surveillance
products. StingRay is a multichannel software
defined radio that performs network base
station surveys, Dialed Number and registration
collection, mobile interrogation, and target
tracking and location with Harris' Amber-
Jack™ Direction-Finding Antenna. This
low-power transportable surveillance system
is designed with the future in mind—its
reconfigurable architecture lends itself to
upgrades of new capabilities and wireless
standards, while preserving the initial
investment in hardware.

### Features

- Software Defined Radio (SDR) enables
  simultaneous monitoring of up to eight
  CDMA Paging/Access channel pairs

- Active interrogation capability emulates
  base station to collect MINs and ESNs
  through forced registration; external
  PA output available for higher power
  requirements

- Interfaces with AmberJack antenna to
  form a complete target tracking and
  location solution using active direction-
  finding and ranging techniques
  (active approach does not require
  the target phone
  to be engaged
  in a call)

- Optional geolocation software overlays
  target tracks and tracking vehicle location
  on a digital map

- Wideband RF front-end provides
  simultaneous operation in the U.S. cellular
  800 and PCS 1900 MHz bands and is
  preconfigured to support iDEN (low band),
  GSM 900, and DCS 1800 bands

- PC-based controller running Windows®
  XP provides an intuitive Graphical User
  Interface (GUI)

- Industry-standard USB interface enables
  plug-n-play networking of multiple
  StingRay surveillance systems if the
  user requires more channel capacity

- Supports targeting and real-time
  searching of mobile identification
  numbers (MIN), dialed
  numbers, and electronic
  serial numbers (ESN)

- Low-power system
  designed for
  vehicular
  operations



*next level solutions*

⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇
⬇ **EXHIBIT 004** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

United States Patent and Trademark Office, Trademark Reg. No. 2,762,468 [StingRay] (registered Sep. 9, 2003), **Harris StingRay Product Datasheet**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 60-61 of 88 page compilation;





## StingRay™

*Transportable CDMA
Interrogation, Tracking
and Location, and
Signal Information
Collection System*

### Product Description

StingRay™ is Harris' latest offering in a
long line of advanced wireless surveillance
products. StingRay is a multichannel software
defined radio that performs network base
station surveys, Dialed Number and registration
collection, mobile interrogation, and target
tracking and location with Harris' Amber-
Jack™ Direction-Finding Antenna. This
low-power transportable surveillance system
is designed with the future in mind—its
reconfigurable architecture lends itself to
upgrades of new capabilities and wireless
standards, while preserving the initial
investment in hardware.

### Features

- Software Defined Radio (SDR) enables
  simultaneous monitoring of up to ▇
  ▇▇▇ channel pairs
- Active interrogation capability emulates
  base station to collect MINs and ESNs
  through forced registration; external
  ▇ output available for ▇▇
  requirements
- Interfaces with AmberJack antenna to
  form a complete target tracking and
  location solution using active ▇
  ▇▇ and ▇▇▇ techniques
  the target phone

- Optional ▇▇▇▇▇
- ▇▇▇ RF front-end provides
  ▇▇ operation in the U.S. cellular
  ▇▇▇ bands and is
  reconfigured to support ▇▇▇
  ▇▇▇ bands
- PC-based controller running ▇▇
  ▇ provides an intuitive Graphical User
  Interface (GUI)
- Industry-standard USB Interface enables
  ▇▇▇▇
- Supports ▇▇
- ▇▇▇
  designed for ▇▇▇
  operations

*next level solutions*

EXHIBIT C

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

USPTO StingRay Trademark [all docs.]; Reg. No. 2,762,468 [Sep. 9, 2003]; Page # 60 of 88;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

**Wireless Products Group**

### Standards Currently Supported

- 

### Future Standards Supported

- Software reconfigurable architecture will allow for future software upgrades to support other wireless standards and capabilities

### Operating Bands

- 
- 
- 
- 
- 

### Transmit Capabilities

*(For Interrogation and Active Tracking and Location)*

- Up to ___ dBm output
- Interfaces with an ___

### Compatible Accessories

- 
- 
- 



### Interfaces



- 
- 
- 
- 
- Power

### Physical Characteristics

- Housing: Standard aluminum case
- Wheeled transit case
  - Stows ___
  - Conforms to airline carry-on weight and size limits

### PC Controller Characteristics

- ___ operating system
- GUI is easily configured by user for mission scenarios
- Enables field upgrade of system firmware
- Integrated ___ GUI with optional ___

1. Hardware is preconfigured to work in these bands. Future software upgrades will provide operation in these bands—consult Harris Wireless Products Group for availability.

Specifications are subject to change without notice.

StingRay and AmberJack are trademarks of Harris Corporation.

Windows XP is a registered trademark of Microsoft Corporation.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state and federal statutes associated with the intercept and monitoring of oral communications. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no representation as to its suitability for any specific application.

## DISTRIBUTION WARNING

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).

This brochure may only be given to U.S. citizens, permanent residents of the U.S. (green card holders), or Canadians eligible under 22 CFR 126.5.

**HARRIS**

*next level solutions*

Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
1-800-358-5297 or wpg@harris.com | www.harris.com

Copyright © 2002 Harris Corporation
Printed in USA on Recyclable Paper 07/02 VPS-506690-9 d0108

Received from < > at 7/18/02 11:31:01 AM [Eastern Daylight Time]

TOTAL P.27

USPTO StingRay Trademark [all docs.]; Reg. No. 2,762,468 [Sep. 9, 2003]; Page # 61 of 88;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇
⬇ **EXHIBIT 005** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

United States Patent and Trademark Office, Trademark Reg. No. 2,762,468 [StingRay] (registered Sep. 9, 2003), **Harris StingRay Product Description**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 10 of 88 page compilation;

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,762,468

Registered Sep. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STINGRAY

HARRIS CORPORATION (DELAWARE COR-PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: MULTI-CHANNEL, SOFTWARE-DEFINED, TWO-WAY ELECTRONIC SURVEILLANCE RADIOS FOR AUTHORIZED LAW ENFORCEMENT AND GOVERNMENT AGENCIES FOR INTERROGATING, LOCATING, TRACKING AND

GATHERING INFORMATION FROM CELLULAR TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-2-2003; IN COMMERCE 3-2-2003.

SN 76-303,503, FILED 8-21-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

USPTO StingRay Trademark [all docs.]; Reg. No. 2,762,468 [Sep. 9, 2003]; Page # 10 of 88;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**
**⬇ EXHIBIT 006 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

United States Patent and Trademark Office, Trademark Reg. No. 2,867,227 [KingFish] (registered Jul. 27, 2004), **Harris KingFish Product Picture**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 7 of 67 page compilation;



USPTO KingFish Trademark [all docs.]; Reg. No. 2,867,227 [Jul. 27, 2004]; Page # 7 of 67;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇
⬇ **EXHIBIT 007** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris KingFish Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011), p. 2;



# KingFish™ (Preliminary)

**Portable CDMA Interrogation, Direction-Finding, and Collection System**

## Product Description

KingFish™ provides investigators with a tool that extracts the telephone number (MIN) and Electronic Serial Number (ESN) from a CDMA mobile telephone. The Active Direction-Finding (DF) capability enables location of a powered-on phone without depending on the suspect to be involved on a call. Additionally, KingFish provides passive Dialed Number Recorder (DNR) and Registration Collection capabilities. Passive operations identify calling patterns and provide information on the suspect's area of operation.

KingFish is based on a Software Defined Radio (SDR) architecture, which enables upgrades to future cellular standards, while preserving the initial investment in hardware. As initially offered, KingFish provides CDMA operation in both the Cellular and PCS bands.

## Features

### Covert Packaging

■ Concealed radio, antennas, and battery power supply

■ Wireless remote control from commercially available Pocket PC

### Intuitive Application Software

■ Windows® interface

■ Identifies active CDMA channels and catalogs base station parameters

■ Provides real-time display of Interrogation and Passive Collection results

■ Dynamically updates received signal strength to enable precise location of a target phone



*next level solutions*

⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇
⬇ **EXHIBIT 008** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

United States Patent and Trademark Office, Trademark Reg. No. 2,867,227 [KingFish] (registered Jul. 27, 2004), **Harris KingFish Product Description**, *all associated trademark documents available via search at* http://tmportal.uspto.gov/external/portal/tow (last accessed: Mar. 11, 2011), p. 10 of 67 page compilation;

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,867,227

## United States Patent and Trademark Office

Registered July 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# KINGFISH

HARRIS CORPORATION (DELAWARE COR-
PORATION)
1025 WEST NASA BOULEVARD
MELBOURNE, FL 32919

FOR: ELECTRONIC SURVEILLANCE TRANS-
CEIVERS FOR TRACKING, LOCATING AND
GATHERING INFORMATION FROM CELLULAR

TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 12-10-2003; IN COMMERCE 12-10-2003.

SN 76-303,814, FILED 8-23-2001.

MELVIN AXILBUND, EXAMINING ATTORNEY

USPTO KingFish Trademark [all docs.]; Reg. No. 2,867,227 [Jul. 27, 2004]; Page # 10 of 67;
Download at <http://tmportal.uspto.gov/external/portal/tow> [last accessed Mar. 11, 2011];

EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009
EXHIBIT 009

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris Geolocation Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34771.pdf (last accessed: Mar. 9, 2011), p. 1;



# WiRELESS
## products group

## Geolocation
## (Preliminary)

### PC-Based Intelligent
### AMPS/TDMA and CDMA
### Tracking and Location

## Product Description

Geolocation is a PC-based software application that allows the user to intelligently track and locate targeted AMPS/TDMA or ... cellular phones in the 800 and ... MHz bands. Geolocation consists of software and an external GPS receiver. Geolocation will be offered in two options: an AMPS/TDMA Option to be used in conjunction with the Harris LoggerHead™ Interrogator plus the PC Controller™ and the AmberJack™ DF Antenna; and a CDMA Option to be used in conjunction with the Harris StingRay™ system plus the AmberJack™ DF Antenna.

Geolocation provides a user-friendly, geospatially accurate mapping routine which shows on-screen the exact location of the tracking vehicle, plus Direction of Arrival (DOA) information and/or estimated range/location information on the targeted phone.

Providing a visual screen of an accurate local map, the exact location of the tracking vehicle, and the approximate location of the targeted phone, allows for a much more intelligent and expedient method for tracking and location.

## Features

- User-friendly application running on Windows® 98/2000/XP provides an intuitive Graphical User Interface (GUI)

- AMPS/TDMA: Interfaces with the LoggerHead™ Handheld Interrogator plus the PC Controller™ and the AmberJack™ Direction-Finding (DF) Antenna

- CDMA: Interfaces with the StingRay™ plus the AmberJack™ Direction-Finding (DF) Antenna

- Provided GPS receiver integrates with PC running the application

- Real-time viewing of tracking vehicle location

- Real-time viewing of approximate targeted cellular phone location

- Tracking missions can be stored for post-mission analysis

- Migration path to GSM and future cellular standards.



**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

**EXHIBIT 010**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34769.pdf (last accessed: Mar. 9, 2011), p. 2;



# *AmberJack™*

### *Dual-Band Direction Finding System*

## Product Description

AmberJack™ is a phased array direction finding (DF) antenna system capable of tracking and locating mobile phone users. The DF antenna array is designed to operate with Harris' Loggerhead™ and StingRay™ products enabling tracking and location of AMPS, TDMA and CDMA phones. AmberJack operates in both the cellular and PCS bands.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction finding system. Beam forming technology offers a universal DF antenna for existing as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation to the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a targeted phone is engaged, information on the direction to the target is dynamically updated for display on the PC.

## Features

- Determines direction of arrival and received signal strength of phone's transmission
- Provides real-time display of direction to the target
- Low power, small size
- User-friendly graphical user interface for the PC or Pocket PC (optional)

*next level solutions*



⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇
⬇ **EXHIBIT 011** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris AmberJack Product Datasheet**, *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/40003.pdf (last accessed: Mar. 9, 2011), p. 6-7;



# *AmberJack®*
## *Direction-Finding System*

### *Product Description*

AmberJack® is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations. The DF antenna array is designed to operate with Harris' Gossamer®, KingFish®, StingRay®, and StingRay II® products, enabling tracking and location of targeted mobile phones, as well as base stations. AmberJack-X operates in the U.S. cellular 850 and PCS 1900 bands, and AmberJack-G operates in the EGSM 900 and DCS 1800 bands. AmberJack-W operates in all the bands above as well as iDEN™ and UMTS bands I and IV.

AmberJack combines Harris' expertise in phased array antenna technology and tracking and locating systems to offer a state-of-the-art direction-finding system. Phased array technology offers a universal DF antenna for existing, as well as future cellular standards.

The DF antenna array incorporates magnetic mounts for ease of installation on the roof of a tracking vehicle and offers a low profile for reduced visibility. User-friendly software, developed for the Windows® operating system, enables intuitive control of the AmberJack system and its companion receiver from a single interface. Once a target is engaged, information on the direction to the target is dynamically updated for display on the PC.



### *Operations Supported*

- Locating mobile phones and base stations
- Tracking mobile phones



# AmberJack®
## Direction-Finding System

**WIRELESS products group**

### Features

- Determines direction of arrival and received signal strength of a targeted mobile phone's transmission
- Determines direction of arrival and received signal strength of a targeted base station's transmission
- Provides real-time display of direction to the target
- Low power and portable
- User-friendly Graphical User Interface (GUI) for the PC

### Frequency Coverage

- AmberJack-X (U.S. Cellular/PCS 1900)
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
- AmberJack-G (EGSM 900/DCS 1800)
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz

- AmberJack-W (Wideband)
  - iDEN reverse: 806–825 MHz
  - iDEN forward: 851–870 MHz
  - Cellular reverse: 824–849 MHz
  - Cellular forward: 869–894 MHz
  - PCS reverse: 1850–1910 MHz
  - PCS forward: 1930–1990 MHz
  - EGSM reverse: 880–915 MHz
  - EGSM forward: 925–960 MHz
  - DCS reverse: 1710–1785 MHz
  - DCS forward: 1805–1880 MHz
  - UMTS IV reverse: 1710–1755 MHz
  - UMTS IV forward: 2110–2155 MHz
  - UMTS I reverse: 1920–1980 MHz
  - UMTS I forward: 2110–2170 MHz

### External Control

- Laptop PC (Windows® XP Professional)

### Power source

- 12 Vdc at 0.5 A

### Physical Characteristics

- Size: D = 17", H = 4.2"
- Weight: <14 lbs

### Required Accessories (sold separately)

Gossamer with PC Controller, StingRay system, StingRay II, or KingFish with PC Controller

### Optional Accessories

Harpoon™ for DF range extension

### Catalog Part Number

- AJ-X (AmberJack-X)
- AJ-G (AmberJack-G)
- AJ-W (AmberJack-W)

### Authorized Federal Supply Service Information Technology Schedule

- SIN: 132-8 Purchase of Equipment
- SIN: 132-12 Maintenance, Repair Services and Repair Parts/Spare Parts

GSA Contract Number: GS-35F-0293J

General Services Administration Federal Supply Service products and ordering information in this Authorized FSS Information Technology Schedule Pricelist are also available on the GSA *Advantage!* System. Agencies can browse GSA *Advantage!* by accessing the GSA's home page via the Internet at *www.gsa.gov*.



Specifications are subject to change without notice. Harris is a registered trademark of Harris Corporation. AmberJack, KingFish, Gossamer, StingRay, and StingRay II are registered trademarks of Harris Corporation. Harpoon is a trademark of Harris Corporation. Windows XP Professional is a registered trademark of Microsoft Corporation. iDEN is a trademark of Motorola, Inc.

This product is a restricted use item and can be sold only to authorized law enforcement and government agencies. Its use shall comply with all local, state, and federal laws and regulations. Harris Corporation assumes no liability for any misuse or improper use of the product and makes no warranty or representation whatsoever as to its suitability for any specific application.

**DISTRIBUTION WARNING**

This brochure may be provided only to persons eligible under 18 USC 2512 (Government law enforcement agencies or communications service providers).


**HARRIS**
*assured communications®*

Government Communications Systems | P.O. Box 9800 | Melbourne, FL USA 32902-9800
1-800-358-5297 or wpg@harris.com | www.wpg.harris.com | **www.harris.com**

Copyright © 2008 Harris Corporation 07/08 514176k VPB d0105

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

**↓ EXHIBIT 012 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Harris, Government Communications Systems Division, *Phased Array Antennas Brochure* (2004), *available at* http://download.harris.com/app/public_download.asp?fid=450 (last accessed: Sept. 22, 2010);





**Government Communications Systems**

# Phased Array Antennas

*Latest Technology; System Solutions;*

*State-of-the-Art Design and Analysis Tools;*

*Unique High-Precision, High-Reliability*

*Production and Test Facilities;*

*Quality, World-Class People*

*assured*communications™

# PHASED ARRAYS AT HARRIS

Harris invites you to join us as we bring the new-millennium technology of phased arrays into sharp focus for a broad range of communications and remote sensing applications. Harris specializes in providing high-performance, high-density phased array antennas.



And our investment in technology, people, design tools, and manufacturing facilities improves reliability while saving you time and money.

Harris' phased array expertise extends back to the 1960's. Today, we design and produce our phased arrays to meet the exacting requirements demanded by the harsh environments of space, airborne, ground, mobile and shipboard platforms. Where practical, we employ our commercial processes and technologies to reduce overall schedule and cost.



Our phased array experience covers a broad range of frequency bands including:

- UHF
- L-band
- S-band
- C-band
- X-band
- Ku-band
- Ka-band
- V-band



Our experience also includes many types of architectures, topologies and techniques which are available to solve your communication or remote sensing needs:

- Broadband
- Narrowband
- Conformal
- Wide or narrow scan
- Single or multiple beam
- Simplex or half/full duplex
- Spatial combining
- Adaptive nulling
- Block or tile
- Thinned



Harris has a proven track record of solving tough system problems.

From design through manufacturing and into test, we provide the expertise and the dedication to create the best system possible.

We provided the first large-scale communications phased array antenna system, with over 7,000 MMIC chips.

We have flight-demonstrated electronically steerable widescan arrays, hemispherical coverage arrays for direct data dissemination, and ruggedized phased arrays for comm-on-the-move.

We put our decades of expertise to work providing high-quality, high-performance systems at the lowest possible cost per unit of performance.

We lead the way from design through test; solving your complex problems; meeting your schedule and budget.



**Systems**



**Design**



**Manufacture**



**Test**

PHASED ARRAYS

# ENABLING TECHNOLOGY

Harris Corporation has been developing phased array antennas since the 1960's. We have simulation, design, test and production experience of phased arrays for surface, airborne, and space applications.

Harris has developed and employed numerous technologies to support phased array antenna design and production. These enabling technologies lead to the advanced, successful products that solve your communications and sensor needs.

Our enabling technologies include advanced packaging, adaptive algorithms, MMIC components, hybrid modules, special materials and automated panel assembly. In the space and avionics arenas, our integrated, lightweight packaging, embedded processors, thermal control and deployment mechanisms have also played a major part in our success.

Utilizing surface mount components, embedded microwave circuitry in high-density multilayer printed wiring boards and other advanced packaging techniques enables very low cost arrays.



**Our use of highly efficient MMIC components improves reliability, reduces size and dc power and lowers cost.**



**Multilayered ceramic packages, high-density multichip modules and integrated digital, RF and power modules enable more advanced, lighter, smaller phased array antennas.**



**The Harris RH3000 family delivers modern 32-bit RISC processor performance for space and rad-hard applications.**



**Advanced packaging and design for automated manufacturing are the key technologies that Harris brings to enable affordable phased array solutions.**

**D E S I G N   A N D   A N A L Y S I S**

Our people combine their collective expertise with our expert tools to design creative phased array solutions.

We communicate the necessary feedback to help you assess the impact of your requirements on performance, schedule, and cost.

Our design and analysis tools are the best mix of commercial and custom, including: moment method, finite element, and hybrid finite element, GO/GTD, FDTD, and Physical Optics.

We precisely model the performance advantages of our phased array antennas. Three-dimensional modeling and simulation suites help ensure first pass success.

Harris calls on its people and vast resources to solve the most complex problems while meeting your budget and schedule requirements.







**P H A S E D   A R R A Y S**

# PHASED ARRAY ANTENNAS

Harris provides high-performance phased array antennas for space applications. Communications and remote-sensing phased array antennas are our specialty. Our antennas are designed for a wide variety of environments and applications.

## Space Applications

### X-Band Communications Array
- Multibeam Tx/Rx array
- Autonomous, self-contained building block
- 2.5 lbs./sq. ft. aperture

### GEO MILSATCOM Ka-Band Transmit Array
- Singlebeam scans ±9°
- High data rate
- Highly efficient antenna elements and RF modules

### NASA Ka-Band Transmit Array
- Single beam scans ±60°
- NASA high data rate user phased array (155 Mb/s)

### Multibeam Direct Downlink Array
- X-band (10 GHz)
- ±70° conical scan
- Variable EIRP
- Multiple beams (1–10)

### Multibeam Ka-Band Array
- Multiple beams (10) scan ±60°
- Separate Tx/Rx apertures
- Tx optimized for NPR with multiple carriers


**X-band communications array**


**GEO MILSATCOM Ka-band transmit array**


**NASA Ka-band transmit array**


**Multibeam direct downlink array**


**Multibeam Ka-band array**

Harris phased array systems also support numerous avionics applications, both commercial and military. Entertainment systems, secure data dissemination, and airborne telemetry systems are some of our applications.

## Airborne Applications

### S-Band SATCOM Array
- Voice, imagery, and data reception through TDRSS S-band link
- Three panels provide hemispherical coverage



**S-band SATCOM array**

### Airborne Telemetry System
- Ten simultaneous beams
- ± 60° Az, ± 40° El scan
- Used to track multiple high-speed targets



**Airborne telemetry system**

### Airborne LiveTV
- Receives all available direct broad-cast channels
- Simultaneous dual polarization
- Near hemispherical coverage
- Enables LiveTV to every airliner seat



**Airborne LiveTV**

## Ground Applications

### OceanNet™ C-Band SATCOM Array
- Intelsat certified
- Low transmit sidelobes
- Low profile
- Highly dynamic buoy applications
- Full acquisition, tracking, and calibration



**OceanNet™**

### Comm-On-The-Move Array
- DSCS SATCOM or UAV link
- Supports 45 Mb/s
- Hemispherical coverage
- Adaptive null-steering (option)
- Two Rx/two Tx beams
- Full acquisition, tracking, and calibration



**Comm-On-The-Move Array**

P H A S E D   A R R A Y S

Millions of dollars have been invested to make Harris' Phased Array Antenna Manufacturing facilities the best in the world. These production facilities employ one-of-a-kind fully automated robotic systems to produce high-quality phased array antenna systems.

## Phased Array Antenna Manufacturing Facility

- Over 4,000-square-feet of Class 10,000 clean room
- Space qualified automated phased array panel assembly
- Electronic paperless workflow
- High repeatability and reliability
- Shorter schedule and lower cost results

## Pick and Place Tool

- Automated robotics
- Vision assisted
- High-speed, precise, reliable parts placement

These characteristics result in the lowest cost per unit of performance.





**Our manufacturing facility provides the automation and the environment to produce space qualified antenna systems.**



**The automatic assembler provides precision controlled pick and place of microwave components, digital electronics and antenna elements.**

*The precision offered by our automated processes enables high-speed, reliable adhesive dispensing, parts placement and ribbon bonding provide high-density*

## Ribbon Bonder

- Over 200 bonds/minute
- Automated robotics
- Low temperature ribbon bonding
- Precise, repeatable interconnects

## Bond Pull Tester

- 100% bond pull-testing
- Large area
- Integration with other equipment enables quick, simple repairs

## Additional Manufacturing Facilities

Harris' numerous manufacturing facilities range from high-precision R&D to our large scale ISO 9002 manufacturing plant. Capabilities include:

- 300,000-square-foot high-volume manufacturing facility
- Functional and ESS screening
- ISO 9000 certified facilities
- 20,000-square-foot Advanced Space Manufacturing facility
- Class 100,000 clean room
- State-of-the-art assembly
- Advanced technology processing for space





**The custom large area bonder provides fully automated, high-reliability RF interconnects.**



**The Harris Malabar Manufacturing Facility is a complete turnkey operation, fully capable of producing all types of electronic systems.**

*production of phased arrays across the frequency spectrum. Precise, repeatable packaging. The result is superior RF performance at lower production costs.*

**P H A S E D   A R R A Y S**

# ADAPTIVE CAPABILITY

Harris' unique adaptive array processing techniques provide for automatic signal optimizing, interference suppression, and custom beam shaping.

Combining multiple signal inputs into an optimized output, using our proprietary approaches and algorithms, permits enhancement of sensitivity on a desired signal while nulling interfering signals. Also, our approach enables highly accurate Angle of Arrival (AOA) estimates.

Harris uses the latest developments in digital microprocessors, DSP, digital and GaAs ASICs and optical processing techniques in combination with our perturbational algorithm approach to enhance the desired signal while minimizing the interferer.

Our program experience spans nearly 20 years and over 20 programs and studies. Harris has invested in the tools, equipment, technologists and facilities to become the preeminent adaptive technology experts.

Our capabilities combine two separate processes, classical antenna array design and antenna array signal processing, to significantly improve signal-to-noise, geolocation accuracy and Angle of Arrival estimates.



**Four-channel adaptive processing module . . . RF electronics.**



**Four-channel adaptive processing module . . . control electronics.**



**The complex weight MMIC forms the basis of our interference nulling suites.**

**PHASED ARRAY TESTING**

Harris has unsurpassed facilities and capabilities for fully automated, comprehensive testing of phased array antennas.

Our compact ranges provide far field antenna pattern testing capability in a small chamber. Center frequencies up to 60 GHz are covered by automatic testing in these ranges. Also, our custom-built environmental shrouds provide temperature testing capability over wide ranges.

Harris' phased array test facility is the first of its kind to use the sophisticated Automated Antenna Measurement System which achieves high-speed, precision frequency, time, phase and pulse profiling results.







**The phased array antenna testing is performed via a centralized control room.**



**Compact range shroud**

*"Harris has taken a state-of-the-art antenna test system one step further."*

**PHASED ARRAYS**



Government Communications Systems Division | P.O. Box 37 | Melbourne, FL USA 32902-0037
**www.harris.com** | 1-800-4-HARRIS, ext. 2001

Copyright©2004 Harris Corporation
01/04 508419 VPS d0038

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

⬇ **EXHIBIT 013** ⬇

Maricopa County, FL, USA – **Harris Price List** (Feb 24, 2010), *available at* http://www.maricopa.gov/materials/Awarded_Contracts/ PDF/09041-c.pdf (last accessed Mar. 9, 2011), p. 21-25;



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| Product Description | Part # | Domestic Pricing | | GSA Pricing | |
|---|---|---|---|---|---|
| | | 1 - 15 | 16+ | 1 - 15 | 16+ |
| **StingRay** | | | | | |
| | | | | | |
| StingRay | STINGRAY | 75,100 | 71,300 | 68,479 | |
| StingRay GSM Software | SRAY-GSM-SW | 22,000 | 20,900 | | |
| StingRay CDMA Software | SRAY-CDMA-SW | 22,000 | 20,900 | | |
| StingRay iDEN Software | SRAY-iDEN-SW | 22,000 | 20,900 | | |
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 | |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 | |
| | | | | | |
| **StingRay Accessories** | | | | | |
| | | | | | |
| StingRay Replacement Kit | SR-REPLACEMENT KIT | 500 | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Cable DC Power | 3092525-101 | 171 | | | |
| StingRay Carrying Case | RE1017HA | 925 | | | |
| 115V Power Cord | 17250 | 8 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 226 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Auto Power Adapter (8500 & D600) | 2009523-002 | 128 | | | |
| Mobile Mast 20' | OSMM-SA-20 | 2,990 | | | |
| 12' Extension Cable (TNC to N) | PE3665-144 | 80 | | | |
| 12' Extension Cable (TNC to TNC) | PE3414-144 | 85 | | | |
| N-F to TNC-F Adapter | PE9131 | 48 | | | |
| TNC-F to TNC-F Adapter | PE9099 | 28 | | | |
| N-M to TNC-F Adapter | PE9090 | 30 | | | |
| N-F to TNC-M Adapter | PE9089 | 28 | | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |
| DC-DC Power Supply Module (SR & KF) | 3092577-101 | 1,400 | | | |
| Duplex Filter (AMPS/PCS) Stand Alone | WSA-00045 | 1,970 | | | |
| Duplex Filter (EGSM/DCS) Stand Alone | WSA-00100 | 2,310 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | | |
| | | | | | |
| **Sting Ray II** | | | | | |
| StingRay II | STINGRAY II | 148,000 | 140,600 | 134,952 | |
| StingRay II Upgrade | STINGRAY II-UP | 71,300 | 67,700 | 65,014 | |
| StingRay II GSM Software | SRAY-II-GSM-SW | 22,000 | 20,900 | | |
| StingRay II CDMA Software | SRAY-II-CDMA-SW | 22,000 | 20,900 | | |
| StingRay II iDEN Software | SRAY-II-IDEN-SW | 22,000 | 20,900 | | |
| | | | | | |
| **StingRay II Accessories** | | | | | |
| | | | | | |
| Cable Assembly PC/USB - 6' Cable | 3092524-102 | 196 | | | |
| Cable Assembly PC/USB - 12' Cable | 3092524-103 | 220 | | | |
| Laptop PC Controller (Dell Latitude) | 2009523-101 | 3,500 | | | |
| Adapter, DC (Laptop) (non- Charging) | DE2035-803 | 226 | | | |
| Panasonic Toughbook Computer | 2009525-101 | 6,500 | | | |
| Mouse, CMPTR (Micro Trac) | 2009523-003 | 50 | | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 | | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 | | | |
| GPS Antenna | ANT-GPS-SH-SMA | 50 | | | |
| AC/DC Converter | ACHA1224-1936 | 800 | | | |
| Volt Converter (Universal Plug Kit) | 3142757-101 | 100 | | | |
| StingRay II Case | RE041908HA | 750 | | | |
| SDR Radio Slice | 3092527-201 | 15,000 | | | |



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| KingFish | | | | |
|---|---|---|---|---|
| KingFish | KINGFISH | 27,800 | 26,400 | 25,349 |
| KingFish N-Connector Upgrade | KF-N-UP | 2,800 | 2,700 | |
| KingFish GSM Software | KF-GSM-SW | 18,100 | 17,200 | |
| KingFish CDMA Software | KF-CDMA-SW | 18,100 | 17,200 | |
| KingFish iDEN Software | KF-IDEN-SW | 18,100 | 17,200 | |
| | | | | |
| **KingFish Accessories** | | | | |
| | | | | |
| Kingfish Replacement Kit | KF-REPLACEMENT KIT | 1,678 | | |
| Tote Bag Assembly | 3100242-101 | 570 | | |
| Carrying Case, KingFish | RE0513HA | 950 | | |
| Cable Assembly, W102 (PC USB Type A)  6' cable | 3092524-102 | 196 | | |
| Cable DC Power | 3092525-101 | 171 | | |
| Battery Pack (11.1V) | 2014068-101 | 256 | | |
| Lithium-Ion Battery Charger | 2014068-102 | 426 | | |
| Battery, Adapter, Lighter (24V, 1.5A) | VA2524 | 140 | | |
| Power Supply (12V, 5A) | ACHA-12501 | 190 | | |
| Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | 3118694-201 | 1,300 | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 6' | PE3076-72 | 104 | | |
| Cable Assembly, RF (SMA-M to RTANGM-M) 12' | PE3076-144 | 108 | | |
| Antenna Device, Wave, PCS/Cell (Green) | 2014620-001 | 22 | | |
| Antenna Device, Wave, GSM  (Orange) | 2014620-002 | 22 | | |
| Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | 2014628-001 | 18 | | |
| Backpack Carrying Case Custom (Blue) | 3100242-103 | 450 | | |
| Backpack Carrying Case Custom (Army Digi-Camo) | 3100242-104 | 450 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | | |
| | | | | |
| **AmberJack** | | | | |
| | | | | |
| AmberJack G | AJ-G | 24,300 | 23,100 | 22,158 |
| AmberJack X | AJ-X | 24,300 | 23,100 | 22,158 |
| AmberJack W | AJ-W | 38,400 | 36,500 | 35,015 |
| AmberJack Legacy to W Upgrade | AJL-W-UP | 19,750 | 18,800 | 18,009 |
| AmberJack X & G to W Upgrade | AJXG-W-UP | 21,650 | 20,600 | 19,741 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **AmberJack Accessories** | | | | |
| | | | | |
| Cable Assembly, DBDF Antenna, Loggerhead (12') | 3088596-101 | 650 | | |
| Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the | 3120038-101 | 650 | | |
| Carrying Case | RE0512HA-2 | 890 | | |
| Cable Assembly, 3-Way Splitter | DC15A-3J1 | 170 | | |
| Eyebolt, Swivel | 47621 | 54 | | |
| Power Cable Internal | 3087877-101 | 73 | | |
| Tool, Eyebolt | 47641/94882 | 15 | | |
| Webbing Assembly, 12ft. | 8834T535 | 35 | | |
| Radome Assembly | 3087882-101 | 1,800 | | |
| Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) Three | KCII/1660 | 800 | | |
| Cable Assembly,  (35') | KCII/1672-1 | 1,200 | | |
| Cable Assembly, DBDF Antenna, StingRay (25') | KCII/1672 | 975 | | |
| Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: | KCII/1684 | 825 | | |
| Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | KCII/1696 | 1,300 | | |
| CASE,CARRYING;AMBERJACK-W | RE022608HA | 1,020 | | |
| | | | | |
| **4 Watt PA Kit** | | | | |
| | | | | |
| Power Amp Kit | PA-KIT | 3,500 | 3,300 | |
| **4 Watt PA Kit Accessories** | | | | |
| | | | | |
| Power Amp | SM0520-36HH | 2,150 | | |
| Carrying Case | RE0602HA | 700 | | |
| Adapter Cable - SMA Male to SMA Male  (12") | PE3377-12 | 58 | | |
| 3 Way DC Splitter | DC15A-3J1 | 170 | | |
| DC Power Cable | CBLIO-00390 | 100 | | |
| Right Angle SMA Coax Adapter | PE9068 | 32 | | |
| Mounting Plate | 3102393-101 | 52 | | |
| Adapter Cable - SMA Male to SMA Male  (72") | PE3377-60 | 60 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | | |



# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

Version S&L 2010

| 10 Watt PA Kit | | | | |
|---|---|---|---|---|
| Power Amp Kit - 10 Watt | PA-KIT-10W | 4,500 | 4,300 | |
| **10 Watt PA Kit Accessories** | | | | |
| Amplifier 10Watt | SM0822-3906 | 2,390 | | |
| Carrying Case | RE0118HA | 700 | | |
| Adapter Cable - SMA / TNC  (18") w/ Attenuator | 3147080-101 | 108 | | |
| 3 Way DC Splitter | DC15A-3J1 | 170 | | |
| Adapter Cable - SMA / TNC  (72") w/ Attenuator | 3147080-102 | 110 | | |
| DC Power Cable for 10-Watt PA | 180-8045-66 | 62 | | |
| AC to DC Power Supply for 10 Watt PA | ACHA1270-1465 | 218 | | |
| AC to DC Power Supply for 10 Watt PA - 25 feet | CBLMS-F00416 | 120 | | |
| Quad Band Mag Mount Antenna Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Attenuator, FXD; 5DB (SMA to SMA) | BW-S5W2 | 50 | | |
| **25 Watt PA Kits** | | | | |
| High Power Filtered 25W PA Kit - (800/850/1900/2100 B4) | PA-KIT-25W CONUS | 11,500 | 10,900 | 10,486 |
| High Power Filtered 25W PA Kit - (9001800/2100 B1) | PA-KIT-25W OCONUS | 11,500 | 10,900 | 10,486 |
| **25 Watt PA Kit Accessories** | | | | |
| High Power antenna | VBC-822-M-1 | 800 | | |
| DC Powr Cable (CLA) | 3092525-101 | 120 | | |
| AC/DC Power Converter | ACHA1224-2651 | 1,000 | | |
| DC / DC Power Cable | CBLIO-00640 | 200 | | |
| RF Cable | 920-10027-012 | 250 | | |
| Carry Case | RE052809HA | 900 | | |
| **30 Watt PA Kits - Harpoons** | | | | |
| High Power Filtered 30W PA Kit- Single Band iDEN 800 | PA-KIT-30W iDEN 800 | 16,400 | 15,600 | 14,954 |
| High Power Filtered 30W PA Kit- Single Band 2100 | PA-KIT-30W 2100 | 18,550 | 17,600 | 16,915 |
| High Power Filtered 30W PA Kit- Dual Band 850/1900 | PA-KIT-30W Dual-Band CONUS | 20,200 | 19,200 | 18,419 |
| High Power Filtered 30W PA Kit- Dual Band 900/1800 | PA-KIT-30W Dual-Band OCONUS | 20,200 | 19,200 | 18,419 |
| **30 Watt PA Kits - Harpoons Accessories** | | | | |
| Harpoon AC/DC Converter | ACHA2816-2597 | 1,200 | | |
| USB Cable Assembly | 3092524-102 | 196 | | |
| USB to AUX Cable Assembly (Beige) | 3181099-101 | 210 | | |
| RF Cable Assembly (Blue) | 920-10027-012 | 210 | | |
| Harpoon Mounting Tray Assembly | 3182503-101 | 700 | | |
| Antenna: 806-2200 MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Coax Adapter; SMA Male to TNC Female | PE9078 | 60 | | |
| Aux to Primary (Harpoon to SR) Cable Assy | 3186799-101 | 210 | | |
| Aux to Primary (Harpoon to SR II) Cable Assy | 3186800-101 | 180 | | |
| **OCTOPUS** | | | | |
| Tactical Power Kit | OCTOPUS | 20,000 | 19,000 | 18,237 |
| **OCTOPUS Accessories** | | | | |
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 | | |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 | | |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 | | |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 | | |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 | | |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 | | |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 | | |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 | | |
| Directional Antenna, Quad Band w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 | | |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 | | |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 | | |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3662-72) | 3118694-101 | 1,300 | | |



# WPG Product Pricing

**Effective Date:  12/7/09**

Version S&L 2010 **Update:  2/24/10**

| Converters | | | | |
|---|---|---|---|---|
| StingRay 2100 MHz B1 Down Converter w/ By Pass (OCONUS) | CONV-2100/1900-W/BP | 19,800 | 18,800 | 18,054 |
| StingRay 2100 MHz B4 Down Converter w/ By Pass (CONUS) | CONV-2100/1700-W/BP | 19,800 | 18,800 | 18,054 |

| Converter Accessories | | |
|---|---|---|
| HA1225-1937 | Adapter | 210 |

| Controller Descriptions | | |
|---|---|---|
| Laptop PC | 2009523 | 3,500 |
| Toughbook PC | 2009525 | 6,500 |
| Rugged Mini-PC | 2014069 | 5,500 |

| Optional Antenna | | |
|---|---|---|
| Directional Antenna, Quad Band w/Handle - *Requires P/N PE3377-72 &PE9070 | SWAN80183G1W3V3 | 740 |
| Quad Band Mag Mount Antenex Antenna (TNC) | 3174173-101 | 125 |
| 15' TNC-M to TNC-F Extension Cable | CA-400UF-TMTF-15 | 60 |
| Quad Band Mag Mount Antenex Antenna (SMA) | 3174173-102 | 125 |
| Antenna; 806-2200MHZ Magnetic Mount | VBC-822-M-1 | 800 |
| Directional Antenna, Yagi (Cell) | 3084617-101 | 300 |
| Directional Antenna, Yagi (DCS/PCS) | 3084618-101 | 300 |
| Directional Antenna, Yagi (GSM) | 3084619-101 | 300 |
| Directional Antenna, Yagi w/Handle w/ Attenuator - Requires P/N PE3377- | 3120062-101 | 1,100 |
| Directional Antenna, Yagi (DCS/PCS) - Pole Mount | Y421812 | 100 |
| Directional Antenna, Yagi (GSM) Pole Mount | Y2287A-66 | 100 |
| Quad Band Yagi (Wedge) 6ft Cable included (PE3662-72) | 3118694-101 | 1,300 |

| Repairs | | |
|---|---|---|
| Repair for all WPG products not covered by warranty. Charges are $85.00/hr plus REPAIR | | TBD |

| Maintenance Descriptions | Part # | Domestic & Int'l | GSA |
|---|---|---|---|
| Maintenance 4W PA Kit | MT-4W | 500 | |
| Maintenance 10W PA Kit | MT-10W | 500 | |
| Maintenance 25W PA Kit CONUS | MT-25WC | 1,500 | 1,436 |
| Maintenance 25W PA Kit OCONUS | MT-25WO | 1,500 | 1,436 |
| Maintenance AmberJack X | MT-AJX | 3,000 | 2,872 |
| Maintenance AmberJack G | MT-AJG | 3,000 | 2,872 |
| Maintenance AmberJack W | MT-AJW | 5,000 | 4,786 |
| Maintenance Converter Band 1 OCONUS w/ BP | MT-CONV1O | 2,700 | 2,584 |
| Maintenance Converter Band 4 CONUS w/ BP | MT-CONV4C | 2,700 | 2,584 |
| Maintenance Harpoon 2100 | MT-HARP21 | 2,000 | 1,914 |
| Maintenance Harpoon CONUS | MT-HARPC | 2,000 | 1,914 |
| Maintenance Harpoon iDEN | MT-HARPI | 2,000 | 1,914 |
| Maintenance Harpoon OCONUS | MT-HARPO | 2,000 | 1,914 |
| Maintenance KingFish | MT-KF | 4,000 | 3,829 |
| Maintenance Octopus | MT-OCT | 2,700 | 2,584 |
| Maintenance StingRay | MT-SR | 11,000 | 10,529 |
| Maintenance StingRay II | MT-SRII | 22,000 | 21,058 |

| Training Descriptions | Part # | Per Description |
|---|---|---|
| Training - Melbourne | TRAIN-MLB | 4,000 |
| Training - Melbourne 1-Day Course | TRAIN-MLB-1 | 2,500 |
| Training - Florida | TRAIN-FL | 4,300 |
| Training - East Coast | TRAIN-EC | 6,000 |
| Training - East Coast 1-Day Course | TRAIN-EC-1 | 3,750 |
| Training - West Coast | TRAIN-WC | 9,000 |
| Training - West Coast 1-Day Ciurse | TRAIN-WC-1 | 6,000 |

*Harris Proprietary Information*
For Internal Company Use Only



Version S&L 2010

# WPG Product Pricing

**Effective Date:** 12/7/09
**Update:** 2/24/10

**WPG Contact Information:**

**Michael Dillon**
Federal, State and Local Law Enforcement
(571) 246-7450
michael.dillon@harris.com

**Rich Roosa**
DoD, SOCOM, International, Federal Intelligence
Ph: (321) 309-7430
Cell: (321) 223-9551
richard.roosa@harris.com

**Lin Vinson**
ARMY, National Security, Federal Intelligence
(321) 258-2583
lin.vinson@harris.com

**Susan McCreery**
Sales/Support
321-309-7459 (Office)
321-258-9631 (BlkBry)
321-409-6975 (fax)
www.wpg.harris.com
www.premier.harris.com/wpg
susan.mccreery@harris.com

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

**⬇ EXHIBIT 014 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris GCSD Price List** (Sep. 2008) (Nov. 29, 2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/48000.pdf (last accessed: Mar. 9, 2011), p. 4;



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



## HARRIS GCSD
## PRICE LIST
### Effective September 2008
### All price quotes are in USD ($)

*\*\*\*This price list supersedes all previous price lists.  Prices and products are subject to change without notice.  Products are subject to discontinuation without notice.\*\*\**



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| AmberJack® | | | |
|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | |
| | | 1 to 15 Units | 16+ Units |
| AJ-G | **The AmberJack-G DF Antenna** is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 900 and 1800 MHz Bands.* | $   24,300 | $   23,100 |
| AJ-X | **The AmberJack-X DF Antenna** is a phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the GSM 800 and 1900 MHz Bands.* | $   24,300 | $   23,100 |
| AJ-W | **The AmberJack-W DF Antenna** is a wideband phased array direction-finding (DF) antenna system capable of tracking and locating mobile phone users and base stations Forward and Reverse in the frequency bands from 800MHz to 2100 MHz* | $   38,400 | $   36,500 |
| AJ-GUP | **AmberJack-G DF Antenna Upgrade.** Upgrades the legacy AJ-DF antenna to the AJ-G antenna. | $   13,000 | $   12,400 |
| AJ-XUP | **AmberJack-X DF Antenna Upgrade.** Upgrades the legacy AJ-DF antenna to the AJ-X antenna. | $   9,000 | $   8,600 |
| AJ-WUG | **AmberJack-W DF Antenna Upgrade.** Upgrades the legacy AJ-DF antenna, AJ-X or AJ-G antenna to the AJ-W antenna. | $   18,000 | $   17,100 |
| | *Requires PC Controller Software for Gossamer Operations.* | | |

| *AmberJack Accessories* | | **PRICE** | |
|---|---|---|---|
| 3088596-101 | Cable Assembly, DBDF Antenna, Loggerhead (12') | $   650 | |
| 3120038-101 | Cable Assembly, DBDF Antenna, LH/Gossamer (12') (To be used in place of the 3088596-101 for both LH and Gossamer) | $   650 | |
| KCII/1660 | Cable Assembly, DBDF Antenna, StingRay (12')- (old PN: 3099547-101) | $   800 | |
| RE0512HA-2 | Carrying Case | $   890 | |
| DC15A-3J1 | Cable Assembly, 3-Way Splitter | $   170 | |
| 47621 | Eyebolt, Swivel | $   54 | |
| 3087877-101 | Power Cable Internal | $   73 | |
| 47641/94882 | Tool, Eyebolt | $   15 | |
| 8834T561 | Webbing Assembly, 12ft. | $   35 | |
| 3087882-101 | Radome Assembly | $   1,800 | |
| KCII/1672 | Cable Assembly, DBDF Antenna, StingRay (25') | $   975 | |
| KCII/1684 | Cable Assembly, DBDF Antenna, StingRay (5 meters or 16' 4") - (old PN: 3099547-103) | $   825 | |
| KCII/1696 | Cable Assembly, DBDF Antenna, StingRay (50') - (old PN: 3099547-102) | $   1,000 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## StingRay®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY | StingRay (4 module) – 1-CH Xmit Interrogation and Direction Finding Transportable Unit. | $ 75,100 | $ 71,300 |
| SRAY-GSM-SW | **StingRay – GSM Software Package** | $ 22,000 | $ 20,900 |
| SRAY-CDMA-SW | **StingRay – CDMA Software Package** | $ 22,000 | $ 20,900 |
| SRAY-IDEN-SW | **StingRay – iDEN Software Package** | $ 22,000 | $ 20,900 |
| SRAY-UMTS-SW | **StingRay – UMTS Software Package** | N/C | N/C |
| SRAY-GSM-SW-INTCP | **StingRay -- GSM Intercept Software Package without S/C** | $ 27,400 | $ 26,000 |
| SRAY-GSM-SW-INTCP-SC | **StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer)** | $ 50,000 | $ 25,000 |
| UMTS-B1-CONV | **StingRay 2100/1900MHz Down Converter** | $ 16,000 | $ 15,200 |
| UMTS-B4-CONV | **StingRay 2100/1700MHz Down Converter** | $ 16,000 | $ 15,200 |
| AIRBRN-KIT-CONUS | **Airborne DF Kit CONUS** | $ 9,000 | $ 8,550 |

## StingRay II®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| STINGRAY II | StingRay II – 4-CH Multi-Xmit Interrogattion and Direction Finding Transportable Unit. | $ 148,000 | $ 140,600 |
| STINGRAY II-UP | **StingRay II – StingRay to StingRay II Upgrade** | $ 65,000 | $ 61,800 |
| SRAY II-GSM-SW | **StingRay – GSM Software Package** | $ 22,000 | $ 20,900 |
| SRAY II-CDMA-SW | **StingRay – CDMA Software Package** | $ 22,000 | $ 20,900 |
| SRAY II-IDEN-SW | **StingRay – iDEN Software Package** | $ 22,000 | $ 20,900 |
| SRAY II-GSM-SW-INTCP | **StingRay -- GSM Intercept Software Package** | $ 27,400 | $ 26,000 |
| SRAY II-GSM-SW-INTCP-SC | **StingRay -- GSM Intercept Software Package with S/C (Restricted Sales only Federal Customer)** | $ 50,000 | $ 25,000 |
| SRAY II-UMTS-SW | **StingRay – UMTS Software Package** | N/C | N/C |

### *StingRay Accessories*

| | | PRICE |
|---|---|---|
| 3092524-102 | Cable Assembly PC/USB - 6' Cable | $ 196 |
| 3092524-103 | Cable Assembly PC/USB - 12' Cable | $ 220 |
| 3092525-101 | Cable DC Power | $ 171 |
| RE1017HA | Carrying Case | $ 925 |
| 17250 | 115V Power Cord | $ 8 |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| DE2035-803 | Adapter, DC (Laptop) (non- Charging) | $ 226 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |
| OSMM-SA-20 | Mobile Mast 20' | $ 2,990 |
| PE3665-144 | 12' Extension Cable (TNC to N) | $ 80 |
| PE3414-144 | 12' Extension Cable (TNC to TNC) | $ 85 |
| PE9131 | N-F to TNC-F Adapter | $ 48 |
| PE9099 | TNC-F to TNC-F Adapter | $ 28 |
| PE9090 | N-M to TNC-F Adapter | $ 30 |
| PE9089 | N-F to TNC-M Adapter | $ 28 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| *StingRay Accessories continued...* | | PRICE |
|---|---|---|
| Y2287A-66 | Directional Antenna, Yagi (GSM) Pole Mount | $ 100 |
| FPPA-400 | Field Portable Power Adapter (Military Vehicles) | $ 2,900 |
| FPPS-375 | Field Portable Power Source (Battery Pack) | $ 1,700 |
| FPACPS | Field Portable AC Power Source | $ 900 |
| 3092527-201 | SDR Radio Slice | $ 15,000 |
| 3092577-101 | DC-DC Power Supply Module (SR & KF) | $ 1,400 |
| WSA-00045 | Duplex Filter (AMPS/PCS) Stand Alone | $ 1,970 |
| WSA-00100 | Duplex Filter (EGSM/DCS) Stand Alone | $ 2,310 |
| 3174173-101 | Quad Band Mag Mount Antenex Antenna (TNC) | $ 125 |

HARRIS Wireless Products Group
PO Box 9800
Melbourne, Florida 32902
1-800-FLB-LAWS (1-800-358-5297) Fax: 321-309-7437



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

## KingFish®

| MODEL NUMBER | DESCRIPTION | PRICE 1 to 15 Units | 16+ Units |
|---|---|---|---|
| KINGFISH | **KingFish** – Man Portable Interrogation and Direction Finding Unit for the CDMA waveform | $ 27,800 | $ 26,400 |
| KF-GSM-SW | **KingFish** – GSM Software Package | $ 18,100 | $ 17,200 |
| KF-CDMA-SW | **KingFish** – CDMA Software Package | $ 18,100 | $ 17,200 |
| KF-IDEN-SW | **KingFish** – iDEN Software Package | $ 18,100 | $ 17,200 |
| KF-UMTS-SW | **KingFish** – UMTS Software Package | N/C | N/C |

| *KingFish Accessories* | | PRICE | |
|---|---|---|---|
| 3100242-101 | Tote Bag Assembly | $ 570 | |
| RE0513HA | Carrying Case, KingFish | $ 950 | |
| 3092524-102 | Cable Assembly, W102 (PC USB Type A)  6' cable | $ 196 | |
| 3092525-101 | Cable DC Power | $ 171 | |
| 2014068-101 | Battery Pack (11.1V) | $ 256 | |
| 2014068-102 | Lithium-Ion Battery Charger | $ 426 | |
| VA2524 | Battery, Adapter, Lighter (24V, 1.5A) | $ 140 | |
| ACHA-12501 | Power Supply (12V, 5A) | $ 190 | |
| 3118694-201 | Quad Band Yagi (Wedge) including 6ft cable (PE 3076-72) | $ 1,300 | |
| PE3076-72 | Cable Assembly, RF (SMA-M to RTANGM-M) 6' | $ 104 | |
| PE3076-144 | Cable Assembly, RF (SMA-M to RTANGM-M) 12' | $ 108 | |
| 2014620-001 | Antenna Device, Wave, PCS/Cell (Green) | $ 22 | |
| 2014628-001 | Antenna, ¼ Wave (2.4 GHZ) (Bluetooth) | $ 18 | |
| 2014629-002 | Antenna Device, Wave, GSM  (Orange) | $ 22 | |
| 3100242-103 | Backpack Carrying Case Custom (Blue) | $ 660 | |
| 3100242-104 | Backpack Carrying Case Custom (Army Digi-Camo) | $ 660 | |
| 3174173-102 | Quad Band Mag Mount Antenex Antenna (SMA) | $ 125 | |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

| PC Controllers | | |
|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** |
| 2009523-101 | Laptop PC Controller (Dell Latitude D630) | $ 3,500 |
| 2015651-101 | Mini PC Controller (OQO) | $ 3,200 |
| 2014069-101 | Rugged Mini PC Controller (GD Go Book) | $ 4,900 |
| 3084625-101 | Laptop Computer, Lightweight, Low Power, 12" Screen | $ 3,000 |
| 2009525-101 | Panasonic Toughbook Computer | $ 6,500 |
| *PC Controller Accessories* | | **PRICE** |
| 3058870-101 | Serial Cable | $ 40 |
| 2009523-003 | Mouse, CMPTR (Micro Trac) | $ 50 |
| 2009523-002 | Auto Power Adapter (8500 & D600) | $ 128 |

| Harpoon High Powered Amp 30 Watt Filtered | | | |
|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | |
| | | **1 to 15 Units** | **16+ Units** |
| PA-KIT-30W iDEN 800 | High Powered Filtered 30W PA Kit - Single Band iDEN 800 | $ 14,000 | $ 13,300 |
| PA-KIT-30W 2100 | High Powered Filtered 30W PA Kit - Single Band UMTS 2100 | $ 16,000 | $ 15,200 |
| PA-KIT-30W Dual-Band CONUS | High Powered Filtered 30W PA Kit - Dual Band 850/1900 | $ 17,500 | $ 16,600 |
| PA-KIT-30W Dual-Band OCONUS | High Powered Filtered 30W PA Kit - Dual Band 900/1800 | $ 17,500 | $ 16,600 |
| 3184472-101 | Harpoon Diplexer Kit (Use w/SR I) | $ 650 | $ 650 |
| | Need Mag Mount Antenna Specified | | |

| UMTS Band Converters | | | |
|---|---|---|---|
| **MODEL NUMBER** | **DESCRIPTION** | **PRICE** | |
| | | **1 to 15 Units** | **16+ Units** |
| CONV-2100/1700 | UMTS Band IV -AWS Converter | $ 16,000 | $ 15,200 |
| CONV-2100/1900 | UMTS Band I Converter | $ 16,000 | $ 15,200 |



EFFECTIVE: SEPTEMBER, 2008
HARRIS PROPRIETARY INFORMATION
DO NOT DISTRIBUTE

↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓
↓ **EXHIBIT 015** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Durham, NC, USA - City Council Agenda No. 7503, **Harris Sole Source Vendor Letter** (Sept. 29, 2010), *available at* http://www.durhamnc.gov/agendas/2010/cws20110103/251951_7503 _342363.pdf (last accessed Mar. 9, 2011);



HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
4100 Lafayette Center Drive
Chantilly, VA USA 20151
phone 1-571-246-7450
e-mail: michael.dillon@harris.com
www.harris.com

September 29, 2010

Kisha Ethridge
Grants Manager
Durham Police Department
505 West Chapel Hill St.
Durham, NC 27701

**RE: RayFish® Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of wireless surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies.   Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration.   Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer.   Harris WPG has also developed specialized training courses for the operation and use of the RayFish equipment.

The Harris RayFish® product line includes the StingRay II, StingRay, and KingFish systems, which are compatible with the CDMA2000, GSM, and iDEN (Nextel) protocols.  The Harris StingRay and KingFish systems are the only cooperative portable/man-portable standard +12VDC powered/battery powered multi-protocol surveillance systems currently available.  When interfaced with the optional Harris AmberJack DF antenna, supported mapping software, laptop PC controller, and the Harris 25-Watt power amplifier kit, the StingRay can perform vehicular-based operations.   The transportability and standard +12VDC vehicular power features of the Harris StingRay and AmberJack, and the battery-powered features of the KingFish are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions.   These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and protocol software.

Harris also sells training on the use of the RayFish product line and accessories.  Standard training sessions are 2 days per class with a maximum class size of 4 students.  One-year maintenance agreements are included with all Harris WPG Products.  Maintenance agreements include the following:

- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

Harris WPG is your only source and distributor for the StingRay II, StingRay and AmberJack vehicular-based systems, and the KingFish man-portable and dual-mode systems, and compatible accessories, authorized training and maintenance. Harris may provide equipment through a designated vehicle integrator when needed and arranged.

If you require any additional information, please don't hesitate to call me at (571) 246-7450.

Sincerely,

Michael E. Dillon
Major Account Manager Wireless Products Group
Harris Corporation

↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓
↓ **EXHIBIT 016** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris Sole Source Vendor Letter** (Nov. 29, 2006), *available at* http://egov.ci.miami.fl.us/Legistarweb/Attachments/34768.pdf (last accessed: Mar. 9, 2011), p. 1;

**HARRIS**

HARRIS CORPORATION

Government Communications
Systems Division
Wireless Products Group
Post Office Box 9800
Melbourne, FL USA 32902-9800
phone 1-800-358-5297
fax 1-321-309-7437

www.harris.com

Date:   29 November 2006

To:     City of Miami PD – Manuel Diaz

From:   Harris Wireless Products Group

REF:    <u>KingFish, KingFish GSM S/W, Pocket PC GSM S/W & Training Sole Source Justification</u>

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of cellular surveillance and tracking equipment for exclusive utilization by Government and Law Enforcement Agencies.  Harris WPG developed and owns the design, but does sub-contract the electronic board assemblies, the functional testing of those assemblies, and the integration into the final equipment chassis.  Harris WPG adds application specific S/W and conducts final testing on this chassis prior to shipping to the end-item customer.

<u>The KingFish system is the only man-portable battery powered CDMA & GSM Interrogation, Active Location, and Signal Information Collection system currently available.</u>  KingFish is compatible with CDMA commercial standards IS-95A, IS-95-B, TSB74, and J-STD-008 in the U.S. 800 and 1900 MHz bands.  A GSM S/W upgrade package (for the KingFish and its Pocket PC) is available for purchase that will allow operation against the GSM standard in the U.S. 800 and 1900 MHz bands (as well as the overseas 900 MHz E-GSM and DCS 1800 MHz bands).  KingFish can also be powered via standard automotive +12V DC or standard 110VAC.  The man-portability and battery power features of the Harris KingFish product are unique for tactical mission needs, allowing the user to perform passive collection, active interrogation and active location while on foot (i.e., inside a multi-story building, or outside in rough terrain).

The KingFish is delivered with all the accessories necessary to perform man-portable active location, interrogation and passive collection technical investigations on the CDMA & GSM cellular formats.  Harris also sells training on the use of the KingFish.  Training sessions are 2 days per class with a maximum class size of 4 students.  One training class is required per product, and per cellular protocol.

<u>Harris WPG is your only source for the KingFish, KingFish GSM S/W, KingFish Pocket PC GSM S/W and associated training.</u>

One-year maintenance agreements are included with all Harris WPG Products.  A Maintenance Agreement includes:
- Customer Telephone Support (8AM – 6PM EST) @ 1-800-358-5297
- Warranty on hardware
- Notification of and free access to S/W upgrades as they are released (applies to purchased protocols only)

Upon expiration of the first-year Maintenance Agreement, customers may extend their coverage another 12 months by purchasing an Extended Annual Maintenance Agreement at 15% of the original purchase price of their cellular product.  These can then be renewed annually thereafter for the same 15% fee.

If you require any additional information, please feel free to contact our office at (800) 358-5297 or you can call my direct line at (321) 309-7430.

Sincerely,

Richard F. Roosa
Manager Advanced Programs
Harris Corporation
Wireless Products Group

assured communications

⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇
⬇ **EXHIBIT 017** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Miami, FL, USA – Legislative Files, **Harris Sole Source Letter** (Aug. 25, 2008), *available at* http://egov.ci.miami.fl.us/Legistarweb/ Attachments/40003.pdf (last accessed: Mar. 9, 2011), p. 2;



**HARRIS CORPORATION**

Government Communications
Systems Division
Wireless Products Group
P.O. Box 9800
Melbourne, FL USA 32902-9800
phone 1-321-309-7773

www.harris.com

**August 25, 2008**

**To: Raul Perez, City of Miami PD**

**RE: StingRay and KingFish Sole Source Justification**

Harris Government Communications Systems Division, via its Wireless Products Group (WPG) in Melbourne, FL, offers a comprehensive line of cellular surveillance and tracking equipment, plus training and maintenance, for exclusive utilization by Government and Law Enforcement Agencies. Harris WPG developed and owns the equipment designs, but does sub-contract the electronic board assemblies, functional testing of those assemblies, and chassis integration. Harris WPG adds application specific, proprietary software, and conducts final testing on the chassis prior to shipment to the customer. Harris WPG has also developed specialized training courses for the operation and use of the StingRay and KingFish equipment.

The Harris StingRay and KingFish systems are compatible with the CDMA standard in the 800 MHz and 1900 MHz frequency bands, the GSM standard in the 800 MHz, 900 MHz, 1800 MHz, and 1900MHz frequency bands, the iDEN (Nextel) standard in the 800 MHz and 850 MHz frequency bands, the UMTS standard in the 800 MHz and 1900 MHz frequency bands, and, with optional converter equipment, the UMTS standard in the 2100 MHz frequency band.

The Harris StingRay and KingFish vehicular-based systems are the only portable standard +12VDC powered CDMA, GSM, UMTS, and iDEN interrogation, tracking and location, and signal information collection system currently available. When interfaced with the optional Harris AmberJack direction-finding (DF) antenna(s) (or handheld DF antenna for iDEN and UMTS), Tarpon software, laptop PC controller, and Harpoon amplifier kits, the StingRay can perform vehicular-based DF operations on the CDMA, GSM, UMTS, and iDEN cellular formats. The transportability and standard +12VDC vehicular power features of the Harris StingRay and KingFish products are unique for tactical mission needs.

The StingRay and KingFish are quoted with software and accessories that are required in order to perform missions on the CDMA, GSM, UMTS, and iDEN cellular formats. These include the cable assemblies, power supplies, antennas, laptop PC controller, power amplifiers, handheld DF antenna, AmberJack DF antenna, and cellular format software (CDMA, GSM, UMTS, and iDEN).

Harris also sells training on the use of the StingRay, KingFish and its accessories. Standard training sessions are 2 days per class with a maximum class size of 4 students. One-year maintenance agreements are included with all Harris WPG Products. Maintenance agreements include the following:
- Customer telephone support (8AM – 6PM EST)
- Hardware warranty
- Notification and access to software upgrades as they are released

Harris WPG is your only source and distributor of the StingRay vehicular-based and KingFish man-portable systems plus compatible accessories, training and maintenance.

If you require any additional information, please feel free to my direct line at 321-309-7773 or my mobile at 321-258-2583.

Sincerely,

Lin Vinson   8/25/08

Lin Vinson
Major Account Manager, Wireless Products Group
Harris Corporation

↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓
↓ **EXHIBIT 018** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Maricopa County, FL, USA – **Harris Contract**, Serial No. 09041-SS (May 27, 2010), *available at* http://www.maricopa.gov/materials/Awarded_Contracts/PDF/09041-c.pdf (last accessed Mar. 9, 2011), p. 1, 13-14;

**SERIAL 09041  SS        KING FISH DUAL-MODE SYSTEM**

**DATE OF LAST REVISION: May 27, 2010          CONTRACT END DATE: May 19, 2011**

**CONTRACT PERIOD BEGINNING MAY 20, 2009**
**ENDING MAY 19, ~~2010~~ 2011**

TO:                    All Departments

FROM:                  Department of Materials Management

SUBJECT:               Contract for **KING FISH DUAL-MODE SYSTEM**

Attached to this letter is a listing of vendors available to Maricopa County Agencies utilizing the Sheriff's Office Contract C-50-09-073-3-00.   The using agency and other interested parties may access and electronic version of this contract from the Materials Management Web site at: http://www.maricopa.gov/materials/Awarded_Contracts/search.asp.

**Please note:  Price Agreement Purchase Orders (PG documents) may be generated using the information from this list.  Use NIGP CODE 6808701.**

All purchases of product(s) listed on the attached pages of this letter are to be obtained from the listed contractor(s).

# EXHIBIT A
## PRICING

SERIAL 09041-SS
NIGP CODE:  72500
RESPONDENT NAME:            Lin Vinson
VENDOR NUMBER :

                            Harris Corporation, GCSD
                            Attn:  Mailstop R5/11A
                            PO Box 9800
ADDRESS:                    Melbourne, FL 32902

                            Harris Corporation, GCSD
                            Attn:  Mailstop R5/11A
                            PO Box 9800
P.O. ADDRESS:               Melbourne, FL 32902
TELEPHONE NUMBER:           321-309-7333
FACSIMILY NUMBER:           321-309-7437
WEB SITE:
REPRESENTATIVE:             Lin Vinson
REPRESENTATIVE E-MAIL:      wvinson@harris.com

|  | YES | NO | REBATE |
|---|---|---|---|
| WILL ALLOW OTHER GOVERNMENTAL ENTITIES TO PURCHASE FROM THIS CONTRACT: | [ ] | [X] | |
| WILL ACCEPT PROCUREMENT CARD FOR PAYMENT: | [ X ] | [] | |
| WILL OFFER REBATE (CASH OR CREDIT) FOR UTILIZING PROCUREMENT CARD: | [ ] | [] | 0% |

(Payment shall be made within 48 hours of utilizing the Purchasing Card)

PAYMENT TERMS: RESPONDENT IS REQUIRED TO PICK ONE OF THE FOLLOWING.
PAYMENT TERMS WILL BE CONSIDERED IN DETERMINING LOW BID.  FAILURE TO
CHOOSE PAYMENT TERMS WILL RESULT IN A DEFAULT TO NET 30 DAYS.

| | | |
|---|---|---|
| [] NET 10 DAYS | [ ] NET 45 DAYS | [ ] 1% 10 DAYS NET 30 DAYS |
| [ ] NET 15 DAYS | [ ] NET 60 DAYS | [ ] 2% 30 DAYS NET 31 DAYS |
| [ ] NET 20 DAYS | [ ] NET 90 DAYS | [ ] 1% 30 DAYS NET 31 DAYS |
| [ X ] NET 30 DAYS | [ ] 2% 10 DAYS NET 30 DAYS | [ ] 5% 30 DAYS NET 31 DAYS |

**KingFish Dual-Mode System**
**Vehicular/Man-Portable Configuration**
**CDMA, GSM, & iDEN**

| Technology | Part Number | Description | Unit Price | Qty (ea.) | Total Price |
|---|---|---|---|---|---|
| **KingFish Dual-Mode System:** | KINGFISH | KingFish System | $ 27,800 | 1 | $ 27,800 |
| **Vehicular and Man-Portable Operation** | KF-CDMA-SW | CDMA Controller Software | $ 18,100 | 1 | $ 18,100 |
| **CDMA/GSM/iDEN** | KF-GSM-SW | GSM Controller Software | $ 18,100 | 1 | $ 18,100 |
| Interrogation, Direction Finding, Denial | KF-iDEN-SW | iDEN Controller Software | $ 18,100 | 1 | $ 18,100 |
| of Service & Passive Collection | MINI PC (2015657) | OQO Mini-PC Controller | $ 3,200 | 1 | $ 3,200 |
| | | | **KingFish Price** | | $ 85,300 |
| | | | | | |
| **Training Classes** | TRAIN-MLB | Training-Melbourne, FL (KingFish) | $ 4,000 | 1 | $ 4,000 |
| **KingFish System** | | | **Training Price** | | $ 4,000 |
| | | | **Total System Price** | | $ 89,300 |

**NOTES**
Standard Delivery is 90 Days ARO
StingRay and KingFish Hardware platform comes standard without Software.  Protocol Software (CDMA, GSM, or iDEN) must be purchased separately (includes SDR and Controller Software)
StingRay and KingFish Hardware platform comes standard without a controller computer.  A Laptop or Mini PC must be purchased separately
StingRay and Kingfish support 3 technologies simultaneously, additional technologies can be swapped through a hardware flash process (software provided).
The unit prices above include 1 year Hardware warranty and 1 year access to Software upgrades for the protocol(s) purchased
1 Year extended Maintenance Agreements are available for 15% of the line item prices for the KingFish or AmberJack systems
Maintenance Agreements provide for an additional 12 months of extended Hardware warranty and Software upgrades
Training classes are 12 hours (2 days) per product per protocol (unless stated otherwise) with 4 students maximum per class

⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇
⬇ **EXHIBIT 019** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Valentino-DeVries, Jennifer, *'Stingray' Phone Tracker Fuels Constitutional Clash*, The Wall Street Journal, p. A1 (Sept. 22, 2011) (original article addressing CR08-814-PHX-DGC) *available at* http://online.wsj.com/article/SB10001424053111904194604576583112723197574.html (last accessed: Sept. 22, 2011);

1.00 % APY | A HIGH-YIELD SAVINGS ACCOUNT FROM AMERICAN EXPRESS | LEARN MORE NOW | PERSONAL SAVINGS from American Express
Accounts offered by American Express Bank, FSB. MEMBER FDIC

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.        Order a reprint of this article now

# THE WALL STREET JOURNAL.
WSJ.com

TECHNOLOGY    |    SEPTEMBER 22, 2011

# 'Stingray' Phone Tracker Fuels Constitutional Clash

By JENNIFER VALENTINO-DEVRIES

For more than a year, federal authorities pursued a man they called simply "the Hacker." Only after using a little known cellphone-tracking device—a stingray—were they able to zero in on a California home and make the arrest.



U.S. Patent and Trademark Office

A Harris StingRay II, one of several devices dubbed 'stingrays.'

Stingrays are designed to locate a mobile phone even when it's not being used to make a call. The Federal Bureau of Investigation considers the devices to be so critical that it has a policy of deleting the data gathered in their use, mainly to keep suspects in the dark about their capabilities, an FBI official told The Wall Street Journal in response to inquiries.

A stingray's role in nabbing the alleged "Hacker"—Daniel David Rigmaiden—is shaping up as a possible test of the legal standards for using these devices in investigations. The FBI says it obtains appropriate court approval to use the device.

Stingrays are one of several new technologies used by law enforcement to track people's locations, often without a search warrant. These techniques are driving a constitutional debate about whether the Fourth Amendment, which prohibits unreasonable searches and seizures, but which was written before the digital age, is keeping pace with the times.

On Nov. 8, the Supreme Court will hear arguments over whether or not police need a warrant before secretly installing a GPS device on a suspect's car and tracking him for an extended period. In both the Senate and House, new bills would require a warrant before tracking a cellphone's location.

**More**

Key Documents in 'Stingray' Case

**Digits:** How 'Stingray' Devices Work

**Digits:** How Technology Is Testing the Fourth Amendment

And on Thursday in U.S. District Court of Arizona, Judge David G. Campbell is set to hear a request by Mr. Rigmaiden, who is facing fraud charges, to have information about the government's secret techniques disclosed to him so he can use it in his defense. Mr. Rigmaiden maintains his innocence and says that using stingrays to locate devices in homes without a valid warrant "disregards the United States Constitution" and is illegal.

His argument has caught the judge's attention. In a February hearing, according to a transcript, Judge Campbell asked the prosecutor, "Were there warrants obtained in connection with the use of this device?"

The prosecutor, Frederick A. Battista, said the government obtained a "court order that satisfied [the] language" in the federal law on warrants. The judge then asked how an order or warrant could have been obtained without telling the judge what technology was being used. Mr. Battista said: "It was a standard practice, your honor."

Judge Campbell responded that it "can be litigated whether those orders were appropriate."

On Thursday the government will argue it should be able to withhold details about the tool used to locate Mr. Rigmaiden, according to documents filed by the prosecution. In a statement to the Journal, Sherry Sabol, Chief of the Science & Technology Office for the FBI's Office of General Counsel, says that information about stingrays and related technology is "considered Law Enforcement Sensitive, since its public release could harm law enforcement efforts by compromising future use of the equipment."



The prosecutor, Mr. Battista, told the judge that the government worries that disclosure would make the gear "subject to being defeated or avoided or detected."

A stingray works by mimicking a cellphone tower, getting a phone to connect to it and measuring signals from the phone. It lets the stingray operator "ping," or send a signal to, a phone and locate it as long as it is powered on, according to documents reviewed by the Journal. The device has various uses, including helping police locate suspects and aiding search-and-rescue teams in finding people lost in remote areas or buried in rubble after an accident.

The government says "stingray" is a generic term. In Mr. Rigmaiden's case it remains unclear which device or devices were actually used.

The best known stingray maker is Florida-based defense contractor Harris Corp. A spokesman for Harris declined to comment.

Harris holds trademarks registered between 2002 and 2008 on several devices, including the StingRay, StingRay II, AmberJack, KingFish, TriggerFish and LoggerHead. Similar devices are available from other manufacturers. According to a Harris document, its devices are sold only to law-enforcement and government agencies.

Some of the gadgets look surprisingly old-fashioned, with a smattering of switches and lights scattered across a panel roughly the size of a shoebox, according to photos of a Harris-made StingRay reviewed by the Journal. The devices can be carried by hand or mounted in cars, allowing investigators to move around quickly.

A rare public reference to this type of technology appeared this summer in the television crime drama "The Closer." In the episode, law-enforcement officers use a gadget they called a "catfish" to track cellphones without a court order.

The U.S. armed forces also use stingrays or similar devices, according to public contract notices. Local law enforcement in Minnesota, Arizona, Miami and Durham, N.C., also either possess the devices or have considered buying them, according to interviews and published requests for funding.

The sheriff's department in Maricopa County, Ariz., uses the equipment "about on a monthly basis," says Sgt. Jesse Spurgin. "This is for location only. We can't listen in on conversations," he says.

Sgt. Spurgin says officers often obtain court orders, but not necessarily search warrants, when using the device. To obtain a search warrant from a court, officers as a rule need to show "probable cause," which is generally defined as a reasonable belief, based on factual evidence, that a crime was committed. Lesser standards apply to other court orders.

A spokeswoman with the Bureau of Criminal Apprehension in Minnesota says officers don't need to seek search warrants in that state to use a mobile tracking device because it "does not intercept communication, so no wiretap laws would apply."

FBI and Department of Justice officials have also said that investigators don't need search warrants. Associate Deputy Attorney General James A. Baker and FBI General Counsel Valerie E. Caproni both said at a panel at the Brookings Institution in May that devices like these fall into a category of tools called "pen registers," which require a lesser order than a warrant. Pen registers gather signals from phones, such as phone numbers dialed, but don't receive the content of the communications.

To get a pen-register order, investigators don't have to show probable cause. The Supreme Court has ruled that use of a pen register doesn't require a search warrant because it doesn't involve interception of conversations.

But with cellphones, data sent includes location information, making the situation more complicated because some judges have found that location information is more intrusive than details about phone numbers dialed. Some courts have required a slightly higher standard for location information, but not a warrant, while others have held that a search warrant is necessary.

The prosecution in the Rigmaiden case says in court documents that the "decisions are made on a case-by-case basis" by magistrate and district judges. Court records in other cases indicate that decisions are mixed, and cases are only now moving through appellate courts.

The FBI advises agents to work with federal prosecutors locally to meet the requirements of their particular district or judge, the FBI's Ms. Sabol says. She also says it is FBI policy to obtain a search warrant if the FBI believes the technology "may provide information on an individual while that person is in a location where he or she would have a reasonable expectation of privacy."

Experts say lawmakers and the courts haven't yet settled under what circumstances locating a person or device constitutes a search requiring a warrant. Tracking people when they are home is particularly sensitive because the Fourth Amendment specifies that people have a right to be secure against unreasonable searches in their "houses."

"The law is uncertain," says Orin Kerr, a professor at George Washington University Law School and former computer-crime attorney at the Department of Justice. Mr. Kerr, who has argued that warrants should be required for some, but not all, types of location data, says that the legality "should depend on the technology."

In the case of Mr. Rigmaiden, the government alleges that as early as 2005, he began filing fraudulent tax returns online. Overall, investigators say, Mr. Rigmaiden electronically filed more than 1,900 fraudulent tax returns as part of a $4 million plot.

Federal investigators say they pursued Mr. Rigmaiden "through a virtual labyrinth of twists and turns." Eventually, they say they linked Mr. Rigmaiden to use of a mobile-broadband card, a device that lets a computer connect to the Internet through a cellphone network.

Investigators obtained court orders to track the broadband card. Both orders remain sealed, but portions of them have been quoted by the defense and the prosecution.

These two documents are central to the clash in the Arizona courtroom. One authorizes a "pen register" and clearly isn't a search warrant. The other document is more complex. The prosecution says it is a type of search warrant and that a finding of probable cause was made.

But the defense argues that it can't be a proper search warrant, because among other things it allowed investigators to delete all the tracking data collected, rather than reporting back to the judge.

Legal experts who spoke with the Journal say it is difficult to evaluate the order, since it remains sealed. In general, for purposes of the Fourth Amendment, the finding of probable cause is most important in determining

whether a search is reasonable because that requirement is specified in the Constitution itself, rather than in legal statutes, says Mr. Kerr.

But it is "odd" for a search warrant to allow deletion of evidence before a case goes to trial, says Paul Ohm, a professor at the University of Colorado Law School and a former computer-crime attorney at the Department of Justice. The law governing search warrants specifies how the warrants are to be executed and generally requires information to be returned to the judge.

Even if the court finds the government's actions acceptable under the Fourth Amendment, deleting the data is "still something we might not want the FBI doing," Mr. Ohm says.

The government says the data from the use of the stingray has been deleted and isn't available to the defendant. In a statement, the FBI told the Journal that "our policy since the 1990s has been to purge or 'expunge' all information obtained during a location operation" when using stingray-type gear.

As a general matter, Ms. Sabol says, court orders related to stingray technology "will include a directive to expunge information at the end of the location operation."

Ms. Sabol says the FBI follows this policy because its intent isn't to use the data as evidence in court, but rather to simply find the "general location of their subject" in order to start collecting other information that can be used to justify a physical search of the premises.

In the Rigmaiden example, investigators used the stingray to narrow down the location of the broadband card. Then they went to the apartment complex's office and learned that one resident had used a false ID and a fake tax return on the renter's application, according to court documents.

Based on that evidence, they obtained a search warrant for the apartment. They found the broadband card connected to a computer.

Mr. Rigmaiden, who doesn't confirm or deny ownership of the broadband card, is arguing he should be given information about the device and about other aspects of the mission that located him.

In the February hearing, Judge Campbell said he might need to weigh the government's claim of privilege against the defendant's Fourth Amendment rights, and asked the prosecution, "How can we litigate in this case whether this technology that was used in this case violates the Fourth Amendment without knowing precisely what it can do?"

**Write to** Jennifer Valentino-DeVries at Jennifer.Valentino-DeVries@wsj.com

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇
⬇ **EXHIBIT 020** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Valentino-DeVries, Jennifer, *Feds Shift Tracking Defense: Prosecutors in Arizona Case Drop Position That 'Stingray' Use Didn't Require Warrant*, The Wall Street Journal, (Nov. 3, 2011) *available at* http://online.wsj.com/article/SB1000142405297020462190457701436 3024341028.html (last accessed: Nov. 15, 2011);



Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.          Order a reprint of this article now

## THE WALL STREET JOURNAL.

WSJ.com

TECHNOLOGY    |    NOVEMBER 3, 2011

# Feds Shift Tracking Defense

*Prosecutors in Arizona Case Drop Position That 'Stingray' Use Didn't Require Warrant*

By JENNIFER VALENTINO-DEVRIES

The U.S. Department of Justice now says its use of a cellphone-tracking device in a controversial Arizona case could be considered a "search" under the Fourth Amendment, a tactical move legal experts say is designed to protect the secrecy of the gadgets known as "stingrays."

For more than a year, federal prosecutors have argued in U.S. District Court that the use of the stingray device—which can locate a mobile phone even when it's not being used to make a call—wasn't a search, in part because the user had no reasonable expectation of privacy while using Verizon Wireless cellphone service. Under that argument, authorities wouldn't need to obtain a search warrant before using one of the devices.



The defendant in the case, Daniel David Rigmaiden, is facing fraud charges. His quest to force the government to provide information about the device used to locate him was the subject of front-page article in The Wall Street Journal in September.

Legal experts say the government's move fits into its strategy of keeping information about the devices under wraps, and the government continues to maintain that, in general, search warrants aren't required.

The government said it is willing to make these concessions in this case alone in an attempt to "avoid unnecessary disclosure" of information about its stingray devices. The judge in the case, David G. Campbell, had indicated he might want to know more about the technical details of the devices before ruling on whether their use constituted a search.

The government's move comes amid renewed questions about how the use of new technologies by law enforcement is challenging interpretations of the Fourth Amendment, which prohibits unreasonable searches and seizures.

The Supreme Court is set to hear oral arguments next week in a case in which federal agents used a GPS device to track a suspect's car for a month without a search warrant. The government argues that people driving on public roads don't have a reasonable expectation of privacy in their public movements.

In the Arizona case, Mr. Rigmaiden was found after federal agents used a stingray to track a mobile device to an apartment building. He has argued that using stingrays to locate devices in homes without a valid warrant "disregards the United States Constitution" and is illegal.


U.S. Patent and Trademark Office

Harris Corp. is the best-known maker of stingrays, like the one above.

In a memo filed with the court last week, the prosecution said it will agree that in this case, the "tracking operation was a Fourth Amendment search and seizure." It also will agree with some of the defendant's other assertions, including that the stingray caused a "disruption of service."

But the government's concessions don't represent a shift in policy. In the same memo, the government says its "position continues to be that, as a factual matter, the operation did not involve a search or seizure under the Fourth Amendment."

The latest filing means that in the Arizona case the government could stake its case on the argument that it did have a valid search warrant.

The defense has asserted the order wasn't, in fact, a proper search warrant, in part because it allowed investigators to delete all the tracking data collected, rather than reporting back to the judge.

The defense didn't immediately respond to a request for comment. The U.S. Attorney's Office declined to comment beyond what was in the memorandum.

**Earlier**

**Phone Tracker Fuels Constitutional Clash**
9/22/2011

**More on Internet Privacy**

**Using Credit Cards to Target Web Ads**

**Secret Orders Target Email**

**Heading Off Privacy Problems**

**Latest in Web Tracking: Stealthy 'Supercookies'**

**Facebook Adds New Privacy Controls**

In September, a Federal Bureau of Investigation representative told the Journal the policy of deletion "is intended to protect law enforcement capabilities so that subjects of law enforcement investigations do not learn how to evade or defeat lawfully authorized investigative activity."

Along with its memorandum, the government submitted an affidavit from an FBI special agent expanding on the agency's reasons for deleting data associated with stingray devices.

In the latest memo, the FBI says all data from stingrays are deleted because the devices may tend to pick up information on innocent people in addition to suspects. To ensure "that the privacy rights of those innocent third parties are maintained" after their data has been captured, all the information is deleted, including that pertaining to the subject. The defense indicated that it plans to file a response to the memorandum this week.

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇
⬇ **EXHIBIT 021** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

USDOJ [M.D.La.] Aug. 12, 2008, Response to ACLU FOIA Request No. 07-4130, *available at* http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080 812.pdf (last accessed: Jan. 11, 2011); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C.  20530
202-616-6757   Fax 202-616-6478

Requester:  Catherine Crump                          Request Number:   07-4130

Subject of Request: Mobile Phone Tracking (Item 1-4)                     AUG  12  2008

Dear Requester:

    Your request for records under the Freedom of Information Act/Privacy Act has been
processed.  This letter constitutes an interim reply from the Executive Office for United States
Attorneys, the official record-keeper for all records located in this office and the various United States
Attorneys' Offices.  To provide you the greatest degree of access authorized by the Freedom of
Information Act and the Privacy Act, we have considered your request in light of the provisions of both
statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with
regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy
Act, 28 C.F.R. § 16.81.  We have also processed your request under the Freedom of Information Act
and are making all records required to be released, or considered appropriate for release as a matter of
discretion, available to you.  This letter is a [ **X** ] partial [   ] full denial.

    Enclosed please find:

    __37__ page(s) are being released in full (RIF);
    __2__ page(s) are being released in part (RIP);
    _____ page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to
determine if any information could be segregated for release.**

    The exemption(s) cited for withholding records or portions of records are marked below.  An
enclosure to this letter explains the exemptions in more detail.

<u>Section 552</u>                                                    <u>Section 552a</u>

[   ] (b)(1)      [   ] (b)(4)      [   ] (b)(7)(B)            [ **X** ] (j)(2)
[   ] (b)(2)      [ **X** ] (b)(5)    [   ] (b)(7)(C)            [   ] (k)(2)
[   ] (b)(3)      [   ] (b)(6)      [   ] (b)(7)(D)            [   ] (k)(5)
_____      [   ] (b)(7)(A)    [ **X** ] (b)(7)(E)        [   ] _____
_____                        [   ] (b)(7)(F)

                                                            (Page 1 of 2)

USDOJ [M.D.La.] Response to ACLU FOIA Request No. 07-4130 [Aug. 12, 2008]; Page # 1 of 42;
Download at <http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf>
[last accessed Jan. 11, 2011];

[ **X** ] _47_ additional page(s) originated with another government component.  **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component for review and direct response to you: Department of Justice, Criminal Division.

[ **X** ] _4_ additional page(s) originated with another government component.  **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component for consultation and our office will respond to you after their review:  U.S. Marshals Service .

[ **X** ]   See additional information attached.

Although I am aware that this request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you that if you consider my response to be a denial of your request, you have the right to file an administrative appeal by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**.  In light of the fact that this is an interim response, I would ask that you wait until the EOUSA has issued its final response in this request before you file an appeal.

Sincerely,

*Karen M Finnegan for*

William G. Stewart II
Assistant Director

Enclosure(s)

(Page 2 of 2)

USDOJ [M.D.La.] Response to ACLU FOIA Request No. 07-4130 [Aug. 12, 2008]; Page # 2 of 42;
Download at <http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf>
[last accessed Jan. 11, 2011];

## EXPLANATION OF EXEMPTIONS

### FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

### PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  information complied in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

FBI/DOJ
1/06

USDOJ [M.D.La.] Response to ACLU FOIA Request No. 07-4130 [Aug. 12, 2008]; Page # 3 of 42;
Download at <http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf>
[last accessed Jan. 11, 2011];

USABook Topic Page - Simulators/Digital Analyzers/Triggerfish

## USABook > Electronic Surveillance > Cell Site Simulators, Triggerfish, Cell Phones

A cell site simulator (sometimes called a digital analyzer, cell site locator, triggerfish, ESN reader, or swamp box) is a mobile device that can electronically force a cell phone to register its telephone number (MIN), electronic serial number (ESN), and information about its location, when the phone is turned on. This can be done without the user knowing about it, and without involving the cell phone provider.

Section 216 of the Patriot Act altered the definition of a pen register in 18 U.S.C. § 3127 (3) so that it includes these devices. Consequently, a pen register/trap and trace order must be obtained by the government before it uses such a device.

The use of a triggerfish to locate cellular telephones is an issue of some controversy. The Office of Enforcement Operations (OEO) encourages AUSAs to contact Mark Eckenwiler at (202) 616-0435 if they have questions or concerns.

**Note.** It may also be possible to flash the firmware of a cell phone so that you can intercept conversations using a suspect's cell phone as the bug. You don't even have to have possession of the phone to modify it; the "firmware" is modified wirelessly. This law enforcement tool was recently discussed in a Memorandum Opinion from SDNY, and has been getting a bit of news coverage lately. The authority for doing this can be found in 18 U.S. C. § 2518(11), but it sounds like something that you would not want to do without checking with OEO first.

See also:

- *Electronic Surveillance Manual* Chapter XIV

- Electronic Surveillance Issues

- *Federal Narcotics Prosecutions* § 3.16

- 76 ALR4th 536 ("Search and Seizure of Telephone Company Records Pertaining to Subscriber as Violation of Subscriber's Constitutional Rights")

- USABook topic pages: Electronic Surveillance; Pen Registers

updated 02/23/07

USDOJ ACLU FOIA Request No. 07-4130 [Aug. 12, 2008]; Page # 18 of 42;
Download at <http://www.aclu.org/pdfs/freespeech/cellfoia_release_074130_20080812.pdf>
[last accessed Jan. 11, 2011];

↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓
↓ **EXHIBIT 022** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Altron, *GSM/UMTS Grabber: Deploying local mobile networks and secret grabbing of identification information in GSM and UMTS bands*, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/87_ALTRON-GRABBER.pdf (last accessed: Apr. 10, 2012);



DEVELOPMENT AND PRODUCTION

# GSM/UMTS Grabber

Deploying local mobile networks and secret grabbing of identification information in GSM and UMTS bands

Current tasks:
- Deployment of local GSM network
- Grabbing of IMSI and IMEI identifiers
- Searching and determining of the target phone's location

Product features:
- Emulation of any base station work in the coverage (based on NetMonitor data)
- Defining the identifiers (IMSI, IMEI) and saving them to the database
- Turning off the target phone from real GSM network and the restriction of certain mobile stations to obtain services (voice calls, SMS, data transfer)
- Searching and determining the location of the target phone
- Sending SMS and making calls from the operator of the GSM GRABBER to the target (within the local GSM network)
- Checking the presence of certain mobile stations in the coverage of the complex

GSM GRABBER can be made in different configurations. Design, size and functionality depend on the configuration of the complex.

### GSM Grabber Handheld

It is a portable, handheld device made in the body that fits in a bag for 13″ laptop. The complex is designed for the secret grabbing of International Mobile Equipment Identify (IMEI) and International Mobile Subscriber Identify (IMSI). The system has built-in PC, antenna, and battery.



Due to its small size, the ability to hide the system to a laptop bag, as well as operation using wireless channel with the help of iPod Touch, you can secretly grab the identifiers of mobile stations anywhere: in restaurants, offices, and shops. The system has built-in omnidirectional antenna. The built-in rechargeable high capacity battery allows you to operate continuously at least 2 hours.

### GSM Grabber Base

This complex made in a watertight, crashproof and dust proof case equipped with high performance secure series notebook as well as set of all the necessary components designed to perform tasks of grabbing the identifiers and searching for GSM mobile stations.



### GSM Grabber Vehicle

The complex made in a special radiolucent AirBox case intended for installation on the car roof. Base stations unit of GSM 900 / 1800 band is equipped with a rotation antenna system. Operation of base station and antenna position control unit are controlled remotely (from the car).



### UMTS Grabber

The UMTS Grabber allows you to grab identification information circulating in UMTS networks and to move UMTS phones to GSM network. It is an addition for any of GSM Grabbers which allows determining UMTS target phones location.

CJSC Altron
6, Kostomarovskaya str.
61002 Kharkov, Ukraine
Tel./Fax: +38 (057) 766-13-63
e-mail: post@altron.ua
http://www.altron.ua

⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇
⬇ **EXHIBIT 023** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

NeoSoft [website], *Portable IMSI/IMEI GSM catcher NS-17-1*, http://www.neosoft.ch/products/emerg_tracking/detail.php?ID=1017&IBLOCK_ID=39 (last accessed: Feb. 1, 2012);

Back to HTML view

# Portable IMSI/IMEI GSM catcher NS-17-1



**System overview**

- Our specialized GSM catcher is intended for government agencies and law enforcement groups in order to collect basic GSM information (IMSI, IMEI) about handsets in the local area (airport terminals, prisons etc).
- By utilizing our special GSM Base unit it is possible to create a special outlook system that can detect the presence of the group of handsets in the place of interest.

Functional diagram of the "IMSI/IMEI catcher" by NeoSoft is represented below:



**Operational overview**

The Compact GSM Base unit forces GSM phones in its vicinity to register with it. Unlike others IMSI/IMEI catchers NS-17-1 does not need to transmit very powerful signals in order to force GSM phones to make the handover from the real GSM network into this micro network.

**There are two basic selection modes of control for GSM catcher NS-17-1:**

1. Random (all handsets);
2. IMSI or/and IMEI (only targets).

The system ensures selection of subscribers (targets) according to known IMSI or/and IMEI identifications. Also, it has the means of detection of such identifications according to the results of statistical processing of a list of registered subscribers.

The system operates invisibly, so that the mobile station subscriber is unable to detect it. The system does not interfere with the external mobile GSM networks.

Once the compact GSM Base Unit of gsm catcher NS-17-1 requests mobile phones to introduce themselves, i.e. to send their identities – IMSI and IMEI.

**The Basic operational applications for IMSI/IMEI GSM catcher NS-17-1 are:**

- « IMSI/IMEI catching » mode

  This mode is intrinsic to the system and a part of all other modes. The Software of the system initiates operation of the base station. A cell is created (further – internal network) where the MCC, MNC and arfcn correspond to the parameters of one of the real cellular network operators that operates in this area (further – external network), the LAC differs from the same used in the real network. Mobile phones located within its operational area (further - subscribers) will detect activation of a strong channel and start the registration procedure. They provide the system with their IMSI, IMEI, TMSI (received in the real GSM network), classmark, KCN. In the "BTS control" program window a list of registered subscribers appears. For the subscribers there is no difference between registration in this micro internal network or the real external network.

- «IMSI or/and IMEI» mode

  This operational mode is intended to select targets of interest (according to IMSI/IMEI identifications) from the total number of subscribers located within operational area of the system. This mode allows registration in the internal network only for subscribers listed in the target-list. The rest of subscribers will get refusal in registering in the internal network and go back to the EN. So, all resources of the system will be redistributed solely for escorting of sessions of the subscribers of interest. The system operates with these subscribers in the same way as it operates in « IMSI/IMEI catching » mode.

- «Targets correlation» mode

  This mode allows the system to search for identifications of subscribers of interest according to information (IMSI, IMEI and their combinations) accumulated during operation of the system.

**Some of the additional applications for IMSI/IMEI GSM catcher NS-17-1 are:**

- Jamming of communication;
- Presence verification;
- Data Analysis;

- Direction Finding Support.

**What is in the package?**

- Compact GSM base unit of IMSI/IMEI catcher with three planar Directional Aeirials, battery and gateway Portable computer (OQO);



- Notebook Computer with pre-installed software;



- Carrying Case;



- User's Manual.

**Technical Specifications of GSM IMSI/IMEI catcher**

| | |
|---|---|
| Frequency Range | 850, 900, 1800, 1900 MHz |
| Output power | 0.1-10 Watts |
| Operation Range | 50..1500 m |
| Dimensions portable | 290x260x75 mm |
| Equipment | Notebook PC with GM software, Portable GSM Base unit (Base unit, Battery,3xGSM Aerials, Portable PC (OQO)) |

Download Technical Description (zip)

• Privacy Policy • Terms and conditions • Disclaimer • Site map



↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓
↓ **EXHIBIT 024** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

MMI Research Trading as Cobham Surveillance, *Tactical Lawful Intercept*, PDF presentation provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/43_200906-ISS-PRG-COBHAM.pdf (last accessed: Apr. 5, 2012);



May 2009



AVIONICS AND
SURVEILLANCE DIVISION
End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION
Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION
Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION
Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# Tactical Lawful Intercept

# Agenda



- Introductions

- Why do we need Tactical Systems?

- How do Tactical Active Systems work?

- What do Active Tactical Systems provide?

- Examples of Tactical Solutions

- Questions

# Cobham Surveillance (MMI Research Products)

**COBHAM**

- Duncan Askew
  - Responsible for sales in Europe and Middle East
  - Chartered Engineer
  - 15 years in communications industry

- Cobham Surveillance (MMI Research Products) UK owned market leading company which provides off-air cell-phone:
  - Target identification
  - Target geo-locating
  - Voice/SMS interception
  - Target control







AVIONICS AND
SURVEILLANCE DIVISION
End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION
Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION
Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION
Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# Why do we need Tactical Systems?

# Benefits of Tactical Systems

**COBHAM**

- Deployed without the cooperation of the Network Provider

- Can be used for overseas deployment

- Can be used where strategic fixed line intercept systems are NOT installed

- Allows intelligence picture to remain on target

- Complement fixed line strategic systems

- Offers location finding capabilities

- Ability to create controlled areas of network access

# Complete intercept picture

COBHAM



Active
Intercept

Passive
Intercept

Fixed
Intercept

Air interface
• Off-Air/Tactical Intercept
• Can operate independent to
Network Provider

Core Network
• Fixed/Strategic Intercept
• Must be connected to Network





AVIONICS AND
SURVEILLANCE DIVISION

End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION

Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION

Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION

Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# How do Tactical Active Systems Work?

# How does it work?

**COBHAM**



**Real Network Cells**

**Active System**

- All GSM phones constantly monitor the neighbouring cells

- Phone is looking for best signal

- Active System clones neighbour cell

- Mobile sees the Active System with greater power, locks on and gives up IMSI & IMEI data

# Active system range

- The effective range is the point at which the real network signal is greater than that of the Active System
- Range can be increased by manipulation of the broadcast parameters or by increasing Active System output power
- Typical ranges: 50m dense urban, 1km urban, 5km rural



**Active System**          Effective range          **Real Network**





AVIONICS AND
SURVEILLANCE DIVISION

End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION

Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION

Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION

Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# Target Identification

# Phase 1 – Target Identification

- Some criminals are smart, they constantly change handsets and swap SIM cards

- They use both GSM and for greater security 3G handsets

- How do we start to build a telecoms intelligence picture if we cannot identify the targets current handset/SIM card?

- We need a tool that can capture GSM and 3G handset and SIM card identities – The Active Tactical System!

# Identify a mobile at known location

COBHAM

 Location 1
Home

 Location 2
Hotel

 Location 3
Tower

| Last loc | IMSI | IMEI | Hits | Loc |
|----------|------|------|------|-----|
| Tower | 234.. | 350.. | 12 | 3 ***** |
| Hotel | 234.. | 498.. | 8 | 2 |
| Home | 234.. | 520.. | 2 | 1 |
| Hotel | 234.. | 360.. | 1 | 1 |

# Target Intelligence

COBHAM

- Once we have obtained the identity of our targets handsets and SIM card we can:

    – Establish 'Pattern of Life' through network provider cell IDs

    – Track targets handset changes and SIM swaps

    – Derive other associates through call records

    – Capture handset and SIM identities for associates in the same vicinity

    – Provide details for fixed line strategic intercept systems





AVIONICS AND
SURVEILLANCE DIVISION
End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION
Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION
Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION
Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# Voice/SMS Intercept

# Man in the middle allows voice/SMS intercept　　COBHAM



- Active system appears to be the real network

- Target phones register and will stay locked to the system

- Target phone is now off the real network and under Active System control for e.g. direction finding or hostage control situation

- Incoming and outgoing target calls/SMS can be intercepted and will be automatically recorded

# Voice Intercept

COBHAM



- With a cloned target an Active System is able to intercept incoming and outgoing voice calls

- The system can override the call destination and redirect to a predefined number without the target knowing (e.g for hostage scenarios)

- Active System is able to record simultaneous calls. The operator can listen in in real time

- The records are stored as GSM speech frames, which yields in-build tamper protection

# SMS Intercept



- Active System is able to intercept SMS calls

- Active System can send spoofed SMS to the target for misinformation purposes





AVIONICS AND
SURVEILLANCE DIVISION
End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION
Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION
Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION
Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# Direction Finding

COBHAM

# Geo-locate a known GSM/3G Target Mobile



• IMSI traced to GSM cell through network supplied information/call records

• Active System team deployed to cell
  • Optionally cell survey performed to determine boundary

• Once target can hear GSM signal he will be locked to the Active System

• Target is now under our control

• We initiate a 'Blind' (Silent) call
  • Target phone does not ring or vibrate

• Target phone is now transmitting on a frequency we control

• DF team move in for tracking
  • Normal to use separate vehicle
  • Vehicle system will bring you to the building
  • Handheld systems to within 1m of the phone

•DF'ing can also used to confirm target presence in suspected area/building





AVIONICS AND
SURVEILLANCE DIVISION

End to end avionics
and covert surveillance
solutions



DEFENCE SYSTEMS
DIVISION

Critical technology
for network
centric operations



MISSION SYSTEMS
DIVISION

Complete 'nose to tail'
refuelling and 'wingtip
to wingtip' mission
systems capability



AVIATION SERVICES
DIVISION

Operates, modifies and
maintains more than
150 fixed and rotary wing
aircraft around the world

# Situation Control

# Controlled Zones



- We need to provide an area of controlled network access. This may be for VIP protection purposes or perhaps to prevent the use of mobile phones in prisons for example

- For VIP protection we need to ensure that our agents can still gain access to the real network allowing them to carry a regular mobile phone

- For prevention in prisons, standard jamming prevents phone use but it doesn't allow any intelligence to be gathered

- Deploy Active System Bubble Mode
    - Soft denial
    - Locks all phones in the surrounding area
    - Network coverage appears normal but mimics network congestion for non-agent mobiles
    - Temporary cover. All mobiles are returned to the real network when the system stops transmitting or moves away from the area

# Controlled Zones

COBHAM



- A bomb threat is received and it is anticipated that the device may be triggered by a mobile phone

- We need a way to disable the trigger handset and prevent it from rejoining the real network after we have stopped transmitting or have moved away from the area

- Deploy Active System Service Denial Mode
  - Hard denial. Results in disabling of SIM card
  - Handset cannot rejoin the network until its power is turned off and on again
  - Blanket denial or target specific

# Private Network

COBHAM





- Your own network in a box!

- Allows communications between agents independently of the real network
    - Secure comms between agents, cannot be intercepted on a strategic intercept system
    - Comms via standard GSM handset
    - Free calls!

- Can be deployed where no real network exists

- Can be deployed when the real network is off air or congested in crisis scenarios ensuring agent communication is maintained





**AVIONICS AND SURVEILLANCE DIVISION**

End to end avionics and covert surveillance solutions



**DEFENCE SYSTEMS DIVISION**

Critical technology for network centric operations



**MISSION SYSTEMS DIVISION**

Complete 'nose to tail' refuelling and 'wingtip to wingtip' mission systems capability



**AVIATION SERVICES DIVISION**

Operates, modifies and maintains more than 150 fixed and rotary wing aircraft around the world

# Examples of Tactical Solutions

# Company history

COBHAM

- Owned by Cobham Plc
    - Member of Cobham Surveillance division, which includes:
        - Orion
        - Spectronic
        - Domo
        - Micromill
        - DTC
        - GMS

- 14 years experience in digital communications surveillance
    - Current GSM family is 3rd generation offered by MMI
    - Equipment deployed in over 88 countries

- All development is customer lead

- In house design, development and production

- Regional sales/support offices in Singapore, Washington D.C. and Dubai

# Cobham Surveillance
# (MMI Research Products)
# Tactical Solutions Product Portfolio

COBHAM







3G/UMTS                    GSM                    Direction Finding

MMI is able to supply the complete Active surveillance solution

# Complete Solution

- Start to end solution, includes
    - full analysis of customer requirements
    - tailored training package
    - complete end of life support.

- All design, development, build and support is done from our UK headquarters.
    - System designed using advanced CAD.
    - Latest technology employed in products. Hardware standards constantly evolving
    - Good engineering practice
        - Designed to meet the relevant European EMC directives

- Regional offices in Singapore, Washington D.C. and Dubai for immediate support response

# Summary



- Tactical Active Systems can operate on a standalone basis or complement a strategic system

- Allow the intelligence picture to remain on the target even when they are swapping handsets and SIM cards

- Provide extended capability such as direction finding capability

- Provide control over network access

- Provide a network in a box for crisis scenarios

COBHAM

# Any questions?



# Thank you

Duncan Askew
Account Manager (EME)
Cobham Surveillance
(MMI Research Products)
T: +44 (0) 1252 848300
M: +44 (0) 7811 382315
E: Duncan.Askew@Cobham.com

↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓
↓ **EXHIBIT 025** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Elaman, *Active Off-Air System 3GN UMTS*, Product Brochure, *available at* http://wikileaks.org/spyfiles/files/0/124_ELAMAN-200805-CATALOGUE-P1.zip (last accessed: May 14, 2012) [Active Off-Air System 3GN UMTS Technical Specification.pdf];



**Active Off-Air System
3GN UMTS**

CONFIDENTIAL – Subject to change without prior notice!



## Active Off-Air System: 3GN UMTS

**General Overview**

The 3GN is a state-of-the-art multi-channel UMTS (WCDMA or 3G) tactical off-air cell phone identity collection system. Using the 3GN, it is possible for the first time to simultaneously collect the identities of UMTS (3G) mobile phones on 2 different UMTS networks or 2 different channels of the same network.

Building on the impressive capabilities of the current product range, the 3GN is capable of working co-operatively with GSM-XPZ. Control is streamlined to allow operation of both systems from a single interface. Users can simultaneously acquire the identities of GSM and 3G phones and display this and other information in a real-time converged database.

When working in tandem with a GSM-XPZ, it is possible to acquire a target phone on UMTS and then 'push' the target onto the GSM-XPZ cell and into a Blind Call for geolocating and tracking purposes.

The native 3G technology is unique in the marketplace in that it has no detrimental effect on 3G phones within its zone of influence. The technology enables control of target mobile phones and normal rejection of non-target mobile phones on 3G. Unlike a jamming solution, non-target 3G mobile phones are caught on 3G and then allowed to continue to use their normal 3G network with no impedance to service.





**Main Features**

- UMTS Band 1 (2100MHz) operation
- Transmits 2x3GPP configured UMTS cells simultaneously to a maximum of 5W each
- Adjustable Node B transmission power, ranging from 1mW to a maximum of 20W on a single Node B
- Integrated Antenna Switch for up to 3 antennas
- 3G Identify Grabbing using protocol message exchanges rather than 'Jamming'
- Advanced Node B configuration for emulation of any UMTS network
- Fast UMTS cell configuration using optional 3G Spectrum Scanner
- Integrated 2G/3G system operation when connected to a GSM-XPZ system
- User friendly Graphical User Interface (GUI)
- Single combined database for 2G & 3G operation
- Identification whether mobile phone is caught on 2G or 3G
- Powerful database search facility for quick target identification
- 'Push to 2G' function allows specific target mobiles to be assigned to the GSM-XPZ and instantly placed in Blind Call for geo-locating purposes

**3GN Specifications**

| | |
|---|---|
| *Function* | Acquire the identity parameters (IMSI, IMEI & TMSI) of UMTS cell phones off-air from two different UMTS networks simultaneously. 'Push' target cell phones to GSM in a controlled manner for geo-locating. Correctly interact with non-target cell phones to preserve 3G network service in the operational zone. |
| *Channels* | Two (2) |
| *Channel Range* | UMTS Band 1 (2110-2170MHz) |
| *RF Output Power* | 2 x 5W max or 1 x 20W max |
| *RF Output Connector* | 3 x N Type |
| *Size* | W 324mm x H 180mm x D 398mm |
| *Weight* | 16,5kg (20kg including carry case) |
| *Operating Temperature* | -5°C to + 45°C |
| *Storage Temperature* | -10°C to + 70°C |
| *Power Supply* | 12Vdc – 24 Vdc |
| *Power Consumption* | 25A, 600W maximum @ 24 Vdc |

   

G O V E R N M E N T A L   S E C U R I T Y   S O L U T I O N S

If you would like further Information about ELAMAN,
or would like to discuss a specific requirement or project, please contact us at:

**Elaman GmbH**
**German Security Solutions**
**Seitzstr. 23**
**80538 Munich**
**Germany**

**Tel: +49-89-24 20 91 80**
**Fax: +49-89-24 20 91 81**
**info@elaman.de**
**www.elaman.de**

⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇
⬇ **EXHIBIT 026** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Elaman, *GSM Vehicle Direction Finder (VDF)*, Product Brochure, *available at* http://wikileaks.org/spyfiles/files/0/124_ELAMAN-200805-CATALOGUE-P1.zip (last accessed: May 14, 2012) [GSM Vehicle Direction Finder-VDF.pdf];

elaman
GERMAN SECURITY SOLUTIONS



**GSM Vehicle Direction Finder (VDF)**

Technical Specifications

G O V E R N M E N T A L   S E C U R I T Y   S O L U T I O N S



GSM Vehicle Direction Finder (VDF)
Overview

The VDF a complementary product to the GSM-XPZ, is a key element of the MMI solution deployed to locate targets.



Based on the latest military technology, the DFV is a vehicle based direction finding system that significantly addresses the weakness of current direction finding systems. This significantly increases the operational benefit to the customer:

• direction find targets to within a few metres

• azimuth and elevation target resolution

• direction finding on specific GSM timeslots

• multi-antenna array for accurate target resolution

• map overlay of target position data

• covert antenna fit

**GSM-VDF Features**
The VDF is designed to work in conjunction with the GSM-XPZ product family. Available in 2 options, supporting either the Euro or US bands, location finding of a radiating target mobile can be performed from a vehicle.

Comprising of a multi-antenna array, system unit and laptop the system can be either permanently or temporarily mounted in a vehicle using either an external vehicle antenna or a highly covert internal antenna.



The antennas are very simply calibrated before the start of the mission using a supplied hand-held calibration unit. The key features of the VDF are:
• Direction find to a preset GSM frequency and timeslot.

• Direction find to a preset GSM frequency (for GSM XPZ accurate DF mode)

• Direction find simultaneously in Azimuth and Elevation

• Covert antenna mounted within vehicle or optional roof mount antenna

• Simple GUI display of direction in Azimuth and Elevation

• Display of historic vehicle and direction track

• Map overlay

• Capability for remote interface to other DF and XPZ devices

• Direction given in relation to North and vehicle direction

• Integrated GPS and compass


**VDF Specifications**


**Function**

| | |
|---|---|
| Function: | Provides RF signal strength indication on a selectable RF channel |
| Channel Range: | Euro: ARFCN 975-1023 , 0-124 , 512-885 |
| | US: ARFCN 128-251, 512-810 |
| Direction Finding Axis | Simultaneous in Azimuth and Elevation |
| Resolution: | Better than 5o |
| Accuracy | Better than 5o |
| Power Supply: | 12V , 40W |
| Antenna (covert) : | Azimuth 360o Elevation (as per vehicle aperture) |
| Antenna (rooftop) | Azimuth 360o |
| | Elevation 90o |
| Mapping Formats | Combined Vector and Raster data |
| | ESRI shape file (SHP) |
| | Raster data in Band Interleaved by Line (BIL) |
| | Bitmap (BMP) |
| | Multiresolution Seamless Image Database (MrSID) |
| | Portable Network Graphics (PNG) |
| | ERDAS |
| | Joint Picture Expert Group (JPEG) |
| | TIFF and GeoTIFF |





   

If you would like further Information about ELAMAN,
or would like to discuss a specific requirement or project, please contact us at:

**Elaman GmbH**
**German Security Solutions**
**Seitzstr. 23**
**80538 Munich**
**Germany**

**Tel: +49-89-24 20 91 80**
**Fax: +49-89-24 20 91 81**
**info@elaman.de**
**www.elaman.de**

G O V E R N M E N T A L   S E C U R I T Y   S O L U T I O N S

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

**⬇ EXHIBIT 027 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Ability, *3G Interception* & *Advanced GSM Active Solution*, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/80_ABILITY-GSM_3G_Intercept.pdf (last accessed: Apr. 10, 2012);



# ability

## 3G Interception

# 3G-CAT
## Interception, Localization and Selective Jamming of 3G (UMTS, WCDMA) Phones

Number of 3G subscribers in the world is growing up rapidly. Defense and security market demands from producers of off-the-air interception systems solutions for 3G phones and their call remains unanswered.

Most popular method used for interception of 3G communications is by using 3G JAMMERS combined with GSM interception systems. The jammers block the 3G channels and 3G phones are forced to migrate to 2G-mode where they can be intercepted. However, this method has suffers from disadvantages:

1.   High power 3G jammers disrupt normal work of 3G networks and it can be easily detected.

2.   For interception of a single target, all "innocent" 3G phones in the vicinity of the target are pushed to change into 2G mode.

3.   3G jammer has to be used continually; if it stops operating, 3G phones will return to 3G mode and interception will be eliminated.

Those limitations make usage of such method undesirable and in many cases impossible. The 3G-CAT introduced by Ability is a unique, advanced, state of the art device that overcomes the above limitations with additional meaningful capabilities.



**ABILITY COMPUTERS & SOFTWARE INDUSTRIES LTD**
17 Hatzefira St, Tel Aviv, Israel 67779 | Tel +972 3 687 9777 | Fax +972 3 537 6483



## 3G Interception

**System main capabilities:**

- Multi Network Coverage - automatic detection of 3G networks in all frequency bands.
- IMSI/IMEI/TMSI Catching - detection of all 3G phones and their identities (IMSI, IMEI and TMSI) for the networks of interest.
- Extended Mobile Parameters - detection of additional parameters such as model of mobile phones and country of origin.
- Mobile location - distance to 3G phones is presented with accuracy of less than 30m.
- Force into 2G-Mode - 3G-Cat forces only selected 3G phones into 2G-mode for interception by other 2G systems. Once forced 3G Phones will remain in 2G-mode forever until reboot. This unique feature makes possible and convenient interception of 3G phones by passive and active 2G interception systems.
- Selective "Blocking" - 3G-Cat can completely block selected 3G phones. Such phones will not be able to communicate in all networks including 3G and 2G.
- Selective "Jamming" - 3G-Cat can efficiently work as an intellectual 3G jammer and jam all 3G phones in only selected networks.

3G-CAT can be used either as a stand-alone device or integrated with Ability's IBIS, GTReS of AGIS systems. It can also be integrated with GSM interception systems of other vendors.

**Main specifications:**

| | |
|---|---|
| Number of received networks | Not Limited |
| Number of received mobiles | Not Limited |
| Operating frequency | 3 frequency bands |
| Modes of operation | Random / Target |
| Jamming capability | Specific targets or specific network |
| Maximum Output power | Typical up to 10w |
| Power supply | 115/230 V AC or 12 V DC |
| Optional built in batteries for transportable / man-pack operation | |



# ability

## Advance GSM Active Solution

# IBIS - II
## In Between Interception System
## 2nd Generation

The IBIS–II is the most advanced and newest GSM interception system in the market. The system was designed and developed according to the vast experience gathered in the last 10 years, while deploying worldwide hundreds of GSM interception systems, listening to customer's feedback and analyzing customer's operational requirements.

The IBIS-II is an advanced integrated active solution that includes all relevant sub systems in a single unit, allows the user to scan, analyze, intercept, monitor, record and track GSM mobiles, regardless if they are encrypted by A5.1 or A5.2 encryption (monitoring is not done by forcing the mobile to use A5.0 or A5.2 but rather by an integrated deciphering capability).

The IBIS-II is a stand-alone solution for off the air interrogation / interception / monitoring / deception of tactical GSM communication, in a seamless way, without any cooperation with the network provider.

The IBIS-II is restricted for Law Enforcement Agencies and Authorized Governmental Agencies and it offers them a powerful tool to intercept and track GSM communication of all types.



**ABILITY COMPUTERS & SOFTWARE INDUSTRIES LTD**
17 Hatzefira St, Tel Aviv, Israel 67779 | Tel +972 3 687 9777 | Fax +972 3 537 6483



# Advance GSM Active Solution

The IBIS-II extracts easily and in short time the mobiles ID's such as IMEI, IMSI & TMSI and allows the user in no time to identify his target mobiles and to monitor them. The IBIS-II offers a complete set of capabilities and advance features to allow the user to control the GSM environment and GSM communication. The user can control the level of service to the target mobiles, selectively Jam specific mobiles, perform silent calls, call or SMS on behalf of target mobile, change SMS messages "on the fly", detect change of SIM card or change of handset, and support Direction Finding system and many additional operational features.

## The IBIS-II main capabilities:

• **All GSM in One Single Unit** – the IBIS-II includes all required modules for dual band simultaneous interception in A5.2 and A5.1 environment. No need for any additional hardware.

• **Instant Set Up Time** – without need for external modules, setup is within few minutes only.

• **Dual Band Solution** – any of the required frequencies 850, 900, 1800, 1900MHz.

• **Real Time Interception** – for voice and SMS, Incoming and Outgoing, in A5.1 and A5.2 networks.

• **Semi Passive** - Invisible & undetectable operation, no need for cooperation with network providers.

• **Data Extracting** – system detects mobile identities including IMSI, IMEI, TMSI, MSISDN (phone number), Kc etc.

• **Presence verification** – user can detect presence of specific target mobile.

• **Concurrent Calls** – system Intercepts up to 6 concurrent duplex calls by default.

• **Selective jamming of communication** – user can block communication of GSM phones defined as targets or specific network service (voice, SMS).

• **Direction Finding Support** – by using silent call, target mobile is activated and can be traced by external DF / Homing system.

• **Manipulation** – user can make fake calls and send fake SMS to / from target.

• **Remote Control** – IBIS-II can be operated locally by the system laptop, by LAN connection and remote laptop or via WiFi, by a remote laptop.

System can operate with variety of power sources such as AC supply, batteries, car supply etc and by that, it can be installed and operated in many types of applications and environments (fixed installation, remote control configuration, transportable, vehicular, man pack).

ABILITY COMPUTERS & SOFTWARE INDUSTRIES LTD
17 Hatzefira St, Tel Aviv, Israel 67779 | Tel +972 3 687 9777 | Fax +972 3 537 6483