⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇
⬇ **EXHIBIT 028** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Meganet [website], *Meganet Corporation - VME Undetectable Cell Phone Interceptors*, http://www.meganet.com/meganet-products-cellphoneinterceptors.html (last accessed: Nov. 20, 2011);

HOME    UPDATES    CHALLENGES

# MEGANET CORPORATION

TECHNOLOGY    COMPANY    SUPPORT

VISIT ONLINE STORE

FOLLOW US

- SPY PHONE,LAPTOP,FIXTURES
- RF & BOMB JAMMERS

## VME - CELL PHONE INTERCEPTORS

**SOLUTIONS**



**SELECT INDUSTRY**

- GOVERNMENT
- CORPORATE
- FINANCIAL
- HEALTHCARE
- OTHER/CUSTOM
- SECURITY ASSESSMENT



A proprietary technology allowing you to intercept, block, follow, track, record and listen to communications using unique triangulation and other advanced technology. GSM A5.1 Real Time Cell Phone Interceptors are undetectable. Up to 4 Base Stations. Up to Quad Band. Up to 20 Phones. Intercept and Modify Voice and/or Text. Has Directional Finder. Random & Target Modes. All in your control.

Contact Meganet for Purchases

**The VME Dominator**™ is a real time GSM A5.1 cell phone interceptor. It cannot be detected. It allows interception of voice and text. It also allows voice manipulation, up or down channel blocking, text intercept and modification, calling & sending text on behalf of the user, and directional finding of a user during random monitoring of calls. The VME Dominator is far superior to passive systems in being able to intervene and manipulate calls and sms, working with up to 4 base stations concurrently, and up to 20 users in the system at any one time.

**The VME TDMA Interceptor**™ is part of a comprehensive line of interceptor products. VME TDMA Interceptor is an advanced monitoring system designed to intercept TDMA cellular traffic. Scans control channels to find working Base Stations in a given area. Receivers automatically adjust to the most powerful control channels. Monitor and record activity of the phone numbers from the "List of Interest". Obtain detailed status of all phones from the "List of Interest".

Pursuant to Federal law at 47 U.S.C. 302a, this product is available only for use by the Government of the United States or any agency thereof. Other interested parties are urged to contact appropriate regulatory oversight entities to determine whether any additional exceptions or arrangements have been authorized and implemented to permit use of this product consistent with controlling law.

**Overall Product Benefits:**

- Active or Passive search and detection
- Completely undetectable
- Follow multiple targets simultaneously
- Laptop size with extended range

OVERALL FEATURES:
- Operational temperature +5oC to +45oC

**NEWS & EVENTS**



- CAREER OPPORTUNITIES
- CNN-MONEY ARTICLE
- NEW FACILITY BUILT
- IPO PROGRESS
  ALL NEWS

Search












■ Weight 8.5 kg (without Notebook PC)

■ Up to 4 base stations and 20 phones supported.

© COPYRIGHT
MEGANET
CORPORATION
1997-2011
 PRIVACY POLICY

⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇
⬇ **EXHIBIT 029** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Shoghi Communications Ltd., *Semi Active GSM Monitoring System*, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/160_SHOGI-2006-semiactive_gsm_monitoring.pdf (last accessed: Apr. 10, 2012);

# ⟨⟨Shoghi Communications Ltd.



**COMINT**  Semi Active GSM Monitoring System

**Semi-Active GSM
Monitoring System
SCL-5020SE**

" *Shoghi has designed various Integrated
Systems for its Defence and Global Intelligence
Gathering Customers to meet their COMINT
Requirement. The systems have been field-tested
and can be customized for each specific requirement
to meet your organization related needs* ".

The contents of this document are confidential and company proprietary.  The document is intended for Government & Defense
usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

## Technology Introduction:

GSM networks are most popular and widespread wireless communication media across the world, having a wide customer base in Europe and Asia-Pacific and command more than 50 percent of mobile customers. The advancement of GSM networks increases rapid growth of its users and services. Being an advance technology it becomes favorites for the criminals. These things created worldwide market for the analysis and monitoring of GSM network.

The advancement of GSM technology, enhanced technological features and increased complexity, presents competitive environment for Shoghi Communications to design and develop solutions to provide total Off -The- AIR Communication Surveillance system to its various Government and Intelligence Gathering customers.

GSM operates on standards frequency 850MHz, 900MHz, 1800MHZ and 1900MHz bands and offer services such as SMS, MMS, email, advanced video features, dictionaries

Due to the widespread availability of GSM networks, a GSM mobile has the potential to seamlessly roam nationally and internationally. GSM supports data services where users can send and receive data, at rates upto 9600bps.

## System Approach:

The system is designed and developed as a Semi Active OFF-THE-AIR GSM Monitoring System. The Surveillance of UM interface (b/w BTS and Suspect's mobile) provides total traffic monitoring including SMS and Voice, of the targeted Mobile. System uses state of art technology to on-line deciphering of A5.1 and A5.2 cipher algorithms.

The system comes in a camouflaged case along with Control Laptop and Accessories.



Figure 1 – The SCL-5020SE Intercepts calls form the UM interface between Target and BTS

The contents of this document are confidential and company proprietary.  The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

Semi Active GSM Monitoring System

## System Solution:

The SCL 5020SE is has universal operating capability. This system can be used to intercept communications from any GSM service providers in the world irrespective of the type of encryption being used.

In case of A5/2, the system is completely passive and does not need any Encryption key info to decipher the communication. In case of A5/1, the system comes with a Kc Retriever to obtain the Kc (Ciphering Key) from the network. As soon as the system SCL 5020SE identifies that the target communication-taking place is using A5/1 encryption, the Kc retriever in the system becomes active. The Kc retriever automatically acts as a genuine BTS and forces the suspects mobile to register with it, during the periodic location update. The Kc Retriever communicates with the suspects mobile using A5/2 encryption, in the process the SCL-5020SE calculates the Kc. The Kc Retriever also asks the mobile to authenticate itself with its IMSI, by doing so the system also obtains the suspect's IMSI. Both the Kc and IMSI information is stored in a database. The Kc Retriever now logoff the suspect's mobile from its BTS. The Suspect is then allowed to communicate with the Actual Service Provider's network. With the Kc in the database the system can now decipher all communications encrypted using A5/1.

The SCL 5020SE system does not require the service providers SIM for operation.



Figure 2 – Main GUI of the SCL 5020SE

Unlike the other active system where the monitoring agency is billed for the forwarding of target's calls, which can raise suspicion form the target due to reduced bill amount (since the call charges are borne by the monitoring agency)

*The SCL 5020SE system deciphers A5/1 and A5/2 ciphering algorithms online.* The number of channels, being received and recorded by the system, can be from 4 & 6 for one control computer.



Figure 3 – Recorder Window

The contents of this document are confidential and company proprietary.  The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

**Semi Active GSM Monitoring System**



Figure 4 – Receiver and Cell List Window



Figure 5 – Target Window

## Features

Real-time monitoring of GSM communications encrypted A5/1 and A5/2 Ciphering algorithms

Universal Operating Capability – The system can be used to intercept communications from any GSM service providers in the world.

100% target call monitor rate: The system can monitor all communications of the target (SMS and Voice) till he/she is within its coverage range

The system is capable of **extracting the Suspect's actual Mobile Number** from the network without any help from the service provider.

The system can be configured to **ignore certain subscribers from being intercepted**. This is particularly useful in case of ignoring the operator's cell phone during an operation.

The system features a **selective jamming capability**, using which the operator can disable certain services of the suspect like Outgoing Call, Incoming Call, SMS, SS etc. can be jammed.

The SCL 5020SE system does not require the service providers SIM for operation

The contents of this document are confidential and company proprietary. The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

**Semi Active GSM Monitoring System**

Inbuilt Automatic paging system to obtain suspect related information

No limit on the number of suspects that can be added to the target list.

Target list can be created using PLMN, IMSI or Suspects Mobile Number.

On line monitoring up to 6 duplex channels. Interception Monitoring and logging of GSM- 900/1800/1900 communication standards in stationary or in mobile environments

Automatic tuning of the Receivers, with a possibility of scanning and recognition of control channels and communication system parameters

Monitoring of both forward and reverse channels (duplex conversation)

Direction Finding Equipment can be integrated with the system. A digital map of the location can also be integrated.

Several SCL-5020SE systems can be configured in a LAN environment.

On-Line listing of the intercepted Cell phone calls.

Possibility of round-the-clock operation in an auto mode without the operator involvement

Provision of reliable reception of the information from channels of cellular communication systems with possibilities of noise-resistant coding.

Unlike other Active systems where the suspect's calls are routed through the system, the SCL-5020SE works is semi active mode, where the suspect communicates with the normal network.

The called party or the suspect will not see any change in caller ID (CLI)

The system can monitor both Incoming and Outgoing calls

The system maintains the encryption being used by the network.

The system is transparent to the suspect and the Service Provider.

Simplicity of maintenance, which does not require a deep knowledge, either in the field of computers, or in the field of cellular communication systems.



**Semi Active GSM Monitoring System**

## IMSI Analysis Software (Optional)

IMSI Analysis – IMSI database contains all the existing service providers in the world. This database contains information like Country Code, MCC, MNC, Operator Name, Operator Region, Network Name, technology (GSM 850/900/1800/1900). Based on the first 5 Digits of the IMSI this software will tell you which country and which service provider does the SIM belongs to. This is very useful when you are monitoring suspects who are visiting your network from foreign networks. By analyzing his IMSI you will be able to know his home network.

Figure 6 – BTS Tuning Window



Figure 7 – Record Archive Window

## Class Mark Analysis Software (Optional)

Class Mark Analysis: - A database of around 40,000 models of mobile phones and their ClassMark numbers have been created. The database contains information about the Models, Manufacturers their ClassMark numbers and Photographs (of some popular models only). This is useful when the suspect has to be monitored based on ClassMark



Figure 8 – IMSI Analysis Software



Figure 9 – ClassMark Analysis Software

The contents of this document are confidential and company proprietary. The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

**Semi Active GSM Monitoring System**

## Advance Database Management Software Module For Passive GSM Monitoring System (Optional)

The Advanced Database Management Software offers verity of features, which will enable the operators to efficiently use the intercepted data.

### Features:

**Customized Search**: Extensive search feature enabling the users to search call database based on different call parameters that they are available off the air. Search based on – Dialed number, Received Number, IMSI, TMSI, IMEI, Called date, IN/OUT, BCCH, encryption, Class Mark (Mobile Mode) etc.

**Keyword Spotting in SMS:** The system has the capability of sporting keywords within the received SMS messages. For example if you want to list all the SMS that has the word "MONEY". You can create a query and the system will list all the SMS that has that particular word.

**Disk Alarm Feature:** The systems will automatic sound an alarm whenever the disk space remaining for recording is less than the specified limit

**User Interface in local language:** Provision for user interface in local language will enable operators in quick decision-making; system can be customized to the required Local Language.

**Alerts on Hot Targets:** The System has a provision for adding hot numbers. When any call is received on them, a buzzer will be played. There is no limit on numbers that can be added as hot numbers.

**View talk time:** View talk time is to obtain information about talk time for a given period and for a particular channel

**Export File:** The recorded audio can be exported to different formats like mp3, .wma etc using this feature.



Figure 10 – Customized Search

 

Figure 11 – Search Results



Figure 12 – User Interface in Local Language



Figure 13 – Hot Numbers

The contents of this document are confidential and company proprietary. The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

**Semi Active GSM Monitoring System**



Figure 14 – Export Calls



Figure 13 – Integration with Local Telephone Directory



Figure 14 – Adding Call Synopsis

**Archiving Data:** The System has options for Selective Archiving or Complete Archiving. By using selective archiving you can archive calls that have been searched using any of the search criterion. If complete archiving is used it will create a full backup of all the data for the selected date.

**Integration of telephone Directory of different service providers:** The System has the feature with the help of which Local Service provider's directory can be integrated. This will allow easy searching of target's vital information like Address and other telephones registered in his name.

**Adding Call Synopsis:** There is no limit on the call synopsis that can be added to the call. The user can choose the language in which he wants to add the call synopsis.

## Audio Enhancing And Amplifying Module

The Audio enhancing and editing is achieved through third party software, Cool Edit Pro. This software is integrated into the existing

❖ Recorded conversation can be amplified
❖ Repeated payback of selected portion of the conversation
❖ Noise Filtering to eliminate disturbances in recorded conversation
❖ The recorded conversation can be played back at a slower rate for clear understanding of the conversation.
❖ Provision for creating customized scientific filters

The contents of this document are confidential and company proprietary.  The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

**Semi Active GSM Monitoring System**



Figure 15 - Operational Block Diagram of SCL-5020SE Semi Active GSM monitoring system

The contents of this document are confidential and company proprietary.  The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

**Semi Active GSM Monitoring System**

**About Shoghi:**

Shoghi Communications Ltd an ISO 9001-2000 accredited enterprise, is an Engineering and System Integration company focused on delivering solutions in the field of **Strategic Electronics**, developing high grade **Encryption Technologies** and a leading provider of **Analysis and Surveillance solutions**.

We carry out defined value addition and customize such equipments to meet the operational requirements of the user. Major efforts are being made to promote indigenous design and development of various technologies related to strategic importance, to make our country self sufficient in time to come.

The Company has core competence to offer solutions for the upgrade & interface of Legacy systems and make various systems interoperable, across multiple platforms, multiple user groups. In response to our customer requirement, we are today working to provide solutions in the areas of **C4ISR, Data Fusion, Imaging, Simulation, Artificial Intelligence and Information Warfare.**

Dedication to customer success is a core value that affects everything Shoghi does. We recognize that we must earn the right every day to continue to serve our customers. It is this understanding that drives our belief that Shoghi's technical support mission includes building and maintaining a strong technical team fully in tune with the contemporary technological practices. With 85 percent of its human asset at the technical side, the Company has the ability and logistics to support all emerging requirements at customer premises or otherwise.

**Contact us**

Please feel free to contact our sales and marketing division for a detailed discussion on our range of products and solutions.

### SHOGHI COMMUNICATIONS LIMITED

707, 7th Floor, Ansal Bhawan,
16 K G Marg, New Delhi 110 001
India

Telephone: 91 11 23351301/ 23351302

Facsimile: 91 11 23351303

E-mail: **sales@shoghicom.com**

URL:   **www.shoghi.co.in**.

Authorized Distributor:

Shoghi Communications Limited reserves the right to vary these specifications without prior notice.

© 2006 Shoghi Communications Limited

The contents of this document are confidential and company proprietary.  The document is intended for Government & Defense usage only. Any distribution of this document without prior consent of Shoghi Communication Ltd. is Prohibited.

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

⬇ **EXHIBIT 030** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Verint, *ENGAGE GI2 Models*, Product Brochure, *available at* http://files.cloudprivacy.net.s3.amazonaws.com/wikileaks-verint-location-tracking.pdf (last accessed: Apr. 5, 2012);

# Customizable Models Offer a Wide Range of Options

All ENGAGE GI2 models house the required hardware in one case: cellular modules - both GSM and UMTS (3G) - power amplifiers, modems, network scanner, laptop, batteries, and antennae.

**ENGAGE GI2 Attaché Case (GI2A)** – This covert solution is designed for full portability during pedestrian and vehicular operations and for operations in public areas.



**ENGAGE GI2 Integrated Rack-Mount Model (GI2R)** – Intended for demanding, dynamic missions, this model is completely customizable and supports an unlimited number of modules. The solution is easily installed in vehicles and at fixed sites (checkpoints, towers, outposts, etc); its rack-mounted design enables modules to be swiftly slid in and out.

**ENGAGE GI2 Multi-Network Trolley Case (GI2M)** – Compact yet robust, this solutions is designed for covert operations that require extra strength without compromising on portability and performance. Several modules can be installed to allow agents to simultaneously interrogate and intercept multiple networks.



# Features and Options

**Unparalleled power in one small case** – With ENGAGE GI2, you can select from an array of powerful options in one covert case. The case includes full interception kit, batteries, and antennas for quick deployment in any operational environment. If required, ENGAGE GI2 can be controlled remotely to help ensure the security of the operation and its agents.

**UMTS (3G) location finding** – Used with the Verint proprietary homing device, Verint U-Com, ENGAGE GI2 can effectively and precisely locate phones on UMTS networks. Housed in an inconspicuous bag and operated via a wireless PDA, the U-Com is a valuable addition for covert tracking operations.

**Advanced UMTS (3G) features** – These advanced features, which include phone blocking, denial of service, precise distance range estimation and identity correlation, help government agencies identify and apprehend targets avoiding detection by switching their phones to 3G-only mode.

**Exceptional interception capabilities** – The ENGAGE GI2 Call & SMS interception module provides outstanding reliability and voice quality. Further, real-time SIM cloning enables undetectable interception of outgoing and incoming calls on all GSM encrypted networks, including A5/1 and A5/3.

**Advanced Private Network (APN)** – ENGAGE GI2 offers government agencies and military forces the ability to create a private communication network for communications during tactical operations and missions. The solution is quick to deploy, cost-effective, highly secure, reliable, and completely independent.

## Portability, Performance, and Options — All in a Single Case

### Manipulate

Assume known identity to trick target into performing actions, such as to attend a meeting or stop unwanted actions

- Send fake messages from any number
- Change SMS content before SMS reaches target
- Reroute calls
- Create calls from any number, real or fake



### Locate

Find exact location of targets' mobile phones for capture or arrest

- Supports GSM & UMTS (3G) networks
- Works with homing devices, such as the Verint U-Com for 3G networks, and/or directional finders
- Activate a silent transmission from a mobile phone and locate it with a homing device or directional finder
- Targets on a GSM network can continue to make calls and SMSs while being located



### Identify

Identify the presence of a mobile phone in a specific area

- Monitor the activity and presence of all mobile phones in an area of interest - GSM & UMTS (3G)
- Receive alerts for target presence, suspicious behavior, and frequently replaced SIM cards
- Correlate a mobile phone number with its cellular identity and vice versa (MSISDN IMSI ⇆ IMEI)

### Eavesdrop

Listen to what is being said in target environment

- Remotely activate mobile phone's microphone

*Certain limitations may apply



### Intercept

Listen and read incoming and outgoing calls and SMSs

- Supports any network encrypted environment, including A5/1 & A5/3
- SIM cloning for traceless interception
- Intercept multiple targets simultaneously



### Block

Disable mobile phones in hostage situations, raids, from triggering bombs, and so on

- For GSM & UMTS (3G) networks
- Selectively block targets or all mobile phones in an area
- Phones appear to be working normally, but are inoperable



⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇
⬇ **EXHIBIT 031** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

View Systems, *Cell Phone Intercept Apparatus*, Product Brochure, *available at* http://www.viewsystems.com/pdf/CIA_11_20_06.pdf (last accessed: Apr. 5, 2012);

# C.I.A. Cell Phone Intercept Apparatus

## Wireless Cell Phone Detection and Monitoring System

## VIEW SYSTEMS



View Systems recently added **C.I.A.** Wireless Cell Phone Detection and Monitoring System to its product line.

**C.I.A.** was originally created for the military as a tool to seek out cell phones being used to detonate bombs. It has the ability to locate cell phones, store their unique codes in a database, and even drain battery power or disable usage if necessary.

**C.I.A.** is currently available exclusively to prison systems. It is not sold commercially.

## C.I.A. is #1 in Detection of Mobile Communication Technology





- Wireless access point supporting full remote control

- Compact device custom built into 1550 Pelican Case capable of operating in a vehicle or static location

- True Stealth Technology virtually eliminates the possibilities of being detected due to switch activity on the network

- Designed to provide the Department of Justice and the military with the most comprehensive communication technology available

- Ability to block calls from coming in

- Detects where calls are coming from

- Detects the network of the incoming call

- Optional voice decode, record and forward

- Ability to drain cell phone battery remotely

- Stores phone's IMSI / IMEI code in system database for tracking purposes

- Allows for covert call monitoring

### 4 Modes of Operation

**Interrogate Mode:** Stores phone's IMSI / IMEI code in system database and releases the handset back to the Commercial Network in a non-destructive manner.

**Targeted Mode:** Stores phone's IMSI / IMEI code in system database, and releases them in a non-destructive manner except for 'Targets' which are locked to the system until they go out of range or are released by the system.

**Firewall Mode:** Stores phone's IMSI / IMEI code in system database and locks them, controlling the ability to make or receive calls, SMSs, etc.

**DF Mode:** Stores phone's IMSI / IMEI code in system database and releases the phone back to the commercial network in a non-destructive manner, except for those designated as 'DF' which will be locked until they go out of range or are placed into a "covert call" mode that facilitates their location with a DF unit.



1550 Caton Center Drive, Suite E
Baltimore, Maryland 21227
Phone: 410.242.8439 / Toll-Free: 877.843.9462
Fax: 410.242.0765

Visit us online at **www.viewsystems.com**



# C.I.A. : Cell Phone Intercept Apparatus

## Product Specifications

### GX Series 200

Designed to provide Law Enforcement and the Military with a comprehensive toolkit of functionality in the increasing battle against mobile communications technology.

- Compact device integrated into custom 1550 Pelicase, capable of operation in Vehicle or a static location.
- Contains two fully functional "commercial grade" 20W BTS transceivers.
- Supports high speed acquisition of handsets (up to 800 per minute), across up to two simultaneous networks.
- Available in 900/1800, 850/1900, or any custom combination.
- Full identification of IMSI, IMEI and TMSI information and dynamic control capabilities, including comprehensive denial of service.
- Optional SMS and "Man In the Middle" Voice decode/record and forward.
- Optional "In Network Calling" allowing calls to be made within the GX system.
- Compatibility with Datong's excellent DF10CX Direction-Finding system.
- Excellent RF performance in high multi-path environments.
- Built-in "environment monitor" to assess the number of GSM networks in an area, the respective configurations, and provide information to optimally configure the BTS modules.
- Proprietary "TrueStealth" technology supports repatriation of original TMSI and GCI on most handsets. This allows for rapid information gathering to later use on a complimentary passive system, and also virtually eliminates the possibilities of being detected due to switch activity on the network.
- Each transceiver is independently configurable for all Network parameters, and can transmit between 130mW and 20W in 2dB steps. Uses BCCH manipulation to give a "virtual power" effect of up to several hundred watts.
- Excellent power consumption of less than 15A at 14V, when transmitting 40W of RF Power.
- Comprehensive mySQL database featuring handsets cross-referenced against IMEIs, and networks against PLMNs. In many cases a picture of the model of handset is presented to the operator when querying an IMEI.
- Built-in 802.11 Wireless Access point supporting full remote control. The communications protocol is proprietary and self-optimises to accommodate the bandwidth available.
- Uplink port for connection to a WAN facilitating remote diagnostics and simple software upgrading.
- Compatible with the UX external UMTS module.



Side Panel (Right)

Ethernet and Power connections



Side Panel (Left)

Antenna connections

## For More Information

### or

## To Schedule a Demonstration

Contact your View Systems Representative Today

By Phone: 877-843-9462

By Fax: 410-242-0765

By Email:
kfieden@viewsystems.com

1550 Caton Center Drive - Suite E - Baltimore, Maryland 21227 - Tel (410) 242-8439 - Toll Free: (877) 843-9462 - Fax: (410) 242-0765
info@viewsystems.com

www.viewsystems.com

⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇
⬇ **EXHIBIT 032** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Stratign, *Strategic Defense Technologies*, 2011 Product Catalog, PDF provided at ISS World Europe 2008, *available at* http://wikileaks.org/spyfiles/files/0/278_STRATIGN-Catalogue-2011.pdf (last accessed: Apr. 10, 2012); Relevant pages attached: 1-3, 12, 19, and 100;



Communication Surveillance   Communication Security   Jamming Systems
Signal Analysis   Reconnaissance   Software Defined Radio SDR

Strategic Defence Technologies



STRATIGN

Communication Surveillance    Communication Security    Jamming Systems
Signal Analysis    Reconnaissance    Software Defined Radio SDR

"We are continually faced by great opportunities brilliantly disguised as insoluble problems."

– Lee Iacocca



# Strategic Defence Technologies

## ABOUT US

Stratign FZCO, is the global leader in Communication Interception, Signal Processing systems, Electronic Warfare and Network Security Systems. Stratign products are tailored to meet or exceed Intelligence and military requirements in order to ensure reliable, effective and robust Intelligence Collections in the most rugged and insecure environments.

Stratign specializes in the design, development and manufacture of integrated Intelligence, Surveillance and Reconnaissance (ISR), and countermeasure systems and suites for operational support in the international market.

The company has developed a worldwide reputation for supplying vertically integrated advanced ISR / EW systems from its full breadth ISR / EW discipline capability and technology base.

Stratign has a worldwide reputation for supplying highly capable integrated Intelligence collection and processing systems, which often exceed user requirements.

Stratign also produces bespoke Communication and network security systems, which utilize our proprietary military grade security structure, in order to provide optimum and most secure connectivity for world wide military and diplomatic information transfer and usage.

Our imaging division provides our users with multiple systems in order to achieve Aerial Photography and High Resolution Satellite imaging. We provide Multiple UAV platforms in various Form Factors be it Fixed wing or Rotary wing UAV's.

Our On demand Processed Satellite images can also be used by various governments who would like to acquire most current High Resolution Satellite images to support Decisions in regard to national and border security.



# PRODUCTS

## COMMUNICATION SURVEILLANCE

Cellular Monitoring
Satellite Monitoring
Radio Monitoring
Lawful Interception

## SIGNAL ANALYSIS

Signal Reception and Acquisition
Direction Finding
Signal Analysis and Processing

Stratign FZCO, is the global leader in Communication Interception, Signal Processing systems, Electronic Warfare and Network Security Systems. Stratign products are tailored to meet or exceed intelligence and military requirements in order to ensure reliable, effective and robust Intelligence Collections in the most rugged and insecure environments.

12.



## CELLULAR
CDMA Monitoring System

# Strategic Defence Technologies

The STN-5020C is a Passive multi-channel CDMA Monitoring system designed and developed to monitor the CDMA mobile phones. The system monitors the communication from the air interface between the Base Station and the mobile handset of the suspect. Each receiver is independently tunable to any logical channel of the CDMA Network within the coverage range of the system. System support CDMA (IS-95A, IS-95B, and CDMA 2000-1 x) cellular network.

| Parameter | Value |
|---|---|
| Frequency Band | CDMA 450MHz , 850MHz |
| Cellular network | CDMA (IS-95A, IS-95B, and CDMA 2000-1 x) |
| Intercepted Traffic type | Voice & SMS |
| No. Of Channel | Upto 16 duplex channels |
| Intercepted Traffic type | Voice & SMS |
| Selection of the Targets | ESN, Actual Mobile Number of the traget |
| Area of coverage | Upto 5Km |
| Available Option | High Gain Directional Antenna, Vehicle Integration Kit |
| Power Supply | 220V 50Hz AC |



**COMMUNICATION SURVEILLANCE**

Custom Built Integrated, System Engineering and Turnkey Solution for Governments across the globe     19.



STRATIGN

STRATIGN FZCO
P.O. Box No- 124010
Dubai, UAE

↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓
↓ **EXHIBIT 033** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Ability [website], *Passive CDMA Interceptor, ACIS – Advanced CDMA Interception System*, *available at* http://www.interceptors.com/intercept-solutions/Passive-CDMA-Interceptor.html (last accessed: May 6, 2012);

**ability**

Home | Site Map | Clients Login | [search]

| Company | Interception | Deciphering | Commercial Applications | Fields of Expertise | News | Contact Us |

**Interception**

**Interception Overview**

**Cellular Interception**

Passive GSM GTReS

Active GSM IBIS II

Active GSM IICat

3G-Cat

Passive CDMA ACIS

**Satellite Interception**

**Satellite Interception**
Our advanced satellite interception systems cover most of the major satellite systems: VSAT, Iridium and Thuraya. Read more

**Deciphering Systems**
ABILITY interception solutions combine fully synchronized abilities with speeds that are up to 16 times quicker than conventional systems.
Read more

Home ▶ Interception ▶ Cellular Interception ▶ Passive CDMA ACIS

### Passive CDMA Interceptor

**ACIS – Advanced CDMA Interception System**

The ACIS is notable for its fast, reliable and undetectable interception of CDMA traffic and excels in: accuracy, usability and portability.

The ACIS CDMA INTERCEPTOR is a passive monitoring system that intercepts voice and SMS traffic in cellular CDMA networks. Extremely user friendly, no collaboration is needed with the network operator and interception is completely transparent.

The system will work in all CDMAone and CDMA 2000 networks and supports all CDMA frequency bands: 450 MHz, 800 MHz and 1900 MHz.
Read more



**Long-awaited solution for 3G (UMTS) networks**
3G-Cat is a smart, compact and inexpensive device with outstanding capabilities:
1. Collects IMSI/IMEI/TMSI of 3G phones
2. Measures distance to 3G phones with highest accuracy
3. Selectively pushes 3G phones into GSM mode
4. Selectively blocks 3G phones
Read More

**Real-time A5/1 decipher**
RTDM51 is a powerful and portable A5/1 REA-TIME decipher:
1. Sub-second deciphering time
2. 100% deciphering probability
Designed to work with passive and active GSM interceptors.
Read More

Cellular Interception: Passive GSM Interceptor | Active GSM Interceptor | Active GSM IMSI/IMEI catcher | 3G-Cat | Passive CDMA Interceptor
Satellite Interception: Iridium | Thuraya | SLIS
Deciphering Solutions: GSM deciphers A5/1 and A5/2 | Thuraya decipher | ACES decipher
© Copyright Ability. All Rights Reserved.   Website Design

⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇
⬇ **EXHIBIT 034** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

srlabs.de [website], *Catcher Catcher - Wiki – Redmine, available at* http://opensource.srlabs.de/projects/catcher/wiki/Wiki (last accessed: Apr. 5, 2012);

## OsmocomBB software

Currently, the IMSI Catcher detector is available only for the OsmocomBB platform.
If you'd like to test it, you can find all the needed information in our Tutorial
Please upload improvements as patches to this site or post to the    mailing list until a Git is set up.

## Implementation on other platforms

While Osmocom provides access to most detailed GSM data, other platforms could, too, provide useful information for detecting IMSI catcher attacks.

Folks with insights into phone programming APIs, please help fill out this list:

| Evidence | Blackberry | Android | | iOS | Symbian |
|---|---|---|---|---|---|
| | | **Available on** | | | |
| Cipher indication | | [1] *#32489# // OEM_SM_TYPE_SUB_CIPHERING_PROTECTION_ENTER | | | |
| LAC | | [1a] getLac() | | | |
| Cell ID | | [1a] getCid() | | | |
| Retransmission counters | | | | | |
| TMSI | | | | | |
| Send power | | [1] LISTEN_SIGNAL_STRENGTHS ? | | | |
| Silent call | | [1] | | | |
| Silent SMS | | [1] | | [2] | |
| Remote install | | [1c] // INSTALL_ASSET | | | |
| Network Roaming | | [1b] getRoaming() | | | |
| | | | | | |

[1] TODO: Reference / API call needed
[1a]: android.telephony.gsm.GsmCellLocation
[1b]: android.telephony.ServiceState
[1c]: GTalkService

[2] TODO: Reference / API call needed

Preliminary information for developing an Android based Catcher can be found on the Android page.

## IMSI catcher detection

For IMSI catchers to achieve their goals they will need to show behavior different from normal base stations. We distinguish between yellow, red, and black flags. Yellow flag are an indication that you might have been caught; red flags are a very strong indication; and black flags tell you: "You are being tracked down; throw away your phone and run."

| # | Flag | Evidence | Implementable in Osmocom |
|---|---|---|---|
| Setup: | | | |
| S1 | R | No encryption after using encryption with the same operator before | done |
| S2 | Y | Cipher mode complete message is sent more than twice | wip |
| S3 | R | ... more than four times | wip |
| S4 | Y | IMEI not requested in Cipher Mode Complete message | done |
| S5 | Y | Cell is not advertising any neighbor cells | todo |
| S6 | Y | Cell reselection offset > 80db | todo |
| Location updating (for information gathering, MITM): | | | |
| L1 | Y | The LAC of a base station changes | done |
| L2 | R | The LAC changes more than once | done |
| L3 | Y | The LAC differs from all neighboring cells | wip |
| L4 | Y | The network queries the phones IMEI during location update | done |
| L5 | Y | The registration timer is set to a value < 10 minutes | wip |
| L6 | Y | The "IMSI attach procedure" flag is set | wip |
| (when locating a victim): | | | |
| L7 | Y | Receive a silent text message | done |

| L8 | R | You are paged, but do not enter any transaction | done |
| L9 | R | Being assigned a traffic channel but not entering call control state/receiving a text message for 2 seconds | wip |
| L10 | B | … 10 seconds | wip |
| L11 | Y | You do not receive a call setup message while already being on a traffic channel for 2 seconds | done |
| L12 | R | … 10 seconds | done |
| L13 | Y | Your phone sends at the highest possible power | wip |

⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇
⬇ **EXHIBIT 035** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Daviscomms [datasheet], *GSM/GPRS/GPS Mobile Tracking Device: EaziTRAC 1000*, *available at* http://www.daviscommsusa.com/pdf/EaziTRAC %201000_Brochure_RevE1.pdf (last accessed: Jan. 5, 2012);



# GSM / GPRS / GPS Mobile Tracking Device

# EaziTRAC 1000



Red (Charging Status)
Green (GSM Signal)
Yellow (GPS Fix)
GSM
GPS
Speaker
Mounting Flange
Panic Button
USB
Internal Mic
External Mic
Reset Button
Earphone
DC Jack
22pin I/O Connector

## Features

- Cell ID report for location tracking when GPS signal is weak.
- Programmable accelerometer setting for motion detection.
- Mileage counters for distance notification.
- Low power detection for battery and external power source.
- Tamper sensing of antenna to alert remote host.
- Configuration and send data Over-The-Air (OTA) via SMS (GSM) and TCP/UDP (GPRS).
- Configurable up to 10 SMS number lists, 10 GPRS profiles, 10 TCP/IP addresses and 10 UDP/IP addresses.
- 20 programmable text message lists, 20 event definitions, and programmable device ID.

- Communication protocols: GSM (SMS), or GPRS (TCP/UDP) connection.
- Watchdog timer to prevent firmware lockup.
- Internal or external GSM, GPS antenna.
- Panic button and over speed detection to alert remote host.
- Allows switch over between two SIM cards for border crossing. 20 programmable geographical fences.
- Driver identification.
- Reset with KEY-ON function.
- Memory capacity of up to 5000 standard reports.
- GPS with Dead Reckoning. (continuous tracking when satellite signal is lost)
- Allows two-way voice call.
- Allows silent listen-in (mic "ON" with speaker "OFF").

## Applications

- Vehicle tracking device.
- Anti-theft (with motion detection).
- Location, Monitoring and Tracking.

- Emergency alert with panic button.
- Tracking without GPS signals. (Tunnels, underground parking lots, etc, with Dead Reckoning tracking.)

# DAVISCOMMS

Daviscomms (S) Pte Ltd | Blk 70 Ubi Crescent, #01-07
Ubi Techpark, Singapore 408570
Tel: (65) 65471127 | Fax: (65) 65471129
www.daviscomms.com.sg



*Specifications subject to change without notice.
Rev.E1

# GSM / GPRS / GPS Mobile Tracking Device

# EaziTRAC 1000

## System Architecture



**GPS Satellites**

**GPRS Networks**

**Remote Tracking Via Internet**

**GSM Networks**

**Remote Tracking Via SMS**

EaziTRAC 1000

## Specifications

- Product Size   : 137(L) x 71(W) x 39(H)mm
- Weight          : 120 grams (including battery)

### Environment Specification

- Operating temperature range:
  - -20 to +60$^{o}$C (with internal battery)

- Storage temperature range:
  - -40 to +80$^{o}$C

### GSM Module Specifications

- Quad Band    : GSM (850/1900 / 900/1800)
- GPRS          : Multi-slot Class 10
- SIM Card      : Supports 1.8V and 3V SIM Card

### GPS Module Specifications

- Frequency     : L1 (1575.42MHz)
- Output Protocol : NMEA 0183 / UBX Binary
- Accuracy      : Position 2.5m (CEP)
- Sensitivity     : -160dBm (Tracking and Reacquisition)

### Electrical Specification

- RS232 communication port (RS232 or TTL)
- Programmable Digital/Analog Input/Output ports:
  - 4 Programmable Input ports (30V)
  - 4 Programmable sink/source Output ports (30V / 1.2A) / Input port (30V)
  - 1 Programmable sink/source Fail-safe Output port (30V / 1.2A)
  - 1 Programmable Analog Input port (balance)
  - 1 Programmable Analog Output port (30V / 10mA)
  - [ Typical application (4 Input ports, 4 Output ports and 1 Fail-safe) ]

- Operating Voltage: 8 ~ 30V
- LED indicator: 1 X for GSM signal,
                1 X for charging status
                1 X GPS fix

# DAVISCOMMS

Daviscomms (S) Pte Ltd | Blk 70 Ubi Crescent, #01-07
Ubi Techpark, Singapore 408570
Tel: (65) 65471127 | Fax: (65) 65471129
www.daviscomms.com.sg



⏎

**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**
**↓ EXHIBIT 036 ↓**

Collection of various web pages from http://www.alibaba.com advertising GPS based mobile tracking devices;

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

**<u>Mobile Tracking Device</u>**

**No. 01**

**http://www.alibaba.com/product-gs/400560069/Mobile_Tracking_Device.html**





## Quick Details

| | | |
|---|---|---|
| Type: | Gps Tracker | Use: Automotive | Online Showroom: 3,032 Products | Other Similar Products from this Supplier |
| Function: | GPS Tracker&GPS Navigator | Place of Origin: China | Brand Name: Redview |
| Model Number: | VT300 | Black: Black | |

## Packaging & Delivery

**Packaging Detail:** Standard giftbox packing/Customer-logo packing as per customer's requirements

**Delivery Detail:** 1-2days after received your payment

## Specifications

Mobile Tracking Device
Experienced Technical Staff
Own factory can done OEM/ODM order
CE certificate

**Primary Competitive Advantages:**

Mobile Tracking Device

"Green" Product
- Have our own factory can done ODM/OEM order
- Distributorships Offered
- Experienced Technical Staff
- Guarantee/Warranty
- International Approvals
- Packaging
- Have distributor and reseller in hom and abroad
- Product Performance
- Quality Approvals ,CE certificate,FCC and ROHS certificate is optional
- Good Reputation in home and abroad
- Small Orders Accepted

**Specification:**



*High performance Apply different calculation methods, the precision of location
 can reach at 3-5 meter
*Low energy consumption The working current of full group is only 55mA, rated
 power 0.2W
*Smart Design The size of the device is only 100*60*18mm, less than the normal
 cigarette box
*High reliability Spare battery can work for navigation and tracking for 15~20
 hours even when external power cut off
*Multifunction It has integrated navigation, tracking, orientation, prevent-thief,
 alarm and  remote control etc. function together
*Output according With global uniform standard NMEA output interface, provide |
*Wide platform for users secondary exploitation
*Low using cost, no monthly rent Point-to-Point control, Point-to-Group,
*Group-to-Group  control, without any communication fare



Send your message to this supplier

From: _____    Enter email or Member ID

To:    **Mr. Anna Wong**
       **Redview GPS Technology Company Limited**

Message:

Enter your inquiry details
such as:
  Self introduction
  Required specifications
  Inquire about price/MOQ
View sample

Enter between 20 to 8,000 characters.

**Send**

Other products from this supplier

**Mobile Tracking Elderly
Device**
Port: ShenZhen or HK
Min.Order: 199 Piece/Pieces

**Tracking Device**
Port: ShenZhen or HK
Min.Order: 50 Piece/Pieces

**Google Map Tracking
Device**
Port: ShenZhen or HK
Min.Order: 50 Piece/Pieces

Comments or suggestions about this page? **Tell us**                    **Post an RFQ Now**

**<u>Mobile Tracking Device</u>**

**No. 02**

**http://www.alibaba.com/product-gs/375870982/mobile_tracking_device_ks168.html**

Welcome to Alibaba.com, Join Free | Sign In                          Buy    Sell    Commun

Products        Suppliers        Buyers

About 717 results: Navigation & GPS (585) , Car Alarms (9)

Home > Products > Automobiles & Motorcycles > Auto Electronics > Navigation & GPS (198111)



# mobile tracking device ks168

|  |  |
|---|---|
| FOB Price: | US $ 65 - 75 / Piece |
|  | **Get Latest Price** |
| Port: | shenzhen China |
| Minimum Order Quantity: | 10 Piece/Pieces 100 |
| Supply Ability: | 5000 Piece/Pieces per Month 10000 |
| Payment Terms: | L/C,T/T,Western Union,MoneyGram |
| Custom Order: | **Place Order** via |

See larger image: mobile tracking device ks168

Add to My Favorites

Report Suspicious Activity

**Mr. Jack Chen**
I'm Online
Chat Now!

✉ **Contact Supplier**

Send a Message to this Supplier

---

| **Product Details** | Company Profile |
|---|---|

## Quick Details

| | | | |
|---|---|---|---|
| Type: | Gps Tracker | Use: Automotive | Screer |
| Function: | GPS/GPRS/GSM | Place of Origin: Guangdong China (Mainland) | Brand |
| Model Number: | ks168l | black: 100% | blue: |

## Packaging & Delivery

Packaging Detail:   product size:85*63*25mm packing:carton box weight:1kg/pcs

Delivery Detail:   3 working days after receive payment

## Specifications

mobile tracking device                                    Online Showroom: 2,082 Proc
1.have 2mb flash memory
2.controlling oil and circuit

Comments or suggestions about this page? **Tell us**                    **Post an RFQ Now**

3.tracking by GPS/GSM/GPRS
4.best gps tracker

**mobile tracking device ks168 Summary**

Working Based on existing GSM/GPRS network and GPS satellites, this product can locate and monitor any remote targets by SMS or GPRS.

**Applications**

1.Anti-theft of the vehicle/heavy equipment etc.

2.Protection of the child/elderly/disabled/pet etc.

3.Provide peace-of-mind for businessman.

4.Personnel management.

5.Covert criminal tracking.

**Main functions**

1. Positioning and Tracking: Through the on-line Positioning Platform or the cell phone to locates at times, and get the workin by yourself.

2. Triggering Emergency Alarm: When there is a emergency happened on the vehicle, you can put on the button and the inst numbers.

3. Remote controlling oil and circuit: you can control the oil and circuit via the unit by SMS in anywhere and anytime.

4. Remote Monitoring: In anywhere and anytime, call the phone number in the unit, when it connects, you can monitor the so

5. Movement Alert: Send SMS to the unit to start the movement alert function. When the vehicle is moving, the unit will send

.6. Overspeed Alert: Send SMS to the unit to start the overspeed alert function. When the vehicle is overspeed, the unit will s

7. Geo-fence: Set up a geo-fence for the unit to restrict its movements within a district. The unit will send the message to all a

9. Restart the unit: send SMS to resume the default of unit.

10. Auto Track: You can set up auto track by SMS or on-line positioning platform.

11. Mileage statistics; ACC checking; cutting off power and alarm.

12. Compatible with the original anti-theft alarm: It will send SMS alarm after the original anti-theft alarm warning.

13.Blind report after the event:when there is no GSM signal ,atuo storage the GPRS location data.after have GSM signal,ther

**mobile tracking device ks168 specification**

| | |
|---|---|
| memory | 2MB |
| network | GSM/GPRS/GPS |
| band | 850/1800/1900MHZ or 900/1800/1900MHZ or 850/900/1800/1900MHZ |
| GPS Chip | SIRF3 chip |
| GSM/GPRS module | siemensMC55 or siemensMC56 or simcom300 or simcom340 |
| GPS sensitivity | -159dBm |
| GPS accuracy | 5m |
| time to first fix | cold status 45s warm status 35s hot status 1s |
| work voltage | 10v--36v |
| battery | chargeable changeable 3.7v 1500mah Li-ion battery |
| standby | 48hours |
| storage temp | -40°C to +85°C |

Comments or suggestions about this page? **Tell us**    **Post an RFQ Now**

| operation temp | -20°C to +55°C |
| humidity | 5% --95% non-condensing |





**your support ,our biggest  power,and look forward to cooperating  with you as soon as possible.**



**<u>Mobile Tracking Device</u>**

**No. 03**

**http://www.alibaba.com/product-gs/473529357/Mini_mobile_tracking_gsm_tracker_gps.html**



Welcome to Alibaba.com, Join Free | Sign In

Buy Sell Community My Alibaba My Favorites Help

Products Suppliers Buyers

Buy on AliExpress.com

Search Products

About 717 results: Navigation & GPS (585) , Car Alarms (9)

Advanced Search

Home > Products > Automobiles & Motorcycles > Auto Electronics > Navigation & GPS (198111)

Language Options

See larger image: Mini mobile tracking/gsm tracker/gps device

Add to My Favorites

Report Suspicious Activity

# Mini mobile tracking/gsm tracker/gps device

| | |
|---|---|
| FOB Price: | Get Latest Price |
| Port: | SHENZHEN |
| Minimum Order Quantity: | 100 Piece/Pieces |
| Supply Ability: | 50,000 Piece/Pieces per Month |
| Payment Terms: | L/C,T/T,Western Union |
| Custom Order: | Place Order |

Ms. Kiki Wu
Offline

Contact Supplier
Send a Message to this Supplier

**Verified** Company

Weltimes (Shenzhen) Technology Co., Ltd.
[ Guangdong, China (Mainland) ]

A&V Checked

Contact Details

View this Supplier's Website

Online Showroom: 3,801 Products Other Similar Products from this Supplier

**Product Details** Company Profile

## Quick Details

| | | |
|---|---|---|
| **Type:** Gps Tracker | **Use:** Hand Held | **Screen Size:** no screen |
| **Place of Origin:** Guangdong China (Mainland) | **Brand Name:** Weltimes | **Model Number:** TK102 |
| **Size:** 464L)x46(W)x17(H) mm | | |

## Specifications

Easy attach to any steel object
Listen other's conversation
5M gps accuracy
Send gps information on demand or periodically

## GSM/GPRS/GPS TRACKER

General

Comments or suggestions about this page? Tell us

Post an RFQ Now

Case 2:08-cr-00814-DGC   Document 821-2   Filed 05/25/12   Page 48 of 108

Based on GSM/GPRS and GPS, you can locate and monitor any remote targets by SMS or GPRS.

**Features**
* You can get target's latitude and longitude by SMS or GPRS,and check position by google earth.
*Auto Report position.
*Send the last location if it enters into the blind area.
*Add or change Username and Password.
*Real-time track
*Auto track
*Voice Surveillance
*Modes switch between "track" and "monitor"
*Geo-fence
*Movement Alert
*Overspeed Alert
*IMEI Check
*SOS Button
*Low battery alert
*Hidden number tracking
*SMS center
*GSM ID
*Motion sensor
*SD card function  (can save gprs data)
*GPRS set

**Applications**
* Vehicle for rental or manage of outside equipment,etc.
* Protect the elder,kid,employee and pet,etc.
* Protect the businessmen.
* Manage the outworker.
* Covert Tracking.





## Specification

| Content | Specs. |
|---|---|
| Dim. | 64mm x 46mm x 17mm(1.8''*2.5''*0.65'') |
| Weight | 50g |
| Network | GSM/GPRS |
| Band | 850/1800/1900Mhz or 900/1800/1900Mhz or 850/900/1800/1900 |
| GPS chip | SIRF3 chip |
| GSM/GPRS module | Siemens MC55 or Siemens MC56 or Simcom300 or Simcom340 |
| GPS sensitivity | -159dBm |
| GPS accuracy | 5m |
| Time To First Fix | Cold status  45s<br>Warm status  35s<br>Hot status  1s |
| Car charger | 12—24V  input<br>5V   output |
| Wall charger | 110-220V  input<br>5V   output |
| Battery | Chargeable changeable 3.7V 800mAh Li-ion battery |
| Standby | 48hours |
| Storage Temp. | -40°C to +85°C |
| Operation Temp. | -20°C to +55°C |
| Humidity | 5%--95% non-condensing |

Comments or suggestions about this page? Tell us                                              Post an RFQ Now

http://www.alibaba.com/product-gs/473529357/Mini_mobile_tracking_gsm_tracker_gps.html   1/5/2012

<u>**Mobile Tracking Device**</u>

**No. 04**

**http://www.alibaba.com/product-gs/522663247/Most_popular_GPS_mobile_tracking_device.html**





Welcome to Alibaba.com, Join Free | Sign In

Buy Sell Community My Alibaba My Favorites Help

Products Suppliers Buyers

Buy on AliExpress.com

Search Products

About 717 results: Navigation & GPS (585) , Car Alarms (9)

Advanced Search

Home > Products > Automobiles & Motorcycles > Auto Electronics > Navigation & GPS (198111)

Language Options

See larger image: Most popular GPS mobile tracking device TK102 & TK102-2

Add to My Favorites

Report Suspicious Activity

# Most popular GPS mobile tracking device TK102 & TK102-2

| | |
|---|---|
| FOB Price: | US $ 75 - 85 / Piece<br>Get Latest Price |
| Port: | Shenzhen |
| Minimum Order Quantity: | 1 Piece/Pieces |
| Supply Ability: | 100000 Piece/Pieces per Month |
| Payment Terms: | T/T,Western Union,MoneyGram,Paypal |
| Custom Order: | Place Order |

Mr. sales002 002
I'm Online
Chat Now!

Contact Supplier
Send a Message to this Supplier

**Verified Company**

Shenzhen Xexun Technology Co., Ltd.
[ Guangdong, China (Mainland) ]

Onsite Checked

Contact Details

View this Supplier's Website

Product Details | Company Profile

Online Showroom: 4,645 Products Other Similar Products from this Supplier

## Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Type: | Gps Tracker | Use: | Hand Held | Screen Size: | No screen |
| Place of Origin: | Guangdong China (Mainland) | Brand Name: | XEXUN | Model Number: | TK102-NEW |
| TK102 & TK102-2: | Car tracker | | | | |

## Packaging & Delivery

Packaging Detail: Gift box packaging

Delivery Detail: 1-7 working days

## Specifications

Real time tracking and logger
Long standby time
Actual address like street name road name
Free tracking software

Supports both SMS and GPRS
Tracking by calling the device
Tracking by sending SMS (preset the interval and times)
Voice Surveillance
Geo-fence alarm
Movement alarm
Overspeed alarm
SOS alarm
Low battery alarm
Support Google map positioning on smart phone

Arm7 processor
Report the battery strength,number of satellite,altitude etc.
Indicate the charging status
Stop sending coordinates if the target stops moving
The minimum postioning interval is 5s instead of 30s
Shake alarm
Cell ID positioning

Comments or suggestions about this page? Tell us

Post an RFQ Now

SD card to store the coordinates if the GPRS is disconnected



## Send your message to this supplier

**From:**           Enter email or Member ID

**To:**    Mr. sales002 002
       Shenzhen Xexun Technology Co., Ltd.

**Message:**

Enter your inquiry details such as:

- Self introduction
- Required specifications
- Inquire about price/MOQ

View sample

Enter between 20 to 8,000 characters.

Send

[1] [2] [3] [4] [5] [6] [7] [8] [9] [10] [...]

## Other products from this supplier



**Original xexun gps gprs vehicle tracker tk102-2**
FOB Price:
US $70 - 90 / Unit
Port: SHENZHEN
Min.Order: 1 Unit/Units

**new TK102 personal GPS tracker with 1000mAH battery standby time 100hours**
FOB Price:
US $70 - 90 / Unit
Port: SHENZHEN
Min.Order: 1 Unit/Units

**XEXUN original gps tracker sirf3 chip**
FOB Price:
US $65 - 80 / Piece
Port: shenzhen
Min.Order: 1 Piece/Pieces

**Mini GPS Tracker gps tracking dog / pet/child/cat**
Port: shenzhen
Min.Order: 100 Piece/Pieces

**Gps tracking spy / Original Xexun TK102 new with SD card slot**
FOB Price:
US $70 - 90 / Unit
Port: SHENZHEN
Min.Order: 1 Unit/Units

**original xexun software gps tracker tk102**
FOB Price:
US $70 - 90 / Unit
Port: SHENZHEN
Min.Order: 1 Unit/Units

**Pet gps tracker**
Port: SZ
Min.Order: 100 Piece/Pieces

**Child locator/ Child tracking solution**
Port: FOB Shenzhen
Min.Order: 100 Piece/Pieces

**Mini gps tracker TK102**
Port: SZ
Min.Order: 100 Piece/Pieces

View more

---

Submit Query

**Related Searches:**    GSM850/900/1800/1900Mhz

---

**Want to get more exact suppliers with detailed quotations?** Post an RFQ now>>

**You may also be interested in :**

| | | |
|---|---|---|
| screen gps | mobile phone tracking device | touch screen gps |
| cell phone gps tracking software | gps tracking kids | garden light inc |
| handheld navigation | new golf gps | gps for people |

**View More Related Items**

---

Comments or suggestions about this page? **Tell us**

Post an RFQ Now

**<u>Mobile Tracking Device</u>**

**No. 05**

**http://www.alibaba.com/product-gs/368150627/Mobile_tracking_device.html**



Welcome to Alibaba.com, Join Free | Sign In

Buy Sell Community My Alibaba My Favorites Help

Products Suppliers Buyers

Buy on AliExpress.com

Search Products

About 717 results: Navigation & GPS (585) , Car Alarms (9)

Advanced Search

Home > Products > Automobiles & Motorcycles > Auto Electronics > Navigation & GPS (198111)

Language Options

See larger image: Mobile tracking device

Add to My Favorites

Report Suspicious Activity

# Mobile tracking device

| | |
|---|---|
| FOB Price: | US $ 140 - 170 / Piece Get Latest Price |
| Port: | Shenzhen, Hongkong |
| Minimum Order Quantity: | 1 Piece/Pieces |
| Supply Ability: | 6,000 Piece/Pieces per Month |
| Payment Terms: | T/T,Western Union |
| Custom Order: | Place Order |

Ms. Phoebe Shen
I'm Online
Chat Now!

Contact Supplier
Send a Message to this Supplier

Verified Company

**Dongguan Further Technology Company Limited**

[ Guangdong, China (Mainland) ]

A&V Checked

Contact Details

View this Supplier's Website

Product Details | Company Profile

Online Showroom: 619 Products Other Similar Products from this Supplier

## Quick Details

| | | |
|---|---|---|
| **Type:** Gps Tracker | **Use:** Automotive | **Screen Size:** Other |
| **Function:** Photo Viewer | **Place of Origin:** Guangdong China (Mainland) | **Brand Name:** FURTHER |
| **Model Number:** FTH-GPS-D | | |

## Packaging & Delivery

**Packaging Detail:** In cartons Warranty: 1 year

**Delivery Detail:** In 3~7 days

## Specifications

Mobile tracking device
1.4 bands GSM module+AGPS module avaliable
2.SMS+GPRS transmit mode
3.Send message to mobiles

Mobile tracking device

*Avaliable both for person and car tracker
*4 bands GSM module+AGPS module avaliable
*built-in 1600mAH lithum battery
*SMS+GPRS transmit mode *Geo fence *Voice monitoring

*SOS one touch for help*Speed over alert*Sleep mode *Quick

position in heavy trees and bags or coverd places
*Send message to 3 authorized mobile number

Send your message to this supplier

Comments or suggestions about this page? Tell us

Post an RFQ Now

⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇
⬇ **EXHIBIT 037** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Jul. 2, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf [EFF PDF Set 8 of 8] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;



**Federal Bureau of Investigation**
Telecommunications Intercept and Collection Technology Unit



July 2004

A. Background

Within the Federal Bureau of Investigation, the Telecommunications Intercept and Collection Technology Unit (TICTU) is the primary technical resource for the court-authorized interception of wireline and wireless communications. In late 1996, TICTU spearheaded the development of a unique telecommunications access program called "DCS-3000," a system capable of interfacing with the switching facilities of many wireless carriers that deploy new digital technologies and offer their subscribers diverse "Personal Communications Services." As the complex issues associated with the Communications Assistance for Law Enforcement Act (CALEA) are addressed, the DCS-3000 has evolved into a viable interim solution. In some cases this software has become a critical component of CALEA compliant installations.

Today, DCS-3000 systems are efficiently serving the majority of FBI field offices throughout the country. In addition, TICTU informally supports a growing number of installations for other federal, state and local law enforcement agencies. Limited unit resources and growing interest in the system have spurred the creation of a formalized training endeavor. This training effort is establishing a network of regional law enforcement specialists who are adept at all aspects of the DCS-3000 application, from installation and testing to training and trouble-shooting. Upon course completion, these Subject Matter Experts will be fully capable of maintaining their own agency installations and, on occasion, may be called upon to assist other area agencies in the implementation and maintenance of the application. This efficient "task force" approach will ensure that non-FBI agencies will continue to benefit from the research and development efforts of the Telecommunications Intercept and Collection Technology Unit.

B. Course Information

The *Interim Solutions for Telecommunications Intercepts* course is hosted at the Engineering Research Facility on the grounds of the FBI Academy in Quantico, Virginia. Classroom instruction is supplemented with lab work using bureau-provided equipment. The following is a sampling of topics included in the program of study:

- Installation and Configuration of Windows NT Operating System
- Leased and Dial-up Circuits
- Network Fundamentals / IP Addressing
- Router and Modem Configurations
- Router Debugging and Basic Troubleshooting Techniques
- DCS-3000 Software Installation, Testing and Troubleshooting
- DCS-3000 Operation and Maintenance
- Hands on Practical Exercises

011.doc   ALL INFORMATION CONTAINED
          HEREIN IS UNCLASSIFIED
          DATE 05-24-2007 BY 65179 DMH/TAM/KSR/cb

FBI Response to EFF FOIA Request 2007-0109 & 1052297 [Jul. 2, 2007]; Page # 37 of 112;
Download at <http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf>
[EFF PDF Set 8 of 8] [last accessed Oct. 25, 2010];

**LIMITED OFFICIAL USE ONLY**



# *DCS3000*

## Systems Security Plan
## Appendix C
## Risk Management Matrix (RMM)

*November 5, 2002*
*Version 1.0 – November 5, 2002*

b6
b7C

*Prepared For:*
*Ms.* [ ]
*Chief, Legacy System Certification Unit (LSCU)*
*Federal Bureau of Investigation*
*935 Pennsylvania Avenue, NW*
*Room 1302*
*Washington, DC 20530*

*Prepared By:*
*LSCU Green Team*
*FBIHQ*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 05-22-2007 BY 65179 DMH/TAM/KSR/cb

**LIMITED OFFICIAL USE ONLY**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jul. 2, 2007]; Page # 89 of 112;
Download at <http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf>
[EFF PDF Set 8 of 8] [last accessed Oct. 25, 2010]

LIMITED OFFICIAL USE ONLY

# 1. INTRODUCTION

## 1.1.  System Description

DCS3000 is a computer-based intelligence collection systems used by FBI personnel to

b2
b7E

- Facilitates the review and examination of the information
- Dramatically increases the efficiency of trial preparations
- 

b2
b7E

- 

- Exponentially increases the utility and value of computer-based intercepts

The DCS3000 system is deployed in central monitoring plants (CMP) located in FBI field offices and at the FBI Engineering Research Facility (ERF).  Access to the field office buildings and the ERF is controlled by use of security guards, visitor badges, and visitor logs.  Visitors are escorted at all times while in a field office building and at the ERF.  Field office personnel monitor operations within the CMP, and operations are physically separated according to type and function (i.e., Title III versus Foreign Intelligence Surveillance Act [FISA] and computer operations versus case monitoring).

FBI professionals, who have been well screened, cleared, and trained for the operations they perform, operate and use the system in a physically secure, climate-controlled environment.  The system is easy to use, and personnel duties are clearly defined and appear to be commonly understood so stress levels for system users, regardless of their positions, are fairly low, especially in light of the types of work they do.

## 1.2.  Risk Assessment Approach

The risk assessment for this system was conducted through:

- An initial pre-certification test (i.e., vulnerability assessment) of the DCS3000 system during the period August 22-23, 2002.
- Personal interviews with cognizant DCS3000 program management and technical personnel.
- Analysis of FBI field-office personnel surveys

2

LIMITED OFFICIAL USE ONLY

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jul. 2, 2007]; Page # 90 of 112;
Download at <http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf>
[EFF PDF Set 8 of 8] [last accessed Oct. 25, 2010];

LIMITED OFFICIAL USE ONLY

## 2. RISK ASSESSMENT RESULTS

This section provides detailed DCS3000 risk assessment results that were derived from the initial pre-certification testing. Vulnerabilities and threats have been paired by severity of risk after all applicable existing safeguards relative to them have been taken into account. It is important to note that multiple vulnerability/threat pairs may be discussed by vulnerability if similar safeguards can mitigate the pairs. Test results were generally favorable and justified no further testing of this system for the purposes of this C&A effort.

For each vulnerability/threat pair, the following information is included in narrative form:

- The vulnerability/threat pair number (e.g., 1, 2, etc.)
- Vulnerability/threat pair description (in *italics*)
- Description of the probable impact on the pair and analysis of the impact (also in *italics*)
- Planned or recommended controls or alternative options for reducing risks

### 2.1.   Risk Assessment

#### 2.1.1.   High Risk Vulnerability/Threat Pairs

The following are high-risk vulnerability/threat pairs that are drawn from the RMM table. There are seven operational aspects of this collection system that appear to be at high risk but easily mitigated. Overarching mitigating factors for these risks include the DCS3000 working environment at each operating location (i.e., FBI field office, resident agency (RA) office, etc.) that is tightly controlled and protected by multi-layered physical security, and the personnel within it, who participate in electronic surveillance (ELSUR) operations and who must undergo a very thorough and comprehensive screening process in order to be granted an FBI Top Secret clearance before being authorized to perform their tasks.

The following are the associated high-risk vulnerability pairs drawn from the RMM table below:

*1. There is no anti-viral software loaded on the DCS3000 machines. If malicious code, viruses, and/or executables are introduced, there will be potential for risk to the system or compromise of data, thereby compromising evidence contained therein.*

Planned or Recommended Remedial Action:

- Install FBI approved anti-virus software on all servers and workstations.
- System administrators ensure all virus signatures are updated weekly or as needed.

b2
b7E

Planned or Recommended Remedial Action:

3

LIMITED OFFICIAL USE ONLY

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jul. 2, 2007]; Page # 91 of 112;
Download at <http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf>
[EFF PDF Set 8 of 8] [last accessed Oct. 25, 2010];

LIMITED OFFICIAL USE ONLY

b2
b7E

*3. Successive failed logon attempt lockout is not enabled. Without a lockout policy, an unauthorized user would have infinite attempts to gain access to the system.*

Planned or Recommended Remedial Action:

- Account lockout duration
- Account lockout threshold (i.e. 3 attempts)
- Unlock procedures

*5. Workstations associated with the system do not enforce adequate user permissions. Improperly configured machines do not adhere to the least privilege principle. This practice could potentially give a user access and rights not warranted for by their position.*

Planned or Recommended Remedial Action:

Recommend the implementation of workstation permissions to give least privilege access.

*6. The improper account (i.e. guest or administrator) configurations do not provide the facility for adequate auditing.*

Planned or Recommended Remedial Action:

Recommend deleting the guest accounts and renaming the administrator accounts.

*7. The system lacks an intrusion detection capability. This functionality provides warning of an unauthorized access or user to the system.*

Planned or Recommended Remedial Action:

Recommend implementing an intrusion detection scheme.

*8. The Telnet login process is accomplished in the "clear". This practice compromises the user ID and password information.*

Planned or Recommended Remedial Action:

Recommend a secure Telnet implementation.

4

LIMITED OFFICIAL USE ONLY

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jul. 2, 2007]; Page # 92 of 112;
Download at <http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf>
[EFF PDF Set 8 of 8] [last accessed Oct. 25, 2010];

LIMITED OFFICIAL USE ONLY

### 2.1.2. *Medium Risk Vulnerability/Threat Pairs*

The following medium-risk vulnerability/threat pair is drawn from RMM table below.

*4. Auditing was found to be inadequate. Tracking users actions will allow records to be kept for accountability purposes. These records can be used for investigations and to track system or network problems for troubleshooting purposes.*

<u>Planned or Recommended Remedial Action</u>:

Recommend implementing workstation and server auditing and log dumps on a daily basis to reduce impact on resources.

Overall, recommend Senior FBI management personnel should take a very active role in support of a comprehensive FBI INFOSEC program.  As part of this program, a comprehensive FBI information security (INFOSEC) training program should be developed and implemented throughout the FBI.  Also, unit-level, job-specific INFOSEC training should be strongly encouraged or mandated.

5

LIMITED OFFICIAL USE ONLY

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jul. 2, 2007]; Page # 93 of 112;
Download at <http://www.eff.org/files/filenode/061708CKK/070207_dcs08.pdf>
[EFF PDF Set 8 of 8] [last accessed Oct. 25, 2010];

**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**
**⬇ EXHIBIT 038 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf [EFF PDF Set 1 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

▇▇▇▇▇▇▇▇▇▇▇PX) (FBI)▇▇▇▇▇▇▇PH) (FBI);▇▇▇▇▇▇▇▇▇▇▇▇DE) (FBI);
▇▇▇▇▇▇▇▇▇(MP) (FBI)▇▇▇▇▇▇SE) (FBI)▇▇▇▇▇▇▇▇(PH) (FBI)

**Subject:**   FW: Fd 71
**Importance:**   High

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C

Okay men (specifically ▇▇▇ here's some tech talk in response to ▇▇▇ tracking mission. Send your reply to me and I'll forward for a response. Thanks, ▇▇▇▇

**UNCLASSIFIED**
**NON-RECORD**

b2
b7E

▇▇▇▇ your guy mentioned ▇▇▇▇▇▇▇ I am assuming that wasn't the system they were using. If the amp was originally meant for a ▇▇▇▇▇▇ I am curious as to what amp it is.  are there markings on the amp? can someone provide a description of it? or a digital picture?  the reason I'm asking is that there are a lot of *old* three watt amps out there that were deployed with legacy (primarily analog) systems that sometimes make there way back into the new equipment line….if its one of those *old* amps, that amp is made for 800Mhz and will not amplify a PCS band signal (it will probably attenuate it instead)…also, were they operating in ▇▇▇▇▇ nodes? ▇▇▇▇▇▇▇▇▇▇

**UNCLASSIFIED**
**NON-RECORD**

FYI. rj

-----Original Message-----
**From:**   ▇▇▇▇▇▇PX) (FBI)
**Sent:**   Thursday, May 18, 2006 1:38 PM
**To:**   ▇▇▇▇▇▇CID) (FBI)
**Subject:**   RE: Fd 71

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

I've sent ▇▇▇ an e-mail or two about it and advised of our ability to ▇▇▇▇▇▇ but he has not responded…

b2
b7E

On another note, Got a call from Memphis yesterday, sent them Philly's pen and trap order docs and then last night at 8:30p we went up on three phones (no thanks to the Memphis TTA's who never got the DCS3000 up and running) using ▇▇▇▇▇ data and were able to immediately lock on one of the target phones at location one, and found a Van w/ TN plates at location 2, which promptly drove to location 1 and we got a hit on a second phone.  At that point we just jumped the guys and took them into custody yada yada yada.  The only problem we had with the gear ▇▇▇▇▇ side of the house) was the same problem we had in Chantilly, although we could pick up the phone in collection mode, we could not get it to lock on with the ▇▇▇ to pinpoint a direction.  It may have something to do with the fact that we were only sent a 3 watt amp (for the ▇▇▇▇▇▇(sp)) instead of the 10 watt amp.

b6
b7C

Anyway, another success story for the MEN OF VCMO!!!  I have a bunch of evidence and 302s/Ecs to draw up as well as prisoner transport and court, so I will get the WITT sheet done tomorrow…

Later

▇▇▇▇

3

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056301-1 [Aug. 27, 2007]; Page # 16 of 67;
Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

thanks.

-----Original Message-----
**From:** [redacted] (ITD) (FBI)
**Sent:** Tuesday, August 31, 2004 7:00 PM
**To:** [redacted] (ITD) (FBI)
**Subject:** RE: August 10th meeting

**SENSITIVE BUT UNCLASSIFIED
NON-RECORD**

I'm not sure what type of information you need from
the DCS-3000 other than the latitude and
longitude for the active cellsite; we plan to deliver
this information in [redacted] format to your interface.  I
do remember some cursory discussion along the
lines of pen-register data being transmitted to the
van, but I'm not so sure the FBI's security experts
will buy off on this idea since transmitting this
information over a wireless link could divulge
sensitive information and comprise an operation.  If
you plan to have the pen-register data transmitted to
the van, we can assist you.  The best place to get a
look at what's available (field descriptions) is in the
[redacted] specification.  This is the
current spec for all things CALEA.  If you want to
see the DCS-3000 interpret CALEA data, just drop
by the lab.

b6
b7C

b2
b7E

-----Original Message-----
**From:** [redacted] (ITD) (FBI)
**Sent:** Tuesday, August 31, 2004 11:29 AM
**To:** [redacted] (ITD) (FBI)
**Cc:** [redacted] (ITD) (FBI);
NASIM, SHAHID (ITD) (FBI); [redacted]
[redacted] (ITD) (CON) [redacted]
[redacted] (ITD) (FBI)
**Subject:** August 10th meeting

**SENSITIVE BUT UNCLASSIFIED
NON-RECORD**

b6
b7C

[redacted]  on August 10th you attended a meeting
with WITT in the PSU
conference room to discuss their efforts to
provide a geographical
information system to their team members in
the field.  to be effective,
this system requires information that is readily
available from the DCS
system.  my notes indicate that during the
meeting you agreed to

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 26 of 67;
Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

_____(OTD) (FBI)                                      b6
                                                                b7C
**From:** _____(WF) (FBI)
**Sent:** Thursday, September 16, 2004 10:12 AM
**To:** _____(RH) (FBI)_____(BA) (FBI);_____(RH)
(WF) (FBI)_____(CE) (FBI)_____RH) (FBI);_____(RH)
(FBI)_____(BA) (FBI)_____(NE) (FBI)
(FBI)_____(WF) (FBI)_____(WF) (FBI)_____(WF)
(FBI)_____(WF) (FBI)_____(WF) (FBI)_____(WF) (FBI)_____(WF)
(FBI)_____(WF) (FBI)_____(WF) (FBI)_____(WF)
(FBI)_____(WF) (FBI)_____(WF) (FBI)_____
(WF) (FBI)_____(WF) (FBI)_____(WF) (FBI)_____
_____(WF) (FBI)_____(WF) (FBI)
**Cc:** _____(ITD) (FBI)_____(ITD) (FBI)_____(ITD)
(FBI)_____(ITD) (FBI)_____ITD) (FBI)
**Subject:** Mid-Atlantic WITT Update

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

For those you you that have been involved in cell phone tracking, this might make some sense.  The WITT (Wireless Intercept and Tracking Team) locates cell phones of subjects after the case agent has received a FEDERAL pen register order and the data has been *carefully* analyzed.

**WITT Web Site**

Be sure to bookmark the WITT web site on your computer_____The site features contact information, cheat sheets, manuals, and other useful information.          b2
                                                                                         b7E
_____**Update**

When using the_____to track a_____phone, be sure to get the_____of the phone from the provider.  Some providers are using____numbers for the phone in place of the traditional____The ____is the actual phone number of the phone, but the system may use the____on the____portion of the call.

It is expected that____release a_____version of the_____this Fall.

_____

The_____is a new product from_____that allows portable tracking of_____phones.  It has one receiver,   b2
compared to the____in the_____and looks like it will be a useful tool when we need to enter a building to   b7E
pinpoint the exact location of a phone.  We were able to find phones hidden in an office building and a hotel using the_____during several different tests.

_____**Update**

An upcoming update to the_____will allow it to be connected to the_____direction finding antenna array so that a bearing to the target can be obtained.  It is unknown if we will need this capability if the_____is updated to track_____phones.

**WITT Training**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2007 BY 65179 DMH/TAM/KSR/cb

11/13/2006
FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 41 of 67;
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

b2
b7E

The WITT unit has finished the on-location regional training.  A course is now offered at the Rte. 17 Fredricksburg Training Facility.  It is called **"Wireless Intercept and Tracking  (Course I)"** :  A one-week refresher course taught by a contractor and Telecommunications Intercept & Collection Unit personnel. This course will provide an understanding of Wireless Intercept and Tracking Technologies in addition to focusing on operational training of the [ ] technologies in both a classroom and a field environment. This course will be taught at the ERF. Eight students per class.

Course 2 should be the [ ] course.

Check the Training Programs Unit web site for the new schedule: [ ]

WFO will be conducting half-day training courses on the [ ] as well as techniques for using test phones to map out specific sectors of cell sites.

b6
b7C

### Cell Site Location Data

TICTU has posted some data on cell site locations from various providers.  If you get updated lists please forward them to [ ] at TICTU.

[ ]

### DCS-3000 and the [ ] Software

[ ] software was added to the DCS-3000 pen register system that shows a map of the cell site and sector of the target. [ ] allows you to look at historical data.  These tools are already being used by the case agents and we should all be familiar with this software.

b2
b7E

Cell site location data is not available for all providers and when no data is available, we need to revert to the old method of using a cell site list from the provider.

[ ]
202[ ] Office
202[ ]

b6
b7C

### SENSITIVE BUT UNCLASSIFIED

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 42 of 67;
Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

b6
b7C

☐ (OTD) (FBI)

| **From:** | ☐ WF) (FBI) |
|---|---|
| **Sent:** | Wednesday, September 15, 2004 4:10 PM |
| **To:** | ☐ (ITD) (FBI); ☐ ☐ (ITD) (FBI) ☐ ☐ (ITD) (FBI); ☐ (ITD) (FBI); ☐ (ITD) (FBI) |

**Subject:** More info from Baltimore

b2
b6
b7C
b7E

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

☐

I agree with what you wrote.

You are correct in that the only issue I had with ☐ was that they would not provide the ☐ when asked. I spoke with ☐ at about 8:00pm (whenever you told me to ask for the ☐ Friday night and she emphatically told me that it was not specifically mentioned by the Court Order, even after I told her that it was my understanding that it was. I guess it would have been helpful for me to have a copy of the order to refer to...

Otherwise, a minor issue was, again with ☐ she wanted me to provide the "switch number" before she would tell me what tower. I asked her if she could look up the cell tower info. just using the target number. She would not or could not. I suspect that it was just easier for her to have me provide the info. I can't believe their system can't look up info. related to the actual target number... This necessitated only a short delay, in that I called you again to find out what she was asking me for; I then took a look at info. available on the DCS-3000 and called her back with the info. I thought she might be looking for. I turned out to be correct and she then provided the cell tower information.

b6
b7C

It was helpful that another ☐ compliance employee agreed to fax the list of cell towers to ☐ the fax he received came from ☐ There was a delay in getting the list, however, as ☐ had to "put it together".

From now on, that list is the first thing we should ask for from the wireless company when tracking has to be done and we don't have the cell tower info. It would definitely increase the speed at which we can provide info. to the tracker.

b2

I can also empathize with the frustration that ☐ may have had with us on their end, as different law enforcement officers working on the same case were calling them asking for the same information.

b6
b7C
b7E

☐

**SENSITIVE BUT UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2007 BY 65179 DMH/TAM/KSR/CB

11/13/2006

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 43 of 67;
Download at http://www.eff.org/files/filenode/061708CKK/082507_doc81.pdf;
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2007 BY 65179 DMH/TAM/KSR/cb

[_____](OTD) (FBI)

**From:** [_____](WF) (FBI)        b6
**Sent:** Wednesday, September 15, 2004 2:24 PM        b7C
**To:** [_____](ITD) (FBI)
**Subject:** RE: 9/10/04 Tracking Update

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[____] said there should not be any delay on the DCS-3000... unless another office was downloading a backlog of data.

Why did they design a system that slows down one pen register if another is downloading data someplace elsewhere?

Did they only have money for one computer?

-----Original Message-----
**From:** [_____](ITD) (FBI)
**Sent:** Wednesday, September 15, 2004 9:54 AM
**To:** [_____](WF) (FBI)
**Subject:** RE: 9/10/04 Tracking Update

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**                                                                b6
                                                                             b7C

Thanks [__] I will pass this info along to [____] However was [__] any help to you last weekend?

**SSA** [_____]

**ITD, ATU, DIVISION 18**
**703** [_____] office

-----Original Message-----
**From:** [_____](WF) (FBI)
**Sent:** Wednesday, September 15, 2004 9:25 AM
**To:** [_____](ITD) (FBI)
**Cc:** [_____](ITD) (FBI); [_____](ITD) (FBI); [_____](BA)
b6      (FBI) [_____](ITD) (FBI) [_____](WF) (FBI) [____](WF)
b7C     (FBI) [_____](WF) (FBI) [_____](ITD) (FBI)
**Subject:** RE: 9/10/04 Tracking Update

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[_____] et al,

Last Friday was a disaster.  Once our WITT got to the Eastern Shore of Maryland, the subject was already back in Prince Georges County.  They needed to make a U-turn and spend a few more

11/13/2006
FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 45 of 67;
Downloaded from http://www.eff.org/files/filenode/061908ceu/062707_dcs01.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010].

b2
b6
b7C
b7E

hours returning to our area.

The subject was turning his phone off. [____] could not, or would not, tell our people if the phone was on or off.

[____] initially said they could not provide a cell site list via e-mail because it was not secure, and it was too big to fax. [____] later received the cell site data from [____]

The DCS-3000 data had a 40 minute delay and no cell site data was available on the "Tracker" despite [____] The PG County officers were talking to their contacts at [____] and getting real time data.

b2
b6
b7C
b7E

[____] refused to provide the targets [____] stating it was not in the court order [____] and I were discussing the matter on Saturday morning and she confirmed that it was specifically requested in the court order.   Since we now see a [____] rather than the [____] we are wondering if we had any chance of interrogating the phone without the [____]

After a tremendous waste of time, the phone was not located.   A PG County Detective has reported that more traditional means were used to locate the subject and they believe an arrest is imminent.

b6
b7C

[____] may have more details to add to this write up.

[____]

-----Original Message-----
**From:** [____] (ITD) (FBI)
**Sent:** Monday, September 13, 2004 5:03 PM
**To:** [____] (WF) (FBI)
**Subject:** RE: 9/10/04 Tracking Update

b6
b7C

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

[____] I worked this case this past Saturday so the issue to my knowledge has been resolved. However I asked [____] to send me an email regarding this issue to outline typical problems we have with carriers.

**SSA** [____]

**ITD, ATU, DIVISION 18**
**703** [____] **office**

b6
b7C

-----Original Message-----
**From:** [____] (WF) (FBI)
**Sent:** Friday, September 10, 2004 4:58 PM
**To:** [____] (ITD) (FBI) [____] (ITD) (FBI) [____]
[____] (ITD) (FBI) [____] (WF) (FBI)
**Subject:** 9/10/04 Tracking Update

**SENSITIVE BUT UNCLASSIFIED**

11/13/2006
FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 46 of 67;
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

**NON-RECORD**

b2
b7E

WFO is assisting the FBI Baltimore Division in tracing a [ ]
phone.  Several armed home invasions/ carjackings have occurred in PG County
MD.

The latest victim's cell phone was taken on 9/6/04 and is currently in use by the
UNSUB or associate.

b6
b7C

TTA[ ] requested assistance and has the pen set up on the DCS-3000.

A federal court order has been served on [ ] PG County Detective [ ]
[ ] is aware of the sensitivity of the technique and has worked with the WITT
team in the past.

b2
b6
b7C
b7E

The Tracker program is not providing [ ] has been
calling [ ] for the cell site data. [ ] is unable to e-mail or fax the cell site
data. (?)

The target phone is located in Princess Anne, MD and [ ]
[ ] have already responded to the are to conduct investigation.

[ ] in Princess Anne is the staging point.

[ ] from WFO have responded with the WFO
[ ] equipped Suburban and are enroute to the search area.

b6
b7C

[ ] WFO

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**

11/13/2006

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 47 of 67;
Download at http://www.eff.org/files/filenode/061708ckk/082707_dcs01.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

b6
b7C

## PROPOSED ADDITIONS TO WINTRACK SOFTWARE APPLICATION

04/30/2001

The purpose of this document is to identify in technical detail those capabilities that are desired by the Telecommunications Intercept and Collection Technology Unit but currently unavailable in the [ ] Software Application.

b2
b7E

This Engineering Task will be two-fold (i.e., consisting of the development of two unique features that will operate independently of one another but ultimately compliments each other).

### TASK #1

PROBLEM: [ ] supports only one instance of [ ]

b2
b6
b7C
b7E

[ ] Laboratory testing conducted by TICTU personnel ET[ ] and EE[ ] uncovered a 'glitch' in [ ] ability to simultaneously display multiple instances of [ ] information. [ ] will display the correct geographical coordinates of multiple instances of [ ] data – this is NOT the problem. The problem occurs when a user attempts to include multiple instances of [ ] assigned for use with multiple instances of [ ]

It appears that a [ ] instance is automatically 'linked' to the [ ] instance that is designated as [ ] Therefore ALL subsequent instances 'track' on the coordinates of the [ ] instance that is designated as [ ] The user is unable to independently assign a [ ] instance with an [ ] instance and ultimately sees multiple [ ] displays all associated with the [ ] instance designated as [ ]

b2
b7E

[ ] ability to properly display the correct [ ] is NOT an issue. Testing verified that [ ] display the correct information - but only at the wrong [ ] instance.

(Note: Any issue regarding the [ ] or suggested use of multiple [ ] shall be ignored! All [ ] instances will utilize the SAME Range Table.)

PROPOSAL: [ ] so that it supports multiple instances of [ ] i.e., have the ability to designate [ ] etc.)

b2
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2007 BY 65179 DMH/TAM/KSR/cb

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 66 of 67;
Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs01.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

## PROPOSED ADDITIONS TO [          ] SOFTWARE APPLICATION

### TASK #2

PROBLEM: [          ] does NOT possess an interface for the purpose of receiving and displaying DCS3000 (switch) information that is received 'real-time' from the Central Monitoring Plant (CMP).

b2
b7E

PROPOSAL: Develop a DCS interface which will accept [          ] data consisting of [          ] information and carriage return/line feed delimiters that include the latitude/longitude coordinates and antenna azimuth of the serving cellsite tower. The [          ] information will be displayed in a sizable/scrollable listbox that will scroll automatically to display the most recent data. When the DCS interface receives an [      ] string that contains the [          ] character string [          ] will automatically display a tower icon (sectorized) at those latitude/longitude coordinates.

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 67 of 67;
Download at <http://www.eff.org/files/filenode/061708ckk/082707_dcs61.pdf>
[EFF PDF Set 1 of 6] [last accessed Oct. 25, 2010];

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

**⬇ EXHIBIT 039 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Aug. 27, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/082707_dcs05.pdf [EFF PDF Set 5 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

situations required precise coordination and scheduling to accommodate field office operations and resources.

The following numbers reflect the accomplishments during FY2006 in the DCS-6000 program:

- Twenty-three existing fixed-site systems were upgraded to rack-based systems.
- Sixteen existing transportable systems were upgraded with new hardware.
- More than 200 workstations were replaced with new hardware.
- Numerous printers, jukeboxes, and CD/R systems were installed in field offices as replacement for existing devices or added to existing DCS-6000 systems to increase system capacity and collection ability.
- In addition to the hardware upgrades, new DCS-6000 systems were deployed: six rack-based systems, one transportable system and eight offline analysis systems.

Finally, in FY2006 the DCS-6000 program initiated the idea of reducing the burden and cost of deploying and maintaining over 100 systems by testing remote systems at sites (Resident Agencies) where these systems were setup for monitoring with the core system components. The system's administrative duties were maintained at the main field office. As the program moves forward, the plan is to increase these types of deployments which would lessen the number of systems necessary in the field while decreasing the associated administrative burden.

## INTERCEPT PROGRAM ACCOMPLISHMENTS

### Switch-Based Intercept Team (SBIT)

- Coordinated and participated in two TICTU Regional Conferences. These conferences promoted discussions between representatives from all 56 FBI field offices and more than 24 telecommunications carriers on operational issues related to CALEA.
- Upgraded over 15 DCS-3000 server systems.
- Implemented Continuity of Operations (COOP) procedures for both field offices and telecommunications carrier interconnection circuits.
- Supported multiple field office requests for real-time Voice Over IP (VOIP) intercept and collection.
- Upgraded and enhanced the DCSNET (the FBI's CALEA data distribution network).
- Provided equipment and expertise for the interception of all FBI CALEA-based criminal and FISA pen registers with more than 50 telecommunications service providers.
- Developed and deployed the DCS-1020 gateway server for the real-time delivery of cell site location information to Wireless Tracking Team (WITT) vans.
- Developed a computer based training course for DCS-3000 software suite to provide guidance and training to all FBI field offices on CALEA-based telephony surveillance (TESUR).

pg-2

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 36 of 125;
Dow
[EFF PDF Set 5 of 6] [last accessed Oct. 25, 2010];

## TICTU COOP RESPONSE

DCS-5000, FISA Digital Collection systems are interconnected via a distributed, wide area network. In the event of a catastrophic failure at any given site, the DCS-5000 contractor is tasked to ship and install a replacement system to support the affected site. In the interim, collections can be accomplished for the affected site by re-routing TELCO lines and centrally collecting data in systems located within the ERF. The systems located within the ERF can collect up to 192 lines of input (as currently configured) for critical intercepts; overflow collections can be re-routed and collected at any of the other 75 collection systems located throughout the United States. The re-routing of collections to the ERF or other collection sites is intended to be a temporary solution until the DCS-5000 contractor ships and installs a replacement system to support the affected site. This was actually exercised during the September 11 when a temporary replacement system was deployed to New York until the field office was reoccupied and the primary system reactivated. It is noted the DCS-5000 program is currently in the planning stage of developing a regionalized distributed architecture where redundancy and backup will be incorporated.

In the event of an emergency, criminal collection (DCS-6000) can also be diverted to another location in the affected area or city. From ERF, TICTU will be able to provide portable collection systems (six are currently on order) for audio collection or provide a rack system capable of handling over 100 lines of input. TICTU will also be able to depend on vendor assistance for a portable or rack replacement system, on-site and off-site installation and troubleshooting support, and additional workstations.

The TICTU SBIT operations currently network all FBI Field offices with realtime delivery of pen register/trap trace information for all major wireless carriers. The continuity plan for these operations consists of redundant circuits and DCS 3000 server machines which reside in the FBI's Salt Lake Field office. In case of a major catastrophe at ERF-E the Salt Lake computers and circuits would be configured to emulate the current operations. This implementation would require manual setup at this time from either Washington Field or the Richmond Field offices. TICTU has also implemented independent nodes into Resident Agencies for the major field offices to provide them with a continuity of operations (coop) site within their coverage areas. These offices are independent nodes on the DCSNET and have full access to ERF's servers as the main field office.

pg-4

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 38 of 125;
Do_____ ____ __ttp://www.eff.org/files/filenode/061708ckk/082707_dcs05.pdf>
[EFF PDF Set 5 of 6] [last accessed Oct. 25, 2010];

- Matches incoming Call Data Content and Call Carrier Content

- Stores and forwards capability for CALEA J-STD data

(U)

## 3.3 [S] OPERATIONS CONCEPT

(U) Digital Collections systems are the FBI's primary vehicles for gathering digital information (voice-telephone service, facsimile, and microphone) for intelligence and criminal investigative purposes. Digital collection systems will be deployed in every field division and other locations as required by operational needs.

(U)    [S] Systems will be procured in three basic configurations: portable, transportable, and fixed. Portable systems are movable by two persons and designed for use in temporary situations; they do not require special power considerations. Transportable systems are more robust than portable systems and will be used at sites that anticipate ongoing or recurring operations that do not require a large number of inputs. Fixed systems will be installed at sites with known long-term requirements, Foreign Translation Centers, collection "hubs", or as required by operational needs.

(U) Digital Collection systems are capable of standalone operations, but will normally be used within a networked environment. Both Title III and Title 50 systems will connect to the Trilogy, but not share information. Future considerations may require these systems to share information.

(U) Digital Collections systems are used for the technical collection of electronic data which is processed and evaluated for migration to a separate information technology system where the collected data is analyzed, managed and archived as case related information. Processing of information collected through digital collection systems involves monitoring information, recording it onto digital media, and playback/transcription into a readable document. Collected information/data becomes "official record" material after it is transferred to case agents for analysis and management.

## 3.4 (U) PROJECT ORGANIZATION

(U) The Digital Collection-03 project team and supporting organization is depicted in the following figure. There were

268-HQ-1045581                                                    April 20, 2004

4

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 44 of 125; Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs05.pdf>
[EFF PDF Set 5 of 6] [last accessed Oct. 25, 2010];

**LAW ENFORCEMENT SERVICES BRANCH**
**WEEKLY BRIEFING TO EAD ASHLEY'S OFFICE**

**DIVISION/OFFICE: ITD/TICTU      WEEK: 10/18/2004**

---

## EXISTING ISSUES/INITIATIVES

Issues/Initiative:
To gain authorization from the FBI's Security Division to implement a new cellular target location tool that will aid the FBI in field and surveillance initiatives.

---

Division's Response:
The Switch-Based Intercept Team (SBIT) within the Investigative Technology Division/Telecommunications Intercept and Collection Technology Unit (TICTU) is working with the Security Division to gain authorization to egress cell site Global Positioning System (GPS) coordinates to mobile FBI agents. This is accomplished by pushing a target's wireless cell site location information, obtained via a CALEA Pen Register with location authorization, out to the field and/or surveillance agent identifying the target's cell site in use.

---

Significant Developments:
 The SBIT has developed tracking software and complied a cell site database to provide the geographic location of a particular target's location per CALEA event messages. The DCS-3000 software has been enhanced to push cell site GPS coordinates for specific targets to a remote tracking laptop of mobile FBI agents. The SBIT has been informed by FBI field offices that cellular tracking information has successfully aided the

b2

---

Current Status:
This FBI DCS-3000 enhancement has been prototyped and is ready for implementation, pending authorization by the FBI's Security Division, and will aid FBI field and surveillance agents in target location.

---

## NEW ISSUES/INITIATIVES

Issue/Initiative:



---

Division's Plan:



---

## ADMINISTRATIVE/FINANCE MATTERS

Issue:



---

Division's Response:



**PG-3**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 54 of 125;
Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs05.pdf>
[EFF PDF Set 5 of 6] [last accessed Oct. 25, 2010];

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

b6
b7C

**Precedence:**  ROUTINE                    **Date:**  10/02/2006

**To:**  Finance                     **Attn:** [                    ] QT-ERF

Criminal Investigative              [              ] Rm 5155

IT Operations                       [              ] Rm 6421

**From:**  Operational Technology
Electronic Surveillance Technology Section/TICTU/QT-ERF
**Contact:** [                    ] 703-[              ]

**Approved By:** [                    ]

b6
b7C

**Drafted By:** [                    ] bic

**Case ID #:** 269-HQ-1436080

**Title:**  DIGITAL COLLECTION SYSTEMS NETWORK

**Synopsis:**  Finance Division is requested to provide funding for
the Digital Collection Systems Network (DCSNET) to [              ]
[              ] under the GSA [          ] contract.

**Enclosure(s):**  FD-369, [          ] in the amount of [          ]

b2
b7E

**Details:**  The Telecommunications Intercept and Collection
Technology Unit (TICTU) is responsible for the development,
deployment, and support of access and collection technology to
perform lawfully authorized electronic surveillance (ELSUR) of
telecommunications services.

    The DCS-3000 and DCS-5000 systems provide access and
collection of both call detail information (i.e., pen-register
and trap/trace) and call content for a variety of
telecommunications switches.  To deliver the ELSUR data from the
service providers to the collection systems require a reliable,
scalable network.  The DCSNET provides this connectivity.  The
local service available under the WITS contract will allow for
DCS-3000 and DCS-5000 development, testing, and operations under
exigent circumstances.

b2
b7E                              [                    ]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-14-2007 BY 65179DMH/KSR/MAJ

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 56 of 125;
Download at <http://www.eff.org/files/filenode/061709CKK/093707_doc05.pdf>
[EFF PDF Set 5 of 6] [last accessed Oct. 25, 2010];

|  | **(OTD) (FBI)** | b6 |
|  |  | b7C |

From:                (ITD) (FBI)
Sent:         Thursday , August 05, 2004 10:16 A M
To:                 (OGC) (FBI)
Cc:                 (SecD) (CON);      (ITD) (FBI);
        (ITD) (FBI)        ITD) (FBI)       ITD) (FBI);
            ITD) (FBI);     ITD) (FBI)      ITD) (FBI);
            ITD) (FBI)
Subject:      Pen Register,  3094, Telephone Applications

**SENSITIVE BUT UNCLASSIFIED**                 b6
**NON-RECORD**                              b7C

I am [_____] newly assigned [_____] for the Telecom munications Intercept and Col lection Technol ogy Unit (TICTU) at ERF.  This unit is responsi ble for providing electronic surv eillance equi pment to al l FBI field offices.  This equipment ranges f rom the 1033 uni t, the 3094, facsi mile intercept equi pment, the DCS -3000 (sw itched based equi pment), the DCS -5000 (FIS A platform), and the DCS -6000 (cri minal platform).  I am contacti ng you to schedul e a meeting of all parties l isted i n the cc: (and any  you deem  necessary ) to meet here at E RF and w ork towards w ritten guidance w ith the 3094 FIS A incom ing data and w hat cl assi fication bef ore telephone appl ications.

TICTU is currentl y recei ving increased com munications f rom the field offices as to the di rection to follow.  I am providing two possi ble dates to m eet:  Thursday , August 26, at 10:00 a.m . or Friday , Septem ber 3rd at 10:00 a.m .  Please adv ise of the date y ou prefer, and i f addi tional information is needed bef ore we m eet.  I can be contacted v ia e-m ail or by telephone 703[_____] I aw ait your response.

**SENSITIVE BUT UNCLASSIFIED**

48

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Aug. 27, 2007]; Page # 115 of 125;
Download at <http://www.eff.org/files/filenode/061708CKK/082707_dcs05.pdf>
[EFF PDF Set 5 of 6] [last accessed Oct. 25, 2010];

**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**
**↓ EXHIBIT 040 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Sept. 24, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/092407_dcs01.pdf [EFF PDF Set 1 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;



Tracking Technology Unit

b6
b7C

**Van Integration
DCS 10-20C**



### Locating Cell Site

- Use CALEA information
- Location information is limited to the beginning and end of an intercepted call
- CALEA event messages use two specific parameters to convey location information
  - IAPSystemID
    - Identifies the system identity of the intercepted access point, usually a numerical form of the switch identity (e.g., 4195-1-1, 0000200042, or 12819851340)
  - Location
    - Identifies the cell site and sector (e.g., 373-3, 123X, L:187 C:60398, or 310262903110023)

### Locating Cell Site

- Importance of IAPSystemID and Location Parameters
  - Combination of IAPSystemID and location uniquely identify the cell site
  - CDMA Example
    - IAPSystemID = 4182-4-1
      - SID = 4182 (verizon Wireless San Antonio, TX)
      - Switch ID = 4
    - Location
      - Cell ID = 327
      - Sector = 3

### Typical Investigative Chronology

Importance of DCS3000 information



b2
b7E



### TTCTU Cell Site Database

- Centralized database located at ERF in Quantico, VA
- One database table per carrier
  - Cell sites are indexed by SID (for IS-41 networks) or LAC (for GSM networks)
  - Cell sites we divided up by the 10 RTL regions

### Purpose of DCS 1020

- The DCS-1020 system was developed by OTD to provide real time cell site location information to mobile Wireless Intercept and Tracking Team (WITT) vehicles and complement other cellular tracking tools.
- The information delivered to the WITT vehicle is derived from intercept information collected by the DCS-3000 pursuant to a location enhanced pen-register order and includes:
  - cell site identifier
  - switch identifier
  - time stamp
  - cell site latitude and longitude
  - sector orientation and sector size

1-A

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Sept. 24, 2007]; Page # 52 of 113;
Download at <http://www.eff.org/files/filenode/061708ckk/092407 doc01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];



**Always Evolving**

- Wireless modems have been replaced by wireless data cards
- Much more reliable and faster data speeds
- Added features from original design
- On line upgrades to DCS1020 software
- Cell site updates posted for download



**What's Needed**

- Items needed
  - Laptop
  - Wireless Data Card
  - Microsoft MapPoint
  - Van Integration Software
  - Login and Password to DCS1020
- Added Features
  - Garmin 2720
  - Garmin V

b2
b7E



**Network Diagram**

WITT Van Integration System Architecture

**Features**

- Features
  - Pre-population of cell sites by region and carrier
  - Real-time CALEA cell site information including sector
  - History of previous cell site locations of target
  - Audible alarm when call occurs
  - GPS positioning of WITT vehicle using the Garmin V
  - History of WITT vehicle location
  - Directions to driver using the Garmin 2720 StreetPilot
  - Ability to track multiple target numbers
  - Ability to track multiple WITT vehicle locations



b2
b7E



**Pre-population cell sites**

- Cell Site plotting in Microsoft MapPoint 2006 by region

**Cell Site Plotting**

- A closer look
- Right click on tower to display specific tower information



b2
b7E

2

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Sept. 24, 2007]; Page # 53 of 113;
Download at <http://www.eff.org/files/filenode/061708cwk/092407_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];


SECRET

# DCS-1020
# Software Installation and Users Manual



**Version 2.5**

**September 1st, 2006**

**Wireless Intercept and Tracking Team**
**Tracking Technology Unit**

```
DATE: 06-15-2007
CLASSIFIED BY 65179dmh/ksr/lmf
REASON: 1.4 (G)
DECLASSIFY ON: 06-15-2032


    ALL INFORMATION CONTAINED
    HEREIN IS UNCLASSIFIED EXCEPT
    WHERE SHOWN OTHERWISE
```

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Sept. 24, 2007]; Page # 54 of 113;
Download at <http://www.eff.org/files/filenode/061708ckk/092407_dcs01.pdf>

SECRET

[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

## TABLE OF CONTENTS

1. SCOPE..................................................................................................................1

2. SYSTEM OVERVIEW.....................................................................................1

3. INSTALLATION..............................................................................................2

4. USING THE APPLICATION..........................................................................3

5. ADDITIONAL FEATURES.............................................................................6

i

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Sept. 24, 2007]; Page # 55 of 113;
Downloaded at http://www.eff.org/files/filenode/061708CKK/092107_dcs61.pdf9
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

Case 2:08-cr-00814-DGC Document 821-2 Filed 05/25/12 Page 85 of 108

SECRET

## 1.    SCOPE

This installation manual will inform the user on how to install the Van Integration, also called DCS-1020, application.  It will also describe the features of the system and how to use the DCS-1020 application.

## 2.    SYSTEM OVERVIEW

The DCS-1020 system was developed by the Operational Technology Division to provide real time cell site location information to mobile Wireless Intercept and Tracking Team (WITT) vehicles and complement other cellular tracking tools.  The system architecture is illustrated in Figure 1.

### DCS-1020 System Architecture



b2
b7E

**Figure 1**.  DCS-1020 system architecture

The information delivered to the WITT vehicle is derived from intercept information collected by the DCS-3000 pursuant to a location enhanced pen-register order and includes the cell site identifier, switch identifier, time stamp, cell site latitude and longitude, sector orientation, and sector size.  The DCS-3000 system must be preconfigured to deliver information to the DCS-1020 system on a per target basis.  This configuration process is outside the scope of this

1

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Sept. 24, 2007]; Page # 56 of 113;
Download at <http://www.eff.org/files/filenode/061708CKK/092407_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

Case 2:08-cr-00814-DGC   Document 821-2   Filed 05/25/12   Page 86 of 108



SECRET

document and should be coordinated with the technical staff responsible for operating the DCS-3000 in your office.

## 3.  INSTALLATION

Before installing any components of the Van Integration system please check the following settings on the laptop:

Remote Access Manager ON

- Go to Control Panel.  Select Administrative Tools.  Select Services.  Right click on Remote Access Connection Manager.  Go to Properties.  Set startup type to Automatic.

Cryptographic Services ON

- Go to Control Panel.  Select Administrative Tools.  Select Services.  Right click on Cryptographic Services.  Go to Properties.  Set startup type to Automatic.

FIPS Compliance OFF

- Go to Control Panel.  Select Administrative Tools.  Select Local Security Policy.  Select Local Policies.  Select Security Options. Right click on System Cryptography: Use FIPS compliant algorithms for encryption, hashing and signing.  Go to Properties.  Select Disable.

### 3.1  Wireless Internet Card (AirCard)

Install the [                                    ] as directed (use [                    ] if requested).  **Do not insert the AirCard device in the computer until the software has been completely installed**.  When installing wireless Internet cards other than the [                ] please follow the specific installation instructions for the device.

### 3.2  Microsoft MapPoint

Install Microsoft MapPoint Software (2 CD set) and use the default settings.

b2
b7E

### 3.3  DCS-1020C

Insert the Van Integration CD (a.k.a. DCS-1020C) into the computer CD-ROM drive.  To install the software run the following program located on the CD:

    dcs1020-install.bat

2

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Sept. 24, 2007]; Page # 57 of 113;
Download [EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

SECRET

SECRET

### 4.3    Configure the DCS-1020C Settings

Launch the DCS1020 application (a shortcut should be on your desktop after the installation). Verify the Server settings are correct by clicking on the Configure from the top menu in the DCS1020C window, then choose Server Options.

b1



(S)

· (S)

b1

(S)

(S)

b2
b7E

### 4.4    Set the Target Number(s)

Enter the Target's CALEA CaseID by clicking on Configure from the top menu, then Target Options.  The Target CaseID must match the CaseID in DCS3000, which is defined by the carrier.  You can enter multiple CaseIDs covering multiple Target numbers.  For example, in cases where a [        ] target roams onto the [        ] network the CaseIDs used by [                ] will likely be different.  In this case, each CaseID must be provisioned in the Target Numbers window in order to successfully monitor the target's location.



b2
b7E

4

FBI Response to EFF FOIA Request Nos. 1056307-000 & 1056307-1 [Sept. 24, 2007]; Page # 58 of 113;
Download at <http://www.eff.org/files/f...700gyx/002407-doc01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

SECRET

⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇
⬇ **EXHIBIT 041** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Oct. 22, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf [EFF PDF Set 2 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

459

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**   PRIORITY                                 **Date:**   03/31/1999

**To:**   Finance                        **Attn:**                        Rm 6885
                                                                 QT-ERF
        Criminal Investigative          **Attn:**                        Rm 5155
        Laboratory                      **Attn:**   Mr. McDevitt   QT-ERF
                                                                QT-ERF
                                                                QT-ERF
                                                                QT-ERF
                                                                  QT-ERF

b6
b7C

**From:**   Laboratory
          Electronic Surveillance Technology Section/TICTU/QT-ERF
          **Contact:**                              703-

**Approved By:**

          McDevitt Michael J.

**Drafted By:**                              ehB

**Case ID #:**   269-HQ-1194267

**Title:**   DIGITAL DELIGHT
          TASK ORDER FOR BOOZ-ALLEN & HAMILTON (BAH)

**Synopsis:**   To request that the Finance Division assign BAH a task
under GSA's Telecommunications Support Contract 2 (TSC 2), to
provide labor and services to support the specification,
development, verification, operation, and maintenance of interim
electronic surveillance systems for emerging wireless and
wireline telecommunications technologies.

**Enclosures:**   FD-369 #900509, Statement of Work

**Details:**   The Communications Assistance to Law Enforcement Act
(CALEA) of 1994 sets out telecommunications' common carriers'
responsibilities with regard to providing law enforcement
agencies with lawful access to communications intended for
interception (Title III/Foreign Intelligence Security Act, Pen
Register, Trap & Trace).   The CALEA Implementation Section (CIS)
has responsibility for carrying out the duties imposed on the
Attorney General for implementing the legislation.   The CIS is
currently negotiating with telecommunications industry carriers,
manufacturers, and associations in order to facilitate this
process.   It is anticipated that CALEA compliant interception
capabilities will be available within the carriers' systems
sometime in the 1999-2001 time frame.   Additionally, it is

UPLOADED BY SDH 4-19-99        269-HQ-1194267-61

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-01-2007 BY 65179 DMH/TAM/KSR/JB

FBI Release to EFF FOIA Request Nos. 105628 Pg 1 of 74;
Download at http://www.eff.org/files/filenode/061708CKK/20091022_dcs62.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

To:  Finance  From:  Laboratory
Re:  269-HQ-1194267, 03/31/1999

expected that carrier capabilities to accommodate law enforcement capacity requirements for communications interceptions will be forthcoming in the 2000 time frame.

The Laboratory Division, Electronic Surveillance Technology Section, Telecommunications Intercept and Collection Technology Unit, Telecommunications Access Program (TAP), has responsibility for ensuring that alternatives for conducting electronic communication interceptions within the carriers' networks exist.  These alternative solutions are needed to ensure law enforcement interception capability during the interim period when CALEA compliant solutions are not available and as a tactical alternative to CALEA compliant solutions.  Also, these solutions serve as a "bridge" to the CALEA compliant solutions and provide the Federal Bureau of Investigation (FBI) with a test bed to evaluate switch/network-based interception capabilities.

Currently, many new digital wireless communications services offering personalized and complex communications services to the public are being introduced in the United States. The concept which these new wireless systems are based upon is called Personal Communication Services (PCS).  The objective of PCS is to provide ubiquitous wireless communications coverage with more advanced call and network features than existing cellular radio systems currently provide (e.g. text and voice messaging, Caller Identification, alphanumeric paging, and Internet access).  Each PCS service provider is free to implement any of a number of air-interface standards and system architectures within each service area as long as their system complies with Federal Communications Commission rules.  Enhanced Specialized Mobile Radio services are similar.  Recently, carriers (e.g.⬛⬛⬛⬛⬛ have begun to offer these services without a capability to effect law enforcement interceptions.  As a result, TAP initiated a project entitled DIGITAL DELIGHT to develop, deploy, and support interim interception capability on these complex systems.

b2
b7E

In January 1997 and July 1998, the FBI awarded a limited task orders to BAH, under GSA's TSC 2 contract, to develop a custom collection system, called the DCS-3000, which provides for the collection and recording of both call content and call detail information for three PCS switches.  The BAH successfully developed intercept and collection capabilities for PCS switches manufactured by⬛⬛⬛⬛⬛⬛  As a result of the successful work conducted by BAH, the FBI has deployed the DCS-3000 system in more than 34 FBI field divisions and 61 PCS switches throughout the country, and field office demand for the system continues to grow.

b2
b7E

2

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 2 of 74; Download at http://www.eff.org/files/filenode/061008hm/06061008_docs2.pdf [EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

To:   Finance   From:   Laboratory
Re:   269-HQ-1194267, 03/31/1999


      Initially, the FBI believed the DCS-3000 capability
would be a relatively short lived prototype which would quickly
be replaced by commercial systems.  However, the emergence of
satisfactory commercial products has been slow.  Further, due to
delays in the implementation of CALEA, various parts of the
telecommunications industry have been deploying some intermediate
level of electronic surveillance capabilities until CALEA is
implemented.  These intermediate capabilities will likely not be
well supported by commercial surveillance products.  Thus, TAP
has continuing requirements to specify, develop, field, and
support interim surveillance systems in order to achieve its
mission.

      New PCS switches and new upgrades to existing PCS
switches are currently being deployed in the United States.  For
example, Iridium and Omnipoint Communications are deploying the
switch in their
networks.  Currently, the FBI does not have any intercept
capabilities for this PCS/satellite switch.  As a result, the FBI
requires additional support from BAH to extend the current
DCS-3000 collection system, to specify and develop additional
required surveillance products, and to support the scores of
systems already deployed.  The TAP requests that the Finance
Division assign BAH an additional task, under GSA's TSC 2
contract, to provide labor and services to support the
specification, development, verification, operation, and
maintenance of the existing DCS-3000 system and new interim
electronic surveillance systems for emerging PCS systems.

b2
b7E

      The estimated cost of the task specified in the
enclosed Statement of Work is $1,000,000.  Funding is available
from Budget Item Number VCRP-JM.


3

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 3 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];



(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                      **Date:** 05/2/2006

**To:** Operational Technology            **Attn:**

       Security                            **Attn:**

**From:** Security
        Information Assurance/Accreditation/SPY-B F-501
        **Contact:**                        202-               b6
                                                    b7C

**Approved By:**

**Drafted By:**                                    :mlm

**Case ID #:** 319U-HQ-1487677-SECD-275

**Title:**  IT SYSTEMS SECURITY RISK ANALYSES
        INFORMATION ASSURANCE SECTION (IAS)
        ACCREDITATION UNIT (AU)
        DIGITAL COLLECTION SYSTEM 3000 (DCS-3000)
        ACCREDITATION DECISION:
        SECURITY CHARACTERISTIC AND TIER LEVEL
        DESIGNATION FOR DCS-3000

**Synopsis:**  Designate the DCS-3000 Tier Level, Mode of Operation, determine the Confidentiality, Integrity, Availability Levels, Boundary description, and name the key Certification and Accreditation Team Members.

**Administrative:**  DCS-3000 Accreditation Boundary Diagram, dated 05/1/2006.

**Details:**  As a result of correspondence and meetings with the Accreditation Representative, Information System Security Manager, Information System Security Officer, Certification Representative, the DCS-3000 Program Manager and System Administrator, the following security characteristics and Tier Level have been determined and agreed upon.

       The Levels of Concern (LoC) are Medium for Confidentiality, Medium for Integrity, and Medium for Availability.  DCS-3000 is a Sensitive but Unclassified (SBU) system operating in the System High Mode of Operation.  The DCS-3000 has been assessed as a Tier Level 2 in accordance with the FBI Certification and Accreditation Handbook.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-04-2007 BY 65179 DMH/TAM/KSR/JB

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 16 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

To: Operational Technology  From:  Security
Re:  319U-HQ-1487677-SECD, 05/2/2006

     The DCS-3000 application suite was developed to assist
Law Enforcement Agencies (LEA) with collecting and processing
data for court-ordered Electronic Surveillance (ELSUR)
operations. The DCS-3000 collects J-STD-25 data from the
Telecommunications Service Provider (TSP) and stores it at the
LEA site.

     The DCS-3000 application suite consists of five (5)
component applications residing on one or more workstations.  The
components of the DCS suite used to support a particular
requirement depend upon the type of surveillance to be conducted,
the switch providing the data, the telecommunications service
provider, and availability of equipment at the field office.

     The Certification and Accreditation Team Members are:

System Owner:
Information System Security Officer:
System Administrator:
Information System Security Manager:
Certification Representative:
Accreditation Representative:

b6
b7C

2

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 17 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

To:  Operational Technology  From:  Security
Re:  319U-HQ-1487677-SECD, 05/2/2006

**LEAD(s):**

**Set Lead 1:   (Info)**

OPERATIONAL TECHNOLOGY

AT QUANTICO, VA

Notify the ISSM if there are any changes to DCS-3000
that could impact its designation of the Tier Level, Levels of
Concern, Mode of Operation, and accreditation boundary.

**Set Lead 2:   (Info)**

SECURITY

AT WASHINGTON, DC

For information only.

CC:

b6
b7C

◆◆

3

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 18 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];



(Rev. 01-31-2003)



# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE    b6    **Date:** 10/25/2005
                          b7C

**To:** Finance              **Attn:** [                ] ERF, (Enc)
                                       [          ] FMU, Bldg 15,
                                       (Enc)

        Counterintelligence  **Attn:** [          ] Rm 1B045
                                       (Enc)
                                       [                    ]
                                       Rm 1B045 (Enc)
                                       [                ]
                                       Rm 11533 (Enc)

        Criminal Investigative  **Attn:** [              ] Rm 5515

**From:** Operational Technology
          Electronic Surveillance Technology Section/TICTU/QT-ERF
          **Contact:** [                    ] 703-[          ]

**Approved By:** [                        ]
                 Thomas Marcus C          b6
                 Clifford Michael Jr      b7C

                 [                    ]

**Drafted By:** [                  ] bic

**Case ID #:** 268-HQ-1045581

**Title:** DCS-3000

**Synopsis:** The Engineering Contracts Unit (ECU) is requesting to
exercise the first option year with Booz/Allen/Hamilton to
provide labor and services to continue to support the
specification, development, verification, operation, and
maintenance of electronic surveillance systems for emerging
wireless and wireline telecommunications technologies.

**Enclosure(s):** FD-369, #E002040 in the amount of $1,900,000.

**Details:** The Telecommunications Intercept and Collection
Technology Unit (TICTU) is responsible for the development,
deployment, and support of access and collection technologies to
perform lawfully authorized electronic surveillance of
telecommunications services. The TICTU is engaged in a number of
rapidly developing and changing telecommunications activities and
projects that require program planning, requirements development,
development, deployment, support of collection systems, and

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED                        b2
DATE 06-04-2007 BY 65179 DMH/TAM/KSR/JB       b7E

                                              [                    ]

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 21 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

To:   Finance   From:  Operational Technology
Re:   268-HQ-1045581, 10/25/2005


industry liaison and coordination support.  In order to
accomplish its mission, the TICTU requires the augmentation of
its current capabilities with additional collection system
software development, wireless communications technical
expertise, and telecommunications industry expertise.

        The DCS-3000 system is a custom system developed,
deployed, and supported by the TICTU.  The DCS-3000 provides
access and collection of both call detail information (i.e., pen-
register and trap/trace) and call content for a variety of
telecommunications switches.  The DCS-3000 has recently been
modified to comply with new Counterintelligence Division (CD)
security requirements to meet certification and accreditation.
These modification are integral to maintaining security and
timely pen register and voice collections.  New technologies that
must be addressed include Voice Over Internet Protocol, packet-
mode telephony, General Packet Radio Service, and nationwide
services from

b2
b7E

        Booz/Allen/Hamilton is currently supporting many of the
TICTU's activities and is the only company with the unique mix of
qualifications required to adequately address the breadth and
depth of the TICTU program needs.  Booz/Allen/Hamilton supported
the development of the current DCS-3000 collection system.  Most
recently Booz/Allen/Hamilton has modified the DCS-3000 software
suite to accommodate one way push scenario to enable Title 50
systems to accept Communications Assistance for Law Enforcement
Act (CALEA) data into Foreign Intelligence Surveillance Act
Collection (FISA) systems.  Booz/Allen/Hamilton also has
technical expertise in the field of off-air electronic
surveillance of wireless communications systems.

        The TICTU requests the Finance Division exercise the
first option year of the Booz/Allen/Hamilton contract to provide
support to extend the current DCS-3000 system and to specify and
develop additional capabilities for the system.


                              2          b2
                                         b7E

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 22 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

# DCSNET STATEMENT OF WORK
# UNDER GSA FTS 2001CONTRACT

## 1.0   INTRODUCTION

This Statement of Work (SOW) is to be performed under General Services Administration (GSA) FTS 2001 contract.

## 1.1   Organization

This SOW is for the United States Department of Justice, Federal Bureau of Investigation (FBI), Washington, D.C.

### 1.1.1   Identification and Address

U.S. Department of Justice
Federal Bureau of Investigation
Telecommunications Intercept and Collection Technology Unit
Electronic Surveillance Technology Section
Engineering Research Facility
Building 27958A
Quantico, VA 22135

## 1.2   Mission

The mission of the FBI's Telecommunications Intercept and Collection Technology Unit (TICTU) is the development, deployment, and support of access and collection technology to perform lawfully authorized electronic surveillance (ELSUR) of telecommunications services. The TICTU supports a broad range of operational investigative needs of the FBI. This support focuses on national security and criminal investigative requirements for Title-III, Title-50, pen-register, and trap and trace interceptions. The TICTU is responsible for providing equipment to the field, troubleshooting problems with equipment and systems, providing training to field office users, tracking needs of the field to identify new ELSUR requirements, and serving as the FBI's technical liaison with telecommunications service providers. The TICTU's responsibilities make the unit a critical element of the Electronic Surveillance Technology Section as well as the overall FBI.

### 1.2.1   Project Background

The DCS-3000 system is a custom system developed, deployed, and supported by TICTU. The DCS-3000 provides access and collection of both call detail information (i.e. pen-register and trap/trace) and call content for a variety of telecommunications switches. The DCS-3000 system is deployed and in use in fifty-six FBI field offices and is used for all FBI ELSUR (pen-register, trap/trace, Title-III, and Title-50) of wireless communications technologies and an increasing amount of wireline technologies. The

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-04-2007 BY 65179 DMH/TAM/KSR/JB

1

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 50 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

DCS-3000 provides a front-end Communications Assistance for Law Enforcement Act (CALEA) interface to the DCS-5000 collection system, used for Title-50, FISA collection, and to the DCS-6000 collections system, used for Title-III collection.

As the wireless and wireline phone carriers become CALEA compliant, most of the ELSUR data is delivered to the FBI though consolidated data circuits at specific access points around the country. The TICTU's Switch-Based Intercept Team is responsible for distributing this data to the appropriate field offices where it is collected per court orders. Since this data is delivered real-time, the network infrastructure to deliver this data must be efficient and extremely reliable. Any loss of connectivity could result in permanent loss of ELSUR data.

To attain a network capable and reliable enough carry this critical data, TICTU is looking to an outside vendor to design, implement and manage a dedicated network to specifically meet these needs.

## 1.2.2   Objectives

This SOW defines the tasks required to support the FBI's ELSUR needs. The specific objective is procure the following services:

- A reliable managed network to support the critical ELSUR needs for the FBI

## 2.0   STATEMENT OF WORK

### Task Requirements

The requirements within this section are a minimum set of characteristics the vendor will have to provide in building and maintaining the DCSNET. Once a vendor has been chosen, the vendor will have to fulfill the order within the time frame specified in requirement section 2.3.2.

### 2.1   Network Requirements

### 2.1.1   Topology

The network shall be fully meshed. Each node shall be able to communicate with every other node directly, without traversing any other node of the network.

### 2.1.2   Bandwidth

The network shall have a minimum bandwidth of 56kb. The bandwidth shall be easily upgradeable to 1.544Mb without hardware changes and without FBI personnel going onsite.

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 51 of 74; Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf> [EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 04/03/2003

**To:** Investigative Technology

**From:** Investigative Technology
          Electronic Surveillance Technology Section/TICTU/QT-ERF
          **Contact:** [_____] 703-[_____]          b6
                                                              b7C

**Approved By:** Clifford Michael Jr
          [_____]

**Drafted By:** [_____]ehb

**Case ID #:** 269-HQ-1194267      (Pending)

**Title:** DCS-3000

**Synopsis:** To report travel to Beckley, West Virginia; Phoenix,
Arizona; and Atlantic City, New Jersey.

**Details:** During 01/28/-29/2003, Electronics Technicians (ET)
[_____] traveled to Beckley, West
Virginia to install equipment into a cellular providers space and
the Beckley Resident Agency (RA).  A Packet Assembler-            b2
Disassembler (PAD) and a modem were installed at Highland         b6
Cellular to enable the pen register collection.  The cable to    b7C
connect the switch to the PAD was not present.  Highland Cellular b7E
tried to reach out for [_____] to get the correct cable but the
pen register expired before this was done.  A DCS-3000
workstation and a modem were installed at the RA to collect the
pen register information.  ETs[_____]trained and
were assisted by Technically Trained Agent (TTA)[_____]of
the Pittsburgh Field Office (FO).

           During 03/11/14/0203, ETs[_____]traveled
to Phoenix, Arizona to install equipment for[_____]intercepts.
[_____]was connected to the Phoenix FO the week prior using CALEA
intercept equipment (ie: routers and 56K DDS circuit).  A rack
containing a[_____]cards was installed to be used   b2
with the VoiceBox III.  The[_____]card broke out the T1 into 24      b6
channels, and the[_____]cards combined the target and associate      b7C
together into one output.  Another system was in place for FISA       b7E
intercepts.  It used a separate T1 and a CPU to modify the 480
hertz tone from a[_____]switch into "C" tone to control the
recording equipment.  Both systems were tested with[_____]and

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED                          [_____]
DATE 06-04-2007 BY 65179 DMH/TAM/KSR/JB

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 58 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010]; .

To: Investigative Technology   From:  Investigative Technology
Re:  269-HQ-1194267, 04/03/2003

were successful. ETs [REDACTED] were assisted by
Telecommunications Specialist Karen Hajek and BAE Systems
employee Tony McLean of the Phoenix FO.

During 03/25-26/2003, ET [REDACTED] and BAE Systems
employee [REDACTED] traveled to Atlantic City, New Jersey to
install two DCS-3000 Title III workstations.  The workstations
were connected and tested for data collection through the
network.  The recorders, printers, and audio connections were
tested and were successful.  ET [REDACTED] trained and was assisted
by TTA [REDACTED] of the Newark FO.

b6
b7C

cc: [REDACTED]   QT-ERF
                 QT-ERF
                 QT-ERF     b6
                 QT-ERF     b7C
                 QT-ERF

♦♦

b2
b7E

2

[REDACTED]

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 59 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

* * * FOR OFFICIAL USE ONLY * * *

## Justification for other than full and open competition.

This document is submitted as a justification for other than full and open competition for the award of a *services contract* for utilization by the Federal Bureau of Investigation's (FBI) Telecommunications Intercept and Collection Technology Unit (TICTU). The TICTU is the primary development, deployment, and support unit for switch-based telecommunications intercepts. TICTU supports criminal, national security, and foreign counterintelligence investigations utilizing telecommunications intercept techniques.  To perform the operations involving pen register, Title III, and FISA court ordered Electronic Surveillance (ELSUR), TICTU must be able to provide support to field offices in a timely manner.

Tasking under this *services contract* will provide two main functions for TICTU.  First is logistical support in training and liaison.  The FBI is in a continual relationship with all major telecommunication service providers.  The ability of the FBI to tactically implement court authorized ELSUR and react in exigent circumstances to threats of life require a significant amount of training and liaison. This requires industry leaders with unique abilities and backgrounds. Secondly, this contract will support continuing software developments pertaining to the FBI's ELSUR capabilities.  The continuing emergence of new telecommunications technologies require a unique ability to design and implement solutions at accelerated rates.  The lack of a quick reaction capability to adapt ELSUR techniques within the FBI results in significant vulnerability and exploitation opportunities to enemies of the United States of America.  The remaining portions of this justification are to stress the critical nature and unique characteristics of the tasking required under this contract.  This contracting effort will be awarded for the amount of $2.1 million dollars for FY05 with four years of renewal options.

Currently TICTU is utilizing the DCS 3000 software suite to accomplish its ELSUR collections in every FBI Field Office. The FBI's dependence on the DCS 3000 software suite depends on tactical adaptability and its application on all ELSUR intercepts utilizing the Communication Assistance to Law Enforcement Act (CALEA) standard to include delivery of pen register and several versions of packet audio collection.  The development of the DCS 3000 software suite has been accomplished by one company. Booz Allen Hamilton has been in active development of this CALEA

* * * FOR OFFICIAL USE ONLY * * *

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-04-2007 BY 65179 DMH/TAM/KSR/DB

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 60 of 74;
Downloaded from <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

* * * FOR OFFICIAL USE ONLY * * *

software interface for more than 5 years.  Booz Allen Hamilton is
actively performing maintenance on this software under existing
contracting efforts.  The complexity and unique institutional
requirements of the FBI's CALEA ELSUR mission are uniquely
understood and met by Booz Allen Hamilton's staff.  The DCS 3000
code which currently stands at [          ] **lines** of computer code is
completely and solely maintained by Booz Allen Hamilton's
computer programming staff.  It is impractical to re-engage in
development effort with a new vendor.  This would have two costs
which are unacceptable:  first is the monetary cost for the
government to re-code and redevelop capabilities which already
exist, and secondly and more importantly, the cost in time for
any other vendor to develop a comparable solution.  The time lost
means intelligence collections losses to the FBI.

b2
b7E

    The DCS 3000 software suite consists of the following
existing applications:
    The DCS 3000 **Multiserver** application is a fundamental
connection application providing for a wide array of data
delivery connections.  The Multiserver application has
incorporated into its filters several generations of proprietary
switch vendor data formats including switch manufacturers such as
[                                                        ].  Along with the
filtering and processing capabilities of the Multiserver
application are several protocol interfaces for accessing the
required Call Data Channel (CDC) or pen register information.
Currently the Multiserver supports TCP/IP connections in a client
mode, FTP with login mode, serial connection with password
authentication mode, timed/request initiated connection mode and
GR30 (Frequency Shift Keying using caller ID specifications)
mode.  These modes are all utilized to perform ongoing ELSUR
collections.  This application is also envisioned to be modified
for future technology collections when tactically needed.

b2
b7E

    The DCS 3000 **Multivanguard** application is a CDC distribution
and primary server mode collections software.  The Multivanguard
has a proprietary redistribution technique based on case
identification parameters.  This software is currently the
pathway for all CDC data collections for service providers using
the [                    ] CALEA delivery system, the [          ] CDDU
delivery system, and several proprietary delivery systems being
used by major wireless telecommunications carriers.  The
Multivanguard also integrates with the DCS 5000 and DCS 6000
systems for input of CDC information for collection.  These
systems currently must interface through the DCS 3000
Multivanguard.  There is no vendor system available to perform

b2
b7E

* * * FOR OFFICIAL USE ONLY * * *

(2)

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 61 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

**\* \* \* FOR OFFICIAL USE ONLY \* \* \***

the functions of the DCS 3000 Multivanguard.

The DCS 3000 **Server** application is utilized for ▮▮▮▮▮▮ ▮▮▮▮▮▮ CDC collection.  The DCS 3000 server application has protocol and interface modes specific for the ▮▮▮▮ PTT ▮▮▮▮▮▮ communications.  This is the TICTU's primary pen-register interface for ▮▮▮▮▮▮ collections.

b2
b7E

The DCS 3000 **VDecoder** application is a Vector Sum Excited Linear Predictor (VSELP) decode software for use with the ▮▮▮▮▮▮ proprietary ▮▮▮▮ PTT Call Content Channel (CCC) delivery.  The DCS 3000 VDecoder was the first application for decoding of ▮▮▮▮▮▮ audio and is an essential application for TICTU in its current support of field operations.

b2
b7E

The DCS 3000 **Enhanced Codec Decoder (ECD)** application is a decoding application for ▮▮▮▮▮▮ ▮▮▮▮▮▮ a proprietary Qualcomm codec which Booz Allen Hamilton has integrated into this application to perform audio decode for ▮▮▮▮▮▮ collections.  This application is essential for collections of ▮▮▮▮▮▮ audio.

b2
b7E

The DCS 3000 **Viking** application is a server application for the collection of ▮▮▮▮▮▮ CDC information.  This software also is the gateway for all CCC packets in the case of an audio intercept.  It works in conjunction with the ECD to decode audio packets for ▮▮▮▮▮▮ intercepts.  It is the first developed application to perform this type of intercept.

b2
b7E

The DCS 3000 **Tracker** application is an integrated specialized software to graphically display the cell site location for a targeted subject.  This software utilizes the CALEA location information, collected with lawful authorization, by requesting global position system (GPS) coordinate information from a TICTU developed ▮▮▮▮▮▮▮▮▮▮

b2
b7E

The training of these applications is currently being supported by Booz Allen Hamilton personnel.   The TICTU presents a class to FBI Technical agents on the operation and utilization of the DCS 3000 suite of applications.  Since this software is solely utilized by law enforcement entities there are no commercially available avenues for training on it's use.  TICTU personnel perform administration of classes to law enforcement agencies using the DCS 3000 with significant support from dedicated Booz Allen Hamilton personnel.

**\* \* \* FOR OFFICIAL USE ONLY \* \* \***

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 62 of 74; Download at <http://www.eff.org/files/filenode/0617OGK/20071022_dcs02.pdf> [EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

 

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 01/06/2003

**To:** Investigative Technology

**From:** Investigative Technology
Electronic Surveillance Technology Section/TICTU/QT-ERF
    **Contact:** [ ] 703-[ ]

**Approved By:** Clifford Michael Jr                    b6
                                                              b7C

**Drafted By:** [ ]ehb

**Case ID #:** 269-HQ-1194267    (Pending)

**Title:** DCS-3000

**Synopsis:** To report travel to Newark, New Jersey.

**Details:** On 11/22/2002, Electronics Technician (ET)
[ ] traveled to the Newark Field Office (FO) to
assist in moving the DCS-3000 collection equipment into the new
Newark FO. A Cisco 2620 router, two modems, and a DCS-3000
workstation were installed in the new Central Monitoring Plant.          b6
The connection for data was rerun to the Philadelphia FO because        b7C
the T-1 was not yet installed between Newark and the New York FO.
ET[ ] was assisted by Technically Trained Agent (TTA)
[ ] of the Newark FO.

    ET [ ] and ET [ ] traveled to the
Newark FO during 12/18-19/2002 to finish installing the DCS-3000
workstations and configure the VoiceBox III. ETs [ ] and
[ ] rack mounted the Cisco 2620 router, ran a CAT-5 networking    b2
cable, and connected a DCS-3000 workstation for FISA intercepts.       b6
ET [ ] programmed routes into the VoiceBox III collection         b7C
system to interface with the [ ] firewall and the 2620 router.    b7E
The T-1 between Newark and the New York FO was installed, but the
incorrect channel bank cards were installed. The correct cards
were brought over to Newark from the New York FO and the circuit
was up in a few days. ETs [ ] and [ ] were assisted by
TTA [ ] of the Newark FO.

**CC:** [ ]    QT-ERF
             QT-ERF          b6
             QT-ERF          b7C
             QT-ERF

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-04-2007 BY 65179 DMH/TAM/KSR/JB

                                            b2
                                            b7E  [ ]

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 63 of 74;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs02.pdf>
[EFF PDF Set 2 of 6] [last accessed Oct. 25, 2010];

➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇
➜ **EXHIBIT 042** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Oct. 22, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071022_dcs03.pdf [EFF PDF Set 3 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

~~SECRET~~

TICTU is currently developing the agenda for these conferences and requests your suggestions for agenda topics and carriers of particular interest. We need your input as soon as possible so that we can set a tentative agenda. You may send your ideas to me via email or contact [          ] at 703 [          ]

Thanks,

[          ]

b6
b7C

~~UNCLASSIFIED~~

~~UNCLASSIFIED~~

b6
b7C

[                    ](OTD) (FBI)

| | |
|---|---|
| **From:** | [                    ](OTD)(CON) |
| **Sent:** | Monday, August 07, 2006 5:16 PM |
| **To:** | [          ](CG) (FBI); [          ](KC) (FBI [          ](DI) [          ] (FBI); [          ](HO) (FBI); [          ](PH) (FBI); [          ](AT) (FBI) [          ](CV) (FBI) [          ](JK) (FBI) |
| **Cc:** | [          ](OTD) (FBI); [          ](OTD) (FBI) |
| **Subject:** | DSC [          ] |

~~UNCLASSIFIED~~
**NON-RECORD**

b2
b7E

Greetings.
I am checking in to see if you have had a chance to install the van integration package (aircard [          ] etc) you received at the RTL conference in Tampa.

If you haven't, please take some time this week, to do so. I would also like to run a few tests with each of you with a test phone to confirm it's working.

b6
b7C

You will need to work with [          ] on the DCS-3000 side to be able to configure your target for the 10-20 van integration. He can be reached at 703 [          ]

Please let me know if and when you have completed the install and tested it.

If I don't hear from you I will start calling you and bugging you. :-)

Thanks.

| | |
|---|---|
| 703- [          ] | **work** |
| 703- [          ] | |
| 816- [          ] | **cell** |

b2
b6
b7C
b7E

~~UNCLASSIFIED~~

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 7 of 90;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs03.pdf>
[EFF PDF Set 3 of 6] [last accessed Oct. 25, 2010];
22

SECRET

b6
b7C

From:              (SC) (FBI)
Sent:       Thursday, September 14, 2006 8:35 PM
To:              (OTD) (FBI)
Cc:              (SC) (FBI);              (SC) (FBI);              (OTD) (FBI);
Subject:              (OTD)(CON)

b2
b7E

UNCLASSIFIED
NON-RECORD

Hello

Could you set up the Sacramento DSC 3000 computer to work with the       tracking
We recently received the necessary                                  We would like to be able
to receive the call data in ou               We will also need the software (dcs 1020) that goes with that system .

Thanks !!!

b2
b7E

UNCLASSIFIED

UNCLASSIFIED

                              (OTD) (FBI)

From:              (OTD) (FBI)
Sent:       Thursday, September 14, 2006 6:28 PM
To:              (OTD) (FBI)
Subject:       DCS-3000 and DCSnet Paragraphs

UNCLASSIFIED                    b6
NON-RECORD                     b7C

Here are the brief descriptions of the DCS-3000 and DCSnet that you requested:

**DCS-3000**

In late 1996, TICTU spearheaded the development of a unique telecommunications access program called the DCS-3000. This system was designed to interface with the switching facilities of wireless carriers using new digital technologies and offering diverse "Personal Communications Services." Since that time, the DCS-3000 has evolved into the FBI's primary pen-register collection system for all CALEA enabled intercepts, capable of interfacing with many models of wireline and wireless circuit and packet switching systems. The DCS-3000 is also used by more than 50 other federal, state, and local law enforcement agencies for CALEA-based electronic surveillance. The certified and accredited system uses a suite of in-house developed software applications designed for a client/server architecture. The DCS-3000 system is currently deployed in all 56 FBI field offices and 29 resident agencies. These systems are interconnected using the DCSNET Peerless IP network.

**DCSnet**

The Digital Collection Systems Network (DCSNET) is a certified and accredited network for transporting all CALEA Call Data Channel (CDC) and
various streamed VOIP Call Content Channel (CCC) data from the service provider sources to the proper FBI Field Office destinations.

FBI Response to EFF FOIA Request Nos. 1056287-000 & 105630747 [Oct. 22, 2007]; Page # 32 of 90;
Download at <http://www.eff.org/files/filenode/61708CKK/20071022_dcs03.pdf>
[EFF PDF Set 3 of 6] [last accessed Oct. SECRET];

SECRET

The DCSNET has nodes in all 56 FBI Field Offices and 29 Resident agencies, with the current node total at 85. The DCSNET is utilizes
the FTS2001 contract vehicle for its physical circuit connections and its IP traffic is encrypted and routed using [_____] network equipment.  The DCSNET is monitored and maintained by staff from the Operational Technology Division's (OTD) Telecommunications Intercept and Collection Technology Unit (TICTU).

b2
b7E

UNCLASSIFIED

[_____] (OTD) (FBI)

**From:** [_____] (OTD) (FBI)
**Sent:** Monday, August 28, 2006 5:04 PM
**To:** [_____] (SD) (FBI)
**Subject:** RE: Single Warrant Database for DCS 3000 Clients (almost)

b6
b7C

UNCLASSIFIED
**NON-RECORD**

[____]

I have re-configured all Clients except .100: [_____] s not running on this machine.

b2
b7E

[____]

-----Original Message-----
**From:** [_____] (SD) (FBI)
**Sent:** Thursday, August 17, 2006 3:35 PM
**To:** [_____] (OTD) (FBI)
**Cc:** [_____] (SD) (FBI) [_____] (SD) (CON) [_____] (SD) (CON)
**Subject:** RE: Single Warrant Database for DCS 3000 Clients (almost)

b6
b7C

UNCLASSIFIED
**NON-RECORD**

(S) ---- Primary Client (HQ CMP) [_____]

(S) HQ T-III Room 1
HQ T-III Room 2a
HQ T-III Room 2b
HQ FCI Room 1
HQ FCI Room 2

Off-Site T-III Room 1
Off-Site T-III Room 2
Off-Site T-III Room 3
Off-Site CMP
Off-Site Tech Office

b1

-----Original Message-----
**From:** [_____] (OTD) (FBI)
**Sent:** Thursday, August 17, 2006 11:35 AM
**To:** [_____] (SD) (FBI)

b6
b7C

**48**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 33 of 90;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs03.pdf>
[EFF PDF Set 3 of 6] [last accessed Oct SECRET 7];