**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

**↓ EXHIBIT 043 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Oct. 22, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf [EFF PDF Set 4 of 6] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

SECRET

b6
b7C

~~UNCLASSIFIED~~

~~UNCLASSIFIED~~

[redacted] (OTD) (FBI)

**From:** [redacted] (OTD) (FBI)
**Sent:** Monday, May 08, 2006 11:29 AM
**To:** [redacted] (PX) (FBI)
**Subject:** RE: CDNRSites

b6
b7C

~~UNCLASSIFIED~~
**NON-RECORD**

It can work with any format.  Right now, it only works with the DCS-3000's CDNRS format, including the archived files.  If there are other formats you're interested in forward them to me, and I'll tweak the import feature.  It's capable of running on a Trilogy machine, but I'm not sure if "foreign" software is allowed on a Trilogy computer; and, I'm not very interested in having to deal with Trilogy police at HQ in order to a get it approved .... They are very unreasonable and difficult to deal with.

b6
b7C

-----Original Message-----
**From:** [redacted] (PX) (FBI)
**Sent:** Monday, May 08, 2006 11:09 AM
**To:** [redacted] (OTD) (FBI)
**Subject:** RE: CDNRSites

~~UNCLASSIFIED~~
**NON-RECORD**

I have used this a couple of times and probably will move it to an agent workstation to see what they think.

I do like it.  The formatting of the spreadsheet and link is clear (and slick!).  Because we can use [redacted] at the DCS computer for real-time work, that will probably take precedence for highly reactive-ongoing viewing especially if a trilogy computer is not easily available.

When you say "cdnrs formatted data"--you mean only the files that reside with "cdnr" extension, right?  Not files in the cdnr folder created after a save?

Since it is the cdnr folder files we use for uploading and for viewing in Excel, [redacted] I would rather see that file used for processing with the CDNRSites tool.  Could not the tool exist on the trilogy desktop as well?

b2
b7E

For example, the agent saves data from his target (cdnr format) to a disk and walks it to his desk, then clicks the CDNR site icon on the trilogy desktop and navigates to find his file and clicks away.  I see this as happening more frequently.

b6
b7C

-----Original Message-----
**From:** [redacted] (OTD) (FBI)
**Sent:** Wednesday, May 03, 2006 9:55 AM
**To:** [redacted] (PX) (FBI)

158

SECRET

FBI Response to EFF FOIA Request Nos. 1056318-1 & 1056307-1 [Oct. 22, 2007]; Page # 46 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

SECRET

-----Original Message-----
**From:** ☐☐☐☐☐☐☐ (LA) (FBI)
**Sent:** Monday, April 24, 2006 5:37 PM
**To:** ☐☐☐☐☐☐☐ (OTD) (FBI)
**Subject:** RE: VPN Van Integration

b6
b7C

UNCLASSIFIED
**NON-RECORD**

b2
b7E

Hey ☐☐☐☐☐

All of the targets are set up in the .8 machine and in the 10-20 set-up.
The ☐☐☐ number I'm having problems with is ☐☐☐☐☐☐ with case ☐☐☐☐☐☐☐
The ☐☐☐ target number is ☐☐☐☐☐☐☐☐ It seemed to work last week, but I didn't get any data over the weekend.
I did just install a new ☐☐☐☐☐☐☐☐☐☐☐ in the .8 and the 10-20. It's working and I plan on going out and
Track it with the ☐☐☐ equipment tomorrow.

Thanks for your help,

☐☐☐☐☐

-----Original Message-----
**From:** ☐☐☐☐☐☐☐ (OTD) (FBI)
**Sent:** Monday, April 24, 2006 1:54 PM
**To:** ☐☐☐☐☐☐☐ (LA) (FBI)
**Subject:** RE: VPN Van Integration

b6
b7C

UNCLASSIFIED
**NON-RECORD**

☐☐☐☐☐

Can you give me the ☐☐☐☐☐ phone number?  Is it provisioned on the .8 machine with the 10-20 setup?

b2
b7E

The "Caught Exception" for the ☐☐☐ phone was a result of the lack of beamwidth and azimuth.  I'll fix that on the server here at Quantico.

What's the ☐☐☐ target number?  I can check the server log to see what happened for the specific target.

Also, this system is not intended to replace the Tracker.  So, if the case agent can use the Tracker, I would recommend it.  The ☐☐☐☐☐☐ should be used for ☐☐☐ ke operations.

☐☐☐☐☐

-----Original Message-----
**From:** ☐☐☐☐☐☐☐ (LA) (FBI)
**Sent:** Monday, April 24, 2006 2:04 PM
**To:** ☐☐☐☐☐☐☐ (OTD) (FBI); ☐☐☐☐☐☐☐☐☐ (OTD)(CON)
**Subject:** VPN Van Integration

b6
b7C

UNCLASSIFIED
**NON-RECORD**

Hey,

I just wanted to give you an update on the van integration project.

167

SECRET

FBI Response to EFF FOIA Request Nos. 1052261-1 & 1056307-1 [Oct. 22, 2007]; Page # 55 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

SECRET

b2
b6
b7C
b7E

I have had mixed results with using the VPN for the van integration project. The [        ]
[        target        ] and I set up last Wednesday in the 1020 works great using the case ID
[        ] I get every call. However, when I installed another [    ] target using the case ID I
got no data. I then tried using the target's cell phone number instead of the case ID. Using the target's
cell phone number gave me some data on the van integration laptop, but no LAC and CID or LAT and
LONG.

For [    ] I tied both the case ID and the target's cell phone number. When using the [    ] Case ID
with the van integration laptop I received the following:

b2
b7E

When attempting to track a [        ] cell phone. I used the target's number and was able to track
[        ] Will I be able to track her [    ]

b2
b7E

[        ] uses the target's cell phone as the case ID. I was able to track a [        ] cell phone last
week, but for some reason could not track it over the weekend. I'll keep trying. We just went up on a
fugitive pen register and the case agent has requested cell phone tracking.

I don't have a pen register for a [        ] with cell sites, so as of right now, I'm not sure if it works.

I'll keep you updated.

b6
b7C

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-000 [Oct. 22, 2007]; Page # 56 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 22, 2007];

SECRET

SECRET

_____ (OTD) (FBI)

**From:** _____ (OTD) (FBI)
**Sent:** Wednesday, April 26, 2006 2:58 PM
**To:** _____ (LA) (FBI)
**Subject:** RE: VPN Van Integration

b6
b7C

~~UNCLASSIFIED~~
**NON-RECORD**

Glad to help.  Hopefully, you can get the AirCard soon to further test the _____ for us.  Thanks for being the guinea-pig.

b2
b7E

-----Original Message-----
**From:** _____ A) (FBI)
**Sent:** Wednesday, April 26, 2006 12:23 PM
**To:** _____ OTD) (FBI)
**Subject:** RE: VPN Van Integration

b6
b7C

~~UNCLASSIFIED~~
**NON-RECORD**

b2
b7E

Thanks _____

b6
b7C

Yesterday, I was out tracking a _____

Thanks for all of your help!!

I'll keep testing the _____ and let you know of the results.

b2
b7E

-----Original Message-----
**From:** _____ OTD) (FBI)
**Sent:** Tuesday, April 25, 2006 9:53 AM
**To:** _____ (LA) (FBI)
**Subject:** RE: VPN Van Integration

b6
b7C

~~UNCLASSIFIED~~
**NON-RECORD**

_____ problem has been fixed.  _____ works.  I have not resolved the _____ problem yet.

b2
b7E

-----Original Message-----
**From:** _____ (LA) (FBI)

b6
b7C

**173**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Oct. 22, 2007]; Page # 61 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed October 31, 2010];

SECRET

SECRET

_____(OTD) (FBI)

| | | |
|---|---|---|
| **From:** | _____(OTD) (FBI) | b6 |
| **Sent:** | Wednesday, March 15, 2006 3:48 PM | b7C |
| **To:** | _____(NY) (FBI) | |
| **Subject:** | RE: DCS 3000 | |

SECRET//NOFORN
RECORD 315

_____

I spoke to _____ earlier this week, and they said they made the mistake on the 9094 number - they entered the wrong stop date of 3/1 (I think it was 3/1). They seemed to think the correct stop date is 3/16 - you may want to check with them to make sure they have the right stop date.

b2
b6
b7C
b7E

As for TA upload, the CDNRS format the DCS-3000 uses does use underscore delimiters and this works with TA. I'm not sure about the comma delimited version. All you have to do is use the "Save" feature on the DCS-3000 Client to generate uploadable records for TA. Just give me a call if you want me to show you how to do it on your DCS-3000.

_____

-----Original Message-----

| | | |
|---|---|---|
| **From:** | _____NY) (FBI) | |
| **Sent:** | Wednesday, March 15, 2006 3:10 PM | |
| **To:** | _____(OTD) (FBI); _____ (OTD) (FBI); _____OTD) (FBI) | |
| **Subject:** | DCS 3000 | |

b2
b6
b7C
b7E

SECRET//NOFORN
RECORD 315

Hey fellas,

I'm not certain if it was _____ or you fellas but thanks for fixing the VOIP collection for _____ Can someone look at _____ This number was instituted a few weeks ago but no pen data comes up. The audio looks OK.

Also, SO-1 has been instructed to begin uploading FISA pen register reports from Counterterrorism targets into the Bureau's Telephone Application database as standard practice. Unfortunately, the FISA pen records are separated by dashes as a delimiter. The pen reports on the criminal side, which have been uploading on a regular daily basis, use commas. Can you fellas change the interface at ERF to send the FISA pen data with commas instead?

Looking forward to seeing you fellas again when you install the equipment for the DCS3000 push into _____

b2
b7E

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFICATION EXEMPTION 5
SECRET//NOFORN

DERIVED FROM: G-3 FBI Classification Guide G-3, dated 1/97, Foreign Counterintelligence Investigations
DECLASSIFICATION EXEMPTION 5
SECRET//NOFORN

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-000 [Oct. 22, 2007]; Page # 75 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 23, 2010];

SECRET

SECRET

knows we're trying to set up this tracker system).  Do you already have data for Iowa and Nebraska or do we need to contac[     ]to request it??

Also if you would like, I'll submit an RMS request for your help on this so you can show you're spending time on it.  I can't think of any reason why not to submit an RMS request but let me know one way or the other when you have a chance to reply.  Thanks[     ]

Omaha div
402[     ]

-----Original Message-----
**From:**[     ](ITD) (FBI)
**Sent:** Tuesday, November 09, 2004 9:32 AM
**To:**[     ](OM) (FBI)
**Subject:** RE[     ]for Omaha Market

b2
b6
b7C
b7E

UNCLASSIFIED
NON-RECORD

I looked at the[     ]data.  It appears this set of data is for more than one[     ]switch (the cell ids are not unique).  Can you get the IAPSystemIDs (a.k.a switch ids) for these switches so that I can accurately[     ]

b2
b6
b7C
b7E

-----Original Message-----
**From**[     ](OM) (FBI)
**Sent:** Monday, November 08, 2004 5:44 PM
**To**[     ](ITD) (FBI)
**Subject:**[     ]cell tower location for Omaha Market

UNCLASSIFIED
NON-RECORD

Wanted to try to get these cell tower locations to you for the database out there as some of our case agents are looking forward to using the tracker and backtrack software on a couple cpus we just configured as DCS3000 clients in our TIII rooms.[     ]sent us two of three markets that had lat longs associated with them but on a third market they inadvertently left the lat long off (the DesMoines market - I made a follow up request for lat longs on the last market but haven't heard back from them yet).  Anyway, I wanted to get this to you so we might be able to start using the tracker software on the[     ]TIII.  If I need to ask for something additional please let me know.  Thanks[     ]

b2
b6
b7C
b7E

Omaha Div
402[     ]

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307[ ]199 [Oct. 22, 2007]; Page # 85 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

SECRET



SECRET

~~UNCLASSIFIED~~

~~UNCLASSIFIED~~

b6
b7C

~~UNCLASSIFIED~~

_____(OTD) (FBI)

**From:** _____(OM) (FBI)
**Sent:** Monday, November 08, 2004 5:44 PM
**To:** _____(ITD) (FBI)
**Subject:** _____ or Omaha Market

Des Moines        Omaha NE        Davenport IA        IA_NE_Site_Co...
IA Market 20...   Market 2004-09... Market 200...

b2
b7E

~~UNCLASSIFIED~~

**NON-RECORD**

___ Wanted to try to get these _____ o you for the database out there as some of our case agents are looking forward to using the tracker and backtrack software on a couple cpus we just configured as DCS3000 clients in our TIII rooms.___ sent us two of three markets that had lat longs associated with them but on a third market they inadvertently left the lat long off (the DesMoines market - I made a follow up request for lat longs on the last market but haven't heard back from them yet). Anyway, I wanted to get this to you so we might be able to start using the tracker software on the _____TIII. If I need to ask for something additional please let me know. Thanks _____

_____
Omaha Div.
402 _____

b2
b6
b7C
b7E

~~UNCLASSIFIED~~

200

SECRET

FBI Response to EFF FOIA Request Nos. 1052685-1 & 1056307-1 [Oct. 22, 2007]; Page # 86 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

SECRET

b6
b7C

_____ (OTD) (FBI)

**From:** _____ (OM) (FBI)
**Sent:** Friday, October 22, 2004 6:04 PM
**To:** _____ (ITD) (FBI) _____ (ITD) (FBI); _____ (ITD) (FBI)
**Subject:** _____ or _____ in Nebraska and Iowa

b2
b7E

IA_NE_Site_Com...

~~UNCLASSIFIED~~

**NON-RECORD**

Hi guys,
    Here's a list of the _____ hn _____ in Iowa and Nebraska.  The contact for this info was _____ (phonetic) with _____ Regulatory Dept., 425 _____  He said he was going to include a printable spreadsheet and an importable one where the lat long was in "decimal" format.  Looks like we are going to be trying to get a couple of computers up in the TIII rooms which will be used with the tracker and backtrack software.  The cpus will be loaded with win2000 only to start with.  I'm assuming we will need to load the DCS3000 software on both machines.  Do we have a site license for as many copies of the tracker software as we need or is that an issue?  I'm going to take a look at the DCS3000 Manual and win2000 to see what kind of restrictions I can put on the two computers to make sure people don't start mucking up data on the DCSNET.  Not to crazy about them being networked on the same system as all our elsur stuff.  If you guys have any suggestions on how we can make sure things don't get fouled up we'd appreciate any advise.  Thanks guys!

b2
b6
b7C
b7E

_____
Omaha Div
402 _____

~~UNCLASSIFIED~~

_____ (OTD) (FBI)

**From:** _____ (CTD) (FBI)      b6
**Sent:** Thursday, May 11, 2006 1:58 PM       b7C
**To:** _____ OTD) (FBI)
**Subject:** RE _____ n subject's cell phone

~~SECRET//ORCON-NOFORN~~
RECORD 315N-SU-58518

_____ number was in original email - seen below. Hope that helps.

Thanks,                    b6
_____          b7C

iTOS 1/Conus 4/4S165
571 _____

-----Original Message-----
**From:** _____ OTD) (FBI)
**Sent:** Thursday, May 11, 2006 9:18 AM
**To:** _____ (CTD) (FBI)

201

FBI Response to EFF FOIA Request Nos. 1056300-1 & 1056307-1 [Oct. 22, 2007]; Page #-87 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

SECRET

Michael P. Clifford, Jr.
Section Chief
Electronic Surveillance Technology Section
Investigative Technology Division
(703

b6
b7C

-----Original Message-----
**From:** [ ] ER) (FBI)
**Sent:** Tuesday, March 9, 2004 11:55 AM
**To:** CLIFFORD, MICHAEL (ER) (FBI); [ ] (ER) (FBI)
**Subject:** [ ] Solution

b2
b7E

UNCLASSIFIED
NON-RECORD

b2
b7E

Gentlemen,

I, along with representatives from ATL and CIU, met with [ ] interim solution team yesterday in Bedminster, NJ. The solution that [ ] s working on seems technically viable. There are a couple of techno-legal issues that need to be addressed by [ ] and the FBI:

1. Until yesterday [ ] had not considered the impact their solution will have on state and local law enforcement. [ ]
[ ] service is more like a internet/data service than a traditional telephony/dispatch service. The [ ] data service does not need information about the [ ] across it's IP network. Handset mobility is managed by the interconnect switches (i.e. [ ] . So, there will be no [ ] information directly available from the interim intercept access points on the [ ] network. This is not a problem for federal law enforcement agencies. But, for state and local agencies it could be a show-stopper. Specifically, [ ] network is currently composed of 4 control switches distributed nationwide. The proposed interim solution will require [ ] to "load" all targets in all of the control switches to ensure interception of all incoming calls to targeted phones. Hypothetically, the New Jersey State Police will continue to intercept a New Jersey based subscriber who travels to California without any knowledge that they are conducting an unauthorized intercept. We are looking at a way to use information availabe from the interconnect switches to allow law enforcement (the collection system) to limit intercept product to only authorized cell-site locations. We should know today after testing with [ ] always available to law enforcement from the interconnect switches via [ ] .

b2
b7E

2. Originally, I thought we could use the [ ] intercept development model for the voice decoder software in the interim solution for [ ] however, in this case, it's not going to be so easy. When the FBI negoiated the CALEA solution for [ ] we demanded [ ] work with all equiment manufacturers to develop voice decoders for the [ ] proprieatry VSELP encoded audio. [ ] came up with a slick solution to this problem: they developed a no-cost plug-and-play software widget for Windows 2000 that equipment manufacturers can plug-in their collection systems to decode the intercepted voice packets. We are currently using this software on the DCS-3000 and DCS-6000 systems and other manufacturers (e.g. [ ] are also using the software. From our initial discussion with [ ] it appeared we could do the same in the [ ] interim solution. Yesterday's meeting with [ ] cancelled that notion. The codec that [ ] uses belongs to [ ] and, [ ] has no plans to bring [ ] into the interim solution discussion. Additionally, [ ] plans to deliver encoded voice packets to law enforcement in it's permanent CALEA solution as well. After much thought on the plane ride home last night, I have three ideas of how to solve this problem:

b2
b7E

a. Approach [ ] using [ ] liaison connections, to ask for a software decoder widget. This will likely cost big bucks [ ] has a reputation of being more expensive than [ ] If the government can buy an unlimited right-to-use license for the decoder widget, we can use it in our interim solution and also give the software to all bonafide equipment manufacturers for use in the permanent solution. Cost: High Risk: Low - All of law enforcement will be covered.

b2
b7E

b. Have CEAU, [ ] develop new DSP code for the [ ] The [ ] specification for the codec is attainable through open sources. [ ] has signicant experience with both CDMA and vocoder

b6
b7C

213

SECRET

Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

SECRET

b6
b7C

technologies. I'm confident that he and [____] can develop a DSP-based decoder for the 1/2 rate EVRC codec that [____] is using for [____] Cost: Low  Risk: Moderate - only DOJ agencies can use the [____]

c.  Have BAH software developers and CEAU develop a software decoder widget for Windows 2000.  This would replace the need for option a.  If CEAU will commit [____] as a resource, TICTU can develop a software widget similar to the [____] solution for [____] and distribute it to all equipment manufacturers at no cost.  Cost: Low  Risk: ??? - there may be licensing issues with [____] if the government develops a decoder for a product for which [____] owns the intellectual property rights.

We should have a meeting with TICTU, ATU, CIU, CEAU, and RCU to discuss these and any other options so that our collection system development is not the limiting factor in the [____] interim solution.

I'm open for any guidance that you may have.

b2
b6
b7C
b7E

b6
b7C

UNCLASSIFIED

UNCLASSIFIED

[_____] (OTD) (FBI)

**From:**           CLIFFORD, MICHAEL (OTD) (FBI)
**Sent:**  b6       Wednesday, September 20, 2006 1:47 PM
**To:**    b7C      [_____] (OTD) (FBI); [_____] (OTD) (FBI)
                    [_____] (OTD) (FBI); [_____] (OTD) (FBI);
                    [_____] (OTD) (FBI)
**Cc:**             [_____] (OTD) (FBI); [_____] (DO) (FBI); [_____]
                    [_____] (OTD) (FBI)
**Subject:**        RE: Tech Victory

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Thanks, all.. Well done!!

[____] htm (36 KB)

[____] this was the case you called me about.

Michael P. Clifford, Jr.          b6
Section Chief                     b7C
Electronic Surveillance Technology Section
Operational  Technology Division
(703 [____]    [____] Office)
(703 [____]    [____] Cell)
(800 [____]    [____] Pager)

214

SECRET

FBI Response to EFF FOIA Request Nos. 1056281-1 [____] & 1056307-1 [Oct. 22, 2007]; Page # 100 of 100;
Download at <http://www.eff.org/files/filenode/061708CKK/20071022_dcs04.pdf>
[EFF PDF Set 4 of 6] [last accessed Oct. 25, 2010];

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

**⬇ EXHIBIT 044 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Nov. 19, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071119_dcs01.pdf [EFF PDF Set 1 of 4] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

SECRET

_____ (OTD) (FBI)

**From:** _____ (CID) (FBI)
**Sent:** Tuesday, February 28, 2006 10:36 AM
**To:** _____ (OTD) (FBI)
**Cc:** _____ (OTD) (FBI)
**Subject:** R_____

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

b2
b7E

Thanks for your help.  I need to check with my boss to see if the Trilogy application will address what she's looking for.  She may actually want to get a copy of your database if that's something you can share.  I'll let you know.

Thanks again,      b6
                          b7C

-----Original Message-----
**From:** _____ (OTD) (FBI)
**Sent:** Tuesday, February 28, 2006 10:31 AM
**To:** _____ (CID) (FBI)
**Cc:** _____ (OTD) (FBI)
**Subject:** _____

**UNCLASSIFIED**
**NON-RECORD**

_____ asked me to contact you regarding cell site information.  TICTU maintains a large database of cell site information from many carriers for use with the DCS-3000 collection system and the _____
Tracking Team (WITT) applications.  TICTU also has developed an online utility for Trilogy users, _____ To use this tool to search the database you have to specify the carrier, the switch identity, and the cell site identity, as referenced by CALEA.  For illustration, select _____ LAC: 167 (just enter 167 in the LAC field), and then select any of the listed _____

b2
b6
b7C
b7E

**UNCLASSIFIED**

**UNCLASSIFIED**



SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Nov. 19, 2007]; Page # 43 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/20071119_dcs01.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010]:

b6
b7C

SECRET

b2
b7E

—Original Message—
**From:** [redacted] (OTD) (FBI)
**Sent:** Friday, September 15, 2006 10:41 AM
**To:** [redacted] (OTD) (FBI); [redacted] (OTD) (FBI)
**Subject:** [redacted]

**SENSITIVE BUT UNCLASSIFIED**
**NON-RECORD**

b6
b7C

Below is a brief description of [redacted] SF)'s experience. I haven't talked to him directly on this subject but will when he comes into the office later on today. It appears that he is getting the [redacted] information directly from the carrier and then looking up the [redacted] information from the pre-populated database that is available from the DCS1020C server because [redacted] software in the SUV is not displaying any information on the target. After talking to you this morning, the scenario he is describing could be one of those situation that the home MSC is not able to report back the [redacted] belonging to the secondary MSC that is serving the mobile however this is not certain and a speculation on my part. When he calls, I will patch you in to share your expertise in the matter.

b2
b7E

Thanks,

b6
b7C

"We also have an issue with the van integration software not showing the [redacted] sites. I think it is a TICTU related issue revolving around the fact that [redacted] has 2 switches in the SF market. We seem to get all the sites for switch 1 but not 2 as they come in on the DCS 3000. We have loaded the [redacted] info into our laptop and have resorted to doing manual searches for the site based on cell ID provided by [redacted] during the call. I would like to resolve this as well while we are addressing the problems with Metro. Please let me know if we need to talk with [redacted]


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


**SENSITIVE BUT UNCLASSIFIED**


[redacted] **(OTD) (FBI)**

**From:** [redacted] (SF) (FBI)
**Sent:** Monday, July 11, 2005 5:22 PM
**To:** [redacted] (OTD) (FBI); [redacted] (OTD) (FBI)
**Subject:** Adtran TSU 600

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**


Didn't know who to specifically address this to, so did the shotgun method.

At our co-location in San Francisco with SBC we have four Adtran TSU 600's. The first three are configured for two wire output which will input into the 3094 at the Martinez off site. The fourth will be configured for four wire and will interface with another TSU 600 in Martinez that will input into the DCS 3000 as twelve 64k DDS circuits. Presently we have two Adtran DSU 5600's [redacted] that go into a Cisco 2610 router. There are six serial slots left on the back of the router.

b2
b7E

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000, 1056630-000 [Nov. 19, 2007]; Page # 52 of 143; Download at <http://www.eff.org/files/filenode/061708CKK/20071119_dcs01.pdf> [EFF PDF .Set 1 of 4] [last accessed Oct. 25, 2010];

SECRET

I know I'm being kind of a pest, but please bear with me and don't filter me off of your email.  Thanks.

b2
b7E

Seattle

b6
b7C

-----Original Message-----
**From:** _____ (ER) (FBI)
**Sent:** Wednesday, April 14, 2004 9:27 AM
**To:** _____ (SE) (FBI)
**Subject:** RE: DCS-3000 Comments

**UNCLASSIFIED**
**NON-RECORD**

b2
b7E

Yeap.  I looked in on your system this morning.  It was configured for a 60 degree offset.  If you want to change it, just click on Configure and set the offset to 0 degrees.  That should work with _____  If you have a _____ target, just set it to 60 degrees.

-----Original Message-----
**From:** _____ (SE) (FBI)
**Sent:** Wednesday, April 14, 2004 11:58 AM
**To** _____ (ER) (FBI)
**Subject:** RE: DCS-3000 Comments

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

b2
b7E

Thanks for the reply, ___  Regarding the _____ data you have regarding that _____ this was indeed the _____ we were dealing with.  And the information we got from _____ was indeed that the _____

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-000 [Nov. 19, 2007]; Page # 92 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/2008_01_r.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010];

329

SECRET

SECRET

-----Original Message-----
**From:** [              ](ER) (FBI)
**Sent:** Wednesday, April 14, 2004 7:30 AM
**To:** [              ](SE) (FBI)
**Subject:** RE: DCS-3000 Comments

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

b2
b7E

b6
b7C

Thanks for the info.  Here are some of my thoughts:

1. We initially looked at [          ] and were not impressed with the image quality of the maps or the fact that [        ] cannot load/handle more that about 25,000 site locations [      ] alone has more that 51,000 sites); so, we went with Microsoft.

2. There's a hook in the DCS 3000 Client software that can feed [        ] or any other GPS mapping system with cell-site position information in real-time.  We developed this feature to integrate with our [      ] van-based systems.  The idea is to have the DCS 3000 feed lat/long information via [      ] modem to a van.  A direct connection from a com port on the DCS 3000 Client machine to a [        ] machine can be accomplished with a null-modem serial cable.  The problem with this technique is that it will not display sector information on the external mapping application.

3. Sector information is somewhat tricky.  The Tracker application has a configuration setting for sector offset.  We had to put this feature in because not all carriers use the same sector positioning convention.  For example, [        ] sector 1 is typically centered at 60 degrees; [            ] typically centers its first sector at 0 degrees.  [        ] has been providing us with additional information about the azimuth and beamwidth of each sector.  For example, the last query your system made last Friday at 16:50 EDT was for [        ] which corresponds to a sector centered a [    ] degrees with a beamwidth of [    ] degrees.  I received and loaded an updated list of all [        ] cell-sites on last Friday afternoon.  I'm very surprised to hear that the information that you received from [        ] was different than the data that I received the same day from [        ] One thing that comes to mind is that maybe your Tracker application was configured for a [    ] degree offset (fo [      ] If this was the case then all the displayed sectors would have been off by [    ] degrees.

b2
b7E

In the future, if you are experiencing difficulty with the [      ] please don't hesitate to call me at 800 [      ]

b6
b7C

-----Original Message-----
**From** [              ](SE) (FBI)
**Sent:** Monday, April 12, 2004 1:26 PM
**To:** [              ](ER) (FBI)
**Cc** [              ](ER) (FBI)
**Subject:** DCS-3000 Comments

**UNCLASSIFIED**
**NON-RECORD**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-000 [Nov. 19, 2007]; Page # 93 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/20061019_dcs01.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010];

330

SECRET

SECRET

b6
b7C

☐ I just wanted to pass on a few comments regarding the cell site mapping function on the DCS-3000.

First, we were using the mapping funtion last Friday (right after I got off the phone with you) on a kidnapping case where we were receiving information that the victim was at the same location as our cell phone, and that she was severely injured and close to death. We got some phone traffic, and had people searching the sector we identified from the DCS-3000. It was outstanding to have the location information immediately instead of having to spend 20 minutes getting it from the phone company. The problem was that your sector information was wrong. When we had a couple of hits off adjacent cell sites, but opposite sectors, I got suspicious and called ☐ The cell location in the DCS was accurate, but the sector info was wrong on both of the cell sites we were hitting. We had to send our searchers off in the opposite direction, having blown 45 minutes. As it turned out, the whole thing was a hoax and there wasn't really a life and death situation, although it just as easily could have been one. Bottom line, bad info is worse than no info. From now on, we are going to be treating the DCS mapping info as a head start, but we are still going to be calling the phone company to confirm the info. This negates one of the great advantages of the mapping system, but it doesn't yet seem to be at a level where we can rely on the DCS mapping info as a primary source.

Given the potential utility of this system, which is phenomenal, I really think you guys should try to scrounge more resources for the project. We should have somebody in your unit whose primary responsibility is the building and maintenance of the cell site data base, with frequent and regular contact with the carriers. This thing could really be a fantastic tool.

One thing that is cumbersome that I think could be improved is the fact that you use the ☐ software running on a computer at ERF, with the screen shots being transmitted out over the network. The problem with this is that we are not able to use the features of the mapping software, such as zooming in or out or clicking on points to get an address, at the user terminal. We have to have a map book next to the terminal to overcome this. Why can't we load the software at the DCS-3000 workstation, and have the local software query your database? That would be twice as useful.

As I understand it ☐ takes a big chunk of memory because it loads one giant map of the whole country. If we used ☐ we could load maps by state, which would greatly reduce the memory required, if that is an issue. Actually, it would be nice to use ☐ just because it is a program that all of the TTAs already know how to use for tracking. Also, if there is a licensing/cost issue with ☐ I think ☐ at PSU has a huge licensing agreement with ☐ that would probably allow us to put it on all of our DCS-3000 machines.

These are some comments and suggestions for improvement, but overall you guys really have put together some great stuff.

☐ Seattle

b6
b7C

b2
b7E

b2
b7E

b2
b6
b7C
b7E

b6
b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-000 [Nov. 19, 2007]; Page # 94 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/eff_pentdcs01.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010];

331

SECRET

SECRET



UNCLASSIFIED

_____ OTD) (FBI)

**From:** _____ (SE) (FBI)
**Sent:** Wednesday, April 14, 2004 11:58 AM
**To:** _____ (ER) (FBI)
**Subject:** RE: DCS-3000 Comments

b6
b7C

b2
b7E

UNCLASSIFIED
NON-RECORD

Thanks for the reply, ___ Regarding the ___ data you have regarding that ___ this was indeed the ___ we were dealing with. And the information we got from ___ was indeed that ___

-----Original Message-----
**From:** _____ (ER) (FBI)    b6
**Sent:** Wednesday, April 14, 2004 7:30 AM    b7C
**To:** _____ (SE) (FBI)
**Subject:** RE: DCS-3000 Comments

UNCLASSIFIED
NON-RECORD

b6
b7C

b2
b7E

Thanks for the info. Here are some of my thoughts:

1. We initially looked at ___ and were not impressed with the image quality of the maps or the fact that ___ cannot load/handle more that about 25,000 site locations ___ alone has more that 51,000 sites); so, we went with Microsoft.

2. There's a hook in the DCS 3000 Client software that can feed ___ or any other GPS mapping system with cell-site position information in real-time. We developed this feature to integrate with our ___ van-based systems. The idea is to have the DCS 3000 feed lat/long information via cellular modem to a ___ van. A direct connection from a com port on the DCS 3000 Client machine to a ___ machine can be accomplished with a null-modem serial cable. The problem with this technique is that it will not display sector information on the external mapping application.

b2
b7E

3. Sector information is somewhat tricky. The Tracker application has a configuration setting for sector offset. We had to put this feature in because not all carriers use the same sector positioning convention. For example, ___ sector 1 is typically centered at 60 degrees; ___ typically centers its first sector at 0 degrees. ___ has been providing us with additional information about the azimuth and beamwidth of each sector. For example, the last query your system made last Friday at 16:50 EDT was for ___ which corresponds to a sector centered at ___ degrees with a beamwidth of ___ degrees. I received and loaded an updated list of all ___ cell-sites on last Friday afternoon. I'm very surprised to hear that the information that you received from ___ was different than the data that I received the same day from ___ One thing that comes to mind is that maybe your Tracker application was configured for a ___ degree offset (for ___ If this was the case then all the displayed sectors would have been off by ___ degrees.

b2
b7E

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-000 [Nov. 19, 2007]; Page # 95 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/2007releases01.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010];

SECRET

SECRET

b2
b7E

In the future, if you are experiencing difficulty with the [____] please don't hestiate to call me at 800-[____]

b6
b7C

-----Original Message-----
**From:** [____](SE) (FBI)
**Sent:** Monday, April 12, 2004 1:26 PM
**To:** [____](ER) (FBI)
**Cc:** [____](ER) (FBI)
**Subject:** DCS-3000 Comments

**UNCLASSIFIED**
**NON-RECORD**

b2
b7E

b6
b7C

[____] I just wanted to pass on a few comments regarding the cell site mapping function on the DCS-3000.

First, we were using the mapping funtion last Friday (right after I got off the phone with you) on a kidnapping case where we were receiving information that the victim was at the same location as our cell phone, and that she was severely injured and close to death. We got some phone traffic, and had people searching the sector we identified from the DCS-3000. It was outstanding to have the location information immediately instead of having to spend 20 minutes getting it from the phone company. The problem was that your sector information was wrong. When we had a couple of hits off adjacent cell sites, but opposite sectors, I got suspicious and called [____] The cell location in the DCS was accurate, but the sector info was wrong on both of the cell sites we were hitting. We had to send our searchers off in the opposite direction, having blown 45 minutes. As it turned out, the whole thing was a hoax and there wasn't really a life and death situation, although it just as easily could have been one. Bottom line, bad info is worse than no info. From now on, we are going to be treating the DCS mapping info as a head start, but we are still going to be calling the phone company to confirm the info. This negates one of the great advantages of the mapping system, but it doesn't yet seem to be at a level where we can rely on the DCS mapping info as a primary source.

Given the potential utility of this system, which is phenomenal, I really think you guys should try to scrounge more resources for the project. We should have somebody in your unit whose primary responsibility is the building and maintenance of the cell site data base, with frequent and regular contact with the carriers. This thing could really be a fantastic tool.

One thing that is cumbersome that I think could be improved is the fact that you use the [____] software running on a computer at ERF, with the screen shots being transmitted out over the network. The problem with this is that we are not able to use the features of the mapping software, such as zooming in or out or clicking on points to get an address, at the user terminal. We have to have a map book next to the terminal to overcome this. Why can't we load the software at the DCS-3000 workstation, and have the local software query your database? That would be twice as useful.

As I understand it, [____] takes a big chunk of memory because it loads one giant map of the whole country. If we used [____] we could load maps by state, which would greatly reduce the memory required, if that is an issue. Actually, it would be nice to use [____] just because it is a program that all of the TTAs already know how to use for tracking. Also, if there is a licensing/cost issue with [____] I think [____] at PSU has a huge licensing agreement with [____] that would probably allow us to put it on all of our DCS-3000 machines.

b2
b7E

These are some comments and suggestions for improvement, but overall you guys really have put together some great stuff.

[____] Seattle

b6
b7C

**333**

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Nov. 19, 2007]; Page # 96 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/2007114_dcs01.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010];

SECRET

SECRET

**(OTD) (FBI)**

| | |
|---|---|
| **From:** | (OI) (FBI) |
| **Sent:** | Thursday, October 27, 2005 7:38 AM |
| **To:** | (CD) (FBI) |
| **Cc:** | (OTD) (FBI); (OI) (FBI); (OI) (FBI); (OI) (FBI) |
| **Subject:** | FW: |

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

FYI, for the DCS-3000 (see below)

THANKS!)

-----Original Message-----

b6
b7C

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Monday, October 24, 2005 5:16 PM |
| **To:** | (OI) (FBI) |
| **Subject:** | RE: |

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C

Regarding the DCS-3000:

**(1) a complete description of the types of FISA information stored:**
The only information collected and stored by the DCS-3000 is pen-register/trap-trace data. Per CALEA, this information is intercepted by the targets' service providers and delivered to the DCS-3000 in standard formats. The information is parsed based on target telephone number and stored in text-formatted files for each target.

**(2) an explanation of how FISA information can be searched and retrieved:**
Most field offices use the DCS-3000 as a "front-end" collector. The pen-register/trap-trace information collected by the DCS-3000 is uploaded to the Telephone Application (TA) database at HQ. The FISA pen-register/trap-trace information can be searched using search tools provided by the TA database on FBI Net. The DCS-3000 also has a rudimentary report generation feature and simple text-based search tools for use by technically trained agents and system administrators.

**(3) how the FBI's standard minimization procedures are implemented:**
The DCS-3000 only collects pen-register/trap-trace information.

b6
b7C

-----Original Message-----

| | |
|---|---|
| **From:** | (OI) (FBI) |
| **Sent:** | Monday, October 24, 2005 2:36 PM |
| **To:** | (CD) (FBI) |
| **Cc:** | (OI) (FBI); (OI) (FBI); (OI) (FBI); (NY) (FBI); (CD) (FBI); CyD) (CON); (OTD) (FBI); (OTD) (FBI); (OTD) (FBI) |

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056308-331 [Nov. 19, 2007]; Page # 100 of 143;
Download at <http://www.eff.org/files/filenode/061708CKK/20071119_dcs01.pdf>
[EFF PDF Set 1 of 4] [last accessed Oct. 25, 2010];

337

SECRET

↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓
↓ **EXHIBIT 045** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Dec. 17, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071217_dcs03.pdf [EFF PDF Set 3 of 5] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

| UNCLASSIFIED | November 08, 2006 |
|---|---|

## RMS Request Number:   *0083309*

| Request ID : 0083309 | Performance Indicator : Capital Equipment |
|---|---|
| Status : Closed      Opened : 2/27/2004  8:19:00AM | Closed   : 3/10/2004  7:25:14AM |

| | |
|---|---|
| **Requestor Name** | **Office :** MIAMI |
| **Phone :** 305     b6  b7C | **Office Code :** 3460-0000 |
| **Case Number :** | **Investigative Program :** |

| | |
|---|---|
| **Assigned to Name :** | **Program Manager :** |
| **Assigned To Group :** TICTU | **Program/Type :** Technical Access (Wireless) |
| **Category :** TICTU | |
| **Item:** DCS 3000 | |

**Requested Support : To:**      Miami Office is unwilling to buy Microsoft Maps and Street due to software restrictions and Miami TTA funding can not purchase software. Miami needs Microsoft Maps and Streets to support DCS 3000 operation to identify      Request purchase of Microsoft Maps and Street and a computer disk of all      in the Southeast Region. Miami is the Southeast Regional Office for the      program and      information is vital in our operation.

**Worklog :** 9/24/2004 7:59:22 PM

2/27/2004 8:19:06 AM
assigned/forwarded request to
3/4/2004 11:22:27 AM      Advised Miami that
software is not needed in the local offices. It is located on a
server in Quantico, VA.  Issue closed.
9/2/2005 11:22:11 AM
      has Reassigned or Forwarded this request to

b2
b6
b7C
b7E

| UNCLASSIFIED |
|---|
| Page 470 of 622 |

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Dec. 17, 2007]: Page # 103 of 133;
Download at <http://www.eff.org/files/filenode/061708CKK/20071217_dcs03.pdf>
[EFF PDF Set 3 of 5] [last accessed Oct. 25, 2010];

↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓
↓ **EXHIBIT 046** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Dec. 17, 2007, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20071217_dcs05.pdf [EFF PDF Set 5 of 5] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

11/15/2006                          DOJ FISMA 2006                                    20

| Computer Analysis Response Team Storage Area Network | | | | acting) 703 | |
| | | | | | |
| | | | | 202 | |
| Data Collection System 3000 | DCS3000 application suite was developed to assist law enforcement agencies (LEAs) with collecting and processing data for court-ordered electronic surveillance (ELSUR) operations.  LEAs dial into switches, which are devices used by telecommunications service providers to route telephone calls to their destinations.  The DCS3000 can collect ELSUR data under the following warrant types:  Pen Register (deals with call data), and Title III (deals with call data and content).  The DCS3000 collects [ ] data from the Telecommunications Service Provider (TSP) and stores it at the LEA site.  The TSP provides [ ] Call Data Channel (CDC) data.  The [ ] data first flows through the VanGuard, which stores it until requested by the Multiserver, which then forwards the data to the Client, where the CDC data is stored. | | | | acting) 703- | |

b2
b5
b7C
b7E

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Dec. 17, 2007]; Page # 17 of 150;
Download at <http://www.eff.org/files/filenode/061708CKK/20071217_dcs05.pdf>
[EFF PDF Set 5 of 5] [last accessed Oct. 25, 2010];

---

**OGC) (FBI)**

| | |
|---|---|
| **From:** | (OTD) (CON) |
| **Sent:** | Friday, November 04, 2005 7:47 AM |
| **To:** | OGC) (FBI) |
| **Cc:** | OTD) (FBI) |

**Subject:** Digital Collection description

b(5)
b(2)
b(7)(E)

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

Hope this provides what you need. If not, please let me know. If you need a more succinct or technical description, I'll provide it.

Glad we finally met. Thanks for your help

Digital Collection consists of the DCS-3000, DCS-5000, and DCS-6000, which provide digital collection tools, foreign counterintelligence gathering, and law enforcement evidence collection, respectively. Digital Collection supports the FBI's mission to ensure the ability of the FBI to collect evidence and intelligence through the acquisition, deployment, and support of communications interception techniques and systems to facilitate and support national security, domestic counterterrorism, and criminal investigative efforts. Systems being acquired under the Digital Collection program include systems (foreign counterintelligence and law enforcement) that possess similar functions and capabilities to intercept telephone, microphone, and facsimile communications; however, the primary difference is law enforcement system's requirement to minimize collected communications. The passage of the Communication Assistance to Law Enforcement Act (CALEA), the implementation of state-of-the-art personal security features, and the explosion of telecommunication options (caller ID, call waiting, call conferencing, etc.) spotlighted the deficiencies of the legacy systems.

The Digital Collection Program provides the FBI with the means to collect evidence and intelligence through the acquisition, deployment, and support of communications interception techniques and systems which facilitate and support national security, domestic counterterrorism, and criminal investigative efforts. Systems provided through this program intercept multi-source digital (and analog) communications information for intelligence gathering for foreign counterintelligence activities and investigative purposes for providing evidence of criminal activity for trial. It should be noted that those systems used for criminal investigations possess a requirement to minimize intercepted voice sessions, (i.e., record only when the call is being actively monitored). Electronic information collected includes pen register (incoming and outgoing dialed digits, caller identification, date/time of communication, and other signal related information), analog and digital telephone calls, facsimile and modem transmissions, and microphone audio. High density drives and magneto-optical disks are utilized for temporary and permanent storage, respectively; no special, environmental storage facilities are needed. Digital Collection systems are used primarily by FBI field offices and Resident Agencies in support of active foreign intelligence and criminal cases. Support is also provided to other federal, state, local and tribal agencies, as required.

The Digital Collection Program has evolved during its life cycle and has become more complex. Even so, digital collection systems are computer-based systems comprised primarily of commercial-off-the-shelf hardware and software with limited proprietary application software. Incorporated technological advances allow Case Agents to easily and effectively manage the recordings electronically, which dramatically increases the efficiency of trial preparations. While each Field Office or Resident Agency is self-sustaining in its ability to process intercepted information, this program permits interconnectivity of all FCI systems via [ ] a wide area network established to link field offices' central monitoring plants for the purpose of digital collection information sharing; it will use Trilogy's network backbone.) and TRILOGY (the FBI's enterprise wide area network being deployed to link field offices). This connectivity enables the transfer of electronic or digital files of intercepts to a remote or distant field office for special language translation/transcription and sharing of information among FBI offices and other partnering agencies. Systems are also installed as fixed systems in locations that require long-term, permanent operations. In many instances, intercepted audio is shared via a secure, wide area network or downloaded from computer memory onto removable media and provided to language specialists in offices around the country, greatly increasing productivity of FBI translation and transcription efforts.

b2
b7E

**UNCLASSIFIED**

53

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Dec. 17, 2007]; Page # 33 of 150;

Download at <http://www.eff.org/files/filenode/061708CKK/20071217_dcs05.pdf>
[EFF PDF Set 5 of 5] [last accessed Oct. 25, 2010];

SECRET

-----Original Message-----
From: [REDACTED]                          b6
Sent: Thursday, February 20, 2003 9:48 AM    b7C
To:
Cc:
Subject: Re: Re current pen registers

CM2210 (system no longer used) I am not sure if new format is used by another system.

ADNRS (system no longer used)

PCS (system no longer used)

CDNRS (system no longer used)  But, upload format used by DCS3000

RDNRS (no longer used)

JSI - what format is this?

DISCOVERY -  not being used

J3094 - format being used
DCS - format being used
DMW - format being used

VOICE-ID - I did not know there was a format

PINE   - (system no longer used)

NOKIA - I did not know there was a format

DCSPC - is this similar to DCS?                      b6      b2
                                                     b7C     b7E
[REDACTED] system being used; using DMW format

ICD-14 - format being used

Something to keep in mind ..... most of these formats need updating to include more fields of data that is being collected but unable to be passed to TA because TA database presently is not coded to handle.  Have spoke to [REDACTED] about this and it was decided that we should have a meeting with All to discuss this and provide reports, files etc. for TA to decide how to handle.


[REDACTED] ITS
Telecommunications Intercept &
Collection Management Unit (TICTU),
Electronic Surveillance Technology Section    b2
Information Technology Division               b6
ERF, Quantico, VA                             b7C

Tel: 703 [REDACTED]
Fax: 703 [REDACTED]

UNCLASSIFIED        SECRET            (85)



FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Dec. 17, 2007]; Page # 105 of 150;
Download at <http://www.eff.org/files/filenode/061708CKK/20071217_dcs05.pdf>
[EFF PDF Set 5 of 5] [last accessed Oct. 25, 2010];

SECRET

b6
b7C

Have we done this yet?
-----Original Message-----
**From** [        ] (ITD) (FBI)
**Sent:** Thursday, July 08, 2004 11:48 AM
**To** [                    ] (ITD) (FBI) [                ] (ITD) (FBI)
**Subject:** FW: Virus Scan Installation Instructions for Voicebox Fixed Site Systems


**UNCLASSIFIED**
**NON-RECORD**


Hey [        ]
    Please distibute this information to the field [      ] - for DCSP distribution.  Thanks.


[                              ]

Telecommunications Intercept and
Collection Technology Unit  (TICTU)
703 [              ]

b6
b7C

-----Original Message-----
**From:** [              ] (ITD) (FBI)
**Sent:** Thursday, July 08, 2004 9:50 AM
**To:** [              ] (ITD) (FBI)
**Subject:** Virus Scan Installation Instructions for Voicebox Fixed Site Systems


**UNCLASSIFIED**
**NON-RECORD**

b6
b7C


Due to the Certification & Accreditation of the Voicebox System, its  mandated that all VoiceBox workstations have
Virus Scan software loaded and running.  The attached file contains instructions for installation and setup on the
Virus Scan software.  The Virus Scan Software should be installed as soon as possible.  When completed you
must email [              ] to inform him that virus scan is installed and running.

**(S)**

b1
b2
b7E

Your VoiceBox system must have a connection to the DCS network. This connection will allow your system  to
connect to the DCS 3000 Web page on the [        ] machine.  The Web page contains down loads for McAfee
Virus Scan (for workstations running Windows 2000 Professional) and Netshield (for Windows 2000 Server).   The
connection will also allow the Virus Scan software to update automatically.

If you have questions please contact:

[            ] 703 [                ]
[                ] 703 [                    ]
[            ] 703 [            ]

b6
b7C

[      ] if you could send this to [          ] to request that the DCSP personnel in the field could preform this task.

Thank you

SECRET                    (140)

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

**⬇ <u>EXHIBIT 047</u> ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Jan. 14, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/20080114_dcs03.pdf [EFF PDF Set 3 of 4] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

SECRET

The contract is with Booz Allen and Hamilton (BAH) for the amount of $1,497,736.92.


The DCS-3000 software suite is the Bureau's primary CALEA pen register collection application and is maintained by BAH in accordance to Bureau personnel direction. BAH has been active in the development of this CALEA software interface for more than seven years.


TICTU is asking for Logistical support in training and liaison.  The need for personnel to tactically implement court-authorized ELSUR and react in exigent circumstances to threats of life is a necessity that requires a significant amount of training and liaison.  This requires industry leaders with unique abilities and backgrounds.  Also, TICTU requires support with continue software development pertaining to the FBI's ELSUR capabilities. The continuing emergence of new telecommunications technologies requires a unique ability to design and implement solutions at accelerated rates. The lack of a quick reaction capability to adapt ELSUR techniques within the FBI may result in significant vulnerability and exploitation opportunities to enemies of the United States.


A requisition was submitted for $2,100,000.00.  Due to the lack of time on the existing contract, an interim purchase order for the period of performance of May 1, 2005 - July 31, 2005, was put into place for the amount of $602,263.08.  The money for the interim purchase order was taken from the original requisition.


Any questions regarding the Contract Review Board please contact [          ]
[     ] at extension [     ] or [                    ] at extension [     ]


TICTU [          ]
(703) [        ]                    b6
                                   b7C

SENSITIVE BUT UNCLASSIFIED

254

FBI Response to EFF FOIA Request Nos. 1055736-000 & 1056307-1 [Jan. 14, 2008]; Page # 41 of 204;
Download at <http://www.eff.org/files/filenode/20080114_dcs03.pdf>
[EFF PDF Set 3 of 4] [last accessed Oct. 25, 2010];

↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓
↓ **EXHIBIT 048** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Jan. 14, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf [EFF PDF Set 4 of 4] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

SECRET

**(OGC) (FBI)**

**From:** _____ (OGC) (FBI)
**Sent:** Friday, February 17, 2006 3:28 PM
**To:** _____ (OGC) (FBI)
**Subject:** RE: More databases

**UNCLASSIFIED**
**NON-RECORD**

Thanks.  From my point of view, it means NO MORE DESCRIPTIONS NEED TO BE ADDED from that list, at least.

-----Original Message-----
**From:** _____ (OGC) (FBI)
**Sent:** Friday, February 17, 2006 3:17 PM
**To:** _____ (OGC) (FBI)
**Subject:** RE: More databases

**UNCLASSIFIED**
**NON-RECORD**

This is what I've learned from OTD:

Most wireless carriers have centralized their CALEA delivery points.  In most cases, CDC information **(pen-register/trap-trace data) for all FBI intercepts per carrier are delivered to one FBI gateway per carrier**.  The locations of the gateways vary and depend on the location and connection restrictions imposed by the carriers.  **DCSnet** is a peerless and private IP network that **supports the delivery and transport of CALEA-enabled intercept product from the FBI gateways to all 56 FBI field offices**.  It is an unclassified network, and is not used to transfer processed/collected ELSUR information--Nor is it in itself a collection system--the collection system is the DCS-3000.

The DCS-3000 is a suite of software applications that support the FBI's CALEA-based intercepts.  This suite of applications has two primary functions:  1) a gateway between all carriers' delivery systems and the FBI's collection systems and centers (e.g., DCS-5000 in Atlanta Division), and 2) the primary collection system for all CALEA-enabled criminal pen-register and trap/trace intercepts.

As I understand, the DCS-3000 serves as a gateway between carriers and the DCS-5000 system for security reasons.  In essence, Security division will not allow a classified collection system to have connection to the outside--hence the DCS-3000 serves as the link and is for that purpose just a transport of the FISA material from the carrier to the DCS-5000 system.

-----Original Message-----
**From:** _____ (OGC) (FBI)
**Sent:** Wednesday, February 15, 2006 11:04 AM
**To:** _____ (OGC) (FBI)
**Subject:** More databases

**UNCLASSIFIED**
**NON-RECORD**

Have your heard of the Data Collection System Network (DCSNET) or the Rapid Prototyping Facility Network (RPFNET).  Also , are DCS 3000 and DCS 5000 variations of each other, as far as pen register collection.

127

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056301-1 [Jan. 14, 2008]; Page # 105 of 129;
Download at <http://www.eff.org/files/filenode/061708ckk/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

SECRET

**NON-RECORD**

Thanks. How about [        ] or a system labeled simply as "3094" (by Baltimore)_

```
-----Original Message-----
From:          [            ](OGC) (FBI)
Sent:          Thursday, February 09, 2006 8:48 AM
To:            [                ] (OGC) (FBI)
Cc:            [        ](OGC)(FBI)
Subject:       RE:
```

**UNCLASSIFIED**
**NON-RECORD**

This is the risk with getting input from the field--it appears they didn't understand the question.  The items below are not database systems that contain raw FISA material (i.e. content) that must be minimized under the SMP (unless minimization applies to pen data and to [                    ]

DCS-3000 is the Collection system for pen data--to the extent it collects content it's limited to SMS (text messages)--but it serves only as the collection point--the data is passed to another system (TA etc for analysis).
PenLink is a software application that can be used to help analyze pen data.

Analyst Notebook (I-1) appears to be a software application that can be used with Choicepoint According to the following link (This is software that can be installed on FBINET. It allows for the input of data for graphical display and analysis. Pen-link data can be imported into i2 Notebook[                                    ]

```
-----Original Message-----
From:          [                ] (OGC) (FBI)
Sent:          Thursday, February 09, 2006 8:33 AM
To:            [            ](OGC) (FBI)[            ](GC)(FBI)
Subject:
```

**UNCLASSIFIED**
**NON-RECORD**

Anyone know what DCS-3000, Penlink,[        ] Analyst Notewoork (I-1) are.  These are all new ones that are coming up in the course of reading field office responses.

**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**


**UNCLASSIFIED**

133   SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 111 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

~~SECRET~~

**(OGC) (FBI)**

**From:** ☐ (OTD) (FBI)
**Sent:** Wednesday, November 02, 2005 5:12 PM
**To:** ☐ (OGC) (FBI)
**Subject:** RE: FISC database response

**SECRET**
**RECORD 319 xx**

b2
b6
b7C
b7E

☐

The document is correct in my view. I am not sure what you mean by "original". The intercept data are delivered from the carriers' intercept access points to us in "raw" formats. The DCS-3000 decodes these formats and presents the information in "human readable" format. The "human readable" formatted information is typical uploaded to TA by either saving the data to a removeable disk (we've always considered this to be the "original") or through an automatic connection to the ☐ most field offices prefer the ☐ method). If the ☐ is used and the data is not saved to a removeable disk, the data remains on the DCS-3000 indefinitely.

☐

-----Original Message-----
**From:** ☐ (OGC) (FBI)
**Sent:** Tuesday, November 01, 2005 4:33 PM
**To** ☐ (OTD) (FBI)
**Subject:** FW: FISC database response

**SECRET**
**RECORD 319 xx**

☐

would you review the discussion of DCS-3000. make sure it explains how FISA information in DCS-3000 is handled, including the manner in which it can be searched and retrieved. Also is the raw pen register data stored in the DCS-3000 system or just collected there and then the original sent some place else for storage. If stored there, for how long is the original maintained?

thanks.

b6
b7C

☐

-----Original Message-----
**From** ☐ (OGC) (FBI)
**Sent:** Tuesday, November 01, 2005 4:09 PM
**To:** ☐ (OGC) (FBI) ☐ OGC)(FBI)
**Subject:** RE: FISC database response

**SECRET**
**RECORD 319 xx**

Here's a few more edits. It doesn't include the portion markings and it's still not clear to me what the interplay is between EDMS and DWS with respect to email and chat collections. As it reads now, it appears that some (CT collections go into DWS and others into EDMS?) perhaps STAS can clarify.

~~SECRET~~

135

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 112 of 129;
Download at <http://www.eff.org/files/filenode/061708ckk/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

SECRET

**Step 8.   Case Squad** designates individual(s) to operate the Pen Register (DCS 3000 system) located on the third floor (T-3 space).

**Step 9.   Case squad** provides signed Pen Register/2703(d) Order to IS-2.

**Step 10.   Both the case squad and IS-1** shall evaluate the active and historical pen register information to determine the logical location to begin searching, i.e. latest specific cell cite and sector, on/off, times, etc.

**Step 10.   Case Agent assigned to Pen Register** maintains contact with IS-1 tracking team and provides update as to target's cell phone use.

>      **IS-1** conducts live tracking operation.

**Recommendations:**   Any case squad that foresees the use of Pen Registers and Provider information for cell tracking purposes should:

   a.   Maintain a file of pony Pen Register/2703(d) Orders for the major cellular providers. Ponies can be obtained from IS-2.
   b.   Pro-actively meet with their perspective AUSA's and discuss specifics of Order.
   c.   Ensure squad members are familiar with the use of the DCS-3000/Pen Registers.

154

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 118 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];



SECRET

information is stored in text-formatted files for each target telephone number.

b. <u>Explanation of how FISA information is controlled, that is, restrictions on search and retrieval of information.</u>

(U)  Most FBI field offices use the DCS-3000 as a "front-end" collector.  The pen-register/trap-trace data collected by the DCS-3000 is typically manually uploaded to the Telephone Application (TA) database at FBI Headquarters, through which it can then be searched.  The DCS-3000 team is working in conjuncture with EDMS (See Section II.A) to provide for an automatically pen-register upload to TA.  The DCS-3000 also has a rudimentary report generation feature and simple text-based search tools for use by Technically Trained Agents and system administrators.

c. <u>Implementation Of Standard Minimization Procedures.</u>

(U)  The DCS-3000 collects only pen-register/trap-trace information.

(S)

(S)



OTHER outside the scope

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 121 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

SECRET

# INVESTIGATIVE TECHNOLOGY DIVISION'S

# TECHNICALLY TRAINED AGENT MANUAL



175

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 122 of 129;
Download at <http://www.eff.org/files/filenode/061708ckk/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];



SECRET

> **MANUALS:** For traditional DNR equipment Manuals see:

- For details regarding the DCS-6000, go to the TICTU Website at

> **MANUALS:** For major Pen Register/Tran-Trace collection platform Manuals see:

· **Switch-based:** In implementing switch-based Pen Registers and/or Traps and Traces, TTAs frequently utilize the Data Collection System (DCS)-3000 application suite and/or the criminal law-based (JSI) DCS-6000 ("Voice Box") platform. In other conventional (non-CALEA) switch-based Pen Register/Trap and Trace cases, the interface for collecting such information may be one of the Pen Register DNR platforms produced by JSI.

- For details regarding the DCS-3000 system, go to the TICTU Website and consult the Switch-Based Intercept Team a[                    ]

- For details regarding the DCS-6000 system, go to the TICTU Website and consult the [                    ]

b2
b7E

> **MANUALS:** For major Pen Register/Tran-Trace collection platform Manuals see:

- For details regarding more conventional (non-CALEA) DNR equipment and DNR platforms, etc., go to the TICTU Website and consult the Traditional Technologies Intercept Team a[                    ]

> **MANUALS:** For traditional DNR equipment Manuals see:

· **Network/Wireline Data-based:** In implementing Network or Wireline Data-related Pen Registers and/or Traps and Traces, such Pen Registers and/or Traps and Traces are frequently implemented by service providers using their own proprietary or commercially-available equipment. In some cases, the FBI (DITU), or specially-trained TTAs, can also effect such Pen Registers and/or Traps and Traces utilizing tools commercially-available to law enforcement, such as [                    ] Processing and viewing systems/tools such as [          ] nd "[        ]" are also used.

- For details regarding the use of "products" such as [                    ] go to the DITU Website a[                    ]

> **MANUALS:** For Manuals regarding products such as [        ] o to the DITU Website a[                    ]

· **High-Capacity -based:** In implementing High-capacity-based Pen Registers and/or Traps and Traces, such Pen Registers and/or Traps and Traces are frequently implemented by TTAs in concert

188

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 123 of 129; Download at <http://www.eff.org/files/filenode/061708ceda/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];



SECRET

Such nondisclosure pertains to details (including display) of this material. General descriptions or disclosures as to the overall technical functionality/operation of technical equipment or techniques are not prohibited. Any potential departure from this policy must be specifically approved by ITD at a unit chief or higher level before disclosure is made. See MIOG, Part 2, 10-10.13(4).

· **_FBI Testimony_**: As set forth in MIOG, Part 2, 16-4.16, expert testimony, regarding Pen Registers and/or Traps and Traces or otherwise, is available from the Investigative Technology Division (ITD). Such requests may emanate from Federal or State prosecutors or defense counsel. In a number of cases, such ITD personnel may be qualified to testify as subject matter experts in a given area within the Technical Investigative Program (TIP). In other cases, it would be more appropriate for non-FBI personnel, such as personnel from communications service providers, equipment manufacturers, software vendors, etc., to testify as experts in a given area of expertise.

The procedures for FBI technical personnel who testify as subject matter experts within the FBI's TIP are the same as those that apply to other FBI witnesses, including adherence to the dictates of 28 C.F.R.§ 16.21 et seq. Any legal or procedural questions should be promptly brought to the attention of the appropriate Assistant United States Attorney (AUSA) and the appropriate field office CDC or to an attorney in the Technology Law Unit, Office of the General Counsel, FBIHQ.

**_m) Evidence Acquisition/Recordation/Handling_**:

Pen Registers and Traps and Traces acquire dialed number as well as other call-control signaling information. Pen Register equipment used in local loop interceptions typically captures audio tones/signaling that is then portrayed as dialed numbers and/or other call-control indicators. Under CALEA, which is carrier (and principally switch)-based, the Pen Register and/or Trap and Trace information acquired is referred to as "call-identifying information (CII)." Under CALEA, delivery of CII to law enforcement is made over a "call data channel (CDC)." Details as to the elements/ format/messages for CALEA-compliant Pen Register and/or Trap and Trace uses in wireline and wireless networks are set forth in the J-STD-025.

The interface for collecting such Pen Register and/or Trap and Trace information may be DNR platforms such as those produced by JSI or the CALEA-related DCS-3000 platform, which may connected to the DCS-6000 (Voice Box).

Once Pen Register and/or Trap and Trace information is acquired, the signaling information should be recorded electronically as the "original evidence." Electronic recordation can be accomplished through recorders attached to Pen Register/Trap and Trace DNR platforms such as those produced by JSI or the CALEA-related DCS-3000 platform or the DCS-6000 (Voice Box).

Hardcopy printouts from the original electronic signaling may also constitute "original evidence." However, *post-processed* (manipulated) Pen/Trap printout information, such as that produced through the "Telephone Application (TA)," while user-friendly for investigators and prosecutors, is technically not original evidence because it has been processed/manipulated by the TA program. If TTAs handle Pen Register/Trap evidence, they run the risk of becoming part of the "chain of custody" for the Pen/Trap evidence, thus exposing themselves to the possibility of having to testify (contrary to FBI policy). Hence, TTA involvement in evidence handling must be avoided.



SECRET

191

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 124 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_doc04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

SECRET

## i)  *Equipment/Software/Tools (E/S/T); Technical Manuals:*

For FISA law-based Pen Registers and/or Traps and Traces, various equipment, software, and tools (E/S/T) are used in the technical implementation.  The E/S/T and its specifications and the technical manuals regarding the E/S/T, including maintenance, are addressed below.

· *Local Loop-based:*  In implementing local loop Pen Registers, the interface for collecting such information may be one of the traditional Pen Register/DNR systems produced by JSI or the FISA law-based (Raytheon) DCS-5000 (⬚⬚⬚⬚⬚⬚) platform.

- ▪ For details regarding traditional DNR equipment and DNR systems, etc., go to the TICTU Website and consult the Traditional Technologies Intercept Team at

  - ➢ **MANUALS:** For traditional DNR equipment Manuals see:

- ▪ For details regarding the DCS-5000, go to the TICTU Website and consult the

  - ➢ **MANUALS:** For major Pen Register/Trap-Trace collection platform Manuals see:

· *Switch-based:*  In implementing switch-based Pen Registers and/or Traps and Traces, TTAs frequently utilize the Data Collection System (DCS)-3000 application suite and/or the FISA law-based (Raytheon) DCS-5000 ("Red Wolf") platform.  In other conventional (non-CALEA) switch-based Pen Register/Trap and Trace cases, the interface for collecting such information may be one of the Pen Register DNR platforms produced by JSI.

- ▪ For details regarding the DCS-3000 system, go to the TICTU Website and consult the Switch-Based Intercept Team at

- ▪ For details regarding the DCS-5000 system, go to the TICTU Website and consult the

  - ➢ **MANUALS:** For major Pen Register/Trap-Trace collection platform Manuals see:

- ▪ For details regarding more conventional (non-CALEA) DNR equipment and DNR platforms, etc., go to the TICTU Website and consult the Traditional Technologies Intercept Team at

  - ➢ **MANUALS:** For traditional DNR equipment Manuals see:

b2
b7E

202

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 125 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];



SECRET

In the past, there was little or no prospect of FISA Pen Register and Trap and Trace information ever being used in court or other public venues. However, based upon recent rulings of the Foreign Intelligence Surveillance Court (FISC) and new interpretations of the FISA law and its purposes by the Department of Justice, it is now conceivable that FISA-based Pen Register and Trap and Trace information could be used as evidence in criminal cases or otherwise made public. With respect to utilizing classified equipment, etc. in cases that may be prosecuted, the Department of Justice issued a directive in 2002 entitled: "Procedures for the Use of Classified Investigative Technologies in Criminal Cases." As a rule, these Procedures require coordination and clearance by the Department before such technologies can be used in criminal cases.

### m) *Evidence Acquisition/Recordation/Handling:*

Pen Registers and Traps and Traces acquire dialed number as well as other call-control signaling information. Pen Register equipment used in local loop interceptions typically captures audio tones/signaling that is then portrayed as dialed numbers and/or other call-control indicators. Under CALEA, which is carrier (and principally switch)-based, the Pen Register and/or Trap and Trace information acquired is referred to as "call-identifying information (CII)." Under CALEA, delivery of CII to law enforcement is made over a "call data channel (CDC)." Details as to the elements/format/messages for CALEA-compliant Pen Register and/or Trap and Trace uses in wireline and wireless networks are set forth in the J-STD-025.

The interface for collecting such Pen Register and/or Trap and Trace information may be DNR platforms such as those produced by JSI or the CALEA-related DCS-3000 platform, which may connected to the DCS-5000 (Red Wolf).

As noted, above, in the past, there was little prospect of FISA Pen Register and Trap and Trace information ever being used in court or other public venues. However, based upon recent rulings of the Foreign Intelligence Surveillance Court (FISC) and new interpretations of the FISA law and its purposes by the Department of Justice, it is now conceivable that FISA-based Pen Register and Trap and Trace information could be used as evidence in criminal cases or otherwise made public.

Once Pen Register and/or Trap and Trace information is acquired, the signaling information should be recorded electronically as the "original evidence." Electronic recordation can be accomplished through recorders attached to Pen Register/Trap and Trace DNR platforms such as those produced by JSI or the CALEA-related DCS-3000 platform or the DCS-5000 (Red Wolf).

Hardcopy printouts from the original electronic signaling may also constitute "original evidence." However, *post-processed* (manipulated) Pen/Trap printout information, such as that produced through the "Telephone Application (TA)," while user-friendly for investigators and prosecutors, is technically not original evidence because it has been processed/manipulated by the TA program.

If TTAs handle Pen Register/Trap evidence, they run the risk of becoming part of the "chain of custody" for the Pen/Trap evidence, thus exposing themselves to the possibility of having to testify (contrary to FBI policy). Hence, TTA involvement in evidence handling must be avoided.

206

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 126 of 129; Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];



SECRET

- For details regarding the Facsimile Intercept Systems, go to the TICTU Website and consult the Traditional Technologies Intercept Team at ▊

· **_Switch-based:_**  In implementing switch-based Title IIIs, TTAs frequently utilize the criminal law-based (JSI) DCS-6000 ("Voice Box") platform.  The DCS 3000 system may also be used.  In other conventional (non-CALEA) switch-based Title III, the interface for collecting such information may be one of the Pen Register DNR platforms produced by JSI.

- For details regarding the DCS-3000 system, go to the TICTU Website and consult the Switch-Based Intercept Team at ▊

- For details regarding the DCS-6000 system, go to the TICTU Website and consult the ▊

  ➢ **MANUALS:** For details regarding major Title III collection platform Manuals see: ▊

- For details regarding more conventional (non-CALEA) Title III equipment and Title III platforms, etc., go to the TICTU Website and consult the Traditional Technologies Intercept Team at ▊

  ➢ **MANUALS:** For details regarding traditional Title III equipment Manuals see: ▊

· **_Network/Wireline Data-based:_**  In implementing Network or Wireline Data-related Title IIIs, such Title IIIs are frequently implemented by service providers using their own proprietary or commercially-available equipment.  In some cases, the FBI (DITU), or specially-trained TTAs, can also effect such Title IIIs utilizing tools commercially-available to law enforcement, such as ▊ ▊"  Processing and viewing systems/tools such as ▊ are also used.

- For details regarding the use of "products" such as ▊ go to the DITU Website at ▊

  ➢ **MANUALS:** For Manuals regarding products such as ▊ go to the DITU Website at ▊

· **_High-Capacity -based:_**  In implementing High-capacity-based Title IIIs or Pen Registers and/or Traps and Traces, such interceptions are frequently implemented by TTAs in concert with ATU personnel utilizing high-capacity access products such as those in the ▊ site, and the criminal law-based (JSI) DCS-6000 ("Voice Box") platform.

- For details regarding the ▊ products, go to the ATU Website and consult the High-Capacity Access Team site at ▊

- For details regarding the DCS-6000 system, go to the TICTU Website and consult the ▊

b2
b7E

219 44

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 127 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

SECRET

techniques, equipment, and information from disclosure, TAs and TTAs should not needlessly disclose or display (or permit disclosure or display) of such material to FBI investigators, FBI personnel, or to others (to include USAs and Strike Force Attorneys).

Such nondisclosure pertains to details (including display) of this material. General descriptions or disclosures as to the overall technical functionality/operation of technical equipment or techniques are not prohibited. Any potential departure from this policy must be specifically approved by ITD at a unit chief or higher level before disclosure is made. See MIOG, Part 2, 10-10.13(4).

· **_FBI Testimony_**: As set forth in MIOG, Part 2, 16-4.16, expert testimony regarding Title IIIs is available from the ITD. Such requests may emanate from Federal or State prosecutors or defense counsel. In a number of cases, such ITD personnel may be qualified to testify as subject matter experts in a given area within the Technical Investigative Program (TIP). In other cases, it would be more appropriate for non-FBI personnel (i.e., personnel from communication service providers, equipment manufacturers, software vendors, etc. to testify as experts in a given area of expertise.

The procedures for FBI technical personnel who testify as subject matter experts within the FBI's TIP are the same as those that apply to other FBI witnesses, including adherence to the dictates of 28 C.F.R.§ 16.21 et seq. Any legal or procedural questions should be promptly brought to the attention of the appropriate Assistant United States Attorney (AUSA) and the appropriate field office CDC or to an attorney in the Technology Law Unit, Office of the General Counsel, FBIHQ.

### m) _Evidence Acquisition/Recordation/Sealing/Handling_:

· **_Evidence Acquisition_**: Title III equipment, techniques, systems, and platforms acquire communications "content." Title III equipment used in local loop interceptions typically captures analog audio tones/signaling that is then captured as "content." Under CALEA, which is carrier and principally switch-based, Title III telephony content is referred to as call content and is transmitted over a "Call Content Channel (CCC)." Details as to the elements/format of CALEA-compliant call content in wireline and wireless networks are set forth in the J-STD-025. The interface for collecting call content may be DNR platforms such as those produced by JSI, or the CALEA-related DCS-3000 platform or the DCS-6000 (Voice Box) platform.

· **_Evidence Recordation_**: Title III, at 18 U.S.C. 2518(8)(a), states that:

- the contents of any wire, oral, or electronic communication intercepted by any means authorized ... shall, if possible, be recorded on tape or wire or other comparable device.
- the recording of the contents of any wire, oral, or electronic communication ... shall be done in such way as will protect the recording from editing or other alterations...
- duplicate recordings may be made for use or disclosure ....
- custody of the recordings shall be wherever the judge orders. They shall not be destroyed except upon an order of the issuing/denying judge and ... shall be kept for ten years.

Hence, once Title III content is acquired, the signaling information should be recorded electronically as the "original evidence." Such electronic recordation can be accomplished through

222

SECRET

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056301-1 [Jan. 14, 2008]; Page # 128 of 129; Download at http://www.eff.org/files/filenode/061708ckk/20080114_doc04.pdf [EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

SECRET

recorders attached to DNR platforms such as those produced by JSI or the CALEA-related DCS-3000 platform or the DCS-6000 (Voice Box) platform.

Hardcopy printouts from the original electronic signaling, such as email content, may also constitute "original evidence."

· *Evidence Sealing*: Title III, at 18 U.S.C. 2518(8)(a), states that:

- the presence of the seal provided for by this subsection, or a satisfactory explanation for the absence thereof, shall be a prerequisite for the use or disclosure of the contents of any wire, oral, or electronic communication or evidence derived therefrom ...
- immediately upon the expiration of the period of the order, or extensions thereof, such recordings shall be made available to the judge issuing such order and sealed under his directions.

The U.S. Supreme Court has addressed the criticality of "sealing" recordings under Title III (18 U.S.C. 2518(8)(a)), with the potential for *exclusion* of the recorded evidence where delayed sealing occurs (even where no bad faith is found). *See United States v. Rios*, 495 U.S. 257 (1990).

Accordingly, FBI policy requires prompt "sealing" (and any necessary resealing) of recordings. MIOG, Part 2, 10-9.10(9) states:

It is also necessary that the post-execution sealing requirements of Title 18, USC, Section 2518(8)(a) be met. Failure to adhere to this requirement could result in suppression of relevant interceptions in the absence of a satisfactory explanation for any delay in sealing. Agents should therefore be prepared to submit the original recordings of all interceptions to the issuing judicial official for sealing immediately at the conclusion of the period of continuously ordered electronic surveillance. *In this context, if there is no break in time between the expiration of the original order and any subsequent extensions, Agents may wait until the expiration of the final extension before fulfilling this requirement.*

If any delay in making this delivery is anticipated, the Agent supervising the electronic surveillance should document the causes for this delay, i.e., duplication equipment failure, unforeseen manpower allocation priorities, and notify the supervising Assistant United States Attorney or Strike Force Attorney of the anticipated delay. If the supervising Agent anticipates this delay to be any greater than five days from the expiration date of the continuous electronic surveillance, he/she should, through the supervising attorney, within that five-day period obtain an extension of time in which to fulfill the sealing requirements from the appropriate judicial official.

*If original recordings require technical enhancement, analysis, comparisons, etc., the* post-execution sealing requirement under Title 18, USC, Section 2518(8) still must be met. Therefore, procedurally, once the sealing requirement attaches, all recordings should be sealed in a timely fashion with the court first, and then unsealed with the court's approval if the recordings require enhancement, etc. Once unsealed, the recordings should be promptly submitted by the field to the Engineering Research Facility (ERF), Investigative Technology

SECRET

223

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Jan. 14, 2008]; Page # 129 of 129;
Download at <http://www.eff.org/files/filenode/061708CKK/20080114_dcs04.pdf>
[EFF PDF Set 4 of 4] [last accessed Oct. 25, 2010];

⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇
⬇ **EXHIBIT 049** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Feb. 11, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf [EFF PDF Set 1 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 08-01-2007 BY 65179 DMH/KSR/cb

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 11/28/2006

**To:** All Field Offices          **Attn:** All SACs
                                            All ASACs
                                            All Technical Supervisors
                                            All Technical Advisors

**From:** Operational Technology
      **Contact:** [_____] 703-[_____]

**Approved By:** Thomas Marcus C                         b6
      [_____]                   b7C
      Clifford Michael Jr
      [_____]

**Drafted By:** [_____] gad

**Case ID #:** 268-HQ-1243561 (Pending)

**Title:** AUTOMATED UPLOAD OF DOCKETS AND PEN REGISTER DATA INTO
TELEPHONE APPLICATIONS

**Synopsis:** This communication provides a progress report on the
work completed to date to meet an operational request submitted
by the Washington Field Office (WFO) last year to automatically
upload Pen Register Data, collected by electronic surveillance
(ELSUR) systems, into the Telephone Applications (TA) system
maintained by the Information Technology Operations Division
(ITOD). It also solicits points of contacts (POCs) from field
offices and feedback concerning implementation, deployment, and
operations. All tasks necessary to automate the upload process
should be completed by 3/31/2007. From that point forward, field
offices will no longer need to manually upload dockets and pen
register data into TA. Instead, field offices will review and
correct upload error reports that are sent to their designated
POCs automatically via Trilogy email.

**Details:** In July 2005, OTD presented a plan to implement an
operational request submitted by the Washington Field Office
(WFO) to automatically upload Pen Register Data, collected by
electronic surveillance (ELSUR) systems, into the Telephone
Applications (TA) system maintained by the Information Technology
Operations Division (ITOD). The plan was later revised to
automatically upload FISA Management System (FISAMS) Dockets into
TA to meet a TA system prerequisite that dockets must be loaded

ETMUXXXX.wpd

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Feb. 11, 2008]; Page # 15 of 154;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

To:  All Field Offices  From:  Operational Technology
Re:  268-HQ-1243561 (Pending) 7/12/2005

into TA before corresponding pen register data can be loaded into
TA.
       A summary of tasks, status, and task POCs are listed
below:

               Task I: WFO develops TA Upload operational       b6
concept. Status: Complete. WFO POCs: [                    ]      b7C
[                  ] CTD POC: [                    ]

               Task II: DCS-5000 vendors implement routines
that send pen register and line data to designated drops within
the ELSUR Technology Management Unit (ETMU) operational network.   b6
Status: Complete. POC: [                ] OTD                      b7C

               Task III: ETMU system administrators, located
at the Engineering Research Facility (ERF), reformat the pen
register and line data sent by the DCS-5000 and perform a manual
upload of the reformatted data into TA. Status: Ongoing. ETMU
began manually uploading Pen Register information 11/2005.
Initially, very high percentages of the Pen Register data that
was being uploaded was rejected by TA because there prerequisite   b6
dockets were not loaded. Manual uploads will cease when            b7C
automation is complete. POC: [            ] OTD

               Task IV: ETMU system administrators generate
TA Upload Error Reports and send them to designated field office
recipients via Trilogy email. Recipients analyze and reconcile
upload errors. Status: Pen Register Upload Error Reports are
generated and sent to most field offices on a daily basis for
reconciliation. ETMU does not have appropriate POCs for all field
offices. ETMU desires feedback from field offices to improve the   b6
usefulness of the error reports. Several enhancements have         b7C
already been made based upon constructive field office feedback.
POC: [                  ] OTD

               Task V: OGC implements FISAMS Docket
Services, a secure web-service. FISAMS Docket Services will
automatically publish FISAMS Dockets. Status: FISAMS Docket
Services, Version 1.0 is complete. Dockets (less corresponding
line information) are automatically published shortly after they   b6
are entered into the FISAMS database.  Corresponding line          b7C
information will be published with Dockets in a later release.
POC: [                  ] OGC

               Task VI: ETMU implements ELSUR Solution
Services (ESS) Docket Services, a secure web-service with
credentials to subscribe to Dockets published by FISAMS Docket
Services. ESS Docket services will receive Dockets from FISAMS
Docket Services, enrich them with line data received from ELSUR

                              2

                                           ETMUXXXX.wpd

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Feb. 11, 2008]; Page # 16 of 154;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

To:  All Field Offices  From:  Operational Technology
Re:  268-HQ-1243561 (Pending) 7/12/2005

systems, and forward them to the TA Adapter (described below) for subsequent uploading. Status: ESS Docket Services, V1.0, is complete. ESS Docket Services is deployed and is receiving dockets from FISAMS Docket Services real-time over Trilogy. Work proceeds to enrich the dockets with line data received by ELSUR systems. POC: [                    ] OTD

Task VII: ETMU implements ELSUR Solution Services (ESS) Pen Register Services, a secure web-service which processes Pen Register Data dropped by ELSURs systems and then forwards them to the TA Adapter (described below). Status: ESS Pen Register Services development will begin when Docket Services development is completed. In the mean time, Pen Register data continues to be manually uploaded into TA by system administrators. POC: [                ] OTD

b6
b7C

Task VIII: ETMU implements TA Adapter, a secure web-service, which receives Dockets from ESS Docket Services and Pen Register Data from ESS Pen Register Services, formats these data, and then sends them to designated ITOD secure drops for subsequent uploading by TA and another system. Status: TA Adapter development will begin when Pen Register Service development is completed. In the mean time, Dockets and Pen Register Data continue to be manually uploaded into TA by ETMU system administrators. POC: [                ] OTD

Task IX: ITOD implements TA Automated Docket Upload capabilities, implements TA Automated Pen Register Upload capabilities, and generates TA Upload Error Reports. Status: ITOD development work proceeds in parallel with other tasks. POC: [                ] ITOD

b6
b7C

Task X: ETMU implements a process that automatically generates TA Upload Error Reports and sends them to field office recipients via Trilogy. Status: The Trilogy Email Gateway has been implemented. Reports generation has been automated but must be revised to be integrated. Integration of the Email Gateway and Reports will follow completion of TA Automated Docket and Pen Register Upload capabilities and field office identification of operations and technical POCs.

Task XI: Field Offices designate POCs responsible for receiving, reviewing, and correcting TA Upload errors and for providing feedback necessary for improving the overall TA upload process. Field offices send POC Name, Field Office, and trilogy email account to ETMU POC. POC: [                ]

b6
b7C

3

ETMUXXXX.wpd

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Feb. 11, 2008]; Page # 17 of 154;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

To:  All Field Offices  From:  Operational Technology
Re:  268-HQ-1243561 (Pending), 7/12/2005

b2
b7E

Task XII: Vendors of other ELSUR systems
(e.g., DCS-3000, [          ] DCS-5000 vendors will
implement routines that send their pen register and line data to
designated drops within the ELSUR Technology Management Unit
(ETMU) operational network. Status: Development is proceeding in
parallel with other tasks of this work. POC: [          ]
OTD

Task XIII: End-to-End Integration, Test,
Verification, and Validation of the Docket and Pen Register
Upload Process; ETMU and Field Offices Cease Manual Docket and
Pen Register Uploads; and Field Offices analyze and reconcile
Upload Error Reports received via Trilogy email. Status: Planned
completion date is 3/31/2007. POC: [          ] OTD

b6
b7C

**LEAD(s):**

**Set Lead 1:   (Action)**

ALL RECEIVING OFFICES

Designate a POC responsible for: (1) providing feedback
to ETMU on the TA Upload Process described above and (2)
receiving, reviewing, and correcting problems identified in TA
Upload Error Reports. Send a Trilogy email with POC Name, POC
Field Office, POC Telephone Number, and POC Email Address to
[          ] OTD.

CC:   Mr. Marcus C. Thomas, QT-ERF
      [          ] QT-ERF
      Mr. Michael Clifford, Jr., QT-ERF
      [          ] QT-ERF-E

b6
b7C

◆◆

4

ETMUXXXX.wpd

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Feb. 11, 2008]; Page # 18 of 154;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE  ~-02-2007 BY 65179 DMH/KSR/cb

**(RMD) (FBI)**

| | |
|---|---|
| **From:** | (ITOD)(CON) |
| **Sent:** | Thursday, August 31, 2006 7:56 AM |
| **To:** | (ITOD)(CON) |
| **Cc:** | (ITOD)(CON) |
| **Subject:** | FW: TA Bug |

b6
b7C

**UNCLASSIFIED**
**NON-RECORD**

Please see the attached e-mail from

b6
b7C

-----Original Message-----
| | |
|---|---|
| **From:** | (ITOD) (FBI) |
| **Sent:** | Thursday, August 31, 2006 7:09 AM |
| **To:** | (ITOD)(CON) |
| **Subject:** | FW: TA Bug |

**UNCLASSIFIED**
**NON-RECORD**

Can you share this info with                    in case they didn't see it.  It sounds very interesting.  I'm not sure what to do about it, just be aware it exists I guess.

I agree that the floppy shouldn't be used, but now-a-days with the high speed disk drives, I could see people doing this more often!

b6
b7C

-----Original Message-----
| | |
|---|---|
| **From:** | NK) (FBI) |
| **Sent:** | Tuesday, August 29, 2006 2:06 PM |
| **To:** | Telephone Application |
| **Subject:** | TA Bug |

Handled by

logged on 8/30/2006

b6
b7C

P101732/06

                INTELLIGENCE ANALYST is having a problem with uploading files using entire connection. Entire connection retains the last directory path you selected. If the last file directory does not exist, when you upload a file again the system will hang up and it will cause you to reboot your machine.

RESOLUTION:

I spoke to the user on the telephone on 8/30/2006.

One, solution would require you to move the files to the drive H: \ and the same directory all the times. Second

1

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Feb. 11, 2008]; Page # 19 of 154;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf>;
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

solution would require you to keep a copy of the last directory upload on the CD.

**UNCLASSIFIED**
**NON-RECORD**

Hi Gang -

I've found a bug in TA.
This first appeared when we were uploading DCS 3000 data via diskettes. We no longer use diskettes, but I think the current error is related to this one, and it'll be easier to explain this way...
The DCS 3000 machine automatically saves the CDNRS upload file in a folder named the same as the phone number. We have been in the habit of putting each phone number on a different disk, to facilitate sending the data to the appropriate case file. So for example, say I have 2 phone numbers for which I'm uploading data. I'd have 2 disks. Assuming my two phone numbers are 973[____]and 201[____]the disks' file structures would look like this:
Disk A:
  folder named[____]
    folder named CDNRS                    b6
      (list of CDNRS files from the DCS 3000 machine)  b7C

Disk B:                          b2
  folder named[____]         b7E
    folder named CDNRS
      (list of CDNRS files from the DCS 3000 machine)

To reproduce the error, upload a CDNRS file from the first disk. (Select option 7 for upload, option 1 for pen register data, 1 for regular pen register data, select the file to upload from the A drive)
TA performs the upload. If there are any error files, let them write back to a file on the disk.
Remove the disk from the A drive.
Select option 1 for pen register data, 1 for regular pen register data.           b2
Put the second disk in the A drive.                        b7E
Hit the enter key.
TA will hang. Only rebooting the computer will get you out of it.

My assumption is that TA is looking for the directory it last uploaded from, which would have been[____]
This directory doesn't exist on the second disk, and TA doesn't stop looking for it, it just hangs. The work around I discovered was to leave the first disk in drive A while you select option 1 for pen register data, select option 1 again for regular pen register data, hit the enter key - when the dialogue box pops up for you to select the file, it will default to the directory on the first disk where it got the first upload file. Select the H:\ drive (or any drive other than the A drive), switch disks, and then select the A:\ drive again and the next file you want to upload.

Now that we are downloading DCS 3000 data to a CD, and most of us are using a single CD for all of our pen registers, this particular bug is rarely an issue. However, it is still a problem when I upload pen register data and then go into option 9 to generate leads for unknown subscribers. If I select "D" for download, again, the system will hang and only a reboot gets me out of it. I'm assuming that when it trys to bring up the dialogue box to ask where I want the download file from the lead generation to be stored, it defaults to the last directory I pointed to - which is a directory on the CD, seeing how I just got done uploading DCS 3000 data. Of course, the CD is no longer in the drive, and TA hangs my machine.

Sorry for the long explanation... but as I always upload the latest data right before doing the leads generation this has become a source of frustration.

Thanks much -

[____]      b6
973-[____]     b7C

**UNCLASSIFIED**

**UNCLASSIFIED**

2

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056301-1 [Feb. 11, 2008]; Page # 20 of 154;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs01.pdf>
[EFF PDF Set 1 of 3] [last accessed Oct. 25, 2010];

⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇
⬇ **EXHIBIT 050** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Feb. 11, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080211_dcs02.pdf [EFF PDF Set 2 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

**(OTD)(CON)**

| | |
|---|---|
| **From:** | (OTD) (FBI) |
| **Sent:** | Thursday, September 07, 2006 9:33 AM |
| **To:** | (OTD)(CON) |
| **Cc:** | (OTD) (FBI) |
| **Subject:** | Justification |

**UNCLASSIFIED**
**NON-RECORD**

b6
b7C

Hey

Here is the blurb:
This software is required to enable the Telecommunications Intercept and Collection Technology Unit to support the field with remote diagnostics and troubleshooting of all DCS-3000 systems in the field offices.  As new DCS-3000 systems get deployed to Resident Agencies and Joint Terrorism Task Force facilities, the TICTU needs PCAnywhere licenses to be able to support those installations.

**UNCLASSIFIED**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-14-2007 BY 65179DMH/KSR/LMF

1

FBI Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1 [Feb. 11, 2008]; Page # 88 of 96;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs02.pdf>
[EFF PDF Set 2 of 3] [last accessed Oct. 25, 2010];

⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇
⬇ **EXHIBIT 051** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI Feb. 11, 2008, Response to EFF FOIA Request Nos. 1056287-000 & 1056307-1, *available at* http://www.eff.org/files/filenode/061708CKK/20080211_dcs03.pdf [EFF PDF Set 3 of 3] (last accessed: Oct. 25, 2010); Note: only relevant pages are included with footers added containing the page numbers from the full PDF available at the above URL;

~~SECRET~~

_____ (OTD) (FBI)                                    b6
                                                                        b7C

| | |
|---|---|
| **From:** | _____ (OTD) (FBI) |
| **Sent:** | Tuesday, June 27, 2006 3:09 PM |
| **To:** | _____ (OTD) (CON) |
| **Subject:** | FW: Pen Data |

~~UNCLASSIFIED~~
**NON-RECORD**

_____

   Attached is what _____ sent us a while ago on his save procedures.  I have a hard copy of mine that I
will bring over.
                                              b6
                                              b7C

_____
   -----Original Message-----

| | |
|---|---|
| **From:** | _____ (OTD) (FBI) |
| **Sent:** | Tuesday, May 23, 2006 1:37 PM |
| **To:** | _____ (SF) (FBI) |
| **Subject:** | RE: Pen Data |

~~UNCLASSIFIED~~                                              b6
**NON-RECORD**                                               b7C

_____

   There is a DCS Backup directory that is a copy of everything you saved.  Are you deleting that too?  I have attached
some thoughts
on this issue that _____ wrote up.  Each office seems to have a different view on how to handle the saves.
Read this over and
let me know if it helps.  We are still working on incorporating some of _____ requests.  It is a slow process.

_____

📄
Pen Register
Evidence.doc (47 ...

   -----Original Message-----

| | |
|---|---|
| **From:** | _____ (SF) (FBI) |
| **Sent:** | Tuesday, May 23, 2006 1:04 PM |
| **To:** | _____ (OTD) (FBI) |
| **Subject:** | Pen Data |

                                              b6
                                              b7C

~~UNCLASSIFIED~~
**NON-RECORD**

_____

   I just wanted to check with you to see if we're following the correct procedure when making an Original Disk for the
Case Agent.
   We've been making a Disk from the DCS3000 with the CDNRS, Summary and Log files and marking it as Evidence,
and sending it to the Case Agent. _____ has then been having us delete it from the DCS to help clean out the system.
My question is.....Should we be deleting the records totally from the DCS? Are we supposed to make a hard copy as
well upon end of the case?  Are we handling this the same as the other offices?
   We have an issue that came up today, that the Case Agent say's one of his Evidence Disks is corrupt and he wants us
to provide him with another Original.  Well, needless to say......it's gone.
                                    102

FBI Response to EFF FOIA Request Nos. _____ & 1056307-1 [Feb. 11, 2008]; Page # 84 of 163;
Download at <http://www.eff.org/files/filenode/061708CKK/20080211_dcs03.pdf>
[EFF PDF Set 3 of 3] [last accessed Oct. 25, 2010];

⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇
⬇ **EXHIBIT 052** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

U.S. Dep't of Justice, Electronic Surveillance Manual; Note: includes section on CELL SITE SIMULATORS / DIGITAL ANALYZERS / TRIGGERFISH, p. 40-41 and 44-45.

[Redacted by the defendant (for relevance) using white squares with black borders.]

USABook Online > Criminal Procedure > Electronic Surveillance > **Electronic Surveillance Manual**

# Electronic Surveillance Manual

**Procedures**
**Case Law**
**Forms**

Electronic Surveillance Unit
Revised June 2005

Also in WPD, PDF and
PDA formats

See also the
companion volume:
Electronic Surveillance Issues

Foreword
Introduction
I.      The Electronic Surveillance Unit
II.     Title III Authorization Process
III.    The Electronic Surveillance Pleadings
IV.     Electronic Communications
V.      Extension and Spinoff Applications
VI.     Roving Interceptions
VII.    Emergency Procedures
VIII.   Progress Reports
IX.     Sealing
X.      Inventory Notice
XI.     Disclosure of Title III Evidence
XII.    Discovery
XIII.   Pen Registers/Traps and Traces
XIV.    Cell Site Simulators/Digital Analyzers/Triggerfish
XV.     The Legal Authorities Required to Locate Cellular Telephones
XVI.    Mobile Tracking Devices
XVII.   Video Surveillance
XVIII.  Consensual Monitoring
XIX.    Custodial Monitoring
        Sample Forms
        Index

Search

Search this Manual (help)

# ELECTRONIC  SURVEILLANCE  MANUAL

# PROCEDURES  and  CASE  LAW

# FORMS

Revised June 2005
(complete in one volume)

XIV.  <u>CELL SITE SIMULATORS/DIGITAL ANALYZERS/TRIGGERFISH</u>

    A cell site simulator, digital analyzer, or a triggerfish
can electronically force a cellular telephone to register its
mobile identification number ("MIN," <u>i.e.</u>, telephone number) and
electronic serial number ("ESN," <u>i.e.</u>, the number assigned by the
manufacturer of the cellular telephone and programmed into the
telephone) when the cellular telephone is turned on.  Cell site
data (the MIN, the ESN, and the channel and cell site codes
identifying the cell location and geographical sub-sector from
which the telephone is transmitting) are being transmitted
continuously as a necessary aspect of cellular telephone call
direction and processing.  The necessary signaling data (ESN/MIN,
channel/cell site codes) are not dialed or otherwise controlled
by the cellular telephone user.  Rather, the transmission of the
cellular telephone's ESN/MIN to the nearest cell site occurs
automatically when the cellular telephone is turned on.  This
automatic registration with the nearest cell site is the means by
which the cellular service provider connects with and identifies
the account, knows where to send calls, and reports constantly to
the customer's telephone a read-out regarding the signal power,
status and mode.

    If the cellular telephone is used to make or receive a call,
the screen of the digital analyzer/cell site simulator/
triggerfish would include the cellular telephone number (MIN),
the call's incoming or outgoing status, the telephone number
dialed, the cellular telephone's ESN, the date, time, and
duration of the call, and the cell site number/sector (location
of the cellular telephone when the call was connected).

Digital analyzers/cell site simulators/triggerfish and similar devices may be capable of intercepting the contents of communications and, therefore, such devices must be configured to disable the interception function, unless interceptions have been authorized by a Title III order.

Because section 3127 of Title 18 defines pen registers and trap and trace devices in terms of recording, decoding or capturing dialing, routing, addressing, or signaling information, a pen register/trap and trace order must be obtained by the government before it can use its own device to capture the ESN or MIN of a cellular telephone, even though there will be no involvement by the service provider.  See discussion below in Chapter XV.

XV.   <u>THE LEGAL AUTHORITIES REQUIRED TO LOCATE CELLULAR TELEPHONES</u>

[The following analysis was prepared by attorney Richard W. Downing of the Computer Crime and Intellectual Property Section, Criminal Division, U.S. Department of Justice]

## II.   Collection of Cell Phone Location Information Directly by Law Enforcement

Law enforcement possesses electronic devices that allow agents to determine the location of certain cellular phones by the electronic signals that they broadcast.  This equipment includes an antenna, an electronic device that processes the signals transmitted on cell phone frequencies, and a laptop computer that analyzes the signals and allows the agent to configure the collection of information.  Working together, these devices allow the agent to identify the direction (on a 360 degree display) and signal strength of a particular cellular phone while the user is making a call.  By shifting the location of the device, the operator can determine the phone's location more precisely using triangulation.

**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**
**↓ EXHIBIT 053 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

U.S. Dep't of Justice, Electronic Surveillance Manual; Note: includes section on MOBILE TRACKING DEVICES, p. 48.

[Redacted by the defendant (for relevance) using white squares with black borders.]

USABook Online > Criminal Procedure > Electronic Surveillance > **Electronic Surveillance Manual**

# Electronic Surveillance Manual

**Procedures
Case Law
Forms**

Electronic Surveillance Unit
Revised June 2005

Also in WPD, PDF and
PDA formats

See also the
companion volume:
Electronic Surveillance Issues

Foreword
Introduction
I.      The Electronic Surveillance Unit
II.     Title III Authorization Process
III.    The Electronic Surveillance Pleadings
IV.     Electronic Communications
V.      Extension and Spinoff Applications
VI.     Roving Interceptions
VII.    Emergency Procedures
VIII.   Progress Reports
IX.     Sealing
X.      Inventory Notice
XI.     Disclosure of Title III Evidence
XII.    Discovery
XIII.   Pen Registers/Traps and Traces
XIV.    Cell Site Simulators/Digital Analyzers/Triggerfish
XV.     The Legal Authorities Required to Locate Cellular Telephones
XVI.    Mobile Tracking Devices
XVII.   Video Surveillance
XVIII.  Consensual Monitoring
XIX.    Custodial Monitoring
        Sample Forms
        Index

| | Search |
|---|---|

Search this Manual (help)

# ELECTRONIC  SURVEILLANCE  MANUAL

# PROCEDURES  and  CASE  LAW

# FORMS

Revised June 2005
(complete in one volume)

## XVI. MOBILE TRACKING DEVICES

Tracking devices ("bumper beepers") are not regulated by Title III, and their use is governed by existing case law. The seminal cases in this area are United States v. Knotts, 460 U.S. 276 (1983)(Fourth Amendment not implicated) and United States v. Karo, 468 U.S. 705 (1984)(warrantless monitoring in an area invoking a reasonable expectation of privacy may violate Fourth Amendment), which set forth the Fourth Amendment standards governing the use of beepers. Basically, a search warrant is needed only when the object to which the beeper is attached enters an area that carries a legitimate expectation of privacy, such as the inside of a vehicle or a private residence. Since it often cannot be determined in advance whether a package containing a beeper will be taken inside a place where a person has a valid expectation of privacy, a search warrant should be obtained to cover that eventuality. But see U.S. v. Forest, 355 F.3d 942 (6th Cir. 2004) (permitting warrantless capture of cell-site data); U.S. v. McIver, 186 F.3d 1119 (9th Cir. 1999) (permitting warrantless use of GPS device and Birddog beeper); United States v. Jones, 31 F.3d 1304 (4th Cir. 1994)(Postal Inspectors' use of beeper to monitor movement of a stolen mail pouch in defendant's vehicle did not constitute a search).

ECPA did, however, change the existing jurisdictional requirement relating to tracking devices. 18 U.S.C. § 3117 provides that a court order issued for such a device is valid anywhere within the United States. This obviates the need to obtain a new order whenever the object containing the device crosses state or district lines. United States v. Gbemisola, 225 F.3d 753 (D.C. Cir. 2000)(contains an explanation of 18 U.S.C. § 3117).

⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇
⬇ **EXHIBIT 054** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Department of Justice, *Retention Periods of Major Cellular Service Providers* (Aug. 2010), *available at* http://www.wired.com/images_blogs/threatlevel/2011/09/retentionpolicy.pdf (last accessed: Dec. 7, 2011); Note: Verizon Wireless stores "Cell towers used by phone" for "1 rolling year" and does not store LAESP messages, call-identifying information, or Pen/Trap data;



# Retention Periods of Major Cellular Service Providers

Data gathered by the Computer Crime and Intellectual Property Section, U.S. Department of Justice

| | Verizon | T-Mobile | AT&T/Cingular | Sprint | Nextel | Virgin Mobile[1] |
|---|---|---|---|---|---|---|
| Subscriber Information | Post-paid: 3-5 years* | 5 years | Depends on length of service | Unlimited | Unlimited | Unlimited |
| Call detail records | 1 rolling year | Pre-paid: 2 years Post-paid: 5 years | Pre-paid: varies Post-paid: 5-7 years | 18-24 months | 18-24 months | 2 years |
| Cell towers used by phone | 1 rolling year | Officially 4-6 months, really a year or more | From July 2008 | 18-24 months | 18-24 months | Not retained - obtain through Sprint |
| Text message detail | 1 rolling year | Pre-paid: 2 years Post-paid: 5 years | Post paid: 5-7 years | 18 months (depends on device) | 18 months (depends on device) | 60-90 days |
| Text message content | 3-5 days | Not retained | Not retained | Not retained | Not retained | 90 days (search warrant required with "text of text" request) |
| Pictures | Only if uploaded to website (customer can add or delete pictures any time) | Can be stored online and are retained until deleted or service is canceled | Not retained | Contact provider | Contact provider | Not retained |
| IP session information | 1 rolling year | Not retained | Only retained on non-public IPs for 72 hours. If public IP, not retained. | 60 days | 60 days | Not retained |
| IP destination information | 90 days | Not retained | Only retained on non-public IPs for 72 hours. If public IP, not retained. | 60 days | 60 days | Not retained |
| Bill copies (post-paid only) | 3-5 years, but only last 12 months readily available | Not retained | 5-7 years | 7 years | 7 years | n/a‡ |
| Payment history (post-paid only) | 3-5 years, check copies for 6 months* | 5 years | Depends on length of service | Unlimited | Unlimited | n/a‡ |
| Store Surveillance Videos | Typically 30 days | 2 weeks | Depends. Most stores carry for 1-2 months | Depends | Depends | n/a |
| Service Applications | Post-paid: 3-5 years* | Not retained | Not retained | Depends | Depends | Not retained |

\*   May vary by former company

\*\*  For records older than mid-Nov. 2007, Sprint can only provide bill reprints with outgoing info

‡   No bill copies, but list of credit card transactions does not expire

[1]  Virgin Mobile is now owned by Sprint. Since companies have separate compliance offices, for now they are listed separately.

**Law Enforcement Use Only**

↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓
↓ **EXHIBIT 055** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Telecommunications Industry Association, ANSI/TIA-878-2 (Addenda to TIA-878), *Interoperability Specification (IOS) for High Rate Packet Data (HRPD) Radio Access Network Interfaces with Session Control in the Access Network* (Arlington, VA: May 2008), § 3.1.1, p. 3.1, "Figure 3.1.1-1 Initial AT Origination with HRPD Session Establishment and Key Exchange"; Note: shows 1xEV-DO registration process occurring between PCF and PDSN over the A11 interface, *i.e.*, not between the Access Terminal and Access Network;

# 3    HRPD IOS Call Flows

This section describes the call flows associated with a HRPD AT.

## 3.1    AT Originates HRPD Session

This section describes the call flows associated with an AT call origination in the AN.

### 3.1.1    AT Originates HRPD Session - Successful Access Authentication

This scenario describes the call flow for a successfully authenticated AT call origination in the AN.



**Figure 3.1.1-1  Initial AT Origination with HRPD Session Establishment and Key Exchange**

a.   The AT and the AN initiate HRPD session establishment. During this procedure, the AN does not receive a UATI for an existing HRPD session. Since no session exists between the AT and AN, a session is established where protocols and protocol configurations are negotiated, stored and used for communications between the AT and the AN. Refer to [10], Section 5, Session Layer.

↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓
↓ **EXHIBIT 056** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Telecommunications Industry Association, TIA/EIA/J-STD-025A, *Lawfully Authorized Electronic Surveillance*, Annex A, p. 89, Figure No. 21 (Arlington, VA: May 31, 2000); Note: showing diagram of CALEA network Looped Access;



**Figure 21:     Looped Access**

The bottom line for the choices is that they are subject to implementation decisions based on economic and TSP policy. It is likely that large systems may have different implementations than small systems.

## A.4     Implementation of the *e*-interface

Any given Delivery Function need only provide one CCC delivery method. The delivery method chosen depends upon local economic, policy, and technical factors. For example, using dedicated circuits is appropriate to installations already having them and for smaller systems in future installations. Static directory numbers allows for some savings in the number of trunks required on the Delivery Function and Collection Function. Trunk groups may offer some savings for some installations.

When the *e*-interface is implemented between the Delivery Function and the Collection Function, there may be a number of different protocols used in the interface. This is because there may be intervening networks and specialized transmission devices (e.g., modems, DSUs, CSUs). The intervening network allows the LEA to procure its communication services from a TSP other than the TSP providing the Access Function. Transmission devices allow carriage of information which may not otherwise be possible (e.g., using a modem to carry data over an analog facility).

↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓
↓ **EXHIBIT 057** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

DiBuduo, Marcus, Denso Corp., U.S. Patent No. 6,999,778 (Oceanside, CA: Feb. 14, 2006), *available at* http://www.freepatentsonline.com/6999778.html (last accessed Sept. 29, 2010), Sheet 9 of 11, Fig. 10; Note: Fig. 10 is a diagram showing five regions of a cell site radiation pattern with each region corresponding to a location signature deduced from historical cell site location information;



*FIG. 10*

⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇
⬇ **EXHIBIT 058** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Thales [PDF presentation], *New solutions for massive monitoring*, ISS World Europe, p. 4 (Oct. 3, 2008), *available at* ttp://wikileaks.org/spyfiles/files/0/40_200810-ISS-PRG-THALES.pdf (last accessed: Apr. 10, 2012); Note: page No. 4 attached; "spectrum activity"chart showing *some* electromagnetic frequencies used by modern day radio communication systems;

# Spectrum activity

## COMINT Target trends



1 MHz   20 MHz   300 MHz   3 GHz

VHF   UHF

1-30 MHz : HF communications

20-88 MHz : VHF tactical military communications

225-400 MHz : UHF aero military communications

PMR, CDMA 2000

900 &  1800 MHz : GSM

1600 MHz : SAT (Inmarsat, Thuraya,….)•

DVB T

1900 et 2100 MHz : UMTS, CDMA

1200 & 1500 MHz : GPS

2.4GHz : WLAN 

    

October 2008

4




This document is the property of Thales Group and may not be copied or communicated without written consent of Thales

⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇
⬇ **EXHIBIT 059** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Verizon Wireless FCC Cellular license documents: (1) FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=12154 (last accessed: Mar. 4, 2012); (2) FCC [website], *ULS License - Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP – Frequencies*, http://wireless2.fcc.gov/UlsApp/UlsSearch/frequenciesCell.jsp?licKey=12154&channelBlock=B (last accessed: Mar. 4, 2012);



FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People



# Universal Licensing System

FCC > WTB > ULS > Online Systems > License Search                    FCC Site Map

ULS License

# Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP     ? HELP

🔍 New Search    🔍 Refine Search    📄 Return to Results    📄 Printable Page    📄 Reference Copy    ✥ Map License

**MAIN**    **ADMIN**    **LOCATIONS**

| | | | |
|---|---|---|---|
| Call Sign | KNKA211 | Radio Service | CL - Cellular |
| Status | Active | Auth Type | Regular |

**Market**

| | | | |
|---|---|---|---|
| Market | CMA027  - San Jose, CA | Channel Block | B   (View Frequencies) |
| Submarket | 0 | Phase | 2 |

**Dates**

| | | | |
|---|---|---|---|
| Grant | 06/20/2005 | Expiration | 05/15/2015 |
| Effective | 02/23/2011 | Cancellation | |

**Five Year Buildout Date**

01/23/2000

**Control Points**

3          500 W. Dove Rd., TARRANT, Southlake, TX
           P: (800)264-6620

**Licensee**

| | | | |
|---|---|---|---|
| FRN | 0003579380 | Type | Limited Partnership |
| | (View Ownership Filing) | | |

**Licensee**

GTE MOBILNET OF CALIFORNIA LIMITED                    P: (770)797-1070
PARTNERSHIP                                           F: (770)797-1036
1120 Sanctuary Pkwy, #150 GASA5REG                    E: LicensingCompliance@VerizonWireless.com
ALPHARETTA, GA 30009-7630
ATTN Regulatory

**Contact**

Verizon Wireless                                      P: (770)797-1070
Licensing - Manager                                   F: (770)797-1036
1120 Sanctuary Pkwy, #150 GASA5REG                    E: LicensingCompliance@VerizonWireless.com
Alpharetta, GA 30009-7630
ATTN Regulatory

**Ownership and Qualifications**

| | | |
|---|---|---|
| Radio Service Type | Fixed | |
| Regulatory Status | Common Carrier    Interconnected | Yes |

**Alien Ownership**

| | |
|---|---|
| Is the applicant a foreign government or the representative of any foreign government? | No |
| Is the applicant an alien or the representative of an alien? | No |
| Is the applicant a corporation organized under the laws of any foreign government? | No |
| Is the applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? | No |
| Is the applicant directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country? | **Yes** |
| If the answer to the above question is 'Yes', has the applicant received a ruling(s) under Section 310(b)(4) of the Communications Act with respect to the same radio service involved in this application? | **Yes** |

**Basic Qualifications**

The Applicant answered "No" to each of the Basic Qualification questions.

**Demographics**

Race

Ethnicity                                        Gender

| | |
|---|---|
| **ULS Help** | ULS Glossary - FAQ - Online Help - Technical Support - Licensing Support |
| **ULS Online Systems** | CORES - ULS Online Filing - License Search - Application Search - Archive License Search |
| **About ULS** | Privacy Statement - About ULS - ULS Home |
| **Basic Search** | By Call Sign          =          SEARCH |

FCC | Wireless | ULS | CORES                                        Help | Tech Support

Federal Communications Commission                    Phone: 1-877-480-3201
445 12th Street SW                                              TTY: 1-717-338-2824
Washington, DC 20554                                        Submit Help Request

2 of 2                                                                              3/4/2012 10:56 PM

Case 2:08-cr-00814-DGC   Document 821-3   Filed 05/25/12   Page 78 of 112



FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People

## Universal Licensing System

FCC > WTB > ULS > Online Systems > License Search                    FCC Site Map

ULS License

# Cellular License - KNKA211 - GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP - Frequencies          ? HELP

🔍 New Search    🔍 Refine Search    ⬚ Return to Results    ⬚ Printable Page    ⬚ Reference Copy    ✛ Map License

| MAIN | ADMIN | LOCATIONS |

Call Sign          KNKA211                    Radio Service      CL - Cellular

▶ Return to Main

**B Block**

835 - 845 MHz paired with 880 - 890 MHz

846.5 - 849 MHz paired with 891.5 - 894 MHz

| | |
|---|---|
| **ULS Help** | ULS Glossary - FAQ - Online Help - Technical Support - Licensing Support |
| **ULS Online Systems** | CORES - ULS Online Filing - License Search - Application Search - Archive License Search |
| **About ULS** | Privacy Statement - About ULS - ULS Home |
| **Basic Search** | By Call Sign = [ ]  SEARCH |

FCC | Wireless | ULS | CORES                                        Help | Tech Support

Federal Communications Commission                    Phone: 1-877-480-3201
445 12th Street SW                                   TTY: 1-717-338-2824
Washington, DC 20554                                 Submit Help Request

↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓
↓ **EXHIBIT 060** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Verizon Wireless FCC Cellular license documents: FCC [website], *ULS License - PCS Broadband License - WQIQ264 - Verizon Wireless Telecom Inc.*, http://wireless2.fcc.gov/UlsApp/UlsSearch/license.jsp?licKey=3003123 (last accessed: Apr. 9, 2012);



FCC Federal Communications Commission

FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People



# Universal Licensing System

FCC > WTB > ULS > Online Systems > License Search                    FCC Site Map

ULS License
## PCS Broadband License - WQIQ264 - Verizon Wireless Telecom Inc.   ? HELP

🔍 New Search    🔍 Refine Search    📠 Return to Results    🖷 Printable Page    📑 Reference Copy    ✛ Map License

| MAIN | ADMIN | MARKET |
|------|-------|--------|

| | | | |
|---|---|---|---|
| Call Sign | WQIQ264 | Radio Service | CW - PCS Broadband |
| Status | Active | Auth Type | Regular |
| **Market** | | | |
| Market | MTA004  - San Francisco-Oakland-San Jose | Channel Block | A |
| Submarket | 6 | Associated Frequencies (MHz) | 001850.00000000-001865.00000000 001930.00000000-001945.00000000 |
| **Dates** | | | |
| Grant | 11/14/2007 | Expiration | 06/23/2015 |
| Effective | 01/29/2011 | Cancellation | |
| **Buildout Deadlines** | | | |
| 1st | | 2nd | |
| **Notification Dates** | | | |
| 1st | | 2nd | |

**Licensee**

| | | | |
|---|---|---|---|
| FRN | 0005798061 (View Ownership Filing) | Type | Corporation |

**Licensee**

Verizon Wireless Telecom Inc.
1120 Sanctuary Pkwy, #150 GASA5REG
Alpharetta, GA 30009-7630
ATTN Regulatory

P: (770)797-1070
F: (770)797-1036
E: LicensingCompliance@VerizonWireless.com

**Contact**

Verizon Wireless
Licensing - Manager
1120 Sanctuary Pkwy, #150 GASA5REG
Alpharetta, GA 30009-7630
ATTN Regulatory

P: (770)797-1070
F: (770)797-1036
E: LicensingCompliance@VerizonWireless.com

**Ownership and Qualifications**

Case 2:08-cr-00814-DGC   Document 821-3   Filed 05/25/12   Page 81 of 112

| Radio Service Type | Mobile | | |
|---|---|---|---|
| Regulatory Status | Common Carrier | Interconnected | Yes |

**Alien Ownership**

| | |
|---|---|
| Is the applicant a foreign government or the representative of any foreign government? | No |
| Is the applicant an alien or the representative of an alien? | No |
| Is the applicant a corporation organized under the laws of any foreign government? | No |
| Is the applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? | No |
| Is the applicant directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country? | **Yes** |
| If the answer to the above question is 'Yes', has the applicant received a ruling(s) under Section 310(b)(4) of the Communications Act with respect to the same radio service involved in this application? | |

**Basic Qualifications**

The Applicant answered "No" to each of the Basic Qualification questions.

**Tribal Land Bidding Credits**

This license did not have tribal land bidding credits.

**Demographics**

Race

Ethnicity                                    Gender

| | |
|---|---|
| **ULS Help** | ULS Glossary - FAQ - Online Help - Technical Support - Licensing Support |
| **ULS Online Systems** | CORES - ULS Online Filing - License Search - Application Search - Archive License Search |
| **About ULS** | Privacy Statement - About ULS - ULS Home |
| **Basic Search** | By Call Sign      =         SEARCH |

FCC | Wireless | ULS | CORES                                              Help | Tech Support

Federal Communications Commission                      Phone: 1-877-480-3201
445 12th Street SW                                              TTY: 1-717-338-2824
Washington, DC 20554                                     Submit Help Request

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

**↓ EXHIBIT 061 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Metadata screenshot of "aircard 4152649596.xls" provided to the FBI by Mark Denton, Verizon Wireless law enforcement liaison, on July 12, 2008; Note: respective .xls (Excel) file is the original **first set** of historical cell site information for the aircard provided by Verizon Wireless in response to District of Arizona 08-3298MB-LOA order;  Metadata shows that the file was created by "dentoma" on July 12, 2008;

[Redacted by the defendant (for defense security reasons) using white squares with black borders.]

aircard 4152649596.xls - OpenOffice.org Calc

File  Edit  View  Insert  Format  Tools  Data  Window  Help

Arial    10    B  I  U

I10

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Switch | MDN | Call Start Date/Ti | Event Stop Date/ | Duration (seconds) | Sid | Mscid | Cell | | | | |
| 2 | AAA11ROCA | 4152649596 | 7/10/2008 14:01 | 7/11/2008 13:56 | 86104 | 40 | 2 | 268 | | | | |
| 3 | AAA11ROCA | 4152649596 | 7/9/2008 14:06 | 7/10/2008 14:01 | 86101 | 40 | 2 | 268 | | | | |
| 4 | AAA04ROCA | 4152649596 | 7/9/2008 7:32 | 7/9/2008 14:06 | 23637 | 40 | 2 | 268 | | | | |
| 5 | AAA04ROCA | 4152649596 | 7/8/2008 14:22 | 7/9/2008 7:3 | | | | | | | | |
| 6 | AAA04ROCA | 4152649596 | 7/8/2008 14:07 | 7/8/2008 14:2 | | | | | | | | |
| 7 | AAA04ROCA | 4152649596 | 7/7/2008 17:22 | 7/8/2008 14:0 | | | | | | | | |
| 8 | AAA04ROCA | 4152649596 | 7/7/2008 16:56 | 7/7/2008 17:2 | | | | | | | | |
| 9 | AAA14ROCA | 4152649596 | 7/7/2008 1:29 | 7/7/2008 16:5 | | | | | | | | |
| 10 | AAA04ROCA | 4152649596 | 7/7/2008 1:29 | 7/7/2008 1:2 | | | | | | | | |
| 11 | AAA14ROCA | 4152649596 | 7/7/2008 1:19 | 7/7/2008 1:2 | | | | | | | | |
| 12 | AAA04ROCA | 4152649596 | 7/7/2008 1:18 | 7/7/2008 1:1 | | | | | | | | |
| 13 | AAA04ROCA | 4152649596 | 7/7/2008 1:18 | 7/7/2008 1:1 | | | | | | | | |
| 14 | AAA04ROCA | 4152649596 | 7/7/2008 1:17 | 7/7/2008 1:1 | | | | | | | | |
| 15 | AAA04ROCA | 4152649596 | 7/7/2008 1:16 | 7/7/2008 1:1 | | | | | | | | |
| 16 | AAA14ROCA | 4152649596 | 7/7/2008 1:09 | 7/7/2008 1:0 | | | | | | | | |
| 17 | AAA14ROCA | 4152649596 | 7/7/2008 1:06 | 7/7/2008 1:0 | | | | | | | | |
| 18 | AAA04ROCA | 4152649596 | 7/7/2008 1:06 | 7/7/2008 1:0 | | | | | | | | |
| 19 | AAA11ROCA | 4152649596 | 7/6/2008 9:32 | 7/7/2008 1:0 | | | | | | | | |
| 20 | AAA11ROCA | 4152649596 | 7/6/2008 9:24 | 7/6/2008 9:3 | | | | | | | | |
| 21 | AAA11ROCA | 4152649596 | 7/6/2008 8:47 | 7/6/2008 9:2 | | | | | | | | |
| 22 | AAA11ROCA | 4152649596 | 7/5/2008 18:31 | 7/6/2008 8:4 | | | | | | | | |
| 23 | AAA11ROCA | 4152649596 | 7/4/2008 18:36 | 7/5/2008 18:3 | | | | | | | | |
| 24 | AAA11ROCA | 4152649596 | 7/3/2008 18:40 | 7/4/2008 18:3 | | | | | | | | |
| 25 | AAA14ROCA | 4152649596 | 7/3/2008 5:09 | 7/3/2008 18:3 | | | | | | | | |
| 26 | AAA14ROCA | 4152649596 | 7/3/2008 2:09 | 7/3/2008 5:0 | | | | | | | | |
| 27 | AAA14ROCA | 4152649596 | 7/2/2008 23:09 | 7/3/2008 2:0 | | | | | | | | |
| 28 | AAA14ROCA | 4152649596 | 7/2/2008 20:09 | 7/2/2008 23:09 | 10807 | 40 | 2 | 268 | | | | |
| 29 | AAA14ROCA | 4152649596 | 7/2/2008 17:09 | 7/2/2008 20:09 | 10807 | 40 | 2 | 268 | | | | |
| 30 | AAA14ROCA | 4152649596 | 7/2/2008 14:09 | 7/2/2008 17:09 | 10807 | 40 | 2 | 268 | | | | |
| 31 | AAA14ROCA | 4152649596 | 7/2/2008 11:09 | 7/2/2008 14:09 | 10796 | 40 | 2 | 268 | | | | |
| 32 | AAA14ROCA | 4152649596 | 7/2/2008 5:14 | 7/2/2008 11:09 | 21252 | 40 | 2 | 268 | | | | |
| 33 | AAA14ROCA | 4152649596 | 7/1/2008 16:59 | 7/2/2008 5:14 | 44144 | 40 | 2 | 268 | | | | |

**Properties of aircard 4152649596**

General | Description | User Defined | Internet | Statistics

aircard 4152649596.xls

Type:              MS Excel document
Location:
Size:              67 KB (68,096 Bytes)

Created:           07/12/2008, 05:42:15, dentoma
Modified:          07/12/2008, 06:01:37, dentoma
Digitally signed:                                    Digital Signature...
Last printed:
Total editing time:  00:00:00
Revision number:   0
☑ Apply user data                                    Reset
Template:

                        OK    Cancel    Help    Reset

Sheet1 / Sheet2 / Sheet3

Sheet 1 / 3        PageStyle_Sheet1        100%    STD    *        Sum=0

⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇
⬇ **EXHIBIT 062** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Metadata screenshot of "9596.xls" provided to the FBI by John Profaca, Verizon Wireless law enforcement liaison, on August 1, 2008; Note: respective .xls (Excel) file is the original **second set** of historical cell site information for the aircard provided by Verizon Wireless in response to District of Arizona 08-3298MB-LOA order; Metadata shows that the file was created by "profajo" on August 1, 2008;

[Redacted by the defendant (for defense security reasons) using white squares with black borders.]

9596.xls - OpenOffice.org Calc

File   Edit   View   Insert   Format   Tools   Data   Window   Help

Arial      10      B   I   U

A1          Details

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Details | MDN | MSID | Call Start Date/Time | Event Stop Date/Time | Duration (seconds) | MOU | KBU | SID | Mscid | Cell |
| 2 | 1 | (415) 264-9596 | 1223716027 | 7/10/2008 14:01 | 7/11/2008 13:56 | 86104 | 1436 | 1713434.44 | 40 | 2 | 268 |
| 3 | 2 | (415) 264-9596 | 1223716027 | 7/9/2008 14:1 | | | | | | | 268 |
| 4 | 3 | (415) 264-9596 | 4157308558 | 7/9/2008 7:3 | | | | | | | 268 |
| 5 | 4 | (415) 264-9596 | 1202218012 | 7/8/2008 14:1 | | | | | | | 268 |
| 6 | 5 | (415) 264-9596 | 4157308558 | 7/8/2008 14:1 | | | | | | | 5 |
| 7 | 6 | (415) 264-9596 | 1202218012 | 7/7/2008 17:1 | | | | | | | 268 |
| 8 | 7 | (415) 264-9596 | 4157308558 | 7/7/2008 16: | | | | | | | 268 |
| 9 | 8 | (415) 264-9596 | 1202218012 | 7/7/2008 1:2 | | | | | | | 268 |
| 10 | 9 | (415) 264-9596 | 4157308558 | 7/7/2008 1:2 | | | | | | | 268 |
| 11 | 10 | (415) 264-9596 | 1879674544 | 7/7/2008 1:1 | | | | | | | 139 |
| 12 | 11 | (415) 264-9596 | 4157308558 | 7/7/2008 1:1 | | | | | | | 268 |
| 13 | 12 | (415) 264-9596 | 4157308558 | 7/7/2008 1:1 | | | | | | | 268 |
| 14 | 13 | (415) 264-9596 | 4157308558 | 7/7/2008 1:1 | | | | | | | 268 |
| 15 | 14 | (415) 264-9596 | 4157308558 | 7/7/2008 1:1 | | | | | | | 268 |
| 16 | 15 | (415) 264-9596 | 1879674544 | 7/7/2008 1:0 | | | | | | | 268 |
| 17 | 16 | (415) 264-9596 | 1879674544 | 7/7/2008 1:0 | | | | | | | 139 |
| 18 | 17 | (415) 264-9596 | 4157308558 | 7/7/2008 1:0 | | | | | | | 268 |
| 19 | 18 | (415) 264-9596 | 1208444817 | 7/6/2008 9:32 | 7/7/2008 1:05 | 55996 | 934 | 549080.76 | 40 | 2 | 268 |
| 20 | 19 | (415) 264-9596 | 1208444817 | 7/6/2008 9:24 | 7/6/2008 9:32 | 482 | 9 | 1614.65 | 40 | 2 | 268 |
| 21 | 20 | (415) 264-9596 | 1208444817 | 7/6/2008 8:47 | 7/6/2008 9:24 | 2233 | 38 | 2523.5 | 40 | 2 | 268 |
| 22 | 21 | (415) 264-9596 | 1208444817 | 7/5/2008 18:31 | 7/6/2008 8:46 | 51351 | 856 | 1161460.19 | 40 | 2 | 268 |
| 23 | 22 | (415) 264-9596 | 1208444817 | 7/4/2008 18:36 | 7/5/2008 18:31 | 86100 | 1435 | 1457460 | 40 | 2 | 268 |

Properties of 9596

General | Description | User Defined | Internet | Statistics

9596.xls

Type:              MS Excel document
Location:
Size:              41 KB (41,472 Bytes)

Created:           08/01/2008, 19:35:43, profajo
Modified:          08/01/2008, 19:53:48, profajo
Digitally signed:                                      Digital Signature...
Last printed:      08/01/2008, 19:50:29
Total editing time:  00:00:00
Revision number:   0
☑ Apply user data                                      Reset

Template:

OK     Cancel     Help     Reset

415-264-9596 / CELL SITE ADDRESSES / Sheet3

Sheet 1 / 3          PageStyle_415-264-9596          100%     STD   *          Sum=0

↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓
↓ **EXHIBIT 063** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

(1) Two page chart of text messages sent and received by FBI Agent Richard J. Murray while the aircard was being located on July 16-17, 2008; Note: created by the defense using ITEM No. 6 of December 9, 2011 discovery set; and (2) page Nos. 1, 2, 3, 9, and 10 of original chart of text messages provided by the government; (ITEM No. 6 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**Chart Of Text Messages Sent And Received By FBI Agent Richard J. Murray**
**While the Aircard Was Being Located on July 16-17, 2008**
**(created from ITEM No. 6 of December 9, 2011 discovery set)**

| Gov. Chart Index No. | Text Message Content | Text Message Sent or Received Indicator | Name of Text Message Recipient or Sender | Sent or Received Date/Time |
|---|---|---|---|---|
| 49 | [[REDACTED] LES] | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/16/08 01:34 AM |
| 50 | R u hitting the card near the area we mapped out? | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/16/08 01:34 AM |
| 51 | We have confirmed that the tech agents can grab card. If we can now only find it! Trying some tonite, full press manana. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/16/08 01:37 AM |
| 52 | Outstanding!!! Fyi, if they keep [[REDACTED] LES] they are close, but that means he is [[REDACTED] LES] [[REDACTED] LES] | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/16/08 01:42 AM |
| 53 | [[REDACTED] LES] | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/16/08 01:42 AM |
| 54 | We verified the ability to pull the card over through testing on an irs verizon card. Atech agent from [REDACTED: TTA First Name], is here helping out and he has top game. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/16/08 01:46 AM |
| 55 | [[REDACTED] Location Of Tech Agent Office] came and caught their guy today. With our guy, san jose will be 2 for 2 this week. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/16/08 01:46 AM |
| 56 | U da man Money! Good luck | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/16/08 01:47 AM |
| 57 | Tru dat. Cdma is [[REDACTED] LES] but u Da MAN!!! Remember err on the side of tower 268 | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/16/08 02:12 AM |
| 58 | Still waiting for word back from tech agets. Just hanging out here. | [Sent To] ▸▸ | IRS-CI Agent Michael Flieschmann | 07/16/08 02:30 AM |
| 62 | Verizon said our boys card was not on yesterday. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/16/08 05:56 PM |
| 63 | Interesting, check the historical records u have and see how often, if ever, he was off for a whole day? | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/16/08 06:00 PM |
| 64 | We are down to an apt complex. Trying to pin the exact number. Location right next to santa clara university. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/17/08 12:53 AM |
| 65 | Outstanding. U r a great warrior!!! | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 12:54 AM |

| 66 | Only bcse there are super hound dogs who know how to do this tracking stuff!!! | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/17/08 12:55 AM |
| 67 | U r the spark that lit the fire and the wind that fanned it! W/o u there is nothing. U in for hoops tomoro? | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 01:00 AM |
| 68 | Ricardo, When u get a chance will u send me the address of the apartment complex u b targeting. I want to plot it on map Thx | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 01:50 AM |
| 69 | 431 camino real, santa clara, ca. Name of place is domicilio. Google search on domicilio in santa clara, ca and you will see their website. | [Sent To] ▸▸ | FBI Agent Kevin Killigrew | 07/17/08 01:55 AM |
| 70 | Muchas gracias! | [Received From] ◂◂ | FBI Agent Kevin Killigrew | 07/17/08 02:06 AM |

Key for Text Messages for FBI SA Richard Murray

MF – Mike Flieschmann -- IRS-CI

KK – Kevin Killigrew – FBI

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Non-pertinent texts and duplicate pertinent texts removed on 10/12/2011.  rjm | | | | | | |
| 2 | | | | | | | |
| 3 | App | Name/ID | Email | Message_Type | To | From | Callback_Number |



LES —

| | 49 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| --- | --- | --- | --- | --- | --- |
| | 50 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |

LES

| | 51 | Blackberry_SMS | Murray, Richard J. 11404 | Richard.Murray@ | Outgoing |
| --- | --- | --- | --- | --- | --- |
| | 52 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 53 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 54 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| | 55 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| | 56 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 57 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 58 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |

KK

MF

| | 62 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| --- | --- | --- | --- | --- | --- |
| | 63 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 64 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| | 65 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 66 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| | 67 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 68 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |
| | 69 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Outgoing |
| | 70 | Blackberry_SMS | Murray, Richard J..11404 | Richard.Murray@ | Incoming |

KK

E   F   G

| | H | | I | J | K | L | M |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | Body | | Send/Received_Date | Server_Log_Date | Message_Status | Command | UID |

M

LES

| # | Message | | | |
|---|---|---|---|---|
| 49 | t | 7/16/2008 1:34 | 7/15/2008 21:50 Tx_Delivered | Add |
| 50 | R u hitting the card near the area we mapped out? | 7/16/2008 1:34 | 7/15/2008 21:50 Rx_Received | Add |
| 51 | We have confirmed that the tech agents can grab card. If we can now only find it! Trying some tonite, full press manana.    LES | 7/16/2008 1:37 | 7/15/2008 21:37 Tx_Delivered | Add |
| 52 | Outstanding!!! Fyi, if they keep ⸻    they are close, but that means he is   LES  LES | 7/16/2008 1:42 | 7/15/2008 21:50 Rx_Received | Add |
| 53 | LES | 7/16/2008 1:42 | 7/15/2008 21:50 Rx_Received | Add |
| 54 | We verified the ability to pull the card over through testing on an irs verizon card. A tech agent from [REDACTED: Office Location of Tech Agent] TTA First Name], is here helping out and he has top game. | 7/16/2008 1:46 | 7/15/2008 21:50 Tx_Delivered | Add |
| 55 | came and caught their guy today. With our guy, san jose will be 2 for 2 this week. | 7/16/2008 1:46 | 7/15/2008 21:50 Tx_Delivered | Add |
| 56 | U da man Money! Good luck | 7/16/2008 1:47 | 7/15/2008 21:50 Rx_Received | Add |
| 57 | Tru dat. Cdma is   ⸻  LES  ⸻   but u Da MAN!!! Remember err on the side of tower 268 | 7/16/2008 2:12 | 7/15/2008 22:15 Rx_Received | Add |
| 58 | Still waiting for word back from tech agets. Just hanging out here. | 7/16/2008 2:30 | 7/15/2008 22:28 Tx_Sent | Add |
| 62 | Verizon said our boys card was not on yesterday. | 7/16/2008 17:56 | 7/16/2008 13:55 Tx_Delivered | Add |
| 63 | Interesting, check the historical records u have and see how often, if ever, he was off for a whole day? | 7/16/2008 18:00 | 7/16/2008 14:25 Rx_Received | Update |
| 64 | We are down to an apt complex. Trying to pin the exact number. Location right next to santa clara university. | 7/17/2008 0:53 | 7/16/2008 21:01 Tx_Delivered | Add |
| 65 | Oustanding. U r a great warrior!!! | 7/17/2008 0:54 | 7/16/2008 21:01 Rx_Received | Add |
| 66 | Only bcse there are super hound dogs who know how to do this tracking stuff!!! | 7/17/2008 0:55 | 7/16/2008 21:01 Tx_Delivered | Add |
| 67 | U r the spark that lit the fire and the wind that fanned it! W/o u there is nothing. U in for hoops tomoro? | 7/17/2008 1:00 | 7/16/2008 21:01 Rx_Received | Add |
| 68 | Ricardo, When u get a chance will u send me the address of the apartment complex u b targeting. I want to plot it on map Thx | 7/17/2008 1:50 | 7/16/2008 21:58 Rx_Received | Add |
| 69 | 431 camino real, santa clara, ca. Name of place is domicilio. Google search on domicilio in santa clara, ca and you will see their website. | 7/17/2008 1:55 | 7/16/2008 21:58 Tx_Delivered | Add |
| 70 | Muchas gracias! | 7/17/2008 2:06 | 7/16/2008 22:08 Rx_Received | Add |

⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇
⬇ **EXHIBIT 064** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Chart of text messages sent by the FBI technical agents while the aircard was being located on July 16-17, 2008; Note: page Nos. 1 (cover sheet), 2, 12, 3, and 13 of text messages; (ITEM No. 2 of March 22, 2012 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

## Discovery – March 22, 2012

## Item 2 – Question 11

Question 11 – Request related to additional text messages from the FBI Tech Agents. Enclosed please find 14 pages of redacted text messages from a tech agent who was involving in locating the subject aircard and 19 pages of redacted e-mails from the same tech agent. (See attached Item 2 – 14 Pages of Redacted Tech Agent Text Messages Numbered 1A & 1B through 7A & 7B.)

Note all VID's Redacted

| Send/Received_Date | Server_Log_Date | Message_Status | Command | UID |
|---|---|---|---|---|

LES = Law enforcement sensitive

1A

7/17/2008 2:42     7/16/2008 22:49 Tx_Sent        Update

6A

To's, From's and Callback Numbers redacted.

| App | Message_Type | To | From | Callback_Number | Body |
|-----|--------------|----|----|-----------------|------|

1B



Blackberry_SMS   Outgoing                    Found the card.  Sqd is working up a plan for arrest

LE S

6B

↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓
↓ **EXHIBIT 065** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Case write ups by FBI Agent Richard J. Murray; Note: indicates that FBI Agent Murray "ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject."; (10/6/11 BATES Nos. 000009-000010 of October 6, 2011 discovery set);

*Additional case write up by*
*FBI SA Richard Murray*

Job Number 20090684 HQ SSA

*Investigative technique not*
*employed.*

~6/30/2009 - Withdrawn

The objective was to defeat a cyber subject's efforts to hide his identity while submitting approximately 2500 fraudulent tax returns claiming $5.5 million dollars. The primary subject hid himself by using fraudulent identities and compromised computers. ████████████████████████████████████
██████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████, through separate investigative means, I and other agents analyzed ISP IP records and identified the Internet aircard used by the subject to commit his illegal activity. I then redirected my investigation to physically locate the Internet aircard on an account with a false identity and PO Box address. I worked with the AUSA and the FBI SF to obtain ███████████████████ court order to locate the aircard with TTA assistance. I ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject. FBI TTA's successfully tracked the aircard to an area in a large apartment building. We continued the investigation in the apartment building and several days later arrested the subject who had been indicted under an alias.

The objective was to identify and arrest a computer intrusion subject who, with other individuals, was submitting bulk fraudulent tax returns using a sophisticated cyber scheme. The primary subject, whose identity and location was unknown to the IRS and USPIS, was the ringleader and provided the cyber expertise for the fraud using compromised computers to submit the returns. I obtained IP connection records from the subject's ISP and queried this data against IRS records to conclusively identify the aircard account which filed the false returns. Since the aircard account had false identifiers, I worked effectively with FBI SF to conduct surveillances and obtain court orders necessary to identify and locate the subject. In preparation for a round the clock surveillance operation of two separate locations, I worked with IRS, USPIS and FBI SF to determine how many agents were needed. We planned a multi-day operation involving more than 40 SF FBI Agents, approximately 8 US Postal Inspectors and approximately 20 IRS SAs. I coordinated assessment of the subject from the Behavioral Analysis Unit during the investigation. I worked closely with the IRS and USPIS case agents to make case decisions and overcome challenges. Our investigation led to the subject's arrest on a 50 count federal indictment. Since the arrest, I have furthered the intrusion investigation by conducting interviews of intrusion victims and submitting hard drives for analysis. Discovery is ongoing.

→ *related to equipment used to locate the*
*subject aircard*

Additional case write-up
by FBI SA Richard
Murray

Job Number 20090329 ALAT

~2/28/2009 – Not Selected

The objective was to defeat a cyber subject's efforts to hide his identity while submitting approximately 2500 fraudulent tax returns claiming $5.5 million dollars. The primary subject hid himself by using fraudulent identities and compromised computers. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, through separate investigative means, I and other agents analyzed ISP IP records and identified the Internet aircard used by the subject to commit his illegal activity. I then redirected my investigation to physically locate the Internet aircard on an account with a false identity and PO Box address. I worked with the AUSA and the FBI SF to obtain a pen register and tracking court order to locate the aircard with TTA assistance. I ran a field test with IRS of a similar aircard and communicated with OTD to ensure that the tracking would not be detected by the subject. FBI TTA's successfully tracked the aircard to an area in a large apartment building. We continued the investigation in the apartment building and several days later arrested the subject who had been indicted under an alias.

The objective was to identify and arrest a computer intrusion subject who, with other individuals, was submitting bulk fraudulent tax returns using a sophisticated cyber scheme. The primary subject, whose identity and location was unknown to the IRS and USPIS, was the ringleader and provided the cyber expertise for the fraud using compromised computers to submit the returns. I obtained IP connection records from the subject's ISP and queried this data against IRS records to conclusively identify the aircard account which filed the false returns. Since the aircard account had false identifiers, I worked effectively with FBI SF to conduct surveillances and obtain court orders necessary to identify and locate the subject. In preparation for a round the clock surveillance operation of two separate locations, I worked with IRS, USPIS and FBI SF to determine how many agents were needed. We planned a multi-day operation involving more than 40 SF FBI Agents, approximately 8 US Postal Inspectors and approximately 20 IRS SAs. I coordinated assessment of the subject from the Behavioral Analysis Unit during the investigation. I worked closely with the IRS and USPIS case agents to make case decisions and overcome challenges. Our investigation led to the subject's arrest on a 50 count federal indictment. Since the arrest, I have furthered the intrusion investigation by conducting interviews of intrusion victims and submitting hard drives for analysis. Discovery is ongoing.

→ The Technique not used.

↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓
↓ **EXHIBIT 066** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Summary of an internal FBI memorandum prepared by one of the three FBI technical agents that operated the equipment used to locate the aircard; Note: states that "Verizon gave a distance from the tower to the target."; (ITEM No. 4 of December 9, 2011 discovery set);

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Field Office:  Phoenix

Case Number:  82001

Carrier:  Verizon Wireless/SBC

**Operation Begin Date:**  07/14/2008

**Operation End Date:**  07/17/2008

**Synopsis**

Phoenix Division requested assistance from San Francisco in locating a target wireless aircard.  [LES – Tech Agent Name] was present for instructing and assisted.  [LES - Tech Agent Name] also assisted in tracking.  A Pen Register/Trap Trace order was obtained for targets telephone number associated with the aircard.  [LES – Re efforts to locate the subject aircard].  Assistance from Verizon gave a distance from the tower for the target.  Analysis from both the [LES – Equipment used to locate the subject aircard] (prior to) and the [LES – Equipment used to locate the subject aircard] (during op) and the distance from the tower info, assisted techs in obtaining a start location for the search.  Initially, the [LES – equipment used to locate the subject aircard] was used, [LES – Re efforts to locate the subject aircard].  Also note that during the prior day, further instructions were being obtained from ERF regarding the correct configuration of the [LES – Equipment used to locate the subject aircard] for CDMA interrogation.  [LES – re multiple pieces of equipment used to locate the subject aircard].  An apartment building was identified, so the [LES – equipment used to locate the subject aircard] was used to narrow down the location to 3 apartments.  [LES – Re efforts to locate the subject aircard].

**Tech Agent**

[LES – Tech Agent Name]

**Field Office:**  San Francisco

**Personnel Performing Mission:**  TTA-WITT

**Technology Addressed:**  CDMA

**Disposition:**  Successful

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**
**⬇ EXHIBIT 067 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: the aircard Pen/Trap data transmitted to the FBI by Verizon Wireless was only buffered for an extremely short period prior to transmission; Note: page Nos. 1, 4, and 10; Note: exhibit includes only relevant pages; (Letter date: January 28, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]



**U.S. Department of Justice**

United States Attorney
District of Arizona

*Two Renaissance Square*                                    Main: *(602) 514-7500*
*40 North Central Avenue, Suite 1200*              Main Fax: *(602) 514-7693*
*Phoenix, Arizona 85004-4408*

January 28, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

      Re:   <u>United States v. Daniel David Rigmaiden</u>
              CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

      This is in response to your 30 page discovery letter, dated December 3, 2010, which also contained approximately 70 pages of attachments. In the interest of clarity, our response follows the format of your request. Attached to this response is some additional discovery per your request; including the raw data you have requested.

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 4

**Section V      Network Architecture - Page 13 of 30**

¶1.  The related network architecture under the control of the FBI is considered law enforcement sensitive.  The FBI does not control the network architecture possessed by Verizon Wireless.  Any information transmitted to the FBI pursuant to any disclosed court Order was received by Verizon Wireless, buffered by Verizon Wireless and then transmitted to the FBI.  The time period from receipt by Verizon Wireless, buffering and then transmission to the FBI is extremely short.  All other information related to the FBI's collection and handling of the received data is considered to be law enforcement sensitive.

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 10

     A hard copy of these materials will be provided to Mr. Seplow as well as duplicate discs. A copy of this cover letter will also be mailed to you at CCA.

     Additional discovery will continue to be released to you as it becomes available.

          Sincerely yours,

          DENNIS K BURKE
          United States Attorney
          District of Arizona

          FREDERICK A. BATTISTA
          Assistant United States Attorney

Enclosures

cc:    Philip Seplow
       Shadow Counsel for Defendant Daniel David Rigmaiden

       Taylor Fox
       Counsel for Defendant Ransom Carter — *Including incoming discovery request on disc.*

↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓
↓ **EXHIBIT 068** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden (relevant sections) RE: definitions and explanations relating to the aircard locating mission – response to defendant's March 9, 2011 discovery request letter; Note: exhibit includes only relevant pages; (Letter date: May 2, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]



U.S. Department of Justice

United States Attorney
District of Arizona

*Two Renaissance Square*          *Main: (602) 514-7500*
*40 North Central Avenue, Suite 1200*     *Main Fax: (602) 514-7693*
*Phoenix, Arizona 85004-4408*

May 2, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

> Re:   <u>United States v. Daniel David Rigmaiden</u>
>        CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

This is in response to your discovery request dated March 9, 2011. Please be advised that we do not currently have responses for several sections and are waiting for additional input from the FBI. We will supplement this response upon receipt of the FBI's responses by this office.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 5


Part IV - Page 10 - Cell Tower Range Chart - Creation and Provision to Investigation Team

      1 & 2.  Time of Creation of the cell tower range chart and provision to the investigation team.  There is no record of the exact time of the chart's creation.  However, it is based upon data from Verizon Wireless which Special Agent Murray received via e-mail dated Sunday, July 13, 2008.  See Discovery Item No. 1, released via letter dated June 23, 2010.  Per your request, Special Agent Murray advises that he did not work on this matter on that Sunday.  Per your request, Special Agent Denise Medrano advises that her daily diary indicates that she met on this case at the U.S. Attorney's Office on Monday, July 14, 2008.  At your request, please be advised that my daily calendar indicates that I had a "Hacker [investigative technique not used/redacted] Meeting" from 1:00 p.m. to 4:00 p.m. on Monday, July 14, 2008.  (See Supplemental Attachment for Part IV - Page 10 - Cell Tower Range Chart - Creation and Provision to Investigation Team.)  A personal diary entry for me for July 14, 2008, states as follows: Medrano, Murray, Fleischmann & Daun - Santa Clara U + (unintelligible).  See Discovery Item 1, released via letter dated September 24, 2010.  Considering all of this information collectively, please be advised that it appears that the cell tower range chart was created the morning of July 14, 2008, and then shared with the investigation team after 1:00 p.m. that same date.  Please be advised that travel records for Agents Murray and Medrano indicate that they then traveled to California on Tuesday, July 15, 2008, as part of the aircard mission.  Additional travel records and personal diaries of other members of the investigation team have not been examined with respect to this issue as of this date.

      In furtherance of this response, via e-mail dated March 31, 2011, FBI Special Agent Killigrew advised Special Agent Murray as follows:

      Sometime prior to the January 7, 2011 4:53pm email, FBI Agent Kevin F. Killigrew ("FBI Agent Killigrew") sent informing FBI Agent Richard J. Murray of the steps taken to create what Rigmaiden is calling the cell tower range chart.  If Agent Murray recalls when he asked Agent Killigrew to look at it, we can narrow down the time frame.  As for exact date and time, Agent Killigrew will be unable to provide it.

Based upon the above, this is a reasonable time line in response to your request.

Part V - Page 11 - Source of Information that was Used by FBI Agent Killigrew to Determine the Verizon Wireless Cell Site sector Divisions Depicted on the Cell Tower Range Chart.

      In furtherance of this response, via e-mail dated March 31, 2011, FBI Special Agent Killigrew advised Special Agent Murray as follows:

      For this particular case I used my knowledge of Verizon wireless cell tower layouts from working previous cases and previous training.  I was simply providing Agent Murray with an idea of where to search for his subject based on the phone records from the pen register/trap and trace that was being monitored at the time.  Additionally, when a call comes into the monitoring device, it produces a shadow over the sector of the tower the phone is hitting.  Generally speaking, in urban areas Verizon Azimuths are 0, 120, and 240 degrees.  The sectors then encompass 300-60, 60-180, and 180-300.

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

cc:   Phillip Seplow
      Shadow Counsel for Defendant Daniel David Rigmaiden

      Taylor Fox
      Counsel for Defendant Ransom Carter
      (With response on disc, except for the Verizon Wireless store video, and original discovery request
      dated March 9, 2011, on video. )