**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**
**↓ EXHIBIT 069 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) the FBI technical agents called the aircard in order to generate real-time cell site location information; and (2) the aircard hardware never answered the FBI's surreptitious phone calls placed to the aircard; (Letter date: June 7, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**U.S. Department of Justice**

United States Attorney
District of Arizona

Two Renaissance Square                                                Main: (602) 514-7500
40 North Central Avenue, Suite 1200                          Main Fax: (602) 514-7693
Phoenix, Arizona 85004-4408

June 7, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

        Re:     United States v. Daniel David Rigmaiden
                CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

        This is supplemental discovery response relate to two issues that have been pending with the
government regarding the interpretation of information contained on the activity logs for the subject
aircard.

        1.    With respect to the question regarding the cause of additional phone numbers appearing
on the aircard's activity logs while the operators of the equipment used to locate the subject aircard were
active:

        The forwarded numbers arose after the operators of the equipment used to locate the aircard
called a telephone number associated with the aircard. The operators called this number using the Public
Switched Telephone Network to generate activity on the device in order to obtain the cell site serving
the device pursuant to the Court Order/Warrant.  Because the aircard device was not a conventional
telephone, incoming calls to the device could not be connected to it as a normal call.  The incoming calls
in question were forwarded by the Verizon Wireless network to the various numbers which belong to,
and are used by, Verizon Wireless for processing incoming calls that cannot be connected/terminated
to the original called number - i.e., the targeted number.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2


A copy of this cover letter will also be mailed to you at CCA. Additional discovery will continue to be released to you as it becomes available.

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney


cc:   Philip Seplow
      Shadow Counsel for Defendant Daniel David Rigmaiden

      Taylor Fox
      Counsel for Defendant Ransom Carter

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

**↓ EXHIBIT 070 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden (relevant sections) RE: (1) the government destroyed the evidence obtained via the N.D.Cal. 08-90330MISC-RS order; Note: exhibit includes only relevant pages; (Letter postmark date: June 18, 2010);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**U.S. Department of Justice**

*United States Attorney*
*District of Arizona*
*Two Renaissance Square*
*40 North Central, Suite 1200*
*Phoenix, Arizona 85004-4408*

Official Business
Penalty for Private Use $300

**ADDRESS SERVICE REQUESTED**

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

US OFFICIAL MAIL
$300 Penalty
For Private Use

neopost
049.J00743196
$00.440
06/18/2010
Mailed From 85004
US POSTAGE

JUN 21 2010



**U.S. Department of Justice**

United States Attorney
District of Arizona

*Two Renaissance Square*      *Main: (602) 514-7500*
*40 North Central Avenue, Suite 1200*      *Main Fax: (602) 514-7693*
*Phoenix, Arizona 85004-4408*

May 27, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

        Re:    United States v. Daniel David Rigmaiden
               CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 3

E.    Materials Obtained by the Government Pursuant to Orders Numbered 08-90330
      MISC RS and O8-90331 MISC RS

With respect to all materials obtained by the government pursuant to Orders Numbered 08-
90330 MISC RS and 08-90331 MISC RS, the government was incorrect when it previously stated
in a pleading that the disc provided on 9/11/09 contained files for Order No. 08-90330 MISC RS.
All of the information obtained pursuant to that Order was expunged pursuant to Court Order.  All
materials derived from Order No. 08-90331 MISC RS have been disclosed to you as previously
noted in prior pleadings and discovery.

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 4

K.     Cellular Tower Diagram

The cellular tower diagram was prepared based upon historical data received from Verizon Wireless noted in Section D above. The three circles represent estimates of the range of the noted cell towers taking into consideration multiple factors, primarily the distance between the towers and

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 5


the terrain.  The shaded overlapping areas also took into consideration the amount of contact the subject access card had with each tower.

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney


cc:    Phillip Seplow
       Shadow Counsel for Defendant Daniel David Rigmaiden

       Taylor Fox
       Counsel for Defendant Ransom Carter

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇
⬇ **EXHIBIT 071** ⬇

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) the FBI policy requiring that FBI technical agents ensure that portable/transportable wireless device locators are cleared of prior case data, (2) the FBI repeatedly called the aircard in order to force it to connect to the cell tower providing the strongest signal, (3) no man-in-the-middle attack was conducted on the aircard connection, and (4) the devices used to locate the aircard are not capable of conducting a man-in-the-middle attack; (Letter date: December 2, 2011);



**U.S. Department of Justice**

United States Attorney
District of Arizona

---

*Two Renaissance Square*          Main:  *(602) 514-7500*
*40 North Central Avenue, Suite 1200*     Main Fax:  *(602) 514-7693*
*Phoenix, Arizona 85004-4408*

December 2, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

   Re: <u>United States v. Daniel David Rigmaiden</u>
      CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

   Enclosed please find additional discovery for your consideration in the above-cited case.  This discovery relates to four pending questions you have presented to this office.

   Item 1 - This is in response to your request for a copy of the formal FBI policy regarding the destruction of data after a tracking mission.  Per your request here is the excerpt from the appropriate FBI manual:

   **Unclassified//For Official Use Only**

   Extracted from HQ-1068430 serial 342, an EC dated 8/24/2004:

   Upon completion of a case all data related to that particular case must be removed from the cellular tracking equipment.  Thus, prior to deploying equipment to effect a collection authorized pursuant to particular court order, TTAs should ensure that the equipment has been cleared of any prior case operational data.

   Item 2 - This is in response to your request for information regarding why your aircard was called during the tracking mission prior to it being located within an area the size of three to four apartments including yours.  Per your request, the answer from the FBI is:

   Calling the aircard will cause the aircard to connect to the best available cell phone tower that will provide it service.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

Item 3 - This is in response to your request for copies of documents presented to the Court in the Northern District of California related to CR-08-90330-MISC-RS (In the Matter of the Application of the United States of America for an Order Authorizing the Use and Monitoring of a Mobile Tracking Device) and CR-08-90331-MISC-RS (In Re Telephone Information Needed For a Criminal Investigation).  Per your request the answer is:

There are no known changes to the documents presented to the Court and the documents that were ultimately signed by the Court and released to you.

Item 4 - This is in response to your request for information regarding any "man-in-the-middle attacks" during the mission to locate the subject aircard.  Per your request the answer is:

The United States has advised you and the Court that for purposes of this case, any potential disruption of service was the result of the conduct of the investigation team's efforts to locate the subject aircard within an area the size of three to four apartments including the one you occupied. There is no evidence of "man-in-the-middle attack" because, as stated in Paragraph 4 of SSA Morrison's October 27, 2011, affidavit, the FBI used a Pen Register/Trap and Trace Device to locate your aircard.  Because of the statutory limitations on a PR/TT device as outlined in the Morrison affidavit, the FBI equipment used in your case could not be used to conduct a "man in the middle" attack.

Copies of this letter are also being provided to you and Mr. Seplow via disc.  A copy of this cover letter will also be mailed to you at CCA.  Additional discovery will continue to be released to you as it becomes available.  In this vein, we are in the process of processing text messages for FBI Special Agent Murray during the aircard mission and attempting to determine if any text messages are available for the tech agents and FBI Special Agent Ng.  We hope to have a response or responses regarding these text messages shortly.

Sincerely yours,

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 3


Enclosures as noted above

cc:     Philip Seplow
        Shadow Counsel for Defendant Daniel David Rigmaiden

        Taylor Fox
        Counsel for Defendant Ransom Carter

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

**↓ EXHIBIT 072 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) incoming calls were placed to the aircard in order to stimulate it to provide location information; and (2) encryption was not used while locating the aircard; (Letter date: December 9, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**U.S. Department of Justice**

United States Attorney
District of Arizona

---

*Two Renaissance Square*                                    *Main:  (602) 514-7500*
*40 North Central Avenue, Suite 1200*                *Main Fax: (602) 514-7693*
*Phoenix, Arizona 85004-4408*

December 9, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

     Re:    <u>United States v. Daniel David Rigmaiden</u>
           CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

     Enclosed please find additional discovery for your consideration in the above-cited case.

     Item 2 - This is a response from the FBI with respect to request No. 2 in the additional discovery request submitted via letter dated December 5, 2011.

Finally, the incoming phone calls made to your aircard were placed in order to stimulate your aircard to provide the identity of the cell tower with which your aircard connected during these calls.

Item 3 - This is a response from the FBI with respect to request No. 3 in the additional discovery request submitted via letter dated December 5, 2011.

     With respect to Question No. 3, while the specific techniques used to locate the aircard are Law Enforcement Sensitive, neither encryption nor encryption-defeating techniques were used in this location mission.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

Copies of these materials are being provided to you and Mr. Seplow via disc.  A copy of this cover letter will also be mailed to you at CCA.  Additional discovery will continue to be released to you as it becomes available.

Sincerely yours,

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 3


Enclosures as noted above

cc:     Philip Seplow
        Shadow Counsel for Defendant Daniel David Rigmaiden

        Taylor Fox
        Counsel for Defendant Ransom Carter

**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**
**↓ EXHIBIT 073 ↓**

Letter from AUSA Frederick A. Battista to Daniel Rigmaiden RE: (1) there were three FBI technical agents who operated the equipment used to locate the aircard; (2) the N.D.Cal. 08-90330MISC-RS and 08-90331MISC-RS proposed orders that were drafted by the government were not altered by the magistrate prior to signing, and (3) no man-in-the-middle attack was conducted on the aircard connection; Note: exhibit includes only relevant pages; (Letter date: December 16, 2011);

[Redacted by the defendant (for relevance) using white squares with black borders.]



**U.S. Department of Justice**

United States Attorney
District of Arizona

---

*Two Renaissance Square*                                    Main:  *(602) 514-7500*
*40 North Central Avenue, Suite 1200*                Main Fax:  *(602) 514-7693*
*Phoenix, Arizona 85004-4408*

December 16, 2011

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

      Re:    <u>United States v. Daniel David Rigmaiden</u>
               CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

        Enclosed please find additional discovery for your consideration in the above-cited case.

        Item 1 - Please be advised that FBI Special Agent Murray has advised that FBI Special Agent Ng does not have any text messages related to the subject aircard mission. In addition, he advises that two of the three tech agents do not have any text messages. The text messages for a third tech agent have been located and we are in the process of preparing redacted copies for release to you. Finally, he advises that the FBI is in the process of attempting to determine whether the tech agents produced any e-mails pertaining to the aircard mission.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 3

Motion Section II(C) Copies of the N.D.Cal. 08-90330MISC-RS and 08-90331MISC-RS proposed orders as they were drafted by the government and placed on the record in the Northern District of California. Status – you have been advised that there are no known changes to the documents presented to the Court and ultimately signed.

Motion Section II(D) Evidence regarding the FBI's need to call the aircard over a 6 hour period while using its portable/transportable wireless device locators and evidence regarding a man-in-the-middle attack. Status – you have been advised why the calls were made and that no man-in-the-middle attack was conducted. In addition, you restated your request for the following information:

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 4

Sincerely yours,

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Enclosures as noted above

cc:     Philip Seplow
        Shadow Counsel for Defendant Daniel David Rigmaiden

        Taylor Fox
        Counsel for Defendant Ransom Carter

⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇
⬇ **EXHIBIT 074** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI FD-302 Report by FBI Agent Richard J. Murray RE: subpoenaed DVD of June 12, 2008 video camera footage for Verizon Wireless store located at 768 Market St., San Francisco, CA, 94102 where aircard payment was made; (Investigation date: July 17, 2008); (2/12/09 BATES No. 482 of February 17, 2009 discovery set);

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/12/2008

     Pursuant to Federal Grand Jury subpoena 07-03-665 served on 06/27/2008, Yajaira Rivera, Verizon Wireless, 180 Washington Valley Road, Bedminster, New Jersey, telephone number 800-451-5242, provided a DVD with video camera footage of the Verizon Wireless store located at 768 Market Street, San Francisco, California for June 12, 2008, 8 a.m. to 8 p.m.

     The DVD and documents provided by Verizon Wireless will be maintained in the file.

Investigation on    07/17/2008    at  Santa Clara, CA

File #  288A-PX-82001-GJ -23

Date dictated

by   SA Richard J. Murray

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

2/12/09 482

↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓
↓ **EXHIBIT 075** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Still images of individual paying aircard account bill; Note: PDF file was created from still images extracted from the June 12, 2008 video camera footage for Verizon Wireless store located at 768 Market St., San Francisco, CA, 94102 (obtained by the government via District of Arizona Grand Jury Subpoena Grand Jury subpoena No. 07-03-665), provided as ITEM NO. 1 of the March 24, 2010 discovery set;

Camera1  at



6/12/2008 9:28:20.371 AM   RTZ (GMT-08:00)

Camera1  at



6/12/2008 9:28:21.371 AM   RTZ (GMT-08:00)

Camera3  at

6/12/2008 9:28:27.154 AM   RTZ (GMT-08:00)

Camera3  at



6/12/2008 9:28:28.188 AM   RTZ (GMT-08:00)

Camera6  at

6/12/2008 9:28:30.754 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:28:31.854 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:28:35.721 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:28:45.554 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:28:47.521 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:29:01.338 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:29:05.338 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:29:21.104 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:29:23.071 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:29:27.904 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:29:34.821 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:30:38.704 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:30:58.421 AM   RTZ (GMT-08:00)

Camera6  at



6/12/2008 9:31:00.421 AM   RTZ (GMT-08:00)

Camera3  at



6/12/2008 9:31:01.788 AM   RTZ (GMT-08:00)

Camera2  at



6/12/2008 9:31:02.904 AM   RTZ (GMT-08:00)

Camera2  at



6/12/2008 9:31:03.904 AM   RTZ (GMT-08:00)

Camera1  at



6/12/2008 9:31:06.955 AM   RTZ (GMT-08:00)

Camera1  at



6/12/2008 9:31:07.888 AM   RTZ (GMT-08:00)

Camera1  at



6/12/2008 9:31:08.888 AM   RTZ (GMT-08:00)

⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇
⬇ **EXHIBIT 076** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Government picture (cropped) of "Black Adidas 'Clima 365'" pants with three white stripes seized from apartment No. 1122 on August 3-4, 2008; Note: picture was taken during search of apartment No. 1122; (file name DSC00739.JPG of December 9, 2011 discovery set);



↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓
↓ **EXHIBIT 077** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI FD-302 Report by FBI Agent Richard J. Murray RE: two physical cash payments made on aircard account at Verizon Wireless store located at 768 Market St., San Francisco, CA, 94102; (Investigation date: June 27, 2008); (2/12/09 BATES No. 485 of February 17, 2009 discovery set);

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   08/19/2008

          Pursuant to a Federal Grand Jury subpoena served on
Verizon Wireless, Paulette Bartholomew, Legal Department, Law
Enforcement Resources, Verizon Wireless, 180 Washington Valley
Road, Bedminster, New Jersey, 07921, telephone number
provided the following information on the device subscribed by
Travis Rupard, mobile telephone number 415-264-9596:

          Bartholomew advised that since March 1, 2008, there have
been four payments on the referenced account:  April 10 (physical
cash payment of $160), April 24 (internal credit balance), June 12
(physical cash payment of $270) and June 24 (internal credit
balance).  Cash payment was made at the Verizon Wireless retail
store located at 768 Market Street, San Francisco, California
94102.  No time information is on file to specify the time of
payment.  The internal credit balances indicate that payment made
exceeded the amount due.

          The referenced account currently has a $95.45 credit
balance.

Investigation on   06/27/2008   at  Phoenix, Arizona              (telephonically)

File #  288A-PX-82001-GJ - 26                        Date dictated

by   SA Richard J. Murray

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

2/12/09 485

⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇
⬇ **EXHIBIT 078** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of emails sent from IRS-CI Agent Tracy L. Daun to FBI Agent Richard J. Murray, IRS-CI Agent Denise L. Medrano, and IRS-CI Agent Michael P. Fleischmann RE: matching aircard destination IP addresses to IP addresses used to file alleged fraudulent tax returns; (Email sent dates: (1) June 25, 2008 7:29pm, (2) June 25, 2008 11:41pm); (10/6/11 BATES Nos. 001029-001032 of October 6, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**Daun Tracy L**

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Wednesday, June 25, 2008 7:29 PM |
| **To:** | 'Richard.Murray███████████ |
| **Cc:** | Medrano Denise L; Fleischmann Michael P |
| **Subject:** | Emailing: Date Matches.zip |
| **Attachments:** | Date Matches.zip |



Date Matches.zip (3 KB)

ich,

This is what I found with a quick review.  The excel spreadsheet is a summary of the IP's that I found were used on the same day by the mobile card as a return was file by that same IP address.  I didn't have a chance to go and analyze farther to see if times matched.  I allowed a one day error (possible time zone difference).

My email wouldn't let me send the access database I used - to big even zipped.

If I get a chance to work on it more, I will send you another email.

The password is the typical password.

Let me know if you have any questions.  I'll be available by Nextel or leave a message on my Nextel and I'll call back as soon as possible.

Thanks!
Tracy

The message is ready to be sent with the following file or link attachments:

Date Matches.zip

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

10/6/11 001029

| Ip Address | Ip Date | DEST_IP_ADDR | CONN_Date |
|---|---|---|---|
| 12.205.182.104 | 20080524 | 12.205.182.104 | 20080524 |
| 201.52.30.177 | 20080512 | 201.52.30.177 | 20080512 |
| 212.62.97.21 | 20080513 | 212.62.97.21 | 20080513 |
| 212.62.97.23 | 20080513 | 212.62.97.23 | 20080513 |
| 24.13.127.116 | 20080525 | 24.13.127.116 | 20080525 |
| 24.13.127.116 | 20080603 | 24.13.127.116 | 20080604 |
| 24.14.231.100 | 20080524 | 24.14.231.100 | 20080524 |
| 24.15.89.101 | 20080514 | 24.15.89.101 | 20080514 |
| 24.199.72.78 | 20080513 | 24.199.72.78 | 20080514 |
| 24.255.233.74 | 20080603 | 24.255.233.74 | 20080604 |
| 24.3.79.57 | 20080522 | 24.3.79.57 | 20080522 |
| 24.47.154.61 | 20080524 | 24.47.154.61 | 20080524 |
| 66.142.237.79 | 20080514 | 66.142.237.79 | 20080514 |
| 66.42.152.107 | 20080528 | 66.42.152.107 | 20080528 |
| 67.172.220.94 | 20080604 | 67.172.220.94 | 20080605 |
| 67.187.119.170 | 20080605 | 67.187.119.170 | 20080605 |
| 67.187.132.91 | 20080512 | 67.187.132.91 | 20080512 |
| 67.187.132.91 | 20080526 | 67.187.132.91 | 20080526 |
| 67.64.43.108 | 20080527 | 67.64.43.108 | 20080527 |
| 67.64.43.108 | 20080603 | 67.64.43.108 | 20080603 |
| 68.198.200.5 | 20080601 | 68.198.200.5 | 20080601 |
| 68.198.207.237 | 20080514 | 68.198.207.237 | 20080514 |
| 68.99.4.181 | 20080603 | 68.99.4.181 | 20080604 |
| 69.208.126.1 | 20080513 | 69.208.126.1 | 20080514 |
| 69.226.247.184 | 20080527 | 69.226.247.184 | 20080527 |
| 69.226.248.226 | 20080605 | 69.226.248.226 | 20080605 |
| 70.112.83.61 | 20080514 | 70.112.83.61 | 20080514 |
| 71.194.63.4 | 20080603 | 71.194.63.4 | 20080604 |
| 74.128.230.86 | 20080601 | 74.128.230.86 | 20080601 |
| 74.141.13.182 | 20080527 | 74.141.13.182 | 20080527 |
| 74.73.116.37 | 20080525 | 74.73.116.37 | 20080525 |
| 76.229.232.193 | 20080603 | 76.229.232.193 | 20080603 |
| 76.25.71.62 | 20080604 | 76.25.71.62 | 20080605 |

From: Daun Tracy L
Sent: Wednesday, June 25, 2008 11:41 PM
To: Murray, Richard J.
Cc: Medrano Denise L; Fleischmann Michael P
Subject: Emailing: Date Matches with Times.zip

    <<Date Matches with Times.zip>> Rich,

I was able to get through the time comparisons and noticed an interesting
pattern.  It appears the Verizon connection time is 7 hours later than the
Ip time stamp from the filed returns.  Which seems a little backwards, but
I think it may be that the Verizon data may be in Zulu time or something (I
had been assuming it was PD, since he is in CA, but Verizon may do all
logging in one set time zone).  Most of the IP time stamps from the returns
filed are in PD, with a few exceptions (the spreadsheet lists all the time
zones).

However, despite the little time issue, based on the pattern following
along for just all of the Ips that I found to match - I really think this
is the person filing the returns, but that is just my opinion.

The password for the spreadsheet is the standard password again.

If this email causes your Blackberry to go off...  I'm really sorry.  I
just wanted to get it to you guys before I left.

Tracy

1

The message is ready to be sent with the following file or link
attachments:

Date Matches with Times.zip


Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your e-mail
security settings to determine how attachments are handled.

2

10/6/11 001032

⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇
⬇ **EXHIBIT 079** ⬇

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Denise L. Medrano and IRS-CI Agent Michael P. Fleischmann RE: aircard account login records found on computer seized from apartment No. 1122 with tr_verizon_info.txt attachment; (Email sent date: August 20, 2008 4:50pm); (12/09/11 BATES Nos. 000132-000133 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

**Daun Tracy L**

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Wednesday, August 20, 2008 4:50 PM |
| **To:** | Medrano Denise L |
| **Cc:** | Fleischmann Michael P |
| **Subject:** | cell phones |
| **Attachments:** | tr_verizon_info.txt; new_gophones.txt |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Medrano Denise L | Read: 08/21/2008 9:45 AM |
| | Fleischmann Michael P | |

Denise,

Attached are two files concerning cell phones.  I think the tr_verizon_info.txt file relates to the broadband access card.  You may want to cross check that phone number with the subpoenaed docs from Verizon.

Tracy L. Daun
Special Agent, CIS
IRS-CI
Phoenix AZ  85012

12/09/11-000132

tr_verizon_info.txt

phone #: 415-264-9596
account #: 027069173300001

Acct No: 270691733-00001
travisrupard@safe-mail.net

sign up online account at verizonwireless.com

usename: travisrupard
pass:
newpass:

12/09/11-000133

⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇
⬇ **EXHIBIT 080** ⬇

Jorcal, Inc. [website], *JORCAL Hat Co.- San Jose*, http://www.jorcalinc.com (last accessed: Apr. 6, 2012);



HOME PAGE    PRODUCTS & SIZING    FASHION NEWS    FRANCHISE    CONTACT US    SHOP ONLINE

## Buy Affordable Brand Name Fashion Hats, Caps and Berets

We are your premier source for today's hottest hats in the San Francisco Bay Area, Northern California and San Jose. We are just minutes outside of downtown San Jose.

We have affordable, high quality urban, fashion forward hats, scarves and accessories.  We carry hats in all styles and colors from the top brands like Stetson, Dobbs, Walaroo, Carlos Santana, Peter Grimm, Jeanne Simmons, Broner, Scala, Calahan, Woolrich, Carlos Santana, Dorfman Pacific, and Headers.  So if you're looking for a facinator, fedora or trilby, bomber or beret, jockey or cadet, newsboy or bakerboy, we have them all.  You can buy from our online store or come visit us in Willow Glen or Westfield Oakridge Mall in South San Jose.



We are in the corridor in front of  Macy's in Oakridge Mall and across the street from La Villa in Willow Glen.

We guarantee our online prices will be the lowest.  If you find a lower price email us and we will beat it by 10% .



**Willow Glen Location**
**1314 Lincoln Ave.**
**San Jose, CA 95125**
**(408) 297-Hats (4287)**

**Westfield Oakridge Mall**
**925 Blossom Hill Rd**
**San Jose, CA 95123**
**(408) 226-5848**
**(Open Aug-Dec**
**Seasonly)**

## "Like" and Follow Us!



Content copyright 2009-2012. JORCAL Hat Co. All rights reserved.

Employee Webclock and Schedule



web host

⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇
⬇ **EXHIBIT 081** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Hats Of The Fillmore [website], *Welcome to Hats Of The Fillmore*, http://hatsofthefillmore.com/hatsofthefillmore.com/Welcome.html (last accessed: Apr. 6, 2012);

**Welcome**    About US    Mission    Community    Selection    Contact Us

## Welcome



## Welcome to Hats Of The Fillmore

We're conveniently located in San Francisco's Fillmore District, on Fillmore street between Geary and O'farrell.  We are near the 38 and 22 bus stops.
We encourage you to check out our wide selection of men's and women's hats.

Hats Of The Fillmore
1539 Fillmore St.
San Francisco, CA 94115
(415) 447-7606

Store Hours: 11 AM - 7 PM
Closed on Sundays

Website by Mical Asefaw mical.asefaw@gmail.com (415) 724-3647

**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**
**⬇ EXHIBIT 082 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

BJA/FBI/JRIC, Tripwire, *Communities Against Terrorism: Potential Indicators of Terrorist Activities Related to Military Surplus Stores* (PDF flyer), *download from* http://www.publicintelligence.net/fbi-suspicious-activity-reporting-flyers (last access: Mar. 18, 2012); Note: flyer indicates that people who "[m]ake bulk purchases of items to include: [] Meals Ready to Eat" is a suspicious activity indicative of possible "terrorism.";



**Bureau of Justice Assistance**



**FBI** Federal Bureau of Investigation

# Communities Against Terrorism
## Potential Indicators of Terrorist Activities Related to Military Surplus Stores

| What Should I Consider Suspicious? | What Should I Do? |
|---|---|

**People or Groups Who:**

- Provide identification that is inconsistent or suspect or demands identity "privacy"
- Insist on paying with cash or uses credit card(s) in different name(s)
- Significantly alters appearance from visit to visit (shaving beard, changing hair color, style of dress, etc)
- Have missing hand/fingers, chemical burns, strange odors or bright colored stains on clothing
- Make racist or extreme religious statements coupled with comments that are violent or appear to condone violence
- Make suspicious comments regarding anti-US, radical theology vague or cryptic warnings that suggest or appear to endorse the use violence in support of a cause
- Demonstrate interest in uses that do not seem consistent with the intended use of the item being purchased
- Possess little knowledge of intended purchase items of items
- Make bulk purchases of items to include:
  - Weatherproofed ammunition or match containers
  - Meals Ready to Eat
  - Night Vision Devices; night flashlights; gas masks
  - High capacity magazines
  - Bi-pods or tri-pods for rifles

*It is important to remember that just because someone's speech, actions, beliefs, appearance, or way of life is different; it does not mean that he or she is suspicious.*

**Joint Regional Intelligence Center (JRIC)**
**www.jric.org**
**(888) 705-JRIC (5742) mention "Tripwire"**

**Be part of the solution.**

- ✓ Require valid ID from all new customers.
- ✓ Keep records of purchases.
- ✓ Talk to customers, ask questions, and listen to and observe their responses.
- ✓ Watch for people and actions that are out of place.
- ✓ Make note of suspicious statements, people, and/or vehicles.
- ✓ **If something seems wrong, notify law enforcement authorities.**

**Do not jeopardize your safety or the safety of others.**

Preventing terrorism is a community effort. By learning what to look for, **you** can make a positive contribution in the fight against terrorism. The **partnership between the community and law enforcement** is essential to the success of anti-terrorism efforts.

Some of the activities, taken individually, could be innocent and must be examined by law enforcement professionals in a larger context to determine whether there is a basis to investigate. The activities outlined on this handout are by no means all-inclusive but have been compiled from a review of terrorist events over several years.

This project was supported by Grant Number 2007-MU-BX-K002, awarded by the Bureau of Justice Assistance, Office of Justice Programs, U.S. Department of Justice. Each indictor listed above, is by itself, lawful conduct or behavior and may also constitute the exercise of rights guaranteed by the U.S. Constitution. In addition, there may be a wholly innocent explanation for conduct or behavior that appears suspicious in nature. For this reason, no single indicator should be the sole basis for law enforcement action. The totality of behavioral indicators and other relevant circumstances should be evaluated when considering any law enforcement response or action.