⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇
⬇ **EXHIBIT 083** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Northern District of California 08-70503-PVT search warrant return; Note: listing household items and clothing seized from apartment No. 1122; (Magistrate Judge: Patricia V. Trumbull; Signature Date: August 5, 2008); (3/2/09 BATES Nos. 6456-6470 of March 2, 2009 discovery set);

# UNITED STATES DISTRICT COURT
## Northern District of California
<span style="float:right">*FILED*</span>

In the Matter of the Search

(Name, address or brief description of person or property to be searched)

Residence of Steven Travis Brawner
431 El Camino Real, Apartment No. 1122
Santa Clara, California 95050

*SEALED BY ORDER OF COURT*



2008 AUG -5 P 3: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SEARCH WARRANT**

**Case Number:**

**08-70503 PVT**

TO:   Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann and any Authorized Officer of the Internal Revenue Service – Criminal Investigation.  An affidavit having been made before me by affiant, Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann, who has reason to believe that on the premises known as:

### SEE ATTACHMENT A – LOCATION TO BE SEARCHED.

in the Northern District of California, there is now concealed property namely:

### SEE ATTACHMENT B – ITEMS AND PERSON TO BE SEIZED

which is property that constitutes evidence of criminal offenses, or property designed or intended for use, or used as a means to commit criminal offenses, or a person to be arrested (that is, Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stewart), in violation of 18 U.S.C. § 286, Conspiracy to Defraud the Government; 18 U.S.C. § 287, False, Fictitious or Fraudulent Claims;18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028, Identity Fraud; 18 U.S.C. § 1028A, Aggravated Identify Theft; 18 U.S.C. § 1029, Fraud with Access Devices; 18 U.S.C. § 1030, Computer Abuse and Fraud; 18 U.S.C. § 1341, Mail Fraud; and 18 U.S.C. § 1343, Wire Fraud.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is now concealed within the location so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ 8/14/08 _____
<span style="float:right">Date</span>

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search **in the daytime – 6:00 a.m. to 10:00 p.m.** and if the property or person be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Patricia V. Trumbull as required by law.

PVT
8/4/08

8/4/08   4:30 p m          at      San Jose, California
_____         _____
Date and Time Issued                              City and State

PATRICIA V. TRUMBULL                        _____
United States Magistrate Judge                   Signature of Judicial Officer

3/2/09 6456

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| August 4, 2008 | August 4, 2008 5:35PM | At residence |

INVENTORY MADE IN THE PRESENCE OF

Robin Newgren

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. JUDGE OR MAGISTRATE JUDGE
DATE   8/5/08

## ATTACHMENT A – LOCATION TO BE SEARCHED

### 431 EL CAMINO REAL, APARTMENT 1122
### SANTA CLARA, CALIFORNIA 95050

The location to be searched is the residence and place of business of a Steven Travis Brawner.  Specifically, Apartment 1122 is located at 431 El Camino Real, Santa Clara, California 95050, within the "domicilio" apartment complex.  The apartment complex consists of a series of buildings.  Apartment 1122 is a first floor unit within the complex. Apartment 1122 is located Southeast of the Santa Clara University Baseball Stadium. The front entrance of the apartment faces the Southeast and the back porch of the unit faces the Santa Clara University Baseball Stadium to the Northwest.  The front door of the apartment is green in color and there is an orange circle on the wall, on the right of the door, bearing the number "1122."  There is only one unit assigned number 1122 in the "domicilio" apartment complex.

1

ATTACHMENT B – ITEMS TO BE SEIZED

ITEMS TO BE SEIZED related to Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stout, a.k.a. the "Hacker," and other unidentified individuals located at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, for possible violations of the following statutes:

|   |   |   |
|---|---|---|
| a. | 18 U.S.C. § 286 – Conspiracy to Defraud the Government; |
| b. | 18 U.S.C. § 287 – False, Fictitious or Fraudulent Claims; |
| c. | 18 U.S.C. § 371 – Conspiracy; |
| d. | 18 U.S.C. § 1028 – Fraud Related to Identity Information; |
| e. | 18 U.S.C. § 1028A – Aggravated Identity Theft; |
| f. | 18 U.S.C. § 1029 – Fraud with Access Devices; |
| g. | 18 U.S.C. § 1030 – Computer Abuse and Fraud; |
| h. | 18 U.S.C. § 1341 – Mail Fraud; and |
| i. | 18 U.S.C. § 1343 – Wire Fraud; |

For the period January 1, 2005, through the present:

1.     All data stored within any and all computer systems, including any related electronic storage media, electronic devices capable of storing data and access devices, found within the location described in Attachment A:

a.     Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them, including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

1

b.      Computer software, including operating systems, application programs, disk or file encryption programs, compilers, interpreters, and any and all programs or instructions capable of interpretations by a computer and stored in the form of magnetic and/or electronic media.

c.      Records, in printed or electronic format, that contain configuration settings and/or activity logs for computer access devices, to include router and/or DSL modem configuration settings, router settings, analog modem dial up account settings, hardware firewall settings, software based firewall settings, configuration settings for any virtual private network ("VPN") device and configuration settings for any other computer network security device.

d.      Computer hardware system's date and time, operating system, file system, registry information and user's information maintained in the system to include passwords, searches, websites visited and other items that relate to the referenced violations.

e.      Cookie files, which are files that are generated by a web site when a user on a remote computer accesses it. The cookie is sent to the user's computer and is placed in a directory on that computer, usually labeled "Internet" or "Temporary Internet Files." The cookie includes information such as user preferences, connection information such as a time and date of use, records of user activity including files accessed or services used, or account information. The cookie is then accessed by the web-site on subsequent visits by the user, in order to better serve the user's needs.

f.      Log files that contain records about system events and status, the identity and activities of users, and anomalous or unauthorized computer usage. Names for various log files including: user logs, access logs, audit logs, transactional logs, and apache logs. Logs can also maintain records regarding the identification of users on a network, as well as Internet sites accessed by the computer.

g.      Computer-related documentation which may consist of written, recorded, printed, or electronically stored material which explains or illustrates how the hardware, software, or other related items are operated, configured or used.

For the purpose of searching for items 2-19 below:

2.      Documents, paper or electronic, identifying the true identity of "the Hacker", for example: Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, passports, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, and wire transfer records;

2

3.      Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information;

4.      Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts;

5.      Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

6.      Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

7.      Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnets" including websites, books, manuals, how-to instructions, etc.

8.      Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect;

9.      Receipts or correspondence in handwritten, printed, optical or electronic format for any money order, bank draft, counter check, or deposit to a prepaid debit card;

3

3/2/09 6461

10.    Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards;

11.    Records or correspondence in handwritten, printed, optical or electronic format detailing telephone and/or voice communications, whether through the public switched telephone network ("PSTN"), cellular or voice over IP ("VOIP"), to include "call logs" contained within software applications capable of initiating or receiving voice communications, for example: Skype, Google Talk, Free World Dialup, Asterisk PBX, etc.;

12.    Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations;

13.    Records or correspondence in handwritten, printed, optical or electronic format related to the creation of identification documents such as drivers' licenses, social security cards and birth certificates, as well as, equipment and materials used to make debit cards and such false identification documents.

14.    Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems;

15.    Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger;

16.    Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats;

17.    Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats;

18.    Records or correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, "to-do" lists setting forth things to do in furtherance of the subject scheme, or the use of proxies, botnets or any other automated process of filing tax returns.

4

19. Proceeds from criminal conduct related to the subject violations of federal law including, the 680 $100.00 dollar bills bearing the following serial numbers:

Serial Numbers for $100.00 bills received by the "Hacker" on May 7, 2008:

| | | |
|---|---|---|
| DB18385960A | AC37689779A | DF06816937B |
| BB87587823A | DB06939338B | BH11046992A |
| FB94243279C | AK87165909A | AB21947210P |
| BI47337633A | DG19239879A | AF94764058A |
| FL28041437B | AB19885770Q | DB36401664B |
| CC04358954A | DE39726353A | DL64020058A |
| FB41228293C | FH21533285A | AJ69992262A |
| AB18375943X | AA04816408B | CL04684186B |
| AB50797169W | AB95971060X | AB63907192A |
| DB35837542B | DK27869123A | AG69137888B |
| AB74859325A | DF97694831A | AB73392556L |
| BE28132032A | CB79362372F | CB42385783B |
| CB68995176D | CB06527101E | AB52958983A |
| CE04788444A | DJ28777612A | AB38927784A |
| DE04105683A | AB58003847P | AJ16085906A |
| DE75663092A | AL60805401B | AL85789848B |
| AB41979005S | DL39817264A | AB01830654J |
| FL78550263C | AB97353242R | FK34162342B |
| DB51369255B | AB05244098D | FL81068556B |
| DB24812624D | CB42369306C | FB10992881A |
| FK42534955B | DB65313632B | DF81029418A |
| AB79476233P | AB86069359R | DB13829513C |
| CB58917661C | FL87656580A | AB23661928G |
| DC36198430B | DB35579624B | AB60625954L |
| AG84655007B | AA94152774A | FF46163566A |
| BI38474323A | AB56013763K | CJ18677605A |
| AD66571239B | AE55081764A | CB48968862C |
| DL56873710A | FL30164258C | AB12973728E |
| AB19116978N | BA25588019A | AC15301316A |
| CA24434265A | DB361828558 | AC34066226A |
| AF74559710A | AG07152693B | CD13711986A |
| FL78605687C | AJ32037701A | FJ07606503A |
| AE28373618C | AA00994332B | FE80258615A |
| DL75717085A | FL14513712C | AB39492569H |
| AK26625791B | AB71359064X | AB79393849V |
| AL39220215B | FF10386374A | CH24522614A |
| DJ34119303A | AF61729719A | DE68149607A |
| AD17691552A | CB12227643A | HB09582488B |

5

3/2/09 6463

| | | |
|---|---|---|
| FG38867342A | CB75263042F | DB98183682B |
| BB35854508B | DF44005220B | CG41612278A |
| AL88025385B | AB27976737R | CB91450763A |
| AB26947763U | FG20903689A | FL78809019C |
| DB09216172D | CK42878972A | AB14700021G |
| AB15730166P | AH24613009A | FI06402366A |
| DH15960993A | AJ34418184A | CB02438411E |
| AF74085026A | CL39527299A | FI06818210A |
| CB83031845A | CF82856709A | AB90220541X |
| AD47026903B | HD14657645A | AE27744175B |
| DE58699181A | FK96230362A | AB13016500D |
| AB04342828F | FK73782209A | DB01771236A |
| DB60964014B | FF02843779C | AF49981678A |
| CL74398566A | AB95930252B | AG30668968B |
| AB42489247B | AE86563990B | CL58459216A |
| FF36026850B | AL00654935C | CB77096682F |
| DB34235568C | AB33014630R | AB66203978L |
| AE11378869C | CB45753245A | AB98716553E |
| DG34993900A | AA25652722A | AB16626823J |
| FE47510993A | AF39655433A | FF31099747C |
| AG10409353A | DH00600691A | HB96358363A |
| AE00150302A | FL48362268C | DF53746022B |
| CG33441206A | CB51083679D | DB14643937A |
| AB59561303V | FL05017647B | AB49244965C |
| BI16162862A | CB89960761E | AB30955791E |
| DG59651487A | DB26422312C | FL46070690C |
| AB38270354Q | FB08046223B | FL08625253C |
| AB10351833L | AB78688779A | BI35361471A |
| BB08154871A | FF94829480B | AE68542980B |
| DB05572803C | CL17351812B | FB44380328A |
| FF14502396B | CG43196240A | HB55880293B |
| DL12723197A | FF11072353A | AA13323056A |
| AL62602684A | AB90339649S | DG54459228A |
| DF27714501A | FI06492158A | DB74171287A |
| AF36332808B | FB65348814A | AL77768855B |
| AB44412507W | FB16245473A | BI54972713A |
| AF21573462B | AG12447602C | DB25949964C |
| AG48143730B | AG65749858B | AE27170014B |
| AG31949891C | AB44619794M | HB69806264A |
| FL81193772B | AB81500422L | FG79471871A |
| AL41459497A | DL72701820A | AD63828811A |
| CK03922181A | DB32399903B | AB04058041M |
| DF26926753B | AK53090135A | BG42041064A |

6

3/2/09 6464

| | | |
|---|---|---|
| HE57638571A | AB35963121L | DB57346326B |
| CC17272540A | DG54563860A | DF94736929A |
| CL08553448A | AL28087833D | DB62354192D |
| FB23176883B | BG49182675A | DG74157869A |
| FL91503056B | DC18233983A | DB17332500A |
| AL93001473A | DB60976456C | AB60324719N |
| AB84119259D | HB11113815D | FL99194153A |
| HD13009865A | FB74095899A | AD75060578A |
| FF10774945C | AG48697785B | AH51625366A |
| FB63150874B | AB31772798M | DF63396263A |
| FF14289525B | FL02509956B | DF63396262A |
| AL27547641D | DG02239680A | CB53257122D |
| FI06673313A | DJ30302001A | DB17096587A |
| FL44156166A | CB72424366C | HE25770873A |
| DL73195931A | AB12152167C | CB30022447D |
| DF03343331A | AB61844925T | CA03961417A |
| DB07977224A | CG04465590A | AB80057196A |
| AB43950113P | AB68868805G | CK12260622A |
| FK29471206B | CB08122059E | DB00806034D |
| FB28416404B | AE49535861C | AB86381831L |
| BB57664753B | AB86767874S | CB91554171B |
| FE57096070A | AB71508590P | AB80944683J |
| BE33802418A | CB73831654C | CB33798017E |
| CB74167446F | AB49473068G | FB18869434A |
| FL47747282A | AD13125341B | AB04032278S |
| CL93057108A | FL30889791C | FH38086330A |
| FK18598211B | FL55238022C | FB03016241B |
| DB64301239C | FK22003057B | AB00596562* |
| DC14131059A | DB08495975D | FF24739221B |
| DG16863637A | CE31328095A | AB05584441X |
| AB82644908G | CA11330389A | FB15060678A |
| AB91961854D | CB31797869B | CG49677094A |
| CL34344893B | DF60735356B | FJ35050673A |
| FH07771364A | FG03414982B | CB35964084E |
| AB54023293N | AB13815569F | DG42201914A |
| CL01309951B | AA93007953A | DF28974414A |
| DH21031575A | AB04301260D | FF94401016B |
| AK91244875A | FE32034625A | CB09003595A |
| DF04562157A | DB19832251D | BF08073621A |
| FL34041066B | AB77463877J | AL28723867A |
| DF23111548A | DB56792778B | FE11160134A |
| AB94524205N | CI02702869A | BI68442321A |
| AB94326663W | FF14561157B | FL35720480B |

7

3/2/09 6465

| | | |
|---|---|---|
| FB03675160A | AB69392246H | AL78605817D |
| AB25147837M | FF72829622A | CB34738744D |
| DB43644736C | BI33946194A | FL47807839B |
| AL48364262A | AB37621723N | HB84870524C |
| AH06073244A | HE01740733A | AB79157644G |
| FD02651855A | AD05002107A | FB77961125A |
| CB48969703B | DC32207041A | FG32713615A |
| AB50696656T | AB83037271V | CB26685786D |
| FL48718098C | CB40337874C | FL88897215A |
| CJ18525081A | DB45531203A | BB31590970B |
| AE44082347A | FL63397543B | AB37023335C |
| CB84104459D | CF66361167A | AE93732088B |
| DE50427434A | AH56916430A | AG91085684A |
| FE71691982A | AB87443362A | AB89984005F |
| FE17233862A | FE49486792A | DE30751696A |
| AF73438221A | AB67285139N | DF11651337B |
| AB68187628S | CF72777238A | AB95200222P |
| AF59897388A | DB15846615B | CB84589326B |
| AD62041029B | CB27224302E | FK41979804B |
| HD13125794A | HD12844630A | CG15591056A |
| FK43033400A | AB30967090J | HB36485827B |
| AB87582473B | AB45655182P | FL25035090B |
| HD13125795A | BJ20312571A | FL69570015B |
| DL56364513A | AD46176718A | CL53564635A |
| AB27566704V | AE27313041A | AB25508686Q |
| DH07856796A | FG96092738A | AE29702171C |
| CB93490954B | AB94649447L | AL32180576D |
| AB18931681G | HE59761184A | DL76636552A |
| AB02865729S | AG86961073B | AE72335341B |
| DB72137383B | AB21768846U | FB75782104A |
| FL64397368A | HB12111959A | AK34254095B |
| CB48780189F | HB10663326A | BI20351547A |
| AC54738609A | CF14057331A | AB80233486Q |
| DG43006136A | CG09116597A | FK62250439A |
| AB81506632C | FL42313531C | CF49248494A |
| AL44558216A | DG79619537A | CG22948461A |
| DL25205924A | AF64290654B | HB60905466A |
| FK68543397B | FB17193438B | CB03963322C |
| BB04257826* | FB40054783B | AB15212026M |
| FB70076302C | DB43117403B | AL16716290A |
| DE27S54281A | CL08172922B | DB10216377B |
| AB67242851J | AB64921957M | BI58403299A |

8

3/2/09 6466

| | | |
|---|---|---|
| CK33122844A | AB05206651S | HC29010164A |
| AG23392659C | FL62232169C | HE03781601A |
| FL66440149C | AI16495287A | AB22026281W |
| FL85047494A | AB23295602H | CG27127158A |
| AB07335122B | AB68286726I | AB18283552R |
| CB42737176C | DF18004111A | FE52594469A |
| AE90669389B | AB22616197D | BI49295699A |
| DB77373061B | AE07549290C | AB54402350V |
| AK14577801B | AL42624933C | DB36123897A |
| DB49153979D | DF00467371B | DB36340212B |
| BB81046868A | AB22136987B | FB37516757C |
| DB22756065D | BI38647055A | FL48648893C |
| AB42638974D | AL48185406C | FL48648892C |
| DF23586633A | AB63396513P | CB34163213B |
| CB92269111B | CA27994545A | FF91004156B |
| AE30577644C | FF06414630C | AB98436549I |
| DF77088816A | BB29044319A | AB23093642J |
| CB74036556D | FL68669857C | AC58427096A |
| DB09248847A | FL68669858C | AE57250789B |
| DB55170018D | FB53231031C | AB15018864R |
| FF34722104A | AG81382890A | DF87708361A |
| AB10796374N | AB60210380L | AC02732247A |
| CA15255670A | FH07143936A | CL78621260A |
| FL15418342A | AL88554170A | CB40505094E |
| FF22438870B | CB23067500F | DH16959727A |
| AB49800013V | DB72614446C | CF67128828A |
| AH84894867A | AG72870614A | DB46844399A |
| DK22890100A | AB91191744R | BB46495300A |
| CB09660788D | AB06186743Y | FG49917029A |
| HD20328530A | AD21095815B | CA23597475A |
| AE98483353B | DB67046556C | CL89269579A |
| AB97371136Q | AD04858240A | AB881299631 |
| AB69785934V | AB70719156U | BE44082893A |
| AA97333929A | FL36923015C | DB80734391B |
| AB36631692R | BE22020543A | DK00900470* |
| CA26772144A | FF27080409B | DD05327835A |
| DL58183333A | FF27080450B | AA04072437B |
| HB73721689A | FF27080408B | AE98156552B |
| DL34924276A | AB15490315Q | FB83003228C |
| AB525280271 | AB06897453H | FE52098322A |
| CD01603110A | AB35304216L | FL37116831C |
| FL95113575B | CL68473188A | FB22510956D |
| FB62009149A | CK30787372A | AB46754839G |

9

| | | |
|---|---|---|
| FL00407377* | DL81838120A | CL20079152B |
| AE7095576C | AB43771122S | BB88017775A |
| DB66262914B | CL35766459B | HB35832592C |
| DI13267407A | AG86391039A | AB49334334J |
| CB4206132D | AB64858536Q | AB79630373F |
| DF52551867B | AB87870943X | AA47089192A |
| CF72547045A | AB73305043Q | DG15367748A |
| HH23092092A | AE36579472A | AF68755724B |
| FK20829776A | DB48830321C | DB97156327B |
| DB23193692B | DB45534866A | CH18660389A |
| AB75033529B | HB15698196B | HB67312882B |
| AL74115610B | DB36264938B | DB97126980A |
| AB23566242Y | AL88268487D | AE46296534B |
| CA02310134A | DB86345397C | CL37256839A |
| FH13420121A | CB08085867A | CF27601151A |
| AB70325038W | AB36918631X | DB52817551C |
| FE82251384A | AB80750765S | FB07394379A |
| CE41457742A | | |

20. Any additional United States currency over $1,000.

21. Gold Eagle coins, silver coins and other precious metals in any amount.

22. Surveillance equipment and other items relating to avoiding detection and surveillance of others including: (1) books and manuals; (2) cameras; (3) radio frequency detectors; (4) video signal detectors; periscope viewers; (5) remote audio recorders; (6) wireless video receivers; (7) wireless camera detectors; (8) Internet protocol equipment for covert surveillance; and (9) pocket scope laser light detectors, also known as Spy Finders.

23. Evidence of occupation of the subject location and associates of the occupants including items such as lease agreements, utility bills, photographs, correspondence, bank records, diaries, address books, contact lists, phone records, cable service, and personal items that may contain DNA such as toothbrushes, razors, combs and items related to the consumption of food.

24. Clothing, bags and other items worn while committing offenses in furtherance of the subject scheme including jackets, sweatshirts, pants, carrying bags and backpacks.

25. Keys with and without identifying markings.

26. Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.

3/2/09 6468

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
Residence - 431 El Camino
Real #1122
Santa Clara CA

**Investigation Number:**
1000220515
**Starting Date and Time:**

08/04/2008 05:35 PM
**Ending Date and Time:**
08/04/2008 08:00 PM

**Report Date:**
Monday, August 04, 2008

---

| **Control #:** | 1 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Living Room | **Locator Code:** | |
| **Found:** | Living Room Table | | |
| **Description:** | Seized Per Warrant | 2 brass colored keys and 3 silver colored keys | |

---

| **Control #:** | 2 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Living Room Closet | **Locator Code:** | |
| **Found:** | Living Room Closet in black bag | | |
| **Description:** | Seized Per Warrant | Philips Norelco Cody Groom Electric razor with charger and attachments | |
| | | Gillette mach 3 turbo razor with no blade | |

---

| **Control #:** | 3 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Living Room Closet | **Locator Code:** | |
| **Found:** | Living Room Closet in black bag | | |
| **Description:** | Seized Per Warrant | Braun Oral B Electric toothbrush in blue case | |
| | | Micro Touch turbo hair trimmer in yellow case | |
| | | Two (2) Dental picks in white case | |
| | | Hair trimmer attachments (long side and short side), grey | |
| | | grey razor size box containing two hair trimmer attachments | |
| | | One (1) "La Cross" nail clipper, silver-toned | |
| | | One (1) Silver toned "Bassett" tweezer | |
| | | One (1) small black "Ace" comb | |

---

| **Control #:** | 4 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Living Room Closet | **Locator Code:** | |
| **Found:** | Living Room Closet in black bag | | |
| **Description:** | Seized Per Warrant | One (1) black plastic case containing "Wahl" rechargeable cord/cordless electric hair trimmer w/plug and attachments. | |

---

| **Control #:** | 5 | **Evidence Box:** | 2 |
|---|---|---|---|
| **Location:** | Living Room Closet | **Locator Code:** | |
| **Found:** | Living Room Closet | | |
| **Description:** | Seized Per Warrant | One (1) hanger holding black "Arcteryx" hooded jacket (CA#34438) Size M/M and matching Goretex pants size M/M | |

---

3/2/09 6469

| | | | | |
|---|---|---|---|---|
| **Control #:** | 6 | | **Evidence Box:** | 2 |
| **Location:** | Living Room Closet | | **Locator Code:** | |
| **Found:** | Living Room Closet | | | |
| **Description:** | Seized Per Warrant | One (1) "Eagle Creek Travel Gear" black zip duffle-style bag | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 7 | | **Evidence Box:** | 2 |
| **Location:** | Laundry Room | | **Locator Code:** | |
| **Found:** | Dryer | | | |
| **Description:** | Seized Per Warrant | One (1) Black "Arcteryx" jacket (CA#34438, 57130505) Size M/M hooded, half-zip (skeletal logo on left chest) | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 8 | | **Evidence Box:** | 2 |
| **Location:** | Living Room Closet | | **Locator Code:** | |
| **Found:** | Living Room Closet | | | |
| **Description:** | Seized Per Warrant | One (1) Black Adidas "Clima 365" (CA#40312, RN#88387) Size USA M w/striped legs (white, 3 stripes, sides) pants. | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 9 | | **Evidence Box:** | 3 |
| **Location:** | Living Room Closet | | **Locator Code:** | |
| **Found:** | Living Room Closet | | | |
| **Description:** | Seized Per Warrant | SecuMate Security Recorder, Wireless Camera Hunter, RF Signal Detector, VCD-43 signal Detector, Parascope viewer, wireless video receiver, light wave detector - "Spy Finder", pocket scope, chipboard covert video camera, IP Video reciever and converter, and covert camera and microphone kit | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 10 | | **Evidence Box:** | 3 |
| **Location:** | Living Room Closet | | **Locator Code:** | |
| **Found:** | Living Room Closet | | | |
| **Description:** | Seized Per Warrant | Books: Surveillance Countermeasures; Scanners and Secret Frequencies; Techniques in Countersurveillance; Secrets of Surveillance; Advanced Surveillance; and The Bug Book (6 books) | | |

Page 2  of  2

3/2/09 6470

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

**⬇ EXHIBIT 084 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of emails sent from USPIS Inspector James L. Wilson to Bill Atwell, Lenovo Corporate Security RE: legitimate purchase of host laptop computer used with aircard to access the Internet; (Email sent dates: (1) October 4, 2011 1:23pm; (2) October 4, 2011 11:55am; (3) October 4, 2011 1:29pm; (4) October 4, 2011 1:56pm); (ITEM No. 1 of October 6, 2011 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a) using white squares with black borders.]

**Wilson, James L - Phoenix, AZ**

| | |
|---|---|
| **From:** | William Atwell [watwell@ ~~████~~ |
| **Sent:** | Tuesday, October 04, 2011 1:23 PM |
| **To:** | Wilson, James L - Phoenix, AZ |
| **Subject:** | Re: FW: Lenovo Thinkpad Data |

[ Purchase of Laptop
 - found in Rigmaiden
   Apartment ]

**Attachments:** Side 1.JPG; Side 2.JPG; Hard Drive Label.JPG; Label 2.JPG; Label 1.JPG; Label 3.JPG;
Laptop Open.JPG; Bottom of Laptop.JPG; Top of Laptop.JPG

```
dlv-max.dac.ibm.com - PuTTY for MAX                                    [_][□][X]
CUSTOMER SUPPORT INQUIRY CQSD :                   CA# :
                          CAAN#:
Order  :         8/30/07 Cust. #:              ANDREW JOHNSON
Invoice:         9/12/07 Srce Cod:PP3Y
P.O. # :                 Req Shp: UG UPS GROU
Terms  : VISA            Act Shp: UG UPS GROU  SAN FRANCISCO, CA  94103
Shp Whs: AZD             Auto BO: N S.I.: S    ANDREW JOHNSON
PrgID:                   DS Loc :
Slsrep : AZ  898 310 Lenovo Sales
Status       ESD   Ln Product    Description           Qty   Price    Total
              3 SYS.7675CT CONFIGURED SYSTEM      1 2068.39  2068.39
              5 CAFEE06    RECYCLE FEE FOR PRODUCT W  1    6.00     6.00
                                                                  ---------
                                        Y   TAX  175.80 TOTAL    2250.19
      CC ****-****-****-4910     Exp: 05-10 Auth:       AH Amount: 2,250.19 0912
LENOrderRef:              Result:
PS Msg:
    Tracer No.:

                                      I



                          COMMAND:
(N)ew(O)ut(S)/N(M)sg(L)lv(O)(R)(B)(R)(U)(I)(W)(R)(E)(D)(I)(O)(X)(X)(P)(V)(Z)(A)
```

10/6/11    1 of 6



**Bill Atwell**
WW Corporate Investigator  watwell
Corporate Security             Desk
Lenovo                         Mobile
1009 Think Place,
Bldg 1-4B1
Morrisville, NC 27560
www.lenovo.com/
Forums | Blogs | RSS | Twitter | Facebook | Flickr
Print only when necessary

"Wilson, James L - Phoenix, AZ"
<JLWilson@

10/04/2011 11:55 AM

To   William Atwell <watwell
cc
Subject FW: Lenovo Thinkpad Data

10/6/11  2 of 6

10/5/2011

Wilson, James L - Phoenix, AZ

**From:** William Atwell [watwel████████████]
**Sent:** Tuesday, October 04, 2011 1:29 PM
**To:** Wilson, James L - Phoenix, AZ
**Subject:** Lenovo



**Bill Atwell**
WW Corporate Investigator watwel██████
Corporate Security        Desk ██████
Lenovo                    Mobile ██████
1009 Think Place,
Bldg 1-4B1
Morrisville, NC 27560
www.lenovo.com/
Forums | Blogs | RSS | Twitter | Facebook | Flickr
Print only when necessary

10/6/11  30F6

## Wilson, James L - Phoenix, AZ

**From:** William Atwell [watwell@~~██████~~

**Sent:** Tuesday, October 04, 2011 1:56 PM

**To:** Wilson, James L - Phoenix, AZ

**Subject:** Re: Rigmaiden Case

~~████████████~~ 4910 Visa — [Account used to purchase the Laptop]

**Bill Atwell**
WW Corporate Investigator watwell@~~████~~
Corporate Security          Desk ~~████~~
Lenovo                      Mobile ~~███████~~ **lenovo** FOR THOSE WHO DO.
1009 Think Place,
Bldg 1-4B1
Morrisville, NC 27560
www.Lenovo.com/
Forums | Blogs | RSS | Twitter | Facebook | Flickr
Print only when necessary

10/6/11 4 of 6

10/5/2011

**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**
**↓ EXHIBIT 085 ↓**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Report of investigation by USPIS Inspector James L. Wilson RE: contact with Lenovo about purchase of host laptop computer used with the aircard; Note: indicating that the laptop was purchased with a prepaid debit card; (Report date: October 12, 2011); (ITEM No. 8 of December 9, 2011 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]



<small>UNITED STATES POSTAL INSPECTION SERVICE</small>

PHOENIX DIVISION

October 12, 2011

On or about September 28, 2011, I made contact with IBM.  I advised IBM that I was trying to determine the sale of an IBM ThinkPad laptop (Serial #LV-C4398). IBM advised me that the ThinkPad division was sold off to a company called Lenovo.

On or about October 2, 2011, I made contact with William Atwell who is with Lenovo Corporate Security.  I advised Mr. Atwell I was trying to determine the original sale of an IBM ThinkPad Laptop (Serial Number LV-C4398).

On October 4, 2011, Mr. Atwell stated that laptop was sold on August 30, 2007 to an *Andrew Johnson located at* ⬚ *San Francisco, CA 94103 (Telephone #* ⬚

Mr. Atwell further advised the purchase was made online directly through Lenovo.  The laptop was purchased with a pre-paid Visa debit card (Card # ⬚ 4910).

James L. Wilson
U.S. Postal Inspector
Phoenix Division

PHOENIX DIVISION HEADQUARTERS
⬚
PHOENIX AZ ⬚
TELEPHONE: ⬚
FAX: ⬚
http://postalinspectors.uspis.gov

⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇
⬇ **EXHIBIT 086** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Bancorp Bank subpoena response materials (incorporating the original filed subpoena) for District of Arizona Grand Jury Subpoena; Note: subpoena requests account information on the prepaid debit card used to purchase the host laptop computer used with the aircard to access the Internet; (Originator: AUSA Frederick A. Battista; Subpoena service date: November, 17 2011); (ITEM No. 6 of December 16, 2011 discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

*Payment Solutions*

# The Bancorp Bank

**America's Leading Private-Label Banking Resource**

United States Postal Inspection Service                    November 22, 2011
Attn: Postal Inspector James Wilson

Phoenix, AZ

Re: Criminal Subpoena response

Dear Inspector Wilson,

I am in receipt of your subpoena dated November 17, 2011 requesting information for the
account issued by our Bank.

The account in question is a prepaid debit card that requires the cardholder to add their
own funds to the account before their card can be used. The funds can be added to the
account through cash deposits or direct deposits.

The account records will show the cardmember information and if there was any deposit
and spend activity. The account activity that took place between 2003 and 2005 is
unavailable in the Bank's database due to the time that has elapsed.

We hope you find this information helpful. If you have any further questions, please call
me at (605) 988-3166.


Sincerely,

Gene Farley
The Bancorp Bank
6100 S. Old Village Place, Suite 200
Sioux Falls, SD 57108

AO89 (Rev. 7/05) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    ARIZONA

United States of America

v.

Daniel David Rigmaiden,

Defendant

**SUBPOENA IN A
CRIMINAL CASE**

Case Number:        CR-08-814-PHX-DGC

TO:

The Bancorp Bank
Attention: Gene Farley
6100 South Old Village Place
Sioux Falls, SD 57108
F: (605) 988-3345
O: (605) 988-3166

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | COURTROOM |
|---|---|---|
| | Honorable David G. Campbell<br>United States Courthouse<br>401 W. Washington<br>Phoenix, Arizona 85003 | No. 602, 6th Floor |
| | | DATE AND TIME<br>February 7, 2012, 9:00 a.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| RICHARD H. WEARE<br>(By) Deputy Clerk | November 17, 2011 |

| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: |
|---|
| FREDERICK A. BATTISTA, Assistant U.S. Attorney<br>Two Renaissance Square - 40 N. Central Avenue, Suite 1200<br>Phoenix, Arizona 85004-4408<br>(602) 514-7500 or 1-800-800-2570 |

Nov-22-2011 03:23 PM
Nov. 22. 2011 4:24PM    Bancorp                                    No. 0292   P. 4
Case 2:08-cr-00814-DGC    Document 821-5    Filed 05/25/12    Page 27 of 73

Nov-22-2011 11:59 AM USPIS - Phoenix, AZ                                    4/4

## Attachment to Trial Subpoena Issued to Bancorp Bank, Sioux Falls, South Dakota

Any and all information related to a Visa pre-paid debit card, Account No. [REDACTED] 4910, including but not limited to: the account application, information related to the account holder, payment history, and transaction history.

BankFirst

## GALILEO PROCESSING | CUSTOMER SERVICE TOOL

CURRENTLY LOGGED IN: GENE FARLEY
VERSION: 3.3.5

[CHANGE PASSWORD]  [LOGOUT]

Account    System Administration    Load Locations    Programs    Customer Messages (349)    Reports

⊟ Account Search Form

Card Program    Wired Plastic (CREDIT)    ▼

Card Number    - - 4910    [Search]

| | |
|---|---|
| Name    Andrew Johnson | Card Number    4910 |
| Card Description    WP VISA Conversion | Card Status / Account Status    Active / Active |
| Card Type    Personalized Visa | Passed Total ID / Override Ind    Yes / Y |
| Client ID / XID / Account ID | Account Balance / Net Chargeoff    $0.00 / $0.00 |
| Other Accounts | Payment Reference Number |
| | Related Accounts    No Related Accts. |

Enter Notes: (max. 500 chars.)    Watch Flag: **Normal**
Sticky Note: No sticky note found for this customer.

B.    Cat 1: Bal Inq

P.    Cat 2: No Cat 2 forms found

Cat 3:

☐ Perm. [Hold] [Enter]

Last Note: Card ending in 4910 returned. Unable to update address. re-mailed. Entered By: jclawson At: 05/07/2010 07:50

### Cardholder Profile

| | |
|---|---|
| Client Info | |
| Profile Info | Fields marked with an * are required. |
| Login Info | Note: Customers are notified via email when their email address is changed. |
| Revert Info | Payment Reference Number |
| Card Info | * Name    Andrew    Johnson |
| Card Info | Social Security Number |
| Set PIN | Gender    Male ▼ |
| Activate Card | * Date Of Birth |
| Load Locations | * Street Address |
| Account Info | Street Address Line 2 |
| Account Info | * City / * State / * ZIP    San Francisco / California / 94103 |
| Account Details | |
| Air Transactions | * SSN |
| Settled Transactions | |
| Payment History | |
| Fee History | * Home Phone    [Copy to Clipboard] |
| Adjustment History | Mobile Phone  (    )    - - Select Carrier - - |
| Direct Deposit View | |
| Bill Payments | Email |
| Reward Points | Bounced  Email  No    Mail  No    Phone  No |
| Buddy Money | |
| Account Activity | Ship to Address |
| ACH Info | Ship to Address 2 |
| ACH Accounts | Ship to City / State / ZIP    / - Select One - ▼ |
| ACH Loads | |
| ACH History | Validated Client Info.    Yes ▼ |

Bill Pay

Click-N-Pay

Notes

View Faxes

User Notes

Event Log

Alerts

Customer Alerts

Alerts Log

Miscellaneous

ID Verification

Payment Hold Days

Insert Fee Event

Expire Auths

Retention

Reverse Batch Load

Enroll/Register Customer

Add Secondary Card

Redeem Reload Pack

Finance Bar

Make Payment

Insert Adjustment

Credit Card Load

ACH Refunds

Card 2 Card Transfer

Chargeback Process

Promotions

Cross Sale

| | |
|---|---|
| Allow 'Card not present' Transactions | Yes |
| 'Card not Present' Start Date | June / 22 / 2007 |
| 'Card not Present' Stop Date | January / 1 / 3000 |
| Allow Intl. Transactions | Yes |
| Intl. Transactions Start Date | June / 22 / 2007 |
| Intl. Transactions Stop Date | January / 1 / 3000 |

Update Profile

 Print   Export To Excel

© 2011 Galileo Processing, Inc.
1 Organizational users currently logged in.

## GALILEO PROCESSING | CUSTOMER SERVICE TOOL

CURRENTLY LOGGED IN: GENE FARLEY
VERSION: 3.3.5

CHANGE PASSWORD   LOGOUT

Account   System Administration   Load Locations   Programs   Customer Messages (349)   Reports

### Account Search Form

Card Program - Wired Plastic (CREDIT)

Card Number ___ __ _____ 4910   [Search.]

Name  Andrew Johnson
Card Description  WP VISA Conversion
Card Type  Personalized Visa
Client ID / XID / Account ID
Other Accounts

Card Number  4910
Card Status / Account Status  Active / Active
Passed Total ID / Override Ind  Yes / Y
Account Balance / Net Chargeoff  $0.00 / $0.00
Payment Reference Number
Related Accounts  No Related Accts.

Watch Flag: Normal

Enter Notes: (max. 500 chars.)
Sticky Note: No sticky note found for this customer.

Cat 1:  Bal Inq
Cat 2:  No Cat 2 forms found
Cat 3:
□ Perm.  [Hold]  [Enter.]

Last Note: Card ending in 4910 returned. Unable to update address, re-mailed. Entered By: jclawson At: 05/07/2010 07:50

Client Info
Card Info
Account Info
**Account Info**
Account Details
All Transactions
Settled Transactions
Payment History
Fee History
Adjustment History
Direct Deposit View
Bill Payments
Reward Points
Buddy Money
**Account Activity**
ACH Info
Bill Pay
Notes
Alerts
Miscellaneous
Finance Bar
Promotions

### Account Info

#### Account Information
Monthly Bill Date  26th
Application Date  08/28/2003
Initial Payment Method
Affiliate ID / Group ID
System Reference  N/A
Reward Points

#### Update Account Information
Account Status  Active
Change Status  Normal
Active Flag  Yes
Passed 2nd Level ID Verification
[Update]

**Export Options:**
Print   Export To Excel

© 2011 Galileo Processing, Inc.
1 Organizational users currently logged in.

⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇
⬇ **EXHIBIT 087** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Computer Forensic Report by IRS-CI Agent Tracy L. Daun RE: search of physical storage devices and virtual drives seized from apartment No. 1122 under the reissued/amended version of the N.D.Cal. 08-70460-HRL warrant; Note: exhibit includes only relevant sections; (ITEM No. 23A of the February 25, 2010 discovery set);

[Redacted by the defendant (for relevance) using white squares with black borders.]

# DISCOVERY 2/25/10

23A – Computer Forensic Report of IRS-CI Special Agent
Tracy Daun (24 pages)



# COMPUTER FORENSIC REPORT

CASE:  DANIEL RIGMAIDEN

CASE NUMBER:  1000220515

SA Tracy L. Daun, Computer Investigative Specialist

## IMAGING PROCESS AND DATA ANALYSIS

The imaging process is the taking of a complete electronic picture of a computer media's data, including all hidden sectors and deleted files.  Imaging is a bit by bit snapshot of the whole computer media and creates an exact "copy" of the computer's stored data.  Imaging the analysis of the data, while maintaining the data integrity.  The imaging process can be performed with various forensic tools.  The two forensic imaging tools used in this case were ILook's IXImager and AccessData's Forensic ToolKit Imager.

A hash value of the original data may be calculated during the imaging process to compare against the hash value of the acquired image.  A hash value is a mathematical algorithm that generates a hexadecimal output value (alpha-numeric text string).  The text string is generated by a formula in such a way that it is extremely unlikely that another file or image will produce the same hash value.  The tiniest change in the original data produces huge changes in the resulting text string.  Essentially, the hash value of a file or image can be considered as the "fingerprint" of the file or image.  The two hash algorithms used during this examination are the MD5 and SHA-1.  MD5 has a 128-bit algorithm, which means that the likely hood of two files having the same hash value is 1 in 340 Billion[4].  SHA-1 has a 160-bit algorithm, meaning it is even more unlikely two files would have the same hash.

Data analysis was performed using Guidance Software's EnCase v6.  VMWare Workstation was also used to access encrypted files on the computer media.

## SEARCH WARRANT – 431 EL CAMINO REAL, APARTMENT 1122, SANTA CLARA CA 95050

On August 3, 2008, I participated in the execution of a Search Warrant at 431 El Camino Real, Apartment 1122, Santa Clara CA  95050.  The following computer items located at this location were imaged and analyzed:

## ANALYSIS REPORTS

Analysis reports were created through EnCase in two formats – Adobe PDF and HTML. Both report formats have been encrypted and provided on CD #1 and DVDs #1 and DVD #2. The password for the files will be provided separately. All files mentioned in this report (except .dcv files) have been extracted and placed on DVDs #3 - 10. The .dcv (Drive Crypt virtual container) files have not been provided because of the size of each file (approximately 60GB each) and the .dcv files actually contain many more files than those that fall within the parameters of the Search Warrant and its attachments. CD #1 and DVDs #1 - 10 are incorporated by reference to this report.

All the files were scanned using Symantec Endpoint Protection version 11.0; definition date of September 17, 2009 r21. Symantec identified a few possible threats and those files were also removed. Screen shots of the virus scan findings, for those files, are included on the relevant DVD. Those additional files can be provided, upon request, on a separate CD.

## CD #1

enc-Search Warrant Photos.zip

"enc-Search Warrant Photos.zip" contains the photos taken during the execution of the Search Warrant at 431 El Camino Real, Apartment 1122, Santa Clara CA 95050. It also contains a log of the photos.

enc-PDF Reports.zip

"enc-PDF Reports.zip" contains an Adobe PDF report for each of the nine objects examined and described in this report. The Adobe PDF report utilizes the evidence categories used in this report, which is based off Attachment B – Items to be Seized of the Search Warrants.

This report provides the following attributes of each file: name, file extension, file type (on known files), full file path, file created date, last written date, last accessed date, if the file was deleted, and the MD5 hash of the file. Graphic files will also present a small version of the file. Files can be located on the respective DVD containing the extracted files for the evidence object, utilizing the file path provided in the Adobe PDF report.

**DVD #1 & DVD #2**

Enc-HTML Reports-1.zip
Enc-HTML Reports-2.zip

"enc-HTML Reports-1.zip" and "enc-HTML Reports-2.zip" contain HTML reports for nine objects examined and described in this report.  The HTML reports may be viewed with Internet Explorer.  These reports contain links; therefore all files need to be extracted from the ZIP file and saved to a local hard drive in order to use the report links.  Make sure you select "Use folder names" when you extract the files.

Once extracted, there will be a folder for each evidence item, labeled to match the image name of the item.  Inside each folder is a file named "AnalysisReport.html".  Double click this file to open the report.  This report will provide the same file attributes as the PDF file: name, file extension, file type (on known files), full file path, file created date, last written date, last accessed date, if the file was deleted, and the MD5 hash of the file.  However, this format also provides a link to open each document or file (except graphics).  Graphic files will present a small version of the file.  However, depending on your computer's processing power and memory, many graphics may fail to load due to the large number of graphics in some of the reports.  You can locate the graphic files on DVDs #3 - #10, by following the file path of the file.

**DVD #3 -  DVD #10**

DVD #3 – DVD #10 contain the extracted files identified in this report.  Below is a listing of the evidence item (by image name) and the DVD containing the file:

| | |
|---|---|
| 1000220515_S1_RmA_C1_hdd0 | DVD #3 |
| 1000220515_S1_RmA_C1_Exthdd2 | DVD #3 |
| 1000220515_TSB100G_1_DriveCrypt01 | DVD #4 and DVD #5 |
| 1000220515_SGT500G_DriveCrypt01 | DVD #6 and DVD #7 |
| 1000220515_TSB100G_2_DriveCrypt01 | DVD #8 and DVD #9 |
| T_drive.rar | DVD #10 |

ATTACHED EXHIBITS
SECOND SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC

⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇
⬇ **EXHIBIT 088** ⬇

March 7, 2012 IRS Memorandum for Transmittal of Electronically Stored Information by IRS-CI Agent Tracy L. Daun; (ITEM No. 1 of March 22, 2012 discovery set);

## Discovery – March 22, 2012

## Item 1 – Question 3

Question 3 – Request for identification of location of 8 pages downloaded from one or more of your computers and released to you via discovery letter dated November 30, 2011.  The 8 pages are all reflected in Items 23A through 23K of the discovery released via letter dated February 25, 2010. IRS-CI Special Agent Tracy Daun has prepared a memorandum setting forth the exact location of the documents for you in the attached Memorandum.  (See Item 1 - Question 3, 3 Pages.)  In addition, please be advised that the government is not continuing to execute any of the original 2008 search warrants.  Searches for evidence to be used in this case are being limited to the materials indexed in the February 25, 2010, discovery.

**Internal Revenue Service
Criminal Investigation**



**Memorandum for Transmittal of
Electronically Stored Information**

---

**In Re:**           Daniel Rigmaiden
**Investigation #:** 1000220515
**Date:**            March 7, 2012
**Participants:**    Tracy L. Daun, Special Agent-Computer Investigative Specialist

Request:

On March 7, 2012, AUSA Fred Battista requested assistance with
responding to a request from Daniel Rigmaiden (Rigmaiden). Rigmaiden
inquired as to the location of 4 files I provided to AUSA Battista in October
2011. Rigmaiden also wanted to know where the files were listed in the
Analysis Report print-outs.

The files in question are:

agj_bag_liner_jagbags.co.nz.txt

agj_gerberstore.com_order.txt

agj_softshell_tadgear.com_order.txt

information.txt

Response:

**agj_bag_liner_jagbags.co.nz.txt**

The above file is located in a DriveCrypt encrypted volume named
filesalot.dcv on the Toshiba 100GB hard drive in the Xcraft enclosure that
was connected to the IBM ThinkPad. The file path for the file is:
\All_Files\From_disk\candidate_plan\Andrew_Johnson\AGJ_orders\big_orde
rs-12-08-2006\part-4_2-16-2007\agj_bag_liner_jagbags.co.nz.txt.

---

The filesalot.dcv file is listed on page 1 of the analysis report named
"Analysis Report – Toshiba 100GB Xcraft external USB hard drive." The
agj_bag_liner_jagbags.co.nz.txt file is not individually listed in the analysis
reports.

**agj_gerberstore.com_order.txt**

The above file is located in a DriveCrypt encrypted volume named filesalot.dcv on the Toshiba 100GB hard drive in the Xcraft enclosure that was connected to the IBM ThinkPad.  The file path for the file is: \All_Files\From_disk\candidate_plan\Andrew_Johnson\AGJ_orders\big_orders-12-08-2006\part-4_2-16-2007\agj_gerberstore.com_order.txt.

The filesalot.dcv file is listed on page 1 of the analysis report named "Analysis Report – Toshiba 100GB Xcraft external USB hard drive."  The agj_gerberstore.com_order.txt file is listed on page 129 of the analysis report named "Analysis Report – encrypted volume filesalot.dcv from 100GB ext hdd."

**agj_softshell_tadgear.com_order.txt**

The above file is located in a DriveCrypt encrypted volume named filesalot.dcv on the Toshiba 100GB hard drive in the Xcraft enclosure that was connected to the IBM ThinkPad.  The file path for the file is: \All_Files\From_disk\candidate_plan\Andrew_Johnson\AGJ_orders\big_orders-12-08-2006\part-4_2-16-2007\agj_softshell_tadgear.com_order.txt.

The filesalot.dcv file is listed on page 1 of the analysis report named "Analysis Report – Toshiba 100GB Xcraft external USB hard drive."  The agj_softshell_tadgear.com_order.txt file is listed on page 134 of the analysis report named "Analysis Report – encrypted volume filesalot.dcv from 100GB ext hdd."

**information.txt**

The above file is located in a DriveCrypt encrypted volume named filesalot.dcv on the Toshiba 100GB hard drive in the Xcraft enclosure that was connected to the IBM ThinkPad.  The file path for the file is: \All_Files\From_disk\candidate_plan\Andrew_Johnson\prepaid_debit_cards\Wired_Card\information.txt.

The filesalot.dcv file is listed on page 1 of the analysis report named "Analysis Report – Toshiba 100GB Xcraft external USB hard drive."  The information.txt file is listed on page 266 of the analysis report named "Analysis Report – encrypted volume filesalot.dcv from 100GB ext hdd."

Disposition of Work Product:

> This report was provided to AUSA Fred Battista and SA Denise Medrano via email.

Tracy Daun
2012.03.07
17:51:28 -07'00'

Tracy L. Daun
Special Agent – Computer
Investigative Specialist

I prepared this memorandum on March 7, 2012, after refreshing my memory from notes made during and immediately after the case work in the aforementioned matter.

Tracy Daun
2012.03.07
17:51:41 -07'00'

Tracy L. Daun
Special Agent – Computer
Investigative Specialist

**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**
**⬇ EXHIBIT 089 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Select documents for Domicilio apartment complex, apartment No. 1122, leasing agreement for Steven Brawner covering October 21, 2008 through April 30, 2008; (2/19/09 BATES Nos. 4968, 4970, 4969, 4975-4976, and 4994 of UNKNOWN discovery set);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

· ¦

· ¦

## RENTAL AGREEMENT

THIS AGREEMENT, entered into this 10/21/2007 between Domicilio, hereinafter referred to as "Management" and the following Resident(s), Steven Brawner, hereinafter referred to as Resident(s)*. Management does hereby rent to Resident(s), Apartment Number 1122, located at 431 El Camino Real #1122  Santa Clara CA 95050-4366, California under the following terms and conditions, (as used herein, the term "Management" includes any and all owners of record of the property comprising the complex and their partners, associates, officers, directors, employees, and agents).

### TERM, RENT, AND DEPOSIT

1.  It is agreed that the monthly rental shall commence on 10/21/2007 and will expire on 04/30/2008,

Thereafter, it is mutually agreed that tenancy shall be on a month-to-month basis, and the rent per month will be the same as the last month of the term of the Rental Agreement, unless Management has given a 30-day written notice of change in terms of this agreement, or other notice allowed by law.

2.  Resident(s) agrees to pay rent to the Management for each month, in advance, by check or money order (but not in cash) on or before the first day of each month, during the full term of this rental agreement the sum of $1945.00  for the apartment as described. There is no grace period. Rent for the first month has been prepaid by Resident(s) in the amount of $1945.00. All prorations of rent shall be made based on a 30-day month. Rent is due for days of move in and move out. Resident(s) understands that adjustments in rental rates are inevitable. Management reserves the right to increase or adjust rental rates based on market conditions, operating expenses, financial costs, or any other factor at the sole discretion of Management upon expiration of the term of this Rental Agreement, by giving 30 days written notice.

Rent may be paid in person at:
   Domicilio
   431 El Camino Real
   Santa Clara CA 95050-4366
   (408) 345-3333
   Hours: Monday through Sunday 9:00am – 6:00pm

3.  Resident(s) further agrees that they are jointly and severally liable for all rent incurred during the term of this Agreement whether or not in actual possession of the premises. In addition to all other payments required of Resident(s) hereunder, before taking possession of the property Resident(s) agrees to pay a $ 500.00 Security deposit (to secure faithful performance of Rental Agreement). The deposit may be used to compensate Management for Resident's default in the payment of rent, to repair damages to the premises, exclusive of ordinary wear and tear, caused by Resident or his/her guest or licensee, clean the premises upon termination of the tenancy, and to remedy future defaults by Resident in any obligation under the rental agreement including the obligation to restore, replace or return personal property or appurtenances, exclusive of ordinary wear and tear. The security deposit is not intended, nor shall it be construed, to be applied as rent by Resident(s), and the full monthly rent shall be paid on or before the first day of the month, including the last month of possession or of the lease term. Resident(s) agrees to pay for all utilities, services and charges (including without limitation any utility or service deposits) based upon occupancy of the premises as set forth in the utilities addendum attached hereto.

4.  RESIDENT(S) AGREES TO PAY LATE CHARGES ON ALL RENT NOT PAID BY THE FOURTH (4th) OF THE MONTH. LATE CHARGES WILL BE $50.00. IF ANY CHECKS ARE RETURNED BY THE BANK FOR ANY REASON, THERE WILL BE A FURTHER CHARGE OF $25.00 FOR EACH CHECK. MANAGEMENT'S ACCEPTANCE OF ONE LATE PAYMENT DOES NOT WAIVE MANAGEMENT'S RIGHT TO REFUSE SUBSEQUENT LATE PAYMENTS. AFTER TWO DISHONORED CHECKS, ALL SUBSEQUENT AMOUNTS DUE MUST BE PAID BY CASHIER'S CHECK OR MONEY ORDER.

### AGREEMENTS REGARDING OCCUPANCY

5.  Resident(s) shall not sublet all or a portion of the premises or assign the Rental Agreement without the prior written consent of Management. Any sublet or assignment will not release Resident(s) from liability. Said premises are to be occupied solely as housing accommodations by 1 occupant(s) only, and for no other purpose whatsoever.

6.  Resident(s) shall keep said premises in a good state of preservation. The Resident(s) shall not disturb, annoy, endanger or interfere with other residents of the building or neighbors, nor use the premises for any unlawful purposes, nor violate any law or ordinance, nor commit waste or nuisance upon or about the premises.

7.  Resident(s) agrees to leave the premises completely clean and in good condition and repair when vacating, it being understood that Resident(s) shall not be responsible for reasonable wear and tear (due solely to the passage of time), act of God and the elements. Resident(s) acknowledges receipt in duplicate of the "Apartment Condition Checklist." Resident(s) within five (5) days of occupancy of the premises agrees to return said Apartment Condition Checklist to Management with the condition of the apartment noting, requests for cleaning, maintenance, and any deficiencies of an existing nature which are not of a "repairable" nature, but are to be recorded as pre-dating this occupancy. Said Apartment Condition Checklist, when returned to Management, shall be signed by the Resident(s) and one copy shall be retained by Management. The Resident(s) shall have one copy countersigned by Management which is to be retained by the Resident(s). If the form is not returned to Management and properly countersigned within said period, it shall be conclusively presumed that the premises were in good condition and repair and clean at the time the Resident(s) occupied the same.

8.  Resident(s) agrees not to keep any pet in the premises without written permission of Management, and only after paying to Management an addition to the security deposit as required and after complying with any pet policies in effect at that time.

· Read and Understood       S B

Page 1 of 5

2/19/09 4968

## RENTAL AGREEMENT

9. Resident(s) acknowledges that Resident(s) has examined, received, and read the Community Rules and the same are a part of the terms and conditions of tenancy.

10. Resident(s) agrees not to make any alteration, installations, repairs or redecorations of any kind whether permitted by law or otherwise to the premises without written consent by Management.

11. The invalidity or partial invalidity of any provision of this Agreement shall not render the remainder of the Agreement invalid or unenforceable.

12. Abandonment: Resident(s) shall not vacate or abandon the premises at any time during the term of the Rental Agreement. If Resident(s) abandon or vacate the premises or is dispossessed by process of law or otherwise, any personal property belonging to Resident(s) and left on the premises shall, at the option of Management, be deemed abandoned, and Management will have the right, but not the obligation, to remove there from all or any personal property in the manner as prescribed by law. Under the terms of this Agreement, Resident may be responsible for the rental value of the premises for up to 30 days after management discovers that resident has abandoned the premises if the Agreement has converted to a month-to-month tenancy.

13. Resident(s) acknowledges that the premises (the building and the complex of which the premises and building are a part) are not a "security" complex. Management makes no representation or warranties that the building or complex is secure from theft or any other criminal activity perpetrated by any Resident(s) or others. Security officers to the extent that they may be in the complex and other security facilities provided by the Management are for the Resident(s) convenience only, and the Management makes no warranty or representations as to the effectiveness of any such security officers or facilities, including apartment windows and doors, as a deterrent against any criminal activity, damage, or injury to Resident(s) or any invitee of the Resident(s) or the personal property of the Resident(s) or any invitee of the Resident(s).

14. Management will not be responsible for damages to any person for any interruption or reduction in utilities, cable, and telephone or services.

15. Miscellaneous terms: Resident(s) agrees to comply with any energy conservation programs implemented by Management. NO ORAL AGREEMENTS HAVE BEEN ENTERED INTO, AND THIS AGREEMENT SHALL NOT BE MODIFIED UNLESS SUCH MODIFICATION IS IN WRITING. Time shall be of the essence regarding the Agreement.

16. Management will have the right to enter the premises as allowed by law. Law permits entry in case of emergency, to make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, to test smoke detectors, or exhibit the dwelling apartment to prospective or actual purchasers, mortgages, tenants, workmen or contractors or to make an inspection pursuant to subdivision (f) of Section 1950.5, when the tenant has abandoned or surrendered the premises and pursuant to court order. Landlord will serve Tenant with written notice before entry unless entry is due to an emergency, surrender or abandonment of the apartment, or the tenant and landlord agree orally to an entry to make agreed repairs or supply agreed services at an approximate day and time within one week of the oral agreement, or tenant is present and consents to entry at the time of entry, or to exhibit the apartment to prospective or actual purchasers of the property, provided that Landlord has notified Tenant in writing within 120 days of the oral notice that the property is for sale and that Tenant may be contacted to allow for an inspection.

### TERMINATION OF TENANCY

17. Violation by Resident(s) of any applicable ordinance or statute shall be deemed sufficient cause for termination of tenancy. Resident(s) representations made in the rental application shall be considered inducement of Management to execute this Rental Agreement. Misrepresentations in the application shall be considered a noncurable breach and cause to terminate this Rental Agreement. Each and every term, covenant and agreement herein contained shall be deemed a condition to Resident(s) right to lease and occupy the premises. Management would not have entered into this Rental Agreement except upon reliance that Resident(s) shall fully perform each and every condition.

18. RESIDENT(S) AGREES TO DELIVER TO MANAGEMENT WRITTEN NOTICE OF INTENTION TO VACATE AT LEAST THIRTY (30) DAYS PRIOR TO THE EXPIRATION OF THE TERM OF THE LEASE OR THIRTY (30) DAYS PRIOR TO TERMINATION OF ANY MONTH TO MONTH TENANCY. RESIDENTS OBLIGATIONS UNDER THE LEASE (INCLUDING THE OBLIGATION TO PAY RENT) WILL CONTINUE UNTIL 30 DAYS AFTER THE LATER OF (1) THE DATE NOTICE IS GIVEN BY RESIDENT OR (2) THE EXPIRATION DATE SPECIFIED IN PARAGRAPH 1, UNLESS THE TENANCY IS OTHERWISE TERMINATED IN ACCORDANCE WITH APPLICABLE LAW.

Read and Understood    S B

2/19/09 4970

## RENTAL AGREEMENT

19. Management will inspect the premises, setting the requirements for janitorial cleaning, carpet cleaning, drapery dry cleaning, and interior repainting, upon termination of tenancy to determine whether there are any charges to the Resident(s) with regard to the deficiencies in the condition of the premises. Resident(s) may be present during this inspection, scheduled at the convenience of Management. In the event there is any charge to the Resident(s), the security deposit will be used to offset Management's charges and the balance will be refunded to the Resident(s). If said security deposits are insufficient to cover said charges, Resident(s) shall promptly pay any deficiency. Resident(s) agrees to pay costs for cleaning and refurbishing the premises and returning said apartment to the condition to which it was delivered to Resident(s), exclusive of ordinary wear and tear, and the overhead cost of Management for contracting and supervising the refurbishing work, for which the Resident(s) is responsible. Management's obligations with respect to the cleaning and security deposits are those of a debtor and not a trustee; said deposits shall not bear interest (unless otherwise specified by law) and can be commingled with Management's general funds.

20. Resident(s) agrees that if they fail to vacate past the ending date of a proper notice to terminate by either party, shall become a holdover tenancy commencing with the first day after the expiration of the notice period, and that Resident(s) shall be responsible for all losses suffered by management and displaced tenants who anticipated taking occupancy at the end of the notice period, including attorney's fees and costs.

21. Any refund will be made jointly to the residents and any sharing or division of the settlement for these deposits among the Resident(s) shall be the responsibility of the Resident(s) not the Management.

### INSURANCE – LIABILITY

22. Management will not be liable for any damage or losses to person or property caused by other residents or persons, theft, burglary, assault, vandalism, or other crimes. Management shall not be liable for personal injury or damage to or loss of Resident(s) personal property (furniture, jewelry, clothing, etc.) from fire, flood, water leaks, rain, hail, ice, snow, explosions, interruption of utilities, earthquake or any other act of God unless same is due to negligence of Management. Resident(s) agrees to secure his own insurance to protect against all of the aforementioned. Resident(s) personal property is not insured by Management.

23. It is agreed that Management at its sole option may terminate this Rental Agreement immediately where and when a destruction of the premises, building or complex has occurred and the repair or restoration of said premises, building or complex cannot be reasonably completed within 7 days after it is commenced, or where the loss is not covered by the Management's fire and extended insurance policy then in effect; or if the premises, building or complex are taken under the power of eminent domain or transferred in lieu thereof.

24. Resident(s) releases Management from any liability for loss or damage to Resident(s) property while stored on said premises, building or complex. No property shall be stored outside the premises without prior written consent of Management. Any property so stored shall be removed immediately upon termination of tenancy. In the event such property is not so removed, Management may dispose of same without any liability to Resident(s) whatsoever as allowed by law.

25. Management shall not be liable for any damage occasioned by water being upon or coming through the room or opening of any nature in the building of which the premises are a part. In the event of such penetration of water, Resident(s) shall promptly notify Management. Resident(s) shall use reasonable care to cause all windows and other openings in the premises to be closed in the event of rain. Any defective condition on the premises which comes to the attention of the Resident(s), wherein there is reason to believe it is unknown to the Management, shall be reported in writing to the Management within 48 hours. When the defective condition may cause serious damage to person or property, it shall be reported immediately.

26. Resident(s) use of swimming pool, fitness equipment, laundry rooms, or other amenities shall be at the resident(s) own risk and without liability to Management. This Rental Agreement is made on the express condition that Management is to be free from all liability or loss caused by Resident(s), or Resident(s) agents' or invitees', improper, negligent or intentional acts or omissions, including but not limited to liability or loss arising out of injury to person or property, while in or on, or in any way connected with the premises, building, grounds or facilities elsewhere in the complex, or with the improvements or personal property therein or thereon, including any liability for injury to the person or property of Resident(s) or Resident(s) agents' or invitees'. Resident(s) hereby covenants and agrees to indemnify, hold harmless, and defend Management against all claims, losses or liabilities for injury or death to persons or agents or for damage to or loss of use of any property arising out of any occurrence in, on or about the premises, building, grounds or facilities located within the complex, if caused or contributed to by Resident(s) or Resident(s) agents' or invitees'. Such indemnification shall include and apply to attorney's fees, investigator costs, and other costs actually incurred by Management. Resident(s) shall further indemnify, defend and hold harmless Management from and against any and all claims arising from any breach or default in the performance of any obligation on Resident(s) part to be performed under the terms of this Rental Agreement. The provisions of this paragraph 26 shall survive termination of the Rental Agreement with respect to any damage, injury, death, breach or default occurring prior to such termination. All of said damages and costs shall be immediately paid from Resident(s) to Management. Resident shall provide copies of insurance policy for renters and automobile coverage promptly upon incident of loss.

27. Resident(s) shall not cause, suffer nor permit any act to be committed which will increase the existing rate of insurance upon the building in which the premises are located or violate any provision of or cause the cancellation of any insurance policy covering said building and shall not keep any articles on the premises which may be prohibited to be kept by the standard lease form, local government codes or any provisions of the insurance policy then in effect.

Read and Understood      SB

Page 3 of 5

## RENTAL AGREEMENT

**DEFAULTS AND REMEDIES**

28. In the event that Resident(s) breaches this Rental Agreement, Management shall be allowed at Management's discretion, but not by way of limitation, to exercise any or all remedies provided Owner by California Civil Code Section 1951.2 and 1951.4. Damages the Management "may recover" include the worth at the time of the award of the amount by which the unpaid rent for the balance of the term after the time of award (or for any shorter period of time specified in the Rental Agreement) exceeds the amount of such rental loss for the same period that Resident(s) proves could be reasonably avoided.

    Resident is notified that Resident's performance as a resident of this property may be reported to credit reporting agencies.

29. In the event that it is necessary for either party to retain an attorney or to bring suit to enforce this Rental Agreement, the prevailing party shall be entitled to all attorney's fees and court costs reasonably required to enforce the Rental Agreement, whether or not suit is filed. These costs include, but are not limited to, attorney's fees, court costs, miscellaneous legal charges, copying charges, courier fees, discounts for assignment to collection agencies, etc. Interest shall occur at a rate of 10% per annum on any unpaid amount due, until said amount is fully paid.

30. Management employs from time to time management agents who are authorized to act for and on behalf of the Management for the purposes of service of process and for the purpose of receiving legal notice and demands. Resident(s) agrees to recognize and deal through these agents only.

31. The on-site Property Manger at Domicilio 431 El Camino Real Santa Clara CA, 95050-4366 (408) 345-3333 is authorized to manage the Premises on behalf of the Premise's owner, and is authorized to act on behalf of the owner for the purpose of receiving service of process and receiving notices and demands.. Resident(s) agrees to recognize and deal through these agents only.

32. It is agreed that any notices which may be given from time to time by Management to Resident(s) or that are required to be given under the terms of this Rental Agreement or under the terms of the law, will be personally delivered, or posted and mailed, normal mail the same day, or by leaving the notice with a person of suitable age and discretion and thereafter mailing a copy, normal mail the same day or in any other manner allowed by law.

**MISCELLANEOUS**

33. Resident(s) hereby acknowledges that any flat roofs, or portions of roof area, adjacent to the rented premises are not designed and should not be used for walking upon nor to have any objects of any kind placed upon them at any time, and that Resident(s) understands that any damages resulting from the violation of this requirement including, but not limited to water leaks through, or damage to the roof, will be the sole responsibility of the Resident(s). Damages will be repaired and Resident(s), in accordance with the Rental Agreement, will be held responsible for, and will promptly pay for the cost of repair.

34. If a fire protection device such as a smoke alarm or smoke detector is installed within the apartment, the Resident(s) assumes responsibility for the maintenance of said device upon taking occupancy. This maintenance shall include smoke detectors and fire extinguishers. Resident(s) assumes liability for testing of devices or periodically inspecting pressure gauges, if any, and promptly reporting any deficiencies to the Management. Upon notification to the Management by the Resident(s), Management will make the necessary repairs in a reasonable amount of time.

35. All Resident(s) should be aware that storage of firewood, or other storage items on patios, decks, and entryways, may cause damage to the buildings. As any such damage is the responsibility of the Resident(s), Resident(s) agrees to take precautions to prevent. remedy default if noticed, and pay Management the cost of repairs.

36. Resident(s) acknowledges receipt of the following items:

    2 Door Keys, 1 Mailbox Key, 1 Access Fob / Garage Remote, 1 Parking Permit

    Resident acknowledges that there will be a fee charged for the replacement of any of the above items.

Read and Understood     SB

Page 4 of 5

2/19/09 4975

# RENTAL AGREEMENT

37. Pest Control Service (Check one only)

_____ Resident understands that Management has not contracted with a registered structural pest control company to provide periodic pest control services to the premises. Resident agrees to notify Management immediately upon the discovery of any insect or other pest infestation on the premises.

__X__ Resident understands and agrees that Management has contracted with a registered structural pest control company to provide pest control services to the premises on a periodic basis. Resident hereby acknowledges that Resident has been given written notice regarding the use of said pesticides on the premises as provided for under Section 8538 of the Business and Professions Code and Section 1940.8 of the California Civil Code.

38. The undersigned acknowledges and understands that a large artificial landscaping waterway and lake is, or may be, constructed and maintained throughout this complex. The undersigned recognizes the presence of this hazard for residents household members and guests and the necessity for proper and adequate supervision by the Resident(s) of all such persons in the area of this lake or waterway.

39. Resident(s) agrees to use designated parking space exclusively for the parking of motor vehicles, including automobiles, motorcycles, and pickup trucks, but excluding trailers of any kind, boats, campers, buses or trucks larger than four-ton pickup. At no time can any vehicle be used as a device for signs.

40. Each of the parties hereto acknowledges receipt of an executed duplicate copy of this Rental Agreement. All Resident(s) shall sign this Rental Agreement and shall be jointly and severally liable thereunder, and any subtenant or guest, whether or not considered to be by Management, by taking occupancy, shall be deemed to have knowledge of and to have consented to the terms of this Rental Agreement. This Rental Agreement, together with the Addenda, attached Disclosures, and Exhibits conation all representations, warranties and covenants made by Resident and Management and constitute the entire understanding between the parties with respect to the subject matter hereof. Any proper correspondence, memoranda or agreements are replaced in total by this Agreement together with the Addenda, Disclosures and Exhibits.

41. The following notice is given pursuant to Civil Code §2079.10a. Real Property Disclosure: Registered Sex Offenders: NOTICE: The California Department of Justice, sheriff's departments, police departments serving jurisdictions of 200,000 or more and many other local law enforcement authorities maintain for public access a data base of the locations of persons required to register pursuant to paragraph (1) of subdivision (a) of Section 290.4 of the Penal Code. Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

42. The undersigned expressly understand(s) that Paragraphs 1 and 18 above contains provisions under which this Lease may automatically continue as a tenancy from month to month upon the expiration of the term specified in paragraph 1.

**Disclaimer**

43. YOUR USE OF THE Domicilio WiFi IS AT YOUR OWN RISK. Domicilio PROVIDES NO WARRANTY (EXPRESS OR IMPLIED) NOR MAKES ANY REPRESENTATION OF ANY KIND THAT THIS SERVICE WILL BE ERROR FREE, IS SAFE OR PROTECTED, THAT DATA OR EQUIPMENT WILL NOT BE EXPOSED TO RISK OF HARM OR LOSS OR DISCLOSURE TO UNINTENDED PERSONS. YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEMS OR LOSS OF DATA OR PRIVACY THAT MAY RESULT FROM YOUR USE OF THE Domicilio WiFi. THE INTERNET IS NOT SECURE AND YOU SHOULD AVOID THE USE OF SENSITIVE, CONFIDENTIAL INFORMATION IN UNENCRYPTED MESSAGES. THE AVAILABILITY OF THIS WiFi AND THE PRIVACY OF ANY CONTENT IS NOT GUARANTEED BY Domicilio.

**Limitation of Liability**

44. You agree that the Domicilio shall not be liable for any direct or indirect damage or loss related to the use of this site, the cost of goods and services resulting from any transaction entered into from this site, unauthorized access to or adjustment of your data transmissions, declarations or conduct of any third party using this service, or any other subject relating to this service.

| | | | | |
|---|---|---|---|---|
| Resident | 10-21-2007 | Manager | | 10/22/07 |
| | Date | | | Date |
| Resident | Date | Resident | | Date |
| Resident | Date | Resident | | Date |

Read and Understood _____SA_____

2/19/09 4976



2/19/09 4994

↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓
↓ **EXHIBIT 090** ↓

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

(1) March 18, 2008 letter from Domicilio management inviting Steven Brawner to renew his lease on apartment No. 1122; and (2) Domicilio apartment complex records indicating that Steven Brawner would continue renting apartment No. 1122 "month to month" after April 30, 2008; (2/19/09 BATES Nos. 4992 and 4988 of UNKNOWN discovery set);



March 19, 2008

Steven Brawner
431 El Camino Real #1122
Santa Clara CA  95050

RE: Renewal Options

Dear Steven,

Your current lease will expire on April 30, 2008. At this time, we would like you to renew your
lease so that you may continue to enjoy the quality and comfort you have come to expect living
at Domicilio Apartment Homes.

**We are happy to offer the following renewal rate on a 9-12 month lease at $1945.00 or on a
month-to-month basis at $1975.00.**

Please contact the management office with your lease choice so that we may prepare your lease
extension for you. **Please respond by April 22, 2008. Please remember, if you wish to vacate
your apartment a written (30) thirty-day notice is required. If a lease is not signed by April
30, 2008, we will assume you wish to remain on a month-to-month basis and the rate of
$1975.00 will apply.**

Domicilio  is working with a leading insurance company to offer you high quality, low cost
insurance protection. The e.RenterPlan insurance products offer affordable coverage options
designed specifically for residents of professionally managed communities. At your option, you
may choose to enroll in one of the three programs offered to residents of Domicilio Apartments,
or alternatively, you may secure your own coverage elsewhere.

E.RenterPlan products satisfy the financial responsibility requirements of your lease agreement.
If you elect to obtain coverage from another insurance carrier you will be required to furnish the
name of your insurance company, the policy number, and the effective and expiration dates of
your policy when you complete the lease transaction. A resident of Domicilio is in violation of
the lease agreement if coverage is not in place during the term of the lease agreement and proof
of said coverage is provided to management office at time of signing renewal.

For your convenience, you can visit the website below to review what the e.RenterPlan offers.
More detailed information can be found at www.eRenterPlan.com.

2/19/09 4992

Resident Communication Log

3-29-08    Steven Brawnor CALLED IN RESPONSE TO
          His RENEWAL OPTIONS. HE WILL BE GOING
          MONTH TO MONTH UNTIL FURTHER NOTICE.

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

**⬇ EXHIBIT 091 ⬇**

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

FBI FD-302 Reports by FBI Agent Richard J. Murray RE: Domicilio management indicated that occupant of apartment No. 1122 paid his rent with money orders for May, June, July and August of 2008; (Investigation dates: July 29, 2008 and July 31, 2008); (2/12/09 BATES Nos. 231-232 of February 17, 2009 discovery set);

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   09/11/2008

     On July 29, 2008, Mona Chen, Mona Chen, Property Manager, Domicilio Apartments, 431 El Camino Real, Santa Clara, California, provided the following information:

     Chen advised that the occupant of Apartment 1122 had not given notice to vacate the apartment.  As of the date of the interview, the occupant had not paid the rent.  The renter paid with a money order on the following dates:  May 5, 2008, June 4, 2008 and July 3, 2008.  Property Management does not retain copies of the money orders.

     Written notice to vacate an apartment is required with 30 days advance notice.  After the fifth of the month, a late charge is assessed to renter's for their monthly payment.

     Date paid information is maintained but not method of delivery.  Domicilio banks with Bank of America and maintains payment information such as batch and date of deposit.

| | | |
|---|---|---|
| Investigation on | 07/29/2008 at Santa Clara, California | (telephonically) |
| File # | 288A-PX-82001 —)ᢣ⌐ | Date dictated |
| by | SA Richard J. Murray | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

2/12/09 231

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    09/11/2008

On July 31, 2008, Mona Chen, Mona Chen, Property Manager, Domicilio Apartments, 431 El Camino Real, Santa Clara, California, provided the following information:

Chen advised that the occupant of Apartment 1122 paid his rent sometime during the night prior to the interview, between the afternoon of July 30, 2008 and July 31, 2008 at 7:45 a.m.  The payment was made to the drop box.  The payment was made in money orders from Safeway and Chen maintained copies of the money orders.

The money orders are the following:

        S/N 68004291201, $500, 7/28/2008
        S/N 68004291212, $500, 7/28/2008
        S/N 68014598795, $500, 7/29/2008
        S/N 68014598806, $475, 7/29/2008

The money orders were made out to Domicilio and were marked for rent for 1122 for the month of August 2008.  The checks were marked 1 of 4, 2 of 4, 3 of 4 and 4 of 4.

---

Investigation on   07/31/2008   at  Santa Clara, California    (telephonically)

File #  288A-PX-82001 - 124                    Date dictated

by   SA Richard J. Murray

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

2/12/09 232

⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇
⬇ **EXHIBIT 092** ⬇

Leasingdesk.com eRenterPan insurance policy for Domicilio apartment No. 1122; (2/19/09 BATES Nos. 4936-4940 of UNKNOWN discovery set);

LeasingDesk.com: Lease File Details                                    Page 1 of 2

**L D • LEASINGDESK**
Insuring a better renting experience.

Customer Service **1-888-205-8118**

Welcome: Vikki Phillips   Property: Domicilio-PRO        ▦ Edit Prop   Home  Reporting  Logout

## Lease File Details
### Resident Details

| Resident(s) | Edit Names | Misc Information | |
|---|---|---|---|
| Brawner, Steven | | File Created: | 10/19/2007 |
| | | Lease Start Date: | 10/21/2007 |
| | | Resident ID#: | 682956 |
| | | Created By: | SystemUser |
| | | Lse Agent Init: | EPL |

*enrolled online directly through our Consumer website no signed paper documents available.*

Location Address    Transfer Location    Mailing Address
431 El Camino #1122
Santa Clara, CA 95050

Contact Info                    Email
(H)                             fforrentinsur@yahoo.com
(W)                             Notices Off:  Turn Notices On

Void    Make Vacant                    Edit    Duplicate

### Renters/Liability Policy Information

Insurance Carrier: American Modern Home Insurance Company
Policy Type: eRenterPlan - RI          Policy Status: Active
Policy Number: 0030330952              Policy Eff Date: 10/21/2007
Pers Prop Limit: $20,000               Policy Exp Date: N/A
Liability Limit: $100,000

### Policy Billing & Options        *Payment Term*

Payment Term: Semi-Annually
Payment Type: CC - 4862..0306
Billing Dates: 4/5/2008
Endorsements:

### Contact Information        Add Contact

| Date | Code | Desc |
|---|---|---|
| 07/18/08 | 4009 | Other – Federal Law Enforcement Agent Inquire |
| 10/19/07 | 4039 | Printed and Mailed Ins Conf Doc - Resident Printed Conf Letter on eRenterP |
| 10/19/07 | 4024 | Confirmation Letter Send Via Email - fforrentinsur@yahoo.com |
| 10/19/07 | 4024 | Confirmation Letter Send Via Email - domicilio@prometheusreg.com |

*✱ no contact from insured during term of policy*

Top Prev Next Bottom Row+ Row-
Contacts 1 - 4 from 4

### Transaction History
Actions: CC  $Adjust  $Transfer  ReverseLastStmt ProcessCXL Change Billing Date
Policy#: 0030330952

| Date | Type | Begin | End | Ref | Ref #2 | Amount | |
|---|---|---|---|---|---|---|---|
| 04/06/08 | C | | | VTHF2AC77353 | 4862..0306 | ($108.00) | *Payment* |
| 04/03/08 | S | 04/21/08 | 10/21/08 | 2692136 | | $108.00 | |

LeasingDesk.com: Lease File Details                                      Page 2 of 2

| 10/20/07 | C |          |          | NA          | NA          | $0.00      |              |
|----------|---|----------|----------|-------------|-------------|------------|--------------|
| 10/20/07 | S | 10/21/07 | 04/21/08 | 2157395     |             | $108.00    |              |
| 10/19/07 | C |          |          | VPCF1D3E264D | 4862..0306IP | ($108.00) | ~ *payment*  |
| Balance  |   |          |          |             |             | $0.00      |              |

Policy Pay Type: CC- Policy Pay Term: **S**

Top Prev Next Bottom Row+ Row-
Transactions 1 - 5 from 5

**Pre Lease Activities**

Go to Forms Drawer

**Post Lease Activities**

eRenterPlan Policy **#0030330952**
was issued on  10/19/2007 and
effective 10/21/2007 .
Click Here to Print Confirmation Letter

**Resident Insurance Verification**
Insurance Verification

Logout | Home | Contact Us | Help

Copyright © 2000-2007, Multifamily Internet Ventures, LLC - All Rights Reserved

7/18/2008
2/19/09 4937



**eRenterPlan**
INSURANCE FOR APARTMENT RESIDENTS

Mailing Address:
P.O. Box 17478, Irvine, CA 92623-7478
Customer Service: 1-888-205-8118
M-F 6:30am PST to 5:30pm PST

Approved Community: Domicilio

**Confirmation**

Notice Date: 10/19/2007

682958

| Name and Address of Insured: | Additional Insured(s): |
|---|---|
| BRAWNER, STEVEN<br>431 El Camino #1122<br>Santa Clara, CA 95050-0000 | Any new resident must be added to the policy in order to be eligible for coverage. Residents can be added or removed by logging onto http://www.eRenterPlan.com |

| Mailing Address: | Policyholder Contact Information: |
|---|---|
| | Telephone #:<br>Email Address: fforrentinsur@yahoo.com |

**Policy Summary:**

| | | | **Insurance Company:** | |
|---|---|---|---|---|
| Policy Number: | 0030330952 | | Insurance Company: | American Modern Home Insurance Company<br><br>Ameila, OH |
| Effective Date: | 10/21/2007 | | | |
| Coverage: | | Limit | Claims (Toll Free): | 1-800-375-2075 |
| Personal Property Coverage | | $20,000 | | |
| Additional Living Expenses | | | NAIC#: | |
| Personal Liability Coverage | | $100,000 | Agent: | LeasingDesk Insurance Services |
| Medical Payments to Others | | $1,000 | Lic#: | 0D12126 |
| Deductible: | | $250 | | |

| Optional Coverages: | Premium Installments: |
|---|---|
| | Your credit/debit card will be charged Semi-Annually for your period premium installments. Estimated billing dates are as follows: 4/5/2008. |

**Important Information**

Unless otherwise provided, this policy contains a $1,000 deductible for all Wind and Hail losses.

**Insuring Agreement:**
Your complete policy will be mailed to you via U.S. Mail within 15 days. The policy is your contract for insurance, not the Insurance Election Form or this Confirmation of Insurance. Please review all information closely for accuracy when received. The information given here is only a summary of coverage to be provided to you by this policy.

**Policy Cancellation:**
Your policy will NOT automatically terminate when you move-out. You must inform us of your cancellation in writing to avoid any further premium being billed to you or deducted from your account. You may also cancel your policy on-line at http://www.eRenterPlan.com.

**Notice of Cancellation:**
Your leasing office or apartment community manager may be notified of any notice of cancellation or non-renewal of your policy.

**Premium Installment Charges:**
If you have chosen to have your periodic premium installment payments debited from your bank account or credit card, please note that these periodic installments will be charged to your account roughly 7 to 14 days prior to your installment due date. This is for your protection and allows us sufficient time to notify you in writing in the event your account is closed or your credit card is declined by your issuing bank.

Form: COI-001

2/19/09 4938

LeasingDesk.com: Property Statistics                                      Page 1 of 2

# LD. LEASINGDESK

Insuring a better renting experience.

Customer Service  1-888-205-8118

Welcome: **Vikki Phillips**    Property:  Domicilio-PRO         Edit Prop    Home  Reporting  Logout

## Property Statistics

**Domicilio**
431 El Camino Real
Santa Clara, CA 95050

Tel#: 408-345-3333
Fax#: 408-345-3533

Units: 306
Acct Coord: KK
Prop ID: 4083
Mgmt Co: 10065 Prometheus Real Estate Group
(PRO)

**Misc**
Last Login:   6/30/2008
Last Policy:  7/16/2008
Last File:    7/16/2008
New - 7 days:          3
Pending Files:         8
CNX Active:           34
Other Exp:            31

Open Salesforce Info

*Apartment Community info.*

Current: RI: 139 PLC: 0 Other Ins: 87 Total Insd: 226   %: 73.9%



*N/A*



**Currently Assigned Users**

| user_id | user_name | user_email |
|---------|-----------|------------|
| 3900 | Domicilio | domicilio@prometheusreg.com |

7/18/2008

2/19/09 4939

JUL-18-2008  10:59      CID MESA                          480 503 7333      P.05

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena #    07-03-705 | Our Reference# |
|---|---|
| Agency Case #:    2008R05569 | Date Served: |
| Company Name: *Leasing Desk Insurance Services* | Address: |

I, *VIKKI Phillips*, declare that I am employed by *Leasing Desk*. I
am the duly authorized Custodian of Records for documents and/or information produced under
the above reference legal order. The company reserves its right to designate another Custodian as
it deems appropriate in the event an actual appearance is required concerning the records produced
herein. I certify the records produced herewith are a duplicate of the original(s) and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or
from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted business activity.

C)   Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith are identified as follows:

*Insurance Policy*
☐ Signature Cards(s)   ☒ Statement(s)   ☐ Cashiers' Check(s)   ☐ Deposit(s)/Credit(s)/Memos
☐ Check(s)/Withdrawal(s)   ☐ Wire Transfer(s) Forms
☒ Other: *CC # 4862 3671 7809 0306*
X *Computer screen shot w/ Transaction History.*

Records necessary for compliance may have been limited as indicated below:

☐ The company does not possess any of the records as described in the above reference
legal order.
☒ The enclosed records are true copies of the company records in the custodian's
possession as described in the above referenced legal order. This constitutes a ☒ final or ☐
partial production.
☐ The company received notification that no further production is required. File closed.
☐ Compliance with the above referenced legal order was limited to the following through
agreement with the requesting party: _____
☐ The company is unable to provide the following records as described in the above
referenced legal order because of the following: _____

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)
Executed on this *18* day of *July*, 20 *08*, at *Irvine, Ca*.

*Vikki Phillips*, Custodian of Records, Telephone # *949-809-7006*

TOTAL P.05

2/19/09 4940

⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇
⬇ **EXHIBIT 093** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Domicilio apartment complex, apartment No. 1122, electronic gate access key fob receipt (fob No. 58261); (2/19/09 BATES No. 4967 of UNKNOWN discovery set);

# Domicilio Resident Data Form

**Primary Resident**                                    Move in Date __10|21|07__

Last Name __Brawner__                        First Name __Steven__

Address __431 El Camino Real, Santa Clara, CA  95050__      Apartment Number __1122__

Home Phone Number _____

Directory Display Name_____      Directory Code_____

Parking Space(s) Assigned __208__          Parking Permit Assigned __12__

---

**Access Fobs**

Resident Name __Brawner__                        Fob __58261__

Resident Name _____      Fob _____

Resident Name _____      Fob _____

Resident Name _____      Fob _____

Resident Name _____      Fob _____

Resident Name _____      Fob _____

Resident Name _____      Fob _____

Fob(s) Programmed By _____      Date _____

2/19/09 4967

⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇
⬇ **EXHIBIT 094** ⬇

Paper print-out of email sent from Richard J. Murray to IRS-CI Agent Denise L. Medrano, AUSA Frederick A. Battista, USPIS Inspector James L. Wilson, and IRS-CI Agent Michael P. Fleischmann RE: apartment 1122 electricity bills are paid using money orders, checks, etc.; (Email sent date: July 22, 2008 5:20pm); (ITEM No. 3 of September 24, 2010 discovery set);

**Fleischmann Michael P**

| | |
|---|---|
| **From:** | Murray, Richard J. |
| **Sent:** | Tuesday, July 22, 2008 5:20 PM |
| **To:** | Medrano Denise L; Battista, Fred (USAAZ); 'JLWilson Fleischmann Michael P; Daun Tracy L |
| **Subject:** | Utility update |

Kwan called with updated utility information.

---

4 mos ago:  $50
3 mos ago:  $40
2 mos ago:  $30
1 month ago: $19/20

The system indicates the subject does not pay in cash which indicates check, money order, etc. Utility co sends him bill every day.

Courier reported a first class letter was sent to his box in the name of Steve Branner. Will see tomorrow if letter has been removed.

⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇
⬇ **EXHIBIT 095** ⬇

Bill from Silicon Valley Power to Steven Brawner RE:  431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050; (Letter date: January 16, 2009);



# CLOSING BILL

| | | | | |
|---|---|---|---|---|
| Account Number: | 00070682-04 | | Bill Date: | 11/19/2008 |
| Account Name: | STEVEN BRANNER | | Amount Due: | 56.10 |
| Service Address: | 431 EL CAMINO REAL 1122 | | Customer Service (408) 615-2300 | |

**Silicon Valley Power**
CITY OF SANTA CLARA

| Current Charges Total | 5.00 |
|---|---|

## Billing Comments

### THIS BILL IS DUE UPON RECEIPT

To avoid late charges and additional fees,
pay **56.10 IN FULL** before **12/10/2008.**

For more information, see back of bill.

## Billing Information

| | |
|---|---|
| Previous Balance | 42.10 |
| Payment | 0.00 |
| Adjustment | 9.00 |
| Current Charges | 5.00 |
| **Amount Due** | **56.10** |

## Usage Table and History Graphs

| Service Type | Read Dates From | Read Dates To | Days | Meter Readings Current | Meter Readings Prior | Mult | Usage | Meter Number | Rate | This Month This Year (Daily Avg) | This Month Last Year (Daily Avg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 10/16 | 10/16 | 0 | 10526 | 10526 | 1 | 0 kWh | 59207 | D1 | 0 kWh | |



Don't miss the Holiday Tree Lighting on Friday, December 5, at 6 p.m.
Music, refreshments, and Santa will join in the fun. Bring a canned
food item to donate to Second Harvest Food Bank.

---

Please return this portion with your payment in envelope provided. Make check payable to City of Santa Clara.

| Account No: 00070682-04   Route No. 227 | Amount Due: | 56.10 |
|---|---|---|
| Bill Date:     11/19/2008 | | |
| Past Due Date: 12/10/2008. | Amount Enclosed: | |

### CITY OF SANTA CLARA

00000050

STEVEN BRANNER
431 EL CAMINO REAL # 1122
SANTA CLARA, CA 95050-4327

40

000706820004000000056103





# CITY OF SANTA CLARA MUNICIPAL SERVICES DIVISION

1500 Warburton Avenue, Santa Clara, CA (in person)
P.O. Box 58000, Santa Clara, CA 95052-8000 (by mail)
8:00 A.M. to 5:00 P.M - Monday through Friday, except Holidays
www.ci.santa-clara.ca.us
www.siliconvalleypower.com

SILICON VALLEY POWER
CITY OF SANTA CLARA

## INQUIRIES

| | |
|---|---|
| Customer Service | 408 615-2300 |
| Commercial/Industrial Account Inquiries | 408 615-2307 |
| Mission Trail Waste Systems | 408 727-5365 |
| Household Hazardous Waste | 408 615-3080 |
| Energy Conservation - Residential | 408 244-7283 |
| Energy Conservation - Commercial/Industrial | 408 615-5694 |
| Water Conservation | 408 615-2000 |
| Recycling | 408 615-2063 |

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| kW | Kilowatt | PV | Primary Voltage |
| kWh | Kilowatt-hour | PF | Power Factor |
| TW | Triple Water Service | CW | Compound Water Service |
| HCF | Hundred Cubic Feet | RW | Reclaimed Water |
| GPD | Gallons per Day | E | Estimated Meter Reading |

1 Unit = 1 HCF = One Hundred Cubic Feet = 748 Gallons

## FEES, RATES AND CHARGES

City of Santa Clara "Municipal Fee Schedule" is on file at the City of Santa Clara Municipal Services Division Office, the City Clerk's Office and at the City Libraries. Hard copies are available for purchase at a nominal fee. The Schedule may be viewed at: http://www.ci.santa-clara.ca.us/finance/fi_mun_fee_sched.html

## DEFINITIONS

**Due Date:** The date on which the Customer receives the bill is the Due Date. Bills are presumed received three (3) days after the Bill Date if sent by U.S. Mail.
**Past Due Date:** That date which is set forth on the bill as the Past Due Date; Late Charges begin to accrue the day following the Past Due Date. For most Customers, the Past Due Date is twenty-one (21) days from the Bill Date.
**Shut Off Date:** Scheduled date for discontinuance of service due to non-payment of bill or deposit.
**Payment Date:** The payment date reflects the date of the last payment received during the current billing period.
**Late Charge:** This Late Charge shall be assessed against each amount owed on the day following the Past Due Date for bills of $25.00 or larger. The Late Charge is $5.00 or 1.5% of the Past Due Amount, whichever is greater.
**Returned Checks, Declined Credit Card Payments and Direct Payment Decline:** The charge for returned checks, declined credit card payments or declined Direct Payment is a per transaction fee as stated in the City of Santa Clara "Municipal Fee Schedule." Checks may not be accepted on accounts with a previously returned check.
**Deposit:** A Deposit may be required on all non-residential accounts and any account that fails to maintain satisfactory credit.
**Tampering or Theft:** Tampering with City equipment and/or theft of Utility Services is a violation of both the California Penal Code and City Code. At a minimum, a fee will be charged for either tampering or theft.
**48 Hour Notice:** Notice issued to customer to indicate scheduled discontinuance of service. Full payment must be processed and received by 5pm on the day prior to the Shut Off date in order to avoid discontinuance of service. A fee is charged for preparation of this notice.
**Usage Graph Month:** The usage graph month is determined by the Bill Date. It may reflect usage occurring in the previous calendar month.

## SERVICE DISCONTINUANCE AND DISPUTED BILL

**Service Discontinuance - Restore Service:** If service has been scheduled for discontinuance, or to restore service following discontinuance, the Customer must pay all charges. Payment must be made by credit card, cash or money order and delivered directly to the Offices of the Municipal Services Division. A fee is charged for service restoration.
**Disputed Bill:** When there is a dispute concerning the amount of any bill rendered by Municipal Services, prior to the Past Due Date, the customer shall: (1) notify the Municipal Services Division of the dispute by telephone number at: 408 615-2300 and (2) at the customer's election, pay to Municipal Services either: (a) the entire amount or (b) pay the undisputed portion of the disputed bill.

## METER READINGS

The City requires unimpeded and unhindered meter access at all times for the purpose of inspection, testing and reading. Your utility meters are read approximately the same time each month. If we are unable to read your water or electric meter(s), the bill for service may be estimated based upon your prior usage. Estimated meter reads are shown with an "E" suffix under the "Usage" column.

## RATES AND REGULATIONS

In certain instances, minimum charges may apply. Utility rate schedules and regulations are on file at the City of Santa Clara Municipal Services Division Office or the utility providing the service. You may also review the various utilities and Municipal Services Rules and Regulations at the following website: http://www.ci.santa-clara.ca.us/community/municipal_utilities.html
CSC09P (10/06)

⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇
⬇ **EXHIBIT 096** ⬇

*ATTACHED EXHIBITS*
*SECOND SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Comcast subpoena response materials for District of Arizona Grand Jury Subpoena No. 07-03-708; Attached materials includes letter/notice that no Comcast Cable Communications, LLC customer or subscriber information (*i.e.*, no Internet service) is associated with 431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050; (Originator: IRS-CI Agent Denise L. Medrano; Subpoena service date: July 23, 2008; Comcast response date: August 5, 2008); (3/2/09 BATES Nos. 6896-6901 of March 2, 2009 discovery set);

Subscriber Info

- Santa Clara
  Apartment



Comcast Cable Communications, LLC
Legal Response Center
5800 South Quebec Street
Greenwood Village, CO 80111
800.871.6298 Tel
720.267.2794 Fax

LP # 75257

August 5, 2008

**SENT VIA FIRST CLASS MAIL**

Assitant United States Attorney
SA Denise Medrano
2 Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, AZ 85004-4408

RE:  Grand Jury Subpoena No. 07-03-708 / File No. 2008R05569

Dear SA Medrano:

This letter is a response to the aforementioned subpoena received from your agency requesting
subscriber information for:

    431 El Camino Real
    Apartment No. 1122
    Santa Ciara, CA 95050

Our research revealed the requested information is not associated with a Comcast Cable
Communications, LLC customer or account.

If you have any other questions or concerns regarding this matter, please contact the Comcast
Legal Response Center at (800) 871-6298.

Sincerely,

Jeff Witkins
Legal Analyst

3/2/09 6897

TOTAL P.04

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena #   07-03-708 | Our Reference# |
|---|---|
| Agency Case #:   2008R05569 | Date Served: |
| Company Name: | Address: |

I, _Cassandra Christie_ declare that I am employed by _Comcast IP_. I am the duly authorized Custodian of Records for documents and/or information produced under the above reference legal order. The company reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the records produced herewith are a duplicate of the original(s) and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted business activity.

C)   Made as a part of the regular practice of the business activity, by personnel of the business.

The records produced herewith are identified as follows:

    □ Signature Cards(s)   □Statement(s)   □Cashiers' Check(s)   □Deposit(s)/Credit(s)/Memos
    □ Check(s)/Withdrawal(s)   □ Wire Transfer(s) Forms
    □ Other: _____

Records necessary for compliance may have been limited as indicated below:

    ☑ The company **does not possess any of the records** as described in the above reference legal order.
    □ The enclosed records are true copies of the company records in the custodian's possession as described in the above referenced legal order. This constitutes a □ **final** or □ **partial** production.
    □ The company received notification that **no further production is required**. File closed.
    □ Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party: _____
    □ The company is **unable to provide the following records** as described in the above referenced legal order because of the following: _____

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746) Executed on this _1_ day of _August_, 20_08_, at _Moorestown_ _New Jersey_____, Custodian of Records, Telephone # _856-317-2272_

FX FIELD OFFICE:CITY:04

JUL-23-2008   10:37

**Comcast.**

Comcast NE&TO
650 Centerton Road
Moorestown, NJ  08057
856.317.7272 Tel
856.317.7319 Fax

**CONFIDENTIAL**

August 13, 2008

<u>VIA FACSIMILE</u>

AUSA Frederick Battista
US Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ  85004
<u>Fax: 602-514-7450</u>

Re: Subpoena
Our File #: 6838379

Dear AUSA Battista:

The Subpoena dated July 22, 2008 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply.  The Subpoena requests Comcast to produce certain subscriber account records pertaining to the following physical address:  431 El Camino Real, Apartment Number 1122, Santa Clara, CA  95050 from November 1, 2007 to present.

Based on the information provided pursuant to the Subpoena, we are unable to find any information responsive to the request.

If you have any questions regarding this matter, please feel free to call (856) 317-7272.

Very Truly Yours,

Comcast Legal Response Center

3/2/09 6899

TOTAL P.04

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena #   07-03-708 | Our Reference# |
|---|---|
| Agency Case #:   2008R05569 | Date Served: |
| Company Name: | Address: |

I, _Cassandra Christ___ declare that I am employed by _Comcast IP_. I am the duly authorized Custodian of Records for documents and/or information produced under the above reference legal order.  The company reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein.  I certify the records produced herewith are a duplicate of the original(s) and that they were:

A)     Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)     Kept in the course of regularly conducted business activity.

C)     Made as a part of the regular practice of the business activity, by personnel of the business

The records produced herewith are identified as follows:

   □ Signature Cards(s)  □Statement(s)  □Cashiers' Check(s)  □Deposit(s)/Credit(s)/Memos
   □ Check(s)/Withdrawal(s) □ Wire Transfer(s) Forms
   □ Other: _____

Records necessary for compliance may have been limited as indicated below:

   ☑ The company **does not possess any of the records** as described in the above reference legal order.
   □ The enclosed records are true copies of the company records in the custodian's possession as described in the above referenced legal order. This constitutes a □ **final** or □ **partial** production.
   □ The company received notification that **no further production is required**.  File closed.
   □ Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party: _____
   □ The company is **unable to provide the following records** as described in the above referenced legal order because of the following: _____

_____

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)
Executed on this _1_ day of _August_, 20_08_, at _Moorestown_
_New Jersey_, Custodian of Records, Telephone # _856-317-7272_

JUL-23-2008 10:37            PX FIELD OFFICE-CI:04            802 207 8947   P.04/04

3/2/09 6900



# COMCAST.

NATIONAL ENGINEERING & TECHNICAL OPERATIONS
650 CENTERTON ROAD
MOORESTOWN, NJ 08057
856-317-7272 OFFICE
856-317-7319 FAX

## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Attn: AUSA Frederick Battista | FROM:<br>Comcast Legal Response Center |
|---|---|
| COMPANY:<br>US Attorney's Office | DATE: |
| FAX NUMBER:<br>602-514-7450 | TOTAL NO. OF PAGES INCLUDING COVER:<br>2 |
| PHONE NUMBER: | COMCAST FILE NUMBER:<br>6838379 |
| RE:<br>Subpoena | YOUR REFERENCE NUMBER:<br>07-03-708 |

### CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended for the use of the individual entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the above via the United States Postal Service.

NOTES/COMMENTS:

Attached is Comcast's response to the above referenced request. If you have any questions regarding this matter, please contact the Legal Response Center at 856-317-7272.

3/2/09 6901