1  **Philip A. Seplow, Esq.**
   Attorney #004859
2  2000 North 7th Street
   Phoenix, AZ  85006
3  (602) 254-8817

4

5  **Shadow Counsel for Defendant**

6              IN THE UNITED STATES DISTRICT COURT

7                      DISTRICT OF ARIZONA

8  United States of America,    )   Case No. CR 08-0814-PHX-DGC
                                 )
9              Plaintiff,        )
                                 )   MOTION FOR THE COURT TO ACCEPT
10       vs.                     )   MOTION TO SUPPRESS AS FILED
                                 )   (EXCEEDING PAGE LIMIT)
11 Daniel David Rigmaiden,       )
                                 )
12             Defendant.        )
   _____ )
13

14         COMES NOW the Defendant, Daniel David Rigmaiden, by and
15 through his undersigned shadow counsel, and respectfully moves the
16 Court to accept Mr. Rigmaiden's Motion to Suppress as filed late
17 in the evening on June 1, 2012, although it exceeds the page limit
18 set by the Court.
19         Undersigned counsel drove to the federal detention
20 center in Florence, Arizona (CCA/CADC) to meet with Mr. Rigmaiden
21 in the morning and thanks to the cooperation of some of the
22 detention officers, undersigned counsel was allowed to remain
23 until 6:20 p.m. when Mr. Rigmaiden put the finishing touches on
24 his Motion to Suppress.  Undersigned counsel had to drive back to
25 Phoenix to Mr. Colmerauer's residence where Mr. Colmerauer was
26 able to file the Motion to Suppress at somewhere around 9:00 p.m.[1]

27 ───────────────────────
28   [1] Mr. Rigmaiden puts his documents to be filed on a USB drive.

                                1

However, Mr. Colmerauer's home computer lacks both a word processor and means to create a PDF document and was unable to create and file the instant motion, to wit: the Motion for the Court to Accept Motion to Suppress as Filed (Exceeding Page Limit).

Mr. Rigmaiden advises this Court that he will inform the Court why his Motion to Suppress is actually shorter than what an attorney would normally be allowed to file.  A full explanation will follow as soon as undersigned counsel can get back down to CCA/CADC to meet again with Mr. Rigmaiden (counsel expects to be able to go to Florence, Arizona on either Tuesday or Wednesday this week) and obtain the document for Mr. Colmerauer to file with the Court that day.

This Motion is filed pursuant to Defendant's request and with his authorization.

Excludable delay under 18 U.S.C. § 3161(h)(7) is not expected to occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 4th day of June, 2012.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant

2

CERTIFICATE OF SERVICE

__X__  I hereby certify that on June 4, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

__X__  I hereby certify that on June 4, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

                          S/ Philip A. Seplow