1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF ARIZONA

9

10  United States of America,           No. CR08-814-PHX-DGC

11         Plaintiff,                   MOTION TO SUPPRESS

12  v.

13  Daniel David Rigmaiden, et al.,

14         Defendant.

15

16         Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this

17  *Motion To Suppress*.  Through this motion and the attached documents, the defendant

18  respectfully requests that the Court suppress all evidence and derivative evidence stemming

19  from the government's aircard locating mission.  In support of this motion, the defendant has

20  attached (1) *Memorandum Re: Fourth Amendment Violations*, (2) *Memorandum Re:*

21  *Destruction Of Evidence*, (3) *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal.*

22  *08-70460-HRL/PVT)*, (4) Declaration RE: *Daniel Rigmaiden's residence was at 431 El*

23  *Camino Real, Apartment No. 1122, Santa Clara, CA. 95050*, (5) Declaration RE: *Daniel*

24  *Rigmaiden owns the aircard and used the aircard service as a home Internet connection*, (6)

25  Declaration RE: *Internet activity reflected by the 1,836,140 aircard destination IP addresses*

26  *seized by the government*, and (7) Declaration RE: *Data extracted from hard drive images*

27  *corresponding to seized hard drives connected to Daniel Rigmaiden's home computer*.

28         The precise evidence the defendant seeks to have suppressed through this filing is

*MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

- 1 -

1 listed in the "Evidence Tables" located at the end of the attached memorandums.

2 * * * * *

3 Based on the points and authorities set forth herein and in the above referenced and
4 incorporated documents, the defendant respectfully requests that this motion be granted and
5 that all relevant evidence be suppressed.

6 This motion and all attachments were drafted and prepared by the *pro se* defendant,
7 however, he authorizes his shadow counsel, Philip Seplow, to file this motion on his behalf
8 using the ECF system. The defendant is appearing *pro se* and has never attended law school.
9 The defendant's filings, however inartfully pleaded, must be liberally construed and held to
10 less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404
11 U.S. 519, 520 (1972).

12 LRCrim 12.2(a) requires that the undersigned include the following statement in all
13 motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
14 motion or of an order based thereon."

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

- 2 -

1 | Respectfully Submitted: June 1, 2012

DANIEL DAVID RIGMAIDEN

*Daniel Rigmaiden*
Daniel David Rigmaiden
Pro Se Defendant
(Signature of non-registered signatory; *See* ECF Proc. II(C)(2) and (4))

8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:            I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

- 4 -