<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Internet activity reflected by the 1,836,140 aircard destination IP addresses seized by the government;

BY:  Daniel David Rigmaiden

---

I, Daniel David Rigmaiden, declare[1] the following:

1.      Via the March 23, 2010 discovery set provided to the defense by the government, I received the following Excel spreadsheet files: (1) 4152649596pt1.xls, (2) 4152649596pt2.xls, (3) 4152649596pt3.xls, (4) 4152649596pt4.xls, (5) 4152649596pt5.xls, (6) 4152649596pt6.xls, and (7) 4152649596pt7.xls.  The Excel files contained a total of 411,257 aircard destination IP addresses provided to the government by Verizon Wireless in response to D.Ariz. Grand Jury subpoena No. 07-03-609.

2.      Via the February 17, 2009 discovery set provided to the defense by the government, I received a paper print-out of 111 aircard destination IP addresses provided to the government by Verizon Wireless in response to D.Ariz. Grand Jury subpoena No. 07-03-615.

3.      Via the May 12, 2009 discovery set provided to the defense by the government, I received the following Excel spreadsheet files: (1) 4152649596pt1.xls, (2) 4152649596pt2.xls, (3) 4152649596pt3.xls, (4) 4152649596pt4.xls, (5) 4152649596pt5.xls, (6) 4152649596pt6.xls, (7) 4152649596pt7.xls, (8) 4152649596pt8.xls, (9) 4152649596pt9.xls, (10) 4152649596pt10.xls, (11) 4152649596pt11.xls, (12) 4152649596pt12.xls, (13) 4152649596pt13.xls, (14) 4152649596pt14.xls, (15) 4152649596pt15.xls, (16) 4152649596pt16.xls, (17) 4152649596pt17.xls, (18) 4152649596pt18.xls, (19) 4152649596pt19.xls, (20) 4152649596pt20.xls, (21) 4152649596pt21.xls, (22) 4152649596pt22.xls, and (23) 4152649596pt23.xls.  The Excel files contained a total of

---

1.      This declaration is being submitted under the protections of *Simmons*.  *See* <u>Simmons v. United States</u>, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection.").  I object to the government attempting to introduce this declaration as evidence at trial.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Internet activity reflected by the 1,836,140 aircard destination IP addresses seized by the
      government;

BY:  Daniel David Rigmaiden

---

1,424,772 aircard destination IP addresses provided to the government by Verizon Wireless in

response to D.Ariz. order No. 08-3286MB-LOA.

        4.      The total amount of aircard destination IP addresses provided to the government

by Verizon Wireless was 1,836,140.  Per my instructions, a member of my defense resolved the

1,836,140 aircard destination IP addresses to their corresponding domain names using a DNS

service similar to what is provided by http://www.DNSstuff.com.  Once resolved, the defense

member accessed the domain names over the Internet using the http protocol—the protocol

used by all web browsers to access websites.  After each domain name was used to access the

corresponding website, the index page (*i.e.*, the home page) was locally saved to disk.  All of

the downloaded website index pages were then provided to me on DVD for my review.

        5.      After being provided with the DVD, I searched through the saved index pages

and extracted various websites that I visited via my aircard and aircard account prior to August

3, 2008.  I then took an excerpt of the identified websites and used them to create a table

containing five data fields: (1) "Local Entry No.," (2) "Website Accessed By Aircard," (3)

"Number Of Times Accessed By Aircard From 05-11-08 – 07-09-08," (4) "Selection Of

Corresponding Destination IP Address," and (5) "Selection Of Where IP Address Selection Is

Logged."  The table is attached to this declaration as <u>ATTACHMENT 01</u>.

        6.      The table data field labeled "Local Entry No." is the line number of the table

entry and also serves to identify the corresponding print-out of the website index page (*i.e.*, the

home page) located under the table.  Beneath the table are print-outs of every website listed in

the table.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Internet activity reflected by the 1,836,140 aircard destination IP addresses seized by the government;

BY:  Daniel David Rigmaiden

---

       7.      The table data field labeled "Website Accessed By Aircard" is the domain name of the website accessed by the aircard.  The value of this data field for each table entry corresponds to the domain name associated with the value of the data field labeled "Selection Of Corresponding Destination IP Address."

       8.      The table data field labeled "Number Of Times Accessed By Aircard From 05-11-08 – 07-09-08" is the total number of times that the corresponding domain name was accessed by the aircard between May 11, 2008 and July 9, 2008.  The value for this data field equals the total number of destination IP addresses, contained in the 1,836,140 seized destination IP addresses, that resolve to the corresponding domain name.  Note: different destination IP addresses may resolve to the same domain name.

       9.      The table data field labeled "Selection Of Corresponding Destination IP Address" is an example of one destination IP address, contained in the 1,836,140 seized destination IP addresses, that resolves to the corresponding domain name.  This data field is a selection of only one corresponding destination IP address because some domain names listed in the table correspond to more than one (*i.e.*, different) destination IP address contained in the 1,836,140 seized destination IP addresses.

      10.     The table data field labeled "Selection Of Where IP Address Selection Is Logged" is one example of where the destination IP address contained in the "Selection Of Corresponding Destination IP Address" data field is logged in the Excel files provided by the government.  Opening the listed Excel file and going to the listed line number will show that the corresponding destination IP address is listed in the original Excel file provided to the

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Internet activity reflected by the 1,836,140 aircard destination IP addresses seized by the
      government;

BY:  Daniel David Rigmaiden

---

government by Verizon Wireless.  This data field is a selection of only one location where the

corresponding destination IP address is logged because some destination IP addresses are listed

numerous times across multiple Excel files.

<p align="center">* * * * *</p>

11.     I declare, certify, verify, and state under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct to the best of my knowledge,

except as to those matters which are therein stated on information and belief, and, as to those

matters, I believe it to be true.  *See* 28 U.S.C. § 1746 ("Wherever... any matter is required or

permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing

of the person making the same [], such matter may, with like force and effect, be supported,

evidenced, established, or proved by the unsworn declaration..., in writing of such person

which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621

("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of

title 28, United States Code, willfully subscribes as true any material matter which he does not

believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by

law, be fined under this title or imprisoned not more than five years, or both....").

///

///

///

///

///

DECLARATION UNDER PENALTY OF PERJURY

RE: Internet activity is reflected by the 1,836,140 aircard destination IP addresses seized by the government;

BY: Daniel David Rigmaiden

---

Executed on May 20, 2012 , in Florence, Arizona, United States of America.

Daniel David Rigmaiden

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

DECLARATION UNDER PENALTY OF PERJURY
*Internet activity reflected by the 1,836,140 aircard*
*destination IP addresses seized by the government*


By Daniel Rigmaiden


<u>ATTACHMENT 01</u>

| Chart Of Excerpt Of Websites Accessed By Aircard From May 11, 2008 Through July 9, 2008—Extracted From The 1,836,148 Aircard Destination IP Addresses Seized From Verizon Wireless By The Government (created from IP address Excel files provided in the May 12, 2009 and March 24, 2010 discovery sets) | | | | |
|---|---|---|---|---|
| Local Entry No. | Website Accessed By Aircard | Number Of Times Accessed By Aircard From 05-11-08 – 07-09-08 | Selection Of Corresponding Destination IP Address | Selection Of Where IP Address Selection Is Logged |
| 1 | http://www.youtube.com | 1,187 | 208.65.153.238 | 4152649596pt1.xls; Line No. 673; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 2 | http://www.amazon.com | 312 | 207.171.191.249 | 4152649596pt1.xls; Line No. 45137; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 3 | http://www.costco.com | 15 | 170.167.8.1 | 4152649596pt17.xls; Line No. 58350; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 4 | http://www.classmates.com | 1 | 65.243.133.81 | 4152649596pt22.xls; Line No. 53442; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 5 | http://www.overstock.com | 2 | 67.110.108.250 | 4152649596pt15.xls; Line No. 16054; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 6 | http://www.facebook.com | 10 | 69.063.178.11 | 4152649596pt7.xls; Line No. 21702; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 7 | http://sf.craigslist.org | 12 | 208.82.236.208 | 4152649596pt17.xls; Line No. 59302; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 8 | http://www.dictionary.com | 10 | 66.161.12.81 | 4152649596pt16.xls; Line No. 17631; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 9 | http://www.sfgate.com | 6 | 66.35.240.8 | 4152649596pt1.xls; Line No. 26; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |

| 10 | http://www.funtrivia.com | 40 | 75.126.68.186 | 4152649596pt21.xls; Line No. 60297; From response to D.Ariz 08-3286MB-LOA Court Order; |
|---|---|---|---|---|
| 11 | http://www.slashdot.org | 1 | 216.34.181.45 | 4152649596pt7.xls; Line No. 21696; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 12 | http://www.digg.com | 200 | 64.191.203.30 | 4152649596pt1.xls; Line No. 2168; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 13 | http://www.fandango.com | 2 | 216.178.160.43 | 4152649596pt6.xls; Line No. 13857; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 14 | http://www.cinema.com (now http://www.culture.com) | 10 | 194.79.31.250 | 4152649596pt6.xls; Line No. 31618; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 15 | http://www.marketoracle.co.uk | 1 | 75.126.170.97 | 4152649596pt18.xls; Line No. 3918; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 16 | http://www.marketwatch.com | 29 | 205.203.139.53 | 4152649596pt7.xls; Line No. 13479; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 17 | http://www.nbb.cornell.edu | 3 | 132.236.112.23 | 4152649596pt1.xls; Line No. 43437; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 18 | http://www.northeastern.edu | 4 | 129.10.116.80 | 4152649596pt21.xls; Line No. 63112; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 19 | http://cwis.usc.edu | 3 | 128.125.253.146 | 4152649596pt6.xls; Line No. 10317; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |

| 20 | http://www.builditsolar.com | 10 | 209.197.91.112 | 4152649596pt5.xls; Line No. 370; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 21 | http://www.theelectricbicyclestore.com | 5 | 75.126.24.137 | 4152649596pt6.xls; Line No. 7860; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 22 | http://www.safesolutionsinc.com | 3 | 209.240.144.149 | 4152649596pt5.xls; Line No. 30569; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 23 | http://www.edenfoods.com | 159 | 72.3.232.22 | 4152649596pt1.xls; Line No. 3705; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 24 | http://www.frugalsquirrels.com | 30 | 216.92.99.185 | 4152649596pt5.xls; Line No. 481; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 25 | http://www.doughboyssurplus.com | 147 | 208.106.226.221 | 4152649596pt1.xls; Line No. 318; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 26 | http://www.herbs.org | 5 | 64.62.216.10 | 4152649596pt7.xls; Line No. 10320; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 27 | http://www.ccrane.com | 71 | 64.225.158.181 | 4152649596pt5.xls; Line No. 30870; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 28 | http://www.truthalliance.net | 2 | 66.206.198.90 | 4152649596pt15.xls; Line No. 24368; From response to D.Ariz 08-3286MB-LOA Court Order; |
| 29 | http://www.prisonplanet.tv | 24 | 69.93.122.250 | 4152649596pt5.xls; Line No. 62750; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |

| 30 | http://www.antiwar.com | 8 | 72.3.135.33 | 4152649596pt2.xls; Line No. 24058 From response to D.Ariz 08-3286MB-LOA Court Order; |
| 31 | http://www.epic.org | 13 | 66.39.35.141 | 4152649596pt2.xls; Line No. 23918 From response to D.Ariz 08-3286MB-LOA Court Order; |
| 32 | http://www.eff.org | 8 | 64.147.188.3 | 4152649596pt4.xls; Line No. 59267; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 33 | http://www.lewrockwell.com | 57 | 216.92.238.25 | 4152649596pt1.xls; Line No. 46697; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 34 | http://www.dak.com | 12 | 209.132.199.47 | 4152649596pt1.xls; Line No. 46426; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 35 | http://www.make-stuff.com | 11 | 208.127.52.17 | 4152649596pt15.xls; Line No. 11843 From response to D.Ariz 08-3286MB-LOA Court Order; |
| 36 | http://www.experts-exchange.com | 58 | 64.156.132.140 | 4152649596pt7.xls; Line No. 11176; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 37 | http://www.securityfocus.com | 35 | 205.206.231.12 | 4152649596pt6.xls; Line No. 2597; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |
| 38 | http://www.sourceforge.net | 3 | 216.34.181.60 | 4152649596pt21.xls; Line No. 63109 From response to D.Ariz 08-3286MB-LOA Court Order; |
| 39 | http://www.healthfreedomusa.org | 20 | 208.100.34.31 | 4152649596pt6.xls; Line No. 3634; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |

| 40 | http://www.healthline.com | 4 | 72.5.115.2 | 4152649596pt22.xls; Line No. 29801 From response to D.Ariz 08-3286MB-LOA Court Order; |
| 41 | http://www.pccables.com | 5 | 67.15.122.61 | 4152649596pt18.xls; Line No. 42576 From response to D.Ariz 08-3286MB-LOA Court Order; |
| 42 | http://www.waynewichernmillinery.com | 44 | 64.62.216.34 | 4152649596pt7.xls; Line No. 14842; From response to D.Ariz. Grand Jury Subpoena No. 07-03-609; |

Local Entry No. 01

http://www.youtube.com



YouTube | Browse | Movies | Upload | Create Account | Sign In

Sign in to add channels to your homepage

Sign In

Create Account

- From YouTube
- Trending
- Popular
- Music
- Entertainment
- Sports
- Film & Animation
- News & Politics
- Comedy
- People & Blogs
- Science & Technology
- Gaming
- Howto & Style
- Education
- Pets & Animals
- Autos & Vehicles
- Travel & Events
- Nonprofits & Activism

see all

## From YouTube

### Caleb James - "Grind Like Me" SXSW Promo Video HD
10 hours ago
Directed by Austin Vesely (@AustinVesely) Caleb James (@calebjamesFBSM) will be
302 views
CalebJamesOfficial uploaded

### The KING of Coning!
1 day ago
http://www.twitter.com/zoet... ZoetePoep, the KING of Coning!
2,507,507 views
ZoetePoep uploaded

### UNEXPECTED VICTORY TOUR VLOG #2
11 hours ago
305 views
ICEWATERTV uploaded

### Anti Banana Legion
2 days ago
The Anti Banana Legion brings a message to the entire world to help protect the population of
1,957,198 views
GlockBusterFilms uploaded

### Rihanna - We Found Love Live Brad Pitt 'A Night To
11 hours ago
302 views
walber118 uploaded

### Когда храпит колибри... zZzZz [When hummingbird
2 days ago
Майки This is Хорошо: http://bitly.com/ThisIsMaika
969,402 views
ThisIsHorosho uploaded

### Kanye West & Rihanna Perform Run This Town the
12 hours ago
Kanye West and Rihanna perform "Run This Town" at the Make it Right Gala March 10,2012
305 views
kiaaik121 uploaded

### TE REGALO DINERO
2 days ago
Nuevo Canal ---- http://www.youtube.com/user...
818,758 views
werevertumorro uploaded

### Kanye West & Jamie Foxx Perform Gold Diggers "Make
12 hours ago
Kanye West Jamie Foxx Make It Right New Orleans March 10, 2012
305 views

Show ad

Spotlight

## Epic Road Trips

Whether it's driving with friends or family, there's just something about hitting the open road. These videos document some classic road trips and are full of useful tips: the best routes, how to drive safely and efficiently, and what road side stops are not to be missed.

California & Nevada, Finding Area 51, Part
by drive
26,917 views

The American Berlin Part 1 of 2 - Live and
by drive
41,607 views

How to Beat Speed Traps and Drive
by drive
73,449 views

2011 Lotus Evora Carves Up The
by MotorTrend
37,659 views

Featured

Crispy Prawn Fry
by cheezz12345
15,557 views

Short film - INSOLITO
by 1takemedia
5,336 views

Claim (Trailer)
by theorchardsports
2,866 views

0 Unsaved Playlist Options

YouTube - Broadcast Yourself.

Case 2:08-cr-00814-DGC    Document 824-4    Filed 06/04/12    Page 14 of 155

**MW3 Multiplayer Gameplay -**
Call Of Duty MW3 Trailer - Modern Warfare 3 Trailer
791,413 views

1:29

LivePlayerProz uploaded

**FUNNY FAIL COMPILATION!**    1 day ago
Thanks To HumorHub for letting me use this video! Sub them for funny videos Everyday! Tell
884,261 views

4:17

TheSickestCodClips uploaded

**A Condolence Statement From US Embassy Kabul**    15 hours ago
A Condolence Statement from Acting U.S. Ambassador to Afghanistan James B.
416 views

1:07

usembassykabul1 uploaded

**RETALIATION**    1 day ago
LIKE IF YOU WANT THE OLD LAYOUT BACK/DISLIKE IF YOU LIKE THE NEW
780,978 views

0:31

lanfl0w uploaded

**Catholic Priest fails to read out anti-gay marriage letter**    15 hours ago
I have never take direct action, never been on a march or demo or taken part in any public protest.
302 views

2:02

mypersonalbits uploaded

**Gerald Green...Are You Kidding Me?!**    1 day ago
Check out Gerald Green as he throws down the MarShon Brooks alley-oop with this INSANE
956,720 views

0:23

NBA uploaded

18 hours ago
14,094 views

0:53

AlArabiya uploaded

**Model Runway FAIL!**    1 day ago
This girl can hardly walk with her heels on and she's a model + SHE FALLS!
632,639 views

0:41

ThatIsJustBoss uploaded

**[Teaser] NU'EST 1st Single [FACE] JR Teaser**    21 hours ago
JR
22,913 views

0:36

pledisnuest uploaded

**New Japan Tsunami Video - See The power !!**    1 day ago
New Japan Tsunami Video - See The power !!
..............................................................
556,955 views

4:24

pokertron uploaded



Odd Future Tour 2012 - Tempe

21 hours ago

Odd Future North America Spring Tour 2012. Tempe, AZ / March 9.
83,584 views

OFWGKTA uploaded

My best ACE on Search and Destroy

2 days ago

My best ever enjoy
549,321 views

MRLazyjimmy963 uploaded

[120311] BIGBANG - Interview [Inkigayo

23 hours ago

[120311] BIGBANG - Interview [Inkigayo Comeback Stage]
94,675 views

MrSarangKpopLive6 uploaded

Justin bieber interview fail and super beach fail MUST

20 hours ago

************ http://bieberomg.com ***********
Watch the epic fail of him and support us :D
614,464 views

skillfulspan30 uploaded

A Cat's life - The kitten

1 day ago

I really like cats especially kittens, do you like them?
633,721 views

TweetPeak uploaded

Kelly Clarkson - The Only Exception cover

23 hours ago

Kelly covering Paramore's The Only Exception in Hammond, IN during her Stronger tour.
2,449 views

swimgirl1408 uploaded

Norman déchire en Islande, avec CRUNCH

2 days ago

Avec CRUNCH sors Norman de sa chambre ! Hawaï ou Sydney ? Vote pour sa 3ème
561,754 views

CrunchFrance uploaded

LeBron forces OT...Wade wins it!

1 day ago

Check out LeBron James and Dwyane Wade as they both do their part in leading the big Heat
183,699 views

NBA uploaded

Dr Drum Beat Maker | Make Killer Tunes Easy

1 day ago

http://bit.ly/dr-drum
Quick beat i made with Dr Drum beatmaker |
555,668 views

DrDrumBeats uploaded

About Press & Blogs Copyright Creators & Partners Advertising Developers Help

Local Entry No. 02

http://www.amazon.com





Today's Deals | Gift Cards | Help

Shop by
**Department**

**Search** All

**Go**

Hello. S
**Your A**

**Instant Video** **MP3 Store** **Cloud Player** **Kindle** **Cloud Drive** **Appstore for Android** **Game & Software Downloads** **Audible Audiobooks**

kindle
The World's Best-Selling e-Reader
From $79 › Shop now

**Women's Fiction Winner** **Clothing Trends** **Amazon Prime**

Gold Bo

› Today's

## What Other Customers Are Looking At Right Now

A Week at the Beach
› Virginia Jewel
Kindle Edition
$0.00

Kindle, Wi-Fi, 6" E Ink Display...
Amazon
$79.00

Fifty Shades of Grey: Book One of the...
› E. L. James
Kindle Edition
$9.99

Kingston Digital DataTraveler...
~~$77.00~~ $42.74

Kindle Fire, Full Color 7...
Amazon
$199.00

Get the

## Hot Watch Brands, Cool Everyday Prices

**Luxury Watches**

- Cartier
- Omega
- TAG Heuer
- › See more



**Save Up to 40%**

- Citizen
- Invicta
- Seiko
- › See all

**Sports Watches**

- Casio
- Timex
- Puma
- › See all

## Digital Cameras Best Sellers

    

Panasonic DMC-FH25K 16.1MP Digital...
$179.99 **$135.99**

Canon PowerShot ELPH 300 HS 12.1 MP...
$229.00
Click for details

Nikon D3100 14.2MP Digital SLR Camera...
$649.00 **$549.00**

Canon SX40 HS 12.1MP Digital Camera...
$429.00 **$371.99**

Canon PowerShot S100 12.1 MP Digital...
$429.00
Click for details

› See all best sellers in Digital Cameras

## Your Recent History (What's this?)



Loading..

**Get to Know Us**
Careers

**Make Money with Us**
Sell on Amazon

**Let Us Help You**
Your Account

Investor Relations            Become an Affiliate              Shipping Rates & Policies

Press Releases                Advertise Your Products          Amazon Prime

Amazon and Our Planet         Independently Publish with Us    Returns Are Easy

Amazon in the Community       › See all                        Manage Your Kindle

                                                               Help

AMAZON.com

Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **AbeBooks** Rare Books & Textbooks | **AmazonLocal** Great Local Deals in Your City | **AmazonWireless** Cellphones & Wireless Plans | **Askville** Community Answers | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **CreateSpace** Indie Publishing Made Easy |
| **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **Endless** Shoes & More | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Small Parts** Industrial Supplies |
| | **Soap.com** Health, Beauty & Home Essentials | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot** Never Gonna Give You Up | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2012, Amazon.com, Inc. or its affiliates

Local Entry No. 03

http://www.costco.com

Costco.com: Offering thousands of items you won't find in your local Costco.



Costco.com: Offering thousands of items you won't find in your local Costco.

Case 2:08-cr-00814-DGC   Document 824-4   Filed 06/04/12   Page 22 of 155

3-pc Top Grain Reclining Set     ARK 1 Month Food Supply     Brother Monochrome Printer
$2,299.99 After $500 OFF     $84.99 After $15 OFF     $99.99 After $90 OFF

**CUSTOMER SERVICE   |   ORDER STATUS   |   REBATES   |   CREDIT CARDS   |   COSTCO CONNECTION MAGAZINE**

© 1998-2012 Costco Wholesale Corporation. All rights reserved.

Privacy Statement.  Terms and Conditions.  Investor Relations.  Employment Opportunities.  Employee Site

Local Entry No. 04

http://www.classmates.com

*Memory Lane*  | **classmates** | **Hello!** Sign in or register for free | Help

## classmates®

**Find School Friends** | Yearbooks

# Classmates® is the best way to find old high school friends and browse the biggest collection of yearbooks on the web.

## I graduated in:

| | | | |
|---|---|---|---|
| Alabama | Illinois | Montana | Rhode Island |
| Alaska | Indiana | Nebraska | South Carolina |
| Arizona | Iowa | Nevada | South Dakota |
| Arkansas | Kansas | New Hampshire | Tennessee |
| California | Kentucky | New Jersey | Texas |
| Colorado | Louisiana | New Mexico | Utah |
| Connecticut | Maine | New York | Vermont |
| Delaware | Maryland | North Carolina | Virginia |
| District of Columbia | Massachusetts | North Dakota | Washington |
| Florida | Michigan | Ohio | West Virginia |
| Georgia | Minnesota | Oklahoma | Wisconsin |
| Hawaii | Mississippi | Oregon | Wyoming |
| Idaho | Missouri | Pennsylvania | |



**Classmates® is the best way to reconnect with high school friends and browse yearbooks covering more than 30 million people.**

## Check out yearbooks, schools and alumni on Classmates®!



**1971 Yearbook**
Hemet High School
Moraga, CA



**1962 Yearbook**
East Greene High School
Redlands, ND



**1988 Yearbook**
Briarcliff High School
Atlanta, GA



Discover how millions of people have reconnected with friends from their high school years. With over 50 million members, we make it easy to discover what other alumni are doing now, get news on your reunion, and share old high school photos.

» **Other Countries**

American/Canadian Schools Overseas    Canada    Austria    Sweden    Switzerland    Germany    France

Memory Lane Home | About Us | Careers | Help
Advertisers | Investors | Terms of Service | Privacy Policy | Your California Privacy Rights
Copyright © 1995-2012 Memory Lane, Inc., d/b/a Classmates.com. All Rights Reserved.

Local Entry No. 05

http://www.overstock.com





Community ▾    **☉mail** Sign-up    Wish List    We Recommend    Gift Cards    Sign in / Create Account

**Free Shipping** on your first order.
*Exclusions apply, see details.

**Shopping**    Cars    Travel    Insurance    B2B    O.info

Browse Departments ▾

0 Item(s) ▾

- 🏠 Home & Garden
- 🛋 Furniture
- 🛏 Bedding & Bath
- 👕 Clothing & Shoes
- 📺 Electronics
- 💍 Jewelry
- ⌚ Watches
- 🏈 Sports & Outdoors
- 📚 Books, Movies, Music, Games
- 👜 Luggage
- 🌐 Worldstock Fair Trade
- 🌿 Health & Beauty
- 🍼 Baby
- ✂ Crafts & Sewing
- 🖊 Office
- 🎁 Gifts & Flowers
- 🐕 Toys & Hobbies
- 🐾 Pets
- 🔍 Specialty Departments
- **Sales and Promotions**
- 🍃 Everything for Spring



## Freshen Things Up
Extra 10% off Select Bedroom Furniture*

### Shop Overstock.com Best Sellers

Milena Reversible 3-piece Full/ Queen-size
**Today $37.50**
Compare $49.32
**Save 24%**
★★★★☆

Today's HCG +B12 Supplement Drops
**Today $34.99**
★★★½☆

**Modern Sinks & Faucets**
from Kraus ›

**Save up to 30%**
on Select Window

### What's Hot Right Now on Overstock.com

▾ Hide Saved Items



**WINDOW SHOPPER**
The Smarter Way to Browse.







**Saved Items** ⓘ    ‹

Click the "+" sign on the product to add to your Saved Items list.    ›

Shelf
**Today $64.99**
Compare $89.99
**Save 28%**
★★★★½

inch King-size Mem
**Sale $260.99**
Was $366.99
**Save 29%**
★★★★½



**DEALS** before they're gone tomorrow. ›

**Earn Extra Rewards**
When You Purchase a Buzz Buy Item and Join Club O.

Shop Today's Buzz Buy Event ›

**Sleep Tight Tonight**
with Simmons Mattresses ›



### Top Selling Items in Your Area



Chili's Men's 'Crossjack' Polarized Sunglasses
Today $13.39
★★★☆

White Lola Barstools (Set of 2)
Today $210.17
Compare $363.99
Save 42%

Extra 10% off
Select Serta Mattresses

Then & Now
See Before & After Pics Here

MAKEOVER Takeover

## Shop Top-Selling Brands









Hate interrupting work to catch up on Social media? Mycurrent streams your news feed directly to your desktop. Be productive, stay connected.

Robert Alvarez: Just posted a photo

### MY ACCOUNT
Sign In
Account Settings
Communication Preferences
Club O Rewards
Mobile Site

### CUSTOMER SERVICE
Online Help Center
Contact Customer Care
Standard Return Policy
Privacy Policy
Shipping Information
International Help
Promotion Terms*
Holiday Shipping
International Shipping

### COMPANY INFORMATION
About Overstock.com
Careers
Sell Your Products
Overstock.com Investor Relations
Overstock.com Cares

### CREDIT CENTER
Reward Yourself
get $20 back with your first use.
0% intro APR
Free Club O membership
Up to 8% Back in Club O Dollars
Learn More ›

   

© 2012 Overstock.com All Rights Reserved | Terms and Conditions

Local Entry No. 06

http://www.facebook.com

Welcome to Facebook - Log In, Sign Up or Learn More

# facebook

Email

Password

☑ Keep me logged in

Forgot your password?

## Facebook helps you connect and share with the people in your life.



## Sign Up

It's free and always will be.

First Name:

Last Name:

Your Email:

Re-enter Email:

New Password:

I am:

Select Sex:

Birthday: Month: Day: Year:

Why do I need to provide my birthday?

By clicking Sign Up, you agree to our Terms and that you have read and understand our Data Use Policy.

By clicking Sign Up, you are indicating that you have read and agree to the Terms of Use and Privacy Policy.

**Create a Page** for a celebrity, band or business.

English (US) · Español · Português (Brasil) · Français (France) · Deutsch · Italiano · 中（体） · 日本語 · ....

Facebook © 2012 · English (US)

Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help

https://www.facebook.com/[3/11/2012 9:57:39 PM]

Local Entry No. 07

http://sf.craigslist.org



# craigslist

post to classifieds
my account

search craigslist
for sale >

**event calendar**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 11 | 12 | 13 | 14 | 15 | **16** | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

help, faq, abuse, legal
avoid scams & fraud
personal safety tips
terms of use new
system status

about craigslist
craigslist blog
best-of-craigslist
craigslist TV
craig connects
progressive directory
weather quake tide

© 2012 craigslist

## SF bay area w sfc sby eby pen nby scz

### community

activities, lost+found, artists, musicians, childcare, local news, general, politics, groups, rideshare, pets, volunteers, events, classes

### personals

strictly platonic
women seek women
women seeking men
men seeking women
men seeking men
misc romance
casual encounters
missed connections
rants and raves

### discussion forums

1099, gifts, pets, apple, haiku, philos, arts, health, politic, atheist, help, psych, autos, history, queer, beauty, housing, recover, bikes, jobs, religion, celebs, jokes, rofo, comp, kink, science, crafts, l.t.r., shop, diet, legal, spirit, divorce, linux, sports, dying, loc pol, t.v., eco, m4m, tax, educ, money, testing, etiquet, motocy, transg, feedbk, music, travel, film, npo, vegan, fitness, open, w4w, fixit, outdoor, wed, food, over 50, wine, frugal, p.o.c., women, gaming, parent, words, garden, pefo, writers

### housing

apts / housing
rooms / shared
sublets / temporary
housing wanted
housing swap
vacation rentals
parking / storage
office / commercial
real estate for sale

### for sale

appliances, arts+crafts, antiques, auto parts, barter, baby+kids, bikes, beauty+hlth, boats, cars+trucks, books, cds/dvd/vhs, business, cell phones, computer, clothes+acc, free, collectibles, furniture, electronics, general, farm+garden, jewelry, garage sale, materials, household, rvs, motorcycles, sporting, music instr, tickets, photo+video, tools, toys+games, wanted, video gaming

### services

beauty, automotive, creative, farm+garden, computer, household, cycle, labor/move, event, skill'd trade, financial, real estate, legal, sm biz ads, lessons, therapeutic, marine, travel/vac, pet, write/ed/tr8

### jobs

accounting+finance
admin / office
arch / engineering
art / media / design
biotech / science
business / mgmt
customer service
education
food / bev / hosp
general labor
government
human resources
internet engineers
legal / paralegal
manufacturing
marketing / pr / ad
medical / health
nonprofit sector
real estate
retail / wholesale
sales / biz dev
salon / spa / fitness
security
skilled trade / craft
software / qa / dba
systems / network
technical support
transport
tv / film / video
web / info design
writing / editing
[ETC]
[ part-time ]

### gigs

crew, computer, event, creative, labor, domestic, talent, writing

### resumes

**nearby cl**

bakersfield
chico
fresno
gold country
hanford
humboldt
mendocino co
merced
modesto
monterey
redding
reno
sacramento
san luis obispo
santa maria
sf bay area
stockton
susanville
visalia-tulare
yuba-sutter

**us cities**
**us states**
**canada**
**cl worldwide**

Local Entry No. 08

http://www.dictionary.com

Dictionary.com | Find the Meanings and Definitions of Words at Dictionary.com

Sign Up | Log In

# Dictionary.com

search dictionary        **Search**

2,824,000 words searched today

| Dictionary | Thesaurus | Word Dynamo BETA | Quotes | Reference | Translator |

**Spanish**    The Hot Word  |  Daily Crossword  |  Word Games  |  Crossword Solver  |  Tools  |  Mobile    Android phone? Get our app.

');

## Word of the Day

### antipode _

a direct or exact opposite.    **MORE**

**EMAIL SIGN UP** ▶    Like  Confi

Share it on    f  t  P

## What's New

How would you do on the SAT? Find out here.

- Words for your SAT essay
- Common SAT idioms
- SAT words to master
- Sentence completion vocab
- Passage-based reading

### What a pencil used to be

The word pencil did not always refer to a writing utensil. Learn its creative and unexpected origin here.

**The story of right-to-left writing**

**Quiz: SAT prep in the Hunger Games**

**Where the word pencil came from**

## Quote of the Day

The happiest excitement in life is to be convinced that one is fighting...   **MORE**

');

**5 Foods to never eat:** Cut down a bit of killer fat every day by never eating these 5 foods. **NEVER EAT**

## User Feedback

" I love this website, it is so helpful for my school work and whenever I don't understand any word! Thanks Dictionary.com

-Rihanna

Share Your Feedback

| Search Trends | Twitter |

What words are people searching for today?

**POPULAR SEARCHES**
- Surreptitiously
- Preemptory
- Misogyny
- Apogee
- Supercalifragiili . . .

**WORDS IN THE NEWS**
- Moebius
- So-so
- Deep South
- Act of God
- Emo

**SLANG DEFINED**
- Wack
- Janky
- Pimped-out
- Hecka
- Uber

**ALL NEW Android App** from Dictionary.com  **GET IT**

f  Read fun Word of the Day reactions on **Facebook**.

Discover the opinions of our **Twitter** community.

## Browse Dictionary

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Medical Dictionary | Abbreviations Cultural Idioms Science Slang

Dictionary.com Ask

Partners: Word | Bloglines | Citysearch | The Daily Beast | Ask Answers | Ask Kids | Life123 | Sendori | Thesaurus

Dictionary.com, LLC. Copyright © 2012. All rights reserved.

About | Privacy Policy | Terms of Use | API | Careers | Advertise with Us | Contact Us | Help

Local Entry No. 09

http://www.sfgate.com



**San Francisco Chronicle**
Subscribe to the weekend
**Save 40%**

**55** °F **San Francisco** (change)
Mostly Cloudy

Monday Apr 9, 2012 Updated 8:16 PM PT

Tonight 52/65    Tue. 50/58    ▸ 5 Day Forecast    ▸ Traffic


Art is Service — ACADEMY of ART UNIVERSITY

Search 🔍    ● SFGate ○ Web Search by YAHOO! ○ Businesses | Advanced

Sign In | Register

**Don't Miss:** Big Sierra snow expected    Daily Californian in trouble    Dating a foodie    Van Jones, Mr. Dreamy    Bald contest winner    Chopra

**A's take on the Royals: Follow LIVE!**
The latest Daric Barton era begins for A's

FOLLOW US: ▸ More   [f] [t] [✓] [📷] [🔶] [✉]





**Coppola sues over 'tavola'**
Novato restaurateur reacts as director claims two spots could be confused on common word.

**Zito plays stopper**
He gets his first shutout since '03 and Giants' first win of '12. Photos More on Zito and Hector Sanchez

**Celeb kids' big dreams**
Many stars' offspring, like Willow and Jaden Smith, seek their own fame. Meet these young hopefuls.



**Ramos denies he fired fatal shots**
Accused killer tells of a troubled childhood in which he was disparaged by his mother and beaten by her boyfriends.
💬 Photos



**Facebook buys Instagram for $1 billion**
Co-founder of S.F.-based photo-sharing app reassures fans after big sale.
💬 Comment

Instagram was Facebook's biggest threat
How did Google miss its chance to buy Instagram?

**Fiscal calamity predicted in 5-10 years**
Former IMF chief economist says mushrooming national debt and congressional gridlock spells trouble down the road.

Suspect in Concord crash could be released soon 6:12 PM
City Attorney fires back at Mirkarimi lawsuit 8:10 PM
Study: Obama's health care law would raise deficit 8:09 PM
Carriers agree to disable stolen phones for good 7:23 PM
Stunt plane crashes near Salinas, victims identified 4:23 PM
Md. winner claims share of $656M jackpot 3:47 PM
Reuse that structure: Unique home transformations 8:10 PM
Husband beats wife's Facebook friend to death 8:10 PM

**Daily Dish!**



Look what Anne did to her locks: Jennifer Love Hewitt nixes nude scenes. Dish!

**Day In Pictures**



Show me the bunny! A hop-headed DIP! Previous DIP

**AROUND THE WEB**

The disconnect: Why are so many Americans living by themselves?
7:09 p.m.    New Yorker

Computer pioneer, Commodore founder Jack Tramiel dies at 83
5:10 p.m.    PC World

Calif. state government hiring slowed in 2011
3:31 p.m.    Sacramento Bee

Instagram is Facebook's Pinterest killer
2:55 p.m.    Forbes

Titanic sinking: The iceberg was only part of it
3:47 p.m.    NY Times

**Introducing The Chronicle App for iPad®**
Now with an afternoon edition at *4 p.m. every weekday.* ▸ **Download today.**

**Today's Deal**
**Lose 4-14 inches in an hour with an Anti-Cellulite Body Wrap - 2 Locations**

SALE ENDS IN
**4d:03h:47m**

PRICE
**$35**

**THINGS TO DO** | MOVIES



**TOTEM by Cirque du Soleil**
Wednesday, Apr 11, 8:00 pm
Under the Big Top at Taylor Street..., San Jose
sponsored event

**David Calzado y su Charanga Habanera**
Monday, Apr 9, 8:00 pm
Yoshi's Jazz Club and Japanese..., San Francisco

**Train**
Wednesday, Apr 11, 8:00 pm
Great American Music Hall, San Francisco

Search Events    Search

Submit An Event | More Things To Do »




**Carving out life on the Lost Coast**


**New storms set to hit Bay Area**

**Hip Temescal Alley takes off**

**She dumps teacher after arrest**


**Barbie for president?**

**CITY BRIGHTS**    All City Brights    **STAFF BLOGS**    All Staff Blogs

**Steve Heilig**
Healthcare ethicist, cultural critic

**Giants Splash**
Thoughts and notes on Barry Zito's

 Still Sour: Sugar Politics vs. Health and the Economy

 **Margo Magowan**
Writer, founder ReelGirl blog
Lindsay Vonn, Mia Hamm, and Dana Torres 'shop to win' in sexist ad campaign for Kohls

 **Mitch Anderson**
Writer and Activist
By the light of moon

✦ **CUSTOMIZE YOUR HOMEPAGE**

 shutout at Coors Field

**A's Drumbeat**
The latest Daric Barton era begins for A's

**City Insider**
City Attorney fires back at Mirkarimi lawsuit

**Inside Scoop**
Nightcaps: 'Food Forward' debuts tonight

Select Another Blog    GO

---

**READER VIEWS**                    Reader Views Home | Photos | Blogs | Forums

❝ And in other news, Ford Motor Company would like your middle name back. ❞ by saywha

Read the Blog | View More Comments ▸

**READER PHOTOS**



View Galleries, Submit Your Photos ▸

---

**BAY AREA & STATE**    Elections | Weather | Traffic | Live Views | Lottery | Obits | Arrests

 **Newsom urged to skip condo vote**
Opponents say Lt. Gov. Gavin Newsom has conflicts with luxury condos on waterfront.
📷 Photos

Mayor's CPMC deal still waiting for sponsors
Ex-Woodside schools boss charged in frauds
Sierra LaMar's family offers $10K for safe return
Officials seek ID for man struck by Muni bus
Prosecutors detain Sacto teen to solidify rape case
More Bay Area ▸

**PHOTOS & MULTIMEDIA**    Photo Galleries | Video | Podcasts | Our Photographers

 **You're a real SFer if...**
Readers weigh in with their ideas.

 **Film's iconic fashion moments**
And a few ironic ones, too.

Lea Michele's Bikini Bod

---

**ENTERTAINMENT**    Daily Dish | Horoscope | Comics | Movies | Music | Things To Do | Local Bands

 **This 'B-' is pretty funny**
The new "Don't Trust the B- in Apartment 23" is a sassy and welcome addition to ABC's sitcom lineup.

S.F. Ballet's 2013 season: 'Nijinsky,' premieres
'Blues for an Alabama Sky' is uneven melodrama
Fashion Slaves at de Young Museum after-party
'NYC 22' review: We've seen these cops before
Train's Patrick Monahan talks SF club shows
More Entertainment ▸

**SEARCH MOVIES**    Movies Now Playing    GO    New Movies | Critics Favorites | Now Playing | More Movies ▸

**SPORTS**    49ers | Raiders | Giants | Athletics | Warriors | Sharks | College | Preps | Tickets

 **Warriors' eyes on an S.F. arena**
Some wonder why the hoops franchise wasn't part of a recent Giants' plan for development near AT&T Park. This may be the answer.
📷 Photos

Guillen to return to Florida for Castro apology
Brilliant shot wins Masters for Bubba
McKenzie: Price for Palmer not too high
CSNBA documentary on 'Hook' Mitchell, Leon Powe
49ers show interest in basketball player
More Sports ▸

**FAN SHOP** 
Get your team gear here

**BLEACHER REPORT** 📣
More Bay Area sports coverage with Bleacher Report

**FOOD & WINE**    Restaurants | Recipes | Wine | Top 100 Restaurants | Bargain Bites | Inside Scoop SF

 **Ethiopian flavors, elevated**
Bold African cuisine spices up the Bay Area in new ways and new spots.

**FIND A RESTAURANT**
All Cuisines
All Locations
GO
Advanced Search | Make a Reservation

---


Education Guide
sponsored by 🎓 University of Phoenix  Learn More ▸▸

[customize location]

**in Contra Costa**

 **Several Vehicle Burglaries in Walnut Creek's Shell Ridge Open Space**
If you visit Shell Ridge Open Space in Walnut Creek, then you better not leave valuables in your vehicle...
By CLAYCORD.com 04.09.12 at 6:00 PM

**in Oakland**
Pies with a permit: The California Homemade Food Act heads to the vote

**In The Mission**
Hunky Jesus Contest Gets Funky in Dolores Park

**in Berkeley**
Tipping point for UC Berkeley's 141-year old newspaper

More Locations    GO    More Local ▸

---

| MOST READ | MOST E-MAILED | MOST COMMENTED |
|---|---|---|

1. John McAbery carves out a life on the Lost Coast
2. Giants win 7-0 in Zito's first shutout since '03
3. On the stand, Ramos denies he fired fatal shots
4. Brace yourself: five to 10 years before fiscal crisis
5. Husband beats wife's Facebook friend to death with bat
6. Alec Baldwin fan arrested
7. Dry weather coming to an end

Search Local Businesses 🔍

Most Popular Searches:
San Francisco Auto Dealers
San Francisco Banks
San Francisco Beauty Salons
San Francisco Dental Care
San Francisco Florists
San Francisco Insurance
San Francisco Lawyers
San Francisco Movers
San Francisco Physicians
San Francisco Restaurants
San Francisco Real Estate

Discover and Review More Local Businesses ▸

**LOCAL ADVERTISERS**


Seton Medical Center
Daly City, CA
Find a physician that's right for you.

**REAL ESTATE**

 **Reshaped by Julia Morgan**
Preservationists today would be aghast if they had been around when SF architect Julia Morgan chopped the second story from a Victorian residence.

What you can buy in Bernal Heights
Timeshares for just a buck (or free)
Home sales for 5 business days

Search Real Estate »



Per Diem is beautiful, but inconsistent
How about giving Fisherman's Wharf a shot this week?
Square 28: Old Mandarin in Outer Sunset
MC Hammer had his bday party at the Tonga Room

**RESTAURANT DEBUTS**
Charlie Palmer opens Burritt Tavern
Local's Corner ready for its debut in the Mission

**INSIDE SCOOP** SF
The Bay Area Source for Breaking Restaurant News

**CARS**



**New York International Auto Show**
A car that can fly? Check out the latest innovations from the auto industry at the New York Auto Show here.

Shelby Cobra turns 50
How The U.S. auto industry has changed
Ram features from-the-ground-up changes

Search Cars »

**BUSINESS & TECHNOLOGY**        Technology | Markets | Mortgage Rates | Real Estate | Home Guides



**Revitalizing Vegas as a 'startup'**
Tony Hsieh, CEO of online shoe retailer Zappos, tells the Valley Girl he is betting plenty on a comeback for Sin City.

FDA will take 3 more months to review diet pill
Stocks slide in reaction to hiring slump in March
Gaps in Netflix's online library likely to persist
Reports: Sony to cut 10,000 jobs
Highlight app alerts users to friends nearby

More Business »

**JOBS**



**Vacation when you're unemployed?**
As summer-vacation approaches, some people will find themselves between jobs. Should they cancel their trips?

Illegal interview question to watch out for
You're crazy if you don't try to do a startup
Gray hair at work?

Search Jobs »

**MARKETS**

| | | | |
|---|---|---|---|
| Nasdaq | 3047.08 | -33.42 | (-1.08%) |
| Dow | 12929.59 | -130.55 | (-1.00%) |
| S&P 500 | 1382.20 | -15.88 | (-1.14%) |

**GET QUOTE**

Enter symbol [   ]   GO    Symbol Lookup

Stock A-Z | Mutual Funds | Your Watchlist

**NATION & WORLD**        Politics | Environment | Science | Health | Opinion



**Tributes pour in for Mike Wallace**
Alec Baldwin, Hugh Hefner lead tributes to revered newsman, who died Saturday.
Chris Wallace on dad | Trailblazer of TV journalism

Report: 150,000 in NKorean prison camps
Man on the run finds time to update Facebook
Israeli settlements spark Palestinian protest
Police: 2 suspects confess in Tulsa shootings
Trayvon Martin death won't go to Fla. grand jury

More Nation | More World »



Check Please! BAY AREA
Turning local diners into food critics
New season premieres THU, APR 26, AT 7:30PM!
KQED 9

**LIVING**        Home & Design | Garden | Style | LGBT | Outdoors | Green | Moms | Pets



**DIY at your fingertips**
With a few bottles of polish, clear coat, a few "tools" and a steady hand, nails have become the at-home makeover du jour.

Sisters of Perpetual Indulgence celebrate Easter
Get creative with these eclectic containers
Oakland's hip and vibrant Temescal Alley takes off
20 great garden gadgets
Here's how to stretch your food dollars

More Living »

**TODAY'S CHRONICLE**



View Today's Sections:
-- select --    Go

-- OR --

View a Past Issue:
MM    DD    YY
GO

Subscriber Services | Home Delivery | E-Edition

**TRAVEL**        SF Guide | Weekend Getaways | Wine Country | Monterey-Carmel | Hawaii | Mexico



**Lighting up the night**
After being replaced with cheap plastic light boxes, the art of neon lights is being revived, Here are highlights of where neon gas still lights up the night.

Finding the quiet side of St. Kitts
Mission San Antonio de Padua to hold Mission Days
Airline balked at fare refund despite cancellation
Mission San Antonio de Padua to hold Mission Days
Where to chow down in Hawaii

More Travel »

**COFFEE BREAK**        Comics | Games | Weird News | Horoscope | Daily Dish



**Zits**
The wonderfully lousy life of Jeremy.



**Games**
Play online games and puzzles.

Chinese teen sells kidney to buy iPhone, iPad
At 95, oldest clown keeps the smiles coming
Ariz. lawmakers receive knitted uterus as protest

More Weird News »

Ads by Yahoo!

**SF Giants Tickets**
Just Buy San Francisco Giants Tickets Buy Giants Tickets Here And Save
(Giants.JustBuyTickets.com)

**hotel in san francisco**
$99 Downtown Plus Free $50 Rebate! 99 Hr Sale, Book San Francisco Now
(BookIt.com/SanFrancisco)

**San Francisco Giants Shop**
Shop Official San Francisco Giants 2010 World Series Merchandise.
(FastballFanatics.com/SF_Giants)



Maximize your exposure with **FREE** registration on the top search engines:

Google YAHOO! bing

Fill out this form and get started today.

*required

*Full Name

*Email Address

*Phone Number

*Website

Submit

Academy of Art University Guiding students to Careers in Art & Design

View this week's specials from Fry's Electronics

© 2012 Hearst Communications Inc.

HEARST newspapers

Local Entry No. 10

http://www.funtrivia.com



Welcome to our world of fun trivia quizzes and quiz games New Player Play Now!

Welcome!
Introduction
Points - Challenges
What's New?
Daily Trivia Email

New Player | Log In

Your Challenges >>
0 of 198 complete

Create Free Tournament

3768 players online.
11:48 PM CST

Quiz Categories
Animals
Brain Teasers
Celebrities
Entertainment
For Children
General Knowledge
Geography
History
Hobbies
Humanities
Literature
Movies
Music
People
Religion
Sci / Tech
Sports
Television
Video Games
World

Quizzes - Global

Fun Trivia™
The Trivia and Quiz Community

+1 303

Quick Quiz Answer some trivia questions right now! Play Now >>

Welcome to FunTrivia.com, the world's largest trivia website with over 1.5 million trivia questions! Sign up for FREE below, and explore our 100,000 trivia quizzes, 200 challenges, daily/hourly trivia tournaments, and much more!

| Create New Player (FREE!) | Existing Players |
|---|---|
| Select a User Name: | User ID: |
| Password: | Password: |
| Email: | Forget ID/pass |
| Create New Free Player | Log In <=""> |

Newest Mixed Quizzes - new one every couple of hrs!

Tricky Entertainment Mix: Play - HTML - Scores
Sci / Tech Mix: Play - HTML - Scores
Harder General Knowledge: Play - HTML - Scores
Animals Mix: Play - HTML - Scores
Religion Mix: Play - HTML - Scores
Humanities Mix: Play - HTML - Scores

## Daily Games

New quizzes and games each day! Our day ends in 0 hrs, 13 mins.

The Daily Trivia Game
1995 players so far today

Mind Melt NEW
Our diabolical word game!

New Question Game
797 players so far today

## Hourly Games

A fun variety of quizzes and trivia games that change each hour.

Mixed Trivia - 58 mins
Something for everyone!

Who's the Expert? - 58 mins
Now: *Genesis*

Piece of Cake - 43 mins
Now: *World*

Fun Trivia Quizzes - World's Largest Trivia and Quiz Site!

 USA Quizzes
Canada
United Kingdom
Australia
Europe
Hourly Challenges

## Ask FunTrivia

New Questions Asked

**Search Trivia Database:**

[ Ask Question! ]

Learn some fun and useless facts at Encyclopedia Fun Trivia

Buy Quiz Questions
Private Tournaments
Quizzes
Discussion Forums

Link Bonus
Refer Friends

Call Fun Trivia Your Home

 **Quick Quiz**
When you've got a few minutes to kill.

 **Fun Trivia Knockout**
Weekly elimination game

 **The Monster Quiz**
Play at your own pace

 **Who am I?**
Historical figures

 **Global Challenge**
Multi-month tournament

 **The Brain Twist**
Our daily brain-bender

 **My Daily Quiz**
Tailored for you - setup

 **International** - 13 mins
Canada, UK, Australia, USA

 **Who's Smartest?** - 13 mins
**Now:** *Music*

 **Word Wizard** - 13 mins
English language game

 **Fill Me In** - 28 mins
Fill in the blank fun

 **Quiz of the Hour**
**Now:** *Joyful Mysteries of th...*

 **The Crystal Ball** - 13 mins
Mindless word lottery!

 **Team Games**

 **Team Heroes**
**Today:** *Music Celebs Mixed*

 **Team vs Team**
Score as a team

 **Gold Members**

 **The World Quiz**
The daily geo challenge

 **Obscurity** - 12 mins
Insanely difficult trivia!

 **Gold Madness**
From new quizzes

 **The 195 Day Bus Ride**
Today: **Kyrgyzstan**

 **Scavenger Hunts**
Find, play, conquer!

 **Pot of Gold** NEW!
Daily challenge

Today's Pot of Gold theme is **Leisure**.

Today's questions are on Sports, Games and Toys, Travel, Lounging Around, Video Games, Years Past, Olympics, and more!

Upgrade Instantly!

 New Team Recruiting Posts

 New Crossword Puzzles

 New Forum Posts

 New Chat Posts

 New Quiz Authoring Posts

Try our enormous Crossword Puzzles section.

ℹ️ **Ask FunTrivia**   Looking for an answer to a trivia question? Ask our community and get some answers!

**Search Asked Questions**

[                                                        ]  [ Go ]

**Recent Questions** - Ask a New Question

5:08 AM - **2** replies: Which of the solar system's moons are believed to have atmospheres?
4:36 AM - **1** reply: Approximately how many words does the "average" person speak during the course of his or her lifetim...
1:51 AM - **1** reply: How old was Enid Blyton when she died?
11:35 PM - 0 replies: Which of the Melvoin twins is older?
4:51 PM - **1** reply: Who sings "Amarillo Sky"?
10:25 AM - **1** reply: What is the secret language that Greg and Rowley made up in 'Diary Of A Wimpy Kid'?
8:56 AM - **1** reply: March 10, 2012 - Why have both Coke and Pepsi announced that they are changing the ingredients that ...
8:48 AM - **1** reply: Who was the first actor to be awarded a Razzie and a Golden Globe nomination for the same role?
4:38 AM - **1** reply: What is the origin of the first flute instrument? In other words, Where was the first one made?
4:27 AM - **1** reply: What is a Rin Tin Tin movie?

Purchase Trivia and Quiz Questions - FAQ - Help / Contact Us

Copyright 2010 FunTrivia.com. All Rights Reserved.

By accessing this site, you agree to our Conditions of Use / Privacy / Legal Policies
All content on this site is protected by international law.
You may not copy or distribute any content without written consent.

**Server 2**

Local Entry No. 11

http://www.slashdot.org

Slashdot: News for nerds, stuff that matters

# Slashdot ⚜

Library    Newsletter    Jobs    Submit    Log In    Join

**stories**

recent

popular

ask slashdot

book reviews

games

idle

yro

cloud

hardware

linux

management

mobile

science

security

storage

Become a fan of Slashdot on Facebook

Follow us:   

## Sci-Fi/Fantasy Artist Jean 'Moebius' Giraud Dies At 73    **8**

## Computer Games That Defined RPGs In the 1980s

Posted by **Soulskill** on Sunday March 11, @10:20PM
from the when-letters-were-awesome-graphics dept.



adeelarshad82 writes

"The 1980s were huge for RPGs. This genre was one of the most
defining game forms in the computer gaming world. A recently
published article strolls down the memory lane to look back at classic
computer games that both defined and extended the definition of the
RPG in the 1980s. The roundup includes some obvious ones like
*Ultima* and *The Bard's Tale*, and others which you may never have
heard of."

Read the **102** comments    🏷 games   pcgames   rpg

## Did Benjamin Franklin Invent Daylight Saving Time?

Posted by **Soulskill** on Sunday March 11, @07:22PM
from the just-tell-me-who-to-blame dept.



An anonymous reader writes

"While living in Paris, Ben Franklin was struck by how many hours of
daylight were being wasted to sleep during the summer months. He
wrote an open letter to a Parisian journal lamenting the wasted
expenditures on candlewax, and presented his back-of-the-quillpad
estimates of the cost savings if the entire population arose an hour or
two earlier. However, Franklin did not specifically mention moving the
clocks ahead; instead, he suggested official means for enforcement
(rationing the sale of candlewax to families) and encouragement
(ringing church bells at sunrise). The clock-shifting technique which
we know and love was credited to the New Zealander George
Vernon Hudson, who proposed it in 1895. DST was first widely
adopted by warring countries during World War I as a way of
conserving coal needed for military purposes. This launched a debate
over DST's usefulness that continues to the present day (particularly
by people stumbling about in their bathrooms). Of course, Franklin is
also associated with other questionable ideas, including bifocals,
lightning rods, electric current flowing from the positive to negative
terminal, leaking official documents to fan opposition, and an
independent United States of America."

New research suggests the daylight saving time change will lead to lower
productivity tomorrow as the lost sleep makes workers more likely to slack


Windows Server
HOSTWAY.

**Slashdot Poll**

**My PC use accounts for __% of my
computing time**

○ 0% - 20%

○ 20% - 40%

○ 40% - 60%

○ 60% - 80%

○ 80% - 100%

○ I don't even own a PC

○ Does using it as a footstool count?

[ Vote ]    Read the **281** comments
Voted on **20743** times.

(PDF).

Read the **181** comments

 business  news  dst



### X-Prize Founder Wants Ideas For Fixing Education

Posted by **Soulskill** on Sunday March 11, @06:19PM
from the can't-be-solved-by-a-few-friends-in-a-garage dept.



An anonymous reader writes

> "X-Prize Founder Peter Diamandis, speaking at SXSW, says he
> wants to set up a $10 million prize for fixing education — but he
> needs help figuring out how to target the problem. From the article:
> 'He said he has considered multiple directions that an Education X
> Prize could take, such as coming up with better ways to crowd-
> source education, or rewarding the creation of "powerful, addictive
> game" that promotes education. But he isn't sure which way to go.
> There's no shortage of high-tech visionaries and tycoons these days,
> running around with ideas about how to fix education. Many of them
> are finding, though, that technology alone isn't enough. Exciting ideas
> founder quickly if they don't sustain motivation in students who
> perform at widely different levels. Other challenges include the need
> to engage effectively with school districts, teachers and parents.'"

Read the **271** comments

 news  education  technology

### When Are You Dead?

Posted by **Soulskill** on Sunday March 11, @05:12PM
from the as-soon-as-the-organleggers-spot-you dept.



Hugh Pickens writes

> "Dick Teresi writes in the WSJ that becoming an organ donor seems
> like a noble act, but what doctors won't tell you is that checking
> yourself off as an organ donor when you renew your driver's license
> means you are giving up your right to informed consent, and that you
> may suffer for it, especially if you happen to become a victim of head
> trauma. Even though they comprise only 1% of deaths, victims of
> head trauma are the most likely organ donors. Patients who can be
> ruled brain dead usually have good organs, while organs from people
> who die from heart failure, circulation, or breathing deteriorate
> quickly. But here's the weird part. In at least two studies before the
> 1981 Uniform Determination of Death Act, some 'brain-dead' patients
> were found to be emitting brain waves, and at least one doctor has
> reported a case in which a patient with severe head trauma began
> breathing spontaneously after being declared brain dead. Organ
> transplantation — from procurement of organs to transplant to the first
> year of postoperative care — is a $20 billion per year business, with
> average recipients charged $750,000 for a transplant. At an average
> of 3.3 donated organs per donor, that is more than $2 million per
> body. 'In order to be dead enough to bury but alive enough to be a
> donor, you must be irreversibly brain dead. If it's reversible, you're no
> longer dead; you're a patient,' writes David Crippen, M.D. 'And once
> you start messing around with this definition, you're on a slippery
> slope, and the question then becomes: How dead do you want
> patients to be before you start taking their organs?'"

Read the **293** comments

 ethics  science  business

### Accused LulzSec Members Left Trail of Clues Online

**Recent Tags**

technology

military

apple

games

features

os

security

**YRO**

Online Learning Becomes Court-Ordered
Community Service

US Government Withdraws IANA
Contract From ICANN

Posted by **Soulskill** on Sunday March 11, @04:04PM
from the didn't-need-sherlock-for-this-one dept.



Trailrunner7 writes

"When the long arm of the law reached in to arrest members of Anonymous's senior leadership on Tuesday, speculation immediately turned to the identities of the six men behind the Guy Fawkes mask. With the benefit of hindsight, it turns out that many had been hiding in plain sight, with day jobs, burgeoning online lives and — for those who knew where to look — plenty of clues about their extracurricular activities on behalf of the world's most famous hacking crew. Two of the accused, Darren Martyn (aka 'pwnsauce,' 'raepsauce,' and 'networkkitten,') and Donncha O'Cearbhail, formerly known as Donncha Carroll (aka 'Palladium'), sported significant online footprints and made little effort to hide their affinity for hacking. In other areas, however, Martyn (who was reported to be 25, but claimed to be 19), seemed to be on his way to bigger and better things. He was a local chapter leader of the Open Web Application Security Project in Galway, Ireland. He spent some of his free time with a small collective of computer researchers in Insecurety Research, under the name 'infodox.'"

Read the **140** comments

 it  security  anonymous

## A Better Way To Program

Posted by **Soulskill** on Sunday March 11, @02:50PM
from the creativity-by-slider-bars dept.



mikejuk writes

"This video will change the way you think about programming. The argument is clear and impressive — it suggest that we really are building programs with one hand tied behind our backs. Programmers can only understand their code by pretending to be computers and running it in their heads. As this video shows, this is incredibly inefficient and, as we generally have a computer in front of us, why not use it to help us understand the code? The key is probably interactivity. Don't wait for a compile to complete to see what effect your code has on things — if you can see it in real time then programming becomes much easier."

Read the **295** comments

 developers  programming  news

## USS Enterprise Takes Its Final Voyage

Posted by **Soulskill** on Sunday March 11, @01:39PM
from the looking-for-nuclear-wessels dept.



westlake writes

"The AP is reporting that the world's first nuclear powered aircraft carrier, U.S.S. Enterprise, is to be retired after fifty years of active service — the longest of any warship in U.S. naval history. Its final deployment will take it to the Middle East and last for seven months. The big ship has become notoriously difficult to keep in repair. As an old ship and the only one in its class, breakdowns have become frequent and replacement parts often have to be custom made. Despite its place in naval history and popular culture, Enterprise will meet its end at the scrap yard rather than being preserved at a museum. This is expected to happen in 2015, after the nuclear fuel has been removed."

Meet The Man Who Designed a Tablet Computer 15 Years Before the iPad

Measuring China's Cyberwar Threat

Drones, Dogs and the Future of Privacy

### Book Reviews

Recent reviews from Slashdot readers:

Defense against the Black Arts: How Hackers Do What They Do and How to Protect against It. A good reference for someone experienced in security who wants to improve their skills. (Ben Rothke's review.)

The Economics of Software Quality. Build your business case for software quality improvement with this great book. (Ben Linders's review.)

Head First HTML5 Programming. A heavily-illustrated introduction to building web pages and web apps with HTML5. (Michael J. Ross's review.)

Submitting a review for consideration is easy; please first read Slashdot's book review guidelines. Updated: 2012110 by samzenpus

### Freecode.com releases

ora2pg 8.10

PieDock 1.5.0

BuildBot 0.8.6

rsvndump 0.5.8

LDAP Account Manager 3.7.RC1

Joomla! OnStartups Flair Module 1.0.0

pcapfix 0.2

crpcut 1.7.0

vbackup 0.1.9

(R)?ex 0.26.0

MP3 Diags 1.1.16

360-FAAR 0.1.6

Domination 1.1.0.7

TEA 32.0.1

Mundus 1.0.1

Case 2:08-cr-00814-DGC    Document 824-4    Filed 06/04/12    Page 47 of 155

Read the **299** comments         military  technology  !startrek

Search Freecode:

More Freecode...

## NVIDIA Challenges Apple's iPad Benchmarks



Posted by **Soulskill** on Sunday March 11, @12:23PM
from the insert-poker-analogy dept.

MojoKid writes

> "At the iPad unveiling last week, Apple flashed up a slide claiming that the iPad 2 was 2x as fast as Nvidia's Tegra 3, while the new iPad would be 4x more powerful than Team Green's best tablet. NVIDIA's response boils down to: 'it's flattering to be compared to you, but how about a little data on which tests you ran and how you crunched the numbers?' NVIDIA is right to call Apple out on the meaningless nature of such a comparison, and the company is likely feeling a bit dogpiled given that TI was waving unverified webpage benchmarks around less than two weeks ago. That said, the Imagination Technologies (PowerVR) GPUs built into the iPad 2 and the new iPad both utilize tile-based rendering. In some ways, 2012 is a repeat of 2001 — memory bandwidth is at an absolute premium because adding more bandwidth has a direct impact on power consumption. The GPU inside NVIDIA's Tegra 2 and Tegra 3 is a traditional chip, which means it's subject to significant overdraw, especially at higher resolutions. Apple's comparisons may be bogus, but Tegra 3's bandwidth issue they indirectly point to aren't. It will be interesting to see NVIDIA's next move and what their rumored Tegra 3+ chip might bring."

Read the **154** comments         graphics  handheld  nvidia

## *Double Fine Adventure* Crosses $2.5 Million In Kickstarter Funding



Posted by **Soulskill** on Sunday March 11, @11:11AM
from the people-pay-for-things-they-want dept.

An anonymous reader writes

> "*Double Fine Adventure*, the crowd-funded adventure game from Tim Schafer and Ron Gilbert (of *Monkey Island* fame), just crossed the $2.5 million mark in funding on Kickstarter. So far, about 73,000 enthusiastic backers have contributed an average of $35 dollars each, with 3 extravagant backers going as far as to contribute $10,000 (earning them a lunch with Schafer and Gilbert, among other goodies). The total sum is over 6 times the amount Schafer and Gilbert were initially hoping to raise ($400,000). Schafer released a few pictures showing what he's doing with all the money. The project has received attention in mainstream media (sort of), with NPR's Morning Edition covering the story."

Read the **81** comments         business  games  internet

## MIME Attachments Are 20 Years Old Today

Posted by **Soulskill** on Sunday March 11, @09:58AM
from the trapped-in-a-box dept.

judgecorp writes

> "MIME email attachments have been around for 20 years, and we now send a trillion every day. The mountains of emails in corporate archives now contain vital information, says MIME inventor Nathaniel

Borenstein, which can be mined to expose conspiracies and make businesses more efficient. He also says a one-penny tax on attachments would make him as rich as Germany — if it weren't for the fact that such a charge would have killed MIME."

Read the **75** comments           email  internet  communications

### Online Learning Becomes Court-Ordered Community Service

Posted by **Soulskill** on Sunday March 11, @08:46AM
from the fighting-crime-with-knowledge dept.

An anonymous reader writes

"Yahoo Finance reports that convicted criminal offenders can serve their court-ordered community service hours online by taking educational courses through Community Service Help. According to the article, there is a high correlation between criminal activity and lack of education. Who knew? 'About 40 percent of all U.S. prison inmates never finished high school, and nearly 44 percent of jail inmates did not complete high school. More current data shows that hasn't changed. In Washington, D.C., for instance, 44 percent of Department of Corrections inmates are not high school graduates. Less than 2 percent had 16 years or more of schooling.'"

Read the **141** comments           crime  news  education

### Nuclear Disaster In Japan Could Have Been Mitigated, Say Industry Insiders

Posted by **timothy** on Sunday March 11, @07:32AM
from the can't-plan-for-every-possibility dept.

Hugh Pickens writes

"Some insiders from Japan's tightly knit nuclear industry have stepped forward to say that Tepco and regulators had for years ignored warnings of the possibility of a larger-than-expected tsunami in northeastern Japan, and thus failed to take adequate countermeasures, such as raising wave walls or placing backup generators on higher ground. 'March 11 exposed the true nature of Japan's postwar system, that it is led by bureaucrats who stand on the side of industry, not the people,' says Shigeaki Koga, a former director of industrial policy at the Ministry of Economics, Trade and Industry. Eight years ago, as a member of an influential cabinet office committee on offshore earthquakes in northeastern Japan, Kunihiko Shimazaki, professor emeritus of seismology at the University of Tokyo, warned that Fukushima's coast was vulnerable to tsunamis more than twice as tall as the forecasts of up to 17 feet put forth by regulators and Tepco, but government bureaucrats running the committee moved quickly to exclude his views from debate as too speculative and 'pending further research.' Then in 2008, Tepco's own engineers made three separate sets of calculations that showed Fukushima Daiichi could be hit by tsunamis as high as 50 feet. 'They completely ignored me in order to save Tepco money,' says Shimazaki."

Read the **181** comments           japan  politics  fukushima

### Profile of a Real-Life Jedi Academy

Posted by **timothy** on Sunday March 11, @06:08AM

from the mind-tricks-for-manhattan-landlords dept.



dkleinsc writes

"The NYTimes ran a profile of the New York Jedi Club, an organization dedicated to teaching the ways of the Force. Jedi Grandmaster Flynn Michael, a sound engineer and (by his own proclamation) an 'over-the-top geek,' connected the ideas of the Jedi with dance, martial arts, sword-fighting and Tibetan Buddhism to form the curriculum."

Read the **97** comments

 starwars  education  jedi

## IBM Scientists Measure the Heat Emitted From Erasing a Single Bit

Posted by **timothy** on Sunday March 11, @03:20AM
from the part-of-a-healthy-weight-loss-program dept.



ananyo writes

"In 1961, IBM physicist Rolf Landauer argued that to reset one bit of information — say, to set a binary digit to zero in a computer memory regardless of whether it is initially 1 or 0 — must release a certain minimum amount of heat, proportional to the ambient temperature. New work has now finally confirmed that Landauer was right. To test the principle, the researchers created a simple two-state bit: a single microscopic silica bead held in a 'light trap' by a laser beam. (Abstract) The trap contains two 'valleys' where the particle can rest, one representing a 1 and the other a 0. It could jump between the two if the energy 'hill' separating them is not too high. The researchers could control this height by changing the power of the laser, and could 'tilt' the two valleys to tip the bead into one of them by moving the physical cell containing the bead slightly out of the laser's focus. By monitoring the position and speed of the particle during a cycle of switching and resetting the bit, they could calculate how much energy was dissipated."

Read the **92** comments

 ibm  nanotech  physics

## Slashdot

Today | **Many More** | Yesterday  Saturday  Friday                    Submit Story

The UNIX philosophy basically involves giving you enough rope to hang yourself. And then a couple of feet more, just to be sure.

FAQ  Story Archive  Hall of Fame  Advertising  Terms
Privacy  About  Feedback  Slashdot Japan

Trademarks property of their respective owners. Comments owned by the poster.
© 2012 All Rights Reserved. Geeknet, Inc.

Local Entry No. 12

http://www.digg.com

All Topics - The Latest News Headlines, Videos and Images - Digg

# digg™

| Top News | Newswire | Newsrooms BETA |

Join Digg!    Login

**All Topics**    Business    Entertainment    Gaming    Lifestyle    Offbeat    Politics    Science    Sports    Technology    World News

## Top News

Most Recent ▾    All Stories ▾

---

**51**

### Nuclear Woes Push Japan Into A New Energy Future ⧉



npr.org — All of Japan's nuclear power plants will be offline by April and might never restart. That's forcing the country to increase its reliance...

2 min ago via sarahshea    submitted in Alternative Energy & Green

f 103    🐦 25    🔥    💬 11 Comments

---

**80**

### On the TSA: The staggering cost, the invasion of privacy and the groping (infographic) ⧉

freakoutnation.com — If we don't speak out, we're part of the problem - Progressive blogging for the middle class, not corporate welfare.

12 min ago via Greg    submitted in Politics

f 13    🐦 29    🔥    💬 3 Comments

---

**540**

### This Is The Best Car Under $20,000



autos.aol.com— So, we are sticking to sedans priced legitimately under $20,000 by the time you drive them away. And we have applied come up with a Top-Five.

Sponsored by **AOL Autos**

---

**63**

### How A "Man Cave" Can Strengthen Your Relationship ⧉



thefrisky.com — My husband's birthday was the day after Valentine's Day, so celebrating is a double whammy.

22 min ago via Jay LenoTARD    submitted in Lifestyle

f 0    🐦 0    🔥    💬 3 Comments

---

**80**

### The 10 Worst Dressed Sci-Fi Film Characters ⧉



complex.com — Most are from classic films, but it doesn't excuse the crazy.

32 min ago via Complex Magazine    submitted in Entertainment

f 12    🐦 16    🔥    💬 2 Comments

---

**56**

### 'You Get What You Deserve, White Boy': 13-Year-Old Set on Fire in Horrific Racially Charged Attack ⧉

theblaze.com — Police in Kansas City are investigating a possible hate crime after a 13-year-old boy was doused in gasoline and set on fire. According to Allen Go...

42 min ago via David Sullivan    submitted in Politics

f 1.2K    🐦 271    🔥    💬 28 Comments

---

©Digg

Give us feedback  |  Ideas & Help  |  Take the survey

**65**


## Level 3 protests Verizon, AT&T "lock-up" data connection deals


arstechnica.com — The grudge match between Netflix network provider Level 3 and Comcast over access to the latter's subscribers has faded into the background, b...

52 min ago via Miguel Lopez    submitted in Technology

f 4    🐦 79    🔥    💬 3 Comments

---

**130**


## Conservatives Blow Off the Constitution to Degrade Poor People


politicususa.com — Despite the fact it violates the Constitution, conservatives across the country keep proposing bills to test poor people seeking government help fo...

1 hr 12 min ago via Mikeymicron    submitted in Politics

f 145    🐦 88    🔥    💬 30 Comments

---

**61**


## Republicans weigh returning Hatch for 7th term | ajc.com


ajc.com — SALT LAKE CITY — Disgruntled conservatives planted the seeds for Sen. Robert Bennett's defeat long before delegates at the Utah Republican Con...

1 hr 22 min ago via mysticdave    submitted in Politics

f 4    🐦 6    🔥    💬 1 Comment

---

**156**

## Which College Majors Lead To Higher Unemployment? [Infographic]


jobs.aol.com— As the recent Occupy Wall Street protests have shown, many young people are angry about the rising cost of college.

Sponsored by **AOL Jobs**

---

**73**

## LiveLeak.com - Neil deGrasse Tyson - We Stopped Dreaming


liveleak.com — This is for everyone who doesn't understand why NASA was created and why so many people think it is imperative to continue supporting the. ...

1 hr 32 min ago via Brian J Fanslau    submitted in Science

f 6.7K    🐦 418    🔥    💬 5 Comments

---

**84**

## Massive Dark Stars May Still Exist in the Far Reaches of the Universe


dailygalaxy.com — Dark matter not only had a role to play in fueling early stars, it may have created "dark stars" so massive that they went on to spawn su...

1 hr 42 min ago via Spektra    submitted in Space Exploration

f 17    🐦 61    🔥    💬 3 Comments

---

**66**



## The Evolution of Animated GIFs [VIDEO]


mashable.com — The history and function of animated GIFs is vast. Here's how an outdated format breathed new life again.

1 hr 52 min ago via Huub Uyleman    submitted in Technology

f 85    🐦 976    🔥    💬 2 Comments

---

**71**


## Should Washington State Subsidize the Movie Industry?



blogs.seattleweekly.com — The movie-making business can be a lucrative industry.

Money flows in from producers, theater-goers, advertisers, dvd/digital sales, and merchandis...

2 hr 2 min ago via Specktra    submitted in Entertainment

f 0    🐦 5    ⚡    💬 12 Comments

---

**82**

## My Strange Addiction on TLC: Girl who can't stop drinking GASOLINE



dailymail.co.uk — Lifting a red gas canister before the cameras, a girl named Shannon demonstrates her claimed addiction of drinking gasoline for TLC'S televisi...

2 hr 12 min ago via ●●ĶĂĬ●● (✗    )    submitted in Offbeat

f 709    🐦 165    ⚡    💬 18 Comments

---

**88**

## Fukushima in Photos: Remembering the Japan Disaster



popcrunch.com — March 11, 2012 marks the one year anniversary of disaster and devastation in Fukushima, Japan. As the world looked on in horror, a massive 9.0 eart...

2 hr 22 min ago via wjappe    submitted in Natural Disasters

f 5    🐦 1    ⚡    💬 6 Comments

---

**129**

## Papa John's Cashier Fired For Offending Asian Customer



jobs.aol.com— It's good to know that the internet is keeping us civil, maybe in at least one respect.

Sponsored by **AOL Jobs**

---

**92**

## Newsvine - Murkowski regrets voting with GOP on birth control



newsvine.com — Sen. Lisa Murkowski says she saw it coming, even before the public scolding last weekend at Alaska's Iditarod dog sled race. Siding with Repub...

2 hr 32 min ago via Cosmic Surfer - WE are the 99%    submitted in Politics

f 4    🐦 1    ⚡    💬 16 Comments

---

Prev

Page 1

Next

---

© Digg Inc. 2012    About Digg    Advertise    Partners    API & Resources    Blogs    Contact Us    Jobs    Help & FAQ

Terms of Service    Topics    Privacy    Top100

Local Entry No. 13

http://www.fandango.com



Local Entry No. 14

http://www.cinema.com  (now http://www.culture.com)

 Culture.com®

Works hard. Plays hard.
Get the Motorola XPRT™ FREE
Get it now
Restrictions apply.
Online only.
Free shipping.
Sprint

Google™ Custom Search

   

Home | Movies | People | News | Galleries | Trailers | On This Day | Interviews | Features | Video Player | DVD's | Competition | Festivals | Reviews

 twitter

### Box Office

- Lorax, The
- Project X
- Act of Valor

MORE...

**Ads by Google**
Cinema Cinema
Trailer Cinema
Movies Cinema

### US This Week...
- Friends with Kids
- Jiro Dreams of Sushi
- John Carter
- Salmon Fishing in the Yemen
- Playback

MORE...

### UK This Week...
- John Carter
- Bel Ami
- Raven, The

MORE...

### Competition

Win DVD's, CD's Posters & More

MORE...

AdChoices ▷

---

**Top Story**

*J.K. Rowling's "Pottermore" website to open in April*

J.K Rowling's new Pottermore website that will allow fans to navigate the world of British boy wizard Harry Potter and shop for merchandise including e-books of the Potter adventures will open in April.
[Full Story]

More Stories >>>

**Jessica Simpson expecting baby girl** - Jessica Simpson has confirmed she is expecting a baby girl. The actress and singer had already revealed that she and fiance Eric Johnson are expecting their first child, but she has now spilled the beans to US Elle magazine about the baby's gender. [Full Story]

**Blanchett not for plastic surgery** - Cate Blanchett has revealed she doesn't plan to have any plastic surgery as she gets older, admitting she'd be "too frightened". [Full Story]

**Feature Movie**

JOHN CARTER

Civil War vet John Carter is transplanted to Mars, where he discovers a lush, wildly diverse planet whose main inhabitants are 12-foot tall green barbarians. Finding himself a prisoner of these creatures, he escapes, only to encounter Dejah Thoris, Princess of Helium, who is in desperate need of a savior. [Full Feature]

More Features >>>



SALMON FISHING IN THE YEMEN

SILENT HOUSE

 MIRROR MIRROR

 A THOUSAND WORDS

**Star of the Week**
_Men in Black 3_
Watch the new 'Men in Black 3' trailer

**Review of the Week**
_Chronicle_
"Chronicle" gets it right, casting

**Feature**
_Frankenweenie_
Watch the new 'Frankenweenie'

---

### Must's New's
#### TRAILERS
- The Hobbit
- Frankenweenie
- The Avengers
- American Reunion
- MI4: Ghost Protocol
- The Three Stooges
- Bel Ami
- Men in Black 3
- The Dictator
- Jack the Giant Killer
- Goon
- Rock of Ages
- 21 Jump Street
- Amazing Spider-Man
- Neighborhood Watch
- Prometheus
- Dark Knight Rises
- Madagascar 3
- StreetDance 2
- Girl in Progress

#### GALLERIES
- The Dictator
- StreetDance 2
- Underworld: Awakening
- Bel Ami
- Girl in Progress
- Brave
- 21 Jump Street
- Jack the Giant Killer
- Frankenweenie
- The Hobbit
- Casa de mi Padre
- Friends with Kids
- Goon
- Madagascar 3
- Cleanskin
- The Avengers
- Rock of Ages
- Wrath of the Titans
- American Reunion
- Dark Tide

#### NEWS
- "Pottermore" website
- Simpson expecting Girl
- Blanchett no to surgery

Local Entry No. 15

http://www.marketoracle.co.uk



# The Market Oracle

Home
Newsletter
RSS Feed    Help

Search

Google™ Custom Search

## Welcome to The Market Oracle

The Market Oracle is a **FREE** Daily Financial Markets Analysis & Forecasting online publication.

We present in-depth analysis from over 600 experienced analysts on multiple views of the probable direction of the financial markets. Thus enabling our readers to arrive at an informed opinion on future market direction.

**Subscribe** to our **FREE** Newsletter (weekly). **RSS Feed**

**Sun 11th March 2012**



FREE E-books DOWNLOAD N

Several Years Ahead of the Curve Analysis an

## Featured Articles:



**There Will Be Euro-zone Debt Crisis Contagion, The Next Greek Tragedy** - 11th Mar 12 - John_Mauldin

**Handicapping The Collapse** - 9th Mar 12 - Jim_Willie_CB

**Should Iceland's Next Curre**
Mar 12

**How Big Money and Insiders Use Options to Manipulate the Stock**

**How Desktop 3D Printing Factories Will Create the Next $1**

**Why C Won't Premi**

### Sidebar Navigation

- Commodities
- Companies
- Consumer Watch
- Currencies
- Economics
- Elliott Waves
- Election Oracle
- Housing Markets
- Interest Rates
- Investor Education
- Market Oracle TV
- Personal Finance
- Politics & Social
- Portfolio Building
- Stock & Financial Markets

- Authors Archive
- Featured Analysis
- Most Popular
- Best Analysis Archive
- Recommended Reading

## New Comments

- **Rotten Apple**
- **Best 2012 GOP article**
- **Pro Putin propaganda**
- **gold price**
- **Buffett and Gold but...**
- **The ultimate "killer app"**
- **VP Selection**
- **US/UK dominated world**
- **Interesting**
- **Oil Prices...**
- **Great Power Empires**
- **arab spring treatment**
- **Speculation**

**Ads by Google**

The Stock Market

Gold Market Price

Of Stock Market in China

## Market Charts

Dow Jones I.A.

| | | |
|---|---|---|
| **Market** - 9th Mar 12 - Sam_Chee_Kong | **Trillion Industry** - 8th Mar 12 - Michael Robinson | 7th M... Gerald... |



**The Face of Gold and Silver Price Volatility** - 7th Mar 12 - Jeff Clark

**The Debt Deleveraging Big Lie** - 6th Mar 12 - James_Quinn

**Weste... Slow ... Fall?** Fergus...

**U.S. Recession Explanations, Does the ECRI Believe Its Own Economic Indicators?** - 5th Mar 12 - Mike_Shedlock

**U.S. Dollar and Crude Oil Hold Clues About Stock Market Future** - 5th Mar 12 - J_W_Jones

**Four C... of a S... in Mar... 12 - Ro...**

**Stock Market Ending an Diagonal Top?** - 4th Mar 12 - Andre_Gratian

**Debt Crisis Unintended Consquences, What Greece Should Do and What About Ireland?** - 4th Mar 12 - John_Mauldin

**Marc... Far Fr...** - 3rd M...

**More Featured Articles Here**

## All of Today's Articles

| | |
|---|---|
| ⭐ | **The Failed Great Depression** - 11th Mar 12 - Andrew_McKillop |
| ⭐ | **Mr. Market: Get It Through Your Head, The PSI DOESN'T Matter** - 11th Mar 12 - Graham_Summers |
| ⭐ | **United States, Land of the Mega-rich, No Jobs For Americans** - 11th Mar 12 - Paul_Craig_Roberts |
| ⭐ | **Evolving Global Financial Crisis, Selling "Foreclosed Homes"** - 11th Mar 12 - Bob_Chapman |
| ⭐ | **Post Greek PSI Deal, We Are Not BULLish or BEARish, We Are GORILLAish** - 11th Mar 12 - readtheticker |
| | **There Will Be Euro-zone Debt Crisis Contagion, The Next Greek Tragedy** - 10th Mar 12 - John_Mauldin |
| ⭐ | **Western Collapse Slow Motion Suicide Moves To Fast Mode** - 10th Mar 12 - Andrew_McKillop |
| | **The Fed gets creative** - 10th Mar 12 - Alasdair_Macleod |
| | **U.S. Economy is Adding Jobs, Fed Will Take a Pass at the March 13 FOMC Meeting** - 10th Mar 12 - Asha_Bangalore |
| | **Fed On Deck... Jobs In Line... Stock Market Strength Continues...** - 10th Mar 12 - Jack_Steiman |
| ⭐ | **Gold's Inflation Problem** - 10th Mar 12 - Adrian_Ash |
| | **Why Financial Markets Ignored Jobs Report and Greek Debt Deal** - 10th Mar 12 - Sy_Harding |
| | **Do Gold and Silver Investors Believe QE Will Be Dialed Back?** - 10th Mar 12 - Eric_McWhinnie |
| ⭐ | **If Economy is Recovering, Why Are U.S. Cities Going Bankrupt?** - 9th Mar 12 - EWI |
| ⭐ | **Crude Oil Stocks Room to Run** - 9th Mar 12 - Zeal_LLC |

### Best of the Week

**Most Popular**

1. **Natural Gas Investor Opportunity** - Marin Katusa
2. **Marc Faber States Gold Far From Bubble Phase** - Marc Faber
3. **Russia Election Fraud, Czar Putin Elects Himself President of Corrupt Russian Mafia State** - Nadeem_Walayat
4. **Gold Downside Targets and Market Manipulative Excuses** - Przemyslaw_Radomski
5. **Debt Crisis Unintended Consquences, What Greece Should Do and What About Ireland?** - John_Mauldin
6. **The Debt Deleveraging Big Lie** - James_Quinn
7. **Four Cycle Turns Warn of a Stock Market Top in March 2012** - Robert_McHugh_PhD
8. **U.S. Dollar and Crude Oil Hold Clues About Stock Market Future** - J_W_Jones
9. **Western Civilisation Slow Decline or Fast Fall?** - Niall Ferguson
10. **Stock Market Ending an Diagonal Top?** - Andre_Gratian

**Last 5 Days Analysis**

The Failed Great Depression - 11th Mar 12

Evolving Global Financial Crisis, Selling "Foreclosed Homes" -



**FTSE 100 Index**



**Crude Oil**



**GOLD**

FREE - 1g of gold gets you started



**British Pound**



**U.S. Dollar**





11th Mar 12

Post Greek PSI Deal, We Are Not BULLish or BEARish, We Are GORILLAish - 11th Mar 12

**There Will Be Euro-zone Debt Crisis Contagion, The Next Greek Tragedy** - 11th Mar 12

Western Collapse Slow Motion Suicide Moves To Fast Mode - 11th Mar 12

U.S. Economy is Adding Jobs, Fed Will Take a Pass at the March 13 FOMC Meeting - 10th Mar 12

Gold's Inflation Problem - 10th Mar 12

If Economy is Recovering, Why Are U.S. Cities Going Bankrupt? - 9th Mar 12

Crude Oil Stocks Room to Run - 9th Mar 12

Possibility of a Bounce Up in Gold and Silver - 9th Mar 12

Mohamed El-Erian, U.S. Economy is 'Muddling Along' - 9th Mar 12

**Handicapping The Collapse** - 9th Mar 12

Time to Accumulate Gold and Silver - 9th Mar 12

Gold and Silver Down on Week, Stocks and Dollar Rally Following U.S. Nonfarms Release - 9th Mar 12

Strong Silver Price in 2012 as Strengthening Investment and Industrial Demand - 9th Mar 12

Dude, Where's my Gold? - 9th Mar 12

Augme Technologies and the Yahoo Vs Facebook War - 9th Mar 12

**Don't Let the SEC Tread on Your Money Market Funds!** - 9th Mar 12

**Should Iceland's Next Currency be Gold?** - 9th Mar 12 -

How to Ruin Your Economy - 9th Mar 12

**How Big Money and Insiders Use Options to Manipulate the Stock Market** - 9th Mar 12

The Nuclear Power Revival - 9th Mar 12

Which Method Can Traders Use to Confirm an Elliott Wave Count? - 9th Mar 12

The Story Behind US Gas Price Pain - 8th Mar 12

How to Understand the Monetary System - 8th Mar 12

Gold Spectacular Rally Pending a Trigger - 8th Mar 12

Asia Buys Gold Whilst the West Sells - 8th Mar 12



★ Possibility of a Bounce Up in Gold and Silver - 9th Mar 12 - Przemyslaw_Radomski

★ Mohamed El-Erian, U.S. Economy is 'Muddling Along' - 9th Mar 12 - Mohamed El-Erian

Handicapping The Collapse - 9th Mar 12 - Jim_Willie_CB

★ Time to Accumulate Gold and Silver - 9th Mar 12 - Jeff Clark

Natural Gas Fracking Turns Sour - 9th Mar 12 - Andrew_McKillop

★ Gold and Silver Down on Week, Stocks and Dollar Rally Following U.S. Nonfarms Release - Ben_Traynor

Stock Market Affected By... - 9th Mar 12 - Mark Blair

★ Strong Silver Price in 2012 as Strengthening Investment and Industrial Demand - 9th Mar 12 - GoldCore

★ Dude, Where's my Gold? - 9th Mar 12 - Jan_Skoyles

★ Augme Technologies and the Yahoo Vs Facebook War - 9th Mar 12 - Jack Barnes

★ Don't Let the SEC Tread on Your Money Market Funds! - 9th Mar 12 - Martin Hutchinson

Should Iceland's Next Currency be Gold? - 9th Mar 12 - Peter Krauth

★ How to Ruin Your Economy - 9th Mar 12 - Bill_Bonner

President Ron Paul, Vice President Mitt Romney 2012 - 9th Mar 12 - Allan Stevo

How Big Money and Insiders Use Options to Manipulate the Stock Market - 9th Mar 12 - Sam_Chee_Kong

Gold Stocks: Tread Carefully - 9th Mar 12 - Bob_Kirtley

★ The Nuclear Power Revival - 9th Mar 12 - Mark Lackey

The Real Situation in Iraq - 9th Mar 12 - OilPrice_Com

★ Which Method Can Traders Use to Confirm an Elliott Wave Count? - 9th Mar 12 - EWI

★ Commodity and Financial Markets Recap - 9th Mar 12 - Chad_Bennis

## Yesterday

Gold, Silver and the Crisis of the Fractional Banking System - 8th Mar 12 - Bob_Chapman

Incomplete Correction in eMini S&P - 8th Mar 12 - Mike_Paulenoff

The Story Behind US Gas Price Pain - 8th Mar 12 - Marin Katusa

★ Gold Remains in Consolidation - 8th Mar 12 - Jordan_Roy_Byrne

How to Understand the Monetary System - 8th Mar 12 - GoldSilver

BoE Interest Rate Ddecision - 8th Mar 12 - Gareth Talbot

Spot the Bubble - 8th Mar 12 - Mario_Innecco

★ Gold Spectacular Rally Pending a Trigger - 8th Mar 12 - Hubert_Moolman

★ Asia Buys Gold Whilst the West Sells - 8th Mar 12 - GoldCore

★ How the Government Lies About the Real Inflation Rate - 8th Mar 12 - David Zeiler

How Desktop 3D Printing Factories Will Create the Next $1 Trillion Industry - 8th Mar 12 - Michael Robinson

★ Planets' Amazing Influence on Stock Market, What Lies Ahead? - 8th Mar 12 - Dincer YILMAZ

★ Facts on the Horrific U.S. Long-Term Economic Decline - 8th Mar 12 - End of the American Dream



Sprint

Works hard.
Plays hard.
Get the
Motorola XPRT™
FREE

Get it now

Restrictions apply.

The Market Oracle :: Financial Markets Analysis & Forecasting Free Website



How the Government Lies About the Real Inflation Rate - 8th Mar 12

**How Desktop 3D Printing Factories Will Create the Next $1 Trillion Industry** - 8th Mar 12

Planets' Amazing Influence on Stock Market, What Lies Ahead? - 8th Mar 12

Facts on the Horrific U.S. Long-Term Economic Decline - 8th Mar 12

Empty Fort Knox Gold and Loaded Guns

Why U.S. Government Confiscated Gold in 1933, Can it Happen Again? - 8th Mar 12

Is a House Ever a Good Investment? - 8th Mar 12

Where's The Problem With The Stock Market? - 8th Mar 12

Gold Investing, When to be Greedy? - 8th Mar 12

Gold and Silver, Are you buying the weakness or selling it? - 8th Mar 12

Stock Market VIX Indicator: What this Contrarian Index is Telling Us Now - 8th Mar 12

Stock Market Flash Crash, Fat Fingers, and Positioning for a Correction - 7th Mar 12

**Why Chinese Economy Won't Collapse, Premier Wen Real Story** - 7th Mar 12

The Stock Market, Sunspots and Geomagnetism - 7th Mar 12

Where is the Euro Headed? - 7th Mar 12

Financial Crisis 2012, Why Central Bank Liquidity is No Longer Enough - 7th Mar 12

**Buffett's Bursting Berkshire Bubble** - 7th Mar 12

**The Face of Gold and Silver Price Volatility** - 7th Mar 12

U.S. Fed Flying Blind - 7th Mar 12

From Fracking to Fuel Cells Investors Can Capitalize on the Energy Revolution - 7th Mar 12

Has the Stock Market Correction Finally Begun? - 7th Mar 12

The Mainstream Media Still Doesn't Get the ECB Greek Debt Swap - 7th Mar 12

**The Debt Deleveraging Big Lie** - 6th Mar 12

Marc Faber "Middle East Will Go Up In Flames" ... "Have To Be In Gold and Stocks" - 6th Mar 12

Assessing China's Strategy - 6th Mar 12

Stuxnet Virus Triggers New Era of Cyber Attacks, Are You Ready? - 6th Mar 12

Microsoft Strikes Back at Apple and Google With Windows 8 - 6th Mar 12

Singapore Stock Market is the World's Biggest Bargain - 6th Mar 12

Wealth Protection, Anything but the U.S. Dollar - 6th Mar 12

Gold and Silver Outlook - 6th Mar 12

---

Empty Fort Knox Gold and Loaded Guns - 8th Mar - Gary_North

Does Gold Still Sparkle for Morgan Stanley and Germany? - 8th Mar 12 - Eric_McWhinnie

Why U.S. Government Confiscated Gold in 1933, Can it Happen Again? - 8th Mar 12 - Julian_DW_Phillips

Is a House Ever a Good Investment? - 8th Mar 12 - Vedran Vuk

Where's The Problem With The Stock Market? - 8th Mar 12 - David_Grandey

Gold Investing, When to be Greedy? - 8th Mar 12 - Giuseppe L. Borrelli

Gold and Silver, Are you buying the weakness or selling it? - 8th Mar 12 - Chad_Bennis

## Most Popular of the Week

**Sat** Gold's Inflation Problem - 10th Mar 12 - Adrian_Ash

**Fri** Handicapping The Collapse - 9th Mar 12 - Jim_Willie_CB

1. Natural Gas Investor Opportunity - Marin Katusa

2. Marc Faber States Gold Far From Bubble Phase - Marc Faber

3. Russia Election Fraud, Czar Putin Elects Himself President of Corrupt Russian Mafia State - Nadeem_Walayat

4. Gold Downside Targets and Market Manipulative Excuses - Przemyslaw_Radomski

5. Debt Crisis Unintended Consequences, What Greece Should Do and What About Ireland? - John_Mauldin

6. The Debt Deleveraging Big Lie - James_Quinn

7. Four Cycle Turns Warn of a Stock Market Top in March 2012 - Robert_McHugh_PhD

8. U.S. Dollar and Crude Oil Hold Clues About Stock Market Future - J_W_Jones

9. Western Civilisation Slow Decline or Fast Fall? - Niall Ferguson

10. Stock Market Ending an Diagonal Top? - Andre_Gratian

## Most Popular Authors Most Recent Articles

1. Nadeem_Walayat — Russia Election Fraud, Czar Putin Elects Himself President of Corrupt Russian Mafia State - 4th Mar 12

2. Money Morning — Should Iceland's Next Currency be Gold? - 9th Mar 12 - Peter Krauth

3. Jim_Willie_CB — Handicapping The Collapse - 9th Mar 12

4. James_Quinn — The Debt Deleveraging Big Lie - 6th Mar 12

5. Gary_North — What's Ahead for the Middle Class, Dim Light, Long Tunnel - 5th Mar 12

## Most Popular of last 30 days

1. Silver Price Could Double by Year End - Jason_Hamlin (Reads 25,598)

2. Stocks Stealth Bull Market Riding Tsunami's of Debt Crisis Fears to New Highs, What's Next? - Nadeem_Walayat (Reads 17,904)

3. The Money Masters are Living in Fear - Rudy_Avizius (Reads 13,656)

4. Gold Fire Sale, Buy Now Sale Ends Soon - Darryl_R_Schoon (Reads 8,997)

5. U.S. Economy Extend and Pretend is Coming To An End - James_Quinn (Read 5,950)

## Most Popular All Time (Financial Markets & Economy)

1. US Housing Market Crash to result in the Second Great Depression - Feb 2007 - Mike_Whitney (Reads 336,895)

2. UK Housing Market Crash of 2007 - 2008 and

---



Market Oracle Top 10 Analyst
marketoracle.co.uk

| 1. | Nadeem_Walayat |
|----|----------------|
| 2. | Money Morning |
| 3. | Chris Kitze |
| 4. | Jim_Willie_CB |
| 5. | James_Quinn |
| 6. | Mac_Slavo |
| 7. | Gary_North |
| 8. | Mike_Stathis |
| 9. | GoldCore |
| 10. | Daily_Wealth |



Market Oracle Top 20 Analyst
marketoracle.co.uk

| 11. | Mike_Whitney |
|-----|--------------|
| 12. | Andrew_Butler |
| 13. | GoldSilver |
| 14. | Zeal_LLC |
| 15. | John_Mauldin |
| 16. | Jeff_Clark |
| 17. | The_Gold_Report |
| 18. | Dian_L_Chu |
| 19. | Global_Research |
| 20. | Jason_Hamlin |

## Most Popular Analysis

### December 2011

1. Most American's Still Have No Idea How Bad the U.S. Economy Is - Economic Collapse

2. Euro Collapse Crisis Sledgehammer Pounds Into Stock Market Santa Rally - Nadeem_Walayat

3. Stock Market Panic Buying As Bear Market Goes Up in Smoke on Dollar Printing for Euros - Nadeem_Walayat

4. How to Protect Your Bank Deposits, Savings From Euro-zone Collapse Financial Armageddon - Nadeem_Walayat

5. The US Becomes Just Another Military Dictatorship - Scott Lazarowitz

### November 2011

1. How the United States

---

Western Civilisation Slow Decline or Fast Fall? - 6th Mar 12

Sweet Home Chicago: G8 Meeting Moved But Protests Will Continue - 6th Mar 12

Playing the Gold, Silver Stocks Selloff - 6th Mar 12

Will Crude Oil Price Continue Heading Higher? - 6th Mar 12

Financial and Commodity Markets Support and Trendlines Being Broken - 6th Mar 12

Economic and Financial Market Assumptions are Getting Very Ugly - 6th Mar 12

## Free Instant Analysis



Enter one symbol or market description:

goog       Analyze

**Market Oracle FREE Newsletter**
**Subscribe Now**

---

Steps to Protect Your Wealth - Aug 2007 - Nadeem_Walayat (Reads 223,381)

3. Last Warning! Three-Pronged Collapse ... Stocks, Bonds and Real Estate - Dec 2006 - Larry Edelson (Reads 199,451)

4. US Housing Bubble Meltdown: "Is it too late to get out"? - April 2007 - Mike_Whitney (Reads 182,242)

5. The Real Reason for the Global Financial Crisis...the Story No One's Talking About - Sept 2008 - Shah Gilani (Reads 188,773)

## Rest of the Weeks Analysis

Stock Market VIX Indicator: What this Contrarian Index is Telling us Now - 7th Mar 12 - Don Miller

Stock Market Flash Crash, Fat Fingers, and Positioning for a Correction - 7th Mar 12 - Shah Gilani

Why Chinese Economy Won't Collapse, Premier Wen Real Story - 7th Mar 12 - Keith Fitz-Gerald

The Stock Market, Sunspots and Geomagnetism - 7th Mar 12 - John_Hampson

Where is the Euro Headed? - 7th Mar 12 - Marc Horn

Financial Crisis 2012, Why Central Bank Liquidity is No Longer Enough - 7th Mar 12 - Ashvin_Pandurangi

Buffett's Bursting Berkshire Bubble - 7th Mar 12 - Peter_Schiff

The Face of Gold and Silver Price Volatility - 7th Mar 12 - Jeff Clark

U.S. Fed Flying Blind - 7th Mar 12 - Axel_Merk

From Fracking to Fuel Cells Investors Can Capitalize on the Energy Revolution - 7th Mar 12 - Laird Cagan

Has the Stock Market Correction Finally Begun? - 7th Mar 12 - Toby_Connor

The Mainstream Media Still Doesn't Get the ECB Greek Debt Swap - 7th Mar 12 - Graham_Summers

The Debt Deleveraging Big Lie - 6th Mar 12 - James_Quinn

Marc Faber "Middle East Will Go Up In Flames" ... "Have To Be In Gold and Stocks" - 6th Mar 12 - Gold Core

Assessing China's Strategy - 6th Mar 12 - STRATFOR

Stuxnet Virus Triggers New Era of Cyber Attacks, Are You Ready? - 6th Mar 12 - Kerri Shannon

Microsoft Strikes Back at Apple and Google With Windows 8 - 6th Mar 12 - David Zeiler

Singapore Stock Market is the World's Biggest Bargain - 6th Mar 12 - Martin Hutchinson

Wealth Protection, Anything but the U.S. Dollar - 6th Mar 12 - Jan_Skoyles

Gold and Silver Outlook - 6th Mar 12 - John_Hampson

Western Civilisation Slow Decline or Fast Fall? - 6th Mar 12 - Niall Ferguson

Sweet Home Chicago: G8 Meeting Moved But Protests Will Continue - 6th Mar 12 - Danny_Schechter

Playing the Gold, Silver Stocks Selloff - 6th Mar 12 - Stephen Taylor

Will Crude Oil Price Continue Heading Higher? - 6th Mar 12 - Frank_Holmes

Financial and Commodity Markets Support and Trendlines Being Broken - 6th Mar 12 - Anthony_Cherniawski

Economic and Financial Market Assumptions are Getting Very Ugly - 6th Mar 12 - Ashvin_Pandurangi

Gold's Violent Downside Reversal - 5th Mar 12 - Clive_Maund

Germany Marches East - Russia Moves West, Putins Energy Diplomacy - 5th Mar 12 - Andrew_McKillop

Gold Investor Fantasies Not an Investment Strategy - 5th Mar 12 - Ned_W_Schmidt

Gold Falling Below $1690 Could Spark Fresh Selling - 5th Mar 12 - Ben_Traynor

How Credit Put Spreads Can Boost Your Gains and Lower Your Risk - 5th Mar 12 - Larry D. Spears

I'm an Apple Stock Investor, I Want a Dividend -

---

Will Become a 3rd World Country - Ron_Hera

2. On the Verge of the Huge Stock Market Crash, Implications For Gold and Silver - Willem_Weytjens

3. Eurozone Being Swallowed by Expanding Debt Black Holes, Mega Bond Market Profits and Default Booms - Nadeem_Walayat

4. Stock Market Panic Buying As Bear Market Goes Up in Smoke on Dollar Printing for Euros - Nadeem_Walayat

5. The European Bank Run Downward Spiral, Final Phase Of Goldman's World Domination Plan - PhilStockWorld

### March 2011

1. UK Interest Rate Forecast 2011, Paralysed Bank of England Still Fears Financial Armageddon - Nadeem_Walayat

2. The Secret Plan For a New Global Currency - Ellen_Brown

3. Smart Investors Are Making the Chicken Run To Protect Wealth From U.S. Government Theft - Doug Casey

4. Japan Quake Shakes U.S. Treasury Bond Market Get Ready for Financial Meltdown - LEAP

5. Is Fukushima About To Blow? - Mike_Whitney

### February 2011

1. Gold $2,300, Silver $150 and Looming Stock Market Crash - Jason_Hamlin

2. What You Need to Know About Buying Silver Today - Jeff_Clark

3. China Drought Global Food Crisis to Trigger Many More Egypts - Justin_John

4. Facebook Nation Unveils its New Currency - Patrick_Henningsen

5. Insider Report: U.S. Government Will Confiscate Gold When It Touches $2000 - Mac_Slavo

### January 2011

1. Market Manipulation, Why Gold and Silver Have Declined - Rob_Kirby

2. UK Inflation Forecast 2011, Imminent Spike to Above CPI 4%, RPI 6% - Nadeem_Walayat

3. Facebook Nation Unveils its New Currency - Patrick_Henningsen

4. Real Silver Highs - Zeal_LLC

5. Numismatics Are Fool's Gold - Peter_Schiff

### December 2010

1. U.S. Facing Federal Debt Cataclysm, The Establishment Is in Despair



- Gary_North

2. **American Retirement Funds at Serious Risk of Being Seized** - Jeb_Handwerger

3. **Chinese Take-Out Of The U.S. Economy, Debt Crisis Triggering Reserves Conversion into Gold and Silver** - Jim_Willie_CB

4. **If You Haven't Bought Silver Yet, Read This** - Chris Weber

5. **The Gulf of Mexico is Dying, Special Report on the BP Gulf Oil Spill** - Dr_Tom_Termotto

### September 2010

1. **Banking System Collapse, on the Edge of The Precipice, Basel III** - Matthias_Chang

2. **Fahrenheit 451, Those Who Don't Build Must Burn** - James_Quinn

3. **Sobering Lesson for the World as Gold and Silver Set to Explode Higher** - Howard_Katz

4. **Britains Population Growth and Ageing Demographics Impact on UK House Prices** - Nadeem_Walayat

5. **1099 Supply Shock for Gold Buyers** - Dr_Jeff_Lewis

5th Mar 12 - Martin Hutchinson

**Citigroup Forecasts Gold $2,400 in 2012 and $3,400 "In Coming Years"** - 5th Mar 12 - GoldCore

**What's Ahead for the Middle Class, Dim Light, Long Tunnel** - 5th Mar 12 - Gary_North

**U.S. Recession Explanations, Does the ECRI Believe Its Own Economic Indicators?** - 5th Mar 12 - Mike_Shedlock

**Invest in Apple Incorporated or Silver Wheaton Corporation?** - 5th Mar 12 - Bob_Kirtley

**U.S. Dollar and Crude Oil Hold Clues About Stock Market Future** - 5th Mar 12 - J_W_Jones

**Four Cycle Turns Warn of a Stock Market Top in March 2012** - 5th Mar 12 - Robert_McHugh_PhD

**Stock Market Volatility Bounces Bottom Awaiting Bad News or Selling to Strike!** - 4th Mar 12 - Chris_Vermeulen

**Broad Market Recap for Currencies, Metals and Stocks** - 4th Mar 12 - Chad_Bennis

**Stock Market Ending an Diagonal Top?** - 4th Mar 12 - Andre_Gratian

**Did U.S. Q4 GDP Data Pull In Future Economic Growth** - 4th Mar 12 - Tony Pallotta

**Greece and Credit Default Swaps: Bucking the ISDA Cartel** - 4th Mar 12 - Janet_Tavakoli

**Debt Crisis Unintended Consquences, What Greece Should Do and What About Ireland?** - 4th Mar 12 - John_Mauldin

**Stock Market Uptrend Top for Potential Extension** - 4th Mar 12 - Tony_Caldaro

**Russia Election Fraud, Czar Putin Elects Himself President of Corrupt Russian Mafia State** - 4th Mar 12 - Nadeem_Walayat

**More Articles Here**

## The Market Oracle.

The Market Oracle is a **FREE** Financial Markets Forecasting & Analysis web-site.

(c) 2005-2011 MarketOracle.co.uk (Market Oracle Ltd) - Market Oracle Ltd asserts copyright on all articles authored by our editorial team and all comments posted. **Any and all information provided within the web-site, is for general information purposes only** and Market Oracle Ltd do not warrant the accuracy, timeliness or suitability of any information provided on this site. nor is or shall be deemed to constitute, financial or any other advice or recommendation by us. and are also not meant to be investment advice or solicitation or recommendation to establish market positions. We do not give investment advice and our comments are an expression of opinion only and should not be construed in any manner whatsoever as recommendations to enter into a market position either stock, option, futures contract, bonds, commodity or any other financial instrument at any time. We recommend that independent professional advice is obtained before you make any investment or trading decisions. By using this site you agree to this sites Terms of Use. From time to time we promote or endorse certain products / services that we believe are worthy of your time and attention. In return for that endorsement and only in the cases where you purchase directly though us may we be compensated by the producers of those products.

Terms of Use | Privacy Policy

Local Entry No. 16

http://www.marketwatch.com

SEARCH

Latest News          View All          The Trading Deck

April 9, 2012                    11:16 PM EDT

| New York | London | Tokyo |
|---|---|---|
| Closed | Closed | Closed |

BULLETIN    China back to trade surplus in March; first-quarter surplus at $670 million: report          Get news bulletins by email »

Home    News Viewer    Markets    Investing    Personal Finance    Industries    Economy/Politics    Trading Deck    Jobs    Log In    Portfolio    Alerts    Games

Today's Schedule    The Tell    Video    My Portfolio    The Euro    Retirement    2012 Election          Get advice from market beaters: 4 weeks FREE

# Japan gains, Sydney slides

## Markets »

| | | | |
|---|---|---|---|
| **U.S.** | EUROPE | ASIA | CURRENCY/RATES |

**TECHNOLOGY**

| | | | |
|---|---|---|---|
| Dow | 12,930 | -131 | -1.00% |
| Nasdaq | 3,047 | -33 | -1.08% |
| S&P 500 | 1,382 | -16 | -1.14% |
| GlobalDow | 1,941 | +4 | +0.20% |
| Gold | 1,655 | +11 | +0.69% |
| Oil | 102.69 | +0.23 | +0.22% |

1,942
1,941

1,937

T

Shares of Tokyo-listed firms post moderate gains, with autos performing well. Australian shares fall.
• Hong Kong shares slide lower after break
• HSBC unit to sell Montagu Private Equity stake

**CHINA**

## China businessman who built an empire vanishes

The disappearance of a businessman from Dalian has prompted banks to begin reviewing loans that made to his conglomerate, Caixin Online reports.
• Regulator offers banks breathing room (Caixin)
• China inflation may ease in next few months

Facebook to buy Instagram for $1 billion : Firm to buy photo-sharing app in cash and stock deal.

## 'Facegram' is coming

Facebook snaps up photo-sharing service Instagram for $1 billion in its largest deal to date
• Show me the money! (First Take)
• Facebook: Instagram deal details

**U.S. ECONOMY AND MARKETS**

## Bernanke calls for better shadow bank regulation

The so--called shadow banking industry poses risks to the financial system as a whole.
• CFPB eyes more mortgage disclosure
• Vivus, Harmonic shares fall after hours
• U.S. stocks drop after nonfarm payrolls data

## THE TRADING DECK
AND MORE INVESTING IDEAS


**CODY WILLARD**
## Six ways to invest in Facebook before the IPO


**AVI GILBERT**
## Odds of a stock-market top still strong here


**BILL GUNDERSON**
## Handling a correction

## World News from MarketWatch

| | | | | |
|---|---|---|---|---|
| EUROPE | ASIA | CANADA | LATIN AMERICA | EMERGING MRKTS |

• Dollar turns down as stocks pare losses
• Treasury yields fall to one-month lows
• InterMune tumbles on study update
• Treasurys rise more, dollar recovers
• Spain's de Guindos: Economy will grow in 2013
**More Europe news »**

## Commentary »


**Jeanette Pavini**
Buyer Beware
**What it costs to lose your smartphone**


**Jon Friedman**
Media Web
**Mike Wallace forever changed TV news**


**David Marsh**
Marsh on Monday
**China's financial markets awaken**

## Inside MarketWatch »

**TECHNOLOGY**
## AOL gets $1 billion for selling instead of suing

Deal for patents highlights pitched battle over Internet-based technologies, writes Rex Crum.
• For once, deal makers worth the fees (First Take)
• Cisco CEO on global competition

**RETAIL**
## Investors bearish on Supervalu

Shares of the grocery chain are down 36% this year,

## Video »


**Harsh truth about college waitlists**

While some colleges add as many applicants to their waitlist as they
accept in the first place, very few — and, in some cases, none — of those on the lists ever get in. Rachel Ensign explains. (Photo: AP)

Artspace.com:

## Quotes

| | |
|---|---|
| RECENT QUOTES | PORTFOLIO |

Visit the quote page and your most recently viewed stocks will automatically be displayed here.

**Ready to Make a Trade? Find a Broker Now >**

## Partner Center »

Find a Broker



one of the worst performers in the S&P 500, as bets against the company mount.
• **Avon names J&J executive as CEO**

**AMERICAS**

## Brazil slams U.S. monetary policy

President Dilma Rousseff criticizes what she called expansionary monetary policies, saying they lead to slower growth in developing countries.



**NEW YORK AUTO SHOW**

### Check out top concept cars

Here's a look at how some auto makers see the future, including Toyota and its hybrid NS4. (Slide show)

• **Ron Amadon test-drives 2012 Dodge Avenger**
• **Read more of Ron Amadon's car reviews**

## Personal Finance »



**2012 TAX GUIDE**

### Tax-audit red flags

An unexpected letter from the Internal Revenue Service can make your stomach drop, but you can take steps to reduce your audit risk.

• **Can't pay your tax bill? You have options**
• **How to avoid the dividend tax hike**
• **Tax planning? Good luck with that!**
• **Hidden traps in 2012 tax forms**
• **Pros and cons of hiring a tax pro**
• **Tax mines that could blow up your return**
• **Top tax sites online: How to choose**

**INVESTING**

### Set up to 'sell in May and go away'

For investors who buy into the idea that the worst six months for stocks will soon be upon us, some ideas about where to park your investment bucks.
• **Sharp selloff in cards before May** (Minyanville)



**ROBERT POWELL**

### 4% retirement model doesn't fit all

The 4% withdrawal strategy, used to produce income in retirement by many financial advisers, is oversimplistic, writes Robert Powell.

## Car Review »



### 2012 Dodge Avenger

Dodge's improved and upgraded Avenger has emerged as a worthy competitor in the midsize segment, writes Ron Amadon.
• **See more of Ron Amadon's car reviews**

• **New York Auto Show: Top 10 concept cars** (slide show)
• **Lexus GS350: Everything but the thrills** (WSJ.com)

## 2012 guide to tax filing »

TAX FILING | AUDIT RED FLAGS | TAX CREDITS | TAX PREP | ITEMIZE VS. STANDARD DEDUCTION

**Big mines that could blow up your return**
Don't trip over these tax traps that could cost you money.



### next big thing in tech?

A look at the budding online art marketplace and why new collectors may be willing to bypass the traditional gallery or auction house to bid on a Damian Hirst.



### Rover.com, an Airbnb for dogs, raises $3.4 million

Rover.com, an alternative to dog kennels, has raised $3.4 million to be the Airbnb of the dog-boarding market.



### Friedman: Remembering Mike Wallace

Jon Friedman talks about how the newsman changed the practice of investigative journalism over more than four decades of reporting.



### Bubba's Hail Mary shot

For the second year in a row, the Masters was decided in the woods lining the 10th fairway. Jason Gay has the first-hand details of Bubba Watson's hook shot.

## MarketWatch Radio



### Beware 'pay less than you owe' pitches

Tax-relief companies claim they can settle with the IRS for less than you owe. But those promises often prove too good to be true, Andrea Coombes reports.



### CareerBuilder: Hiring outlook improving

Job seekers have reason for hope as a survey finds growing demand from employers in second quarter.


Trade free for 60 day with TD Ameritrade


Trade Free for 60 Day E*TRADE Securities.


Open. Fund. Trade wi Scottrade


Why Pay More? Switch to OptionsHouse

MarketWatch Broker Center

SmartMoney Magazine ›


12 issues for $12

**Subscribe to SmartMoney Now**
Get personal finance advice from the editors of The Wall Street Journal delivered to your door each month.

## Most Popular



**1.** WEEKEND INVESTOR
**Where to go if you 'sell in May and go away'**

**2.** MARKET SNAPSHOT
**Earnings, Fed talk, economic data on tap next week**

**3.** SLIDE SHOW
**10 top concept cars at the New York Auto Show**

**4.** ASIA STOCKS TO WATCH
**China doomsayer sees crash coming**

**5.** AUTO REVIEW
**2012 Dodge Avenger**

## Rates »

HOME   AUTO   SAVINGS   CREDIT CARDS

**You Don't Need Another Credit Card, You Need a Better One.**

|  | Avg. APR | Last Week | 6 Months |
|---|---|---|---|
| Low Interest | 10.40% | 10.40% | 10.73% |
| Balance Transfer | 12.58% | 12.58% | 12.77% |
| Business | 13.13% | 13.13% | 12.91% |
| Student | 13.77% | 13.77% | 13.77% |
| Cash Back | 14.45% | 14.45% | 14.34% |
| Airline | 14.63% | 14.63% | 14.44% |
| Reward | 14.77% | 14.77% | 14.61% |
| Instant Approval | 15.49% | 15.49% | 15.99% |
| Bad Credit | 23.64% | 23.64% | 24.96% |

Source:CreditCards.com

SPECIAL ADVERTISING FEATURES

■ Compare current broker offers
■ MW Economic Forecaster of the Month


**Enjoy these deductions while you can**
It's an election year and it's not clear how many tax breaks will survive.




**New amnesty plan for offshore money**
The IRS is giving you a third chance to report loot stashed overseas.


**Investors face cost-basis headache**
New stock data will show up on capital-gains forms.


**7 ways to persuade the IRS that you are right**
Follow these tips if you


**How to file your taxes for free**
The IRS says 70% of

## Personal Finance »

MONEY | INVESTING | SPENDING & SAVING | REAL ESTATE | RETIREMENT | TAXES | CAREERS


**Tax mistakes that can wreck your retirement**
Don't make these errors that could put your nest egg at risk.


**Kiss these 10 home features goodbye**
Once-popular spaces like sunrooms are out.


**Top 10 money-making ideas for 2012**
These investments look like the best place for portfolio gains this year.


**5 must-have skills for job seekers**
As economy heals, you'll need to know how to get hired.


**Want to get out of jury duty? Here's how**
Judges and lawyers hear all kinds of excuses, but these are ones that work.


**The 10 worst states for retirees in 2012**
They may look idyllic but taxes, cost of living can sting.

**IdiotProof Trading System**
Rakes In $86 Million Over 4 Years. See The Powerful Trading System Here
www.MarketTrendSoftware.com

**Best ETF Trading System:**
Simple, Time-Tested ETF System Averages 6%/mn Trading DIA, QQQ & More!
etftippingpoint.com

**A $6 Trillion Opportunity**
Learn Why This Penny Stock Could Go Stratospheric
www.PennyStockWizard.com

**This Stock Will Explode**
You Need to Know About this Next Awesome Penny Stock! Read More.
www.PennyStockCircle.com

## From Around the Web
by Taboola

**Business Groups Split as Supreme Court Co…**
Entrepreneur

**Storage Wars: Mystery Box**
AETV

**It List: The Best Beauty Products for April**
Elle

**Three Ways to Pick the Best Software for**
Entrepreneur

**MarketWatch.com**    [Enter Symbols or Keywords]    SEARCH

| | | | |
|---|---|---|---|
| Site Index | Company Info | **MarketWatch on Facebook** | WSJ.com |
| Topics | Code of Conduct | | Barron's Online |
| Help | Corrections | Like  90k | BigCharts |
| Feedback | Advertising Media Kit | **MarketWatch on Twitter** | Virtual Stock Exchange |
| Newsroom Roster | Advertise Locally | Follow  429K followers | All Things Digital |
| Media Archive | License our Content | RSS | |
| Premium Products | Broker Center | Podcasts | |
| Mobile | Your Ad Choices | | |

MarketWatch Community
Financial News Online
WSJ.com Small Business
FINS: Finance, IT jobs, Sales jobs

Copyright © 2012 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy - UPDATED 10/18/2011.

Intraday Data provided by SIX Telekurs and subject to terms of use. Historical and current end-of-day data provided by SIX Telekurs. Intraday data delayed per exchange requirements. Dow Jones Indexes (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Dow Jones IndexesSM from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Telekurs and is at least 60-minutes delayed. All quotes are in local exchange time.

Local Entry No. 17

http://www.nbb.cornell.edu



# Cornell University
## Department of Neurobiology and Behavior

SEARCH: [    ] [go]

○ NBB   ○ Cornell   more options

**About**   **People**   **Grad Studies**   **Undergrads**   **Seminars**   **Clubs**   **Links**   **Contact**

The Department of Neurobiology and Behavior (NB&B) has a distinguished faculty with interests ranging from the properties of single neurons and neural networks to the organization of animal societies. Research in the Department falls into five core areas: cellular and molecular neuroscience, systems neuroscience, computational neuroscience, chemical ecology, and animal social behavior. Faculty members have integrative programs of research that span different levels of analysis.  The Department offers a wide range of courses and research opportunities, making it the most popular area of study for undergraduates majoring in biology.

The associated Graduate Field of Neurobiology and Behavior encompasses all aspects of neurobiological and behavioral research on Cornell's Ithaca campus.  The graduate program's goal is to advance the understanding of neurobiology and behavior by training the next generation of scientists working at this interface.

### Diana Hong wins Knight Prize for essay on Parkinson's Disease

### Undergraduate research: Kaitlin Hardy uses fruit flies to study epilepsy

Local Entry No. 18

http://www.northeastern.edu

myNEU | Find Faculty & Staff | Find A-Z | Text Only

search ▶






iNSolution
**RESEARCH BLOG**
@NU_InSolution

## Colleges

**College of Arts, Media & Design**

**College of Business Administration**

**College of Computer & Information Science**

**College of Engineering**

**Bouvé College of Health Sciences**

**College of Professional Studies**

**College of Science**

**College of Social Sciences & Humanities**

**School of Law**

## Cells: The body's ultimate sports car

## News



### Computer games without borders

PhD candidate Jeffrey Breugelmans won two awards at RISE:2012 for his interdisciplinary research to develop rehabilitative gaming systems.



### Emerging markets, opportunities and challenges

Harsha Vardhana Singh, deputy director-general at the World Trade Organization, emphasized the importance of multilateral trading systems during a talk Thursday night at Northeastern.



### Students take art to heart in new exhibit

The Art+Design Student Show in Northeastern's Gallery 360 explores the range of students' talent and their connection to the real world through art.

FACULTY EXPERTS                    MORE NEWS

## Events



**Apr 11**
**9:00 am** - Current Trends in Drug Abuse Research: 10th Annual Symposium

**Apr 11**
**12:00 pm** - Beyond Borders Luncheon – India

**Apr 12**
**6:45 pm** - Get Fit! Get Healthy! Get Zumba!

EVENT CALENDAR

Northeastern Home | Find Faculty & Staff | Find A-Z | Emergency Information

© 2012 Northeastern University - 360 Huntington Ave., Boston, Massachusetts 02115 - 617.373.2000 - TTY 617.373.3768

中文   Español   Français

Local Entry No. 19

http://cwis.usc.edu

University of Southern California

students alumni parents faculty sports

‡ popular links

 **USC** University of Southern California

▸ about   ▸ administration   ▸ admission   ▸ academics   ▸ research   ▸ patient care   ▸ community   ▸ arts   ▸ globalization          Los Angeles  53°



## Piatigorsky Festival

The USC Thornton School of Music, LA Phil, Colburn School and Los Angeles Chamber Orchestra present an international celebration of the cello March 9-18. Learn more.



### USC Engineers Help State Understand Scope of Tsunamis

On the one-year anniversary of the devastating tsunami in Japan, engineers from the USC Viterbi School of Engineering Tsunami Research Center are working with officials from the state of California to better understand the damaging currents caused by tsunamis.

▾ Read the full story at **USC News**



### USC Good Neighbors Campaign Breaks Record

The 2011 USC Good Neighbors campaign surpassed its goal, raising $1.5 million from faculty, staff, students and friends to support university-community partnerships benefiting the neighborhoods surrounding the University Park and Health Sciences campuses.

▾ Read the full story at **USC News**



### President Nikias Leads Delegation to D.C.

USC president C. L. Max Nikias joined several trustees and administrators in a series of high-level meetings with members of Congress and the Obama administration March 6. The purpose of the D.C. trip was to advocate for increased federal student aid and support for faculty research.

▾ Read the full story at **USC News**



**Explore USC**

USC Photo Gallery

USC Maps

Visit USC

Arts and Events Calendar

USC News

## Currently at USC

At 11:07 pm on Sunday, Mar. 11, 2012, it's 53° and fair in Los Angeles.

**Spring break** is the week of March 12-17. Classes will resume on Monday, March 19.

▸ Campus safety/emergency info



**University Park Campus** (Map)
University of Southern California
Los Angeles, CA 90089
(213) 740-2311

**Health Sciences Campus** (Map)
University of Southern California
Los Angeles, CA 90033
(323) 442-2000

▸ Visit USC

   

 Mobile version

Local Entry No. 20

http://www.builditsolar.com


**BUILD IT SOLAR** — *The Renewable Energy site for Do-It-Yourselfers*

**Search**

| Home | Getting Started | Projects | References | Half Program | Experimental | Site Map |
|------|-----------------|----------|------------|--------------|--------------|----------|

## Welcome To Build-It-Solar

Plans, tools and information  to help you build renewable energy and conservation projects.

*Hundreds of projects* -- from changing a light bulb to building a solar home.

*Design information and tools* for building renewable energy projects.

*An Experimental section* for backyard inventors.

*Nothing For Sale here* -- just free ideas, plans, and information.

## New On the Blog

**Time In a Can -- Pinhole Solargraphy     A great school project**



## A Few Example Projects (from a thousand or so)



**Tom's Solar Pool Heating System**
Lots of solar pool heater designs you can build....



**Solar Space + Water for $2K**
Solar space and water heating from a single, simple, low cost system.
More on solar space and solar water heating.

### New Content
Last update **March 9, 2012**
A good talk on Climate Change by Jim Hansen...

Solargraphy -- combining pinhole photography with solar paths -- great school project...

Combination root cellar and storm shelter...

Under the radar grid-tie PV...

Doug's new 4.6 KW grid-tied PV array -- good innovations...

A really simple and effective way to heat greenhouse soil and maybe homes?....

George's flat plates vs parabolics tests...

Older new projects...



**A Deep Energy Retrofit Project**
Gordon's outstanding retrofit of a drafty old schoolhouse into a VERY energy efficient home...



**Solar Water Heating for $1000**
Build a reliable, 4 season solar water heating system for $1K instead of $10K!.



**9 Fun Summer Solar Shower Designs**
Try building one of these nine fun solar showers. They range from very simple to really elegant....

AdChoices ▷

**SolarCity® Official Site**
Save $1,000 on a Home Solar System Only Valid in Mar. Get Coupon Now!
www.SolarCity.com/Get...

**AZ Solar Water Heaters**
Up to $5,000 in rebates, Call Today No Interest, No Payment
Cbrothers.com

**Solar Power for Homes**
70% Lower Bills. AZ and Fed Rebates Free Home Solar Evaluations!
Solar-Arizona.org

**SRP & APS Rebates**
Get Rebates On solar rebates To Help Lower Your Utility Bills
GoGreenRebateNow.com

AdChoices ▷

**$0 Solar Financing?**
CentroLease Makes Your Home

BuildItSolar: Solar energy projects for Do It Yourselfers to save money and reduce pollution



### High R Value Walls - Good DIY

The Mooney Wall -- high R Value walls for retrofit or new construction.  For lots more good construction ideas...



### Solar Clothes Drying Rack

Save 4+ KWH each dryer load!
Many other conservation and efficiency projects...



### Dozens of Solar Projects for Kids

Solar Ready with $0 Down. Start Now!
CentrosolarAmerica.com...

**Free Solar Evaluation**
Enter Zip code & Find out Free if Solar Energy can Work for You!
Solar.reply.com

**SOLAR TRAINING**
NABCEP Entry Level Training Take NABCEP Entry Level Exam
www.ambassadorenergy...

**Home Solar Power Lease**
We Even Maintain the System! Start for As Low As $0 Down
www.sunrunhome.com/1...

Contact/About          Legal Disclaimer          Copyright 2005 - 2011 by Gary Reysa

Local Entry No. 21

http://www.theelectricbicyclestore.com

My Account    Order Status    Wish Lists    Gift Certificates    View Cart    Sign in or Create an account

  The Electric Bicycle Store.com

Call us at (954) 565-0562

**SEARCH**

Advanced Search | Search Tips

| Home | Contact Us | Shop By Brand | News and Information | Rentals | Our Blog | Returns |

### Categories

**Accessories** ▶

**Electric Bicycles** ▶

Electric Scooters

Electric Skateboards

Electric Tricycles

Folding E-bikes

Kits

Lithium Powered

Marine Ready

Nickle Metal Hydride Powered

Sealed Lead Acid Powered

Solar Charging Accessories

### Our Newsletter

Your First Name:

Your Email Address:

SUBSCRIBE

## Featured Products



E-Moto Velocity 2.0 Electric Bicycle

$1,499.00
Not Rated
Add To Cart



Aerobic Cruiser Hybrid Electric Bicycle

$5,000.00
Not Rated



IZIP E3 Path Electric Bicycle

$1,699.00
Not Rated
Add To Cart



EG Bike Vienna Electric Folding Bicycle

$1,199.00
Not Rated
Choose Options



EZ Pedaler T300 Electric Touring Bicycle

$1,895.00
Not Rated
Choose Options



e+ TidalForce M-750 x2.0

$4,495.00
Not Rated
Add To Cart



Currie - E1000 Electric Scooter

$599.99
Not Rated
Pre-Order Now



Sanyo Eneloop

$1,999.00
$1,599.00
Not Rated



E-Moto Velocity 1.5 Electric Bicycle Step Through

$1,299.00
Not Rated
Add To Cart



EG Bike Enterprise Electric Bicycle

$1,299.00
$1,099.00
Not Rated



e+ Elite Electric Mountain Bike 1000 Watts

$3,100.00
$3,099.00
Not Rated
Add To Cart



e-moto EM81SX Electric Skateboard On-Road "Thumb Print" Powerboard

$549.00 $499.00
Not Rated

 

### Current Top Sellers

**1** Prodeco 20" Folding Electric Bicycle "Mariner S" Marine Ready
$899.00
Add To Cart

**2** Prodeco 26" Folding Electric Bicycle "Genesis" Marine Ready
$999.00
Not Rated
Add To Cart

**3** A2B Metro
$3,099.00
Not Rated
Choose Options

**4** EG Bike Enterprise Electric Bicycle
$1,299.00
$1,099.00
Not Rated
Add To Cart

**5** e+ Elite Electric Mountain Bike 1000 Watts
$3,100.00
$3,099.00
Not Rated
Choose Options

### Popular Products

Prodeco 20" Folding Electric Bicycle "Mariner" Marine Ready
$899.00
★★★★★
Add To Cart

Prodeco 20" Folding Electric Bicycle "Mariner S" Marine Ready
$899.00
★★★★☆
Add To Cart





EG Copenhagen
Electric Bicycle

E-Moto Traveler
2.0 Electric Bicycle

E-Moto Ridge 1.0
Electric Bicycle

Currie - Ezip Trailz
- Step Thru Frame

$1,099.00
Not Rated
Choose Options

$1,499.00
Not Rated
Add To Cart

$1,299.00
Not Rated
Choose Options

$599.99
Not Rated
Pre-Order Now









E-Moto Liberty 2.5
Electric Bicycle

EG Bike Kyoto
Electric Bicycle

e-Moto EM71SX
Electric
Skateboard On-
Road "Green
Vector"
Powerboard

Currie Tricruiser
Electric Tricycle

$1,499.00
Not Rated
Add To Cart

$1,299.00
$999.00
Not Rated

$549.00 $499.00
Not Rated
Add To Cart

$1,100.00
$1,049.00
Not Rated









EG Bike Milan
Electric Bicycle

Stromer Sport
Electric Bicycle

EG Metronome
Barcelona Electric
Bicycle

Prodeco 20"
Folding Electric
Bicycle "Mariner
S" Marine Ready

$1,599.00
Not Rated
Choose Options

$2,850.00
Not Rated
Choose Options

$1,299.00
Not Rated
Choose Options

$899.00
⭐⭐⭐⭐☆
Add To Cart









A2B Metro

E-Moto Velocity
2.5 Electric Bicycle
Step Through

Schwinn Tialwind
Electric Bicycle -
10 Minute Charge
to 90%!!!

EG MAUI Electric
Bicycle

$3,099.00
Not Rated
Choose Options

$1,499.00
Not Rated
Add To Cart

$2,799.00
Not Rated
Add To Cart

$1,649.99
Not Rated
Choose Options






| Currie - Ezip Trailz - Diamond Frame | EG OAHU Electric Bicycle | E-Moto 700c Electric Bicycle Step Through | E-Moto Electric Tricycle |
|---|---|---|---|
| **$599.99** | **$1,799.99** | **$1,499.00** | **$1,299.00** |
| Not Rated | Not Rated | Not Rated | Not Rated |
| Pre-Order Now | Choose Options | Add To Cart | Add To Cart |






| Currie - E750 Electric Scooter | Pedego Step-Through | EG Bike Le Mans Electric Bicycle | E-Moto Ridge 2.0 Electric Bicycle |
|---|---|---|---|
| **$449.99** | **$1,795.00** | **$1,599.00** | **$1,499.00** |
| Not Rated | Not Rated | Not Rated | Not Rated |
| Add To Cart | Choose Options | Choose Options | Choose Options |







| EZ Pedaler C300 Electric Commuter Bicycle | Currie - IZIP E3-Zuma Low Step | E-Moto Ridge 3.0 Full Size 26" Folding Electric Bicycle | e-Moto G3 Lithium Electric Scooter - Removable Batteries |
|---|---|---|---|
| **$1,895.00** | **$1,999.00** | **$1,499.00** | **$3,999.00** |
| Not Rated | Not Rated | Not Rated | Not Rated |
| Add To Cart | Add To Cart | Add To Cart | Add To Cart |






| Pathfinder ST | e-Moto G3 Silicon Electric Scooter - 28 mph!!! | Prodeco 26" Folding Electric Bicycle "Storm" 36V 300W Marine Ready | EG Bike Bali X2 Electric Bicycle |
|---|---|---|---|
| ~~**$2,199.00**~~ **$1,999.00** | **$2,799.00** | **$1,199.00** | **$1,299.00** |
| Not Rated | Not Rated | Not Rated | Not Rated |
|  | Add To Cart | Add To Cart | Choose Options |

   

| E-Moto Traveler 1.0 Electric Bicycle | Currie - Izip Via Rapido 2010 Step Thru | Prodeco 26" Folding Electric Bicycle "Genesis" Marine Ready | Prodeco 20" Folding Electric Bicycle "Mariner" Marine Ready |
|---|---|---|---|
| **$1,299.00** | ~~**$1,299.00**~~ **$999.00** | **$999.00** | **$899.00** |
| Not Rated | Not Rated | Not Rated | ⭐⭐⭐⭐ |
| Add To Cart | | Add To Cart | Add To Cart |

   

| Stromer Step-Through Electric Bicycle | Trek Ride+ FX+ Electric Bicycle | E-Moto Liberty 1.5 Electric Bicycle | Currie - IZIP E3-Zuma Silver |
|---|---|---|---|
| **$2,850.00** | **$2,799.00** | **$1,299.00** | **$1,999.00** |
| Not Rated | Not Rated | Not Rated | Not Rated |
| Choose Options | Choose Options | Add To Cart | Add To Cart |

  

| E-Moto Velocity 1.0 Electric Bicycle | IZIP E3 Path Electric Bicycle Low Step | Pedego Classic Cruiser |
|---|---|---|
| **$1,299.00** | **$1,699.00** | **$1,798.00** |
| Not Rated | Not Rated | Not Rated |
| Add To Cart | Add To Cart | Choose Options |

1620 Alton Rd.
Miami Beach, FL 33139
(305) 508-4040

2599 North Federal Hwy.
Fort Lauderdale, FL 33305
(954) 565-0562





E-mail us at info@theelectricbicyclestore.com for more information or click on the "Contact Us" link above.

All prices are in USD. Copyright 2012 The Electric Bicycle Store Store. Sitemap | Ecommerce Hosting by BigCommerce

Local Entry No. 22

http://www.safesolutionsinc.com

Safe Solutions sustainable living, nontoxic pest control, natural home care, organic gardening, holistic health and green housekeeping environmentally-friendly prod...

Case 2:08-cr-00814-DGC   Document 824-4   Filed 06/04/12   Page 85 of 155

**Home**          **Products**          **Resources**          **Links**          **Contact**

## Safe Solutions Sustainable Living & Natural Home Products



**Nontoxic Pest Control**          **Organic Gardening**          **Detox**          **Holistic**

Safe Solutions, Inc. is a world leader in the innovation of nontoxic pest control alternatives. Safe Solutions manufactures nontoxic household products for maintaining a chemical-free home or business by protecting Indoor Air Quality (IAQ) and respecting the environment.

Our green housekeeping products are safe, nontoxic, organic, sustainable, biodegradable, do not contain volatile organic compounds (VOC) or any synthetic chemicals, and replace dangerous pesticides and hazardous cleaners to eliminate risk from chemical exposure.

Our customers range from do-it-yourself (DIY) home pest control amateur to professional pest control operator (PCO). We cater to people with multiple chemical sensitivity (MCS) disorder, environmentalists, organic farmers, and those interested in a cleaner environment. Our products have been implemented in LEED certified green buildings to promote Indoor Environmental Quality (IEQ) and occupant safety, health, comfort and well-being.

It is estimated that between 25,000 to 100,000 species of plants, animals and insects every year are lost forever due to man's *ecological footprint*. There are estimated to be over 60 million species of insects in the world, only a million of which have been identified, and less than 1,000 of those are even considered to be "pests" to people.

Agriculture has waged a costly struggle fighting insects by constantly rotating obsolescent pesticides in a desperate strategy of chemical warfare. It is time to discover an alternative.

· *Welcome to the cleaner future of pest control* ·

Safe Solutions sustainable living, nontoxic pest control, natural home care, organic gardening, holistic health and green housekeeping environmentally-friendly prod...



· *Specializing in Sustainable Alternatives* ·

**Safe Solutions, Inc. © 2006**

Local Entry No. 23

http://www.edenfoods.com

HOME  |  ABOUT EDEN  |  MEDIA CENTER  |  ARTICLES  |  RECIPES  |  PRODUCTS      search 





250+ FOODS

free download »

RECIPES



more »

## PRODUCTS

### Spaghetti Sauce No Salt Added

Family farm organic tomatoes, organic extra virgin olive oil, and a traditional blend of Italian herbs and spices. Very low sodium, a good source of fiber, and has 14.5mg of lycopene per serving. Packed in BPA free protective amber glass.



more »



Wisdom Is Love In Discerning.™

"Common sense, compost, and kindness are underrated."

©2012 Eden Foods, Inc.      FAQS  |  NEWSLETTER  |  STORE LOCATOR  |  SITE MAP  |  LEGAL  |  CONTACT US

Local Entry No. 24

http://www.frugalsquirrels.com



**KNOWLEDGE IS POWER—LEARN AND LIVE!**
©2010 · BROUGHT TO YOU BY PREPAREDNESS EDUCATIONAL SERVICES



What You Need To Be Prepared!
Toll Free 888-215-5522

Home   Specials   Contact Us   Register   Sign In   View Cart

Product Search   [          ] Go

**MOUNTAIN HOUSE FOODS**
**BOOKS**
**WATER PURIFICATION**
**FOOD STORAGE**
**FOR THE HOMESTEAD**
**COUNTRY GIFTS**

**CLEARANCE ITEMS**

SHIPPING INFO

View Cart
Your Account



Join Our
Email List
Stay up-to-date
about all of our
special offers!

JOIN NOW





**At Frugal's Store we know how important family preparedness is to you.**
That's why we offer quality family preparedness products such as The Country Living Grain Mill, the Big Berkey Water Purification System, Mountain House Emergency Foods, All-American Canner Pressure Cookers, Campo Flaker & Roller, Squeezo Strainer, Mylar® Bags, Oxygen Absorbers and the Food Storage Planner. As well as many other helpful family preparedness and food storage essentials.

**FAMILY PREPAREDNESS QUICK LINKS**
The Country Living Grain Mill | Big Berkey Water Purification System | Mountain House Emergency Foods | Squeezo Strainer
All-American Pressure Cooker | Campo Flaker & Roller | Food Storage Planner | Mylar Bags | Oxygen Absorbers

©2010 FRUGAL'S STORE • TOLL FREE 888-215-5522

Local Entry No. 25

http://www.doughboyssurplus.com



## WELCOME TO DOUGHBOYS SURPLUS

### Army Surplus & Camping Gear in Los Angeles

**Doughboys Surplus Bazaar** is a family business started in 1947. We've been on this very same block in **Bellflower** for all these many years. Of course, where we began as an **Army Surplus** store that primarily sold military clothes, field gear, **Levi's** ($3.00 a pair) and **work boots**, we have evolved with the times and the nature of the neighborhood.

No longer do we have a line of people waiting for us to open so that they could buy their rubber boots to get back to work on all the dairy farms that once surrounded us in **Lakewood** and **Cerritos**. We still sell those boots but we are now known more for being the one stop shopping spot for everything **Dickies**: Mens, Womens and Kids – work and **school uniforms** and casual wear pants, shirts and shorts. We also carry the most complete line of **Carhartt** work clothes in Southern California. Including fire resistant clothing.

As for footwear, we stock 34 different styles of **Wolverine shoes and boots** alone. In our shoe department you can find Cat, Chippewa, Georgia Boots, Carolina, Rocky, **Harley Davidson**, Converse, Work Zone and a very good selection of **Ugg boots**.

In the world of **camping gear & outdoor clothing** we feature all those incidental items that make camping easier and more fun. We also have first aid and earthquake preparedness supplies. Plus we carry cold weather clothing - year round.

### Come See Us Today

So, come visit us soon. We're open 7 days a week and we have great freeway access and lots of parking. Call us at 562-867-2063 or fill out our **online contact form**. We guarantee good service and if we don't have what you want - chances are we can special order (at no charge) just about anything we sell and somethings we don't.

**Our Brands:**

MOTOR HARLEY-DAVIDSON CYCLES

carhartt

Dickies

WOLVERINE

UGG australia

**Monday- Friday:**
9am-7pm

**Saturday:**
9am-6pm

**Sunday:**
10am-5pm

Closed New Year's Day, Thanksgiving and Christmas

**SCHOOL UNIFORMS!**
We carry a wide array of boys and girls school uniforms in prices that can't be beat!

**VISIT OUR STORE**
9826 Artesia Boulevard
Bellflower, CA 90706
map >

securityMETRICS
Credit Card SAFE

Local Entry No. 26

http://www.herbs.org

Richters Herbs - Medicinal, Culinary, Aromatic - Plants & Seeds




SEARCH CATALOG [ ] Go



**CATALOGUE**
- **MAIN CATALOG**
- Download Catalog
- Request a Catalog
- SowNatural™ Seeds
- Safe Seed Pledge
- Ordering & Shipping

**NEWS&INFO**
- HerbzAlive! News
- Magazine Rack
- Q & A
- Richters InfoCentre
- Issues Page

**EVENTS**
- EVENTS
- Otto Richter Lectures

**COMMERCIAL**
- The GrowerZone
- Wholesale
- Web Affiliates

**CUSTOMER SERVICE**
- Customer Care
- Testimonials

**ADMINISTRATION**
- Jobs at Richters



**Richters**
**HERB SPECIALISTS**

RICHTERS HERBS
357 Highway 47
Goodwood, ON L0C 1A0 Canada
Tel. +1.905.640.6677  Fax. +1.905.640.6641

**Herb plants, seeds, books, dried herbs and more – Richters is your best source for everything herbal!**



SEEDS  PLANTS
HERBS  EXTRACTS

If you grow your own herbs or make your own herbal products, or if you are in the business of herbs, make Richters your destination.

Richters has been growing and selling herbs since 1969. Our first catalogue dedicated to herbs came out in 1970. We have lived, worked and breathed herbs ever since.

If you are in the Toronto area, come and visit our greenhouses and gift shop.

Come Visit Richters






Copyright © 1997-2012 Otto Richter and Sons Limited. All rights reserved. Usage prohibited without expressed written consent.

http://www.herbs.com/ [3/11/2012 11:52:20 PM]

Local Entry No. 27

http://www.ccrane.com

C. Crane Company - Toll Free (800) 522-8863

# C.CRANE



| Radios | Antennas | WiFi & Internet | LED Light | More Categories | New | Web Only | Orphans | On Sale! |

SIGN IN    CART    WISH LIST    HELP    powered by Google    GO

**Turn Off Animation**

Sign up for our
**Deal of the Week** email

**ENTER**
Unsubscribe

**FREE Catalog**


**Customer Service**
Help?
Order Form
Order Tracking
Product Support
Register Warranty
Return Info
Satisfaction Guarantee
Shipping Info
Warranty Info

Contact Us

 

**Special Services**
FREE Library
Gift Certificates
Press Relations
Radio Noise Solutions
Wholesale Program

**Services for the Blind**
Audio Catalog
Audio Instructions

**Informational Websites**

**About Us**
Mission Statement
Privacy Policy
Contact Us
Job Opportunities
Map to Our Store
Our Favorite Links

Site Map

Home

**Welcome to the C. Crane Website!**

**Toll Free**
**1-800-522-8863**

It is not a secret that we love radio at C. Crane. We can't imagine what life would be like without it. It's hard to believe that, not too long ago, radio was the only widespread audio source available. Other technologies have taken away about 10% of the radio audience. We are aware that local radio stations, in every city, deliver information to their listeners that cannot be found elsewhere, except on the internet perhaps. We know that when the power goes out, radio is still there. When the internet goes down, radio is still there. For these reasons and many others, radio still commands a huge audience and we have a certain devotion to this technology. We wonder if there is a kid out there tuning in a distant AM station for the first time; the thought makes us smile.

**Popular Products**

**CCRadio-EP**

Everyone appreciates simplicity with high performance. That's exactly what you'll find when you listen to your favorite AM and FM radio stations using the CCRadio-EP.



**$79.95**    More Info

 1 2 3 4 5 6 7 8 9

**New Products**

  

CC Gozo    SoftSpeaker™-2 with Volume Control    Power Vivid® Pocket Flashlight

**More New Products...**

**Popular Categories**

| AM/FM Radios | Pocket Radios | Wind-Up Radios |
| AM Antennas | FM Antennas | WiFi Antennas |
| FM Transmitters | Radio Accessories | Recording Devices |
| LED Light Bulbs | LED Flashlights | |

**Video Library**

**Do You Love Bargains?**

We are offering some of our best "Orphan" items at tremendous discounts. All orphan items come with a 60-day money back guarantee* and are limited to stock on hand -- so don't hesitate or it may be too late!

CCRadio-EP (Orphan)
**$54.95** Was $79.95


CCRadio-SW (Orphan)
**$99.95** Was $149.95


CC Gozo (Orphan)
**$84.95** Was $109.95


**Online Library**

- What's In The News
- Improving Radio Reception
- Radio Noise - Problems & Solutions
- LED Lighting
- Product Support



http://www.ccrane.com/[3/11/2012 11:31:02 PM]

**More Videos...**

Copyright © 2012 by
C. Crane Company, Inc.
1001 Main Street
Fortuna, CA 95540
(800) 522-8863

Free Catalog | Subscribe | Unsubscribe | Site Map | Product Support | Register Warranty

About Us | Contact Us | Ordering Info | Links | Press Relations



Local Entry No. 28

http://www.truthalliance.net



Home | Forums | Links | Store | About Us

Follow Us

Home

○ Web ○ Site [        ] [ Search ]



### Some say re-election fear is driving gun sales

Star Telegram | Gun sales are booming.Enthusiasts are stocking up on guns and ammunition, and some in the industry are wondering whether sales are spiking as they did after Democrat Barack Obama won the presidency in 2008. That rush created a nationw...

Civil Liberties - 145 Views - 🖾 0 Comments     [ Read more ]

**Full Story:** Panetta: 'International Permission' Trumps Congressional Permission For Military Actions

| Featured Video | 24/7 Documentary Channel |



### Whistleblowers: 70 percent of U.S. ground beef contains 'pink slime'



Rawstory | Let's hope you didn't eat a hamburger before clicking on this story. A former U.S. Department of Agriculture scientist has come forward with a startling tale of how a substance known as 'pink slime' has been embedded in about 70 percent of ground beef sold in the U.S. — a topic ABC News investigated for...

128 Views - 🖾 0 Comments     [ Read more ]

### Killer got $30,000 in unemployment while in jail, officials say



LA Times | A convicted killer who got caught because he'd tattooed a graphic mural of the murder scene on his chest raked in more than $30,000 in unemployment benefits while he sat in the Los Angeles County jail system, a sheriff's spokesman said.

77 Views - 🖾 0 Comments     [ Read more ]

### Infant's death at Maimonides Hospital linked to circumcision



NY Daily Mail | A two-week old boy died at a Brooklyn hospital in September after contracting herpes through a religious circumcision ritual that ignited controversy in 2005 after another infant died, the Daily News has learned.

78 Views - 🖾 0 Comments     [ Read more ]

## More Headlines

Status Quo Has To Go 🖾 0

FDA scientist sentenced to five years in prison for insider trading on drug approval knowledge 🖾 0

Marine's Facebook page tests military rules 🖾 0

Panetta: 'International Permission' Trumps Congressional Permission For Military Actions 🖾🖾 0

Obama's Mentor: 'We Hid This Throughout 2008 Campaign' 🖾 0

Australian children to be sterilized without parental consent under new eugenics law 🖾 0

Why Evangelicals Dislike Ron Paul 🖾 0

Police Given Direct Line To Cell Phone Searches 🖾🖾 0

Weaponizing Religion: Romans 13 Co-Author Tim Baldwin Reports 🖾🖾 0

Drugmakers have paid $8 billion in fraud fines 🖾 0

Blogger Proves Body Scanners Worthless, Sues TSA 🖾 0

AntiSec (Anonymous) engages in social justice hacking of Monsanto 🖾 0

Ron Paul Supporters in Oklahoma Fight Back and WIN 🖾 0

The top 10 worst sources of aspartame 🖾 0

Hackers are winning security war, executives say 🖾 0

Carol Paul says Ron Paul votes being thrown away by election officials 🖾🖾 0

## Cartoon





| Mar 12,2012 at 02:32 New York Time | | | |
|---|---|---|---|
| | Price | Change | High | Low |
| Gold | 1705.10 | -8.40 | 1709.50 | 1701.60 |
| Silver | 33.93 | -.39 | 34.17 | 33.54 |
| Platinum | 1672.00 | -11.00 | 1687.00 | 1669.00 |
| Palladium | 701.00 | -7.00 | 709.00 | 699.00 |

**SPOT PRICE**   www.kitco.com

| 24hr Nickel |
|---|
| US$8.6083/lb ▼ -0.0981 |
| 24hr Copper |
| US$3.8376/lb ▼ -0.0237 |
| 24hr Zinc |
| US$0.9228/lb ▼ -0.0104 |

I Need Help With...


America Tonight w/ Kate Delaney

LIVE STREAMING PATRIOT RADIO

## 🔥 Ron Paul 2012



### How did Ron Paul lose Alaska?

Alaska Dispatch | How did Ron Paul lose Alaska? Paul's ardent supporters here in the 49th state were on Wednesday casting a wide net, including allegations of polling impropriety, disenfranchisement and other shenanigans by Alaska Republican Party officials. As the only Republican presidential candidate to make the...

102 Views - 💬 0 Comments    Read More

**Why Evangelicals Dislike Ron Paul** 📷 0

**Ron Paul Supporters in Oklahoma Fight Back and WIN** 📷 0

**Carol Paul says Ron Paul votes being thrown away by election officials** 📷 💬 0

**Ron Paul Hears the People Sing** 📷 💬 0

## Politics & Government 🔗



### Resolution Calls for Impeachment if Obama Does Not Seek War Authorization from Congress

Infowars.com | Rep. Walter Jones, a North Carolina Republican, has introduced H. Concurrent Resolution 107, which calls on the House, the Senate Concurring, to prevent Obama from starting another war without authorization from Congress. The resolution was referred to the Committee on the Judiciary on March 7. Obama&rsq...

111 Views - 💬 0 Comments    Read More

**FDA scientist sentenced to five years in prison for insider trading in drug approv...** 💬 0

**Obama's Mentor: 'We Hid This Throughout 2008 Campaign'** 💬 0

**Why Evangelicals Dislike Ron Paul** 💬 0

**Weaponizing Religion: Romans 13 Co-Author Tim Baldwin Reports** 📷 💬 0

## Economics 🔗



### Ex-London police chief warns of massive unrest

Press TV | Britain's former head of the Metropolitan Police Service has warned of a repeat of the unprecedented unrest in the country of August 2011 if the media failed to justify the British police's indiscriminate killings. Lord Stevens, the head of the Metropolitan Police Service from 2000 until 2005 and...

119 Views - 💬 0 Comments    Read More

**G20 Officials Really Want The U.S. To Water Down The Volcker Rule** 💬 0

**One Trillion Not Enough to Bail out Euro Zone** 💬 0

**India to pay for Iran's oil in gold** 💬 0

**Warning Signs That We Should Prepare For The Worst** 💬 0




## Civil Liberties 🔗



### Pat Robertson Says Marijuana Use Should be Legal

NY Times | Of the many roles Pat Robertson has assumed over his five-decade-long career as an evangelical leader — including presidential candidate and provocative voice of the right wing — his newest guise may perhaps surprise his followers the most: marijuana legalization advocate.

60 Views - 💬 0 Comments    Read More

**Status Quo Has To Go** 💬 0

**Marine's Facebook page tests military rules** 💬 0

**Police Given Direct Line To Cell Phone Searches** 📷 💬 0

**Blogger Proves Body Scanners Worthless, Sues TSA** 💬 0

## War & The Military 🔗

### U.S. looks into Afghan air force drug allegations

CNN | The United States is investigating allegations that some members of the Afghan air force have used their

**Panetta: 'International Permission' Trumps Congressional Permission For**


Heirloom Organics — 100% non-hybridized seeds — Grow the Best!




Beyond Tangy Tangerine — WITH 115 VEGETABLES & FRUITS!
Website Express Hosting


Truth Alliance 24hr Daily News Updates

Email Address:
**Newsletters**
☐ Truth Alliance Newsletter
☐ Truth Alliance 24 hr News Update
Subscribe
Unsubscribe


Organic Wine Company
The Definitive Answer To the War on Drugs — BY MICAH CHARLES — ON SALE NOW


GOLDEN ratio MEDIA — Website Design | Marketing | Media Production

Youngevity — Triple Treat Chocolate — Antioxidant-Rich & Probiotics








planes to transport drugs, a U.S. military spokesman said Thursday. Investigators want to know whether the drug-running allegations, first reported in the Wall Street Journal, are linked to the shooting deaths…

116 Views - 0 Comments     Read More

Military Actions 0
Hackers are winning security war, executives say 0
Stratfor Emails: Israel Has Destroyed Iran's Nuclear Program 0
For What, All These Wars? 0



Truth Alliance Network on Facebook

Like     Confirm

You like this. · Adm Page · Insights · E
You like this. · Adm Page · Insights · E

1,674 people like Truth Alliance Network. 1,673 people like Truth Alliance Network.

Facebook social plugin

## Immigration & Borders



### Killer got $30,000 in unemployment while in jail, officials say

LA Times | A convicted killer who got caught because he'd tattooed a graphic mural of the murder scene on his chest raked in more than $30,000 in unemployment benefits while he sat in the Los Angeles County jail system, a sheriff's spokesman said.

77 Views - 0 Comments     Read More

Pres. Obama Pledges to Pass Amnesty for Illegal Aliens 0
California: America's first failed state 0
There Are 1.4 MILLION Gang Members In The United States And More Pour Into The Country Every Single Day 0
Border Patrol constructing unmanned Texas border crossing 0



Youngevity
Triple Treat Chocolate
Healthy Chocolates Your Body Craves
Antioxidant-Rich Premium Dark Chocolate with Probiotics

## Terrorism



### London-based oil executive linked to 9/11 hijackers

Telegraph | A Saudi Arabian accused of associating with several of the September 11 hijackers and who disappeared from his home in the United States a few weeks before the attacks on the World Trade Centre and the Pentagon, is in London working for his country's state oil company.

258 Views - 0 Comments     Read More

Carol Paul says Ron Paul votes being thrown away by election officials 0
Terror Drill Terrorizes Children
Mayor of London Makes Bizarre 9/11 Comments 1
Lee Hamilton The 9/11 Commission is not the final truth 0

SolarCity® Official Site  www.SolarCity.Com/GetMarSol
Save $1,000 on a Home Solar System Only Valid in Mar. Get Coupon Now!

Solar Panels for Homes  Solar-Arizona.org
75% Lower Bills. 40% AZ Rebates! Call us 24hr 888-481-8665

Home Alarm In 15 Minutes  www.FrontPointSecurity.
Install Your Own System. Easy, Safe Leading Brand Based On Reviews.

Exclusive HP Toner Coupon  HP.com/TonerAmnest
It Pays to Trust Original HP® Toner Get a Toner Coupon and Save Today!

AdChoices ▷

Fair Use Notice | Privacy Statement | Terms Of Use | Contact Us

© Copyright 2007-2011 Truth Alliance inc. All Rights Reserved

Local Entry No. 29

http://www.prisonplanet.tv

PRISONPLANET TV                          GET ACCESS TO ALL CHANNELS    JOIN PRISONPLANET TV    LOG IN

**Watch the New Alex Jones Documentary**
**NEW WORLD ORDER:**
**BLUEPRINT OF MADMEN**

Not a member?

LIVE NEWS, MOVIES, BOOKS, RANTS & MORE ON DEMAND.    **15 DAY FREE TRIAL**

Get access to all the channels: The Alex Jones Show, Nightly News, Exclusive Video Reports, 60+ Movies and Documentaries, Books

Full name:    [name]    [last name]

Your Email:    [          ]

Username:    [          ]

Password:    [          ]

START FREE TRIAL

**Secure Server: All your information is secure and confidential.**
**Thank you for supporting the Infowar!**

Authorize.Net

**NETWORK** SHOWS                                        **Take a quick look!**

Subscribe to Prison Planet TV now to get access to all these channels and more... Sign up now >>

Tweet    Like    Confirm    2k    2k



**Nightly News with Alex Jones**
Alex Jones anchors a focused and hard hitting nightly news transmission at 7 PM CST, Monday through Friday >>



**Special Reports**
In depth reports focusing on breaking news and specific subjects affecting our world On-Demand >>



**Daily Radio Show**
Watch Alex's live TV/Radio broadcast. Monday through Friday from 11 AM to 2 PM CST and Sundays from 4 PM to 6 PM CST >>



**Rants**
This is Alex Jones' Infowars Unleashed. Behind the scenes rants and commentary. Go on a journey inside the Infowar >>

MOVIES
ALEX JONES FILMS, DOCUMENTARIES, + MORE

**60+ Movies On Demand**
Access over 60 movies/documentaries and become an expert on the InfoWar >>



**Informative Books**
Books with information you need to know >>

**ALEX** JONES

Internationally recognized veteran broadcaster, documentary filmmaker, and investigative journalist Alex Jones has been featured as a prominent figure of the 9/11 Truth Movement in such publications as The New York Times, Vanity Fair, Rolling Stone Magazine and Popular Mechanics.

He has appeared on Good Morning America, The View, 20/20 Downtown, 60 Minutes, The Discovery Channel, The History Channel, Fox News, CNN, TalkSport (UK), Russia Today, Channel 4 (UK), A&E, America's most widely listened to late night radio show, Coast to Coast AM, C-Span, and many other venues. Patrick Beech of the Austin-American Statesman has described Jones as "an absolutely riveting television presence."



ALL CHANNELS    NIGHTLY NEWS    DAILY RADIO SHOW    SPECIAL REPORTS    RANTS    MOVIES    BOOKS

NEW GIFT CERTIFICATES    FAQ    SUPPORT    MANAGE YOUR ACCOUNT    TERMS OF USE    ROKU

15 DAY FREE TRIAL
100% FULL ACCESS  GET STARTED

Follow Alex on

Local Entry No. 30

http://www.antiwar.com


**ANTIWAR.COM**
Your best source for antiwar news, viewpoints, and activities

## HIGHLIGHTS

**Who Are the 'Terrorists'?**
Justin Raimondo on American atrocities in wartime

**The 0% Doctrine**
Obama has bested Bush again, says Tom Engelhardt

**The Dirty War on WikiLeaks**
John Pilger on the Swedish media's assault

## BREAKING NEWS

**Afghans Angered by US Massacre**
Obama: Massacre 'does not represent' military

**Poll: US Overwhelming Against Afghan War**
War 'not worth the cost'

**Egypt Parliament Mulls Blocking US Aid**
MPs complain US 'disregarding' sovereignty

## ANTIWAR RADIO

**Warmongers Giving Up on Afghanistan?**
Sen. Graham right for wrong reason, says John Glaser

**Obama at AIPAC**
Gareth Porter's take on Netanyahu's visit

**What Might Have Been...**
Eric Phillips on empire's opportunity costs

---

| Original | Letters | Blog | US Casualties | Iraqi Casualties | Contact | Donate |

---

**WikiLeaks Finder**
click here to find the best WikiLeaks server available
WikiLeaks.Antiwar.com

- Antiwar Radio
- Who We Are
- Search
- Regional News
  Select a country
- LAST 7 DAYS
  MON   THU
  TUE   FRI
  WED   SAT
  SUN
  PREVIOUS DAYS

Buy from amazon.com
And Support ANTIWAR.COM

- Latest News
- Viewpoints
- Daily update
- Prison Scandal Resources
- Photos of the Fallen
- Free Newsletter
- Shop Antiwar.com
- Letters
- Quotes
- Antiwar Forum
- Sources
- Reprint Policy
- Submission Guidelines
- RSS
- Privacy Policy

*Antiwar.com*
A Division of the
RANDOLPH BOURNE
INSTITUTE

## News
Updated March 12, 2012 - 1:01 AM EDT

- **Afghans Angered by US Massacre of Civilians**
  - *Witnesses Give Details of US Massacre in Kandahar*
  - *Sen. Graham: Massacre Doesn't Mean Afghan Strategy Flawed*
  - *Poll: Overwhelming US Opposition to Afghan War*
- **Israeli Airstrikes Kill 18 in Gaza Strip**
  - *Abbas Condemns Israeli Escalation, Appeals for Calm*
- **Egypt Parliament Mulls Blocking US Aid**
- **Libyan Interior Ministry Threatens Rival Militias**
- **Former Mossad Chief Reiterates Opposition to Attacking Iran**
- **Annan Struggles to Convince Syrian Regime, Rebels to Talk**
- **Yemen Confirms US Airstrikes in Abyan Province**

### Viewpoints

**The Problem With Invisible Children's 'Kony 2012'**
by Michael Deibert

**The Dirty War on WikiLeaks Is Now Trial by Media in Sweden**
by John Pilger

**Uncle Sam's Greatest Hits: Coming Soon to a Neighborhood Near You**
by Michael Tennant

**The Horror and the Hashtag**
by Doug Saunders

**If Killing Is Wrong, Then War Is Too** by Lee Wrights

**The Attorney General Fails to Make His Case** *The Baltimore Sun*

*More Viewpoints*

## Spotlight

### The 0% Doctrine
by Tom Engelhardt

### Frontline
- Looming Defense Cuts Prompt GOP Shift
- Iraq Militias Stone 14 Youths to Death for 'Emo' Style
- Home Invasions Strike Fear North of Baghdad; 16 Killed Across Iraq
- Mali Tuaregs Say They Control Major Military Base
- WikiLeaks: Stratfor Emails Say Chavez Betrayed FARC to Appease Generals


US Seeks to Contain Damage From Afghan Shooting

### Israel/Palestine
- US Expert: 'Green Light' for Israeli Attack on Iran Depends on 'Whether US Can Get Job Done'
- Israel Calls on UN to Condemn Rocket Attacks
- Jewish Settlers Agree to Evacuate West Bank Outpost
- Gaza Group: Egypt Warned Us Before Al-Qaisi Killing

### Afghanistan
- Army Sergeant Accused of Slaying 16 in Afghan Villages
- Obama: Massacre 'Does Not Represent' US
- In Assessing the Damage, Fears of an Emboldened Taliban
- Afghanistan Shooting: Gingrich Says Afghan Mission May Not Be 'Doable'
- Security Fears Lead Groups to

## ANTIWAR.BLOG

- John Glaser on RT Talking Libya
- Libya's US-Backed Militias Terrorize the Country
- Comforting Bibi: Covert Activity in Iran
- Lindsey Graham Loses Hope as Kabul Impedes US Occupation
- US, Israel Considered Biggest Threats to Security of Arab World
- Things to Do in Denver When You're Dead
- Liberal Demands Assassination Orders Be Filed in Triplicate
- The Nuclear Double Standard on Israel is the Main Obstacle to Peace

*Read more*

## Columnists

**Justin Raimondo**
3/12/2012
Who Are the 'Terrorists'?

**Nebojsa Malic**
3/10/2012
Reality Rift

**Philip Giraldi**
3/08/2012
The MEK's Useful Idiots

**Ivan Eland**
3/07/2012
America is a Great Country, but Its Attitude Overseas Needs Work

**Kelley B. Vlahos**
3/06/2012
Tell the Truth Already!

**Charles V. Peña**
2/27/2012
WMDs Redux

**David R. Henderson**
2/06/2012
Is Iran a Threat?

**Ran HaCohen**
9/16/2011
Was Elliott Abrams Hitler's Senior Advisor?

**Additional Contributors**
Ehsan Ahrari
Doug Bandow
William Barganier
Patrick J. Buchanan
Juan Cole
Jonathan Cook
Christopher Deliso
Sibel Edmonds
Tom Engelhardt
Joshua Frank
Aaron Glantz
Leon Hadar
Jorge Hirsch
Scott Horton
Jeff Huber
Dahr Jamail
Kathy Kelly
William S. Lind
Jim Lobe

SAVE $1,000 ON SOLAR POWER
Coupon Expires 3/31
Redeem Coupon ►
SolarCity
www.solarcity.com/Save1000inMarch
Ads by Google

Antiwar.com

## Syria

- Syrian Talks Fail, but Annan Is 'Optimistic'
- German FM Urges Political Solution to End Syria Violence
- Israel Mulls Charity Concert for Syrian Insurgents

## Egypt

- Egypt Court Clears Army Doctor in 'Virginity Tests' Case
- US Envoy to Egypt Arrives in Germany

## Middle East

- Freed Al Jazeera Journalist Back to Doha

## Macedonia

- Ethnic Attacks on Public Transport Rock Macedonia

## Honduras

- 18th Journalist Killed in Honduras in Past Two Years

- Rethink Work in Afghanistan
- Office of Afghan Women's Rights Activist Attacked
- Double Sacrifice: Arkansas Family Copes With Grief After 2 Sons Killed in Afghanistan Conflict

## Pakistan

- Taliban Suicide Bomber Kills 15 in Pakistan
- 39 'Terrorists' Killed in Khyber Agency

## Africa

- Car Bomb Explodes Near Nigeria Church; 10 Killed
- Kenya Blames Al-Shabab for Deadly Nairobi Grenade Attack
- Opponents Want Chad Dictator Tried in Belgium

Sascha Matuszak
Ray McGovern
Thomas Gale Moore
Brendan O'Neill
Rep. Ron Paul
John Pilger
Murray Polner
Gareth Porter
Gordon Prather
Charley Reese
Paul Craig Roberts
Mark Rothschild
Michael Scheuer
Norman Solomon
Paul Sperry
Joseph Stromberg
Jon Basil Utley
Jude Wanniski
Teresa Whitehurst
Andy Worthington

**More Columnists**

## More News

Reproduction of material from any original Antiwar.com pages
without written permission is strictly prohibited.
Copyright 2012 Antiwar.com

Local Entry No. 31

http://www.epic.org



# epic.org | ELECTRONIC PRIVACY INFORMATION CENTER

| HOME | ABOUT EPIC | POLICY ISSUES | BOOKSTORE | PRESS | EVENTS | SUPPORT EPIC |

*Focusing public attention on emerging privacy and civil liberties issues*

## SEARCH EPIC.ORG

[          ] Go

## DONATE TO EPIC

**Defend Privacy. Donate Now.**

## EPIC 2012 BROCHURE (PDF)



## CONNECT WITH EPIC

  

## SUBSCRIBE TO ALERTS

Subscribe to the EPIC Alert

Previous EPIC Alerts

## INTERNET PRIVACY INFOGRAPHIC



Infographic by frugaldad.com

## HOT POLICY ISSUES

Body Scanners

Cloud Computing

Childrens' Online Privacy

DHS Media Monitoring

Drones and UAVs

EU Data Protection Directive

Facebook

Facebook Facial Recognition

FAST Project

FBI Watchlist

Fusion Centers

Google Street View

Intelligence Oversight Board

Locational Privacy

---

### Latest News - March 12, 2012

### Pew Study: Search Engine Users Anxious About Collection of Personal Information

A Pew study found that users of search engines were pleased with the quality of search results but opposed targeted advertising and search results, and were generally anxious about the collection of personal information by search engines. Specifically, 73 percent of those surveyed were opposed to search engines tracking their searches, and 68 percent opposed behavioral advertising. 83 percent of respondents reported using Google to conduct searches. Recently, Google began combining user data gathered from more than sixty Google products and services—including Google search--to create a single, comprehensive profile for each user. For more information, see EPIC: Search Engine Privacy and EPIC: EPIC v. FTC.

Posted on March 9, 2012 | Permalink

Share this post: del.icio.us | digg | Linked In | Technorati | Twitter | Facebook

### Video, Blog Post Raise New Questions About Airport Body Scanners

A popular video "How To Get Anything Through TSA Nude Body Scanners" show that it is easy to bypass airport body scanners by hiding materials perpendicular to the plane of the scanning devices. The video also notes that traditional metal detectors, now being removed from US airports, would routinely alert to the presence of metallic objects. Still more interesting may be the recent blog post by a 25-year FBI agent, expert in aviation security, who writes that the "TSA has never foiled a terrorist plot or stopped an attack on an airliner" and that "the entire TSA paradigm is flawed." In a federal lawsuit, EPIC challenged the TSA airport scanner program, calling it "invasive, unlawful, and ineffective." For more information, see EPIC v. DHS (Suspension of body scanners).

Posted on March 9, 2012 | Permalink

Share this post: del.icio.us | digg | Linked In | Technorati | Twitter | Facebook

### Court Blocks Wisconsin Voter ID Law

A Wisconsin state court has granted a temporary order blocking the state from enforcing a new voter ID requirement. Wisconsin is one of eight states that now require voters to present a government-issued photo ID. Voter ID laws typically discourage voter turnout, particularly among poor and minority communities. In NAACP v. Walker, the Wisconsin court said that the "scope of impairment has been shown to be serious, extremely broad and largely needless." For more information, see EPIC: Voter Photo ID and Privacy.

Posted on March 6, 2012 | Permalink

---

## Take Action



Sign the White House Drone Petition

---

The Internet and Privacy
- - - -
Good to Really Know

## Upcoming Events

Big Data: Privacy Threat or Business Model?

Lillie Coney,
EPIC Associate Director

SXSW
Austin, TX
March 11, 2012

#PrivChat

Amie Stepanovich
EPIC National Security Counsel

March 13, 2012

More EPIC Events...

## Recent EPIC Events



The Public Voice Conference: "Privacy is Freedom"

The Public Voice
Mexico City
October 31, 2011

---

Share this post:    del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

Medical Record Privacy

National ID

NSTIC

Open Government

PATRIOT Act

Privacy Convention

Re-identification

Search Engine Privacy

Secure Communities

Smart Grid

Social Networking Privacy

Voter Photo ID

## DHS Privacy Office Releases 2011 Data Mining Report

The Department of Homeland Security has released the 2011 Annual Data Mining Report. The report must include all of the Agency's current activities that fall within the legislative definition of "data mining." Among other things, this year's report references the Agency's programs to profile individuals entering or leaving the country to determine who should be subject to "additional screening." A FOIA request by EPIC in 2011 revealed that the FBI's standard for inclusion on the list is "particularized derogatory information," which has never been recognized by a court of law. The report also provides information on Secure Flight and Air Cargo Advanced Screening. For more information, see EPIC: FBI Watch List FOIA and EPIC: DHS Privacy Office.

Posted on March 5, 2012 | Permalink

Share this post:    del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

EPIC PUBLICATIONS



Litigation Under the Federal Open Government Laws 2010

More EPIC Publications...

## Twitter to Sell Two Years' Worth of Old Tweets

Twitter recently announced a deal with the analytics firm Datasift that authorizes Datasift to sell the content of public tweets posted over the last two years. Companies who buy the data from Datasift will be able to market to users based on the topic or location of the tweets. DataSift will be required to regularly remove tweets that users delete. Previously, Twitter gave the Library of Congress access to every public tweet since the company's inception in 2006. In 2011, the Federal Trade Commission reached a settlement with Twitter over charges that inadequate security measures allowed computer criminals to gain administrative access to the company. For more information, see EPIC: Federal Trade Commission.

Posted on March 2, 2012 | Permalink

Share this post:    del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

EPIC BOOKSTORE FEATURE



Liars and Outliers: Enabling the Trust that Society Needs to Thrive

More EPIC Publications...

## EPIC Urges DHS to Abide by Privacy Laws When Conducting Technology Research

Earlier this week, EPIC submitted comments to the DHS on "The Menlo Report: Ethical Principles Guiding Information and Communication Technology Research." DHS sought public views on the privacy implications of ethical human subject research in information and communication technology research. EPIC said that many federal privacy laws, such as the Privacy Act of 1974, set out legal standard for how government agencies should protect personal data. EPIC strongly urged DHS to abide by federal privacy laws rather than adopt non-binding principles, which are not enforceable and provide few rights for individuals. For more information, see EPIC: Privacy and The Common Rule.

Posted on March 1, 2012 | Permalink

Share this post:    del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

RESOURCES

EPIC Alert

[subscribe]

EPIC Bookstore

EPIC Events

EPIC Press Releases

EPIC Privacy Tools

EPIC Reports

Former Secrets (FOIA)

Privacy Resources

## European Justice Minister Says Google Now in Violation of EU Law

European Justice Minister Vivian Reding said today that Google's March 1 changes to its terms of service violate European Union law "in numerous respects." Commissioner Reding pointed to the failure of the company to obtain user consent, the lack of transparency, and the fact that most users do not read privacy policies. European privacy officials recently concluded that the changes do not comply with the European Union Data Protection Directive and asked the company to suspend its planned changes. In the US, EPIC has urged a federal court to require the Federal Trade Commission to determine whether Google's changes changes violate a 2011 Consent Order. The court denied the motion. The case is now on appeal. For more information, see EPIC v. FTC (Google Consent Order).

Posted on March 1, 2012 | Permalink

Share this post:    del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

ABOUT EPIC

About EPIC

Support EPIC

Advisory Board

## EPIC Urges Court to Uphold Location Privacy in Cell Phone Tracking Case

EPIC filed a "friend of the court" brief in the New Jersey Supreme Court urging the court to uphold Fourth Amendment protections for cell phone users. In State of New Jersey v. Thomas W. Earls, the lower court held that



EPIC Champion of Freedom Awards

**Computers Freedom & Privacy 2011: The Future is Now**



Facebook Page
CFP 2011 Brochure

Stop Body Scanners



EPIC has filed a lawsuit to suspend the deployment of body scanners at US airports, pending an independent review.
Details on EPIC v. DHS
EPIC Body Scanner Incident Report
EPIC's Body Scanner Facebook Page

Privacy Video



ABC News: Google's 'IOS' Work Around Causes Privacy Concern



Bloomberg: Google's Privacy Changes: What Users Should Know

Board and Staff

EPIC Fellowships/IPIOP Clerkships

Litigation Docket

Privacy Policy

**AFFILIATED SITES**







**EPIC BROCHURE (PDF)**



**COALITIONS**

Global Internet Liberty Campaign

In Defense of Freedom

Internet Free Expression Alliance

National Comm. for Voting Integrity

On the Identity Trail

Privacy Coalition

Privacy International

The Privacy Site

The Public Voice

Security Framework Project

Trans Atlantic Consumer Dialogue

**FOIA DOCUMENTS**

EPIC FOIA Notes

EPIC FOIA Note #20:
*Government
Transparency*



FOIA Gallery 2011
FOIA Notes
EPIC Former Secrets

**SPOTLIGHT ON SURVEILLANCE**

Proposed "Enhanced" Licenses are
Costly to Security and Privacy

an individual has no legitimate expectation of privacy in the location of their cell phone. EPIC argued that the lower court opinion should be overturned in light of the Supreme Court's recent decision in United States v. Jones. The cell phone tracking techniques in this case, EPIC argued, "is more invasive than the GPS tracking in Jones." For more information, see EPIC: State v. Earls, and EPIC: US v. Jones.

Posted on February 29, 2012 | Permalink
Share this post:   del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

### EPIC Sues to Block Changes to Education Privacy Rules

EPIC has filed a lawsuit under the Administrative Procedure Act against the Department of Education. EPIC's lawsuit argues that the agency's December 2011 regulations amending the Family Educational Rights and Privacy Act exceed the agency's statutory authority, and are contrary to law. In 2011, the Education Department requested public comments regarding the proposed changes. In response, EPIC submitted extensive comments, addressing the student privacy risks and the agency's lack of legal authority to make changes to the privacy law without explicit Congressional intent. The agency issued the revised regulations despite the fact that "numerous commenters . . . believe the Department lacks the statutory authority to promulgate the proposed regulations." EPIC is joined in the lawsuit by co-plaintiffs Grayson Barber, Pablo Molina, Peter G. Neumman, and Dr. Deborah Peel. The case is EPIC v. US Department of Education, No. 12-00327. For more information, see EPIC: Student Privacy.

Posted on February 29, 2012 | Permalink
Share this post:   del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

### Senators Seek Study on Voter ID Laws

A group of U.S. senators have asked the Government Accountability Office to study the "alarming number" of new state laws that will make it "significantly harder" for millions of eligible voters to cast ballots this November. New state identification laws, by one estimate, will have a direct impact on 21 million American citizens who do not have a government-issued photo ID. The majority of those people are young would-be voters, the elderly, African Americans, Hispanics, and those earning $35,000 per year or less. For more information, see EPIC: Voting Privacy and Voter Photo ID and Privacy.

Posted on February 29, 2012 | Permalink
Share this post:   del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

### Identity Theft Remains Top Concern of US Consumers

According to the Federal Trade Commission, identity theft was the top source of consumer complaints in 2011 comprising 15 percent of the 1.8 million total complaints filed. This is the 12th year in a row in which identity theft has occupied the top position. The report contains data on 30 complaint categories, which are broken down by metropolitan areas and provided to state and local law enforcement offices. For more information, see EPIC: FTC and EPIC: Identity Theft.

Posted on February 29, 2012 | Permalink
Share this post:   del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook

### EU and US Consumer Groups to Google: "This plan is a mistake"

The Transatlantic Consumer Dialogue, a coalition of leading consumer organizations in North America and Europe, today urged Google CEO Larry Page to drop the plan to combine user data on March 1. Citing the pending changes to Google's terms of service, the groups said "It is both unfair and unwise for you to 'change the terms of the bargain' as you propose to do." TACD said "consumers have relied on your policies and your terms of service in choosing your products." Late Friday, EPIC filed an emergency appeal with the DC Circuit of Appeals in an attempt to force the Federal Trade Commission to take action prior to March 1. For more information, see EPIC: EPIC v. FTC (Google Consent Order).

Posted on February 29, 2012 | Permalink
Share this post:   del.icio.us  |  digg  |  Linked In  |  Technorati  |  Twitter  |  Facebook



Hartmann: FBI's next gen ID roll out…will you be in the database?

Previous Video Archive…

**EPIC in the News**

Homeland Security Is Tracking 100s Of Keywords on Twitter. Are You Being Targeted?

Mediabistro
March 5, 2012

Bono Mack plans privacy hearing

USA Today
February 28, 2012

France Says Google Privacy Plan Likely Violates European Law

New York Times
February 28, 2012

More EPIC in the News…

**EPIC Docket Highlights**

EPIC Cases

EPIC FOIA Cases

EPIC v. DHS (FOIA, Body Scanners)
EPIC v. DHS (Body Scanner Radiation Risks)
EPIC v. DOD (TIA/Fee Waiver)
EPIC v. DOJ (FOIA, Body Scanners)
EPIC v. DOJ (IOB reports)
EPIC v. DOJ (NSA Surveillance)
EPIC v. FTC (Conflict of Interest)
EPIC v. NSA (Cybersecurity)
EPIC v. NSA (Google Relationship)
EPIC v. TSA (Body Scanner Software Modifications)
EPIC v. VSP (Fusion Centers)

Other EPIC Cases

EPIC v. DHS (Emergency Stay, Body Scanners)
EPIC FTC Complaint (Google)
EPIC FTC Complaint (Phone Records)
EPIC v. ED (Student Privacy)
EPIC v. FTC (Google Consent Order)
Gonzales v. ACLU (NSLs)
In re Facebook (Settings)
In re Facebook II (Settings)
In re Google (Buzz)
In re Google (Cloud Computing)

EPIC Amicus Briefs:

Recent EPIC Briefs

Chicago Tribune v. Univ. of Illinois (FERPA)
Doe v. Luzerne County (Informational Privacy)
FAA v. Cooper (Privacy Act)
First American v. Edwards (Statutory Damages)
In re Google Street View (Wiretap



Spotlight on Surveillance Archive

## PRIVACY REPORT CARD



View the EPIC 2010 Report Card here.
View the press release here.
EPIC 2009 Report Card

## PRIVACY & GOOGLE BOOKS



Google Books Settlement & Privacy
Google Books Policy
Google Books Litigation

Top News Archive

Act)
US v. Jones (GPS Tracking)
US v. Pool (DNA)

**Other EPIC Briefs**
ACLU v. DOD (Secrecy)
BATF v. Chicago (FOIA)
Bunnell v. MPAA (Wiretap)
City of Ontario v. Quon (Txt Messages)
Commonwealth v. Connolly (GPS Tracking)
Crawford v. Marion County (Voter ID)
Doe v. Chao (Privacy Act)
Doe v. Reed (Petition Signatures)
FCC v. AT&T (FOIA)
Flores-Figueroa v. US (ID Theft)
G.D. v. Kenny (Expungement)
Gilmore v. Ashcroft (Secrecy)
Gonzales v. Doe (Wiretap)
Google Books Settlement
Harris v. Blockbuster (Facebook Privacy)
Hepting v. AT&T (Wiretap)
Herring v. US (Errors in databases)
Hiibel v. Nevada (Anonymity)
IMS Health v. Ayotte (Medical privacy)
IMS Health v. Sorrell (Medical Privacy)
Kehoe v. Fidelity Bank (Consumer privacy)
Kohler v. Englade (DNA)
NASA v. Nelson (Employee Privacy)
NCTA v. FCC (Phone records privacy)
New Jersey v. Reid (ISP subscriber privacy)
Ostergren v. McDonnell (Identity Theft)
Peterson v. NTIA (WHOIS data)
Reno v. Condon (DPPA)
SEC v. Galleon (Wiretapping)
Smith v. Doe (Megans Law)
Tolentino v. New York (Police Searches)
US v. Councilman (Wiretap)
US v. Kincade (DNA)
Watchtower Bible v. Stratton (Anonymity)

## Privacy Campaigns



EPIC's 2010 E-Deceptive Campaign Practices Report

_____



Internet Privacy Infographic

**Electronic Privacy Information Center | 1718 Connecticut Ave. NW Washington, DC 20009 | More info**

Local Entry No. 32

http://www.eff.org



| HOME | ABOUT | OUR WORK | DEEPLINKS BLOG | PRESS ROOM | TAKE ACTION | SHOP |



Tell PayPal:
## Don't Censor Books

Donate to EFF $

Join EFF

### Stay in Touch

Email Address

Sign Up Now

## UPDATES

### Court Declares Newspaper Excerpt on Online Forum is a Non-Infringing Fair Use
DEEPLINKS BLOG | March 10, 2012

### Party Photos: EFF's 22nd Birthday Bash
DEEPLINKS BLOG | March 9, 2012

### "A Time Bomb For Civil Liberties": France Adopts a New Biometric ID Card
DEEPLINKS BLOG | March 8, 2012

### Highlighting a Privacy Problem: Apps Need to Respect User Rights From the Start
DEEPLINKS BLOG | March 8, 2012

### Ubuntu 12.04 will bring OS-level privacy options
DEEPLINKS BLOG | March 8, 2012

More Deeplinks Blog and Press Releases

### Follow EFF

We will begin live tweeting the Should Social Sites Allow Anonymous Users? debate in 30 mins on @EFFLive. Check it out. #SXSWi
MAR 10 @ 8:36AM

About to start tweeting the When Copyright Trolls Attack! panel at @EFFLive. Check it out. #SXSWi
MAR 10 @ 7:17AM

Twitter   Facebook   Identi.ca

## Projects

HTTPS Everywhere

Bloggers' Rights

Coders' Rights

FOIA Project

Follow EFF

Free Speech Weak Links

Global Chokepoints

Patent Busting

Surveillance Self-Defense

### EFF in the News

**Certifiably secure**
THE ECONOMIST
MARCH 9, 2012

**PayPal Warning Angers Some Groups, Publishers**
WALL STREET JOURNAL
MARCH 8, 2012

**EFF, Premier Digital Civil Liberties Org, Turns 22**

### Whitepapers

**Defending Privacy at the U.S. Border: A Guide for Travelers Carrying Digital Devices**

**Know Your Rights!**

**Patterns of Misconduct: FBI Intelligence Violations from 2001 – 2008**

**Unintended Consequences:**

### Upcoming Events

**SXSW: Interactive · Film · Music**
AUSTIN, TX
March 9, 2012 (All day) to March 18, 2012 (All day)

**SXSW Mashup Party**
AUSTIN, TX
March 13, 2012 – 9:00pm to March 14, 2012 – 2:00am

Electronic Frontier Foundation | Defending your rights in the digital world

MISSION LOCAL
MARCH 8, 2012

Twelve Years under the
DMCA

Black Hat Europe
AMSTERDAM, NETHERLANDS
March 14, 2012 – 8:00am to March
16, 2012 – 2:15pm

Takedown Hall of Shame

Teaching Copyright

Ways To Help

More EFF in the News...

More Events...

EFF thanks DIGITAL REALTY TRUST & NephoScale

**Thanks** | **RSS Feeds** | **Copyright Policy** | **Privacy Policy** | **Contact EFF**

Local Entry No. 33

http://www.lewrockwell.com

# LewRockwell.com
## anti-state, anti-war, pro-market

*Monday, March 12, 2012*

### The White Rose of Freedom
It will triumph over the vicious State, says Butler Shaffer.

### I Was the Last Person To Talk With Jude Wanniski
Charles Goyette on a great man of peace, and our economic future.

### Protecting Our Homes From Armed Officials
Will Grigg on the resistance, and the restoration of the "Castle Doctrine."

### I Thought Separation of Church and State Was a Two-Way Street
Bill Sardi on Obama, Fluke, Limbaugh, and the Catholic Church.

### No Ron Paul?
No vote in November, says Ron Holland.

### Recovery? What Recovery?
What the jobs numbers are really telling us. Article by Peter Schiff.

### The Power Elite vs. the Internet
Anthony Wile on Western justice as the enemy of freedom.

### Dude, Where's My Gold?
Germany and Switzerland want theirs back from the US. Wonder why? Article by Jan Skoyles.

### Your Best Prep for Any Financial Crisis?
Make physical gold your largest holding, says Morris Hubbartt.

### Your Private Dossier for All To See
The FBI, CIA, DHS, Fed, and potential employers are trolling on Twitter and Facebook.

### Want To Give Up Booze?
Just one hit of LSD can do it.

### I Was a 310 lb. Unhappy Guy
How time, and trial and error, helped me become a strong, primal, life-loving man.

AdChoices ▷

---

## The 4 Dangers Destroying Men


amazon.com
34% Off Books over $25
unless marked otherwise
▶ Shop now
Privacy Information

**Donate to LRC**

**LRC STORE**

**Gold Price**

Our Advertisers
Subscribe/Unsubscribe
Bestseller List

LRC Books
Rothbard File
Ron Paul File

Lew's Books
Lew's Columns

Columnists
Archives
Mises Institute
Podcasts

Top 10
About LRC
Contact

validRSS

Advertise on LRC

Find us on Facebook

---

**Get $1,000 in Free**
Electricity! Act by Mar 31, 2012. Get your SolarCity $1K Coupon Now.
www.SolarCity.com/...

AdChoices ▷

**LRC PODCASTS**

**Blog Posts**

Wendy Murphy: Someone Who Simply Cannot Tell the Truth

Burzynski: The Movie

Prostitution is Libertarian

Jared Cohen, Revolutions, and Social Media

Politics 101: Walter Karp and Power Elite Analysis

Soldier Murders Afghanis

US Soldier Moonlights in Afghanistan


Lew Rockwell's **Political Theatre**

Report From Nevada

What Is the Matter With the People of Afghanistan?

Ron, Obama Beat Romney

**JinToys(Htoys.com**
More Than 450,000 Various Toys Good Price , Service And Quality
www.jintoys.com

AdChoices ▷

**LAST 7 DAYS**

---

 Custom Search

Search

Create your own Custom Search Engine

 Gadgets powered by Google

Local Entry No. 34

http://www.dak.com

# DAK 2000.com

Remember these DAK Catalog Products? You decide which products DAK pursues.

| About DAK | HOT Products | Drew's Tutorials | What Happened to DAK 1? | What's Drew Been Doing? | Electronic Quizzes? | Tweaks & Geeks |

By Drew Kaplan

**Become an eDAKonian**

# Technology Unleashed For You

Today's technology has given us an unprecedented ability to be creative and an equally unprecedented time freedom to enjoy the fruits of our labor. The DAK mission is to help us understand and leverage these new tools. Isn't this a great time to be alive? Wow!

# New Drew's Top Picks For Today

## LP To CD & MP3 Cassettes Too.

**LPs & Tapes To CDs & MP3s Fast & Easy.** Do It yourself step-by-step easy tutorials. Pops & Scratches gone. Tracks made. Keep the ones you want, delete the ones you don't. **$69.90**
**See The Page - With Your Turntable or $219 With ours.**
**Note:** Cassette and LP systems are the same. I'm just showing you all you can do.

## See 1000X Grooves Record Brush

**1000X Record Groove**

**See your record grooves at 1000X. How Do Records Work? See why Not To Play A Dirty Record.** Carbon fiber anti-static vinyl record care system. See why it matters. Learn all about how records work. See grooves at 50x, 200x, 400x 800x and even 1500x. Your records will sound great. You can hear the difference.
See The Page - Its Just $24.95 18.95

## Instant PC Wireless Stereo Anywhere

**PC Wireless Audio That Works**

**Finally, PC wireless audio that works.** Unleash your PC's digital sound. No installation. Forget cords and cables. Forget dropping out, hiss and static. Listen to CD quality digital paired sound as you walk around your home or office installation free. Just plug it into any USB port & broadcast pure flawless digital sound. Just $49.95. It sounds great. And you're free.

## Holy Grail Song Splitter

**Makes Auto-Tracks**

**Save 70% of your time converting your LPs, 45stapes plus do the previously undoable automatically.** Now DAK's Holy Grail Auto-Song Splitter, Auto-Namer, Auto-CD Loader, Auto MP3 Converter Auto organize your tracks with auto-created folders and more makes converting your records and tapes faster, easier and your end result .
Save hours converting your records and tapes for $24.95

## Hook Your PC To Your Stereo



**Connect your PC to your stereo to get the great sound** of your stereo's big amps and audiophile speakers. Now that your music is on your PC, use your PC as your music server for the best sound. Now you won't get hum when you connect it to main your stereo. **Your Stereo's great sound powered by your PC as your music server. $29.90**

## Your PC Is A PRO Recording Studio.





**Turn your computer into a professional broadcast quality recording studio.** DAK's Wave Recorder & Editor's simple, intuitive interface makes it easy to use for recording live, copying records & cassettes and recording streaming audio from the Internet. **Your PC will be the center of your stereo for just $24.95**

## Tapes>CD/MP3



**Cassettes To CDs & MP3s Fast & Easy.** Do It yourself step-by-step easy tutorials. Hiss * noise gone. Tracks made. Keep the ones you want, delete the ones you don't. **$69.90 With Your Turntable or $219 With ours.** **Note:** Cassette and LP systems are the same. I'm just showing you all you can do.

## Video Your Screen

Record everything you see on your screen to share and study. Record all or part of your screen. Show people how to set up and run programs or send your movies out to get help. Send Game action out to get bragging rights. Record movies you see on websites. **Record Your Screen Live Video $14.95**

## Check Out The Rest Of DAK's Hot Products And More.

**By Drew Kaplan**

Welcome DAKonians, and new friends. I'm back. For over 30 years, DAK Industries was the one place you could go to learn both why an electronic product worked and how it worked.

Now I've started DAK 2000 to explore, and evaluate how the newest electronic technologies can boost our productivity and maximize our enjoyment of our leisure time.

By 1994, DAK 1 was 4,300,000 strong. If you remember the DAK catalog, you know that I tested every product myself and wrote the stories about the products, describing their benefits and the faults.

**Quick Peek?**
**Can't wait?**
• 2 monitors on **your** computer for $50?
• A flight Simulator in Excel?
• What's Ctrl-C do?
Check It Out At Tweaks & Geeks



**Visit DAK's ALL New Hot Products Page**

**New Newsletter On Line Coming Soon**

Over the years I've found that it's only by actually using a product with my own two hands, not by just reading a spec. sheet that I can judge if it's the right 'tool' for us to use.

Now I'm doing it again. I'm mailing DAK Catalogs. Between DAK catalogs, I've got some neat products to share with you by e-mail.

I've identified over 50 products that will revolutionize the way we live and work. So, enter your e-mail and/or snail mail addresses below and let's explore. Click here to enter your name.

## The DAK2000 Concept
### MAX-PERFORMANCE, NOT MASS-MARKET

Forget superstores. Forget mass-produced products that are 'dumbed down' so anyone can use them.

Through DAK Industries 2000 we will explore products that you can't get anywhere else.

These are the products you'd recommend to a friend or design for yourself if you had the time, engineering training, and corporate resources.

We work with engineers, not salespeople, who are literally changing the world with incredible innovations to increase our productivity, save us time and help us better enjoy our lives.

And, I do it factory direct to you. So, you save big bucks and not pay big bucks for big productivity gains. Remember, the most expensive product isn't always the best for the task. Often, you need a PT boat not a battleship.

Plus together we'll discover which of the new technologies make the most sense for us to use and which don't.

### START GETTING THE FREE eDAKonian BENEFITS TODAY!

DREW, HERE'S MY E-MAIL ADDRESS.

| Click To Enter Email |

I was ○ was not ○ a DAKonian before.

| YES DREW, COUNT ME IN! |

### HELP DAK 2!!! eMail A FRIEND

It's really important. We need to round up about 100,000 past DAKonians and friends.

When there were

### PRIVATE NOTES TO DREW

Hi fellow DAKonians. Over the years I made lots of friends running DAK 1.

If you want to send me a note,

### Visit DAK's ALL New Electronic Quizzes, So What Do You Know Page

### How About Those Clicks & Pops?

**Q:** Would you like to remove Clicks and Pops from the LPs you convert?

○ Yes, They drive me crazy.

○ Yes, it would make it better.

○ No, they don't bother me much.

○ No, my records are really clean.

| Vote! |

View Results

### DAK Is For You!

### DAKonian Secret Decoder Ring

**So what does that mean?** It's easy. When I use a technical word that some of us might not understand if we're not engineers, just click on the blue underlined link words and you'll get an instant pop-up definition box. Wow, the web is a great educational tool. Click Here to try it NOW.

### REMEMBER THE DAK 1 CATALOG?



Roll Over Me

### NEW DAK CATALOGS

OK, BETWEEN print catalogs how do we keep up?. **Easy, become an eDAKonian today and get my newsletter electronics updates.**

Really great products are pouring in right now that I'd love to share with you. So, just fill in your e-mail address below if you'd like to:

1) Hear about the newest and greatest.

2) Receive the new **Technology Updates** (not ads) that I'm writing with the engineers.

3) Get notified about the next DAK print catalog.

**DAK IS ANTI-SPAM. Your name will never be rented.** Opt-in or Opt-out. You're always one click from opting out if I don't deliver 110% of what I promise. Either I perform or you drop me. I'll never send you an eMail without a

4,300,000 of us, we just about dictated our terms for great deals from the factories.

The more of us there are, the more power we have to get the newest and the best. I've already found over 50 great new products. So, let's go.

Tell a few friends I'm back and we'll all get the best products and the best prices NOW!

**eMail a Friend**

make some suggestions or just say HI, enter a personal note below and I WILL read it.

If you'd like a personal answer from me please be sure to include your name and eMail address.

**Send to Drew**

one-click and you're out option. See my privacy pledge.

**START GETTING THE FREE eDAKonian BENEFITS TODAY!**

DREW, HERE'S MY E-MAIL ADDRESS.

Your Email Here

I was ○ was not ○ a DAKonian before.

YES DREW, COUNT ME IN!

**Check Out All New Hot Products**



**Visit DAK's ALL New Hot Products Page**

DAK Home | About DAK | Electronic Tutorials | Hot Products
What Happened to DAK 1 ? | What's Drew Been Doing? | Map | Tweaks & Geeks
All rights reserved. May not be reproduced in any form. Copyright 1999-2012 DAK INDUSTRIES, INC.

Privacy Pledge | Legal Information | Contact the Webmaster

Local Entry No. 35

http://www.make-stuff.com





## Make-Stuff

| Crafts&Project | Kids Stuff | Cooking | Formulas&Remedies | Gardening | Holidays | Sewing | Recycling |

For crafter's, hobbyists, entrepreneurs and
PEOPLE WHO JUST LIKE TO MAKE-STUFF
Do it yourself!
When your friends say, "You know you can buy one of those.." do you say, "Yeah, so?" If you love to make things, if you constantly have a project going in a back room, or cluttering up a kitchen counter, if you start making Christmas presents in June and you watch all those do-it-yourself shows on TV, come on in! We've got all kinds of recipes, formulas, craft projects and ideas that you can make yourself.

### Crafts & Projects

**Crafts & Projects** Great ideas for all kinds of crafts and projects for any season.

**Cooking** Recipes and cooking tips too!

**Kid Stuff** Easy art, crafts and cooking projects your kids can do.

**Gardening** For people who love to grow stuff!

**Formulas & Remedies** Homemade insect repellent, fertilizers, lotions, potions, bath salts.

**Recycle It!** Don't throw it away! Make something with it!

**Sewing** Knitting, crochet, quilting and sewing projects.

**Holidays** Valentine, Easter, Mother Day, Halloween, Thanksgiving and **Christmas**

**Platinum Crafts** have this logo by them
Join Now to become a Platinum member and view these crafts

### This Month's Feature Crafts
- How To Make a Christmas Tree Pop-Up Card
- How To Recycle Christmas Cards

### This weeks top 5
Recycle It: How to Make Lamps and Vases From Bottles
Recycle It: Things you can do with old garden hose
Recycle It: Things you can do with recycled tin foil
Recycle It: Things you can do with old CD's
Gardening: How to Make Lavender Wands

**Craft Central Station** All New Craft Central Station's

## PLATINUM CRAFTS
When you become a **PLATINUM** member, there are **NO ADs** anywhere on Make-Stuff and you get access to the **PLATINUM** crafts
JOIN NOW

### Members Login
Your Member e-mail address
Submit

**Platinum Craft Video**
How To Make a Christmas Tree Pop-Up Card



### RESOURCE CENTER
Articles
Books
Resources
Link Pages
### SPOTLIGHT
Launa D Romoff

Become a Platinum Member now ! ! !

Want to be published? Submit your craft to us.

We wish to apologize for posting crafts a little late
Due to an ilness in the family

Webmasters Info Center

© Make-Stuff 1998 - 2012 | About Us | Legal Notice

Local Entry No. 36

http://www.experts-exchange.com



Help    About Us    Member Login

ASK    ANSWER    TOPICS    ARTICLES    TUTORIALS    BLOGS    START FREE TRIAL

Experts Exchange

Search Experts Exchange 🔍



TECH HAS CHANGED.
So have we.

Meet the new Experts Exchange.
watch the video

## What is Experts Exchange?

Experts Exchange is a technology help website. Our experts are real people with real-world technology experience from around the globe: Microsoft MVPs, IT consultants and many more. They volunteer their time to provide tech support in our patented Q&A forums. If you've got a technology problem--big or small--we can help you solve it.

✓ Solve technology problems fast       ✓ Custom answers to questions
✓ 3+ million proven solutions          ✓ Trusted by the U.S. Government
✓ 24/7 technology assistance           ✓ 100% satisfaction guarantee

**Learn Why it Works**    OR    **Sign Up & Ask a Question**

💬 Stay Connected



+1  871

Follow  17.9K followers

Follow us on LinkedIn

Like      You like Experts
          Exchange · Admin

🔧 Topic Advisors

Having problems asking a question? Have a general question about Experts Exchange? Let us know!

Contact Us

Experts Exchange - Your Technology Questions Answered



✉
⭐ View Topic Advisors
🧩 New to EE?

## Recent Activity

| Open Questions | Answered Questions | Articles |

| DATE | TITLE | AUTHOR |
|------|-------|--------|
| 03/11/12 | Exchange 2007 Routing SMTP to old Exchange 20... | Georgia_B |
| 03/11/12 | how do I share a file between Ubuntu and windows | cofactor |
| 03/11/12 | how to select with the mouse multi fields by the layout ... | bill201 |
| 03/11/12 | iphone record conversation | Starquest321 |
| 03/11/12 | DNS Errors microsoft enviroment Health scanner after s... | gwenossis |
| 03/11/12 | Public folder Free/Busy error | mboppe |
| 03/11/12 | Recurring Payment Through Paypal Express Chekout | Wikkiboy |
| 03/11/12 | Need antivirus program. Not AVG, Not Spyware Dr.... | Need-a-Clue |
| 03/11/12 | Terminal server 2003 not recognising installed licenses | duncaninnz |
| 03/11/12 | whatsapp on iphone (backup) | emblues |
| 03/11/12 | Can I recover data from a partition displaying GB Raw? | jodyfaison |
| 03/11/12 | Accidentally deleted several users | ajosephson |
| 03/11/12 | hyperterminal | techp |
| 03/11/12 | Analog trunk card trouble | jlnava94 |
| 03/11/12 | Routing in Windows Server 2008 R2 | PNRT |

« First   Previous   **1**  2  3  4  5  6  7  Next   Last »

View All Activity ➜

### 📰 In The Press

"Where IT professionals provide quick answers on just about any tech topic."
- PC WORLD

"...an invaluable aid for both IT professionals and those who require tech support. "
- PC MAGAZINE

"If you've got a question... Experts Exchange can supply an answer."
- WIRED

### 👥 Meet The Experts

Sirbounty



99% positive feedback on 8,778 answers since October 2003. sirbounty maintains more than 300 servers globally and a network/server administrator.

He is a Microsoft Certified Systems Engineer and has also earned CompTIA A+ and Net+ certifications.

● ● ● ● ●

## 📄 Featured Articles

### Reset A Forgotten Open Firmw...

Apple's line of laptop computers has made significant strides forward in the last few years. The biggest change being the switch to Intel processors in 2005. One thing about Apple hardware, especially that from a few years ago, is the tendency for it to last years. Despite the planned obsolescence designed into many Apple products and their ever-growing lack of support for items only a couple ...

● ● ● ● ●

## ✅ Top Solutions

Today | All Time

● SQL INJECTION - lilupophilupop. Atta...
● AVG isearch removal
● Cant Install Hotfix KB2656352 on ...
● Trojan horse Generic26.QP
● Windows 7 Update error 80096001
● MailTips could not be retrieved
● IBM v7000 vs EMC VNX family - C...
● Proper HP firmware updates for ESXi ...
● cleaning remnants from zero.access ...
● Exchange 2010 SP2 Unexpected e...

View All ➜

### 💬 Testimonials

Dayna Sellner From Lockheed Martin

"Our team likes having a resource that is more secure than just using Google and most experts using this service really seem to know their stuff. It's nice to look there first vs. using Google."

● ● ● ●

Experts Exchange - Your Technology Questions Answered



⭐ Most Active Topics

| | | |
|---|---|---|
| ASP.NET | Active Directory | C# |
| Delphi | Exchange | Java |
| JavaScript | MS Excel | MS SQL Server |
| Misc Networking | Oracle Database | Outlook |
| SBS Small Business Server | Visual Basic Classic | Visual Basic.NET |
| Windows 2003 Server | Windows Server 2008 | Windows XP |

View More Topics ➡

✖ Featured Topics

| | | |
|---|---|---|
| Eiffel | Evolution Groupware | F# |
| Fusebox | GoogleDocs | Jakarta Turbine |
| JonAS | KDevelop | Lotus Freelance |
| Movix Linux | Netscape Conference | Netscape Navigator |
| Reliant Unix | SSML | Suitcase |
| TUTOS | TurboTax | VoCon |

View More Topics ➡

WHAT IS EXPERTS EXCHANGE?

Overview
How it works
Features
View Topics
Plans & Pricing
Our Customers

OUR COMMUNITY

Point System
Expert Benefits
Business Accounts
Customer Support
Job Board

GET SUPPORT

Site Help
Support Center
Terms of Use
Privacy Policy
Site Map
URL Shortener

THE COMPANY

About Us
Contact Us
Blog
Tech News Blog
EE Store

MAIN TOPICS

Browse All Topics ➡

| | | | |
|---|---|---|---|
| Microsoft | Digital Living | Security | Developer |
| Apple | Virus & Spyware | Programming | Storage |
| Internet | Hardware | Web Development | OS |
| Gamers | Software | Networking | Database |

TRENDING TOPICS

| | | | |
|---|---|---|---|
| iOS | MS SQL Server | Exchange | WordPress |
| JavaScript | Android | C# | Oracle Database |
| MS Access | Visual Basic .NET | Outlook | Visual Basic Classic |
| Java | MS Excel | PHP | .NET Programming |

© 1996-2012 Experts Exchange, LLC. All rights reserved.

Local Entry No. 37

http://www.securityfocus.com

**Symantec Connect**
A technical community for Symantec customers, end-users, developers, and partners.
Join the conversation ▸

## Vulnerabilities

**Pligg CMS 'status' Parameter SQL Injection Vulnerability**
2012-12-29
http://www.securityfocus.com/bid/51273

**Schneider Electric Modicon Quantum Multiple Security Vulnerabilities**
2012-04-10
http://www.securityfocus.com/bid/51605

**WordPress TagGator 'tagid' Parameter SQL Injection Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/52908

**Symantec pcAnywhere Authentication Request Handling Denial of Service Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/52094

**Symantec pcAnywhere Host Services Remote Code Execution Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/51592

**Symantec pcAnywhere Client/Server Input Handling Denial of Service Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/51965

**Symantec pcAnywhere Insecure File Permissions Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/51593

**Symantec pcAnywhere Session Closure Access Violation Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/51862

**libpng 'png_set_text_2()' Function Memory Corruption Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/52830

**OpenStack Compute (Nova) Denial Of Service Vulnerability**
2012-04-09
http://www.securityfocus.com/bid/52831

» Search all vulnerabilities

## Mailing Lists
Please check off which lists you would like to subscribe to or unsubscribe from. If you are already subscribed to some SecurityFocus mailing lists, you don't need to check those off when subscribing to additional lists.

Email address:

Confirm address:

[Subscribe]  [Unsubscribe]

You will receive an email confirmation from each list selected

### Most Popular                                    ☐ Select All Popular

**Bugtraq**  FAQ
- CVE-2012-0769, the case of the perfect info leak
- Secunia Research: Helix Server SNMP Master Agent Service Two Denial of Service Vulnerabilities
- Complete Archive

**Focus on Microsoft**  FAQ
- Regarding MS12-020
- Re: Bitlocker without PIN
- Complete Archive

**Forensics**  FAQ
- [HITB-Announce] HITB Magazine Call for Articles
- Re: P2V - Live Forensics
- Complete Archive

**Focus on Apple**  FAQ
- Replicating the Gonzalez Cyber Attacks through Penetration Testing
- Announcing CrashWrangler
- Complete Archive

**Focus on Virus**  FAQ
- CarolinaCon-8/2012 – Final Announcement/Call for Papers/Presenters/Speakers
- CanSecWest 2012 Mar 7-9: 2nd call for papers, closes next week, Monday. Dec 5 2011
- Complete Archive

**Forensics Spanish**  FAQ
- Re: Re: Creacion de un kit de respuesta ante incidente: Preguntas de un novato
- Re: Creacion de un kit de respuesta ante incidente: Preguntas de un novato
- Complete Archive

**Honeypots**   FAQ

- [HITB-Announce] HITB2012AMS SIGINT - Call for Submissions
- 2012 Honeynet Project Security Workshop
- **Complete Archive**

**IDS**   FAQ

- Re: Ideal IDS/IPS
- Re: Ideal IDS/IPS
- **Complete Archive**

**Log Analysis**   FAQ

- RE: [logs] Open Source centralized log management/SIEM solutions
- RE: [logs] Open Source centralized log management/SIEM solutions
- **Complete Archive**

**Penetration Testing**   FAQ

- Shakacon CFP - Extended Deadline: April 13, 2012
- OWASP ZAP 1.4.0 released
- **Complete Archive**

**Secure Shell**   FAQ

- Zero byte PID file allows ssh v1 connection on Solaris 9
- Re: problem with X11Forwarding
- **Complete Archive**

**Security Basics**   FAQ

- SANS : Implementing and Auditing the Twenty Critical Security Controls - In-Depth Course ?
- IT Audit Training
- **Complete Archive**

**Web Application Security**   FAQ

- OWASP ZAP 1.4.0 released
- Re: Time based Blind SQL injection
- **Complete Archive**

**Wireless Security**   FAQ

- wwtool v0.1
- RE: Wireless Infrastructure
- **Complete Archive**

Privacy Statement
Copyright 2010, SecurityFocus

Local Entry No. 38

http://www.sourceforge.net



sourceforge    Browse    Blog    Support    Jobs    Newsletters    Resources         Register    Log In

# Find, Create, and Publish Open Source software for free

[ Search box ]    Search

TODAY:   } 4,609,765 DOWNLOADS    2 6,307 CODE COMMITS    W 3,875 FORUM POSTS    X 633 BUGS TRACKED    E MORE DETAILS



DNSSEC: Compliance is easier than you think.
Find out how  >>
F5. IT agility. Your way.®

- Audio & Video
- Business & Enterprise
- Communications
- Development
- Home & Education
- Games
- Graphics
- Science & Engineering
- Security & Utilities
- System Administration

## @sourceforge

The CorneliOS WebOS is a cross-browser "Web Desktop Environment", "Web Operating System" or "Web Office". v2.3t6 released.

TclRAL is an implementation of the Relational Algebra as an extension of the Tcl Language. v0.10.2 released.
http://t.co/rlO4RIl3

### Project of the Month



**Scribus**
Scribus is an open-source program that brings professional page layout to Linux/Unix, MacOS X, OS/2 and Windows. Scribus supports professional features, such as CMYK color, spot color, separations, ICC color and robust commercial grade PDF. Read more.


Download
scribus-1.4.0-w...exe

**Hibernate**
Hibernate - Relational Persistence for Idiomatic Java


Download
hibernate-relea...zip



**PNG reference library: libpng**
Reference library for supporting the Portable Network Graphics (PNG) format.


Download
lpng159.7z



**Linux-on-android**
Working to getting a range of Linux distros running on android


Download
readme.txt



**IPCop Firewall**
Linux firewall distribution geared towards home and SOHO users.


Download
Latest installation ...

**Code::Blocks IDE**
Cross-platform IDE for C/C++


Download
codeblocks-10.0...exe

SourceForge - Download, Develop and Publish Free Open Source Software





**avidemux**

video editor designed for simple cutting, filtering and encoding tasks



Download
avidemux_2.5.6_...exe



**Nagios**

Nagios is a powerful, enterprise-class host, service, application, and network monitoring program. Designed to be fast, flexible, and rock-solid ...



Download
nagios-3.2.1.tar.gz



**Hattrick Organizer**

Helper Tool for online-manager Hattrick (www.hattrick.org) Please visit https://sourceforge.net/apps/phpbb/ho1/ or our CHPP forum at Hattrick for ...



Download
HO_1431_r1400_W...exe

## From the Blog

### TikiWiki tops 500 committers!

Rich: I'm speaking with Marc Laporte from the Tiki Wiki CMS Groupware project. Tiki Wiki is an incredibly full-featured product for managing all aspects of pretty much any kind of website. But the really interesting thing that we want to talk about today is the fact that this project just added its 500th committer!

Read more...

### The Anvil Podcast: LibreCAD

Rich: I'm speaking with Ries van Twisk, who is involved in the LibreCAD project. LibreCAD is a 2-D computer assisted design program. [ LibreCad Project Page | Browse LibreCAD release files | LibreCAD website ] If the embedded audio player below doesn't work for you, you can download the audio in mp3 or ogg format.

Read more...



Status   Terms   Privacy   Advertise   About   HTML5 Center   SourceForge.JP

© 2012 Geeknet, Inc.

Local Entry No. 39

http://www.healthfreedomusa.org



HealthFreedomUSA.org   GlobalHealthFreedom.org

# NATURAL SOLUTIONS FOUNDATION

Home · About Us · Customer Service · Contact Us · **Newsletter**


**Health Freedom Threats: Codex, FDA, Vaccinations, GMOs**

ADD THIS

Search This Site...

Go!



**DONATE** | **TAKE ACTION** | **ORGANICS4U STORE** | **MEDIA** | **The ISSUES** | **RESOURCES**

## HELP US TO HELP YOU

We urgently need your financial support to help us continue our work!

> **DONATE NOW**

> **ORDER VALLEY OF THE MOON ORGANIC COFFEE**

> Shop at the **Organics4U Store** or **Health Freedom Marketplace**

**VISIT THE HEALTH FREEDOM BLOG**




### VALLEY OF THE MOON COFFEE – THE *FREE* COFFEE:

GMO Free, Pesticide Free, Herbicide Free, Toxin Free Coffee Keeping Health Freedom Free! **Donate NOW to *Wake Up to Health Freedom*™**. It's the World's First *Friendly Food Certified Coffee*.

"*Dear Dr. Rima, I am enjoying your coffee so much! I bought five bags of it and have used it in many forms, from hot to iced to cold and it tastes and smells good! Thank you!*" Dr. M


## TAKE ACTION ON THE ISSUES

**All Current Action Items! Educate Decision Makers!**

http://tinyurl.com/PushBackHere

**Health Freedom's New Social Network & Freedom*FLASH!***

**www.FreeWorldNetwork.org**

**Health Freedom Brochure**

Read and Sign the Health Freedom Declaration

**http://tinyurl.com/HealthFreedomDeclaration**

**Special Webinar:**
**Dr. Rima, Sharry Edwards MEd on Radiation Rescue!**
April 1, 2012: http://www.healthfreedomusa.org/?p=11790 -------
**NEW Video: Initial EoS**
**2012, THE 3RD ANNUAL WAR COUNCIL**
**http://tinyurl.com/2012WarCouncil**
**General Bert's Estimate of Situation Published!**
**Dr. Rima Raps! Making Genocide Audible**



---

**Social Networking With Natural Solutions!**
Forums: http://www.healthfreedomusa.org/?p=6479#forum
Action items: http://www.healthfreedomusa.org/?p=8653
Twitter: www.Twitter.com/HealthFreedomUS
Facebook: http://www.facebook.com/groups/49374475384/
**Dr. Rima Reports Sunday Mornings Radio and Chat:**
**www.HealthFreedomPortal.org**
Want Us to Appear at Your Event? Virtually or Live...
http://www.healthfreedomusa.org/?p=10002
**Global Information Network**

### IF YOU ONLY TAKE ONE ACTION
**KEEP THE INTERNET FREE!**
http://tinyurl.com/PushBackFree


Good news... SOPA & PIPA Stopped! | CENSORED | Bad News! ACTA Treaty Threat to Internet Worse!

Stop constitution-shredding treaties, bills & regs...

-----------------
New Action Item: Stop State Dietician Monopoly Bills!
**http://tinyurl.com/SaveOurNutritionists**
---------------
Our BioDynamic, Zero Emissions Mentor -



------------
**CLICK HERE TO RECEIVE YOUR FREE**
**ACTION eALERT NEWSLETTERS**
**Learn and Act: the Bills that Shred the Constitution!**
**http://tinyurl.com/PushBackFree**
Dr. Rima Urgent New Video
**http://tinyurl.com/NoGenocide**
Media Release: December 9, 2011 Houston Fund Meeting
**Foundation Celebrates Office Opening in The Woodlands**



http://www.healthfreedomusa.org/?p=10688

Health Freedom Action eAlert eBlast Archives:

http://salsa.democracyinaction.org/o/568/blastContent.jsp

**Advertise on the Health Freedom USA *Action eAlerts*!**

http://www.newsmax.com/Advertise/HealthFreedomUSA

The Food Freedom eJournal

www.FoodFreedomeJournal.org

LIVE CHAT WINDOW

[ Copy this | Start New | Full Size ]

New Dr. Rima Video: Lollipops of Life - Hope for the Children of Japan



**Children of Fukushima Lollipops of Life Program**
**www.LollipopsofLife.org - Please take this viral!**

**We are Ready to Stop the Globalist Agenda
Through Green Investment!**

Media Release: December 9, 2011 Houston Fund Meeting

Foundation Celebrates Office Opening in The Woodlands

www.FundforNaturalSolutions.org



**More information here:**
**www.FundforNaturalSolutions.org**
**- - - - - - - - - -**
**Gen. Bert's Emergency Message to Occupy Wall Street**

Link to Text: **http://www.healthfreedomusa.org/?p=10462**

**Video Update! A Weaponized World**



**http://tinyurl.com/naturalhealthsolutions**

*URGENT ACTION ITEMS*
**http://www.healthfreedomusa.org/?p=8653**
**New Action Items:**
**http://tinyurl.com/FDApowerabuse**
**[Stop FDA New Dietary Ingredient Reg!]**
**http://tinyurl.com/rawmilkfreedom**



**Dr. Paul on Raw Milk Action Item**

**Dr. Rima Reports: Internet Radio that Really Matters!
Every Sunday Morning 10 to 1 Eastern**
**www.HealthFreedomPortal.org**

**Vaccine Exemption Information Corps**
**http://health.groups.yahoo.com/group/vaccineexemption/**

**CURRENT ACTION ITEMS**

**It's easy to educate decision makers through our Action
Item System! Tell your Representatives: Stop FDA "NDI"**

Dr Rima at Green Fest - 9.11.11



Would You Like Dr. Rima, Gen. Bert or Counsel Ralph to
Appear at Your Event? Click Here.

**Natural Solutions to the Weaponized World**
Trustee's Report, July 2011
http://youtu.be/_HyMEtOGxDU



**The Fund for Natural Solutions**
**Clean, Green & Meaningful Investments**
**Doing Good while Doing Well!**
**www.FundforNaturalSolutions.org**



**URGENT INFORMATION**
**http://tinyURL.com/radprotect**
"Think of Radiation Toxicity as an extreme form of 'free
radical attack' and you will understand the nutritional
response!" – Dr Rima
**What do Nuke Power & GMOs Have in Common?**

(New Dietary Ingredient) Power Grab!
**http://tinyurl.com/SaveOurSupplements** Educate
Congress about Dennis Kucinich's HR.3553 GMO
Labeling Bill **http://tinyurl.com/No2GMO** Protect Children
from Forced Psychiatric Drugging!
**http://tinyurl.com/NoForcedDrugging** No to More Federal
Power to Abuse! SOPA - Military Detention - FDA Power
Grabs **http://tinyurl.com/PushBackFree**
**http://tinyurl.com/healthfreespeech** (Tell the 112th
Congress to Support Health and Food Freedom)
**http://tinyurl.com/noforcedvax** (Hold Big Pharma and FDA
Responsible for Vax Harms)
**http://tinyurl.com/FDApowerabuse** (Stop FDA Power
Abuse!) **http://tinyurl.com/RawMilkFreedom** (Support Ron
Paul's RAW MILK BILL) More Action items:
**http://tinyurl.com/PushBackHere**

**PLEASE SUPPORT OUR AFFILIATE PROGRAMS!**
**Our Business Sponsors Support Your**
**Health & Food Freedom & Justice!**
**http://tinyurl.com/naturalsolutionsaffiliates**

**CASH TEXT!**
**Here is a great way to support Health & Food**
**Freedom...**
**And get paid too!**
It only takes a couple of minutes to register your cell
phone number to receive up to 5 text ads per day. You
will get 5 cents per ad for each ad you receive, as well
as great offers on products and services, including
discount coupons from major national advertisers. And
the Foundation will receive 3 cents for each ad you
receive! Our goal is to have every single one of our
supporters participate. There are no charges to sign up
and no monthly fees. Just click on the link
**www.cashtexts.com/by/naturalsolutions** and get
registered today. You don't have to open the text
messages.

**What do you *know* about Laminine?**
**Find out here!**
Join here: **http://mylifepharm.com/natsol**



All-natural, fertilized-egg sourced Laminine helps to regenerate aging
cells while completely nourishing unhealthy cells, supporting their
restoration to their original state... with Fibroblast Growth Factor
(FGF) ... Found in the placenta, Lamine may be the only other source of
FGF.

http://www.healthfreedomusa.org/?p=8845
**Dr. Rima Recommends What to Do About Radiation - Nutritionally!**

*Dr. Rima Reports* **Every Sunday Morning!**
**[9 - noon, Central] Listen & Chat:**
www.HealthFreedomPortal.org
**Roundtable on the Future of Health & Food Freedom**
http://www.healthfreedomusa.org/?p=8311
**Doctors Laibow, Sorge and Martin & more ...**

## Natural Solutions Center
### Dr. Rima Institute - www.DrRima.net

**Dr. Rima's HCG Diet Blog:**
http://www.drrima.net/DRN-HCG-Reports.php
www.MyValleyoftheMoon.com **Seminars and Cultural Events**
**2010 GallaLuna Arts Festival! Archive**
http://www.healthfreedomusa.org/?p=7698

http://www.healthfreedomusa.org/?p=7361
**Center Main Page:** www.MyValleyoftheMoon.com
**Videos of the Grand Opening Day:**
http://www.healthfreedomusa.org/?p=6069

**Bilingual Tour of the Natural Solutions Center**

**The Natural Solutions Center Seminar and Webinar Offerings**
http://www.healthfreedomusa.org/?page_id=6388
**The Valley of the Moon™ Beyond Organic™ Restaurant and Cafe** http://www.healthfreedomusa.org/?p=6204
**<<--------------------------------------->>**

**TAKE THIS VIDEO VIRAL!**

**Beyond Organic Foods**



Jordan Rubin is the author of *The Maker's Diet*, and CEO of *Garden of Life*. Jordan is about to launch a new company called *"Beyond Organic"* creating the some of worlds healthiest grass-fed beef, really raw cheese, an African inspired GreenFed cultured dairy beverage, living spring water with unsurpassed purity, botanically infused spring waters providing antioxidants from fruits, veggies and herbs, probiotic and omega-3 rich certified organic dark chocolate, and most exciting, the first living performance beverage made from cultured whey and powerful essential oils. We invite you to take a look at this new network and consider if it is right for you. Vote for *Beyond Organic* with your dollars!

Learn More Here: www.naturalsolutions.mybeyondorganic.com

**Natural Clinical Trials**
**IRB Services &**
**EU Cosmetic Dossiers**
www.NaturalClinicalTrials.net

**Join Our Social Networking Buying Club**



http://www.greenpolkadotbox.com/naturalsolutions

**Radiation Nutrition...**



**NuShield Liquid Boron/Iodine**
**SilverSol NanoSilver**
**NuRev Resveretrol**

www.Nutronix.com/NaturalSolution

**Dr. Rima - Globalist Eugenicidal Agenda!**
http://www.youtube.com/naturalsolutions#p/f/1/_gWmVtn5JsA

*The Health Freedom Trail* -- A Theme Song for Health Freedom
sung by Dr. Rima! And the Dr. Rima Network:
www.DrRima.net

**Advertise on the Health Freedom USA *Action eAlerts*!**
http://www.newsmax.com/Advertise/HealthFreedomUSA



**Sea Vegetables and Iodine**
**Organic Whey Powder**

www.NaturalSolutions.MyEmeraldStore.com

**Control your own mind!**




**Nancy Orlen Weber, RN**

**Radiation and Aromatherapy**



If you need to reach us, we monitor this email address daily:
dr.laibow@gmail.com

**2. SIGN UP FOR ACTION E-ALERTS:**

**News You Need!**
**Actions To Take!**

**First Name** [_____] (required)
**Email** [_____] (required)
**State** [Please Select] (if US or Canada)
**Country** [_____]
**Cell Phone** [_____] (for text alerts) [Sign Up Now]



🛒 *ORGANICS4U* STORE & HEALTH FREEDOM MARKETPLACE

A portion of every sale from our store and affiliates is tax deductible, and all proceeds help fund our mission.

SHOP @ ORGANICS4U STORE NOW!









Detox Foot Pads    Nopalea    Nano Silver    Coffee    Codex Ebook    Codex DVD

**Have a product to sell?**
**We're looking for affiliates!**

📹 HEALTH FREEDOM MEDIA

**Dr. Rima Reports: Your Health, Your Way**

**TUNE IN Every Week! NEW TIME!**
**Show Airs Sundays 10 to Noon Eastern**

**NATURAL SOLUTIONS VIDEOS - Follow our videos at**
**www.YouTube.com/NaturalSolutions!**

The Valley of the Moon

**DIRECT CHAT, AUDIO LINK & ARCHIVES - HERE**
New *Dr. Rima Reports* Link!: **www.HealthFreedomPortal.org**

**Health Freedom Twitter Page: http://www.facebook.com/group.php?
gid=49374475384**

**Previous Archives: http://www.blogtalkradio.com/search/dr.-rima-
reports/**

**Some Previous Programs:**

**May 2d: Dr. Rima, Fred Van Liew, "The Water Doc" talking about the
bewildering array of water processing options out there, how to chose
and when to use which type.**
**The Dr. Rima Reports Theme Song:** *The Health Freedom Trail*
**http://www.healthfreedomusa.org/wp-
content/uploads/DrRimaReportsTheme.m4a**

**Remember, the Dr. Rima Reports brings you leading edge, fresh voices
with the information you need to be informed, active, and win the
health freedom fight.**

**Programs are archived at www.HealthFreedomRadio.com**

**Radio Show Web Page: http://www.healthfreedomusa.org/?p=4850**

**The Food Freedom eJournal: www.FoodFreedomeJournal.org**

**Please donate to help spread the word!**
**www.ThrowYourOwnMoneyBomb.org**

**Dr. Rima Reports - Codex Nutrition Committee Meeting, Quebec City,
2010**

**Marketplace Now OPEN!**

Natural Solutions Center

Dr. Rima on Codex Absurd Nutrient Limits

Gen. Bert: Intentionality and Self-Health

Gen. Bert and Dr. Rima on Cognitive Enhancement

Dr. Rima on the Globalist Eugenocidal Agenda

**Video Reports from the Trustees**

Two-part report of August 11, 2010:
1. http://www.youtube.com/watch?v=0vvdHcazFms



2 - http://www.youtube.com/watch?v=U3Kt7u-KzWc

Trustees' Report 2009: International Decade of Nutrition

## 🔍 Learn About The Issues

**Our Accomplishments for Health and Food Freedom**
http://www.healthfreedomusa.org/?page_id=195

**All Current Action Items! Easily Educate Decision Makers!**
http://tinyurl.com/PushBackHere Health Freedom's New Social Network
www.FreeWorldNetwork.org
**Health Freedom Action eAlert eBlast Archives**
http://salsa.democracyinaction.org/o/568/blastContent.jsp

Organizing Around the Issue - Local Organizing Webinar
Free Archive: http://www.healthfreedomusa.org/?p=6588

Do you Want an Organizing eBook? Email dr.laibow@gmail.com with "Organizing eBook" in the subject line.

**The Health Freedom Amendment: http://www.healthfreedomusa.org/?p=5359** The Food Freedom Amendment:
**http://www.healthfreedomusa.org/?p=6999**

**The Issues**

**Codex Alimentarius** (the so-called "World Food Code")
http://www.healthfreedomusa.org/?page_id=157
2010 Codex Commission Meeting: http://www.healthfreedomusa.org/?p=5821

**GMO Dangers! - Genetically Modified Organisms**

## 🟧 Recent Blog Posts:

> **Dr. Rima on Mother's Love - Ammunition for the Battle of All Mothers** (03/10/2012 12:18:43 PM)

> **Dr. Rima on a Woman's Right to Make her own Decisions about her own Body** (03/07/2012 11:40:18 PM)

> Auto Draft (03/06/2012 11:49:29 PM)

> The Long Beach Health Freedom Declaration (03/05/2012 02:15:03 AM)

> BioAcoustics Classes and Software for Health Freedom Supporters (02/10/2012 11:07:52 PM)

> 112th Congress: Pending Health Freedom Bills (02/08/2012 11:41:57 PM)

> Natural Solution's Friendly Food Co-Op (02/08/2012 01:19:30 PM)

> Health Freedom Action eAlert: 02.01.2012 (02/01/2012 08:45:28 PM)

> Estimate of Situation (EoS) - Health & Food Freedom & Justice 2012 War Council (01/31/2012 11:12:28 AM)

> Dr. Rima Reports: We Will NOT Be Censored! Saturday January 28, 2012 Action eAlert (01/28/2012 08:13:36 PM)

GMO Crops Fail, Cost More, Increase Toxin Use -
www.healthfreedomusa.org/index.php?p=5225
Backgrounder - http://www.healthfreedomusa.org/?page_id=169

**GMO Dangers Talking Points: http://www.healthfreedomusa.org/?p=6955**

**No Forced Vaccines! - The Vaccine Truth Portal**
http://www.healthfreedomusa.org/?p=3085

**Vaccine Dangers Talking Points: http://www.healthfreedomusa.org/?p=7004**

**Health Freedom and Autism Truth**
http://www.healthfreedomusa.org/?p=5016
Petrochemical Detox: http://www.healthfreedomusa.org/?p=5783

**FDA, HARMonization, Health Freedom and Food Freedom**
Stop the Fake Food Safety Bill, S.510: Talking Points -
http://www.healthfreedomusa.org/?p=5205

Mandating NO HARMonization - http://www.healthfreedomusa.org/?p=2394

**Food Freedom Talking Points including the Food Freedom Amendment**
http://www.healthfreedomusa.org/?p=6910

**Food Freedom eJournal - www.FoodFreedomeJournal.org**

From the Food Freedom eJournal - Raw Milk Raw Food Yogurt Making

**Forums and Social Networking:**
http://www.healthfreedomusa.org/?p=713

Facebook: http://www.facebook.com/group.php?gid=49374475384

Health Freedom Twitter Page: http://www.facebook.com/group.php?gid=49374475384

Health Freedom Discussion Page for Tea Party:
http://teapartypatriots.ning.com/forum/topics/health-freedom-is-our-first

Read More Blog Posts

**TAKE ACTION now to change Codex Alimentarius and protect Health Freedom!**

**^ BACK TO TOP**

| DONATE | TAKE ACTION | ORGANICS4U STORE | MEDIA | THE ISSUES | RESOURCES |
|---|---|---|---|---|---|
| Make Donation | Citizen's Petition | Organic Coffee | Podcasts / Radio Shows | Codex Alimentarius | Forums & Social Networking |
| Coffee Donation | Join Mailing List | Shop Our Organics4U Store | Videos | Forced Vaccination | Newsletter Archives |
| Green Portal | Upcoming Events | Shop Our | Webinars | VOTM Panama | Internet Links |
| Goodsearch | Email Congress | | | Food Freedom | Technical Support |

- Tell Your Friends
- Be An Organizer

- Marketplace
- Recommended Books
- Codex eBook
- Codex Nutricide DVD
- Why Buy Organic?
- Sell Your Products

- Twitter Feed
- Press Releases
- Speeches & Articles
- Art of Health Freedom

- eJournal
- International Decade of Nutrition

**www.healthfreedomusa.org**       **www.globalhealthfreedom.org**

Unless stated otherwise everything in this website is © 2012 by Natural Solutions Foundation.

The Natural Solutions Foundation is a non-profit organization founded to protect and promote health freedom in the USA.

Privacy Policy and Terms of Use :: Contact the Webmaster

Local Entry No. 40

http://www.healthline.com

ADVERTISEMENT

 Connect to Better Health

Find us on: 

Search

| Home | Health A to Z | Healthy Living | Check Your Symptoms | Drugs & Treatments |

Find A Doctor



# Curious What People Are Saying About Their Meds?

Read the candid conversations of millions talking about their experiences with the same medications you take.



1  2  3  **4**  PAUSE

## Check your symptoms

**Staying Healthy**

**Assess Your Knee Pain** Use our interactive tool to learn how to ease your knee pain. Try it out.

· Famous Faces of Type 2 Diabetes
· Foods for the Heart

### Top Health Topics

| | | | |
|---|---|---|---|
| ADHD | Crohn's Disease | Fibromyalgia | Menopause |
| Alzheimer's Disease | COPD | Heart Disease | Osteoarthritis |
| Asthma | Depression | High Blood Pressure | Rheumatoid Arthritis |
| Bipolar Disorder | Diabetes (Type 2) | High Cholesterol | More... |

## Get the latest in health.

Learn how to manage your health one day at a time.



Diet
**Osmond's Weight Loss**
Superstar entertainer Marie Osmond has lost 50 pounds and kept it off.
Read more »



Multiple Sclerosis
**Managing MS Progression and Relapses**
Learn to cope with the constantly changing state of Multiple Sclerosis.
Learn about MS progression and dealing with relapses»



Exercise
**Build Your Own Home Gym**
Use low-cost and household items you already own to get a full-body workout.
Read more »



**Healthy Recipes**
Browse, compare, and share your favorites from the world's largest recipe network.



Type 2 Diabetes
**Cookbook Reviews**
Keep your glucose levels in check with these delicious, diabetes-friendly dishes.
See what you could be eating »



Menopause
**Hot Flash Remedies**
Learn to reduce hot flashes and other menopausal symptoms through hormone replacement therapy, exercise, and herbs.
Read more »



Bipolar Disorder
**Can Treatment Noncompliance be Good?**
Explore both sides of the argument regarding following your doctor's orders to a T.
Read the expert blog »



**Visualize Better Health**
Explore the Human Body in 3-D
Try it now »

# Interactive Health Tools

Videos and other media that help you take control of your health.



Depression

### Video Series: Living With Depression

The true story of how one man regained control of his life.

Watch the video »



Osteoarthritis & Knee Pain

### Assess Your Knee Pain

Sports medicine expert Dr. Vijay Vad guides you through a video assessment tool to determine how you can best relieve knee pain.

Try the assessment »



Asthma

### Bodies in Motion: Understanding an Asthma Attack

An interactive, 3-D tool that shows you exactly what happens in the body during an asthma attack.

Try it out »

## Sponsored Learning Centers

Taking Control of Crohn's

Cancer & Bone Health

Advancing Multiple Sclerosis

Taking Control of Your Lupus Treatment

Coping with COPD



**Health Directories:**

Health and Wellness A to Z
Health Blogs A to Z
Diseases A to Z
Learning Centers A to Z
Drugs A to Z
Drugs by Disease
Supplements A to Z
Supplements by Disease
Symptoms A to Z
Symptoms by Disease
Slideshows A to Z
Videos A to Z
Videos by Disease

**More:**

Site Map
MyHealthline

**Company Info:**

About Us
Healthline.com Staff
News and Events
Advertise
**Careers**
Contact
Customer Care
Help
Terms of Use
Privacy Policy

 

Copyright © 2005 - 2012 Healthline Networks, Inc. All rights reserved.      Healthline is for informational purposes and should not be considered medical advice, diagnosis or treatment recommendations. more details

Local Entry No. 41

http://www.pccables.com

PCCABLES.COM - Computer Cables, Camera Cables, HDMI Cables, VGA Cable, DVI Cables, USB Cables, Network Cables, Firewire, Power Cord

Case 2:08-cr-00814-DGC    Document 824-4    Filed 06/04/12    Page 151 of 155



# PCCABLES.COM
### Online Since 1996

Categories | Shopping Cart | Secured Checkout | Tracking | Contact Us

USB↓ | FIREWIRE↓ | NETWORK↓ | MONITOR↓ | KEYBOARD↓ | MOUSE↓ | PRINTER↓ | POWER↓ | SERIAL↓

**SEARCH**

[Search]

Categories
Contact Us
Account/LogIn
Shopping Cart
Secured Checkout
Package Tracking
Return Info
FAQ
Technical Info
Link to US!

Cable Finder
Camera Cables
MP3 Cables
GPS Cables
Phone Cables

Holiday Shipping
Schedule

## Display Cables
| | |
|---|---|
| HDMI Cables | DVI-D Cables |
| VGA Cables | Composite Cables |
| Component Cables | SVideo Cables |

## PC Cables
| | |
|---|---|
| USB Cables | FireWire Cables |
| Network Cables | Fiber Optic |
| SATA Cables | Printer Cables |
| Motherboard Cables | Mouse Cables |
| Modem Cables | Serial Cables |
| Joystick Cables | Keyboard Cables |
| SCSI Cables | Power Cord |
| Audio Cable | MIDI Cables |

## System Cables
| | |
|---|---|
| Apple Cables | Sun System Cables |
| IBM Cables | Laptop Cables |

## Adapters
| | |
|---|---|
| Gender Changers | Adapters |

## Device Cables
| | |
|---|---|
| Camera Cables | MP3 Cables |
| GPS Cables | PCMCIA Cables |

## Hardware & Tech Tools
| | |
|---|---|
| Drive Brackets | Fans |
| Small Parts | Technicians Stuff |
| Tools | ON SALE |

VISA, MASTER CARD, DISCOVER, AMERICAN EXPRESS, PAYPAL.COM, GOOGLE
Purchase Orders Fax to 954-418-0835 Email sales@pccables.com
Copyright ©1996-2012 PCCables.com INC. All Rights Reserved.
Acceptable Use Policy.Privacy Statement.
**PCCABLES.COM INC.** is Upfront



Local Entry No. 42

http://www.waynewichernmillinery.com

*Wayne Wichern Millinery*

Home   Millinery Portfolios   Classes/Workshops   Shows & Events   Designer Profile   Mailing list   Contact



*Celebrating 26 Years*

"For those who are used to buying commercially made hats off the rack, Wayne Wichern's tasteful but sometimes startling designs may be a revelation, all of his hats bear the mark of a professional craftsman determined to make each creation a unique personal statement"

A. J. Mell,  Seattle Weekly

San Francisco Chronicle - July 18, 2011 - Milliner Wayne Wichern



Fall & Winter Shows & Events

Subscribe to Newsletter Mailing List





Millinery, fine millinery, hats, hat designer, designer hats, milliner, hat maker, head wear, millinery classes, headwear, wholesale hats, summer hats, fall hats, winter hats, bar mitzvah hats, hat classes, fashion, wedding hats, costume hats, theatrical millinery, bridal beadwear, bridal millinery, millinery supplies, straw, felt hoods, hatblocks, hat blocks, picture hat, chapeau, cappelli, cloche, hat designs, hat photos, hat pictures, hat maker, hat, hats, millinery, church, vintage, bridal, Kentucky Derby, Ascot, straw, felt, panama, wholesale hats, wholesale millinery, retail hats, retail hats, derby, fedora, chapeau, horserace hats, derby hats, millinery instruction