<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Data extracted from hard drive images corresponding to seized hard drives connected to Daniel Rigmaiden's home computer;

BY:  Daniel David Rigmaiden

---

I, Daniel David Rigmaiden, declare[1] the following:

1.       Via the October 26, 2011 discovery set provided to the defense by the government, I received three hard drives containing data copied from various physical hard drives seized from me by the government.  The government also provided instructions on how to access the seized data.  One of the hard drives (Hard Drive #3) contained hard drive images of hard drives connected to my personal home computer located at 431 El Camino Real, Apartment No. 1122, Santa Clara, CA 95050 at the time of the execution of the Northern District of California 08-70460-HRL/PVT search warrant.

2.       Following the government's instructions, I used my defense laptop computer and software called AccessData FTK Imager to mount (in read only mode) two of the government's images contained on Hard Drive #3: (1) 1000220515_S1_RmA_C1_Exthdd1 – forensic image files of the Toshiba MK1032GAX 100GB hard drive (S/N 36901970S) contained in an Xcraft USB external enclosure; and (2) 1000220515_S1_RmA_C1_Exthdd2 – forensic image files of the Seagate ST3500641NS 500GB hard drive (S/N 3PM07D08) contained in a CoolGear.com model TBM120 external enclosure.  Once mounted, drive letters appeared within my operating system and I could read the data within the images.

3.       Once the Toshiba MK1032GAX 100GB hard drive image was mounted, I used software called DriveCrypt and a password provided to me by the government through previous discovery to decrypt the DriveCrypt container file (corresponding to an encrypted

---

1.       This declaration is being submitted under the protections of *Simmons*.  *See* <u>Simmons v. United States</u>, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection.").  I object to the government attempting to introduce this declaration as evidence at trial.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: Data extracted from hard drive images corresponding to seized hard drives connected to Daniel Rigmaiden's home computer;

BY: Daniel David Rigmaiden

---

virtual drive) named "filesalot.dcv".  Once the container file was decrypted, a new drive letter appeared within my operating system and I could read the data within the encrypted virtual drive.

4.      Using my defense laptop computer, I created PDF prints (all attached) of the following archived web pages contained within the "filesalot.dcv" container file originally contained on the Toshiba MK1032GAX 100GB hard drive seized from my home:

(1)   ...\All_Files\Information files\politics_and_government\**Alex Jones' Prison Planet_com » Print » Top Rocket Scientist No Evidence CO2 Causes Global Warming**.mht (Internet Explorer Web Archive file) (<u>ATTACHMENT 01</u>);

(2)   ...\All_Files\Information files\politics_and_government\**how_the_GOP_convention_works**.mht (Internet Explorer Web Archive file) (<u>ATTACHMENT 02</u>);

(3)   ...\All_Files\Information files\politics_and_government\Ron_Paul\**Free Market Medicine — Ron Paul 2008**.mht (Internet Explorer Web Archive file) (<u>ATTACHMENT 03</u>);

(4)   ...\All_Files\Information files\politics_and_government\Ron_Paul\**Ron Paul 2008 › Issues › Health Care**.mht (Internet Explorer Web Archive file) (<u>ATTACHMENT 04</u>);

5.      Prior to my arrest, the above listed Internet Explorer Web Archive files (*.mht files) were created by me from web pages I visited over the Internet using my IBM (Lenovo) ThinkPad (S/N #LV-C4398) laptop computer (hereafter "home computer") and "UTStarcom PC5740 Broadband Connection Card For Verizon Wireless" with mobile number 415-264-9596 and ESN 005-00717190 (hereafter "aircard").

6.      Using my defense laptop computer, I created PDF screen shots (all attached) of select video frames of the following 2008 Ron Paul Presidential Campaign YouTube videos contained within the hard drive image corresponding to the Seagate ST3500641NS 500GB

DECLARATION UNDER PENALTY OF PERJURY

RE:  Data extracted from hard drive images corresponding to seized hard drives connected to Daniel Rigmaiden's home computer;

BY:  Daniel David Rigmaiden

---

hard drive seized from my home:

(1)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_Glenn_Beck**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 05);

(2)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_cnn**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 06);

(3)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Jerry Day explains Ron Paul media blackout**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 07);

(4)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_campaign_commercial**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 08);

(5)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_music_video**.flv [Artist: Aimee Allen; Song: Ron Paul Revolution]; (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 09);

(6)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_gets_most_funding_from_military**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 10);

(7)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_is_cool**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 11);

(8)    ...\Entertainment_Files\Documentaries\Ron Paul\video\**Ron_Paul_youtube_message_about_race_1**.flv (Flash Video file) (screenshots of select video frames attached as ATTACHMENT 12);

7.      Prior to my arrest, the above listed Ron Paul Flash Video files (*.flv files) were saved from http://www.youtube.com using software that allows for downloading and saving YouTube videos—as apposed to simply viewing them on the web.  In order to download and save the YouTube videos, I accessed the YouTube web server over the Internet using my home computer and aircard.  A file manager screenshot of my complete collection of downloaded

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  Data extracted from hard drive images corresponding to seized hard drives connected to
Daniel Rigmaiden's home computer;
BY:  Daniel David Rigmaiden

---

Ron Paul 2008 Presidential Campaign YouTube videos is attached as <u>ATTACHMENT 13</u>.

8.      Using my defense laptop computer, I created PDF prints (all attached) of the

following files contained within the "filesalot.dcv" container file originally contained on the

Toshiba MK1032GAX 100GB hard drive seized from my home:

(1)      ...\All_Files\From_disk\candidate_plan\Andrew_Johnson\AGJ_orders\big_orders_12-
08-2006\part-4_2-16-2007\**agj_lenovo_thinkpad_order**.txt (text file) (select and
redacted pages (1-4 of 15) attached as <u>ATTACHMENT 14</u>); Note: this file is a record
of my purchase of my home computer from Lenovo;

* * * * *

9.      I declare, certify, verify, and state under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct to the best of my knowledge,

except as to those matters which are therein stated on information and belief, and, as to those

matters, I believe it to be true.  *See* 28 U.S.C. § 1746 ("Wherever... any matter is required or

permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing

of the person making the same [], such matter may, with like force and effect, be supported,

evidenced, established, or proved by the unsworn declaration..., in writing of such person

which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621

("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of

title 28, United States Code, willfully subscribes as true any material matter which he does not

believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by

law, be fined under this title or imprisoned not more than five years, or both....").

///

///

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE: Data extracted from hard drive images corresponding to seized hard drives connected to
Daniel Rigmaiden's home computer;

BY: Daniel David Rigmaiden

Executed on <u>May 20, 2012</u>, in Florence, Arizona, United States of America.

Daniel David Rigmaiden

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 01</u>

# Top Rocket Scientist: No Evidence CO2 Causes Global Warming

admin
Prison Planet
July 22, 2008

## Another major man-made climate change advocate recants

Paul Joseph Watson
[1] Prison Planet
Tuesday, July 22, 2008

The campaign to force people to accept that "the debate is over" and that man-made CO2 emissions are driving climate change is in deep trouble, with another top global warming advocate - rocket scientist and carbon accounting expert Dr. Richard Evans - completely reversing his position.

Evans was a consultant to the Australian Greenhouse Office from 1999 to 2005 and he wrote the carbon accounting model (FullCAM) that measures Australia's compliance with the Kyoto Protocol.

[2] In an article for The Australian newspaper, Evans highlights why he was so keen to jump on board the man-made explanation without there being any clear conclusion as to what was driving temperature increases in the period from the end of the 70's to 1998.

(ARTICLE CONTINUES BELOW)



Internet Explorer cannot display t

Most likely causes:

- You are not connected to the Inter
- The website is encountering probl
- There might be a typing error in th

What you can try:

Diagnose Connection Problems

More information

"The evidence was not conclusive, but why wait until we were certain when it appeared we needed to act quickly?" writes Evans. "Soon government and the scientific community were working together and lots of science research jobs were created. We scientists had political support, the ear of government, big budgets, and we felt fairly important and useful (well, I did anyway). It was great. We were working to save the planet."

"But since 1999 new evidence has seriously weakened the case that carbon emissions are the main cause of global warming, and by 2007 the evidence was pretty conclusive that carbon played only a minor role and was not the main cause of the recent global warming," he concludes.

Evans points out that the "greenhouse signature" that would indicate CO2 emissions are driving temperature increases - "a hot spot about 10km up in the atmosphere over the tropics" - which would be evident if climate change is man-made, is simply non-existent.

"If there is no hot spot then an increased greenhouse effect is not the cause of global warming. So we know for sure that *carbon emissions are not a significant cause of the global warming*," he writes.

Evans highlights data collected from satellites positioned around the globe that indicates *temperatures have dropped about 0.6C* in the past year - back to 1980 levels. Such figures are complimented by anecdotal evidence of a cooling pattern - China recently experienced its [3] coldest winter in 100 years while [4] northeast America was hit by record snow levels and Britain suffered its [5] coldest April in decades as late-blooming daffodils were pounded with hail and snow on an almost daily basis.

Evans also cites historical climate change and the fact that CO2 does not cause, but in fact lags behind temperature increase by as much as 800 years.

"The new ice cores show that in the past six global warmings over the past half a million years, the temperature rises occurred on average 800 years before the accompanying rise in atmospheric carbon. Which says something important about which was cause and which was effect," he writes.

"The last point was known and past dispute by 2003, yet Al Gore made his movie in 2005 and presented the ice cores as the sole reason for believing that carbon emissions cause global warming. In any other political context our cynical and experienced press corps would surely have called this dishonest and widely questioned the politician's assertion," writes Evans.

Evans warns that the insistence on behalf of the man-made advocate establishment that "the debate is over," despite the fact that a CO2 link to climate change "was merely asserted, not proved," and the glee with which governments have adopted measures to fight global warming under this false assumption, will cause economies to be wrecked and as temperatures cool further, authorities will have to face charges of "criminal negligence" for deliberately lying to the public about climate change.

Evans' public reversal of his position [6] arrives on the back of two peer reviewed scientific papers, one of which documents how C02 emissions in fact *cool the planet's temperature* and another that shows how the IPCC overstated CO2's effect on temperature by as much as 2000 per cent.

[7] As we reported last week, the world is cooling, sea levels are falling, ice is spreading, there are fewer extreme weather events, and it was hotter 1000 years ago, yet the myth of global warming is providing governments the excuse to micromanage every aspect of our lives, with Al Gore now openly calling for a carbon tax on the energy we use.

[8] Andrew Bolt of the Australian Sun-Herald has put together a series of graphs based on numbers from a plethora of scientific bodies to prove that the most alarmist claims about climate change are not only unproven, but in fact the complete opposite of what man-made global warming advocates proclaim is now being observed.

[2] RELATED: No smoking hot spot

---

Copyright © 2008 PrisonPlanet.com. All rights reserved.

DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 02</u>



# THE RON PAUL CAMPAIGN

### THE RON PAUL CAMPAIGN IS MORE THAN CHANGE... IT'S ABOUT FREEDOM, LIBERTIES AND QUITE FRANKLY, IT'S ABOUT DAMN TIME!

TUESDAY, FEBRUARY 5, 2008

## The Super Tuesday Winner

**PLEASE DIGG THIS STORY TO SPREAD THE WORD TO OTHER SUPPORTERS!!! ========>>>>>**



So what is the strategy for Super Tuesday?  Who will win BIG on today's Super Tuesday of voting? Will it be Senator McCain? (The crowd begins to cheer!)  Will it be Governor Romney? (The crowd continues to cheer!) How about Governor Huckabee? (The crowd cheers again!) Or how about that US Constitutional guy... err... what's his name... Congressman... oh yah, Ron Paul? (The crowd starts to laugh!) -- Yes, sounds familiar, right? And so the media continues to report "*who won what*" and so on and so forth, with of course, no mentioning of that silly Congressman anywhere.

And as the Ron Paul supporters continue to fight back their tears while questioning, "*How can this be? I don't get it! I thought we'd make a dent by now?!!*", the Ron Paul Headquarters begins to board the **"The Ron Paul Express Train"**, with nothing but confident smiles, because after all, you need a freight train to carry the message of freedom, and more importantly... **ALL THE DELEGATES THAT COME WITH IT**!!!

"*I don't understand -- what do you mean?  He lost the delegates in the states because FOX NEWS reported it that way!*" Yes, I know... and they also reported that Al Gore won as President -- or have you forgotten?  Isn't it funny how **IGNORANT** Fox News really is?  Well, I say ignorant and maybe that isn't really fair -- so let's just say that they choose to show their viewers what **they want** the people to see.  You see, the results we are seeing on TV is not really what is actually occurring, but the media likes to "**dumb it down**" for America because it would take too much time to explain how the Delegates really choose their candidate, and so they try and keep it simple.  And many people like simple -- because simple is good.  Heck, I like simple too.  However, sometimes keeping things **too simple**, as is the case with an election, can be very misleading. Yes I know, it sounds complicated and I was once there myself -- so allow me to further explain.

Have you heard of the expression that all of this is really a "*Beauty Contest*?"  Well, this is true, because nothing is set in stone yet. The reason why the media is

ABOUT ME



CELLEEK

Just a guy who's sick of all the crap.

VIEW MY COMPLETE PROFILE

FEEDS/SOCIAL


BY FEEDBURNER


ADD THIS BLOG TO MY
Technorati FAVORITES

BLOG ARCHIVE

▼ 2008 (7)

  ▼ February (5)

   Ron Paul Supporters -- We're Still Here!

   The Super Tuesday Winner

   Ron Paul Supporters - Act Like A Winner!

   The Ron Paul Strategy - Why It's Working

   Canvassing People For A Big Ron Paul Super Tuesday...

  ► January (2)

ADSENSE

keeping it simple is because **MANY** of the states are a **winner-take-all** state, meaning if a candidate wins the **popular vote** of the state, they get to keep all the delegates that come with that state -- however, what the media isn't telling you (because statistically speaking, it's highly unlikely) is that **ANY DELEGATE** can change their mind and vote for whomever they want when it comes time at the convention -- which is when the voting **REALLY MATTERS**.

"*I see.  But I still don't understand the whole primary/caucus thing, choosing delegates and how or why it's important?*" Let me break that down for you in a nutshell.

First, let me describe what a Delegate is. Delegates are the people who you trust to do the voting at the GOP convention on your party's behalf, so to speak. So basically, you vote on a delegate who supports the candidate you want to win. Anyone can be a delegate as long they fulfill the requirements set out by the state. If you want to be a delegate (which is important to the Ron paul campaign), you can just announce it at the caucus meeting. But you have to bring enough people to vote for you to be a delegate. The more delegates you have in a district, the better, because then there are caucuses for state delegates -- whereby all the district delegates vote on who will be a state delegates. States are assigned a certain number of "**state delegates**" to represent the state, which is what the whole "Beauty Contest" is about -- it sort of help determines which candidate will receive those delegates. Since many states are a "winner takes all" -- this means that all the delegates will go to the popular vote winner, whereas some states award delegates by percentages.

A caucus is basically a convention held in **districts** whereby party members gather to hear speeches made about the candidates. The people that attend the caucus (which can be **ANYONE**) then vote for delegates to represent the candidates at the party's convention. Each district has a certain number of delegates, which depends on who gets voted by the people.  State rules and regulations do vary, as some only allow voters to participate in their party's primary (such as you must be registered as a republican to vote in the republican primaries), while other states have no party restrictions and allow voters to participate in any single primary they choose. Now this is important to understand -- because the more delegates your candidate has, the better. And in **MOST** (if not all) situations, the turnout of these caucuses are spread so thin because very few people show up to be a delegate, that someone can utterly "**steal**" the victory away from the popular vote winner (if awarded by percentage) because they had more delegates in a certain district representing them.  An example would be Obama in Nevada, who lost by popular vote, but actually received more delegates because the districts by which he won had more delegates than Clinton did.  But we'll come back to this a little later.

Now a primary is what most of us are used to.  Voters go to the polls, select their candidate and help determine the percentage of the state's delegates. The person

who wins the state (if by the winner-take-all policy) supposedly wins all the delegates too -- but here's the rub... do they really win all the delegates?  In a typical situation, this is likely the case. The percentages of a state's delegates are broken down to show how many delegates are from each of the candidates running.  For example, in Maine, Romney won the popular vote by a landslide right? Therefore, he is rewarded all the delegates of that state. McCain came in second with Ron Paul coming in a very close third place. However, Ron Paul had **A LOT MORE DELEGATES** that supported him than McCain did, so realistically speaking, Ron Paul came in second in the delegate count.  *How is this important?*  It isn't **YET**, but patience Grasshopper, and you will begin to see the light.

Ok, so I said I would come back to how someone can "**steal**" a victory. From what I know, this is how it works -- in a brokered convention, **ANY STATE DELEGATE IS NOT BOUND TO VOTE FOR ANY PARTICULAR CANDIDATE**. Did you get that? While they were selected to best represent their own candidate, what would happen if their candidate dropped out?  Their candidate would likely endorse another candidate, right? And it makes sense that the state delegates would support whomever their candidate endorsed, right? But here's where it gets sticky... would they really support whomever their candidate endorsed? A perfect example of that would have been Giuliani who endorsed McCain after he dropped out -- which should have added to the popular vote count for McCain to easily win the state of Maine since he had Giuliani supporters too, right?  But McCain lost to Romney.  As I said in a previous article, this is not a typical election and there is clearly no real front runner -- at least not what the media is making it out like.

It is my opinion that people are awake now and are not voting in the typical mannerisms of the past elections.  People are very angry right now, confused right now and are still unsure of who they would support -- but more important than that, they now understand that it's ok to change their minds and actually vote who's right **for office** rather than vote for who's right for **the party**.  If there was a clear front runner, then someone would have an enormous lead by now, yes? But this is not the case.  And according to the GOP rules, a candidate must enter the convention in September with **51% of the delegates from all the states** or else the election will go to a **brokered convention**... and that is where the pay off will be, because delegates will now have to make things right by voting. **BUT**, the question is, "*Who will they vote for?*"

Is your eyebrow raising? Are you getting it yet?!! You're starting to smirk, aren't you? Yessssss, suddenly, all those supposed state delegates that the candidate "**thought**" he had in the bag from the states (according the media and beauty contests) now suddenly **don't look too promising**, because they (the delegates) now have the power, and more importantly, **the right to change their mind**.  Now here's the beauty of it all -- there is **NOTHING** anyone can do about it.

"*Yes, I get it now, but c'mon, what are the odds these delegates will vote for Ron Paul?*" Well, there is no guarantee -- but let's look at it this logically... this will likely create **negative publicity** for the so called "**front runner**", as this candidate will now be seen **BY MANY PEOPLE** as being weak, not to mention careless, because **HE DIDN'T SEE IT COMING**. And nobody wants a weak, let alone careless President. A brokered convention hasn't occurred since God knows how long ago - which is why many people still disagree and say it won't happen.  However, I believe the odds are in favor this year for one to happen, as do many others, and here's the funny part... if it does, can you imagine the media coverage on that one?  The media, all which completely blacked out Ron Paul, is actually **responsible** for making it all happen because he slipped in "**under the radar**."

This is why the likelihood of a 3rd party run by Ron Paul is not realistic nor in the playing cards. Statistically speaking, he has a better chance of getting those unsure delegates to vote for him than he would at getting a majority to win during a third party run for Presidency.  Third party runs are very expensive and get zero media coverage and aren't likely to be invited for debates -- but winning the Republican nomination gets him the best seat in the house, to relay his thoughts on the issues at hand and to eventually prove to America that he is the best choice for President.

So who's the **big winner** of Super Tuesday?  I think it's more like who's the big **WEINER** of Tuesday.  All Abooooooard!!!

POSTED BY CELLEEK AT **11:30 PM**

LABELS: CAUCUS, DELEGATES, RON PAUL SUPER TUESDAY

## 23 COMMENTS:

countryboypride77 said...

Thanks excellent article and it makes me a whole lot LESS confused about this delegate thing but I do have just one question...Will the Delegates when at the brokered convention know that they are free to choose whoever they desire?

FEBRUARY 6, 2008 1:39 AM

Anonymous said...

Wonderful article, thank you.

It is raining here in Mississippi, with Sirens going off for Tornado warnings....I feel this is prophetic of how big of a day this is throughout AMERICA...that the WINDS OF CHANGE truly are happening in the earth.

FEBRUARY 6, 2008 2:08 AM

ADSENSE

karstar said...

Yes, good article...so what are we doing to "influence" these delegates? How can we get involved in that process as "Paulunteers"?

FEBRUARY 6, 2008 2:10 AM

txporchpisser said...

That article made me feel good

FEBRUARY 6, 2008 2:14 AM

Jack said...

That is the big advantage that we have: Our delegates are the most intelligent, informed and motivated of all the delegates in the field. We have run this entire race based on education of the masses, and that won't change at the conventions.

FEBRUARY 6, 2008 2:34 AM

TuNeCedeMalis.com said...

Great article. It made me want to click on the John McCain link at the bottom of the page to see what he thinks.8^)

FEBRUARY 6, 2008 2:58 AM

Anonymous said...

You spent all of that time explaining how we're gonna' get beat?

FEBRUARY 6, 2008 5:54 AM

chas777h said...

In Mississippi GOP delegates are "bound" to cast their vote for the majority vote... How can we hange our vote???

FEBRUARY 6, 2008 6:12 AM

Anonymous said...

Let me get this straight; if let say, half the delegates at the convention are non binding, they get to deliberate on which one the remaining candidates would be the most able to defeat Clinton and then try to get a unanimous decision in favor of one candidate.
Good Luck!

I still think Dr Paul would do much better in a third party. MSM is ignoring him right now so what's the difference? We still have the internet.
As a third party, we'd most likely get votes from all the different parties out there.
Die hard Obama supporters will NOT vote for Clinton NOR vote republican BUT would vote for Ron Paul as a third party protest vote.

FEBRUARY 6, 2008 7:14 AM

Thomas Tew said...

Here is a great article on how to become a Republican delegate and help Ron Paul.

http://www3.webng.com/ronpaul/becomedelegate.html

FEBRUARY 6, 2008 7:37 AM

Anonymous said...

Hi!!!!! *waves at everyone* I'm on the ballot for PA Delegate!!!!! Along with a ton of others!!!!!! RON PAUL 2008!!!!! We're NOT STOPPING here in PA. We have no intentions of letting up the spreading of the good word, and we are WINNING THIS THING!!!

FEBRUARY 6, 2008 8:05 AM

jolepo1980yahoo said...

DONT GIVE UP YA'LL KEEP THE ENTHUSIASM GET THOSE TRIFOLDS OUT SPEND AS MUCH TIME WITH FAMILY AND FREINDS PUMP IT UP WE WILL NOT LOOSE!!!! ALL WE HAVE TO DO IS PEDAL FASTER AND MORE ENTHUSIASTICALLY REHEARSE YOUR SPILLS I'M NOT GIVING UP AND I LIVE IN UTAH !!!!!
FREEDOM

FEBRUARY 6, 2008 8:36 AM

jolepo1980yahoo said...

i say again !!!!!freedom!!!!!!!
we have to fight for it folks get out the bigguns
if anyone in utah is looking at this get those LDS BOOKS OUT I WILL LOL HINT:SUNDAY
I'M GOING AFTER THIS FOR MY CHILDREN,WIFE,AND GRANDCHILDREN COURAGE EVERYONE NOW MORE THAN EVER !! ORGANIZE !!

FEBRUARY 6, 2008 8:44 AM

Anonymous said...

This is great fun to read... you could change a couple of words and show how the Dolphins won the super bowl. (sarcasm, in case you missed it)

We need to keep Ron Paul in this race. We need a campaign staff capable of getting "the message" out there and in an intelligible fashion. We need to create our OWN MSM to report the actual facts and issues. We need an umbrella organization (like AARP, NRA, etc.) to allow more flexibility and education of the American People. We need to elect congressional candidates to join Ron Paul in the Liberty Caucus. We need an organized grassroots with a single purpose... To follow the constitution and win back our government... no sarcasm intended.

This will be a challenging and difficult task... and worth it when we have achieved the goal.

FEBRUARY 6, 2008 8:50 AM

Anonymous said...

Keep Ron Paul Express running....

Something makes me feel that Delegates are going to be smarter than overall public - and will gravitate towards Ron Paul (like Ron Paul doing better in Caucuses than Primaries)!!

FEBRUARY 6, 2008 9:15 AM

Anonymous said...

Weiner is pronounced "winer," while Wiener is pronounced "weener."

FEBRUARY 6, 2008 10:08 AM

joelfarm said...

Thank you for the explanation, we really need something to hope for right now. Dr. Paul has not let us down, so NOW is the time for us to tighten up and push harder to get his message out. If we carry on to the convention, I look forward to Ron Paul giving his speech and the delegates suddenly waking up to the only true patriot in the race.

FEBRUARY 6, 2008 7:31 PM

Anonymous said...

RON PAUL IS A VIRUS!!! http://www.youtube.com/watch?v=nDSkjWmTy5M

Spread this awesome tune around, maybe it'll get more people hooked to Ron Paul!

FEBRUARY 6, 2008 8:14 PM

Anonymous said...

Nice try. Wish it had any chance of succeeding. But the delegates come from the state parties. I have been a member of the GOP in a certain state now for 8 months (ick! shudder shudder) just so that I can vote for a delegate who will vote for Ron Paul.

These people in the party are closed minded, bigoted, evil disgusting people who all hate Ron Paul more than anyone you have ever met. If you think THEY are going to be the ones voting for him, you have not met them. The last person told me they don't want anyone in the GOP who is not a WASP. All others can leave right now. Jews especially can be shown the door. (Being a Jew, I didn't appreciate that comment and refrained from spitting on her because I was helping Ron Paul.)

I would sure like to get the hell out of the party NOW, switch back to libertarian, along with a few hundred thousand of us, and have all of us go support Ron Paul in an Ind. bid.

FEBRUARY 6, 2008 11:03 PM

Anonymous said...

Someone please tell me how Ron Paul will defeat Hillary with vote fraud being in her favor.

FEBRUARY 7, 2008 1:58 AM

Anonymous said...

*Someone please tell me how Ron Paul will defeat Hillary with vote fraud being in her favor.*

Hillary? Did you know she's out of money? Today she had dump $5,000,000 of her own cash into her campaign because she's out of money. At this point, Hillary is not the problem... it's Obama, and he has always been the problem because young voters like him, as do independents. The man can also raise money better than Ron Paul.

FEBRUARY 7, 2008 4:18 AM

Anonymous said...

Yes, but isn't it true that RP must win at least 5 states in order to be nominated?

FEBRUARY 7, 2008 7:58 AM

Anonymous said...

Yes, but isn't it true that RP must win at least 5 states in order to be nominated?

FEBRUARY 7, 2008 7:59 AM

Post a Comment

 Internet Explorer cannot display the webpage

Newer Post                              Home                              Older Post

Subscribe to: Post Comments (Atom)

 Internet Explorer cannot display the webpage

<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 03</u>

Campaign for President of the United States

# Ron Paul 2008 — Hope for America

## Dr. Paul's Writings › Free Market Medicine

**Summary:**

Last week the congressional Joint Economic committee on which I serve held a hearing featuring two courageous medical doctors. I had the pleasure of meeting with one of the witnesses, Dr. Robert Berry, who opened a low-cost health clinic in rural Tennessee. His clinic does not accept insurance, Medicare, or Medicaid, which allows Dr. Berry to treat patients without interference from third-party government bureaucrats or HMO administrators. In other words, Dr. Berry practices medicine as most doctors did 40 years ago, when patients paid cash for ordinary services and had inexpensive catastrophic insurance for serious injuries or illnesses. As a result, Dr. Berry and his patients decide for themselves what treatment is appropriate.

by Ron Paul, Dr.   May 3, 2004

Last week the congressional Joint Economic committee on which I serve held a hearing featuring two courageous medical doctors. I had the pleasure of meeting with one of the witnesses, Dr. Robert Berry, who opened a low-cost health clinic in rural Tennessee. His clinic does not accept insurance, Medicare, or Medicaid, which allows Dr. Berry to treat patients without interference from third-party government bureaucrats or HMO administrators. In other words, Dr. Berry practices medicine as most doctors did 40 years ago, when patients paid cash for ordinary services and had inexpensive catastrophic insurance for serious injuries or illnesses. As a result, Dr. Berry and his patients decide for themselves what treatment is appropriate.

Freed from HMO and government bureaucracy, Dr. Berry can focus on medicine rather than billing. Operating on a cash basis lowers his overhead considerably, allowing him to charge much lower prices than other doctors. He often charges just $35 for routine maladies, which is not much more than one's insurance co-pay in other offices. His affordable prices enable low-income patients to see him before minor problems become serious, and unlike most doctors, Dr. Berry sees patients the same day on a walk-in basis. Yet beyond his low prices and quick appointments, Dr. Berry provides patients with excellent medical care.

While many liberals talk endlessly about medical care for the poor, Dr. Berry actually helps uninsured people every day. His patients are largely low-income working people, who cannot afford health insurance but don't necessarily qualify for state assistance. Some of his uninsured patients have been forced to visit hospital emergency rooms for non-emergency treatment because no doctor would see them. Others disliked the long waits and inferior treatment they endured at government clinics. For many of his patients, Dr. Berry's clinic has been a godsend.

Dr. Berry's experience illustrates the benefits of eliminating the middleman in health care. For decades, the U.S. healthcare system was the envy of the entire world. Not coincidentally, there was far less government involvement in medicine during this time. America had the finest doctors and hospitals, patients enjoyed high quality, affordable medical care, and thousands of private charities provided health

services for the poor. Doctors focused on treating patients, without the red tape and threat of lawsuits that plague the profession today. Most Americans paid cash for basic services, and had insurance only for major illnesses and accidents. This meant both doctors and patients had an incentive to keep costs down, as the patient was directly responsible for payment, rather than an HMO or government program.

We should remember that HMOs did not arise because of free-market demand, but rather because of government mandates. The HMO Act of 1973 requires all but the smallest employers to offer their employees HMO coverage, and the tax code allows businesses- but not individuals- to deduct the cost of health insurance premiums. The result is the illogical coupling of employment and health insurance, which often leaves the unemployed without needed catastrophic coverage.

While many in Congress are happy to criticize HMOs today, the public never hears how the present system was imposed upon the American people by federal law. In fact, one very prominent Senator now attacking HMOs is on record in the 1970s lauding them. As usual, government intervention in the private market failed to deliver the promised benefits and caused unintended consequences, but Congress never blames itself for the problems created by bad laws. Instead, we are told more government- in the form of "universal coverage"- is the answer.

We can hardly expect more government to cure our current health care woes. As with all goods and services, medical care is best delivered by the free market, with competition and financial incentives keeping costs down. When patients spend their own money for health care, they have a direct incentive to negotiate lower costs with their doctor. When government controls health care, all cost incentives are lost. Dr. Berry and others like him may one day be seen as consumer heroes who challenged the third-party health care system and resisted the trend toward socialized medicine in America.

Keywords: Health Care

_____

digg it

<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 04</u>

Campaign for President of the United States

## Ron Paul 2008 — Hope for America

## Issue: Health Care

" [The Government] is more involved in medicine than many other areas and you see a skyrocketing of prices. "



The federal government decided long ago that it knew how to manage your health care better than you and replaced personal responsibility and accountability with a system that puts corporate interests first. Our free market health care system that was once the envy of the world became a federally-managed disaster.

Few people realize that Congress forced Health Maintenance Organizations (HMOs) on us. HMOs rose to prominence through federal legislation, incentives, and coercion.

Now, the Food and Drug Administration's bias toward large pharmaceutical companies enlarges their power, limits treatment options, and drives consumers to seek Canadian medicines. Regulations from D.C. make it virtually impossible for small business owners to cover their employees. Thanks to government interference in the health care market, many Americans, including the unemployed and those who work for small businesses, cannot afford health insurance. This causes the uninsured to seek basic medical care at already overcrowded emergency rooms, further driving up health care costs and causing premiums to rise for those with insurance.

The federal government will not suddenly become efficient managers if universal health care is instituted. Government health care only means long waiting periods, lack of choice, poor quality, and frustration. Many Canadians, fed up with socialized medicine, come to the U.S. in order to obtain care. Socialized medicine will not magically work here.

Health care should not be left up to HMOs, big drug companies, and government bureaucrats.

It is time to take back our health care. This is why I support:

- Making all medical expenses tax deductible.
- Eliminating federal regulations that discourage small businesses from providing coverage.
- Giving doctors the freedom to collectively negotiate with insurance companies and drive down the cost of medical care.
- Making every American eligible for a Health Savings Account (HSA), and removing the requirement that individuals must obtain a high-deductible insurance policy before opening an HSA.
- Reform licensure requirements so that pharmacists and nurses can perform some basic functions to increase access to care and lower costs.

By removing federal regulations, encouraging competition, and presenting real choices, we can make our health care system the envy of the world once again.

Back to Issues Home

### Dr. Paul's Writings On This Issue

- Dietary Supplements and Health Freedom
- Free Market Medicine
- REIMPORTATION OF FDA-APPROVED PHARMACEUTICALS
- On Introduction of the Pharmaceutical Freedom Act of 2000
- Medical costs can be cut with freedom
- **More Writings »**

**You Might Also be Interested In…**

- <u>Issue: Health Freedom</u>

---

### Want to support Dr. Paul's view on Health Care?

### Help us spread the liberty message:

Join the
Campaign.

Keep the campaign running
with your generous
contribution.

The Primaries Are Approaching!
Register to Vote Now!



<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 05</u>













<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 06</u>













DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to
seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

ATTACHMENT 07







DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

ATTACHMENT 08








DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

ATTACHMENT 09








<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 10</u>





<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 11</u>







THE VALUE OF LIBERTY WAS THUS
ENHANCED IN OUR ESTIMATION BY THE
DIFFICULTY OF ITS ATTAINMENT, AND THE
WORTH OF CHARACTERS APPRECIATED BY
THE TRIAL OF ADVERSITY.

GEORGE WASHINGTON



AN ERROR DOESN'T BECOME A MISTAKE
UNTIL YOU REFUSE TO CORRECT IT

ORLANDO A BATTISTA





GET TO KNOW HIS ISSUES BETTER ON:
RONPAUL2008.COM
YOUTUBE.COM/RONPAUL2008DOTCOM

<u>DECLARATION UNDER PENALTY OF PERJURY</u>
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 12</u>





DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

ATTACHMENT 13



DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 14</u>

From accounts@lenovo.com Thu Aug 30 14:32:17 2007

Dear andrew johnson

A new Lenovo account has been created for you with username

(Note: Please do not reply to this message.  It comes from a
 notification-only address that cannot accept replies.)

--------------------------------------------------------------------------------
--------------------

```
Subject: LENOVO Order[          ]
Content-Length: 4056

Dear ANDREW JOHNSON:

Thank you for your purchase from Lenovo. Your order has been received
 and is
being processed. Please visit our online order status tool to view the
 latest
information on the status of your order:
[                                                                      ]


We have included your complete order information below. If you have any
 questions
about your order please call Omar Khan toll free at (866)428-4465

or e-mail dokhan@directlenovo.com.
Please include your Customer Number and Order Number in any
 communications
to help us serve you more quickly.

Thank you for purchasing from Lenovo. We appreciate your business.

Lenovo Sales
http://www.lenovo.com

NOTE: Please do not reply to this message; it comes from a
 notification-only
      address that cannot accept replies.


================================================================================

Order Information
Order date and time:[        ]08/30/07  14:34:14
Customer Number:[              ]
Order Number:[          ]

Ship-To:
ANDREW JOHNSON
[                              ]

SAN FRANCISCO, CA  94103

Bill-To (if different from Ship-To):


================================================================================

Product    Description                     Price  Qty    Total

SYS.7675CT CONFIGURED SYSTEM               2177.25  1   2177.25
CAFEE06    RECYCLE FEE FOR PRODUCT WITH       6.00  1       6.00
Shipping & Handling:         0.00
Tax:                       185.07
Total:                   2,368.32
```

Payment method: VISA ...4910

Some orders are shipped from multiple locations.  If shipping charges
are applicable, you will only be billed for a single shipping charge.
================================================================================

IMPORTANT LEGAL INFORMATION
*This e-mail confirms Lenovo's receipt of your order. LENOVO will
 accept your order
contingent on Lenovo's validation of price, product availability and
 your agreement
to the terms and conditions for the product(s) and/or service(s)
 ordered. Applicable
terms and conditions are typically accepted by the customer during the
 web ordering
process. For Lenovo products, typically the terms and conditions are
 set forth in The
Lenovo Acquisition Agreement. If the terms and conditions were not
 displayed and agreed
to as part of that process, a copy will be provided with your order.
 The Lenovo Acquisition
Agreement terms and conditions are available by visiting
 www.lenovo.com/products/us/contracts
or calling 1-866-96-THINK (1-866-968-4465) and selecting the Customer
 Service option. Please
review them carefully before using the product. If you already have a
 contract with Lenovo
(such as the Lenovo Customer Agreement or Lenovo Business Partner
 Agreement), that agreement
governs your purchases.

If you do not agree to the terms and conditions and wish to return your

purchase, do not use the product. You may return your purchase for a
 full refund of the purchase
price . Please call 1-866-42-THINK for information on our return
 policies and contracts.

**LIMITED SUPPLY PRODUCTS: Limited supply products cannot be reordered
 once they sell out.
If we take your order on a product which sells out and the product can
 not be reordered, (1)
Lenovo has the right to refuse or cancel any orders placed for the
 product, even if Lenovo has
confirmed the order and charged your credit card; and (2) if Lenovo has
 charged your credit card
but subsequently canceled your order, Lenovo will promptly issue a
 credit to your credit card account.

--------------------------------------------------------------------------------
--------------------

From OMARKHAN@CA.LENOVO.COM Thu Aug 30 14:34:46 2007
X-Apparently-To:
14:34:47 -0700
X-Originating-IP:

Return-Path: <omarkhan@ca.lenovo.com>

Dear ANDREW JOHNSON,

Thank you for your purchase from Lenovo. Your order has been received and is being
processed. We'll send you another e-mail when your order has shipped.

We have included your complete order information below. You may check your order
status at any time by visiting:

If you have any questions about your order, or if any order information is
incorrect, please call (866) 428-4465 or email omarkhan@ca.lenovo.com. Please
include your Customer Number and Order Number in any communications to help us
serve you more quickly.

Thank you for purchasing from Lenovo. We appreciate your business.

Lenovo Sales


------------------------------------------------------------------------------

Account #
Bill To:    Ship To:
ANDREW JOHNSON

,
USA

    ANDREW JOHNSON
ATTN: ANDREW JOHNSON


SAN FRANCISCO, CA 94103


------------------------------------------------------------------------------

```
Sales Representative: OMAR KHAN
Email Address: omarkhan@ca.lenovo.com
Phone Number: (866) 428-4465
Fax Number: (888) 380-5923
Technical Support: (800) 426-7378
 Order Date: 08/30/07
Order: [          ]
Payment Terms: Credit Card
CC NO: ****-****-****-4910 EXP: [      ]  AMT: 2368.32 AUTH: [      ]  Visa

Ship Type: UPS Ground


-------------------------------------------------------------------------------

Qty Product Code Description Unit Cost Total
  1  SYS.7675CT   CONFIGURED SYSTEM   $2,177.25  $2,177.25
  The above product code consists of the following component(s):
Qty Component Description Cost
  1   7675CTO   LENOVO THINKPAD X61 7675 - NO CPU - 12.1" TFT   $2,177.25
  Product Description Lenovo ThinkPad X61 7675 - no CPU - 12.1" TFT
  Dimensions (WxDxH) 10.6 in x 9.4 in x 1.4 in
  Weight 3.7 lbs
  System Type Notebook
  Built-in Devices Stereo speakers, ThinkLight
  Processor No CPU
  RAM 0 MB (installed) / 3 GB (max) - DDR II SDRAM
  Card Reader Yes
  Display 12.1" TFT active matrix 1024 x 768 ( XGA ) - 24-bit (16.7 million colors)
  Audio Output Sound card
  Networking Network adapter - Ethernet, Fast Ethernet, Gigabit Ethernet
  Input Device Keyboard, TrackPoint
  Power AC 120/230 V ( 50/60 Hz )
Qty Component Description Cost
  1   42X1587   VBB MSWIN VISTA ULTIMATE 32   $0.00
Qty Component Description Cost
  1   42X2061   SBB MSWINVISULT32 US ENG   $0.00
Qty Component Description Cost
  1   41W2068   VBB 4GB PC2-5300 667MHZ 2DIMM   $0.00
Qty Component Description Cost
  1   42X0133   SBB KEYBOARD US ENGLISH   $0.00
Qty Component Description Cost
  1   42X0754   SBB TRACKPOINT W/FINGERPR.READ   $0.00
Qty Component Description Cost
  1   42V9144   SBB 100GB HDD,7200RPM ATA 2.5"   $0.00
Qty Component Description Cost
  1   42V8193   SBB INTEL TURBO MEMORY 1GB   $0.00
Qty Component Description Cost
  1   41W1928   SBB THINKPAD X6 ULTRABASE   $0.00
Qty Component Description Cost
  1   42V9147   SBB DVD REC 8X MAX DUAL LAYER   $0.00
Qty Component Description Cost
  1   62P6054   VBB INTEGR.BLUETOOTH PAN   $0.00
Qty Component Description Cost
  1   42V8177   SBB INT.WIRE.WIFI/LINK4965AGN   $0.00
Qty Component Description Cost
  1   41W1832   SBB 8CELL LI-ION BATTERY 2.6AH   $0.00
Qty Component Description Cost
```

```
 1   41W1787    SBB CPK NORTH AMERICA    $0.00
Qty Component Description Cost
 1   27R1769    SBB PSTN CABLE    $0.00
Qty Component Description Cost
 1   42X0202    SBB LANG.PACK_US ENGLISH    $0.00

Qty Product Code Description Unit Cost Total
1 CAFEE06 RECYCLE FEE FOR PRODUCT WITH 4 TO 14 INCH DISPLAY    $6.00  $6.00

Payment Terms: Credit Card
CC NO: ****-****-****-4910 EXP:[      ] AMT: 2368.32 AUTH:[      ] Visa

Ship Type: UPS Ground
--------------------------------------------------------------------------------

  Merchandise Total $2,183.25
Sales Tax $185.07
Shipping / Handling $0.00


--------------------------------------------------------------------------------

   Total $2,368.32
```

 ** The product(s) highlighted with a double asterisk are subject to a state recycling fee. The applicable recycling fee(s) for the state the order is being shipped to have been added to the order. These fees are not taxed.
IBM Financing Advantage Lease for only $68.55 per month plus applicable tax Contact us 888-727-5254
To purchase your quoted item(s) online, please click the link below:
http://www.directlenovo.com/orderstatus/


Check out our latest product awards and Legends of ThinkPad - amazing real stories from real people!
If you have any questions, or require additional information, please do not hesitate to give me a call.

Thank you again for calling Lenovo.

Sincerely,
OMAR KHAN
(866) 428-4465
Fax: (888) 380-5923
omarkhan@ca.lenovo.com
PLEASE READ CAREFULLY


* This e-mail confirms Lenovo's receipt of your order. Lenovo will accept your order contingent on Lenovo's validation of price, product availability and your agreement to the terms and conditions for the product(s) and/or service(s) ordered. Applicable terms and conditions are typically accepted by the customer during the web ordering process. For Lenovo products, typically the terms and conditions are set forth in The Lenovo Acquisition Agreement. If the terms and conditions were not displayed and agreed to as part of that process, a copy will be provided with your order. The Lenovo Acquisition Agreement terms and conditions are available by visiting http://www.lenovo.com/products/us/contracts or calling (866) 42-THINK and selecting the Customer Service option. Please review them carefully before using the product. If you already have a contract with Lenovo (such as the Lenovo

DECLARATION UNDER PENALTY OF PERJURY
*Data extracted from hard drive images corresponding to*
*seized hard drives connected to Daniel Rigmaiden's home computer*

By Daniel Rigmaiden

<u>ATTACHMENT 15</u>

P.O. BOX 96089
BELLEVUE, WA  98009

# June 20, 2006

Page 1 of 4

| Account number | **To Make A Payment** | |
|---|---|---|
| **270691733-00001** | Online: | verizonwireless.com (My Account) |
| Invoice number | Phone: | #PMT (#768) or #BAL (#225) |
| **2051370699** | | from your wireless phone. Airtime free. |
| | Mail Payment: | Verizon Wireless |
| | | PO Box 9622 |
| | | Mission Hills,  CA  91346-9622 |

KEYLINE

TRAVIS RUPARD
PO BOX 730031
SAN JOSE, CA  95173-0031

**Contact Us**
Online:        verizonwireless.com
Phone:        *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
                      Customer Service
                      PO Box 96082
                      Bellevue, WA 98009-9682

# Verizon Wireless news

**Save $$$ with a Messaging Bundle**
Bundle up and save with a TXT/PIX/FLIX Messaging bundle. Get 250 domestic TXT/PIX/FLIX messages to anyone for only $5 monthly access. Text the word "FIVE" to "2224" to sign-up. Excess domestic messages billed at $0.10 send/rec. A $0.10 charge applies to sign-up. Or call 1-866-396-5444 to find out how to get Unlimited IN Messaging to other Verizon Wireless customers.

**Is Your Family IN?**
Find out how to get Unlimited IN Calling and Unlimited IN Messaging to other Verizon Wireless customers from the IN Calling Coverage Area for all lines on your account. Call 1-866-822-9404 for details.

# Account summary
## Previous charges

| | |
|---|---|
| Previous balance | $.00 |
| Payment - no payment received | .00 |
| Adjustments | -25.00 |
| Balance forward | -$25.00 |

## Current charges

| | |
|---|---|
| Monthly charges | 152.24 |
| Usage charges | 1.00 |
| Verizon Wireless surcharges and other charges and credits | .92 |
| Taxes, governmental surcharges and fees | 1.05 |
| **Total current charges** | **$155.21** |

### Total Amount Due by  July 15, 2006          $130.21

--------------------------------------------------------------------------------

| Bill date | **June 20, 2006** | VW |
|---|---|---|
| Account number | **270691733-00001** | |
| Invoice number | **2051370699** | |

## Payment coupon

Please return this portion with your check or money order made payable to **Verizon Wireless**.

TRAVIS RUPARD
PO BOX 730031
SAN JOSE, CA  95173-0031

| | |
|---|---|
| **Balance forward** | **-$25.00** |
| **Current charges** | **$155.21** |
| **AMOUNT DUE BY 07/15/06** | **$130.21** |
| **MAKE CHECK PAYABLE TO** | |
| **VERIZON WIRELESS** | |
| **Amount enclosed** | |

$ ☐ ☐ ☐ . ☐ ☐

PO BOX 9622
MISSION HILLS,  CA  91346-9622

☐  Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

| | | |
|---|---|---|
| **Bill date** | **June 20, 2006** | Page 2 of 4 |
| Account number | **270691733-00001** | |
| Invoice number | **2051370699** | |

## Billing Information

**Verizon Wireless' Surcharges** includes charges to recover or help defray costs of taxes and of governmental charges and fees imposed on us, including a Regulatory Charge (which helps defray costs of various regulatory mandates, including government number administration and license fees) and a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover costs imposed on us by the government to support universal service, and may include other charges also related to our governmental costs. It also includes an Administrative Charge, which helps defray certain costs we incur, currently including (i) charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers, (ii) fees and assessments on network facilities and services, and (iii) certain costs and charges associated with proceedings related to new cell site construction. Please note that these are Verizon Wireless Charges, not taxes. These charges, and what's included, are subject to change from time to time.

**Verizon Wireless' Other Charges and Credits** includes charges for products and services, and credits owing.

**Taxes, Governmental Surcharges and Fees** includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill customers. These taxes, surcharges and fees may change from time to time without notice.

**Inquiries/Requests** - Most customer payments are processed using an automated system. This means that inquiries or requests you include with or on your payment won't reach us. Please send your correspondence to the address on page 1 (see Mail Letters) or call our Customer Service Department at 1(800) 922-0204 or *611 from your wireless phone. If you're trying to resolve a dispute by sending us payment of less than the full amount we've billed you, please note that your Customer Agreement requires you to pay in full despite any disputes, and informs you that we won't honor limiting notations you make on or with a payment.

**California -** Questions About Your Bill? Call Customer Service at 1-800-922-0204. Send written disputes to: Verizon Wireless, Customer Service, P.O. Box 96082, Bellevue, WA 98009. If you have a complaint you cannot resolve with us, write the California Public Utilities Commission at Consumer Affairs Branch, 505 Van Ness Ave., San Francisco, CA 94102, or at www.cpuc.ca.gov, or call 1-800-649-7570 or TDD 1-800- 229-6846.

## Customer Information

**Important Information About International Roaming Text Messaging**
On June 1, 2006, Verizon Wireless is expanding international roaming service in Israel, South Korea and New Zealand to include text messaging. You'll enjoy the ability to stay connected with your colleagues, family and friends. Text messages sent and received when roaming in these countries will be charged at $0.50/message sent and $0.05/message received. We're adding new countries all the time, so please visit www.verizonwireless.com/international frequently and select 'International Roaming' for the most current information.

**Messaging Detail Now Available on My Account**
Great news for Verizon Wireless subscribers. Details on Text/Video/Picture Messages you sent or received over your 3 most recent bill cycles, including what number you sent messages to (or received messages from) and time of those messages, will be available via My Account in June 2006. Click on the Text/Video/Picture messaging usage link in My Account to get started.

---

**Automatic Payment Enrollment for Account: 270691733-00001**                                                                                    **TRAVIS RUPARD**
By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charge.
**1. Check this box.         2. Sign name in box below, as shown on the bill and date.         3. Return this slip with your check for this month's payment.**

**Changing your billing address for Account:  270691733-00001   Use this space or login to My Account at verizonwireless.com to change the mailing** address where we send your bill. If we do not have your most recent email address, provide it below and we'll  use it to tell you important information about your Verizon Wireless service.  Allow 2 billing cycles for the address change to take effect.

New address _____

City _____

State/Zip _____

Daytime phone    (        )          -          Evening phone    (        )          -

Email _____

**PLACE OF PRIMARY USE (PPU)**
The home or business mailing address indicated to the left is for the person using the phone(s) and is the person's residential street address or primary business street address ___YES ___ NO. If  No  or for multi-line accounts with more than one PPU address, please contact our Customer Service Department or visit our website to change user's PPU address.

| | |
|---|---|
| **Bill date** | **June 20, 2006** |
| Account number | **270691733-00001** |
| Invoice number | **2051370699** |

Page 3 of 4

## Adjustments

**Wireless number (415) 264-9596**
Cust Satisf'n Credit-mtn for 06/04/06                                    - $25.00

**Total adjustments**                                                       **- $25.00**

# Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 415-264-9596  Travis  Rupard | 3 | | 152.24 | 1.00 | .00 | .92 | 1.05 | 155.21 |
| **Total current charges** | | **$.00** | **$152.24** | **$1.00** | **$.00** | **$.92** | **$1.05** | **$155.21** |

# Charges for 415-264-9596

Travis Rupard

## Monthly Charges

Current calling plan - charge for partial month
05/24/06 - 06/20/06                        $72.25

Current calling plan
06/21/06 - 07/20/06                        $79.99

## Total monthly charges        **$152.24**

*Partial Month Charges - Monthly Access/Allowance Minutes - On your first bill or when you change your calling plan, we will bill for a partial month or portion of the monthly access charge calculated from the date you began service to your first bill cycle date or effective date of the calling plan change, plus the next month's access charge if we bill you in advance.  We may calculate allowance minutes in the same manner.*

## Your Service Profile

Current calling plan:
National Access and BroadbandAccess Unlimited $79.99 0505 Monthly charge  $79.99
Monthly allowance minutes 0 peak, 0 off-peak, 0 weekend
Additional per minute charge $.25 peak, $.25 off-peak, $.25 weekend

Enhanced services:
3-Way Calling, Busy Transfer, Call Forwarding, No Answer Transfer, Call Waiting, Call Delivery, TXT MSG W Per MSG Charges, Caller ID, Declined Insurance, Streamline Billing, 1xevdo, New Every Two Multi Tier, Natlaccess Roaming Payu

Current data plan:
Unlimited Mb Allowance
Unit allowance unlimited kb

| Your Data Products and Services | Minutes | Kilobytes | Total |
|---|---|---|---|
| **Current Usage** | | | |
| Other Charges | 4 | | $1.00 |
| Kilobyte Usage | | 552366 | .00 |
| **Total current data products and service usage charges** | | | **$1.00** |

*Data Charges - Kilobyte usage rounded to next full kilobyte at end of billing cycle. KB &  Kilobyte = 1024 bytes/octets. 1024 KB = 1 Megabyte.*

## Total usage charges                                                 **$1.00**

| | | | | | |
|---|---|---|---|---|---|
| **Bill date** | **June 20, 2006** | | | | Page 4 of 4 |
| Account number | **270691733-00001** | | | | |
| Invoice number | **2051370699** | | | | |

**Data - Other Charges**

| | Date | Time | Minutes | Service Description | Usage Type | Total |
|---|---|---|---|---|---|---|
| 1 | 05/28 | 05:19P | 2 | IS95 Data Usage | U | $.50 |
| 2 | 05/29 | 05:19P | 2 | IS95 Data Usage | U | .50 |

| **Legends:** | |
|---|---|
| **Usage Type** | **U** = Data |

## Verizon Wireless surcharges

| | |
|---|---|
| Fed Universal Service Charge | $.02 |
| Regulatory Charge | .10 |
| Administrative Charge | .80 |
| **Subtotal** | **.92** |
| **Total Verizon Wireless surcharges** | **$.92** |

## Taxes, governmental surcharges and fees

| | |
|---|---|
| CA State 911 Fee | $1.00 |
| San Jose City Uut | .05 |
| **Total taxes, governmental surcharges and fees** | **$1.05** |

## Total current charges for 415-264-9596          $155.21