**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | EXPLANATION AND APOLOGY TO THE |
| vs. | ) | COURT |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and explains to the Court an error made when counsel's staff filed (or more correctly, thought he filed) Defendant's Motion to Suppress.  Undersigned counsel traveled to CCA/CADC in Florence, Arizona on Friday, June 1, 2012, to obtain Mr. Rigmaiden's Motion to Suppress (on a USB drive).  Mr. Rigmaiden did not complete the document until 6:20 p.m. and undersigned counsel then drove to Mr. Colmerauer's residence so he could file the motion and attachments.

      Mr. Colmerauer went through the process (or so he thought) and was under the impression that he had completed the filing.  He even printed what he thought was the NEF receipt (copy attached).  Then, today when filing the Motion for the Court to Accept Motion to Suppress as Filed (Exceeding Page Limit) Mr. Colmerauer discovered that he actually failed to complete the

1

filing of the Motion to Suppress.

Counsel and Mr. Colmerauer apologize to the Court for any inconvenience this error may have caused.

This Motion is filed pursuant to Defendant's request and with his authorization.

Excludable delay under 18 U.S.C. § 3161(h)(7) is not expected to occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 4th day of June, 2012.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant

CERTIFICATE OF SERVICE

__X__  I hereby certify that on June 4, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Frederick Battista, Esq.
>Assistant United States Attorney

>Attorneys for all codefendants of record

__X__  I hereby certify that on June 4, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

>Daniel Rigmaiden
>Reg# 10966111
>CCA
>P O Box 6300
>Florence AZ  85132-6300
>Defendant *pro se*

        S/ Philip A. Seplow

**Motions**

2:08-cr-00814-DGC USA v. Rigmaiden et al

**Docket Text: Final Text**
**MOTION to Suppress by Daniel David Rigmaiden. (Attachments: # (1) Supplement Memorandum, # (2) Supplement Declaration, # (3) Supplement Declaration, # (4) Supplement Declaration, # (5) Supplement Declaration)(Seplow, Philip)**

**Attention!! Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

***Source Document Path (for confirmation only):***
G:\motion_to_suppress\motion_to_suppress_.pdf    pages: 4
G:\motion_to_suppress\attachment_001
\memorandum_fourth_amendment_violations.pdf    pages: 369
G:\motion_to_suppress\attachment_002
\declaration_Rigmaiden_rented_apartment.pdf    pages: 5
G:\motion_to_suppress\attachment_003
\declaration_Rigmaiden_aircard_laptop_connection.pdf    pages: 10
G:\motion_to_suppress\attachment_004
\declaration_Rigmaiden_destination_ip_addresses.pdf    pages: 155
G:\motion_to_suppress\attachment_005
\declaration_Rigmaiden_extracted_files_from_computer.pdf    pages: 54

[ Next ]   [ Clear ]