**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | Case No. CR 08-0814-PHX-DGC |
| Plaintiff, ) | |
| ) | MOTION TO CONTINUE TRIAL |
| vs. ) | |
| ) | (17th Request) |
| Daniel David Rigmaiden, ) | |
| Defendant. ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves to continue the trial in this matter presently set for the 13th day of June, 2012, for at least ninety (90) days. Defendant's Motion to Suppress has been filed together with his motion to allow the oversized brief to stand.  The government has objected and the Defendant will file his reply shortly.  If the Court sustains the government's objection, then Defendant will need time to pare down the brief to an acceptable length.  If the Court grants Defendant's motion to allow the oversized brief, the government will need time to file its response and Defendant will need time to reply.  Oral argument will have to be scheduled and the Court will then need time to make its ruling.

Further, if the Motion to Suppress is denied, Defendant will need time to prepare for trial.

1

1  For the reasons stated above, a continuance of at least
2 ninety (90) days is requested.
3  Defendant also requests that the Court extend the
4 deadline for filing pretrial motions an equivalent amount of time.
5  Defendant notes that no status hearing is currently
6 schedule for the month of June.  Defendant requests that none be
7 scheduled because he loses considerable work time to the procedure
8 involved in bringing him up to Court.
9  Failure to grant the requested continuance would deny
10 the Defendant the reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence (18
12 U.S.C. § 3161(h)(8)(B)(iv)).  Further, excludable delay is
13 necessitated due to the existence of novel questions of fact and
14 law and additional time is necessary for adequate preparation for
15 pretrial proceedings and for the trial itself (18 U.S.C. §
16 3161(h)(7)(B)(ii)).
17  Assistant United States Attorney Frederick Battista has
18 no objection to this request.  Codefendant Marion Carter has
19 entered into a plea agreement with the government and thus is not
20 affected by this Motion.
21  This Motion is filed pursuant to Defendant's request and
22 with his authorization.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Excludable delay under 18 U.S.C. § 3161(h)(7) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 8th day of June, 2012.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant


CERTIFICATE OF SERVICE

__X__  I hereby certify that on June 8, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Frederick Battista, Esq.
Assistant United States Attorney

Attorneys for all codefendants of record

__X__ I hereby certify that on June 8, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ  85132-6300
Defendant *pro se*


                                    S/ Philip A. Seplow