```
1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7                       DISTRICT OF ARIZONA
8  United States of America,    )   Case No. CR 08-0814-PHX-DGC
                                )
9              Plaintiff,       )
                                )   O R D E R
10        vs.                   )
                                )
11 Daniel David Rigmaiden,      )
                                )
12 _____    )
13
14        PURSUANT TO Defendant's Motion to Continue Trial, the
15 government having no objection, and good cause shown,
16        IT IS HEREBY ORDERED continuing the trial in the above-
17 entitled case from the 13th day of June, 2012, to the _____day of
18 _____, 2012, at _____ a.m.
19        For the reasons set forth in the Motion, to wit: failure
20 to continue the proceeding would the Defendant, proceeding pro se,
21 the reasonable time necessary for effective preparation, taking
22 into account the exercise of due diligence (18 U.S.C. §
23 3161(h)(8)(B)(iv)) and due to the existence of novel questions of
24 fact and law additional time is necessary for adequate preparation
25 for pretrial proceedings and for the trial itself (18 U.S.C. §
26 3161(h)(7)(B)(ii)).  In light of the above, the Court specifically
27 finds that the ends of justice served by granting a continuance
28 outweigh the best interests of the public and the Defendant in a
```

1

1  speedy trial.
2         IT IS FURTHER ORDERED extending the deadline for filing
3  pretrial motions to the _____ day of _____, 2012.
4         The Court finds excludable delay under 18 U.S.C. §
5  3161(h) from _____ to _____.