1 | **Philip A. Seplow, Esq.**
**Attorney #004859**
2 | **2000 North 7th Street**
**Phoenix, AZ  85006**
3 | **(602) 254-8817**

4

5 | **Shadow Counsel for Defendant**

6 | IN THE UNITED STATES DISTRICT COURT

7 | DISTRICT OF ARIZONA

8 | United States of America,    )    Case No. CR 08-0814-PHX-DGC
                                )
9 |             Plaintiff,       )
                                )    SUBMISSION OF TWO MEMORANDA
10 |        vs.                  )    THAT WERE MEANT TO BE ATTACHED
                                )    TO DOCKET NO. 824
11 | Daniel David Rigmaiden,      )
                                )
12 |             Defendant.      )
    _____ )
13

14 |          COMES NOW the Defendant, Daniel David Rigmaiden, by and

15 | through his undersigned shadow counsel, and submits two attached

16 | memoranda that did not get filed with the original Motion to

17 | Suppress, docket No. 824.  The two attached memoranda are

18 | referenced in the motion at docket No. 824.  Through this

19 | submission, the defendant is filing the two attached memoranda and

20 | linking them to docket No. 824.

21 |          This submission is made at the direction and request of

22 | Daniel Rigmaiden, defendant *pro se*.

23 |          RESPECTFULLY SUBMITTED this 8th day of June, 2012.

24 |                          PHILIP A. SEPLOW, ESQ.

25

26 |                          By: s/Philip A. Seplow
                                  Philip A. Seplow, Esq.
27 |                              Attorney for Defendant

28

1

CERTIFICATE OF SERVICE

___X___ I hereby certify that on June 8, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Frederick Battista, Esq.
Assistant United States Attorney

Attorneys for all codefendants of record

__X__ I hereby certify that on June 8, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

NONE

S/ Philip A. Seplow