**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO STRIKE MOTION TO CONTINUE TRIAL |
| vs. | ) | |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and moves this Court to strike the Motion to Continue filed by his shadow counsel. Although the Defendant requested shadow counsel to file a motion to continue, the reasons put in the Motion to Continue were not written by, authorized by or approved by the Defendant.  The Defendant has requested shadow counsel file an Amended Motion to Continue which will be filed immediately after the filing of this Motion to Strike.  Anything in the Motion to Continue at Docket #829 does not reflect the Defendant's plans or intentions.

This Motion is filed pursuant to Defendant's request and with his authorization.

/ / /

/ / /

/ / /

1

Excludable delay under 18 U.S.C. § 3161(h)(7) is not expected occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 11th day of June, 2012.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant

CERTIFICATE OF SERVICE

__X__ I hereby certify that on June 11, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

__X__ I hereby certify that on June 11, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ   85132-6300
    Defendant *pro se*

    S/ Philip A. Seplow