**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817


**Shadow Counsel for Defendant**

```
                IN THE UNITED STATES DISTRICT COURT

                        DISTRICT OF ARIZONA

United States of America,    )   Case No. CR 08-0814-PHX-DGC
                             )
            Plaintiff,       )
                             )   O R D E R
       vs.                   )
                             )
Daniel David Rigmaiden,      )
                             )
            Defendant.       )
_____)

       PURSUANT TO DEFENDANT'S Motion to Strike Motion to
Continue Trial and good cause shown,
       IT IS HEREBY ORDERED striking Defendant's Motion to
Continue Trial filed at Docket Number 829.
```

1