**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

Shadow Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | MOTION TO CONTINUE TRIAL |
| vs. | ) | |
| | ) | (17th Request) |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves to continue the trial in this matter presently set for the 13th day of June, 2012, for at least ninety (90) days, for the reason that the suppression issues are not resolved.

Defendant also requests that the Court extend the deadline for filing pretrial motions an equivalent amount of time.

Defendant notes that no status hearing is currently schedule for the month of June.  Defendant requests that none be scheduled because he loses considerable work time to the procedure involved in bringing him up to Court.

Failure to grant the requested continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)).  Further, excludable delay is

1

necessitated due to the existence of novel questions of fact and law and additional time is necessary for adequate preparation for pretrial proceedings and for the trial itself (18 U.S.C. § 3161(h)(7)(B)(ii)).

Assistant United States Attorney Frederick Battista has no objection to this request. Codefendant Marion Carter has entered into a plea agreement with the government and thus is not affected by this Motion.

This Motion is filed pursuant to Defendant's request and with his authorization.

Excludable delay under 18 U.S.C. § 3161(h)(7) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 11th day of June, 2012.

PHILIP A. SEPLOW, ESQ.

By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant

CERTIFICATE OF SERVICE

__X__ I hereby certify that on June 11, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Frederick Battista, Esq.
Assistant United States Attorney

Attorneys for all codefendants of record

__X__ I hereby certify that on June 11, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

1  Daniel Rigmaiden
   Reg# 10966111
2  CCA
   P O Box 6300
3  Florence AZ  85132-6300
   Defendant *pro se*

Daniel Rigmaiden
Reg# 10966111
CCA
P O Box 6300
Florence AZ  85132-6300
Defendant *pro se*

S/ Philip A. Seplow