IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | Case No. CR 08-0814-PHX-DGC |
| ) | |
| Plaintiff, ) | |
| ) | O R D E R |
| vs. ) | |
| ) | |
| Daniel David Rigmaiden, ) | |
| ) | |
| _____ ) | |

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 13th day of June, 2012, to the _____day of _____, 2012, at _____ a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would the Defendant, proceeding *pro se*, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)) and due to the existence of novel questions of fact and law additional time is necessary for adequate preparation for pretrial proceedings and for the trial itself (18 U.S.C. § 3161(h)(7)(B)(ii)).  In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a

1

1  speedy trial.
2          IT IS FURTHER ORDERED extending the deadline for filing
3  pretrial motions to the _____ day of _____, 2012.
4          The Court finds excludable delay under 18 U.S.C. §
5  3161(h) from _____ to _____.

2