**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF INTENT TO FILE REPLY |
| vs. | ) | TO RESPONSE AT DOCKET # 828 |
| | ) | |
| Daniel David Rigmaiden, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and gives notice of his intent to file a reply to the Government's Response to Defendant's Motion for Leave to File Motion to Suppress over 75 Pages (Docket 828). Defendant' Reply is finished and would have already been filed if the Defendant had sufficient defense resources in order to prepare an effective defense.  However, because he does not have a runner service willing to work for only travel time and pay, it is unknown when someone will be come to CCA/CADC in Florence, Arizona, to pick up the Reply for filing.  Considering the fact that the Court has ruled on Defendant's motions in the past without Defendant having an opportunity to file a reply – even while those replies were prepared, finished and ready to be filed, but with no runner service to pick them up – Defendant is filing this Notice advising the Court that he has a Reply ready to

1

be filed.

    RESPECTFULLY SUBMITTED this 11th day of June, 2012.

            PHILIP A. SEPLOW, ESQ.


            By: s/Philip A. Seplow
              Philip A. Seplow, Esq.
              Shadow Counsel to Defendant


CERTIFICATE OF SERVICE

__X__  I hereby certify that on June 11, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

__X__  I hereby certify that on June 11, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

            S/ Philip A. Seplow