Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | MOTION FOR PREVIOUSLY REQUESTED RELIEF IN THE FORM OF REMOVING MARK HORNE FROM DEFENSE |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Motion For Previously Requested Relief In The Form Of Removing Mark Horne From Defense*. Through this motion, the defendant respectfully requests that the Court grant him the relief he already requested at Dkt. #815. The Court stated the following at Dkt. #822:

> If Defendant is unhappy with the performance of the paralegal, he may terminate the paralegal's services and seek the appointment of a new paralegal.

*Id.*, p. 1.

However, at Dkt. #815, the defendant already requested that the Court order the paralegal, Mark Horne, removed from the defense due to him causing more harm than good:

> If the Court does not want to grant the defendant the relief he requests then the defendant wants Mr. Horne ordered removed from the defense.

*Id.*, p. 15.

Attached to this motion is a proposed order drafted to grant the relief originally requested at

- 1 -

1  Dkt. #815.

2  * * * * *

3  Based on the points and authorities set forth herein, the defendant respectfully
4  requests that the proposed order be issued.

5  This motion and all attachments were drafted and prepared by the *pro se* defendant,
6  however, he authorizes his shadow counsel, Philip Seplow, to file this motion on his behalf
7  using the ECF system. The defendant is appearing *pro se* and has never attended law school.
8  The defendant's filings, however inartfully pleaded, must be liberally construed and held to
9  less stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404
10 U.S. 519, 520 (1972).

11 LRCrim 12.2(a) requires that the undersigned include the following statement in all
12 motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
13 motion or of an order based thereon."

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 2 -

1 | Respectfully Submitted:

3 | PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

6 | s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*MOTION FOR PREVIOUSLY REQUESTED RELIEF IN THE FORM OF REMOVING MARK HORNE FROM DEFENSE*
*CR08-814-PHX-DGC*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on:                   I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION FOR PREVIOUSLY REQUESTED RELIEF IN THE FORM OF REMOVING MARK HORNE FROM DEFENSE CR08-814-PHX-DGC*