# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ORDER TERMINATING MARK HORNE'S SERVICES AND REMOVING HIM FROM THE DEFENSE AS REQUESTED AT DKT. #815 |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to the defendant's *Motion Requesting The Court To Order Mr. Horne To Do His Job Or, In The Alternative, To Dismiss The Case With Prejudice* (Dkt. #815) and *Motion For Previously Requested Relief In The Form Of Removing Mark Horne From Defense*. At Dkt. #815, the defendant requested the alternative relief of having Mr. Horne removed from the defense in the event that the Court would not order him to do his job. Pursuant to the defendant's request, Mark Horne's services are hereby ORDERED terminated and he is removed from the defense.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this ____ day of _____, 20____.

- 1 -