Declaration Under Penalty of Perjury

I, Daniel David Rigmaiden, declare as follows:

I am writing this declaration to explain my reasons for filing a motion to suppress over 75 pages. Given the number of separate orders and subpoenas spanning two districts, three magistrates, and multiple government actors; and given the unprecedented amount of Fourth Amendment violations, I needed an additional 85 pages in order to address all relevant issues. I could have exercised my right to file 10+ different motions to suppress, each challenging a different order, subpoena, or entirely unsupported search and/or seizure. Making Fourth Amendment challenges in that manner would have given me 170+ pages of arguments according to local rules. However, I decided to combine all the motions into one because it would be easier for all parties, including the Court, to address the laundry list of Fourth Amendment violations. To do otherwise would mean a series of motions with some essential arguments repeated over and over or with confusing cross-incorporations.

Nevertheless, I put in a lot of time and effort shrinking the motion as much as possible. I consolidated the "no good-faith" section in a way where entire subsections of arguments apply to multiple issues spanning multiple orders and subpoenas. I reduced large sections into easy-to-follow tables and generally designed the format of the

motion for easy comprehension. For example, the reader can first determine in what items, places, etc. I have a property/possessory/liberty interest and/or reasonable expectation of privacy. The reader can then proceed to the list of identified and categorized searches/seizures and determine which ones survive by cross referencing the items, places, etc. of which the reader previously found that I had a Fourth Amendment protected interest. Once the reader determines the searches and seizures that survive, it can proceed to the section explaining why any given search/seizure is not covered by the relevant order or subpoena. Finally, it can be determined if a good-faith exception applies to the government misconduct that remains from prior analyses. My motion was written to follow through the standard Fourth Amendment analysis applied to motions to suppress.

All of my facts are necessary as well. Each fact either directly supports an argument, as referenced to the fact through a footnote, or supports another overall fact that in turn supports an argument, as referenced to the fact through a footnote. Additionally, although the government conceded that some type of unspecified search and/or seizure occurred, such a concession does not imply which of my Fourth Amendment interests is implicated by the unspecified type of search and/or seizure conceded. At least 30 of the additional 85 pages were needed in order to identify and categorize the government's searches and seizures.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Florence, AZ on June 10, 2012.

_Daniel Rigmaiden_
Daniel Rigmaiden