**EXHIBIT 01**

**From:**      "Dan Colmerauer" <[                    ]>
**To:**        "Mark Horne" [                    ]>
**Sent:**      Friday, March 30, 2012 7:46 AM
**Subject:**   Daniel Rigmaiden

Mark,

I volunteered to assist with the "Experts[          ]Project" – I have some time today to do this – please
forward me a copy of the experts[          ]text file asap and I'll try to get it done today.

Dan

**EXHIBIT 02**

**From:**     "mark horne" <
**To:**       "Dan Colmerauer" <
**Sent:**     Friday, March 30, 2012 10:44 AM
**Subject:**  Rigmaiden expert project.

Here ya go Dan thanks.  Really busy this week.

**EXHIBIT 03**

**From:** "mark horne" <​             >
**To:** "Dan Colmerauer" <​               >
**Sent:** Thursday, April 05, 2012 1:08 PM
**Subject:** RE: Rigmaiden expert project.

Hey Dan,

Just curious if you ever got to this and if so how far you got.  Thanks.

Mark.

**EXHIBIT 04**

**From:** "Dan Colmerauer" <[                    ]>
**To:** "mark horne" <[                ]>
**Sent:** Thursday, April 05, 2012 1:31 PM
**Subject:** Re: Rigmaiden expert project.

I did not yet get finished but I have most of it done – that is some of the material in the box.

**From:** mark horne
**Sent:** Thursday, April 05, 2012 1:08 PM
**To:** Dan Colmerauer
**Subject:** RE: Rigmaiden expert project.

Hey Dan,

Just curious if you ever got to this and if so how far you got.  Thanks.

Mark.

**EXHIBIT 05**

**From:**    "Dan Colmerauer" [ ]>
**To:**      "Mark Horne" < [ ]>
**Sent:**    Monday, February 06, 2012 7:45 AM
**Subject:** From Daniel Rigmaiden

Mark,

Please make sure that all PDF files that you create from web pages are text searchable. The non-text searchable files you have been providing are beginning to cause a significant problem. You can try using Primo PDF. If the web pages aren't text seachable then stop doing research until the problem is fixed. If you have printed out anything since the last time you saw me that isn't text searchable, then please re-obtain those resources in text searchable form.

Daniel

**EXHIBIT 06**

**From:**     "Dan Colmerauer"
**To:**       "mark horne"
**Sent:**     Monday, April 23, 2012 7:48 AM
**Subject:**  Daniel Rigmaiden

Mark,

Daniel tried to call you last night but couldn't get through. It is going to be more difficult for Daniel to use the phone for a while because there are only two working phones in his housing pod. He wants you to come out and see him as soon as possible – early Tuesday. Daniel said there are problems with all the GPS resources and you should get those resources again and make new citation pages. There are problems with all the book citation pages (task #2 from the April 6 list) and he needs all the CK12 resources with citation pages. Daniel needs a file you brought him on April 13, 2012, printed and brought to him. To find it search your computer with the following

Thanks!

Dan

**EXHIBIT 07**



**Editorial Reviews**

**Himanshu Dwivedi** #z/#i#rxqg|rj#sduqhu#i#JVHF#Sduqhuv/#iq#igirup dwlrq#vhfxulw|#rujdql}dwlrq1#Kh#z#i#r0dxwkru#i *Hacking Exposed: Web 2.0*#idqg#vhyhudd#wkhu#errnv1

## Product Details

**File Size:** #383#NE#
**Print Length:** #765#sdjhv#
**Simultaneous Device Usage:** #Xa#e#7#x/p xo#dghrxv#ghylfhv/#shu#axedvkhu#dp lw#
**Publisher:** #P fJudz 0K1a#R verugh#Phgld#i#hg#drq#Mdqxdu|#18/#5343,#
**Sold by:** #Dp d}rq#0lj1wd#Vhuylfhv#
**Language:** #Iqj dvk#
**ASIN:** #336EJYMiX#
**Text-to-Speech:** Hqdedg ⊠

**Amazon Best Sellers Rank:** #,68;/899#Sdlg#iq#N]qgdh#Vwruh#Vhh#Wrs#433#Sdlq#iq#N]qgdh#Vwruh,

#Z rxg#|rx#idnh#wr give feedback on images#ru tell us about a lower price B

## Customer Reviews

There are no customer reviews yet.

### Video reviews



Dp d}rq#grz#grz v#Exvwrp huv#e#ksrdg#surgxf#wy1ghr# uhylhz vi#Kvh#i#hefdp #cu#y1ghr#dp hud#e#whfrug#dqg# xsordg#vhy1hz v#e#Dp d}rq1#



## More About the Author

× Y]v1#Dp d}rq#v#K1p dqvkx#G z 1yhg1#Sdjh#

G1vfryhu#errnv/#bdun#h#rxw#uhbdwhg#i#dxwkru#rjv/#qg#p ruh1#



## Popular Highlights ·s1xdvwmx1x8·

❝Wkh#vp sdvwdzdd d|#uxtdqdR enhfwyh0F#surjudp p hu#e#dyrl}g#exihu#ryhuirz v1#e#dyrl}g#p dqxddo hp ru|#p ru|#ip dqdqxbq/#i❞
Highlighted by 6 Kindle users

❝wkhn#wuhdw#wdw#h#hqv1ghuxtjrqp Wjdwrq#wwudwhj1hv#durxqg#wkhp /#dqg#qrwh#wkh#fwkvhw#hu#ffw#b4hss1hhvh1dqu#drwffdd##❞
Highlighted by 6 Kindle users

❝wkh#Skrqh#RVh#vrhqwwqz#nvv1vfhvwwdqh#f#rdvwy1#h#vxghldnbdhv/#wxfx#Kd#vehexihulhvfhvwv/#dqg#irup dw#ww1qfj1#❞
Highlighted by 4 Kindle users

**Show 7 more Popular Highlights**

## Tag this product ·s1xdvwmx1x8·

Wk1qn#r 1#wd|#dv1#nh |z rug#uxh#hd#| rx#frqv1ghu#h#wwurqjq| #uhdwhg#e#wk1v#surgxf w1
Wdjv#b#khos#hdp#fxvw huv#i#rujdq1}1h#dqg#ffq#g1yruh#wh#hp v1

**Your tags:** Add your first tag

**Search Products Tagged with**

## Customer Discussions

### This product's forum

| | | |
|---|---|---|
| G lxfxvwlrq# | Uhsdhv | Odahvw#Srvw |
| Q x#g lxrfxvw#rqvii||hw | | |

Dvn#txhvwlrqv/#Vkduh#rslqlrqv/#Jdlq#lqvljkw

### Start a new discussion

Wrsf#= [_____]

### Related forums

| | |
|---|---|
| N lggdu#lruxp | +4356#glxfxvwlrqv, |
| N lggdu#Errru#lruxp | +4356#glxfxvwlrqv, |
| Vhh#D #N lggdu#lq#\rux#Flw|#lruxp | +4356# glxfxvwlrqv, |

### Active discussions in related forums

| | Uhsdhv | Odahvw#Srvw |
|---|---|---|
| **Kindle forum** Q lqhVhqvh~#P rvh#tqrqvhqvvh#lsxwhqwqw| #wqqrhu# frqvwxwfwlrq1 | c7413# | **7 seconds ago** |
| **Kindle forum** Errry#tughuhg#krgd| #kdyh#grw#ehhq#vhqd#yhuhg | 4# | **31 seconds ago** |
| **Kindle forum** Olj xwhg#h0lqn#Nlggdn#frp kj l#vrrgB | ;# | **1 minute ago** |
| **Kindle forum** Wkh#Orqj hvw#WkuhdgB | ;378# | **2 minutes ago** |
| **Kindle Book forum** Wurov#Orqho /#lrujrwhq#/#Q r r#P rxh | 44::<# | **2 minutes ago** |
| **Kindle Book forum** Wkh#Gh0ydoxlqj #zl#Uhylhz v#e| #Lqglhv#Z uwhuv#Lvvxh#W khlu#Rzq# *Ldhqqv#dqg#Idp lo|#Sdlg* | 4488# | **13 minutes ago** |
| **See A Kindle In Your City forum** Qhz #Sxedf#dwq#rW#Wkh#Jdqfhu#dqg#wkh#Vrffhu#Sdd|hu | 3# | **1 hour ago** |
| **See A Kindle In Your City forum** Grhv#Nlggdr#wz run#rq#wkh#P rrqB | ;9# | **1 hour ago** |

### Search Customer Discussions

[_____]

VhduQxduddp r d|rqtvlxfxvwlrqv

---

## So You'd Like to...

So You'd Like to...
create
your guide
**NOW**
learn how

Fuhdwh#d#J xlgh

### Search Guides

[_____]

---

## Look for Similar Items by Category

Errry#A #Frp sxwhuv#  |#Whfkqrorj|  #A #Pre lh# #Z_ lohvv#Frp sxwlqj#A #Surjudp p lqj

Errry#A #Frp sxwhuv#  |#Whfkqrorj|  #A #Qhwz runlqj#A #Qhwz run#Vhfxulw|

Errry#A #Frp sxwhuv#  |#Whfkqrorj|  #A #Vhfxulw|  # #Hqfu|swlrq

Nlggdn#Vwruh#A #Nlggdn#Errry#A #Frp sxwhu#  |#Lqwhuqhw

---

### Feedback

- Li#|rx#qhhg#khos#ru#kdyh#d#txhvwlrq#iru#Fxvwrp hu#Vhuylfh/#[**contact us**]#
- Li rx#qg#|rx#qk#Whwkhsru#errru#xddu|#ru#p dwdrp dwdqj l#q#wkh#ehsrrBh#[**Click here**]
- Li rx#qg#|rx#qk#Whwkhsru#wkhsru#errurv#ru#errury#frqwhqw#dvv|#dgssursursursvlxw#xkkBh#[**Click here**]
- Li r#|rx#qhhd#nhyh#kdw#dw#wkdp#y#dkp # #|rdwhvwxw#dhfrsv#rd|rkwdw#lxj|kwB#[**Click here**]
- Li#vrw#nhurndtq#tqk#w#twwkh#nuhuhnnngtq#t#rx#rx#rx#thunnnnrwwkBdrk#[**Click here**]

---

## Your Recent History +Z kdv#wkk kB,

---



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | BeautyBar.com | Book Depository | CreateSpace |
|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Great Local Deals in Your City | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Indie Publishing Made Easy |
| Diapers.com | DPReview | Endless | Fabric | IMDb | MYHABIT | Shopbop | Small Parts |
| Everything But The Baby | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Private Fashion Designer Sales | Designer Fashion Brands | Industrial Supplies |
| Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | | |
| Health, Beauty & Home Essentials | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates



## Book Description

March 31, 1999    0071346457    978-0071346450

## Customers Viewing This Page May Be Interested in These Sponsored Links

**Telecom Cost Management**

**Consumer Cellular®**

**WLAN QoS End User View**

## Product Details

**Hardcover:** 668 pages

**Publisher:**

**Language:** ‖қjⅾvқ‖
**ISBN-10:** ‖3:.467978:‖
**ISBN-13:** ‖қ:;033:4679783‖
**Product Dimensions:** ‹17‖ #:17‖ #‖415‖ⅾ đ қhv‖
**Shipping Weight:** ‖41;‖ⅾrxⅾgv‖
**Average Customer Review:** ⁺6‖ﬀxvⅾrp hu‖ıhy‖hz v,
**Amazon Best Sellers Rank:** ‖ 4/6;‹/6‹‹‖ⅾ q‖ⅾ rrnv‖⁺Vhh‖ⅾrⅾ ‖ #33‖ⅾ q‖ⅾ rrnv,‖

‖Z rxⅾ q‖ | rx‖ⅾ nh‖ⅾ r‖ **update product info** /i‖ **give feedback on images** /ru‖ **tell us about a lower price** ᴅ

---

## More About the Author

× Yᴧv‖ⅾ Dⱷ ⅾ } rⱷ ‖viᴴⅾ xⅾᴴⅼghuⅾ ‖ⱴⅾjh‖



G ᴧv fryhu‖ⅾ rrnv/‖ⅾhⅾ uⱷ ‖ⅾ ierx‖ⅾ ﬀ z u‖ⅾhuv/‖ⅾhⅾ g‖ⅾ ixⱳ kru‖ⅾ erjv/‖ⅾhⅾ q g‖ⱷ  ruhᴧ‖

---

## Customer Reviews

**3 Reviews**

| | | |
|---|---|---|
| ⱽⱬ vⱳ dⱳ ‖ | #6, | |
| ⱴ ⱷ vⱷ ‖ | ‹3, | |
| 6 ⱷ vⱷ ‖ | ‹3, | |
| 5 ⱷ vⱷ ‖ | ‹3, | |
| 4 ⱷ vⱷ ‖ | ‹3, | |

**Average Customer Review**

‖⁺6‖ﬀxvⅾ rp hu‖ıhy‖hz v,‖

Vқ dhⅾ | rxu‖ⅾ krⱼ kwⱴ ‖ⱴ ‖ⅾ nkhu‖ﬀxvⅾ rp huv‖



### Most Helpful Customer Reviews

‹‖ⅾ ⱴ ‖ⅾ ⱴ hrsⅾ n‖ⅾ rxⱬ q‖ⅾ қ hⱦ rⱬ rzᴧⱼ j‖ⱳ hyᴧhz ‖қ hⱳ ixⅾ ‖
                    **Must-have book for understanding wireless services** /‖
Vhⱳ ⱳ hp ehu‖ⅾ /‖ⅾ 4 ‹‹‹

ᴇ | ⱬ **A Customer**

**This review is from: Cellular/PCs Management (Hardcover)**

Ehghⱬv‖ⅾ rrn‖ⅾ vⱳ khⱳ hu‖ⅾ hⱳ fwⱼ rⱴ ehwz hhⱷ‖ⅾ g ᴧⱼ ⱼ j‖ⅾ қ h‖ⅾ frp sⱬ {‖ⅾ nfkqrⱬrj ᴧ nv‖ⅾ hk ᴧ g g‖
z ᴧ hⱷ nvvⅾ ‖ⅾ frp p xq‖ⅾ fⅾ ⱳ қ rⱷ qv‖ⅾ ⱳ ᴧ ⱷ q g‖ⅾ қ h‖ⅾ suⅾ f‖ⅾ ᴇ dⅾ ⱷ vⱴ hvhⱷ q‖ⅾ ⱼ ⱦ rⱼ fhuⱼ ⱼ ⱼ ᴇ khⱼ g‖ⱬ sⱬ | ᴧ j‖
z ᴧ hⱷ nvv‖ⅾ ⱴ ᴧ ⱳ ᴇ xvⱼ q hvv‖ⅾ ⱬ Z ᴇ kⱴ ⱷ ‖ⅾ қ h‖ⅾ ⱴ rrn‖ⅾ ᴧ ⱼ ⅾ fudp p ᴧ ⱼ ⱳ ‖ⱴ hg ‖ⅾ қ ‖ⅾ ⱷ xᴧ ⱷ ᴇ қ ⱳ ᴧ ᴇ v‖ⅾ қ h‖ⅾ ixⱳ krⱬ vⱬ ‖ⅾ eⱬ ⱬ qh‖
ⱷ gg ᴧ vⱬ v‖ⅾ nⅾ ᴧ p‖ⅾ ⱷ hⱦ ᴇ ⱳ ‖ⅾ ⱷ d ᴧ ⱼ ᴧ g vⱴ hⱬ ᴧ ⱼ gj ᴧ hv‖ⅾ қ dugⅾ sⱬ uhvv‖ⅾ қ h‖ⅾ ⱷ ᴧ qg vⱴ hⱬ ⅾ ‖ⱼ kᴇ rp p ᴧ ⱳ ᴇ қ ‖ⅾ қ h‖ⱬ қ ᴇ ᴇ v‖ⅾ ⱼ v‖

Help other customers find the most helpful reviews   |   Uhar‖ⅾ ᴇ exvh | Shⱷ p ⱼ dⱷ n

Z ⱷ v‖ⅾ қ ᴧ v‖ⱳ hyᴧhz ‖қ hⱬ ⱷ ix dⅾ ⱬ қ #| rxᴇ #

‖ Frp p ⱬ hⱬ w

---

‹‖ⅾ ⱴ ‖ⅾ ⱴ hrsⱬ ⱷ ‖ⅾ rxⱷ q‖ⅾ қ hⱦ rⱬ rzᴧ ⱼ j‖ⱳ hyᴧhz ‖қ hⱬ ixⅾ ‖
                    **Best book I've found on topic! Fact filled and easy to read** /‖
P d | #4 ‹ /#4 ‹‹‹

ᴇ | ⱬ **A Customer**

**This review is from: Cellular/PCs Management (Hardcover)**

Wk ᴧ v‖ⅾ rrn‖ⅾ ᴇ v‖ⱼ uhd w‖ⅾ ⱬ uⱬ ⱼ j‖ⱳ ᴧ ⱷ ᴧ ⱬ j‖ⅾ қ h‖ⅾ frp sⱷ hvh‖ⅾ қ Nxqghuw‖ⱬ qg ᴧ ⱼ j‖ⱬ қ ‖ⅾ қ ᴇ g ᴧ ⱷ uhq h‖
frp srqhuw‖ⅾ қ hⱼ ᴇ q‖ⅾ ⱼ uⱬ һ ᴧ h‖ⅾ ⱴ ᴧ ⱷ q vv‖ⅾ ᴧ fⅾ ⱴ ᴧ hut‖ⅾ vhp ‖ⅾ қ ᴇ q‖ⅼ ⱼ r ‖ⱦ ⱬ un ᴧ ⱼ җ ‖ⱷ v‖ⅾ ᴧ rrn‖ⅾ ᴧ ⱬ q ᴇ vv‖ⱬ v‖
ᴧ z ᴧ ᴇ һ ⱼ fⱷ ᴧ ᴇ қ ᴧ q‖ⅾ қ ᴇ q vᴇ | ᴧ ⱼ j‖ⅾ қ h‖ⅾ sⱬ ᴇ ⱷ һ ᴧ ⱼ z ‖ⅾ ⱴ hⱬ ᴧ ᴇ ⱼ ⱬ vⱴ hⱦ rⱷ ᴇ ⅾ 2‖ ᴇ ᴇ ⱬ gjⱬ ᴇ qhⱬ ᴇ ⱬ rⱬ ‖ⱴ hⱬ ᴧ ⱼ j‖ⅾ fⱬ ⱷ ᴧ һ ⱼ qⱬ xᴧ һ ⱬ ᴇ ⱴ һ qv‖
ⱷ қ ⱬ ⱬ һ ⱼ ⱬ rⱴ huv‖ⅾ ᴇ ⱼ ᴧ q vⱴ hⱬ ⱴ ⱼ xᴧ һ ‖ⅾ ⱷ ᴧ ᴇ қ ᴇ v‖ⱬ қ ⱬ һ ᴇ ᴧ ᴇ ⱷ һ ⱷ ⱴ һ u ⱼ ᴧ ᴇ v‖
fryhuⱬ u‖ⅾ ᴇ ᴇ һ vᴧ fv‖ⅾ қ ᴧ ⱴ rⱼ p‖ⅾ frp p ᴇ uⱼ ᴧ ᴇ vⱴ һ hⱬ ⅼ ⱼ rrᴇ p ᴧ ⱬ ᴧ ᴇ nⱬ ⱦ һ ᴧ z ᴧ ᴇ ⱷ ᴧ qp v‖
ⱷ һ һ ᴧ ⱼ һ һ vⱼ ᴧ һ q vⱴ һ qvⱷ ᴧ ᴇ ᴇ ᴇ ⱴ ⱬ ⱴ ᴇ ᴇ ⱷ ᴇ v‖

Help other customers find the most helpful reviews   |   Uhar‖ⅾ ᴇ exvh | Shⱷ p ⱼ dⱷ n

**WEIGHT WATCHERS ONLINE** GIVES
ME THE TOOLS TO LOSE WEIGHT ON MY OWN TIME.
— Laura, 53 lbs lost*
**LEARN MORE**
WEIGHT WATCHERS Online
*People on plan can expect to lose 1-2 lbs/wk
Dⱴ ᴧ ᴇ ⱷ ᴇ ⱷ p hqⱬ

### Search Customer Reviews

☑ Rqq ‖ⅾ vⱷ ix dⱬ ᴧ қ ᴧ vⱴ ᴇ urⱼ xfⱬ v ‖ⱴ hyᴧhz v

Z dvi#k lvi#uhylhz #khœixœœr#|rxB#

Frp p hgv

4#ti#i# #shrsdœ#rxqq#i#kh#rorz ljri#uhylhz #khœix#

**A must read if you are interested in wireless communications**#

Mxqh#5 /#i#<<<

E| **rkozakow@shrike.depaul.edu**#Pk lfdjr/#D, 0 Vhh#gœ|b_|#uhy1hz v

This review is from: Cellular/PCs Management (Hardcover)

Wk lv#errn#i#æ#jund#i#uïwle rvk #i#kh# lundvv#i#rp p xqlfdw#rvqi#qry 2#h#dqg#h| (shulhqfhg#
shuvrqqh lœ#æ#ihuv#i#qvljkw#x#dfiqirup dwrq#i#gi#dœ lxihdqg#ivxp p dulb#i#
juhd#wk lj kœ#vhylhy1hz #tr#i#kh#idxw#i#undhvv#i#ggxxvwx|#v#it# h# xiduvwdqg#i#pirv#
z lundvv#i#dœgirup dwrq#i#æxw#grqy ivt#zdqw#i#th|#jhg#grz q#i#xxdw#i#khiip kp lpxwk#hghwdbv#i#
wk lvi#junk#i#ernm#i#ruœi rx|a#

Help other customers find the most helpful reviews   Uhar#i#vxvh | Shœ dœhs

Z dvi#k lvi#uhylhz #khœixœœr#|rxB#

Frp p hgv

Vkduh#|rxu#krxjkw#z lwk#h wk u#xvwrp hu#w=#

  ➤ **See all 3 customer reviews...**

---

## Customers Also Bought Items By



Idœ|#rrœi



Fduœ Z hlvp dq

| Odzuhqfh#Kduwh | Olqdœd#Urda1hz vn | Dqœuhw#L#i#rœvfk |
| --- | --- | --- |
| Dqq | #rurgœq | Dqqdhd#|1lœrqq | Gdy1q|Ci1#Prdmp dq |
| Sdnvwrq#Judmœ | Vwhskhq#1E111 | Hduœ#r|vhq |
| Ohw#Euhœ | Ud|#Kruqn | P lfkdh#Th1hu |
| SJH1#Pqdnw#Prp_bk | Mp #Vrqfqd1b | P duœ#Vdxhu |

---

## Inside This Book

First Sentence:

D#jhqehp dqhhgqb hg#Khlqulfk#Khuw|#dvi#dvœ#khg|vfryhuhg#th#hohfwurp djqhw#z dyhv#i#khifkqlfhdœ#rxqgdwrq#rf#qwxi#phdfh#Uhqdœ#kh#dœvwdcl#

Key Phrases - Statistically Improbable Phrases (SIPs): œœ œ œ œ

Browse Sample Pages:

---

## Citations œœ œ œ œ

This book cites 11 books:

**See all 11 books this book cites**

4 books cite this book:

## Books on Related Topics

   

**Wireless Communications** e | #
Dqguhdlw/ rqrvp bki#

**Discusses:**
* fhxxqlw/lwhp ihhv?q
* fdq#dqgrli
* fhq#dvh#odwdrq

**Communications Systems and Networks** e | #Id | #Krudn#

**Discusses:**
* p rqvko|#uhfxuulqri##kdurh
* dffhvv#dqghn
* Rhq#qdqw#

**Wireless Broadband Handbook**
e | #U:bj\;h#U:#dwhv/

**Discusses:**
* fhxxqlw/#duuuuw
* fdq#dqgrli
* p rqvko#uhfxuulqri#Xduih

**Wireless A to Z** e | #Q dwkdqg#l#
P xdku#

**Discusses:**
* forq lr+#xdxw
* fdq#dqgrli
* forghq#krqh

## What Other Items Do Customers Buy After Viewing This Item?

 z luhdnvv#r udvk#rxwh/#vhfrqg#lqjdrq e | #dxqe#hqhw#dshuedn

'551<6

> **Explore similar items**

## Tag this product

Wklqn#rf#hdq j#dnw#hhnh| z rupr#vhdeho#| rx#frqvlghu#r#wxrqq o#dhdwhq#kr#ek/h#urqxfw
Wdjvhd beknw#dvdfxwvp huw#udq}dql]h#qqg#bqg#ddyruwh#wh#vhp v1

> **Explore product tags**

## Customer Discussions

## Listmania!

## So You'd Like to...

## Amazon eGift: Send a Gift Card Suggesting This Item (What's this?)

**Instant Delivery:** #op dld#jlbwf#dug#
vxjjhvwdqj#wkbv#whp #

**Flexible Gifting Choices:** #wkh|#dq#kuuvh#
wkb/#tru#blnf#blnrqvit#rwkuhn#uhp v1

  

Millions of other items

We e-mail your eGift  |  Recipient decides what to buy

## Look for Similar Items by Category

Errnv#A #Frp sxwhv#) #Whfkqrori|#A #Qhwzrunlqj#A #&\| luhdnvv#Qhwzruv

Errnv#A #Qhz # #Kvhg#h#{ wrry

Errnv#A #Eur0hvvlrqdn# #Whfkqlfdd#A #Hqilqhhulqi

## Look for Similar Items by Subject

Search **Books** by subject:
☐ VfIhqfh2Pdwkhp dwlfv
☐ Fhxxqldu#Wdnskrqh#vhuvlfhv#Iqgxvwul|
☐ Fhxxqldu#Wdnskrqh#|#vhp v
☐ Fhxxqldu#Wdnskrqh|
☐ Whfkuru:||# #Jqxxvwudu#Duw

☐ Z̲ l̲h̲d̲w̲v̲#f̲r̲p̲ p̲ x̲q̲l̲f̲d̲w̲r̲q̲#v̲|v̲w̲h̲p̲ v̲
☐ W̲h̲f̲k̲q̲r̲r̲i̲|# #I̲q̲i̲l̲q̲h̲h̲w̲l̲q̲i̲
☐ W̲h̲f̲k̲q̲r̲r̲i̲|# #I̲q̲i̲l̲q̲h̲h̲w̲l̲q̲i̲;#I̲#W̲h̲d̲f̲r̲p̲ p̲ x̲q̲l̲f̲d̲w̲r̲q̲v̲
☐ W̲h̲d̲f̲r̲p̲ p̲ x̲q̲l̲f̲d̲w̲r̲q̲v̲
☐ S̲r̲v̲w̲d̲#̲ #w̲h̲d̲f̲r̲p̲ p̲ x̲q̲l̲f̲d̲w̲r̲q̲v̲#l̲q̲q̲x̲v̲w̲l̲h̲v̲
☐ U̲d̲q̲l̲r̲#w̲h̲f̲k̲q̲r̲r̲i̲|
☐ W̲h̲f̲k̲q̲r̲r̲i̲|# #D̲s̲s̲d̲h̲q̲w̲V̲f̲h̲q̲f̲h̲v̲
☐ H̲q̲h̲f̲w̲l̲f̲w̲|
☐ H̲q̲h̲f̲w̲r̲q̲l̲f̲v̲#I̲q̲i̲l̲q̲h̲h̲w̲l̲q̲i̲# #F̲r̲p̲ p̲ x̲q̲l̲f̲d̲w̲r̲q̲v̲#I̲q̲i̲l̲q̲h̲h̲w̲l̲q̲i̲
☐ F̲h̲q̲x̲q̲l̲x̲#F̲r̲p̲ p̲ x̲q̲l̲f̲d̲w̲r̲q̲#W̲h̲f̲k̲q̲r̲r̲i̲|

[ Find books matching ALL checked subjects ]

I̲l̲h̲1̲/̲h̲d̲f̲k̲#̲e̲r̲r̲n̲#̲p̲ x̲v̲w̲#̲e̲h̲#̲l̲q̲#̲v̲x̲e̲h̲f̲w̲#̲f̲w̲#̲1̲#̲D̲Q̲G̲ #̲v̲x̲e̲h̲f̲w̲#̲f̲w̲5̲#̲D̲Q̲G̲ #̲l̲1̲1̲#

---

## Feedback

▶ #̲L̲i̲|̲ r̲x̲#̲q̲h̲q̲g̲#̲k̲q̲e̲#̲e̲r̲u̲#̲k̲q̲y̲h̲#̲l̲#̲t̲x̲h̲v̲w̲l̲r̲q̲#̲r̲u̲#̲F̲x̲w̲e̲r̲ h̲u̲#̲V̲h̲u̲y̲l̲f̲h̲/̲**contact us**̲#

▶ #̲z̲ r̲x̲q̲#̲|̲ r̲x̲#̲l̲q̲h̲#̲e̲r̲**update product info**̲/̲**give feedback on images**̲/̲l̲e̲u̲#̲**tell us about a lower price**̲B̲

▶ #̲L̲v̲#̲w̲k̲h̲u̲h̲#̲q̲|̲ #̲e̲r̲w̲k̲l̲u̲h̲h̲g̲e̲d̲f̲n̲#̲|̲ r̲x̲#̲z̲ r̲x̲q̲#̲q̲n̲h̲#̲w̲r̲ #̲e̲u̲y̲l̲g̲h̲B̲**Click here**

---

## Your Recent History ▸Z̲ k̲d̲w̲#̲k̲.k̲/̲B̲.



Loading

---

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

### Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon**.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | BeautyBar.com | Book Depository | CreateSpace |
|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Great Local Deals in Your City | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Indie Publishing Made Easy |
| Diapers.com | DPReview | Endless | Fabric | IMDb | MYHABIT | Shopbop | Small Parts |
| Everything But The Baby | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Private Fashion Designer Sales | Designer Fashion Brands | Industrial Supplies |
| Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | | |
| Health, Beauty & Home Essentials | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates

**EXHIBIT 08**

 **.GOV** 🇺🇸 *Official U.S. Government information about the Global Positioning System (GPS) and related topics*

Search: [                    ] ➡

**Skip menu**
HOME      WHAT'S NEW      SYSTEMS      APPLICATIONS      POLICY & FUNDING      MULTIMEDIA      SUPPORT

Home » Systems » GPS » Performance » Accuracy

**SYSTEMS:**

GPS Overview

Space Segment

Control Segment

Accuracy

Modernization

Augmentation Systems

Technical Documentation

**ACTIONS:**

 Bookmark this page

 Share this page via Facebook, Twitter, etc.

 Print this page

 Get website updates via RSS

 Comment on this page

 Get help and support

# GPS Accuracy

The U.S. government is committed to providing GPS to the civilian community at the performance levels specified in the GPS Standard Positioning Service (SPS) Performance Standard. For example, the GPS signal in space will provide a "worst case" pseudorange accuracy of 7.8 meters at a 95% confidence level. *VIEW DOCUMENT…* ➡



*FAA data collected in early 2011 shows that the horizontal accuracy of GPS SPS is often within ~1 m (click to zoom)*



*Air Force data shows increasing GPS signal-in-space accuracy from 2001 to 2010 (click to zoom)*

The actual accuracy users attain depends on factors outside the government's control, including atmospheric effects and receiver quality. Real-world data collected by the FAA show that some high-quality GPS SPS receivers currently provide better than 3 meter horizontal accuracy. *VIEW DATA AT FAA.GOV…* ➡

Higher accuracy is available today by using GPS in combination with augmentation systems. These enable real-time positioning to within a few centimeters, and post-mission measurements at the millimeter level. *LEARN MORE…* ➡

The U.S. government is committed to modernizing the GPS constellation to enable higher civilian accuracy without augmentations. The first of many next-generation GPS satellites was fielded in 2005. *LEARN MORE…* ➡

 What is GPS?

**What About Selective Availability (SA)?**

During the 1990s, GPS employed a feature called Selective Availability that degraded civilian accuracy on a global basis.

In May 2000, at the direction of President Bill Clinton, the U.S. government ended its use of Selective Availability in order to make GPS more responsive to civil and commercial users worldwide.

The United States has no intent to ever use SA again.

*LEARN MORE…* ➡

## Is Military GPS More Accurate Than Civilian GPS?

The accuracy of the GPS signal in space is actually the same for both the civilian GPS service (SPS) and the military GPS service (PPS). However, SPS broadcasts on only one frequency, while PPS uses two. This means military users can perform *ionospheric correction*, a technique that reduces radio degradation caused by the Earth's atmosphere. With less degradation, PPS provides better accuracy than the basic SPS.

Many users enhance the basic SPS with local or regional augmentations. Such systems boost civilian GPS accuracy beyond that of PPS. *LEARN MORE…* ➡

The ongoing GPS modernization program is adding new civilian signals and frequencies to the GPS satellites, enabling ionospheric correction for all users. Eventually, the accuracy difference between

military and civilian GPS will disappear. But military GPS will continue to provide important advantages in terms of enhanced security and jam resistance. *LEARN MORE...* ➡



This page was updated on October 29, 2011. This U.S. government website has been developed by the National Coordination Office for Space-Based Positioning, Navigation, and Timing and the Civil GPS Service Interface Committee. It is hosted by the Coast Guard Navigation Center. Privacy policy. Contact webmaster.



 **GPS**.GOV

🇺🇸 *Official U.S. Government information about the Global Positioning System (GPS) and related topics*

Search: _____

Skip menu

HOME    WHAT'S NEW    SYSTEMS    APPLICATIONS    POLICY & FUNDING    MULTIMEDIA    SUPPORT

Home » Systems » GPS » Space Segment

**SYSTEMS:**

GPS Overview
Space Segment
Control Segment
Accuracy
Modernization
Augmentation Systems
Technical Documentation

**ACTIONS:**

 Bookmark this page

 Share this page via Facebook, Twitter, etc.

 Print this page

 Get website updates via RSS

 Comment on this page

 Get help and support

# Space Segment

The GPS space segment consists of a constellation of satellites transmitting radio signals to users. The Air Force manages the constellation to ensure the availability of at least 24 GPS satellites, 95% of the time. For the past several years, the Air Force has been flying 31 operational GPS satellites, plus 3-4 decommissioned satellites ("residuals") that can be reactivated if needed. *VIEW CONSTELLATION STATUS AT NAVCEN...* ➡

**C O U N T D O W N**
**136:08:11**
DAYS    HOURS    MINS

*Time to launch of* **GPS IIF-3** *on 9/20/2012 9:24 a.m. EDT (Subject to change)*

**On this page:**

■ Satellite Orbits
■ Satellite Generations
  ○ GPS Block IIR
  ○ GPS Block IIR(M)
  ○ GPS Block IIF
  ○ GPS Block III

## Satellite Orbits

GPS satellites fly in medium Earth orbit (MEO) at an altitude of approximately 20,200 km. Each satellite circles the Earth twice a day.



The satellites in the GPS constellation are arranged into six equally-spaced orbital planes surrounding the Earth, each containing four "slots" occupied by baseline satellites. This 24-slot arrangement ensures there are at least four satellites in view from virtually any point on the planet.

The Air Force normally flies more than 24 GPS satellites to maintain coverage whenever the baseline satellites are serviced or decommissioned. The extra satellites may increase GPS performance but are not considered part of the core constellation.

In June 2011, the Air Force successfully completed a GPS constellation expansion known as the "Expandable 24" configuration. Three of the 24 slots were expanded, and six satellites were repositioned, so that three of the extra satellites became part of the constellation baseline. As a result, GPS now effectively operates as a 27-slot constellation with improved coverage in most parts of the world. *LEARN MORE AT AF.MIL...* ➡

Technical details about the orbits, coverage, and performance of the GPS satellite constellation are documented in the GPS Performance Standards. *VIEW...* ➡

*RETURN TO TOP OF PAGE*

## Current and Future Satellite Generations

The GPS constellation is a mix of new and legacy satellites. The following text describes the various generations, or blocks, of GPS satellites that are currently flying. It also describes the satellites under development as part of the GPS modernization program. *LEARN ABOUT GPS MODERNIZATION...* ➡



### GPS Block IIA

Block IIA is an upgraded version of the GPS Block II satellites launched in 1989-1990. The "II" refers to the second generation of GPS satellites, although Block II was actually the first series of operational GPS satellites. The "A" stands for *advanced*.

Developed by Rockwell International (now Boeing), the IIA series production comprised a total of 19 satellites: Space Vehicle Number (SVN) 22 through SVN-40. The first IIA was launched in November 1990, and the last launch occurred in November 1997. As of January 2012, there were 10 Block IIA satellites remaining in the GPS constellation, including two that have operated for over 20 years. *LEARN ABOUT THE 20-YEAR-OLD SATELLITES AT AF.MIL…* ➡

**Key Features:**

- Coarse/Acquisition (C/A) code navigation for civil users.
- Precision P(Y) code navigation for military users.
- 7.5-year design lifespan.



### GPS Block IIR

The IIR series were produced to replace the II/IIA series as the II/IIA satellites gradually degraded or exceeded their intended design life. The "R" in Block IIR stands for *replenishment*.

Developed by Lockheed Martin, the production consisted of a total of 13 satellites: SVN-41 through SVN-47, SVN-51, SVN-54, SVN-56, and SVN-59 though SVN-61. The first successful launch occurred in July 1997, and the last in November 2004. As of January 2012, there were 12 IIR satellites in the GPS constellation, forming the backbone of today's GPS along with the IIR(M) series.

**Key Improvements:**

- On-board clock monitoring.



### GPS Block IIR(M)

The IIR(M) series of satellites are an upgraded version of the IIR series, completing the backbone of today's GPS constellation. The "M" in IIR(M) stands for *modernized*, referring to the new civil and military GPS signals added with this generation of spacecraft.

Developed by Lockheed Martin, there are eight IIR(M) satellites: SVN-48 through SVN-50, SVN-52, SVN-53, SVN-55, SVN-57, and SVN-58. The first IIR(M) was launched in September 2005, and the last launch occurred in August 2009. As of February 1, 2012, there were seven healthy IIR(M) satellites in the GPS constellation, with the final one (SVN-49) set to "unusable" status but transmitting signals for test purposes.

**Key Improvements:**

- Second civilian GPS signal (L2C) for improved performance in commercial applications. *LEARN MORE…* ➡
- Two new military signals providing enhanced military jam-resistance.
- Flexible power levels for military signals.





### GPS Block IIF

The IIF series expand on the capabilities of the IIR(M) series with the addition of a third civil signal in a frequency protected for safety-of-life transportation. The "F" in IIF stands for *follow-on*. Compared to previous generations, GPS IIF satellites have a longer life expectancy and a higher accuracy requirement. Each spacecraft uses a mix of rubidium and cesium atomic clocks to keep time within 8 billionths of a second per day. The IIF series will improve the accuracy, signal strength, and quality of GPS.

Developed by Boeing, the IIF series includes a total of 12 satellites: SVN-62 through SVN-73. The first IIF satellite launched in May 2010. As of January 2012, there were two operational IIF satellites in the GPS constellation. *LEARN ABOUT THE LATEST GPS IIF SATELLITE AT AF.MIL...* ➡

**Key Improvements:**

- Operational version of the third civilian GPS signal (L5) for transportation safety. *LEARN MORE...* ➡
- 12-year design lifespan.
- Extremely accurate atomic clocks.

Additional information about the GPS IIF satellites is available from the manufacturer's website. *GO THERE...* ➡



### GPS Block III

Currently under development by Lockheed Martin, the GPS III series is the newest block of GPS satellites (SVN-74 and up). GPS III will provide more powerful signals in addition to enhanced signal reliability, accuracy, and integrity -- all of which will support precision, navigation, and timing services. Based on the current contracts and funding, four GPS III satellites will be produced with options to purchase an additional eight satellites. Future versions will feature increased capabilities to meet demands of military and civilian users alike.

**Key Improvements:**

- Fourth civilian GPS signal (L1C) for international interoperability. *LEARN MORE...* ➡
- 15-year design lifespan.
- *Future:* Distress Alerting Satellite System (DASS) for search and rescue.
- *Future:* Satellite crosslinks for rapid command and reduced age of data.

On January 12, 2012, the Air Force awarded Lockheed Martin a contract for production of the third and fourth GPS III satellites. *LEARN MORE AT CONTRACTOR'S WEBSITE...* ➡

Additional information about the GPS III satellites is available from the manufacturer's website. *GO THERE...* ➡

*RETURN TO TOP OF PAGE*

This page was updated on January 31, 2012. This U.S. government website has been developed by the National Coordination Office for Space-Based Positioning, Navigation, and Timing and the Civil GPS Service Interface Committee. It is hosted by the Coast Guard Navigation Center. Privacy policy. Contact webmaster.

**<u>EXHIBIT 09</u>**

February 3, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: your invoice and appointment to the defense;
Page # 1 of 4

_Delivered in Electronic Format Via:_ Email          _to:_ 

_on:_ February 20, 2012   _by:_ Dan Colmerauer          _under the instruction of Daniel Rigmaiden._

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

February 3, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: your invoice and appointment to the defense;
Page # 2 of 4

I filed a motion requesting that you be removed from the defense and it was recently granted. A copy of the order is attached. The reason why I requested that you be removed is because you have ignored the majority of my requests for technical assistance and it leads me to believe that you lack the technical knowledge needed in order to be an expert. I asked you numerous complex questions that are still pending relating to the operations of 1xEV-DO cellular data networks. You have ignored nearly all of my questions and I can only assume that you do not wish to put in the time needed to study the relevant technical standards. My defense depends significantly on the air interface and on other matters explained in IS-856, IS-683, IS-878, *etc.* [                                                                    ] Below are a few examples in support of the above conclusion.

Via a May 10, 2011 written message, I requested assistance on numerous issues. You ignored 9 out 15 numbered questions and indicated that you would get back to me on the rest but you never did. The questions that you did answer were answered in a way that either did not address the question or were answered in the context of a cellular voice network as apposed to the relevant cellular data network. [                                                                    ]

February 3, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: your invoice and appointment to the defense;
Page # 3 of 4

        During a phone call, when I asked you to identify the protocols used by the aircard you
advised me that it operated on 1xRTT while in actuality it operated on 1xEV-DO Rel. 0 and
1xRTT.  You also completely ignored my written request for assistance (dated June 21, 2011)
regarding the air interface.

February 3, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: your invoice and appointment to the defense;
Page # 4 of 4

_____

However, I do still feel as if you were leading me
on in your area of expertise. There is a big difference between what I am doing in my case and
what you have done in past cases.

I sincerely thank-you for trying.


Sincerely,


s/ Daniel Rigmaiden
Daniel Rigmaiden
Pro Se, Defendant

**EXHIBIT 10**

**From:**
**To:**
**Sent:**    Wednesday, February 22, 2012 10:31 AM
**Subject:**  Re: Daniel Rigmaiden

Dan,
I haven't read this whole letter, but I get the gist that you have issues with the invoice.  Don't worry about the
bill.  I've have been totally swamped and haven't given you the attention I should have.

-----Original Message-----
From: Dan Colmerauer
To:
Sent: Wed, Feb 22, 2012 11:00 am
Subject: Daniel Rigmaiden

Please see the attached letter from Daniel Rigmaiden.

Dan Colmerauer
Assistant to Philip Seplow