IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Daniel David Rigmaiden,<br><br>  Defendant. | Case No. CR 08-0814-PHX-DGC<br><br>O R D E R |

PURSUANT TO DEFENDANT'S Motion to Strike Motion to Continue Trial and good cause shown,

IT IS HEREBY ORDERED striking Defendant's Motion to Continue Trial filed at Docket Number 829.

DATED this 15th day of June, 2012.

_____
David G. Campbell
United States District Judge

1