```
                    IN THE UNITED STATES DISTRICT COURT

                            DISTRICT OF ARIZONA

United States of America,    )   Case No. CR 08-0814-PHX-DGC
                             )
              Plaintiff,     )
                             )   O R D E R
         vs.                 )
                             )
Daniel David Rigmaiden,      )
                             )
_____    )
```

PURSUANT TO Defendant's Motion to Continue Trial, the government having no objection, and good cause shown,

IT IS HEREBY ORDERED continuing the trial in the above-entitled case from the 13th day of June, 2012, to the 11th day of September,2012, at 9:00 a.m.

For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny the Defendant, proceeding *pro se*, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(8)(B)(iv)) and due to the existence of novel questions of fact and law additional time is necessary for adequate preparation for pretrial proceedings and for the trial itself (18 U.S.C. § 3161(h)(7)(B)(ii)).  In light of the above, the Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a

speedy trial.

IT IS FURTHER ORDERED extending the deadline for filing pretrial motions to the 20th day of July, 2012.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B) will commence from June 12, 2012 to September 11, 2012.

DATED this 15th day of June, 2012.

_____
David G. Campbell
United States District Judge

2