1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7              UNITED STATES DISTRICT COURT

8                 DISTRICT OF ARIZONA

9

10 United States of America,              No. CR08-814-PHX-DGC

11        Plaintiff,                       SUBMISSION OF DOCUMENTS
                                           RELATED TO NORTHERN DISTRICT
12 v.                                      OF CALIFORNIA 08-70503-PVT
                                           SEARCH WARRANT USED TO
13 Daniel David Rigmaiden, et al.,         PHYSICALLY SEARCH APARTMENT
                                           NO. 1122
14        Defendant.

15

16        Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the

17 record in this case the search warrant application, search warrant, and search warrant return

18 related to the Northern District of California 08-70503-PVT search warrant obtained by the

19 government to physically search apartment No. 1122.  The attached documents[1] are as

20 follows:

21        1.      Northern District of California 08-70503-PVT search warrant application;

22 Location to be searched: 431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050;

23 (Affiant: Michael P. Fleischmann; Signature Date: August 4, 2008); (July 13, 2010 discovery

24 set); <u>ATTACHMENT 01</u>.

25        2.      Northern District of California 08-70503-PVT search warrant; Location to be

26 searched: 431 El Camino Real, Apartment No. 1122, Santa Clara, CA. 95050; (Magistrate

27

28 1.      The attachments attached to this submission have been redacted pursuant to Fed. R.
   Crim. P. 49.1(a).

- 1 -

SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA
08-70503-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122
CR08-814-PHX-DGC

Judge: Patricia V. Trumbull; Signature Date: August 4, 2008); (July 13, 2010 discovery set); ATTACHMENT 02.

     3.     Northern District of California 08-70503-PVT search warrant return; (Magistrate Judge: Patricia V. Trumbull; Signature Date: August 5, 2008); (July 13, 2010 discovery set); ATTACHMENT 03.

     The above listed documents are being placed on the record considering they are relevant to the defendant's motion to suppress and separate motion for order requiring the government to comply with the attached warrant's "Computer Search Protocol For The Northern District Of California."

     This submission was drafted and prepared by the *pro se* defendant and he authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF system.  The defendant is appearing *pro se* and has never attended law school.  The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

     It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this submission.

///

///

///

///

///

///

///

///

///

///

///

SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA 08-70503-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122 CR08-814-PHX-DGC

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:


s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

*SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA 08-70503-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                    I caused the attached document to be

electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

- 4 -

SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA 08-70503-PVT SEARCH WARRANT USED TO PHISICALLY SEARCH APARTMENT NO. 1122 CR08-814-PHX-DGC