Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA 08-70502-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH STORAGE UNIT NO. A-47 |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits for the record in this case the search warrant application, search warrant, and search warrant return related to the Northern District of California 08-70502-PVT search warrant obtained by the government to physically search storage unit No. A-47. The attached documents[1] are as follows:

1.  Northern District of California 08-70502-PVT search warrant application; Location to be searched: storage unit No. A-47, CBD Indoor Mini, 570 Cinnabar Street, San Jose, California 95110; (Affiant: Michael P. Fleischmann; Signature Date: August 4, 2008); (July 13, 2010 discovery set); <u>ATTACHMENT 01</u>.

2.  Northern District of California 08-70502-PVT search warrant; Location to be searched: storage unit No. A-47, CBD Indoor Mini, 570 Cinnabar Street, San Jose,

---

1.  The attachments attached to this submission have been redacted pursuant to Fed. R. Crim. P. 49.1(a).

- 1 -

1 California 95110; (Magistrate Judge: Patricia V. Trumbull; Signature Date: August 4, 2008);

2 (April 13, 2009 discovery set); ATTACHMENT 02.

3      3. Northern District of California 08-70502-PVT search warrant return;

4 (Magistrate Judge: Patricia V. Trumbull; Signature Date: August 5, 2008); (April 13, 2009

5 discovery set); ATTACHMENT 03.

6     The above listed documents are being placed on the record considering they are

7 relevant to the defendant's motion to suppress and separate motion for order requiring the

8 government to comply with the attached warrant's "Computer Search Protocol For The

9 Northern District Of California."

10     This submission was drafted and prepared by the *pro se* defendant and he authorizes

11 his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF

12 system. The defendant is appearing *pro se* and has never attended law school. The

13 defendant's filings, however inartfully pleaded, must be liberally construed and held to less

14 stringent standards than formal pleadings drafted by lawyers. *See* Haines v. Kerner, 404 U.S.

15 519, 520 (1972).

16     It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

17 result of this submission.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Respectfully Submitted:

3 | PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

6 | s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

*SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA 08-70503-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                          I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA 08-70503-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH APARTMENT NO. 1122 CR08-814-PHX-DGC*