↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓
↓ ATTACHMENT 03 ↓

*ATTACHED ATTACHMENTS*
*SUBMISSION OF DOCUMENTS RELATED TO NORTHERN DISTRICT OF CALIFORNIA*
*08-70502-PVT SEARCH WARRANT USED TO PHYSICALLY SEARCH STORAGE UNIT NO. A-47*
*CR08-814-PHX-DGC*

Northern District of California 08-70502-PVT search warrant
return; (Magistrate Judge: Patricia V. Trumbull; Signature Date:
August 5, 2008); (April 13, 2009 discovery set);

# UNITED STATES DISTRICT COURT
## *Northern District of California*   FILED

### In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Storage Unit No. A-47
Located at:
CBD Indoor Mini
570 Cinnabar Street
San Jose, California 95110

2008 AUG -5 P 3: 13

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SEARCH WARRANT**

Case Number:

# 08-70502 PVT 

TO:   Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann and any Authorized Officer of the Internal Revenue Service – Criminal Investigation.  An affidavit having been made before me by affiant, Internal Revenue Service – Criminal Investigation Special Agent Michael P. Fleischmann, who has reason to believe that on the premises known as:

**SEE ATTACHMENT A – LOCATION TO BE SEARCHED.**

in the Northern District of California, there is now concealed property namely:

**SEE ATTACHMENT B – ITEMS AND PERSON TO BE SEIZED**

which is property that constitutes evidence of criminal offenses, or property designed or intended for use, or used as a means to commit criminal offenses, or a person to be arrested (that is, Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stewart), in violation of 18 U.S.C. § 286, Conspiracy to Defraud the Government; 18 U.S.C. § 287, False, Fictitious or Fraudulent Claims;18 U.S.C. § 371, Conspiracy; 18 U.S.C. § 1028, Identity Fraud; 18 U.S.C. § 1028A, Aggravated Identify Theft; 18 U.S.C. § 1029, Fraud with Access Devices; 18 U.S.C. § 1030, Computer Abuse and Fraud; 18 U.S.C. § 1341, Mail Fraud; and 18 U.S.C. § 1343, Wire Fraud.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is now concealed within the location so described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____8/14/08_____
                                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime – 6:00 a.m. to 10:00 p.m. and if the property or person be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to United States Magistrate Judge Patricia V. Trumbull as required by law.

_August 4, 2008  4:26 pm_ at
Date and Time Issued

PATRICIA V. TRUMBULL
United States Magistrate Judge

San Jose, California
City and State

_Patricia V. Trumbull_
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| August 4, 2008 | August 4, 2008 5:30PM | James Mathews - Facility Manager |

INVENTORY MADE IN THE PRESENCE OF

Denise Medrano

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. JUDGE OR MAGISTRATE JUDGE
DATE  8/5/08

ATTACHMENT A – LOCATION TO BE SEARCHED

STORAGE UNIT NO. A-47
CDB INDOOR MINI
570 CINNABAR STREET
SAN JOSE, CALIFORNIA 95110

The location to be searched is a self storage unit currently rented by a person using the name Daniel Clifton Aldrich who also currently uses the name Steven Travis Brawner. Specifically, Storage Unit No. A-47 is located within the CDB Indoor Mini self-storage facility located at 570 Cinnabar Street, San Jose, California 95110.  Unit No. A-47 has a white wooden door and is currently locked with a gold tone combination lock; the unit's number "A-47" is located directly on the unit's white door.

ATTACHMENT B – ITEMS TO BE SEIZED

ITEMS TO BE SEIZED related to Steven Travis Brawner, a.k.a. Travis Rupard, a.k.a. Patrick Stout, a.k.a. the "Hacker," and other unidentified individuals located at Storage Unit No. A-47, 570 Cinnabar Street, San Jose, California, 95110, for possible violations of the following statutes:

        a.      18 U.S.C. § 286 – Conspiracy to Defraud the Government;

        b.      18 U.S.C. § 287 – False, Fictitious or Fraudulent Claims;

        c.      18 U.S.C. § 371 – Conspiracy;

        d.      18 U.S.C. § 1028 – Fraud Related to Identity Information;

        e.      18 U.S.C. § 1028A – Aggravated Identity Theft;

        f.      18 U.S.C. § 1029 – Fraud with Access Devices;

        g.      18 U.S.C. § 1030 – Computer Abuse and Fraud

        h.      18 U.S.C. § 1341 – Mail Fraud; and

        i.      18 U.S.C. § 1343 – Wire Fraud;

For the period January 1, 2005, through the present:

1.     All data stored within any and all computer systems, including any related electronic storage media, electronic devices capable of storing data and access devices, found within the location described in Attachment A:

a.     Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them, including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

1

b.     Computer software, including operating systems, application programs, disk or file encryption programs, compilers, interpreters, and any and all programs or instructions capable of interpretations by a computer and stored in the form of magnetic and/or electronic media.

c.     Records, in printed or electronic format, that contain configuration settings and/or activity logs for computer access devices, to include router and/or DSL modem configuration settings, router settings, analog modem dial up account settings, hardware firewall settings, software based firewall settings, configuration settings for any virtual private network ("VPN") device and configuration settings for any other computer network security device.

d.     Computer hardware system's date and time, operating system, file system, registry information and user's information maintained in the system to include passwords, searches, websites visited and other items that relate to the referenced violations.

e.     Cookie files, which are files that are generated by a web site when a user on a remote computer accesses it.  The cookie is sent to the user's computer and is placed in a directory on that computer, usually labeled "Internet" or "Temporary Internet Files."  The cookie includes information such as user preferences, connection information such as a time and date of use, records of user activity including files accessed or services used, or account information.  The cookie is then accessed by the web-site on subsequent visits by the user, in order to better serve the user's needs.

f.     Log files that contain records about system events and status, the identity and activities of users, and anomalous or unauthorized computer usage.  Names for various log files including: user logs, access logs, audit logs, transactional logs, and apache logs.  Logs can also maintain records regarding the identification of users on a network, as well as Internet sites accessed by the computer.

g.     Computer-related documentation which may consist of written, recorded, printed, or electronically stored material which explains or illustrates how the hardware, software, or other related items are operated, configured or used.

For the purpose of searching for items 2-19 below:

2.     Documents, paper or electronic, identifying the true identity of "the Hacker", for example: Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, passports, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, and wire transfer records;

2

3.      Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information;

4.      Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts;

5.      Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

6.      Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

7.      Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnets" including websites, books, manuals, how-to instructions, etc.

8.      Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect;

9.      Receipts or correspondence in handwritten, printed, optical or electronic format for any money order, bank draft, counter check, or deposit to a prepaid debit card;

3

10.     Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards;

11.     Records or correspondence in handwritten, printed, optical or electronic format detailing telephone and/or voice communications, whether through the public switched telephone network ("PSTN"), cellular or voice over IP ("VOIP"), to include "call logs" contained within software applications capable of initiating or receiving voice communications, for example: Skype, Google Talk, Free World Dialup, Asterisk PBX, etc.;

12.     Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations;

13.     Records or correspondence in handwritten, printed, optical or electronic format related to the creation of identification documents such as drivers' licenses, social security cards and birth certificates, as well as, equipment and materials used to make debit cards and such false identification documents.

14.     Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems;

15.     Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger;

16.     Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats;

17.     Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats;

18.     Records or correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, "to-do" lists setting forth things to do in furtherance of the subject scheme, or the use of proxies, botnets or any other automated process of filing tax returns.

4

19. Proceeds from criminal conduct related to the subject violations of federal law including, the 680 $100.00 dollar bills bearing the following serial numbers:

Serial Numbers for $100.00 bills received by the "Hacker" on May 7, 2008:

| | | |
|---|---|---|
| DB18385960A | AC37689779A | DF06816937B |
| BB87587823A | DB06939338B | BH11046992A |
| FB94243279C | AK87165909A | AB21947210P |
| BI47337633A | DG19239879A | AF94764058A |
| FL28041437B | AB19885770Q | DB36401664B |
| CC04358954A | DE39726353A | DL64020058A |
| FB41228293C | FH21533285A | AJ69992262A |
| AB18375943X | AA04816408B | CL04684186B |
| AB50797169W | AB95971060X | AB63907192A |
| DB35837542B | DK27869123A | AG69137888B |
| AB74859325A | DF97694831A | AB73392556L |
| BE28132032A | CB79362372F | CB42385783B |
| CB68995176D | CB06527101E | AB52958983A |
| CE04788444A | DJ28777612A | AB38927784A |
| DE04105683A | AB58003847P | AJ16085906A |
| DE75663092A | AL60805401B | AL85789848B |
| AB41979005S | DL39817264A | AB01830654J |
| FL78550263C | AB97353242R | FK34162342B |
| DB51369255B | AB05244098D | FL81068556B |
| DB24812624D | CB42369306C | FB10992881A |
| FK42534955B | DB65313632B | DF81029418A |
| AB79476233P | AB86069359R | DB13829513C |
| CB58917661C | FL87656580A | AB23661928G |
| DC36198430B | DB35579624B | AB60625954L |
| AG84655007B | AA94152774A | FF46163566A |
| BI38474323A | AB56013763K | CJ18677605A |
| AD66571239B | AE55081764A | CB48968862C |
| DL56873710A | FL30164258C | AB12973728E |
| AB19116978N | BA25588019A | AC15301316A |
| CA24434265A | DB36182855B | AC34066226A |
| AF74559710A | AG07152693B | CD13711986A |
| FL78605687C | AJ32037701A | FJ07606503A |
| AE28373618C | AA00994332B | FE80258615A |
| DL75717085A | FL14513712C | AB39492569H |
| AK26625791B | AB71359064X | AB79393849V |
| AL39220215B | FF10386374A | CH24522614A |
| DJ34119303A | AF61729719A | DE68149607A |
| AD17691552A | CB12227643A | HB09582488B |

5

| | | |
|---|---|---|
| FG38867342A | CB75263042F | DB98183682B |
| BB35854508B | DF44005220B | CG41612278A |
| AL88025385B | AB27976737R | CB91450763A |
| AB26947763U | FG20903689A | FL78809019C |
| DB09216172D | CK42878972A | AB14700021G |
| AB15730166P | AH24613009A | FI06402366A |
| DH15960993A | AJ34418184A | CB02438411E |
| AF74085026A | CL39527299A | FI06818210A |
| CB83031845A | CF82856709A | AB90220541X |
| AD47026903B | HD14657645A | AE27744175B |
| DE58699181A | FK96230362A | AB13016500D |
| AB04342828F | FK73782209A | DB01771236A |
| DB60964014B | FF02843779C | AF49981678A |
| CL74398566A | AB95930252B | AG30668968B |
| AB42489247B | AE86563990B | CL58459216A |
| FF36026850B | AL00654935C | CB77096682F |
| DB34235568C | AB33014630R | AB66203978L |
| AE11378869C | CB45753245A | AB98716553E |
| DG34993900A | AA25652722A | AB16626823J |
| FE47510993A | AF39655433A | FF31099747C |
| AG10409353A | DH00600691A | HB96358363A |
| AE00150302A | FL48362268C | DF53746022B |
| CG33441206A | CB51083679D | DB14643937A |
| AB59561303V | FL05017647B | AB49244965C |
| BI16162862A | CB89960761E | AB30955791E |
| DG59651487A | DB26422312C | FL46070690C |
| AB38270354Q | FB08046223B | FL08625253C |
| AB10351833L | AB78688779A | BI35361471A |
| BB08154871A | FF94829480B | AE68542980B |
| DB05572803C | CL17351812B | FB44380328A |
| FF14502396B | CG43196240A | HB55880293B |
| DL12723197A | FF11072353A | AA13323056A |
| AL62602684A | AB90339649S | DG54459228A |
| DF27714501A | FI06492158A | DB74171287A |
| AF36332808B | FB65348814A | AL77768855B |
| AB44412507W | FB16245473A | BI54972713A |
| AF21573462B | AG12447602C | DB25949964C |
| AG48143730B | AG65749858B | AE27170014B |
| AG31949891C | AB44619794M | HB69806264A |
| FL81193772B | AB81500422L | FG79471871A |
| AL41459497A | DL72701820A | AD63828811A |
| CK03922181A | DB32399903B | AB04058041M |
| DF26926753B | AK53090135A | BG42041064A |

6

| | | |
|---|---|---|
| HE57638571A | AB35963121L | DB57346326B |
| CC17272540A | DG54563860A | DF94736929A |
| CL08553448A | AL28087833D | DB62354192D |
| FB23176883B | BG49182675A | DG74157869A |
| FL91503056B | DC18233983A | DB17332500A |
| AL93001473A | DB60976456C | AB60324719N |
| AB84119259D | HB11113815D | FL99194153A |
| HD13009865A | FB74095899A | AD75060578A |
| FF10774945C | AG48697785B | AH51625366A |
| FB63150874B | AB31772798M | DF63396263A |
| FF14289525B | FL02509956B | DF63396262A |
| AL27547641D | DG02239680A | CB53257122D |
| FI06673313A | DJ30302001A | DB17096587A |
| FL44156166A | CB72424366C | HE25770873A |
| DL73195931A | AB12152167C | CB30022447D |
| DF03343331A | AB61844925T | CA03961417A |
| DB07977224A | CG04465590A | AB80057196A |
| AB43950113P | AB68868805G | CK12260622A |
| FK29471206B | CB08122059E | DB00806034D |
| FB28416040A | AE49535861C | AB86381831L |
| BB57664753B | AB86767874S | CB91554171B |
| FE57096070A | AB71508590P | AB80944683J |
| BE33802418A | CB73831654C | CB33798017E |
| CB74167446F | AB49473068G | FB18869434A |
| FL47747282A | AD13125341B | AB04032278S |
| CL93057108A | FL30889791C | FH38086330A |
| FK18598211B | FL55238022C | FB03016241B |
| DB64301239C | FK22003057B | AB00596562* |
| DC14131059A | DB08495975D | FF24739221B |
| DG16863637A | CE31328095A | AB05584441X |
| AB82644908G | CA11330389A | FB15060678A |
| AB91961854D | CB31797869B | CG49677094A |
| CL34344893B | DF60735356B | FJ35050673A |
| FH07771364A | FG03414982B | CB35964084E |
| AB54023293N | AB13815569F | DG42201914A |
| CL01309951B | AA93007953A | DF28974414A |
| DH21031575A | AB04301260D | FF94401016B |
| AK91244875A | FE32034625A | CB09003595A |
| DF04562157A | DB19832251D | BF08073621A |
| FL34041066B | AB77463877J | AL28723867A |
| DF23111548A | DB56792778B | FE11160134A |
| AB94524205N | CI02702869A | BI68442321A |
| AB94326663W | FF14561157B | FL35720480B |

7

| | | |
|---|---|---|
| FB03675160A | AB69392246H | AL78605817D |
| AB25147837M | FF72829622A | CB34738744D |
| DB43644736C | BI33946194A | FL47807839B |
| AL48364262A | AB37621723N | HB84870524C |
| AH06073244A | HE01740733A | AB79157644G |
| FD02651855A | AD05002107A | FB77961125A |
| CB48969703B | DC32207041A | FG32713615A |
| AB50696656T | AB83037271V | CB26685786D |
| FL48718098C | CB40337874C | FL88897215A |
| CJ18525081A | DB45531203A | BB31590970B |
| AE44082347A | FL63397543B | AB37023335C |
| CB84104459D | CF66361167A | AE93732088B |
| DE50427434A | AH56916430A | AG91085684A |
| FE71691982A | AB87443362A | AB89984005F |
| FE17233862A | FE49486792A | DE30751696A |
| AF73438221A | AB67285139N | DF11651337B |
| AB68187628S | CF72777238A | AB95200222P |
| AF59897388A | DB15846615B | CB84589326B |
| AD62041029B | CB27224302E | FK41979804B |
| HD13125794A | HD12844630A | CG15591056A |
| FK43033400A | AB30967090J | HB36485827B |
| AB87582473B | AB45655182P | FL25035090B |
| HD13125795A | BJ20312571A | FL69570015B |
| DL56364513A | AD46176718A | CL53564635A |
| AB27566704V | AE27313041A | AB25508686Q |
| DH07856796A | FG96092738A | AE29702171C |
| CB93490954B | AB94649447L | AL32180576D |
| AB18931681G | HE59761184A | DL76636552A |
| AB02865729S | AG86961073B | AE72335341B |
| DB72137383B | AB21768846U | FB75782104A |
| FL64397368A | HB12111959A | AK34254095B |
| CB48780189F | HB10663326A | BI20351547A |
| AC54738609A | CF14057331A | AB80233486Q |
| DG43006136A | CG09116597A | FK62250439A |
| AB81506632C | FL42313531C | CF49248494A |
| AL44558216A | DG79619537A | CG22948461A |
| DL25205924A | AF64290654B | HB60905466A |
| FK68543397B | FB17193438B | CB03963322C |
| BB04257826* | FB40054783B | AB15212026M |
| FB70076302C | DB43117403B | AL16716290A |
| DE27554281A | CL08172922B | DB10216377B |
| AB67242851J | AB64921957M | BI58403299A |

8

| | | |
|---|---|---|
| CK33122844A | AB05206651S | HC29010164A |
| AG23392659C | FL62232169C | HE03781601A |
| FL66440149C | AI16495287A | AB22026281W |
| FL85047494A | AB23295602H | CG27127158A |
| AB07335122B | AB68286726I | AB18283552R |
| CB42737176C | DF18004111A | FE52594469A |
| AE90669389B | AB22616197D | BI49295699A |
| DB77373061B | AE07549290C | AB54402350V |
| AK14577801B | AL42624933C | DB36123897A |
| DB49153979D | DF00467371B | DB36340212B |
| BB81046868A | AB22136987B | FB37516757C |
| DB22756065D | BI38647055A | FL48648893C |
| AB42638974D | AL48185406C | FL48648892C |
| DF23586633A | AB63396513P | CB34163213B |
| CB92269111B | CA27994545A | FF91004156B |
| AE30577644C | FF06414630C | AB98436549I |
| DF77088816A | BB29044319A | AB23093642J |
| CB74036556D | FL68669857C | AC58427096A |
| DB09248847A | FL68669858C | AE57250789B |
| DB55170018D | FB53231031C | AB15018864R |
| FF34722104A | AG81382890A | DF87708361A |
| AB10796374N | AB60210380L | AC02732247A |
| CA15255670A | FH07143936A | CL78621260A |
| FL15418342A | AL88554170A | CB40505094E |
| FF22438870B | CB23067500F | DH16959727A |
| AB49800013V | DB72614446C | CF67128828A |
| AH84894867A | AG72870614A | DB46844399A |
| DK22890100A | AB91191744R | BB46495300A |
| CB09660788D | AB06186743Y | FG49917029A |
| HD20328530A | AD21095815B | CA23597475A |
| AE98483353B | DB67046556C | CL89269579A |
| AB97371136Q | AD04858240A | AB88129963I |
| AB69785934V | AB70719156U | BE44082893A |
| AA97333929A | FL36923015C | DB80734391B |
| AB36631692R | BE22020543A | DK00900470* |
| CA26772144A | FF27080409B | DD05327835A |
| DL58183333A | FF27080450B | AA04072437B |
| HB73721689A | FF27080408B | AE98156552B |
| DL34924276A | AB15490315Q | FB83003228C |
| AB52528027I | AB06897453H | FE52098322A |
| CD01603110A | AB35304216L | FL37116831C |
| FL95113575B | CL68473188A | FB22510956D |
| FB62009149A | CK30787372A | AB46754839G |

9

| | | |
|---|---|---|
| FL00407377* | DL81838120A | CL20079152B |
| AE7095576C | AB43771122S | BB88017775A |
| DB66262914B | CL35766459B | HB35832592C |
| DI13267407A | AG86391039A | AB49334334J |
| CB4206132D | AB64858536Q | AB79630373F |
| DF52551867B | AB87870943X | AA47089192A |
| CF72547045A | AB73305043Q | DG15367748A |
| HH23092092A | AE36579472A | AF68755724B |
| FK20829776A | DB48830321C | DB97156327B |
| DB23193692B | DB45534866A | CH18660389A |
| AB75033529B | HB15698196B | HB67312882B |
| AL74115610B | DB36264938B | DB97126980A |
| AB23566242Y | AL88268487D | AE46296534B |
| CA02310134A | DB86345397C | CL37256839A |
| FH13420121A | CB08085867A | CF27601151A |
| AB70325038W | AB36918631X | DB52817551C |
| FE82251384A | AB80750765S | FB07394379A |
| CE41457742A | | |

20. Any additional United States currency over $1,000.

21. Gold Eagle coins, silver coins and other precious metals in any amount.

22. Surveillance equipment and other items relating to avoiding detection and surveillance of others including: (1) books and manuals; (2) cameras; (3) radio frequency detectors; (4) video signal detectors; periscope viewers; (5) remote audio recorders; (6) wireless video receivers; (7) wireless camera detectors; (8) internet protocol equipment for covert surveillance; and (9) pocket scope laser light detectors, also known as Spy Finders.

23. Evidence of occupation of the subject location and associates of the occupants including items such as lease agreements, utility bills, photographs, correspondence, bank records, diaries, address books, contact lists, phone records, cable service, and personal items that may contain DNA such as toothbrushes, razors, combs and items related to the consumption of food.

24. Clothing, bags and other items worn while committing offenses in furtherance of the subject scheme including jackets, sweatshirts, pants, carrying bags and backpacks.

25. Keys with and without identifying markings.

26. Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.

10