```
 1  ANN BIRMINGHAM SCHEEL
    Acting United States Attorney
 2  District of Arizona

 3  FREDERICK A. BATTISTA
    Maryland State Bar Member
    PETER S. SEXTON
 4  Arizona State Bar No. 011089
    JAMES R. KNAPP
 5  Arizona State Bar No. 021166
    Assistant U.S. Attorneys
 6  Two Renaissance Square
    40 North First Avenue, Suite 1200
 7  Phoenix, Arizona 85004
    Telephone: (602) 514-7500
    Fred.Battista@usdoj.gov
 8  Peter.Sexton@usdoj.gov
    James.Knapp2@usdoj.gov
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-08-814-001-PHX-DGC |
|---|---|
| Plaintiff, | **MOTION FOR ENLARGEMENT OF TIME** |
| v. | |
| Daniel David Rigmaiden, et al, | |
| Defendants. | |

The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to complete its response to defendant Daniel David Rigmaiden's Motion to Suppress (Docket No. 824) and Motion for Order Requiring Government to Comply With Data Deletion Requirements (Docket No. 847) until Monday, August 20, 2012 (60 days from the date of the Court's Order permitting defendant to file the Motion to Suppress, Docket No. 844). As the Court is well aware, the prosecution needs additional time to prepare a concise and detailed response to defendant's unprecedented 369 page Motion to Suppress. Obviously, defendant has been working on his Motion to Suppress for many months. Preparing responses to the pending Motions and all of defendant's relating

attachments will require significant effort and time. Accordingly, this request is both reasonable and appropriate.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 29th day of June, 2012.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

S/Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2012, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney