1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

9
10  United States of America,
11              Plaintiff,
12      v.
13  Daniel David Rigmaiden, et al,
14              Defendants.

CR-08-814-001-PHX-DGC

**ORDER FOR ENLARGEMENT OF TIME**

15
16  Upon motion of the United States, good cause appearing as stated in the government's motion, and there being ___ objection by the defendant Daniel David Rigmaiden,

17  IT IS ORDERED granting the United States' Motion for Enlargement of Time (Filed on June 29, 2012) to respond to defendant Daniel David Rigmaiden's Motion to Suppress (Docket No. 824) and Motion for Order Requiring Government to Comply With Data Deletion Requirements (Docket No. 847), until _____, 20____.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 20____, for a total of _____ days.

DATED this _____ day of _____, 20___.

18
19
20
21
22
23
24
25
26
27
28