UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden, et al,<br><br>　　　　Defendants. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

Upon motion of the United States, and good cause appearing as stated in the government's motion,

IT IS ORDERED granting the United States' Motion for Enlargement of Time (Filed on June 29, 2012) to respond to defendant Daniel David Rigmaiden's Motion to Suppress (Docket No. 824) and Motion for Order Requiring Government to Comply With Data Deletion Requirements (Docket No. 847), until August 20, 2012.

DATED this 2nd day of July, 2012.

_____
David G. Campbell
United States District Judge

cc:Gov't/Rigmaiden