1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-814-PHX-DGC |
| Plaintiff, | ORDER DENYING AS MOOT DEFENDANT'S MOTION TO SUPPRESS EVIDENCE RELATING TO N.D.Cal. 08-70460-HRL/PVT WARRANT |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to Defendant's *Motion To Suppress Evidence Relating To N.D.Cal. 08-70460-HRL/PVT Warrant*.  Defendant already filed his *Motion To Suppress* (Doc. #824) wherein he referenced and incorporated (1) *Memorandum Re: Fourth Amendment Violations*, (2) *Memorandum Re: Destruction Of Evidence*, and (3) *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal. 08-70460-HRL/PVT)*. Although the only memorandum attached to Defendant's *Motion To Suppress* was the *Memorandum Re: Fourth Amendment Violations* (Doc. #824-1)—raising challenges to the government's efforts to locate the aircard—Defendant shortly thereafter filed his *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal. 08-70460-HRL/PVT)* (Dkt. #830-1) and properly linked it to his *Motion To Suppress* (Doc. #824).  The government did not object to Defendant filing his *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal. 08-70460-HRL/PVT)* (Dkt. #830-1) in the manner it was filed.

Defendant's suspicion that he is being "sandbagged" with respect to suppression

arguments contained in his *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal. 08-70460-HRL/PVT)* (Dkt. #830-1) is without merit and there is no need for Defendant to file an additional motion.  Defendant's *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal. 08-70460-HRL/PVT)* (Dkt. #830-1) was properly referenced and incorporated into his *Motion To Suppress* (Doc. #824) and the Court is entertaining Defendant's arguments raised in his *Memorandum Re: Fourth Amendment Violations (re: N.D.Cal. 08-70460-HRL/ PVT)* (Dkt. #830-1).

Because Defendant's *Motion To Suppress Evidence Relating To N.D.Cal. 08-70460-HRL/PVT Warrant* is unnecessary and repetitive of Doc. #824 and #830-1, it is hereby ordered that the motion is denied as moot.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this _____ day of _____, 20_____.