IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0814-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel David Rigmaiden (1), | |
| Defendant. | |

This order will provide clarification and rulings on a few pending matters.

1. The Court will consider the two memoranda filed by Defendant at Doc. 830 to be part of Defendant's motion to suppress filed at Doc. 824. The government should include these two memoranda in its response to Doc. 824. As a result, the Court will deny Defendant's two recently filed motions to suppress (Docs. 857, 858) as moot.

2. Given the volume of work imposed on the government by Defendant's motion to suppress (Doc. 824), the government may respond to Defendant's Motion for Order Requiring Government to Comply with Data Deletion Requirements (Doc. 847) on August 20, 2012 (*see* Doc. 853).

3. Defendant's motion to have a paralegal removed from his defense team (Doc. 836) is denied as moot. Defendant does not require a court order to stop using the paralegal. If Defendant seeks appointment of another paralegal, he may submit a motion and an appropriate proposed order.

**IT IS ORDERED** that Defendant's motions at Docs. 836, 857, 858 are denied as

moot.

Excludable delay pursuant to U.S.C. § 18:3161(h)(1)(D) is found to start on 6/14/2012.

Dated this 13th day of July, 2012.

*David G. Campbell*
———————————————
David G. Campbell
United States District Judge