## United States v. Daniel David Rigmaiden
## CR08-814-PHX-DGC
### Exhibit Index
### Third Submission Of Consolidated Exhibits
### Relating To Discovery And Suppression Issues

EXHIBIT 01:   Computer Forensic Report by IRS-CI Agent Tracy L. Daun RE: search of physical storage devices and virtual drives seized from (1) apartment No. 1122 under the reissued/amended version of the N.D.Cal. 08-70460-HRL/ PVT warrant, and (2) storage unit No. A-47 under the N.D.Cal. 08-70502- PVT warrant; Note: **complete report attached**; page No. 2 of report has typos of "08/03/2009" which should read "08/03/2008"; (ITEM No. 23A of the February 25, 2010 discovery set);

[Redacted by the defendant (for relevance and privacy) using white squares with black borders.]

EXHIBIT 02:   Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, Albert A. Childress, and Jeffrey H. Willert RE: IRS-CI Agent Daun indicating that it would take her approximately two weeks from July 8, 2009 to seize data to the DVDs later noted in her "Computer Forensic Report"; (Email sent date: July 8, 2009 10:33am); (BATES No. 000089-000090 of June 21, 2012 discovery set);

EXHIBIT 03:   Paper print-out of emails between IRS-CI Agent Tracy L. Daun, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, Albert A. Childress, and Jeffrey H. Willert RE: case agent access to virtual machine clones of computer system seized from apartment No. 1122; IRS-CI Agent Daun instructing case agents to stop accessing their virtual machine copies; (Email sent dates: (1) August 28, 2009 5:29pm, (2) August 30, 2009 9:00pm, (3) August 30, 2009 9:44pm); (BATES No. 000099 of June 21, 2012 discovery set);

EXHIBIT 04:   Paper print-out of email from IRS-CI Agent Tracy L. Daun to AUSA Frederick A. Battista, FBI Agent Richard J. Murray, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, and USPIS Inspector James L. Wilson RE: IRS-CI Agent Tracy L. Daun explaining that "[a] virtual machine allows me to sit there and view his computer, as if I was actually sitting at his computer"; (Email sent date: August 10, 2008 4:46pm); (BATES No. 000205 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance and privacy) using white squares with black borders.]

EXHIBIT 05:   Paper print-out of email from IRS-CI Agent Tracy L. Daun to Jeffrey H. Willert RE: (1) IRS-CI Agent Daun admitting that she prolonged her on-site forensic search in order to allow other agents more time in apartment No. 1122, (2) August 3-4, 2008 seizure of data from storage devices seized from apartment No. 1122 informed government of storage unit No. A-47; (Email sent date: August 7, 2008 5:23pm); (BATES No. 000041 of

EXHIBIT INDEX
THIRD SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC

December 9, 2011 discovery set);

THIRD SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC
EXHIBIT INDEX

EXHIBIT 06:   IRS report of search warrant execution at 431 El Camino Real, Apartment No. 1122, Santa Clara, CA; Note: report indicates that search took 27 hours; (BATES No. 000136-000137 of June 21, 2012 discovery set);

EXHIBIT 07:   Paper print-out of email from FBI Agent Richard J. Murray to FBI supervisor RE: apartment No. 1122 was sparse, clean, and orderly; (Email sent date: August 6, 2008 10:35am); (ITEM No. 5 of November 29, 2010 discovery);

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 08:   Personal communications with Jacqueline Gardiner seized by IRS-CI Agent Tracy L. Daun in October of 2011 from forensic images of data storage devices seized from apartment No. 1122 on August 3, 2008; (ITEM No. 4 of November 30, 2011 discovery);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

EXHIBIT 09:   Paper print-out of email from AUSA Frederick A. Battista Mark Paige, the defendant's prior defense attorney, RE: the government providing the defense with copies of all "electronic monitoring documents," *e.g.*, the D.Ariz. 08-3286MB-LOA order, D.Ariz. 08-3298MB-LOA order, D.Ariz. 08-7273MB-LOA order, N.D.Cal. 08-90330MISC-RS order, and N.D.Cal. 08-90331MISC-RS order, approximately 9 months after the orders' execution dates; (Email sent date: April 7, 2009 6:49pm);

EXHIBIT 10:   Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of IBM ThinkPad seized from apartment No. 1122 during execution of  N.D.Cal. 08-70460-HRL/PVT warrant; Note: data storage device contained 4 separate partitions; total number of files within image: 60,891;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]

EXHIBIT 11:   Screenshot of archive properties dialog box of ALZip showing total number of files contained within WinRAR "live acquisition" image of "T" drive seized from apartment No. 1122 during execution of  N.D.Cal. 08-70460-HRL/PVT warrant; Note: "live acquisition" was only a partial imaging prior to auto-shutdown of computer; total number of files within image: 26,983;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]

EXHIBIT 12:   Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of encrypted virtual drive "filesalot.dcv" seized from apartment No. 1122

during execution of  N.D.Cal. 08-70460-HRL/PVT warrant; Note; total number of files within image: 53,520;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]

EXHIBIT 13:    Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of encrypted virtual drive "filesalot_bak_3-1-2008" seized from apartment No. 1122 during execution of  N.D.Cal. 08-70460-HRL/PVT warrant; Note; total number of files within image: 51,353;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]

EXHIBIT 14:    Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of encrypted virtual drive "filesalot_bak_3-31-2008" seized from storage unit No. A-47 during execution of  N.D.Cal. 70502-PVT warrant; Note; total number of files within image: 51,734;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]

ATTACHED EXHIBITS
THIRD SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

**⬇ EXHIBIT 01 ⬇**

Computer Forensic Report by IRS-CI Agent Tracy L. Daun RE: search of physical storage devices and virtual drives seized from (1) apartment No. 1122 under the reissued/amended version of the N.D.Cal. 08-70460-HRL/PVT warrant, and (2) storage unit No. A-47 under the N.D.Cal. 08-70502-PVT warrant; Note: **complete report attached**; page No. 2 of report has typos of "08/03/2009" which should read "08/03/2008"; (ITEM No. 23A of the February 25, 2010 discovery set);

[Redacted by the defendant (for relevance and privacy) using white squares with black borders.]

# DISCOVERY 2/25/10

23A – Computer Forensic Report of IRS-CI Special Agent
Tracy Daun (24 pages)



# COMPUTER FORENSIC REPORT

CASE: DANIEL RIGMAIDEN

CASE NUMBER: 1000220515

SA Tracy L. Daun, Computer Investigative Specialist

## IMAGING PROCESS AND DATA ANALYSIS

The imaging process is the taking of a complete electronic picture of a computer media's data, including all hidden sectors and deleted files. Imaging is a bit by bit snapshot of the whole computer media and creates an exact "copy" of the computer's stored data. Imaging the analysis of the data, while maintaining the data integrity. The imaging process can be performed with various forensic tools. The two forensic imaging tools used in this case were ILook's IXImager and AccessData's Forensic ToolKit Imager.

A hash value of the original data may be calculated during the imaging process to compare against the hash value of the acquired image. A hash value is a mathematical algorithm that generates a hexadecimal output value (alpha-numeric text string). The text string is generated by a formula in such a way that it is extremely unlikely that another file or image will produce the same hash value. The tiniest change in the original data produces huge changes in the resulting text string. Essentially, the hash value of a file or image can be considered as the "fingerprint" of the file or image. The two hash algorithms used during this examination are the MD5 and SHA-1. MD5 has a 128-bit algorithm, which means that the likely hood of two files having the same hash value is 1 in 340 Billion[4]. SHA-1 has a 160-bit algorithm, meaning it is even more unlikely two files would have the same hash.

Data analysis was performed using Guidance Software's EnCase v6. VMWare Workstation was also used to access encrypted files on the computer media.

## SEARCH WARRANT – 431 EL CAMINO REAL, APARTMENT 1122, SANTA CLARA CA 95050

On August 3, 2008, I participated in the execution of a Search Warrant at 431 El Camino Real, Apartment 1122, Santa Clara CA 95050. The following computer items located at this location were imaged and analyzed:

### IBM ThinkPad (S/N LV-C4398)

Upon entering the apartment, the IBM ThinkPad laptop screen was black and appeared to be off (DSC00754.jpg). At approximately 5:40p.m. local time, I moved the mouse attached to the laptop. A box asking for a password appeared on the screen and moved around on the screen

– similar to a screensaver (DSC00760.jpg). I did not enter a password but hit "Enter" on the keyboard. The screen displayed an open window (DSC00763.jpg). Various applications were open, including Free Download Manager, Windows Explorer (T:\) and Internet Explorer (DSC00763.jpg through DSC00790.jpg and DSC00793.jpg). I checked the system tray and "Programs" for signs of encryption on the computer. The system tray and "Programs" both revealed DriveCrypt installed on the computer (DSC00795.jpg).

DriveCrypt is disk encryption software by SecurStar. DriveCrypt allows both the encryption of an entire disk partition, as well as the creation of a virtual container file that will store all the encrypted information. Both types of encryption require you to enter a "passphrase" in order to access the data. A virtual container file, when encrypted, appears as one large file. Once the virtual container file is opened using the appropriate "passphrase", it appears as another drive partition to the computer.

Due to the presence of encryption software, I determined I needed to attempt to retrieve the data without turning off the computer. I inserted a Wiebe Mouse Jiggler into the laptop to keep the laptop from entering a locked state. I removed the Verizon Wireless PCMCIA card from the laptop (DSC00815.jpg and DSC00816.jpg). I removed the Wiebe Mouse Jiggler and inserted a government USB drive that contained the tools I needed for the live acquisition. I also connected a clean government hard drive to receive the files. I checked the system date and time:

| IBM ThinkPad Date & Time | 08/03/2009 | 18:32:45.89 |
| Actual Date & Time | 08/03/2009 | 6:34p.m. |

I opened Windows Explorer and was unable to view the government hard drive. I disconnected and reconnected using a WiebeTech Combodock. I was still unable to see the drive. I opened Disk Management, the government USB drive appeared as Disk 4 (H:) and the government hard drive was not listed (DSC00818.jpg). I disconnected the government hard drive. I inserted a Serial ATA 2 Port PCMCIA card, but the laptop could not locate the necessary hardware. I removed the PCMCIA card and inserted a Lacie Firewire 800 PCMCIA Card. I used a Wiebetech bridge to connect the government hard drive to the PCMCIA card. A Windows XP message appeared, which I cancelled and was able to continue (DSC00819.jpg). I was able to see the government hard drive as J:.

Disk Management provided the following information on the drives attached to the computer:

Disk 0 – 93.16 GB consisted of 4 partitions



Disk 1 – 465.76 GB consisted of 1 partition

Disk 2 – 93.16 GB consisted of 1 partition

2

Windows Explorer provided the following details on the drives and partitions:

D:

F:

G: TSB100G_1

I: SGT500G

T: filesalot

3

W:

I started the live acquisition with T: filesalot. That partition appeared to be user data rather than operating system files and was the partition the last user of the computer was viewing (DSC00763.jpg). MD5Summer was used to hash all the files on volume T:. The hash file was saved to the government hard drive as T_drive.md5. WinRAR was used to archive the files on volume T and was saved to the government hard drive as T_drive.rar. Prior to completing the operation, WinRAR reported a diagnostic message stating there was not enough space on the disk. The government hard drive had been formatted as FAT32 and was unable to support files larger than 4 GB. The hash file (T_drive.md5) was copied over to my government thumb drive. I then reformatted the government hard drive as NTFS and restarted the WinRAR archiving using the same file name (T_drive.rar).

While archiving the files to the government hard drive, I previewed the properties window of "My Computer". The properties window provided the following information:

System:

Registered to:

Computer:

Full Computer Name:
Workgroup:

Also during the archiving process, I noted that partition "T" did not show up in Disk Management even though it appears in Windows Explorer. This indicated that partition "T" may be a DriveCrypt virtual container file.

At approximately 3:09 a.m. on August 4, 2008, the IBM Thinkpad shutdown prior to partition "T" completing the archiving process. I hit the power button on the computer, but received a Windows XP logon screen stating: "This computer is in use and has been locked. Only                                   can unlock this computer." I was unable to

4

reaccess the computer. At approximately 3:14a.m., I completed a hard shutdown of the computer.

I created a copy of the drive containing T_drive.rar. Using the copy, I previewed what was captured with the archiving process prior to the computer shutting down. I was able to see a large number of files were archived.

The IBM ThinkPad contained one 100GB Hitachi hard drive. I proceeded to image the hard drive using IXImager v2.1 (2-17-07). The image is identified as 1000220515_S1_RmA_C1_hdd0. The image completed with a SHA-1 hash of: 597d8232beedf1a934112ff9bc79327a9aa54327.

Analysis – IBM ThinkPad (S/N LV-C4398)

The image of the IBM ThinkPad was analyzed using EnCase. The following is a summary of the evidence located on the computer that fell within the parameters of the Search Warrant and the Items to be Seized. For more detailed information please refer to the corresponding PDF and HTML reports provided with this report. Items have been categorized based on the Items to be Seized attachment to the warrant.

7.  Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnets" including websites, books, manuals, how-to instructions, etc.

| # of files | Extension | Description |
|---|---|---|
| 6 | .exe | Windows Executable |
| 3 | .url | Internet Shortcut files |
| 1 | .pdf | Adobe PDF Document file |

17. Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 7 | .doc | Word Document files |
| 39 | .htm | Web Page Document files |
| 318 | .html | Web Page Document files |
| 105 | .pdf | Adobe PDF Document files |
| 57 | .rar | Archive files |
| 2 | .tar | Archive files |
| 22 | .txt | Text Document files |
| 1 | .wri | Windows Write Document file |
| 13 | .zip | Archive files |

26.  Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.

| # of files | Extension | Description |
|---|---|---|
| 13 | .htm | Web Page Document files |
| 3 | .pdf | Adobe PDF Document files |

## Analysis – T_drive.rar (WinRAR archive)

The files archived during the "live acquisition" were analyzed using EnCase.  The following is a summary of the evidence located in this partition that fell within the parameters of the Search Warrant and the Items to be Seized.  For more detailed information, please refer to the corresponding PDF and HTML reports provided with this report.  Items have been categorized based on the Items to be Seized attachment to the warrant.

1a.  Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them, including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

| # of files | Extension | Description |
|---|---|---|
| 36 | .asc | ASCII Document files |
| 36 | .txt | Text Document files |

3.  Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information.

| # of files | Extension | Description |
|---|---|---|
| 1 | .doc | Word Document file |
| 30 | .gif | GIF Picture files |
| 2 | .html | Web Page Document files |
| 6 | .jpg | JPEG Picture files |
| 1 | .log | Log file |
| 4 | .mht | Web Page Document files |
| 1 | .pdf | Adobe PDF Document file |
| 7 | .psd | Adobe PhotoShop Picture files |

| | | |
|---|---|---|
| 1 | .TIF | TIFF Image Picture files |
| 189 | .txt | Text Document files |
| 1 | .zip | Archive file |

4.  Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts.

| # of files | Extension | Description |
|---|---|---|
| 20 | .doc | Word Document files |
| 1 | .htm | Web Page Document file |
| 14 | .html | Web Page Document file |
| 2 | .jpg | JPEG Picture files |
| 2 | .mht | Web Page Document files |
| 11 | .pdf | Adobe PDF Document files |
| 6 | .psd | Adobe PhotoShop Picture files |
| 3 | .tax | TurboTax files |
| 205 | .txt | Text Document files |

5.  Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

| # of files | Extension | Description |
|---|---|---|
| 103 | .pdf | Adobe PDF Document files |
| 1 | .T05 | Tax Cut 2005 file |
| 1 | .T06 | Tax Cut 2006 file |
| 114 | .tax | TurboTax files |

6.  Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

| # of files | Extension | Description |
|---|---|---|
| 74 | .html | Web Page Document files |

7. Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnet" including websites, books, manuals, how-to-instructions, etc.

| # of files | Extension | Description |
|---|---|---|
| 1 | .rar | Archive file |
| 17 | .txt | Text Document files |
| 3 | .url | Internet Shortcut |

8. Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect.

| # of files | Extension | Description |
|---|---|---|
| 8 | .doc | Word Document files |
| 1 | .htm | Web Page Document file |
| 2 | .jpg | JPEG Picture files |
| 23 | .txt | Text Document files |

10. Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards.

| # of files | Extension | Description |
|---|---|---|
| 6 | .doc | Word Document files |
| 2 | .htm | Web Page Document file |
| 4 | .html | Web Page Document file |
| 4 | .jpg | JPEG Picture files |
| 1 | .mht | Web Page Document file |
| 59 | .msr | (can be viewed as a text document) |
| 6 | .pdf | Adobe PDF Document file |
| 7 | .psd | Adobe PhotoShop Picture files |
| 160 | .txt | Text Document files |
| 8 | .WAV | Waveform Audio files |
| 1 | .xls | MS Excel Spreadsheet file |

12. Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations.

| # of files | Extension | Description |
|---|---|---|
| 1 | .doc | Word Document file |
| 30 | .html | Web Page Document files |
| 41 | .mht | Web Page Document files |
| 53 | .pdf | Adobe PDF Document files |
| 46 | .txt | Text Document files |

13.  Records or correspondence in handwritten, printed, optical or electronic format related to the creation of identification documents such as drivers' licenses, social security cards and birth certificates, as well as, equipment and materials used to make debit cards and such false identification documents.

| # of files | Extension | Description |
|---|---|---|
| 9 | .doc | Word Document files |
| 9 | .gif | GIF Picture files |
| 9 | .html | Web Page Document files |
| 52 | .jpg | JPEG Picture files |
| 9 | .mht | Web Page Document files |
| 4 | .pdf | Adobe PDF Document files |
| 61 | .psd | Adobe PhotoShop Picture files |
| 2 | .rar | Archive files |
| 97 | .txt | Text Document files |
| 1 | .xls | MS Excel Spreadsheet file |
| 1 | .zip | Archive file |

14.  Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems.

| # of files | Extension | Description |
|---|---|---|
| 83 | .txt | Text Document files |

15.  Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger.

| # of files | Extension | Description |
|---|---|---|
| 5 | .txt | Text Document files |

16.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 2 | .doc | Word Document files |
| 2 | .html | Web Page Document files |
| 7 | .mht | Web Page Document files |
| 27 | .pdf | Adobe PDF Document files |

9

| 2 | .txt | Text Document files |

17.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 1 | .avi | Audio Video Interleave File |
| 16 | .html | Web Page Document files |
| 143 | .mht | Web Page Document files |
| 23 | .pdf | Adobe PDF Document files |
| 34 | .txt | Text Document files |
| 2 | .zip | Archive files |

18.  Records or correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, "to-do" lists setting forth things to do in furtherance of the subject scheme, or the use of proxies, botnets or any other automated process of filing tax returns.

| # of files | Extension | Description |
|---|---|---|
| 19 | .hta | Hypertext Application |
| 40 | .jpg | JPEG Picture files |
| 3 | .log | Log Document files |
| 3 | .mht | Web Page Document files |
| 1 | .pdf | Adobe PDF Document files |
| 1103 | .txt | Text Document files |
| 1 | .zip | Archive file |

26.  Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.

| # of files | Extension | Description |
|---|---|---|
| 6 | .html | Web Page Document files |
| 24 | .mht | Web Page Document files |
| 24 | .pdf | Adobe PDF Document files |
| 24 | .txt | Text Document files |

**Xcraft external USB enclosure containing a 100GB Toshiba hard drive**

The Xcraft external hard drive was found on and connected to IBM ThinkPad (S/N LV-C4398).  The external hard drive was shut down at 3:14 a.m. on August 4, 2008.  The

Xcraft external hard drive was seized and imaged off-site. The Xcraft external hard drive enclosure contained one 100GB Toshiba hard drive. The drive was imaged using IXImager v2.1 (2-17-07). The image is identified as 1000220515_S1_RmA_C1_Exthdd1. The image completed with a SHA-1 hash of: 61d6d51123c082d236f15cfbac11a4668e9d11d0.

## Analysis – 100GB Toshiba hard drive inside Xcraft enclosure

The image of the Toshiba hard drive was analyzed using EnCase. The only item of interest on this drive was a file named "filesalot.dcv". Based on the size of this file (approximately 60GB) and the file extension, I determined this file was probably a DriveCrypt virtual container file. I also noted that the name of the file was the same as the name of the partition identified and archived during the execution of the Search Warrant.

To view the files held within the virtual container file, I restored the image of the IBM ThinkPad using VMWare Workstation. VMWare is virtualization software that allows you to simulate the operation of an actual computer. By restoring the image of the IBM ThinkPad laptop, I could access the software necessary to decrypt the virtual container file. I also restored the image of the Toshiba hard drive. Using the passphrase⌐_____⌐ ⌐_____⌐ I was able to access the virtual container file named "filesalot.dcv".

Using FTK Imager v.2.5.1, I imaged the virtual container file. The image is identified as 1000220515_S1_TSB100G_1_DriveCrypt01. The image completed with a MD5 hash of: b80cfcb677f6cc8d35915eccf9b42d25 and a SHA-1 hash of: d343788534e38890441339fdf6aebd8a40d93b33.

## Analysis – "filesalot.dcv"

The image of "filesalot.dcv" virtual container file was analyzed using EnCase. The following is a summary of the evidence located in the virtual container file that fell within the parameters of the Search Warrant and the Items to be Seized. For more detailed information please refer to the corresponding PDF and HTML reports provided with this report. Items have been categorized based on the Items to be Seized attachment to the warrant.

1a. Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them, including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

| # of files | Extension | Description |
|---|---|---|
| 40 | .asc | ASCII Document files |

| # of files | Extension | Description |
|---|---|---|
| 2 | .html | Web Page Document files |
| 27 | .txt | Text Document files |

1c.  Records. in printed or electronic format, that contain configuration settings and/or activity logs for computer access devices, to include router and/or DSL modem configuration settings. router settings, analog modem dial up account settings. hardware firewall settings, software based firewall settings. configuration settings for any virtual private network ("VPN") device and configuration settings for any other computer network security device.

| # of files | Extension | Description |
|---|---|---|
| 4 | .txt | Text Document files |

1g.  Computer-related documentation which may consist of written, recorded, printed, or electronically stored material which explains or illustrates how the hardware, software, or other related items are operated, configured or used.

| # of files | Extension | Description |
|---|---|---|
| 3 | .pdf | Adobe PDF Document files |
| 2 | .txt | Text Document files |

3.  Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara. California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information.

| # of files | Extension | Description |
|---|---|---|
| 3 | .doc | Word Document files |
| 30 | .gif | GIF Picture files |
| 3 | .html | Web Page Document files |
| 5 | .jpg | JPEG Picture files |
| 2 | .log | Log Document files |
| 2 | .mht | Web Page Document files |
| 4 | .pdf | Adobe PDF Document files |
| 1 | .tif | TIFF Image file |
| 327 | .txt | Text Document files |
| 2 | .zip | Archive files |

4.  Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts,

cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts.

| # of files | Extension | Description |
|---|---|---|
| 31 | .doc | Word Document files |
| 1 | .htm | Web Page Document file |
| 16 | .html | Web Page Document files |
| 2 | .jpg | JPEG Picture files |
| 4 | .mht | Web Page Document files |
| 7 | .pdf | Adobe PDF Document files |
| 13 | .psd | Adobe PhotoShop Picture files |
| 206 | .txt | Text Document files |

5.  Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

| # of files | Extension | Description |
|---|---|---|
| 2 | .doc | Word Document files |
| 111 | .pdf | Adobe PDF Document files |
| 1 | .T05 | Tax Cut 2005 file |
| 1 | .T06 | Tax Cut 2006 file |
| 117 | .tax | Turbo Tax files |
| 1 | .txt | Text Document file |

6.  Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

| # of files | Extension | Description |
|---|---|---|
| 74 | .html | Web Page Document files |
| 1 | .txt | Text Document file |

7.  Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnet" including websites, books, manuals, how-to-instructions, etc.

| # of files | Extension | Description |
|---|---|---|
| 10 | .exe | Windows executable files |
| 4 | .html | Web Page Document files |

| | | |
|---|---|---|
| 6 | .mht | Web Page Document files |
| 1 | .pdf | Adobe PDF Document file |
| 2 | .rar | Archive files |
| 1 | .tgz | Archive file |
| 21 | .txt | Text Document files |
| 16 | .zip | Archive files |

8.  Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect.

| # of files | Extension | Description |
|---|---|---|
| 2 | .jpg | JPEG Picture files |
| 1 | .rar | Archive file |

9.  Receipts or correspondence in handwritten, printed, optical or electronic format for any money order, bank draft, counter check, or deposit to a prepaid debit card.

| # of files | Extension | Description |
|---|---|---|
| 2 | .psd | Adobe PhotoShop Picture files |
| 1 | .txt | Text Document file |

10.  Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards.

| # of files | Extension | Description |
|---|---|---|
| 6 | .doc | Word Document files |
| 4 | .html | Web Page Document files |
| 4 | .jpg | JPEG Picture files |
| 1 | .mht | Web Page Document files |
| 63 | .msr | (can be viewed as a text document) |
| 3 | .pdf | Adobe PDF Document files |
| 5 | .psd | Adobe PhotoShop Picture files |
| 1 | .rar | Archive file |
| 64 | .txt | Text Document files |

11.  Records or correspondence in handwritten, printed, optical or electronic format detailing telephone and/or voice communications, whether through the public switched telephone network ("PSTN"), cellular or voice over IP ("VOIP"), to include "call logs" contained within software applications capable of initiating or receiving voice communications, for example:  Skype, Google Talk, Free World Dialup, Asterik PBX, etc.

| # of files | Extension | Description |
|---|---|---|
| 1 | .exe | Windows Executable file |

12.  Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations.

| # of files | Extension | Description |
|---|---|---|
| 1 | .doc | Word Document file |
| 1 | .htm | Web Page Document file |
| 24 | .html | Web Page Document files |
| 4 | .jpg | JPEG Picture files |
| 29 | .mht | Web Page Document files |
| 56 | .pdf | Adobe PDF Document files |
| 39 | .txt | Text Document files |
| 1 | .wav | Waveform Audio file |
| 1 | .zip | Archive file |

13.  Records or correspondence in handwritten, printed, optical or electronic format related to the creation of identification documents such as drivers' licenses, social security cards and birth certificates, as well as, equipment and materials used to make debit cards and such false identification documents.

| # of files | Extension | Description |
|---|---|---|
| 4 | .doc | Word Document files |
| 4 | .gif | GIF Picture files |
| 11 | .html | Web Page Document files |
| 45 | .jpg | JPEG Picture files |
| 20 | .mht | Web Page Document files |
| 18 | .pdf | Adobe PDF Document files |
| 75 | .psd | Adobe PhotoShop Picture files |
| 2 | .rar | Archive file |
| 1 | .tif | TIFF Image files |
| 99 | .txt | Text Document files |
| 1 | .zip | Archive file |

14.  Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems.

| # of files | Extension | Description |
|---|---|---|
| 125 | .txt | Text Document files |

15.  Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger.

| # of files | Extension | Description |
|---|---|---|
| 11 | .txt | Text Document files |

16.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 2 | .doc | Word Document files |
| 2 | .html | Web Page Document files |
| 12 | .mht | Web Page Document files |
| 32 | .pdf | Adobe PDF Document files |
| 5 | .txt | Text Document files |

17.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 10 | .html | Web Page Document files |
| 119 | .mht | Web Page Document files |
| 21 | .pdf | Adobe PDF Document files |
| 1 | .rar | Archive file |
| 18 | .txt | Text Document files |
| 2 | .zip | Archive files |

18.  Records or correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, "to-do" lists setting forth things to do in furtherance of the subject scheme, or the use of proxies, botnets or any other automated process of filing tax returns.

| # of files | Extension | Description |
|---|---|---|
| 3 | .exe | Windows Executable file |
| 18 | .hta | Hypertext Application |
| 2 | .html | Web Page Document files |
| 1 | .iso | CD Disc Image |
| 40 | .jpg | JPEG Picture files |
| 3 | .log | Log Document files |
| 2 | .mht | Web Page Document files |
| 2 | .pdf | Adobe PDF Document files |
| 2 | .rar | Archive files |
| 1052 | .txt | Text Document files |
| 1 | .zip | Archive file |

26. Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.

| # of files | Extension | Description |
|---|---|---|
| 9 | .html | Web Page Document files |
| 32 | .mht | Web Page Document files |
| 21 | .pdf | Adobe PDF Document files |
| 33 | .txt | Text Document files |

## Cool Gear external USB enclosure containing a 500GB Seagate hard drive

The Cool Gear external hard drive was found on and connected to IBM ThinkPad (S/N LV-C4398). The external hard drive was shut down at 3:14 a.m. on August 4, 2008. The Cool Gear external hard drive was seized and imaged off-site. The Cool Gear external hard drive enclosure contained one 500GB Seagate hard drive. The drive was imaged using IXImager v2.1 (2-17-07). The image is identified as 1000220515_S1_RmA_C1_Exthdd2. The image completed with a SHA-1 hash of: fde0cc3bfae367da6045c4a82a22379f14fbc576.

Analysis – 500GB Seagate hard drive inside Cool Gear enclosure

The image of the Seagate hard drive was analyzed using EnCase. The following is a summary of the evidence located on the computer that fell within the parameters of the Search Warrant and the Items to be Seized. For more detailed information please refer to the corresponding PDF and HTML reports provided with this report. Items have been categorized based on the Items to be Seized attachment to the warrant.

17. Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 3 | .avi | Audio Video Interleave Files |
| 2 | .flv | Flash video files |

In addition to the above files, three of the files had the file extension ".dcv". Based on the size of the files (approximately 60GB each) and the file extension, I determined these files were probably DriveCrypt virtual container files. I also noted that one of the files had a name similar to the name of the partition identified and archived during the execution of the Search Warrant. The names of these three files are: filesalot_bak_3-1-2008.dcv, filesdone60_1.dcv, and filesdone60_2.dcv.

To view the files held within the virtual container files, I restored the image of the Seagate hard drive using VMWare Workstation. VMWare is virtualization software that allows you to simulate the operation of an actual computer. By restoring the image of the Seagate hard drive, I could attach the virtual drive the previously restored IBM Thinkpad image and access the

software necessary to decrypt the virtual container files. Using the passphrase [                    ] I was able to access the three virtual container files. The virtual containers named filesdone60_1.dcv and filesdone60_2.dcv were determined to not contain any items that fell within the scope of the Search Warrant and its attachments. However, filesalot_bak_3-1-2008.dcv was determined to contain items which met the parameters of the Search Warrant.

Using FTK Imager v.2.5.1, I imaged the virtual container file. The image is identified as 1000220515_S1_SGT500G_DriveCrypt01. The image completed with a MD5 hash of: 26e7879539a9374b83f6af4251bf2c36 and a SHA-1 hash of: fa74d1d0cd77465da738ead1857762fa1ba9d526.

Analysis – "filesalot_bak_3-1-2008.dcv"

The image of "filesalot_bak_3-1-2008.dcv" virtual container file was analyzed using EnCase. The following is a summary of the evidence located in the virtual container file that fell within the parameters of the Search Warrant and the Items to be Seized. For more detailed information please refer to the corresponding PDF and HTML reports provided with this report. Items have been categorized based on the Items to be Seized attachment to the warrant.

1a. Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them, including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

| # of files | Extension | Description |
|---|---|---|
| 32 | .asc | ASCII Document file |
| 2 | .pgp | PGP encryption files |
| 12 | .txt | Text Document files |

1c. Records, in printed or electronic format, that contain configuration settings and/or activity logs for computer access devices, to include router and/or DSL modem configuration settings, router settings, analog modem dial up account settings, hardware firewall settings, software based firewall settings, configuration settings for any virtual private network ("VPN") device and configuration settings for any other computer network security device.

| # of files | Extension | Description |
|---|---|---|
| 1 | .txt | Text Document file |

18

1g.  Computer-related documentation which may consist of written, recorded, printed, or electronically stored material which explains or illustrates how the hardware, software, or other related items are operated, configured or used.

| # of files | Extension | Description |
|---|---|---|
| 1 | .pdf | Adobe PDF Document file |
| 1 | .txt | Text Document file |

2.  Documents, paper or electronic, identifying the true identity of "the Hacker", for example: Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, passports, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, and wire transfer records.

| # of files | Extension | Description |
|---|---|---|
| 3 | .psd | Adobe PhotoShop Picture files |

3.  Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information.

| # of files | Extension | Description |
|---|---|---|
| 2 | .html | Web Page Document files |
| 1 | .jpg | JPEG Picture file |
| 2 | .log | Log Document files |
| 1 | .mht | Web Page Document file |
| 1 | .tif | TIFF Picture file |
| 270 | .txt | Text Document files |
| 1 | .zip | Archive file |

4.  Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts.

| # of files | Extension | Description |
|---|---|---|
| 11 | .doc | Word Document files |
| 2 | .jpg | JPEG Picture files |
| 1 | .mht | Web Page Document file |

| | | |
|---|---|---|
| 2 | .pdf | Adobe PDF Document files |
| 1 | .psd | Adobe PhotoShop Picture file |
| 29 | .txt | Text Document files |

5.  Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

| # of files | Extension | Description |
|---|---|---|
| 4 | .doc | Word Document files |
| 1 | .htm | Web Page Document file |
| 1 | .mht | Web Page Document file |
| 94 | .pdf | Adobe PDF Document files |
| 1 | .T05 | Tax Cut 2005 file |
| 1 | .T06 | Tax Cut 2006 file |
| 93 | .tax | Turbo Tax files |
| 1 | .txt | Text Document file |

6.  Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

| # of files | Extension | Description |
|---|---|---|
| 24 | .html | Web Page Document files |
| 3 | .txt | Text Document files |

7.  Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnet" including websites, books, manuals, how-to-instructions, etc.

| # of files | Extension | Description |
|---|---|---|
| 10 | .exe | Windows Executable files |
| 1 | .html | Web Page Document file |
| 1 | .mht | Web Page Document file |
| 1 | .tgz | Archive file |
| 8 | .txt | Text Document files |
| 12 | .zip | Archive files |

8.  Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect.

| # of files | Extension | Description |
| --- | --- | --- |
| 2 | .txt | Text Document files |

9.  Receipts or correspondence in handwritten, printed, optical or electronic format for any money order, bank draft, counter check, or deposit to a prepaid debit card.

| # of files | Extension | Description |
| --- | --- | --- |
| 1 | .txt | Text Document file |

10.  Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards.

| # of files | Extension | Description |
| --- | --- | --- |
| 6 | .doc | Word Document files |
| 2 | .htm | Web Page Document files |
| 6 | .html | Web Page Document files |
| 3 | .jpg | JPEG Picture files |
| 1 | .mht | Web Page Document file |
| 57 | .msr | (can be viewed as a text document) |
| 4 | .pdf | Adobe PDF Document files |
| 1 | .psd | Adobe PhotoShop Picture file |
| 154 | .txt | Text Document files |

12.  Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations.

| # of files | Extension | Description |
| --- | --- | --- |
| 1 | .doc | Word Document files |
| 1 | .htm | Web Page Document file |
| 26 | .html | Web Page Document files |
| 2 | .jpg | JPEG Picture files |
| 14 | .mht | Web Page Document files |
| 27 | .pdf | Adobe PDF Document files |
| 41 | .txt | Text Document files |

13.  Records or correspondence in handwritten, printed, optical or electronic format related to the creation of identification documents such as drivers' licenses, social security cards and birth certificates, as well as, equipment and materials used to make debit cards and such false identification documents.

| # of files | Extension | Description |
| --- | --- | --- |

| | | |
|---|---|---|
| 5 | .doc | Word Document files |
| 30 | .gif | GIF Picture files |
| 48 | .jpg | JPEG Picture files |
| 11 | .mht | Web Page Document files |
| 14 | .pdf | Adobe PDF Document files |
| 100 | .psd | Adobe PhotoShop Picture files |
| 1 | .rar | Archive file |
| 2 | .tif | TIFF Image Picture files |
| 59 | .txt | Text Document files |
| 1 | .xls | MS Excel Spreadsheet file |

14.  Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems.

| # of files | Extension | Description |
|---|---|---|
| 135 | .txt | Text Document files |

15.  Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger.

| # of files | Extension | Description |
|---|---|---|
| 6 | .txt | Text Document files |

16.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 2 | .doc | Word Document files |
| 2 | .html | Web Page Document files |
| 10 | .mht | Web Page Document files |
| 27 | .pdf | Adobe PDF Document files |
| 7 | .txt | Text Document files |

17.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 14 | .html | Web Page Document files |

| | | |
|---|---|---|
| 103 | .mht | Web Page Document files |
| 25 | .pdf | Adobe PDF Document files |
| 52 | .txt | Text Document files |
| 1 | .zip | Archive file |

18.  Records or correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, "to-do" lists setting forth things to do in furtherance of the subject scheme, or the use of proxies, botnets or any other automated process of filing tax returns.

| # of files | Extension | Description |
|---|---|---|
| 15 | .hta | Hypertext Application |
| 2 | .jpg | JPEG Picture files |
| 3 | .log | Log Document files |
| 1 | .pdf | Adobe PDF Document file |
| 525 | .txt | Text Document files |

26.  Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.

| # of files | Extension | Description |
|---|---|---|
| 7 | .html | Web Page Document files |
| 1 | .log | Log Document file |
| 13 | .mht | Web Page Document files |
| 12 | .pdf | Adobe PDF Document files |
| 29 | .txt | Text Document files |

**Acer MS2180 laptop (S/N LXAA6050876090F641KS00)**

The Acer laptop was found turned off and not connected to anything.  The laptop computer was seized and imaged off-site.  The laptop contained one Samsung 40GB hard drive (S/N S03WJ30L218364).  The drive was imaged using IXImager v2.1 (2-17-07).  The image is identified as 1000220515_S1_RmA_C2_hdd0.  The image completed with a SHA-1 hash of: ff05e592d7a7338f5a8b2cf15ae0d1736da1c726.  The computer was non-functional, therefore I was unable to obtain the system date and time.

Analysis – Acer MS2180 laptop (S/N LXAA6050876090F641KS00)

The image of the Acer laptop was analyzed using EnCase.  The only item located on the computer that fell within the parameters of the Search Warrant and the Items to be Seized was recovered text from a deleted file that referred to IRS publications.  For more detailed information please refer to the corresponding PDF and HTML reports provided with this report.

**Dane-Elec Blue 1GB Thumbdrive**

The Dane-Elec blue 1GB thumbdrive was seized and imaged off-site using IXImager v2.1 (2-17-07). The image was subsequently searched for evidence that fell within the parameters of the Search Warrant and the Items to be Seized. No evidence was located on this device; therefore all images of the device were deleted.

**SanDisk 2GB Compact Flash Ultra II Memory Card**

The SanDisk 2GB Compact Flash Ultra II memory card was seized and imaged off-site using IXImager v2.1 (2-17-07). The image was subsequently searched for evidence that fell within the parameters of the Search Warrant and the Items to be Seized. No evidence was located on this device; therefore all images of the device were deleted.

**Seagate 250GB Hard Drive (S/N 5QE1W2CP)**

The Seagate hard drive was seized and imaged off-site using IXImager v2.1 (2-17-07). The image was subsequently searched for evidence that fell within the parameters of the Search Warrant and the Items to be Seized. No evidence was located on this device; therefore all images of the device were deleted.

**SanDisk TransFlash 64MB Memory Card**

The SanDisk TransFlash 64MB memory card was seized and imaged off-site using IXImager v2.1 (2-17-07). The image was subsequently searched for evidence that fell within the parameters of the Search Warrant and the Items to be Seized. No evidence was located on this device; therefore all images of the device were deleted.

**Sony CyberShot Camera (S/N 506621)**

The Sony CyberShot camera was seized and imaged off-site using IXImager v2.1 (2-17-07). The image was subsequently searched for evidence that fell within the parameters of the Search Warrant and the Items to be Seized. No evidence was located on this device; therefore all images of the device were deleted.

**Sony Memory Stick Pro Duo Memory Card**

The Sony Memory Stick Pro Due memory card was seized and imaged off-site using IXImager v2.1 (2-17-07). The image was subsequently searched for evidence that fell within the parameters of the Search Warrant and the Items to be Seized. No evidence was located on this device; therefore all images of the device were deleted.

## SEARCH WARRANT – CDB INDOOR MINI, STORAGE UNIT NO. A-47, 570 CINNABAR STREET, SAN JOSE CA 95110

On August 4, 2008, a Search Warrant was executed on storage unit no. A-47 at CBD Indoor Mini, 570 Cinnabar Street, San Jose CA 95110. The following computer item located at this location were imaged and analyzed:

**External USB enclosure containing a 100GB Toshiba hard drive**

The external hard drive was seized and imaged off-site. The external hard drive enclosure contained one 100GB Toshiba hard drive. The drive was imaged using IXImager v2.1 (2-17-07). The image is identified as 1000220515_S3_RmA_Exthdd0. The image completed with a SHA-1 hash of: cfd69a25ed8418d34852e5cff405472f0e8f4af8.

Analysis – 100GB Toshiba hard drive inside enclosure

The image of the Toshiba hard drive was analyzed using EnCase. The only item of interest on this drive was a file named "filesalot_bak_3-31-2008.dcv". Based on the size of this file (approximately 60GB) and the file extension, I determined this file was probably a DriveCrypt virtual container file. I also noted that the name of the file was similar to the name of the partition identified and archived during the execution of the Search Warrant.

To view the files held within the virtual container file, I restored the image of the Toshiba hard drive using VMWare Workstation. VMWare is virtualization software that allows you to simulate the operation of an actual computer. By restoring the image of the Toshiba hard drive, I could attach the virtual drive the previously restored IBM Thinkpad image and access the software necessary to decrypt the virtual container files. Using the passphrase



I was able to access the virtual container file. The virtual container file filesalot_bak_3-31-2008.dcv was determined to contain items which met the parameters of the Search Warrant.

Using FTK Imager v.2.5.1, I imaged the virtual container file. The image is identified as 1000220515_S1_TSB100G_2_DriveCrypt01. The image completed with a MD5 hash of: 9942b82bc8965149a77306587a11e0e1 and a SHA1 hash of: 654d75334d9c7f3a42b22d34bf8b0d771c444754.

Analysis – "filesalot_bak_3-31-2008.dcv"

The image of "filesalot_bak_3-31-2008.dcv" virtual container file was analyzed using EnCase. The following is a summary of the evidence located in the virtual container file that fell within the parameters of the Search Warrant and the Items to be Seized. For more detailed information please refer to the corresponding PDF and HTML reports provided with this report. Items have been categorized based on the Items to be Seized attachment to the warrant.

> 1a. Computer hardware, including computers, wireless access points and routers, personal digital assistants (PDA), iPod, MP3 players, MP4 players, external storage drives, USB memory drives, compact flash memory cards, smart cards, magnetic media, optical media (compact disk drives and media, DVD drives and media), any and all electronic devices capable of creating, converting, displaying, transmitting, or analyzing magnetic or electronic impulses, or electronic impulse systems or data, and any notes and records placed on or around such items containing information pertaining to them,

including file names, account names, passwords and other data security devices designed to restrict access to or hide data, telephone numbers, etc.

| # of files | Extension | Description |
|---|---|---|
| 35 | .asc | ASCII Document files |
| 1 | .html | Web Page Document file |
| 1 | .pgp | PGP Encryption file |
| 21 | .txt | Text Document files |

1c.  Records, in printed or electronic format, that contain configuration settings and/or activity logs for computer access devices, to include router and/or DSL modem configuration settings, router settings, analog modem dial up account settings, hardware firewall settings, software based firewall settings, configuration settings for any virtual private network ("VPN") device and configuration settings for any other computer network security device.

| # of files | Extension | Description |
|---|---|---|
| 5 | .txt | Text Document files |

1g.  Computer-related documentation which may consist of written, recorded, printed, or electronically stored material which explains or illustrates how the hardware, software, or other related items are operated, configured or used.

| # of files | Extension | Description |
|---|---|---|
| 2 | .pdf | Adobe PDF Document files |
| 4 | .txt | Text Document files |
| 1 | .xrm-ms | Microsoft Security Certificate |

2.  Documents, paper or electronic, identifying the true identity of "the Hacker", for example:  Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, passports, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, and wire transfer records.

| # of files | Extension | Description |
|---|---|---|
| 5 | .psd | Adobe PhotoShop Picture files |

3.  Records or correspondence in handwritten, printed, optical or electronic format containing personal identifiable information on individuals, whether living, deceased or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include name, date of birth, social security number, bank account information, credit card information, payroll, wage and earning information.

| # of files | Extension | Description |
|---|---|---|
| 13 | .doc | Word Document files |

| 30 | .gif | GIF Picture files |
| 2 | .html | Web Page Document files |
| 6 | .jpg | JPEG Picture files |
| 2 | .log | Log Document files |
| 4 | .pdf | Adobe PDF Document files |
| 11 | .psd | Adobe PhotoShop Picture files |
| 1 | .rar | Archive file |
| 1 | .tif | TIFF Image |
| 298 | .txt | Text Document files |
| 1 | .zip | Archive file |

4.  Records or correspondence in handwritten, printed, optical, or electronic format relating to the personal and/or business income and expenses for the "Hacker" and unidentified associates for the tax years 2005, 2006 and 2007, for example: originals, copies or printed federal and state income tax returns, Forms W-2, Forms 1099, and/or other IRS documents, financial statements, bank statements, canceled checks, bank deposit records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, checkbooks, credit card statements, wire transfer records, and merchant copies of ATM receipts.

| # of files | Extension | Description |
| --- | --- | --- |
| 13 | .doc | Word Document files |
| 1 | .htm | Web Page Document file |
| 15 | .html | Web Page Document files |
| 1 | .jpg | JPEG Picture file |
| 2 | .mht | Web Page Document files |
| 3 | .pdf | Adobe PDF Document files |
| 4 | .psd | Adobe PhotoShop Picture files |
| 161 | .txt | Text Document files |

5.  Originals, copies, or printed federal and state income tax returns and/or tax refund checks (paper or electronic) for the tax years 2005, 2006 and 2007 of individuals, whether actual or fictitious, who are not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and who may have been a victim of identity theft, to include worksheets and/or supporting documentation used in the preparation of tax returns, and other documents used in the creation and/or preparation of the above mentioned returns, to include correspondence relating to such.

| # of files | Extension | Description |
| --- | --- | --- |
| 3 | .doc | Word Document files |
| 1 | .mht | Web Page Document file |
| 93 | .pdf | Adobe PDF Document files |
| 3 | .psd | Adobe PhotoShop Picture files |
| 1 | .T05 | Tax Cut 2005 file |
| 1 | .T06 | Tax Cut 2006 file |
| 93 | .tax | TurboTax files |

|  |  |  |
|---|---|---|
| 3 | .txt | Text Document files |

6.  Records or correspondence in handwritten, printed, optical or electronic format regarding encryption or any website offering free e-file services, for example: E-File Tax Returns, Inc and On-Line Taxes, Inc, to include account information, passwords, data encryption keys, "screen shots", instructions on using the site, etc.

| # of files | Extension | Description |
|---|---|---|
| 71 | .html | Web Page Document files |

7.  Records, correspondence, and computer software applications and programs, in handwritten, printed, optical or electronic format regarding any information on IP spoofing, IP anonymizers, proxies and/or "botnet" including websites, books, manuals, how-to-instructions, etc.

| # of files | Extension | Description |
|---|---|---|
| 12 | .exe | Windows Executable files |
| 2 | .html | Web Page Document files |
| 1 | .mht | Web Page Document file |
| 1 | .pdf | Adobe PDF Document file |
| 2 | .rar | Archive file |
| 1 | .tgz | Archive file |
| 21 | .txt | Text Document files |
| 17 | .zip | Archive file |

8.  Records or correspondence in handwritten, printed, optical or electronic format detailing online or electronic money transfers and/or accounts with such services as Western Union, PayPal, eGold, MoneyGram, Ebay, iKobo, Pecunix, and bulliondirect.

| # of files | Extension | Description |
|---|---|---|
| 2 | .jpg | JPEG Picture files |
| 1 | .rar | Archive file |

10.  Records or correspondence in handwritten, printed, optical or electronic format detailing checking, savings or other bank statements, to include the opening of new accounts or prepaid debit/credit cards.

| # of files | Extension | Description |
|---|---|---|
| 6 | .doc | Word Document files |
| 2 | .htm | Web Page Document files |
| 4 | .html | Web Page Document files |
| 3 | .jpg | JPEG Picture files |
| 1 | .mht | Web Page Document files |
| 63 | .msr | (can be viewed as a text document) |
| 3 | .pdf | Adobe PDF Document files |
| 10 | .psd | Adobe PhotoShop Picture files |

| | | |
|---|---|---|
| 1 | .rar | Archive file |
| 138 | .txt | Text Document files |

12.  Records relating to searches, websites visited and other reference materials that relate to the investigation or evasion of prosecution for the referenced violations.

| # of files | Extension | Description |
|---|---|---|
| 1 | .doc | Word Document files |
| 2 | .htm | Web Page Document files |
| 18 | .html | Web Page Document files |
| 4 | .jpg | JPEG Picture files |
| 15 | .mht | Web Page Document files |
| 40 | .pdf | Adobe PDF Document files |
| 30 | .txt | Text Document files |

13.  Records or correspondence in handwritten, printed, optical or electronic format related to the creation of identification documents such as drivers' licenses, social security cards and birth certificates, as well as, equipment and materials used to make debit cards and such false identification documents.

| # of files | Extension | Description |
|---|---|---|
| 1 | .bmp | Bitmap Image file |
| 5 | .doc | Word Document files |
| 10 | .gif | GIF Picture files |
| 13 | .html | Web Page Document files |
| 59 | .jpg | JPEG Picture files |
| 21 | .mht | Web Page Document files |
| 17 | .pdf | Adobe PDF Document files |
| 122 | .psd | Adobe PhotoShop Picture files |
| 1 | .rar | Archive file |
| 3 | .tif | TIFF Image files |
| 124 | .txt | Text Document files |
| 2 | .xls | MS Excel Spreadsheet files |
| 1 | .zip | Archive file |

14.  Records or correspondence in handwritten, printed, optical or electronic format containing names, addresses or URLs of any remotely accessible computer system not residing at 431 El Camino Real, Santa Clara, California, Apartment 1122, Santa Clara, California 95050, and any passwords, tokens or "passphrases" used to authenticate and gain remote access with such systems.

| # of files | Extension | Description |
|---|---|---|
| 139 | .txt | Text Document files |

15.  Information or correspondence in handwritten, printed, optical or electronic format regarding any online identity used to log into or authenticate with any instant messenger

online communications service, for example: AOL Instant Messenger, ICQ, GoogleTalk, Internet Relay Chat (IRC), Jabber, MSN Messenger or Yahoo Messenger.

| # of files | Extension | Description |
|---|---|---|
| 15 | .txt | Text Document files |

16.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in tax law and/or the preparation of tax returns, for example: training manuals, examples, templates, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 2 | .doc | Word Document files |
| 2 | .html | Web Page Document files |
| 11 | .mht | Web Page Document files |
| 30 | .pdf | Adobe PDF Document files |
| 2 | .psd | Adobe PhotoShop Picture files |
| 9 | .txt | Text Document files |

17.  Documents, correspondence or materials in handwritten, printed, optical or electronic format related to training in computers, for example: training manuals, and correspondence in electronic, video, and paper formats.

| # of files | Extension | Description |
|---|---|---|
| 11 | .html | Web Page Document files |
| 121 | .mht | Web Page Document files |
| 19 | .pdf | Adobe PDF Document files |
| 34 | .txt | Text Document files |
| 2 | .zip | Archive files |

18.  Records or correspondence in handwritten, printed, optical or electronic format relating to the filing of tax returns, obtaining bank accounts or prepaid debit/credit cards, "to-do" lists setting forth things to do in furtherance of the subject scheme, or the use of proxies, botnets or any other automated process of filing tax returns.

| # of files | Extension | Description |
|---|---|---|
| 2 | .exe | Windows Executable files |
| 16 | .hta | Hypertext Application |
| 2 | .html | Web Page Document files |
| 2 | .iso | CD Disc Image |
| 8 | .log | Log Document files |
| 4 | .mht | Web Page Document files |
| 1 | .pdf | Adobe PDF Document file |
| 3 | .rar | Archive files |
| 583 | .txt | Text Document files |
| 3 | .zip | Archive files |

<u>26.  Records or correspondence in handwritten, printed, optical, or electronic format relating to fleeing the United States, resisting or seeking to overthrow the United States Government, survival and moving money outside of the United States undetected.</u>

| # of files | Extension | Description |
|---|---|---|
| 11 | .html | Web Page Document files |
| 19 | .mht | Web Page Document files |
| 18 | .pdf | Adobe PDF Document files |
| 22 | .txt | Text Document files |

## ANALYSIS REPORTS

Analysis reports were created through EnCase in two formats – Adobe PDF and HTML. Both report formats have been encrypted and provided on CD #1 and DVDs #1 and DVD #2. The password for the files will be provided separately.  All files mentioned in this report (except .dcv files) have been extracted and placed on DVDs #3 - 10.  The .dcv (Drive Crypt virtual container) files have not been provided because of the size of each file (approximately 60GB each) and the .dcv files actually contain many more files than those that fall within the parameters of the Search Warrant and its attachments.  CD #1 and DVDs #1 - 10 are incorporated by reference to this report.

All the files were scanned using Symantec Endpoint Protection version 11.0; definition date of September 17, 2009 r21.  Symantec identified a few possible threats and those files were also removed.  Screen shots of the virus scan findings, for those files, are included on the relevant DVD.  Those additional files can be provided, upon request, on a separate CD.

## CD #1

enc-Search Warrant Photos.zip

"enc-Search Warrant Photos.zip" contains the photos taken during the execution of the Search Warrant at 431 El Camino Real, Apartment 1122, Santa Clara CA  95050.  It also contains a log of the photos.

enc-PDF Reports.zip

"enc-PDF Reports.zip" contains an Adobe PDF report for each of the nine objects examined and described in this report.  The Adobe PDF report utilizes the evidence categories used in this report, which is based off Attachment B – Items to be Seized of the Search Warrants.

This report provides the following attributes of each file: name, file extension, file type (on known files), full file path, file created date, last written date, last accessed date, if the file was deleted, and the MD5 hash of the file.  Graphic files will also present a small version of the file.  Files can be located on the respective DVD containing the extracted files for the evidence object, utilizing the file path provided in the Adobe PDF report.

**DVD #1 & DVD #2**

Enc-HTML Reports-1.zip
Enc-HTML Reports-2.zip

"enc-HTML Reports-1.zip" and "enc-HTML Reports-2.zip" contain HTML reports for nine objects examined and described in this report. The HTML reports may be viewed with Internet Explorer. These reports contain links; therefore all files need to be extracted from the ZIP file and saved to a local hard drive in order to use the report links. Make sure you select "Use folder names" when you extract the files.

Once extracted, there will be a folder for each evidence item, labeled to match the image name of the item. Inside each folder is a file named "AnalysisReport.html". Double click this file to open the report. This report will provide the same file attributes as the PDF file: name, file extension, file type (on known files), full file path, file created date, last written date, last accessed date, if the file was deleted, and the MD5 hash of the file. However, this format also provides a link to open each document or file (except graphics). Graphic files will present a small version of the file. However, depending on your computer's processing power and memory, many graphics may fail to load due to the large number of graphics in some of the reports. You can locate the graphic files on DVDs #3 - #10, by following the file path of the file.

**DVD #3 - DVD #10**

DVD #3 – DVD #10 contain the extracted files identified in this report. Below is a listing of the evidence item (by image name) and the DVD containing the file:

| | |
|---|---|
| 1000220515_S1_RmA_C1_hdd0 | DVD #3 |
| 1000220515_S1_RmA_C1_Exthdd2 | DVD #3 |
| 1000220515_TSB100G_1_DriveCrypt01 | DVD #4 and DVD #5 |
| 1000220515_SGT500G_DriveCrypt01 | DVD #6 and DVD #7 |
| 1000220515_TSB100G_2_DriveCrypt01 | DVD #8 and DVD #9 |
| T_drive.rar | DVD #10 |

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

**↓ EXHIBIT 02 ↓**

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, Albert A. Childress, and Jeffrey H. Willert RE: IRS-CI Agent Daun indicating that it would take her approximately two weeks from July 8, 2009 to seize data to the DVDs later noted in her "Computer Forensic Report"; (Email sent date: July 8, 2009 10:33am); (BATES No. 000089-000090 of June 21, 2012 discovery set);

**Daun Tracy L**

| | |
|---|---|
| **From:** | Medrano Denise L |
| **Sent:** | Wednesday, July 08, 2009 12:14 PM |
| **To:** | Daun Tracy L |
| **Subject:** | RE: Case Status |



**From:** Daun Tracy L
**Sent:** Wednesday, July 08, 2009 12:11 PM
**To:** Medrano Denise L
**Cc:** Fleischmann Michael P
**Subject:** RE: Case Status

Tracy L. Daun
Special Agent, CIS
IRS-CI

Internal

**From:** Medrano Denise L
**Sent:** Wednesday, July 08, 2009 11:46 AM
**To:** Daun Tracy L; Fleischmann Michael P
**Cc:** Childress Albert A
**Subject:** RE: Case Status



Regarding providing images to the defense – I have informed Fred that the defense needs to contact you and provide the hardware. Since the "defense" is still a question, I wouldn't expect to hear anything until we know who the defense will be.

Thanks for the update!

**From:** Daun Tracy L
**Sent:** Wednesday, July 08, 2009 10:33 AM
**To:** Medrano Denise L; Fleischmann Michael P
**Cc:** Childress Albert A; Willert Jeffrey H
**Subject:** Case Status

01/20/2010

Denise and Mike,

I just wanted to give you a quick update on the analysis for Rigmaiden.

I am working on the last item right now. That will probably take me about week or so to complete. After that, I will need to run the final reports and download the files to DVDs for you. I estimate that will take about two weeks given the amount data on his computers.

Internal ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

To date, I have not been directed to provide any images to defense. Has that been put on hold until it is determined if Rigmaiden will be switching lawyers again?

Please let me know if you have any questions.

Tracy L. Daun
Special Agent, CIS
IRS-CI



↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓

*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

Paper print-out of emails between IRS-CI Agent Tracy L. Daun, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, Albert A. Childress, and Jeffrey H. Willert RE: case agent access to virtual machine clones of computer system seized from apartment No. 1122; IRS-CI Agent Daun instructing case agents to stop accessing their virtual machine copies; (Email sent dates: (1) August 28, 2009 5:29pm, (2) August 30, 2009 9:00pm, (3) August 30, 2009 9:44pm); (BATES No. 000099 of June 21, 2012 discovery set);

**Daun Tracy L**

| | |
|---|---|
| **From:** | Fleischmann Michael P |
| **Sent:** | Sunday, August 30, 2009 9:44 PM |
| **To:** | Medrano Denise L; Daun Tracy L |
| **Subject:** | RE: Virtual Machine Workstation |

*personal*                                                                      *unrelated*

I haven't been on it since you were on ~~~~~~ leave, but I also am wondering what the issues and concerns are? ~~~~~~

---

| | |
|---|---|
| **From:** | Medrano Denise L |
| **Sent:** | Sunday, August 30, 2009 9:00 PM |
| **To:** | Daun Tracy L; Fleischmann Michael P |
| **Subject:** | RE: Virtual Machine Workstation |

*personal*

Sounds good.  I don't believe anyone has been on the computer since I went on ~~~~~~ leave.

Do we have any issues/concerns with the files we printed from the computer and turned over to Fred for discovery?

---

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Friday, August 28, 2009 5:29 PM |
| **To:** | Medrano Denise L; Fleischmann Michael P |
| **Cc:** | Childress Albert A; Willert Jeffrey H |
| **Subject:** | Virtual Machine Workstation |

Denise and Mike,

*unrelated case*

I had planned on getting out to Mesa today to pick up the Virtual Machine Workstation on the hacker case, but ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ I have asked Al to disconnect the workstation and place it in his office to secure it.  I will come out to Mesa after I return from DC to pick up the workstation.  At this point, no one should be viewing the virtual machines.  I have called Richard at FBI and he is securing his copy of the computers also.

If you have any questions, let me know.  I will be checking email while I am gone.

Thanks!

---

Tracy L. Daun
Special Agent, CIS
IRS-CI



01/20/2010

6/21/2012 000099

⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email from IRS-CI Agent Tracy L. Daun to AUSA Frederick A. Battista, FBI Agent Richard J. Murray, IRS-CI Agent Denise L. Medrano, IRS-CI Agent Michael P. Fleischmann, and USPIS Inspector James L. Wilson RE: IRS-CI Agent Tracy L. Daun explaining that "[a] virtual machine allows me to sit there and view his computer, as if I was actually sitting at his computer"; (Email sent date: August 10, 2008 4:46pm); (BATES No. 000205 of December 9, 2011 discovery set);

[Redacted by the defendant (for relevance and privacy) using white squares with black borders.]

**From:** Daun Tracy L
**Sent:** Sunday, August 10, 2008 4:46 PM
**To:** Fred.Battista@ Richard.Murray@ic.fbi.gov; Medrano Denise L; Fleischmann Michael P;

1

12/09/11-000205

JLWilson@████████
**Subject:** Quick Update

Everyone,

Here is a quick update - Start with the Word Doc.

Denise/Mike:

There are a number of prepaid cards to follow-up on - Have fun!

Tracy L. Daun
Special Agent, CIS
IRS-CI
████████████████

Phoenix AZ  85012
████████ desk
████████ cell
████████ fax

12/09/11-000206

Everyone -

Before I leave for the next week and a half, I just wanted to give you quick summary of
what I've been able to accomplish so far and my take on things based on things I've
seen on the computer.

1.

2.

3.

4. I restored the IBM Thinkpad and the 2 external hard drives to a virtual machine.
   (A virtual machine allows me to sit there and view his computer, as if I was
   actually sitting at his computer)

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓
↓ **EXHIBIT 05** ↓

Paper print-out of email from IRS-CI Agent Tracy L. Daun to Jeffrey H. Willert RE: (1) IRS-CI Agent Daun admitting that she prolonged her on-site forensic search in order to allow other agents more time in apartment No. 1122, (2) August 3-4, 2008 seizure of data from storage devices seized from apartment No. 1122 informed government of storage unit No. A-47; (Email sent date: August 7, 2008 5:23pm); (BATES No. 000041 of December 9, 2011 discovery set);

**Daun Tracy L**

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Thursday, August 07, 2008 5:23 PM |
| **To:** | Willert Jeffrey H |
| **Subject:** | RE: San Jose Warrant |

**Tracking:** **Recipient**      **Read**

Willert Jeffrey H Read: 08/07/2008 5:27 PM

Jeff,

Sorry I didn't get a chance to call you.  I didn't get back into my emails until late on Monday to your response and by then I figured you were on vacation and didn't want to bother you.

I ran into a problem around 3:30 a.m. with the ▓▓▓▓▓▓ archiving.  The subject's computer decided to just shut down.  I don't know why.  I ended up having to just image everything as I normally would.  I was able to get the main laptop hdd imaged and the 100GB external hdd imaged.  They took a long time because he has his drives packed full.  They didn't want me to rush anyways, since they were trying to get a follow up warrant for some additional items in the apartment.  I did end up seizing everything - including the items I imaged, due to the fact that I believe the drives may be encrypted.  Also, the AUSA will not want to return the items with all the identity information of other people on them.

There was a bright spot to the computer shutting down on me.  While the other drives were imaging, I made a working copy of the archive, so I could open it up and see if I was able to get anything before it shut down.  I ended up getting quite a bit and one of the documents identified a storage unit he had in another "fake" identity.  We were able to get warrant for that storage unit also, and they found $80,000 in cash and about the same amount in Gold.  That was in addition to the $68,000 in cash + an unknown amount of gold that was found at the apartment.  Overall, it was a pretty successful day - although a long one.  I didn't get to bed until 11:00p.m. on Monday - but it was worth it.

I have almost everything imaged.  I'm working on the large 500GB external drive right now.  Again it is taking a long time.  It has 193.7GB read and 193.1GB written - not much free space to compress.  RBS images next....  :-)

If you have any questions, please feel free to call me when you get back from vacation.  Hopefully you are having fun!

Tracy L. Daun
Special Agent, CIS
IRS-CI
▓▓▓▓▓▓▓▓▓▓▓▓
Phoenix AZ  85012
▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Willert Jeffrey H
**Sent:** Monday, August 04, 2008 9:56 AM
**To:** Daun Tracy L

01/20/2010

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

**↓ EXHIBIT 06 ↓**

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

IRS report of search warrant execution at 431 El Camino Real, Apartment No. 1122, Santa Clara, CA; Note: report indicates that search took 27 hours; (BATES No. 000136-000137 of June 21, 2012 discovery set);

| Field Office: | Phoenix | Date of Action: | 08/03/2008 |
|---|---|---|---|

| Investigation Name: | Daniel Rigmaiden | Time of Execution: | 5:20 PM |
|---|---|---|---|
| Investigation Number: | 1000220515 | Time of Completion: | |

| Type of Action | | Location/Address: | 431 El Camino Real Apt. 1122 Santa Clara, CA 95050 |
|---|---|---|---|
| Search Warrant | ☒ | | |
| Seizure Warrant | ☐ | | |
| Arrest Warrant | ☐ | | |

| Agents/Officers Present | (Note roles i.e. Raid Leader) |
|---|---|

Denise Medrano - case agent
Mike Fleischmann - case agent
Richard Murray - case agent (FBI)
Tracy Daun - CIS, Photographer
Erik Vasquez - Photograph log Recorder
Robin Newgren - Evidence Custodian
Al Childress - Searcher
Clement Rogers - Searcher/Photo Log Recorder
Tracy Wong - Searcher
Nick Haney - Searcher
other IRS and FBI agents

| Subjects/Other Persons Present | |
|---|---|

The subject was arrested by Santa Clara PD outside his apartment on August 3, 2008, prior to the execution of the search warrant. No other persons were present at the apartment.

| Method of Entry? | Consensual ☐ | Forcible ☒ | (Explain Below) |
|---|---|---|---|

| Was video/photographs used? | Yes ☒ | No ☐ |
|---|---|---|

*(If yes, who has custody of video/photos?)*
Photographs taken by CIS Tracy Daun. Originals are in SA Daun's control

| Describe condition of premises upon entry/exit, if no video or photographs were used. | |
|---|---|

[ Note - These forms are generally prepared
shortly after the execution of a
search warrant ]

6/21/2012 000136

**Explain the use of any force that was necessary with subjects/other persons when executing action.**

Subject was previously arrested outside the apartment complex.  During the search incident to arrest a set of keys was located on his person.  These keys opened apartment number 1122.

| Was any contraband found? | Yes ☐ (Explain Below) | No ☒ |
|---|---|---|

| Were any weapons/dangerous items present at the site? | Yes ☐ (Explain Below) | No ☒ |
|---|---|---|

**Who was provided with a copy of the warrant?**

A copy of the warrant was left at the apartment.

**Who was provided with a copy of the inventory or where left?**

A copy of the inventory was left at the apartment.

**Describe how the premises were secured at the completion of the search.**

The keys used to open the apartment door were used to lock the door.  The keys are currently in the custody of IRS.

**Narrative**

On August 3, 2008, an individual matching the description of Steven Brawner was arrested by Santa Clara PD.  Santa Clara PD conducted the search incident to arrest.  Vinh of FBI took possession of the keys that were in Brawner's pockets to check to see if they opened the apartment in question.  The keys on Brawner's person unlocked the door to apartment number 1122.  There was nobody inside the apartment.  Entry into the apartment occurred at approximately 5:20 pm.  Prior to the execution of the search, it was determined any computers located would be imaged on site.  A computer containing a Verizon Wireless broadband access card was located inside the apartment.  Other items located inside the apartment included cash, gold and silver coins, multiple identification cards containing Brawner's photo and various names and identity information.  The search warrant was completed approximately 27 hours later.  A copy of the warrant and items seized was left inside the apartment.  The keys used to open the door were used to lock and secure the premises.

| Signature | | |
|---|---|---|
| Special Agent | *Denise L Medrano* E | 01/29/2010 |

| Reviewed | | |
|---|---|---|
| **Level** | **Signature** | **Date** |
| Supervisory Special Agent | *Albert C Childress* E | 02/01/2010 |
| Special Agent in Charge, Criminal Investigation | *Andrew D Whelan* E | 02/02/2010 |

⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇
⬇ **EXHIBIT 07** ⬇

*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

Paper print-out of email from FBI Agent Richard J. Murray to FBI supervisor RE: apartment No. 1122 was sparse, clean, and orderly; (Email sent date: August 6, 2008 10:35am); (ITEM No. 5 of November 29, 2010 discovery);

[Redacted by the defendant (for relevance) using white squares with black borders.]

# DISCOVERY

## November 29, 2010

## ITEM NO. 5

**FBI E-Mail Summaries, dated August 3, 2008 to August 6, 2008, regarding the arrest of Rigmaiden.  (2 Pages)**

From: Murray, Richard J.
To:  [REDACTED:  Name of FBI Supervisory Special Agent]
Sent: Wed Aug 06 10:35:10 2008
Subject: Re: Subject arrested

He had a sparse apt although it was clean and orderly.

↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓
↓ **EXHIBIT 08** ↓

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Personal communications with Jacqueline Gardiner seized by IRS-CI Agent Tracy L. Daun in October of 2011 from forensic images of data storage devices seized from apartment No. 1122 on August 3, 2008; (ITEM No. 4 of November 30, 2011 discovery);

[Redacted by the defendant (pursuant to Fed. R. Crim. P. 49.1(a)) using white squares with black borders.]

United States v. Daniel David Rigmaiden
CR-08-814-PHX-DGC

Discovery

November 30, 2011

Item No. 4

Item 4 - This is eight pages downloaded from defendant Rigmaiden's computer related to "Andrew Johnson" and card No. [               ]. This card appears to have been used to purchase the computer that the subject aircard was found in.  (8 Pages)

agj_bag_liner_jagbags.co.nz.txt

liners@jagbags.co.nz
I would like to place an order for custom liner!


I wish to purchase a custom "Hi Tech Mummy" bag liner made out of white Endura
4.75oz silk. I need it to go into a mummy sleeping bag. The liner needs to have 30cm
foot width and a 60cm chest width. So the very bottom of the liner needs to be 30cm
across and the very top of the liner before the hood starts (marked by a double line
in your diagram) needs to be 60cm straight across. The total length of the liner
before the hood starts (marked by a double line in your diagram) needs to be 175cm.
The hood then needs to extend out another 30cm. I need a draw string in the hood so
I can sinch it down around my head. When the hood is not sinched down, the liner
will lay 205cm long total. This is identicle to the Western Mountaineering Hilite
sleeping bag that I have. The liner will go into this bag. I also need the left side
of the liner to be open but only 80cm down starting from the very top of the liner
before the hood starts (marked by a double line in your diagram). So if you measure
from the bottom, the left side is stitched closed up to 95cm then it is open for the
next 80cm. I want 4 very small light weight METAL snap buttons (I don't like velcro)
evenly spaced along the edge of the left open side so I can snap it closed. If you
start from where the seam comes open on the left side (95cm from the bottom) and
mesaure up along the open edge to 20cm then that is where the first snap would go.
Then measure up another 20cm for the second snap, another 20cm for the third snap
and then up another 20cm for the last snap at the very top where the hood starts
(marked by a double line in your diagram).

I think this explains it good. It seems a little complicated but if you draw it out
as you read my description then it all makes sense. It will look just like the liner
in your diagram but with the measurements I need and the open left side. It is just
a liner so you can just use your best judgement when you make it and I won't
complain. Let me know if you have any questions. Please let me know if you will make
this for me and for how much. I am ready to pay with my credit card at any time.

Thank-you,
Andrew




--- Jacqueline Gardiner <jagbags@jagbags.co.nz> wrote:

> Dear Andrew
>
> I have been consulting with my best machinist and we
> are happy to make the
> Hi Tech Mummy Liner using Endura silk to your
> specifications as a one off
> customization.
>  We have one proviso. The metal snap buttons ! We
> will leave that for you to
> supervise someone in your home or town to attach
> these for the following
> reasons
> 1. We do not want to take the responsibility of
> choosing the correct weight
> of snap button which will stay closed and yet be
> light enough not to strain
> the silk.   and 2. We are concerned about using that
> method to close the
> silk seams together.
>

```
                          agj_bag_liner_jagbags.co.nz.txt
> I have to say that you have very little space around
> your shoulder area in
> that bag. I can see why you must have a side opening
> in the Jagbag. I have
> downloaded a photo of the HighLite from the Western
> Mountaineering Site.
>
> The Cost of the Customized Hi Tech Mummy as per your
> specifications without
> the snap buttons.
> $63.15 USD
> This is a lot higher than our usual charge for a
> customized liner but my
> machinist pointed out that she will have to draft a
> completely new pattern
> to use before cutting the liner out. She estimates
> her time on this Jagbag
> to be at least an hour.
> If you find our terms acceptable please click below
> to be taken directly to
> our secure order form and in the "comments" box say
> to refer to your email
> 02/23/07. minus snap buttons.
> https://tank.hosts.net.nz/jagbags.co.nz/form.htm
>
> Best wishes and thank you Andrew
>
> Jackie Gardiner
> Jagbags
>
```

Thank You For Filling Out This Form
Below is what you submitted to liners@jagbags.co.nz on Saturday, February 24, 2007
at 10:54:12

---------------------------------------------------------------------------------

02_Name: Andrew Johnson

03_street: [                    ]

04_city: San Francisco

05_state: California

06_Zip: [        ]

agj_bag_liner_jagbags.co.nz.txt

07_country: US

08_phone: [          ]

09_birth: not relevant

10_card: VISA

11_expiremonth: [    ]

12_expireyear: [      ]

13_ccnumber: [            ]

23_state2: Select

25_country2: Select

s20_Quantity1: 1

s21_model1: custom "Hi Tech Mummy" bag liner made out of white Endura 4.75oz silk

s23_money1: 63.15

s23_total1: US$63.15

s27_total2: US$0

s31_total3: US$0

s35_total4: US$0

s40_total: US$63.15

select: rsw

textarea: refer to my email 02/23/07. minus snap buttons.

↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓
↓ **EXHIBIT 09** ↓

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email from AUSA Frederick A. Battista Mark Paige, the defendant's prior defense attorney, RE: the government providing the defense with copies of all "electronic monitoring documents," *e.g.*, the D.Ariz. 08-3286MB-LOA order, D.Ariz. 08-3298MB-LOA order, D.Ariz. 08-7273MB-LOA order, N.D.Cal. 08-90330MISC-RS order, and N.D.Cal. 08-90331MISC-RS order, approximately 9 months after the orders' execution dates; (Email sent date: April 7, 2009 6:49pm);

**Mark Paige**

| | |
|---|---|
| **From:** | Battista, Fred (USAAZ) [████████████████] |
| **Sent:** | Wednesday, April 08. 2009 8:31 AM |
| **To:** | Mark Paige |
| **Subject:** | RE: Case Discovery |

Yes, please call Rose Marie at ████ to make a lunch meeting date next week.

Sent by Good Messaging (www.good.com)


   -----Original Message-----
From: Mark Paige [████████████████████]
Sent: Wednesday, April 08, 2009 10:19 AM Eastern Standard Time
To:  Battista, Fred (USAAZ)
Subject:   RE: Case Discovery

Would you have time next week to meet informally and discuss this case a bit? Grab a cup of
coffee or a sandwich or something.



Mark



From: Battista, Fred (USAAZ) [mailto:████████████████]
Sent: Tuesday, April 07, 2009 6:49 PM
To: mpaig████████████
Subject: Case Discovery



I have filed motions and orders for authorization to release all sealed warrants, electronic
monitoring documents and seizure warrants to your client.  I anticipate that I will have
redacted copies of most if not all of the documents to your office by the end of next week.

4/7/09

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.45/2045 - Release Date: 04/07/09 06:41:00


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.0.238 / Virus Database: 270.11.45/2045 - Release Date: 04/08/09 05:53:00

⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of IBM ThinkPad seized from apartment No. 1122 during execution of N.D.Cal. 08-70460-HRL/PVT warrant; Note: data storage device contained 4 separate partitions; total number of files within image: 60,891;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]



**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**
**⬇ EXHIBIT 11 ⬇**

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Screenshot of archive properties dialog box of ALZip showing total number of files contained within WinRAR "live acquisition" image of "T" drive seized from apartment No. 1122 during execution of N.D.Cal. 08-70460-HRL/PVT warrant; Note: "live acquisition" was only a partial imaging prior to auto-shutdown of computer; total number of files within image: 26,983;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]



**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

**⬇ EXHIBIT 12 ⬇**

*ATTACHED EXHIBITS*
*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of encrypted virtual drive "filesalot.dcv" seized from apartment No. 1122 during execution of N.D.Cal. 08-70460-HRL/PVT warrant; Note; total number of files within image: 53,520;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]



*THIRD SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*
*ATTACHED EXHIBITS*

**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**
**↓ EXHIBIT 13 ↓**

Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of encrypted virtual drive "filesalot_bak_3-1-2008" seized from apartment No. 1122 during execution of N.D.Cal. 08-70460-HRL/PVT warrant; Note; total number of files within image: 51,353;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]



**Properties**

General

51,353 Files, 3,583 Folders

Type:         Multiple Types

Location:     All in T:\

Size:         44.2 GB (47,535,993,804 bytes)

Size on disk: 44.3 GB (47,654,883,328 bytes)

Attributes    ☐ Read-only          Advanced...
              ☑ Hidden

OK      Cancel      Apply

⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇

Screenshot of file/folder properties dialog box of Microsoft Windows File Explorer showing total number of files contained within image of encrypted virtual drive "filesalot_bak_3-31-2008" seized from storage unit No. A-47 during execution of N.D.Cal. 70502-PVT warrant; Note; total number of files within image: 51,734;

[Redacted by the defendant (for privacy defense security reasons) using white squares with black borders.]

