**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY RE: DIGITAL EVIDENCE SEARCH OR, IN THE ALTERNATIVE, TO DISMISS THE CASE WITH PREJUDICE |

This matter is before the Court pursuant to the defendant's *Motion For Leave To File Motion For Disclosure RE: Digital Evidence Search Or, In The Alternative, To Dismiss The Case With Prejudice*.

There being good cause shown, the Court will grant the defendant's motion and permit him to file his *Motion For Disclosure RE: Digital Evidence Search*.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this ____ day of _____, 20____.

- 1 -