⬇ <u>ATTACHMENT 01</u> ⬇   Defendant's Statement Pursuant To LRCiv 7.2(j);

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

⬇ <u>ATTACHMENT 01</u> ⬇

*ATTACHED ATTACHMENTS*
*MOTION FOR DISCOVERY RE: DIGITAL EVIDENCE SEARCH*
*CR08-814-PHX-DGC*

## STATEMENT PURSUANT TO LRCiv 7.2(j)

**MOTION FOR DISCOVERY RE: DIGITAL EVIDENCE SEARCH**

I, Daniel David Rigmaiden, hereby certify that after personal consultation (via written correspondence) and sincere effort, the parties were unable to satisfactorily resolve the discovery issues addressed in the accompanying motion.

Date: July 23, 2012

s/ Daniel Rigmaiden
Daniel David Rigmaiden
Pro Se, Defendant.

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STATEMENT PURSUANT TO LRCiv 7.2(j)
MOTION FOR DISCOVERY RE: DIGITAL EVIDENCE SEARCH
CR08-814-PHX-DGC