↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓
↓ ATTACHMENT 02 ↓

*ATTACHED ATTACHMENTS*
*MOTION FOR DISCOVERY RE: DIGITAL EVIDENCE SEARCH*
*CR08-814-PHX-DGC*

Discovery request letter from Daniel Rigmaiden to AUSA Frederick A. Battista RE: request for evidence relating to exploratory rummaging through forensic images, *etc.*; Note: letter attachments not included; (Letter date: July 5, 2012);

[White square with black border redactions added by defendant for relevance.]

July 5, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: discovery request;
Page # 1 of 3

_Delivered in Electronic Format Via:_ Email     _to:_ Fred.Battista@usdoj.gov

_on:_ July 6, 2012    _by:_ Dan Colmerauer    _under the instruction of Daniel Rigmaiden._

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Dear Fred:

    I am writing this letter to make additional discovery requests with request Nos. 3 through 6 being extremely urgent in light of my need to immediately begin preparing my supplement to my _Motion To Suppress_ based on new evidence (some of which you have already provided) and also my reply to your response to my _Motion To Suppress_:

1.

2.

July 5, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: discovery request;
Page # 2 of 3

_____

 

 

3.     Please provide me with all evidence relating to government actors accessing (and when/where they were accessed) data and/or copies of data originating from physical data storage devices seized from (1) 431 El Camino Real, Apartment No. 1122, Santa Clara, CA 95050, and (2) storage unit No. A-47, CBD Indoor Mini, 570 Cinnabar Street, San Jose, California 95110 (hereafter collectively "seized physical data storage devices ").

4.     Please provide me with all evidence relating to government agents/actors providing (and when/where they were provided) data originating from seized physical data storage devices to other government agents/actors—regardless of whether the government agents/actors are federal or state and regardless of whether the government agents/actors are involved in investigations relating to CR08-814-PHX-DGC or to other cases and/or investigations not resulting in charges/cases.

5.     Please provide me with all evidence relating to government agents/actors providing (and when/where they were provided) data originating from seized physical data storage devices to defendants and their attorneys in case Nos. CR08-814-PHX-DGC, CR08-312-PHX-JAT, and in all other federal and state cases.

6.     Please provide me with all evidence relating to government agents/actors accessing (and when/where they were accessed) virtual machines originating from seized physical data storage devices. As you are likely now aware, in addition to the data images as a whole, the case agents continued to access the virtual machines—which is the same as accessing the seized computers—more than a year after the physical searches were conducted in August of 2008 (see ATTACHMENT 03).

\* \* \* \* \*

July 5, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: discovery request;
Page # 3 of 3

_____

      I appreciate your prompt compliance with this discovery request.


Sincerely,


s/ Daniel Rigmaiden
Daniel Rigmaiden
Pro Se, Defendant