1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9

10  United States of America,              No. CR08-814-PHX-DGC

11          Plaintiff,                     MOTION FOR EXTENSION OF TIME TO
                                           FILE REPLY TO GOVERNMENT'S
12  v.                                     RESPONSE TO DEFENDANT'S MOTION
                                           TO SUPPRESS
13  Daniel David Rigmaiden, et al.,

14          Defendant.

15

16          Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this

17  *Motion For Extension Of Time To File Reply To Government's Response To Defendant's*

18  *Motion To Suppress*.  Through this motion, the defendant respectfully requests that the Court

19  set a deadline of October 20, 2012 for the filing of the defendant's reply to the government's

20  response (Dkt. #873).

21          The government filed its response to the defendant's *Motion To Suppress* on August

22  20, 2012.  The government then mailed the defendant a copy of the response on August 21,

23  2012.  The defendant received the response on the night of August 23, 2012.  The defendant

24  was only able to skim through the government's response prior to drafting this motion for

25  extension of time.[1]  Through his skimming, the defendant noticed various cases that he

26

27  1.      The defendant had very little computer time to draft this motion prior to Mr. Seplow
    picking it up on August 26, 2012 with special arrangements made with CCA-CADC for the
28  defendant to bring him a digital copy on a Sunday—a day CCA-CADC refuses to allow the
    defendant to use the defense laptop computer..

*MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

does not have access to and the government failed to provide the defendant with courtesy copies of its cited cases that may not be readily available. Some of the noted cases were unpublished cases and, unless the case was cited in the defendant's original *Motion To Suppress*, the defendant does not have access to it. Additionally, as a general matter, the defendant does not have access to any case newer than March of 2012—whether published or not—due to CCA-CADC's failure to update its legal research computers. By providing the defendant two months to reply, he will have time to obtain copies of cases cited in the government's response through various—yet to be determined—means.

The defendant is currently in pretrial detention and has limited access to the outside world. The defendant does not have a paralegal or a private investigator to assist him. He currently only has a court-appointed shadow counsel, Philip Seplow,[2] to assist with the preparation of his reply and other defense matters. However, the defendant typically only sees Mr. Seplow at CCA-CADC once every one to two weeks. By providing the defendant two months to reply, he will be able to exchange data to/from the defense laptop computer (when Mr. Seplow visits CCA-CADC to see other clients) an adequate number of times prior to the deadline to have the reply filed.

The government's response is 67 pages and, even with just the noted skimming, the defendant noticed certain sections that will require placing additional evidence on the record in order to show the incorrectness/irrelevancy of certain government arguments. By providing the defendant two months to reply, he will have the time to assemble the needed evidence and put it into context.

The defendant currently has a pending discovery request and proposed motion to compel discovery (stemming from new evidence) that have not been addressed by the Court or the government. The requested discovery is extremely relevant to the defendant's fishing expedition / exploratory rummaging argument with respect to the search of seized data

---

2.     Mr. Seplow's assistant, Dan Colmerauer, also provides the defendant with limited assistance. However, Mr. Colmerauer is far too busy with Mr. Seplow's ordinary clients to assist the defendant with the totality of the legal research, document retrieval, and other matters relating to preparation of the defendant's reply.

MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS
CR08-814-PHX-DGC

storage devices.  By providing the defendant two months to reply, the pending discovery issue will have time to resolve.

If the Court decides that the defendant needs to back up his factual claims with an expert, the defendant will need more than two months to reply to the government's response.

Based on the points and authorities set forth herein, the defendant respectfully requests that this motion be granted and the proposed order be issued.

This motion and all attachments were drafted and prepared by the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all attachments on his behalf using the ECF system.  The defendant is appearing *pro se* and has never attended law school.  The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

LRCrim 12.2(a) requires that the undersigned include the following statement in all motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon."

///
///
///
///
///
///
///
///
///
///
///
///
///

*MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on
behalf of DANIEL DAVID RIGMAIDEN,
Pro Se Defendant:


s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**CERTIFICATE OF SERVICE**

I hereby certify that on:                    I caused the attached document to be

electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS CR08-814-PHX-DGC*