**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS (Dkt. #873) |

Pursuant to the defendant's *Motion For Extension Of Time To File Reply To Government's Response To Defendant's Motion To Suppress*, and good cause being shown:

**IT IS HEREBY ORDERED** setting the filing deadline for the defendant's reply to the *Government's Response To Defendant's Motion To Suppress* (Doc. #873) to on or before _____, 20\_\_\_\_\_.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the \_\_\_\_\_ day of _____, 20\_\_\_\_\_, for a total of \_\_\_\_\_ days.

DATED this \_\_\_\_ day of _____, 20\_\_\_\_.