Case: 2:08cr814

```
_✓_ FILED    ___ LODGED
___ RECEIVED ___ COPY

    SEP 1 3 2012

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

Katrin Verclas
Director, MobileActive Corporation
121 W 27th St., Ste. 702
New York, NY 10001

(Doc. 879)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED

SEP 1 3 2012

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hasler
09/05/2012
US POSTAGE  $00.45⁰



ZIP 85003
011D11628936

NIXIE           100   5E 1           00 09/09/12
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 85003213099        *1814-04315-05-38