1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7               UNITED STATES DISTRICT COURT

8                   DISTRICT OF ARIZONA

9

10  United states of America,           No. CR08-814-PHX-DGC

11        Plaintiff,                    MOTION TO CONTINUE TRIAL

12  v.                                  (19th Request)

13  Daniel David Rigmaiden, et al.,

14        Defendant.

15

16       Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this

17  *Motion To Continue Trial*, 19th request.[1]  Through this motion, the defendant requests that

18  the Court continue the trial in this matter—presently set for September 11, 2012[2]—for a

19  period of one hundred and eighty (180) days and extend the deadline for pretrial motions—

20  presently set for July 20, 2012[3]—an equal amount of time.  The pending Fourth

21  Amendment suppression issues are yet to be resolved and must be resolved prior to trial.

22  The defense also needs additional time to prepare its highly complex and intricate trial

23  defense addressing the government's 74 felony counts.  The defendant and defense members

24  need to prepare a trial defense from approximately 800 gigabytes of seized digital data—

25  which includes thousands of lines of relevant computer code—and 38,222 pages of scanned

---

26  1.   The last motion to continue the trial was erroneously labeled as the 17th request while
         it was actually the 18th request.
27  2.   *See June 15, 2012 Court Order* (Dkt. #840).
28  3.   *See id*.

                                    - 1 -

1  document discovery spanning 312 PDF files provided by the government.  This discovery
2  was not provided to the defendant in a searchable database.  The defendant also needs time
3  to locate and prepare an expert witness to address count No. 72 and other trial defense
4  strategies.  Thus, additional time is necessary to accomplish the above in order to be properly
5  prepared for trial.  The *pro se* defendant was unable to obtain the positions of other parties
6  regarding this request for a continuance.

\* \* \* \* \*

8  Based on the points and authorities set forth herein, the defendant respectfully
9  requests that this motion be granted and that the proposed order be issued.
10  This motion and all attachments were drafted and prepared by the *pro se* defendant,
11  however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all
12  attachments on his behalf using the ECF system.  The defendant is appearing *pro se* and has
13  never attended law school.  The defendant's filings, however inartfully pleaded, must be
14  liberally construed and held to less stringent standards than formal pleadings drafted by
15  lawyers.  *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).
16  LRCrim 12.2(a) requires that the undersigned include the following statement in all
17  motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
18  motion or of an order based thereon."
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

*MOTION TO CONTINUE TRIAL (19th Request)*
*CR08-814-PHX-DGC*

- 2 -

1 | Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*MOTION TO CONTINUE TRIAL (19th Request)*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                            I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION TO CONTINUE TRIAL (19th Request)*
*CR08-814-PHX-DGC*

- 4 -