1
2
3
4
5
6
7   **UNITED STATES DISTRICT COURT**
8   **DISTRICT OF ARIZONA**
9
10  United States of America,                    No. CR08-814-PHX-DGC
11        Plaintiff,                             ORDER CONTINUING TRIAL
12  v.                                           (RE: 19th Request)
13  Daniel David Rigmaiden, et al.,
14        Defendant.
15

16     This matter is before the Court pursuant to the defendant's *Motion To Continue Trial*
17 (19th request) requesting that the Court continue the trial one hundred and eighty (180) days.
18     There being no objection by the government, and good cause being shown, the Court
19 finds that failure to continue the proceedings in this case would deny the *pro se* defendant the
20 reasonable time necessary for effective defense preparation, taking into account the exercise
21 of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)).  The Court also notes that this case is
22 designated complex (Doc. 079).  Taking into consideration the complexity of the case due to
23 the nature of the prosecution (18 U.S.C. § 3161(h)(7)(B)(ii)), a six month continuance is not
24 unreasonable.  Therefore, the ends of justice served by granting the defendant's continuance
25 outweigh the best interests of the public and the defendant in a speedy trial.
26     **IT IS HEREBY ORDERED** that the trial in the above captioned case be continued
27 from September 11, 2012, to _____ at _____.
28     **IT IS FURTHER ORDERED** extending the deadline for filing pretrial motions to

- 1 -

1 | _____ at _____.
2 |      Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the
3 | \_\_\_\_\_ day of _____, 20\_\_\_\_, for a total of \_\_\_\_ days.
4 |
5 |      DATED this \_\_\_\_ day of _____, 20\_\_\_\_.
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |