IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 08-00814-1-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Daniel David Rigmaiden, ) | |
| Defendant. ) | |

This matter is before the Court pursuant to the defendant's Motion for Leave to File For Disclosure RE: Digital Evidence Search Or, In The Alternative, To Dismiss The Case With Prejudice.

There being good cause shown, the Court will grant the defendant's motion and permit him to file his Motion For Disclosure Re: Digital Evidence Search.

DATED this 28th day of September, 2012.

David G. Campbell
United States District Judge

cc: Rigmaiden