Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>SUBMISSION OF DECLARATION RE: DANIEL RIGMAIDEN'S STORAGE UNIT WAS UNIT NO. A-47 AT CBD INDOOR MINI STORAGE, 570 CINNABAR STREET, SAN JOSE, CALIFORNIA 95110 |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits his declaration RE: *Daniel Rigmaiden's storage unit was unit No. A-47 at CBD Indoor Mini Storage, 570 Cinnabar Street, San Jose, California 95110* in response to a claim made in *Government's Response To Defendant's Motion To Suppress* (Dkt. #873). This declaration is being submitted in support of the defendant's Fourth Amendment suppression arguments in light of a recent government claim regarding the defendant's reasonable expectation of privacy.

While searching the defendant's home on August 3, 2008, IRS-CI Agent Daun located rental records for storage unit No. A-47 (CBD Indoor Mini Storage) on the defendant's home computer along with the combination to the padlock securing the unit.[1] In the sworn

---

1.   *See Third Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*, EXHIBIT 05 (Dkt. #863-1) (August 7, 2008 email from IRS-CI Agent Daun to Jeffrey Willert: "[O]ne of the documents [seized from the defendant's computer] identified a storage unit he had in another 'fake' identity."); *Submission Of Documents Related To Original Northern District Of California 08-70502-HRL Search Warrant Used To*

- 1 -

1  affidavit submitted to secure a warrant to search storage unit No. A-47, the government (1)

2  admitted that storage unit No. A-47 belonged to the defendant,[2] (2) sufficiently established

3  the defendant's ownership for the magistrate,[3] and (3) noted that the picture on the ID used

4  to rent the storage unit matched the defendant's likeness and picture on the ID used to rent

5  his home residence.[4]  Later, IRS-CI Agent Daun determined that the defendant's storage

6  unit contained backup copies of data seized from the defendant's apartment.[5]  Additionally,

7  while litigating the case, the government never claimed that the defendant lacked a

8  reasonable expectation of privacy in his storage unit in the way it claimed he lacked a

9  reasonable expectation of privacy in his home and items contained therein.  However, now

10 the government makes the blanket claim that "[t]he government has never conceded that

11 defendant had a valid expectation of privacy in **anything** that he obtained, possessed, or

12 maintained through the use of a fraudulent identity[,]"[6] which may perceivably apply to the

13 defendant's storage unit.  In response to this claim, the defendant is submitting the attached

14 affidavit in order to provide factual support for his reasonable expectation of privacy in

---

*Physically Search Storage Unit No. A-47* (Dkt. #846-1, p. 52) ("[D]uring the ongoing execution of the second warrant relating to the subject apartment,... computer records relating to a storage unit were identified....  The computer records list a combination for the lock on the unit.").

2.     *See id.* (Dkt. #846-1, p. 53) ("There is probable cause to believe that the 'Hacker' will have one or more computers at **his** residence and/or storage unit..." (emphasis added)); *id.* (Dkt. #846-1, p. 3) ("The location to be searched is a self storage unit currently rented by a person using the name Daniel Clifton Aldrich who also currently uses the name Steven Travis Brawner.").

3.     *See id.* (Dkt. #846-1, p. 52) ("The facility's rental records for the unit include a photo copy of a drivers' license in the name of Daniel Clifton Aldrich.  The image in the drivers' license... **appears to be arrestee**." (emphasis added) (referring to the arrest of the defendant on August 3, 2008)).

4.     *See id.* (Dkt. #846-1, p. 52) ("The facility's rental records for the unit include a photo copy of a drivers' license in the name of Daniel Clifton Aldrich[] [which] ...is similar to the image in the Steven Travis Brawner [license].").

5.     *Compare* image of "filesalot.dcv" contained on storage device seized from apartment No. 1122 with image of "filesalot_bak_3-31-2008" contained on storage device seized from storage unit No. A-47. *Third Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*, EXHIBIT 01 (Dkt. #863-1) ("Computer Forensic Report" by IRS-CI Agent Daun RE: search of data storage devices and encrypted virtual drives seized from apartment No. 1122 and storage unit No. A-47, p. 11 and 25).

6.     *Government's Response To Defendant's Motion To Suppress* (Dkt. #873, p. 60 (emphasis added)).

SUBMISSION OF DECLARATION RE: DANIEL RIGMAIDEN'S STORAGE UNIT WAS UNIT NO. A-47 AT CBD INDOOR MINI STORAGE, 570 CINNABAR STREET, SAN JOSE, CALIFORNIA 95110
CR08-814-PHX-DGC

1 storage unit No. A-47.

2     This submission and all herein referenced attachments were drafted and prepared by
3 the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to file this
4 submission and all attachments on his behalf using the ECF system.  The defendant is
5 appearing *pro se* and has never attended law school.  The defendant's filings, however
6 inartfully pleaded, must be liberally construed and held to less stringent standards than
7 formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

8     It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
9 result of this submission.

10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SUBMISSION OF DECLARATION RE: DANIEL RIGMAIDEN'S STORAGE UNIT WAS UNIT NO. A-47 AT CBD INDOOR MINI STORAGE, 570 CINNABAR STREET, SAN JOSE, CALIFORNIA 95110*
*CR08-814-PHX-DGC*

- 3 -

1 | Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*SUBMISSION OF DECLARATION RE: DANIEL RIGMAIDEN'S STORAGE UNIT WAS UNIT NO. A-47 AT CBD INDOOR MINI STORAGE, 570 CINNABAR STREET, SAN JOSE, CALIFORNIA 95110*
*CR08-814-PHX-DGC*

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on:                  I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

SUBMISSION OF DECLARATION RE: DANIEL RIGMAIDEN'S STORAGE UNIT WAS UNIT NO. A-47 AT CBD INDOOR MINI STORAGE, 570 CINNABAR STREET, SAN JOSE, CALIFORNIA 95110
CR08-814-PHX-DGC