1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

9

10   United States of America,

                    Plaintiff,                              CR-08-814-001-PHX-DGC

11

12          v.                                              **ORDER FOR ENLARGEMENT OF
                                                            TIME**

13   Daniel David Rigmaiden,

14                   Defendant.

15          Upon motion of the United States, good cause appearing as stated in the government's

16   motion, and there being ____ objection by the defendant Daniel David Rigmaiden,

17          IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond

18   to defendant Daniel David Rigmaiden's Motion For Discovery Re Digital Evidence Search

19   (Docket No. 890), until _____, 20____.

20          Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on

21   _____, 20____, for a total of _____ days.

22          DATED this _____ day of _____, 20___.

23

24

25

26

27

28