**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>       Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO PLACE ADDITIONAL EVIDENCE ON THE RECORD RESPONSIVE TO GOVERNMENT CLAIMS CONTAINED IN RESPONSE TO MOTION TO SUPPRESS |

This matter is before the Court pursuant to the defendant's *Motion For Leave To Place Additional Evidence On The Record Responsive To Government Claims Contained In Response To Motion To Suppress*. Specifically, the defendant requests that he be permitted to file his proposed *Fourth Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*.

There being good cause shown, the Court will grant the defendant's motion and permit him to file his *Fourth Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20_____, for a total of _____ days.

DATED this ____ day of _____, 20____.

- 1 -