UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    v.<br><br>Daniel David Rigmaiden,<br><br>             Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR ENLARGEMENT OF TIME** |

Upon motion of the United States, good cause appearing as stated in the government's motion,

IT IS ORDERED granting the United States' Motion for Enlargement of Time to respond to defendant Daniel David Rigmaiden's Motion For Discovery Re Digital Evidence Search (Docket No. 890), until October 22, 2012.

DATED this 15th day of October, 2012.

_____
David G. Campbell
United States District Judge

cc: Rigmaiden