Daniel J. Pochoda (SBA 021979)
Kelly J. Flood (SBA 019772)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org

Linda Lye*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm St., 2nd Floor
San Francisco, California 94111
Telephone (415) 621-2493
llye@aclunc.org

Hanni M. Fakhoury*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x. 117
hanni@eff.org

*Application for admission pro hac vice pending
Additional counsel listed on signature page

Attorneys for Proposed Amici Curiae

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL RIGMAIDEN,<br><br>    Defendant. | CASE NO.: 2:08-CR-00814-DGC<br><br>**UNOPPOSED MOTION TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DANIEL RIGMAIDEN'S MOTION TO SUPPRESS; DECLARATION OF LINDA LYE IN SUPPORT**<br><br>**ORAL ARGUMENT REQUESTED** |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DANIEL RIGMAIDEN'S MOTION TO SUPPRESS**

Proposed *Amici Curiae* American Civil Liberties Union, American Civil Liberties Union of Arizona, American Civil Liberties Union of Northern California (collectively "ACLU"), and the Electronic Frontier Foundation ("EFF") request leave to file a brief in support of Defendant Daniel Rigmaiden's motion to suppress. The ACLU and EFF respectfully submit that amicus briefing is particularly appropriate in this case, because it is likely to result in the first decision in the country to address the constitutional implications of the government's use of a cell site emulator, or so-called "stingray," to locate a suspect, and the defendant in this matter is proceeding *pro se*. The arguments set forth in the proposed brief *amici curiae* would add to and not merely repeating the briefing submitted by the parties, and would thus aid the Court in its resolution of this important matter.[1] This brief is also being submitted before the Court-ordered due date of October 20, 2012 for Mr. Rigmaiden's reply. *See* Doc. 879.

## INTEREST OF *AMICI*

The American Civil Liberties Union Foundation is a nationwide, nonprofit, nonpartisan organization with more than 500,000 members dedicated to the principles of liberty and equality embodied in the Constitution and this nation's civil rights laws. Since its founding in 1920, the ACLU has frequently appeared in courts across the country, both as direct counsel and as *amicus curiae*, including in numerous cases involving the Fourth Amendment. In particular, the ACLU and its members have long been concerned about the impact of new technologies on the constitutional right to privacy. The ACLU of Arizona is the affiliate of the national ACLU in Arizona, where this matter is currently proceeding. The ACLU of Northern California is the geographic affiliate of the national ACLU in Northern California, where the two orders at issue in this motion to suppress (N.D. Cal. 08-90330 and 08-90331) were issued. The ACLU of

---

[1] No party's counsel, or party, authored this brief in whole or in part. No party or counsel for a party made a monetary contribution intended to fund the preparation or submission of this brief. No party or entity other than *amici* or their counsel made a monetary contribution to this brief's preparation or submission. *See* Lye Decl., ¶12.

1

Northern California obtained an order unsealing the applications, affidavits and Orders in N.D. Cal. 08-90330 and 08-90331, which are attached as Exhibits 2 and 3 to the accompanying declaration of Linda Lye.

EFF is a non-profit, member-supported organization based in San Francisco, California, that works to protect free speech and privacy rights in an age of increasingly sophisticated technology. As part of that mission, EFF has served as counsel or amicus curiae in many cases addressing civil liberties issues raised by emerging technologies, including location-based tracking techniques such as GPS and collection of cell site tracking data.

THE PARTIES DO NOT OPPOSE THE FILING OF THIS *AMICI CURIAE* BRIEF

Prior to the filing of this motion, *amici* attempted to ascertain the position of the parties on the filing of this proposed brief *amici curiae*. Mr. Rigmaiden has consented to the filing of this brief. See Lye Decl. ¶10. The government does not oppose the filing of this proposed *amici* brief; instead it "take[s] no position and leave[s] it to the discretion of the court." See *id.* ¶11 & Exh. 14.

ORAL ARGUMENT REQUESTED

The ACLU and EFF also request leave to participate in an oral argument on any hearing on Mr. Rigmaiden's motion to suppress, to present the issues raised in their proposed *amici* brief.

\*   \*   \*

For the foregoing reasons, the ACLU and EFF respectfully request leave to file the accompanying proposed brief *amici curiae*.

| | |
|---|---|
| Dated: October 19, 2012 | Respectfully submitted, |
| | By:   /s/Daniel J. Pochoda<br>        Daniel J. Pochoda |

Linda Lye*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm St., 2nd Floor
San Francisco, California 94111
Telephone:   415-621-2493
Facsimile:    415-255-8437
llye@aclunc.org

Daniel J. Pochoda (SBA 021979)
Kelly J. Flood (SBA 019772)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org

Ben Wizner*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
bwizner@aclu.org

Hanni M. Fakhoury*
Staff Attorney
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
415 436 9333 x. 117
hanni@eff.org

*Application for admission *pro hac vice* pending

Attorneys for *amici curiae*

3

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2012 I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
2 North Central Ave., Suite 735
Phoenix, AZ 85004
*Attorney for Defendant Ransom Carter*

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

*Attorneys for United States*

Copy of the attached document, mailed this 19th day of October, 2012, to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300

/s/Gloria Torres

4