1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL RIGMAIDEN,<br><br>Defendant. | CASE NO.: 2:08-CR-00814-DGC<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF** |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Before the Court is the unopposed motion of the American Civil Liberties Union, |
| 3 | the American Civil Liberties Union of Arizona, the American Civil Liberties Union of |
| 4 | Northern California (collectively "ACLU"), and the Electronic Frontier Foundation |
| 5 | ("EFF") for leave to file an *amici curiae* brief in support of Defendant Daniel Rigmaiden's |
| 6 | motion to suppress. |
| 7 | Upon consideration of the papers, and good cause appearing, it is hereby |
| 8 | ORDERED that the motion for leave to file an *amici curiae* brief is GRANTED. |
| 9 | IT IS SO ORDERED. |
| 11 | Dated this ___ day of _____, 2012. |
| 13 | _____ |
| 14 | David G. Campbell<br>United States District Judge |