# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States

    Plaintiff(s)/Petitioner(s),

vs.

Rigmaiden et al.

    Defendant(s)/Respondent(s)

CASE NO: 2:08-cr-00814

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

```
_✓_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   OCT 1 9 2012

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## NOTICE:   $50.00 APPLICATION FEE REQUIRED!

I, **Benjamin Wizner**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **American Civil Liberties Union Foundation**.

**City and State of Principal Residence:** New York, NY
**Firm Name:** American Civil Liberties Union Foundation
**Address:** 125 Broad Street, 17th Floor     **Suite:**
**City:** New York     **State:** NY     **Zip:** 10004
**Firm/Business Phone:** (212) 519-7860
**Firm Fax Phone:** (212) 549-2654     **E-mail Address:** bwizner@aclu.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| Supreme Court of the State of California | 11/30/2001 | ✓ Yes | ☐ No* |
| U.S. District Court for the Central District of California | 01/28/2002 | ✓ Yes | ☐ No* |
| U.S. District Court for the Southern District of California | 06/16/2003 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/17/2012

**Date**

**Fee Receipt #** AX0127268

*[signature]*

**Signature of Applicant**

(Rev. 04/12)

## Benjamin Wizner Court Admissions (Continued)

U.S. District Court for the Northern District of California (May 2007) – IN GOOD STANDING

U.S. Court of Appeals for the Ninth Circuit (July 14, 2003) – IN GOOD STANDING

U.S. Court of Appeals for the DC Circuit (November 19, 2004) – IN GOOD STANDING

United States Supreme Court (March 21, 2005) – IN GOOD STANDING

U.S. Court of Appeals for the Fourth Circuit (June 12, 2006) – IN GOOD STANDING

U.S. Court of Appeals for the Third Circuit (June 4, 2007) – IN GOOD STANDING

# Certificate of Good Standing

United States of District Court      )
                                     ) ss.
Northern District of California      )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Benjamin Wisner, Bar No. 215794** was duly admitted to practice in said Court on **May 18, 2007**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on September 28, 2012

Richard W. Wieking
Clerk