Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant
# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY RE: AUSA BATTISTA'S FAILURE TO FOLLOW THE DEFENDANT'S INSTRUCTION OR, IN THE ALTERNATIVE, TO DISMISS THE CASE WITH PREJUDICE |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion For Leave To File Motion For Discovery RE: AUSA Battista's Failure To Follow The Defendant's Instruction Or, In The Alternative, To Dismiss The Case With Prejudice*. Through this motion, the defendant respectfully requests that the Court permit him to file the attached *Motion For Disclosure RE: Service Upon Defendant Of Chinese Food Restaurant Menu*.

The Court previously noted in its January 4, 2012 order that it "will not entertain further discovery motions."[1] After the Court issued its January 4, 2012 order, and before the defendant filed his *Motion To Suppress* (Dkt. #824) and related memorandums (Dkt. #824 and #830), the defendant filed no additional discovery motions and made no additional discovery requests. However, in *Government's Response To Defendant's Motion To Suppress* (Dkt. #873), filed August 20, 2012, the prosecution claimed for first time that "in

---
1.  *January 4, 2012 Court Order*, p. 30 (Dkt. #723, p. 30).

- 1 -

1 this case the agents had no real opportunity to serve the owner of the aircard with a copy of
2 the tracking warrant;" *i.e.*, the N.D.Cal. 08-90330MISC-RS order. *Id.* at p. 55. The
3 government made this claim in support of an argument that suppression is not merited for
4 Rule 41 violations. The discovery requested through the attached proposed motion will
5 prove that the government had perfect opportunity to serve the defendant with a copy of the
6 N.D.Cal. 08-90330MISC-RS order. For further information, *see* proposed *Motion For*
7 *Disclosure RE: Service Upon Defendant Of Chinese Food Restaurant Menu*, hereby
8 incorporated by reference pursuant to LRCiv 7.1(d)(2) when referenced through LRCrim
9 12.1. If the government is not required to provide the requested evidence, the Court's fact
10 finding may be negatively impacted by the government's false claim. If the Court decides to
11 stick to its prior January 4, 2012 decision to not entertain further discovery motions, the
12 defendant respectfully requests the alternative relief of dismissal of the case with prejudice
13 for the resulting due process violation and violation of Fed. R. Crim. P., Rule 16 *et seq*. See
14 United States v. Gamez-Orduno, 235 F.3d 453, 461 (9th Cir. 2000).

15     For the reasons stated above, the defendant respectfully requests that the Court grant
16 the defendant's request for leave to file his *Motion For Disclosure RE: Service Upon*
17 *Defendant Of Chinese Food Restaurant Menu* or, in the alternative, dismiss the case with
18 prejudice.

19     This motion and all attachments were drafted/prepared by the *pro se* defendant,
20 however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all
21 attachments on his behalf using the ECF system. The defendant is appearing *pro se* and has
22 never attended law school. The defendant's filings, however inartfully pleaded, must be
23 liberally construed and held to less stringent standards than formal pleadings drafted by
24 lawyers. *See* Haines v. Kerner, 404 U.S. 519, 520 (1972).

25     LRCrim 12.2(a) requires that the undersigned include the following statement in all
26 motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
27 motion of of an order based thereon."
28 ///

1 | Respectfully Submitted:

3 | PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

6 | s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY RE: AUSA BATTISTA'S FAILURE TO FOLLOW THE DEFENDANT'S INSTRUCTION OR, IN THE ALTERNATIVE, TO DISMISS THE CASE WITH PREJUDICE*
*CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on: _____ I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))