*ATTACHED ATTACHMENTS*
*MOTION FOR DISCLOSURE RE: SERVICE UPON DEFENDANT OF CHINESE FOOD RESTAURANT MENU*
*CR08-814-PHX-DGC*

↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓
↓ <u>ATTACHMENT 01</u> ↓

Defendant's Submission Pursuant To LRCiv 37.1;

## SUBMISSION PURSUANT TO LRCiv 37.1

## MOTION FOR DISCLOSURE RE: SERVICE UPON DEFENDANT OF CHINESE FOOD RESTAURANT MENU

LRCiv 37.1, *referenced through* LRCiv 7.2(k) *when referenced through* LRCrim 12.1, requires the defendant to include with the accompanying discovery motion three separate, distinct, numbered paragraphs addressing the following:

(1) the question propounded, the interrogatory submitted, the designation requested or the inspection requested;

(2) the answer, designation or response received; and

(3) the reason(s) why said answer, designation or response is deficient.

LRCiv 37.1(a) et seq.

1.     On August 30, 2012, the defendant requested the following from the government, with ITEM No. 09 being a CD containing a video of an undercover agent serving the defendant with a Chinese food restaurant menu at apartment No. 1122 on July 22, 2008:

October 7, 2009 discovery set provided to Philip Seplow (*see* ATTACHMENT 01). Specifically, I am yet to review any evidence in this set that was provided on CD, *i.e.*, ITEM No. 07, ITEM No. 08, ITEM No. 09, and ITEM No. 10. Please be advised that it is no relevant matter if you claim that some or all of the discovery from this set was provided at a later date and spread out through multiple other discovery sets of which you may or may not identify. I need the CDs from the October 7, 2009 discovery set **as they were provided to Philip Seplow** in October of 2009. Please also be advised that ITEM No. 09 is needed for my reply to your response to my *Motion To Suppress*—**I cannot file my response without accessing ITEM No. 09**.

*August 30, 2012 letter from Daniel Rigmaiden to AUSA Battista*, p. 1.

2.     On October 12, 2012, the defendant received a single government CD containing various data. Rather than provide the defendant with a mirrored copy of the CD referenced at ITEM No. 09, a government employee copied the contents of the CD into a folder on his/her hard drive and then copied that folder to a newly formatted CD along with a other unrelated data.

3.     Because the government failed to preserve the original evidence as the

- 1 -

defendant requested on August 30, 2012 (*i.e.*, to provide "CDs from the October 7, 2009 discovery set **as they were provided to Philip Seplow** in October of 2009"), the folder on the new CD containing a copy of the original CD referenced at ITEM No. 09 contained a video file that was not viewable.  The government failing to provide the defendant with a copy of the *original* CD referenced at ITEM No. 09, as it was provided to Philip Seplow in October of 2009, and the government's changing of the file structure containing the *original data*, caused the government's proprietary "surveillance video viewing" software to not function and fail to play the surveillance video.