*ATTACHED ATTACHMENTS*
*MOTION FOR DISCLOSURE RE: SERVICE UPON DEFENDANT OF CHINESE FOOD RESTAURANT MENU*
*CR08-814-PHX-DGC*

⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇
⬇ ATTACHMENT 02 ⬇

Defendant's Statement Pursuant To LRCiv 7.2(j);

## STATEMENT PURSUANT TO LRCiv 7.2(j)

**MOTION FOR DISCLOSURE RE: SERVICE UPON DEFENDANT
OF CHINESE FOOD RESTAURANT MENU**

I, Daniel David Rigmaiden, hereby certify that after personal consultation (via written correspondence) and sincere effort, the parties were unable to satisfactorily resolve the discovery issues addressed in the accompanying motion.


Date: October 12, 2012                    s/ Daniel Rigmaiden
                                          Daniel David Rigmaiden
                                          Pro Se, Defendant.

                                          Daniel Rigmaiden
                                          Agency #10966111
                                          CCA-CADC
                                          PO Box 6300
                                          Florence, AZ 85132

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///