ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03
ATTACHMENT 03

*MOTION FOR DISCLOSURE RE: SERVICE UPON DEFENDANT OF CHINESE FOOD RESTAURANT MENU*
*CR08-814-PHX-DGC*
*ATTACHED ATTACHMENTS*

Discovery request letter from Daniel Rigmaiden to AUSA Frederick A. Battista RE: request for duplicate of discovery CDs provided to Philip Seplow via October 7, 2009 discovery set; Note: letter attachments not included; (Letter date: August 30, 2012);

August 30, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: an additional request for duplicates of other missing discovery;
Page # 1 of 2

---

*Delivered in Electronic Format Via:* | Email |   *to:* | Fred.Battista@usdoj.gov

*on:* | September 10, 2012 | *by:* | Dan Colmerauer |   *under the instruction of Daniel Rigmaiden.*

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Dear Fred:

I explained in my August 24, 2012 letter how I was finally able to organize and catalog all of the discovery provided by the government to my various attorneys over the years.  In the noted letter, I requested duplicates of various discovery lost by my prior defense attorneys.  Since the time of my last letter, I noticed additional lost discovery that I am yet to review.  I am missing the following:

1. October 7, 2009 discovery set provided to Philip Seplow (*see* <u>ATTACHMENT 01</u>).  Specifically, I am yet to review any evidence in this set that was provided on CD, *i.e.*, ITEM No. 07, ITEM No. 08, ITEM No. 09, and ITEM No. 10.  Please be advised that it is no relevant matter if you claim that some or all of the discovery from this set was provided at a later date and spread out through multiple other discovery sets of which you may or may not identify.  I need the CDs from the October 7, 2009 discovery set **as they were provided to Philip Seplow** in October of 2009.  Please also be advised that ITEM No. 09 is needed for my reply to your response to my *Motion To Suppress*—**I cannot file my response without accessing ITEM No. 09.**

In the future, I would appreciate receiving an acknowledgement of my discovery requests within 7 days.  Even if the government cannot provide the requested discovery within 7 days, it is still required that I receive an acknowledgement and an estimated time frame of when I will receive the requested discovery.

August 30, 2012
Daniel Rigmaiden – CR08-814-PHX-DGC
RE: an additional request for duplicates of other missing discovery;
Page # 2 of 2

_____

        I appreciate your prompt compliance with this discovery request.


Sincerely,


s/ Daniel Rigmaiden
Daniel Rigmaiden
Pro Se, Defendant