JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-08-0814-001-PHX-DGC |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY RE: DIGITAL EVIDENCE SEARCH** |
| Daniel David Rigmaiden, | (DOCUMENT No. 890) |
| Defendant. | |

The United States, through undersigned counsel, hereby responds to defendant's Motion for Discovery Re: Digital Evidence Search (Document No. 890) as follows. On October 22, 2012, the United States provided defendant, pursuant to defendant's request, an additional summary of the nature and time frame of the searches conducted by all of the case agents who searched any aspect of defendant's computers in this case. This information should be sufficient for defendant's stated purposes as of this date. If after review of the response, defendant has an additional request or more specific request, the United States will again seek to respond in a timely manner. Therefore, defendant's motion may be considered moot at this time.

/

/

/

/

/

Respectfully submitted this 22th day of October, 2012.

        JOHN S. LEONARDO
        United States Attorney
        District of Arizona

        <u>s/ Frederick A. Battista</u>

        FREDERICK A. BATTISTA
        PETER S. SEXTON
        JAMES R. KNAPP
        Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that on October 22, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Philip Seplow
Shadow Counsel for Defendant

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

<u>s/ Frederick A. Battista</u>
Assistant U.S. Attorney

2