IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

USA

  Plaintiff(s)/Petitioner(s),

vs.

Rigmaiden, et al.

  Defendant(s)/Respondent(s)

CASE NO: 2:08-cr-00814 DGC

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 2 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Hanni Fakhoury, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Amicus Curiae Electronic Frontier Foundation.

**City and State of Principal Residence:** Clayton, California
**Firm Name:** Electronic Frontier Foundation
**Address:** 454 Shotwell Street   **Suite:**
**City:** San Francisco   **State:** CA   **Zip:** 94110
**Firm/Business Phone:** (415) 436-9333
**Firm Fax Phone:** (415) 436-9993   **E-mail Address:** hanni@eff.org

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| USDC ND CA | 08/05/2011 | ✓ Yes ☐ No* |
| USDC SD CA | 12/04/2007 | ✓ Yes ☐ No* |
| USDC CO | 06/30/2011 | ✓ Yes ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| none | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

10/16/12

**Date**   **Signature of Applicant**
**Fee Receipt #** PHX27296

(Rev. 04/12)

**Pro Hac Vice Application of Hanni M. Fakhoury**
**Additional Courts to Which Mr. Fakhoury is Admitted**

Hanni M. Fakhoury (CA SBN 252629) admitted CA State Bar December 4, 2007

    Second Circuit admitted October 25, 2011

    Third Circuit admitted January 26, 2012

    Fifth Circuit admitted January 5, 2012

    Ninth Circuit admitted February 12, 2009

    US Supreme Court admitted October 11, 2011

Mr. Fakhoury is a member in good standing of all courts to which he is admitted.

# Certificate of Good Standing

United States District Court      )
                                  ) ss.
Northern District of California   )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Hanni Meena Fakhoury, Bar No. 252629** was duly admitted to practice in said Court on **August 5, 2011**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on October 18, 2012

_Richard W. Wieking_
Clerk