Daniel Rigmaiden #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 5.4 (Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 19 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America,  Plaintiff, v. Daniel David Rigmaiden, et al., Defendant. | No. CR08-814-PHX-DGC  MOTION FOR RECONSIDERATION OF COURT'S ORDER AT Dkt. No. 899 |
|---|---|

Defendant, Daniel David Rigmaiden, appearing pro se, respectfully requests that the Court reconsider its ruling at Dkt. #899 and instead grant the defendant the relief requested in his response to the government's motion filed at Dkt. #896.

On October 12, 2012, the government requested that the Court allow it until October 22, 2012 to file its response to the defendant's Motion For Discovery RE: Digital Evidence Search (Dkt. #869). See Dkt. #896. The defendant received Dkt

1 of 4

#896 on the night of October 15, 2012 through CCA-CADC legal mail. On October 16, 2012, the defendant placed into the CCA-CADC mailing system his "Defendant's Response To Government's Motion For Enlargement of Time [Dkt #896]," wherein he objected to the government's request and sought alternative relief. On the morning of October 17, 2012, the defendant received through CCA-CADC legal mail the Court's order granting the government's request — a ruling made without the Court reading the defendant's response.

On the morning of October 17, 2012, the defendant asked his court-appointed shadow counsel's assistant, Dan Colmenauer, (1) why he did not inform the defendant that the government filed Dkt. #896 (submitted October 12, 2012) during their phone conversation on the morning of October 15 2012, and (2) why he did not inform the defendant that the Court issued the order at Dkt. #899 during their phone conversation on the morning of October 16, 2012. Mr. Colmenauer advised the defendant that he was never

served with Dkt. #896 by the government or PACER and he provided no reason as to why he failed to inform the defendant of Dkt. #899 when he spoke to the defendant on the phone on October 16, 2012.

Nevertheless, the Court did not read the defendant's response to Dkt. #896 before issuing its order at Dkt. #899. The Court did not have the full facts or the defendant's reasons in support of denying Dkt. #896 prior to ruling. For the reasons stated herein and in "Defendant's Response To Government's Motion For Enlargement Of Time [Dkt. #896]," the defendant respectfully requests that the Court read the defendant's response to Dkt. #896, reconsider its order at Dkt. #899, and amend the order to grant the relief requested by the defendant in his response to Dkt. #896.

"Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or of an order based thereon."

//

//

3 of 4

Respectfully submitted: October 17, 2012.

*Daniel Rigmaiden*
Daniel David Rigmaiden

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2012, I placed this original document in the CCA-CADC mailing system for USPS delivery to the Clerk of the Court, under the assumption that CCA-CADC will pay the postage. No other parties were served with this document considering legal copy service is unavailable at CCA-CADC.