1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | CASE NO.: 2:08-CR-00814-DGC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE** *AMICI CURIAE* **BRIEF** |
| DANIEL RIGMAIDEN, | |
| Defendant. | |

**ORDER**

Before the Court is the unopposed motion of the American Civil Liberties Union, the American Civil Liberties Union of Arizona, the American Civil Liberties Union of Northern California (collectively "ACLU"), and the Electronic Frontier Foundation

1  ("EFF") for leave to file an *amici curiae* brief in support of Defendant Daniel Rigmaiden's
2  motion to suppress.
3      Upon consideration of the papers, and good cause appearing, it is hereby
4  ORDERED that the motion for leave to file an *amici curiae* brief is GRANTED.
5      IT IS SO ORDERED.

7      Dated this 25th day of October, 2012.

_____
David G. Campbell
United States District Judge