Case: 2:08cr814

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Katrin Verclas
Director, MobileActive Corporation
121 W 27th St., Ste. 702
New York, NY 10001

(Doc 899)

**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
OCT 2 3 2012
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hasler
10/15/2012
US POSTAGE
$00.45⁰



FIRST-CLASS MAIL
ZIP 85003
011D11628936

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099          *0414-04927-15-38