**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      ) | Case No. CR 08-0814-PHX-DGC |
|                                ) |  |
|            Plaintiff,          ) |  |
|                                ) | MOTION FOR EXTENSION OF TIME |
|      vs.                       ) | TO FILE REPLIES TO GOVERNMENT'S |
|                                ) | RESPONSES AT DOCKET NO. 911 AND |
| Daniel David Rigmaiden,        ) | DOCKET NO. 918 |
|                                ) |  |
|            Defendant.          ) |  |
| _____  ) |  |

   COMES NOW the Defendant, Daniel David Rigmaiden, by and through his undersigned shadow counsel, and respectfully moves for an extension of time to file his replies to the government's Responses found at Docket Number 911 and Docket Number 918.

   As to the Response found at Docket Number 911[1], Defendant has yet to view the discovery provided by the government as the Defendant must wait until someone brings him the discovery to CCA/CADC.  Then, Defendant needs to review same and prepare a reply.  Although it will only take the Defendant a couple of hours to review the discovery and write the reply, the process of getting the reply filed takes weeks.

/ / /

/ / /

---

[1] Government's Response to Defendant's Motion for Discovery Re: Digital Evidence Search (Document No. 890)

1

1  As to the Response found at Docket Number 918[2], the
2 Defendant has not yet received the government's Response although
3 he is aware of its existence.  And again, the process of getting
4 the Reply filed takes weeks even though that reply will take only
5 a couple of hours to complete.
6  For the reasons stated above, Defendant respectfully
7 requests an additional two weeks for the date of the filing of
8 this Motion (November 12, 2012) to reply as stated above.
9  Excludable delay under 18 U.S.C. § 3161(h)(8) is not
10 expected to occur as a result of this Motion or from an Order
11 based thereon.
12  RESPECTFULLY SUBMITTED this 29th day of October, 2011.
13  PHILIP A. SEPLOW, ESQ.

15  By: s/Philip A. Seplow
      Philip A. Seplow, Esq.
16    Attorney for Defendant

---

[2] Government's Response to Defendant's Motion Requesting Evidentiary Hearing to Settle Contested Issues of Fact Going to Validity of Fourth Amendment Searches and Seizures (Document No. 901)

CERTIFICATE OF SERVICE

__X__  I hereby certify that on October 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Frederick Battista, Esq.
    Assistant United States Attorney

    Attorneys for all codefendants of record

_X_  I hereby certify that on October 29, 2012, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

                      S/ Philip A. Seplow