1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                    DISTRICT OF ARIZONA

8   United States of America,   )   Case No. CR 08-0814-PHX-DGC
                                 )
9                   Plaintiff,   )
                                 )   O R D E R
10            vs.                )
                                 )
11   Daniel David Rigmaiden,     )
                                 )
12   _____ )

13

14          PURSUANT TO Defendant's Motion for Extension of Time

15   To File Replies to Government's Responses at Docket No. 911 and

16   Docket No. 918, and good cause shown,

17          IT IS HEREBY ORDERED extending the deadline for filing

18   replies to the Responses found at Docket No. 911 and Docket No.

19   918 to the _____day of _____, 2012.

20

21

22

23

24

25

26

27

28