**Motions**
2:08-cr-00814-DGC USA v. Rigmaiden et al

DKD,_DISMISSED

905, 906, 907

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

OCT 3 0 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

U.S. District Court
DISTRICT OF ARIZONA

**Notice of Electronic Filing**

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118
OFFICIAL BUSINESS

PHOENIX
AZ 852

22 OCT 2012
PM 9 L

Hasler
10/22/2012
US POSTAGE $0

FIRS

Z
011

RECEIVED
OCT 3 0 2012
CLERK ... 
UNITED STATES ...
FOR THE DISTRICT OF ARIZONA

Katrin Verclas
Director, Mobile/Active Corporation
121 W 27th St., Ste. 702
New York, NY 10001

NIXIE       100  SE 1       00 10/26/12
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 85003213099       *2314-02352-22-3

melody.karmgard@usdoj.gov

Benjamin Wizner bwizner@aclu.org

Linda Lye llye@aclunc.org

**2:08-cr-00814-DGC-1 Notice will be sent by other means to those listed below if they are affected by this filing:**

Daniel David Rigmaiden
# 10966111
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300
FLORENCE, AZ 85132

https://ecf.azd.circ9.dcn/cgi-bin/Dispatch.pl?224874164576045                            10/19/2012

**Motions**

2:08-cr-00814-DGC USA v.
Rigmaiden et al

DKD,_DISMISSED

#912 #913

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

     OCT 3 0 2012

   CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

U.S. District Court

DISTRICT OF ARIZONA

**Notice of Electronic Filing**

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118
OFFICIAL BUSINESS

OCT 30 12

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hasler
10/23/2012
US POSTAGE   $0

Katrin Verclas
Director Mobile/Active Corporation
121 W 27th St., Ste. 702

NIXIE         100  DE 1         00 10/26/12
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 85003213099          *1394-03618-23-41

melody.karmgard@usdoj.gov

Benjamin Wizner  bwizner@aclu.org

Linda Lye  llye@aclunc.org, njolly@aclunc.org

Hanni Fakhoury  hanni@eff.org

**2:08-cr-00814-DGC-1 Notice will be sent by other means to those listed below if they are affected
by this filing:**

Daniel David Rigmaiden
# 10966111
FLORENCE-AZ-FLORENCE-CADC-6300
CENTRAL ARIZONA DETENTION CENTER
P.O. BOX 6300