IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            ) | CR 08-814-PHX-DGC |
|                         )| |
|           Plaintiff,            ) | **ORDER** |
|                         )| |
| vs.                        ) | |
|                         )| |
| Daniel David Rigmaiden,           ) | |
|                         )| |
|           Defendant.           ) | |
|                         )| |

Pursuant to Defendant's Motion for Extension of Time to File Replies to Government's Responses at Docket No. 911 and Docket No. 918, and good cause shown,

IT IS HEREBY ORDERED extending the deadline for filing replies to the Responses found at Docket No. 911 and Docket No. 918 to the 12th day of November, 2012.

DATED this 31st day of October, 2012.

*David G. Campbell*
United States District Judge

cc: Rigmaiden