1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF ARIZONA

9

10  United States of America,                No. CR08-814-PHX-DGC

11          Plaintiff,                        FIFTH SUBMISSION OF
                                              CONSOLIDATED EXHIBITS RELATING
12  v.                                        TO DISCOVERY AND SUPPRESSION
                                              ISSUES
13  Daniel David Rigmaiden, et al.,

14          Defendant.

15

16          Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits: *Fifth*

17  *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*.

18  Through this filing, the defendant is submitting 5 exhibits for the record.  The attached

19  exhibits are different from and in addition to the 52 exhibits previously submitted via *First*

20  *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.

21  #587), the 116 exhibits previously submitted via *Second Submission Of Consolidated*

22  *Exhibits Relating To Discovery And Suppression Issues* (Dkt. #821), the 14 exhibits

23  previously submitted via *Third Submission Of Consolidated Exhibits Relating To Discovery*

24  *And Suppression Issues* (Dkt. #863), and the 24 exhibits previously submitted via *Fourth*

25  *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.

26  #898).  All exhibits attached to this filing were either recently received by the defense from

27  the government on October 22, 2012 or were recently made relevant via the October 22,

28  2012 disclosure.

*FIFTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

1    The defendant will be filing multiple documents that will refer to many of the same

2  exhibits.  LRCiv 7.1(d)(1), when referenced through LRCrim 12.1, prohibits the defendant

3  from attaching an exhibit to a filing that has already been attached to a previous filing.  *See*

4  *id*.  Pursuant to LRCiv 7.1(d)(2), when referenced through LRCrim 12.1, the defendant is

5  required to incorporate by reference any exhibit that is already on the record.  *See id*.  The

6  defendant is filing this submission in order to place numerous exhibits on the record in one

7  convenient filing.  Each exhibit attached to this submission is relevant to the defendant's

8  defense and will be incorporated into future filings by reference, *e.g.*, the defendant's *Reply*

9  *To Government's Response To Motion For Discovery RE: Digital Evidence Search*, *Second*

10  *Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under*

11  *N.D.Cal. Warrants*, and possibly other filings.

12    This submission was drafted and prepared by the *pro se* defendant, however, he

13  authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the

14  ECF system.  The defendant is appearing *pro se* and has never attended law school.  The

15  defendant's filings, however inartfully pleaded, must be liberally construed and held to less

16  stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S.

17  519, 520 (1972).

18    It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

19  result of this submission.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   Respectfully Submitted:

2

3                                                  PHILP SEPLOW, Shadow Counsel, on
                                                   behalf of DANIEL DAVID RIGMAIDEN,
4                                                  Pro Se Defendant:

5

6                                                  s/ Philip Seplow
                                                   Philip Seplow
7                                                  Shadow Counsel for Defendant.

8

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*FIFTH SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                          I caused the attached document to be
electronically transmitted to the Clerk's Office using the ECF system for filing and
transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

- 4 -

*FIFTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*