1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9

10   United States of America,                    No. CR08-814-PHX-DGC

11          Plaintiff,                             SIXTH SUBMISSION OF
                                                   CONSOLIDATED EXHIBITS RELATING
12   v.                                            TO DISCOVERY AND SUPPRESSION
                                                   ISSUES
13   Daniel David Rigmaiden, et al.,

14          Defendant.

15

16          Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits: *Sixth*

17   *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*.

18   Through this filing, the defendant is submitting 3 exhibits for the record.  The attached

19   exhibits are different from and in addition to the 52 exhibits previously submitted via *First*

20   *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.

21   #587), the 116 exhibits previously submitted via *Second Submission Of Consolidated*

22   *Exhibits Relating To Discovery And Suppression Issues* (Dkt. #821), the 14 exhibits

23   previously submitted via *Third Submission Of Consolidated Exhibits Relating To Discovery*

24   *And Suppression Issues* (Dkt. #863), the 24 exhibits previously submitted via *Fourth*

25   *Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues* (Dkt.

26   #898), and the 5 exhibits previously submitted via *Fourth Submission Of Consolidated*

27   *Exhibits Relating To Discovery And Suppression Issues* (Dkt. #929).  All exhibits attached to

28   this filing were recently made relevant by the October 22, 2012 government disclosure.  The

                                           - 1 -

*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES CR08-814-PHX-DGC*

*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

1  three exhibits attached to this filing were not attached to Dkt. #898 considering it took time

2  for the defendant to realize their relevance in light of the new October 22, 2012 government

3  disclosure relating to the digital data search—a legal issue that is far more complex than the

4  legalities of cell site emulators, *etc*.  While drafting his *Second Supplement To Motion To*

5  *Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants*, the

6  defendant realized that two prior government emails were made relevant by the most recent

7  October 22, 2012 discovery and that a Google website search engine print-out was also made

8  relevant.

9      The defendant will be filing multiple documents that will refer to many of the same

10  exhibits.  LRCiv 7.1(d)(1), when referenced through LRCrim 12.1, prohibits the defendant

11  from attaching an exhibit to a filing that has already been attached to a previous filing.  *See*

12  *id*.  Pursuant to LRCiv 7.1(d)(2), when referenced through LRCrim 12.1, the defendant is

13  required to incorporate by reference any exhibit that is already on the record.  *See id*.  The

14  defendant is filing this submission in order to place numerous exhibits on the record in one

15  convenient filing.  Each exhibit attached to this submission is relevant to the defendant's

16  defense and will be incorporated into future filings by reference, *e.g.*, the defendant's *Second*

17  *Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under*

18  *N.D.Cal. Warrants*, and may also be referenced at a suppression hearing.

19      This submission was drafted and prepared by the *pro se* defendant, however, he

20  authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the

21  ECF system.  The defendant is appearing *pro se* and has never attended law school.  The

22  defendant's filings, however inartfully pleaded, must be liberally construed and held to less

23  stringent standards than formal pleadings drafted by lawyers.  *See* Haines v. Kerner, 404 U.S.

24  519, 520 (1972).

25      It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

26  result of this submission.

27  ///

28  ///

1    Respectfully Submitted:

2

3                                               PHILP SEPLOW, Shadow Counsel, on
                                                behalf of DANIEL DAVID RIGMAIDEN,
4                                               Pro Se Defendant:

5

6                                               s/ Philip Seplow
                                                Philip Seplow
7                                               Shadow Counsel for Defendant.

8

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES
CR08-814-PHX-DGC*

**CERTIFICATE OF SERVICE**

I hereby certify that on:                          I caused the attached document to be

electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*