UNITED STATES V. DANIEL DAVID RIGMAIDEN
CR08-814-PHX-DGC
EXHIBIT INDEX
SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS
RELATING TO DISCOVERY AND SUPPRESSION ISSUES

EXHIBIT 01:     Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Denise Medrano and IRS-CI Agent Michael P. Fleischmann RE: IRS-CI Agent Daun expects to be done with her forensic analysis of seized physical data storage devices "by late March or early April," *i.e.*, approximately 60 days after she began on February 2, 2009; (Email sent date: February 27, 2009 4:18pm); (5/9/2012 BATES Nos. 000092 of May 9, 2012 discovery set).

EXHIBIT 02:     Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to Michael R Weir and James M. Adriansen RE: IRS-CI Agent Daun wanting to handle the technical side of the investigation without assistance from the more technology resourceful FBI as suggested by the AUSA; (Email sent date: February 1, 2008 2:52pm); (10/6/2011 BATES Nos. 000093-000094 of October 6, 2011 discovery set).

                [Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 03:     Google [website], *jug davi g. camell - Google Search*, *searchable at* http://www.google.com (last accessed Nov. 16, 2012); Note: search conducted on "Jug Davi G. Camell" auto-corrects to "Did you mean: *Judge David. G. Campbell*".

⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇
⬇ **EXHIBIT 01** ⬇

*ATTACHED EXHIBITS*
*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to IRS-CI Agent Denise Medrano and IRS-CI Agent Michael P. Fleischmann RE: IRS-CI Agent Daun expects to be done with her forensic analysis of seized physical data storage devices "by late March or early April," *i.e.*, approximately 60 days after she began on February 2, 2009; (Email sent date: February 27, 2009 4:18pm); (5/9/2012 BATES Nos. 000092 of May 9, 2012 discovery set).

**Daun Tracy L**

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Friday, February 27, 2009 4:18 PM |
| **To:** | Medrano Denise L; Fleischmann Michael P |
| **Subject:** | Analysis Update |

Denise and Mike,

Just a quick update on your case...

I am still working on the Rigmaiden analysis.  I have one more encrypted volume to go through - they have been taking about 2 weeks for each volume.  After that, I will do the remaining items, but that should go pretty quickly.  At this point, I anticipate that all analysis should be done by late March or early April.  I'll try to keep you updated on the progress.

Regarding ████████ *CI2* at this point you have my report and the CD containing the files.  Unless you notify me to the contrary, I consider the analysis on that case completed.  If there is anything additional you need, please let me know.

Thanks!

Tracy L. Daun
Special Agent, CIS
IRS-CI
████████████████

01/21/2010

⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇

*ATTACHED EXHIBITS*
*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

Paper print-out of email sent from IRS-CI Agent Tracy L. Daun to Michael R Weir and James M. Adriansen RE: IRS-CI Agent Daun wanting to handle the technical side of the investigation without assistance from the more technology resourceful FBI as suggested by the AUSA; (Email sent date: February 1, 2008 2:52pm); (10/6/2011 BATES Nos. 000093-000094 of October 6, 2011 discovery set).

[Redacted by the defendant (for relevance) using white squares with black borders.]

## Daun Tracy L

| | |
|---|---|
| **From:** | Daun Tracy L |
| **Sent:** | Friday, February 01, 2008 2:52 PM |
| **To:** | Weir Michael R; Adriansen James M |
| **Cc:** | Medrano Denise L |
| **Subject:** | Phoenix Bulk Filing Case |

**Tracking:** **Recipient**           **Read**

Weir Michael R

Adriansen James M   Read: 02/06/2008 9:15 AM

Medrano Denise L    Read: 02/01/2008 3:01 PM

*Prospective Invest. Techniques*

*CI-1 Throughout.*

*CARTER*

Michael and Jim,

The following is a status on the Phoenix Bulk Filing case

*& prospective investigation*

10/6/11 000093

The use of botnets, hacking, and things of that nature may be a bit out of my league. I know we have a number of CISs (including both of you) that are far more experienced than I am. The CW said that JP and the hacker use a special type of encryption and JP only talks on the phone through Skype, etc. The CW said JP once sent him the encryption but he disregarded it, he is going to try and have JP resend it. This case has been monitored by HQ since last year when the scheme was identified and I want to make sure we have the technical stuff covered as much as we can. (Besides, the AUSA didn't believe that the IRS had the resources to do this and wanted to bring the FBI in. He also thought their CART people were better suited for this. We stood up for ourselves and I don't want to have to eat my words! :-) )

I hope this all makes sense. If you have any questions, please let me know.

Tracy L. Daun
Special Agent, CIS
IRS-CI

01/20/2010

*ATTACHED EXHIBITS*
*SIXTH SUBMISSION OF CONSOLIDATED EXHIBITS*
*RELATING TO DISCOVERY AND SUPPRESSION ISSUES*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇

Google [website], *jug davi g. camell - Google Search*, *searchable at* http://www.google.com (last accessed Nov. 16, 2012); Note: search conducted on "Jug Davi G. Camell" auto-corrects to "Did you mean: *Judge David. G. Campbell*".

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More ▾

jug davi g. camell

Sign in

Web    Images    Maps    Shopping    More ▾    Search tools

About 1,320 results (0.32 seconds)

Did you mean: *judge david* g. *campbell*

[PDF] WHOLESALE PRODUCT GUIDE - **Davis** Food Ingredients
www.**davis**.co.nz/locationDivert.aspx?divert.../**Davis**%20Catalogue.p...
File Format: PDF/Adobe Acrobat
**Davis** Trading is a privately owned company which has had a successful long-term
record in the food ingredient supply industry throughout New Zealand for ...

60x50: 07/10
www.60x50.com/2010_07_01_archive.html
Jul 9, 2010 – ... at the end of Donald **Cammell** and Nic Roeg's Performance (1970), the
... dumped from the **jug**—that wasn't real acid poured on the Rolls!

**Davis Campbell** - UC **Davis** School of Education
education.uc**davis**.edu/boa-profile/**davis-campbell**
**Davis Campbell**, who retired as Executive Director of the California School Boards
Association in 2001, has a distinguished career in public education. Prior to ...

Georgia All-Region Baseball Teams - MaxPreps News
www.maxpreps.com/news/.../georgia-all-region-baseball-teams.htm
Jul 31, 2009 – Jake Montgomery, Pope, MVP; Matt Lane, Pope, **Pitcher** of the Year;
... LeAndre **Davis**, **Campbell**; Kevin Hartigan, Centennial; John Duran, Kell ...

**Davis Campbell** - IMDb
www.imdb.com/name/nm1336392/
**Davis Campbell**, Actor: Kegless. ... Contribute to IMDb. Add a bio, trivia, and more.
Update information for **Davis Campbell** ». More at IMDbPro » Contact Info on ...

UPSON COUNTY GA Poor School Records 1856 File contributed for ...
files.usgwarchives.net/ga/upson/schools/1856.txt
... CAMEL Elizabeth Jesse A. Arrington Mother---Nancy **Camel** CARAWAY Ann ....
Josephine M.J. Ogletree Father---M.J. Ogletree OGLETREE **Davis** Thomas J. ....
Ephraim 2 **Jug** PIKE James 2 494th PIPPIN Baily 4 561st POLLARD Allen **G**. 3 ...

Random Ramblings, Thoughts and Fiction: Ken's Girls : Sammi **Davis**
randomramblingsthoughtsandfiction.blogspot.com/.../kens-girls-sam...
Feb 13, 2012 – Not to be confused with Sammy **Davis** Jnr of course; "As you can see
luv, I'm not him" she said in a 1987 interview "Oh I get jokes all the time" ...

[PDF] g §    JM T » '.F. sen lie I tescrc iROu; ardTis 'S
newspaper.twinfallspubliclibrary.org/files/Times.../2003_07_08.pdf
File Format: PDF/Adobe Acrobat
H H M H jToda **g** §. M agic Vall. Fixing an error: Fee • . ' means small break f< ...... n
siwkestnan Pete **Davis** de ...... 6 **Camell**, son of ...... s the losing **pitcher** ...

[PDF] REVIEW - Pitchero
files.**pitch**ero.com/.../10.Evo-StikNPLReview-15thOctober2011(Send...
File Format: PDF/Adobe Acrobat - Quick View
Oct 15, 2011 – places courtesy of a 3-1 win over **Cammell** Laird, who are in real
trouble after six consecutive defeats. ..... Jack Dug-9a" (84) **g**:"\igl:)':v:3:JI12{25'1::**G**}
North Ferriby United 3 1 Mickleover Sports Art. 228 ... Liam **Davis** I?) ...

January 17 Birthdays in History
www.brainyhistory.com/daysbirth/birth_january_17.html
190+ items – January 17 Birthdays in History - January 17 Deaths - January ...
1981  Ray J, born in Carson, California, singer, record producer, actor, son of ...
1980  Zooey Deschanel, born in Los Angeles, California, American Actress

**1** 2 3 4 5 6 7 8 9 10     **Next**

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google