# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION FOR LEAVE TO AMEND |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

This matter is before the Court pursuant to the defendant's *Motion For Leave To Amend Dkt. #867 First Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants Or, In The Alternative, To Dismiss The Case With Prejudice*.  In light of the new October 22, 2012 evidence provided to the defendant by the government, and in light of new developments in United States v. Collins, Case No. 11-CR-00471-DLJ (PSG), Doc. #328 (N.D.Cal., Aug. 27, 2012), the Court will allow the defendant to amend/supplement his prior suppression arguments relating to the government's "digital data search."  The Court will allow the defendant to amend his suppression filings as follows:

*[NOTE: the defendant anticipates that the Court will delete all but one of the below proposed options and/or draft his own instructions for the defendant to follow]*

PROPOSED OPTION NO. 1

The defendant will file his amended version of Doc. No. 867 by deleting all stricken

- 1 -

1 text and changing the red text into black text.  *See* LRCiv. 15.1.  The defendant's amended
2 version of  Doc. No. 867 will be filed by the defense as **Second** *Supplement To Motion To*
3 *Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants*.  If the
4 government provides new evidence in light of Doc. No. 930, the defendant may request
5 leave to amend his suppression arguments once again as a *third* supplement.

6 PROPOSED OPTION NO. 2

7 The defendant will wait until the government indicates that it has no further evidence
8 to provide the defendant regarding the "digital data search."  Once the discovery process is
9 complete, the defendant will file a final supplement to Doc. No. 867 using the totality of the
10 new evidence.  This will be the last supplemental/amended filing.

11 PROPOSED OPTION NO. 3

12 The defendant will wait until the government indicates that it has no further evidence
13 to provide the defendant regarding the "digital data search."  Once the discovery process is
14 complete, the defendant will file an amended version of Doc. No. 830-1 to include (1) the
15 therein contained original arguments that remain relevant, (2) the changes made to Doc. No.
16 830-1 at Doc. No. 867 that remain relevant, (3) the changes made in the amended version of
17 Doc. No. 867 (*i.e.*, the *second* supplement) attached to the motion of which this Order
18 relates, and (4) the changes that will likely materialize (*i.e.*, the *third* supplement) in light of
19 additional, yet to be provided government disclosures addressed at Doc. No. 930.  This will
20 be the last supplemental/amended filing.

21

22 Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the
23 _____ day of _____, 20_____, for a total of _____ days.

24

25 DATED this ____ day of _____, 20____.

26

27

28