JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    v.<br><br>Daniel David Rigmaiden,<br><br>             Defendant. | No. CR-08-0814-001-PHX-DGC<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO AMEND DKT. #867 FIRST SUPPLEMENT TO MOTION TO SUPPRESS RE: SEARCH AND SEIZURE OF DIGITAL EVIDENCE UNDER N.D. CAL WARRANTS OR, IN THE ALTERNATIVE TO DISMISS THE CASE WITH PREJUDICE**<br>**(Docket No. 934)** |

The United States, through undersigned counsel, hereby responds to defendant's Motion for Leave to Amend DKT. #867 First Supplement to Motion to Suppress Re: Search and Seizure of Digital Evidence Under N.D. Cal. Warrants or, in the Alternative to Dismiss the Case With Prejudice (Docket No. 934) as follows. The United States leaves defendant's request for leave to amend to the Court's discretion. The United States objects to any request by the defendant that the case be dismissed for any reason under any circumstances. If the Court requires additional information or briefing on any matter related to such a request, the United States will respond promptly upon request by the Court. If the Court grants defendant's request for leave to amend, the United States will, obviously, need additional time to respond depending upon the extent of the amendments permitted by the Court.

Respectfully submitted this 5th day of December, 2012.

> JOHN S. LEONARDO
> United States Attorney
> District of Arizona
>
> s/ Frederick A. Battista
>
> FREDERICK A. BATTISTA
> PETER S. SEXTON
> JAMES R. KNAPP
> Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that on December 5, 2012, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Philip Seplow
Shadow Counsel for Defendant

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

s/ Frederick A. Battista
Assistant U.S. Attorney

2