1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                      UNITED STATES DISTRICT COURT

8                            DISTRICT OF ARIZONA

9

10 | United States of America,              | No. CR08-814-PHX-DGC
11 |       Plaintiff,                       | NOTICE OF CORRECTIONS TO Dkt. #938, I.E., REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
12 | v.                                     | TO SUPPRESS ALL DIGITAL EVIDENCE AS A SANCTION FOR
13 | Daniel David Rigmaiden, et al.,        | FAILURE TO PRESERVE EVIDENCE AND MOTION FOR SANCTIONS FOR
14 |       Defendant.                       | DISCOVERY VIOLATIONS

15

16     Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Notice Of

17 Corrections To Dkt. #938, i.e., Reply To Government's Response To Defendant's Motion To

18 Suppress All Digital Evidence As A Sanction For Failure To Preserve Evidence And Motion

19 For Sanctions For Discovery Violations*.  The defendant is submitting these corrections

20 because he mistakenly filed an older version of Dkt. #938.  During the defendant's legal visit

21 at CCA-CADC on December 4, 2012, the defendant's runner was in a rush to leave and, in

22 his haste, the defendant mistakenly provided an older version of his reply for filing.  Section

23 I(E) of the filed version contains date errors and document reference errors that are severe

24 enough to cause confusion if not corrected.  Through this filing, the defendant corrects the

25 noted errors as follows:

26     1.     Section I(E), page No. 10, line No. 6, of Dkt. #938: *replace* "Dkt. #931" *with*

27 "Dkt. #932";

28     2.     Section I(E), page No. 10, line No. 7, of Dkt. #938: *replace* "December 9,

- 1 -

1  2010" *with* "December 9, 2011";

2  3.  Section I(E), page No. 10, footnote No. 31, of Dkt. #938: *replace* "*Motion To Suppress All Digital Data Evidence As A Sanction For Failure To Preserve Evidence* (Dkt. #931, p. 3-4)" *with* "*Motion Requesting Sanctions For Discovery Violations RE: Digital Evidence Search* (Dkt. #932, p. 3-4)";

6  4.  Section I(E), page No. 10, line No. 10, of Dkt. #938: *replace* "was able to determine the violation on his own" *with* "filed his *Motion To Suppress* on June 1, 2012";

8  5.  Section I(E), page No. 10, line No. 16-18, of Dkt. #938: *replace* "*see Motion To Suppress All Digital Data Evidence As A Sanction For Failure To Preserve Evidence* (Dkt. #931)" *with* "*see Motion Requesting Sanctions For Discovery Violations RE: Digital Evidence Search* (Dkt. #932)";

12  This notice was drafted and prepared by the *pro se* defendant, however, he authorizes his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF system.  The defendant is appearing *pro se* and has never attended law school.  The defendant's filings, however inartfully pleaded, must be liberally construed and held to less stringent standards than formal pleadings drafted by lawyers.  *See* <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972).

18  It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this notice.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Respectfully Submitted:

>PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:
>
>s/ Philip Seplow
>Philip Seplow
><sub>Shadow Counsel for Defendant.</sub>

## CERTIFICATE OF SERVICE

I hereby certify that on:                    I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

NOTICE OF CORRECTIONS TO DKT #938, I.E., GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS ALL DIGITAL EVIDENCE AS A SANCTION FOR FAILURE TO PRESERVE EVIDENCE AND MOTION FOR SANCTIONS FOR DISCOVERY VIOLATIONS
CR08-814-PHX-DGC