1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant
6

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9

10  United States of America,                  No. CR08-814-PHX-DGC

11         Plaintiff,                          NOTICE OF CORRECTION TO
                                               MULTIPLE OCCURRENCES OF A TYPO
12  v.                                         CONTAINED IN NUMEROUS FILINGS

13  Daniel David Rigmaiden, et al.,

14         Defendant.

15

16         Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Notice Of*

17  *Correction To Multiple Occurrences Of A Typo Contained In Numerous Filings*.  The

18  defendant has been mistakenly using the phrase "fishing exhibition" while he actually means

19  "fishing expedition."  The defendant has made this mistake in numerous filings related to

20  Fourth Amendment suppression issues.  The defendant is undereducated with only a high

21  school diploma.  The defendant's filings, however inartfully pleaded, must be liberally

22  construed and held to less stringent standards than formal pleadings drafted by lawyers.  *See*

23  Haines v. Kerner, 404 U.S. 519, 520 (1972).  The defendant often times confuses closely

24  matching words such as "affect" and "effect," "apposed" and "opposed," or "expedition" and

25  "exhibition."  Whenever the defendant uses the phrases "fishing expedition," "fishing

26  exhibition," "exploratory rummaging," "indiscriminate fishing," "general warrant," or

27  similar, he means the same general concept.

28         This notice was drafted and prepared by the *pro se* defendant, however, he authorizes

                                     - 1 -

1 his shadow counsel, Philip Seplow, to file this submission on his behalf using the ECF
2 system.  The defendant is appearing *pro se* and has never attended law school.  The
3 defendant's filings, however inartfully pleaded, must be liberally construed and held to less
4 stringent standards than formal pleadings drafted by lawyers.  *See* <u>Haines v. Kerner</u>, 404 U.S.
5 519, 520 (1972).
6      It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a
7 result of this notice.
8 ///
9 ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*NOTICE OF CORRECTION TO MULTIPLE OCCURRENCES OF A TYPO CONTAINED IN NUMEROUS FILINGS*
*CR08-814-PHX-DGC*

*NOTICE OF CORRECTION TO MULTIPLE OCCURRENCES OF A TYPO CONTAINED IN NUMEROUS FILINGS*
*CR08-814-PHX-DGC*

1  Respectfully Submitted:

2

3                                                              PHILP SEPLOW, Shadow Counsel, on
                                                               behalf of DANIEL DAVID RIGMAIDEN,
4                                                              Pro Se Defendant:

5

6                                                              s/ Philip Seplow
                                                               Philip Seplow
7                                                              Shadow Counsel for Defendant.

8                              CERTIFICATE OF SERVICE

9

10         I hereby certify that on:                  I caused the attached document to be

11  electronically transmitted to the Clerk's Office using the ECF system for filing and
    transmittal of a Notice of Electronic Filing to the following ECF registrants:

12

13  Taylor W. Fox, PC
    Counsel for defendant Ransom Carter
14  2 North Central Ave., Suite 735
15  Phoenix, AZ 85004

16  Frederick A. Battista
    Assistant United States Attorney
17  Two Renaissance Square
18  40 North Central Ave., Suite 1200
    Phoenix, AZ 85004

19

20  Peter S. Sexton
    Assistant United States Attorney
21  Two Renaissance Square
    40 North Central Ave., Suite 1200
22  Phoenix, AZ 85004

23
    James R. Knapp
24  Assistant United States Attorney
    Two Renaissance Square
25  40 North Central Ave., Suite 1200
26  Phoenix, AZ 85004

27

28  By: s/ Daniel Colmerauer
    (Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))