IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-814-1-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | |

After reviewing the voluminous filings in this case, the Court has concluded that a hearing on all of Defendant's pending motions, including his motion to suppress (Doc. 824), should be held on March 28, 2013, at 1:30 p.m. The Court has considered Defendant's motions for an evidentiary hearing and has concluded that such a hearing is not necessary. As a result, the hearing will be limited to oral arguments by Defendant and counsel for the Government. The hearing will be scheduled for 3 hours, with each side being allotted one hour of oral argument time. The remainder of the time will be reserved for questions from the Court. The Court will have thoroughly reviewed all filings related

to the pending motions before the hearing, so oral arguments should not be used to recount arguments made in writing. The parties instead should focus on matters they consider most important to the Court's resolution of these motions.

Dated this 29th day of January, 2013.

David G. Campbell
United States District Judge