1  **Philip A. Seplow, Esq.**
   Attorney #004859
2  2000 North 7th Street
   Phoenix, AZ  85006
3  (602) 254-8817

4

5  **Shadow Counsel for Defendant**

6                   IN THE UNITED STATES DISTRICT COURT

7                          DISTRICT OF ARIZONA

8  United States of America,    )    Case No. CR 08-0814-PHX-DGC
                                 )
9              Plaintiff,        )
                                 )    EX PARTE MOTION FOR LEAVE TO
10       vs.                     )    FILE OVERSIZED DOCUMENT
                                 )    BY DELIVERING A CD ROM OF SAME
11 Daniel David Rigmaiden,       )    TO THE CLERK
                                 )
12             Defendant.        )
   _____   )
13

14         COMES NOW the Philip A. Seplow, shadow counsel for
15 Defendant Daniel David Rigmaiden, and requests leave to file
16 Defendant's Submission of Technical Declarations in Support of
17 Various Suppression Filings Relating to Search and Seizure of
18 Digital Data and the attached seven Declarations.  Counsel has
19 attempted to file the main document and seven attachments but the
20 electronic filing system continues to reject the filing
21 (presumably because it is too large[1]).  Counsel's office
22 telephoned the Clerk's office and was told that the Court must
23 issue its Order permitting the documents to be filed by
24 alternative means.
25         Wherefore, it is requested that the Court issue its
26 Order allowing the document to be delivered to the Clerk on a CD
27
28   [1] A highly condensed version will be supplied to the Court in notebook form.

                                    1

1 | ROM which the Clerk can use to upload the documents directly.
2 |       Excludable delay under 18 U.S.C. § 3161(h)(8) is not
3 | expected to occur as a result of this Motion or from an Order
4 | based thereon.
5 |       RESPECTFULLY SUBMITTED this 4th day of February, 2013.
6 |                PHILIP A. SEPLOW, ESQ.
8 |              By: s/Philip A. Seplow
                  Philip A. Seplow, Esq.
9 |                   Attorney for Defendant

2

CERTIFICATE OF SERVICE

__X__ I hereby certify that on February 4, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    NONE – FILED EX PARTE

__X__ I hereby certify that on February 4, 2013, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    Daniel Rigmaiden
    Reg# 10966111
    CCA
    P O Box 6300
    Florence AZ  85132-6300
    Defendant *pro se*

                                      S/ Philip A. Seplow

3