IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,    )    Case No. CR 08-0814-PHX-DGC
                             )
              Plaintiff,     )
                             )    O R D E R
       vs.                   )
                             )
Daniel David Rigmaiden,      )
                             )
_____)

        PURSUANT TO Defendant's Ex Parte Motion for Leave to
File Oversized Document by Delivering a Cd Rom of Same to the
Clerk and good cause appearing,

        IT IS HEREBY ORDERED that defense counsel may file *pro
se* Defendant Rigmaiden's Submission of Technical Declarations in
Support of Various Suppression Filings Relating to Search and
Seizure of Digital Data and the attached seven Declarations by
delivering a DC ROM of same to the Clerk of the Court.

1