<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

I, Daniel David Rigmaiden, declare[1] the following:

1.     The N.D.Cal. 08-70460-HRL/PVT and 08-70502-PVT warrants used by the government to search and seize digital data from my computer system state that the government may only expose and search for files "[f]or the period January 1, 2005, through the present[.]"[2]  This declaration details my efforts to determine the most accurate and reliable process to "period" a file contained on an NTFS formatted drive.  As a result of the tests detailed in this declaration, I determined (1) an NTFS file "last access date" property is *(i)* an inapplicable/irrelevant record to "period" a file, but *(ii)* a reliable record of the last date/time a file was opened and read (albeit within an approximate "less than or equal to" 60 minute "forward looking" margin of error),[3] (2) an NTFS file "creation date" property is an unreliable record to "period" a file,[4] and (3) an NTFS file "last modified date" property is the absolute file creation date/time of a file and, therefore, a reliable record to "period" a file.[5]

---

1.     This declaration is being submitted under the protections of *Simmons*.  *See* <u>Simmons v. United States</u>, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection.").  I object to the government attempting to introduce this declaration as evidence at trial.

2.     *E.g.*, *Submission Of Documents Related To Original Northern District Of California 08-70460-HRL Search Warrant Used To Physically Search Apartment No. 1122*, *Warrant* (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt. #566-2, p. 5).

3.     *See* ¶ No. 17, *infra* (discussing results of tests pertaining to the "last access date" file property), ¶ No. 5, *infra* (discussing the "less than or equal to" 60 minute "forward looking" margin of error applicable to file "last access dates"), and ¶ Nos. 23-26, *infra* (discussing the general consensus regarding the unreliability of using a "last access date" and/or "creation date" to "period" a file and the general consensus that using a file's "last modified date" is the most reliable means to "period" a file).

4.     *See* ¶ Nos. 18-22, *infra* (discussing results of tests pertaining to the "creation date" file property) and ¶ Nos. 23-26, *infra* (discussing the general consensus regarding the unreliability of using a "last access date" and/or "creation date" to "period" a file and the general consensus that using a file's "last modified date" is the most reliable means to "period" a file).

5.     *See* ¶ Nos. 18-22, *infra* (discussing results of tests pertaining to the "last modified date" file property) and ¶ Nos. 23-26, *infra* (discussing the general consensus regarding the unreliability of using a "last access date" and/or "creation date"

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

2.       The tests explained in this declaration were conducted using my defense laptop computer (*i.e.*, IBM ThinkPad T43), which has an NTFS formatted system drive running the Microsoft Windows XP SP3 operating system,[6] while logged in with Administrator permissions.  Unless otherwise noted, all tests were conducted from the command line using a command-prompt window.[7]  In order to conduct my tests, I gathered all technical information from the Microsoft Windows "Help and Support Center," which ships standard with Windows XP and is targeted towards beginner level computer users.[8][9]  Because there was a lack of necessity, no expert level computer knowledge or expert level computer forensic knowledge was referenced.

3.       The government claims that during execution of the N.D.Cal. 08-70460-HRL/PVT and 08-70502-PVT warrants, "Agent Daun found a file labeled 'filesalot.dcv' that contains the bulk of the incriminating information in this case."[10]  Put in accurate technical

---

to "period" a file and the general consensus that using a file's "last modified date" is the most reliable means to "period" a file).

6.      Attached to this declaration as <u>ATTACHMENT 01</u> is a screenshot of relevant system information and disk partition information as displayed by my defense laptop computer using the command line commands "Systeminfo" and "Diskpart." The precise command entered at the command-prompt was as follows:

```
echo. & date /t & time /t & echo. & systeminfo | findstr /b /c:"OS Name" /c:"OS
Version" /c:"System Up Time" & echo. & echo list volume | diskpart | findstr
/c:"Volume #" /c:"Volume 1" & echo.
```

7.      In order to open command-prompt windows for my tests, I executed "%SystemRoot%\system32\cmd.exe" on my defense laptop computer.  Attached to this declaration as <u>ATTACHMENT 02</u> is a PDF print of the Microsoft Windows "Help and Support Center"reference page for "Command shell overview," which explains various aspects of the Microsoft Windows command-prompt.

8.      "Microsoft Help and Support Center is a comprehensive resource for practical advice, tutorials, and demonstrations to help you learn to use Microsoft Windows XP.  Use the Search feature, Index, or table of contents to view all Windows Help resources, including those that are on the Internet."  *See* <u>ATTACHMENT 75</u>.

9.      Because I do not have access to the Internet, no Internet based features of the "Help and Support Center" were used to gather information.

10.     *Government's Response To Defendant's Motion To Suppress* (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz.,

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

terms, the bulk of the evidence was found within the NTFS formatted logical hard drive created

by mounting "filesalot.dcv" via the DriveCrypt software,[11] which assigns "filesalot.dcv" a

drive letter (in this case, the "T" drive) within the host Microsoft Windows operating system.[12]

As a result of mounting "filesalot.dcv," the "T" drive is indistinguishable from a full-blown

physical hard drive when accessed by a user of the host Microsoft Windows operating system.

[13]

      4.     In order to determine the most accurate method to "period" a file contained on an

NTFS formatted drive such as the "T" drive, I began by conducting research using the

Microsoft Windows "Help and Support Center."  Using my defense laptop computer, I clicked

the "Start" button on the "Task Bar" and selected "Help and Support," which caused the "Help

and Support Center" to open.  I then ran a search on "ntfs file system" and clicked on the

resulting "NTFS" link, which opened a page about the NTFS file system.  Attached to this

declaration as ATTACHMENT 04 is a PDF print of the noted "NTFS" page.  I then reran the

search on "ntfs file system" and clicked on the resulting "Glossary" link, which opened an

alphabetical index of various terms.  I then clicked the "NTFS" link which opened the

---

Dkt. #873, p. 65).

11.     *See* SecurStar [website], *SecurStar, Encryption Software Solutions - Products - DriveCrypt*,
http://www.securstar.com/products_drivecrypt.php (last accessed: Dec. 16, 2010) (explaining the DriveCrypt product and
encrypted virtual drives utilizing *.dcv container files).

12.     Attached to this declaration as ATTACHMENT 03 is a screenshot of the Microsoft Windows File Explorer drive
properties for "filesalot.dcv" showing it to be accessible as the "T" drive, an NTFS formatted drive.

13.     IRS-CI Agent Daun explained in her "Computer Forensic Report" that she imaged "filesalot.dcv" as if it were a
physical hard drive.  *See Third Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*,
EXHIBIT 01 (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt. #863-1, p. 16) ("Using FTK Imager v.2.5.2, I
imaged the virtual container file.  The image is identified as 1000220515_S1_TSB100G_1_DriveCrypt01."); *see also*
ATTACHMENT 03.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

reference section for NTFS.  Attached to this declaration as <u>ATTACHMENT 05</u> is a PDF print

of the "NTFS" reference section of the Glossary page.  I then ran a search on "file properties"

and clicked on the resulting "File properties overview" link, which opened a page about

Microsoft Windows file properties.  Attached to this declaration as <u>ATTACHMENT 06</u> is a

PDF print of the noted "File properties overview" page.  I then ran a search on "file access

time" and clicked on the resulting "Fsutil: behavior" link, which opened the reference page for

the "fsutil" command relevant to the command-prompt.  Attached to this declaration as

<u>ATTACHMENT 07</u> is a PDF print of the noted "Fsutil: behavior" page.

     5.     After reading the documents noted in ¶ No. 4 above, I learned that NTFS files

have three separate date/time file properties: (1) the date and time the file was created

(hereafter, "creation date"), (2) the date and time the file was last written to (hereafter, "last

modified date"), and (3) the date and time the file was last opened and read (hereafter, "last

access date").  Additionally, I learned from the "Fsutil: behavior" reference page that the time

values for file "last access dates" are only accurate to a "less than or equal to" 60 minute

"forward looking" margin of error: "NTFS typically updates a file's attribute on disk if the

current Last Access Time in memory differs by more than an hour from the Last Access Time

stored on disk, or when all in-memory references to that file are gone, whichever is more

recent.  For example, if a file's current Last Access Time is 1:00 P.M., and you read the file at

1:30 P.M., NTFS does not update the Last Access Time.  If you read the file again at 2:00 P.M.,

NTFS updates the Last Access Time in the file's attribute to reflect 2:00 P.M. because the file's

attribute shows 1:00 P.M. and the in-memory Last Access Time shows 2:00 P.M."[14]

---

14.     *See* <u>ATTACHMENT 07</u>.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

6.       Next, I set out to determine a reliable way to read the three noted file date
properties for any given NTFS file.  Using my defense laptop computer, I ran a search on
"command line reference a-z" within the Microsoft Windows "Help and Support Center" and
clicked on the resulting "Command-line reference A-Z" link, which opened an alphabetical
index of commands that can be executed from the command-prompt.  I then clicked the "dir"
link which opened the reference page for the "dir" command.  Attached to this declaration as
ATTACHMENT 08 is a PDF print of the reference page for the "dir" command.

7.       After reading the reference page for the "dir" command, I learned that using the
command in the following manner would make a list of the "creation dates" for all files on a
given drive—for example, the "C" drive as specified by "c:\"—and display the results to the
command-prompt window:

```
dir c:\ /T:C /S /O:N /a:-d
```

8.       After reading the reference page for the "dir" command, I learned that using the
command in the following manner would make a list of the "last modified dates" for all files on
a given drive—for example, the "C" drive as specified by "c:\"—and display the results to the
command-prompt window:

```
dir c:\ /T:W /S /O:N /a:-d
```

9.       After reading the reference page for the "dir" command, I learned that using the
command in the following manner would make a list of the "last access dates" for all files on a
given drive—for example, the "C" drive as specified by "c:\"—and display the results to the

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

command-prompt window:

```
dir c:\ /T:A /S /O:N /a:-d
```

     10.     Before relying upon the "dir" command to read file date/time properties, I first

needed to confirm that doing so would not forcibly update any of the file date/time properties

for a given file.  If use of the "dir" command results in a queried file's "creation date," "last

access date," or "last modified date" to update to the date/time the "dir" command was

executed, the very data that is the subject of my analysis will be contaminated.  By conducting

the following test via the command-prompt, I was able to confirm that the "dir" command does

not rewrite file date/time properties for any file that is queried by the command: (1) I used the

"echo" command to create the file "test28.txt" on my "C" drive while filling the file with the

text, "test28," and a carriage return,[15] (2) I used the "dir" command to list the "creation date,"

"last modified date," and "last access date," of "c:\test28.txt," as explained in ¶ Nos. 7, 8, and 9

above,[16] (3) I advanced the system date/time of my computer one day forward so that

---

15.     Attached to this declaration as <u>ATTACHMENT 09</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test28.txt to show does not exist: & echo. & type c:\test28.txt & echo. &
echo Create c:\test28.txt with the text "test28" followed by a carriage return, i.e.,
0x0D 0x0A: & echo test28> c:\test28.txt & echo. & echo verify that c:\test28.txt
created by reading contents of file: & echo. & type c:\test28.txt
```

16.     Attached to this declaration as <u>ATTACHMENT 10</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
file date properties for c:\test28.txt... & echo. & echo File creation date: & dir
c:\test28.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" & echo. &
echo File last modified date: & dir c:\test28.txt /T:W /O:N /a:-d | findstr /v /b
/r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last accessed date: & dir
c:\test28.txt /T:A /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

immediate-future NTFS file access occurrences will be more than 60 minutes past the file "last

access date" logged in step No. 2 above[17]—this will force the NTFS file system to update the

"last access date" for "c:\test28.txt" if a file access occurs during step No. 4 of my test,[18] (4)

with the date/time now more than 60 minutes in the future, I used the "dir" command to list the

"creation date," "last modified date," and "last access date," of "c:\test28.txt," as explained in ¶

Nos. 7, 8, and 9 above,[19] (5) I again advanced the system date/time of my computer one day

forward so that immediate-future NTFS file access occurrences will be more than 60 minutes

past the file "last access date" logged in step No. 4 above[20]—this will force the NTFS file

system to update the "last access date" for "c:\test28.txt" if a file access occurs during step No.

---

17.     Attached to this declaration as <u>ATTACHMENT 11</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
date by one day to force NTFS "last 60 minutes" last access check... & date 01-04-
2013 & echo. & echo Date is now: & date /t & time /t
```

18.     *See* <u>ATTACHMENT 07</u> (explaining the NTFS  "less than or equal to" 60 minute "forward looking" margin of error
issue).

19.     Attached to this declaration as <u>ATTACHMENT 12</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
file date properties for c:\test28.txt... & echo. & echo File creation date: & dir
c:\test28.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" & echo. &
echo File last modified date: & dir c:\test28.txt /T:W /O:N /a:-d | findstr /v /b
/r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last accessed date: & dir
c:\test28.txt /T:A /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

20.     Attached to this declaration as <u>ATTACHMENT 13</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
date by one day to force NTFS "last 60 minutes" last access check... & date 01-05-
2013 & echo. & echo Date is now: & date /t & time /t
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

6 of my test,[21] (6) with the date/time now more than 60 minutes in the future, I used the "dir"

command to list the "creation date," "last modified date," and "last access date," of

"c:\test28.txt," as explained in ¶ Nos. 7, 8, and 9 above,[22] (7) I reset the system date/time of

my computer back two days to the actual date,[23] and (8) I compared the results of the "dir"

command used in step Nos. 2, 4, and 6 and confirmed that the file date/time properties for

"C:\test28.txt" had not changed after using the "dir" command on the pseudo-different

date/times.[24]  Because the dates had not changed, it was confirm that the "dir" command does

not rewrite file date/time properties for any file that is queried by the command.

　　　　11.　　Because my planned file date/time properties tests involved determining the

"period" of files based on data content, I first looked for a way to take a "fingerprint" of a file

so that it could be determine if a given file is later overwritten with a new file having the same

filename.  According to IRS-CI Agent Daun, there exists a cryptographic hashing process to

---

21.　　*See* ATTACHMENT 07 (explaining the NTFS  "less than or equal to" 60 minute "forward looking" margin of error
issue).

22.　　Attached to this declaration as ATTACHMENT 14 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
file date properties for c:\test28.txt... & echo. & echo File creation date: & dir
c:\test28.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" & echo. &
echo File last modified date: & dir c:\test28.txt /T:W /O:N /a:-d | findstr /v /b
/r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last accessed date: & dir
c:\test28.txt /T:A /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

23.　　Attached to this declaration as ATTACHMENT 15 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
date back by two days... & date 01-03-2013 & echo. & echo Date is now: & date /t &
time /t
```

24.　　*Compare* listed file property date/times listed at ATTACHMENT 10, ATTACHMENT 12, and  ATTACHMENT 14.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;

BY:  Daniel David Rigmaiden

---

take hash value "fingerprints" of files: "A hash value is a mathematical algorithm that generates a hexidecimal output value (alpha-numeric text string).  The text string is generated by a formula in such a way that it is extremely unlikely that another file or image will produce the same hash value.  The tiniest change in the original data produces huge changes in the resulting text string.  Essentially, the hash value of a file or image can be considered as the 'fingerprint' of the file or image."[25]  I decided to use the same "fingerprint" process explained by IRS-CI Agent Daun during my file date/time properties tests.

12.     Having chosen a process to take "fingerprints" of files, I next researched the freely available and widely used command line program called GnuPG (*i.e.*, GPG), which simplifies various cryptographic operations including the process of taking hash value "fingerprints" of files.  My defense previously provided me with an installation file for GPG called "gnupg-w32cli-1.4.11.exe."  This installation file was downloaded from http://www.gnupg.org.  Having previously installed GPG to "c:\gpg" on my defense laptop computer, I used Microsoft Windows Notepad to open the GPG manual located at "c:\gpg\Doc\ gpg.man."  Attached to this declaration as <u>ATTACHMENT 16</u> is a PDF print of the "gpg.man" for GPG.

13.     After reading "gpg.man" for GPG, I learned that the following command would produce a SHA-256 hash digest (*i.e.*, "fingerprint") of a specified file:

```
C:\gpg\gpg.exe --print-md sha256 [filename]
```

The above command will take a "fingerprint" of a file using the SHA-256 cryptographic

---

25.     *Third Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*, <u>EXHIBIT 01</u> (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt. #863-1, p. 6).

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

hashing function[26] but will only "fingerprint" the file's data content while ignoring all file

properties and the filename, which are not considered part of a file, and without writing data to

the file.

14.      Having identified the three available file date/time properties for NTFS files (*see*

¶ Nos. 4-5); and having determined a reliable method to access and list file date/time properties

for files on an NTFS formatted drive (*see* ¶ Nos. 6-9) without contaminating the properties

themselves (*see* ¶ No. 10); and having determined a reliable method to take a file's

"fingerprint" so as to know if a prior file is overwritten with a new file (*see* ¶ Nos. 11-13) – I

next set out to determine which of the three file date/time properties most accurately "periods"

a file.

15.      In order to make my determination, I conducted the following tests via the

command-prompt so as to gather sufficient data for my analysis: [PART No. 1] (1) I created the

file "test29.txt" on my "C" drive and filled the file with the text, "test29," without the quotation

marks and comma,[27] (2) I used the "dir" command to list the "creation date," "last modified

---

26.      SHA-256, as well as SHA-1, SHA-224, SHA-384, SHA512, SHA-512/224 and SHA-512/256, are all "iterative, one-way hash functions that can process a message to produce a condensed representation called a message digest.  These algorithms enable the determination of a message's integrity: any change to the message will, with a very high probability, result in a different message digest."  National Institute of Standards and Technology, FIPS PUB 180-4, *Federal Information Processing Standards Publication: Secure Hash Standard (SHS)* (Mar. 2012), p. 3.

27.      Attached to this declaration as ATTACHMENT 17 is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test29.txt to show does not exist: & echo. & type c:\test29.txt & echo. &
echo Create c:\test29.txt with the text "test29" followed by a carriage return, i.e.,
0x0D 0x0A: & echo test29> c:\test29.txt & echo. & echo verify that c:\test29.txt
created by reading contents of file: & echo. & type c:\test29.txt
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;

BY:  Daniel David Rigmaiden

---

date," and "last access date," of "c:\test29.txt," as explained in ¶ Nos. 7, 8, and 9 above,[28] (3) I

used GPG to take a SHA-256 hash digest "fingerprint" of "c:\test29.txt," as explained in ¶ Nos.

11, 12, and 13 above,[29] (4) I advanced the system date/time of my computer one day forward

so that immediate-future NTFS file access occurrences will be more than 60 minutes past the

file "last access date" logged by my computer during step No. 1 above[30]—this will force the

NTFS file system to update the "last access date" for "c:\test29.txt" when the file access occurs

during step No. 5 of my test,[31] (5) with the date/time now more than 60 minutes in the future, I

accessed "c:\test29.txt" by opening and reading the data content of the file to the command

---

28.   Attached to this declaration as <u>ATTACHMENT 18</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
all file date properties for c:\test29.txt... & echo. & echo File creation date: &
dir c:\test29.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" &
echo. & echo File last modified date: & dir c:\test29.txt /T:W /O:N /a:-d | findstr /
v /b /r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last accessed date: & dir
c:\test29.txt /T:A /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

29.   Attached to this declaration as <u>ATTACHMENT 19</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test29.txt... & echo. & c:\gpg\gpg.exe
--print-md sha256 c:\test29.txt
```

30.   Attached to this declaration as <u>ATTACHMENT 20</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
date by one day to force NTFS "last 60 minutes" last access check... & date 01-04-
2013 & echo. & echo Date is now: & date /t & time /t
```

31.   *See* <u>ATTACHMENT 07</u> (explaining the NTFS  "less than or equal to" 60 minute "forward looking" margin of error issue).

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

line,[32] (6) I reset the system date/time of my computer back one day to the actual date,[33] (7) I

used the "dir" command to list the "creation date," "last modified date," and "last access date,"

of "c:\test29.txt," as explained in ¶ Nos. 7, 8, and 9 above,[34] (8) to confirm "c:\test29.txt" was

still the same file, I used GPG to take a SHA-256 hash digest "fingerprint" of "c:\test29.txt," as

explained in ¶ Nos. 11, 12, and 13 above,[35] [PART No. 2] (9) I created the file "test30.txt" on

my "C" drive and filled the file with the text, "test30," without the quotation marks and

comma,[36] (10) I used the "dir" command to list the "creation date" and "last modified date" of

---

32.      Attached to this declaration as ATTACHMENT 21 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo access
        c:\test29.txt by opening and reading the data content to the command line: & echo. &
        type c:\test29.txt

33.      Attached to this declaration as ATTACHMENT 22 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
        date back by one day... & date 01-03-2013 & echo. & echo Date is now: & date /t &
        time /t

34.      Attached to this declaration as ATTACHMENT 23 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
        all file date properties for c:\test29.txt... & echo. & echo File creation date: &
        dir c:\test29.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" &
        echo. & echo File last modified date: & dir c:\test29.txt /T:W /O:N /a:-d | findstr /
        v /b /r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last accessed date: & dir
        c:\test29.txt /T:A /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"

35.      Attached to this declaration as ATTACHMENT 24 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
        SHA-256 hash digest value "fingerprint" of c:\test29.txt... & echo. & c:\gpg\gpg.exe
        --print-md sha256 c:\test29.txt

36.      Attached to this declaration as ATTACHMENT 25 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

"c:\test30.txt," as explained in ¶ Nos. 7 and 8,[37] (11) I used GPG to take a SHA-256 hash

digest "fingerprint" of "c:\test30.txt," as explained in ¶ Nos. 11, 12, and 13 above,[38] (12) I

advanced the system date/time of my computer one day forward[39] so that immediate-future

changes to the file date/time properties for "c:\test30.txt" will be easier to spot during step No.

15 of my test, (13) I modified "c:\test30.txt" by using the "echo" command to write additional

data to "c:\test30.txt,"[40] (14) I reset the system date/time of my computer back one day to the

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test30.txt to show does not exist: & echo. & type c:\test30.txt & echo. &
echo Create c:\test30.txt with the text "test30" followed by a carriage return, i.e.,
0x0D 0x0A: & echo test30> c:\test30.txt & echo. & echo verify that c:\test30.txt
created by reading contents of file: & echo. & type c:\test30.txt
```

37.     Attached to this declaration as <u>ATTACHMENT 26</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for c:\test30.txt... & echo.
& echo File creation date: & dir c:\test30.txt /T:C /O:N /a:-d | findstr /v /b /r
/c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: & dir
c:\test30.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

38.     Attached to this declaration as <u>ATTACHMENT 27</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test30.txt... & echo. & c:\gpg\gpg.exe
--print-md sha256 c:\test30.txt
```

39.     Attached to this declaration as <u>ATTACHMENT 28</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
date by one day to make changes of file date/time properties easier to spot... & date
01-04-2013 & echo. & echo Date is now: & date /t & time /t
```

40.     Attached to this declaration as <u>ATTACHMENT 29</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Modify
c:\test30.txt by adding the text "test30" to c:\test30.txt followed by a carriage
return, i.e., 0x0D 0x0A: & echo test30>> c:\test30.txt & echo. & echo verify that c:\
test30.txt now contains additional text by reading contents of file: & echo. & type
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

actual date,[41] (15) I used the "dir" command to list the "creation date" and "last modified

date" of "c:\test30.txt," as explained in ¶ Nos. 7 and 8,[42] (16) to confirm that "c:\test30.txt"

was now a different file, I used GPG to take a SHA-256 hash digest "fingerprint" of

"c:\test30.txt," as explained in ¶ Nos. 11, 12, and 13 above,[43] [PART No. 3] (17) I created the

file "test31.txt" on my "C" drive and filled the file with the text, "test31," without the quotation

marks and comma,[44] (18) I used the "dir" command to list the "creation date" and "last

---

        c:\test30.txt

41.     Attached to this declaration as ATTACHMENT 30 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
        date back by one day... & date 01-03-2013 & echo. & echo Date is now: & date /t &
        time /t

42.     Attached to this declaration as ATTACHMENT 31 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
        "creation date" and "last modified date" file properties for c:\test30.txt... & echo.
        & echo File creation date: & dir c:\test30.txt /T:C /O:N /a:-d | findstr /v /b /r
        /c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: & dir
        c:\test30.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"

43.     Attached to this declaration as ATTACHMENT 32 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
        SHA-256 hash digest value "fingerprint" of c:\test30.txt... & echo. & c:\gpg\gpg.exe
        --print-md sha256 c:\test30.txt

44.     Attached to this declaration as ATTACHMENT 33 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
        to open c:\test31.txt to show does not exist: & echo. & type c:\test31.txt & echo. &
        echo Create c:\test31.txt with the text "test31" followed by a carriage return, i.e.,
        0x0D 0x0A: & echo test31> c:\test31.txt & echo. & echo verify that c:\test31.txt
        created by reading contents of file: & echo. & type c:\test31.txt

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;
BY:  Daniel David Rigmaiden

---

modified date" of "c:\test31.txt," as explained in ¶ Nos. 7 and 8,[45] (19) I used GPG to take a

SHA-256 hash digest "fingerprint" of "c:\test31.txt," as explained in ¶ Nos. 11, 12, and 13

above,[46] (20) I advanced the system date/time of my computer one day forward[47] so that

immediate-future changes to the file date/time properties for "c:\test31.txt" will be easier to

spot during step No. 23 of my test, (21) I copied "c:\test31.txt" to "c:\backup\test31.txt,"[48]

(22) I reset the system date/time of my computer back one day to the actual date,[49] (23) I used

---

45.       Attached to this declaration as <u>ATTACHMENT 34</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for c:\test31.txt... & echo.
& echo File creation date: & dir c:\test31.txt /T:C /O:N /a:-d | findstr /v /b /r
/c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: & dir
c:\test31.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

46.       Attached to this declaration as <u>ATTACHMENT 35</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test31.txt... & echo. & c:\gpg\gpg.exe
--print-md sha256 c:\test31.txt
```

47.       Attached to this declaration as <u>ATTACHMENT 36</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
date by one day to make changes of file date/time properties easier to spot... & date
01-04-2013 & echo. & echo Date is now: & date /t & time /t
```

48.       Attached to this declaration as <u>ATTACHMENT 37</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Copy c:\
test31.txt to c:\backup\test31.txt... & echo. & xcopy c:\test31.txt c:\backup\
```

49.       Attached to this declaration as <u>ATTACHMENT 38</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
date back by one day... & date 01-03-2013 & echo. & echo Date is now: & date /t &
time /t
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;

BY:  Daniel David Rigmaiden

---

the "dir" command to list the "creation date" and "last modified date" of "c:\backup\test31.txt,"

as explained in ¶ Nos. 7 and 8,[50] (24) to show that "c:\backup\test31.txt" was still the same file

as "c:\test31.txt," I used GPG to take a SHA-256 hash digest "fingerprint" of

"c:\backup\test31.txt," as explained in ¶ Nos. 11, 12, and 13 above,[51] (25) to show that

"c:\test31.txt" was still the same file as "c:\backup\test31.txt," I used GPG to take a SHA-256

hash digest "fingerprint" of "c:\test31.txt," as explained in ¶ Nos. 11, 12, and 13 above,[52]

[PART No. 4] (26) I created the file "test45.txt" on my "C" drive and filled the file with the

text, "test45.1," without the quotation marks and comma,[53] (27) I used the "dir" command to

---

50.    Attached to this declaration as ATTACHMENT 39 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for c:\backup\test31.txt...
& echo. & echo File creation date: & dir c:\backup\test31.txt /T:C /O:N /a:-d |
findstr /v /b /r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: &
dir c:\backup\test31.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume"
/c:".*Dir(s)"
```

51.    Attached to this declaration as ATTACHMENT 40 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\backup\test31.txt... & echo. &
c:\gpg\gpg.exe --print-md sha256 c:\backup\test31.txt
```

52.    Attached to this declaration as ATTACHMENT 41 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test31.txt again to show still the same
file... & echo. & c:\gpg\gpg.exe --print-md sha256 c:\test31.txt
```

53.    Attached to this declaration as ATTACHMENT 42 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test45.txt to show does not exist: & echo. & type c:\test45.txt & echo. &
echo Create c:\test45.txt with the text "test45.1" followed by a carriage return,
i.e., 0x0D 0x0A: & echo test45.1> c:\test45.txt & echo. & echo verify that
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;

BY:  Daniel David Rigmaiden

---

list the "creation date" and "last modified date" of "c:\test45.txt," as explained in ¶ Nos. 7 and

8,[54] (28) I used GPG to take a SHA-256 hash digest "fingerprint" of "c:\test45.txt," as

explained in ¶ Nos. 11, 12, and 13 above,[55] (29) I advanced the system date/time of my

computer one day forward[56] so that immediate-future changes to the file date/time properties

for "c:\test45.txt" will be easier to spot during step No. 33 of my test, (30) I deleted the file "c:\

test45.txt,"[57] (31) within fifteen (15) seconds of deleting "c:\test45.txt," I recreated

"c:\test45.txt" but filled it with different data content than what was used in the first version of

---

```
         c:\test45.txt created by reading contents of file: & echo. & type c:\test45.txt
```

54.     Attached to this declaration as <u>ATTACHMENT 43</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
         echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
         "creation date" and "last modified date" file properties for c:\test45.txt... & echo.
         & echo File creation date: & dir c:\test45.txt /T:C /O:N /a:-d | findstr /v /b /r
         /c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: & dir
         c:\test45.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

55.     Attached to this declaration as <u>ATTACHMENT 44</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
         echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
         SHA-256 hash digest value "fingerprint" of c:\test45.txt... & echo. & c:\gpg\gpg.exe
         --print-md sha256 c:\test45.txt
```

56.     Attached to this declaration as <u>ATTACHMENT 45</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
         echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
         date by one day to make changes of file date/time properties easier to spot... & date
         01-04-2013 & echo. & echo Date is now: & date /t & time /t
```

57.     Attached to this declaration as <u>ATTACHMENT 46</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
         echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Delete
         the file c:\test45.txt... & echo. & del c:\test45.txt & echo. & echo Attempt to open
         c:\test45.txt to show does not exist: & echo. & type c:\test45.txt
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

"c:\test45.txt,"[58] (32) I reset the system date/time of my computer back one day to the actual

date,[59] (33) I used the "dir" command to list the "creation date" and "last modified date" of

"c:\test45.txt," as explained in ¶ Nos. 7 and 8,[60] (34) to show that new version of

"c:\test45.txt" is different compared to original version of "c:\test45.txt," I used GPG to take a

SHA-256 hash digest "fingerprint" of "c:\test45.txt," as explained in ¶ Nos. 11, 12, and 13

above,[61] [PART No. 5] (35) I created the file "test46a.txt" on my "C" drive and filled the file

---

58.      Attached to this declaration as ATTACHMENT 47 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

    echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Within
    15 seconds of deleting c:\test45.txt, recreate c:\test45.txt but fill with different
    data content than what was used in the first version of c:\test45.txt... & echo. &
    echo Create c:\test45.txt with the text "test45.22" followed by a carriage return,
    i.e., 0x0D 0x0A: & echo test45.22> c:\test45.txt & echo. & echo verify that
    c:\test45.txt created by reading contents of file: & echo. & type c:\test45.txt

59.      Attached to this declaration as ATTACHMENT 48 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

    echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
    date back by one day... & date 01-03-2013 & echo. & echo Date is now: & date /t &
    time /t

60.      Attached to this declaration as ATTACHMENT 49 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

    echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
    "creation date" and "last modified date" file properties for new version of
    c:\test45.txt... & echo. & echo File creation date: & dir c:\test45.txt /T:C /O:N
    /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified
    date: & dir c:\test45.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume"
    /c:".*Dir(s)"

61.      Attached to this declaration as ATTACHMENT 50 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

    echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
    SHA-256 hash digest value "fingerprint" of new version of c:\test45.txt... & echo. &
    c:\gpg\gpg.exe --print-md sha256 c:\test45.txt

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;

BY:  Daniel David Rigmaiden

---

with the text, "test46a," without the quotation marks and comma,[62] (36) I used the "dir"

command to list the "creation date" and "last modified date" of "c:\test46a.txt," as explained in

¶ Nos. 7 and 8,[63] (37) I used GPG to take a SHA-256 hash digest "fingerprint" of

"c:\test46a.txt," as explained in ¶ Nos. 11, 12, and 13 above,[64] (38) I advanced the system

date/time of my computer one day forward[65] so that immediate-future changes to the file

date/time properties for "c:\test46a.txt" will be easier to spot during step No. 41 of my test, (39)

I created the file "test46b.txt" on my "C" drive and filled the file with the text, "test46b.1,"

---

62.     Attached to this declaration as <u>ATTACHMENT 51</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test46a.txt to show does not exist: & echo. & type c:\test46a.txt & echo.
& echo Create c:\test46a.txt with the text "test46a" followed by a carriage return,
i.e., 0x0D 0x0A: & echo test46a> c:\test46a.txt & echo. & echo verify that
c:\test46a.txt created by reading contents of file: & echo. & type c:\test46a.txt
```

63.     Attached to this declaration as <u>ATTACHMENT 52</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for c:\test46a.txt... &
echo. & echo File creation date: & dir c:\test46a.txt /T:C /O:N /a:-d | findstr /v /b
/r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: & dir
c:\test46a.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

64.     Attached to this declaration as <u>ATTACHMENT 53</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test46a.txt... & echo. & c:\gpg\gpg.exe
--print-md sha256 c:\test46a.txt
```

65.     Attached to this declaration as <u>ATTACHMENT 54</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
date by one day to make changes of file date/time properties easier to spot... & date
01-04-2013 & echo. & echo Date is now: & date /t & time /t
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

without the quotation marks and comma,[66] (40) I reset the system date/time of my computer

back one day to the actual date,[67] (41) I used the "dir" command to list the "creation date" and

"last modified date" of "c:\test46b.txt," as explained in ¶ Nos. 7 and 8,[68] (42) I used GPG to

take a SHA-256 hash digest "fingerprint" of "c:\test46b.txt," as explained in ¶ Nos. 11, 12, and

13 above,[69] (43) I deleted the file "c:\test46a.txt,"[70] (44) within fifteen (15) seconds of

---

66.    Attached to this declaration as <u>ATTACHMENT 55</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test46b.txt to show does not exist: & echo. & type c:\test46b.txt & echo.
& echo Create c:\test46b.txt with the text "test46b.1" followed by a carriage return,
i.e., 0x0D 0x0A: & echo test46b.1> c:\test46b.txt & echo. & echo verify that
c:\test46b.txt created by reading contents of file: & echo. & type c:\test46b.txt
```

67.    Attached to this declaration as <u>ATTACHMENT 56</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
date back by one day... & date 01-03-2013 & echo. & echo Date is now: & date /t &
time /t
```

68.    Attached to this declaration as <u>ATTACHMENT 57</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for c:\test46b.txt... &
echo. & echo File creation date: & dir c:\test46b.txt /T:C /O:N /a:-d | findstr /v /b
/r /c:" Volume" /c:".*Dir(s)" & echo. & echo File last modified date: & dir
c:\test46b.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

69.    Attached to this declaration as <u>ATTACHMENT 58</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test46b.txt... & echo. & c:\gpg\gpg.exe
--print-md sha256 c:\test46b.txt
```

70.    Attached to this declaration as <u>ATTACHMENT 59</u> is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Delete
the file c:\test46a.txt... & echo. & del c:\test46a.txt & echo. & echo Attempt to
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;

BY:  Daniel David Rigmaiden

---

deleting "c:\test46a.txt," I renamed "c:\test46b.txt" to "c:\test46a.txt,"[71] (45) I used the "dir"

command to list the "creation date" and "last modified date" of "c:\test46a.txt," as explained in

¶ Nos. 7 and 8,[72] (46) to show that renamed "c:\test46b.txt" (*i.e.*, now "c:\test46a.txt") is still

the same file while in renamed form, I used GPG to take a SHA-256 hash digest "fingerprint"

of "c:\test46a.txt," as explained in ¶ Nos. 11, 12, and 13 above,[73] [PART No. 6] (47) I created

the file "test47.txt" in a folder named "test47_location_a" on my "C" drive and filled the file

with the text, "test47_location_a," without the quotation marks and comma,[74] (48) I used the

---

```
open c:\test46a.txt to show does not exist: & echo. & type c:\test46a.txt
```

71.     Attached to this declaration as ATTACHMENT 60 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Within
15 seconds of deleting c:\test46a.txt, rename c:\test46b.txt to c:\test46a.txt... &
echo. & rename c:\test46b.txt test46a.txt
```

72.     Attached to this declaration as ATTACHMENT 61 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for c:\test46a.txt... &
echo. & echo File creation date: & dir c:\test46a.txt /T:C /O:N /a:-d | findstr /v /b
/r /c:" Volume" /c:".*Dir(s)" & echo File last modified date: & dir
c:\test46a.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)"
```

73.     Attached to this declaration as ATTACHMENT 62 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test46a.txt... & echo. & c:\gpg\gpg.exe
--print-md sha256 c:\test46a.txt
```

74.     Attached to this declaration as ATTACHMENT 63 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
to open c:\test47_location_a\test47.txt to show does not exist: & echo. & type
c:\test47_location_a\test47.txt & echo. & echo Create c:\test47_location_a\test47.txt
with the text "test47_location_a" followed by a carriage return, i.e., 0x0D 0x0A: &
echo. & mkdir c:\test47_location_a & echo. & echo test47_location_a>
c:\test47_location_a\test47.txt & echo. & echo verify that
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;

BY:  Daniel David Rigmaiden

---

"dir" command to list the "creation date" and "last modified date" of

"c:\test47_location_a\test47.txt," as explained in ¶ Nos. 7 and 8,[75] (49) I used GPG to take a

SHA-256 hash digest "fingerprint" of "c:\test47_location_a\test47.txt," as explained in ¶ Nos.

11, 12, and 13 above,[76] (50) I advanced the system date/time of my computer one day

forward[77] so that immediate-future changes to the file date/time properties for "c:\test46a.txt"

will be easier to spot during step No. 41 of my test, (51) I created the file "test47.txt" in a folder

named "test47_location_b" on my "C" drive and filled the file with the text,

"test47_location_b," without the quotation marks and comma,[78] (52) I reset the system

```
        c:\test47_location_a\test47.txt created by reading contents of file: & echo. & type
        c:\test47_location_a\test47.txt
```

75.     Attached to this declaration as <u>ATTACHMENT 64</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
        "creation date" and "last modified date" file properties for
        c:\test47_location_a\test47.txt... & echo. & echo File creation date: & dir
        c:\test47_location_a\test47.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume"
        /c:".*Dir(s)" & echo. & echo File last modified date: & dir
        c:\test47_location_a\test47.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume"
        /c:".*Dir(s)"
```

76.     Attached to this declaration as <u>ATTACHMENT 65</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
        SHA-256 hash digest value "fingerprint" of c:\test47_location_a\test47.txt... & echo.
        & c:\gpg\gpg.exe --print-md sha256 c:\test47_location_a\test47.txt
```

77.     Attached to this declaration as <u>ATTACHMENT 66</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
        echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Advance
        date by one day to make changes of file date/time properties easier to spot... & date
        01-04-2013 & echo. & echo Date is now: & date /t & time /t
```

78.     Attached to this declaration as <u>ATTACHMENT 67</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
        eecho. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Attempt
```

- Page # 22 of 40 -

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

date/time of my computer back one day to the actual date,[79] (53) I used the "dir" command to

list the "creation date" and "last modified date" of "c:\test47_location_b\test47.txt," as

explained in ¶ Nos. 7 and 8,[80] (54) I used GPG to take a SHA-256 hash digest "fingerprint" of

"c:\test47_location_b\test47.txt," as explained in ¶ Nos. 11, 12, and 13 above,[81] (55) I deleted

the file "c:\test47_location_a\test47.txt,"[82] (56) within fifteen (15) seconds of deleting

"c:\test47_location_a\test47.txt," I moved "c:\test47_location_b\test47.txt" to

```
to open c:\test47_location_b\test47.txt to show does not exist: & echo. & type
c:\test47_location_b\test47.txt & echo. & echo Create c:\test47_location_b\test47.txt
with the text "test47_location_b" followed by a carriage return, i.e., 0x0D 0x0A: &
echo. & mkdir c:\test47_location_b & echo. & echo test47_location_b>
c:\test47_location_b\test47.txt & echo. & echo verify that
c:\test47_location_b\test47.txt created by reading contents of file: & echo. & type
c:\test47_location_b\test47.txt
```

79.    Attached to this declaration as ATTACHMENT 68 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Reset
date back by one day... & date 01-03-2013 & echo. & echo Date is now: & date /t &
time /t
```

80.    Attached to this declaration as ATTACHMENT 69 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for
c:\test47_location_b\test47.txt... & echo. & echo File creation date: & dir
c:\test47_location_b\test47.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume"
/c:".*Dir(s)" & echo. & echo File last modified date: & dir
c:\test47_location_b\test47.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume"
/c:".*Dir(s)"
```

81.    Attached to this declaration as ATTACHMENT 70 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test47_location_b\test47.txt... & echo.
& c:\gpg\gpg.exe --print-md sha256 c:\test47_location_b\test47.txt
```

82.    Attached to this declaration as ATTACHMENT 71 is a screenshot of the command-prompt window showing the
output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

c:\test47_location_a\"[83] (57) I used the "dir" command to list the "creation date" and "last

modified date" of "c:\test47_location_a\test47.txt," as explained in ¶ Nos. 7 and 8,[84] and (58)

to show that "c:\test47_location_a\test47.txt" is still the same file prior to it being moved from

"c:\test47_location_b\test47.txt," I used GPG to take a SHA-256 hash digest "fingerprint" of

"c:\test47_location_a\test47.txt," as explained in ¶ Nos. 11, 12, and 13 above.[85]

      16.     Using the data collected during my tests explained in ¶ No. 15 above, I was able

---

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Delete
the file c:\test47_location_a\test47.txt... & echo. & del
c:\test47_location_a\test47.txt & echo. & echo Attempt to open
c:\test47_location_a\test47.txt to show does not exist: & echo. & type
c:\test47_location_a\test47.txt
```

83.    Attached to this declaration as <u>ATTACHMENT 72</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Within
15 seconds of deleting c:\test47_location_a\test47.txt, move
c:\test47_location_b\test47.txt to c:\test47_location_a\ ... & echo. & move
c:\test47_location_b\test47.txt c:\test47_location_a\ & echo. & echo verify that
c:\test47_location_b\test47.txt was moved to c:\test47_location_a\ by reading
contents of file: & echo. & type c:\test47_location_a\test47.txt
```

84.    Attached to this declaration as <u>ATTACHMENT 73</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now read
"creation date" and "last modified date" file properties for
c:\test47_location_a\test47.txt... & echo. & echo File creation date: & dir
c:\test47_location_a\test47.txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume"
/c:".*Dir(s)" & echo. & echo File last modified date: & dir
c:\test47_location_a\test47.txt /T:W /O:N /a:-d | findstr /v /b /r /c:" Volume"
/c:".*Dir(s)"
```

85.    Attached to this declaration as <u>ATTACHMENT 74</u> is a screenshot of the command-prompt window showing the output that resulted from use of the command.  The precise command entered at the command-prompt was as follows:

```
echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Take
SHA-256 hash digest value "fingerprint" of c:\test47_location_a\test47.txt... & echo.
& c:\gpg\gpg.exe --print-md sha256 c:\test47_location_a\test47.txt
```

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;
BY:  Daniel David Rigmaiden

---

to make three overall conclusions: (1) an NTFS file "last access date" property is a reliable record of the last date/time a file was opened and read but an inapplicable/irrelevant record to "period" a file, (2) an NTFS file "creation date" property is an unreliable record to "period" a file, and (3) an NTFS file "last modified date" property is the absolute file creation date/time of a file and, therefore, a reliable record to "period" a file.  My three overall conclusions are supported by the evidence collected during my tests explained in ¶ No. 15 above, which is placed into context in ¶ No. 17 (discussing "last access date") and ¶ Nos. 18-22 ( discussing "creation date" and "last modified date").

        17.     Part one of my test, *i.e.*, ¶ No. 15, steps 1-8, consisted of testing the NTFS file "last access date" to see if it can be relied upon to determine the temporal origin of an NTFS file.  On January 3, 2013, 12:33pm, I created the NTFS file, "c:\test29.txt,"[86] and noted that NTFS set the "creation date," "last modified date," and "last access date" all to January 3, 2013, 12:33pm.[87]  I then took a "fingerprint" of "c:\test29.txt"[88] so that any changes to the file will be detectable.  At this point during my test, it appeared as if all three file date properties were sufficient to "period" a file, *i.e.*, they all reflected the absolute temporal origin of the data content of the file.  However, after opening and reading "c:\test29.txt" on the pseudo-date of January 4, 2013, 12:37pm,[89] the "last access date" of the file updated to January 4, 2013, 12:37pm[90] while the file "creation date" and "last modified date" continued

---

86.     *See* <u>ATTACHMENT 17</u>.
87.     *See* <u>ATTACHMENT 18</u>.
88.     *See* <u>ATTACHMENT 19</u>.
89.     *See* <u>ATTACHMENT 21</u>.
90.     *See* <u>ATTACHMENT 23</u>.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

to reflect the absolute temporal origin of the file,[91] *i.e.*, January 3, 2013, 12:33pm.  After

taking a final "fingerprint" of "c:\test29.txt,"[92] I was able to confirm that the file was still the

same file (both post and pre access) based on its data content.[93]  Because the "last access date"

property of the file changed when the file was accessed, I concluded (1) file "last access date"

properties are not reliable to "period" NTFS files, and (2) file "last access date" properties are

reliable to determine when NTFS files were last opened and read—albeit within an

approximate "less than or equal to" 60 minute "forward looking" margin of error.[94]

     18.     Part two of my test, *i.e.*, ¶ No. 15, steps 9-16, consisted of testing the NTFS file

"creation date" and "last modified date" to see if either can be relied upon to determine the

temporal origin of an NTFS file.  On January 3, 2013, 12:42pm, I created the NTFS file,

"c:\test30.txt,"[95] and noted that NTFS set both the "creation date" and "last modified date" to

January 3, 2013, 12:42pm.[96]  I then took a "fingerprint" of "c:\test30.txt"[97] so that any

changes to the file will be detectable.  At this point during my test, it appeared as if both the file

"creation date" and "last modified date" were sufficient to "period" an NTFS file, *i.e.*, they

both reflected the absolute temporal origin of the data content of the file.  However, after

opening and writing additional data to "c:\test30.txt" on the pseudo-date of January 4, 2013,

---

91.     *See id.*

92.     *See* <u>ATTACHMENT 24</u>.

93.     *Compare* "fingerprint" at <u>ATTACHMENT 19</u> *with* "fingerprint" at <u>ATTACHMENT 24</u>.

94.     *See* ¶ No. 5, *supra*, for further explanation.

95.     *See* <u>ATTACHMENT 25</u>.

96.     *See* <u>ATTACHMENT 26</u>.

97.     *See* <u>ATTACHMENT 27</u>.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

12:46pm,[98] the "last modified date" of the file updated to January 4, 2013, 12:46pm while the

file "creation date" continued to reflect January 3, 2013, 12:42pm.[99]  I then took a

"fingerprint" of "c:\test30.txt"[100] and determined that it was now an entirely different file

(albeit with the same filename) compared to the original version of "c:\test30.txt" having a

temporal origin of January 3, 2013, 12:42pm.[101]  In other words, after writing additional data

to "c:\test30.txt" on January 4, 2013, 12:46pm, the file was thereafter a different file based on

its "fingerprint" when compared to the version of "c:\test30.txt" created on January 3, 2013,

12:42pm.  At this point, the file "creation date" of "c:\test30.txt" (*i.e.*, January 3, 2013,

12:42pm) no longer reflected the absolute temporal origin of the file based on its data content

(*see* "fingerprint") while the file "last modified date" (*i.e.*, January 4, 2013, 12:46pm) did

reflect the absolute temporal origin of the file based on its data content (*see* "fingerprint").  In

summary, because the "creation date" property of the file failed to change to the date/time the

file became a new file based on its "fingerprint," and because the "last modified date" property

of the file did change to the actual date/time the file became a new file based on its

"fingerprint," I concluded (1) file "creation date" properties are not reliable to "period" NTFS

files, and (2) file "last modified date" properties are reliable to "period" NTFS files.

       19.     Part three of my test, *i.e.*, ¶ No. 15, steps 17-25, consisted of additional testing of

NTFS file "creation dates" and "last modified dates" to see if either can be further shown as

being a reliable or unreliable means of determining the temporal origin of an NTFS file.  On

---

98.     *See* ATTACHMENT 29.

99.     *See* ATTACHMENT 31.

100.    *See* ATTACHMENT 32.

101.    *Compare* "fingerprint" at ATTACHMENT 27 *with* "fingerprint" at ATTACHMENT 32.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

January 3, 2013, 12:50pm, I created the NTFS file, "c:\test31.txt"[102] and noted that NTFS set

both the "creation date" and "last modified date" to January 3, 2013, 12:50pm.[103]  I then took

a "fingerprint" of "c:\test31.txt"[104] so that any changes to the file would be detectable.  On the

pseudo-date of January 4, 2013, 12:55pm, I created a backup of "c:\test31.txt" by copying it

from its location at "c:\test31.txt" to "c:\backup\test31.txt."[105]  I then noted that the "creation

date" of the copied version of the file (*i.e.*, "c:\backup\test31.txt") updated to January 4, 2013,

12:55pm while its file "last modified date" continued to reflect January 3, 2013, 12:50pm.[106]  I

then took a "fingerprint" of the copied version of the file (*i.e.*, "c:\backup\test31.txt")[107] and

determined that it had not changed its data content on the updated "creation date" (*i.e.*, January

4, 2013, 12:55pm) and instead remained identical to the original version of "test30.txt" (*i.e.*,

"c:\test31.txt").[108]  At this point, the file "creation date" of  "c:\backup\test31.txt" (*i.e.*, January

4, 2013, 12:55pm) no longer reflected the absolute temporal origin of the file based on its data

content (*see* "fingerprint") while the file "last modified date" (*i.e.*, January 3, 2013, 12:50pm)

did reflect the absolute temporal origin of the file based on its data content (*see* "fingerprint").

In summary, because the simple act of copying a file from one location to another caused the

"creation date" property of the copied file to update to a date/time *after* the date/time indicated

by the "last modified date" property, and because the "last modified date" property of the

---

102.    *See* ATTACHMENT 33.

103.    *See* ATTACHMENT 34.

104.    *See* ATTACHMENT 35.

105.    *See* ATTACHMENT 37.

106.    *See* ATTACHMENT 39.

107.    *See* ATTACHMENT 40.

108.    *Compare* "fingerprint" at ATTACHMENT 35 *with* "fingerprint" at ATTACHMENT 40.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
       period a file;
BY:  Daniel David Rigmaiden

---

copied file matched the actual date/time upon which the file's data content came into existence,

I concluded (1) file "creation date" properties are not reliable to "period" NTFS files, and (2)

file "last modified date" properties are reliable to "period" NTFS files.

　　　　20.　　　Part four of my test, *i.e.*, ¶ No. 15, steps 26-34, consisted of additional testing of

NTFS file "creation dates" and "last modified dates" to see if either can be further shown as

being a reliable or unreliable means of determining the temporal origin of an NTFS file.

Specifically, this part of my test provides a scenario where normal use of the Microsoft

Windows XP operating system (*i.e.*, the act of creating a file) can result in the overwriting of an

NTFS file's "creation date" with a "creation date" belonging to an entirely different NTFS file

that no longer exists.  This test shows that NTFS file "creation dates" are **corruptible** and,

therefore, **wholly unreliable** even if otherwise accepted as being sufficient to "period" an

NTFS file.  On January 3, 2013, 2:07pm, I created the NTFS file, "c:\test45.txt"[109] and noted

that NTFS set both the "creation date" and "last modified date" to January 3, 2013, 2:07pm.[110]

I then took a "fingerprint" of "c:\test45.txt"[111] so that any changes to the file would be

detectable.  On the pseudo-date of January 4, 2013, 2:09pm, I deleted "c:\test45.txt."[112]

Immediately after deleting "c:\test45.txt" (*i.e.*, on the pseudo-date of January 4, 2013, 2:09pm),

I created a new version of "c:\test45.txt" and filled it with different data content when

compared to the January 3, 2013, 2:07pm (deleted) version of "c:\test45.txt."[113]  I then noted

---

109.　　*See* ATTACHMENT 42.
110.　　*See* ATTACHMENT 43.
111.　　*See* ATTACHMENT 44.
112.　　*See* ATTACHMENT 46.
113.　　*See* ATTACHMENT 47.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;
BY:  Daniel David Rigmaiden

---

that the new version of "c:\test45.txt," which was created on January 4, 2013, 2:09pm, had its

"last modified date" set to January 4, 2013, 2:09pm but its "creation date" was now set to

January 3, 2013, 2:07pm,[114] *i.e.*, Microsoft Windows XP gave it the "creation date" belonging

to the **old, deleted version** of "c:\test45.txt" that was no longer in existence.  I then took a

"fingerprint" of the new version of "c:\test45.txt"[115] and determined that it was an entirely

different file (albeit with the same filename) compared to the original, deleted version of

"c:\test45.txt."[116]  At this point, the file "creation date" of "c:\test45.txt" (*i.e.*, January 3, 2013,

2:07pm) did not reflect the absolute temporal origin of the file based on its data content while

the file "last modified date" (*i.e.*, January 4, 2013, 2:09pm) did reflect the absolute temporal

origin of the file based on its data content.  In summary, because the simple act of creating a

new file using the filename of a previously deleted file resulted in the "creation date" property

of the new file being set to the "creation date" property belonging to the previously deleted file,

and because the "last modified date" property of the new file matched the actual date/time upon

which the new file's data content came into existence, I concluded (1) file "creation date"

properties are not reliable to "period" NTFS files, and (2) file "last modified date" properties

are reliable to "period" NTFS files.

21.     Part five of my test, *i.e.*, ¶ No. 15, steps 35-46, consisted of additional testing of

NTFS file "creation dates" and "last modified dates" to see if either can be further shown as

being a reliable or unreliable means of determining the temporal origin of an NTFS file.

Specifically, this part of my test provides an additional scenario where normal use of the

---

114.     *See* ATTACHMENT 49.
115.     *See* ATTACHMENT 50.
116.     *Compare* "fingerprint" at ATTACHMENT 44 *with* "fingerprint" at ATTACHMENT 50.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

Microsoft Windows XP operating system (*i.e.*, the act of renaming a file) can result in the

overwriting of an NTFS file's "creation date" with a "creation date" belonging to an entirely

different NTFS file that no longer exists.  This test shows that NTFS file "creation dates" are

**corruptible** and, therefore, **wholly unreliable** even if otherwise accepted as being sufficient to

"period" an NTFS file.  On January 3, 2013, 2:21pm, I created the NTFS file,

"c:\test46a.txt"[117] and noted that NTFS set both the "creation date" and "last modified date" to

January 3, 2013, 2:21pm.[118]  I then took a "fingerprint" of "c:\test46a.txt"[119] so that any

changes to the file would be detectable.  On the pseudo-date of January 4, 2013, 2:21pm, I

created the NTFS file, "c:\test46b.txt"[120]—but filled it with different data content when

compared to "c:\test46a.txt"—and noted that NTFS set both the "creation date" and "last

modified date" to January 4, 2013, 2:21pm.[121]  I then took a "fingerprint" of

"c:\test46b.txt"[122] so that any changes to the file would be detectable.  On the January 3, 2013,

2:22pm, I deleted "c:\test46a.txt."[123]  Immediately after deleting "c:\test46a.txt" (*i.e.*, on

January 3, 2013, 2:22pm), I renamed "c:\test46b.txt" to "c:\test46a.txt."[124]  I then noted that

"c:\test46a.txt" (previously named "c:\test46b.txt"), which was created on January 4, 2013,

2:21pm, had its "last modified date" set to January 4, 2013, 2:21pm but its "creation date" was

---

117.    *See* ATTACHMENT 51.
118.    *See* ATTACHMENT 52.
119.    *See* ATTACHMENT 53.
120.    *See* ATTACHMENT 55.
121.    *See* ATTACHMENT 57.
122.    *See* ATTACHMENT 58.
123.    *See* ATTACHMENT 59.
124.    *See* ATTACHMENT 60.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

now set to January 3, 2013, 2:21pm,[125] *i.e.*, Microsoft Windows XP gave it the "creation date"

belonging to the **old, deleted** "c:\test46a.txt" that was no longer in existence.  I then took a

"fingerprint" of "c:\test46a.txt"[126] and determined (1) it was still the same file compared to

when it was named "c:\test46b.txt,"[127] and (2) it was an entirely different file (albeit with the

same filename) compared to the deleted "c:\test46a.txt."[128]  At this point, the file "creation

date" of "c:\test46a.txt" (*i.e.*, January 3, 2013, 2:21pm) did not reflect the absolute temporal

origin of the file based on its data content while the file "last modified date" (*i.e.*, January 4,

2013, 2:21pm) did reflect the absolute temporal origin of the file based on its data content.  In

summary, because the simple act of renaming a file to the filename of a previously deleted file

resulted in the "creation date" property of the file (in its renamed state) being set to the

"creation date" property belonging to the previously deleted file, and because the "last

modified date" property of the file (in its renamed state) matched the actual date/time upon

which the file's data content came into existence, I concluded (1) file "creation date" properties

are not reliable to "period" NTFS files, and (2) file "last modified date" properties are reliable

to "period" NTFS files.

22.    Part six of my test, *i.e.*, ¶ No. 15, steps 47-58, consisted of additional testing of

NTFS file "creation dates" and "last modified dates" to see if either can be further shown as

being a reliable or unreliable means of determining the temporal origin of an NTFS file.

Specifically, this part of my test provides an additional scenario where normal use of the

---

125.    *See* ATTACHMENT 61.

126.    *See* ATTACHMENT 62.

127.    *Compare* "fingerprint" at ATTACHMENT 58 *with* "fingerprint" at ATTACHMENT 62.

128.    *Compare* "fingerprint" at ATTACHMENT 53 *with* "fingerprint" at ATTACHMENT 62.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

Microsoft Windows XP operating system (*i.e.*, the act of moving a file) can result in the overwriting of an NTFS file's "creation date" with a "creation date" belonging to an entirely different NTFS file that no longer exists.  This test shows that NTFS file "creation dates" are **corruptible** and, therefore, **wholly unreliable** even if otherwise accepted as being sufficient to "period" an NTFS file.  On January 3, 2013, 2:40pm, I created the NTFS file, "test47.txt" in the folder "c:\test47_location_a\"[129] and noted that NTFS set both the "creation date" and "last modified date" to January 3, 2013, 2:40pm.[130]  I then took a "fingerprint" of "c:\test47_location_a\test47.txt"[131] so that any changes to the file would be detectable.  On the pseudo-date of January 4, 2013, 2:41pm, I created the NTFS file,  "test47.txt" in the folder "c:\test47_location_b\"[132]—but filled it with different data content when compared to the version of "test46a.txt" located in "c:\test47_location_a\"—and noted that NTFS set both the "creation date" and "last modified date" to January 4, 2013, 2:41pm.[133]  I then took a "fingerprint" of "c:\test47_location_b\test47.txt"[134] so that any changes to the file would be detectable.  On the January 3, 2013, 2:41pm, I deleted "c:\test47_location_a\test47.txt."[135]  Immediately after deleting "c:\test47_location_a\test47.txt" (*i.e.*, on January 3, 2013, 2:41pm), I moved "c:\test47_location_b\test47.txt" to "c:\test47_location_a\."[136]  I then noted that

---

129.   *See* ATTACHMENT 63.
130.   *See* ATTACHMENT 64.
131.   *See* ATTACHMENT 65.
132.   *See* ATTACHMENT 67.
133.   *See* ATTACHMENT 69.
134.   *See* ATTACHMENT 70.
135.   *See* ATTACHMENT 71.
136.   *See* ATTACHMENT 72.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to period a file;

BY:  Daniel David Rigmaiden

---

"c:\test47_location_a\test47.txt" (previously located at "c:\test47_location_b\test47.txt"), which was created on January 4, 2013, 2:41pm, had its "last modified date" set to January 4, 2013, 2:41pm but its "creation date" was now set to January 3, 2013, 2:40pm,[137] *i.e.*, Microsoft Windows XP gave it the "creation date" belonging to the **old, deleted** "c:\test47_location_a\test47.txt" that was no longer in existence.  I then took a "fingerprint" of "c:\test47_location_a\test47.txt"[138] and determined (1) it was still the same file compared to when it was located at "c:\test47_location_b\test47.txt,"[139] and (2) it was an entirely different file (albeit with the same filename) compared to the deleted "test47.txt" previously located at "c:\test47_location_a\test47.txt."[140]  At this point, the file "creation date" of "c:\test47_location_a\test47.txt" (*i.e.*, January 3, 2013, 2:40pm) did not reflect the absolute temporal origin of the file based on its data content while the file "last modified date" (*i.e.*, January 4, 2013, 2:41pm) did reflect the absolute temporal origin of the file based on its data content.  In summary, because the simple act of moving a file to a location previously occupied by a file that was deleted resulted in the "creation date" property of the file (while in its new location) being set to the "creation date" property belonging to the previously deleted file, and because the "last modified date" property of the file (while in its new location) matched the actual date/time upon which the file's data content came into existence, I concluded (1) file "creation date" properties are not reliable to "period" NTFS files, and (2) file "last modified date" properties are reliable to "period" NTFS files.

---

137.   *See* ATTACHMENT 73.

138.   *See* ATTACHMENT 74.

139.   *Compare* "fingerprint" at ATTACHMENT 70 *with* "fingerprint" at ATTACHMENT 74.

140.   *Compare* "fingerprint" at ATTACHMENT 65 *with* "fingerprint" at ATTACHMENT 74.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;
BY:  Daniel David Rigmaiden

---

23.     Having conducted my tests and concluded that the "last modified date" is the

most reliable file date/time property for use to "period" an NTFS file, I next set out to

determine whether there is a general consensus regarding my conclusion.  By making various

observations, I was able to come to two conclusions regarding a general consensus of my prior

conclusion regarding the reliability of the NTFS "last modified date" file property compared to

the other NTFS file date/time properties: (1) because IRS-CI Agent Daun contaminated the

"last access date" file properties for nearly all files on my "T" drive, there must be a general

consensus amongst government employee computer forensic investigators that NTFS file "last

access dates" are not reliable to "period" NTFS files, and (2) because IRS-CI Agent Daun only

preserved the "last modified date" file properties for the files on my "T" drive that were saved

into a WinRAR archive during her "live acquisition," there must be a general consensus

amongst government employee computer forensic investigators that "last modified dates" are

reliable to "period" NTFS files while "creation dates" and "last access dates" are not.  My two

conclusions are supported by my observations which are explained and placed into context in ¶

Nos. 24-26 below.

24.     In a companion declaration titled, *Number of "filesalot.dcv" (i.e., drive "T") files*

*that were opened/read by the government after Rigmaiden's arrest and execution of the*

*N.D.Cal. 08-70460-HRL/PVT warrant*, I explained how the file "last access date" properties for

**53,342** of the **53,521** files on my NTFS "T" drive (*i.e.*, mounted "filesalot.dcv") indicate that

those files were opened and read on or after August 3, 2008, 6:30pm.  *See id.*, ¶ No. 18-19.  The

government gained access to the "T" drive upon execution of the N.D.Cal. 08-70460-

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
period a file;
BY:  Daniel David Rigmaiden

---

HRL/PVT search warrant at 431 El Camino Real, Apartment No. 1122, Santa Clara, CA 95050
on August 3, 2008, approximately 5:20pm.[141]  Considering I was in custody at that time,[142]
and considering I have not had access to my computer system since then, any logged file "last
access date" having a date/time value after August 3, 2008, 6:30pm[143] can absolutely be said
to be a record of the government accessing the corresponding file.  More relevant here, any file
"last access date" having a date/time value after August 3, 2008, 6:30pm indicates that the
previous "last access date" (*i.e.*, corresponding to the last date/time the file was accessed by a
non-government actor) was overwritten and otherwise **destroyed** by IRS-CI Agent Daun—the
computer forensic investigator responsible for searching my physical computer system.
Because, IRS-CI Agent Daun contaminated the "last access date" file properties for nearly all
files on my "T" drive, I have come to the conclusion that there must be a general consensus
amongst government employee computer forensic investigators that NTFS file "last access
dates" are not reliable to "period" NTFS files for the purpose of complying with temporal
scope limits contained in a warrant.

    25.    In order to further establish a general consensus of my prior conclusion regarding

---

141.    *See Third Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*, EXHIBIT 06 (U.S.
v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt. #863-1) (IRS report of search warrant execution at 431 El Camino Real,
Apartment No. 1122, Santa Clara, CA – noting that entry was made at approximately 5:20pm).

142.    I was arrested at approximately 4:30pm on August 3, 2008.  *See Fourth Submission Of Consolidated Exhibits
Relating To Discovery And Suppression Issues*, EXHIBIT 12 (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt.
#898-1, p. 71) (Santa Clara police report).

143.    When checking for file "last access dates" occurring after my August 3, 2008 arrest, I chose the time of 6:30pm
considering a "last access date" for an NTFS file will only update if the file is accessed more than 60 minutes after the
previously logged "last access date."  *See* ¶ No. 5 above.  Therefore, if the government made entry into my residence at
5:20pm, a file "last access date" having a time value greater than or equal to 6:30pm is 10 minutes past the first clock-time
value (*i.e.*, 6:20pm) indicative of government personnel file access.  In other words, by choosing 6:30pm, the government
has no room to argue the technicalities of who may have last accessed any given file.

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to period a file;

BY:  Daniel David Rigmaiden

---

the reliability of the NTFS "last modified date" file property compared to the other NTFS file

date/time properties, I set out to check which file date/time properties IRS-CI Agent Daun

preserved for the files she saved into the archive file, "T_drive.rar," during her "live

acquisition"[144] using the WinRAR[145] software.  Using my defense laptop computer on

---

144.    IRS-CI Agent Tracy L. Daun claimed that when she first sat down at my computer she detected that the DriveCrypt encrypted virtual drive, "filesalot.dcv," was mounted as the "T" drive in a decrypted state.  *See Third Submission Of Consolidated Exhibits Relating To Discovery And Suppression Issues*, EXHIBIT 01 (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt. #863-1, p. 7).  IRS-CI Agent Daun determined that she "needed to attempt to retrieve the data [on the "T" drive] without turning off the computer.  [Therefore,] WinRAR was used to archive the files on volume T and was saved to the government hard drive as T_drive.rar."  *See id.*, EXHIBIT 01 (U.S. v. Rigmaiden, CR08-814-PHX-DGC, D.Ariz., Dkt. #863-1, p. 9).  Via the October 26, 2011 discovery set provided to the defense by the government, I received a copy of the WinRAR file, "T_drive.rar," created by IRS-CI Agent Daun during her "live acquisition."

145.    WinRAR is a file archiving program that allows a user to save one or more files into a single archive file having a .zip or .rar file extension.  If accessing an archive using WinRAR, a user can extract one or more previously archived files which causes the files to be written to the local file system.  WinRAR is available at http://www.rarlabs.com.  IRS-CI Agent Daun did not indicate which version of WinRAR she used to create "T_drive.rar," however, the May 9, 2008 web.archive.org page for rarlabs.com indicates that version 3.71 was available as of that date.  *See* ATTACHMENT 76.  In any event, all newer version of WinRAR have the same relevant features, *i.e.*, the option to preserve file date/time properties.

When archiving files, the WinRAR software allows the user to check boxes in order to specify whether each archived file's "creation date," "last modified date," and/or "last access date" is preserved with the file as it is saved into the archive.  The choice made on which file date/time properties to preserve applies to all files in a given archive, different choices cannot be made for each individual file.  Attached to this declaration as ATTACHMENT 78 and ATTACHMENT 79 are PDF prints of the WinRAR program help pages titled, "Extraction path and options dialog: advanced options" and "Archive name and parameters dialog: time options."  Both help pages explain the procedure for storing date/time file properties.  The noted help pages were printed from the WinRAR "Help topics" available on the "Help" drop-down menu within the WinRAR program.  Attached to this declaration as ATTACHMENT 80 is a screenshot of the actual WinRAR check boxes that allow for preserving file "creation dates," "last modified dates," and "last access dates" for archived files.

Similarly, when extracting files, the WinRAR software allows the user to check boxes in order to specify whether each extracted file's "creation date," "last modified date," and/or "last access date" is restored—but only if those file properties were saved during the archiving process.  Attached to this declaration as ATTACHMENT 81 is a screenshot of the WinRAR check boxes that allow for restoring file "creation dates," "last modified dates," and "last access dates" for extracted files.  However, if the file properties were not saved during the archiving process, checking the boxes during the file extraction process will have no effect and the corresponding file properties will update to the date/time the files were extracted to the local file system.

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
     period a file;
BY:  Daniel David Rigmaiden

---

January 18, 2013, I used WinRAR 3.71[146] to open "T_drive.rar."[147]  I then extracted the file

"aim_buddy_list.txt" after checking the boxes specifying that the file's "creation date," "last

modified date," and "last access date" should be restored to reflect the date/times associated

with the original data prior to the archival pocess.[148]  After restoring the file to

"c:\test6\aim_buddy_list.txt" on my defense laptop computer, I used the "dir" command—as

shown in ¶ Nos. 7-9 above—to check the "creation date," "last modified date," and "last access

date" file properties for "c:\test6\aim_buddy_list.txt."  The results of the "dir" command show

that "c:\test6\aim_buddy_list.txt" was created on January 18, 2013, 11:17am, last modified on

November 29, 2006, 1:14am, and last accessed on January 18, 2013, 11:17am.[149]  Because the

"creation date" and "last access date" were set to the date/time I extracted the file to "c:\test6\,"

it is clear that IRS-CI Agent Daun chose to **only** check the box specifying that the "last

modified date" be preserved for each file saved/archived into "T_drive.rar" during her "live

acquisition" using WinRAR.  In order to verify my findings, I searched for the file

"aim_buddy_list.txt" within IRS-CI Agent Daun's list of seized *in-scope* files and found that

her extraction process caused the "creation date" and "last access date" of

"aim_buddy_list.txt"—as well as all files for that matter—to be set to the date/time she

conducted her file extraction process and forensic analysis.[150]  Both the "creation date" and

---

146.     In order to make my observations regarding "T_drive.rar," I installed WinRAR version 3.71 to "c:\winrar371" on
my defense laptop computer.  *See* <u>ATTACHMENT 77</u>.

147.     Attached to this declaration as <u>ATTACHMENT 82</u> is a screenshot of "T_drive.rar" opened with WinRAR.

148.     Attached to this declaration as <u>ATTACHMENT 83</u> , <u>ATTACHMENT 84</u>, and <u>ATTACHMENT 85</u> is a screenshot of
"aim_buddy_list.txt" being extracted to "c:\test6" on my defense laptop computer.

149.     Attached to this declaration as <u>ATTACHMENT 86</u> is a screenshot of the results of using the "dir" command to
check the "creation date," "last modified date," and "last access date" file properties for "c:\test6\aim_buddy_list.txt."

150.     Attached to this declaration as <u>ATTACHMENT 87</u> is redacted excerpt from IRS-CI Agent Daun's report (*i.e.*,

DECLARATION UNDER PENALTY OF PERJURY

RE:  File modified dates are the most accurate Microsoft Windows NTFS file property to
      period a file;
BY:  Daniel David Rigmaiden

---

"last access date" of "aim_buddy_list.txt" are "period" the year 20**09**, *i.e.*, dates well after the
temporal origin of the file.[151]  Additionally, the "last modified date" of IRS-CI Agent Daun's
extracted copy of "aim_buddy_list.txt" *was* preserved and set to the absolute file creation
date/time of November 29, 2006, 1:14am.

26.    When IRS-CI Agent Daun created "T_drive.rar," she had the option of saving the
"creation date," "last modified date" and "last access date" for each archived file.  However,
IRS-CI Agent Daun chose to only save each file's "last modified date" and chose not to save
"creation dates" and "last access dates."  Because IRS-CI Agent Daun decided to only preserve
the "last modified date" file properties for the files she archived from the "T" drive into
"T_drive.rar," I have come to the conclusion that there must be a general consensus amongst
government employee computer forensic investigators that an NTFS file "last modified date"
reflects the absolute file creation date of a file and is, therefore, the only reliable file date/time
property to "period" NTFS files for the purpose of complying with temporal scope limits
contained in a warrant.

* * * * *

27.    I declare, certify, verify, and state under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct to the best of my knowledge,
except as to those matters which are therein stated on information and belief, and, as to those
matters, I believe it to be true.  *See* 28 U.S.C. § 1746 ("Wherever... any matter is required or

---

"T_drive.rar.pdf") cataloging all in-scope files seized from "T_drive.rar" with the file "aim_buddy_list.txt" (bottom of page
No. 2) listed as having a "creation date" of May 20, 2009, 2:34pm, a "last modified date" of November 29, 2006, 1:14am,
and a "last access date" of August 14, 2009, 12:56pm.

151.    As previously discussed, only the government has had access to my computer system (which includes the file,
"aim_buddy_list.txt") since the date/time of my arrest on August 3, 20**08**.

## DECLARATION UNDER PENALTY OF PERJURY

RE: File modified dates are the most accurate Microsoft Windows NTFS file property to period a file;

BY: Daniel David Rigmaiden

---

permitted to be supported, evidenced, established, or proved by the sworn... affidavit, in writing of the person making the same [], such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration..., in writing of such person which is subscribed by him, as true under penalty of perjury, and dated..."); 18 U.S.C. § 1621 ("Whoever... in any declaration... under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both....").

Executed on _January 30, 2013_ , in Florence, Arizona, United States of America.

Daniel David Rigmaiden

_Daniel Rigmaiden_

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 01</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 02

# Command shell overview

The command shell is a separate software program that provides direct communication between the user and the operating system. The non-graphical command shell user interface provides the environment in which you run character-based applications and utilities. The command shell executes programs and displays their output on the screen by using individual characters similar to the MS-DOS command interpreter Command.com. The Windows XP command shell uses the command interpreter Cmd.exe, which loads applications and directs the flow of information between applications, to translate user input into a form that the operating system understands.

You can use the command shell to create and edit batch files (also called scripts) to automate routine tasks. For example, you can use scripts to automate the management of user accounts or nightly backups. You can also use the Windows Script Host, CScript.exe, to run more sophisticated scripts in the command shell. You can perform operations more efficiently by using batch files than you can by using the user interface. Batch files accept all commands that are available at the command line. For more information about batch files and scripting, see Using batch files.

You can customize the command prompt window for easier viewing and to increase control over how you run programs. For more information about customizing the command prompt window, see To configure the command prompt.

## Using command syntax

Syntax appears in the order in which you must type a command and any parameters that follow it. The following example of the **xcopy** command illustrates a variety of syntax text formats:

**xcopy** *Source* [*Destination*] [**/w**] [**/p**] [**/c**] [**/v**] [**/q**] [**/f**] [**/l**] [**/g**] [**/d**[:*mm-dd-yyyy*]] [**/u**] [**/i**] [**/s** [**/e**]] [**/t**] [**/k**] [**/r**] [**/h**] [{**/a**|**/m**}] [**/n**] [**/o**] [**/x**] [**/exclude:**file1[+[file2]][+[file3]] [{**/y**|**/-y**}] [**/z**]

The following table explains how to interpret the different text formats.

## Formatting legend

| Format | Meaning |
| --- | --- |
| *Italic* | Information that the user must supply |
| **Bold** | Elements that the user must type exactly as shown |
| Ellipsis (...) | Parameter that can be repeated several times in a command line |
| Between brackets ([]) | Optional items |
| Between braces ({}); choices separated by pipe (|). Example: {even|odd} | Set of choices from which the user must choose only one |
| `Courier font` | Code or program output |

## Using multiple commands and conditional processing symbols

You can run multiple commands from a single command line or script using conditional processing symbols. When you run multiple commands with conditional processing symbols, the commands to the right of the conditional processing symbol act based upon the results of the command to the left of the conditional processing symbol. For example, you might want to run a command only if the previous command fails. Or, you might want to run a command only if the previous command is successful.

You can use the special characters listed in the following table to pass multiple commands.

| Character | Syntax | Definition |
| --- | --- | --- |
| **&** [...] | *command1* **&** *command2* | Use to separate multiple commands on one command line. Cmd.exe runs the first command, and then the second command. |
| **&&** [...] | *command1* **&&** *command2* | Use to run the command following **&&** only if the command preceding the symbol is successful. Cmd.exe runs the first command, and then runs the second command only if the first command completed successfully. |
| **||** [...] | *command1* **||** *command2* | Use to run the command following **||** only if the command preceding **||** fails. Cmd.exe runs the first command, and then runs the second command only if the first command did not complete |

| | | successfully (receives an error code greater than zero). |
|---|---|---|
| **( )** [...] | (*command1* **&** *command2*) | Use to group or nest multiple commands. |
| **;** or **,** | *command1 parameter1;parameter2* | Use to separate command parameters. |

☑ Notes

- The ampersand (&), pipe (|), and parentheses ( ) are special characters that must be preceded by the escape character (^) or quotation marks when you pass them as arguments.
- If a command completes an operation successfully, it returns an exit code of zero (0) or no exit code. For more information about exit codes, see <u>Microsoft Windows Resource Kits</u>.

## Nesting command shells

You can nest command shells within Cmd.exe by opening a new instance of Cmd.exe at the command prompt. By default, each instance of Cmd.exe inherits the environment of its parent Cmd.exe application. By nesting instances of Cmd.exe, you can make changes to the local environment without affecting the parent application of Cmd.exe. This allows you to preserve the original environment of Cmd.exe and return to it after you terminate the nested command shell. The changes you make in the nested command shell are not saved.

To nest a command shell, at the command prompt, type:

**cmd**

A message similar to the following appears:

```
Microsoft (R) Windows XP (TM)
(C) Copyright 1985-2001 Microsoft Corp.
```

To close the nested command shell, type **exit**.

You can localize changes even further in an instance of Cmd.exe (or in a script) by using the **setlocal** and **endlocal** commands. **Setlocal** creates a local scope and **endlocal** terminates the local scope. Any changes made within the **setlocal** and **endlocal** scope are discarded, thereby leaving the original environment unchanged. You can nest these two commands to a maximum of 32 levels. For more information about the **setlocal** and **endlocal** commands, see <u>Setlocal</u> and <u>Endlocal</u>.

## Using environment variables with Cmd.exe

The Cmd.exe command-shell environment is defined by variables that determine the behavior of the command shell and the operating system. You can define the behavior of the command-shell environment or the entire operating system environment by using two types of environment variables, system and local. System environment variables define the behavior of the global operating system environment. Local environment variables define the behavior of the environment of the current instance of Cmd.exe.

System environment variables are preset in the operating system and available to all Windows XP processes. Only users with administrative privileges can change system variables. These variables are most commonly used in logon scripts.

Local environment variables are only available when the user for whom they were created is logged on to the computer. Local variables set in the **HKEY_CURRENT_USER** <u>hive</u> are valid only for the current user, but define the behavior of the global operating system environment.

The following list describes the various types of variables in descending order of precedence:

1. Built-in system variables
2. System variables found in the **HKEY_LOCAL_MACHINE** hive
3. Local variables found in the **HKEY_CURRENT_USER** hive
4. All environment variables and paths set in the Autoexec.bat file
5. All environment variables and paths set in a logon script (if present)
6. Variables used interactively in a script or batch file

In the command shell, each instance of Cmd.exe inherits the environment of its parent application. Therefore, you can change the variables in the new Cmd.exe environment without affecting the environment of the parent application.

The following table lists the system and local environment variables for Windows XP.

| Variable | Type | Description |
|---|---|---|
| %ALLUSERSPROFILE% | Local | Returns the location of the All Users Profile. |

| %APPDATA% | Local | Returns the location where applications store data by default. |
|---|---|---|
| %CD% | Local | Returns the current directory string. |
| %CMDCMDLINE% | Local | Returns the exact command line used to start the current Cmd.exe. |
| %CMDEXTVERSION% | System | Returns the version number of the current Command Processor Extensions. |
| %COMPUTERNAME% | System | Returns the name of the computer. |
| %COMSPEC% | System | Returns the exact path to the command shell executable. |
| %DATE% | System | Returns the current date. Uses the same format as the **date /t** command. Generated by Cmd.exe. For more information about the **date** command, see Date. |
| %ERRORLEVEL% | System | Returns the error code of the most recently used command. A non zero value usually indicates an error. |
| %HOMEDRIVE% | System | Returns which local workstation drive letter is connected to the user's home directory. Set based on the value of the home directory. The user's home directory is specified in Local Users and Groups. |
| %HOMEPATH% | System | Returns the full path of the user's home directory. Set based on the value of the home directory. The user's home directory is specified in Local Users and Groups. |
| %HOMESHARE% | System | Returns the network path to the user's shared home directory. Set based on the value of the home directory. The user's home directory is specified in Local Users and Groups. |
| %LOGONSEVER% | Local | Returns the name of the domain controller that validated the current logon session. |
| %NUMBER_OF_PROCESSORS% | System | Specifies the number of processors installed on the computer. |
| %OS% | System | Returns the operating system name. Windows 2000 displays the operating system as Windows_NT. |
| %PATH% | System | Specifies the search path for executable files. |
| %PATHEXT% | System | Returns a list of the file extensions that the operating system considers to be executable. |
| %PROCESSOR_ARCHITECTURE% | System | Returns the chip architecture of the processor. Values: x86, IA64. |
| %PROCESSOR_IDENTFIER% | System | Returns a description of the processor. |
| %PROCESSOR_LEVEL% | System | Returns the model number of the processor installed on the computer. |
| %PROCESSOR_REVISION% | System | Returns the revision number of the processor. |
| %PROMPT% | Local | Returns the command prompt settings for the current interpreter. Generated by Cmd.exe. |
| %RANDOM% | System | Returns a random decimal number between 0 and 32767. Generated by Cmd.exe. |
| %SYSTEMDRIVE% | System | Returns the drive containing the Windows XP root directory (that is, the system root). |
| %SYSTEMROOT% | System | Returns the location of the Windows XP root directory. |
| %TEMP% and %TMP% | System and User | Returns the default temporary directories that are used by applications available to users who are currently logged on. Some applications require TEMP and others require TMP. |
| %TIME% | System | Returns the current time. Uses the same format as the **time /t** command. Generated by Cmd.exe. For more information about the **time** command, see Time. |
| %USERDOMAIN% | Local | Returns the name of the domain that contains the user's account. |
| %USERNAME% | Local | Returns the name of the user who is currently logged on. |
| %USERPROFILE% | Local | Returns the location of the profile for the current user. |
| %WINDIR% | System | Returns the location of the operating system directory. |

## Setting environment variables

Use the **set** command to create, change, delete, or display environment variables. The **set** command alters variables in the current shell environment only.

To view a variable, at a command prompt, type:

set *VariableName*

To add a variable, at a command prompt, type:

**set variablename=***value*

To delete a variable, at a command prompt, type:

**set** *VariableName***=**

You can use most characters as variable values, including white space. If you use the special characters <, >, |, &, or ^, you must precede them with the escape character (^) or quotation marks. If you use quotation marks, they are included as part of the value because everything following the equal sign is taken as the value. Consider the following examples:

- To create the variable value **new&name**, type:

    **set varname=new^&name**

- To create the variable value **"new&name"**, type:

    **set varname="new&name"**

- If you type **set varname=new&name** at the command prompt, an error message similar to the following appears:

    ```
    "'name' is not recognized as an internal or external command, operable program or batch file."
    ```

Variable names are not case-sensitive. However, **set** displays the variable exactly as you typed it. You can combine uppercase and lowercase letters in your variable names to make your code more readable (for example, UserName).

 Notes

- The maximum individual environment variable size is 8192bytes.
- The maximum total environment variable size for all variables, which includes variable names and the equal sign, is 65,536KB.

## Substituting environment variable values

To enable the substitution of variable values at the command line or in scripts, enclose the variable name in percent signs (that is, **%***variablename***%**). By using percent signs, you ensure that Cmd.exe references the variable values instead of making a literal comparison. After you define variable values for a variable name, enclose the variable name in percent signs. Cmd.exe searches for all instances of the variable name and replaces it with the defined variable value. For example, if you create a script that contains different values (for example, user names) and you want to define the USERNAME environment variable for each user with these values, you can write one script using the variable USERNAME enclosed in percent signs. When you run this script, Cmd.exe replaces %USERNAME% with the variable values, which eliminates the need to perform this task manually for each user. Variable substitution is not recursive. Cmd.exe checks variables once. For more information about variable substitution, see <u>For</u> and <u>Call</u>.

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 03</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 04</u>

## NTFS

Some of the features you can use when you choose NTFS are:

- Domains, which are part of Active Directory, and which you can use to fine-tune security options while keeping administration simple. Domain controllers require NTFS.
- File encryption, which greatly enhances security.
- Permissions that can be set on individual files and on folders.
- Sparse files. These are very large files created by applications in such a way that only limited disk space is needed. That is, NTFS allocates disk space only to the portions of a file that are written to.
- Remote Storage, which provides an extension to your disk space by making removable media (such as tapes) more accessible.
- Recovery logging of NTFS meta data, which helps you restore information quickly in the event of power failure or other system problem. This allows access to the volume immediately after restarting the computer without waiting for chkdsk.exe to run.
- Disk quotas, which you can use to monitor and control the amount of disk space used by individual users.
- Better scalability to large drives. The maximum drive size for NTFS is much greater than that for FAT, and as drive size increases, performance with NTFS doesn't degrade as it does with FAT.

The Setup program makes it easy to convert your partition to the new version of NTFS, even if it used FAT or FAT32 before. This kind of conversion keeps your files intact (unlike formatting a partition).

Setup begins by checking the existing file system. If it is NTFS, conversion is not necessary. If it is FAT or FAT32, Setup gives you the choice of converting to NTFS. If you don't need to keep your files intact and you have a FAT or FAT32 partition, it is recommended that you *format* the partition with NTFS rather than *converting* from FAT or FAT32. Formatting a partition erases all data on the partition and allows you to start fresh with a clean drive.

However, it is still advantageous to use NTFS, regardless of whether the partition was formatted with NTFS or converted. A partition can also be converted after Setup by using Convert.exe. For more information about Convert.exe, after completing Setup, click **Start**, click **Run**, type **cmd**, and then press ENTER. In the command window, type **help convert**, and then press ENTER.

Related Topics

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 05</u>

**NTFS file system**

An advanced file system that provides performance, security, reliability, and advanced features that are not found in any version of FAT. For example, NTFS guarantees volume consistency by using standard transaction logging and recovery techniques. If a system fails, NTFS uses its log file and checkpoint information to restore the consistency of the file system. In Windows 2000 and Windows XP, NTFS also provides advanced features such as file and folder permissions, encryption, disk quotas, and compression.

See also: FAT32; file allocation table (FAT); file system

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 06</u>

Case 2:08-cr-00814-DGC    Document 960-1    Filed 02/05/13    Page 55 of 273

## File properties overview

Files and folders have property sheets, which display information such as size, location, and the date the file or folder was created. When you view the properties of a file or folder, you can also get information about the:

- File or folder <u>attributes</u>.
- Type of file.
- Name of the program that opens the file.
- Number of files and subfolders contained in the folder.
- Last time the file was modified or accessed.

Depending on the type of file or folder, you can also view additional information, displayed on the following tabs:

<u>General</u>

Identifies the file type; the program associated with the file; its location and size; and the date it was created, last modified, and last opened.

<u>AutoPlay</u>

Allows you to change the way Windows handles the media files it detects on a device with removable storage, such as a digital camera or a CD-ROM. For example, when Windows detects music tracks on your CD-ROM drive, it can automatically play the tracks or it can allow you to view them in a folder.

<u>Security</u>

Lists other users who can modify, read and execute, view folder contents, write to the file or folder, or have read-only access.

<u>Sharing</u>

Allows you to share the folder with other users and set access <u>permissions</u> for the files it contains.

<u>Custom</u>

Allows you to create new properties for a file that provide additional information about the file. To use the **Custom** tab to create a new property for a file, in the **Name** box, select or type a property name. In the **Type** box, select a property type, such as **Text** or **Date**. In the **Value** box, type a value for the property. For example, you might select **Department** in the **Name** box, **Text** in the **Type** box, and type "Furniture" in the **Value** box.

<u>Customize</u>

Allows you to change the picture that appears on a folder in Thumbnails view, change the folder icon, and choose a new template for a folder. Folder templates contain task and information links for specialized files, such as pictures or music files.

<u>Summary</u>

Lists information about the file, including the title, subject, category, and author.

<u>Shortcut</u>

Lists the shortcut name, <u>target</u> information, and shortcut key. Allows you to choose the way the item is displayed when you open the shortcut: in a standard window, a full screen (maximized), or as a button on the taskbar (minimized). Also allows you to view the shortcut's target, change the icon for the shortcut, and open a shortcut as a different user.

<u>Related Topics</u>

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 07</u>

## Fsutil: behavior

Queries the current settings for generating 8.3 character-length file names, allowing extended characters in 8.3 character-length file names on NTFS volumes, updating the last access timestamp on NTFS volumes, how often quota events are written to the system log, and the size of the master file table (MFT) Zone. Enables or disables the use of 8.3 character-length file names, allowing extended characters in 8.3 character-length file names on NTFS volumes, and updating the last access timestamp on NTFS volumes. Enables you to change how often quota events are written to the system log and to change the amount of disk space reserved for the MFT Zone.

### Syntax

**fsutil behavior query** {**disable8dot3**|**allowextchar**|**disablelastaccess**|**quotanotify**|**mftzone**}

**fsutil behavior set** [{**disable8dot3** {**1**|**0**}|**allowextchar** {**1**|**0**}|**disablelastaccess** {**1**|**0**}|**quotanotify** *frequency*|**mftzone** *value*}]

### Parameters

**query**
   Queries the file system behavior parameters.

**set**
   Changes the file system behavior parameters.

**disable8dot3** {**1**|**0**}
   Disables creation of 8.3 character-length file names on FAT- and NTFS-formatted volumes.

**allowextchar** {**1**|**0**}
   Determines whether characters from the extended character set, including diacritic characters, can be used in 8.3 short file names on NTFS volumes.

**disablelastaccess** {**1**|**0**}
   Determines whether NTFS updates the last access timestamp on each directory when it lists the directories on an NTFS volume.

**quotanotify** *frequency*
   Configures how frequently NTFS quota violations are reported in the system log. Enter a frequency 0 through 4294967295 seconds for how often quota violations are written to the system log. Default is 1 hour (3600 seconds).

**mftzone** *value*
   The master file table (MFT) Zone is a reserved area that enables the MFT to expand as needed, in order to prevent MFT fragmentation. Set the *value* from 1 (default) to 4 (maximum). The *value* is in 8ths of the disk.

### Remarks

- The **behavior** subcommand writes changes to the registry, so you must restart the computer for changes to take effect.
- Using **disable8dot3** {**1**|**0**}

  When **disable8dot3** is set to **0**, every time you create a file with a long file name, NTFS creates a second file entry that has an 8.3 character-length file name. When NTFS creates files in a folder, it must look up the 8.3 character-length file names associated with the long file names.

  This parameter updates the **HKLM\SYSTEM\CurrentControlSet\Control\FileSystem\NtfsDisable8dot3NameCreation** registry key.

- Using **allowextchar** {**1**|**0**}

  This parameter updates the **HKLM\SYSTEM\CurrentControlSet\Control\FileSystem\NtfsAllowExtendedCharacterIn8dot3Name** registry key.

- Using **disablelastaccess** {**1**|**0**}

  The **disablelastaccess** parameter is designed to reduce the logging impact of updating the last access timestamp on folders and directories. Disabling the Last Access Time improves the speed of folder and file access.

  Each file and folder on an NTFS volume contains an attribute called Last Access Time. This attribute defines when the file or folder was last accessed, such as when a user lists folders, adds files to a folder, reads a file, or makes changes to a file. The most up-to-date Last Access Time is stored in memory and is eventually written to the disk in two different locations. One is within the file's attribute, which is part of its MFT record. The second is in the index of the directory that contains the file.

  The Last Access Time on disk is not always current. This lag occurs because NTFS delays writing the Last Access Time to disk when users or programs perform read-only operations on a file or folder, such as listing the folder's contents or reading (but not changing) a file in the folder. If the Last Access Time is kept current on disk for read operations, all read operations become write operations, which impacts NTFS performance.

  Note that file-based queries of Last Access Time are accurate even if all on-disk values are not current. NTFS returns the correct value on queries because the accurate value is stored in memory.

  NTFS typically updates a file's attribute on disk if the current Last Access Time in memory differs by more than an hour from the Last Access Time stored on disk, or when all in-memory references to that file are gone, whichever is more recent. For example, if a file's current Last Access Time is 1:00 P.M., and you read the file at 1:30 P.M., NTFS does not update the Last Access Time. If you read the file again at 2:00 P.M., NTFS updates the Last Access Time in the file's attribute to reflect 2:00 P.M. because the file's attribute shows 1:00 P.M. and the in-memory Last Access Time shows 2:00 P.M.

NTFS updates the index of the directory that contains the file when NTFS updates the file's Last Access Time and detects that the Last Access Time for the file differs by more than an hour from the Last Access Time stored in the directory's index. This update typically occurs after a program closes the handle used to access a file within the directory. If the user holds the handle open for an extended time, a lag occurs before the change appears in the index entry of the directory.

Note that one hour is the maximum time that NTFS defers updating the Last Access Time on disk. If NTFS updates other file attributes such as Last Modify Time, and a Last Access Time update is pending, NTFS updates the Last Access Time along with the other updates without additional performance impact.

Note that using the **disablelastaccess** parameter can affect programs such as backup and Remote Storage that rely on this feature.

This parameter updates the **HKLM\SYSTEM\CurrentControlSet\Control\FileSystem\NtfsDisableLastAccessUpdate** registry key.

- Using **mftzone** *value*

  The *value* is an approximation of the initial size of the MFT plus the MFT Zone on a new volume and is set at mount time for each file system. As space on the volume is used, NTFS adjusts the space reserved for future MFT growth. If the MFT Zone is already large, the full MFT Zone size is not reserved again. Since the MFT Zone is based on the contiguous range past the end of the MFT, it shrinks as the space is used.

  The file system does not redetermine the MFT Zone location until the current MFT Zone is completely used. This never occurs on a typical system.

Related Topics

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 08</u>

# Dir

Displays a list of a directory's files and subdirectories. Used without parameters, **dir** displays the disk's volume label and serial number, followed by a list of directories and files on the disk, including their names and the date and time each was last modified. For files, **dir** displays the name extension and the size in bytes. **Dir** also displays the total number of files and directories listed, their cumulative size, and the free space (in bytes) remaining on the disk.

## Syntax

**dir** [*Drive***:**][*Path*][*FileName*] [...] [**/p**] [**/q**] [**/w**] [**/d**] [**/a**[[**:**]*attributes*]][**/o**[[**:**]*SortOrder*]] [**/t**[[**:**]*TimeField*]] [**/s**]
[**/b**] [**/l**] [**/n**] [**/x**] [**/c**] [**/4**]

## Parameters

[*Drive***:**][*Path*]
    Specifies the drive and directory for which you want to see a listing.

[*FileName*]
    Specifies a particular file or group of files for which you want to see a listing.

**/p**
    Displays one screen of the listing at a time. To see the next screen, press any key on the keyboard.

**/q**
    Displays file ownership information.

**/w**
    Displays the listing in wide format, with as many as five file names or directory names on each line.

**/d**
    Same as **/w** but files are sorted by column.

**/a** [[**:**] *attributes*]
    Displays only the names of those directories and files with the attributes you specify. If you omit **/a**, **dir** displays the names of all files except hidden and system files. If you use **/a** without specifying *attributes*, **dir** displays the names of all files, including hidden and system files. The following list describes each of the values you can use for *attributes*. The colon (:) is optional. Use any combination of these values, and do not separate the values with spaces.

| Value | Description |
|-------|-------------|
| **h** | Hidden files |
| **s** | System files |
| **d** | Directories |
| **a** | Files ready for archiving |
| **r** | Read-only files |
| **-h** | Files that are not hidden |
| **-s** | Files other than system files |
| **-d** | Files only (not directories) |
| **-a** | Files that have not changed since the last backup |
| **-r** | Files that are not read-only |

**/o** [[**:**]*SortOrder*]
    Controls the order in which **dir** sorts and displays directory names and file names. If you omit **/o**, **dir** displays the names in the order in which they occur in the directory. If you use **/o** without specifying *SortOrder*, **dir** displays the names of the directories, sorted in alphabetic order, and then displays the names of files, sorted in alphabetic order. The colon (:) is optional. The following list describes each of the values you can use for *SortOrder*. Use any combination of the values, and do not separate these values with white spaces.

| Value | Description |
|-------|-------------|
| **n** | In alphabetic order by name |
| **e** | In alphabetic order by extension |
| **d** | By date and time, earliest first |
| **s** | By size, smallest first |
| **g** | With directories grouped before files |
| **-n** | In reverse alphabetic order by name (Z through A) |

| **-e** | In reverse alphabetic order by extension (.ZZZ through .AAA) |
|---|---|
| **-d** | By date and time, latest first |
| **-s** | By size, largest first |
| **-g** | With directories grouped after files |

**/t** [[:]*TimeField*]

Specifies which time field to display or use for sorting. The following list describes each of the values you can use for *TimeField*.

| **Value** | **Description** |
|---|---|
| **c** | Creation |
| **a** | Last access |
| **w** | Last written |

**/s**

Lists every occurrence, in the specified directory and all subdirectories, of the specified file name.

**/b**

Lists each directory name or file name, one per line, including the file name extension. **/b** does not display heading information or a summary. **/b** overrides **/w**.

**/l**

Displays unsorted directory names and file names in lowercase. **/l** does not convert extended characters to lowercase.

**/n**

Displays a long list format with file names on the far right of the screen.

**/x**

Displays the short names generated for files on NTFS and FAT volumes. The display is the same as the display for **/n**, but short names are displayed after the long name.

**/c**

Displays the thousand separator in file sizes.

**/4**

Displays four-digit year format.

**/?**

Displays help at the command prompt.

## Remarks

- Using multiple *filenames*

  You can use multiple *filenames*. Separate file names with spaces, commas, or semicolons. You can use wildcard characters (that is, ? and *) in *FileName* to display a group of files.

- Using wildcards

  You can use wildcards (that is, ? and *) to display a list of a subset of files and subdirectories.

- Specifying file display attributes

  If you use **/a** with more than one value in *attributes*, **dir** displays the names of only those files with all the specified attributes. For example, if you use **/a** with **r** and **-h** for attributes by using either **/a:r-h** or **/ar-h**, **dir** displays only the names of read-only files that are not hidden.

- Specifying file name sorting

  If you specify more than one *SortOrder* value, **dir** sorts the file names by the first criterion first, then by the second criterion, and so on. For example, if you use **/o** with the **e** and **-s** values for *SortOrder* by using either **/o:e-s** or **/oe-s**, **dir** sorts the names of directories and files by extension, with the largest first, and then displays the final result. The alphabetic sorting by extension causes file names with no extensions to appear first, then directory names, and then file names with extensions.

- Using redirection symbols and pipes

  When you use a redirection symbol (>) to send **dir** output to a file or a pipe (|) to send **dir** output to another command, use **/a:-d** and **/b** to list the file names only. You can use *FileName* with **/b** and **/s** to specify that **dir** is to search the current directory and its subdirectories for all file names that match *FileName*. **Dir** lists only the drive letter, directory name, file name, and file name extension, one path per line, for each file name it finds. Before you use a pipe for redirection, you should set the TEMP environment variable in your Autoexec.nt file.

- Presetting **dir** parameters

  You can preset **dir** parameters by including **set** with the DIRCMD environment variable in your Autoexec.nt file. You can use any valid combination of **dir** parameters with **set dircmd**, including the location and name of a file.

  For example, to use the DIRCMD environment variable to set the wide display format (that is, **/w**) as the default format, type the following command in your Autoexec.nt file:

  **set dircmd=/w**

  For a single use of the **dir** command, you can override a parameter by using the DIRCMD environment variable. To do so, type the parameter that you want to override at the **dir** command prompt, preceding the parameter with a minus sign. For example:

  **dir /-w**

  To change the DIRCMD default settings, type:

  **set=***NewParameter*

  The new default settings are effective for all subsequent **dir** commands until you use **set dircmd** again or until you restart your computer.

  To clear all default settings, type:

  **set dircmd=**

  To view the current settings of the DIRCMD environment variable, type:

  **set**

  **Set** displays a list of environment variables and their settings. For more information about setting environment variables, see Related Topics.

- The **dir** command, with different parameters, is available from the Recovery Console.

## Examples

To display all directories, one after the other, in alphabetical order, in wide format and pausing after each screen, make sure that the root directory is the current directory, and then type:

**dir /s/w/o/p**

**Dir** lists the name of the root directory, the names of the subdirectories of the root directory, and the names of the files in the root directory, including extensions. Then, **dir** lists the subdirectory names and file names in each subdirectory in the tree.

To alter the preceding example so that **dir** displays the file names and extensions, but omits the directory names, type:

**dir /s/w/o/p/a:-d**

To print a directory listing, type:

**ir > prn**

When you specify **prn**, the directory list is sent to the printer attached to the LPT1 port. If your printer is attached to a different port, you must replace **prn** with the name of the correct port.

You can also redirect output of the **dir** command to a file by replacing **prn** with a file name. You can also type a path. For example, to direct **dir** output to the file Dir.doc in the Records directory, type:

**dir > \records\dir.doc**

If Dir.doc does not exist, **dir** creates it, unless the Records directory does not exist. In that case, the following message appears:

`File creation error`

To display a list of all the file names with the .txt extension in all directories on drive C, type:

**dir c:\*.txt /w/o/s/p**

**Dir** displays, in wide format, an alphabetized list of the matching file names in each directory and pauses each time the screen fills up, until you press a key to continue.

## Formatting legend

| Format | Meaning |
|---|---|
| *Italic* | Information that the user must supply |
| **Bold** | Elements that the user must type exactly as shown |
| Ellipsis (...) | Parameter that can be repeated several times in a command line |
| Between brackets ([]) | Optional items |
| Between braces ({}); choices separated by pipe (\|). Example: {even\|odd} | Set of choices from which the user must choose only one |
| `Courier font` | Code or program output |

<u>Related Topics</u>

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 09</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 10</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 11</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 12</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 13</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 14</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 15</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 16</u>

```
                                 gpg.man
GPG(1)                      GNU Privacy Guard                      GPG(1)
```


NAME
       gpg - OpenPGP encryption and signing tool

SYNOPSIS
       gpg [--homedir dir] [--options file] [options] command [args]


DESCRIPTION
       gpg  is the OpenPGP part of the GNU Privacy Guard (GnuPG). It is a tool
       to provide digital encryption and signing services  using  the  OpenPGP
       standard.  gpg features complete key management and all bells and whis-
       tles you can expect from a decent OpenPGP implementation.

       This is the standalone version of gpg.  For desktop use you should con-
       sider  using gpg2  ([On some platforms gpg2 is installed under the name
       gpg]).


RETURN VALUE
       The program returns 0 if everything was fine, 1 if at least a signature
       was bad, and other error codes for fatal errors.


WARNINGS
       Use  a *good* password for your user account and a *good* passphrase to
       protect your secret key. This passphrase is the  weakest  part  of  the
       whole  system. Programs to do dictionary attacks on your secret keyring
       are very easy to write and  so  you  should  protect  your  "~/.gnupg/"
       directory very well.

       Keep  in mind that, if this program is used over a network (telnet), it
       is *very* easy to spy out your passphrase!

       If you are going to verify detached signatures, make sure that the pro-
       gram  knows about it; either give both filenames on the command line or
       use '-'' to specify STDIN.


INTEROPERABILITY
       GnuPG tries to be a very flexible implementation of the  OpenPGP  stan-
       dard. In particular, GnuPG implements many of the optional parts of the
       standard, such as the SHA-512 hash, and the ZLIB and BZIP2  compression
       algorithms.  It  is important to be aware that not all OpenPGP programs
       implement these optional algorithms and that by forcing their  use  via
       the  --cipher-algo,  --digest-algo,  --cert-digest-algo, or --compress-
       algo options in GnuPG, it  is  possible  to  create  a  perfectly  valid
       OpenPGP message, but one that cannot be read by the intended recipient.

       There are dozens of variations of OpenPGP programs available, and  each
       supports  a slightly different subset of these optional algorithms.  For
       example, until recently, no (unhacked) version  of  PGP  supported  the
       BLOWFISH cipher algorithm. A message using BLOWFISH simply could not be
                                   Page 1

```
                                   gpg.man
```
read by a PGP user. By default, GnuPG uses the standard OpenPGP prefer-
ences  system  that  will always do the right thing and create messages
that are usable by all recipients, regardless of which OpenPGP  program
they  use.  Only override this safe default if you really know what you
are doing.

If you absolutely must override the safe default, or if the preferences
on  a  given  key  are  invalid for some reason, you are far better off
using the --pgp6, --pgp7, or --pgp8 options. These options are safe  as
they  do  not  force any particular algorithms in violation of OpenPGP,
but rather reduce the available algorithms to a "PGP-safe" list.

COMMANDS
     Commands are not distinguished from options except for  the  fact  that
     only one command is allowed.

     gpg  may  be run with no commands, in which case it will perform a rea-
     sonable action depending on the type of file it is given as  input  (an
     encrypted  message  is  decrypted, a signature is verified, a file con-
     taining keys is listed).

     Please remember that option as well as command parsing stops as soon as
     a  non-option  is encountered, you can explicitly stop parsing by using
     the special option --.

   Commands not specific to the function

       --version
              Print the program version and licensing information.  Note  that
              you cannot abbreviate this command.

       --help

       -h     Print  a  usage message summarizing the most useful command line
              options.  Note that you cannot abbreviate this command.

       --warranty
              Print warranty information.

       --dump-options
              Print a list of all available options and commands.   Note  that
              you cannot abbreviate this command.

   Commands to select the type of operation

                                   Page 2

gpg.man

--sign

-s      Make a signature.  This command may be combined with --encrypt
        (for a signed and encrypted message), --symmetric (for a  signed
        and symmetrically encrypted message), or --encrypt and --symmet-
        ric together (for a signed message that may be decrypted via  a
        secret  key or a passphrase).  The key to be used for signing is
        chosen by default or  can  be  set  with  the  --local-user  and
        --default-key options.


--clearsign
        Make a clear text signature. The content in a clear text signa-
        ture is readable without any special software. OpenPGP  software
        is  only  needed to verify the signature.  Clear text signatures
        may modify end-of-line whitespace for platform independence  and
        are not intended to be reversible.  The key to be used for sign-
        ing is chosen by default or can be set with the --local-user and
        --default-key options.



--detach-sign

-b      Make a detached signature.


--encrypt

-e      Encrypt  data.  This  option  may be combined with --sign (for a
        signed and encrypted message), --symmetric (for a  message  that
        may  be  decrypted  via a secret key or a passphrase), or --sign
        and --symmetric together (for  a  signed  message  that  may  be
        decrypted via a secret key or a passphrase).


--symmetric

-c      Encrypt  with a symmetric cipher using a passphrase. The default
        symmetric cipher used is CAST5,  but  may  be  chosen  with  the
        --cipher-algo  option.  This  option may be combined with --sign
        (for a signed and symmetrically  encrypted  message),  --encrypt
        (for  a  message  that  may  be  decrypted via a secret key or a
        passphrase), or --sign and --encrypt together (for a signed mes-
        sage that may be decrypted via a secret key or a passphrase).


--store
        Store only (make a simple RFC1991 literal data packet).


--decrypt

-d      Decrypt  the file given on the command line (or STDIN if no file
        is specified) and write it to STDOUT (or the file specified with
        --output).  If  the  decrypted  file is signed, the signature is
        also verified. This command differs from the default  operation,
        as it never writes to the filename which is included in the file
        and it rejects files which don't begin with  an  encrypted  mes-
        sage.


--verify

                         Page 3

gpg.man

```
       Assume  that  the  first argument is a signed file or a detached
       signature and verify it without generating any output.  With  no
       arguments,  the  signature  packet is read from STDIN. If only a
       sigfile is given, it may be a complete signature or  a  detached
       signature,  in which case the signed stuff is expected in a file
       without the ".sig" or ".asc" extension.  With more than 1  argu-
       ment,  the first should be a detached signature and the remaining
       files are the signed stuff. To read the signed stuff from STDIN,
       use  '-''  as  the  second  filename.   For security  reasons a
       detached signature cannot read the signed  material  from  STDIN
       without denoting it in the above way.


--multifile
       This  modifies  certain  other commands to accept multiple files
       for processing on the command line or read from STDIN with  each
       filename  on  a  separate line. This allows for many files to be
       processed at once. --multifile may currently be used along  with
       --verify, --encrypt, and --decrypt. Note that --multifile --ver-
       ify may not be used with detached signatures.


--verify-files
       Identical to --multifile --verify.


--encrypt-files
       Identical to --multifile --encrypt.


--decrypt-files
       Identical to --multifile --decrypt.


--list-keys

-k

--list-public-keys
       List all keys from the public keyrings, or just the  keys  given
       on  the command line.  -k is slightly different from --list-keys
       in that it allows only for one argument  and  takes  the  second
       argument  as  the  keyring to search.  This is for command line
       compatibility with PGP 2 and has been removed in gpg2.

       Avoid using the output of this command in scripts or other  pro-
       grams as  it  is  likely to change as GnuPG changes. See --with-
       colons for a  machine-parseable  key  listing  command  that  is
       appropriate for use in scripts and other programs.


--list-secret-keys

-K     List  all  keys from the secret keyrings, or just the ones given
       on the command line. A # after the letters sec  means  that  the
       secret  key  is  not  usable (for example, if it was created via
       --export-secret-subkeys).


--list-sigs
       Same as --list-keys, but the signatures are listed too.

       For each signature listed, there are several  flags  in  between
```

gpg.man

the "sig" tag and keyid. These flags give additional information
about each signature. From left to right, they are  the  numbers
1-3  for certificate check level (see --ask-cert-level), "L" for
a local or non-exportable signature (see --lsign-key), "R" for a
nonRevocable  signature  (see  the --edit-key command "nrsign"),
"P" for a signature that contains a policy URL (see  --cert-pol-
icy-url),  "N"  for  a  signature  that contains a notation (see
--cert-notation), "X" for an expired signature (see  --ask-cert-
expire), and the numbers 1-9 or "T" for 10 and above to indicate
trust signature levels (see the --edit-key command "tsign").


--check-sigs
          Same as --list-sigs, but the signatures are verified.  Note that
          for  performance  reasons the revocation status of a signing key
          is not shown.

          The status of the verification is indicated by a  flag  directly
          following  the  "sig"  tag  (and thus before the flags described
          above for --list-sigs).  A "!" indicates that the signature  has
          been  successfully verified, a "-" denotes a bad signature and a
          "%" is used if an error occurred while  checking  the  signature
          (e.g. a non supported algorithm).




--fingerprint
          List  all  keys (or the specified ones) along with their finger-
          prints. This is the same output  as  --list-keys  but  with  the
          additional  output  of  a line with the fingerprint. May also be
          combined with --list-sigs or --check-sigs.  If this  command  is
          given  twice,  the fingerprints of all secondary keys are listed
          too.


--list-packets
          List only the sequence of packets. This  is  mainly  useful  for
          debugging.


--card-edit
          Present  a  menu to work with a smartcard. The subcommand "help"
          provides an overview on  available  commands.  For  a  detailed
          description,    please    see    the    Card    HOWTO    at
          http://www.gnupg.org/documentation/howtos.html#GnuPG-cardHOWTO .


--card-status
          Show the content of the smart card.


--change-pin
          Present  a  menu  to allow changing the PIN of a smartcard. This
          functionality is also available as the subcommand "passwd"  with
          the --card-edit command.


--delete-key name
          Remove  key  from the public keyring. In batch mode either --yes
          is required or the key must be specified by fingerprint. This is
          a safeguard against accidental deletion of multiple keys.

gpg.man

--delete-secret-key name
        Remove key from the secret and public keyring. In batch mode the
        key must be specified by fingerprint.


--delete-secret-and-public-key name
        Same as --delete-key, but if a secret key  exists,  it  will  be
        removed  first.   In batch mode the key must be specified by fin-
        gerprint.


--export
        Either export all keys from all keyrings (default  keyrings  and
        those  registered via option --keyring), or if at least one name
        is given, those of the given name. The new keyring is written to
        STDOUT  or  to the file given with option --output. Use together
        with --armor to mail those keys.


--send-keys key IDs
        Similar to --export but sends the keys to a keyserver.   Finger-
        prints  may  be used instead of key IDs. Option --keyserver must
        be used to give the name of this keyserver. Don't send your com-
        plete  keyring  to  a keyserver --- select only those keys which
        are new or changed by you.  If no key IDs are  given,  gpg  does
        nothing.


--export-secret-keys

--export-secret-subkeys
        Same  as --export, but exports the secret keys instead.  This is
        normally not very useful and a security risk.  The  second  form
        of  the  command  has  the special property to render the secret
        part of the primary key useless; this  is  a  GNU  extension  to
        OpenPGP  and  other  implementations can not be expected to suc-
        cessfully import such a key.  See the option  --simple-sk-check-
        sum  if  you  want  to import such an exported key with an older
        OpenPGP implementation.


--import

--fast-import
        Import/merge keys. This adds the given keys to the keyring.   The
        fast version is currently just a synonym.

        There  are  a  few  other options which control how this command
        works.  Most notable here  is  the  --import-options  merge-only
        option  which does not insert new keys but does only the merging
        of new signatures, user-IDs and subkeys.


--recv-keys key IDs
        Import the keys with the given key IDs from a keyserver.  Option
        --keyserver must be used to give the name of this keyserver.


--refresh-keys
        Request  updates from a keyserver for keys that already exist on
        the local keyring. This is useful for updating a  key  with  the

gpg.man

latest signatures, user IDs, etc. Calling this with no arguments
will refresh the entire keyring. Option --keyserver must be used
to  give the name of the keyserver for all keys that do not have
preferred keyservers  set  (see  --keyserver-options  honor-key-
server-url).


--search-keys names
        Search  the  keyserver for the given names. Multiple names given
        here will be joined together to create the search string for the
        keyserver.   Option --keyserver must be used to give the name of
        this keyserver.  Keyservers that support different search  meth-
        ods  allow  using the syntax specified in "How to specify a user
        ID" below. Note that different keyserver types support different
        search methods. Currently only LDAP supports them all.


--fetch-keys URIs
        Retrieve keys located at the specified URIs. Note that different
        installations of GnuPG may support  different  protocols  (HTTP,
        FTP, LDAP, etc.)


--update-trustdb
        Do  trust  database  maintenance. This command iterates over all
        keys and builds the Web of Trust. This is an interactive command
        because it may have to ask for the "ownertrust" values for keys.
        The user has to give an estimation of how  far  she  trusts  the
        owner  of  the  displayed  key to correctly certify (sign) other
        keys. GnuPG only asks for the ownertrust value if it has not yet
        been  assigned to a key. Using the --edit-key menu, the assigned
        value can be changed at any time.


--check-trustdb
        Do trust database maintenance  without  user  interaction.  From
        time  to time the trust database must be updated so that expired
        keys or signatures and the resulting changes in the Web of Trust
        can  be  tracked.  Normally,  GnuPG  will calculate when this is
        required and do it automatically unless  --no-auto-check-trustdb
        is set. This command can be used to force a trust database check
        at any time. The processing is identical to  that  of  --update-
        trustdb but it skips keys with a not yet defined "ownertrust".

        For use  with cron jobs, this command can be used together with
        --batch in which case the trust database check is done only if a
        check  is  needed.  To  force  a  run even in batch mode add the
        option --yes.


--export-ownertrust
        Send the ownertrust values to STDOUT. This is useful for  backup
        purposes  as  these  values are the only ones which can't be re-
        created from a corrupted trustdb.  Example:
            gpg --export-ownertrust > otrust.txt


--import-ownertrust
        Update the trustdb with the ownertrust values  stored  in  files
        (or  STDIN  if  not given); existing values will be overwritten.
        In case of a severely damaged trustdb and if you have  a  recent
                                  Page 7

```
                              gpg.man
          backup  of the ownertrust values (e.g. in the file `otrust.txt',
          you may re-create the trustdb using these commands:
              cd ~/.gnupg
              rm trustdb.gpg
              gpg --import-ownertrust < otrust.txt
```

--rebuild-keydb-caches
          When updating from version 1.0.6 to 1.0.7 this command should be
          used  to  create  signature  caches  in the keyring. It might be
          handy in other situations too.

--print-md algo

--print-mds
          Print message digest of algorithm ALGO for all  given  files  or
          STDIN.    With  the  second  form  (or  a deprecated "*" as algo)
          digests for all available algorithms are printed.

--gen-random 0|1|2 count
          Emit count random bytes of the given quality level 0, 1 or 2. If
          count  is not given or zero, an endless sequence of random bytes
          will be emitted.  If used with --armor the output will be base64
          encoded.    PLEASE,  don't  use this command unless you know what
          you are doing; it may remove precious entropy from the system!

--gen-prime mode bits
          Use the source, Luke :-). The output format is still subject  to
          change.

--enarmor

--dearmor
          Pack  or  unpack  an  arbitrary input into/from an OpenPGP ASCII
          armor.  This is a GnuPG extension to OpenPGP and in general  not
          very useful.

How to manage your keys

    This section explains the main commands for key management

--gen-key
          Generate  a  new  key  pair.  This command is normally only used
          interactively.

          There is an experimental feature which allows you to create keys
          in  batch mode. See the file `doc/DETAILS' in the source distri-
          bution on how to use this.

                              Page 8
```

```
                                  gpg.man
--gen-revoke name
        Generate a revocation  certificate  for  the  complete  key.  To
        revoke a subkey or a signature, use the --edit command.


--desig-revoke name
        Generate  a  designated  revocation  certificate for a key. This
        allows a user (with the permission of the keyholder)  to  revoke
        someone else's key.


--edit-key
        Present  a  menu which enables you to do most of the key manage-
        ment related tasks.  It expects the specification of  a  key  on
        the command line.


        uid n  Toggle  selection of user ID or photographic user ID with
               index n.  Use * to select all and 0 to deselect all.


        key n  Toggle selection of subkey with index n.  Use * to select
               all and 0 to deselect all.


        sign   Make  a  signature  on key of user name If the key is not
               yet signed by the default user (or the users  given  with
               -u),  the  program  displays  the  information of the key
               again, together with its fingerprint and asks whether  it
               should be signed. This question is repeated for all users
               specified with -u.


        lsign  Same as "sign" but  the  signature  is  marked  as  non-
               exportable  and  will  therefore never be used by others.
               This may be used to make keys valid  only  in  the  local
               environment.


        nrsign Same as "sign" but the signature is marked as non-revoca-
               ble and can therefore never be revoked.


        tsign  Make a trust signature. This is a signature that combines
               the  notions of certification (like a regular signature),
               and trust (like the "trust"  command).   It  is  generally
               only useful in distinct communities or groups.

        Note  that "l" (for local / non-exportable), "nr" (for non-revo-
        cable, and "t" (for trust) may be freely mixed and  prefixed  to
        "sign" to create a signature of any type desired.


        delsig Delete  a  signature.  Note  that  it  is not possible to
               retract a signature, once it has been send to the  public
               (i.e.  to  a  keyserver).   In  that  case you better use
               revsig.


        revsig Revoke a signature. For every signature  which  has  been
```

gpg.man

generated by one of the secret keys, GnuPG asks whether a
revocation certificate should be generated.


check   Check the signatures on all selected user IDs.


adduid  Create an additional user ID.


addphoto
        Create a photographic user ID. This  will  prompt  for  a
        JPEG  file  that  will be embedded into the user ID. Note
        that a very large JPEG will make for a  very  large  key.
        Also  note  that  some  programs  will  display your JPEG
        unchanged (GnuPG), and some programs will scale it to fit
        in a dialog box (PGP).


showphoto
        Display the selected photographic user ID.


deluid  Delete  a  user ID or photographic user ID.  Note that it
        is not possible to retract a user id, once  it  has  been
        send  to  the  public (i.e. to a keyserver).  In that case
        you better use revuid.


revuid  Revoke a user ID or photographic user ID.


primary
        Flag the current user id as the primary one, removes  the
        primary user id flag from all other user ids and sets the
        timestamp  of  all  affected  self-signatures  one  second
        ahead. Note that setting a photo user ID as primary makes
        it primary over other photo user IDs, and setting a regu-
        lar  user ID as primary makes it primary over other regu-
        lar user IDs.


keyserver
        Set a preferred keyserver for the specified  user  ID(s).
        This allows other users to know where you prefer they get
        your key from. See  --keyserver-options  honor-keyserver-
        url  for  more  on  how  this  works.  Setting a value of
        "none" removes an existing preferred keyserver.


notation
        Set a name=value notation for the specified  user  ID(s).
        See --cert-notation for more on how this works. Setting a
        value of "none" removes all notations, setting a notation
        prefixed with a minus sign (-) removes that notation, and
        setting a notation name  (without  the  =value)  prefixed
        with a minus sign removes all notations with that name.


pref    List  preferences  from  the selected user ID. This shows
        the actual preferences,  without  including  any  implied
        preferences.

gpg.man

**showpref**
>    More  verbose  preferences  listing for the selected user
>    ID. This shows the preferences in effect by including the
>    implied preferences of 3DES (cipher), SHA-1 (digest), and
>    Uncompressed (compression) if they are not  already
>    included  in  the  preference list. In addition, the pre-
>    ferred keyserver and signature  notations  (if any)  are
>    shown.

**setpref string**
>    Set the list of user ID preferences to string for all (or
>    just the selected) user  IDs.  Calling  setpref  with  no
>    arguments sets the preference list to the default (either
>    built-in or set via --default-preference-list), and call-
>    ing  setpref  with  "none"  as the argument sets an empty
>    preference list. Use gpg  --version  to  get  a  list  of
>    available  algorithms. Note that while you can change the
>    preferences on an attribute user  ID  (aka  "photo  ID"),
>    GnuPG  does  not  select  keys  via attribute user IDs so
>    these preferences will not be used by GnuPG.
>
>    When setting preferences, you should list the  algorithms
>    in the order which you'd like to see them used by someone
>    else when encrypting a message to your key.  If you don't
>    include  3DES, it will be automatically added at the end.
>    Note that there are many factors that go into choosing an
>    algorithm  (for  example,  your  key  may not be the only
>    recipient), and so the remote OpenPGP  application  being
>    used to send to you may or may not follow your exact cho-
>    sen order for a given message.  It  will,  however,  only
>    choose  an  algorithm  that  is present on the preference
>    list of every recipient key.  See also the INTEROPERABIL-
>    ITY WITH OTHER OPENPGP PROGRAMS section below.

**addkey** Add a subkey to this key.

**addcardkey**
>    Generate a subkey on a card and add it to this key.

**keytocard**
>    Transfer  the  selected secret subkey (or the primary key
>    if no subkey has  been  selected)  to  a  smartcard.  The
>    secret  key  in the keyring will be replaced by a stub if
>    the key could be stored successfully on the card and  you
>    use the save command later. Only certain key types may be
>    transferred to the card. A sub menu allows you to  select
>    on what card to store the key. Note that it is not possi-
>    ble to get that key back from the card - if the card gets
>    broken  your  secret  key  will be lost unless you have a
>    backup somewhere.

**bkuptocard file**
>    Restore the given file to a card.  This  command  may  be
>    used  to  restore  a backup key (as generated during card
>    initialization) to a new card. In almost all  cases  this
>    will  be  the encryption key. You should use this command
>    only with the corresponding public key and make sure that

gpg.man

          the  file  given  as  argument  is  indeed  the backup to
          restore. You should then select 2 to restore  as  encryp-
          tion  key.  You  will  first  be  asked  to  enter  the
          passphrase of the backup key and then for the  Admin  PIN
          of the card.


delkey    Remove a subkey (secondart key). Note that it is not pos-
          sible to retract a subkey, once it has been send  to  the
          public  (i.e.  to  a keyserver).  In that case you better
          use revkey.


revkey    Revoke a subkey.


expire    Change the key or subkey expiration time. If a subkey  is
          selected,  the  expiration  time  of  this subkey will be
          changed. With no selection, the  key  expiration  of  the
          primary key is changed.


trust     Change  the  owner  trust value for the key. This updates
          the trust-db immediately and no save is required.


disable

enable    Disable or enable an entire key. A disabled key  can  not
          normally be used for encryption.


addrevoker
          Add  a  designated  revoker  to  the  key. This takes one
          optional argument: "sensitive". If a  designated  revoker
          is  marked  as  sensitive,  it  will  not be exported by
          default (see export-options).


passwd    Change the passphrase of the secret key.


toggle    Toggle between public and secret key listing.


clean     Compact (by removing all signatures except  the  selfsig)
          any  user  ID  that is no longer usable (e.g. revoked, or
          expired). Then, remove any signatures that are not usable
          by  the  trust  calculations.  Specifically, this removes
          any signature that does not validate, any signature  that
          is  superseded  by a later signature, revoked signatures,
          and signatures issued by keys that are not present on the
          keyring.


minimize
          Make  the key as small as possible. This removes all sig-
          natures from each user ID  except  for  the  most  recent
          self-signature.


cross-certify
          Add  cross-certification  signatures  to  signing subkeys

gpg.man

that may not currently have them. Cross-certification
signatures protect against a subtle attack against sign-
ing subkeys. See --require-cross-certification. All new
keys generated have this signature by default, so this
option is only useful to bring older keys up to date.


save    Save all changes to the key rings and quit.


quit    Quit the program without updating the key rings.


The listing shows you the key with its secondary keys and all
user ids. The primary user id is indicated by a dot, and
selected keys or user ids are indicated by an asterisk. The
trust value is displayed with the primary key: the first is the
assigned owner trust and the second is the calculated trust
value. Letters are used for the values:


-       No ownertrust assigned / not yet calculated.


e       Trust calculation has failed; probably due to an expired
        key.


q       Not enough information for calculation.


n       Never trust this key.


m       Marginally trusted.


f       Fully trusted.


u       Ultimately trusted.


--sign-key name
        Signs a public key with your secret key. This is a shortcut ver-
        sion of the subcommand "sign" from --edit.


--lsign-key name
        Signs a public key with your secret key but marks it as non-
        exportable. This is a shortcut version of the subcommand "lsign"
        from --edit-key.


OPTIONS
        gpg features a bunch of options to control the exact behaviour and to
        change the default configuration.

gpg.man

Long options can be put in an options file (default "~/.gnupg/gpg.conf"). Short option names will not work - for example, "armor" is a valid option for the options file, while "a" is not. Do not write the 2 dashes, but simply the name of the option and any required arguments. Lines with a hash ('#') as the first non-white-space character are ignored. Commands may be put in this file too, but that is not generally useful as the command will execute automatically with every execution of gpg.

Please remember that option parsing stops as soon as a non-option is encountered, you can explicitly stop parsing by using the special option --.


How to change the configuration

These options are used to change the configuration and are usually found in the option file.


    --default-key name
        Use name as the default key to sign with. If this option is not used, the default key is the first key found in the secret keyring. Note that -u or --local-user overrides this option.

    --default-recipient name
        Use name as default recipient if option --recipient is not used and don't ask if this is a valid one. name must be non-empty.

    --default-recipient-self
        Use the default key as default recipient if option --recipient is not used and don't ask if this is a valid one. The default key is the first one from the secret keyring or the one set with --default-key.

    --no-default-recipient
        Reset --default-recipient and --default-recipient-self.

    -v, --verbose
        Give more information during processing. If used twice, the input data is listed in detail.

    --no-verbose
        Reset verbose level to 0.

    -q, --quiet
        Try to be as quiet as possible.

    --batch

    --no-batch
        Use batch mode. Never ask, do not allow interactive commands.

                                        gpg.man
          --no-batch disables this option.  Note that even with a filename
          given  on  the  command  line, gpg might still need to read from
          STDIN (in particular if gpg figures that the input is a detached
          signature  and no data file has been specified).  Thus if you do
          not want to feed data via STDIN, you  should  connect  STDIN  to
          `/dev/null'.


--no-tty
          Make  sure that the TTY (terminal) is never used for any output.
          This option is needed in  some  cases  because  GnuPG  sometimes
          prints warnings to the TTY even if --batch is used.


--yes   Assume "yes" on most questions.


--no    Assume "no" on most questions.


--list-options parameters
          This  is  a  space  or comma delimited string that gives options
          used when listing keys and  signatures  (that  is, --list-keys,
          --list-sigs,  --list-public-keys,  --list-secret-keys,  and  the
          --edit-key functions).  Options can  be  prepended  with  a  no-
          (after  the  two  dashes)  to  give  the  opposite meaning.  The
          options are:


          show-photos
                  Causes --list-keys, --list-sigs, --list-public-keys,  and
                  --list-secret-keys  to  display any photo IDs attached to
                  the key.  Defaults to no. See also --photo-viewer.


          show-policy-urls
                  Show policy URLs in the --list-sigs or --check-sigs list-
                  ings.  Defaults to no.


          show-notations

          show-std-notations

          show-user-notations
                  Show  all, IETF standard, or user-defined signature nota-
                  tions  in  the  --list-sigs  or  --check-sigs  listings.
                  Defaults to no.


          show-keyserver-urls

                  Show  any  preferred  keyserver URL in the --list-sigs or
                  --check-sigs listings. Defaults to no.


          show-uid-validity
                  Display the calculated validity of user  IDs  during  key
                  listings.  Defaults to no.


                                     Page 15

gpg.man

show-unusable-uids
          Show revoked and expired user IDs in key listings.
          Defaults to no.


show-unusable-subkeys
          Show revoked and expired subkeys in key  listings.
          Defaults to no.


show-keyring
          Display  the  keyring name at the head of key listings to
          show which keyring a given key resides  on.  Defaults  to
          no.


show-sig-expire
          Show  signature  expiration dates (if any) during --list-
          sigs or --check-sigs listings. Defaults to no.


show-sig-subpackets
          Include signature subpackets in  the  key  listing.  This
          option can take an optional argument list of the subpack-
          ets to list. If no argument is passed, list all  subpack-
          ets.  Defaults to no. This option is only meaningful when
          using --with-colons along with  --list-sigs  or  --check-
          sigs.


--verify-options parameters
          This  is  a  space  or comma delimited string that gives options
          used when verifying signatures. Options can be prepended with  a
          `no-' to give the opposite meaning. The options are:


show-photos
          Display  any photo IDs present on the key that issued the
          signature.  Defaults to no. See also --photo-viewer.


show-policy-urls
          Show  policy  URLs  in  the  signature  being  verified.
          Defaults to no.


show-notations

show-std-notations

show-user-notations
          Show  all, IETF standard, or user-defined signature nota-
          tions in the signature being verified. Defaults  to  IETF
          standard.


show-keyserver-urls
          Show  any  preferred keyserver URL in the signature being
          verified.  Defaults to no.


show-uid-validity
                      Page 16

gpg.man

       Display the calculated validity of the user  IDs  on  the
       key that issued the signature. Defaults to no.

  show-unusable-uids
       Show  revoked and expired user IDs during signature veri-
       fication.  Defaults to no.

  show-primary-uid-only
       Show only the primary user ID during signature  verifica-
       tion.  That is all the AKA lines as well as photo Ids are
       not shown with the signature verification status.

  pka-lookups
       Enable PKA lookups to verify sender addresses. Note  that
       PKA is based on DNS, and so enabling this option may dis-
       close information on when and what signatures  are  veri-
       fied or to whom data is encrypted. This is similar to the
       "web bug" described for the auto-key-retrieve feature.

  pka-trust-increase
       Raise the trust in a signature to full if  the  signature
       passes  PKA validation. This option is only meaningful if
       pka-lookups is set.

--enable-dsa2

--disable-dsa2
       Enable hash truncation for all DSA keys even for old DSA Keys up
       to  1024 bit.  This  is also the default with --openpgp.  Note
       that older versions of GnuPG also required this  flag  to  allow
       the generation of DSA larger than 1024 bit.

--photo-viewer string
       This  is the command line that should be run to view a photo ID.
       "%i" will be expanded to a filename containing the  photo.  "%I"
       does  the  same,  except  the  file will not be deleted once the
       viewer exits.  Other flags are "%k" for the key ID, "%K" for the
       long  key  ID, "%f" for the key fingerprint, "%t" for the exten-
       sion of the image type (e.g. "jpg"), "%T" for the MIME  type  of
       the  image  (e.g.  "image/jpeg"),  "%v" for the single-character
       calculated validity of the image being viewed (e.g.  "f"),  "%V"
       for the calculated validity as a string (e.g.  "full"), and "%%"
       for an actual percent sign. If neither %i  or  %I  are  present,
       then the photo will be supplied to the viewer on standard input.

       The default viewer is "xloadimage  -fork  -quiet  -title  'KeyID
       0x%k'  STDIN".  Note  that  if  your image viewer program is not
       secure, then executing it from GnuPG does not make it secure.

--exec-path string
       Sets a list of directories to search for photo viewers and  key-
       server  helpers. If not provided, keyserver helpers use the com-
       piled-in default directory, and  photo  viewers  use  the  $PATH
       environment  variable.  Note,  that on W32 system this value is
       ignored when searching for keyserver helpers.

gpg.man

--keyring file
       Add file to the current list of keyrings. If file begins with  a
       tilde and a slash, these are replaced by the $HOME directory. If
       the filename does not contain a slash, it is assumed  to  be  in
       the  GnuPG home directory ("~/.gnupg" if --homedir or $GNUPGHOME
       is not used).

       Note that this adds a keyring to the current list. If the intent
       is  to use the specified keyring alone, use --keyring along with
       --no-default-keyring.


--secret-keyring file
       Same as --keyring but for the secret keyrings.


--primary-keyring file
       Designate file as the primary public keyring.  This  means  that
       newly imported keys (via --import or keyserver --recv-from) will
       go to this keyring.


--trustdb-name file
       Use file instead of the default trustdb. If file begins  with  a
       tilde and a slash, these are replaced by the $HOME directory. If
       the filename does not contain a slash, it is assumed  to  be  in
       the  GnuPG home directory (`~/.gnupg' if --homedir or $GNUPGHOME
       is not used).



--homedir dir
       Set the name of the home directory to dir. If this option is not
       used,  the  home  directory  defaults to `~/.gnupg'. It is only
       recognized when given on the command line.   It  also  overrides
       any  home  directory  stated  through  the  environment variable
       `GNUPGHOME' or (on W32 systems) by means of the  Registry  entry
       HKCU\Software\GNU\GnuPG:HomeDir.




--pcsc-driver file
       Use  file to access the smartcard reader. The current default is
       `libpcsclite.so.1'  for  GLIBC  based  systems,   `/Sys-
       tem/Library/Frameworks/PCSC.framework/PCSC'  for MAC OS X, `win-
       scard.dll' for Windows and `libpcsclite.so' for other systems.


--disable-ccid
       Disable the integrated support for CCID compliant readers.  This
       allows  to  fall  back  to  one of the other drivers even if the
       internal CCID driver can handle the reader. Note, that CCID sup-
       port is only available if libusb was available at build time.


--reader-port number_or_string
       This  option  may be used to specify the port of the card termi-
       nal. A value of 0 refers to the first serial device;  add  32768
       to  access USB devices. The default is 32768 (first USB device).
       PC/SC or CCID readers might need a string here; run the  program
       in  verbose mode to get a list of available readers. The default

Page 18

```
                                       gpg.man
            is then the first reader found.


--display-charset name
            Set the name of the native character set. This is used  to  con-
            vert  some  informational  strings  like  user IDs to the proper
            UTF-8 encoding.  Note that this has nothing to do with the char-
            acter  set  of  data  to be encrypted or signed; GnuPG does not
            recode user-supplied data. If  this  option  is  not  used,  the
            default  character  set is determined from the current locale. A
            verbosity level of 3 shows the chosen  set.   Valid  values  for
            name are:


            iso-8859-1
                 This is the Latin 1 set.


            iso-8859-2
                 The Latin 2 set.


            iso-8859-15
                 This is currently an alias for the Latin 1 set.


            koi8-r The usual Russian set (rfc1489).


            utf-8  Bypass  all  translations  and  assume  that  the OS uses
                   native UTF-8 encoding.


--utf8-strings

--no-utf8-strings
            Assume that command line arguments are given  as  UTF8  strings.
            The  default (--no-utf8-strings) is to assume that arguments are
            encoded in the character set as specified by  --display-charset.
            These  options  affect all following arguments. Both options may
            be used multiple times.


--options file
            Read options from file and do not try  to  read  them  from  the
            default options file in the homedir (see --homedir). This option
            is ignored if used in an options file.


--no-options
            Shortcut for --options /dev/null. This option is detected before
            an  attempt to open an option file.  Using this option will also
            prevent the creation of a `~/.gnupg' homedir.



-z n

--compress-level n
```

gpg.man

--bzip2-compress-level n
        Set compression level to n for  the  ZIP  and  ZLIB  compression
        algorithms.  The default is to use the default compression level
        of zlib (normally 6). --bzip2-compress-level sets  the  compres-
        sion  level for the BZIP2 compression algorithm (defaulting to 6
        as well). This is a different option from --compress-level since
        BZIP2  uses  a  significant amount of memory for each additional
        compression level.  -z sets both. A value of 0  for  n  disables
        compression.


--bzip2-decompress-lowmem
        Use a different decompression method for BZIP2 compressed files.
        This alternate method uses a bit more than half the memory,  but
        also  runs  at  half the speed. This is useful under extreme low
        memory circumstances when the file was originally compressed  at
        a high --bzip2-compress-level.



--mangle-dos-filenames

--no-mangle-dos-filenames
        Older  version of Windows cannot handle filenames with more than
        one dot. --mangle-dos-filenames causes GnuPG to replace  (rather
        than  add  to) the extension of an output filename to avoid this
        problem. This option is off by default and has no effect on non-
        Windows platforms.


--ask-cert-level

--no-ask-cert-level
        When  making  a key signature, prompt for a certification level.
        If this option is not specified, the certification level used is
        set  via  --default-cert-level.  See  --default-cert-level  for
        information on the specific levels and how they are used.  --no-
        ask-cert-level disables this option. This option defaults to no.


--default-cert-level n
        The default to use for the check level when signing a key.

        0 means you make no particular claim as  to  how  carefully  you
        verified the key.

        1 means you believe the key is owned by the person who claims to
        own it but you could not, or did not verify the key at all. This
        is  useful  for a "persona" verification, where you sign the key
        of a pseudonymous user.

        2 means you did casual verification of  the  key.  For  example,
        this  could  mean that you verified that the key fingerprint and
        checked the user ID on the key against a photo ID.

        3 means you did extensive verification of the key. For  example,
        this  could  mean that you verified the key fingerprint with the
        owner of the key in person, and that you checked, by means of  a
        hard to forge document with a photo ID (such as a passport) that
        the name of the key owner matches the name in the user ID on the
        key,  and  finally that you verified (by exchange of email) that
        the email address on the key belongs to the key owner.

```
                            gpg.man
     Note that the examples given above for levels 2 and 3  are  just
     that:  examples. In the end, it is up to you to decide just what
     "casual" and "extensive" mean to you.

     This option defaults to 0 (no particular claim).
```

--min-cert-level
     When building the trust database, treat any  signatures  with  a
     certification  level below this as invalid. Defaults to 2, which
     disregards level 1 signatures. Note that level 0 "no  particular
     claim" signatures are always accepted.

--trusted-key long key ID
     Assume  that  the specified key (which must be given as a full 8
     byte key ID) is as trustworthy as one of your own  secret  keys.
     This option is useful if you don't want to keep your secret keys
     (or one of them) online but still want to be able to  check  the
     validity of a given recipient's or signator's key.

--trust-model pgp|classic|direct|always|auto
     Set what trust model GnuPG should follow. The models are:

     pgp    This  is  the Web of Trust combined with trust signatures
            as used in PGP 5.x and later. This is the  default  trust
            model when creating a new trust database.

     classic
            This  is the standard Web of Trust as used in PGP 2.x and
            earlier.

     direct Key validity is set directly by the user and  not  calcu-
            lated via the Web of Trust.

     always Skip  key validation and assume that used keys are always
            fully trusted. You generally won't use  this  unless  you
            are  using  some  external validation scheme. This option
            also suppresses the "[uncertain]" tag printed with signa-
            ture checks when there is no evidence that the user ID is
            bound to the key.

     auto   Select the trust model depending on whatever the internal
            trust  database says. This is the default model if such a
            database already exists.

--auto-key-locate parameters

--no-auto-key-locate
     GnuPG can automatically locate and retrieve keys as needed using
     this  option.  This  happens when encrypting to an email address
     (in the "user@example.com" form), and there  are  no  user@exam-
     ple.com keys on the local keyring.  This option takes any number
     of the following mechanisms, in the order they are to be tried:

                            Page 21

gpg.man

       cert    Locate a key using DNS CERT, as specified in rfc4398.


       pka     Locate a key using DNS PKA.


       ldap    Using DNS Service Discovery, check the domain in question
               for  any  LDAP keyservers to use.  If this fails, attempt
               to locate the key  using  the  PGP  Universal  method  of
               checking 'ldap://keys.(thedomain)''.


          keyserver
               Locate  a  key  using whatever keyserver is defined using
               the --keyserver option.


          keyserver-URL
               In addition, a keyserver URL as used in  the  --keyserver
               option  may  be  used  here to query that particular key-
               server.


       local   Locate the key using the local keyrings.  This  mechanism
               allows  to  select  the order a local key lookup is done.
               Thus using '--auto-key-locate  local''  is  identical  to
               --no-auto-key-locate.


          nodefault
               This  flag  disables  the standard local key lookup, done
               before any of the mechanisms defined by the  --auto-key-
               locate  are tried.  The position of this mechanism in the
               list does not matter.  It is not  required  if  local  is
               also used.


--keyid-format short|0xshort|long|0xlong
        Select  how  to  display  key  IDs. "short" is the traditional
        8-character key ID. "long" is the more accurate (but less conve-
        nient)  16-character key ID. Add an "0x" to either to include an
        "0x" at the beginning of the key ID, as in 0x99342560.


--keyserver name
        Use name as your keyserver. This is the server that --recv-keys,
        --send-keys,  and  --search-keys will communicate with to receive
        keys from, send keys to, and search for keys on. The  format  of
        the  name is a URI: `scheme:[//]keyservername[:port]' The scheme
        is the type of keyserver: "hkp" for  the  HTTP  (or  compatible)
        keyservers,  "ldap" for the LDAP keyservers, or "mailto" for the
        Graff email keyserver. Note that your particular installation of
        GnuPG  may  have  other  keyserver types available as well. Key-
        server schemes are case-insensitive. After the  keyserver  name,
        optional  keyserver configuration options may be provided. These
        are the same as the global --keyserver-options from below,  but
        apply only to this particular keyserver.


        Most  keyservers synchronize with each other, so there is gener-
        ally no need to send keys to more than one server. The keyserver
                              Page 22

```
                             gpg.man
          hkp://keys.gnupg.net  uses   round   robin DNS to give a different
          keyserver each time you use it.


--keyserver-options name=value1
          This is a space or comma delimited string that gives options for
          the  keyserver. Options can be prefixed with a  no-' to give the
          opposite meaning. Valid import-options or export-options may  be
          used  here as well to apply to importing (--recv-key) or export-
          ing (--send-key) a key from a keyserver. While not  all  options
          are available for all keyserver types, some common options are:



          include-revoked
                    When searching for a key with --search-keys, include keys
                    that are marked on the keyserver as  revoked.  Note  that
                    not  all  keyservers  differentiate  between  revoked and
                    unrevoked keys, and for such keyservers  this  option  is
                    meaningless.  Note  also that most keyservers do not have
                    cryptographic verification of  key  revocations,  and  so
                    turning  this option off may result in skipping keys that
                    are incorrectly marked as revoked.


          include-disabled
                    When searching for a key with --search-keys, include keys
                    that  are  marked on the keyserver as disabled. Note that
                    this option is not used with HKP keyservers.


          auto-key-retrieve
                    This option enables the automatic retrieving of keys from
                    a  keyserver  when verifying signatures made by keys that
                    are not on the local keyring.

                    Note that this option makes a  "web  bug"  like  behavior
                    possible.   Keyserver  operators  can  see which keys you
                    request, so by sending you a message signed by  a  brand
                    new  key (which you naturally will not have on your local
                    keyring), the operator can tell both your IP address  and
                    the time when you verified the signature.


          honor-keyserver-url
                    When  using  --refresh-keys, if the key in question has a
                    preferred keyserver URL, then  use  that  preferred  key-
                    server to refresh the key from. In addition, if auto-key-
                    retrieve is set, and the signature being verified  has  a
                    preferred  keyserver  URL,  then  use that preferred key-
                    server to fetch the key from. Defaults to yes.


          honor-pka-record
                    If auto-key-retrieve is set, and the signature being ver-
                    ified  has  a PKA record, then use the PKA information to
                    fetch the key. Defaults to yes.


          include-subkeys
                    When receiving a key, include subkeys as  potential  tar-
                    gets.  Note  that  this  option is not used with HKP key-
                    servers, as they do not support retrieving keys by subkey
                             Page 23
```

gpg.man

id.

use-temp-files
    On  most Unix-like platforms, GnuPG communicates with the
    keyserver helper program via pipes,  which  is  the  most
    efficient  method. This option forces GnuPG to use tempo-
    rary files to communicate. On  some  platforms  (such  as
    Win32 and RISC OS), this option is always enabled.

keep-temp-files
    If  using  `use-temp-files', do not delete the temp files
    after using them. This option is useful to learn the key-
    server  communication  protocol  by reading the temporary
    files.

verbose
    Tell the keyserver helper program  to  be  more  verbose.
    This  option  can  be repeated multiple times to increase
    the verbosity level.

timeout
    Tell the keyserver helper program how long  (in  seconds)
    to  try  and perform a keyserver action before giving up.
    Note that performing multiple actions at  the  same  time
    uses  this  timeout  value per action.  For example, when
    retrieving multiple keys via --recv-keys,  the  timeout
    applies  separately to each key retrieval, and not to the
    --recv-keys command as a whole. Defaults to 30 seconds.

http-proxy=value
    Set the proxy to use for HTTP and HKP  keyservers.   This
    overrides  the "http_proxy" environment variable, if any.

max-cert-size
    When retrieving a key via DNS CERT, only accept  keys  up
    to this size.  Defaults to 16384 bytes.

debug  Turn on  debug  output  in the keyserver helper program.
    Note that the details of debug output  depends  on  which
    keyserver  helper  program  is being used, and in turn, on
    any libraries that  the  keyserver  helper  program  uses
    internally (libcurl, openldap, etc).

check-cert
    Enable certificate checking if the keyserver presents one
    (for hkps or ldaps).  Defaults to on.

ca-cert-file
    Provide  a  certificate  store  to  override  the  system
    default.  Only  necessary  if check-cert is enabled, and
    the keyserver is using a certificate that is not  present
    in a system default certificate list.

    Note that depending on the SSL library that the keyserver

```
                                   gpg.man
              helper is built with, this may actually be a directory or
              a file.


--completes-needed n
              Number of completely trusted users to introduce a new key signer
              (defaults to 1).


--marginals-needed n
              Number of marginally trusted users to introduce a new key signer
              (defaults to 3)


--max-cert-depth n
              Maximum depth of a certification chain (default is 5).


--simple-sk-checksum
              Secret  keys  are integrity protected by using a SHA-1 checksum.
              This method is part of the upcoming enhanced OpenPGP  specifica-
              tion  but GnuPG already uses it as a countermeasure against cer-
              tain attacks.  Old applications don't understand this  new  for-
              mat,  so  this  option  may  be  used  to switch back to the old
              behaviour. Using this option bears a security  risk.  Note  that
              using  this  option  only  takes  effect  when the secret key is
              encrypted - the simplest way to make this happen  is  to  change
              the passphrase on the key (even changing it to the same value is
              acceptable).


--no-sig-cache
              Do not cache the verification status of key signatures.  Caching
              gives a much better performance in key listings. However, if you
              suspect that your public keyring is not save against write modi-
              fications,  you  can  use this option to disable the caching. It
              probably does not make sense to disable it because all  kind  of
              damage can be done if someone else has write access to your pub-
              lic keyring.


--no-sig-create-check
              GnuPG normally verifies each signature right after  creation  to
              protect  against bugs and hardware malfunctions which could leak
              out bits from the secret key. This extra verification needs some
              time  (about  115% for DSA keys), and so this option can be used
              to disable it.  However, due to the fact that the signature cre-
              ation needs manual  interaction,  this performance penalty does
              not matter in most settings.


--auto-check-trustdb

--no-auto-check-trustdb
              If GnuPG feels that its information about the Web of  Trust  has
              to be updated, it automatically runs the --check-trustdb command
              internally.  This may be a time  consuming  process.  --no-auto-
              check-trustdb disables this option.


--use-agent

--no-use-agent
                             Page 25
```

gpg.man

       Try to use the GnuPG-Agent.  With this option, GnuPG first tries
       to connect to the agent before it asks for a  passphrase.  --no-
       use-agent disables this option.


--gpg-agent-info
       Override    the    value    of    the    environment    variable
       'GPG_AGENT_INFO''. This is only used when --use-agent has  been
       given.  Given  that this option is not anymore used by gpg2, it
       should be avoided if possible.


--lock-once
       Lock the databases the first time a lock is requested and do not
       release the lock until the process terminates.


--lock-multiple
       Release  the  locks  every  time a lock is no longer needed. Use
       this to override a previous --lock-once from a config file.


--lock-never
       Disable locking entirely. This option should  be  used  only  in
       very special environments, where it can be assured that only one
       process is accessing those files. A  bootable  floppy  with  a
       stand-alone  encryption  system will probably use this. Improper
       usage of this option may lead to data and key corruption.


--exit-on-status-write-error
       This option will cause write errors on the status FD to  immedi-
       ately  terminate the process. That should in fact be the default
       but it never worked this way and  thus  we  need  an  option  to
       enable  this,  so that the change won't break applications which
       close their end of a status fd connected pipe too  early.  Using
       this  option  along with --enable-progress-filter may be used to
       cleanly cancel long running gpg operations.


--limit-card-insert-tries n
       With n greater than 0 the number of prompts asking to  insert  a
       smartcard  gets limited to N-1. Thus with a value of 1 gpg won't
       at all ask to insert a  card  if  none  has  been  inserted  at
       startup. This option is useful in the configuration file in case
       an application does not know about  the  smartcard  support  and
       waits ad infinitum for an inserted card.


--no-random-seed-file
       GnuPG uses a file to store its internal random pool over invoca-
       tions.  This makes random generation faster; however  sometimes
       write  operations  are  not  desired. This option can be used to
       achieve that with the cost of slower random generation.


--no-greeting
       Suppress the initial copyright message.


--no-secmem-warning
       Suppress the warning about "using insecure memory".

gpg.man

--no-permission-warning
          Suppress  the  warning  about  unsafe  file  and  home  directory
          (--homedir)  permissions.  Note  that the permission checks that
          GnuPG performs are not intended to be authoritative, but  rather
          they  simply  warn  about certain common permission problems. Do
          not assume that the lack of a warning means that your system  is
          secure.

          Note that the warning for unsafe --homedir permissions cannot be
          suppressed in the gpg.conf file, as this would allow an attacker
          to  place an unsafe gpg.conf file in place, and use this file to
          suppress warnings about itself. The --homedir permissions  warn-
          ing may only be suppressed on the command line.


--no-mdc-warning
          Suppress the warning about missing MDC integrity protection.


--require-secmem

--no-require-secmem
          Refuse  to run if GnuPG cannot get secure memory. Defaults to no
          (i.e. run, but give a warning).


--require-cross-certification

--no-require-cross-certification
          When verifying a signature made from a subkey, ensure  that  the
          cross  certification  "back  signature" on the subkey is present
          and valid.  This protects against a subtle attack  against  sub-
          keys  that  can sign.  Defaults to --require-cross-certification
          for gpg.


--expert

--no-expert
          Allow the user to do certain nonsensical or "silly" things  like
          signing an expired or revoked key, or certain potentially incom-
          patible things like generating unusual key types. This also dis-
          ables  certain  warning  messages about potentially incompatible
          actions. As the name implies, this option is for  experts  only.
          If you don't fully understand the implications of what it allows
          you to do, leave this off. --no-expert disables this option.




Key related options



          --recipient name
                              Page 27

```
                               gpg.man
-r      Encrypt for user id name. If this option  or  --hidden-recipient
        is  not  specified, GnuPG asks for the user-id unless --default-
        recipient is given.


--hidden-recipient name

-R      Encrypt for user ID name, but hide the key  ID  of  this  user's
        key.  This  option helps to hide the receiver of the message and
        is a limited countermeasure against traffic  analysis.  If  this
        option  or --recipient is not specified, GnuPG asks for the user
        ID unless --default-recipient is given.


--encrypt-to name
        Same as --recipient but this one is  intended  for  use  in  the
        options  file  and  may  be  used  with  your  own user-id as an
        "encrypt-to-self". These keys are only used when there are other
        recipients  given  either  by use of --recipient or by the asked
        user id.  No trust checking is performed for these user ids  and
        even disabled keys can be used.


--hidden-encrypt-to name
        Same  as  --hidden-recipient but this one is intended for use in
        the options file and may be used with your own user-id as a hid-
        den  "encrypt-to-self".   These keys are only used when there are
        other recipients given either by use of --recipient  or  by  the
        asked  user  id.   No trust checking is performed for these user
        ids and even disabled keys can be used.


--no-encrypt-to
        Disable the use  of  all  --encrypt-to  and  --hidden-encrypt-to
        keys.


--group name=value1
        Sets up a named group, which is similar to aliases in email pro-
        grams.  Any time the group name is a recipient (-r or  --recipi-
        ent),  it  will  be  expanded  to the values specified. Multiple
        groups with the same name are automatically merged into a single
        group.

        The  values are key IDs or fingerprints, but any key description
        is accepted. Note that a value with spaces in it will be treated
        as  two  different  values. Note also there is only one level of
        expansion --- you cannot make an group that  points  to  another
        group.  When  used from the command line, it may be necessary to
        quote the argument to this option  to  prevent  the  shell  from
        treating it as multiple arguments.


--ungroup name
        Remove a given entry from the --group list.


--no-groups
        Remove all entries from the --group list.


--local-user name
```

gpg.man

```
-u     Use  name  as  the key to sign with. Note that this option over-
       rides --default-key.


--try-secret-key name
       For hidden recipients GPG needs to know  the  keys  to  use  for
       trial  decryption.   The  key  set with --default-key is always
       tried first, but this is  often  not  sufficient.   This  option
       allows  to  set  more  keys  to  be  used  for trial decryption.
       Although any valid user-id specification may be used for name it
       makes sense to use at least the long keyid to avoid ambiguities.
       Note that gpg-agent might pop up a pinentry for a lot keys to do
       the  trial  decryption.   If  you want to stop all further trial
       decryption you may use close-window button instead of the cancel
       button.


--try-all-secrets
       Don't  look  at  the key ID as stored in the message but try all
       secret keys in turn to find  the  right  decryption  key.   This
       option  forces  the  behaviour  as  used by anonymous recipients
       (created by  using  --throw-keyids  or  --hidden-recipient)  and
       might  come  handy in case where an encrypted message contains a
       bogus key ID.


--skip-hidden-recipients

--no-skip-hidden-recipients
       During decryption skip all anonymous  recipients.   This  option
       helps  in the case that people use the hidden recipients feature
       to hide there own encrypt-to key from others.   If  oneself  has
       many  secret keys this may lead to a major annoyance because all
       keys are tried in turn to decrypt soemthing which was not really
       intended for it.  The drawback of this option is that it is cur-
       rently not possible to decrypt a  message  which  includes  real
       anonymous recipients.
```

Input and Output

```
--armor

-a     Create  ASCII  armored  output.   The  default  is to create the
       binary OpenPGP format.


--no-armor
       Assume the input data is not in ASCII armored format.


--output file

-o file
       Write output to file.
```

```
                              gpg.man
--max-output n
       This option sets a limit on the number of  bytes  that  will  be
       generated when processing a file. Since OpenPGP supports various
       levels of compression, it is possible that the  plaintext  of  a
       given  message  may  be  significantly  larger than the original
       OpenPGP message. While GnuPG works properly with such  messages,
       there  is often a desire to set a maximum file size that will be
       generated before processing is forced to stop by the OS  limits.
       Defaults to 0, which means "no limit".


--import-options parameters
       This is a space or comma delimited string that gives options for
       importing keys. Options can be prepended with a  `no-'  to  give
       the opposite meaning. The options are:


       import-local-sigs
              Allow importing key signatures marked as "local". This is
              not generally useful unless a shared  keyring  scheme  is
              being used.  Defaults to no.


       repair-pks-subkey-bug
              During import, attempt to repair the damage caused by the
              PKS keyserver bug (pre version 0.9.6) that  mangles  keys
              with  multiple  subkeys. Note that this cannot completely
              repair the damaged key as some crucial data is removed by
              the  keyserver,  but  it  does at least give you back one
              subkey. Defaults to no for regular --import  and  to  yes
              for keyserver --recv-keys.


       merge-only
              During import, allow key updates to existing keys, but do
              not allow any new keys to be imported. Defaults to no.


       import-clean
              After import, compact (remove all signatures  except  the
              self-signature)  any  user  IDs from the new key that are
              not usable.  Then, remove any signatures from the new key
              that  are not usable.  This includes signatures that were
              issued by keys that are not present on the keyring.  This
              option  is  the  same  as  running the --edit-key command
              "clean" after import. Defaults to no.


       import-minimal
              Import the smallest key possible. This removes all signa-
              tures  except the most recent self-signature on each user
              ID. This option is the same  as  running  the  --edit-key
              command "minimize" after import.  Defaults to no.


--export-options parameters
       This is a space or comma delimited string that gives options for
       exporting keys. Options can be prepended with a  `no-'  to  give
       the opposite meaning. The options are:


                              Page 30
```

gpg.man

export-local-sigs
>       Allow exporting key signatures marked as "local". This is
>       not generally useful unless a shared  keyring  scheme  is
>       being used.  Defaults to no.

export-attributes
>       Include  attribute  user IDs (photo IDs) while exporting.
>       This is useful to export keys if they  are  going  to  be
>       used by an OpenPGP program that does not accept attribute
>       user IDs. Defaults to yes.

export-sensitive-revkeys
>       Include designated revoker information that was marked as
>       "sensitive". Defaults to no.

export-reset-subkey-passwd
>       When  using  the  --export-secret-subkeys  command,  this
>       option resets the passphrases for all exported subkeys to
>       empty.  This  is useful when the exported subkey is to be
>       used on an unattended machine where a passphrase  doesn't
>       necessarily make sense. Defaults to no.

export-clean
>       Compact  (remove all signatures from) user IDs on the key
>       being exported if the user IDs are not usable. Also,  do
>       not  export  any  signatures  that  are  not usable. This
>       includes signatures that were issued by keys that are not
>       present  on  the keyring. This option is the same as run-
>       ning the --edit-key command "clean" before export  except
>       that  the local copy of the key is not modified. Defaults
>       to no.

export-minimal
>       Export the smallest key possible. This removes all signa-
>       tures  except the most recent self-signature on each user
>       ID. This option is the same  as  running  the  --edit-key
>       command  "minimize"  before  export except that the local
>       copy of the key is not modified. Defaults to no.

--with-colons
>       Print key listings delimited by colons.  Note  that  the  output
>       will  be  encoded  in  UTF-8 regardless of any --display-charset
>       setting. This format is useful when GnuPG is called from scripts
>       and  other  programs as it is easily machine parsed. The details
>       of this format are documented in the file  `doc/DETAILS',  which
>       is included in the GnuPG source distribution.

--fixed-list-mode
>       Do  not  merge  primary  user ID and primary key in --with-colon
>       listing  mode  and  print  all  timestamps  as  seconds   since
>       1970-01-01.

--with-fingerprint
>       Same as the command --fingerprint but changes only the format of
>       the output and may be used together with another command.

Page 31

gpg.man

--with-keygrip
>       Include the keygrip in the key listings.

OpenPGP protocol specific options.

-t, --textmode

--no-textmode
>       Treat input files as text and store them in the OpenPGP  canoni-
>       cal  text form with standard "CRLF" line endings. This also sets
>       the necessary flags to inform the recipient that  the  encrypted
>       or  signed  data is text and may need its line endings converted
>       back to whatever the local system uses. This  option  is  useful
>       when  communicating  between  two  platforms that have different
>       line ending conventions (UNIX-like to Mac, Mac to Windows, etc).
>       --no-textmode disables this option, and is the default.
>
>       If  -t  (but  not --textmode) is used together with armoring and
>       signing, this  enables  clearsigned  messages.  This  kludge  is
>       needed for command-line compatibility with command-line versions
>       of PGP; normally you would use --sign or --clearsign  to  select
>       the type of the signature.

--force-v3-sigs

--no-force-v3-sigs
>       OpenPGP  states that an implementation should generate v4 signa-
>       tures but PGP versions 5 through 7 only recognize v4  signatures
>       on key material. This option forces v3 signatures for signatures
>       on data.  Note that this option implies --no-ask-sig-expire, and
>       unsets  --sig-policy-url,  --sig-notation,  and --sig-keyserver-
>       url, as these features cannot be used with v3 signatures.  --no-
>       force-v3-sigs disables this option.  Defaults to no.

--force-v4-certs

--no-force-v4-certs
>       Always  use  v4 key signatures even on v3 keys. This option also
>       changes the default hash algorithm for v3 RSA keys from  MD5  to
>       SHA-1.  --no-force-v4-certs disables this option.

--force-mdc
>       Force  the use of encryption with a modification detection code.
>       This is always used with the newer ciphers (those with a  block-
>       size  greater  than  64  bits),  or if all of the recipient keys
>       indicate MDC support in their feature flags.

--disable-mdc
>       Disable the use of the modification detection code. Note that by
>       using this option, the encrypted message becomes vulnerable to a
>       message modification attack.

gpg.man

**--personal-cipher-preferences string**
      Set the list of personal cipher preferences to string.  Use  gpg
      --version to get a list of available algorithms, and use none to
      set no preference at all.  This allows the user to safely  over-
      ride  the  algorithm chosen by the recipient key preferences, as
      GPG will only select an algorithm that is usable by all  recipi-
      ents.   The  most highly ranked cipher in this list is also used
      for the --symmetric encryption command.

**--personal-digest-preferences string**
      Set the list of personal digest preferences to string.  Use  gpg
      --version to get a list of available algorithms, and use none to
      set no preference at all.  This allows the user to safely  over-
      ride  the  algorithm chosen by the recipient key preferences, as
      GPG will only select an algorithm that is usable by all  recipi-
      ents.   The  most highly ranked digest algorithm in this list is
      also used when signing without encryption (e.g.  --clearsign  or
      --sign). The default value is SHA-1.

**--personal-compress-preferences string**
      Set the list of personal compression preferences to string.  Use
      gpg --version to get a list of  available  algorithms,  and  use
      none  to  set  no  preference  at  all. This allows the user to
      safely override the algorithm chosen by the recipient key  pref-
      erences,  as GPG will only select an algorithm that is usable by
      all recipients.  The most highly ranked compression algorithm in
      this  list is also used when there are no recipient keys to con-
      sider (e.g. --symmetric).

**--s2k-cipher-algo name**
      Use name as the cipher algorithm used to  protect  secret  keys.
      The  default  cipher is CAST5. This cipher is also used for con-
      ventional  encryption  if  --personal-cipher-preferences   and
      --cipher-algo is not given.

**--s2k-digest-algo name**
      Use name as the digest algorithm used to mangle the passphrases.
      The default algorithm is SHA-1.

**--s2k-mode n**
      Selects  how  passphrases  are  mangled. If  n  is  0 a  plain
      passphrase  (which  is not recommended) will be used, a 1 adds a
      salt to the passphrase and a 3 (the default) iterates the  whole
      process  a  number of times (see --s2k-count). Unless --rfc1991
      is used, this mode is also used for conventional encryption.

**--s2k-count n**
      Specify how many times  the  passphrase  mangling  is  repeated.
      This  value  may  range between 1024 and 65011712 inclusive, and
      the  default  is 65536.   Note  that not all values in the
      1024-65011712 range are  legal  and  if  an  illegal  value is
      selected,  GnuPG will round up to the nearest legal value.   This
      option is only meaningful if --s2k-mode is 3.

gpg.man

## Compliance options

These options control what GnuPG is compliant to. Only one of these
options may be active at a time. Note that the default setting of this
is nearly always the correct one. See the INTEROPERABILITY WITH OTHER
OPENPGP PROGRAMS section below before using one of these options.

**--gnupg**
> Use standard GnuPG behavior. This is essentially OpenPGP behav-
> ior (see --openpgp), but with some additional workarounds for
> common compatibility problems in different versions of PGP. This
> is the default option, so it is not generally needed, but it may
> be useful to override a different compliance option in the
> gpg.conf file.

**--openpgp**
> Reset all packet, cipher and digest options to strict OpenPGP
> behavior. Use this option to reset all previous options like
> --s2k-*, --cipher-algo, --digest-algo and --compress-algo to
> OpenPGP compliant values. All PGP workarounds are disabled.

**--rfc4880**
> Reset all packet, cipher and digest options to strict RFC-4880
> behavior. Note that this is currently the same thing as
> --openpgp.

**--rfc2440**
> Reset all packet, cipher and digest options to strict RFC-2440
> behavior.

**--rfc1991**
> Try to be more RFC-1991 (PGP 2.x) compliant.

**--pgp2** Set up all options to be as PGP 2.x compliant as possible, and
> warn if an action is taken (e.g. encrypting to a non-RSA key)
> that will create a message that PGP 2.x will not be able to han-
> dle. Note that `PGP 2.x' here means `MIT PGP 2.6.2'. There are
> other versions of PGP 2.x available, but the MIT release is a
> good common baseline.
>
> This option implies --rfc1991 --disable-mdc --no-force-v4-certs
> --escape-from-lines --force-v3-sigs --cipher-algo IDEA --digest-
> algo MD5 --compress-algo ZIP. It also disables --textmode when
> encrypting.

**--pgp6** Set up all options to be as PGP 6 compliant as possible. This
> restricts you to the ciphers IDEA (if the IDEA plugin is
> installed), 3DES, and CAST5, the hashes MD5, SHA1 and RIPEMD160,
> and the compression algorithms none and ZIP. This also disables
> --throw-keyids, and making signatures with signing subkeys as
> PGP 6 does not understand signatures made by signing subkeys.

gpg.man

          This option implies --disable-mdc --escape-from-lines --force-
          v3-sigs.


--pgp7  Set up all options to be as PGP 7 compliant as possible. This is
        identical to --pgp6 except that MDCs are not disabled,  and  the
        list  of  allowable  ciphers  is expanded to add AES128, AES192,
        AES256, and TWOFISH.


--pgp8  Set up all options to be as PGP 8 compliant as possible.  PGP  8
        is  a  lot closer to the OpenPGP standard than previous versions
        of PGP, so all this does  is  disable  --throw-keyids  and  set
        --escape-from-lines.   All algorithms are allowed except for the
        SHA224, SHA384, and SHA512 digests.



Doing things one usually doesn't want to do.



-n

--dry-run
        Don't make any changes (this is not completely implemented).


--list-only
        Changes the behaviour of some commands. This is  like  --dry-run
        but different in some cases. The semantic of this command may be
        extended in the future.  Currently  it  only  skips  the  actual
        decryption  pass  and  therefore  enables  a fast listing of the
        encryption keys.


-i

--interactive
        Prompt before overwriting any files.


--debug-level level
        Select the debug level for investigating problems. level may  be
        a numeric value or by a keyword:


        none   No  debugging at all.  A value of less than 1 may be used
               instead of the keyword.

        basic  Some basic debug messages.  A value between 1 and  2  may
               be used instead of the keyword.

        advanced
               More verbose debug messages.  A value between 3 and 5 may
               be used instead of the keyword.

        expert Even more detailed messages.  A value between 6 and 8 may
               be used instead of the keyword.
                              Page 35

gpg.man

     guru   All  of  the  debug messages you can get. A value greater
            than 8 may be used instead of the keyword.  The  creation
            of  hash  tracing files is only enabled if the keyword is
            used.


How these messages are mapped to the  actual  debugging  flags  is  not
specified  and  may  change with newer releases of this program. They are
however carefully selected to best aid in debugging.


--debug flags
        Set debugging flags. All flags are or-ed and flags may be  given
        in C syntax (e.g. 0x0042).


--debug-all
        Set all useful debugging flags.


--debug-ccid-driver
        Enable  debug  output  from  the included CCID driver for smart-
        cards.  Note that this option is only available on some  system.


--faked-system-time epoch
        This  option is only useful for testing; it sets the system time
        back or forth to epoch which is the number  of  seconds  elapsed
        since the year 1970.  Alternatively epoch may be given as a full
        ISO time string (e.g. "20070924T154812").


--enable-progress-filter
        Enable certain PROGRESS status outputs. This option allows fron-
        tends  to  display  a progress indicator while gpg is processing
        larger files.  There is a slight performance overhead using  it.


--status-fd n
        Write  special status strings to the file descriptor n.  See the
        file DETAILS in the documentation for a listing of them.


--status-file file
        Same as --status-fd, except the status data is written  to  file
        file.


--logger-fd n
        Write log output to file descriptor n and not to STDERR.


--log-file file

--logger-file file
        Same  as  --logger-fd, except the logger data is written to file
        file.  Note that --log-file is only implemented for GnuPG-2.


--attribute-fd n
        Write attribute subpackets to the file  descriptor  n.  This  is
        most  useful  for use with --status-fd, since the status messages
        are needed to separate  out  the  various  subpackets  from  the

gpg.man

stream delivered to the file descriptor.


--attribute-file file
       Same  as --attribute-fd, except the attribute data is written to
       file file.


--comment string

--no-comments
       Use string as a comment string  in  clear  text  signatures  and
       ASCII armored messages or keys (see --armor). The default behav-
       ior is not to use a comment string. --comment  may  be  repeated
       multiple  times  to  get multiple comment strings. --no-comments
       removes all comments.  It is a good idea to keep the length of  a
       single  comment   below 60 characters to avoid problems with mail
       programs wrapping such lines.  Note that comment lines, like all
       other header lines, are not protected by the signature.


--emit-version

--no-emit-version
       Force  inclusion  of the version string in ASCII armored output.
       --no-emit-version disables this option.


--sig-notation name=value

--cert-notation name=value

-N, --set-notation name=value
       Put the name value pair into the  signature  as  notation  data.
       name  must  consist  only of printable characters or spaces, and
       must contain a '@' character in  the  form  keyname@domain.exam-
       ple.com  (substituting  the appropriate keyname and domain name,
       of course). This is to  help  prevent  pollution  of  the  IETF
       reserved notation namespace. The --expert flag overrides the '@'
       check. value may be any printable string; it will be encoded  in
       UTF8,  so  you  should  check that your --display-charset is set
       correctly. If you prefix name with an exclamation mark (!),  the
       notation  data  will  be flagged as critical (rfc2440:5.2.3.15).
       --sig-notation sets a notation for data signatures. --cert-nota-
       tion sets a notation for key signatures (certifications). --set-
       notation sets both.

       There are special codes that may be used in notation names. "%k"
       will  be  expanded into the key ID of the key being signed, "%K"
       into the long key ID of the key being signed, "%f" into the fin-
       gerprint  of  the  key being signed, "%s" into the key ID of the
       key making the signature, "%S" into the long key ID of  the  key
       making  the  signature, "%g" into the fingerprint of the key mak-
       ing the signature (which might be a subkey), "%p" into the  fin-
       gerprint  of  the  primary  key of the key making the signature,
       "%c" into the signature count from the  OpenPGP  smartcard,  and
       "%%" results in a single "%". %k, %K, and %f are only meaningful
       when making a key signature  (certification),  and  %c  is  only
       meaningful when using the OpenPGP smartcard.


--sig-policy-url string

Page 37

```
                               gpg.man
--cert-policy-url string

--set-policy-url string
        Use   string  as  a Policy URL for signatures (rfc2440:5.2.3.19).
        If you prefix it with an exclamation mark (!),  the  policy  URL
        packet will be flagged as critical. --sig-policy-url sets a pol-
        icy url for data signatures. --cert-policy-url sets a policy url
        for key signatures (certifications). --set-policy-url sets both.

        The same %-expandos used for notation data are available here as
        well.


--sig-keyserver-url string
        Use  string as a preferred keyserver URL for data signatures. If
        you prefix it with an exclamation mark (!),  the  keyserver  URL
        packet will be flagged as critical.

        The same %-expandos used for notation data are available here as
        well.


--set-filename string
        Use string as the filename which is  stored  inside  messages.
        This  overrides the default, which is to use the actual filename
        of the file being encrypted.


--for-your-eyes-only

--no-for-your-eyes-only
        Set the  for your eyes only' flag in the  message.  This  causes
        GnuPG  to  refuse to save the file unless the --output option is
        given, and PGP to use a "secure viewer" with a claimed  Tempest-
        resistant  font  to  display  the message. This option overrides
        --set-filename.  --no-for-your-eyes-only disables this option.


--use-embedded-filename

--no-use-embedded-filename
        Try to create a file with a name as embedded in the  data.  This
        can  be  a  dangerous  option  as  it allows to overwrite files.
        Defaults to no.


--cipher-algo name
        Use name as cipher algorithm. Running the program with the  com-
        mand --version yields a list of supported algorithms. If this is
        not used the cipher algorithm is selected from the  preferences
        stored  with  the  key.  In general, you do not want to use this
        option as it allows you to violate the OpenPGP standard.  --per-
        sonal-cipher-preferences  is the safe way to accomplish the same
        thing.


--digest-algo name
        Use name as the message digest algorithm.  Running  the  program
        with  the  command  --version  yields  a list of supported algo-
        rithms. In general, you do not want to use  this  option  as  it
        allows  you  to violate the OpenPGP standard. --personal-digest-
        preferences is the safe way to accomplish the same thing.
```

gpg.man

--compress-algo name
          Use compression algorithm name. "zlib" is RFC-1950 ZLIB compres-
          sion.  "zip"  is  RFC-1951 ZIP compression which is used by PGP.
          "bzip2" is a more modern compression scheme  that  can  compress
          some  things  better  than  zip or zlib, but at the cost of more
          memory used during compression and decompression. "uncompressed"
          or  "none" disables compression. If this option is not used, the
          default behavior is to examine the recipient key preferences  to
          see  which algorithms the recipient supports. If all else fails,
          ZIP is used for maximum compatibility.

          ZLIB may give better compression results than ZIP, as  the  com-
          pression  window  size is not limited to 8k. BZIP2 may give even
          better compression results than that, but will  use  a  signifi-
          cantly larger amount of memory while compressing and decompress-
          ing. This may be significant in  low  memory  situations.  Note,
          however,  that PGP (all versions) only supports ZIP compression.
          Using any algorithm other than ZIP or "none" will make the  mes-
          sage  unreadable  with  PGP. In general, you do not want to use
          this option as it allows you to violate  the  OpenPGP  standard.
          --personal-compress-preferences  is  the  safe way to accomplish
          the same thing.


--cert-digest-algo name
          Use name as the message digest algorithm used when  signing  a
          key.  Running  the  program  with the command --version yields a
          list of supported algorithms. Be aware that  if  you  choose  an
          algorithm  that GnuPG supports but other OpenPGP implementations
          do not, then some users will not be able to use the  key  signa-
          tures you make, or quite possibly your entire key.


--disable-cipher-algo name
          Never allow the use of name as cipher algorithm.  The given name
          will not be checked so that a later loaded algorithm will  still
          get disabled.


--disable-pubkey-algo name
          Never  allow the use of name as public key algorithm.  The given
          name will not be checked so that a later loaded  algorithm  will
          still get disabled.


--throw-keyids

--no-throw-keyids
          Do  not  put the recipient key IDs into encrypted messages. This
          helps to hide the receivers of the  message  and  is  a  limited
          countermeasure against traffic analysis. ([Using a little social
          engineering anyone who is able to decrypt the message can  check
          whether  one  of  the other recipients is the one he suspects.])
          On the receiving side, it may slow down the  decryption  process
          because  all  available  secret keys must be tried.  --no-throw-
          keyids disables this option. This option is essentially the same
          as using --hidden-recipient for all recipients.


--not-dash-escaped
          This option changes the behavior of cleartext signatures so that
          they can be used for patch files. You should not  send  such  an
                                  Page 39

gpg.man
            armored  file  via email because all spaces and line endings are
            hashed too. You can not use this option for data  which  has  5
            dashes  at the beginning of a line, patch files don't have this.
            A special armor header line tells  GnuPG  about  this  cleartext
            signature option.


--escape-from-lines

--no-escape-from-lines
            Because  some  mailers  change  lines  starting  with "From " to
            ">From " it is good to handle such lines in a special  way  when
            creating  cleartext  signatures  to prevent the mail system from
            breaking the signature. Note that all other PGP versions  do  it
            this  way  too.  Enabled by default. --no-escape-from-lines dis-
            ables this option.


--passphrase-repeat n
            Specify how many times gpg will  request  a  new  passphrase  be
            repeated.  This  is  useful  for helping memorize a passphrase.
            Defaults to 1 repetition.


--passphrase-fd n
            Read the passphrase from file descriptor n. Only the first  line
            will  be  read  from  file descriptor n. If you use 0 for n, the
            passphrase will be read from STDIN. This can  only  be  used  if
            only one passphrase is supplied.


--passphrase-file file
            Read  the passphrase from file file. Only the first line will be
            read from  file  file.  This  can  only  be used if only one
            passphrase is supplied. Obviously, a passphrase stored in a file
            is of questionable security if other users can read  this  file.
            Don't use this option if you can avoid it.


--passphrase string
            Use  string as the passphrase. This can only be used if only one
            passphrase is supplied. Obviously, this is of very  questionable
            security  on  a  multi-user system. Don't use this option if you
            can avoid it.


--command-fd n
            This is a replacement for the deprecated shared-memory IPC mode.
            If  this  option  is  enabled,  user  input  on questions is not
            expected from the TTY but from the  given  file  descriptor.  It
            should  be  used  together  with  --status-fd. See the file
            doc/DETAILS in the source distribution for details on how to use
            it.


--command-file file
            Same  as  --command-fd, except the commands are read out of file
            file


--allow-non-selfsigned-uid

--no-allow-non-selfsigned-uid
                              Page 40

gpg.man

Allow the import and use of keys with user IDs which are not self-signed. This is not recommended, as a non self-signed user ID is trivial to forge. --no-allow-non-selfsigned-uid disables.

--allow-freeform-uid

Disable all checks on the form of the user ID while generating a new one. This option should only be used in very special environments as it does not ensure the de-facto standard format of user IDs.

--ignore-time-conflict

GnuPG normally checks that the timestamps associated with keys and signatures have plausible values. However, sometimes a signature seems to be older than the key due to clock problems. This option makes these checks just a warning. See also --ignore-valid-from for timestamp issues on subkeys.

--ignore-valid-from

GnuPG normally does not select and use subkeys created in the future. This option allows the use of such keys and thus exhibits the pre-1.0.7 behaviour. You should not use this option unless you there is some clock problem. See also --ignore-time-conflict for timestamp issues with signatures.

--ignore-crc-error

The ASCII armor used by OpenPGP is protected by a CRC checksum against transmission errors. Occasionally the CRC gets mangled somewhere on the transmission channel but the actual content (which is protected by the OpenPGP protocol anyway) is still okay. This option allows GnuPG to ignore CRC errors.

--ignore-mdc-error

This option changes a MDC integrity protection failure into a warning. This can be useful if a message is partially corrupt, but it is necessary to get as much data as possible out of the corrupt message. However, be aware that a MDC protection failure may also mean that the message was tampered with intentionally by an attacker.

--no-default-keyring

Do not add the default keyrings to the list of keyrings. Note that GnuPG will not operate without any keyrings, so if you use this option and do not provide alternate keyrings via --keyring or --secret-keyring, then GnuPG will still use the default public or secret keyrings.

--skip-verify

Skip the signature verification step. This may be used to make the decryption faster if the signature verification is not needed.

--with-key-data

Print key listings delimited by colons (like --with-colons) and print the public key data.

gpg.man

--fast-list-mode
        Changes the output of the list commands to work faster; this  is
        achieved  by  leaving  some parts empty. Some applications don't
        need the user ID and the trust information given  in  the  list-
        ings.  By using this options they can get a faster listing. The
        exact behaviour of this option may change  in  future  versions.
        If you are missing some information, don't use this option.


--no-literal
        This  is  not  for normal use. Use the source to see for what it
        might be useful.


--set-filesize
        This is not for normal use. Use the source to see  for  what  it
        might be useful.


--show-session-key
        Display  the  session  key used for one message. See --override-
        session-key for the counterpart of this option.

        We think that Key Escrow is a Bad Thing; however the user should
        have  the freedom to decide whether to go to prison or to reveal
        the content of one specific  message  without  compromising  all
        messages  ever encrypted for one secret key. DON'T USE IT UNLESS
        YOU ARE REALLY FORCED TO DO SO.


--override-session-key string
        Don't use the public key but the session key string. The  format
        of this string is the same as the one printed by --show-session-
        key. This option is normally not used but comes  handy  in  case
        someone  forces  you  to reveal the content of an encrypted mes-
        sage; using this option you can do this without handing out  the
        secret key.


--ask-sig-expire

--no-ask-sig-expire
        When  making a data signature, prompt for an expiration time. If
        this option is  not  specified,  the  expiration  time  set  via
        --default-sig-expire  is used. --no-ask-sig-expire disables this
        option.


--default-sig-expire
        The default expiration time to use  for  signature  expiration.
        Valid values are "0" for no expiration, a number followed by the
        letter d (for days), w (for weeks), m (for months), or  y  (for
        years) (for  example  "2m"  for  two  months,  or "5y" for five
        years), or an absolute date in the form YYYY-MM-DD. Defaults  to
        "0".


--ask-cert-expire

--no-ask-cert-expire
        When  making  a key signature, prompt for an expiration time. If
        this option is  not  specified,  the  expiration  time  set  via
                                 Page 42

                              gpg.man
          --default-cert-expire  is  used.  --no-ask-cert-expire  disables
          this option.


--default-cert-expire
          The default expiration time to use for key signature expiration.
          Valid values are "0" for no expiration, a number followed by the
          letter d (for days), w (for weeks), m (for months), or  y  (for
          years)  (for  example  "2m"  for  two  months,  or "5y" for five
          years), or an absolute date in the form YYYY-MM-DD. Defaults  to
          "0".


--allow-secret-key-import
          This is an obsolete option and is not used anywhere.


--allow-multiple-messages

--no-allow-multiple-messages
          Allow  processing  of  multiple  OpenPGP messages contained in a
          single file or stream.  Some programs that call GPG are not pre-
          pared  to  deal with multiple messages being processed together,
          so this option defaults to no.  Note that versions of GPG  prior
          to 1.4.7 always allowed multiple messages.

          Warning:  Do  not use this option unless you need it as a tempo-
          rary workaround!


--enable-special-filenames
          This options enables a mode  in  which  filenames  of  the  form
          `-&n',  where  n  is a non-negative decimal number, refer to the
          file descriptor n and not to a file with that name.


--no-expensive-trust-checks
          Experimental use only.


--preserve-permissions
          Don't change the permissions of a secret keyring  back  to  user
          read/write  only.  Use  this option only if you really know what
          you are doing.


--default-preference-list string
          Set the list of default preferences to string.  This  preference
          list  is used for new keys and becomes the default for "setpref"
          in the edit menu.


--default-keyserver-url name
          Set the default keyserver URL to name. This  keyserver  will  be
          used as the keyserver URL when writing a new self-signature on a
          key, which includes key generation and changing preferences.


--list-config
          Display various internal configuration parameters of GnuPG. This
          option is intended for external programs that call GnuPG to per-
          form tasks, and is thus  not  generally  useful.  See  the  file
                              Page 43

gpg.man

```
          `doc/DETAILS'  in  the  source  distribution  for the details of
          which configuration items may be listed. --list-config is  only
          usable with --with-colons set.


     --gpgconf-list
          This  command  is  similar  to --list-config but in general only
          internally used by the gpgconf tool.


     --gpgconf-test
          This is more or less dummy action.  However it parses  the  con-
          figuration  file  and  returns with failure if the configuration
          file would prevent gpg from startup.  Thus it may be used to run
          a syntax check on the configuration file.
```


Deprecated options


```
     --load-extension name
          Load an extension module. If name does not contain a slash it is
          searched for in the directory configured when  GnuPG  was  built
          (generally "/usr/local/lib/gnupg"). Extensions are not generally
          useful anymore, and the use of this option is deprecated.


     --show-photos

     --no-show-photos
          Causes  --list-keys,  --list-sigs,  --list-public-keys,  --list-
          secret-keys, and verifying a signature to also display the photo
          ID attached to the key, if any. See also  --photo-viewer.  These
          options  are  deprecated.  Use  --list-options [no-]show-photos
          and/or --verify-options [no-]show-photos instead.


     --show-keyring
          Display the keyring name at the head of  key  listings  to  show
          which keyring a given key resides on. This option is deprecated:
          use --list-options [no-]show-keyring instead.


     --ctapi-driver file
          Use file to access the smartcard reader. The current default  is
          `libtowitoko.so'.  Note that the use of this interface is depre-
          cated; it may be removed in future releases.


     --always-trust
          Identical to --trust-model always. This option is deprecated.


     --show-notation

     --no-show-notation
          Show signature notations in the  --list-sigs  or  --check-sigs
          listings  as  well as when verifying a signature with a notation
          in  it.  These  options  are  deprecated.  Use  --list-options
```

```
                                       gpg.man
             [no-]show-notation  and/or  --verify-options  [no-]show-notation
             instead.


     --show-policy-url

     --no-show-policy-url
             Show policy URLs in the --list-sigs or --check-sigs listings  as
             well  as  when  verifying  a  signature with a policy URL in it.
             These options are deprecated. Use --list-options  [no-]show-pol-
             icy-url and/or --verify-options [no-]show-policy-url instead.




EXAMPLES
             gpg -se -r Bob file
                     sign and encrypt for user Bob


             gpg --clearsign file
                     make a clear text signature


             gpg -sb file
                     make a detached signature


             gpg -u 0x12345678 -sb file
                     make a detached signature with the key 0x12345678


             gpg --list-keys user_ID
                     show keys


             gpg --fingerprint user_ID
                     show fingerprint


             gpg --verify pgpfile

             gpg --verify sigfile
                     Verify the signature of the file but do not output the data. The
                     second form is used for detached signatures,  where  sigfile  is
                     the  detached signature (either ASCII armored or binary) and are
                     the signed data; if this is not given,  the  name  of  the  file
                     holding the signed data is constructed by cutting off the exten-
                     sion (".asc" or ".sig") of sigfile or by asking the user for the
                     filename.



HOW TO SPECIFY A USER ID
             There  are  different ways to specify a user ID to GnuPG.  Some of them
             are only valid for gpg others are only good for  gpgsm.  Here  is  the
             entire list of ways to specify a key:



                                     Page 45
```

```
                              gpg.man
By key Id.
        This  format  is  deduced  from the length of the string and its
        content or 0x prefix. The key Id of an X.509 certificate are the
        low  64 bits  of  its SHA-1 fingerprint.  The use of key Ids is
        just a shortcut, for all automated  processing  the  fingerprint
        should be used.

        When  using gpg an exclamation mark (!) may be appended to force
        using the specified primary or secondary key and not to try  and
        calculate which primary or secondary key to use.

        The last four lines of the example give the key ID in their long
        form as internally used by the OpenPGP protocol. You can see the
        long key ID using the option --with-colons.

   234567C4
   0F34E556E
   01347A56A
   0xAB123456

   234AABBCC34567C4
   0F323456784E56EAB
   01AB3FED1347A5612
   0x234AABBCC34567C4




By fingerprint.
        This  format  is  deduced  from the length of the string and its
        content or the 0x prefix.  Note, that only the 20  byte  version
        fingerprint  is available with gpgsm (i.e. the SHA-1 hash of the
        certificate).

        When using gpg an exclamation mark (!) may be appended to  force
        using  the specified primary or secondary key and not to try and
        calculate which primary or secondary key to use.

        The best way to specify a key Id is by  using  the  fingerprint.
        This  avoids  any  ambiguities in case that there are duplicated
        key IDs.

   1234343434343434C434343434343434
   12343434343434343C3434343434343734349A3434
   0E1234343434343434343434EAB3484343434343434
   0xE1234343434343434343434EAB3484343434343434


(gpgsm also accepts colons between  each  pair  of  hexadecimal  digits
because  this  is the de-facto standard on how to present X.509 finger-
prints.)


By exact match on OpenPGP user ID.
        This is denoted by a leading equal sign. It does not make  sense
        for X.509 certificates.

   =Heinrich Heine <heinrichh@uni-duesseldorf.de>


By exact match on an email address.
        This  is  indicated  by enclosing the email address in the usual
        way with left and right angles.
```

gpg.man

<heinrichh@uni-duesseldorf.de>

By word match.
    All words must match exactly (not case sensitive) but can appear
    in  any  order in the user ID or a subjects name.  Words are any
    sequences of letters, digits, the underscore and all  characters
    with bit 7 set.

  +Heinrich Heine duesseldorf

By exact match on the subject's DN.
    This  is  indicated by a leading slash, directly followed by the
    RFC-2253 encoded DN of the subject.  Note that you can't use the
    string  printed  by "gpgsm --list-keys" because that one as been
    reordered and modified for better readability; use --with-colons
    to print the raw (but standard escaped) RFC-2253 string

  /CN=Heinrich Heine,O=Poets,L=Paris,C=FR

By exact match on the issuer's DN.
    This is indicated by a leading hash mark, directly followed by a
    slash and then directly followed by the rfc2253  encoded  DN  of
    the  issuer.  This  should  return the Root cert of the issuer.
    See note above.

  #/CN=Root Cert,O=Poets,L=Paris,C=FR

By exact match on serial number and issuer's DN.
    This is indicated by a hash mark, followed  by  the  hexadecimal
    representation  of  the  serial number, then followed by a slash
    and the RFC-2253 encoded DN of the issuer. See note above.

  #4F03/CN=Root Cert,O=Poets,L=Paris,C=FR

By keygrip
    This is indicated by an ampersand followed by the 40 hex  digits
    of  a  keygrip.  gpgsm prints the keygrip when using the command
    --dump-cert.  It does not yet work for OpenPGP keys.

  &D75F22C3F86E355877348498CDC92BD21010A480

By substring match.
    This is the default mode but applications may want to explicitly
    indicate  this  by  putting the asterisk in front.  Match is not
    case sensitive.

  Heine
  *Heine

Please note that we have reused the hash mark identifier which was used
in  old  GnuPG  versions to indicate the so called local-id.  It is not

gpg.man

anymore used and there should be  no  conflict  when  used  with  X.509
stuff.

Using  the  RFC-2253  format  of  DNs  has  the drawback that it is not
possible to map them back to the original encoding,  however  we  don't
have  to  do this because our key database stores this encoding as meta
data.

FILES
      There are a few configuration files to control certain aspects of gpg's
      operation.  Unless  noted, they are expected in the current home direc-
      tory (see: [option --homedir]).


      gpg.conf
            This is the standard configuration file read by gpg on  startup.
            It may contain any valid long option; the leading two dashes may
            not be entered and the option  may  not  be  abbreviated.   This
            default  name  may  be changed on the command line (see: [option
            --options]).  You should backup this file.


      Note that on larger installations, it is useful to put predefined files
      into  the  directory  `/etc/skel/.gnupg/'  so  that newly created users
      start up with a working configuration.

      For internal purposes gpg creates and maintains a few other files; They
      all  live  in  in the current home directory (see: [option --homedir]).
      Only the gpg may modify these files.


      ~/.gnupg/secring.gpg
            The secret keyring.  You should backup this file.


      ~/.gnupg/secring.gpg.lock
            The lock file for the secret keyring.


      ~/.gnupg/pubring.gpg
            The public keyring.  You should backup this file.


      ~/.gnupg/pubring.gpg.lock
            The lock file for the public keyring.


      ~/.gnupg/trustdb.gpg
            The trust database.  There is no need to backup this file; it is
            better  to  backup the ownertrust values (see: [option --export-
            ownertrust]).


      ~/.gnupg/trustdb.gpg.lock
            The lock file for the trust database.

```
                                gpg.man
~/.gnupg/random_seed
        A file used to preserve the state of the internal random pool.


/usr[/local]/share/gnupg/options.skel
        The skeleton options file.


/usr[/local]/lib/gnupg/
        Default location for extensions.


Operation is further controlled by a few environment variables:


HOME   Used to locate the default home directory.


GNUPGHOME
        If set directory used instead of "~/.gnupg".


GPG_AGENT_INFO
        Used to locate the gpg-agent.  This is only honored when  --use-
        agent  is  set.  The value consists of 3 colon delimited fields:
        The first is the path to the Unix Domain Socket, the second  the
        PID  of  the  gpg-agent and the protocol version which should be
        set to 1. When starting the gpg-agent as described in its  docu-
        mentation, this variable is set to the correct value. The option
        --gpg-agent-info can be used to override it.


PINENTRY_USER_DATA
        This value is passed via gpg-agent to pinentry.  It is useful to
        convey extra information to a custom pinentry.


COLUMNS

LINES  Used to size some displays to the full size of the screen.


LANGUAGE
        Apart  from  its  use  by  GNU, it is used in the W32 version to
        override the language selection done through the  Registry.   If
        used  and  set  to a valid and available language name (langid),
        the   file   with   the   translation   is   loaded    from
        gpgdir/gnupg.nls/langid.mo.  Here gpgdir is the directory out of
        which the gpg binary has been loaded.  If it can't be loaded the
        Registry  is  tried and as last resort the native Windows locale
        system is used.


BUGS

        On older systems this program should be installed as setuid(root). This
        is  necessary  to  lock memory pages. Locking memory pages prevents the
        operating  system  from  writing  memory  pages  (which  may   contain
        passphrases or other sensitive material) to disk. If you get no warning
                                Page 49
```

gpg.man

message about insecure memory your operating  system  supports  locking
without being root. The program drops root privileges as soon as locked
memory is allocated.

Note also that some systems (especially laptops) have  the  ability  to
 ``suspend  to  disk''  (also known as ``safe sleep'' or ``hibernate'').
This writes all memory to disk before going into a low  power  or  even
powered off mode.  Unless measures are taken in the operating system to
protect the saved memory, passphrases or other sensitive  material  may
be recoverable from it later.

Before  you  report  a  bug  you  should  first search the mailing list
archives for similar problems and second check whether such a  bug  has
already been reported to our bug tracker at http://bugs.gnupg.org .

SEE ALSO
       gpgv(1),

       The full documentation for this tool is maintained as a Texinfo manual.
       If GnuPG and the info program are properly installed at your site,  the
       command

          info gnupg

       should  give  you access to the complete manual including a menu struc-
       ture and an index.

GnuPG 1.4.11                         2010-10-18                          GPG(1)

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 17</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 18</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 19</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 20



```
Command Prompt

Microsoft Windows XP [Version 5.1.2600]
(C) Copyright 1985-2001 Microsoft Corp.

c:\>echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Adva
nce date by one day to force NTFS "last 60 minutes" last access check... & date 01-04
-2013 & echo. & echo Date is now: & date /t & time /t

Date/Time commands executed:
Thu 01/03/2013
12:37 PM

Advance date by one day to force NTFS "last 60 minutes" last access check...

Date is now:
Fri 01/04/2013
12:37 PM

c:\>
```

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 21



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 22



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 23</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 24</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 25</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 26</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 27</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 28</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 29</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 30</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 31</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 32</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 33</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 34</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 35



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 36</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 37</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 38</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 39</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 40



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 41</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 42</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 43</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 44</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 45</u>

```
Command Prompt

Microsoft Windows XP [Version 5.1.2600]
(C) Copyright 1985-2001 Microsoft Corp.

C:\>echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Adva
nce date by one day to make changes of file date/time properties easier to spot... &
date 01-04-2013 & echo. & echo Date is now: & date /t & time /t

Date/Time commands executed:
Thu 01/03/2013
02:08 PM

Advance date by one day to make changes of file date/time properties easier to spot..
.

Date is now:
Fri 01/04/2013
02:08 PM

C:\>_
```

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 46</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 47</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 48</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 49</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 50</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 51</u>



```
Command Prompt                                                    _ □ ×

Microsoft Windows XP [Version 5.1.2600]
<C> Copyright 1985-2001 Microsoft Corp.

C:\>echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Atte
mpt to open c:\test46a.txt to show does not exist: & echo. & type c:\test46a.txt & ec
ho. & echo Create c:\test46a.txt with the text "test46a" followed by a carriage retur
n, i.e., 0x0D 0x0A: & echo test46a> c:\test46a.txt & echo. & echo verify that c:\test
46a.txt created by reading contents of file: & echo. & type c:\test46a.txt

Date/Time commands executed:
Thu 01/03/2013
02:21 PM

Attempt to open c:\test46a.txt to show does not exist:

The system cannot find the file specified.

Create c:\test46a.txt with the text "test46a" followed by a carriage return, i.e., 0x
0D 0x0A:

verify that c:\test46a.txt created by reading contents of file:

test46a

C:\>
```

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 52</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 53</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 54



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 55</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 56</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 57</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 58</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 59</u>

```
Command Prompt

Microsoft Windows XP [Version 5.1.2600]
(C) Copyright 1985-2001 Microsoft Corp.

C:\>echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Dele
te the file c:\test46a.txt... & echo. & del c:\test46a.txt & echo. & echo Attempt to
open c:\test46a.txt to show does not exist: & echo. & type c:\test46a.txt

Date/Time commands executed:
Thu 01/03/2013
02:22 PM

Delete the file c:\test46a.txt...


Attempt to open c:\test46a.txt to show does not exist:

The system cannot find the file specified.

C:\>
```

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 60</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 61</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 62</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 63</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 64</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 65</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 66</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 67</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 68</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 69</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 70</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

ATTACHMENT 71



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 72</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 73</u>

```
Command Prompt                                                         _ □ ×

Microsoft Windows XP [Version 5.1.2600]
(C) Copyright 1985-2001 Microsoft Corp.

C:\>echo. & echo Date/Time commands executed: & date /t & time /t & echo. & echo Now
read "creation date" and "last modified date" file properties for c:\test47_location_
a\test47.txt... & echo. & echo File creation date: & dir c:\test47_location_a\test47.
txt /T:C /O:N /a:-d | findstr /v /b /r /c:" Volume" /c:".*Dir(s)" & echo. & echo File
 last modified date: & dir c:\test47_location_a\test47.txt /T:W /O:N /a:-d | findstr
/v /b /r /c:" Volume" /c:".*Dir(s)"

Date/Time commands executed:
Thu 01/03/2013
02:42 PM

Now read "creation date" and "last modified date" file properties for c:\test47_locat
ion_a\test47.txt...

File creation date:

 Directory of c:\test47_location_a

01/03/2013  02:40 PM                    20 test47.txt
               1 File(s)             20 bytes

File last modified date:

 Directory of c:\test47_location_a

01/04/2013  02:41 PM                    20 test47.txt
               1 File(s)             20 bytes

C:\>
```

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 74</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 75</u>

Case 2:08-cr-00814-DGC   Document 960-1   Filed 02/05/13   Page 246 of 273

# Help and Support Center overview

Microsoft Help and Support Center is a comprehensive resource for practical advice, tutorials, and demonstrations to help you learn to use Microsoft Windows XP. Use the Search feature, Index, or table of contents to view all Windows Help resources, including those that are on the Internet.

In addition to Help resources, you can take advantage of various services and perform important support tasks - all from a single location.

In Help and Support, you can:

- Let a friend help you over the Internet by using Remote Assistance.
- Keep your computer up-to-date with the latest downloads from Windows Update.
- Research which hardware and software are compatible with Windows XP.
- Get help online from a support professional by using Microsoft Online Assisted Support.
- Undo changes to your computer by using System Restore.
- Use tools such as System Information to manage and maintain your computer.
- Stay current with the latest support information and Help news from sources such as Microsoft Product Support Services and your computer manufacturer.

✏ Note
- The Help topics in Help and Support Center are specific to the Windows XP operating system. Other programs that you might have installed on your computer (for example, Microsoft Word or Microsoft Excel) have their own Help topics that you can view from within those particular programs.

Related Topics

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 76</u>



## Welcome to RARLAB, home of WinRAR and RAR archivers

**Home**
**RAR**
News
Themes
Extras
**FAR**
**Downloads**
**Dealers**
Feedback
Partnership
Other

WinRAR is a powerful archive manager. It can backup your data and reduce size of email attachments, decompress RAR, ZIP and other files downloaded from Internet and create new archives in RAR and ZIP file format. You may try WinRAR before buy, its trial version is available in downloads.

| **Our shop** | **Recommended Software** |
|---|---|

-Advertisement-

Better compression, easier use, lower price. All extras included, upgrades free. Just click on the link below:

✓ **Buy WinRAR archiver**
✓ **Buy WinRAR and shareware CD**
✓ **Buy FAR 1.70 file manager**
✓ **Browse all products**

Our online service handles orders by credit cards, fax, bank/wire transfers and cheques.

**Spyware Doctor**

Spyware Doctor is a top-rated malware & spyware removal utility that detects, removes and protects your PC from thousands of potential spyware, adware, spyware trojans, keyloggers, spybots and tracking threats. Protect your privacy and computing habits from prying eyes and virtual trespassers with the help of Spyware Doctor.

Click here to download          More information

Find other fine software titles on our recommended software site

**Last updated: 21 September 2007**

✓ **WinRAR and RAR 3.71 release**
WinRAR 3.71 available in Albanian, Arabic, Azerbaijani, Belarusian, Bosnian, Bulgarian, Catalan, Chinese Simplified, Chinese Traditional, Croatian, Czech, Danish, Dutch, English, Finnish, French, German, Greek, Hebrew, Hungarian, Italian, Japanese, Korean, Lithuanian, Macedonian, Norwegian, Persian, Polish, Portuguese, Portuguese Brazilian, Romanian, Russian, Serbian Cyrillic, Serbian Latin, Slovak, Spanish, Spanish (Latin American), Swedish, Thai, Turkish, Ukrainian, Uzbek, Valencian.

Pocket RAR 3.71 available in Azerbaijani, Chinese Traditional, Danish, English, German, Italian, Korean, Polish, Spanish, Ukrainian.

✓ **New WinRAR themes**
Tulliana, Alpha Dista

✓ **FAR 1.70 release**
New FAR is out.

**Copyright © 2002-2008 Alexander Roshal. All rights reserved.**
win.rar GmbH - the official publisher for RARLAB products - handles all support, marketing and sales related to WinRAR and www.rarlab.com.



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 77</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 78</u>

Case 2:08-cr-00814-DGC   Document 960-1   Filed 02/05/13   Page 253 of 273

# Extraction path and options dialog: advanced options

You may specify the following options in this dialog:

## File time

### Set modification/creation/last access time

Windows file systems keep three different time fields for each file: last modification, creation and last access. By default WinRAR stores only last modification time, but using file time options in Time part of archiving dialog you may enable storing of creation and last access time. Even if a desired time field is present in archive, it is also necessary to set the corresponding time option in the extraction dialog to restore it on extraction. All these options are supported only by RAR archives, ZIP format supports only "Set modification time", for other formats WinRAR always restores only the modification time.

## Attributes

### Clear attribute "Archive"

Clear attribute "Archive" on the extracted files. This option is designed for backup purposes.

### Set file security

This option has meaning only for NTFS file system and allows to restore file owner, group, access control and audit information if it was previously saved in the archive. It is necessary to specify "Save file security data" option in Advanced part of archiving dialog to preserve security information when creating an archive. You need to have necessary privileges in order to use this facility. Processing of security data may decrease the speed of archiving operation, so set this option only if you understand its meaning and really need it, in most cases security processing is not required for home users.

This feature is supported only by RAR archives.

### Set attribute "Compressed"

This option allows to restore NTFS "Compressed" attribute when extracting files. WinRAR saves "Compressed" file attributes when creating an archive, but does not restore them unless this option is specified.

This feature is supported only by RAR archives.

## File paths

### Extract full paths

Usually this mode is most appropriate. WinRAR unpacks contents of archive including the path information into the destination folder.

### Do not extract pathnames

If the option is set, selected files from the root archive folder and from selected subfolders will be extracted into the destination folder. The path information is ignored.

### Extract absolute paths

If archive was created using "Store full paths including the drive letter" mode selected in Files part of archiving dialog and you set "Extract absolute paths" option, WinRAR will create unpacked files in their original folders and disks. Be careful, do not set this option unless you are completely sure that archive does not contain malicious files. You may read more about potential benefits and dangers of "Extract absolute paths" mode in the description of -ep3 switch, which is the command line equivalent of this WinRAR option. This feature is supported only by RAR and ZIP archives.

## Delete archive

### Never

Case 2:08-cr-00814-DGC   Document 960-1   Filed 02/05/13   Page 254 of 273

Do not delete an unpacked archive.

### Ask for confirmation

Ask for user confirmation before deleting an unpacked archive.

### Always

Delete an unpacked archive without a confirmation.

WinRAR deletes an archive only if it had been unpacked without errors and if all archived files were selected to unpack. If you unpack a <u>multivolume archive</u>, all its volumes will be deleted.

Note that you can save the default state of this option with "Save settings" button in <u>General</u> page of extraction dialog and it will also affect command line and context menu extraction commands. Use "Ask for confirmation" and especially "Always" mode with care. Deleting an unpacked archive can cause data loss if used improperly.

## Miscellaneous

### Check authenticity information

Check the information about creator of RAR archive added by "Put authenticity verification" option in <u>General</u> part of archiving dialog. Turning this option off can save some time when unpacking large RAR archives.

### Wait if other WinRAR copies are active

Wait if other WinRAR copies are creating, modifying or unpacking an archive and start the operation only when other WinRAR tasks are complete. If you are going to perform several archiving or decompressing tasks, such queued execution can help to reduce amount of disk seeks and improve overall performance.

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 79</u>

Case 2:08-cr-00814-DGC   Document 960-1   Filed 02/05/13   Page 256 of 273

## Archive name and parameters dialog: time options

### High precision modification time

If this option is disabled, file modification time is stored with two seconds precision. It is enough for FAT file system, but insufficient for NTFS. Enabling this option may slightly increase the archive size, up to 5 bytes per each archived file, but it allows WinRAR to preserve the file time with 0.0000001 second precision. WinRAR automatically turns off the high precision mode if it is not supported by source file system, so it will not increase the archive size when compressing FAT disks. Supported only by RAR archives.

### "Store creation time" and "Store last access time"

Windows file systems keep three different time fields for each file: last modification, creation and last access. By default WinRAR stores only last modification time, but using these options you may enable storing of creation and last access time. It may be useful for backups. Supported only by RAR archives.

Note that you need to enable "Set creation time" and "Set last access time" options in the "Advanced" part of extraction dialog to restore these times when extracting files.

### Include files: of any time / older than / newer than / modified before / modified after

The default value of this option is "any time", so WinRAR will archive all selected files regardless of their time stamp. But changing it to "older than" or "newer than" you may force WinRAR to archive only those files which are older or newer than a specified number of days, hours and minutes. For example, it can be useful if you wish to archive only files modified in last 3 days. Using "modified before" or "modified after" you may choose only those files which are older or newer that the concrete specified date.

### Set archive time to: current system time / original archive time / latest file time

The default value of this option is the "current system time", so every new or modified archive receives the current system time. But you also may set this option to the "original archive time" to prevent the archive time from changing or to the "latest file time" to set the time of a changed archive to the time of the newest file in the archive.

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 80</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 81</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 82</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 83</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 84</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 85</u>



DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows*
*NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 86</u>

DECLARATION UNDER PENALTY OF PERJURY
*File modified dates are the most accurate Microsoft Windows
NTFS file property to period a file*

By Daniel Rigmaiden

<u>ATTACHMENT 87</u>

# Analysis Report - T_drive.rar

Analysis Report - T_drive.rar


INVESTIGATION NAME:   DANIEL RIGMAIDEN
INVESTIGATION NUMBER:   1000220515

FORENSIC EXAMINER:   SA-CIS Tracy L. Daun, IRS-CI

DESCRIPTION OF EVIDENCE:   Files archived out using WinRAR
LOCATION OF EVIDENCE:   "T" Drive of IBM ThinkPad
found on and unsecured at the execution of the search warrant.
ADDRESS:   431 El Camino Real, Apt 1122, Santa Clara CA   95050
IMAGE ID:   \T.filesalot\T_drive.rar
IMAGE HASHES:
     MD5:   \T.filesalot\T_drive.md5

The use of files from this report are subject to the parameters of
the Search Warrant and associated Attachment B.

*****************************************************************************
*************************************************************************
Examiner Note:

The file path of each file was prefaced with "Daniel Rigmaiden\Single
Fingles\Extracted Files\" by the examiner and the forensic software.   This
portion of the file path did not exist on the original computer.

Files have been extracted with the original file path into its respective
folder.

*****************************************************************************
*************************************************************************

# Analysis Report - T_drive.rar

File Ext:
File Type:
Full Path:

File Created:     05/20/09 02:42:08PM
Last Written:     04/01/08 03:18:21AM
Last Accessed: 08/14/09 12:56:17PM
Is Deleted:       No
Hash Value:

---

Name:
File Ext:
File Type:
Full Path:

File Created:     05/20/09 02:42:24PM
Last Written:     07/17/08 06:29:40PM
Last Accessed: 08/14/09 12:56:17PM
Is Deleted:       No
Hash Value:

---

Name:
File Ext:
File Type:
Full Path:
File Created:     05/20/09 02:43:17PM
Last Written:     04/06/08 05:50:27PM
Last Accessed: 08/14/09 12:56:17PM
Is Deleted:       No
Hash Value:

---

Name:
File Ext:
File Type:
Full Path:
File Created:     05/20/09 02:43:17PM
Last Written:     05/10/08 06:25:46PM
Last Accessed: 08/14/09 12:56:17PM
Is Deleted:       No
Hash Value:

**********************************************************************************
*****************************************************************************

Information Regarding any Online Identity with Online Communications Service (15)

---

Name:              aim_buddy_list.txt
File Ext:          txt
File Type:         Text
Full Path:                                                    \aim_buddy_list.txt
File Created:     05/20/09 02:34:04PM
Last Written:     11/29/06 01:14:12AM
Last Accessed: 08/14/09 12:56:17PM
Is Deleted:       No