**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ  85006
(602) 254-8817

**Shadow Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 08-0814-PHX-DGC |
| | ) | |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | EX PARTE MOTION FOR LEAVE TO |
| vs. | ) | FILE OVERSIZED DOCUMENT |
| | ) | BY DELIVERING A CD ROM OF SAME |
| Daniel David Rigmaiden, | ) | TO THE CLERK AS MOOT |
| | ) | |
| Defendant. | ) | |

COMES NOW the Philip A. Seplow, shadow counsel for Defendant Daniel David Rigmaiden, and withdraws Defendant's Ex Parte Motion for Leave to file Defendant's Submission of Technical Declarations in Support of Various Suppression Filings Relating to Search and Seizure of Digital Data and the attached seven Declarations. The Motion is moot as Defendant successfully filed the documents this date.

RESPECTFULLY SUBMITTED this 5th day of February, 2013.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
Philip A. Seplow, Esq.
Attorney for Defendant

1

CERTIFICATE OF SERVICE

__X__ I hereby certify that on February 5, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

       Frederick Battista, Esq.
       Assistant United States Attorney

_X_ I hereby certify that on February 5, 2013, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

       Daniel Rigmaiden
       Reg# 10966111
       CCA
       P O Box 6300
       Florence AZ  85132-6300
       Defendant *pro se*

                                        S/ Philip A. Seplow