1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF ARIZONA

9

10  United States of America,              No. CR08-814-PHX-DGC

11         Plaintiff,                      MOTION TO CONTINUE TRIAL

12  v.                                     (20th Request)

13  Daniel David Rigmaiden, et al.,

14         Defendant.

15

16         Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this

17  *Motion To Continue Trial*, 20th request.  Through this motion, the defendant requests that the

18  Court continue the trial in this matter—presently set for February 12, 2013[1]—for a period

19  of ninety (90) days and extend the deadline for pretrial motions—presently set for January

20  15, 2013[2]—an equal amount of time.  The pending Fourth Amendment suppression issues

21  are yet to be resolved and must be resolved prior to trial.  Oral arguments on suppression

22  related filings are set for March 28, 2013.  Additionally, the defendant is still waiting for his

23  defense to begin interviewing trial witnesses.  The *pro se* defendant was unable to obtain the

24  positions of other parties regarding this request for a continuance.

25                                  * * * * *

26         Based on the points and authorities set forth herein, the defendant respectfully

27  _____

28  1.    *See September 19, 2012 Court Order* (Dkt. #886).
    2.    *See id*.

                              - 1 -

*MOTION TO CONTINUE TRIAL (20th Request)*
*CR08-814-PHX-DGC*

1  requests that this motion be granted and that the proposed order be issued.

2          This motion and all attachments were drafted and prepared by the *pro se* defendant,

3  however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all

4  attachments on his behalf using the ECF system.

5          LRCrim 12.2(a) requires that the undersigned include the following statement in all

6  motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this

7  motion or of an order based thereon."

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*MOTION TO CONTINUE TRIAL (20th Request)*
*CR08-814-PHX-DGC*

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

CERTIFICATE OF SERVICE

I hereby certify that on:                    I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION TO CONTINUE TRIAL (20th Request)*
*CR08-814-PHX-DGC*