# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>        Defendant. | No. CR08-814-PHX-DGC<br><br>ORDER CONTINUING TRIAL<br><br>(RE: 20th Request) |

This matter is before the Court pursuant to the defendant's *Motion To Continue Trial* (20th request) requesting that the Court continue the trial ninety (90) days.

There being good cause shown, the Court finds that failure to continue the proceedings in this case would deny the *pro se* defendant the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). Therefore, the ends of justice served by granting the defendant's continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED** that the trial in the above captioned case be continued from February 12, 2013, to _____ at _____.

**IT IS FURTHER ORDERED** extending the deadline for filing pretrial motions to _____.

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on the _____ day of _____, 20____, for a total of ____ days.

- 1 -

DATED this _____ day of _____, 20_____.