1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | NOTICE TO COURT OF THE CORRECT FILING TO REVIEW PRIOR TO MARCH 28, 2013 ORAL ARGUMENTS |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Notice To Court Of The Correct Filing To Review Prior To March 28, 2013 Oral Arguments*. On January 29, 2013, the Court issued an order setting March 28, 2013 oral arguments on motions relating to suppression issues. *See* Dkt. #957. In the Court's order, the Court noted that it "will have thoroughly reviewed all filings related to the pending motions before the hearing..." *Id.*, p. 1-2. The associated docket entry for the order lists various motions relevant to the hearing. One listed motion is the defendant's *First Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under N.D.Cal. Warrants* (Dkt. #867).

The defendant is filing this notice to notify the Court that certain sections of Dkt. #867 contain inaccurate facts and arguments considering the document was drafted/filed at a time when the government was withholding relevant and helpful evidence. The defendant made note of the factual inaccuracies, *etc.* in his *Motion For Leave To Amend Dkt. #867 First Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence Under*

- 1 -

1 | *N.D.Cal. Warrants Or, In The Alternative, To Dismiss The Case With Prejudice* (Dkt. #934)

2 | [Re: *Second Supplement To Motion To Suppress RE: Search And Seizure Of Digital Evidence*

3 | *Under N.D.Cal. Warrants* (Dkt. #934-1 [Proposed])]. After the defendant filed Dkt. #867 on

4 | August 2, 2012, the government provided the defendant with previously withheld evidence

5 | relating to the search and seizure of digital data. The new evidence, which was provided on

6 | October 22, 2012, is on the record at Dkt. #929. The new evidence not only acted to change

7 | the facts of the case but it also acted to change the defendant's Fourth Amendment arguments

8 | previously raised at Dkt. #867. Therefore, based on the new October 22, 2012 evidence, the

9 | relevant facts and arguments were updated and superseded via Dkt. #934-1.

10 |      Because Dkt. #867 was listed in the docket entry associated with Dkt. #957, the

11 | defendant is concerned that the Court will spend time reviewing Dkt. #867 and become

12 | apprised of inaccurate facts and outdated arguments. The proper document to review is Dkt.

13 | #934-1 considering it incorporates the evidence the government withheld prior to October

14 | 22, 2012 and, therefore, supersedes Dkt. #867. To do otherwise would mean the government

15 | is rewarded for withholding relevant and helpful evidence. *See also Motion Requesting*

16 | *Sanctions For Discovery Violations RE: Digital Evidence Search* (Dkt. #932, p. 4)

17 | ("[H]aving the facts constantly change via the government's continuous belated discovery

18 | and intentional concealment of evidence is causing the defendant's arguments to become

19 | confusing, convoluted, and dispersed across multiple separate filings with each having a

20 | version of facts outdated by the most recent belated discovery....").

21 |      This notice was drafted by the *pro se* defendant, however, he authorizes his shadow

22 | counsel, Philip Seplow, to file this notice on his behalf using the ECF system.

23 |      It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

24 | result of this submission.

25 | ///

26 | ///

27 | ///

28 | ///

- 2 -

*NOTICE TO COURT OF THE CORRECT FILING TO REVIEW PRIOR TO MARCH 28, 2013 ORAL ARGUMENTS*
*CR08-814-PHX-DGC*

1 | Respectfully Submitted:

3 | PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

6 | s/ Philip Seplow
Philip Seplow
Shadow Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on:                    I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004


By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))