1
2
3
4
5

6            IN THE UNITED STATES DISTRICT COURT
7                 FOR THE DISTRICT OF ARIZONA
8

9  United States of America,        )   CR 08-00814–1-PHX-DGC
                                    )
10         Plaintiff,                )   **ORDER** GRANTING MOTION TO
                                    )   CONTINUE TRIAL
11  vs.                              )   (  20th Request)
                                    )
12                                   )
    Daniel David Rigmaiden,          )
13                                   )
           Defendant.                )
14                                   )
                                    )
15

16    Upon motion of Defendant and no objection by the Government, and good cause
17 appearing,
18    **IT IS ORDERED** granting Defendant's Motion to Continue Trial for the reasons
19 stated in Defendant's motion, including that defendantl needs additional time to prepare for
20 trial.
21    This Court specifically finds that the ends of justice served by granting a continuance
22 outweigh the best interests of the public and the defendant in a speedy trial.  This finding is
23 based upon the Court's conclusion that the failure to grant such a continuance would deny
24 Defendant the reasonable time necessary for effective preparation, taking into account the
25 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
26    **IT IS FURTHER ORDERED** continuing the trial from February 12, 2013 to **May**
27 **14, 2013 at 9:00 a.m.**
28

1   **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and
2   served in this matter, that they remain in effect and are answerable at the new trial date and
3   the party who served the subpoena should advise the witnesses of the trial date.
4   **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.
5   §3161(h)(7)(A) and (B) will commence from February 12, 2013  to May 14, 2013
6   **IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the
7   possibility of settlement and should settlement be reached, the parties shall notify the Court.
8   DATED this 20th day of February, 2013.

*David G. Campbell*
United States District Judge