IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-00814-1-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Daniel David Rigmaiden, | ) | |
| Defendant. | ) | |

Defendant has filed a motion for clarification. Doc. 972. For purposes of oral argument, Defendant and the government should assume that the Court will consider all evidence submitted by Defendant, including evidence submitted in supplemental filings and motions.

DATED this 22nd day of February, 2013.

David G. Campbell
United States District Judge

cc: Rigmaiden