# EXHIBIT 1

```
         FILED        LODGED
         RECEIVED     COPY

         JUN 1 6 2008

         CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
         BY    SMW         DEPUTY
```

1  DIANE J. HUMETEWA
   United States Attorney
   District of Arizona
2  ▮▮▮▮▮▮▮▮▮▮
   Assistant U.S. Attorney
3  Two Renaissance Square
   40 N. Central Avenue, Suite 1200
   Phoenix, Arizona 85004-4408
4  Arizona State Bar No.▮
   Telephone: (602)▮▮▮▮
5  Raymond.woo@usdoj.gov

6                     UNITED STATES DISTRICT COURT

7                           DISTRICT OF ARIZONA

8  IN THE MATTER OF THE                No. ▮▮▮▮▮▮▮▮
   APPLICATION OF THE UNITED
9  STATES OF AMERICA FOR AN ORDER
   AUTHORIZING THE INSTALLATION      APPLICATION FOR TRACKING
10 AND USE OF A MOBILE TRACKING       DEVICE WARRANT PURSUANT
   DEVICE ON CELLULAR TELEPHONE       TO TITLE 18 U.S.C. § 3117 AND
11 NUMBER▮▮▮▮▮▮▮ MOBILE                         RULE 41
   EQUIPMENT IDENTIFIER (MEID)
12 ▮▮▮▮▮▮▮▮▮▮
                                              Under Seal
13 _____

14       ▮▮▮▮▮▮▮▮▮▮ an attorney of the United States Department of Justice, hereby

15 submits to this Court an application for a Warrant pursuant to 18 United States Code § 3117

16 and Fed. R. Crim. P. 41, authorizing the installation and use of a mobile tracking device on

17 cellular telephone number ▮▮▮▮▮▮▮ (the "target cellular telephone"). In support of

18 this application, he states the following:

19       1.   Applicant is an "attorney for the government" as defined in Fed. R. Crim. P.

20 1(b)(1)(B).

21       2.   Applicant certifies that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is

22 conducting a criminal investigation of unidentified subjects in connection with the possible

23 violations of ▮ U.S.C. § ▮▮▮▮▮▮ and ▮ U.S.C. § Section ▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮. These violations are related to ▮▮▮▮▮ identified in the attached

25 affidavit by Special Agent ▮▮▮▮▮▮▮▮. It is believed that the target of the

26 investigation is utilizing cellular telephone with the number ▮▮▮▮▮▮▮. The cellular

27

28

1. telephone number ▓▓▓▓▓▓ is serviced by Cricket Communications. It is believed that the target of the investigation is using this cellular telephone number in furtherance of the aforementioned offenses. As described in the Affidavit by ▓▓▓▓▓▓ Special Agent ▓▓▓▓▓▓ attached hereto, there is probable cause to believe that cellular telephone location information is relevant and material to the ongoing criminal investigation regarding the aforementioned offense.

3. Applicant further requests that the Court issue a Warrant authorizing any installation of a mobile tracking device within 10 calendar days of the date of the Warrant during daytime hours. Applicant requests that the authorization to install, operate, and monitor the mobile tracking device terminate no later than 45 days from the date of this Warrant.

4. The United States seeks the cellular telephone location information on an ongoing and real-time basis, including but not limited to identifying the specific nearest cell sites activated or accessed by the targets cellular telephone, and identifying the signal direction and strength of communications between the activated cell site(s) and the targets cellular telephone. The United States does not seek the content of any wire or electronic communications. Used in this manner, the cellular telephone location information will generate data to track the general location of the user of the target cellular telephone. As such, the United States seeks authorization to use a mobile tracking device.

5. Applicant further requests that the authorization given be intended to apply not only to the target telephone listed above, but to the same Electronic Serial Number/International Mobile Subscriber Identity (MEID/IMSI), utilized by the targets telephone within the forty-five (45) day period.

6. Pursuant to Fed. R. Crim. P. 41(f)(3), 18 U.S.C. Section 3103(a), and 18 U.S.C. Section 2705, the applicant requests that the Court delay the government's notice

1  requirements. Delaying the government's notice requirements is within the interests of
2  justice as notification would seriously jeopardize an ongoing investigation, and endanger ▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Therefore, Applicant respectfully requests that the Court seal
4  (1) the affidavit by Special Agent ▮▮▮▮▮▮▮▮▮▮ (2) this application, (3) any order
5  arising from this application, and (4) any return of service unless otherwise ordered by the
6  Court.
7      7.  Applicant further requests that the Court order Cricket Communications, Inc. and
8  its agents and employees not to disclose to the subscriber, or any other person, the existence
9  of this Warrant or of this investigation unless otherwise ordered by the Court, because there
10 is reason to believe that such notification will jeopardize the investigation.
11     The Applicant submits that it is well settled that the Court has the inherent power to
12 seal affidavits in support of search warrants to protect an ongoing investigation. *State of*
13 *Arizona v. Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982). This power is not limited to search
14 warrant affidavits as the courts have the inherent power to "control papers filed with the
15 courts within certain constitutional and other limitations." *In re Sealed Affidavit(s) to Search*
16 *Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979).
17     9.  Based on these specific and particular facts, the applicant submits that there is
18 probable cause to authorize the installation and use of a mobile tracking device.
19
20
21
22
23
24
25
26
27
28

1   WHEREFORE, it is respectfully requested that the Court grant a Warrant (1)
2   authorizing any installation of a mobile tracking device within 10 calendar days of the date of
3   the Warrant during daytime hours and evening hours, and (2) permitting operation and
4   monitoring of the mobile tracking device not to exceed 45 days from the date of this Warrant.
5       The United States requests the Warrant and Appliation be filed under seal.
6   I declare under penalty of perjury that the foregoing is true and correct under 28 U.S.C. §
7   1746.
8
9       Executed on June 12, 2008. _____.
10              DIANE J. HUMETEWA
                United States Attorney
11              District of Arizona
12
13              ███████████████████████
                Assistant U.S. Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
                            4
27
28

## Affidavit

I, █████████████ being duly sworn, hereby depose and state as follows:

1. I am a Special Agent (SA) with █████████████████████████ currently serving in the ████████████████████████████████ I have been employed as a Special Agent for ██████████████████████ and have been responsible for conducting criminal investigations regarding violations of law committed against the United States. Based upon my personal observations, consultation with other agents and law enforcement officers, and a review of the records, I have learned the following facts:



6. Based upon the foregoing, I believe that probable cause exists that the targets of this investigation are ███████████████████████████ operating in violation of Title ███ United States Code, Section ██████ and Title ███ United States Code Section ███

7. The use of a cellular telephone site monitor and mobile tracking device will significantly aid in the ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ location identification, and arrest of ▉▉ ▉▉▉▉▉▉▉▉ and other members of ▉▉▉▉▉▉▉▉▉ Based upon my experience, and consultation with other agents and law enforcement officers, the process to track and locate a cellular telephone can take several hours.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Sworn to before me and subscribed to in my presence, this 12th day of June, 2008.

*Lawrence O. Anderson*

Lawrence O. Anderson
United States Magistrate Judge

```
         FILED      ____ LODGED
         RECEIVED   ____ COPY

              JUN 1 6 2008

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A MOBILE TRACKING DEVICE ON CELLULAR TELEPHONE NUMBER ▮▮▮▮▮▮▮ MOBILE EQUIPMENT IDENTIFIER (MEID) ▮▮▮▮▮▮▮ | No. ▮▮▮▮▮▮▮<br><br>**WARRANT FOR A TRACKING DEVICE**<br><br>**Under Seal** |

This matter having come before the Court pursuant to an application under 18 United States Code § 3117 by ▮▮▮▮▮▮▮ an attorney for the government, which requests a warrant under 18 United States Code § 3117 and Fed. R. Crim. P. 41 authorizing the installation and use of a mobile tracking device on cellular telephone number ▮▮▮▮ (the "target cellular telephone"). The Court finds that there is probable cause to believe that the person(s) is using the target cellular telephone in furtherance of violations of violations related to ▮ U.S.C. § ▮▮▮ and ▮ U.S.C. § ▮▮▮

**IT IS ORDERED**, pursuant to 18 U.S.C. § 3117, that agents of ▮▮▮▮▮▮▮ may install and use a mobile tracking device on the target cellular numbers described above.

1

CD-M-6

1   **IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 41(e)(2)(B)(i), any
2   installation of a mobile tracking device, if applicable, shall be completed within 10 calendar
3   days of the date of the Warrant, such installation is authorized only during daytime hours.
4   **IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 41(e)(2)(B), the
5   mobile tracking may be operated, used and monitored for no more than forty-five (45) days
6   from the date of the Warrant; and
7   **IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 41(e)(2)(B), the
8   tracking device warrant shall be returned to United States Magistrate Judge Lawrence O.
9   Anderson, or any other available Duty Magistrate Judge; and
10  **IT IS FURTHER ORDERED** that this authorization shall apply not only to the
11  above-described telephone, but also to the same mobile equipment identifier (MEID) or
12  international mobile subscriber identity (IMSI) associated with the above-described
13  telephone, and to any additional changed telephone number, MEIDs or IMSIs listed to the
14  same subscriber account as the target telephone within the forty-five (45) day period; and
15  **IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3117(a), the
16  authorization to install and use a mobile tracking device be without geographic limits; and
17  **IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 41(f)(2)(B), within
18  10 calendar days after the use of the tracking device has ended, the officer executing the
19  warrant shall return the warrant to United States Magistrate Judge Lawrence O. Anderson, or
20  any other available Duty Magistrate Judge; and,
21
22
23
24
25
26
27                                              2
28

1
2          **IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. § 3123(d), that this Order and
3   the application be sealed until otherwise ordered by the Court, and that the service providers,
4   including but not limited to Cricket Communications, Inc, shall not disclose the existence of
5   the warrant or mobile tracking device, or the existence of the investigation to the listed
6   subscriber, or to any other person, unless or until otherwise ordered by the Court.
7
8          Dated this 12th day of June, 2008.
9
10                                  Hon. Lawrence O. Anderson
                                    United States Magistrate Judge
11
12
...
28

3

# RETURN

| Date Warrant Received | Date and Time Executed | Copy of Warrant and Receipt for Items Left with |
|---|---|---|
| June 12, 2008 | ▮ | Cricket Communication Inc. |

Inventory Made in the Presence of
Special Agent ▮

Inventory of Person or Property Taken Pursuant to the Warrant

Digital Global Positioning Satellite Data utilized to locate the target cellular number ▮ began at ▮ hours on ▮ and was terminated at approximately ▮ hours on ▮ The digital information, from calls originating from and received by ▮ was used to track the target telephone to ▮ The cellular telephone was located at ▮ therefore a notification to the subscriber will be given in the form of a registered letter.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this 13th day of June, 2008.

*Lawrence O. Anderson*
United States Magistrate Judge