1  Daniel Rigmaiden
   Agency # 10966111
2  CCA-CADC
   PO Box 6300
3  Florence, AZ 85132
   Telephone: none
4  Email: none

5  Daniel David Rigmaiden
   Pro Se, Defendant

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9

10  United States of America,            No. CR08-814-PHX-DGC

11         Plaintiff,                    NOTICE OF WHERE THE WORD
                                         "PRELIMINARY" APPEARS IN THE
12  v.                                   WARRANT AFFIDAVITS RE: MR.
                                         FLYNN'S HANDWRITING
13  Daniel David Rigmaiden, et al.,      COMPARISON OF APARTMENT
                                         RENTAL APPLICATION
14         Defendant.

15

16         Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Notice Of*

17  *Where The Word "Preliminary" Appears In The Warrant Affidavits RE: Mr. Flynn's*

18  *Handwriting Comparison Of Apartment Rental Application*.  While at the March 28, 2013

19  court hearing, the defendant paraphrased a section of the warrant affidavit in support of a

20  warrant used to search apartment No. 1122.  The defendant indicated that forensic document

21  examiner William J. Flynn conducted a "preliminary review" of the handwriting contained

22  on a Sacramento PO Box application completed by a "Patrick Stout" and of the handwriting

23  contained on the rental application for apartment No. 1122.  The Court then asked if the

24  warrant affidavit actually contains the word "preliminary" and, if so, in what paragraph.  The

25  defendant initially indicated Dkt. #566-1, p. 33, but then expressed unsureness due to his

26  belief that it was at a different location.  The Court then indicated that the location indicated

27  by the defendant was correct and that the warrant affidavit did not contain the word

28  "preliminary."

                                         - 1 -

1    While the defendant did not come to the conclusion at the time of the hearing, the

2    handwriting analysis is mentioned twice in the affidavit.  The paragraph reviewed by the

3    Court, *i.e.*, Dkt. #566-1, p. 33, ¶ 106, does ***not*** contain the word "preliminary."  However, the

4    defendant was paraphrasing a different paragraph, *i.e.*, p. No. 35, ¶ 108.h, of Dkt. #566-1,

5    which does contain the word "preliminary" as the defendant claimed:

6    > On July 21, 2008, Forensic Document Examiner William J. Flynn conducted a
   > **preliminary handwriting analysis** of the original rental application
7    > documents for 431 El Camino Real, Apartment 1122 and the original
   > application documents for the Sacramento Post Office Box.  A **preliminary**
8    > **review** of the documents by Mr. Flynn has indicated it appears that both
   > applications were completed by the same individual.
9

10   > Dkt. #566-1, p. 35, ¶ 108.h (emphasis added).  *See also* Dkt. #464-2, p. 36, ¶
   > 108.h, Dkt. #845-1, p. 51, ¶ 108.h, and Dkt. #846-1, p. 51, ¶ 108.h.

11

12   This notice was drafted by the *pro se* defendant, however, he authorizes his shadow

13   counsel, Philip Seplow, to file this notice on his behalf using the ECF system.

14   It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

15   result of this submission.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

*NOTICE OF WHERE THE WORD "PRELIMINARY" APPEARS IN THE WARRANT AFFIDAVITS RE: MR. FLYNN'S HANDWRITING COMPARISON OF APARTMENT RENTAL APPLICATION*
*CR08-814-PHX-DGC*

Respectfully Submitted:

PHILP SEPLOW, Shadow Counsel, on behalf of DANIEL DAVID RIGMAIDEN, Pro Se Defendant:

s/ Philip Seplow

Philip Seplow
Shadow Counsel for Defendant.

CERTIFICATE OF SERVICE

I hereby certify that on:                    I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Taylor W. Fox, PC
Counsel for defendant Ransom Carter
2 North Central Ave., Suite 735
Phoenix, AZ 85004

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Peter S. Sexton
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

James R. Knapp
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

By: s/ Daniel Colmerauer
(Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

- 3 -