Daniel J. Pochoda (SBA 021979)
Kelly J. Flood (SBA 019772)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
dpochoda@acluaz.org
kflood@acluaz.org

Linda Lye (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm St., 2nd Floor
San Francisco, California 94111
Telephone (415) 621-2493
llye@aclunc.org

Hanni M. Fakhoury (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x. 117
hanni@eff.org

Counsel for Amici Curiae

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-cr-814-DGC |
| | ) | |
| Plaintiff, | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | **FOR ELECTRONIC FRONTIER** |
| v. | ) | **FOUNDATION** |
| | ) | |
| DANIEL DAVID RIGMAIDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

1        TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF

2  THE ABOVE COURT:

3        PLEASE TAKE NOTICE that Hanni Fakhoury, counsel for Amicus Curiae Electronic

4  Frontier Foundation, is relocating.  As of April 12, 2013, his new address will be:

5        Hanni Fakhoury, Esq.
          ELECTRONIC FRONTIER FOUNDATION
6        815 Eddy Street
7        San Francisco, California  94109

8        Our telephone and facsimile numbers will remain the same.

9

10  DATED:  April 7, 2013        Respectfully submitted,

11

12                    By: _/s/ Hanni Fakhoury_____
                    Hanni M. Fakhoury
13                  ELECTRONIC FRONTIER FOUNDATION
                    454 Shotwell Street
14                  San Francisco, CA 94110
                    Telephone: (415) 436-9333 x. 117
15                  hanni@eff.org

16                  Counsel for Amici Curiae

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ADDRESS FOR ELECTRONIC FRONTIER
FOUNDATION
CASE NO.: 2:08-CR-814-DGC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on April 7, 2013, in San Francisco, California.

*/s/ Hanni Fakhoury*
Hanni Fakhoury

NOTICE OF CHANGE OF ADDRESS FOR ELECTRONIC FRONTIER
FOUNDATION
CASE NO.: 2:08-CR-814-DGC