JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Daniel David Rigmaiden,<br><br>    Defendant. | No. CR-08-0814-001-PHX-DGC<br><br>**SUPPLEMENTAL MEMORANDUM RE HANDWRITING ANALYSIS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS** |

The United States, through undersigned counsel, hereby submits the following Supplemental Memorandum to Government's Response to Defendant's Motion to Suppress. This Memorandum is being submitted in response to defendant's Notice of Where the Word "Preliminary" Appears in the Warrant Affidavits Re: Mr. Flynn's Handwriting Comparison of Apartment Rental Application with respect to defendant's pending collective motion to suppress. (CR 988.) For the Court's information, the first search warrant executed at defendant's apartment, 08-70460-HRL was authorized on July 30, 2008. Paragraph 106 of the Affidavit submitted in support of the search warrant application contains the following statements regarding handwriting analysis:

> 106. On July 21, 2008, Forensic Document Examiner William J. Flynn conducted a handwriting analysis of the original application documents for 431 El Camino Real, Apartment 1122 and the original application documents for the Sacramento Post Office Box. After conducting the analysis of the documents, Mr. Flynn has advised that forensic evidence indicates common authorship among the documents.

In addition, Paragraph 108(h) of the same Affidavit contains the following statements regarding handwriting analysis:

> [108]h. On July 21, 2008, Forensic Document Examiner William J. Flynn conducted a preliminary handwriting analysis of the original rental application documents for 431 El Camino Real, Apartment 1122 and the original application documents for the Sacramento Post Office Box. A preliminary review of the documents by Mr. Flynn has indicated it appears that both applications were completed by the same individual.

Prior to the submission of the affidavit on July 30, 2008, Mr. Flynn had completed his analysis on July 23, 2008, and had informed the Postal Inspection Service case agent of the results prior to July 30, 2008. (See Redacted Exhibit No. 1, Report dated July 23, 2008, Discovery Hand Delivered to Defendant on October 15, 2009, Page 5401.)

Respectfully submitted this 9th day of April, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/Frederick A. Battista
FREDERICK A. BATTISTA

JAMES R. KNAPP
PETER S. SEXTON
Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that on April 9, 2013, I caused the attached document and exhibits to be filed via electronic transmission to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Phil Seplow
Shadow Counsel for Defendant

On April 9, 2013, copy of the attached document will also be mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

S/Frederick A. Battista
FREDERICK A. BATTISTA
Assistant U.S. Attorney

2