Redacted Exhibit No. 1,
Report Dated July 23, 2008,
Discovery Hand Delivered to Defendant on October 15, 2009,
Page 5401.



**AFFILIATED FORENSIC LABORATORY Incorporated**

Questioned Document Examinations

William J. Flynn, B.S., D-ABFDE
Kathleen Annunziata Nicolaides, B.A., D-ABFDE
Handwriting and Signature Examinations
Examinations of Machine and Computer Generated Documents
Forensic Medical Record Examinations
Specializing in Testing of Instant Winner Lottery Tickets

July 23, 2008

James L. Wilson
Postal Inspector
US Postal Inspection Service

*Re:* **1219-1672940-IT(1)**
*Laboratory #08-2114.1*

Dear Inspector Wilson:

At your request, a forensic handwriting examination was conducted in order to determine if certain handprinted entries appearing on the below items are of common authorship. The following original items were examined:

Items 1 & 2:   Application for Post Office Box or Caller Service (Parts 1 and 2) in the name of Patrick Stout.

Items 3 & 4:   Application for Post Office Box or Caller Service (Parts 1 and 2) in the name of Edward Berner

Item 5   Rental Application dated 10-18-2007 in the name of Steven T. Brawner.

Microscopic examination of Items (1-5) has shown a consistency of handprinting habit in both gross and subtle features. In addition, there were no unexplainable differences found in the three sets of writings. In the opinion of the undersigned it is considered highly probable that the handprinted texts (in black ink) on Items (1-5) are all of common authorship.

Sincerely,

William J. Flynn
Senior Forensic Analyst

WJF/cmk



Defendant's Copy 5401