# DECLARATION UNDER PENALTY OF PERJURY

I, Daniel David Rigmaiden, declare as follows:

1. Between January 1, 2005 and August 3, 2008, I had legitimate sources of income. Evidence of these sources of income are on the seized data storage devices which were originally located in my home residence. I believe I can locate the evidence by accessing the images of the seized hard drives.

2. This declaration is being submitted under the protections of Simmons. See Simmons v. United States, 390 U.S. 377, 394 (1968) (Holding that "when a defendant testifies in support of a motion to suppress evidence on Fourth Amendment grounds, his testimony may not thereafter be admitted against him at trial on the issue of guilt unless he makes no objection.") I object to the government attempting to introduce this declaration as evidence at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2013, in Florence, Arizona, United States of America.

Daniel David Rigmaiden

*Daniel Rigmaiden*

Daniel Rigmaiden
Agency #10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132