**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In the Matter of Criminal Cases Set for Trial on May 14, 2013, | )<br>)<br>)  **ORDER**<br>)<br>)<br>) |

  TO COUNSEL: THE FOLLOWING CASES ARE SET FOR TRIAL ON May 14, 2013:

  CR 08-814 PHX Daniel David Rigmaiden

  CR 11-233 PHX Mark Terrence Klos

  CR 12-982 PHX Ambrosio Nunez-Lopez

  CR 12-1308 PHX Danragh Miguel Maragh

  CR 12-1449 PHX Manuel Campos-Lopez

  CR 12-1716 PHX Gary Stephen Vogt

  CR 12-1932 PHX Marivel Flores-Gonzalez

  CR 12-2030 PHX Salvador Gonzalez-Diaz

  CR 13-221 PHX Alan Jeffrey Farber

  CR 13-288 PHX Arturo Ventura Bandin

  CR 13-343 PHX Roger Phillip Jackson

  CR 13-372 PHX Salvador Figueroa-Luna

  CR 13-428 PHX German Lizarraga Ochoa

  CR 13-442 PHX Rene rabago-Mendez

1. CR 10-8216 PCT Kennith Lee Defoor
2. CR 12-8191 PCT Ricky Dee Tsosie
3. CR 12-8247 PCT Terry Harris Lee
4. CR 12-8261 PCT Pauline Mae Walema
5. CR 13-8040 PCT Gawain Joseph Onsae
6. CR 13-8041 PCT Lennie Benally
7. CR 13-8077 PCT Valentin Rodriguez-Garcia

In order to properly administer the calendar, a status conference is necessary.

IT IS HEREBY ORDERED that all counsel appear at a status conference on **April 23, 2013, at 4:30 p.m.** Each of these cases affects the docketing of the other cases. Therefore, no counsel shall be excused until the proceedings are concluded. No substitution of counsel will be permitted. Because this is a status conference, it will not be necessary for the Defendant(s) to appear in person.

IT IS FURTHER ORDERED that <u>three days prior</u> to attending the status conference, counsel must complete the following:

1. Meet personally and agree:
   a. Whether the case will proceed to trial or be resolved by a plea.
   b. Whether either party will seek a continuance.
   c. What motions, if any, can be resolved by stipulation of counsel.
   d. What disputed motions, if any, will be filed and need to be resolved.
   e. Whether either party has filed or anticipates filing <u>motions in limine.</u>
2. File all 404(b) notices and LRCrim 16.1 notices.
3. Resolve any discovery disputes.

The topics listed in paragraphs 1 - 3 will be discussed and disputed issues resolved at the status conference.

If a change of plea for a Defendant has been scheduled or a Motion to Continue has been <u>granted</u> before the status conference, the hearing for that Defendant will be vacated.

IT IS FURTHER ORDERED that you shall **e-mail**, *not telephone*, the courtroom deputy at Traci_Abraham@azd.uscourts.gov or view this Court's calendar on the internet at www.azd.uscourts.gov to confirm that the status hearing has been vacated.

ALL STIPULATED MOTIONS TO CONTINUE MUST BE FILED **TWO BUSINESS DAYS** PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE. **THE ORDER TO CONTINUE MUST INCLUDE LANGUAGE VACATING THE STATUS CONFERENCE.** CHANGE OF PLEA REQUESTS MUST BE MADE NO LESS THAN ONE (1) BUSINESS DAY PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE.  In addition to e-filing the Motion, counsel are also directed to e-mail the Motion(in .pdf format) and Proposed Form of Order (in Word or Word Perfect 9.0 Format) in **one e-mail** to chambers mailbox (campbell_chambers@azd.uscourts.gov).

No excludable delay shall result from the entry of this Order.

DATED this 15th day of April, 2013.

_____
David G. Campbell
United States District Judge