Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR08-814-PHX-DGC |
|---|---|
| Plaintiff, | REPLY TO GOVERNMENT'S SUPPLEMENTAL MEMORANDUM RE HANDWRITING ANALYSIS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| Daniel David Rigmaiden, et al., | |
| Defendant. | |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits *Reply To Government's Supplemental Memorandum RE Handwriting Analysis To Government's Response To Defendant's Motion To Suppress*. This filing was completed by the defendant on **April 12, 2013**. Through this filing, the defendant replies to the government's supplemental response memorandum at Dkt. #992.

The government claimed that "the first search warrant executed at the defendant's apartment, 08-70460-HRL was authorized on July 30, 2008[,]" *id.*, p. 1, and "[p]rior to the submission of the affidavit on July 30, 2008, Mr. Flynn had completed his [handwriting] analysis on July 23, 2008, and had informed the postal Inspection Service case agent of the results prior to July 30, 2008." *Id.*, p. 2. The government also attached a July 23, 2008 letter from forensic document examiner, William J. Flynn, to USPIS Inspector James L. Wilson, showing that Mr. Flynn (1) had the credentials of "B.S., D-ABFDE," and "Senior Forensic Analyst," (2) works for Affiliated Forensic Laboratory, Inc., Questioned Document

- 1 -

1  Examinations, (3) which, at the time, conducted "Handwriting and Signature Examinations,"
2  and (4) as a result of the handwriting analysis at issue, his opinion was that "it is considered
3  highly probable that the handprinted [sic] texts (in black ink) on Items (1-5) are all of
4  common authorship." Dkt. #992-1.

5  First, the original version of the search warrant executed at apartment No. 1122 was
6  authorized on July 22, 2008 after IRS-CI Agent Michael P. Fleischmann submitted his
7  affidavit on that same date. *See* Dkt. #566. After the warrant was returned and voided, it
8  was "AMENDED" on July 30, 2008 with no changes having been made to the two
9  paragraphs in the affidavit relating to the handwriting analysis. *See* Dkt. #464. Therefore,
10 because (1) Mr. Flynn's letter is dated July 23, 2008 and "Mr. Flynn had completed his
11 analysis on July 23, 2008," Dkt. #992, p. 2, and (2) the relevant sections of both the original
12 and "AMENDED" affidavits were drafted prior to July 23, 2008, both paragraphs regarding
13 the handwriting samples (*i.e.*, ¶ Nos. 106 & 108(h) in both affidavits) were referring to Mr.
14 Flynn's preliminary analysis and not the final analysis conducted one day later.[1]

15 Second, it is of no matter that Mr. Flynn's July 23, 2008 letter, recently submitted by
16 the government at Dkt. #992-1, includes much of the missing probable cause the defendant
17 identified during the March 28, 2013 hearing. While the warrant may have been saved had
18 IRS-CI Agent Fleischmann included that information in his affidavit, "[i]n reviewing a
19 search warrant on probable cause grounds... the district court[] is limited to the information
20 and circumstances contained within the four corners of the underlying affidavit." Crowe v.
21 County of San Diego, 608 F.3d 406, 434 (9th Cir. 2010). Additionally, if extrinsic
22 information, "which may not be used to establish probable cause, *are* admissible to establish
23 good faith, the constitution and prudential standards for showing probable cause will be
24 undermined." United States v. Thai Tung Luong, 470 F.3d 898, 905 (9th Cir. 2006). *See also*
25 United States v. Hove, 848 F.2d 137, 140 (9th Cir. 1988) ("*Leon* does not extend, however, to

---

1. Furthermore, Mr. Flynn informed USPIS Inspector Wilson of the final results of the handwriting analysis, as opposed to informing the affiant, IRS-CI Agent Fleischmann. Nothing in either of the affidavits indicate that any information was received by IRS-CI Agent Fleischmann from USPIS Inspector Wilson relating to the handwriting analysis.

- 2 -

REPLY TO GOVERNMENT'S SUPPLEMENTAL MEMORANDUM RE HANDWRITING ANALYSIS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS
CR08-814-PHX-DGC

1  allow the consideration of facts known only to an officer and not presented to a magistrate.
2  The *Leon* test for good faith reliance is clearly an objective one and it is based solely on facts
3  presented to the magistrate.").

* * * * *

5  This reply was drafted by the *pro se* defendant, however, he authorizes his shadow
6  counsel, Philip Seplow, to file this reply on his behalf using the ECF system.

7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*REPLY TO GOVERNMENT'S SUPPLEMENTAL MEMORANDUM RE HANDWRITING ANALYSIS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS*
*CR08-814-PHX-DGC*

REPLY TO GOVERNMENT'S SUPPLEMENTAL MEMORANDUM RE HANDWRITING ANALYSIS TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS
CR08-814-PHX-DGC

1  Respectfully Submitted:

2

3                                         PHILP SEPLOW, Shadow Counsel, on
                                          behalf of DANIEL DAVID RIGMAIDEN,
4                                         Pro Se Defendant:

5

6                                         s/ Philip Seplow
                                          Philip Seplow
7                                         Shadow Counsel for Defendant.

8                         CERTIFICATE OF SERVICE

9

10     I hereby certify that on:                I caused the attached document to be

11  electronically transmitted to the Clerk's Office using the ECF system for filing and
    transmittal of a Notice of Electronic Filing to the following ECF registrants:

12

13  Taylor W. Fox, PC
    Counsel for defendant Ransom Carter
14  2 North Central Ave., Suite 735
15  Phoenix, AZ 85004

16  Frederick A. Battista
    Assistant United States Attorney
17  Two Renaissance Square
18  40 North Central Ave., Suite 1200
    Phoenix, AZ 85004

19

20  Peter S. Sexton
    Assistant United States Attorney
21  Two Renaissance Square
    40 North Central Ave., Suite 1200
22  Phoenix, AZ 85004

23
    James R. Knapp
24  Assistant United States Attorney
    Two Renaissance Square
25  40 North Central Ave., Suite 1200
26  Phoenix, AZ 85004

27

28  By: s/ Daniel Colmerauer
    (Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

- 4 -