Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132
Telephone: none
Email: none

Daniel David Rigmaiden
Pro Se, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden, et al.,<br><br>    Defendant. | No. CR08-814-PHX-DGC<br><br>MOTION TO CONTINUE TRIAL<br><br>(21st Request) |

Defendant, Daniel David Rigmaiden, appearing *pro se*, respectfully submits this *Motion To Continue Trial*, 21st request.  Through this motion, the defendant requests that the Court continue the trial in this matter—presently set for May 14, 2013[1]—for a period of ninety (90) days and extend the deadline for pretrial motions an equal amount of time.  The defendant also requests that the status conference set for April 23, 2013 be vacated and that the defendant not be transferred to Phoenix for court on that date.

The Court is yet to rule on the Fourth Amendment suppression issues.  The defendant needs time to evaluate his defense in light of what evidence, if any, will be suppressed.  Additionally, the defendant is still waiting for his defense to begin interviewing trial witnesses from the defendant's list of names and explanations of relevance.  Witnesses need to be interviewed before the defendant can prepare a firm trial defense.  The *pro se* defendant was unable to obtain the positions of other parties regarding this request for a continuance

---

1.    *See September 19, 2012 Court Order* (Dkt. #886).

- 1 -

1 and vacating of the hearing.  However, obtaining the position of other parties prior to filing
2 for extensions of time is not required for *pro se* detainees.  See LRCiv 7.3(b), as referenced
3 through LRCrim 45.1.

4 * * * * *

5 Based on the points and authorities set forth herein, the defendant respectfully
6 requests that this motion be granted and that the proposed order be issued.

7 This motion and all attachments were drafted and prepared by the *pro se* defendant,
8 however, he authorizes his shadow counsel, Philip Seplow, to file this motion and all
9 attachments on his behalf using the ECF system.

10 LRCrim 12.2(a) requires that the undersigned include the following statement in all
11 motions: "Excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this
12 motion or of an order based thereon."

13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

*MOTION TO CONTINUE TRIAL (21st Request)*
*CR08-814-PHX-DGC*

1  Respectfully Submitted:

2

3                                                    PHILP SEPLOW, Shadow Counsel, on
                                                     behalf of DANIEL DAVID RIGMAIDEN,
4                                                    Pro Se Defendant:

5

6                                                    s/ Philip Seplow
                                                     Philip Seplow
7                                                    Shadow Counsel for Defendant.

8                                    CERTIFICATE OF SERVICE

9

10         I hereby certify that on:                 I caused the attached document to be

11  electronically transmitted to the Clerk's Office using the ECF system for filing and
    transmittal of a Notice of Electronic Filing to the following ECF registrants:

12

13  Taylor W. Fox, PC
    Counsel for defendant Ransom Carter
14  2 North Central Ave., Suite 735
15  Phoenix, AZ 85004

16  Frederick A. Battista
    Assistant United States Attorney
17  Two Renaissance Square
18  40 North Central Ave., Suite 1200
    Phoenix, AZ 85004

19

20  Peter S. Sexton
    Assistant United States Attorney
21  Two Renaissance Square
    40 North Central Ave., Suite 1200
22  Phoenix, AZ 85004

23
    James R. Knapp
24  Assistant United States Attorney
    Two Renaissance Square
25  40 North Central Ave., Suite 1200
26  Phoenix, AZ 85004

27

28  By: s/ Daniel Colmerauer
    (Authorized agent of Philip A. Seplow, Shadow Counsel for Defendant; See ECF Proc. I(D) and II(D)(3))

*MOTION TO CONTINUE TRIAL (21st Request)*
*CR08-814-PHX-DGC*

- 3 -