### UNITED STATES V. DANIEL DAVID RIGMAIDEN
### CR08-814-PHX-DGC
### EXHIBIT INDEX
### MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT

EXHIBIT 01:   U.S. Attorney's Office, District of Arizona, *press release No. 2010-060 (Rigmaiden, et al.)*, "'Hacker' Indicted In Massive Tax, Mail, And Wire Fraud Scheme," *available at* http://www.justice.gov/criminal/cybercrime/rigmaidenIndict.pdf (last accessed: Feb. 15, 2011).

EXHIBIT 02:   September 8, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: identifying the parties responsible for drafting and approving the April 8, 2010 USDOJ press release; Note: only relevant pages attached.

[Redacted by the defendant (for relevance) using white squares with black borders.]

EXHIBIT 03:   June 9, 2010 letter from Daniel Rigmaiden to AUSA Battista RE: discovery request for prior statements, vis-a-vis "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release; Note: attachments to letter not attached.

EXHIBIT 04:   June 27, 2010 letter from Daniel Rigmaiden to AUSA Battista RE: discovery request for prior statements, vis-a-vis "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release.

EXHIBIT 05:   June 21, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: providing information on the "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release.

EXHIBIT 06:   Screenshot of where to type a proxy IP address into the Microsoft windows Internet Explorer web browser, version 7.0.5730.13.

EXHIBIT 07:   FBI, Science And Technology Branch Investigative Analysis Unit (IAU) Technical Analysis Report for suspected proxy computers (relevant pages); Note: report discusses a firewall entry for "virtual.proxy-shop.in - Website that sells proxy computer services"; (Defendant's Copy BATES Nos. 13275-13278, 13295, 13296, and 13303 of September 11, 2009 discovery set).

[Redacted by the defendant (for relevance and privacy) using white squares with black borders.]

EXHIBIT 08:   Christie, Bob, *Feds say Calif. man stole identities of dead, used them to file for millions in tax refunds*, The Star Tribune (Minneapolis - St. Paul, Minnesota) (Apr. 8, 2010), *available at* http://www.startribune.com/templates/Print_This_Story?sid=90248552

(last accessed: Apr. 15, 2013).

EXHIBIT 09:   ABC News, *Feds: Calif. Man Stole IDs, Filed Fake Tax Returns; Feds say Calif. man stole identities of dead, used them to file for millions in tax refunds*, http://abcnews.go.com/US/wireStory?id=10322679 (last accessed: Feb. 15, 2011).

EXHIBIT 10:   Stern, Ray, *Tax Fraud Suspect Wanted by IRS; Local Man Part of Elaborate Scheme to Steal Millions in Refunds*, The Phoenix New Times (Apr. 8, 2010), *available at* http://blogs.phoenixnewtimes.com/valleyfever/2010/04/tax_fraud_suspect_wanted_by_ir.php (last accessed: Feb. 15, 2011).

EXHIBIT 11:   Hensley, JJ, *Feds: California man stole IDs, filed fake tax returns*, The Arizona Republic, p. B3 (Apr. 9, 2010).

EXHIBIT 12:   Hensley, JJ, *Feds: California man stole IDs, filed fake tax returns*, The Arizona Republic (Apr. 9, 2010), *available at* http://www.azcentral.com/private/cleanprint/?1297800013333 (last accessed: Feb. 15, 2011); Note: now *available at* http://www.azcentral.com/news/articles/2010/04/08/20100408tax-fraud-man-indicted-fake-tax-returns.html?nclick_check=1 (last accessed: Apr. 18, 2013).

EXHIBIT 13:   Cross, Jim, *KTAR.com - Stolen IDs used in tax fraud scheme*, KTAR.com (Apr. 8, 2010), *available at* http://ktar.com/?nid=6&sid=1282105 (last accessed: Feb. 15, 2011).

EXHIBIT 14:   KTVU, Channel 2, *Santa Clara Man Indicted for Massive Online Tax ID Fraud Scheme* (Apr. 8, 2010), *available at* http://www.ktvu.com/news/23092419/detail.html (last accessed: Feb. 15, 2011).

EXHIBIT 15:   Johnson, Elias, *Suspects Collect Millions In Tax Return Fraud* (Apr. 8, 2010), *available at* http://www.kpho.com/news/23096519/detail.html (last accessed: Feb. 15, 2011); Note: now *available at* http://www.kpho.com/story/14782120/suspects-collect-millions-in-tax-return-fraud-4-08-2010 (last accessed: Apr. 18, 2013).

EXHIBIT 16:   Zetter, Kim, wired.com [website], *Identity Thieves Filed for $4 Million in Tax Refunds Using Names of Living and Dead | Threat Level | Wired.com* (Apr. 8, 2010), http://www.wired.com/threatlevel/2010/04/fake-tax-returns/ (last accessed: Apr. 16, 2013).

EXHIBIT 17:   Slashdot.org [website], Secret Stingray Warrantless Cellphone Tracking (Oct. 27, 2012), http://yro.slashdot.org/story/12/10/27/144229/secret-stingray-warrantless-cellphone-tracking (last accessed: Nov. 28, 2012).

EXHIBIT 18:   S., Charlene, phonearena.com [website], *Feds change defense in order to conceal details about its 'stingray' device* (Nov. 08, 2011), http://www.phonearena.com/news/Feds-change-defense-in-order-to-

EXHIBIT INDEX

MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT

CR08-814-PHX-DGC

conceal-details-about-its-stingray-device_id23602 (last accessed: Apr. 16, 2013).

EXHIBIT 19:    Gosztola, Kevin, dissenter.firedoglake.com [website], *DOJ Hid Routine Use of 'Stingray' Surveillance Technology from Federal Magistrate Judges | The Dissenter* (Mar. 27, 2013), http://dissenter.firedoglake.com/2013/03/27/doj-hid-fact-that-stingray-surveillance-technology-routinely-used-from-federal-magistrate-judges/ (last accessed: Apr. 16, 2013).

EXHIBIT 20:    Carroll, Rory, *ACLU challenges 'stingray surveillance' that allows police to track cellphones | World news | guardian.co.uk*, The Guardian (Mar. 28, 2013), *available at* http://www.guardian.co.uk/world/2013/mar/28/aclu-stingray-surveillance-police-cellphones (last accessed: Apr. 16, 2013).

EXHIBIT 21:    gantdaily.com [website], *ACLU backs suppression of 'stingray' evidence sought by hacker | GantDaily.com* (Mar. 28, 2013), http://gantdaily.com/2013/03/28/aclu-backs-suppression-of-stingray-evidence-sought-by-hacker/ (last accessed: Apr. 16, 2013).

EXHIBIT 22:    Nakashima, Ellen, *Little-known surveillance tool raises concerns by judges, privacy activists*, The Washington Post (Mar. 27, 2013), *available at* http://articles.washingtonpost.com/2013-03-27/world/38070419_1_magistrate-judge-federal-agents-stingrays (last accessed: Apr. 9, 2013).

EXHIBIT 23:    Huffingtonpost.com, *Daniel David Rigmaiden Case Reveals Stingray Cell Phone Tracker's Covert Use* (Mar. 28, 2013), *available at* http://www.huffingtonpost.com/2013/03/28/daniel-david-rigmaiden-stingray_n_2973749.html (last accessed: Apr. 4, 2013).

EXHIBIT 24:    FBI Phoenix Division, fbi.gov [website], *FBI — Hacker Indicted in Massive Tax, Mail, and Wire Fraud Scheme*, https://www.fbi.gov/phoenix/press-releases/2010/px040810.htm (last accessed: Apr. 16, 2013).

↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓
↓ **EXHIBIT 01** ↓

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

U.S. Attorney's Office, District of Arizona, *press release No. 2010-060 (Rigmaiden, et al.)*, "'Hacker' Indicted In Massive Tax, Mail, And Wire Fraud Scheme," *available at* http://www.justice.gov/criminal/cybercrime/rigmaidenIndict.pdf (last accessed: Feb. 15, 2011).







| IRS Criminal Investigations | Federal Bureau of Investigation | U.S. Postal Inspection Service | U.S. Attorney's Office District of Arizona |

FOR IMMEDIATE RELEASE
Thursday, April 8, 2010

Public Affairs
WYN HORNBUCKLE
Telephone: (602) 514-7573
Cell: (602) 740-2422

# 'HACKER' INDICTED IN MASSIVE TAX, MAIL, AND WIRE FRAUD SCHEME

PHOENIX – Federal law enforcement officials led by the Internal Revenue Service - Criminal Investigation (IRS-CI), unveiled a 74-count superseding indictment today alleging a self-described California-based "Hacker" named Daniel David Rigmaiden led a complex tax fraud conspiracy that employed sophisticated computer intrusion techniques, identify theft, and wire and mail fraud, among other techniques, to attempt to bilk the government out of millions of dollars.

Senior law enforcement officials of the IRS-CI, FBI, and the U.S. Postal Inspection Service joined U.S. Attorney Dennis Burke at a press conference in Phoenix to announce the recently unsealed indictment - the result of a multi-year cat and mouse hunt by the agencies' investigators across multiple states.

"While schemes become more sophisticated over time, fortunately so do our investigative techniques," said Dawn Mertz, Special Agent in Charge of IRS-Criminal Investigation. "This investigation serves to remind us there is no such thing as free money and there are no awards or incentives for creativity when it comes to crime."

The superseding indictment details a conspiracy charge, plus 35 counts of wire fraud, 35 counts of identify theft, one count of unauthorized access of a computer with the intent to defraud and two counts of mail fraud. (See the attached Chart for a detailed summary of the charges and penalties.) The indictment alleges that as early as 2005, Rigmaiden (a.k.a. Steven Travis Brawner), 29, of Santa Clara, CA, conspired with others, including Ransom Marion Carter, III, 43, of Phoenix, to obtain the names and social security numbers of living and deceased persons, and to use their identifies to electronically file fraudulent tax returns in order to obtain refunds.

"Daniel Rigmaiden led agents through a virtual labyrinth of twists and turns, but they never gave up," said Dennis K. Burke, U.S. Attorney for the District of Arizona. "This investigation demonstrates how the United States is aggressively investigating persons who file fraudulent tax returns. We will seek to identify and vigorously prosecute those who participate in these schemes, no matter how sophisticated they are."

"The nature of the crimes allegedly committed by Mr. Rigmaiden is particularly troubling," said Pete Zegarac, Inspector in Charge of the U.S. Postal Inspection Service's Phoenix Division. "Taking the identities of numerous deceased individuals to obtain financial gain is something not often seen to

this magnitude."

Court documents, including the superseding indictment, and search and seizure warrant affidavits and returns, contain the following additional allegations and evidence. In May 2007, IRS-CI identified a Compass Bank account in Phoenix, Arizona that was receiving fraudulently obtained tax refunds. From May 2007 through January 2008, the investigation was focused on Carter, who had opened the Compass Bank account under the name Carter Tax & Accounting, LLC. In January 2008, the investigation started to focus on an individual operating above Carter known only as the "Hacker" and another co-conspirator above Carter in the scheme. From January through April 15, 2008, an undercover operation was initiated which sought to identify and locate the Hacker and second co-conspirator. In the course of the operation, the investigators opened an undercover bank account in Arizona into which the Hacker unknowingly caused the deposit of numerous fraudulently obtained tax refunds. The fraudulent returns were filed via computers and IP addresses not directly traceable to the Hacker. During this period, three $9,000 shipments of the tax refunds were made to the second co-conspirator in Utah. On April 15, 2008, the second co-conspirator was arrested. The co-conspirator's case is under seal.

From April through August 2008, investigators worked to identify and locate the Hacker. In May 2008, $68,000 in fraudulently obtained refunds were shipped to the Hacker, in the name of Patrick Stout, to Palo Alto, CA. The person who picked up the package was not apprehended. In July 2008, agents located the apartment in Santa Clara rented by the Hacker in the name of Steven Brawner. On July 23, 2008, a 50-count indictment was returned under seal against the Hacker (a.k.a Brawner and Stout). On August 3, 2008, the Hacker was arrested in Santa Clara after a foot and car chase. A key to the Hacker's apartment was found in his pocket during his arrest. On August 3 and 4, 2008, search warrants were executed in the Hacker's Santa Clara apartment and a storage unit in San Jose; investigators seized a laptop and multiple hard drives, $116,340 in cash, over $208,000 in gold coins, approximately $10,000 in silver coins, false identification documents, false identification manufacturing equipment, and surveillance equipment.

The case remained sealed pending the Hacker's consideration of an offer to cooperate with the government. On August 6, 2008, the Hacker was identified via fingerprint analysis as Daniel David Rigmaiden. From late August 2008 through January 2009, seizure warrants were served upon eight financial institutions and $158,167 of fraudulently obtained tax refunds were seized.

The superseding indictment in Arizona alleges approximately 570 fraudulent tax returns were filed in the course of the conspiracy seeking the deposit of approximately $1,008,174 in refunds into Arizona bank accounts. Search and seizure warrant affidavits allege the filing of approximately 1,336 additional fraudulent tax returns seeking the deposit of approximately $3,117,193 of refunds into over 170 additional accounts.

On January 7, 2010, the Court granted Rigmaiden's request to represent himself. On January 12, Rigmaiden advised the court he was not interested in the government's cooperation offer and moved to unseal the case. On January 25, the government advised the court it had no objection to Rigmaiden's motion to unseal the case. On January 27, a 74-count superseding indictment was returned against Rigmaiden and Carter. On March 26, the court unsealed the case. Rigmaiden has remained in federal custody since his arrest. Carter is a fugitive. (See attached wanted poster.)

An indictment is simply the method by which a person is charged with criminal activity and

search and seizure warrants are simply methods by which property and funds are searched for and seized, none of the pleadings raise inferences of guilt.  An individual is presumed innocent until competent evidence is presented to a jury that establishes guilt beyond a reasonable doubt.

"The indictment of Daniel Rigmaiden is an excellent example of law enforcement cooperation between the IRS - Criminal Investigations, the U.S. Postal Inspection Service, and the FBI," said Nathan Gray, Special Agent in Charge of the FBI-Phoenix Division.  "The FBI is committed to working with our law enforcement partners and the U.S. Attorney's Office to investigate and prosecute those individuals who choose to use computer technology in furtherance of their fraudulent schemes."

The investigation preceding the indictment was conducted by the Internal Revenue Service - Criminal Investigation, Federal Bureau of Investigation, and U.S. Postal Inspection Service with assistance from the Santa Clara Police Department, U.S. Secret Service and U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives.  The prosecution is being handled by Frederick A. Battista and Peter Sexton, Assistant U.S. Attorneys, District of Arizona, Phoenix.

CASE NUMBER:             CR-08-814-PHX-DGC
RELEASE NUMBER:          2010-060(Rigmaiden, et al.)

# # #

For more information on the U.S. Attorney's Office, District of Arizona, visit http://www.usdoj.gov/usao/az/



September 8, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: identifying the parties responsible for drafting and approving the April 8, 2010 USDOJ press release; Note: only relevant pages attached.

[Redacted by the defendant (for relevance) using white squares with black borders.]



**U.S. Department of Justice**

United States Attorney
District of Arizona

---

| | |
|---|---|
| *Two Renaissance Square* | *Main: (602) 514-7500* |
| *40 North Central Avenue, Suite 1200* | *Main Fax: (602) 514-7693* |
| *Phoenix, Arizona 85004-4408* | |

September 8, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

      Re:   <u>United States v. Daniel David Rigmaiden</u>
             CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

      Enclosed please find additional discovery for your consideration in the above-cited case.  This discovery relates to the following matters:

1.

2.    This is in response to your additional discovery request regarding the inartfully drafted sentence in Press Release No. 2010-06, regarding this case, which stated " . . . a self-described California based 'Hacker' named Daniel David Rigmaiden led a complex tax fraud conspiracy . . . " Please be advised as follows:

      A.    Authorization – The press release was authorized by Acting Public Affairs Officer Wyn Hornbuckle.  The final draft was reviewed by me before it was released.  IRS-CI Special Agents Denise Medrano and Michael Fleischmann also reviewed drafts of the release.

      B.    Authorship – The press release was authored by Acting Public Affairs Officer Hornbuckle and me.  The subject sentence was authored by Acting Public Affairs

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

             Officer Hornbuckle.   No one else who authored or reviewed the release recognized the inartful nature of the sentence.

C.        Dissemination – Acting Public Affairs Officer Hornbuckle was responsible for disseminating the press release to the media.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 5

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Enclosures

cc:     Philip Seplow
        Shadow Counsel for Defendant Daniel David Rigmaiden

        Taylor Fox
        Counsel for Defendant Ransom Carter



⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇
⬇ **EXHIBIT 03** ⬇

June 9, 2010 letter from Daniel Rigmaiden to AUSA Battista RE: discovery request for prior statements, vis-a-vis "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release; Note: attachments to letter not attached.

June 9, 2010                          Certified Delivery Article #:
Daniel Rigmaiden - CR08-814-PHX-DGC   7009 2250 0003 8907 5030
RE: Additional discovery request
Page # 1 of 4

_____


Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Dear Fred:

     I am writing you this letter to make an additional discovery request. Please do
one of the following with respect to each specific numbered/lettered discovery
request contained in this letter: (1) provide the requested discovery in full, or
(2) certify that the requested discovery has already been provided by indicating
Bates numbers or other identifiable label, or (3) certify that the requested
discovery does not exist. Please comply with this request within 7 days of
receipt of this letter.

     On June 8, 2010, I received a copy of a USDOJ press release (RELEASE NUMBER
2010-060) dated April 8, 2010 and issued by Wyn Hornbuckle of Public Affairs. See
"Attachment A." The press release is titled "'HACKER INDICTED IN MASSIVE TAX,
MAIL, AND WIRE FRAUD SCHEME." The press release makes the following public
statement:

     "... a **self-described** California-based **'Hacker'** named Daniel David
     Rigmaiden led a complex tax fraud conspiracy..." Id. at p. 1 (emphasis
     added).

The press release then goes on to refer to me as the "Hacker" with a capital "H"
and in the form of a proper noun in grammatical terms:

     "... an undercover operation was initiated which sought to identify and
     locate the Hacker..." Id. at p. 2

     "... the Hacker unknowingly caused the deposit of numerous fraudulently
     obtained tax refunds..." Id.

     Etc., etc., etc.

The press release then states that indictments and search and seizure warrants
are not pleadings that "raise inferences of guilt." Id. at p. 3. However, when
the government issues a press release stating that I am a "self-described Hacker"
it is portraying that information to the public as a prior statement made by the
defendant, i.e., me. When the government refers to me as a "self-decribed Hacker"
they are raising inferences of **admissions** of guilt made by the defendant, i.e.,

June 9, 2010
Daniel Rigmaiden - CR08-814-PHX-DGC
RE: Additional discovery request
Page # 2 of 4

Certified Delivery Article #:
7009 2250 0003 8907 5030

---

me--especially when the press release proceeds "self-described Hacker" with a
timeline of the government's investigation further referring to me as the proper
noun form of the "Hacker."

On April 9, 2010, Bob Christie of the Associated Press had a news article
published in the Washington, D.C. "The Examiner" regarding CR08-814-PHX-DGC. See
"Attachment B." In the news article, Bob Christie wrote the following:

> "After gaining an informant's help, agents identified a person who
> called himself 'Hacker'..." Id. at p. 2.

On April 8, 2010, Ray Stern had an article published in the Phoenix, AZ "New
Times" regarding CR08-814-PHX-DGC. See "Attachment C." In the news article, Ray
Stern wrote the following:

> "... the agencies knew Rigmaiden only by fictitious names and his handle
> of 'Hacker'." Id. at p. 2.

The government's statement in the press release, and possibly other statements
made elsewhere, have clearly portrayed me as a self-described Hacker who calls
himself Hacker as a proper noun and uses the proper noun form of Hacker as a
"handle."

Pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and Rule 16(a)(1)(A) and
(B) of the Federal Rules of Criminal Procedure, I am requesting all discovery
regarding my prior oral and written statements claiming the following:

1) I am a self-described Hacker.

2) I refer/referred to myself under the name and/or handle of the "Hacker" in
   the proper noun form similar to how I refer to myself as "Daniel" in the
   proper noun form.

Pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and Rule 16(a)(E)(i) of
the Federal Rules of Criminal Procedure, I am requesting all discovery supporting
the government's assertions that (1) I am a "self-described Hacker," (2) I call
myself the "Hacker" as a proper noun, and (3) I use the proper noun form of
the "Hacker" as a name and/or handle. This discovery request includes but is not
limited to the following:

1) All Rule 16(a)(E)(i) discovery relating to public comments made by the
   following government employees: (1) United States Attorney Dennis K.
   Burke, (2) Special Agent in Charge IRS-CI Dawn Mertz, (3) Assistant
   Inspector in Charge USPIS Gary Barksdale, (4) Inspector in Charge USPIS
   Phoenix Division Pete Zegarac, (5) Special Agent in Charge FBI Phoenix
   Division Nathan Gray, and (6) any other government employee who made
   public comments regarding the government's claim of me being a
   "self-described Hacker."

June 9, 2010
Daniel Rigmaiden - CR08-814-PHX-DGC
RE: Additional discovery request
Page # 3 of 4

Certified Delivery Article #:
_7009 2250 0003 8907 5030_

---

2) A copy of the audio/video recording of the press conference held by the government regarding CR08-814-PHX-DGC. See "Attachment D" for a picture of Dennis K. Burke at the press conference.

3) All document discovery indicating that I am a "self-described Hacker."

4) All document discovery indicating that I call myself the "Hacker" as a proper noun.

5) All document discovery indicating that I use the proper noun form of the "Hacker" as a name and/or handle.

Please be advised that this letter is a discovery request and in no way an admission of guilt. Examples are given in the first person, e.g., "I am a self-described Hacker," to clearly explain to you what specific discovery I am requesting. I am not the entity the government refers to as the "Hacker" and, according to the discovery you have provided, it appears to me that the "Hacker" is a fictitious individual contrived by the government to negatively influence the media and jury pool.

I appreciate your assistance with the matters outlined in this letter. I look forward to receiving a response.

This letter was placed in the CCA-CADC mailing system for United States Postal Service delivery on:       June 13, 2010

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

June 9, 2010
Daniel Rigmaiden - CR08-814-PHX-DGC
RE: Additional discovery request
Page # 4 of 4

Certified Delivery Article #:
7009 2250 0003 8907 5030

Sincerely,


Daniel Rigmaiden

_Daniel Rigmaiden_
                Author


State of _Arizona_            )
                             ) ss.        ACKNOWLEDGMENT
County of _Pinal_             )

On this __11th__ day of ___June___, __2010__, before me,
the undersigned Notary Public, personally appeared,
_Daniel Rigmaiden_____
to me known to be the individual described in and who executed
the foregoing instrument and acknowledged that he executed the
same for the purposes therein contained.

My Commission Expires: __08-07-2010_____

_____
                Notary Public


R. H. MILLAS
Notary Public - Arizona
PINAL COUNTY
My Comm. Exp. 08-07-10



↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓
↓ **EXHIBIT 04** ↓

June 27, 2010 letter from Daniel Rigmaiden to AUSA Battista RE: discovery request for prior statements, vis-a-vis "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release.

June 27, 2010
Daniel Rigmaiden - CR08-814-PHX-DGC
RE: Reply to June 18, 2010 letter
Page # 1 of 3

Certified Delivery Article #:
7009 2250 0003 8907 5047

Daniel Rigmaiden
Agency # 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

Frederick A. Battista
Assistant United States Attorney
Two Renaissance Square
40 North Central Ave., Suite 1200
Phoenix, AZ 85004

Dear Fred:

   This letter is in response to your June 8, 2010 letter addressing my June 9, 2010 request for all discovery relating to the government making inappropriate comments to the press and polluting the jury pool. Please be advised that your discovery response is insufficient. You are obligated to make a good faith effort to obtain the discovery that I am requesting. Given the far reaching nature of the internet, I need the requested discovery in order to investigate the matter of presumed inherent prejudice resulting from the government's misconduct. See, e.g., Rideau v. La., 373 U.S. 723, 726-27 (1963) (prejudice presumed because defendant's confession televised prior to trial). In today's modern world, having the government's assertion that I am a "self-described Hacker" on the web is the 1963 equivalent of having my confession televised every minute of every day from now until the end of trial. Any juror or potential juror who "googles" my name will be presented with the government's false assertion that I have admitted guilt.

   In your insufficient response to my discovery request, you only indicated (1) there are no documents wherein I refer to myself as the "Hacker," and (2) the government does not have a recording of the press conference related to Press Release No. 2010-06. You failed to address numerous other discovery requests:

   1) All of my prior oral and written statements indicating that I am a self-described hacker, e.g., statements indicating that I am "a hacker" and not statements indicating that I am the "Hacker" in the proper noun form. [Note: There is a difference between me personally referring to myself with the nickname of "Hacker" and me personally referring to myself as "a hacker." For example, someone may refer to himself with the nickname of the "Cleaner" or the "Mechanic" while having no experience in fixing things or cleaning up after people. Likewise, someone who cleans may simply call himself "John" instead of the "Cleaner." Just because "John" never calls himself the "Cleaner" doesn't necessarily mean that he doesn't clean or claim to clean. Please address the above discovery request properly.]

   2) All document discovery indicating that I am a self-described hacker, e.g., statements indicating that I am "a hacker" and not statements indicating that I

July 27, 2010
Daniel Rigmaiden - CR08-814-PHX-DGC
RE: Reply to June 18, 2010 letter
Page # 2 of 3

Certified Delivery Article #:
7009 2250 0003 8907 5047

---

am the "Hacker" in the proper noun form. [Note: See note contained in No. 1 above.]

3) All of my prior oral statements indicating that I refer/referred to myself under the name and/or handle of the "Hacker" in the proper noun form similar to how I refer to myself as "Daniel" in the proper noun form. [Note: Please be advised that there is a difference between an **oral** statement and a **written** statement. Your June 18, 2010 letter only addressed my prior **written** statements. Please address the above discovery request properly.]

4) All discovery supporting the government's assertions that (1) I am a self-described hacker, (2) I call myself the "Hacker" as a proper noun, and (3) I use the proper noun form of the "Hacker" as a name and/or handle. This discovery request includes all discovery relating to public comments made by the following government employees: (1) United States Attorney Dennis K. Burke, (2) Special Agent in Charge IRS-CI Dawn Mertz, (3) Assistant Inspector in Charge USPIS Gary Barksdale, (4) Inspector in Charge USPIS Phoenix Division Pete Zegarac, (5) Special Agent in Charge FBI Phoenix Division Nathan Gray, and (6) any other government employee who made public comments regarding the government's claim of me being a "self-described Hacker." [Note: This portion of my discovery request was completely ignored. Considering the government is responsible for making inappropriate press comments and for polluting the jury pool, you are obligated to obtain the above discovery so that I may evaluate the issue of prejudice. Please address the above discovery request properly.]

Please be advised that disclosure of the requested discovery will potentially change the outcome of the proceedings and if I don't receive it then my Fifth Amendment due process rights will be violated. I appreciate your assistance with this discovery request.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

June 27, 2010
Daniel Rigmaiden - CR08-814-PHX-DGC
RE: Reply to June 18, 2010 letter
Page # 3 of 3

Certified Delivery Article #:
7009 2250 0003 8907 5047

Sincerely,


Daniel Rigmaiden

*Daniel Rigmaiden*
                Author


State of ___ARIZONA___ )
                        ) ss.        ACKNOWLEDGMENT
County of ___PINAL___ )

On this __29th__ day of ___JUNE___, _2010_, before me,
the undersigned Notary Public, personally appeared,
___DANIEL   RIGMAIDEN___
to me known to be the individual described in and who executed
the foregoing instrument and acknowledged that he executed the
same for the purposes therein contained.

My Commission Expires: __08 - 07 - 2010__

_____
                Notary Public

R. H. MILLAS
Notary Public - Arizona
PINAL COUNTY
My Comm. Exp. 08-07-10

⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

June 21, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: providing information on the "self-described California-based Hacker" claim in April 8, 2010 USDOJ press release.



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| *Two Renaissance Square* | *Main: (602) 514-7500* |
| *40 North Central Avenue, Suite 1200* | *Main Fax: (602) 514-7693* |
| *Phoenix, Arizona 85004-4408* | |

July 21, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

   Re: <u>United States v. Daniel David Rigmaiden, et al.,</u>
      CR-08-814-001- PHX-DGC

Dear Mr. Rigmaiden:

   This is in response to your letter dated June 27, 2010, requesting additional discovery regarding the April 8, 2010, press conference concerning this case. Please be advised that all notes and/or background materials for the representatives of the United States Attorney's Office, Internal Revenue Service - Office of Investigation, and Federal Bureau of Investigation have been reviewed to determine whether there is any information related to the statement in Press Release No. 2010-06, regarding this case, which stated " . . . a self-described California based 'Hacker' named Daniel David Rigmaiden led a complex tax fraud conspiracy . . . " Please be advised that there is no mention of this matter in any of the materials. In addition, please be advised that the representative of the Postal Inspection Service destroyed his personal notes immediately after the press conference. As a courtesy to you, we are disclosing the proposed text of statements for the representatives of the United States Attorney's Office, Internal Revenue Service - Office of Investigation, and Federal Bureau of Investigation; none of these materials mention this matter. For your information, these statements are generally not read verbatim during press conferences by agency representatives.

   1.  Proposed statement of U.S. Attorney's Office representative.

   2.  Proposed statement of Internal Revenue Service - Office of Investigation representative.

   3.  Proposed statement of Federal Bureau of Investigation representative.

   In preparing this response to your request, we again have not reviewed each line of the over 20,000 pages of discovery in this case but, at present, are unaware of any item wherein you personally referred to yourself as the "Hacker" in any manner, e.g., verbally, in writing or via an e-mail, etc. The inartfully drafted reference in the press release was not based upon any known reference within the discovery. In addition, please be advised again that the government does not have a recording of the press conference related to the subject press release and we do not intend to attempt to obtain one from any of the representatives of the press who attended the conference.

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

      A copy of this cover letter is also being mailed separately to you at CCA.  Additional discovery will continue to be released to you as it becomes available.

<div align="right">

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

</div>

Enclosures

cc:    Philip Seplow
       Taylor Fox

⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Screenshot of where to type a proxy IP address into the Microsoft windows Internet Explorer web browser, version 7.0.5730.13.



**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**
**⬇ EXHIBIT 07 ⬇**

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

FBI, Science And Technology Branch Investigative Analysis Unit (IAU) Technical Analysis Report for suspected proxy computers (relevant pages); Note: report discusses a firewall entry for "virtual.proxy-shop.in - Website that sells proxy computer services"; (Defendant's Copy BATES Nos. 13275-13278, 13295, 13296, and 13303 of September 11, 2009 discovery set).

[Redacted by the defendant (for relevance and privacy) using white squares with black borders.]

*UNCLASSIFIED*

# BUREAU OF INVESTIGATION



## SCIENCE AND TECHNOLOGY BRANCH
## INVESTIGATIVE ANALYSIS UNIT (IAU)
## TECHNICAL ANALYSIS REPORT

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

| | |
|---|---|
| **TO:** FBI Phoenix Field Office | **DATE:** 7/24/09 |
| **DISTRIBUTION TO:** SA RICHARD MURRAY | |
| **SUBMITTER'S CASE NUMBER:** 288A-PX-82001 | *Serial 234* |
| **REFERENCE(S):** NOT APPLICABLE | |
| **SYNOPSIS:** RESULTS OF TECHNICAL ANALYSIS OF HARD DRIVES POSSIBLY USED AS PROXY COMPUTERS TO SUBMIT FRAUDULENT TAX RETURNS. | |
| **TITLE:** DANIEL DAVID RIGMAIDEN | |
| **RFA NUMBER:** 2933 | **CASE / OPERATION NAME:** NOT APPLICABLE |
| **ANALYST:** SARAH EDWARDS / JON BIRD / LORENZO KUCARIC / RYAN WASHINGTON | **PHONE NUMBER:** |
| **PROJECT LEAD:** RYAN WASHINGTON | **PHONE NUMBER:** |
| **PROGRAM MANAGER:** SSA MATTHEW PERRY | **PHONE NUMBER:** |
| **OVERALL CLASSIFICATION:** UNCLASSIFIED | **DERIVED FROM:** NOT APPLICABLE |
| | **DECLASSIFY ON:** NOT APPLICABLE |

Defendant's Copy 13275

## 1. MEDIA RECEIVED

1B9 consists of a 80GB Western Digital hard drive (SN: [redacted] ), containing forensic images of a 60GB Seagate hard drive (Model: ST360020A, SN: [redacted] ) from an HP Pavilion 752N computer (SN: [redacted] ).

1B10 consists of a 200GB Maxtor hard drive (SN: [redacted] ), containing a restored copy of QPX2_1 that is described as a 164.7GB Hitachi hard drive (Model: HDS722516VLAT20, SN: [redacted] ) from an eMachine T3085 computer (SN: [redacted] ).

1B11 consists of a 200GB Maxtor hard drive (Model: 6Y200P0060611, SN: [redacted] ), containing forensic images of a 160GB Samsung hard drive.

## 2. ANALYSIS REQUESTED

## 3. EXECUTIVE SUMMARY

The FBI opened a computer intrusion case based on suspected

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

*UNCLASSIFIED*

Defendant's Copy 13276

violations of 18 U.S.C 1030 on account of the primary subject's use of proxy computers[1] to submit fraudulent tax returns. The suspected proxy computers were sent to IAU for analysis.

## 4. DETAILS OF ANALYSIS

### 4.1. Background Information:

#### 4.1.1. 1B9

o   On 01/19/2008, a fraudulent tax return was filed using the IP address[2] 70.176.153.162 in the name of William N. Jones using an address of ███████████ Tucson, Arizona in the amount of $2,476.

#### 4.1.2. 1B10

o   On 03/21/2008, the primary target Daniel Rigmaiden accessed an undercover bank account where the proceeds of the fraudulent tax returns were being deposited. The account was accessed from the IP address 68.109.188.106.

---

[1] Proxy services can be setup on computers to allow for information to pass though them such as Internet traffic. These services can be legitimate or malicious. Malicious uses can include anonymous access to websites where it appears that the requests are coming from the victim computer.

[2] IP (Internet Protocol) addresses are used to identify a computer on a network. If the user has a non-static IP address it may change over time.

[3] The hard drive was last written to on 6/29/08.

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

Defendant's Copy 13277

### 4.1.3. 1B11

- On 03/04/2008 ten fraudulent tax returns were filed from the IP address 12.216.17.121 in the following names; Stacy K Mosley, Lazeric T Mosley, Damon L Miles, Garrett C Dyer, Thomas L Dixon, Barbara S Defries, Isaac Elder, Nancy L Dickinson, Ken W Deluz, and Frank A Diaz.

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

Defendant's Copy 13278

## 4.5. 1B9 - Authentium Firewall Logs

o   Firewall logs were found to contain web addresses of notable information shown below, these
    records were extracted from unallocated space. Two tables were created, one for selected entries
    from Internet history and another from the extracted firewall logs. The highlighted entries in
    Table 2 match the entries found in Table 1. The `"when="39466.5857291667"` part of the entry is
    a Windows timestamp where `'39466'` is equal to 01/19/2008, the day the proxy was used. The
    other entries in Table 2 are notable, but were not found in the users Internet history - this
    suggests that this computer was used as a proxy. These websites were visited by the computer
    but were not found in the users Internet history. Screenshots of some of these websites can be
    found in ATTACHMENT 4.

   o   `irs.gov` - Web address of the Internal Revenue Service
   o   `efiletaxreturns.net` - E-file tax return website, same website found hard coded in the
       scripts analyzed by Malcode Analyst Jon Bird (RFA#2855).
   o   `virtual.proxy-shop.in` - Website that sells proxy computer services
   o   `ip-adress.com` - Shows IP address currently in use. Can be used by users using a proxy to
       verify own IP address has been obfuscated.
   o   `fiacardservices.com` - Financial account web login

**Table 1 - Select Entries from Internet History**

**Table 2 - Select Entries from Firewall Logs**

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be
widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science
and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process,
including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

Defendant's Copy 13295

```
<entry alertid="CF000" when="39466.6446412037" userid="This Computer" referer=""
created="39467">http://www.irs.gov/www.irs.gov</entry>

<entry alertid="CF000" when="39466.6450694444" userid="This Computer"
referer="http://www.irs.gov/app/scripts/exit.jsp?dest=http://www.efiletaxreturns.ne
t" created="39467">http://www.irs.gov/www.irs.gov</entry>

<entry alertid="CF000" when="39466.6456481482" userid="This Computer"
referer="http://www.efiletaxreturns.net/index.xml"
created="39467">http://www.efiletaxreturns.net/www.efiletaxreturns.net</entry>

<entry alertid="CF000" when="39466.6528472222" userid="This Computer" referer=""
created="39467">http://www.efiletaxreturns.com/www.efiletaxreturns.com</entry>

<entry alertid="CF000" when="39466.6544097222" userid="This Computer" referer=""
created="39467">http://virtual.proxy-shop.in/</entry>

<entry alertid="CF000" when="39466.6545717593" userid="This Computer"
referer="http://virtual.proxy-shop.in/" created="39467">http://virtual.proxy-
shop.in/cgi-bin/login.cgi</entry>

<entry alertid="CF000" when="39466.6547106481" userid="This Computer"
referer="http://virtual.proxy-shop.in/cgi-bin/login.cgi"
created="39467">http://virtual.proxy-shop.in/cgi-
bin/online.cgi?action=getcountrys</entry>

<entry alertid="CF000" when="39466.6574074074" userid="This Computer" referer=""
created="39467">http://www.ip-adress.com/</entry>

<entry alertid="CF000" when="39466.6606365741" userid="This Computer" referer=""
created="39467">http://www.fiacardservices.com/</entry>
```

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

Defendant's Copy 13296

## ATTACHMENT 4 - Screen shot of websites found in firewall logs.

- `virtual.proxy-shop.in` - Website that sells proxy computer services

GUEST

Login

...e new payment method - RoboxChange: to pay by e-gold with low commission fee or by another )

**#About#**

All proxy servers are SOCKS 4/5, the lifetime of a particular proxy server is 24 hours. All proxy servers are ranged in cities, countries, states (the U.S.), type of network connection, and speed of connection, online time, and domain; there is also an option available to search through the entire base using any parameter. If something does not fit your requirements, we provide the moneyback guarantee within 2 days since you have begun to use the Service, after deduction of the charge for 2 days. If you need the http proxy server, you might as well use a Sockschain program, which can set up for you a local proxy server, while still working via ours Socks Proxy.

The Service provides a monthly Minimum Tariff Rate, meaning that the monthly remaining is automatically deducted from your account. The payment can be automatically made from the User Panel after the Support has created an account. You have the opportunity to prepay for several months.

**#Tariffs & pricing#**

The **Daily** Tariff Rate includes one month payment; the amount of proxy servers which you can take from the base within 24 hours is limited in your Tariff Rate-related quantity. With these Tariff Rates, you can see all proxy servers which are online at a moment. If the system finds out for the first 10 minutes* of using a proxy that the proxy has stopped responding, this proxy will not be billed, and the system will automatically refund you.**

| Daily plans *** | | | | | |
|---|---|---|---|---|---|
| 1 Proxy Price | Daily Limit ** | Monthly Price | Tariff Name | Quantity Per Month * | Proxy Helper |
| 0.13¢ | 5 | **$20** | Daily 5 | **150** | $10 |
| 0.11¢ | 10 | **$35** | Daily 10 | **300** | $10 |
| 0.08¢ | 20 | **$50** | Daily 20 | **600** | $10 |
| 0.07¢ | 30 | **$65** | Daily 30 | **900** | **free !** |
| 0.06¢ | 50 | **$95** | Daily 50 | **1500** | **free !** |
| 0.05¢ | 75 | **$125** | Daily 75 | **2250** | **free !** |

The **Per Use** Tariff Rate includes one month payment; the payment involves a certain amount of proxy servers which you can take from the base as many as you wish without any restrictions. If you have not used the proxies includes in the monthly payment, these proxies are not extended to the next month. In these Tariffs you can see all proxies which are online at a moment.

| Per Use plans | | | | |
|---|---|---|---|---|
| 1 Proxy Price | Monthly Price | Tariff Name | Quantity Per Month * | Proxy Helper |
| 0.50¢ | **$9.95** | PerUse 1 | **20** | $10 |
| 0.30¢ | **$15** | PerUse 2 | **50** | $10 |
| 0.25¢ | **$20** | PerUse 3 | **80** | $10 |
| 0.15¢ | **$29.95** | PerUse 4 | **200** | $10 |
| 0.10¢ | **$50** | PerUse 5 | **500** | **free !** |
| 0.07¢ | **$69.95** | PerUse 6 | **1000** | **free !** |

1. Account may not be used by more than 1 person (Daily Tariff Rates).
2. Proxy Helper may not be used by more than 1 person (All Tariffs).
3. A proxy server may not be used for mass mailing (not only in terms of spam).
4. A proxy may not be taken from the base by using programs other than your browser (*Daily Tariff Rates*).

**#NEWS#**

***09.05.07***

**Attention anyone, who pays using e-gold**, we can't exchange e-gold anymore with low commission fee because e-gold have some problems (Click here for more infos) and exchange services don't want to exchange it anymore, some of them already takes 50% commission fee. So, at this moment, commission for direct e-gold payments is 40%, for payments through RoboxChange - 30%. Commission can be changed.

***04.25.07***

We have added Hourly & Daily socks stats.
Now you can change your tariff plan by yourself.

***04.19.07***

ICQ Contact **changed** to:
**Techinc Support: 422-422**

©2004-2007 virtual.proxy-shop.in | ICQ: 422422 | E-mail: webmaster(AT)cardingzone(DOT)org

The information in this report was derived using reverse engineering techniques, analytical methods, scripts, and/or tools which may not be widely known or vetted. Prior authorization must be obtained from the Unit Chief of IAU in consultation with an attorney in the Science and Technology Law Unit, Office of General Counsel, before any information in this report is used for the basis of any legal process, including, but not limited to, subpoenas, affidavits/warrants, grand jury presentation, motion hearings, defense discovery, or trial.

⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇

*ATTACHED EXHIBITS*
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

Christie, Bob, *Feds say Calif. man stole identities of dead, used them to file for millions in tax refunds*, The Star Tribune (Minneapolis - St. Paul, Minnesota) (Apr. 8, 2010), *available at* http://www.startribune.com/templates/Print_This_Story?sid=90248552 (last accessed: Apr. 15, 2013).

**StarTribune.com** MINNEAPOLIS - ST. PAUL, MINNESOTA

## Feds say Calif. man stole identities of dead, used them to file for millions in tax refunds

**By BOB CHRISTIE** , Associated Press

April 8, 2010

PHOENIX - Federal officials in Phoenix on Thursday announced an indictment that accuses a California man of stealing the identities of hundreds of dead and living people and using the information to electronically file for millions of dollars in fraudulent tax returns.

Daniel David Rigmaiden, 29, of Santa Clara, Calif., ran the sophisticated tax fraud scheme, said Dennis Burke, the U.S. attorney for Arizona. Rigmaiden has been in custody since his arrest in July 2008 but his case has been under seal until recently.

He is charged with conspiracy, 35 counts of wire fraud, 35 counts of aggravated identity theft, two counts of mail fraud and an unauthorized computer access charge. Prosecutors are also working to seize assets he received during the scheme, which they believe began in 2005.

Rigmaiden is being held at a federal prison in Florence, Ariz., and has pleaded not guilty. He has fired at least three attorneys since his arrest and now represents himself in the case. Rigmaiden's most recent attorney, who is now assisting him with the case, said he couldn't comment.

A Phoenix man, Ransom Marion Carter III, 43, has also been indicted but remains a fugitive. Another co-conspirator in Utah has been arrested, but that case remains sealed.

The case has been kept sealed while federal agents were trying to get Rigmaiden to cooperate, Burke said. In January, Rigmaiden told a federal judge he was not interested in cooperating and wanted his case unsealed. The judge obliged on March 26.

According to a search warrant affidavit, the indictment and information provided at a press briefing, Internal Revenue Service agents learned in May 2007 that fraudulent tax refunds were being deposited in a bank account belonging to Carter. While investigating him, the agents discovered hundreds of fake tax returns were being filed electronically — many using similar names — usually claiming less than a few thousand dollars.

After gaining an informant's help, agents identified a person who called himself "Hacker" who was apparently telling Carter what to do, and they traced him to the San Jose area. Eventually, they discovered that Rigmaiden was "Hacker" and arrested him after sending him cash shipments that were the proceeds of a number fake tax returns.

"None of his co-conspirators had ever met him, said Dawn Mertz, the IRS special agent in charge in Phoenix. "Their only correspondence with him was over secure e-mail. They didn't know where he lived, who he was, nothing."

Burke said it was a sophisticated operation.

"It took investigators a long time to figure out who exactly he was and where he was and how he was operating this thing because of the steps he took to keep information hidden and how he operated this scheme," Burke said.

He said the conspirators received more than $1 million from 570 fraudulent tax returns and filed an additional 1,336 returns seeking more than $3 million.

"This is an individual who is very bright, very sophisticated and has put a lot of thought into this fraud," Burke said of Rigmaiden. "There were efforts to get the individual to cooperate. That was a lengthy and ongoing process. It is evident now ... that the individual chose not to cooperate and we're proceeding to trial."

© 2013 Star Tribune. All rights reserved.

⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇
⬇ **EXHIBIT 09** ⬇

*ATTACHED EXHIBITS*
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

ABC News, *Feds: Calif. Man Stole IDs, Filed Fake Tax Returns; Feds say Calif. man stole identities of dead, used them to file for millions in tax refunds*, http://abcnews.go.com/US/wireStory?id=10322679 (last accessed: Feb. 15, 2011).



# Feds: Calif. Man Stole IDs, Filed Fake Tax Returns

Feds say Calif. man stole identities of dead, used them to file for millions in tax refunds

**By BOB CHRISTIE Associated Press Writer**

PHOENIX April 8, 2010 (AP)

Federal officials in Phoenix on Thursday announced an indictment that accuses a California man of stealing the identities of hundreds of dead and living people and using the information to electronically file for millions of dollars in fraudulent tax returns.

Daniel David Rigmaiden, 29, of Santa Clara, Calif., ran the sophisticated tax fraud scheme, said Dennis Burke, the U.S. attorney for Arizona. Rigmaiden has been in custody since his arrest in July 2008 but his case has been under seal until recently.

He is charged with conspiracy, 35 counts of wire fraud, 35 counts of aggravated identity theft, two counts of mail fraud and an unauthorized computer access charge. Prosecutors are also working to seize assets he received during the scheme, which they believe began in 2005.

Rigmaiden is being held at a federal prison in Florence, Ariz., and has pleaded not guilty. He has fired at least three attorneys since his arrest and now represents himself in the case. Rigmaiden's most recent attorney, who is now assisting him with the case, said he couldn't comment.

A Phoenix man, Ransom Marion Carter III, 43, has also been indicted but remains a fugitive. Another co-conspirator in Utah has been arrested, but that case remains sealed.

The case has been kept sealed while federal agents were trying to get Rigmaiden to cooperate, Burke said. In January, Rigmaiden told a federal judge he was not interested in cooperating and wanted his case unsealed. The judge obliged on March 26.

According to a search warrant affidavit, the indictment and information provided at a press briefing, Internal Revenue Service agents learned in May 2007 that fraudulent tax refunds were being deposited in a bank account belonging to Carter. While investigating him, the agents discovered hundreds of fake tax returns were being filed electronically — many using similar names — usually claiming less than a few thousand dollars.

After gaining an informant's help, agents identified a person who called himself "Hacker" who was apparently telling Carter what to do, and they traced him to the San Jose area. Eventually, they discovered that Rigmaiden was "Hacker" and arrested him after sending him cash shipments that were the proceeds of a number fake tax returns.

"None of his co-conspirators had ever met him, said Dawn Mertz, the IRS special agent in charge in Phoenix. "Their only correspondence with him was over secure e-mail. They didn't know where he lived, who he was, nothing."

Burke said it was a sophisticated operation.

"It took investigators a long time to figure out who exactly he was and where he was and how he was operating this thing because of the steps he took to keep information hidden and how he operated this scheme," Burke said.

He said the conspirators received more than $1 million from 570 fraudulent tax returns and filed an additional 1,336 returns seeking more than $3 million.

"This is an individual who is very bright, very sophisticated and has put a lot of thought into this



**Kodak**

Bring in any old printer to

**BEST BUY** and save an additional $50 off any new Kodak Printer

WWW.BESTBUY.COM/KODAKSWAPFORSAVINGS
1.888.BEST.BUY

OFFER EXPIRES 2/19/2011

ADVERTISEMENT

PRINT POWERED BY    Format Dynamics

fraud," Burke said of Rigmaiden. "There were efforts to
get the individual to cooperate. That was a lengthy
and ongoing process. It is evident now ... that the
individual chose not to cooperate and we're
proceeding to trial."



ADVERTISEMENT


PRINT POWERED BY   FormatDynamics

⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Stern, Ray, *Tax Fraud Suspect Wanted by IRS; Local Man Part of Elaborate Scheme to Steal Millions in Refunds*, The Phoenix New Times (Apr. 8, 2010), *available at* http://blogs.phoenixnewtimes.com/valleyfever/2010/04/tax_fraud_suspect_wanted_by_ir.php (last accessed: Feb. 15, 2011).



# Tax Fraud Suspect Wanted by IRS; Local Man Part of Elaborate Scheme to Steal Millions in Refunds

**By Ray Stern**

published: Thu., Apr. 8 2010 @ 11:32AM



A California fugitive caught after a years-long "cat-and-mouse hunt" had defrauded the IRS of millions of dollars in a high-tech refund-stealing scheme, federal authorities now say.

The fugitive, Daniel Rigmaiden, 29, of Santa Clara, was caught in August 2008, but one of his alleged accomplices, Phoenix resident Ransom Marion Carter III, 43, is still on the lam.

Carter and other accomplices helped Rigmaiden steal the identities of taxpayers, both living and deceased, then filed fraudulent electronic tax returns, according to the U.S. Attorney's Office.



Image: U.S. Attorney's Office

Ransom Marion Carter III is wanted in a scheme that defrauded millions of dollars from the IRS.

The IRS, FBI, and U.S. Postal Service teamed up to investigate the crimes, which began in 2005.

All told, officials believe that the fraudsters filed about 2,000 bogus tax returns that sought more than $4 million in refunds, though the suspects didn't collect all of it.

Over the course of three years, the agencies knew Rigmaiden only by fictitious names and his handle of "Hacker." He was caught after a brief foot chase on August 3, 2008; a multi-count indictment already had been served up under his aliases. In Rigmaiden's apartment, agents found $116,000 in cash and more than $208,000 in gold coins.

The case was sealed until last month to give Rigmaiden time to consider cooperating with the government. Apparently, he didn't play ball.

Rigmaiden's been charged with 74 counts related to the alleged crimes, and Carter is facing five counts.

Click here to read the news release from the U.S. Attorney's Office.

 

Surveillance photos of Carter. Authorities are asking the public to call (877) 876-2455 if they have information on him.

**Showing 4 comments**

 **youngen**   10 months ago

And they say illegals work the system.

 **tax return calculator 2009**   9 months ago

Ours turned out well this year and I have to send them out tomorrow. Was waiting for payments that never arrived *UGH*. Frustrating to work and not get paid so now I'm back to getting notarized contracts with each client.

 **illinois tax forms**   9 months ago

The http://www.irs.gov site is excellent for any information you will ever need, including instructions for the 1099. They will also recommend a number of online services for electronic filing, one of which that I've used with ease for a couple years..

 **Tico**   1 month ago

wow that is my cousins dad

⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇
⬇ **EXHIBIT 11** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Hensley, JJ, *Feds: California man stole IDs, filed fake tax returns*, The Arizona Republic, p. B3 (Apr. 9, 2010).

© THE ARIZONA REPUBLIC

# VALLEY & STATE

**Metro News**, 602-444-NEWS (6397)  »  metronews@arizonarepublic.com

FRIDAY, APRIL 9, 2010   **B3**

# Tax-fraud-ring details emerge

## Officials: Suspects stole $4 mil with network of IP addresses, bank accounts

**By JJ Hensley**
THE ARIZONA REPUBLIC

The suspected tax-return scheme was as lucrative as it was complex, and it ultimately landed a 29-year-old California man in federal court to face more than 70 charges of identity theft, conspiracy and wire fraud for stealing more than $4 million.

Federal authorities allege that Daniel David Rigmaiden ran the theft ring for three years, making more than $4 million by filing false tax returns for more than 1,900 people, most of whom are dead.

Rigmaiden was arrested in California in August 2008. Details of what officials believe occurred were unsealed recently in federal court documents after Rigmaiden refused to cooperate with authorities, said U.S. Attorney Dennis Burke.

The scheme to defraud the government involved a network of nearly 200 computer IP addresses and 173 bank accounts used in an attempt to avoid detection, said Dawn



PAT SHANNAHAN/THE ARIZONA REPUBLIC
U.S. Attorney Dennis Burke discusses the investigation of a tax-fraud ring that ran for three years and made more than $4 million by filing false tax returns for more than 1,900 people, most of whom are dead.

Mertz, special agent in charge of the IRS-Criminal Investigation Division in Arizona.

One of Rigmaiden's alleged co-conspirators, Ransom Marion Carter III, remains at large, the federal officials said.

Carter, 43, was indicted on federal conspiracy, wire fraud and identity-theft charges in 2008.

Authorities believe Carter, a Phoenix resident, remains in Arizona.

Mertz said the scheme used real and fraudulent debit cards to access proceeds from the tax returns, which were deposited into a labyrinth of bank accounts.

It was a complex criminal enterprise that relied almost solely on digital communication, officials say.

"None of (Rigmaiden's) co-conspirators had ever met him," Mertz said. "They only way they corresponded with him was over secure e-mail. They didn't know where he lived, who he was, nothing."

But dismantling the crime ring relied on two of the oldest steps in the law-enforcement playbook: a confidential informant who came forward after the IRS learned of the scheme, and the use of a mail-fraud statute to help secure Rigmaiden's indictment.

"The mail-fraud statute is one of the oldest and most effective consumer-protection laws to try to get a federal indictment," said Gary Barksdale, assistant inspector in charge with the U.S. Postal Service in Arizona.

## AROUND ARIZONA

### GLOBE

**Misconduct charges filed against justice of peace**

A judicial commission has filed misconduct charges against Globe Justice Court Judge Patty Nolan.

The Commission on Judicial Conduct in Phoenix announced Thursday that it has charged Nolan with five counts of judicial misconduct involving, among other things, delays in issuing warrants and decisions and failure to diligently administer the court.

Nolan says she acknowledges that delays occurred but denies that her conduct has been repeated or deliberate. She has served as a justice of the peace since 1998. A formal hearing has not yet been scheduled.

If the commission finds that a judge is guilty of judicial misconduct, it can recommend to the Arizona Supreme Court that the judge be censured, suspended without pay or removed from office.

### PHOENIX

**2 Phoenix men indicted on tax-related charges**

Federal authorities say two Phoenix men have been indicted on money-laundering and tax-related charges.

The U.S. Department of Justice and Internal Revenue Service announced Thursday that Gino Carlucci was charged with conspiracy to commit money

# Glendale, Ice Edge at odds in Coyotes deal

*ATTACHED EXHIBITS*

*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*

*CR08-814-PHX-DGC*

⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇
⬇ **EXHIBIT 12** ⬇

Hensley, JJ, *Feds: California man stole IDs, filed fake tax returns*, The Arizona Republic (Apr. 9, 2010), *available at* http://www.azcentral.com/private/cleanprint/?1297800013333 (last accessed: Feb. 15, 2011); Note: now *available at* http://www.azcentral.com/news/articles/2010/04/08/20100408tax-fraud-man-indicted-fake-tax-returns.html?nclick_check=1 (last accessed: Apr. 18, 2013).



# Feds: California man stole IDs, filed fake tax returns

by *JJ Hensley* - Apr. 8, 2010 11:10 AM
*The Arizona Republic*

The tax-return scheme was as lucrative as it was complex, and it ultimately landed a 29-year-old California man in federal court to face more than 70 charges of identity theft, conspiracy and wire fraud for stealing more than $4 million.

During the 3 years Daniel David Rigmaiden ran the theft ring, he made more than $4 million through filing false tax returns for more than 1,900 people, most of whom are dead, according to federal authorities.

Rigmaiden was arrested in California in August 2008, but the details of his complex operation were recently unsealed in federal court documents after Rigmaiden refused to cooperate with authorities, said U.S. Attorney Dennis Burke.

Rigmaiden's scheme to defraud the government used a network of nearly 200 computer IP addressees and 173 bank accounts in his attempt to avoid detection, said Dawn Mertz, special agent in charge of the IRS criminal Investigation division in Arizona.

One of Rigmaiden's co-conspirators, Ransom Marion Carter III, remains at large, the federal officials said.

Carter, 43, was indicted on conspiracy, wire fraud and identity theft allegations in federal court in 2008.

Authorities believe Carter, a Phoenix

resident, remains in Arizona.

Mertz said Rigmaiden's scheme utilized real and fraudulent debit cards to access the proceeds from the tax returns, which were deposited into the labyrinth of bank accounts.

It was a complex criminal enterprise that relied almost solely on digital communication. "None of (Rigmaiden's) co-conspirators had ever met him," Mertz said. "They only way they corresponded with him was over secure email. They didn't know where he lived, who he was, nothing."

But dismantling the crime ring relied on two of the oldest steps in the law-enforcement playbook: a confidential informant who came forward after the IRS learned of the scheme and the use of a mail-fraud statute to help secure Rigmaiden's indictment.

"The mail-fraud statute is one of the oldest and most effective consumer-protection laws to try to get a federal indictment," said Gary Barksdale, assistant inspector in charge with the U.S. Postal Service in Arizona.

Copyright © 2011, azcentral.com. All rights

Advertisement



Print Powered By [Fdd] Format Dynamics™

⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅
⬇ **EXHIBIT 13** ⬅

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Cross, Jim, *KTAR.com - Stolen IDs used in tax fraud scheme*, KTAR.com (Apr. 8, 2010), *available at* http://ktar.com/?nid=6&sid=1282105 (last accessed: Feb. 15, 2011).

Friday, July 30    Login | Sign Up          KTAR Rewards | All Star Rewards



Home | **News** | Sports | Opinions | Shows | Podcasts | Video | Photos | Classifieds | Events | Contests | Links    Search/Keyword

**Local** | US | World | Business | Entertainment | Traffic | Weather | Health | Tech | Odd | Silent Witness

# Stolen IDs used in tax fraud scheme

by Jim Cross/KTAR (April 8th, 2010 @ 12:09pm)   Recommend

*Talk About It*      Policy >>
             Post Comment





PHOENIX -- A California man has been indicted on charges of leading a massive scheme aimed at defrauding the federal government of millions of dollars through bogus tax returns, U.S. Attorney for Arizona Dennis Burke announced Thursday.

Burke said "Hacker" Daniel Rigmaiden, 29, of Santa Clara, Calif., led a ring that filed bogus tax returns in Arizona and other states from 2005 to 2008. He said the operation defrauded the feds "by e-filing tax returns in the names of over 1,900 taxpayers, the majority of whom are deceased."

Rigmaiden has been in federal custody for almost two years, but Burke said his case was under seal until recent weeks.

"He had such a sophisticated operation that it took investigators a long time to figure out exactly who he was and where he was and how he was operating the thing," Burke said.

A search was underway for Ransom Marion Carter III, 43, of Phoenix, who allegedly helped obtain Social Security numbers for the scheme, Burke said.

Another co-conspirator in Utah has been arrested, but that case remains sealed.

The operation included the use of people's stolen debit card information, according to Dawn Mertz with the Internal Revenue Service.

"They were able to make their own debit cards using the information from existing debit cards," Mertz said. "Then the refunds were loaded onto the debit cards and then they were able to withdraw the funds."



Ask About An Advertiser

**Most Viewed Stories**

No Boycott: Lady Gaga's in AZ
Charges in officer's death
Storm damages Cardinals' stadium
Most protesters not from AZ
AZ sheriff not relenting

**Most Read Sports Stories**

Storm damages roof of Arizona Cardinals stadium
Hall looking to move additional players, rebuild team
Diamond Ink: D-backs, White Sox closing in on deal
Fitzgerald looks to lead Cardinals back to playoffs
Wolf: Motivated Cardinals

**Phoenix Business Directory**

Business *Restaurants*   Location *Phoenix, AZ*

| | |
|---|---|
| Blinds | Home Theater |
| Bonds | Kitchen Cabinets |
| Buffet | Lamps |
| Cabinets | Nanny |
| Camp | Nursery |
| Candles | Outlet |
| Clothing | Party Supplies |
| Condos | Preschool |
| Cookies | Shoes |
| Curtains | Skin Care |
| Gift Baskets | T Shirts |
| Gift Shops | Theater |
| Home Decor | |

by MojoPages



Home | Contact Us | Advertise With Us
Copyright Policy | Terms of Use | Privacy Policy | Contest Rules | Employment Opportunities | EEO Public File Report
Copyright © 2010 Bonneville International. All rights reserved.

Share Page  Print  Listen  Like  RSS  KTAR Menu        Chat with your friends.

⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇
⬇ **EXHIBIT 14** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

KTVU, Channel 2, *Santa Clara Man Indicted for Massive Online Tax ID Fraud Scheme* (Apr. 8, 2010), *available at* http://www.ktvu.com/news/23092419/detail.html (last accessed: Feb. 15, 2011).





Current conditions for local cities

| City | San Jose | San Francisco | Oakland |
|---|---|---|---|
| **Current Temperature** | 71° | 64° | 62° |
| **Sky Conditions** | Partly Cloudy | Partly Cloudy | Partly Cloudy |

StormTracker2
5-Day Forecast
Weather Webcast

- RSS
- E-mail
- Desktop Alerts
- Mobile



Friday, July 30, 2010 | 1:31pm

○ Site  ○ Web  ● Keyword

enter keyword

SEARCH

•   Home    •   News    • Weather  • Traffic  •   Sports    • Business  • Marketplace  • Entertainment  • Networking

KTVU.com News

# Story

print
email
link
Share this:
twitter
facebook
more
Text Size:
AAA

## Santa Clara Man Indicted for Massive Online Tax ID Fraud Scheme

Posted: 12:33 pm PDT April 8, 2010



# From Our News Partners

Woman Accused Of Smearing Feces On Daughter's Feeding Tube Sent To Jail
Wacky Crimes: The Best Of South Florida Police

**PHOENIX --** A Santa Clara man was indicted Thursday in Arizona for allegedly using sophisticated computer intrusion techniques, identify theft, and wire and mail fraud to attempt to bilk the government out of millions of dollars.

U.S. Attorney Dennis Burke said the recently unsealed 74-count indictment – the result of a multi-year cat and mouse hunt by the agencies' investigators across multiple states.

"Daniel Rigmaiden led agents through a virtual labyrinth of twists and turns, but they never gave up," Burke said. "This investigation demonstrates how the United States is aggressively investigating persons who file fraudulent tax returns. We will seek to identify and vigorously prosecute those who participate in these schemes, no matter how sophisticated they are."

The superseding indictment details a conspiracy charge, plus 35 counts of wire fraud, 35 counts of identity theft, one count of unauthorized access of a computer with the intent to defraud and two counts of mail fraud.

The indictment alleges that as early as 2005, Rigmaiden (a.k.a. Steven Travis Brawner), 29, of Santa Clara, conspired with others, including Ransom Marion Carter, III, 43, of Phoenix, to obtain the names and social security numbers of living and deceased persons, and to use their identifies to electronically file fraudulent tax returns in order to obtain refunds.

"The nature of the crimes allegedly committed by Mr. Rigmaiden is particularly troubling," said Pete Zegarac, Inspector in Charge of the U.S. Postal Inspection Service's Phoenix Division. "Taking the identities of numerous deceased individuals to obtain financial gain is something not often seen to this magnitude." The indictment revealed that in May 2007, IRS investigators identified a Compass Bank account in Phoenix that was receiving fraudulently obtained tax refunds.

From May 2007 through January 2008, the investigation was focused on Carter, who had opened the Compass Bank account under the name Carter Tax & Accounting, LLC. In January 2008, the investigation started to focus on an individual operating above Carter known only as the "Hacker" and another co-conspirator above Carter in the scheme.

From January through April 15, 2008, an undercover operation was initiated which sought to identify and locate the Hacker and second co-conspirator. In the course of the operation, the investigators opened an undercover bank account in Arizona into which the Hacker unknowingly caused the deposit of numerous fraudulently obtained tax refunds.

The fraudulent returns were filed via computers and IP addresses not directly traceable to the Hacker. During this period, three $9,000 shipments of the tax refunds were made to the second co-conspirator in Utah. On April 15, 2008, the second co-conspirator was arrested. The co-conspirator's case is under seal.

From April through August 2008, investigators worked to identify and locate the Hacker.

In May 2008, $68,000 in fraudulently obtained refunds were shipped to the Hacker, in the name of Patrick Stout, to Palo Alto. The person who picked up the package was not apprehended.

In July 2008, agents located the apartment in Santa Clara rented by the Hacker in the name of Steven Brawner. On July 23, 2008, a 50-count indictment was returned under seal against the Hacker (a.k.a Brawner and Stout).

On August 3, 2008, the Hacker was arrested in Santa Clara after a foot and car chase. A key to the Hacker's apartment was found in his pocket during his arrest.

On August 3 and 4, 2008, search warrants were executed in the Hacker's Santa Clara apartment and a storage unit in San Jose; investigators seized a laptop and multiple hard drives, $116,340 in cash, over $208,000 in gold coins, approximately $10,000 in silver coins, false identification documents, false identification manufacturing equipment, and surveillance equipment.

The case remained sealed pending the Hacker's consideration of an offer to cooperate with the government.

On August 6, 2008, the Hacker was identified via fingerprint analysis as Daniel David Rigmaiden.

From late August 2008 through January 2009, seizure warrants were served upon eight financial institutions and $158,167 of fraudulently obtained tax refunds were seized. The superseding indictment in Arizona alleges approximately 570 fraudulent tax returns were filed in the course of the conspiracy seeking the deposit of approximately $1,008,174 in refunds into Arizona bank accounts.

Search and seizure warrant affidavits allege the filing of approximately 1,336 additional fraudulent tax returns seeking the deposit of approximately $3,117,193 of refunds into over 170 additional accounts.

Blotters From July
Teen Girl Arrested For Execution-Style Slayings
Man Guilty In Ax Handle Attack On Priest
Acupuncture Patient With Needles In Back Forgotten, Locked In Clinic
Whale Found Dead On The Bow Of Cruise Ship
Remorseful Robber Leaves Store Empty-Handed After Talking Religion With Manager
NBA Player's Death Considered Homicide
Man Accused Of Trying To Poison Wife, Mother-In-Law's Wine
Ohio Lake Toxins Sicken Man, Kill Family Pet

# Celebrity Spotlight

Summer Movies: August Releases

 A Sylvester Stallone action fest, a new Drew Barrymore romantic comedy, a romantic drama starring Julia Roberts and a buddy comedy starring Will Ferrell and Mark Wahlberg are among the new movies out in August. View Images ››

# Something Extra



20 Things To Know About The Clintons
As Chelsea Clinton prepares for her wedding this weekend, learn 20 things you might not have known about the former First Family. Full Story ››

Most Popular

- *Stories*
- *Videos*
- *Slideshows*

Teen Girl Arrested For Execution-Style Slayings
Big Rig Runs Over Car In I-80 Accident
Photo Mystery: Ansel Adams Or Uncle Earl?
Armed Man Threatens Hospital Emergency Room Staff
Two Die; Tampered Gas Line Found At Deadly LA Blast

# KTVU Channel 2 News At 5

Complete Bay Area News Coverage

 A guman storms into the emergency room at an East Bay children's hospital and holds a worker against her will. We're asking how the suspect made it past security. Also, a cold and damp start today but parts of the Bay Area will warm up this weekend. We're monitoring what's ahead in the area where you live. Today on KTVU

Copyright 2010 by KTVU.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Channel 2 News at 5.

print
email
link
Share this:
twitter
facebook
more▼
Text Size:
AAA

# More Headlines

## National/World News

Agency Weighs Skirting Congress On Immigration
Giant Hailstone Breaks US Records
Wildlife Rescue Escalates In Mich. Oil Spill
Calif. Wildfire Forces Hundreds From Homes
NBC To Air Live Episode Of '30 Rock'
What You Lose to Booze
So You Think You Can Dance on Tour!

## CNN News

in partnership with 

CNNPay Gap Persists For African-Americans
CNNNOAA Confirms Record Breaking Hailstone In South Dakota
CNNRacing Team Owner Roush's Plane Cartwheeled, NTSB Says
CNNWikiLeaks Founder Fires Back At Gates
CNNTwo New Orleans Police Officers Indicted In 2005 Beating Death
What You Lose to Booze

## Sports

49ers Sign Top Picks Davis, Iupati
Young, Teagarden's Rare HR Send Rangers By A's 7-4
Sharks Sign D Jason Demers For 2 More Years
Raiders Sign First-Round Pick Rolando McClain
Sanchez Dazzles In Shutout Of Giants
The Best and Worst Baseball Giveaways

## Green Living

AP Exclusive: Workers Describe Failures On Oil Rig
Scientists Studying Deep-Sea Coral Off Marin's Coast
Obama To Get Tough On Rigs As Oil Still Spills
Raw Video: New Underwater View Of Gulf Oil Spill Workers Say BP Chemicals Sickening
Green Living: Fact Vs. Fiction

## Economy Watch

Intel Posts Biggest Profit In A Decade
Lawyers To Announce Class Action Suit Against Nummi And Toyota
Apple Reputation Challenged After iPhone 4 Tests
Stocks Surge After Alcoa, CSX Report Strong Profit
Bailout Watchdog To Audit Housing Program
Federal Budget Gap Tops $1 Trillion Through June
Starting Salaries Of New College Grads Drop
Obscenely Expensive Cars

## Entertainment

Ellen Out, J-Lo In As 'American Idol' Judge?
Peas 'I Gotta Feeling' Downloaded 6M Times
Andy Griffith's New Role: Pitching Health Care Law
Novelist Anne Rice Leaves Christianity
Bullock Wants Out Of Adoption Video
Real-Life Drama: Susan Lucci Writing Memoir
Jolie 'Very Concerned' About People Of NKorea
Frank Sinatra Musical 'Come Fly Away' To Close
10 Great Restaurant Review Sites
So You Think You Can Dance on Tour!
Full Story ››

ADVERTISEMENT

# Shop At The Online Mall

ADVERTISEMENT

# Links We Like

Spotting The Signs Of Skin Cancer

# Desktop Alert

Download Desktop Alert!



\* Breaking News Alerts
\* Severe Weather Alerts
\* Click here to download!

ADVERTISEMENT

# Health Information

The Warning Signs Of STDs

Protect your health and learn about the symptoms of eight common STDs and how they are spread from person to person. Full Story ››

Spot The Signs Of Skin Cancer
10 Natural Ways To Beat The Blues
Improve Your Diet And Feel Better Today
Minimizing Allergens In The Home

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

⬇ **EXHIBIT 15** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Johnson, Elias, *Suspects Collect Millions In Tax Return Fraud* (Apr. 8, 2010), *available at* http://www.kpho.com/news/23096519/detail.html (last accessed: Feb. 15, 2011); Note: now *available at* http://www.kpho.com/story/14782120/suspects-collect-millions-in-tax-return-fraud-4-08-2010 (last accessed: Apr. 18, 2013).





 **85°** **Deer Valley** Partly Cloudy

Weather Alerts
Road Alerts

○ Site ○ Web ○ Yellow Pages [GO]

| HOME | NEWS | OBITS | VIDEO | UTELLIT | TRAFFIC | WEATHER | SPORTS | ENTERTAINMENT | HEALTH | LIFESTYLE | MONEY | COMMUNITY | STATION |

Homepage / Phoenix News

11:47am | July 30, 2010　　E-Mail Alerts | RSS

## Suspects Collect Millions In Tax Return Fraud

### US Attorney's Office Claims Suspects Used Thousands Of Dead Social Security Numbers

*Elias Johnson*
*Reporter, KPHO.com*

POSTED: 7:06 pm MST April 8, 2010
UPDATED: 7:33 pm MST April 8, 2010

**E-Mail News Alerts**
Get breaking news and daily headlines.

[Enter E-Mail Address] [SUBMIT]

Browse all e-mail newsletters

| More

🅵 facebook　📧 del.icio.us　🅱 buzz　digg　reddit

›› Email　›› Print

**PHOENIX --** Luther Clay, Josephine Cowles and Glen Apling are three U.S. citizens who all died in 1983. Somehow they and over 1,000 other deceased individuals managed to file tax returns in 2006.

"It's a very, very sophisticated scheme," Arizona's district U.S. Attorney, Dennis Burk, said at a press conference Thursday morning.

Burk's office began investigating this bizarre story after a tipster came forward about an elaborate scheme using computers, tax returns and almost 2,000 real Social Security numbers; most of them belonged to people who were dead.

"Daniel David Rigmaiden was the leader of a sophisticated scheme in Arizona and elsewhere to defraud the United States from $4 million by e-filing fraudulent tax returns in the names of 1,900 taxpayers, the majority of whom were deceased," Burk said.

Investigators say Daniel Rigmaiden masterminded the fraud from 2006 to 2007 at his apartment in Santa Clara, Calif. Using a computer to communicate, he and several other co-conspirators like Ransom Marion Carter obtained Social Security numbers and electronically filed returns, investigators said.

"This was allegedly accomplished by using 190 I.P. address' from all over the country and 173 banks accounts which included numerous accounts that were just basically debit cards," IRS special agent Dawn Mertz said.

It was only a matter of time before federal agents noticed a common uplink from a Verizon broadband card in Santa Clara. Agents said they tracked the signal to an apartment rented by Steven Travis Braunnen who, upon closer examination, was actually Rigmaiden.

"We found the broadband access card, a laptop computer," Mertz said. "We found currency, gold and silver coins, multiple false identifications and some sophisticated surveillance equipment."

Rigmaiden was arrested on Aug. 3, 2008. Following the arrest. a storage facility in San Jose, Calif., and several post office boxes turned up similar evidence.

Authorities also learned about the connection between Rigmaiden and Carter. In January, Rigmaiden made it clear he will not cooperate with the investigation or lead agents to his former partner.

"Ransom Carter is considered a fugitive and is being sought by law enforcement to this day," Burk said.

*Copyright 2010 by KPHO.com. All rights reserved.*
*This material may not be published, broadcast, rewritten or redistributed.*

Sponsored

 **Mom Makes $6795/mo**
A mom beat the recession with this trick. Read more. **Learn more**

## Local News Headlines

Second West Nile Death Reported

PD: Crane Climbers Are Not From Arizona

Police: Gunman Shoots Into Rep. Grijalva's Office

Gun-Rights Advocates Celebrate New Law

Cremated Remains Lost In Mail Are Found





## National News Headlines

Reprimand Rangel, House Committee
Investigators Say

Bullock Wants Out Of Gulf Restoration Video

Joint Doggie Custody Awarded In Divorce

Restaurant Workers Fight Off Robber

NOAA Confirms Record Breaking Hailstone In
South Dakota

## Sponsored Links

**Is Your Bank In Trouble?**
Free list Of Banks Doomed To Fail. The
Banks and Brokers X List. Free!
www.MoneyAndMarkets.com

**10 Cards for Bad Credit**
Credit Cards for Bad Credit from Visa &
MasterCard. Apply Online!
BadCreditOffers.com/CreditCards

**Date Sexy Russian Women**
Russian Dating and Singles Site. Find the
Perfect Russian Woman Now!
www.RussianEuro.com/Dating



2010, KPHO; Phoenix, AZ. (A Meredith Corporation Station)
In association with:



Privacy Policy | Terms of Use | Advertising Information
Microsoft MapPoint Terms of Use | Microsoft Privacy Statement | Portions: 2010, Internet Broadcasting Systems, Inc. | Site Map

## Most Popular

**STORIES**

Sheriff Arpaio Launches 'Operation 1070'

Chandler Officer Ledesma Killed, 5 Arrested

Monsoon Storms Rip Through Parts Of Valley

**SLIDESHOWS**

Slideshow: Wild Weather Brings Out Frogs

More Most Popular

## Health Topics & Information



The Warning Signs Of STDs

　Protect your health and learn about the
symptoms of eight common STDs and how
they are spread from person to person.
**More**

Spot The Signs Of Skin Cancer

10 Natural Ways To Beat The Blues

Improve Your Diet And Feel Better Today

Minimizing Allergens In The Home

## Today's Hot Deals

Friday, 7/30/10



**$308 & up** -- Nonstop to Hawaii from
the West Coast (R/T)*
Hawaiian Airlines

**$24 & up** -- Las Vegas: Family-
Friendly Hotel on The Strip
TripRes.com

**$77** -- Las Vegas: One-Bedroom Villa,
35% OFF
Cancun Resort

Listed by **TRAVELZOO** *Some taxes, fees additional

More Travel Deals

## On The Side

Is Online Dating Safe?

Recognize Alzheimer's



Improve Your Health

Deal With Pay Cuts

↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓
↓ **EXHIBIT 16** ↓

Zetter, Kim, wired.com [website], *Identity Thieves Filed for $4 Million in Tax Refunds Using Names of Living and Dead | Threat Level | Wired.com* (Apr. 8, 2010), http://www.wired.com/threatlevel/2010/04/fake-tax-returns/ (last accessed: Apr. 16, 2013).

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Threat Level
Privacy, Crime and Security Online
› Crime

Tweet 5    0    Share

# Identity Thieves Filed for $4 Million in Tax Refunds Using Names of Living and Dead

› By Kim Zetter
› 04.08.10
› 7:40 PM

Follow @KimZetter



A group of sophisticated identity thieves managed to steal millions of dollars by filing bogus tax returns using the names and Social Security numbers of other people, many of them deceased, according to a 74-count indictment unsealed in Arizona Thursday.

The thieves operated their scheme for at least three years from January 2005 to April 2008, allegedly filing more than 1,900 fraudulent tax returns involving about $4 million in refunds directed to more than 170 bank accounts. The conspirators used numerous fake IDs to open internet and phone accounts, and also used more than 175 different IP addresses around the United States to file the fake returns, which were often filed in bulk as if through an automated process.

According to authorities a Californian, 29-year-old self-described hacker named Daniel David Rigmaiden, aka Steven Travis Brawner, was the ringleader of the group. He conspired with Ransom Marion Carter, III, 43 of Arizona and at least one other conspirator who was arrested in Utah in 2008 but has not been identified in court records.

Rigmaiden has been in custody since May 2008, but Carter is still at large. The two are charged with 35 counts of wire fraud, 35 counts of identify theft, one count of unauthorized computer access and two counts of mail fraud. Authorities are also seeking a monetary judgment in the amount of $5.5 million.

Rigmaiden is representing himself after firing three attorneys, and could not be reached in prison for comment.

The IRS allows taxpayers to file their returns electronically and obtain their refunds through direct deposit to a bank account or to a pre-paid debit card account, which lets them withdraw the funds from an ATM.

The scam took advantage of the IRS' quick turnaround in processing refunds for electronically filed returns. The IRS typically processes a refund request without verifying the taxpayer's information — such as whether the taxpayer is alive — or confirming that the taxpayer is legitimately owed money. The crooks just needed names and Social Security numbers of victims, which they acquired from various sources, and a company's name and tax-ID number to list as an employer.

According to a revised indictment filed January 2010 (.pdf), the investigation (which involved agents from the IRS, FBI, and the U.S. Postal Inspection Service) began in May 2007, when the IRS zeroed in on a business bank account Carter opened at Compass Bank in Arizona that appeared to be set up to receive fraudulent refunds. The account, in the name of Carter Tax & Accounting, accumulated $340,000 from 200 fraudulent returns, which Carter allegedly converted to cashier's checks.

The agents' first big break in the case came in 2008, when another criminal, facing unrelated state charges in Arizona, told authorities he knew about the scheme, and offered to help their investigation. The informant joined the gang, setting up a fake tax preparation business to process the false returns  for Rigmaiden — whose identity was then unknown — and the Utah conspirator, as well as a business checking account to receive the refunds.  About 360 fake returns were filed in the amount of nearly $700,000 in refunds. The informant then shipped the money — in $9,000 increments — to a drop address in Utah.

The Utah conspirator failed to hide his home IP address in communications with the informant, and undercover agents in Utah put him under surveillance. He was arrested on April 15, 2008 while leaving the drop location carrying $9,000. The Utah defendant subsequently became a confidential informant, agreeing to help authorities identify and catch Rigmaiden. According to a search warrant affidavit filed by IRS Special Agent Michael Fleischmann (.pdf), the Utah informant told authorities that Rigmaiden had once operated a website selling fake California driver's licenses at www.fakeid.tv, and that the two of them had been involved in a number of fraudulent schemes over several years.

In May 2008, the Utah informant shipped $68,000 to "Patrick Stout" in Palo Alto, California. Authorities say Stout was Rigmaiden. Rigmaiden gave the informant detailed instructions for "washing" the currency in lantern fuel to remove any drug or explosives residue that might be picked up by a drug-sniffing dog. He also told the informant to double-vacuum-seal the currency, place it in the cavity of a toy and gift-wrap the toy with a birthday card intended for a dying child. He would send someone armed with a semi-automatic rifle to pick up the package from the drop address.

Rigmaiden told the informant at various times that he was an encryption and privacy expert, and discussed building aerial drone assassins that would be perfect for taking out politicians by remote control, Fleischman wrote in his affidavit.

"I am probably the single biggest threat to the U.S. government currently living and they don't even know it," he allegedly bragged in an e-mail. "I can do things to the government that will make all these terrorist organizations look like sewing circles."

Agents moved in to arrest Rigmaiden in Santa Clara, California, in August 2008, and apprehended him after a foot and car chase.

During a subsequent search of an apartment and storage unit rented to Rigmaiden, investigators found about $116,000 in cash and more than $210,000 in gold and silver coins. They also found fake IDs and equipment for making fake IDs and bank cards, as well as surveillance cameras and other electronic equipment valued at about $200,000. They found no firearms.

Rigmaiden was using the name and Social Security number of Steven Travis Brawner at the time of his arrest — Brawner died in 1997 — and refused to provide his real name to authorities. He was only identified through fingerprint records. Rigmaiden has a prior felony conviction for using fraudulent access cards and had outstanding arrest warrants on a drug-manufacturing charge and a

fraud charge, according to Fleischmann's affidavit.

Included among about two dozen victims named in the indictment (whose names and Social Security numbers were used to file fake returns) are Nancy Dickinson, who died in 1979, according to the indictment, but was issued a $2,500 tax refund in 2007; Patrick C. Allen, who died in 1985, and filed a 2008 return for $4,300; and Salvadore Duarte, who died in 1989 and filed for a $4,900 refund.

Authorities tried to interest Rigmaiden in a cooperation deal. In January, he rejected the offer and, representing himself in court, filed a motion to unseal his case, which the court granted.

Rigmaiden's alleged fraud scheme is not new. In 2006, Brett Shannon Johnson was caught filing fraudulent tax returns in the names of dead people while working undercover for the Secret Service. Johnson, who went by the name "Gollumfun" online, estimated he stole about $2 million in fake refunds, some of it while working at a Secret Service field office in South Carolina helping agents catch credit card thieves.

**See also:**

‹ Secret Service Operative Moonlights as Identity Thief
‹ You Might Like
‹ Related Links by Contextly



›
› Version of Facebook Chatheads Hits iOS



›
› hind the Scenes of the Frantic, Madcap Birth of *Wired*

›
› peals Ruling Allowing Feds to Stay Mum on Drone Targeted Killings

›
› 20 Years, From Apps and Hacks to Turing and Trolls



Kim Zetter is a senior reporter at Wired covering cybercrime, privacy, security and civil liberties.
Read more by Kim Zetter
Follow @KimZetter and @ThreatLevel on Twitter.
Post Comment | 4 Comments | Permalink
Back to top

Tweet  5                    0

Reddit  Digg Stumble Upon Email

## 4 comments

  0

Comments for this thread are now closed.

**Best**    **Community**                                                     **Share**   ⚙

**muD** · 3 years ago
Let this be a lesson to anyone planning a financial scam or an invasion of another country: you need an exit plan.
1    · Share ›

**blitherer** · 3 years ago
Nice to know how stupid lazy and incompetent our IRS employees are, wonder how much graft went into their pockets along with this caper.
0    · Share ›

**skimask** · 3 years ago
Best story I read all morning. Damn glad those refunds come quick though. Hope that doesn't change on account of fraud like this.
0    · Share ›

**stagolee** · 3 years ago
Hey, can we also see a picture of the BofA employee who planted malware on ATMs?
0    · Share ›

 Comment feed    ✉ Subscribe via email

Collapse

Previous Article
**Spam a Judge, Go to Jail?**



Next Article
**Burning Man Rethinks Its Legal Ownership of Your Photos**



⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇
⬇ **EXHIBIT 17** ⬇

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Slashdot.org [website], Secret Stingray Warrantless Cellphone Tracking (Oct. 27, 2012), http://yro.slashdot.org/story/12/10/27/144229/secret-stingray-warrantless-cellphone-tracking (last accessed: Nov. 28, 2012).

[Slashdot](#)
[Stories](#)
[Slash Boxes](#)
[Comments](#)

Search

7 Full 30 Abbreviated 25 Hidden
/Sea

Score:

SlashTV   Channels ▾   Library   Newsletter   Submit   Login   Join

Nickname:

5
4
3
2
1
0
-1

Password: 6-20 characters long

☐ Public Terminal

Log In   [Forgot your password?](#)

[More](#) [Login](#)

http://

Log in with OpenID

Nickname:

[Close](#)

Password:

[Stories](#)
- [Recent](#)
☐ Public Terminal
- [Popular](#)
- [Blog](#)

[Forgot your password?](#)

[Slashdot](#)

- [Ask Slashdot](#)
[Close](#) [Book Reviews](#)
[Close](#) [Games](#)
- [Idle](#)
- [YRO](#)
-
- [Cloud](#)
- [Hardware](#)
- [Linux](#)
- [Management](#)
- [Mobile](#)
- [Science](#)
- [Security](#)
- [Storage](#)

   

# Secret Stingray Warrantless Cellphone Tracking 62

Posted by Soulskill on Saturday October 27, @10:34AM
from the your-phone-is-broadcasting-an-ip-address dept.

Penurious Penguin writes *"Last year a Slashdot story mentioned the case of Daniel David Rigmaiden, or 'the Hacker.' With the help of an IMSI-catcher device, law enforcement had been able to locate and arrest the elusive 'Hacker,' leading to U.S. v. Rigmaiden. But far more elusive than the 'Hacker,' is the IMSI-catcher device itself — particularly the legalities governing its use. The secrecy and unconstitutionality of these Man In The Middle devices, i.e. 'stingrays,' has caught some attention. The EFF and ACLU have submitted an amicus brief in the Rigmaiden case; and EPIC, after filing an FOIA request in February and receiving a grossly redacted 67 out of 25,000 (6,000 classified) pages on the "stingray" devices, has now requested a district judge expedite disclosure of all documents. Some Judges also seem wary of the 'stingray,' having expressed concerns that their use violates the Fourth Amendment; and additionally, that information explaining how the technology is used remains too obscure. Perhaps the most controversial aspect of ISMI-catchers is their several-kilometer range. When a "stingray" is used to spoof a cellphone tower, thousands of innocent users may be collaterally involved. And while the government claims to delete all gathered data unrelated to the target, it also means no one else can know what that data really was. The government claims that because only attributes of calls — but not their content — are captured in the attack, search warrants aren't necessary."* (More, below.)

Penurious Penguin continues, "The use of a pen-register (outgoing) and trap & trace (incoming) device, requires little more than a mewl of penal curiosity before a court, and no warrant or follow-up on the case is needed. The pen/trap seems unwieldy enough, as the EFF explains:

> "Most worrisome, we've heard some reports of the government using pen/trap taps to intercept content that should require a wiretap order: specifically, the content of SMS text messages, as well as "post-cut-through dialed digits" (digits you dial after your call is connected, like your banking PIN number, your prescription refill numbers, or your vote for American Idol). intercept information about your Internet communications as well."

Precisely what data these "stingrays" collect will hopefully be soon revealed through such efforts as those of EPIC. It should be noted that the Stingray is one of multiple devices with the same application. The Stingray and several others are trademarks of the Harris Corporation. Some are quite pricey ($75,000), and others are, as mentioned last year by a Slashdot reader, peculiarly affordable — and available. For a more comprehensive overview of the subject, see this Wall Street Journal article."

twitter facebook

    aclu eff fbi

←

## Related Links

→

Supreme Court To Hear First Sale Doctrine Case

ATTACHED EXHIBITS
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓
↓ **EXHIBIT 18** ↓

S., Charlene, phonearena.com [website], *Feds change defense in order to conceal details about its 'stingray' device* (Nov. 08, 2011), http://www.phonearena.com/news/Feds-change-defense-in-order-to-conceal-details-about-its-stingray-device_id23602 (last accessed: Apr. 16, 2013).

PhoneArena is looking for new authors! To view all available positions, click here.



Site Search  ALL

SHARE THIS PAGE FOLLOW US:

Login Register

HOME PHONES TABLETS NEWS REVIEWS DISC Options US VIDEOS  TIP US

Home &rsaquo; News &rsaquo; Feds change defense in order to conceal details about its 'stingray' device

# Feds change defense in order to conceal details about its 'stingray' device

*Posted:* 08 Nov 2011, 20:43, by Charlene S.

Share: Discuss 7 Like 2 Tweet 6 3





In 2008, self-describer hacker Daniel David Rigmaiden was arrested and charged with identity theft, unauthorized computer access, mail fraud and wire fraud for stealing more than $4 million through false tax filings.

For the last year, Rigmaiden has claimed that his arrest was a result of a violation of his Fourth Amendment rights, which protects citizen from unreasonable search and seizure, because the government used a device called the stingray to track his cell phone without a valid warrant. The U.S. Department of Justice has stood by the defense that the use of the stingray is not considered a search because the user did not have a reasonable expectation of privacy while use Verizon Wireless cellphone service.

Rigmaiden has requested additional information about the stingray in order to further examine what information was gathered about him and possible innocent bystanders within range of the device. What is known about the stingray thus far is, it mimics a cell tower to measure the signal strength of a target mobile device. The stingray is moved to other locations, and the resulting data is used to triangulate the position of the target. The scope of data it collects is unknown, particularly because investigators delete the tracking data, rather than submitting it to the court.



In the latest development of this case, the government is now admitting that the use of the stingray in this case could be considered a search and seizure under the Fourth Amendment. They are willing to make concessions specifically for this case in order to "*avoid unnecessary disclosures*" about the device. The judge in the case, David G. Campbell, has expressed the potential need for more information about the stingray before being able to determine whether or not its use can be considered a search in this case.

The FBI stated in a recent memo, it deletes all data from the stingrays because it tends to gather data on other mobile devices in addition to the suspect's. The FBI has stated that their intent is to ensure *"the privacy rights of those innocent third parties are maintained."*

source: The Wall Street Journal

Share: Discuss 7 Like 2 Tweet 6 3

## POPULAR STORIES



1. Here's exactly how much bigger the Samsung Galaxy Mega is compared to the Note

2. Check out the Galaxy S4's beautiful and completely recyclable retail box

3. Huawei EDGE future flagship leaks out surprising us with gorgeous looks and aluminum

4. What do you dislike about the Galaxy S4?

1 2 3 4



Apple confirms Siri will stay an iPhone 4S exclusive 08 Nov



More information revealed about the HTC Edge; display is Super LCD-2 with 08 Nov



RECENT ARTICLES



Facebook Home Review



Hands-on impressions of Facebook Home after 24 hours of use



Facebook Home is not a threat to Android or Google (neither is Samsung or Amazon)

1   2   3   4

## FEATURED STORIES



5 smartphone apps banned by... Google



Facebook Home Review

AT&T to launch Samsung Galaxy S4 on April 30th

Google dishes up the technical specifications of Glass

Picture of alleged Apple iPhone 5S motherboard shows A7 processor



Here's what our readers dislike about the Galaxy S4



Message Important

⚠

Flash Player Update is Recommended

UPDATE NOW

ads not by this site




ads not by this site

# 7 COMMENTS                                    FOLLOW

Want to comment? Please login or register.



1. **Droid_X_Doug** *posted on* 08 Nov 2011, 21:53   1

Big brother is watching you....



2. **androidphan** *posted on* 08 Nov 2011, 21:57   4

Either way the guy is a crook. Hang em high.... Stingray or not this guy should go to jail.



4. **beatsandmelody** *posted on* 08 Nov 2011, 22:33   4

Maybe... In America, you are (supposed to be) innocent until proven guilty in a court of law.

Authorities breaking the law to prosecute law breakers... It's a pretty unsettling idea.

Who would police the police? The federal government? At this point in time, it seems they are in the pockets of major corporations.

3. **denney** *posted on* 08 Nov 2011, 22:08   3

That device in no way resembles a beautiful 4-band electric bass. I am disappoint.



5. **Sniggly** *posted on* 09 Nov 2011, 00:07   1

Sure, the government gets all pissy and will scrutinize companies like Google for using location data to deliver more specific ads, but it's quite all right for them to use this super Big Brother device.



6. **taco50** *(banned) posted on* 09 Nov 2011, 01:15   1

That thing is ugly. Steve Jobs would have made a much more elegant design.





7. **iHateCrapple** *posted on* 09 Nov 2011, 08:41   1

You fruitcake, lol

Want to comment? Please login or register.



HOT **PHONES**

| | | | |
|---|---|---|---|
| Samsung Galaxy S4 | Apple iPhone 5 | Samsung GALAXY Note II | HTC One |
| Sony Xperia Z | Google Nexus 4 | LG Optimus G | Nokia Lumia 920 |



**INTERESTING** STORIES                                     1   2   3

5 smartphone apps banned by... Google

Websites report visits from an unknown iPhone model running iOS 7

Here's what our readers dislike about the Galaxy S4

Hands-on impressions of Facebook Home after 24 hours of use

Facebook Home is not a threat to Android or Google (neither is Samsung or Amazon)

Google should like Facebook Home

What do you dislike about the Galaxy S4?

Check out the Galaxy S4's beautiful and completely recyclable retail box

Home
Manufacturers
Carriers
News
Reviews

Discussions
Videos

Affiliates: Cell Phone Accessories, Mobile Burn, Speed Guide

About Us . Advertise . Contact Us . Database Licensing . Links . **Jobs**

Search PhoneArena.com

PhoneArena network:

All content (phone reviews, news, specs, info), design and layouts are Copyright 2001-2013 phoneArena.com. All rights reserved. Reproduction in whole or in part or in any form or medium without written permission is prohibited!
Privacy . Terms of use . Cookies

CDN services by:



**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**
**⇩ EXHIBIT 19 ⇩**

*ATTACHED EXHIBITS*
*MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Gosztola, Kevin, dissenter.firedoglake.com [website], *DOJ Hid Routine Use of 'Stingray' Surveillance Technology from Federal Magistrate Judges │ The Dissenter* (Mar. 27, 2013), http://dissenter.firedoglake.com/2013/03/27/doj-hid-fact-that-stingray-surveillance-technology-routinely-used-from-federal-magistrate-judges/ (last accessed: Apr. 16, 2013).

**4 Ways to Avoid Running Out of Money During Retirement**
If you have a $500,000 portfolio, download the guide by *Forbes* columnist Ken Fisher's firm. Even if you have something else in place, this must-read guide includes research and analysis you can use right now. Don't miss it!
Click Here to Download Your Guide!

FISHER INVESTMENT

- BECOME A MEMBER
- About us
- Advertise
- Contact Us
- Send Comments/Tips

- Home
- My FDL
- Firedoglake
- News
- TBogg
- La Figa
- Book Salon
- FDL Action
- Pam's House Blend
- Elections
- Just Say Now
- Bytegeist

« First Female Head of CIA's Clandestine Service Signed Off on Destruction of Torture Tapes
Huffington Post Live: CIA Gives Obstructor of Torture Evidence a Promotion & Petraeus' Apology »

# DOJ Hid Routine Use of 'Stingray' Surveillance Technology from Federal Magistrate Judges

By: Kevin Gosztola Wednesday March 27, 2013 2:13 pm





Stingray technology acts as fake cell phone towers to locate, interfere and intercept communications

The FBI currently uses technology, which acts as a fake cell phone tower to track and locate phones being used by targets. Known as "Stingray," the technology can locate, interfere and intercept communications.

The use of this technology is being challenged in the case of Daniel Rigmaiden, a "hacker" who was indicted on charges of conspiracy, wire fraud and identity theft in 2008. Rigmaiden has sought discovery evidence on how government agents were able to locate and track him and maintains that the use of a StingRay device to catch him was illegal as it was done without a warrant.

Attorneys with the American Civil Liberties Union (ACLU) and Electronic Frontier Foundation (EFF) have filed a brief in support of efforts by Rigmaiden to suppress evidence obtained through a "Stingray" device. Moreover, the ACLU has uncovered evidence that the Justice Department has been hiding information on how often this device is used from federal magistrate judges.

Linda Lye, a staff attorney for the ACLU of Northern California, wrote in a blog post on recently obtained emails through a Freedom of Information Act lawsuit, "The federal government was routinely using stingray technology in the field, but failing to "make that explicit" in its applications to the court to engage in electronic surveillance. When the magistrate judges in the Northern District of California finally found out what was happening, they expressed 'collective concerns,' according to the emails. Notably, this email chain is dated May 2011, some three years *after* the Stingray's use in Rigmaiden's case – meaning the government was *not* 'forthright' in its applications to federal magistrate judges for at least three years."

The referenced email appears below:

> As some of you may be aware, our office has been working closely with the magistrate judges in an effort to address their collective concerns regarding whether a pen register is sufficient to authorize the use of law enforcement's WIT technology (a box that simulates a cell tower and can be placed inside a van to help pinpoint an individual's location with some specificity) to locate an individual. It has recently come to my attention that many agents are still using WIT technology in the field although the pen register application does not make that explicit.
>
> While we continue work on a long term fix for this problem, it is important that we are consistent

and forthright in our pen register requests to the magistrates…

The brief from the ACLU and EFF says the government did not "disclose" its "intent to use a stingray and the device's indiscriminate intrusiveness into protected areas" and maintains the government cannot use this sophisticated and invasive technology without explaining to a magistrate that it intends to specifically use it in conducting a search.

It describes Stingrays as "highly intrusive and indiscriminate," noting the technology can be used to obtain "information from all devices on the same network in a given area and send signals into the homes, bags, or pockets of the suspect and third parties alike." Its capabilities clearly threaten a person's privacy, especially if it is being used on that person without a warrant.

The ACLU and EFF argue a "search" under the Fourth Amendment occurred when 38 days of cell site location information was collected and calls the case a "stark illustration of how Fourth Amendment privacy protections" are being eroded because the federal government misrepresents or declines to inform judges about surveillance technology being used.

> The government seeks blanket authorization to conduct searches using invasive new technologies, without providing the issuing magistrate even rudimentary information about how the technology works. This Court should not countenance the government's effort to render meaningless the role of courts as an essential safeguard against unconstitutional searches and seizures. In addition, the government wrongly asserts that Mr. Rigmaiden lacked a reasonable privacy expectation because he used an alias. Because the First Amendment protects the right to anonymous internet speech, his privacy interest was objectively reasonable.

Attorneys suggest in the brief that the decision should be influenced by the Supreme Court's decision in *US v. Jones*, which found GPS devices could not be physically attached to vehicles without a warrant. In this case, five justices decided "prolonged electronic location tracking, even while a suspect travels in public areas, violates reasonable privacy expectations because it generates a 'precise [and] comprehensive' record about intimate details, such as 'familial, political…, and sexual associations.'" *[cont'd]*

"Given the similar precision of the technology," attorneys argue, "the conclusion of five justices in Jones that 28 days of GPS tracking violated reasonable privacy expectations compels the same conclusion with 38 days of cell site information."

On March 28, Lye will be in court in Arizona to argue that evidence from the "Stingray" technology in Rigmaiden's case should be suppressed because the tool was used without giving proper notification to a federal magistrate judge.

In February 2003, the Electronic Privacy Information Center (EPIC) obtained documents on this technology as part of a response to a FOIA request:

> The documents obtained by EPIC reveal that agents have been using "cell site simulator" technologies, also known as "StingRay," "Triggerfish," or "Digital Analyzers" to monitor cell phones since 1995. Internal FBI e-mails, also obtained by EPIC, reveal that agents went through extensive training on these devices in 2007. In addition, a presentation from the agency's Wireless Intercept and Tracking Team argues that cell site simulators qualify for a low legal standard as a "pen register device," an interpretation that was recently rejected by a federal court in Texas.

The Justice Department has adopted a similar incorrect and illegitimate interpretation in the case of Rigmaiden.

This case is but another example where agents used broad and largely unconstrained surveillance powers without concern for citizens' privacy rights. The federal government misrepresented key information from judges and engaged in warrantless activity, and this because those involved in overseeing such surveillance state conduct have contempt for judicial review.

Consider how statutes governing FBI-issued national security letters, which are issued telecommunication companies, financial institutions, credit companies, etc, without court approval so that agents can compile dossiers on not only targets of investigations but also "communities of interest" of which the target is associated. A federal judge recently ruled that gag provisions preventing individuals and companies from talking about the requests or even the fact that a request was received is unconstitutional. Part of the ruling was driven by the fact that this was a process which Congress authorized under the PATRIOT Act that had been developed in such a way to prevent judicial review and discourage citizens from challenging gag provisions in the courts.

The culture of indifference to civil liberties of citizens intrinsic to investigations by federal agents is why the work of the ACLU and EFF is immensely valuable. Congress and the administration of President Barack Obama do not find abuses of surveillance powers warrant any response; in fact, such activity is to be permitted. Only a handful of people in both branches can be bothered to pay lip service to protecting privacy. Therefore, the effort to force out into the open information on technology the surveillance state is using and the legal basis and authority with which the government thinks it can employ such technology is to be praised. The effort to convince judges that privacy rights should be protected in all cases is to be commended as well.

*Photo by Keith Survell released under Creative Commons License*

💬13 Comments
Tags: ACLU, FBI, Privacy, Fourth Amendment, EFF, Location Tracking, Stingray, Daniel Rigmaiden



I'm Managing
Deadlines
&
Making a
Difference

Earn Your MBA Online >>

UNC
KENAN-FLAGLER BUSINESS SCHOOL

## 13 Responses to "DOJ Hid Routine Use of 'Stingray' Surveillance Technology from Federal Magistrate Judges"

bloodypitchfork March 27th, 2013 at 2:39 pm
1

Kevin..yer killen me. You make MSM look like bloody fools. Keep it up.

the government was not 'forthright

Jesus H…whudda thunk. Hahahahahaha. Forthright. unhuh. These lying scumbags mock the word. Hell, if

⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇
⬇ **EXHIBIT 20** ⬇

*ATTACHED EXHIBITS*
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

Carroll, Rory, *ACLU challenges 'stingray surveillance' that allows police to track cellphones | World news | guardian.co.uk*, The Guardian (Mar. 28, 2013), *available at* http://www.guardian.co.uk/world/2013/mar/28/aclu-stingray-surveillance-police-cellphones (last accessed: Apr. 16, 2013).

**This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. <u>Find out more here</u>**

**theguardian**

ads not by th

# ACLU challenges 'stingray surveillance' that allows police to track cellphones

## Civil liberties activists asking federal court to disallow evidence obtained by technology that mimics a genuine cellphone tower

**Rory Carroll** in Los Angeles
guardian.co.uk, Thursday 28 March 2013 10.03 EDT



A stingray sweeps up data from other people nearby, regardless of whether they are the focus of the investigation.
Photograph: Peter Parks/AFP/Getty Images

A secretive technology which lets police locate and track people through their cellphones in alleged violation of the US constitution will be challenged in a potential landmark court case on Thursday.

The American Civil Liberties Union hopes to rein in the little known but widespread "stingray" <u>surveillance</u> devices which it claims violate the fourth amendment and the right to privacy.

The group will urge a federal court in <u>Arizona</u> to disregard evidence obtained by a stingray in what could be a test case for limiting the technology's use without a warrant.

The case revolves around Daniel Rigmaiden, a hacker accused of leading a gang of sophisticated identity thieves which allegedly stole millions of dollars by filing bogus tax returns.

"We hope that the court sends the clear message to the government that it cannot keep judges in the dark. Judges are not rubber stamps – they are constitutional safeguards of our privacy," Linda Lyle, the attorney leading the case, wrote in an ACLU blog post on Wednesday.

The Electronic Frontier Foundation, an advocacy group, submitted an amicus brief with the ACLU, calling stingrays "the biggest technological threat to cellphone privacy that you don't know about".

A stingray mimics a cellphone tower, prompting a phone to connect to it even if no call is made. This lets a stingray operator send a signal to the phone, locate it and in some cases intercept conversations. The device sweeps up data from other people nearby, regardless of whether they are the focus of the investigation.

Stingray is the generic name for the technology. Similar devices, typically the size of a shoebox, have different names such as Triggerhead and Kingfish.

The FBI and other law enforcement agencies have used the technology at least since 2008 but according to the ACLU they have routinely concealed or downplayed its role in surveillance requests to federal magistrate judges.

"By withholding information about this technology from courts in applications for electronic surveillance orders, the federal government is essentially seeking to write its own search warrants," said Lyle.

Through a Freedom of Information Act request the ACLU recently obtained what it called "troubling" emails dated May 2011 from Department of Justice officials in northern California who acknowledged not being explicit about stingrays in court applications for electronic surveillance.

"It shows that the government was engaged in a widespread practice of withholding important information for judges, and that it did so for years," said Lyle.

The EFF said in a statement that the technology's unrestricted use violated the fourth amendment's prohibition of unreasonable searches and seizures:

"If uninformed courts approve the unregulated use of stingrays, they are essentially allowing the government to enter into the home via a cellular signal at law enforcement's discretion and rummage at will without any supervision. The government can't simply use technology to upend centuries of constitutional law to conduct a search

they would be prevented from doing physically."

The FBI so values the technology it has a policy of deleting the data it gathers to keep suspects in the dark about its capabilities, the Wall Street Journal reported.

Privacy right advocates including the Electronic Privacy Information Center have rallied around the case of Rigmaiden, 32, who faces charges of conspiracy, wire fraud, mail fraud and aggravated identity theft in an alleged scam which netted $4m in multiple bank accounts.

Rigmaiden has pleaded innocence and wants US district judge David Campbell to throw out evidence obtained by stingrays on grounds it violated his constitutional rights.

Prosecutors have argued Rigmaiden did not have reasonable "privacy expectations" in the whereabouts of his Verizon mobile broadband card and thus agents were not obliged to obtain a warrant.

## More from the Guardian What's this?

Handbag thieves admit manslaughter 10 Apr 2013

Why is Spartacus so overlooked? 15 Apr 2013

Boston doctors remove nails and pellets from blast survivors 16 Apr 2013

Boston Marathon hit by double explosion 15 Apr 2013

Congo: We did whatever we wanted, says soldier who raped 53 women 11 Apr 2013

Kidney grown in lab successfully transplanted into rat 14 Apr 2013

## More from around the web What's this?

Atheists Are Becoming the Most Annoying Demographic on the Internet (vice)

Thinking About Early Retirement? A Few Things to Consider: (Allstate Blog)

The 12 Worst Supermarkets in America (The Fiscal Times)

7 Ways Your Looks Are Killing Your Career (Salary.com)

Plastic Surgery Disasters: Lil Kim, Meg Ryan & More (Hollyscoop)

Which Supreme Court Justice was Turned Down by 14 Law Firms? (Makers)

## Ads by Google

Stop Jan Brewer's Agenda
Stop Gov. Brewer and her partisan attacks. Sign the petition today!
www.democraticgovernors.org

Affiliate Tracking
Easy to use Affiliate Software Top Platform in the Industry!
www.LinkTrust.com

Private Detective Course
Become a Private Investigator Fast. 100% Online Study. Free Info Now.
top-schools-online.net

ads not by thi

© 2013 Guardian News and Media Limited or its affiliated companies. All rights reserved.

;

↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓
↓ **EXHIBIT 21** ↓

*ATTACHED EXHIBITS*
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

gantdaily.com [website], *ACLU backs suppression of 'stingray' evidence sought by hacker | GantDaily.com* (Mar. 28, 2013), http://gantdaily.com/2013/03/28/aclu-backs-suppression-of-stingray-evidence-sought-by-hacker/ (last accessed: Apr. 16, 2013).



HOME  NEWSROOM  ADVERTISE  SUBSCRIPTIONS  WEATHER  GANT DEALS  CLASSIFIEDS  HOME & GARDEN

gantdaily.com v3

1.  Homes for Sale in        3.  Clearf
2.  Pennsylvania Job        4.  Searc

HOME  NEWS  SPORTS  OBITUARIES  CRIME  A & E  OPINIONS  DEALS

PENNSTATE
DuBois
1855

Looking for a job in the natural
ShaleNET Floor Hand Traini
Info Sessions April 9th and 11th—DuBo

You are here: Home / News / National News / ACLU backs suppression of 'stingray' evidence sought by hacker

## ACLU backs suppression of 'stingray' evidence sought by hacker

March 28, 2013 at 5:32 PM by AHN ·   Leave a Comment

Windsor Genova – Fourth Estate Cooperative Contributor
San Francisco, CA, United States (4E) – The American Civil Liberties Union (ACLU) will argue before an Arizona court
on Thursday that evidence police gathered using a cell phone tracking device called stingray should be suppressed
because judges issuing warrants are not properly informed about its use.

The move is in support of accused hacker Daniel Rigmaiden's motion to suppress evidence produced by stingray,
which mimics a cell site to locate cell phone users and intercept conversations.

Rigmaiden, 32, is facing charges of conspiracy, wire fraud, mail fraud and aggravated identity theft after allegedly
stealing $4 million by filing fake tax returns. But he has pleaded innocent from the charges and complained that his
privacy rights was violated by police who used the stingray to bust his illegal operation.

Citing 2011 emails from Justice Department officials in northern California that ACLU obtained through the Freedom of
Information Act, ACLU attorney Linda Lyle said court applications for electronic surveillance does not indicate the use
of the stingray so judges are unaware they are allowing the violation of the fourth amendment.

The Electronic Frontier Foundation said unregulated use of the stingray allows the government to enter a home at will
via cellular signal and search without supervision.

The Electronic Privacy Information Center is also supporting Rimaiden's motion to suppress evidence against him.

Prosecutors have argued that law enforcers do not need a warrant to detect Rigmaiden's cell phone because the
cellular signal is not private.

Article © AHN – All Rights Reserved

Tweet  4        0        Like        Be the first of your friends to like this.

RECENT

Sandy
PLEAC

Lady L
Draft

Lady L
Draft

U.S., F
Marath

Inmate
CCJ

Grigor
Monte

Penn S

Patriot
should

Brewe
drunk

Orego

⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇

_ATTACHED EXHIBITS_
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

Nakashima, Ellen, *Little-known surveillance tool raises concerns by judges, privacy activists*, The Washington Post (Mar. 27, 2013), *available at* http://articles.washingtonpost.com/2013-03-27/world/38070419_1_magistrate-judge-federal-agents-stingrays (last accessed: Apr. 9, 2013).

Jobs | Real Estate | Rentals | Cars | Print Subscription | Today's Paper | Discussions | Going Out Guide | Personal Post | Videos

**Politics** | **Opinions** | **Local** | **Sports** | National | World | Business | Tech | Lifestyle | Entertainment | Jobs | More

# National Security

Home > Collections

## Little-known surveillance tool raises concerns by judges, privacy activists

By Ellen Nakashima , March 27, 2013

Federal investigators in Northern California routinely used a sophisticated surveillance system to scoop up data from cellphones and other <u>wireless</u> devices in an effort to track criminal suspects — but failed to detail the practice to judges authorizing the probes.

The practice was disclosed Wednesday in <u>documents obtained under the Freedom of Information Act</u> by the American Civil Liberties Union of Northern California — in a glimpse into a technology that federal agents rarely discuss publicly.

The investigations used a device known as a StingRay, which simulates a cellphone tower and enables agents to collect the serial numbers of individual cellphones and then locate them. Although law enforcement officials can employ StingRays and similar devices to locate suspects, privacy groups and some judges have raised concerns that the technology is so invasive — in some cases effectively penetrating the walls of homes — that its use should require a warrant.

Ads by Google

**Cyber Security Programs**

UMUC offers cyber security programs entirely online. <u>Enroll</u> today!

www.umuc.edu/cybersecurityprogram

AdChoices ▷

The issues, judges and activists say, are twofold: whether federal agents are informing courts when seeking permission to monitor suspects, and whether they are providing enough evidence to justify the use of a tool that sweeps up data not only from a suspect's wireless device but also from those of bystanders in the vicinity.

In Northern California, according to the newly disclosed documents, judges expressed concerns about the invasive nature of the technology.

"It has recently come to my attention that many agents are still using [StingRay] technology in the field although the [surveillance] application does not make that explicit," Miranda Kane, then chief of the criminal division of the Northern California U.S. attorney's office, said in a May 2011 e-mail obtained by the ACLU.

As a result of that, she wrote, "effective immediately, all . . . applications and proposed orders must be reviewed by your line supervisor before they are submitted to a magistrate judge."

The Justice Department has generally maintained that a warrant based on probable cause is not needed to use a "cell-site simulator" because the government is not employing them to intercept conversations, former officials said. But some judges around the country have disagreed and have insisted investigators first obtain a warrant.

"It's unsettled territory," said one U.S. law enforcement official, who spoke on the condition of anonymity because he was not authorized to speak for the record.

LINCOLN
2 BOOKS FOR $5.95

PLUS A FREE BOOK

ads not by this site ▷✕

In a statement, Christopher Allen, a spokesman for the FBI, said the bureau advises field offices to "work closely with the relevant U.S. Attorney's Office to adhere to the legal requirements" of their respective districts.

One of the problems is there is "scant law" addressing the issue of cell-site simulators, said Brian L. Owsley, a federal magistrate judge in the Southern District of Texas, who in June wrote a rare public ruling on the issue. He denied an application to use a StingRay, in large part because he felt the investigating agent failed to explain the technology or how it would be used to gather the target's cellphone number.



1 Tip for a tiny belly

Cut down a bit of your belly everyday by following this 1 weird old tip

Tip ▶

ads not by this site ▷✕

Keep Your Home Through Bankruptcy

SEE MORE

Ads by Google

Moreover, the government did not explain what it would do with the numbers and other data "concerning seemingly innocent cell phone users" that were also picked up.

Ads by Google

**Search for Vital Records**
Births, deaths, marriages, and much more. Find vital records online
www.myheritage.com/Vital_Records

"Neither the special agent nor the assistant United States attorney appeared to understand the technology very well," Owsley wrote. "At a minimum, they seemed to have some discomfort in trying to explain it."

At a recent conference on cellphone tracking issues at Yale University, Owsley said he thought that "there are magistrate judges around the country that are getting these requests and not realizing what these requests are," in some cases perhaps because the agents are not clear about their intent to use the technology.

"By withholding information about this technology from courts in applications for electronic surveillance orders, the federal government is essentially seeking to write its own search warrants," said Linda Lye, a staff attorney for the ACLU of Northern California.

Judges "need the opportunity to require privacy safeguards, such as rules on how to handle the data of innocent people that may be captured by the devices as well," she said.Lye will be arguing the issue on Thursday in a federal case in Arizona, in support of a defendant charged with tax fraud and identity theft. Daniel Rigmaiden, known as "the Hacker" to acquaintances and federal agents, was tracked in part with the use of a StingRay. He has alleged that investigators did not seek a court's approval to use the technology.

"The main concern we have in Rigmaiden is the government was not being forthright with the magistrate when it was seeking to use this device," said Lye, whose organization is one of several that have filed an amicus brief in the case.

The newly disclosed documents suggest that "Rigmaiden was not an isolated case," she said.

The government said it obtained a warrant to track Rigmaiden, but the ACLU is arguing that the government did not present key information about the surveillance device to the magistrate, rendering the warrant invalid.

Chris Soghoian, the ACLU's principal technologist, said cell-site simulators are being used by local, state and federal authorities.

"No matter how the StingRay is used — to identify, locate or intercept — they always send signals through the walls of homes," which should trigger a warrant requirement, Soghoian said. "The signals always penetrate a space protected by the Fourth Amendment."

Ads by Google

**Don't File BK in AZ***
Visit Our Law Firm First & See How We Can Help! 100% Free Consultation
www.BkPhoenix.com

**FEATURED ARTICLES**

**MORE:**

Book review: 'The Great Deformation: The Corruption of Capitalism in America' by David Stockman

Pope Francis was often quiet on Argentine sex abuse cases as archbishop

For insurance exchanges, states need 'navigators' — and hiring them is a huge task

The best and worst small businesses to start in 2013

The Secret to Cleaning Grout in Tile Floors

Three days that saved the world financial system

### 186
**Comments**

**postfan10** wrote:
3/27/2013 8:42 PM MST

If the police want to use this kind of tool, they should be getting a warrant.

**kritik1** wrote:
3/28/2013 2:25 AM MST





Ever Been Arrested?

... then your arrest record is online and ANYONE can view it. Want to see what's in yours?

We Recommend

Federal agents talk to ex-D.C. official who says he was...
June 1, 2012

Judges Urge Standard Cellphone-Tracking Policy
November 14, 2008

Carrier IQ: Which wireless carrier is the biggest user?
December 16, 2011

911 cried for better security. Instead we created a security monster. Our Legislature has undermined the Judiciary and given unprecedented powers to the Executive to act for security and ignore the rights of US Citizens on matters of privacy. Our system has become akin to the defunct KGB and in line with the present Iranian Secret Service, where politics rules supreme not the rights of the people of Iran.



**Navy_CTT** responds:
3/28/2013 2:39 AM MST

It wasn't just 9-11. Americans demand that the government keep them protected - from hunger, homelessness, illness, old age; in pregnancy and youth; from ignorance and on and on and on.

Government can't keep you in its womb 24/7/365, safe against anything and everything life can throw at you, without controlling you, no more than your parents did when you were 5. It's the same thing. That's why we use the Latin word for "father" - "pater" - as the root of the description for the kind of government we demand and have: "paternalistic".

## View all comments »

Add your comment | Reply to a comment | Recommend a comment | Report an offensive comment

**More from The Washington Post**

- Aid groups push Obama administration to shift the way US helps feed starving people abroad
  The Washington Post - World News
- North Korea diplomatic channel loses its luster
  The Washington Post - World News
- Six Americans, including three civilians, killed in attacks in Afghanistan
  The Washington Post - World News
- Canada loses 54,500 jobs in March, unemployment rises to 7.2 percent
  Featured Articles From The Washington Post
- In his first season at Louisville, Luke Hancock has had a big impact on Cardinals
  Featured Articles From The Washington Post

**Sponsored Headlines**      [What's this?]

- What Happens to a Bail Bond When Found Not Guilty?
  eHow
- Dead Guy goes to his own funeral
  Mevio
- The Secret to Answering: Where Do You See Yourself in Five Years?
  Big Interview Blog
- California Man Allegedly Poisoned Girlfriend with Visine
  GMA
- Supermodel Naomi Campbell Mugged, Injured on Paris Street
  First to Know

**washingtonpost.com**   © 2013 The Washington Post   Terms of Service   Privacy Policy   Submissings and Discussion Policy   Ad Choices   Index by Date   Index by Keyword

⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇
⬇ **EXHIBIT 23** ⬇

Huffingtonpost.com, *Daniel David Rigmaiden Case Reveals Stingray Cell Phone Tracker's Covert Use* (Mar. 28, 2013), *available at* http://www.huffingtonpost.com/2013/03/28/daniel-david-rigmaiden-stingray_n_2973749.html (last accessed: Apr. 4, 2013).

MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRA-JUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC
*ATTACHED EXHIBITS*



**Mother Turns Skinny in 4 Weeks**
Scottsdale: Mom cut 20 Lbs in thighs, face and arm using this 1 weird trick...

ads not by this site

April 4, 2013

HUFF POST **POLITICS**

---

# Daniel David Rigmaiden Case Reveals Stingray Cell Phone Tracker's Covert Use

Posted: 03/28/2013 5:10 pm EDT  |  Updated: 03/28/2013 6:21 pm EDT


(Jean-Sebastien Evrard/AFP/Getty Images)

When the 74-count indictment of Daniel David Rigmaiden on tax, mail and wire fraud charges was revealed in 2010, a local Arizona newspaper said Rigmaiden had fallen prey to one of "the oldest steps in the law-enforcement playbook: a confidential informant."

A snitch may have helped bring Rigmaiden down. But there was another informant in the case, an electronic one. And ever since Rigmaiden's indictment was unveiled, the U.S. Department of Justice has fought doggedly to keep the public in the dark about how exactly it was used.

In a U.S. District Court of Arizona hearing on Thursday, the government is finally being forced to defend its use of a secretive cell phone tracking device called a stingray. Days before the hearing, the government admitted a key error in its use of court orders for stingrays.

If civil liberties advocates had their pick of who would become a case study in the use of 21st century phone tracking technology, they would probably not choose Rigmaiden. The federal government alleges that under the alias "the hacker," he organized a complex, multi-state operation to defraud the Internal Revenue Service. His co-conspirators never knew him by name: He allegedly used a wireless aircard and anonymous Internet addresses to connect with them.

It was that card that led the feds to his front door. Federal law enforcement agents trawled the San Francisco Bay Area with a stingray, which simulates a legitimate cell tower and forces phones to reveal their location and unique ID numbers.

"When the government uses this stuff, they drive through a neighborhood. They send signals through the walls of every home in the neighborhood," said Christopher Soghoian, principal technologist at the American Civil Liberties Union's Speech Privacy and Technology Project.

Soghoian compared the technology to the robots in "Minority Report," the "little insect-type robots that crawl under people's doors and then force open people's eyelids and scan their eyes." But at least in that movie, he added, "they're only looking for a particular, known target."

**Sponsored Links**


**Truth About Annuities***
Don't Buy Any Annuity Until You Watch This Special Video Report!
SeniorAnnuityAlert.com


**Legalize Gay Marriage?**
Should Gay Marriage Be Legal? Vote in Urgent Poll Now.
www.newsmax.com


**New Rule in Arizona**
(APR 2013) If you pay for car insurance you better read this...
www.ConsumerFinanceDaily.com

Buy a link here

Stingrays, Soghoian argued, violate Americans' Fourth Amendment right "to be secure in their … houses" and its prohibition against general warrants not tailored to one person. The federal government has said it takes pains to delete information unrelated to the targets of its investigations.

The government's use of stingrays even in relatively low-level tax fraud cases might never have become known if Rigmaiden weren't a dogged jailhouse lawyer, someone who has churned through several court-appointed attorneys and now represents himself. Rigmaiden has been in jail since 2008, but it took until 2011 to force the government to admit that it had used a stingray against him.

The federal judge in Rigmaiden's case is considering whether to throw out the evidence collected by the phone tracking device -- and all the fruits of the searches thereafter. That could conceivably mean Rigmaiden walks.

One central issue is whether the court order used to hunt down Rigmaiden with a stingray counts as a proper warrant. The ACLU of Northern California, which has filed a friend-of-the-court brief in the case, argues that since the government did not specifically tell the judge that it was going to use a stingray, the subsequent search was invalid.

In a document released March 22, the government revealed what the ACLU had long suspected: that in similar cases, U.S. attorneys have often failed to disclose to front-line magistrate judges that they are using stingrays. Instead, they've made their applications read like standard requests for basic cell phone surveillance methods, called pen registers, that record only the numbers of incoming and

outgoing calls.

"It has recently come to my attention that many agents" were using stingrays, San Francisco federal prosecutor Miranda Kane wrote in the May 2011 email, "although the pen register application does not make that explicit."

"While we continue work on a long term fix for this problem it is important that we are consistent and forthright in our pen register requests," she added.

As Kane's email suggests, the federal government has been under increasing pressure from judges to obtain a warrant before it uses stingrays. In court filings related to the Rigmaiden stingray case, the government has essentially claimed that the court orders it obtained were nothing out of the ordinary.

U.S. District Judge David G. Campbell has told prosecutors that they should be prepared to support that assertion.

"There's a lot riding on this," said Linda Lye, the ACLU attorney making her group's argument as a third party in Thursday's hearing. The government has a legal "duty of candor" to be honest with judges when it does things like apply for search warrants or pen registers. The question in this case, Lye said, is "what does that 'duty of candor' mean when it comes to new technology?"

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

⬇ **EXHIBIT 24** ⬇

FBI Phoenix Division, fbi.gov [website], *FBI — Hacker Indicted in Massive Tax, Mail, and Wire Fraud Scheme*, https://www.fbi.gov/phoenix/press-releases/2010/px040810.htm (last accessed: Apr. 16, 2013).

ATTACHED EXHIBITS
MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC



Home • Phoenix • Press Releases • 2010 • Hacker Indicted in Massive Tax, Mail, and Wire Fraud Scheme

# Hacker Indicted in Massive Tax, Mail, and Wire Fraud Scheme

**U.S. Attorney's Office**
April 08, 2010

**District of Arizona**
(602) 514-7500

**Phoenix Division L**

**Phoenix Home**

**Contact Us**
- Overview
- Territory/Jurisdiction

**News and Outreach**
-  Press Room | Stories
- In Your Community

**About Us**
- Our People & Capabilities
- What We Investigate
- Our Partnerships
- Phoenix History

**Wanted by the FBI - Phoe**

**FBI Jobs**

PHOENIX—Federal law enforcement officials led by the Internal Revenue Service - Criminal Investigation (IRS-CI), unveiled a 74-count superseding indictment today alleging a self-described California-based hacker named Daniel David Rigmaiden led a complex tax fraud conspiracy that employed sophisticated computer intrusion techniques, identify theft, and wire and mail fraud, among other techniques, to attempt to bilk the government out of millions of dollars.

Senior law enforcement officials of the IRS-CI, FBI, and the U.S. Postal Inspection Service joined U.S. Attorney Dennis Burke at a press conference in Phoenix to announce the recently unsealed indictment - the result of a multi-year cat and mouse hunt by the agencies' investigators across multiple states.

"While schemes become more sophisticated over time, fortunately so do our investigative techniques," said Dawn Mertz, Special Agent in Charge of IRS-Criminal Investigation. "This investigation serves to remind us there is no such thing as free money and there are no awards or incentives for creativity when it comes to crime."

The superseding indictment details a conspiracy charge, plus 35 counts of wire fraud, 35 counts of identify theft, one count of unauthorized access of a computer with the intent to defraud, and two counts of mail fraud. The indictment alleges that as early as 2005, Rigmaiden (a.k.a. Steven Travis Brawner), 29, of Santa Clara, CA, conspired with others, including Ransom Marion Carter, III, 43, of Phoenix, to obtain the names and social security numbers of living and deceased persons, and to use their identifies to electronically file fraudulent tax returns in order to obtain refunds.

"Daniel Rigmaiden led agents through a virtual labyrinth of twists and turns, but they never gave up," said Dennis K. Burke, U.S. Attorney for the District of Arizona. "This investigation demonstrates how the United States is aggressively investigating persons who file fraudulent tax returns. We will seek to identify and vigorously prosecute those who participate in these schemes, no matter how sophisticated they are."

"The nature of the crimes allegedly committed by Mr. Rigmaiden is particularly troubling," said Pete Zegarac, Inspector in Charge of the U.S. Postal Inspection Service's Phoenix Division. "Taking the identities of numerous deceased individuals to obtain financial gain is something not often seen to this magnitude."

Court documents, including the superseding indictment, and search and seizure warrant affidavits and returns, contain the following additional allegations and evidence. In May 2007, IRS-CI identified a Compass Bank account in Phoenix, Arizona that was receiving fraudulently obtained tax refunds. From May 2007 through January 2008, the investigation was focused on Carter, who had opened the Compass Bank account under the name Carter Tax & Accounting, LLC. In January 2008, the investigation started to focus on an individual operating above Carter known only as the "Hacker" and another co-conspirator above Carter in the scheme. From January through April 15, 2008, an undercover operation was initiated which sought to identify and locate the Hacker and second

co-conspirator. In the course of the operation, the investigators opened an undercover bank account in Arizona into which the Hacker unknowingly caused the deposit of numerous fraudulently obtained tax refunds. The fraudulent returns were filed via computers and IP addresses not directly traceable to the Hacker. During this period, three $9,000 shipments of the tax refunds were made to the second co-conspirator in Utah. On April 15, 2008, the second co-conspirator was arrested. The co-conspirator's case is under seal.

From April through August 2008, investigators worked to identify and locate the Hacker. In May 2008, $68,000 in fraudulently obtained refunds were shipped to the Hacker, in the name of Patrick Stout, to Palo Alto, CA. The person who picked up the package was not apprehended. In July 2008, agents located the apartment in Santa Clara rented by the Hacker under the name of Steven Brawner. On July 23, 2008, a 50-count indictment was returned under seal against the Hacker (a.k.a Brawner and Stout). On August 3, 2008, the Hacker was arrested in Santa Clara after a foot and car chase. A key to the Hacker's apartment was found in his pocket during his arrest. On August 3 and 4, 2008, search warrants were executed in the Hacker's Santa Clara apartment and a storage unit in San Jose; investigators seized a laptop and multiple hard drives, $116,340 in cash, over $208,000 in gold coins, approximately $10,000 in silver coins, false identification documents, false identification manufacturing equipment, and surveillance equipment.

The case remained sealed pending the Hacker's consideration of an offer to cooperate with the government. On August 6, 2008, the Hacker was identified via fingerprint analysis as Daniel David Rigmaiden. From late August 2008 through January 2009, seizure warrants were served upon eight financial institutions and $158,167 of fraudulently obtained tax refunds were seized.

The superseding indictment in Arizona alleges approximately 570 fraudulent tax returns were filed in the course of the conspiracy seeking the deposit of approximately $1,008,174 in refunds into Arizona bank accounts. Search and seizure warrant affidavits allege the filing of approximately 1,336 additional fraudulent tax returns seeking the deposit of approximately $3,117,193 of refunds into over 170 additional accounts.

On January 7, 2010, the Court granted Rigmaiden's request to represent himself. On January 12, Rigmaiden advised the court he was not interested in the government's cooperation offer and moved to unseal the case. On January 25, the government advised the court it had no objection to Rigmaiden's motion to unseal the case. On January 27, a 74-count superseding indictment was returned against Rigmaiden and Carter. On March 26, the court unsealed the case. Rigmaiden has remained in federal custody since his arrest. Carter is a fugitive.

An indictment is simply the method by which a person is charged with criminal activity and search and seizure warrants are simply methods by which property and funds are searched for and seized, none of the pleadings raise inferences of guilt. An individual is presumed innocent until competent evidence is presented to a jury that establishes guilt beyond a reasonable doubt.

"The indictment of Daniel Rigmaiden is an excellent example of law enforcement cooperation between the IRS - Criminal Investigations, the U.S. Postal Inspection Service, and the FBI," said Nathan Gray, Special Agent in Charge of the FBI-Phoenix Division. "The FBI is committed to working with our law enforcement partners and the U.S. Attorney's Office to investigate and prosecute those individuals who choose to use computer technology in furtherance of their fraudulent schemes."

The investigation preceding the indictment was conducted by the Internal Revenue Service - Criminal Investigation, Federal Bureau of Investigation, and U.S. Postal Inspection Service with assistance from the Santa Clara Police Department, U.S. Secret Service and U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives. The prosecution is being handled by Frederick A. Battista and Peter Sexton, Assistant U.S. Attorneys, District of Arizona, Phoenix.

CASE NUMBER: CR-08-814-PHX-DGC
RELEASE NUMBER: 2010-060(Rigmaiden, et al.)

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Close