JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-08-0814-001-PHX-DGC |
|---|---|
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TIME TO SUBMIT EVIDENCE OF LEGITIMATE SOURCES OF INCOME BETWEEN JAN 2005 AND AUG 2008 - IF NEEDED** |
| v. | |
| Daniel David Rigmaiden, | |
| Defendant. | |
| | (DOCUMENT No. 993) |

The United States, through undersigned counsel, hereby responds to defendant's Motion For Time To Submit Evidence of Legitimate Sources of Income Between Jan 2005 and Aug 2008 - If Needed (Document No. 993) as follows. The United States leaves it to the Court's discretion as to whether it will grant or deny the motion.

Respectfully submitted this 26th day of April, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/ Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

## Certificate of Service

I hereby certify that on April 26, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Philip Seplow
Shadow Counsel for Defendant

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

s/ Frederick A. Battista
Assistant U.S. Attorney