### UNITED STATES V. DANIEL DAVID RIGMAIDEN
### CR08-814-PHX-DGC
### EXHIBIT INDEX
### SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS,
### AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT

EXHIBIT 01:     Google [website], *"daniel rigmaident" hacker - Google Search*, *searchable at* http://www.google.com (last searched: Apr. 30, 2013); Note: lists search results.

EXHIBIT 02:     Google [website], *using a proxy ip address while web browsing - Google Search*, *searchable at* http://www.google.com (last searched: Apr. 26, 2013); Note: lists search results.

EXHIBIT 03:     Google [website], *list of proxy ip addresses - Google Search*, *searchable at* http://www.google.com (last searched: Apr. 26, 2013); Note: lists search results.

EXHIBIT 04:     Pcworld.com [website], *How (and why) to surf the web in secret | PCWorld*, http://www.pcworld.com/article/2013534/how-and-why-to-surf-the-web-in-secret.html (last accessed: Apr. 26, 2013) ("Once you've picked a proxy server, you'll need to configure your browser to connect to it, a simple procedure that's slightly different depending on your browser. Here's how to do it on the big three:...").

EXHIBIT 05:     Hidemyass.com [website], *Free Proxy List - Public Proxy Servers (IP PORT) - Hide My Ass!*, http://www.hidemyass.com/proxy-list/ (last accessed: Apr. 26, 2013).

EXHIBIT 06:     Freeproxylists.net [website], *Free Proxy Lists - HTTP Proxy Servers (IP Address, Port)*, http://www.freeproxylists.net/ (last accessed: Apr. 26, 2013).

EXHIBIT 07:     Samair.ru [website], *Proxy List. Sorted by IP address. List #1*, http://www.samair.ru/proxy/ip-address-01.htm (last accessed: Apr. 26, 2013).

EXHIBIT 08:     Proxynova.com [website], *Proxy Server List - United States Proxy - American Proxies*, http://www.proxynova.com/proxy-server-list/country-us/ (last accessed: Apr. 26, 2013).

EXHIBIT 09:     September 8, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: providing information on the "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release; Note: only relevant pages attached.

                [Redacted by the defendant (for relevance) using white squares with black

borders.]

EXHIBIT 10:    June 18, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: identifying the parties responsible for drafting and approving the April 8, 2010 USDOJ press release.

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

⬇ **EXHIBIT 01** ⬇

Google [website], *"daniel rigmaident" hacker - Google Search, searchable at* http://www.google.com (last searched: Apr. 30, 2013); Note: lists search results.

*ATTACHED EXHIBITS*
SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More

"Daniel Rigmaiden" hacker                                          Sign in

Web    Images    Maps    Shopping    More    Search tools

About 1,690 results (0.29 seconds)

ads not by this site

**New Policy in AZ**
Insurance.Comparisons.org
If you drive in AZ you better read this...

**FBI — Hacker Indicted in Massive Tax, Mail, and Wire Fraud Scheme**
www.fbi.gov › Phoenix › Press Releases › 2010
Apr 8, 2010 – "**Daniel Rigmaiden** led agents through a virtual labyrinth of twists and ...
the "**Hacker**" and another co-conspirator above Carter in the scheme.

**Spying and Civil Liberties | The Persuasive Wizard**
thepersuasivewizard.com/uncategorized/someone-to-watch-over-me/
Nov 6, 2011 – This week, the Wall Street Journal wrote that FBI agents had located
and nabbed the "**Hacker**," one **Daniel Rigmaiden**. The Federal Bureau of ...

**ID Theft Case Uncovers New Snooping Gizmo - Courthouse News ...**
www.courthousenews.com/2013/04/01/56246.htm
Apr 1, 2013 – **Daniel Rigmaiden** was arrested and federally charged with 35 ... the
United States claimed Daniel David Rigmaiden is "The **Hacker**," man who ...

**Daniel Rigmaiden | The Dissenter**
dissenter.firedoglake.com/tag/**daniel-rigmaiden**/
Mar 27, 2013 – The use of this technology is being challenged in the case of **Daniel
Rigmaiden**, a "**hacker**" who was indicted on charges of conspiracy, [...] ...

**"Hacker"—Daniel David Rigmaiden » GE Investigations Blog**
geinvestigations.com/blog/tag/**hacker**-daniel-david-rigmaiden/
Sep 22, 2011 – For more than a year, federal authorities pursued a man they called
simply "the **Hacker**." Only after using a little known cellphone-tracking ...

**'stingray' evidence sought by hacker - Blackhawk Bank**
https://www.blackhawkbank.com/portal.asp?action=story&idstr...
Mar 28, 2013 – The move is in support of accused **hacker Daniel Rigmaiden's** motion
to suppress evidence produced by stingray, which mimics a cell site to ...

**FBI's 'Stingray' Cellphone Tracker Stirs a Fight Over Search ...**
online.wsj.com/.../SB10001424053111904194604576583112723197577...
Sep 22, 2011 – For more than a year, federal authorities pursued a man they called
simply "the **Hacker**." Only after using a little known cellphone-tracking ...

**ACLU challenges 'stingray surveillance' that allows police to track ...**

www.guardian.co.uk › World news › Surveillance ▾
Mar 28, 2013 – The case revolves around **Daniel Rigmaiden**, a **hacker** accused of
leading a gang of sophisticated identity thieves which allegedly stole **...**

[INSTITUTION] - - Feds: "**Hacker**" files 1,300 fraudulent tax returns
sbr911.com/alerts/alert.ext?sp=11197 ▾
Apr 9, 2010 – Feds: "**Hacker**" files 1,300 fraudulent tax returns **...** "**Daniel Rigmaiden**
led agents through a virtual labyrinth of twists and turns, but they never **...**

Feds' use of spy tools under scrutiny due to privacy concerns
mobilephone.blogm4u.com/.../feds-use-of-spy-tools-under-scrutiny-due-... ▾
Apr 3, 2013 – The issue stems from federal investigators' request for a search warrant
several years ago targeting **Daniel Rigmaiden**, a **hacker** accused of **...**

**1**  2  3  4  5  6  7  8  9  10        **Next**

Advanced search        Search Help        Send feedback

Google Home        Advertising Programs        Business Solutions        Privacy & Terms
About Google

ATTACHED EXHIBITS
SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇
⬇ **EXHIBIT 02** ⬇

Google [website], *using a proxy ip address while web browsing - Google Search, searchable at* http://www.google.com (last searched: Apr. 26, 2013); Note: lists search results.

**+You**   **Search**   **Images**   **Maps**   **Play**   **YouTube**   **News**   **Gmail**   **Drive**   **Calendar**   **More** ▾

using a proxy IP address while web browsing     Sign in

**Web**   Images   Maps   Shopping   Applications   More ▾   Search tools

About 4,400,000 results (0.15 seconds)

ads not by this site

**Proxy Ip Address**
HotspotShield.com
Hide Your **IP** - Be Anonymous. Free, Secure, Fast - Download Now!

How (and why) to surf the **web** in secret | PCWorld
 www.pcworld.com/.../how-and-why-to-surf-the-**web**-in-secret.ht... ▾
by Brad Chacos - in 353 Google+ circles
Nov 7, 2012 – **Web**-based **proxies** like Hide My Ass claim to keep your **IP
address** and other identifying information anonymous **while** you're **browsing**
the ...

**Proxy** server - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Proxy**_server ▾
An anonymous open **proxy** allows users to conceal their **IP address while browsing**
the **Web** or **using** other Internet services. There are varying degrees of ...

Anonymous **web browsing** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/Anonymous_**web_browsing** ▾
The **browser's IP address** is then only shared **with** the **proxy** server **while** the target
website only sees the **proxy** server's information. Anonymous **Web** Servers ...

How do I **use a Proxy** Server? - What Is My **IP Address**?
whatismy**ipaddress**.com/**using-proxies** ▾
Instructions on how to enable your **browser** (Internet Explorer, Fire Fox, Opera, ...
Please be aware that the **use** of **proxy** servers without the express ... box if you do not
want the **proxy** server computer to be used **when** you connect to a ... for the **proxy**
settings: http://**<address>:<port>** where **<address>** is the Web address of ...

**IP address**, and **proxy** downloads on CNET
www.cnet.com/topic/**ip-address**/**proxy**.html ▾
Results 1 - 10 of 10 – Mask your **IP address while** surfing the Internet. TAGS: **proxy**,
IP ... Protect your **IP address** by routing **through** foreign anonymous **proxies**. TAGS:
**proxy**, IP, IP ... Hide your **IP address** for completely anonymous **Web surfing**.

**IP address**, and **Web browser** downloads on CNET - CNET.com
www.cnet.com/topic-software/**ip-address**/**web-browser**.html ▾
Results 1 - 20 of 26 – ... downloads related to **IP address**, and **Web browser**.

Hiding **IP Addresses** Online - What Method Works Best?
compnetworking.about.com › ... › **Proxy** Servers / Lists ▾


by Bradley Mitchell - in 156 Google+ circles
Internet **proxy** servers offer anonymous **Web browsing** capability. Accessing
Web sites **via** these **proxies** hides your public **IP address** from Web servers,
**...** hide your IP from bittorrent sites, but they don't tell you that **when** they take
your money.

## Ways You Can Hide Your Public **IP Address** - Networking - About.com
compnetworking.about.com › ... › Proxy Servers / Lists ▾
by Bradley Mitchell - in 156 Google+ circles
This way, Web sites will see the **proxy's IP address**, not your home **IP address**. **...**
Managing **Web browser** cookies, **using** encryption **when** sending personal **...**

## Hide **ip address** free **Browse** download torrent **via** Tor **proxy** - Teqlog
www.teqlog.com/hide-**ip**-**address**-free-**browse**-download-tor-**we**... ▾

by teknocrat com
Dec 15, 2011 – In order to hide the online identity or your **IP address while**
**browsing** or downloading the safest best would be to hide it by **using** a **web**
**proxy** or **...**

## **web browser** - Advanced techniques for detecting a **proxy**/getting **...**
security.stackexchange.com/.../advanced-techniques-for-detecting-a-**pro**... ▾
Sep 11, 2012 – I thought it might have blocked the **proxy's IP address**. However,
**when** I ran the code from a different host machine, but **with** the same **proxy**, **...**

**1**  2  3  4  5  6  7  8  9  10    **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓
↓ **EXHIBIT 03** ↓

_ATTACHED EXHIBITS_
_SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH_
_TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT_
_CR08-814-PHX-DGC_

Google [website], *list of proxy ip addresses - Google Search*, *searchable at* http://www.google.com (last searched: Apr. 26, 2013); Note: lists search results.

+You    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More ▾

list of proxy IP addresses                                    Sign in

Web    Images    Maps    Shopping    Applications    More ▾    Search tools

About 11,800,000 results (0.15 seconds)

ads not by this site

**List Of Proxy Ip Addresses** Info
info.com
Get info on **List Of Proxy Ip Addresses** from 10 search engines in 1.

Free **Proxy List** - Public **Proxy** Servers (**IP** PORT) - Hide My Ass!
www.hidemyass.com/**proxy**-list/ ▾
Free **proxy list** index; the largest real-time database of public ...
Free proxy lists (IP:PORT) - Premium lists - 15 - Custom search #225374

**Proxy List** - IP-Adress.com
www.ip-adress.com/**proxy_list**/ ▾
By doing this, your **IP Address** is hidden to the receiving a website, and thus your
physical location as shown by an IP on ... **Proxy List** - The best working **Proxies**.
Refresh proxy list - Country - Proxy - Checking Time

Free **Proxy Lists** - HTTP **Proxy** Servers (**IP Address**, Port)
www.free**proxylists**.net/ ▾
Free working **proxy** server **list** database. ... Free **Proxy Lists** · HOME · BY
COUNTRY. |. Country, Port, Protocol, Anonymity, Uptime. ALL, Albania, Algeria ...

**Proxy List**. Sorted by **IP address**. **List** #1 - Samair.ru
www.samair.ru/**proxy**/ip-address-01.htm ▾
**Proxy list #1**. **Proxies** are sorted by **IP** adress. Updated April 25, 2013 at 05:05:02
PM.

**Proxy** Server **List** - United States **Proxy** - American **Proxies**
www.**proxy**nova.com/**proxy**-server-**list**/country-us/ ▾
Elite **Proxies** (Level 1) - absolute anonymity. The server doesn't know your real **IP
address** and it does not know that you're using a **proxy**. ScrapeBox **Proxy List** ...

Fresh **Proxy List**. Sorted by **Proxy IP Address**. Page 1 - NNTime
nntime.com/**proxy-ip**-01.htm ▾
Fresh **Proxy List**. **Proxy List** sorted by **Proxy IP Address**, page No. 1. **List** updated
April 26, 2013 at 07:05:06 AM.

**Proxy list** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Proxy_list** ▾
**Proxies** allow users to make indirect network connections to other computer network
services. **Proxy lists** include the **IP addresses** of computers hosting open ...

### 100 percentage working **proxy** server **ip address list**| Learn How to ...
www.breakthesecurity.com/.../100-percentage-working-process-**list**.html ▾
Dec 2, 2010 – 94.125.27.20:8080 93.91.200.146:8080 81.18.116.66:8080
79.125.28.242:3128 72.52.96.9:80 72.52.96.11:80 69.13.229.214:3128 **...**

### Is there anything like a known **proxy** server **IP list**/database? - IT ...
security.stackexchange.com/.../is-there-anything-like-a-known-**proxy**-ser... ▾
Dec 21, 2011 – But as you said, there are sites that publish fresh **proxy** IP **lists** every
day, you can collect **IP addresses** and ports from there and generate **...**

### One Click **Proxy IP** :: Add-ons for Firefox - Mozilla Add-ons
addons.mozilla.org › Add-ons for Firefox › Extensions ▾
            5 votes - Free
Apr 5, 2013 – Forget about needing to search on **proxy IP addresses list**, testing
several servers to only then find a working one and needing to configure it.

Ads related to **list of proxy ip addresses**

#### UK **Proxy** & VPN Server
www.uk**proxy**server.com/
Get a UK **IP address** from anywhere in the world, from £6.25 per month

#### **Proxy** server **IP address**
www.ntrepidcorp.com/
Avoid Blocking, Tracking & Spoofing Use Our Randomized **IP Addresses**

## Searches related to **list of proxy ip addresses**

| | |
|---|---|
| **public** proxy list | **japanese** ip proxy |
| **open** proxy **server** list | proxy **site** |
| **web** proxy **server** list | **free** proxy list ip addresses |
| **free proxies** list | list of **proxies** |

**1**  2  3  4  5  6  7  8  9  10        **Next** ▸

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇
⬇ **EXHIBIT 04** ⬇

_ATTACHED EXHIBITS_
SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

Pcworld.com [website], *How (and why) to surf the web in secret | PCWorld*, http://www.pcworld.com/article/2013534/how-and-why-to-surf-the-web-in-secret.html (last accessed: Apr. 26, 2013) ("Once you've picked a proxy server, you'll need to configure your browser to connect to it, a simple procedure that's slightly different depending on your browser. Here's how to do it on the big three:...").



## SECURITY (/CATEGORY/SECURITY)

browsers (/tag/browsers/), security (/tag/security/), privacy (/tag/privacy/)

# How (and why) to surf the web in secret

**Brad Chacos**
@BradChacos

Nov 7, 2012 3:30 AM



They say no one can hear you scream in space, but if you so much as whisper on the Web, you can be tracked by a dozen different organizations and recorded for posterity. Simply visiting a website can allow its operators to figure out your general physical location, identify details about your device information, and install advertising cookies that can track your movements around the Web. (Don't believe me? Check this out (http://privacy.net/analyze-your-internet-connection/).)

Not everyone likes the idea of having his or her entire digital lives scraped, analyzed and (in countries with restrictive regimes) controlled outright by third parties. So please consider the following tools and tips, which will hide your IP address and have you surfing the Web in blissful anonymity in no time.

## Knowing is half the battle

There are a few crucial tidbits you should know before you start down the path to online anonymity. First, it's important to know how anonymizing proxies work so you can understand their inherent flaws. Anonymizers act as a man in the middle while you're browsing the Web, handling communications between your PC and the website you want to access anonymously. If you do everything correctly, the target website only sees information from the anonymizing service, so it can't identify your home IP address or other personal information.

While the websites that you're browsing won't have any idea who you are, the man-in-the-middle anonymizing services certainly will (and some proxy services keep server logs of user activity that can be subpoenaed). For these reasons, it's important to do your research before you pick a proxy service.

Furthermore, websites can access data stored by browser plug-ins to try and track down your actual IP address. Media-playing plugins such as Flash are notorious for passing along more user data than is necessary (http://www.pcworld.com/businesscenter/article/238895/how_to_protect_yourself_from_supercookies.html), so stick to a plug-in-free browsing experience if you're concerned about third-party programs sharing information about you or your PC.

Speaking of browsers, you might want to set aside a second browser on your PC that you use solely for your anonymous activities. Most anonymizer services still allow websites to place cookies on your computer by default, and if you use the same browser for both everyday activities and the browsing you want to keep anonymous, websites could theoretically use those cookies to identify you.

To avoid this, download a second Web browser (Chrome (http://www.pcworld.com/product/32156/chrome.html) and Firefox (http://www.pcworld.com/product/946520/firefox.html) are great choices) and change your anonymous browser's settings to wipe cookies every time you close the browser (http://www.pcworld.com/article/242939/how_to_delete_cookies.html). If you're worried about local users snooping on your Internet exploits, be sure to use your browser's Private or Incognito mode so anyone who opens your browser won't be able to check the history and see where you've been.

(http://images.techhive.com/images/article/2012/11/bugmenot-100011779-orig.png)

Case 2:08-cr-00814-DGC    Document 1005-1    Filed 05/01/13    Page 15 of 43



BugMeNot maintains a database of login information you can use to remain anonymous on free websites that require <u>registration</u>.

Finally, this probably doesn't need to be said, but if you log into a website using a username/password combination, the website administrators can track you regardless of whether you're using an anonymizer service. If you need to log in to a website to tap into its full features, see if <u>BugMeNot (http://bugmenot.com/)</u> has a generic login available for the site.

Got it? Good! Let's dig into the various anonymizing tools at your disposal.

## Web proxies

The most basic way to surf websites anonymously is by using Web-based proxies like <u>Proxify (http://proxify.com/)</u>, <u>Anonymouse (http://anonymouse.org/anonwww.html)</u> or <u>Hide My Ass (http://hidemyass.com/)</u>. Web proxies are simple and easy to use: Just head to the anonymizing website, type in the URL of the website you want to visit anonymously, and you're off! Some even include advanced features like the ability to encrypt your connection or block ads, cookies, and JavaScript.

Case 2:08-cr-00814-DGC   Document 1005-1   Filed 05/01/13   Page 16 of 43

Web proxies may be straightforward (and often free), but they have several drawbacks. Data speeds can be atrocious, certain types of content (videos, music, etc.) may be difficult to access, many proxy services interject their own advertising, and some websites simply won't work through a proxy.



(http://images.techhive.com/images/article/2012/11/hidemyass-100011781-orig.png)

Web-based proxies like Hide My Ass claim to keep your IP address and other identifying information anonymous while you're browsing the Web.

Also, while free Web proxies are a dime a dozen and new ones pop up on an almost hourly basis, it's difficult to tell which ones are honeypots set up by bad guys hoping to sneak a peek at your personal information as you share it through their proxy server. In other words, you shouldn't do your online banking or log into a password-protected website when you're using a Web proxy—*especially* if the connection isn't encrypted via HTTP Secure (denoted by an https:// prefix in your browser's address bar).

The three Web proxies identified above are long-standing and well-trusted, however, and each offers a paid subscriber service that nixes the speed and content complaints. Proxy.org (http://proxy.org/cgi_proxies.shtml) and PublicProxyServers.com (http://www.publicproxyservers.com/proxy/list1.html) also maintain extensive, frequently updated lists of Web proxies.

## Manual proxy servers

Some proxy servers don't have a simple website interface, but still allow you to utilize their service for anonymous browsing. You just need to manually configure your browser to connect to the proxy's IP address. As with Web-based proxies, you'll want to shy away from revealing sensitive information or passwords with a proxy server.

Hide My Ass (http://www.hidemyass.com/proxy-list/) and ProxyNova (http://www.proxynova.com/proxy-server-list/) keep two of the best lists of active proxy

servers, with each individual proxy's speed, uptime, country of origin and level of anonymity clearly identified. (You want an anonymous or high anonymous proxy server, of course.)

Once you've picked a proxy server, you'll need to configure your browser to connect to it, a simple procedure that's slightly different depending on your browser. Here's how to do it on the big three:



(http://images.techhive.com/images/article/2012/11/chromeproxy-100011780-orig.png)

Powerful options to browse the Web through a proxy server or VPN can be found in your browser settings menu.

**Internet Explorer 9**: Navigate to *Tools > Internet Options > Connections tab > LAN Settings*. Check the *Use a proxy server* box and enter the port and IP address info for the proxy server, then click *OK*. If the proxy you chose uses a secure or SOCKS connection rather than HTTP, enter the settings in the *Advanced* option.

**Firefox:** Click the Firefox button, select *Options > Advanced Tab > Network Tab*, and then click the *Settings* button in Connections.

**Chrome:** Click the wrench icon, choose *Show Advanced Settings > Change Proxy Settings*, and then proceed as you would with Internet Explorer.

# Hide your IP address with a VPN

Virtual Private Networks are a good option for people who want an anonymous yet speedy connection and don't mind paying for the privilege. Premium VPNs maintain dedicated proxy servers for their users. Your connection is encrypted and the websites

you'll see the VPN's identifying information, not your own.

There are a ton of VPNs out there, and virtually all of them block your identity from third-party websites, but the question an anonymous-minded person wants to ask is, Does my VPN provider keep server logs? TorrentFreak asked several top VPNs that very question (http://torrentfreak.com/which-vpn-providers-really-take-anonymity-seriously-111007/) and several answered with a resounding "No!" Once you've settled on a provider, you'll need to configure Windows 7 to connect to the VPN (http://www.pcworld.com/article/210562/how_to_set_up_vpn_in_windows_7.html).

One of the best and most well-known virtual private networks is The Onion Router (https://www.torproject.org/), or Tor for short. The Tor network has proven its mettle under fire, helping journalists file reports from countries where Internet access is restricted and allowing citizens to communicate digitally when governments shut down the Internet. Rather than establishing a direct connection between your PC and a proxy server, then connecting the proxy server to the website you want to visit, Tor bounces your data request through several random Tor server relays before pointing it to the final destination. In fact, Tor got its name because like an onion (or an ogre), this network has layers.

The server at each of those layers only knows the identity of the relay that passed it information and the relay it subsequently passes that information along to, with each hop in the chain being encrypted with a totally new encryption key. The robust security measures mean that even if someone is able to intercept one of the data packets en route and crack the encryption, they won't be able to identify you or your final destination. New relay paths are randomly generated every ten minutes or so.



(http://images.techhive.com/images/article/2012/11/tor-100011784-orig.png)

It sounds complicated, but tapping into Tor couldn't be easier. Simply download the Tor Browser Bundle (https://www.torproject.org/download/download.html.en) for your operating system of choice (there's even an Android version) and boot up the browser file when you want to surf anonymously. The program handles all the dirty work automatically and even goes so far as establishing an HTTPS connection at your final destination if it's possible. But if you're feeling particularly vulnerable, you can right-click on the Vidalia onion icon in your system tray and select *New Identity* to tell the browser to create a new relay server path.

Case 2:08-cr-00814-DGC   Document 1005-1   Filed 05/01/13   Page 19 of 43

The Tor Browser doesn't require installation and can be run from a flash drive if you want to carry a copy with you.

# Send email anonymously

Now that you know how to cloak your online activities from prying eyes, here's a bonus tip for sending email anonymously for free. See, most of the anonymizers outlined above only play nice with Web browsing, but Anonymouse (http://anonymouse.org /anonemail.html) and Hide My Ass (http://hidemyass.com/anonymous-email/) both offer free, basic anonymous email services. The recipient won't know your IP address, actual email address or any other personally identifiable information. With these tips and tools you should be well-equipped to improve your online anonymity; be sure to share your tips with other readers in the comments section and enjoy a safe browsing experience.

## WE RECOMMEND



(http://www.pcworld.com/article/2033036/how-to-discover-space-hogs-on-your-hard-drive.html) (http://www.pcworld.com/article /2030764/video-how-to-secure-your-home-wi-fi-



network.html) (http://www.pcworld.com /article/2034131/mind-controlled-helicopter-takes-some-serious-brain-



power.html)

How to discover space hogs on your hard drive

Video: How to secure your home Wi-Fi network

Mind-controlled

what's this?

⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇
⬇ **EXHIBIT 05** ⬇

_ATTACHED EXHIBITS_
SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

Hidemyass.com [website], *Free Proxy List - Public Proxy Servers (IP PORT) - Hide My Ass!*, http://www.hidemyass.com/proxy-list/ (last accessed: Apr. 26, 2013).

Case 2:08-cr-00814-DGC    Document 1005-1    Filed 05/01/13    Page 21 of 43

Blog    Community    Twitter    Affili

Real-time auto-updatable database of free working IP:PORT proxi

Free                 Premium lists

proxy

list

Public proxy servers can be used with any application that supports the use of proxies (e.g. web browsers). They provide an easy way to mask your true IP address and enable you to surf anonymously online.

Our proxy lists are checked in real-time with up to the minute auto-updatable results 24/7. Since proxies are checked continually all day you can be sure to find a reliable database of working proxies that have worked within the last 24hrs.

Get our
to your i
.txt form

Learn m

**Proxy country**

☑ All countries

| China (295) |
| Indonesia (129) |
| Brazil (98) |
| United States (82) |
| Venezuela (61) |
| Russian Federation (57) |

Sort by count | Sort by name

**Port(s)**

☑ All ports

[                    ]

**TIP:** Enter specific ports in the above box. Separate more than one port by a comma (8080, 80, 443 ...). A maximum of 20 ports allowed.

**Protocol**

☑ HTTP
☑ HTTPS
☑ socks4/5

**Anonymity level**

☑ None
☑ Low
☑ Medium
☑ High
☑ High +KA

**PlanetLab**

☑ Include

Sort by  [ Date tested ]   [ DESC ]   [ per page50 ]                         [ Pause Live Re ]

| Last update | IP address | Port | Country | Speed | Connection tin |
|---|---|---|---|---|---|
| 6 secs | 41.203.76.162 | 80 | 🟩 Nigeria | | |

| Last update | IP address | Port | Country | Speed | Connection tin |
|---|---|---|---|---|---|
| 1m 7s | 59.90.174.96 | 3128 | India | | |
| 2m 8s | 41.215.3.98 | 80 | KENYA | | |
| 3m 8s | 178.88.173.194 | 9090 | Kazakhstan | | |
| 3m 8s | 186.93.24.146 | 8080 | Venezuela | | |
| 5m 6s | 189.11.198.36 | 8080 | Brazil | | |
| 5m 6s | 188.75.129.206 | 8080 | Czech Republic | | |
| 10m 7s | 186.194.112.22 | 8080 | Brazil | | |
| 10m 7s | 119.184.214.18 | 808 | China | | |
| 11m 6s | 118.99.95.217 | 8080 | Indonesia | | |
| 12m 3s | 219.83.100.204 | 8080 | Indonesia | | |
| 12m 3s | 211.167.112.16 | 80 | China | | |
| 15m 8s | 218.206.204.254 | 443 | China | | |
| 16m 8s | 111.13.87.150 | 80 | China | | |
| 16m 8s | 212.156.87.94 | 8080 | Turkey | | |
| 17m 9s | 202.112.126.88 | 2345 | China | | |
| 18m 9s | 2.133.94.42 | 9090 | Kazakhstan | | |
| 19m 9s | 211.161.152.102 | 80 | China | | |
| 21m 4s | 189.19.83.121 | 8080 | Brazil | | |
| 21m 4s | 190.95.206.254 | 3128 | Ecuador | | |
| 22m 7s | 109.207.61.161 | 8090 | Poland | | |
| 22m 7s | 178.88.173.162 | 9090 | Kazakhstan | | |
| 22m 7s | 203.172.218.90 | 8080 | Thailand | | |
| 23m 7s | 78.107.56.186 | 8080 | Russian Federation | | |
| 23m 8s | 217.8.57.245 | 3128 | Germany | | |
| 24m 8s | 202.152.228.75 | 80 | Indonesia | | |
| 24m 8s | 101.255.77.255 | 80 | China | | |
| 25m 8s | 117.36.50.52 | 3128 | China | | |
| 26m 8s | 91.202.164.29 | 8080 | Russian Federation | | |
| 26m 9s | 92.99.140.155 | 8118 | United Arab Emirates | | |

| Last update | IP address | Port | Country | Speed | Connection tim |
|---|---|---|---|---|---|
| 27m 8s | 80.90.116.116 | 8080 | Russian Federation | | |
| 27m 8s | 125.39.66.149 | 80 | China | | |
| 28m 6s | 41.188.38.5 | 8080 | Madagascar | | |
| 28m 6s | 58.240.98.179 | 80 | China | | |
| 29m 8s | 201.85.50.249 | 80 | Brazil | | |
| 30m 7s | 41.78.26.45 | 8080 | KENYA | | |
| 30m 7s | 91.121.120.153 | 3129 | France | | |
| 31m 8s | 210.101.131.231 | 8080 | Korea, Republic of | | |
| 34m 8s | 116.255.148.5 | 8080 | China | | |
| 35m 6s | 178.18.17.211 | 3128 | United States | | |
| 36m 8s | 189.22.10.102 | 8088 | Brazil | | |
| 37m 8s | 217.218.43.130 | 3128 | Iran | | |
| 39m 8s | 49.0.35.2 | 3128 | Bangladesh | | |
| 43m 8s | 77.175.84.208 | 80 | Netherlands | | |
| 43m 8s | 222.171.8.5 | 80 | China | | |
| 43m 8s | 125.39.66.130 | 80 | China | | |
| 43m 8s | 190.249.132.12 | 8080 | Colombia | | |
| 46m 8s | 58.243.150.4 | 31035 | China | | |
| 46m 8s | 89.144.190.9 | 8000 | Iran | | |
| 46m 8s | 125.39.66.155 | 80 | China | | |

1    2    3    4    5    6    7    8    9    10   11   12   13   14   15   16   17   ⋯   24

## Web browser instructions

**Mozilla Firefox:** Tools > Options > Advanced > Settings > Manual proxy configuration.
**Google Chrome:** Options > Under the hood > Network > Change proxy settings > LAN settings > Use a pro
**Internet Explorer:** Tools > Internet options > Connections > LAN settings > Use a proxy server > Advanced
**Opera:** Tools > Preferences > Advanced > Network.

## Anonymity levels

**Level 1:** No anonymity; remote host knows your IP and knows you are using proxy.

**Level 4:** Low anonymity; remote host does not know your IP, but it knows you are using proxy.

**Level 8:** Medium anonymity; remote host knows you are using proxy, and thinks it knows your IP, but this multihomed proxy which shows its inbound interface as REMOTE_ADDR for a target host).

**Level 16:** High anonymity; remote host does not know your IP and has no direct proof of proxy usage (prox strings). If such hosts do not send additional header strings it may be considered as high-anonymous. If a l supports keep-alive you can consider it to be extremely-anonymous. However, such a host is highly possib

## Planet Lab / CoDeeN

PlanetLab proxy servers marked with a        icon are from the Planetlab CoDeeN (CDN) Project, a network o at Princeton University. These proxies may force a captcha and allocate you a different IP address as advert

## Security notes

Our proxy list database consists of third-party 'open proxies'; proxy servers set up for public use. We have any of these proxy servers and can not vouch for security, therefore USE OUR DATABASE AT YOUR OWN RIS encrypted connection, private servers in our control, reliable fast speeds and multiple servers world-wide v VPN service.

---

**Latest blog posts**

News Roundup: UK governme...
*26th Apr 2013*

Government's Security Bre...
*24th Apr 2013*

We've added 14 new server...
*23rd Apr 2013*

Today's downtime affectin...
*19th Apr 2013*

**Latest community topics**

How to see the ips on ser...
*25th Apr 2013*

Country change
*23rd Apr 2013*

multiple connection crap
*23rd Apr 2013*

Disabled Account after pa...
*23rd Apr 2013*

**Hic**

Pr
Fr
IP
A
Pr
Fi
A

Copyright 2005-2013 Privax LTD. All Rights reserved.

Community | Blog | Twitter | Jobs | Affilia

⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇
⬇ **EXHIBIT 06** ⬇

*ATTACHED EXHIBITS*
SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC

Freeproxylists.net [website], *Free Proxy Lists - HTTP Proxy Servers (IP Address, Port)*, http://www.freeproxylists.net/ (last accessed: Apr. 26, 2013).

# FREE PROXY LISTS

**HOME**          **BY COUNTRY**

Ads by Google          ► Free Proxy          ► Proxy IP          ► Proxy Server          ► Web Proxy

| Country | Port | Protocol | Anonymity | Uptime |
|---|---|---|---|---|
| ALL<br>Albania<br>Algeria<br>Argentina<br>Armenia | | ALL<br>HTTP<br>HTTPS | ☑ None<br>☑ Anonymous<br>☑ High Anonymous | >= 0% |

Search

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |

| IP Address | Port | Protocol | Anonymity | Country | Region | City |
|---|---|---|---|---|---|---|
| 49.0.35.2 | 3128 | HTTPS | None | Bangladesh | | |
| 118.97.37.123 | 80 | HTTPS | None | Indonesia | Jakarta Raya | Jakarta |
| 80.2.80.253 | 6588 | HTTP | High Anonymous | United Kingdom | Leeds | Leeds |
| 202.143.162.19 | 3128 | HTTPS | None | Thailand | Krung Thep | Bangkok |
| 201.59.49.126 | 3128 | HTTPS | None | Brazil | | |
| 120.194.50.194 | 8080 | HTTPS | None | China | Beijing | Beijing |
| 211.167.112.17 | 80 | HTTP | Anonymous | China | Shanghai | Shanghai |
| 216.172.131.6 | 11493 | HTTPS | High Anonymous | United States | California | San Jose |
| 2.133.93.170 | 9090 | HTTPS | None | Kazakhstan | Almaty | Taldykorgan |
| 202.70.42.250 | 8080 | HTTPS | None | Mongolia | Ulaanbaatar | Ulaanbaatar |
| 200.93.49.18 | 8080 | HTTPS | None | Venezuela | Tachira | San Cristobal |
| 116.236.216.116 | 8080 | HTTPS | Anonymous | China | Shanghai | Shanghai |
| 200.192.255.146 | 8081 | HTTPS | None | Brazil | | |
| 124.127.40.129 | 8080 | HTTPS | Anonymous | China | Beijing | Beijing |
| 46.252.43.1 | 8081 | HTTPS | None | Albania | | |
| 200.175.156.111 | 3128 | HTTP | None | Brazil | | |
| 190.124.165.194 | 3128 | HTTPS | None | Honduras | | |
| 174.136.43.116 | 3128 | HTTPS | None | United States | Texas | Dallas |
| 186.208.71.70 | 8080 | HTTPS | None | Brazil | | |

| IP Address | Port | Type | Anonymity | Country | Region | City |
|---|---|---|---|---|---|---|
| 178.252.104.250 | 54321 | HTTPS | Anonymous | Russia | Saint Petersburg City | Saint Petersburg |
| 189.41.237.58 | 3128 | HTTPS | None | Brazil | Sao Paulo | Guaira |
| 206.251.61.230 | 8080 | HTTP | None | United States | Maryland | Fallston |
| 109.230.63.219 | 80 | HTTPS | None | Slovakia | Bratislava | Bratislava |
| 187.73.70.14 | 3128 | HTTPS | None | Brazil | | |
| 81.23.157.10 | 54321 | HTTPS | Anonymous | Russia | | |
| 62.165.42.170 | 8080 | HTTPS | None | Russia | Krasnoyarsk | Ural |
| 189.90.58.242 | 3128 | HTTPS | None | Brazil | | |
| 109.207.61.185 | 8090 | HTTP | None | Poland | Dolnoslaskie | Wroclaw |
| 200.150.66.226 | 3128 | HTTPS | None | Brazil | | |
| 42.121.31.177 | 8080 | HTTP | None | China | | |
| 58.215.170.115 | 80 | HTTP | Anonymous | China | Beijing | Beijing |
| 190.203.174.247 | 8080 | HTTPS | None | Venezuela | Distrito Federal | Caracas |
| 103.22.181.247 | 80 | HTTP | High Anonymous | Thailand | | |
| 180.250.41.67 | 8080 | HTTP | None | Indonesia | Jakarta Raya | Jakarta |
| 201.20.176.9 | 8080 | HTTPS | None | Brazil | | |
| 72.64.146.136 | 43 | HTTPS | None | United States | | |
| 125.163.228.198 | 8080 | HTTPS | None | Indonesia | Yogyakarta | Yogyakarta |
| 2.133.94.12 | 8082 | HTTPS | None | Kazakhstan | Almaty | Taldykorgan |
| 190.211.104.178 | 3128 | HTTPS | None | Costa Rica | | |
| 115.100.251.130 | 8080 | HTTP | None | China | Beijing | Beijing |

| IP Address | Port | Type | Anonymity | Country | Region | City |
|---|---|---|---|---|---|---|
| 213.24.60.52 | 8080 | HTTPS | Anonymous | Russia | | |
| 202.43.188.9 | 8080 | HTTP | None | Indonesia | Jawa Barat | Tangerang |
| 89.32.229.230 | 3128 | HTTPS | None | Moldova | | Chisinau |
| 118.140.81.50 | 3128 | HTTPS | Anonymous | Hong Kong | | Central District |
| 203.156.251.75 | 20000 | HTTPS | None | China | Shanghai | Shanghai |
| 109.207.61.117 | 8090 | HTTP | None | Poland | Dolnoslaskie | Wroclaw |
| 122.194.10.198 | 80 | HTTP | Anonymous | China | Jiangsu | Nantong |
| 184.171.247.227 | 3128 | HTTPS | Anonymous | United States | Florida | Orlando |
| 195.20.138.54 | 8080 | HTTPS | None | Poland | | |
| 159.226.71.138 | 1170 | HTTPS | None | China | Beijing | Beijing |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21

English | Francais | Русский | 中文 | 日本語　Translated by Google

info@freeproxylists.net

↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓
↓ **EXHIBIT 07** ↓

Samair.ru [website], *Proxy List. Sorted by IP address. List #1*, http://www.samair.ru/proxy/ip-address-01.htm (last accessed: Apr. 26, 2013).

*ATTACHED EXHIBITS*
*SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

Case 2:08-cr-00814-DGC   Document 1005-1   Filed 05/01/13   Page 30 of 43



## Proxy List

**Home**          **Paid Proxy**          **Proxy List**          **Proxy Checkers**          **Proxy Sites**

**Privacy Policy**

| USA Proxy | UK Proxy | French Proxy | German Proxy |
|-----------|----------|--------------|--------------|
| **$6.5/month** | **$6.5/month** | **$6.5/month** | **$6.5/month** |

**Proxy list #1**

**Free Proxy Zone**

**Last updated:** April 26, 2013 at 08:05:02 PM GMT

**Total Free Proxies: 300** (13% of Paid Proxy Base)

**Want more proxies?:** Premium Proxy List - currently 2330 Proxies + 160 SOCKS

| IP address | Anonymity level | Checked time | Country |
|------------|-----------------|--------------|---------|
| 103.10.62.30:8080 | transparent | Apr-26, 16:51 | Indonesia |
| 103.8.79.108:8080 | transparent | Apr-26, 12:08 | Indonesia |
| 109.173.98.64:8080 | transparent | Apr-26, 17:03 | Russian Fede |
| 109.207.61.115:8090 | transparent | Apr-26, 13:12 | Poland |
| 109.207.61.172:8090 | transparent | Apr-26, 17:03 | Poland |
| 109.207.61.173:8090 | transparent | Apr-26, 15:45 | Poland |
| 109.207.61.215:8090 | transparent | Apr-26, 13:29 | Poland |
| 109.230.63.219:80 | transparent | Apr-26, 17:45 | Slovakia |
| 109.234.29.83:3128 | high-anonymous | Apr-26, 12:16 | Russian Fede |
| 110.137.48.183:8080 | transparent | Apr-26, 17:10 | Indonesia |
| 110.139.118.95:8080 | transparent | Apr-26, 15:50 | Indonesia |
| 110.139.144.68:80 | transparent | Apr-26, 18:37 | Indonesia |
| 110.170.34.222:3128 | transparent | Apr-26, 18:13 | Thailand |
| 112.25.14.46:8090 | high-anonymous | Apr-26, 15:22 | China |
| 112.5.254.172:80 | transparent | Apr-26, 18:48 | China |
| 113.195.134.231:8080 | high-anonymous | Apr-26, 16:58 | China |
| 113.212.125.30:8080 | transparent | Apr-26, 19:04 | Indonesia |
| 114.130.25.1:8080 | transparent | Apr-26, 18:24 | Bangladesh |

Case 2:08-cr-00814-DGC   Document 1005-1   Filed 05/01/13   Page 31 of 43

| | | | |
|---|---|---|---|
| 114.142.145.184:7651 | transparent | Apr-26, 12:10 | Hong Kong |
| 114.80.209.78:80 | anonymous | Apr-26, 17:31 | China |

USA Proxy Server - UK Proxy Server - Proxy Server France - German Proxy Server

**1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 next**

⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇
⬇ **EXHIBIT 08** ⬇

Proxynova.com [website], *Proxy Server List - United States Proxy - American Proxies*, http://www.proxynova.com/proxy-server-list/country-us/ (last accessed: Apr. 26, 2013).

ATTACHED EXHIBITS
SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH
TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT
CR08-814-PHX-DGC



**Proxy Solutions** — GET YOUR PROXY — FREE 3 DAY TRIAL TRY IT FREE!

| | **Home** | **Proxy Server List** | **Web Proxy List** | **Proxy Tools** | |
|---|---|---|---|---|---|

# Proxy List - Proxies from United States - America

**Proxy Server List** - below is a list of open proxy servers that were most recently checked by our system. Our Proxy-checking all of the proxy servers found on the Internet. Throughout the day, we scan over a hundred thousand of proxi expected to go up as our script improves. All of these proxies are available publicly to be used to hide your IP address country or organization.

**Proxy Anonymity Level** - this column specifies the degree of anonimity a certain proxy offers. Our system groups pro

- **Transparent Proxies** (Level 3) - also known as *caching proxies*, make no attempt at concealing your identity. is to cache the data that is exchanged between the servers.
  The web server knows your real IP addresss and it knows that you're using a proxy.
- **Anonymous Proxies** (Level 2) - hides your real IP address but the server may know that you're connecting ov additional headers such as HTTP_VIA or HTTP_X_FORWARDED_FOR. In some cases, these headers may co the case, then that proxy gets marked as transparent. If one of those proxy headers contain any other IP addre still be considered to be anonymous.
- **Elite Proxies** (Level 1) - absolute anonymity. The server doesn't know your real IP address and it does not kno

**ScrapeBox Proxy List** - you can also use these proxies with ScrapeBox, however only Elite and perhaps Anonymous ones that pass the IP Test. You may wish to add this site as an additional Proxy Source in your ScrapeBox's Proxy Ha

**Download Proxy List** - you may access our entire proxy database in a friendly IP:Port format for free. All visitors are

If you were looking for **United States / American** Web Proxies(proxies that are run within your browser window)

| United States - 1057 | < All Proxies > | **Download Pro** |
|---|---|---|

Ads by Google    ▶ Free Proxy    ▶ Proxy IP    ▶ Proxy Server

| **Proxy IP** | **Proxy Port** | **Last Check** | **Proxy Speed** | **Proxy C** |
|---|---|---|---|---|
| 205.186.165.66 | 3128 | 2 hrs | | United States - Culver |

Case 2:08-cr-00814-DGC   Document 1005-1   Filed 05/01/13   Page 34 of 43

| Proxy IP | Proxy Port | Last Check | Proxy Speed | Proxy C |
|---|---|---|---|---|
| 209.239.113.4 | 3128 | 2 hrs | | 🇺🇸 United States - Saint L |
| 216.99.146.18 | 80 | 2 hrs | | 🇺🇸 United States - New Yo |
| 72.8.179.150 | 80 | 2 hrs | | 🇺🇸 United States - Fullerto |
| 173.72.110.132 | 80 | 2 hrs | | 🇺🇸 United States - Marlton |
| 64.62.247.244 | 80 | 2 hrs | | 🇺🇸 United States - San Fra |
| 64.120.252.18 | 80 | 2 hrs | | 🇺🇸 United States - Scranto |
| 54.224.152.175 | 80 | 2 hrs | | 🇺🇸 United States - Woodb |
| 5.152.198.4 | 8080 | 2 hrs | | 🇺🇸 United States - Fort Hu |
| 23.30.90.105 | 8080 | 2 hrs | | 🇺🇸 United States - Cambr |
| 37.58.81.170 | 3128 | 2 hrs | | 🇺🇸 United States - Washin |
| 216.187.169.59 | 3128 | 2 hrs | | 🇺🇸 United States - Billings |

## Want To Setup DNS Server?

www.neustar.biz

Time for a New Approach to DNS! UltraDNS Global Infrastructure

| | | | | |
|---|---|---|---|---|
| 54.244.117.38 | 80 | 2 hrs | | 🇺🇸 United States - Woodb |
| 64.178.172.154 | 9015 | 2 hrs | | 🇺🇸 United States - Milwau |
| 184.73.235.9 | 80 | 2 hrs | | 🇺🇸 United States - Seattle |
| 199.167.228.36 | 80 | 2 hrs | | 🇺🇸 United States - Nova |
| 64.20.241.72 | 80 | 2 hrs | | 🇺🇸 United States - Austin |
| 24.172.34.114 | 8181 | 2 hrs | | 🇺🇸 United States - Sumter |
| 204.12.201.35 | 3128 | 2 hrs | | 🇺🇸 United States - Kansas |
| 204.12.223.170 | 3128 | 2 hrs | | 🇺🇸 United States - Kansas |
| 54.234.65.111 | 80 | 2 hrs | | 🇺🇸 United States - Woodb |
| 72.29.169.246 | 3128 | 2 hrs | | 🇺🇸 United States - San Lu |
| 76.97.85.76 | 8080 | 2 hrs | | 🇺🇸 United States - Winder |
| 108.171.249.138 | 80 | 2 hrs | | 🇺🇸 United States - Alamed |
| 24.181.119.154 | 80 | 2 hrs | | 🇺🇸 United States - Athens |

| Proxy IP | Proxy Port | Last Check | Proxy Speed | Proxy C |
|----------|-----------|-----------|-------------|---------|
| 149.174.22.69 | 8080 | 2 hrs | | 🇺🇸 United States |
| 5.152.198.30 | 3128 | 2 hrs | | 🇺🇸 United States - Fort Hu |
| 76.191.98.246 | 8085 | 2 hrs | | 🇺🇸 United States - Kenmo |
| 64.120.142.140 | 3128 | 2 hrs | | 🇺🇸 United States - Scranto |
| 108.166.87.24 | 3128 | 2 hrs | | 🇺🇸 United States - Alamed |
| 170.225.162.56 | 80 | 2 hrs | | 🇺🇸 United States - Durhan |
| 184.169.138.163 | 3128 | 2 hrs | | 🇺🇸 United States - Seattle |
| 151.237.220.10 | 8080 | 2 hrs | | 🇺🇸 United States - Raleigh |
| 54.242.173.17 | 8080 | 2 hrs | | 🇺🇸 United States - Woodb |
| 184.106.199.198 | 80 | 2 hrs | | 🇺🇸 United States - San An |
| 199.231.185.123 | 8080 | 2 hrs | | 🇺🇸 United States - Quincy |
| 37.143.13.198 | 8888 | 2 hrs | | 🇺🇸 United States - Washin |
| 178.18.17.211 | 8089 | 2 hrs | | 🇺🇸 United States |
| 198.154.114.100 | 8089 | 2 hrs | | 🇺🇸 United States - Virginia |
| 54.251.150.200 | 80 | 2 hrs | | 🇺🇸 United States - Woodb |
| 173.219.189.95 | 3128 | 2 hrs | | 🇺🇸 United States - Tyler |
| 192.110.163.22 | 3128 | 2 hrs | | 🇺🇸 United States - Du Bois |
| 130.14.29.120 | 80 | 2 hrs | | 🇺🇸 United States - Rockvil |
| 107.16.66.225 | 8080 | 2 hrs | | 🇺🇸 United States |
| 67.45.184.164 | 87 | 2 hrs | | 🇺🇸 United States |
| 173.193.200.199 | 3128 | 2 hrs | | 🇺🇸 United States - Dallas |
| 108.61.89.152 | 3128 | 2 hrs | | 🇺🇸 United States - Sayrev |
| 173.212.242.164 | 3128 | 2 hrs | | 🇺🇸 United States - Scranto |
| 173.212.242.164 | 7808 | 2 hrs | | 🇺🇸 United States - Scranto |
| 173.72.110.132 | 3128 | 2 hrs | | 🇺🇸 United States - Marlton |

Ads by Google    ▶ Proxy Lists    ▶ Proxy Bypass    ▶ Anonymous Proxy

© 2011-2013 ProxyNova.com

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

**↓ EXHIBIT 09 ↓**

*ATTACHED EXHIBITS*
*SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH TO IMPEACH CLAIMED INDIFFERENCE OF JURORS, AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

September 8, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: providing information on the "self-described California-based 'Hacker'" claim in April 8, 2010 USDOJ press release; Note: only relevant pages attached.

[Redacted by the defendant (for relevance) using white squares with black borders.]



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| *Two Renaissance Square* | *Main: (602) 514-7500* |
| *40 North Central Avenue, Suite 1200* | *Main Fax: (602) 514-7693* |
| *Phoenix, Arizona 85004-4408* | |

September 8, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

      Re:   <u>United States v. Daniel David Rigmaiden</u>
            CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

      Enclosed please find additional discovery for your consideration in the above-cited case.  This discovery relates to the following matters:

1.

2.    This is in response to your additional discovery request regarding the inartfully drafted sentence in Press Release No. 2010-06, regarding this case, which stated " . . . a self-described California based 'Hacker' named Daniel David Rigmaiden led a complex tax fraud conspiracy . . . "  Please be advised as follows:

        A.    Authorization – The press release was authorized by Acting Public Affairs Officer Wyn Hornbuckle.  The final draft was reviewed by me before it was released.  IRS-CI Special Agents Denise Medrano and Michael Fleischmann also reviewed drafts of the release.

        B.    Authorship – The press release was authored by Acting Public Affairs Officer Hornbuckle and me.  The subject sentence was authored by Acting Public Affairs

Letter to Daniel David Rigmaiden
Re: <u>United States v. Daniel David Rigmaiden</u>
Page 2

        Officer Hornbuckle.  No one else who authored or reviewed the release recognized the inartful nature of the sentence.

C.        Dissemination – Acting Public Affairs Officer Hornbuckle was responsible for disseminating the press release to the media.

D.        Basis for the Statement – With respect to your request for the basis for the subject sentence, again, and hopefully for the last time, please be advised that we are unaware of any specific basis for the subject statement.  You can clearly tell from the voluminous discovery that you were regularly referred to as the "Hacker" by the investigators, CI-1, and CI-2 until you were identified.  That being said, we are not aware of any instance where you personally referred to yourself as the "Hacker" in any manner.

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 5

Sincerely yours,

DENNIS K BURKE
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant United States Attorney

Enclosures

cc:    Philip Seplow
       Shadow Counsel for Defendant Daniel David Rigmaiden

       Taylor Fox
       Counsel for Defendant Ransom Carter

⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇
⬇ **EXHIBIT 10** ⬇

*ATTACHED EXHIBITS*
*SUPPLEMENT TO MOTION TO DISMISS FOR (1) GOVERNMENT'S PREJUDICIAL EXTRAJUDICIAL PRESS COMMENTS SEVERE ENOUGH*
*TO IMPEACH CLAIMED INDIFFERENCE OF JURORS; AND/OR (2) VARIOUS GOVERNMENT MISCONDUCT*
*CR08-814-PHX-DGC*

June 18, 2010 letter from AUSA Battista to Daniel Rigmaiden RE: identifying the parties responsible for drafting and approving the April 8, 2010 USDOJ press release.



U.S. Department of Justice

United States Attorney
District of Arizona

*Two Renaissance Square*                          *Main: (602) 514-7500*
*40 North Central Avenue, Suite 1200*        *Main Fax: (602) 514-7693*
*Phoenix, Arizona 85004-4408*

June 18, 2010

Daniel Rigmaiden
Agency No. 10966111
CCA-CADC
Post Office Box 6300
Florence, Arizona 85132

     Re:   <u>United States v. Daniel David Rigmaiden</u>
           CR-08-814-PHX-DGC

Dear Mr. Rigmaiden:

     This is in response to your letter dated June 9, 2010, requesting the identification of any discovery related to the statement in Press Release No. 2010-06, regarding this case, which stated " . . . a self-described California based 'Hacker' named Daniel David Rigmaiden led a complex tax fraud conspiracy . . . " Please be advised that this sentence was inartfully drafted. A more accurate statement would have been to state "a California based person, known to the government as the 'Hacker,' named Daniel David Rigmaiden led a complex tax fraud conspiracy. . . "

     In preparing this response, we have not reviewed each line of the over 20,000 pages of discovery in this case but, at present, are unaware of any item wherein you personally referred to yourself as the "Hacker." In addition, please be advised that the government does not have a recording of the press conference related to the subject press release.

                         Sincerely yours,

                         DENNIS K BURKE
                         United States Attorney
                         District of Arizona

                         FREDERICK A. BATTISTA
                         Assistant United States Attorney

Letter to Daniel David Rigmaiden
Re: United States v. Daniel David Rigmaiden
Page 2


cc:    Phillip Seplow
       Shadow Counsel for Defendant Daniel David Rigmaiden

       Taylor Fox
       Counsel for Defendant Ransom Carter