JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 North First Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Daniel David Rigmaiden,<br><br>　　　　Defendant. | CR-08-814-001-PHX-DGC<br><br>**MOTION FOR ENLARGEMENT OF TIME** |

　　　The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to complete its response to defendant Daniel David Rigmaiden's Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1000) and Supplement to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1005) (filed on this date) until Friday, May 17, 2013.  In light of the supplement filed by defendant today, the prosecution needs additional time in order to prepare a response in this matter.  Demands

1 generated by other cases assigned to the lead prosecutor have also played a role in the
2 lengthening the response time in this matter.  In particular, the lead prosecutor is now in the
3 process of preparing for trial in <u>United States v. Mills</u>, CR-12-1660-PHX-SRB (LOA), which has
4 a firm trial date of June 4, 2013.

5     It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of
6 this motion or an order based thereon.

7     Respectfully submitted this 1st day of May, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

<u>S/Frederick A. Battista</u>

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2013, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

<u>S/Frederick A. Battista</u>

FREDERICK A. BATTISTA
Assistant U.S. Attorney