1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8
9

United States of America,

10                          Plaintiff,

11        v.

12  Daniel David Rigmaiden,

13                          Defendant.

14

CR-08-814-001-PHX-DGC

**ORDER FOR ENLARGEMENT OF TIME**

15        Upon motion of the United States, good cause appearing as stated in the government's

16  motion, and there being ___ objection by the defendant Daniel David Rigmaiden,

17        IT IS ORDERED granting the United States' Motion for Enlargement of Time Motion

18  to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to

19  Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket

20  No. 1000) and Supplement to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial

21  Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various

22  Government Misconduct (Docket No. 1005) , until _____, 20____.

23        Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on

24  _____, 20____, for a total of _____ days.

25        DATED this _____ day of _____, 20___.

26
27
28