JOHN S. LEONARDO
United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No.  011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone:  (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-08-0814-001-PHX-DGC |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME** |
| Daniel David Rigmaiden, | **MOTION TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

The United States, through undersigned counsel, moves for an additional enlargement of time to respond to (1) Defendant's motion to dismiss for alleged prejudicial extrajudicial press comments and other alleged misconduct (CR 1000 and CR 1005); (2) Defendant's motion to dismiss Count 72 (CR 1016); (3) Defendant's motion for reconsideration of portions of the Court's Order at CR 1009 (CR 1030); (4) Defendant's motion for reconsideration of portions of the Court's Order at CR 723 (CR 1037); and (5) Defendant's motion for an evidentiary hearing (CR 1038). The United States needs additional time to consider Defendant's voluminous filings and prepare responses to the pending motions. In addition, the lead prosecutor on this case is currently in trial on another case (CR 12-1660-PHX-JAT). Accordingly, the United States requests

1 an additional 30 days to respond to the motions.

2 Undersigned counsel has contacted Dan Colmerauer at the offices of Defendant's
3 shadow counsel, who confirmed that Defendant has no objection to an enlargement of
4 time to respond to the pending motions. Defendant asks for a 30-day continuance of the
5 upcoming status conference on July 25, 2013, though, and he also requests that the Court
6 rule on his pending motion for reconsideration (CR 1033, 1071). The United States has
7 no objection to these requests.

8 Accordingly, the United States moves for a 30-day enlargement of time to respond
9 to the pending motions listed above. The United States also moves, on behalf of
10 Defendant, for a 30-day continuance of the July 25, 2013, status conference and requests,
11 on behalf of Defendant, that the Court issue a ruling on Defendant's motion for
12 reconsideration (CR 1033, 1071).

14 Respectfully submitted this 18th day of July, 2013.

16 JOHN S. LEONARDO
United States Attorney
17 District of Arizona

18   s/ James Knapp

19 FREDERICK A. BATTISTA
PETER S. SEXTON
20 JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/18/2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

 *s/ James Knapp*
U.S. Attorney's Office