1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

      vs.

Daniel David Rigmaiden,

               Defendant.

CR-08-0814-001-PHX-DGC

**ORDER**

Pursuant to the United States' motion, no objection from Defendant, and good cause appearing,

IT IS HEREBY ORDERED granting the United States' Motion for Enlargement of Time to respond to (1) Defendant's motion to dismiss for alleged prejudicial extrajudicial press comments and other alleged misconduct (CR 1000 and CR 1005); (2) Defendant's motion to dismiss Count 72 (CR 1016); (3) Defendant's motion for reconsideration of portions of the Court's Order at CR 1009 (CR 1030); (4) Defendant's motion for reconsideration of portions of the Court's Order at CR 723 (CR 1037); and (5) Defendant's motion for an evidentiary hearing (CR 1038). The United States shall file a response to these motions on or before August 16, 2013.

IT IS FURTHER ORDERED that the July 25, 2013, status conference is reset for

_____.

//

//

1

        IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h)

2

_____  will  commence  on  _____  for  a  total  of

3

_____days

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28