IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Daniel David Rigmaiden,<br><br>　　　　Defendant. | CR-08-0814-PHX-DGC<br><br>**ORDER** |

Pursuant to the United States' motion, no objection from Defendant, and good cause appearing,

IT IS HEREBY ORDERED granting the United States' Motion for Enlargement of Time to respond to (1) Defendant's motion to dismiss for alleged prejudicial extrajudicial press comments and other alleged misconduct (CR 1000 and CR 1005); (2) Defendant's motion to dismiss Count 72 (CR 1016); (3) Defendant's motion for reconsideration of portions of the Court's Order at CR 723 (CR 1037); and (4) Defendant's motion for an evidentiary hearing (CR 1038). The United States shall file a response to these motions on or before August 16, 2013. The Court notes Defendant's motion for reconsideration of portions of the Court's Order at CR 1030 was replaced by CR 1033, and the Government's response is at CR 1071.

IT IS FURTHER ORDERED that the July 25, 2013, status conference is reset for August 29, 2013 at 2:00 p.m.

IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h) will commence from 7/18/2013 to 7/18/2013.

Dated this 18th day of July, 2013.

_____
David G. Campbell
United States District Judge