**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**
**↓ EXHIBIT 15 ↓**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

Excerpt of transcript of March 7, 2008 telephone conversation the government alleges occurred between CI-1 and JP;  Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (2/19/2009 BATES Nos. 5085, 5086, 5091, 5096 of February 20, 2009 discovery set).

Phone communication

CI 1 9

CI 2

2/19/09 5085

Tape Dated 3/07/2008

█████:        This is █████████ today's date March 7 and the time is 9:38. I'm going to be calling JP at number█████ 5500. I am the consenting party to this consensual monitoring telephone conversation.

Telephone ringing.

**JP:**        Hello

█████        Hey what's going on man?

**JP:**        Not much. What's up?

█████        Mmmm not a thing. Thinking about that uh conversation we had yesterday.

**JP:**        Yeah.

█████        Um I'm I'm you got me confused a little bit. And and just follow me on this.

Not Relevant

Not Relevant

████████        You know? And he's he's assured me. And you know I wouldn't I wouldn't get into it with you over this situation plus you know I'm not keen on meeting nobody yet. Right now. Because I'm I'm out here with this banker. And I I gotta use all my energy has to be focused on him. You know. I want to keep one eye on him. I want to show him that everything's okay. Cause I gotta keep him calm. You know. And I just want us to get some money this time. And if if for instance

JP:        (inaudible)

████████        Yeah. for instance if I get the inclination that hey you know what he's starting to waffle or you know the routine is not like it should be or not like he explained to me it would be. Then I'll say okay let's call Daniel man. Let's go ahead and get all this money.

JP:        All right

████████        Before anything even gets to that point. You know what I'm saying. I trust me enough to say let's go in and get all the money. I guarantee you we going to get your guy paid this time cause I need this to run for awhile. Because I need to be on a beach somewhere with sands in toes and not worrying about running out of money.

JP:        Ok. Gotcha

████████        Ok

Not Relevant

████    I will sit down and meet with him and you know since it's coming up on next Friday. And get try to see clarifications and and get assurances that you know you're looking at in 3 weeks almost a what you saying a million dollars? Almost?

JP:    Well no no he's he's filed a million (inaudible) at our current rate we've been having about 10% success so he says you plan on pretty close to a hundred k

████    Ok. So in no I'm talking in the 3 week span.

JP:    Yeah. So he said so far. So far he's filed about a million worth. 10% returns. So about a 100 k, uh if he sends more down the road. I'm just telling you all that he said. He hasn't given me he hasn't told me I'm gonna do be doing more, or I'm doing more than a million. As of now, he's like I've filed approximately a million dollars worth. And we have approximately 10% success rate.

████    Yeah. Ok.

JP:    So if we have less success rate, we're gonna be under. If we have more then beautiful. Wonderful.

████    Right ok

JP:    All right?

████    All righty

JP:    All right we'll talk again hopefully by Friday.

████    All righty I'll let ya know as soon as I see it.

JP:    All right

████    All right.

████    This is ████    The time is 10 o'clock and I'm completing this conversation.

⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇
⬇ **EXHIBIT 16** ⬇

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

Email dated October 7, 2007; Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 1696 of February 20, 2009 discovery set).

from_jp_10-07-2007

*** PGP SIGNATURE VERIFICATION ***
*** Signature made:    10/6/2007 21:51:41
*** Signature verfied: 10/7/2007 03:47:46
*** Signature status: created with an undefined trusted key
*** Signature result: Error during verification process
*** Signer: John Smith <jp1@hushmail.com> (0xE39B62C8)
*** BEGIN PGP DECRYPTED TEXT ***

New email is mala1@safe-mail.net

I have asked them to do this...also waiting on the 7 envelope info to
be emailed to me.  I am now having a new problem, my power supply for
laptop blew up... very hard to find one here in [       ] this may
cause a little issue... if there is a little lag in communication
this is why.. my battery is about 50% right now.


*** END PGP DECRYPTED TEXT ***

Defendant's Copy 1696

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

**↓ EXHIBIT 17 ↓**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

IRS-CI - Report of Interview of CI-2 – 5/21/08; Note: Redactions were done by the government using black maker; Additional redactions done by the defense using white squares with black borders; (Item No. 4 of September 2, 2009 discovery set).

**4**

**9/2/09**

**IRS-CI - Report of Interview of CI-2 - 5/21/08**

## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview



**In Re:**      Daniel Rigmaiden                          **Location:**   Telephonic

**Investigation #:**   1000220515
**Date:**            May 21, 2008
**Time:**            11:00 am                                    All times are approximate.
**Participant(s):**   ███████████ Cooperating Witness
                     Denise Medrano, Special Agent

███████████ was interviewed on the above date and time regarding an e-mail sent by the "hacker" on May 18, 2008.  The following information was provided:

1. ████ is ████ ICQ nickname. ████ has many other names. ████ purchased magnetic strip equipment from ████ ████ has been a customer of ████ for three years. → 3 website CIZ has worked for.

*Redacted mutual acquaintance name.*

2. ████ and the "hacker" have never communicated via ████. ████ go into legal trouble and never told ████ or the "hacker" about the true issue. ████ excuse was of a medical issue. ████ provided ████ with a hush mail e-mail account for purposes of communicating with the "hacker." ████ logged into ████ e-mail account to obtain information, such as ICQ number, contact numbers, etc., for the "hacker."

3. Payroll cards are generally used for undocumented workers.  An individual's payroll goes directly to fund the card. [CI-1] LNU [CI-1] was suppose to set up a business and encouraged the company to send all the cards to one location. These cards would be funded with tax refunds.  The pin numbers would be set up once the cards were received. ████ believes the company would not allow the cards to be funded.  The "hacker" has used payroll cards in the past.

4. Compass Bank was used with [CI-1] and Randy (also known as Ransom Carter).  The account was opened using a tax company. ████ knew Randy and [CI-1] to be partners involved in skimming scams.

*Redacted bank and account name.*

5. ████ Bank was opened under ████████ ████ does not know ████ This account was set up through [CI-1] and was set up in a similar manner as the Compass Bank account.

6. Wachovia accounts were the first accounts ████ and the "hacker" did together. The accounts were opened under the name "Randy" or "Ransom" from Florida. The individual pulling the money sent approximately $7,000 to ███████which was forwarded to the "hacker" through an e-gold account. ███████deposited the cash to his e-gold account and transferred the funds to the "hacker's" account.

7. E-gold is similar to buying stocks. Funding is done via wires and/or western union. E-gold is digital money. ███████ would need to search his computer but could possibly identify the "hacker's" account.

Not relevant.

12. ███████ has multiple contacts for obtaining information to be used on the debit cards. ████████ provided information on four individuals and stated he would search his computer for any additional contacts.

a. Not relevant.

b.

c.

d.

13. ███████ was advised that $300,000 was moved into the "Daniel account."

Not Relevant

████████ electronic monitoring equipment was removed. ██████ was meeting with IRS agents at 1:00 p.m.

*Denise L Medrano*  E
Denise L Medrano
Special Agent

I prepared this memorandum on August 6, 2009, after refreshing my memory from notes made during and immediately after the interview with ██████████

*Denise L Medrano*  E
Denise L. Medrano
Special Agent

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇
⬇ **EXHIBIT 18** ⬇

Emails dated March 29, 2008 and April 8, 2008; Note: Redactions done by the defense using white squares with black borders; (Defendant's Copy 2233 and 2237 of February 20, 2009 discovery set).

to_mala1_3-29-2008

Not Relevant

In case you don't know, the tax bank account has about $250,000 in it now and they have still only pulled out $18,000 and it looks like they did it with checks. Before you told me that checks were the worst thing to use as far as falling under suspcion of money laundering but they are doing it with checks. Why are they doing this if this is the best way to get caught?

At other times you told me that pulling cash is the worst; and for wires the bank people said they were the worst - so which is it? What is the order between checks, wires and cash withdrawals as far as not drawing suspicion?

The fact that the account received $150,000 in one day is sort of odd. That is a 75% success rate and unheard of. I am going to dig into it and see what I see but it is highly suspect. What are the chances of these guys setting us up? I can see a scenerio where they get jacked and then turn on us and then the feds just allow all the refunds through so it increases the dollar amount. This will get more prison time and make the feds look better in the press or when they need to lobby for more funds.

Not Relevant

If we hit 75% success rate this friday for the tax bank account then it will be $375,000 more in actual refunds hitting the account. I would have never done so much if I knew 75% of the returns are now resulting in refunds. So it will be $625,000 or so total if this 75% success rate holds up.

Have you even talked to these guys again? I want to know how they are going to get $625,000 out of the account in a speedy fashion. I just want an outline so I know they are competent. I am the one having to do all the up front work and it will all be a waste if they can't complete the one seemingly very difficult and very slow task. I would think once they saw $300,000+ that they would devote all efforts to the plan. I have not even begun to file returns yet. You mentioned 10 million and I can put 10 million into accounts you provide if the IRS allows this through October 15th. However I would highly recommend getting more accounts once we approach 1 million on any single account.

Defendant's Copy 2233

to_mala1_4-8-2008

Not Relevant

1) The fact that the account received $150,000 in one day is sort of odd. That is a 75% success rate and unheard of. I am going to dig into it and see what I see but it is highly suspect. What are the chances of these guys setting us up? I can see a scenerio where they get jacked and then turn on us and then the feds just allow all the refunds through so it increases the dollar amount. This will get more prison time and make the feds look better in the press or when they need to lobby for more funds.

(It turns out that about 90% of all returns to that account that were not rejected right at the start ended up funding to the account. This is even more suspect than I originaly thought.)

Not Relevant

Defendant's Copy 2237

**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**
**↓ EXHIBIT 19 ↓**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

IRS-CI - Report of FedEx Kinkos Employee [KE#1] – 5/9/08; Note: Redactions were done by the government using black marker; Additional redactions done by the defense using white squares with black borders; (3/2/09 BATES Nos. 7172, 7175, and 7176 of March 2, 2009 discovery set).

Memo - Fedex Employee

**Internal Revenue Service
Criminal Investigation**

**Memorandum of Interview**



⸺ ⊂I2.

| | | |
|---|---|---|
| **In Re:** | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ : | **Location:**    VIA PHONE |
| **Investigation #:** | 1000218125 | |
| **Date:** | May 9, 2008 | |
| **Time:** | 10:30am-10:35am | |
| **Participant(s):** | KE#1 , FedEx Kinkos employee | |
| | Michael Fleischmann, Special Agent, IRS-CI | |
| | Denise Medrano, Special Agent, IRS-CI | |
| | Thomas Klepper, Special Agent, IRS-CI | |

On the above date and at the above time, KE#1 was interviewed via phone. KE#1
provided the following information:

1. KE#1 said the hacker used his right hand to sign for the package and that his left hand
   was in his pocket the entire time. The hacker used his own white bic pen to sign for the
   package.

2. Not Relevant

3. KE#1 said he has been drawing hands and would be willing to try to draw a picture of
   the hands and email to the investigators.

4. KE#1 said FedEx has the following locations in the same area:

   a. Menlo Park—open 24 hours
   b. Mountain View—open 24 hours
   c. Santa Clara/Great America
   d. Palo Alto Square, which is a FedEx Shipping Center and where KE#1
      works.

*[signature]*

Special Agent
Michael Fleischmann

3/2/09 7175

*Denise L Medrano*

Special Agent
Denise Medrano

I prepared this memorandum on February 25, 2009, after refreshing my memory from notes made during and immediately after my phone conversation with KE#1

Special Agent
Michael Fleischmann

I certify that this memorandum has recorded in it a summary of all pertinent matter that occurred on May 9, 2008.

*Denise L Medrano*

Special Agent
Denise Medrano

3/2/09 7176

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

**↓ <u>EXHIBIT 20</u> ↓**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

FBI Internal Documents – July 24, 2008; Note: Redactions were done by the government using black squares; Additional redactions done by the defense using white squares with black borders; (Item No. 3 of November 29, 2010 discovery set).

# DISCOVERY

## November 29, 2010

## ITEM NO. 3

**FBI Internal Document, dated July 24, 2008, regarding pending search warrants and possible arrest of Rigmaiden.  (19 Pages)**

Date: 07/24/2008
Serial: 111
Subject: FBI internal document re: pending search warrant(s) and possible arrest

This is a joint FBI/IRS-CI/USPIS surveillance, arrest and search warrant operation. The FBI SJRA will assist the Phoenix case agents in surveilling, arresting and searching the apartment of the subject of this investigation. This operation will be supported by special agents from the FBI (including SJRA, ORA), IRS-CID, and USPIS.

A no-knock federal search warrant was issued on 7/22/2008 for 431 El Camino Real, #1122, Santa Clara, CA, which is leased by the subject.

A federal arrest warrant was issued on 7/23/2008 for the subject.

Address of FEDEX/Kinko's pickup location: 249 South California Avenue, Palo Alto, CA, 94306

Not Relevant

Not Relevant

See Attached False CA DL ID. (The photo is believed to be the captioned case subject).
See Attached surveillance photos of individual who picked up currency package in May 2008
and made ATM withdrawals of fraudulent tax return proceeds.)

Not Relevant

Subject has been observed to dress in a black/dark hoody-type shirt/jacket or hat and wear black
when he has made fraudulent ATM withdrawals, paid his broadband access card bill and picked
up $68,000 in May 2008. Subject has been observed with a mustache which may be fake.

Subject picked up a package containing $68,000 in May 2008 from a FedEx/Kinko's location in
Palo Alto near the California CalTrain station. The subject arrived on foot, departed on foot and
was last seen at the training station. Investigation has not identified any vehicle associated with
subject.

Not Relevant

ATTACHMENTS FOR

FBI INTERNAL DOCUMENT

DATED 7/24/2008

## FedEx Pickup Location

(TL) = Team Leader; (CA) = Case Agent

| Thursday 6:00 a.m. - 2:00 p.m. | Thursday 2:00 p.m. - 10:00 p.m. | Thursday 10:00 p.m. - 6:00 a.m. |
|---|---|---|
| SA _____ , FBI | SA _____ , FBI, (CA) | Inspector _____ , USPIS |
| SA _____ , FBI, (TL) | A/SSA _____ , FBI | Inspector _____ USPIS |
| SA _____ , FBI (SWAT) | SA _____ , FBI, (TL) | Postal Inspector _____ (CA) |
| SA _____ , IRS-CI (CA) | SA _____ , FBI (SWAT) | SA _____ , IRS-CI |
| SA _____ , IRS-CI (CA) | SA _____ , FBI (SWAT) | SA _____ , IRS-CI |
| SA _____ , IRS-CI | SA _____ , IRS-CI (SJ) | SSA _____ , IRS-CI |
| SA _____ FBI | SA _____ , IRS-CI | SA _____ , FBI, (TL) |
| SA _____ FBI | Inspector _____ , USPIS, | SA _____ , FBI |
| SA _____ , FBI (SWAT) | Inspector _____ USPIS | SA _____ , FBI (SWAT) |
| Inspector _____ , USPIS | Inspector _____ , USPIS | SA _____ , FBI (SWAT) |
| | | SA _____ , FBI |

| Friday 6:00 a.m. - 2:00 p.m. | Friday 2:00 p.m. - 10:00 p.m. | Friday 10:00 p.m. - 6:00 a.m. |
|---|---|---|
| A/SSA _____ , FBI (TL) | SA _____ , FBI (TL) | SA _____ , FBI (SWAT), |
| SA _____ , FBI | SA _____ FBI (CA) | SA _____ , FBI, (SWAT) |
| SA _____ , FBI | SA _____ , FBI (SWAT), | SA _____ , FBI, (TL), |
| SA _____ , FBI | SA _____ , FBI (SWAT) | SA _____ , FBI, |





| SA ___, FBI (SWAT) | SA ___, FBI | SSA ___, IRS-CI |
| SA ___, IRS-CI (CA) | SA ___, FBI | Inspector ___, USPIS |
| SA ___, IRS-CI (CA) | SA ___, FBI | Inspector ___, USPIS |
| SA ___, IRS-CI | SA ___, FBI, | Inspector ___, USPIS (CA) |
| SA ___, IRS-CI (SJ) | Inspector ___, USPIS, | SA ___, IRS-CI |
| SA ___, FBI (SWAT) | Inspector ___, USPIS | SA ___, IRS-CI |
| | Inspector ___, USPIS | SA ___, FBI |
| | Inspector ___, USPIS | |
| | SA ___, IRS-CI | |

## Apartment @ 431 El Camino Real, #1122, Santa Clara

| Thursday 7:00 a.m. - 2:00 p.m. | Thursday 2:00 p.m. - 10:00 p.m. | Thursday 10:00 p.m. - 6:00 a.m. |
|---|---|---|
| | | SA ___, IRS-CI |
| SA ___, IRS-CI | SA ___, IRS-CI (SJ) | SA ___, IRS-CI |
| SA ___, IRS-CI (SJ) | SA ___, IRS-CI (SJ) | ___A ___, IRS-CI |
| SA ___, IRS-CI | | |

| Friday 6:00 a.m. - 2:00 p.m. | Friday 2:00 p.m. - 10:00 p.m. | Friday 10:00 p.m. - 6:00 a.m. |
|---|---|---|
| | | SA ___, IRS-CI |
| SA ___, IRS-CI | SA ___, IRS-CI (SJ) | SA ___, IRS-CI |

| SA | , IRS-CI (SJ) | SA | , IRS-CI (SJ) & | SA | , IRS-CI |
| SA | , IRS-CI | SA | , IRS-CI (SJ) | | |

This Document has been prepared by the Federal Bureau of Investigation
FOR LAW ENFORCEMENT USE ONLY

REDACTED: TELEPHONE NUMBERS AND INTERNAL FBI SQUAD CLASSIFIERS

# Sheet1

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | FEDEX KINKO'S - SATURDAY 08/02/2008 | | | FEDEX KINKO'S - SUNDAY 08/03/2008 | |
| 2 | | | | | |
| 3 | 6AM - 2PM SHIFT | | | 6AM - 2PM SHIFT | |
| 4 | TL | | | TL | |
| 5 | SA - IRS | | | SA | |
| 6 | SA | | | SA - | |
| 7 | SA IRS | | | SA IRS | |
| 8 | SA IRS | | | SA - IRS | |
| 9 | SA - IRS | | | SA IRS | |
| 10 | SA - IRS | | | SA - IRS | |
| 11 | Inspector USPS | | | SA - IRS | |
| 12 | USPS | | | | |
| 13 | USPS | | | | |
| 14 | | | | 2PM - 10PM SHIFT | |
| 15 | 2PM - 10PM SHIFT | | | TL | |
| 16 | TL | | | SA | |
| 17 | SA - | | | SA | |
| 18 | A/SSA | | | SA - | |
| 19 | USPS | | | SA | |
| 20 | USPS | | | SA | |
| 21 | SA - IRS | | | SA | |
| 22 | SA | | | SA - FBI | |
| 23 | SA | | | SA - IRS- CI | |
| 24 | SA - IRS | | | SA IRS | |
| 25 | SA IRS | | | SA IRS | |
| 26 | | | | IRS - SA | |
| 27 | | | | SA - IRS | |
| 28 | | | | | |
| 29 | | | | | |

→ SURVEILLANCE DISCONTINUED.



| 30 | **10PM - 6AM SHIFT** | | | | **10PM - 6AM SHIFT** | |
| 31 | TL | | | | | |
| 32 | ASAC | - FBI | | | | |
| 33 | SA | | | | | |
| 34 | SA | - IRS | | | | |
| 35 | SSA | - IRS | | | | |
| 36 | SA | - IRS | | | | |
| 37 | SA | - IRS | | | | |
| 38 | SA | - USPS | | | | |
| 39 | SA | | | | | |
| 40 | SA | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | **APARTMENT - SATURDAY 08/02/2008** | | | | **APARTMENT - SUNDAY 08/03/2008** | |
| 47 | | | | | | |
| 48 | **6AM - 2PM SHIFT** | | | | **6AM - 2PM SHIFT** | |
| 49 | TL | | | | TL | - |
| 50 | SA | - IRS | | " | SA | - IRS |
| 51 | SA | - IRS | | | SA | - IRS |
| 52 | | | | | | |
| 53 | **2PM - 10PM SHIFT** | | | | **2PM - 10PM SHIFT** | |
| | | | | | TL | - |
| 54 | TL | | | | | |
| 55 | SA IRS | - | | | SA | |
| 56 | SA IRS | - | | | SA IRS | - |
| 57 | | | | | | |
| 58 | **10PM - 6AM SHIFT** | | | | **10PM - 6AM SHIFT** | |
| 59 | TL | | | | | |
| 60 | SA | - IRS | | | | |
| 61 | SA | - IRS | | | | |

→ SURVEILLANCE DISCONTINUED

# MAPQUEST.

Fedex Kinko Address

**A: 249 S California Ave, Palo Alto, CA 94306-1912**



All rights reserved. Use subject to License/Copyright Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

FedEx Kinko Front













# Printer-Friendly Caltrain Schedule
## Northbound - Weekday Service
### Morning to Early Afternoon - Page 1 of 2

**GILROY / SAN JOSE to SAN FRANCISCO - Northbound**

**WEEKDAY SERVICE**

See Page 2 for Late Afternoon and Evening Times

| Station | 101 | 103 | 207 | 209 | 211 | 213 | 215 | 217 | 221 | 225 | 227 | 229 | 231 | 233 | 135 | 237 | 139 | 241 | 143 | 245 | 147 | 249 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **AM** | | | | | | | | | | | | | | | | | | | | | **PM** |
| Gilroy | – | – |  |  |  |  |  | 6:07 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| San Martin |  |  |  |  |  |  |  | 6:16 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Morgan Hill |  |  |  |  |  |  |  | 6:22 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Blossom Hill |  |  |  |  |  |  |  | 6:30 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Capitol |  |  |  |  |  |  |  | 6:39 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Tamien |  | 5:50 |  | 6:22 |  |  |  | 6:41 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| San Jose Diridon | 4:58 | 5:57 | 7:19 |  | 6:31 |  | 7:00 | 6:49 | 7:12 | 8:00 | 7:47 | 8:33 | 8:22 | 8:40 | 9:10 | 9:33 | 10:10 | 10:33 | 11:10 | 11:33 | 12:10 | 12:33 |
| College Park | 4:30 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Santa Clara | 5:05 | 6:22 | 7:25 |  |  |  | 7:05 | 6:57 | 7:20 |  | 7:55 |  | 8:40 | 8:46 | 9:15 | 9:40 | 10:15 | 10:40 | 11:15 | 11:40 | 12:15 | 12:40 |
| Lawrence | 5:10 |  |  |  |  |  |  |  |  |  | 7:58 |  | 8:47 | 8:50 | 9:20 | 9:45 | 10:20 | 10:45 | 11:20 | 11:45 | 12:20 | 12:45 |
| Sunnyvale | 5:15 |  | 7:30 |  |  | 7:02 | 7:18 | 7:12 | 7:25 | 8:12 | 8:02 | 8:27 | 8:54 | 9:24 | 9:50 | 10:24 | 10:50 | 11:24 | 11:50 | 12:24 | 12:50 |
| Mountain View | 4:44 | 6:18 |  | 6:37 | 7:11 | 7:05 | 7:23 | 7:23 | 7:37 | 8:18 | 8:12 | 8:54 | 8:59 | 9:29 | 9:54 | 10:29 | 10:54 | 11:29 | 11:54 | 12:29 | 12:54 |
| San Antonio | 5:19 | 6:23 |  |  | 7:16 | 7:08 |  |  |  | 8:05 |  | 8:59 | 9:29 | 9:33 | 9:59 | 10:33 | 10:59 | 11:33 | 11:59 | 12:33 | 12:59 |
| California Avenue | 4:53 | 6:27 |  | 6:37 |  |  | 7:27 | 7:22 | 7:37 | 8:23 | 8:18 | 9:03 | 9:33 | 9:37 | 10:03 | 10:37 | 11:03 | 11:37 | 12:03 | 12:37 | 1:03 |
| Palo Alto | 5:28 | 6:31 |  |  | 7:31 | 7:28 | 7:31 | 7:26 | 7:42 | 8:27 | 8:31 | 9:07 | 9:37 | 9:41 | 10:07 | 10:41 | 11:07 | 11:41 | 12:07 | 12:37 | 1:07 |
| Menlo Park | 5:04 | 5:36 |  |  | 7:16 |  |  |  |  | 8:31 |  | 9:07 | 9:41 | 9:11 | 10:11 | 10:37 | 11:07 | 11:37 | 12:07 | 12:41 | 1:11 |
| Redwood City | 5:09 | 5:39 | 7:39 |  | 7:31 | 7:34 | 7:36 | 7:31 | 7:45 | 8:16 | 8:36 | 8:45 | 9:14 | 9:44 | 10:14 | 10:44 | 11:14 | 11:44 | 12:14 | 12:44 | 1:14 |
| San Carlos | 5:13 | 5:44 |  |  |  |  |  |  |  | 8:11 |  | 9:11 | 9:41 | 10:11 | 10:41 | 11:11 | 11:37 | 12:03 | 12:33 | 1:03 |
| Belmont | 5:16 | 5:48 |  |  |  | 7:51 |  |  | 8:11 | 8:27 | 8:31 | 9:07 | 9:37 | 10:07 | 10:33 | 11:03 | 11:33 | 12:03 | 12:33 | 1:03 | 1:07 |
| Hillsdale | 5:19 | 5:51 |  |  | 7:55 | 7:58 |  | 8:28 | 8:23 | 8:58 | 9:26 | 9:56 | 10:26 | 10:56 | 11:26 | 11:56 | 12:26 | 12:56 | 1:26 |
| Hayward Park | 5:22 | 5:54 |  |  | 8:02 | 8:02 |  | 8:28 | 9:02 | 9:29 | 9:59 | 10:29 | 10:59 | 11:29 | 11:59 | 12:29 | 12:59 | 1:29 |
| San Mateo | 5:25 | 5:57 |  |  | 8:05 | 8:05 | 8:32 | 8:53 | 9:05 | 9:02 | 9:05 | 10:02 | 10:33 | 11:05 | 11:33 | 12:05 | 12:33 | 1:02 | 1:27 |
| Burlingame | 5:28 | 6:00 |  |  | 8:08 | 8:08 | 8:32 | 9:08 | 9:33 | 10:05 | 10:33 | 11:05 | 11:33 | 12:05 | 12:33 | 1:05 | 1:33 |
| Millbrae | 5:33 | 6:03 |  |  | 8:11 | 8:11 | 8:35 | 9:11 | 9:36 | 10:08 | 10:36 | 11:08 | 11:36 | 12:08 | 12:36 | 1:08 | 1:36 |
| So. San Francisco | 5:37 | 6:08 |  |  | 8:17 | 8:17 | 9:17 | 9:41 | 10:13 | 10:41 | 11:13 | 11:41 | 12:13 | 12:41 | 1:13 | 1:41 |
| San Bruno | 5:41 | 6:12 | 7:05 | 7:05 | 8:25 | 8:21 | 8:42 | 9:21 | 9:45 | 10:17 | 10:45 | 11:17 | 11:45 | 12:17 | 12:45 | 1:17 | 1:45 |
| Bayshore | 5:47 | 6:16 | 7:33 | 7:25 | 8:25 | 9:05 | 9:25 | 10:21 | 10:21 | 11:21 | 12:21 | 1:21 |
| 22nd Street | 5:52 | 6:22 | 7:40 | 7:32 | 8:33 | 8:40 | 9:31 | 10:27 | 11:27 | 12:27 | 12:29 | 12:59 | 1:27 |
| San Francisco | 6:01 | 6:36 | 7:19 | 7:48 | 7:57 | 8:19 | 8:48 | 8:57 | 9:19 | 9:45 | 10:02 | 10:41 | 11:02 | 11:41 | 12:02 | 12:41 | 1:02 | 1:41 | 2:02 |

**Legend:** ◯ Local  ◯ Limited  ▦ Baby Bullet  ▦ Timed Transfer  — Train bypasses station  + Train may leave up to 5 minutes early

EFFECTIVE MARCH 3, 2008
05.08 - RJC

# SAN FRANCISCO TO SAN JOSE / GILROY — Southbound

## Baby Bullet Service — Southbound — Weekday Service

### Morning to Early Afternoon — Page 1 of 2

Weekday Service — Weekday Timetable

See Page 2 for Late Afternoon and Evening Trains

**Legend:** ○ Local  ○ Limited  ▒ Baby Bullet  ★ Timed Transfer  — Train bypasses station.  + Train may leave up to 5 minutes early.

| Station | 102 | 104 | 206 | 208 | 210 | 216 | 218 | 220 | 226 | 228 | 230 | 134 | 236 | 138 | 240 | 142 | 244 | 146 | 248 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AM** | | | | | | | | | | | | | | | | **PM** | | | | |
| San Francisco | 4:55 | 5:25 | 6:11 | 6:24 | 8:44 | 7:19 | 7:24 | 7:44 | 8:19 | 8:24 | 8:44 | 9:07 | 9:37 | 10:07 | 10:37 | 11:07 | 11:37 | 12:07 | 12:37 | 1:07 |
| 22nd Street | 5:00 | 5:30 | 6:16 | 6:29 | 8:49 | 7:24 | 7:29 | 7:49 | | 8:29 | 8:49 | | 9:12 | 10:12 | | 11:12 | | 12:12 | | 1:12 |
| Bayshore | 5:05 | 5:35 | | 6:34 | | | 7:34 | | | 8:34 | | | 9:17 | 10:17 | | 11:17 | | 12:17 | | 1:17 |
| So. San Francisco | 5:11 | 5:41 | | 6:40 | | | 7:40 | | | 8:40 | | | 9:23 | 10:23 | | 11:23 | | 12:23 | | 1:23 |
| San Bruno | 5:15 | 5:45 | | 6:44 | | 7:33 | 7:44 | | 8:33 | 8:44 | | | 9:27 | 10:27 | | 11:27 | | 12:27 | | 1:27 |
| Millbrae | 5:19 | 5:49 | 6:29 | 6:48 | 7:01 | 7:39 | 7:48 | 8:01 | | 8:48 | 9:01 | 9:31 | 9:51 | 10:31 | 10:51 | 11:31 | 11:51 | 12:31 | 12:51 | 1:31 |
| Burlingame | 5:23 | 5:53 | 6:33 | 6:52 | | 7:38 | 7:52 | | 8:38 | 8:52 | | 9:35 | 9:55 | 10:35 | 10:55 | 11:35 | 11:55 | 12:35 | 12:55 | 1:35 |
| San Mateo | 5:26 | 5:56 | 6:36 | 6:55 | 7:07 | 7:42 | 7:55 | 8:07 | 8:42 | 8:55 | 9:07 | 9:38 | 9:59 | 10:38 | 10:59 | 11:38 | 11:59 | 12:38 | 12:59 | 1:38 |
| Hayward Park | 5:29 | 5:59 | | 6:58 | | | 7:58 | | | 8:58 | | 9:41 | | 10:41 | | 11:41 | | 12:41 | | 1:41 |
| Hillsdale | 5:32 | 6:02 | 6:40 | 7:01 | | 7:46 | 8:01 | | 8:46 | 9:01 | | 9:44 | 10:06 | 10:44 | 11:06 | 11:44 | 12:06 | 12:44 | 1:06 | 1:44 |
| Belmont | 5:35 | 6:05 | | 7:04 | | | 8:04 | | | 9:04 | | 9:47 | | 10:47 | | 11:47 | | 12:47 | | 1:47 |
| San Carlos | 5:38 | 6:08 | 6:44 | 7:07 | | 7:50 | 8:07 | | 8:50 | 9:07 | | 9:50 | 10:09 | 10:50 | 11:09 | 11:50 | 12:09 | 12:50 | 1:09 | 1:50 |
| Redwood City | 5:43 | 6:13 | 6:49 | 7:13 | 7:13 | 7:55 | 8:07 | 8:13 | 8:55 | 9:07 | 9:13 | 9:55 | 10:12 | 10:55 | 11:12 | 11:55 | 12:12 | 12:55 | 1:12 | 1:55 |
| Menlo Park | 5:46 | 6:18 | 6:54 | 7:18 | | 7:58 | 8:18 | | 8:58 | 9:18 | | 10:00 | 10:22 | 11:00 | 11:22 | 12:00 | 12:22 | 1:00 | 1:22 | 2:00 |
| Palo Alto | 5:49 | 6:21 | 6:57 | 7:18 | 7:26 | 8:01 | 8:18 | 8:26 | 9:01 | 9:18 | 9:23 | 10:03 | 10:25 | 11:03 | 11:25 | 12:03 | 12:25 | 1:03 | 1:25 | 2:03 |
| California Avenue | 5:55 | 6:25 | 7:01 | 7:30 | | 8:26 | 8:30 | | 9:01 | 9:30 | | 10:06 | 11:03 | 11:07 | 11:29 | 12:07 | 12:29 | 1:07 | 1:29 | 2:07 |
| San Antonio | 5:59 | 6:29 | | 7:33 | | 8:18 | 8:34 | | 9:09 | 9:34 | 9:30 | 10:11 | 10:33 | 11:11 | 11:33 | 12:11 | 12:33 | 1:11 | 1:33 | 2:11 |
| Mountain View | 6:03 | 6:33 | 7:07 | 7:36 | 7:38 | 8:35 | 8:35 | 8:38 | 9:35 | 9:38 | 9:34 | 10:15 | 10:37 | 11:15 | 11:37 | 12:15 | 12:37 | 1:15 | 1:37 | 2:15 |
| Sunnyvale | 6:08 | 6:38 | | 7:43 | | 8:09 | 8:43 | | 9:09 | 9:43 | 9:43 | 10:20 | 10:42 | 11:20 | 11:42 | 12:20 | 12:42 | 1:20 | 1:42 | 2:20 |
| Lawrence | 6:12 | 6:42 | 7:12 | 7:49 | 7:49 | 8:16 | 8:49 | | 9:16 | 9:49 | 9:49 | 10:24 | 10:46 | 11:24 | 11:46 | 12:24 | 12:46 | 1:24 | 1:46 | 2:24 |
| Santa Clara | 6:17 | 6:47 | 7:34 | 7:56 | | | 8:54 | | | 9:54 | 9:56 | 10:29 | 10:51 | 11:29 | 11:51 | 12:29 | 12:51 | 1:29 | 1:51 | 2:29 |
| College Park | | | | 7:59 | | | 8:58 | | | 9:58 | | | | | | | | | | |
| San Jose Diridon | 6:26 | 6:56 | 7:24 | 8:06 | 8:13 | 8:28 | 9:03 | 9:05 | 9:28 | 9:43 | 10:05 | 10:38 | 11:00 | 11:38 | 12:00 | 12:38 | 1:00 | 1:38 | 2:00 | 2:38 |
| Tamien | | 7:03 | 7:43 | 8:06 | | | 8:43 | 8:05 | | 9:43 | 10:05 | | 11:00 | | 12:00 | | 1:00 | | 2:00 | |
| Capitol | | | 7:50 | 8:13 | | | 8:50 | 9:12 | | 9:50 | 10:12 | 10:38 | 11:07 | 11:38 | 12:07 | 12:38 | 1:07 | 1:38 | 2:07 | 2:38 |
| Blossom Hill | | | | | | | 8:57 | 9:19 | | | | | | | | | | | | |
| Morgan Hill | | | | | | | 9:12 | 9:34 | | | | | | | | | | | | |
| San Martin | | | | | | | 9:18 | 9:40 | | | | | | | | | | | | |
| Gilroy | | | | | | | 9:33 | 9:55 | | | | | | | | | | | | |



Caltrain

○ Caltrain station
& Station has wheelchair lift
** Limited commute service only
BART connection
Light rail connection
✈ Airport connection
Ⓦ Weekend service



# DYNAMIC STYLE & ATTENTION TO DETAIL

become one at this exceptional Santa Clara location.



### GIRARD
2 BEDROOM/2 BATH
1187-1215 SQ. FT.



### BERTERO
3 BEDROOM/2 BATH
1370-1467 SQ. FT.



### MOLLINO
2 BEDROOM/2 BATH
1117-1255 SQ. FT.



### ALBINI
STUDIO
400 SQ. FT.



### PONTI
1 BEDROOM/1 BATH
804-838 SQ. FT.



domicilio

431 El Camino Real
Santa Clara, CA 95050
Phone: 408.345.3333
www.domicilio.net

7/22/08
Ran

**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**
**↓ ↓ EXHIBIT 21 ↓ ↓**

*ATTACHED EXHIBITS*
*SUBMISSION OF CONSOLIDATED EXHIBITS RELATING TO*
*MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT*
*CR08-814-PHX-DGC*

Email dated March 26, 2008; Note: redactions done by the defense using white squares with black borders;  (Defendant's Copy 1768 of February 20, 2009 discovery set).

from_mala1_3-26-2008_2

Danial is in the financial industry... I dont know exactly what... but I think it is an investment company... for privacy reasons we left it at that. He is like me in respect that he has many, many resources... I asked the same question of how he has so much pull with so many banks. He admited what he does is risky... so it is not as perfect as giving a call and it all works out... he said it is rare... but on occasion they fail. Similar to your finding loopholes in how/what you do...but having a hard time explaining the full extent of it to someone who is not in the same knowledge frame as you... can be tricky... and also... this is what makes him valuable... so of course he does not tell all. He is part of an organized group I have worked with off and on for about 5 years with pretty good success in many different area's. I did not know they had a financial guy... what I have done with them in the past is weapons deals and what we have called bank profiles. I have helped in finding suppliers for this group... and they have also helped me find suppliers of various hard to find items.

I have tried for the last three days to get a call back from the bank guys... I needed to set up a conference call with them and Daniel as well... and also get a little fire under them on the pulls. I know it is hard to be patient with me... but bear with me and I will do whatever I can to get the ball rolling the right direction... I am confident we will all get paid this time... and yes... if I have to pull the rabbit out of the hat I will... it just may not be in the perfect time frame... but I am trying to keep up with everyones demands. It makes sense what you said about the gold... I will just do that when I have enough funds to send you and you give the ok... I need to find something local to me that will be easy to work with over the next week or two.

The Arizona guys plan to possibly work with Daniel on the larger pulls... I think they also have or are setting up other accounts to write checks to which will allow higher amounts pulled per week as they are under different tax ID's. The moment I know more I will inform you.

Not Relevant

⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇
⬇ **EXHIBIT 22** ⬇

Prints of files seized by the government from 1000220515_S1_TSB100G_2_DriveCrypt01-2\...\fakeid.tv\web_site\news.html *and* 1000220515_S1_TSB100G_2_DriveCrypt01-2\...\fakeid.tv\web_site\header.txt.

The news posted below will contain brief website news and other brief news pertaining to fake IDs in general. If you have any interesting news that you think should be posted then please contact me. If you are looking for more in depth articles then please visit the Articles page of this website.

APR 28 2005 - **My previous web host pulled my account resulting in the shutdown of my website.** The FAKEID.TV website has been down for quite a while. I have new hosting now with a much better company so this shouldn't happen again. I am very far behind on funds due to the website being down so don't expect CA 2001 style IDs sooner than later. Keith Wilson

JAN 12 2005 - **Price lowered from $250 to $175 for CA IDs.** I have lowered prices to $175 to increase the number of people ordering IDs. This is expected to generate the needed revenue for completion of the perfection of the CA 2001 style ID. If sales do increase like I expect then I will have a much larger workload. The quality of my work will not suffer but I may be delayed in answering contact messages. Prices will increase once I switch over to selling the CA 2001 style ID. The estimated time of arrival for the CA 2001 style ID is 3 months. Keith Wilson

JAN 11 2005 - **Website updated with new look and content.** I have redesigned this web site and updated its content. I hope that this will make the presentation of my fake IDs more appealing and simplify the order process. I have streamlined appearance and information to help those that visit the website. Keith Wilson

```
                                header.txt
<html>
<head>

<META name="keywords" content="fake id novelty id identification phony id shadowcrew
carderplanet driver license California holo hologram encoded 2000 2001 fakeid.tv">
<META HTTP-EQUIV="content-type" content="text/html; charset="EUC-2">
<META name="description" content="Fake ID, the best novelty fake id available.
Encoded fake ids with the best prices and fasted Fake Id service.">
<META name="title" content="Fake ID the best fake ids available novelty ID fake ID
California driver license fake ID">
<META name="robots" content="FOLLOW,INDEX">
<META NAME="RATING" CONTENT="General">
<META NAME="distribution" CONTENT="global">
<META NAME="ROBOTS" CONTENT="ALL">
<META name="Author" content="Fake ID">
<META name="GENERATOR" content="Fake ID">
<meta name="ProgId" content="fake id">
<META NAME="OWNER" CONTENT="fakeid.tv">
<META NAME="AUTHOR" CONTENT="fake id">
<META NAME="revisit" CONTENT="1 days">


<title>Fake ID perfect fake ids nolvelty ID fake ID purchase Fake California driver
license fake ID</title>
<BASE href="http://www.fakeid.tv/">


</head>

<body text="#000000" alink="#000000" vlink="#000000" link="#000000"
bgcolor="#ffffff" leftmargin="0" topmargin="0" marginwidth="0" marginheight="0"
onload="fixoverflow()">


<table border="0" cellpadding="0" cellspacing="0" width="100%" height="100%">
<tr><td valign="top" bgcolor="#E3E3E3" colspan="7" width="1" height="4"><img
src="images/blank.gif" width="1" height="4"></td></tr>
<tr><td valign="top" bgcolor="#E3E3E3" rowspan="4" width="4"><img
src="images/blank.gif" width="4" height="1"></td>

<td valign="top" bgcolor="#E3E3E3" rowspan="4" width="141">




<center><img src="images/logo1.gif"></center>

<br>
<div style="font-size:12px;font-family:verdana;" align="left">
<a href="/">Home Page</a><br>
<a href="news.html">News</a><br>
<a href="cgi-bin/neworder.pl">Order Now</a><br>
<a href="cgi-bin/completeorder.pl">Complete Order</a><br>
<a href="productpictures.html">Product Pictures</a><br>
<a href="reviews/">Product Reviews</a><br>
<a href="articles/">Articles</a><br>
<a href="scamwebsites.html">Scam Websites</a><br>
<a href="links.html">Links</a><br>
<a href="faqs.html">FAQs</a><br>
<a href="pgpinstructions.html">PGP Instructions</a><br>
<a href="pgppublickey.html">PGP Public Key</a><br>
<a href="cgi-bin/contact.pl">Contact</a>
</div>

<br>
```

header.txt

```
<div style="font-size:9px;font-family:verdana;" align="left">
<center><img src="images/logo2.gif">(FAKEID.TV will not be present on your
ID.)</center>
<br>

<table border="0" cellpadding="0" cellspacing="0"
style="font-size:9px;font-family:verdana;">

<tr><td><div
style="font-size:9px;font-family:verdana;color:#ffffff;background-color:
#000000;layer-background-color: #000000;width:141px;height:18;padding: 2 0 0 0;"
align="center">Recent Website News</div></td></tr>

<tr><td><img src="images/blank.gif" width="1" height="3"></td></tr>

<tr><td><font color="red">APR 28 2005</font> - <b>My previous web host pulled my
account resulting in the shutdown of my website.</b> The FAKEID.TV website has been
down for quite a while. I have new hosting now....<br>[By Keith Wilson]<br>[<a
href="news.html#APR 28 2005">Read More</a>]</td></tr>

<tr><td><img src="images/blank.gif" width="1" height="3"></td></tr>

<tr><td><div style="background-color: #000000;layer-background-color:
#000000;width:141px;height:18;" align="center"></div></td></tr>

<tr><td><img src="images/blank.gif" width="1" height="3"></td></tr>

<tr><td><font color="red">JAN 12 2005</font> - <b>Price lowered from $250 to $175
for CA IDs.</b> I have lowered prices to $175 to increase the number of people
ordering IDs. This is expected to generate the needed....<br>[By Keith
Wilson]<br>[<a href="news.html#JAN 12 2005">Read More</a>]</td></tr>

<tr><td><img src="images/blank.gif" width="1" height="3"></td></tr>

<tr><td><div style="background-color: #000000;layer-background-color:
#000000;width:141px;height:18;" align="center"></div></td></tr>


</table>

<br><a href="faqs.html#1-17"><img src="images/nocopywebsite.gif" border="0"></a>

</div>

</td>


<td valign="top" bgcolor="#E3E3E3" rowspan="4" width="4"><img src="images/blank.gif"
width="4" height="1"></td>
<td valign="top" bgcolor="#000000" rowspan="4" width="3"><img src="images/blank.gif"
width="3" height="1"></td>
<td valign="top" bgcolor="#000000" colspan="3" width="1" height="3"><img
src="images/blank.gif" width="1" height="3"></td></tr>

<tr><td valign="top" bgcolor="#ffffff" colspan="3" width="1" height="25"><img
src="images/blank.gif" width="1" height="25"></td></tr>

<tr><td valign="top" width="30" bgcolor="#ffffff"><img src="images/blank.gif"
width="30" height="1"></td>
<td valign="top" bgcolor="#ffffff" width=550>
```

Page 2