JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
fred.battista@usdoj.gov
PETER S. SEXTON
Arizona State Bar No. 011089
peter.sexton@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
james.knapp2@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-08-814-001-PHX-DGC |
| Plaintiff, | **MOTION FOR ENLARGEMENT OF TIME** |
| vs. | |
| Daniel David Rigmaiden, | |
| Defendant. | |

The United States, by and through its attorneys undersigned, respectfully requests this Court enter an order enlarging the time for the government to complete its responses to defendant Daniel David Rigmaiden's following motions: (1) Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1000); (2) Supplement to Motion to Dismiss for (1) Government's Prejudicial Extrajudicial Press Comments Severe Enough to Impeach Claimed Indifference of Jurors, and/or (2) Various Government Misconduct (Docket No. 1005); (3) Motion to Dismiss Count 72, Unauthorized Access of a Computer With Intent to Defraud, 18 U.S.C.

§ 1030(a)(4) for Failure to State an Offense (Docket No. 1016); and (4) Second Supplement to Motion to Suppress Re: Search and Seizure of Digital Evidence Under N.D.Cal. Warrants (Docket No. 1032), until Friday, January 17, 2014.  The lead prosecutor in this case needs additional time to work on the multiple responses to these voluminous materials and address other pending matters in this case.   Finally, the parties are continuing to use this additional time in order to resolve pending issues regarding the deletion of materials from devices seized from the defendant.  A revised draft stipulation, which is extremely detailed, regarding the handling of this issue has recently been returned to the prosecution and is currently under review.  Defendant DANIEL DAVID RIGMAIDEN has no objection to this motion.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 18th day of December, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona


S/ Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2013, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney