IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 08-00814-1-PHX-DGC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Daniel David Rigmaiden, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS ORDERED setting a status hearing for January 7, 2014 at 1:30 p.m.

IT IS FURTHER ORDERED that the Court intends to discuss the setting of a firm trial date, and the parties should be prepared to address the length of the trial and any outstanding legal issues that must be decided before the trial.

DATED this 27th day of December, 2013.

David G. Campbell
United States District Judge