```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ARIZONA
                         CRIMINAL MINUTES-STATUS HEARING
```

Phoenix Division


**CR 08-814-1 PHX DGC**         DATE: 01/07/2014
Year    Case No.    Dft #

HON: DAVID G. CAMPBELL                          Judge # 7036

USA v. RIGMAIDEN, DANIEL DAVID
        Last name       First Name              Middle
DEFENDANT TRUE NAME:

DEFENDANT: X Present__ Not Present __Released X Custody ____Wr
Deputy
Clerk: Traci C. Abraham         CtRptr  Patricia Lyons
U.S Atty: Frederick Battista    Dft Atty: Philip Seplow
Interpreter:       Language:
================================================================
_____Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
      B/W issued.
**PROCEEDINGS**:    X   Open Court        _____Chambers       _____Other

Status Hearing held.

Defendant's motion to strike docs. 1031 and 1032 for Improper Filing Option and Altered Document (doc. 1056) is granted.

Discussion held. Parties continue to work towards a global settlement of case.

Length of trial discussed. Defendant agrees to withdraw his pending motions to dismiss without prejudice subject to re-filing.

Defendant's motion to dismiss (doc.1000) denied without prejudice.

Defendant's motion to dismiss (doc. 1005) is denied without prejudice.

Defendant's motion to dismiss count 72 (doc. 1016) is denied without prejudice.

Government motion for extension of time to file responses (doc. 1107) is denied as moot.

Parties agree to a jury questionnaire for trial.

A status hearing is set for February 5, 2014 at 2:00 p.m.

Motions deadline 4/25/14.
Response deadline 5/16/14
Reply deadline 5/30/14

A jury trial is set for 6/17/2014 at 9:00 a.m. for four weeks.

A final pretrial conference is set for 6/6/2014 at 9:00 a.m. all day.

Court will enter an order setting forth firm deadlines and the setting of the firm trial date.