IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Daniel David Rigmaiden,<br><br>                Defendant. | No. CR-08-814-PHX-DGC<br><br>**CASE MANAGEMENT ORDER** |

The following schedule shall govern the preparation of this case for trial. The schedule has been modified somewhat from the dates discussed during the status conference on January 7, 2014, in the interest of achieving a workable schedule for both sides and the Court. The parties are advised that the Court does not intend to grant extensions absent truly extraordinary circumstances.

| | | |
|---|---|---|
| 1. | Status conference | 2-5-2014<br>2:00 p.m. |
| 2. | Government expert disclosures, including compliance with Rule 16(a)(1)(G); and Government Rule 404(b) notification | 3-14-2014 |
| 3. | Submission of joint proposed jury questionnaire | 4-11-2014 |
| 4. | Hearing to finalize jury questionnaire | 4-17-2014<br>at 4:00 p.m. |
| 5. | Pretrial motions, including motions in limine | 4-25-2014 |
| 6. | Defense Rule 404(b) notices | 5-2-2014 |
| 7. | Government Rule 902 certifications; Government exhibit list with Bates numbers or disclosure letter dates | 5-9-2014 |
| 8. | Responses to pretrial motions | 5-16-2014 |
| 9. | Defendant rebuttal and/or initial expert disclosures, including | 5-16-2014 |

|     |                                                                                                                   |                        |
|-----|-------------------------------------------------------------------------------------------------------------------|------------------------|
|     | compliance with Rule 16(b)(1)(C)                                                                                  |                        |
| 10. | Government production of Jencks, Giglio and Roviaro material                                                      | 5-16-2014              |
| 11. | Disclosure of jury questionnaire responses to the parties                                                         | 5-23-2014              |
| 12. | Replies in support of pretrial motions                                                                            | 5-30-2014              |
| 13. | Government rebuttal expert disclosures, if any, including compliance with Rule 16(a)(1)(G)                        | 5-30-2014              |
| 14. | Replies in support of pretrial motions                                                                            | 5-30-2014              |
| 15. | Defense objections to any Rule 902 certifications                                                                 | 5-30-2014              |
| 16. | Submission of joint proposed jury instructions                                                                    | 5-30-2014              |
| 17. | Court's proposal of jurors to exclude for hardship                                                                | 5-30-2014              |
| 18. | Final pretrial conference; hearing on juror hardship, challenges for cause, and other juror issues; rulings on pretrial motions | 6-6-2014<br>9:00 a.m.  |
| 19. | Trial (4 weeks allotted, Tuesday through Friday of each week)                                                     | 6-17-2014<br>9:00 a.m. |

The Court finds this case to be complex under 18 U.S.C. § 3161(h)(7)(B)(ii), and therefore finds excludable delay from the date of this order to June 17, 2014. The Court finds that the ends of justice served by adopting the above schedule outweigh the best interest of the public and Defendant in a speedy trial.

Dated this 8th day of January, 2014.

_____
David G. Campbell
United States District Judge