JOHN S. LEONARDO
United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Maryland State Bar Member
PETER S. SEXTON
Arizona State Bar No. 011089
JAMES R. KNAPP
Arizona State Bar No. 021166
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Fred.Battista@usdoj.gov
Peter.Sexton@usdoj.gov
James.Knapp2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    vs.<br><br>Daniel David Rigmaiden,<br><br>             Defendant. | CR-08-0814-001-PHX-DGC<br><br>**GOVERNMENT'S SUPPLEMENTAL BILL OF PARTICULARS REGARDING FORFEITURE** |

The United States, through undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 32.2(a), supplements its January 28, 2009, First Bill of Particulars Regarding Forfeiture (CR 40). The United States particularly alleges that, in addition to the property listed in its First Bill of Particulars (CR 40), the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Superseding Indictment (CR 200):

- U.S. Bank Check No. 51205005568, dated 3/19/2009, for $22,322.91.

//

//

Respectfully submitted this 17th day of January, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

  *s/ James Knapp*

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/17/2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132

  *s/ James Knapp*
U.S. Attorney's Office

- 2 -