**FILED**

UNITED STATES COURT OF APPEALS

NOV 19 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>DANIEL DAVID RIGMAIDEN,<br><br>  Defendant - Appellant. | No. 13-10254<br><br>D.C. No. 2:08-cr-00814-DGC-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: SILVERMAN, BYBEE, and CHRISTEN, Circuit Judges.

Upon review of the responses to the court's May 16, 2013 and August 16, 2013 orders to show cause, we dismiss this interlocutory appeal for lack of jurisdiction. *See DiBella v. United States*, 369 U.S. 121, 131-32 (1962); *Andersen v. United States*, 298 F.3d 804, 807-08 (9th Cir. 2002).

**DISMISSED.**

AT/MOATT