

**13-10254 USA v. Daniel Rigmaiden "Mandate Issued (Screening/Motions Panel)"**

ca9_ecfnoticing    to:    02/04/2014 01:33 PM

From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 02/04/2014 at 12:32:04 PM PST and filed on 02/04/2014

Case Name:    USA v. Daniel Rigmaiden
Case Number:  13-10254

Document(s):  Document(s)

Docket Text:
MANDATE ISSUED. (BGS, JSB and MBC) [8965123] (RR)

Notice will be electronically mailed to :

Mr. Frederick A. Battista, Assistant U.S. Attorney
James R. Knapp
Philip A. Seplow, Attorney
USDC, Phoenix


Case participants listed below will not receive this electronic notice :


Daniel David Rigmaiden
CADC - CENTRAL ARIZONA DETENTION CENTER (FLORENCE)
P.O. Box 6300
Florence, AZ 85232

The following document(s) are associated with this transaction:
Document Description: Mandate Order
Original Filename: /opt/ACECF/live/forms/rhondaroberts_1310254_8965123_v2Order-Mandate_216.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=02/04/2014] [FileNumber=8965123-0]
[513667bb53d1ca67f8a4b7fe52471b4f38f576716efa93f7d73e1a9fce26b335c8ee28b3186a5a12fed2d881
ce749da1bd1193c2e037eb4c0ea9e89377501178]]
Recipients:

- Mr. Frederick A. Battista, Assistant U.S. Attorney
- James R. Knapp
- Daniel David Rigmaiden
- Philip A. Seplow, Attorney
- USDC, Phoenix

The following information is for the use of court personnel:

DOCKET ENTRY ID: 8965123
RELIEF(S) DOCKETED:
DOCKET PART(S) ADDED: 9749103