JOHN S. LEONARDO
United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Maryland State Bar Member
fred.battista@usdoj.gov
PETER S. SEXTON
Arizona State Bar No. 011089
peter.sexton@usdoj.gov
JAMES R. KNAPP
Arizona State Bar No. 021166
james.knapp2@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>     vs.<br><br>Daniel David Rigmaiden,<br><br>               Defendant. | CR-08-814-001-PHX-DGC<br><br>**MOTION TO VACATE HEARING RE POSSIBLE CHANGE OF PLEA AND SENTENCING** |

The United States, by and through its attorneys undersigned, respectfully requests that this Court enter an order vacating the hearing for a possible change of plea and sentencing currently set for Tuesday, February 18, 2014.  The parties located in the District of Arizona are attempting to enter into a global plea agreement in this case.  In so doing, there has been an unanticipated delay in the approval process within the Criminal Division of the Department of Justice.  As of Monday, February 3, 2014, all other 93 U.S. Attorney's Offices in the United States had expressed no objection to the proposed global plea agreement.  However, on Friday, February 10, 2014, the Criminal Division advised the U.S. Attorney's Office for the District of Arizona that it could not provide a final

response to the pending approval request prior to Tuesday, February 18, 2014, and did not provide a date when it would make its final decision. This is the sole remaining hurdle in order to proceed before the Court with respect to the subject hearing. The parties are attempting to resolve this hurdle as quickly as possible but the U.S. Attorney's Office for the District of Arizona needs additional time before it may proceed. As a result, the United States is requesting that the hearing for a possible change of plea and sentencing be vacated. Defendant DANIEL DAVID RIGMAIDEN has no objection to this motion.

It is expected that excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 11th day of February, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/ Frederick A. Battista

FREDERICK A. BATTISTA
PETER S. SEXTON
JAMES R. KNAPP
Assistant U.S. Attorneys

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2014, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Philip Seplow
Shadow Counsel for Defendant Daniel David Rigmaiden

U.S. Probation Officer Jonathan Spano
U.S. Probation Office

A copy of the attached document was also mailed to:

Daniel David Rigmaiden
Agency No. 10966111
CCA-CADC
PO Box 6300
Florence, AZ 85132


S/Frederick A. Battista

FREDERICK A. BATTISTA
Assistant U.S. Attorney