IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Daniel David Rigmaiden,<br><br>    Defendant. | CR-08-814-001-PHX-DGC<br><br>**ORDER FOR VACATING HEARING RE POSSIBLE CHANGE OF PLEA AND SENTENCING** |
|---|---|

  Upon motion of the United States, good cause appearing as stated in the government's motion, and there being no objection by defendant Daniel David Rigmaiden,

  IT IS ORDERED granting the United States' Motion to Vacate Hearing Re Possible Change of Plea and Sentencing.

  Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on _____, 20____, for a total of _____ days.

  DATED this _____ day of _____, 20___.